# EXHIBIT "A"

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

　　　- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
　　Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
　　　　　　　　　　　　　　　　　　　　:
　　　　　In re　　　　　　　　　　　　:　　Chapter 11
　　　　　　　　　　　　　　　　　　　　:
DELPHI CORPORATION, et al.,　　　　　　:　　Case No. 05–44481 (RDD)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Debtors.　　　　　:　　(Jointly Administered)
　　　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND AGREED ORDER (I) RESOLVING OBJECTION OF
AMERICAN AIKOKU ALPHA INC. TO ASSUMPTION AND/OR ASSIGNMENT OF
EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS AND (II) DISALLOWING
AND EXPUNGING PROOFS OF CLAIM NUMBERS 16692 AND 16783
(AMERICAN AIKOKU ALPHA, INC.)

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases, (collectively, the "Debtors") and American Aikoku Alpha, Inc. ("American Aikoku"), respectfully submit this Stipulation And Agreed Order (i) Resolving Objection Of American Aikoku Alpha, Inc. To Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business And (ii) Disallowing And Expunging Proofs Of Claim Numbers 16692 And 16783 (American Aikoku Alpha, Inc.), and agree and state as follows:

WHEREAS, on October 8, 2005 (the "Petition Date"), the Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, certain of the Debtors and American Aikoku entered into Purchase Order Nos. SAG9OI2815, SAG9OI5386, SAGO9OI5218, SAG9OI4657, SAG9OI3417, 9OI6283, and 9OI6086 (the "Purchase Orders"), under which American Aikoku would provide certain products to the Debtors.

WHEREAS, on October 17, 2005, American Aikoku sent a reclamation demand letter to Delphi and Saginaw Steering Systems, asserting a reclamation demand (the "Reclamation Demand") in the amount of $62,642.89 for goods sold.

WHEREAS, on April 18, 2006, DAS LLC filed its Delphi Automotive Systems LLC - Amended and Restated Schedules of Assets and Liabilities - Schedule(s) D, E and F, listing, among other things, a disputed, unliquidated scheduled amount owed to American Aikoku in the amount of $363,649.35.

2

WHEREAS, on September 6, 2007, the Debtors docketed proof of claim number 16692 against Delphi, in the amount of $5,823.94 for the priority reclamation claim asserted by American Aikoku on October 17, 2005, as reconciled and modified by Delphi on February 21, 2006 ("Claim 16692").

WHEREAS, on September 21, 2007, the Debtors objected to Claim 16692 pursuant to the Debtors' Twenty-First Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected on Debtors' Books and Records, (E) Untimely Claims, and (F) Claims Subject to Modification, Tax Claim Subject to Modification, and Modified Claims Asserting Reclamation  (Docket No. 9535) (the "Twenty-First Omnibus Claims Objection").

WHEREAS, on December 10, 2007, the Debtors filed an Debtors' Expedited Motion For Orders Under 11 U.S.C. §§ 363, 365, And 1146 And Fed. R. Bankr. P. 2002, 6004, 6006, And 9014 (A)(I) Approving Bidding Procedures, (II) Granting Certain Bid Protections, (III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date, (B) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Comprising Substantially All Assets Primarily Used In Debtors' Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (III) Assumption Of Certain Liabilities, And (C) Authorizing And Approving Transaction Facilitation Agreement (the "Motion").

WHEREAS, on January 16, 2008, American Aikoku filed proof of claim number 16783 against Delphi, which asserts claim of $429,525.83, of which $423,701.90 asserts a general unsecured claim and $5,823.94 asserts a priority reclamation claim ("Claim 16783").

3

WHEREAS, on or about January 23, 2008, the Debtors served a (i) Notice Of Assumption And/Or Assignment Of Executory Contract Or Unexpired Lease To Buyers In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12323) (the "Assumption Notice") and (ii) Notice of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12324) (the "Cure Notice"). The Cure Notice and Assumption Notice stated, among other things, that the Debtors seek to assume and/or assign the Purchase Orders to Steering Solutions Corporation and certain of its affiliates (the "Buyers") and listed a cure amount of $5,823.94.

WHEREAS, on January 25, 2008, the Court entered an order confirming the First Amended Joint Plan of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (the "Plan").

WHEREAS, on January 28, 2008, American Aikoku filed its Objection Of American Aikoku Alpha, Inc. To Notices Of Cure Amount With Respect To Executory Contract Or Unexpired Lease To Be Assumed And Assigned In Connection With Sale Of Steering And Halfshaft Business (Docket No. 12369) (the "First Steering Objection").

WHEREAS, on January 29, 2008, American Aikoku filed proof of claim number 16796 against Delphi, which asserts claim of $429,525.83, of which $423,701.90 asserts a general unsecured claim and $5,823.94 asserts a priority reclamation claim ("Claim 16796," together with Claim 16692 and Claim 16783, the "Claims").

WHEREAS, on January 29, 2008, American Aikoku filed its Limited Objection of American Aikoku Alpha, Inc. to Notices of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft

4

Business (Docket No. 12376) (the "Second Steering Objection").

WHEREAS, on February 15, 2008, the Debtors objected to Claim 16796 and Claim 16783 pursuant to the Debtors' Twenty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Duplicate or Amended Claims, (B) Untimely Claims not Reflected on Debtors' Books and Records, (C) Untimely Claims, and (D) Claims Subject to Modification and Modified Claim Asserting Reclamation (Docket No. 12686) (the "Twenty-Sixth Omnibus Claims Objection").

WHEREAS, on February 25, 2008, the Court entered an Order Under 11 U.S.C. §§ 363, 365, and 1146 and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 (A) Authorizing And Approving (I) Sale Of Certain Of Debtors' Assets Compromising Substantially All Of The Assets Of Steering And Halfshaft Business Free And Clear Of Liens, Claims, And Encumbrances, (II) Assumption And Assignment Of Certain Executory Contracts And Unexpired Lease, And (III) Assumption Of Certain Liabilities And (B) Authorizing And Approving Transaction Facilitation Agreement (Docket No. 12868) (the "Sale Approval Order"), which, among other things, adjourned the hearing on the First steering Objection and the Second Steering Objection to a later date.

WHEREAS, on March 7, 2008, American Aikoku filed its Notice of Cure Claims of America Aikoku Alpha, Inc. (Docket No. 13010) (the "Cure Proposal"), asserting a cure amount of $415,761.04 under Article 8.2(b) of the Plan to cure defaults asserted under the Purchase Orders.

WHEREAS, on March 7, 2008, American Aikoku filed its Response Of American Aikoku Alpha, Inc. To The Debtors' Twenty-Sixth Omnibus Claims Objection (Docket No. 13013) (the "Response").

WHEREAS, on March 11, 2008, the Debtors filed a Notice Of Deadline To File Motion For Leave To File Late Claims With Respect To Late Claims Filed By American Aikoku Alpha Inc. (Proofs of Claim Nos. 16783 and 16796) (Docket No. 13083) (the "Notice Of Deadline").

WHEREAS, on March 14, 2008, American Aikoku filed its American Aikoku Alpha, Inc.'s Motion For Leave To File An Amended Claim (Docket No. 13114) (the "Amended Claim Motion ").

WHEREAS, on March 29, 2008, the Court entered the Order Pursuant to 11 U.S.C. §§ 502(b) and Fed. R. Bankr. P. 3007 (I) Disallowing and Expunging Certain (A) Duplicate or Amended Claims, (B) Untimely Claims Not Reflected on Debtors' Books and Records, and (C) Untimely Claims and (II) Modify (A) Claims Subject to Modification and (B) Modified Claim Asserting Reclamation Identified in Twenty-Sixth Omnibus Claims Objection (Docket No. 13178) ("Twenty-Sixth Omnibus Claims Objection Order"). The Twenty-Sixth Omnibus Claims Objection Order, among other things, disallowed and expunged Claim 16796.

