J. Mark Chevallier  
TX State Bar No. 04189170  
James G. Rea  
TX State Bar No. 24051234  
McGuire, Craddock & Strother, P.C.  
500 N. Akard, Suite 3550  
Dallas, Texas 75201  
(214) 954-6800 Telephone  
(214) 954-6850 Telecopier  
Email: mchevallier@mcslaw.com  
Email: jrea@mcslaw.com  
**ATTORNEYS FOR STMICROELECTRONICS, INC.**

<br>

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **DELPHI**, *et al.,* | § | **Case No. 05-44481 (RDD)** |
| | § | **Jointly Administered** |
| Debtors. | § | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF STMICROELECTRONICS, INC. TO THE NOTICE AND TO THE CORRECTED NOTICES OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION**

**TO THE HONORABLE STACEY G. C. JERNIGAN, U. S. BANKRUPTCY JUDGE**:

COMES NOW, STMicroelectronics, Inc. ("STMicroelectronics"), by and through its attorneys of record, and desires to withdraw its Objection to the Notice and to the Corrected Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC under Modified Plan of Reorganization filed herein on July 22, 2009, without prejudice.

Respectfully submitted,

**MCGUIRE, CRADDOCK & STROTHER, P.C.**

By:  /s/ J. Mark Chevallier  (08/31/09)
    **J. Mark Chevallier (SBN** 04189170)
    **James G. Rea  (SBN** 24051234)
**McGuire, Craddock & Strother, P.C.**
500 N. Akard, Suite 3550
Dallas, Texas 75201
(214) 954-6800 Telephone
(214) 954-6850 Telecopier
Email: mchevallier@mcslaw.com
Email: jrea@mcslaw.com
**ATTORNEYS FOR STMICROELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF transmission on all ECF Participants this the 31st day of August, 2009.

  /s/J. Mark Chevallier   (08/31/09)
**J. Mark Chevallier**