RICHARD P. DE FABIO
1946 ST. FRANCIS AVE.
NILES, OHIO 44446
330-652-5120

8/28/2009

Bankruptcy Court
U.S. Bankruptcy Court
Case # 05-44481
One Bowling Green
New York, N.Y. 10004-1408

RECEIVED
AUG 31 2009
U.S. BANKRUPTCY COURT, SDNY

Dear Judge Drain,

I am writing to you to urge you to overturn the Treasury Departments ruling that allows General Motors to renage on its agreement that provides pensions and health care to it's <u>IUE-CWA Delphi Retirees</u> that were allowed to transition to G.M. in 2006 for the purpose of retirement.

Respectfully yours,
Richard P. De Fabio