Dear Judge Drain,

Please let me take a moment of you time:

I was born after WWII in Ohio into a family with modest means; having to work from age 12 thru high school after graduating getting an apprentice ship working on garbage trucks and equipment. Not having the finances for collage I was drafted into the infantry and sent to Vietnam and awarded the purple heart and even the bronze star for valor among other citations; it was the right thing do.

Having returned home, I attended night schools – and accepted any and all education possible. Two Fortune 500 Companies left for China and Mexico; both were successful and profitable.

With other jobs finally in 1995 landing a position with GM Packard Division with a guaranteed contract.

Enter 1999 GM spins us off into Delphi with a guarantee of employment and benefits we have a contract.

Then in 2005, bankruptcy was filed we had a guarantee from GM our pensions and health care are guaranteed we have a contract.

Then along with 3000 others in 2007, we were persuaded to take early retirement with guaranteed pension benefits including health care from GM; we have a contract.

Now comes your treasury dept and says GM doesn't have to live up to their end of their obligation's to IUE-CWA but still have to honor the contract of the UAW - this is truly unfair.

This will truly devastate my family, wife of 21 years daughter of 17, daughter of 10 and my self having a double bypass last year, and unemployment at 15% in our area. At 60 years old there is no time to start another career towards retirement funding and the bottom line is - we had a contract.

After a lifetime of doing the right thing serving my country paying taxes, being a good and honorable citizen, and always paying my obligations supporting your party please reconsider this extremely unfair and wrong decision that will affect so many families in this country.

Sincerely

Dennis R Mathy

*[signature]*

8977 Delin Thomas Rd

Kinsman Ohio 44428

Phone: 330-876-1308

P.S. As you can see I still have a good memory and will be around at election time.