Aug. 13, 2009

Dear Sir;

I'm writing you asking for any help you can give in the situation happening with the Delphi retiree's benefits.

Our pensions have been turned over to the PBGC. This means that there will be deep cuts in the pensions we had planned to live out our lives on. Also we are loosing our health insurance and life insurance. All thought there is health insurance out there to buy we will not have the money to purchase it. And without life insurance we can't even afford to die without it leaving a hardship on our loved ones.

At this time when our government is trying to pass health care, why are we loosing that very thing our elected officials are trying so hard to fix?

Any help you can give in this matter will be appreciated and remembered.

Thank you,

Robin Hawthorne

Robin Hawthorne

Wife of retired IUE / CWA Member



RECEIVED
AUG 19 2009
USBC-SDNY
RDD