August 17, 2009

7581 Captains Court
Mentor, Ohio 44060

Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

Dear Judge Drain,

I am very disappointed and saddened to learn about the plight of the many retirees from the now bankrupt Delphi Corporation who were also proud members of the International Union of Electrical Workers (IUE).

As part of the bankruptcy reorganization, unlike members of the UAW, these individuals will have their retirement turned over to the Pension Benefit Guaranty Corporation (PBGC). Unfortunately, the younger retirees face having their pensions slashed and their health care benefits eliminated.

It would be an unbearable burden to these individuals, their families and to the communities in which they live if this plan is implemented. In light of the state of our national economy, actions like this can only impede recovery from this terrible recession. I hope you will consider the implications of this plan and do what ever you can in order to retain the pension and health care benefits of these individuals.

Sincerely,

Kerry Domes