Dear Honorable Judge Robert D Drain

I am writing to thank you for allowing Delphi to drop my pension and my healthcare!!

I worked 26 years for General Motors before being spun off to Delphi, this not being any choice of mine. I worked another 8 years for Delphi.

For these 34 years I was promised a pension and healthcare. I am now 56 years old. My pension now that it will be with the PBGC will be about 1/4 of my pension as it was, and will have no healthcare, nor will I be able to afford to purchase any given my income with the PBGC. I will probably have to end up filing for BANKRUPTCY myself. Hopefully, I will get a Judge that will be as helpful as you were to Delphi!

And as if that wasn't enough, Now that General Motors has filed Bankruptcy and with the governments blessing I will live my golden years trying to find a job to supplement what little I will receive from The PBGC. I will become the working poor! That is as long as my health holds out then I don't know what may happen!

I always thought if I worked hard and put some money away I would be able to live comfortably, not extravagant! But it seems in this country today the American Dream is dead! All due to these big companies who have taken our jobs to Mexico then when they realized they could save even more money by taking them to China, then filing Bankruptcy to unload their obligations to the people who built them to what they became only to have them mismanage and then blame us the little guys at the bottom. How come the European profits in Delphi were never a part of this Bankruptcy?? We here in the USA built those Delphi companies in Europe. It was our profits that built those buildings over there. So now why are they not responsible for paying promised pensions and healthcare?? Because the Bankruptcy laws work for the big companies and not the little people at the bottom.

This will all come full circle. The Rich just can't stand that a middle class exists. Oh well!!! I will be paying less taxes now that I will be of poverty level income. Soon the Government will be coming after the Rich guys to help support all the government programs. Like welfare and medicaid, medicare. social security!

I am not alone in this, there are 70,000 others in this Delphi farce! What was allowed to happen to us is CRIMINAL!! And it is DISCRIMINATORY! You see the UAW got there pensions....so far! It will only be a matter of time before they are expendable !! As soon as GM gets back on there feet, if that is possible. And I being one of 70,000 plus that used to be a loyal GM owner will NEVER buy one again even if I could afford one. All the while all the CEO'S and big deals will be sitting pretty with their million/billion dollar pensions and bonuses.

I only hope they can't sleep at night! I pray to God everyday that He will make this all right in the end. Which may be the END!

Tuesday, August 25, 2009 AOL: Blondetowmotor

Again, thank you for helping to ruin so many hard working people's lives!! I am sure you will be rewarded in heaven?????

Sincerely,
Victoria E. Dragojevic
560 Fowler St.
Cortland, Ohio 44410 / 330-638-5849

*I am a member of the IUE/CWA Local 717

I worked at Delphi Packard Electric, Warren, Ohio for 34 years. When I started working there in 1973 There were 14,800 people working for this division of General Motors, it was a good place to work.

There are now less then 600 employees there and all the buildings are going to ruin. We supplied wiring harnesses for General Motors and were intricate in there business for many years. We had an Engineering dept. that was outstanding !

This whole community is going to feel the pain of this decision to do away with our Pensions and healthcare. Again, Thank You!