August 19, 2009

Judge Robert D. Drain

Re: IUE-CWA GM/Delphi Retirees Losing their Pension and Health Care!!!

Dear Mr. President:

My wife and I are in a spiraling plight towards poverty. I am a retiree of Delphi, GM, Warren, Ohio. Because our union is IUE-CWA (Local 717), NOT UAW, we are going to lose our pensions, health care and turned over to the PBGC. How do you place one union over another???? We have all been discriminated against at one point or another in our lives. However, when it is the Federal Government that does the discriminatory act it is especially egregious!!! The Auto Task Force is a directly appointed body of the Executive Branch of the Federal Government. They have seen fit to apply the Constitutional Rights of the individuals differently to fit the personal goals of that body. This is a blatant misrepresentation of the basic rights and decency of each person being discriminated against. In this case the ruling for the UAW workers and against the IUE-CWA workers of the SAME COMPANY. It is further compounded by the fact that they are using federal tax dollars as the tool of discrimination, funding UAW PENSIONS and NOT IUE-CWA PENSIONS of the SAME COMPANY – DELPHI. We are now locked within a perfect storm – pensions cut, health care gone, life insurance gone, NO local jobs, increasing local taxes, unable to dispose of existing properties, and a possible promise to be retrained for jobs that DON'T exist. This is what we ALL worked so hard for – the Promised Land – the AMERICAN DREAM. How can we possibly survive this and keep our head up high? We will be stripped of our dignity by being relegated to the life of poverty. How do you choose between food and medications needed to survive??? This is a total injustice. We have lost a GREAT deal of respect for all buy a few politicians and CEO's that have been involved in this issue. It is a great American tragedy when we knowingly inflict harm on a fellow citizen. It is even a greater tragedy when we see and understand the harm that has been caused and stand by and LET IT HAPPEN! It is an honor for a person to become a President, Senator, Congressman, Chairman or a CEO, but having the title and actually fulfilling those responsibilities always seem to be mutually exclusive. WE THE PEOPLE suffer the consequences. Support the American Worker and DEMAND GM/DELPHI continue their obligation to their retirees!!! In closing, we would like to repeat a quote from Abraham Lincoln - "ALL THAT SERVES LABOR SERVES THE NATION. ALL THAT HARMS IS TREASON. IF A MAN TELLS YOU HE TRUSTS AMERICA, YET FEARS LABOR, HE IS A FOOL. THERE IS NO AMERICA WITHOUT LABOR, AND TO FLEECE THE ONE IS TO ROB THE OTHER." Thank you for reading our letter and we HOPE you do the right thing.

Keith & Kathy Domes
6160 Gore Rd.
Ashtabula, Ohio 44004
(440) 344-8571 or 8572
email – kth1224@yahoo.com