Honorable Judge Robert Drain,

My name is Lenville Adkins. I retired from Delco Moraine/Delphi (UAW) after 33 years of service. I retired under G.M.

My mother-in law is 91½ yrs old and lives with me. She is insured under my health care plan with G.M. She is a sponsored dependent with only prescription and Anthem as secondary insurance. Her coverage is not free. The premium per month is $390.00. It is taken out of my pension check. This was not costing G.M. Her health care coverage is being cancelled Oct 1. My mother-in-law will not be able to get insurance anywhere. She is a diabetic and in remission from having Non Hodgkins Lymphoma last summer. She takes 13 medications. I understand making concessions but cancelling a 91 yrs old insurance for no reason. I just can't understand this. I am hoping you can let me know the reason behind this. My mother-in-law has no assets, never owned a home. The only coverage now is her Medicare Insurance. Her only income

is her Social Security Check. I guess there's going to be alot more people going on welfare because of the cancellation of coverage. I suppose certain ones were weeded out because of the cost therefore they will now be a burden on the government.

I hope you review this being granted in GM's bankruptcy. I am hoping you will review this and give the dependent back their coverage. Will you please respond to me? My mother-in-law still mops the floor on hand and knees, walks without a walker or cane. She still cans fresh vegetables from the garden. She is not an invilid.

Thank You
Lenville P. Adkins
2475 Federal Rd
Xenia, Ohio 45385
Phone 1-937 376 3521