DeB Rayner
3410 Eagles Loft Unit-A
Cortland, OH 44410

Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, N.Y. 10004-1408

---

Honorable Judge Robert Drain,

I am an IUE-CWA Local 717 Delphi Packard Electric retiree. I beg for your assistance in case #05-44481.

I started when I was 19 years old. I worked for this company for over 30 years. I had 2 strokes since I retired. I don't want to have another stroke worrying about my healthcare and my pension in the future. It's not my fault all the work went overseas! THANKS FOR your Help.

Deborah Rayner

RECEIVED AUG 19 2009 USBC-SDNY RDD