05-____-rdd  Doc 18864  Filed 08/20/09  Entered 09/02/09 16:14:43  Main Document
Pg 1 of 1



Mrs. Debbie Hart
9740 Stratton Rd.
Salem, OH 44460-9649

Judge Robert D. Drain
U.S. Bankruptcy Court
Case # 05-44481
One Bowling Green
New York, New York
10004-1408

---

DISCRIMINATION!!! THERE IS NO OTHER WORD TO DESCRIBE WHAT THE GOVERNMENT AND GM ARE DOING TO US RETIREES. WE ARE BEING DISCRIMINATED AGAINST JUST BECAUSE WE BELONG TO A DIFFERENT UNION... IT'S NOT FAIR, WE ARE STILL GM RETIREES!!
WE JUST WANT TO BE TREATED AS EQUALS AND BE ABLE TO KEEP WHAT WE WORKED SO HARD FOR ALL THOSE YEARS, NAMELY OUR PENSION + HEALTHCARE.
PLEASE, PLEASE RECONSIDER THIS IMPORTANT DECISION FOR US!
SINCERELY,
DEBORAH HART, RETIREE GM/IUE