Mrs. Debbie Hart
9740 Stratton Rd.
Salem, OH 44460-9640

YOUNGSTOWN OH 445
18 AUG 2009 PM 2 L

RECEIVED
AUG 20 2009
U.S. BANKRUPTCY COURT, SDNY

SDNY

Judge Robert D. Drain
U.S. Bankruptcy Court
Case # 05-44481
One Bowling Green
New York, New York
10004-1408

041400

DISCRIMINATION!!! THERE IS NO OTHER WORD TO DESCRIBE WHAT THE GOVERNMENT AND GM ARE DOING TO US RETIREES. WE ARE BEING DISCRIMINATED AGAINST JUST BECAUSE WE BELONG TO A DIFFERENT UNION.... IT'S NOT FAIR!! WE ARE STILL GM RETIREES. WE JUST WANT TO BE TREATED AS EQUALS AND BE ABLE TO KEEP WHAT WE WORKED SO HARD FOR ALL THOSE YEARS, NAMELY OUR PENSION & HEALTHCARE!

PLEASE, PLEASE RECONSIDER THIS DECISION!!

SINCERELY,

DEBORAH HART, RETIREE GM/IUE