

Mrs. Debbie Hart
9740 Stratton Rd.
Salem, OH 44460

Judge Robert D. Drain
U.S. Bankruptcy Court   Case # 05-44481
One Bowling Green
New York, New York  10004-1408

Dear Judge Drain,

Please reconsider this decision about our pension & healthcare.

We worked hard for 30+ years and now the government is trying to take away everything we worked for... it's just not fair!

This is our livelihood & to take it all away would be devastating!

PLEASE, PLEASE ... DON'T LET US DOWN!!

DEBORAH HART, RETIREE GM/IUE