

Mrs. Debbie Hart
9740 Stratton Rd.
Salem, OH 44460

YOUNGSTOWN OH 445
20 AUG 2009 PM

Judge Robert D. Drain
U.S. Bankruptcy Court    Case # 05-44481
One Bowling Green
New York, New York  10004-1408

Dear Judge Drain,
My husband and I are both Delphi GM/IUE Retirees. We worked hard for more than 30 years & paid into GM pension the whole time. Now, just because we are a different union, they want to take that all away from us. All we want is fair treatment in preserving our pensions & healthcare benefits.
PLEASE, PLEASE SUPPORT OUR CAUSE!
Sincerely,
DEBORAH HART, RETIREE GM/IUE