

Chuck Hart
9740 Stratton Rd.
Salem, OH 44460

YOUNGSTOWN OH 445
20 AUG 2009 PM 2 T

Judge Robert D. Drain
U.S. Bankruptcy Court      Case # 05-44481
One Bowling Green
New York, New York      10004-1408

Dear Judge Drain,

Is this our thanks? All the contributions we made in our working life to the success of Delphi and GM and see it all being taken away from us in the blink of an eye? It's not fair! We are all GM Retirees, regardless of what union we are in & we just want to be treated equally!

Please preserve our pensions & healthcare benefits!   DEBORA H HART, RETIREE GM/IUE