Chuck Hart
9740 Stratton Rd.
Salem, OH



Judge Robert D. Drain
U.S. Bankruptcy Court  Case # 05-44481
One Bowling Green
New York, New York  10004-1408

Judge Drain

    Judge Drain you have a big decision to make. I sure hope you have a Conscience to save our Pension + Health care. Many people are depending on you.

    Vietnam War Vet
    Charles D Hart

Charles D Hart, Retiree GM/IUE