

7416 Bedford Rd
Hubbard, Ohio Youngstown OH
4425

RECEIVED

AUG 2 0 2009

U.S. BANKRUPTCY COURT, SDNY

Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, N.Y. 10004-1408

©2009 USPS ♻ recycled

---

Judge Drain,

I am Susan K. Watkins. I retired from Delphi in Warren, Ohio, IUE-CWa in January 2007 at age 53. I was promised health care, a pension with a supplement until age 62. How would you like it if everything was taken away from you? Will you help me make my 2 GM car payments and house payments?    Susan K. Watkins