

7164 Springdale Dr.
Brookfield, OH 44403

Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY
　　　　　　10004-1408

I worked 35 years at Delphi Packard. I retired with a promise of my GM Pension and Health Care. Why are the IUE-CWA Retirees being treated differently than the UAW? My pension from the PBGC will put me at poverty level.

Please help!
William Arnold
Retiree GM/IUE