

306 COMMON
44483

JUDGE Robert D. DRAiN
US BANKRUPTCY CASE# 05-44481
ONE BOWLING GREEN
NY, NY 10004 1408

HON. JUDGE DRAIN
   PLEASE help US RETAiN BENEFits
+ REtiREMENT. CAR CZAR Forgo
50,000 PEOPLE IN AUTO RECOVERY
MY GM PENSION WILL BE $117.00
PER MO. INSTEAD OF $3509/mo
CAN YOU RECONSIDER DELPHi
ISSUE.
                    Wm McCLEARY