Wm McCleary
306 Central Pkwy
44483



Judge Robert Drain
Case # 05-44481
One Bowling Green
Ny, Ny 10004-1408



Judge Drain

Is there any way you can Assist the Retirees of Delphi Retain Promised benefits + Compensation. Our Pensions Are So important to our Well Being
Thanks so much
Wm McCleary