

Ms Cheryl Boor
7362 Oakcrest Dr
Hubbard, OH 44425-8723

Judge Robert D. Drain
U.S. Bankruptcy Court Case
One Bowling Green   #05-44481
New York, NY
10004-1408

Dear Judge Drain,

Please save DM-DWE-CWA retirees pensions and health care. We worked for this company a total of 77 years between both of us. We don't deserve to loose what we worked so hard for all of these years.

Sincerely,
Jerry + Cheryl Boor