

Victoria Dragojevic
560 Fowler Street
Cortland, OH 44410-133[?]

JUDGE ROBERT DRAIN
U.S. BANKRUPTCY COURT
CASE # 05-44481
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

I am a member of the IUE/CWA, along with 50,000 others. I am being thrown out like GARBAGE. I worked 26 years for General Motors and 8 more for Delphi Packard Electric, Warren Ohio. We deserve to have our contractual pensions and healthcare, as the UAW members are getting. POVERTY is not what I worked my whole life for. Please reconsider, I beg of you!

Victoria Dragojevic