Ms. Betty P. Zombar
9330 Cain Dr. NE
Warren, OH 44484-1710



Judge Robert Drain
US Bankruptcy Court  #05-44481
One Bowling Green
New York, NY.
10004-1408

Dear Judge Drain,
My husband and I are retirees of GM/IUE. Please help us keep our healthcare.
Betty & Steve Zombar
9330 Cain Dr. NE.
Warren, Ohio  44484