

Mr. Larry Gardner
9 Danbury
Warren, OH 44481-9023

RECEIVED AUG 26 2009
U.S. BANKRUPTCY COURT SDNY

Robert D. Drain
US Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

---

I am a recent IUE/CWA retiree. I worked 20 yrs for General Motors and the last 10 yrs for Delphi. Now neither of them want to honor the contract they promised our unions for our pension and healthcare. Can you please help us keep what we have been promised, just as you will get to keep what you have been promised when you leave office. Or are you willing to give up your benefits as we are being forced to.      Sincerely
              Larry C. Gardner