

Mr. Paul Takacs
105 Beechwood Dr.
Cortland OH 44410-1665

YOUNGSTOWN OH 445

21 AUG 2009 PM 2 L

USA 28

Judge Robert D. Drain
U.S. Bankruptcy Court Case # 05-44481
One Bowling Green
New York, NY, 10004-1408

34+1415

To Judge Robert D. Drain
I am a GM/IUE retiree who is about to lose my
health and pension benifits. I earned them in 35
years! I paid my taxes, served my country (USA) and
worked to better my life. It will be taken away by a
stroke of a pen. Instead you protect overpaid
executives, administrators/politicans, and illegal
immigrants who don't pay taxes and break the law.
    I have to wonder if my hard work and sacrifice
was worth it? You no longer represent the middle
class, only certain special interest groups.
    The New GM and America are not like the old
ones, there is no longer any honor or integrity in
them.
                                    Paul A. Takacs
                                    GM/IUE Retiree