

Dear Judge Drain,

I am a Delphi IUE/CWA Retiree and am very upset about what is happening to us. It doesn't matter what union we are in, we ARE ALL GM Retirees and we should all be treated equally. We all paid into the same pension fund.

Please see it in your heart to help us GM/IUE Retirees keep our pensions and healthcare intact! We are not asking for any hand out, we are just asking to keep what is rightfully ours!

Sincerely,

DEBORAH HART, RETIREE GM/IUE