

Lou Ann Kilgore
1022 Perkins-Jones Rd. A-1
Warren, Ohio  44483

Dear Judge Drain:

I am a Delphi IUE-CWA retiree, not understanding — it is right to dispose of people who made a good product so G.M. and Packard Electric could turn a good profit. I will be Brought to Below poverty level with no health care and very little pension. Those at the top keep most, But the actual workers get the scrapings from the Bottom. How is that fair?   Lou Ann Kilgore