IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
  In re                        :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
              Debtors.         :   (Jointly Administered)
                               :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 28, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, and (ii) upon the parties listed on Exhibit B hereto via facsimile:

Notice of Proposed Exchange of Stock Certificates in Existing Joint Venture For Shares in New Joint Venture Pursuant to Order Under 11 U.S.C. § 363 Approving Procedures to Sell Certain De Minimis Assets Free and Clear of Liens, Claims, and Encumbrances [a copy of which is attached hereto (without exhibits) as Exhibit C]

Dated: September 2, 2009

                                    /s/ Darlene Calderon
                                    Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd day of September, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   /s/ Gary Christensen

Commission Expires:  11/12/09

# EXHIBIT A

Delphi Corporation
De Minimis Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| JPMorgan Chase Bank, NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | |
| JPMorgan Chase Bank, NA | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10012 | 212-270-0426 | |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |
| Varnum, Riddering,Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/1/2009 2:34 PM
De Minimis Sale Notices Service List Overnight

# EXHIBIT B

Delphi Corporation
De Minimis Sale Notice Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-701-5092 212-701-5213 | Counsel to Debtor's Postpetition Administrative Agent |
| JPMorgan Chase Bank, NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | |
| JPMorgan Chase Bank, NA | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10012 | 212-270-0426 | 212-270-0430 | |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | Counsel to Official Committee of Unsecured Creditors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | Counsel to Debtor's Prepetition Administrative Agent, JPMorgan Chase Bank, N.A. |
| Varnum, Riddering,Schmidt & Howlett | Michael S. McElwee | Bridge Water Place | P.O. Box 352 | Grand Rapids | MI | 49501 | 616-336-6827 | 616-336-7000 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

9/1/2009 2:36 PM
De Minimis Sale Notices Service List Fax

# EXHIBIT C

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                                :   Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :   Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

NOTICE OF PROPOSED EXCHANGE OF STOCK CERTIFICATES IN EXISTING JOINT VENTURE FOR SHARES IN NEW JOINT VENTURE PURSUANT TO ORDER UNDER 11 U.S.C. § 363 APPROVING PROCEDURES TO SELL CERTAIN DE MINIMIS ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

PLEASE TAKE NOTICE THAT in accordance with the Order Under 11 U.S.C. § 363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear of Liens, Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection With Such Sales Without Further Court Approval (Docket No. 766) (the "De Minimis Asset Sale Order"), Delphi Technologies, Inc. ("DTI") hereby gives notice of its intention to exchange its one share of Series B preferred stock, no par value per share, representing a 19% interest in SpaceForm, Inc. ("SpaceForm") for a 19% equity interest in SpaceForm Welding Solutions, Inc. pursuant to an Agreement And Plan Of Merger, dated as of August 27, 2009 (the "Merger Agreement"), by and among SpaceForm, Welding Solutions, Inc., SpaceForm Welding Solutions, Inc., the stockholders of SpaceForm (the "SpaceForm Stockholders"),[1] and Weldmation, Inc. ("Weldmation").[2]  None of Welding Solutions, Inc., SpaceForm Welding Solutions, Inc., Automation Alley, the MEDC, or Weldmation is an "insider" of DTI, as such term is defined by 11 U.S.C.§ 101(31).

---

[1] The SpaceForm Stockholders are Automation Alley (32% ownership interest), DTI (19% ownership interest), and the Michigan Economic Development Corporation (the "MEDC") (49% ownership interest).

[2] A copy of the Merger Agreement is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT immediately prior to and conditional upon the closing the Merger Agreement, the SpaceForm Stockholders will effect a recapitalization of SpaceForm through the execution of an Agreement And Plan Of Recapitalization (the "Plan of Recapitalization"),[3] and DTI will provide a Fourth Amendment To First Amended And Restated License Agreement to SpaceForm (the "License Amendment").[4]

PLEASE TAKE FURTHER NOTICE THAT DTI has determined, in its business judgment, that the Merger Agreement, the Plan of Recapitalization, and the License Amendment provide for fair and appropriate terms and provide favorable value in exchange for DTI's interest in SpaceForm.  SpaceForm was established in 2005 as a joint venture among the SpaceForm Stockholders to commercialize Delphi's Deformation Resistance Welding ("DRW") technology into mobile structure markets.  DTI has provided SpaceForm with a royalty bearing license for the DRW technology.  DTI believes that with additional funding, development, and commercialization, DRW technology may have commercial potential, but SpaceForm has not yet generated meaningful revenues, does not have a royalty-paying licensee, and has not yet demonstrated commercial viability for DRW.  Thus, DTI has determined that the best way to create potential future value for its shares of SpaceForm is to merge SpaceForm with a current welding systems producer such as Welding Solutions, Inc. (of which Weldmation, a Michigan-based welding equipment and systems manufacturer, is the sole shareholder) for the receipt of shares in a new entity (which shares are valued significantly below the threshold established under the De Minimis Asset Sale Order).  Elements of value in the structure after the merger are retention of DTI's 19% equity interest in an expanded

---

[3]   A copy of the Plan of Recapitalization is attached hereto as <u>Exhibit B</u>.
[4]   A copy of the License Amendment is attached hereto as <u>Exhibit C</u>.

2

enterprise, continuation of a modified royalty-bearing license, the elimination of the outstanding debt and interest burden, the alignment with a welding systems solution provider, and a financial commitment by Weldmation to fund the ongoing development of DRW technology for three years.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the De Minimis Asset Sale Order, DTI will exchange its shares of SpaceForm for shares of SpaceForm Welding Solutions, Inc. free and clear of liens, claims, and encumbrances (though certain interests of JPMorgan Chase Bank, N.A. will attach to DTI's shares of SpaceForm Welding Solutions, Inc., the proceeds of this transaction), and take such actions as are necessary to close the transaction, provided that counsel to DTI does not receive from a party that receives this Notice a written objection or written request for additional time to evaluate the proposed transactions within five business days following initial receipt of this Notice.

Dated:   August 28, 2009
        New York, New York

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By:  /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession