PEPPER HAMILTON LLP
Robert S. Hertzberg (RH 7433)
Deborah Kovsky-Apap (DK 6147)
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
(313) 259-7110
*Attorneys for Plymouth Rubber Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X
In re:
:
DELPHI CORPORATION, et al.,
:
Debtors.
:
:
------------------------------------------------------------------------ X

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## NOTICE OF APPEAL

Appellant Plymouth Rubber Company, LLC, by its undersigned attorneys Pepper Hamilton LLP, appeals under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 (I) Denying Plymouth Rubber Company LLC's Motion for Leave to File Late Claim and (II) Disallowing and Expunging Proof of Claim Number 19506 (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain) on August 31, 2009. A copy of the Order is attached hereto as Exhibit A.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1

APPELLANT:

Plymouth Rubber Company, LLC

PEPPER HAMILTON LLP
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
Telephone: (313) 259-7110

Attn: Robert S. Hertzberg
      Deborah Kovsky-Apap


APPELLEES:

Delphi Corporation, et al., including Delphi Automotive Systems, LLC (Debtors)

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700

Attn: John W. Butler, Jr.
      John K. Lyons
      Ron E. Meisler

-and-

Four Times Square
New York, NY 10036
Telephone: (212) 735-3000

Attn: Kayalyn A. Marafioti

Dated:  September 8, 2009	Respectfully submitted,

	PEPPER HAMILTON LLP


	  /s/ Deborah Kovsky-Apap
	Robert S. Hertzberg (RH 7433)
	Deborah Kovsky-Apap (DK 6147)
	Suite 3600
	100 Renaissance Center
	Detroit, MI 48243-1157
	Telephone:  (313) 259-7110
	Facsimile:  (313) 259-7926
	hertzbergr@pepperlaw.com
	kovskyd@pepperlaw.com

	*Attorneys for Appellant Plymouth Rubber Company, LLC*

#11462848 v1 (999922.2006)