PEPPER HAMILTON LLP
Robert S. Hertzberg (RH 7433)
Deborah Kovsky-Apap (DK 6147)
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
(313) 259-7110
*Attorneys for Plymouth Rubber Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

In re:

DELPHI CORPORATION, et al.,

　　　　　　　Debtors.

: Chapter 11
:
: Case No. 05-44481 (RDD)
:
: (Jointly Administered)

---------------------------------------------------------------------- X

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on September 8, 2009, I electronically filed the following: 1) Notice of Appeal, and 2) Certificate of Service, with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record registered to receive notice in this proceeding.

　　　　I further certify that on September 8, 2009, I caused copies of the following: 1) Notice of Appeal, and 2) Certificate of Service, marked "Chambers Copy", to be delivered via overnight courier, to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

Dated: September 8, 2009　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PEPPER HAMILTON LLP

　　　　　　　　　　　　　　　　　　　/s/ Deborah Kovsky-Apap_____
　　　　　　　　　　　　　　　　　　Robert S. Hertzberg (RH 7433)
　　　　　　　　　　　　　　　　　　Deborah Kovsky-Apap (DK 6147)
　　　　　　　　　　　　　　　　　　Suite 3600
　　　　　　　　　　　　　　　　　　100 Renaissance Center
　　　　　　　　　　　　　　　　　　Detroit, MI 48243-1157

Telephone: (313) 259-7110
Facsimile: (313) 259-7926
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Attorneys for Appellant Plymouth Rubber Company, LLC*

#11463668 v1 (999922.2006)