

Lapolla
1856 Bogey Way
Henderson, NV 89074

RECEIVED
SEP 4 2009
U.S. BANKRUPTCY COURT, SDNY

Judge Robert D. Drain
U.S. Bankruptcy Court Case# 05-44481
One Bowling Green
New York, NY 10004-1408

Judge Robert D. Drain,
   Case # 05-44481

    I am 61 year old, with some very serious health issues; I would not be able to purchase Health Insurance, at any price. I retired from General Motors. I was also a member of the IUE-CWA. I am asking you to PLEASE protect our health care benefits, as the UAW Retiree's are protected. We all worked for GM, not our respective unions. Before the GM Bankruptcy the IUE-CWA like the UAW negotiated a VEBA with GM. During bankruptcy the UAW VEBA was honored and the IUE-CWA VEBA was NOT. How could this be FAIR or RIGHT? Please do the FAIR and RIGHT thing and treat All GM Retiree's Equal.

                                            Thank You
                        Joe Lapolla (GM/IUE-CWA Retiree)
                                    1856 Bogey Way
                                    Henderson, NV 89074

Linda Hammond
2916 Reeves Rd. NE
Warren, OH 44483



Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

Dear Sir,
I'm a IUE-CWA Local 717 retiree. We desperatly need your help. All we want is fair & equal treatment as UAW.

Thank you!

Linda Hammond
2916 Reeves Rd. NE
Warren, OH 44483



Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

Dear Sir,
  I'm a IUE-CWA Local 717 retiree. We despertly need your help. All we want is fair & equal treatment as UAW.

Thank You!



Keith & Kathy Domes
6160 Cork Road
Ashtabula, Ohio 44004

Judge Robert D. Drain
U.S. Bankruptcy Court Case 05-44481
One Bowling Green
New York, NY  10004-1408

---

Support the Delphi/GM retirees IUE-CWA, Local 717, Warren, Ohio. Do NOT discriminate one union (UAW) over another (IUE-CWA). We payed taxes ALL our lives expecting to be represented fairly by our government. We want justice. We want our FULL PENSIONS "TOPPED OFF" like the UAW & we want/need our health care, just like you. The reduced amount from the PBGC is unacceptable. Support the American Worker & DEMAND GM/Delphi continue their obligation to their retirees.

Keith & Kathy Domes