

Linda Hammond
2916 Reeves Rd. NE
Warren, OH 44483

Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

Dear Sir,
 I'm a IUE-CWA Local 717 retiree. We desperately need your help. All we want is fair & equal treatment as UAW.

 Thank you!



Linda Hammond
2916 Reeves Rd. NE
Warren, OH 44483

Judge Robert D. Drain
U.S. Bankruptcy Court Case #05-44481
One Bowling Green
New York, NY 10004-1408

Dear Sir,
 I'm a IUE-CWA Local 717 retiree. We desperately need your help. All we want is fair & equal treatment as UAW.

 Thank you!