

To: Judge Robert D. Drain
U.S. Bankruptcy Court
Case #05-44481
One Bowling Green
New York, NY
10004-1408

Lou Ann Kilgore
1022 Perkins-Jones A-1
Warren, Ohio 44483

Dear Judge Drain:

Why is it fair for some GM union members get what was promised to them and others. We all put in our time, sweated and labored on G.M. products that made profits over 30+ years. And now only the UAW reaps the benefits. Where is the fairness + equality in this?