

Keith & Kathy Domes
6150 Gore Road
Ashtabula, Ohio 44004

RECEIVED
U.S. BANKRUPTCY COURT, SDNY

Judge Robert D. Drain
U.S. Bankruptcy Court Case 05-44481
One Bowling Green
New York, NY 10004-1408

Support the Delphi / Gm retirees IUE-CWA, Local
717, Warren, Ohio. Do NOT discriminate one union
(UAW) over another (IUE-CWA). We payed taxes
ALL our lives expecting to be represented fairly
by our government. We want justice. We want
our FULL PENSIONS "TOPPED OFF" like the UAW
* we want/need our health care, just like you.
The reduced amount from the PBGC is unacceptable.
Support the American Worker & DEMAND Gm/Delphi
continue their obligation to their retirees.
        Keith & Kathy Domes