

To:
Judge Robert D. Drain
US Bankruptcy Court
Case # 05-44481
One Bowling Green
New York, NY
10004-1408

Lou Ann Kilgore
1022 Perkins-Jones A-1
Warren, Ohio  44483

Dear Judge Drain:
I am a IUE-CWA retiree hoping your judgement will not turn me & the 76,000 others in to welfare participants. G.M. made us promises as well as the UAW members. We should all be treated fairly + equally. A promise is a promise to all, not just the selected.

Lou Ann Kilgore

RECEIVED
SEP 1 2009
U.S. BANKRUPTCY COURT, SDNY



To: Judge Robert D. Drain
US Bankruptcy Court
Case # 05-44481
One. Bowling Green
New York, NY
10004-1408

Lou Ann Kilgore
1022 Perkins-Jones A-1
Warren, Ohio 44483

Dear Judge Drain:
I am a IUE-CWA retiree hoping your judgement will not turn me & the 70,000 others into welfare participants. G.M. made us promises as well as the UAW members. We should all be treated fairly & equally. A promise is a promise to all, not just the selected.

Lou Ann Kilgore

RECEIVED SEP U.S. BANKRUPTCY COURT, SDNY