

Judge Robert D. Drain
U.S. Bankruptcy Court
Case # 05-44481
One Bowling Green
New York, NY
10004-1408

Lou Ann Kilgore
1022 Perkins-Jones A-1
Warren, Ohio 44483

Dear Judge Drain:

I am a Delphi IUE-CWA retiree, or am I?

I have a certificate that states I worked 30 years for General Motors, But because I am not UAW, they can dispose of me. 70,000 of us made a product that helped G.M. Vehicles run and they made a profit from our hard work. We are just seeking fair and equitable treatment.

Lou Ann Kilgore