# HONIGMAN

**Honigman Miller Schwartz and Cohn LLP**
Attorneys and Counselors

Tricia A. Sherick

(313) 465-7662
Fax: (313) 465-7663
tsherick@honigman.com

*Via U.S. Mail*

September 3, 2009

Judge Robert D. Drain
U.S. Bankruptcy Court
Attention: Clerk
One Bowling Green
New York, NY 10004-1408

Re:  **Delphi Corporation, et al.**
     **Case No. 05-44481**

Dear Clerk:

Please remove my email address, tsherick@honigman.com, from the electronic filing notification system in the above captioned case.

If you have any questions, please feel free to contact me.

Very truly yours,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

*Tricia A. Sherick*

Tricia A. Sherick

DETROIT.3839863.1

---

2290 First National Building · 660 Woodward Avenue · Detroit, Michigan 48226-3506
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*