September 10, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green,
Room 632
New York, New York  10004

The Honorable Robert D. Drain,

I am writing to you regarding the Delphi Bankruptcy and my particular situation. I was a Delphi Salaried employee that had been on sick leave since September of 2006. I suffer from degenerative disc disease, which affects about 45 % of my spinal discs. Technology does not exist to fix my problem so there is no solution at this time.

I have applied for permanent medical retirement and was denied. I have contacted the company and the benefit center asking for copies of the documentation in my file so that I may understand the reason for my rejection. In addition, I have requested a copy of the policy or procedure they used for this rejection. I also, per our benefit book, asked for an appeal. To date, I have not received a response for any of these requests..

In early August, I was called by Delphi's medical department and asked to report for return to work exam. I was instructed to bring any documentation supporting my sick leave. I reported on August 14, 2009 with 47 pages of documentation including paperwork from my doctor stating that I could not return to work and a copy of my Social Security disability award letter.

After meeting with the doctor, he decided that I could return to work if I sat for up to ½ hour and stood for no more than 1 hour. You should know he did this without a physical exam. This is absolutely ludicrous! Knowing that a 1 ½ hour per day job is not reasonable, I was concerned.

Our Personnel depart was then summoned and advised me that I was being severed. They could not explain how they could do this against my doctor's orders. They offered my six months of severance providing I sign away my rights to pursue legal action. That is something I will not do.

I have met with attorneys and will pursue this in court. I know that there was a request to submit modification or objections to the bankruptcy plan in mid July. However, I was not aware of this situation at that time.

I am sending this letter just in case I need to have this formally documented in your Court. My attorney has advised me that the actual Federal Court filing of my case cannot occur until all administrative options are exhausted and that may be months. If I need to pursue any other options within your court, please let me know.

Thank You,

Andrew C. Gregos
3076 Crescent Dr.
Warren, Ohio   44483
330-393-3328

RECEIVED
SEP 14
U.S. BANKRUPTCY COURT, SDNY