RECEIVED SEP 14 U.S. BANKRUPTCY COURT, SDNY

Sept 9, 07

To
United States Bankruptcy Court
Southern District of New York
In Reference to Case No 05-44481

My Name is Dennis Michael Dushkewite and I am writing to Answer to Thirty-Fifth Omnibus Objection about my Claim for the workman Compensation that was awarded to me by the State of Michigan Court. I am only aware of 1 Claim being turned in by me. If there is more than one claim one is not to be there.

I was awarded Workmans Compensation because of the Severity of my Injuries to my hands and wrists after Decades of Dedicated and Loyal Service to my Company.

After over 15 surgeries to try to repair damages I was forced to retire and will never be able to work again

As I stated previously in this letter I am only aware of 1 claim on my behalf. I will ask for the court to Disallow one of the claims but please do not disallow both and stop my Compensation that my Family and I so desperately need. I am still a young man and my earning ability has been eliminated

by my injuries And I had planned on working another 15-20 years.
So I ask for the Court to uphold 1 of the claims turned in on my behalf.

Thank You
Respectfully

Dennis M Pashkovitz
9310 Buck Rd
Freeland Mi. 48623
Phone  989 695 2694