05-44481-rdd    Doc 18901    Filed 09/15/09    Entered 09/15/09 17:26:52    Main Document
Pg 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

_____

### WITHDRAWAL OF OBJECTION OF JUDD WIRE, INC. TO DEBTOR'S NOTICE OF NON-ASSUMPTION UNDER THE MODIFIED PLAN WITH RESPECT TO CERTAIN EXPIRED OR TERMINATED CONTRACTS OR LEASES PREVIOUSLY DEEMED TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER CONFIRMED PLAN OF REORGANIZATION (AS LISTED IN DOCKET NO. 17728)

Judd Wire, Inc. ("Judd Wire"), by and through its undersigned counsel, hereby withdraws its objection to Debtor's Notice of Non-Assumption Under the Modified Plan with Respect to Certain Expired or Terminated Contracts or Leases Previously Deemed to be Assumed or Assumed and Assigned Under Confirmed Plan of Reorganization (the "Judd Wire Objection") filed by Judd Wire on August 13, 2009, and identified on the docket as item #18782, and in connection with the withdrawal states:

1.      At the time of its filing of the Judd Wire Objection, Judd Wire was unclear on the precise relief sought by the Debtors and furthermore needed to research the status of the underlying contract.

2.      Having reviewed these items internally and with Debtors' counsel, Judd Wire has decided to withdraw the Judd Wire Objection.

3.      Notwithstanding the withdrawal, Judd Wire reserves all rights with respect to its contracts with the Debtors and any and all administrative claims arising therefrom.

*1564752_1.DOC*

WHEREFORE, Judd Wire hereby submits this Withdrawal with respect to the Judd Wire Objection as and on the terms set forth herein.

Date:  September15, 2009

JUDD WIRE, INC.

By: :  /s/ Michael R. Enright
        Michael R. Enright (ME 6614)
        Robinson & Cole LLP
        280 Trumbull Street
        Hartford, CT 06103
        860 275 8290 (phone)
        860 275 8299 (fax)
        menright@rc.com

*1564752_1.DOC*