# EXHIBIT A

**Sohrn, Shuman**

**From:** Howe, Eric [EHOWE@skadden.com]
**Sent:** Tuesday, September 25, 2007 5:33 PM
**To:** Sohrn, Shuman
**Subject:** Delphi/Fujikura America

Shuman,

Attached is a document detailing the Debtors' proposed reduction of Fukicura's claim number 11659 by $26,185.41. If you have any questions, please let me know.

Eric

Eric J. Howe
Associate
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Drive, Suite 2000
Chicago, IL 60606
Phone: (312) 407-0542
Fax: (312) 827-9365

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise

This e-mail and any attachments thereto, is intended only for use by the addressee(s) named here

further information about the firm, a list of the Partners and their professional qualifications

3/31/2008

| Invoice # | Date | Amount | |
|---|---|---|---|
| 102D05QG | 09/16/05 | 8,616.96 | **PAID** 10/31/2005 - 900523738 |
| 26-DE029 | 08/05/05 | 8,616.96 | **PAID** 12/6/2005  692380 |
| QF100505 | 10/05/05 | 3,341.25 | **PAID** 12/23/2005 - 698843 |
| 128642 | 03/11/05 | 2,154.24 | **PAID** $2,040.00 7/5/05 - 900507279 |
| | | 22,729.41 **PAID** | Notified claimant on 04/26/07 |
| QI120104 | 08/19/05 | (3,456.00) **Debit** | J204ESD5203469242001 - Documentation provided to claimant on 05/09/07 |
| | | 26,185.41 **Total** | |