# EXHIBIT B

DEC-14-2007  16:20       Fujikura America INC.                        408 727 3415    P.004

**Fujikura America, Inc.**                 **INVOICE**                    Invoice : Reprint
                                                                          Page 1 of 1

Invoice No : **133167**
Invoice Date : 9/13/2005                     Date Shipped : 9/13/2005
    Order No : 38736-0                            Carrier : DANZAS
  Order Date : 6/1/2005                            Freight :
Cust PO No : 0550029000/HN02513                       FOB : FCA JAPAN

     Sold To : 001715                          Ship To : ELPASO
             DELPHI AUTOMOTIVE SYSTEMS - DO NOT           DELPHI AUTOMOTIVE SYSTEMS
             USE                                          DELPHI HARRISON DISTRIBUTION
             ACCOUNTS PAYABLE                             CENTER
             200 UPPER MOUNTAIN ROAD                      32 CELERITY WAGON
             LOCKPORT, NY 14094                           EL PASO, TX 79906
             USA                                          USA

     Contact : RICK LIRA
       Terms : NET 30
         Tax : NOTAX

| | Item No / Description | Ordered | Shipped | UOM | Unit Price | Ext Amount |
|---|---|---|---|---|---|---|
| 1 | 52405740 REV04 | 6,528.0 | 6,528.0 | EA | 1.3200 | $8,616.96 |
| | RESISTOR ASM (329N) | | | | | |

# PAID

Remit To  FUJIKURA AMERICA INC
          WACHOVIA BANK N.A.
          PO BOX 930885
          ATLANTA GA 31193
          USA

Comments :

    FAIPO# 55171, 26-DE029
    BL# TYO039568
    shipped on 8/5/05

| | |
|---|---|
| Subtotal | $8,616.96 |
| | $0.00 |
| Tax | $0.00 |
| Freight : | $0.00 |
| **Invoice Total :** | $8,616.96 |
| Total Payments : | $.00 |
| **Amount Due :** | $8,616.96 |

DEC-14-2007  16:20        Fujikura America INC.                    408 727 3415    P.007

Printed 12/13/2007           Posted Cash Receipts Listing By: Document Control Number / Payer Customer Code                    Page
Printed        10:25:52AM

Beginning Payer Customer Code: 001715                                        Ending Payer Customer Code: 001715
Beginning Apply Date: 12/06/2005                                             Ending Apply Date: 12/06/2005

FAI
Detail Style

| TRX CONTROL NUMBER | CURRENCY CODE | DESCRIPTION | PAYER CUSTOMER NAME | ENTRY DATE | APPLY DATE | BATCH CODE | SETTLEMENT NUM |
| PAYER CUST CODE | | | | POST DATE | GL JRNL CTRL NUM | USER ID | CASH ACCOUNT CODE |
|---|---|---|---|---|---|---|---|
| PYTRX0034957 | USD | | | 1/6/2006 | 12/6/2005 | ARB0014202 | STL0010998 |
| 001715 | | DELPHI AUTOMOTIVE SYSTEMS - DO NOT USE | | 1/6/2006 | JRNL0034648 | 8 | 1002-0001-0000001-000000 |

----------PAYMENT INFORMATION----------

Payment Method .......: WIRE                Payment Amount .........: $7,450.76
Payment Type .........: Normal Payment      Undistributed Amount....: $0.00
Document Number ......: 120692380           Deposit Number .........: DEPSIT00002891
Document Date ........: 12/6/2005

HOME / OPERATIONAL CURRENCY INFORMATION

| CURRENCY | | RATE TYPE | RATE | PAYMENT AMOUNT | DISCOUNT | UNDISTRIBUTED AMOUNT |
|---|---|---|---|---|---|---|
| HOME | USD | BUY | 1.000000* | $7,450.76 | $0.00 | $0.00 |

| APPLY TO NUMBER | DOCUMENT NUMBER | DOCUMENT TYPE | AGING DATE | GAIN/LOSS HOME | WRITE-OFF AMOUNT | DISCOUNT TAKEN AMOUNT | APPLIED AMOUNT |
| CUSTOMER CODE | DESCRIPTION | | APPLY DATE | | | | |
|---|---|---|---|---|---|---|---|
| INV00133167 | INV00133167 | INVOICE | 9/13/2005 | $0.00 | $0.00 | $0.00 | $7,450.76 |
| 001715 | | | 12/6/2005 | $0.00 | | | |

Document Control Number 1206923800001715 Totals:

Standard Payment.......: $7,450.76      Undistributed ........: $0.00
Non-AR Payment.........: $0.00          Write-Off ............: $0.00
Credit Memo Amount ....: $0.00          Discount Taken .......: $0.00
Gain\Loss .............: $0.00

REPORT TOTALS:
Standard Payment......: $7,450.76       Undistributed ........: $0.00
Non-AR Payment........: $0.00           Write-Off ............: $0.00
Credit Memo Amount....: $0.00           Discount Take ........: $0.00
Gain\Loss ............: $0.00

TOTAL NUMBER OF POSTED CASH RECEIPTS LISTED:        1

DEC-14-2007  16:21          Fujikura America INC.                    408 727 3415      P.009