WHEREAS, on March 31, 2008, the Debtors served a Notice of Assumption and Assignment and Cure Amount of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket No. 13292) (the "Supplemental Cure Notice").

WHEREAS, to resolve the First Steering Objection, the Second Steering Objection, the Cure Proposal, the Response, and the Amended Claim Motion, the Debtors and American Aikoku have agreed to enter into this Stipulation under which American Aikoku shall receive a cure payment of $413,908.96 as soon as reasonably practicable upon the closing of the sale of the steering and halfshaft business, reflecting the amount due and owing under the

6

Debtors' books and records.

WHEREAS, the Debtors are authorized to enter into this Stipulation with regards to the claims matters addressed herein either because the Claims involve ordinary course controversies or pursuant to that certain Amended And Restated Order Under 11 U.S.C.    363, 502, And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401) entered by this Court on June 26, 2007.

THEREFORE, the Debtors and American Aikoku, stipulate and agree as follows:

1.    As soon as reasonably practicable upon the closing of the sale of the steering and halfshaft business, American Aikoku shall receive a cure payment of $413,908.96 to cure all defaults under the Purchase Orders.

2.    Upon payment of the cure amount, Claim 16692 and Claim 16783 shall be disallowed and expunged with prejudice.

3.    Upon the Court's entry of this Stipulation, American Aikoku shall be deemed to have withdrawn with prejudice the First Steering Objection and the Second Steering Objection.

4.    Upon payment of the cure amount, American Aikoku shall be deemed to have withdrawn with prejudice the Reclamation Demand, the Cure Proposal, the Response, and the Amended Claim Motion.

5.    To the extent that any order related to the sale of the steering and halfshaft business alters, conflicts with, or derogates from the provisions of this Stipulation, this Stipulation shall control.

7

So Ordered in New York, New York, this <u>8th</u> day of May, 2008

<u>/s/Robert D. Drain</u>
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                    /s/ Gary Vist
John Wm. Butler, Jr.                                 Gary Vist
John K. Lyons                                        Masuda, Funai, Eifert & Mitchell, Ltd.
Ron E. Meisler                                       203 N. Lasalle Street, Suite 2500
SKADDEN, ARPS, SLATE, MEAGHER                        Chicago, Illinois  60601-1262
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606-1285                        Attorney for American Aikoku Alpha Inc.
(312) 407-0700

            - and –

   Kayalyn A. Marafioti
   Thomas J. Matz
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.
Debtors and Debtors-in-Possession

8

# GROUP EXHIBIT "B"

**Gary Vist**

| | |
|---|---|
| **From:** | Tullson, Carl T [Carl.Tullson@skadden.com] |
| **Sent:** | Thursday, April 10, 2008 2:51 PM |
| **To:** | Gary Vist |
| **Subject:** | Settlement of American Aikoku claims and cure amounts |
| **Importance:** | High |

Gary,

Pursuant to our conversation, Delphi is willing to offer an allowed cash cure amount of $413,908.96. This cure amount would result in the disallowance and expungement of proofs of claim 16692 and 16783 (because they cover the same alleged defaults under the same purchase orders).

We of course would request that you withdraw both your motion to reconsider and your 8.2(b) cure proposal as part of the settlement.

In the interim, please confirm that all filing deadlines regarding the matter scheduled for the April 18, 2008 hearing are hereby adjourned. I look forward to your response. Thank you.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
**ctullson@skadden.com**

Skadden

-----------------------------------------------------------------------
************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. **************************************************
===========================================================================

**Gary Vist**

| | |
|---|---|
| **From:** | Tullson, Carl T [Carl.Tullson@skadden.com] |
| **Sent:** | Wednesday, April 30, 2008 3:41 PM |
| **To:** | Gary Vist |
| **Subject:** | RE: Settlement of American Aikoku claims and cure amounts |

Gary,

To keep you in the loop, the stipulation has been circulated internally and is now with the client for final sign off.  Per our conversations, the stipulation currently provides for the following: (1) American Aikoku shall receive a cure payment of $413,908.96 to cure all defaults under the Purchase Orders, (2) that payment of the cure amount would result in the disallowance and expungement of proofs of claim 16692 and 16783 (because they cover the same alleged defaults under the same purchase orders), and (3) that the stipulation resolves not only the steering objections, but various related filings (namely the 8.2(b) Cure Proposal, Response to Omni 26, and Motion for Leave to File an Amended Claim).

I will send the stipulation to you as soon as the client signs off.  Thank you.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
ctullson@skadden.com

Skadden

---

**From:** Gary Vist [mailto:GVist@masudafunai.com]
**Sent:** Monday, April 21, 2008 1:40 PM
**To:** Tullson, Carl T (CHI)
**Subject:** RE: Settlement of American Aikoku claims and cure amounts

Carl,

Please let me know where you are on drafting the settlement papers.  I understand from my client that the first day to ship goods to the purchasing company is May 1, and we obviously need to try and wrap up this matter before that date to ensure smooth transition.

Thank you

Gary Vist
Attorney at Law
**MASUDA, FUNAI, EIFERT & MITCHELL, LTD.** | 203 N. LaSalle Street, Suite 2500 | Chicago, IL 60601-1262 |
TEL 312.245.7532 | FAX 312.245.7467 | GVist@masudafunai.com | www.masudafunai.com

**CIRCULAR 230 TAX NOTICE:** In compliance with Circular 230, Masuda, Funai, Eifert & Mitchell, Ltd. informs you that, if any advice concerning U.S. federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. **CONFIDENTIALITY:** This e-mail and any attachments are confidential and intended only for the designated recipient.  Such materials may be subject to the attorney-client privilege or other privilege. If you have received this e-mail in error, please immediately return it to the sender, delete it and destroy any copies.  If you have any questions, please call the sender, Gary Vist at 312.245.7532.

---

**From:** Tullson, Carl T [mailto:Carl.Tullson@skadden.com]
**Sent:** Thursday, April 10, 2008 4:20 PM
**To:** Gary Vist

**Subject:** RE: Settlement of American Aikoku claims and cure amounts

Gary,

Thank you.  Also, would your client be willing to either withdraw the motion for reconsideration or, in the alternative, move the matter to the May 8th hearing pending resolution?  It may take some time to have the settlement papers signed off by both parties.  Please advise.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
ctullson@skadden.com

Skadden

---

**From:** Gary Vist [mailto:GVist@masudafunai.com]
**Sent:** Thursday, April 10, 2008 3:09 PM
**To:** Tullson, Carl T (CHI)
**Subject:** RE: Settlement of American Aikoku claims and cure amounts

Carl,

I am confirming that all filing deadlines regarding the matter scheduled for the April 18, 2008 hearing are hereby adjourned.  We look forward to wrapping up this matter shortly on the terms contained in your e-mail.

Thank you.

Gary Vist
Attorney at Law
**MASUDA, FUNAI, EIFERT & MITCHELL, LTD.** | 203 N. LaSalle Street, Suite 2500 | Chicago, IL 60601-1262 |
TEL 312.245.7532 | FAX 312.245.7467 | GVist@masudafunai.com | www.masudafunai.com

**CIRCULAR 230 TAX NOTICE:** In compliance with Circular 230, Masuda, Funai, Eifert & Mitchell, Ltd. informs you that, if any advice concerning U.S. federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.  **CONFIDENTIALITY:** This e-mail and any attachments are confidential and intended only for the designated recipient.  Such materials may be subject to the attorney-client privilege or other privilege. If you have received this e-mail in error, please immediately return it to the sender, delete it and destroy any copies.  If you have any questions, please call the sender, Gary Vist at 312.245.7532.

---

**From:** Tullson, Carl T [mailto:Carl.Tullson@skadden.com]
**Sent:** Thursday, April 10, 2008 2:51 PM
**To:** Gary Vist
**Subject:** Settlement of American Aikoku claims and cure amounts
**Importance:** High

Gary,

Pursuant to our conversation, Delphi is willing to offer an allowed cash cure amount of $413,908.96.  This cure amount would result in the disallowance and expungement of proofs of claim 16692 and 16783 (because they cover the same alleged defaults under the same purchase orders).

We of course would request that you withdraw both your motion to reconsider and your 8.2(b) cure proposal as part of the settlement.

In the interim, please confirm that all filing deadlines regarding the matter scheduled for the April 18, 2008 hearing are hereby adjourned.  I look forward to your response.  Thank you.

**Carl T. Tullson**

8/26/2009

Associate, Corporate Restructuring
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0379 | F: 312.827.9436
ctullson@skadden.com

Skadden

--------------------------------------------------------------------------
*********************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ***********************************************
*********************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***********************************************
===============================================================

--------------------------------------------------------------------------
*********************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ***********************************************
*********************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***********************************************
===============================================================

--------------------------------------------------------------------------
*********************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ***********************************************
*********************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***********************************************
===============================================================

8/26/2009

## Gary Vist

| | |
|---|---|
| **From:** | Tullson, Carl T [Carl.Tullson@skadden.com] |
| **Sent:** | Tuesday, May 06, 2008 1:36 PM |
| **To:** | Gary Vist |
| **Subject:** | American Aikoku Stipulation |
| **Attachments:** | American Aikoku Stipulation.doc |

Gary,

Please find the American Aikoku stipulation attached.  Note that this stipulation remains subject to final internal review.

Please execute and return the attached version of the stipulation.  In the event you have any questions regarding the stipulation, do not hesitate to contact me.  Thank you.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
**ctullson@skadden.com**

Skadden

------------------------------------------------------------------------
*************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. *************************************************** *************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
***************************************************

## Gary Vist

**From:** Tullson, Carl T [Carl.Tullson@skadden.com]
**Sent:** Tuesday, May 06, 2008 10:16 PM
**To:** Gary Vist
**Subject:** RE: American Aikoku Stipulation

Gary,

We will need to discuss your third revision, especially regarding when the objections are deemed withdrawn, in the morning.  I do not anticipate any issues regarding the other proposed changes.  Thank you.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
ctullson@skadden.com

Skadden

---

**From:** Gary Vist [mailto:GVist@masudafunai.com]
**Sent:** Tuesday, May 06, 2008 10:06 PM
**To:** Tullson, Carl T (CHI)
**Subject:** RE: American Aikoku Stipulation

Carl,

The client accepts the proposal with my revisions.  Please let me know if that works for you, and I will e-mail you an executed stip tomorrow morning.

Thank you.
Gary

---

**From:** Tullson, Carl T [mailto:Carl.Tullson@skadden.com]
**Sent:** Tue 5/6/2008 1:36 PM
**To:** Gary Vist
**Subject:** American Aikoku Stipulation

Gary,

Please find the American Aikoku stipulation attached.  Note that this stipulation remains subject to final internal review.

Please execute and return the attached version of the stipulation.  In the event you have any questions regarding the stipulation, do not hesitate to contact me.  Thank you.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
ctullson@skadden.com

Skadden

---

--------------------------------------------------------------------------
************************************************* To ensure compliance with Treasury Department

**Gary Vist**

| | |
|---|---|
| **From:** | Tullson, Carl T [Carl.Tullson@skadden.com] |
| **Sent:** | Wednesday, May 07, 2008 10:05 AM |
| **To:** | Gary Vist |
| **Subject:** | American Aikoku Stipulation |
| **Importance:** | High |
| **Attachments:** | American Aikoku Stipulation.doc |

Gary,

Please find the revised stipulation attached. Per our conversation, we have adopted your first two changes. As for the third proposed change, the steering objections will be deemed withdrawn as of the entry of the stipulation, but the reclamation demand will be moved to paragraph 4 (i.e. withdrawn upon payment of cure).

Please indicate your consent to affix your electronic signature to this stipulation so that it may be submitted to Court. Thank you.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
**ctullson@skadden.com**


Skadden

--------------------------------------------------------------------------
********************************************* To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. ********************************************************* ********************************************* This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. **********************************************
========================================================================

8/26/2009

**Gary Vist**

| | |
|---|---|
| **From:** | Tullson, Carl T [Carl.Tullson@skadden.com] |
| **Sent:** | Thursday, May 15, 2008 7:52 AM |
| **To:** | Gary Vist |
| **Subject:** | Amended American Aikoku Stipulation |

**Attachments:** Amended American Aikoku Stipulation chi2-689963-1.doc; Blackline Against Prior Stipulation chi2-690253-1.doc

Gary,

Please find the amended stipulation and a blackline attached. As I explained in my phone message yesterday, the prior stipulation erroneously stated that proof of claim no. 16796 was expunged on the Twenty-Sixth Omnibus Claims Objection Order. In fact, proof of claim no. 16796 was adjourned. The restated and amended stipulation provides that proof of claim no. 16796 will be disallowed and expunged upon payment of the cure amount.

Upon your approval, we will execute the stipulation and hand it up to the Court on June 5. Please let me know if you have any questions regarding this matter. Thank you.

**Carl T. Tullson**
**Associate, Corporate Restructuring**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0379 | F: 312.827.9436**
ctullson@skadden.com

Skadden

--------------------------------------------------------------------------
*************************************************** To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. *************************************************** *************************************************** This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof. Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request. ***************************************************
=============================================================================

8/26/2009

# GROUP EXHIBIT "C"

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9012815 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77273

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL            60015

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES TAR |
|---|---|---|---|---|---|
| AS RELEASED | | NET   MNS-2 | | | WA |
| INCOTERM | FOB BUYERS PLANT, FREIGHT COLLECT | | | TITLE TRANSFER TERM | |
| NAMED PLACE | DEERFIELD IL | | US | TITLE TRANSFER OUR PLANT | |

STATE & LOCAL SALES.
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

THIS ORDER IS EFFECTIVE  1/14/97
AND EXPIRES 12/31/11.

******   THE ABOVE INFORMATION   ******
******   HAS BEEN CHANGED   ******

EXTEND PO THROUGH 12/31/11.
IF YOU HAVE DELPHI STEERING MATERIAL
CONSIGNED TO YOUR COMPANY, THE FOLLOW-
ING ACTIONS ARE REQUIRED: 1.  CONSIGNEE
AGREES TO MAINTAIN PERPETUAL INVENTORY
RECORDS AND TO RETAIN THE RECORDS FOR
ONE YEAR PLUS THE CURRENT YEAR. 2.  CON-
SIGNEE AGREES TO CONFIRM IN WRITING CON-
SIGNED INVENTORY BY PART NUMBER AT LEAST
QUARTERLY OR MORE FREQUENTLY IF
REQUESTED BY THE DIVISION. 3.  CONSIGNEE
AGREES TO PROVIDE AN ANNUAL CERTIFIED
LETTER OF PHYSICAL INVENTORY WHEN DELPHI
CONDUCTS ITS ANNUAL PHYSICAL INVENTORY
OR ALLOW DELPHI EMPLOYEES TO VISIT THE
SITE AND AUDIT THE INVENTORY COUNT. 4.
CONSIGNEE AGREES TO VERIFY THAT THE SEAL
IS INTACT ON THOSE SEALED TRUCKLOADS IF
A SEAL NUMBER IS INDICATED ON THE DELPHI
SHIPPING DOCUMENT. 5.  CONSIGNEE AGREES
TO VERIFY THE ACCURACY OF THE MATERIAL

CONTINUED ON PAGE   2

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE  BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094  PAGE

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I2815 |

ALTERATION 77273

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055    DUNS 095309860

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
----------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES |
|---|---|---|---|---|
| AS RELEASED | | NET    MNS-2 | | WA |

| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM |
|---|---|---|---|
| FOB BUYERS PLANT, FREIGHT COLLECT | | | |
| DEERFIELD IL | | US | TITLE TRANSFER OUR PLANT |

STATE & LOCAL SALES
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT IDENTIFICATION AND COUNTS RECEIVED FROM THE DELPHI PLANT. EACH BILL OF LADING MUST BE CHECKED COMPLETELY AT TIME OF RECEIPT AND DELPHI PRODUCTION CONTROL NOTIFIED IMMEDIATELY OF ANY DISCREPANCY. CONSIGNEE WILL CORRECT INFORMATION ON BILL OF LADING, SIGN, DATE, AND FAX COPY TO PRODUCTION CONTROL. 6.  CONSIGNEE AGREES TO SEGREGATE DELPHI MATERIAL AND PROVIDE ADEQUATE PROTECTION AND INSUR- ANCE FOR LOSS OR DAMAGED DELPHI MATERIAL 7.  CONSIGNEE AGREES TO RETURN ALL DE- FECTIVE OR DAMAGED PARTS TO DELPHI UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN MADE WITH DELPHI PURCHASING. 8.  IF CON- SIGNEE IS DETERMINED TO BE AT FAULT FOR SCRAP OR LOSS OF INVENTORY, DELPHI PURCHASING WILL CHARGE BACK THE CONSIGNEE. 9.  CONSIGNEE WILL FAX TO DELPHI MATERIAL CONTROL CONSIGNMENT ANA- LYST COPIES OF SHIPPING PAPERWORK WHEN SHIPPING OR RECEIVING PARTS FROM OTHER CONSIGNEE LOCATIONS. 10.  CONSIGNEE AG- REES TO ALLOW DELPHI SCHEDULING AND FINANCE REPRESENTATIVES THE RIGHT TO AUDIT INVENTORIES AND INVENTORY RECORDS UPON REQUEST. 11. TOOLS PROVIDED FOR PERFORMANCE OF AN OPERATION BY CONSIGNEE | | |

CONTINUED ON PAGE    3

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 40
FAX (989) 757-5094 PAGE

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9012815 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77273

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| AS RELEASED | | NET    MNS-2 | | | WA |
| INCOTERM | | FOB BUYERS PLANT, FREIGHT COLLECT | | TITLE TRANSFER TERM | |
| NAMED BUYER | | DEERFIELD IL              US | | TITLE TRANSFER OUR PLANT | |

STATE & LOCAL SALES,
USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

REMAIN THE PROPERTY OF DELPHI UNLESS
OTHERWISE NOTED. 12. CONSIGNEE AGREES TO
SHIP MATERIAL DIRECTLY TO DELPHI'S CUS-
TOMER IF THE PHYSICAL FLOW WARRANTS.
SELLER ACKNOWLEDGES AND AGREES THAT
BUYER'S GENERAL TERMS AND CONDITIONS AND
CUSTOMER SPECIFIC REQUIREMENTS ARE IN-
CORPORATED IN, AND A PART OF, THIS CON-
TRACT AND EACH PURCHASE ORDER, RELEASE,
REQUISITION, WORK ORDER, SHIPPING IN-
STRUCTION, SPECIFICATION AND OTHER
DOCUMENT ISSUED BY BUYER OR ACCEPTED IN
WRITING BY BUYER, WHETHER EXPRESSED IN
WRITTEN FORM OR BY ELECTRONIC DATA IN-
TERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PUR-
SUANT TO THIS CONTRACT (SUCH DOCUMENTS
ARE COLLECTIVELY REFERRED TO AS THIS
"CONTRACT"). A COPY OF BUYER'S GENERAL
TERMS AND CONDITIONS AND CUSTOMER SPE-
CIFIC REQUIREMENTS ARE AVAILABLE UPON
WRITTEN REQUEST TO BUYER OR VIA THE
INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.
COM. SELLER ACKNOWLEDGES AND AGREES THAT
IT HAS READ AND UNDERSTANDS BUYER'S
GENERAL TERMS AND CONDITIONS AND CUS-
TOMER SPECIFIC REQUIREMENTS. IF SELLER
ACCEPTS THIS CONTRACT IN WRITING OR COM-

CONTINUED ON PAGE    4

THIS CHANGES, AMENDS OR SUPERSEDES A
  PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE
BUYER
          (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I2815 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77273

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055   DUNS 095309860

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
--------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES TAX |
|---|---|---|---|---|
| AS RELEASED | | NET   MNS-2 | | WA |

| INCOTERM NAMED PLACE | | TITLE TRANSFER TERM |
|---|---|---|
| FOB BUYERS PLANT, FREIGHT COLLECT DEERFIELD IL                    US | | TITLE TRANSFER OUR PLANT |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

MENCES ANY OF THE WORK OR SERVICES WHICH
ARE THE SUBJECT OF THIS CONTRACT, SELLER
WILL BE DEEMED TO HAVE ACCEPTED THIS
CONTRACT AND BUYER'S GENERAL TERMS AND
CONDITIONS AND CUSTOMER SPECIFIC RE-
QUIREMENTS IN THEIR ENTIRETY WITHOUT
MODIFICATION. ANY ADDITIONS TO, CHANGES
IN, MODIFICATIONS OF, OR REVISIONS OF
THIS CONTRACT (INCLUDING BUYER'S GENERAL
TERMS AND CONDITIONS AND CUSTOMER SPE-
CIFIC REQUIREMENTS)WHICH SELLER PROPOSES
WILL BE DEEMED TO BE REJECTED BY BUYER
EXCEPT TO THE EXTENT THAT BUYER EXPRESS-
LY AGREES TO ACCEPT ANY SUCH PROPOSALS
IN WRITING.
DIRECTIONS TO FIND DELPHI'S GENERAL
TERMS AND CONDITIONS ON THE INTERNET.
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIERS
3) CLICK ON DELPHI SUPPLIER COMMUNITY
PORTAL
4) CLICK ON GENERAL TERMS AND CONDITIONS
5) CLICK ON YOUR PERFERRED LANGUAGE
VERSION OF THE GENERAL TERMS AND
CONDITIONS

DIRECTIONS TO FIND DELPHI'S CUSTOMER

CONTINUED ON PAGE   5

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE
(989) 757-4046 EXT: 404
FAX (989) 757-5094   PAGE

4

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9012815 |
| --- | --- |
| | ALTERATION 77273 |

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055   DUNS 095309860

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL               60015

SHIP TO

SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-------------------------------

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| AS RELEASED | | NET   MNS-2 | | | WA |
| INCOTERM NAMED PLACE | FOB BUYERS PLANT, FREIGHT COLLECT DEERFIELD IL                    US | | | TITLE TRANSFER TERM TITLE TRANSFER OUR PLANT | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT SPECIFIC REQUIREMENTS ON THE INTERNET 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIER'S 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL 4) CLICK ON SUPPLIER STANDARDS 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

PHONE
SANBORN J.
BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

# DELPHI

PURCHASING LOCATION
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I2815 |
|---|---|

ALTERATION 77274

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055   DUNS 095309860

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL          60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|

INCOTERM
NAMED PLACE

TITLE TRANSFER TERM

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

REQUIREMENTS CONTRACT

THIS ORDER IS EFFECTIVE  1/14/97
AND EXPIRES 12/31/11.

****  THE FOLLOWING HAS BEEN ADDED: ****

AS OF ITS EFFECTIVE DATE, THIS PURCHASE
ORDER CONSTITUTES A NEW AGREEMENT
BETWEEN THE BUYER AND SELLER AND
SUPERSEDES AND REPLACES ANY PRIOR
PURCHASE ORDERS OR OTHER AGREEMENTS
BETWEEN THE BUYER AND SELLER WITH
RESPECT TO THE SUBJECT MATTER HEREOF.
FOR THE AVOIDANCE OF DOUBT, THE PURCHASE
ORDER NUMBER ASSIGNED HERETO BY THE
BUYER IS UTILIZED FOR ADMINISTRATIVE
CONVENIENCE ONLY AND THIS PURCHASE ORDER
SHALL NOT BE DEEMED AN AMENDMENT TO OR
MODIFICATION OF ANY PRIOR PURCHASE
ORDERS ISSUED BY BUYER AND ACCEPTED
BY SELLER, EVEN IF SUCH PRIOR PURCHASE
ORDERS WERE ASSIGNED AN IDENTICAL
PURCHASE ORDER NUMBER BY THE BUYER. EACH
OF THE BUYER AND THE SELLER ACKNOWLEDGES
AND AGREES THAT ANY PRIOR PURCHASE
ORDERS OR OTHER AGREEMENTS BETWEEN THE
BUYER AND SELLER, WHICH ARE SUPERSEDED
AND REPLACED BY THIS PURCHASE ORDER AS
OF ITS EFFECTIVE DATE SHALL NO LONGER

CONTINUED ON PAGE   2

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE (989) 757-4046 EXT: 40
FAX (989) 757-5094 PAGE

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER    SAG90I2815
ALTERATION 77274

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL            60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES LAB |
|---|---|---|---|---|---|
| | | | | | WA |
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>BE SUBJECT TO ASSUMPTION OR REJECTION<br>UNDER THE UNITED STATES BANKRUPTCY CODE<br>AND THE SELLER HEREUNDER WAIVES ANY<br>RIGHT TO ASSERT ANY OF THE RIGHTS<br>INCIDENT TO ASSUMPTION OR REJECTION,<br>INCLUDING, BUT NOT LIMITED TO, THE<br>PAYMENT OF CURE WITH RESPECT TO ANY SUCH<br>PRIOR PURCHASE ORDERS OR OTHER<br>AGREEMENTS. TO THE EXTENT THAT ANY PRIOR<br>PURCHASE ORDERS OR OTHER AGREEMENTS<br>BETWEEN THE BUYER AND SELLER WITH<br>RESPECT TO THE SUBJECT MATTER HEREOF<br>ALSO PROVIDED FOR THE SUPPLY OR OTHER<br>GOODS OR SERVICES BY THE SELLER TO THE<br>BUYER, SUCH PRIOR AGREEMENTS SHALL BE<br>SUPERSEDED AND REPLACED ONLY WITH<br>RESPECT TO THE SUBJECT MATTER HEREOF AND<br>ALL OTHER PROVISIONS OF SUCH PRIOR<br>PURCHASE ORDERS OR OTHER AGREEMENTS<br>SHALL REMAIN IN FULL FORCE AND EFFECT<br>IN ACCORDANCE WITH THEIR TERMS.<br>ADD NC CLAUSE.<br>IF YOU HAVE DELPHI STEERING MATERIAL<br>CONSIGNED TO YOUR COMPANY, THE FOLLOW-<br>ING ACTIONS ARE REQUIRED: 1.  CONSIGNEE<br>AGREES TO MAINTAIN PERPETUAL INVENTORY<br>RECORDS AND TO RETAIN THE RECORDS FOR<br>ONE YEAR PLUS THE CURRENT YEAR. 2.  CON- | | |

CONTINUED ON PAGE    3

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

2

# DELPHI

LEGAL COPY

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG9012815 |

ALTERATION 77274

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055    DUNS 095309860

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES |
|---|---|---|---|---|
| | | | | IAR WA |

| INCOTERM NAMED PLACE | | TITLE TRANSFER TERM |
|---|---|---|

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT SIGNEE AGREES TO CONFIRM IN WRITING CONSIGNED INVENTORY BY PART NUMBER AT LEAST QUARTERLY OR MORE FREQUENTLY IF REQUESTED BY THE DIVISION. 3. CONSIGNEE AGREES TO PROVIDE AN ANNUAL CERTIFIED LETTER OF PHYSICAL INVENTORY WHEN DELPHI CONDUCTS ITS ANNUAL PHYSICAL INVENTORY OR ALLOW DELPHI EMPLOYEES TO VISIT THE SITE AND AUDIT THE INVENTORY COUNT. 4. CONSIGNEE AGREES TO VERIFY THAT THE SEAL IS INTACT ON THOSE SEALED TRUCKLOADS IF A SEAL NUMBER IS INDICATED ON THE DELPHI SHIPPING DOCUMENT. 5. CONSIGNEE AGREES TO VERIFY THE ACCURACY OF THE MATERIAL IDENTIFICATION AND COUNTS RECEIVED FROM THE DELPHI PLANT. EACH BILL OF LADING MUST BE CHECKED COMPLETELY AT TIME OF RECEIPT AND DELPHI PRODUCTION CONTROL NOTIFIED IMMEDIATELY OF ANY DISCREPANCY. CONSIGNEE WILL CORRECT INFORMATION ON BILL OF LADING, SIGN, DATE, AND FAX COPY TO PRODUCTION CONTROL. 6. CONSIGNEE AGREES TO SEGREGATE DELPHI MATERIAL AND PROVIDE ADEQUATE PROTECTION AND INSURANCE FOR LOSS OR DAMAGED DELPHI MATERIAL 7. CONSIGNEE AGREES TO RETURN ALL DEFECTIVE OR DAMAGED PARTS TO DELPHI UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN | | |

CONTINUED ON PAGE    4

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I2815 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77274

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055    DUNS 095309860

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL            60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT MADE WITH DELPHI PURCHASING. 8.  IF CONSIGNEE IS DETERMINED TO BE AT FAULT FOR SCRAP OR LOSS OF INVENTORY, DELPHI PURCHASING WILL CHARGE BACK THE CONSIGNEE. 9.  CONSIGNEE WILL FAX TO DELPHI MATERIAL CONTROL CONSIGNMENT ANALYST COPIES OF SHIPPING PAPERWORK WHEN SHIPPING OR RECEIVING PARTS FROM OTHER CONSIGNEE LOCATIONS. 10.  CONSIGNEE AGREES TO ALLOW DELPHI SCHEDULING AND FINANCE REPRESENTATIVES THE RIGHT TO AUDIT INVENTORIES AND INVENTORY RECORDS UPON REQUEST. 11. TOOLS PROVIDED FOR PERFORMANCE OF AN OPERATION BY CONSIGNEE REMAIN THE PROPERTY OF DELPHI UNLESS OTHERWISE NOTED. 12. CONSIGNEE AGREES TO SHIP MATERIAL DIRECTLY TO DELPHI'S CUSTOMER IF THE PHYSICAL FLOW WARRANTS. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN- | | |

CONTINUED ON PAGE    5

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE **BUYER**
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

4

LEGAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9012815

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77274

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055  DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL            60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | WA |
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES, USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS | | |

CONTINUED ON PAGE   6

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
     (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

5

LEGAL COPY

| PURCHASING LOCATION | **DELPHI** | PURCHASE ORDER | SAG90I2815 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77274

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055   DUNS 095309860

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL          60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |
| STATE & LOCAL SALES USE TAX CODES | | | | | |

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | IN WRITING. | | |
| | | DIRECTIONS TO FIND DELPHI'S GENERAL | | |
| | | TERMS AND CONDITIONS ON THE INTERNET. | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE | | |
| | | VERSION OF THE GENERAL TERMS AND | | |
| | | CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER | | |
| | | SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC | | |
| | | REQUIREMENTS | | |

THIS CHANGES, AMENDS OR SUPERSEDES A
   PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
        (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

6

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I2815 |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | | ALTERATION 77275 |

DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL            60015

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES JAR WA |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/14/97 | | |
| | | AND EXPIRES 12/31/11. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE  1/01/08 ******** | | |
| | 26001257 | RACE BLANK, INNER | 169.00 | PC |
| PC | | PURCHASED COMPLETE | CURRENCY JPY | |
| | | TO BLUEPRINT REV. 048   DATED  5/18/99 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000        TAX 4B | | |
| | | WEEKLY CAP    21250      MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | PRICE CHANGE P/N 26001257. | | |
| | | IF YOU HAVE DELPHI STEERING MATERIAL | | |
| | | CONSIGNED TO YOUR COMPANY, THE FOLLOW- | | |
| | | ING ACTIONS ARE REQUIRED: 1.  CONSIGNEE | | |
| | | AGREES TO MAINTAIN PERPETUAL INVENTORY | | |
| | | RECORDS AND TO RETAIN THE RECORDS FOR | | |
| | | ONE YEAR PLUS THE CURRENT YEAR. 2.  CON- | | |
| | | SIGNEE AGREES TO CONFIRM IN WRITING CON- | | |
| | | SIGNED INVENTORY BY PART NUMBER AT LEAST | | |

CONTINUED ON PAGE   2

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I2815 |
|---|---|

ALTERATION 77275

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055    DUNS 095309860

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES/USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT QUARTERLY OR MORE FREQUENTLY IF REQUESTED BY THE DIVISION. 3. CONSIGNEE AGREES TO PROVIDE AN ANNUAL CERTIFIED LETTER OF PHYSICAL INVENTORY WHEN DELPHI CONDUCTS ITS ANNUAL PHYSICAL INVENTORY OR ALLOW DELPHI EMPLOYEES TO VISIT THE SITE AND AUDIT THE INVENTORY COUNT. 4. CONSIGNEE AGREES TO VERIFY THAT THE SEAL IS INTACT ON THOSE SEALED TRUCKLOADS IF A SEAL NUMBER IS INDICATED ON THE DELPHI SHIPPING DOCUMENT. 5. CONSIGNEE AGREES TO VERIFY THE ACCURACY OF THE MATERIAL IDENTIFICATION AND COUNTS RECEIVED FROM THE DELPHI PLANT. EACH BILL OF LADING MUST BE CHECKED COMPLETELY AT TIME OF RECEIPT AND DELPHI PRODUCTION CONTROL NOTIFIED IMMEDIATELY OF ANY DISCREPANCY. CONSIGNEE WILL CORRECT INFORMATION ON BILL OF LADING, SIGN, DATE, AND FAX COPY TO PRODUCTION CONTROL. 6. CONSIGNEE AGREES TO SEGREGATE DELPHI MATERIAL AND PROVIDE ADEQUATE PROTECTION AND INSUR-ANCE FOR LOSS OR DAMAGED DELPHI MATERIAL 7. CONSIGNEE AGREES TO RETURN ALL DE-FECTIVE OR DAMAGED PARTS TO DELPHI UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN MADE WITH DELPHI PURCHASING. 8. IF CON-SIGNEE IS DETERMINED TO BE AT FAULT FOR | | |

CONTINUED ON PAGE    3

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
        (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

2

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

PURCHASE ORDER    SAG90I2815
ALTERATION 77275

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT SCRAP OR LOSS OF INVENTORY, DELPHI PURCHASING WILL CHARGE BACK THE CONSIGNEE. 9.  CONSIGNEE WILL FAX TO DELPHI MATERIAL CONTROL CONSIGNMENT ANA-LYST COPIES OF SHIPPING PAPERWORK WHEN SHIPPING OR RECEIVING PARTS FROM OTHER CONSIGNEE LOCATIONS. 10.  CONSIGNEE AG-REES TO ALLOW DELPHI SCHEDULING AND FINANCE REPRESENTATIVES THE RIGHT TO AUDIT INVENTORIES AND INVENTORY RECORDS UPON REQUEST. 11. TOOLS PROVIDED FOR PERFORMANCE OF AN OPERATION BY CONSIGNEE REMAIN THE PROPERTY OF DELPHI UNLESS OTHERWISE NOTED. 12. CONSIGNEE AGREES TO SHIP MATERIAL DIRECTLY TO DELPHI'S CUS-TOMER IF THE PHYSICAL FLOW WARRANTS. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR- | | |

CONTINUED ON PAGE   4

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
        (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

3

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG9012815 |
| --- | --- |
| | ALTERATION 77275 |

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- | --- |
| | | | | | WA |
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO. 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL | | |

CONTINUED ON PAGE    5

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE    (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

PURCHASING LOCATION

**DELPHI**

| PURCHASE ORDER | SAG9012815 |

ALTERATION 77275

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055   DUNS 095309860

INVOICE TO

ATTN   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL            60015

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES |
|---|---|---|---|---|
| | | | | IAR WA |
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES. USE TAX CODES 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | TERMS AND CONDITIONS ON THE INTERNET. | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE | | |
| | | VERSION OF THE GENERAL TERMS AND | | |
| | | CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER | | |
| | | SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC | | |
| | | REQUIREMENTS | | |

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

PURCHASING LOCATION

# DELPHI

LEGAL COPY

PURCHASE ORDER    SAG9012815
ALTERATION 77276

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES/USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/14/97 AND EXPIRES 12/31/11. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE  1/01/09 | ********* | |
| | 26001257 | RACE BLANK, INNER | 165.00 | PC |
| PC | | PURCHASED COMPLETE TO BLUEPRINT REV. 048    DATED  5/18/99 ACTIVE | CURRENCY JPY | |
| | | ACT 2400  75000           TAX 4B WEEKLY CAP     21250    MIN LOT SIZE PERCENT OF BUSINESS     100% | | |
| | | PRICE CHANGE P/N 26001257 IF YOU HAVE DELPHI STEERING MATERIAL CONSIGNED TO YOUR COMPANY, THE FOLLOW-ING ACTIONS ARE REQUIRED: 1.  CONSIGNEE AGREES TO MAINTAIN PERPETUAL INVENTORY RECORDS AND TO RETAIN THE RECORDS FOR ONE YEAR PLUS THE CURRENT YEAR. 2.  CON-SIGNEE AGREES TO CONFIRM IN WRITING CON-SIGNED INVENTORY BY PART NUMBER AT LEAST | | |

CONTINUED ON PAGE    2

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE (989) 757-4046 EXT: 404
FAX (989) 757-5094

PAGE

1

# DELPHI

PURCHASING LOCATION

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | PURCHASE ORDER | SAG9012815 |
|---|---|---|
| | | ALTERATION 77276 |

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL        60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES |
|---|---|---|---|---|---|
| | | | | | WA |
| INCOTERM | | | | TITLE TRANSFER TERM | |
| NAMED PLACE | | | | | |

STATE & LOCAL SALES
USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

QUARTERLY OR MORE FREQUENTLY IF
REQUESTED BY THE DIVISION. 3.  CONSIGNEE
AGREES TO PROVIDE AN ANNUAL CERTIFIED
LETTER OF PHYSICAL INVENTORY WHEN DELPHI
CONDUCTS ITS ANNUAL PHYSICAL INVENTORY
OR ALLOW DELPHI EMPLOYEES TO VISIT THE
SITE AND AUDIT THE INVENTORY COUNT. 4.
CONSIGNEE AGREES TO VERIFY THAT THE SEAL
IS INTACT ON THOSE SEALED TRUCKLOADS IF
A SEAL NUMBER IS INDICATED ON THE DELPHI
SHIPPING DOCUMENT. 5.  CONSIGNEE AGREES
TO VERIFY THE ACCURACY OF THE MATERIAL
IDENTIFICATION AND COUNTS RECEIVED FROM
THE DELPHI PLANT. EACH BILL OF LADING
MUST BE CHECKED COMPLETELY AT TIME OF
RECEIPT AND DELPHI PRODUCTION CONTROL
NOTIFIED IMMEDIATELY OF ANY DISCREPANCY.
CONSIGNEE WILL CORRECT INFORMATION ON
BILL OF LADING, SIGN, DATE, AND FAX COPY
TO PRODUCTION CONTROL. 6.  CONSIGNEE
AGREES TO SEGREGATE DELPHI MATERIAL AND
PROVIDE ADEQUATE PROTECTION AND INSUR-
ANCE FOR LOSS OR DAMAGED DELPHI MATERIAL
7.   CONSIGNEE AGREES TO RETURN ALL DE-
FECTIVE OR DAMAGED PARTS TO DELPHI
UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN
MADE WITH DELPHI PURCHASING. 8.  IF CON-
SIGNEE IS DETERMINED TO BE AT FAULT FOR

CONTINUED ON PAGE   3

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

5

PURCHASING LOCATION

**DELPHI**

PURCHASE ORDER    SAG9012815
ALTERATION 77276

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | WA |
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT SCRAP OR LOSS OF INVENTORY, DELPHI PURCHASING WILL CHARGE BACK THE CONSIGNEE. 9.  CONSIGNEE WILL FAX TO DELPHI MATERIAL CONTROL CONSIGNMENT ANA-LYST COPIES OF SHIPPING PAPERWORK WHEN SHIPPING OR RECEIVING PARTS FROM OTHER CONSIGNEE LOCATIONS. 10.  CONSIGNEE AG-REES TO ALLOW DELPHI SCHEDULING AND FINANCE REPRESENTATIVES THE RIGHT TO AUDIT INVENTORIES AND INVENTORY RECORDS UPON REQUEST. 11. TOOLS PROVIDED FOR PERFORMANCE OF AN OPERATION BY CONSIGNEE REMAIN THE PROPERTY OF DELPHI UNLESS OTHERWISE NOTED. 12. CONSIGNEE AGREES TO SHIP MATERIAL DIRECTLY TO DELPHI'S CUS-TOMER IF THE PHYSICAL FLOW WARRANTS. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR- | | |

CONTINUED ON PAGE    4

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

3

LEGAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG90I2815 |
| --- | --- |
| | ALTERATION 77276 |

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055    DUNS 095309860

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES TAX |
| --- | --- | --- | --- | --- |
| | | | | WA |
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL | | |

CONTINUED ON PAGE   5

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

4

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER   SAG9012815

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77276

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:   ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL            60015

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAB WA |
|---|---|---|---|---|---|

INCOTERM
NAMED PLACE

TITLE TRANSFER TERM

STATE & LOCAL SALES.
USE TAX CODES
PERMIT NO 3800440

4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

TERMS AND CONDITIONS ON THE INTERNET.
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIERS
3) CLICK ON DELPHI SUPPLIER COMMUNITY
PORTAL
4) CLICK ON GENERAL TERMS AND CONDITIONS
5) CLICK ON YOUR PERFERRED LANGUAGE
VERSION OF THE GENERAL TERMS AND
CONDITIONS

DIRECTIONS TO FIND DELPHI'S CUSTOMER
SPECIFIC REQUIREMENTS ON THE INTERNET
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIER'S
3) CLICK ON DELPHI'S SUPPLIER COMMUNITY
PORTAL
4) CLICK ON SUPPLIER STANDARDS
5) CLICK ON DELPHI CUSTOMER SPECIFIC
REQUIREMENTS

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

LEGAL COPY

| PURCHASE ORDER | SAG90I2815 |
ALTERATION 77277

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:         ACCOUNTS PAYABLE
SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | WA |
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES
USE TAX CODES    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/14/97<br>AND EXPIRES 12/31/11. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE   1/01/10 | ******** | |
| | 26001257 | RACE BLANK, INNER | 162.00 | PC |
| PC | | | CURRENCY JPY | |
| | | PURCHASED COMPLETE<br>TO BLUEPRINT REV. 048   DATED  5/18/99<br>ACTIVE | | |
| | | ACT 2400  75000          TAX 4B<br>WEEKLY CAP     21250    MIN LOT SIZE<br>PERCENT OF BUSINESS   100% | | |
| | | PRICE CHANGE P/N 26001257<br>IF YOU HAVE DELPHI STEERING MATERIAL<br>CONSIGNED TO YOUR COMPANY, THE FOLLOW-<br>ING ACTIONS ARE REQUIRED: 1.  CONSIGNEE<br>AGREES TO MAINTAIN PERPETUAL INVENTORY<br>RECORDS AND TO RETAIN THE RECORDS FOR<br>ONE YEAR PLUS THE CURRENT YEAR. 2.  CON-<br>SIGNEE AGREES TO CONFIRM IN WRITING CON-<br>SIGNED INVENTORY BY PART NUMBER AT LEAST | | |

CONTINUED ON PAGE   2

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE
BUYER
      (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

1

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I2815 |
| --- | --- |

ALTERATION 77277

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

VENDOR 600055    DUNS 095309860

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
| --- | --- | --- | --- | --- |
| | | | | WA |

INCOTERM
NAMED PLACE

TITLE TRANSFER TERM

STATE & LOCAL SALES. USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT QUARTERLY OR MORE FREQUENTLY IF REQUESTED BY THE DIVISION. 3.  CONSIGNEE AGREES TO PROVIDE AN ANNUAL CERTIFIED LETTER OF PHYSICAL INVENTORY WHEN DELPHI CONDUCTS ITS ANNUAL PHYSICAL INVENTORY OR ALLOW DELPHI EMPLOYEES TO VISIT THE SITE AND AUDIT THE INVENTORY COUNT. 4. CONSIGNEE AGREES TO VERIFY THAT THE SEAL IS INTACT ON THOSE SEALED TRUCKLOADS IF A SEAL NUMBER IS INDICATED ON THE DELPHI SHIPPING DOCUMENT. 5.  CONSIGNEE AGREES TO VERIFY THE ACCURACY OF THE MATERIAL IDENTIFICATION AND COUNTS RECEIVED FROM THE DELPHI PLANT. EACH BILL OF LADING MUST BE CHECKED COMPLETELY AT TIME OF RECEIPT AND DELPHI PRODUCTION CONTROL NOTIFIED IMMEDIATELY OF ANY DISCREPANCY. CONSIGNEE WILL CORRECT INFORMATION ON BILL OF LADING, SIGN, DATE, AND FAX COPY TO PRODUCTION CONTROL. 6.  CONSIGNEE AGREES TO SEGREGATE DELPHI MATERIAL AND PROVIDE ADEQUATE PROTECTION AND INSUR-ANCE FOR LOSS OR DAMAGED DELPHI MATERIAL 7.   CONSIGNEE AGREES TO RETURN ALL DE-FECTIVE OR DAMAGED PARTS TO DELPHI UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN MADE WITH DELPHI PURCHASING. 8.  IF CON-SIGNEE IS DETERMINED TO BE AT FAULT FOR | | |

CONTINUED ON PAGE    3

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094

PAGE
2

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I2815 |

ALTERATION 77277

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | WA |
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES. USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

SCRAP OR LOSS OF INVENTORY, DELPHI
PURCHASING WILL CHARGE BACK THE
CONSIGNEE. 9. CONSIGNEE WILL FAX TO
DELPHI MATERIAL CONTROL CONSIGNMENT ANA-
LYST COPIES OF SHIPPING PAPERWORK WHEN
SHIPPING OR RECEIVING PARTS FROM OTHER
CONSIGNEE LOCATIONS. 10. CONSIGNEE AG-
REES TO ALLOW DELPHI SCHEDULING AND
FINANCE REPRESENTATIVES THE RIGHT TO
AUDIT INVENTORIES AND INVENTORY RECORDS
UPON REQUEST. 11. TOOLS PROVIDED FOR
PERFORMANCE OF AN OPERATION BY CONSIGNEE
REMAIN THE PROPERTY OF DELPHI UNLESS
OTHERWISE NOTED. 12. CONSIGNEE AGREES TO
SHIP MATERIAL DIRECTLY TO DELPHI'S CUS-
TOMER IF THE PHYSICAL FLOW WARRANTS.
SELLER ACKNOWLEDGES AND AGREES THAT
BUYER'S GENERAL TERMS AND CONDITIONS AND
CUSTOMER SPECIFIC REQUIREMENTS ARE IN-
CORPORATED IN, AND A PART OF, THIS CON-
TRACT AND EACH PURCHASE ORDER, RELEASE,
REQUISITION, WORK ORDER, SHIPPING IN-
STRUCTION, SPECIFICATION AND OTHER
DOCUMENT ISSUED BY BUYER OR ACCEPTED IN
WRITING BY BUYER, WHETHER EXPRESSED IN
WRITTEN FORM OR BY ELECTRONIC DATA IN-
TERCHANGE, RELATING TO THE GOODS AND/OR
SERVICES TO BE PROVIDED BY SELLER PUR-

CONTINUED ON PAGE  4

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE    BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

3

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER      SAG90I2815

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77277

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES |
|---|---|---|---|---|---|
| | | | | | IAR |
| | | | | | WA |
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES. USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS-LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL | | |

CONTINUED ON PAGE   5

THIS CHANGES, AMENDS OR SUPERSEDES A
  PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
        (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

4

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG90I2815 |
|---|---|
| | ALTERATION 77277 |

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:   ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                    60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|---|
| | | | | | WA |

INCOTERM
NAMED PLACE                                        TITLE TRANSFER TERM

STATE & LOCAL SALES,
USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | TERMS AND CONDITIONS ON THE INTERNET. | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE | | |
| | | VERSION OF THE GENERAL TERMS AND | | |
| | | CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER | | |
| | | SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC | | |
| | | REQUIREMENTS | | |

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

5

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I2815 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

ALTERATION 77278

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:     ACCOUNTS PAYABLE
SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL               60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES/ USE TAX CODES
PERMIT NO 3800440
4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/14/97 AND EXPIRES 12/31/11. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| ******** | | THE FOLLOWING PRICE EFFECTIVE  1/01/11 | ******** | |
| | 26001257 | RACE BLANK, INNER | 159.00   PC | |
| | | | CURRENCY JPY | |
| PC | | PURCHASED COMPLETE TO BLUEPRINT REV. 048   DATED  5/18/99 ACTIVE | | |
| | | ACT 2400  75000          TAX 4B WEEKLY CAP     21250    MIN LOT SIZE PERCENT OF BUSINESS   100% | | |
| | | PRICE CHANGE P/N 26001257 IF YOU HAVE DELPHI STEERING MATERIAL CONSIGNED TO YOUR COMPANY, THE FOLLOW-ING ACTIONS ARE REQUIRED: 1.  CONSIGNEE AGREES TO MAINTAIN PERPETUAL INVENTORY RECORDS AND TO RETAIN THE RECORDS FOR ONE YEAR PLUS THE CURRENT YEAR. 2.  CON-SIGNEE AGREES TO CONFIRM IN WRITING CON-SIGNED INVENTORY BY PART NUMBER AT LEAST | | |

CONTINUED ON PAGE   2

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE (989) 757-4046 EXT: 404
FAX (989) 757-5094

PAGE 1

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER    SAG9012815
ALTERATION 77278

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL

60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES JAR |
|---|---|---|---|---|---|
| | | | | | WA |

INCOTERM
NAMED PLACE

TITLE TRANSFER TERM

STATE & LOCAL SALES,
USE TAX CODES    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT QUARTERLY OR MORE FREQUENTLY IF REQUESTED BY THE DIVISION. 3. CONSIGNEE AGREES TO PROVIDE AN ANNUAL CERTIFIED LETTER OF PHYSICAL INVENTORY WHEN DELPHI CONDUCTS ITS ANNUAL PHYSICAL INVENTORY OR ALLOW DELPHI EMPLOYEES TO VISIT THE SITE AND AUDIT THE INVENTORY COUNT. 4. CONSIGNEE AGREES TO VERIFY THAT THE SEAL IS INTACT ON THOSE SEALED TRUCKLOADS IF A SEAL NUMBER IS INDICATED ON THE DELPHI SHIPPING DOCUMENT. 5. CONSIGNEE AGREES TO VERIFY THE ACCURACY OF THE MATERIAL IDENTIFICATION AND COUNTS RECEIVED FROM THE DELPHI PLANT. EACH BILL OF LADING MUST BE CHECKED COMPLETELY AT TIME OF RECEIPT AND DELPHI PRODUCTION CONTROL NOTIFIED IMMEDIATELY OF ANY DISCREPANCY. CONSIGNEE WILL CORRECT INFORMATION ON BILL OF LADING, SIGN, DATE, AND FAX COPY TO PRODUCTION CONTROL. 6. CONSIGNEE AGREES TO SEGREGATE DELPHI MATERIAL AND PROVIDE ADEQUATE PROTECTION AND INSUR-ANCE FOR LOSS OR DAMAGED DELPHI MATERIAL 7. CONSIGNEE AGREES TO RETURN ALL DE-FECTIVE OR DAMAGED PARTS TO DELPHI UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN MADE WITH DELPHI PURCHASING. 8. IF CON-SIGNEE IS DETERMINED TO BE AT FAULT FOR | | |

CONTINUED ON PAGE   3

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

5

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG9012815 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 77278

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

SHIP TO

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL              60015

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CODES TAR |
|---|---|---|---|---|---|
| | | | | | WA |

INCOTERM
NAMED PLACE

TITLE TRANSFER TERM

STATE & LOCAL SALES, USE TAX CODES
PERMIT NO 3800440

4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT SCRAP OR LOSS OF INVENTORY, DELPHI PURCHASING WILL CHARGE BACK THE CONSIGNEE. 9. CONSIGNEE WILL FAX TO DELPHI MATERIAL CONTROL CONSIGNMENT ANA-LYST COPIES OF SHIPPING PAPERWORK WHEN SHIPPING OR RECEIVING PARTS FROM OTHER CONSIGNEE LOCATIONS. 10. CONSIGNEE AG-REES TO ALLOW DELPHI SCHEDULING AND FINANCE REPRESENTATIVES THE RIGHT TO AUDIT INVENTORIES AND INVENTORY RECORDS UPON REQUEST. 11. TOOLS PROVIDED FOR PERFORMANCE OF AN OPERATION BY CONSIGNEE REMAIN THE PROPERTY OF DELPHI UNLESS OTHERWISE NOTED. 12. CONSIGNEE AGREES TO SHIP MATERIAL DIRECTLY TO DELPHI'S CUS-TOMER IF THE PHYSICAL FLOW WARRANTS. SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR- | | |

CONTINUED ON PAGE   4

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

3

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I2815 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ALTERATION 77278

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055    DUNS 095309860

ATTN:    ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL              60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR WA |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL | | |

CONTINUED ON PAGE   5

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
BUYER
PHONE (989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I2815 |
|---|---|
| | ALTERATION 77278 |

ORDER ISSUE DATE: 01/14/97
JANUARY 29, 2008

INVOICE TO

VENDOR 600055   DUNS 095309860

ATTN:   ACCOUNTS PAYABLE

AMERICAN AIKOKU INC
520 LAKE COOK RD STE 180
DEERFIELD IL                60015

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAN |
|---|---|---|---|---|
| | | | | WA |
| INCOTERM | | | TITLE TRANSFER TERM | |
| NAMED PLACE | | | | |

STATE & LOCAL SALES,
USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | TERMS AND CONDITIONS ON THE INTERNET. | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE | | |
| | | VERSION OF THE GENERAL TERMS AND | | |
| | | CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER | | |
| | | SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC | | |
| | | REQUIREMENTS | | |

THIS CHANGES, AMENDS OR SUPERSEDES A
PURCHASE ORDER NOW IN YOUR POSSESSION.

SANBORN J.
PHONE BUYER
(989) 757-4046 EXT: 404
FAX (989) 757-5094 PAGE

5