# EXHIBIT C

EXHIBIT "B" TO PROOF OF CLAIM OF FUJIKURA AMERICA, INC

| Invoice No. | | Part Number | Program | Doc Amt | QTY | Location | Shipped | Delphi ASN# | Delphi Receiving# | Remarks as of 6-18-07 |
|---|---|---|---|---|---|---|---|---|---|---|
| INV00132565 | HN02512/0550028999 | 52402974 | P90 | $3,369.60 | 2,880 | Lockport | 8/11/2005 | QG081105 | 184519224 | |
| INV00132834 | HN02512/0550028999 | 52402974 | P90 | $3,369.60 | 2,880 | Lockport | 8/23/2005 | QG082305 | 184584010 | |
| INV00132833 | HN02512/0550028999 | 52402974 | P90 | $3,229.20 | 2,760 | Lockport | 8/24/2005 | QG082405 | 184593387 | |
| INV00133380 | HN02512/0550028999 | 52402974 | P90 | $3,369.60 | 2,880 | Lockport | 9/1/2005 | 083105QF | 184635861 | |
| INV00133381 | HN02512/0550028999 | 52402974 | P90 | $3,369.60 | 2,880 | Lockport | 9/8/2005 | 090805QF | 184674757 | |
| INV00133382 | HN02512/0550028999 | 52402974 | P90 | $2,808.00 | 2,400 | Lockport | 9/20/2005 | QF092005 | 184738560 | |
| INV00133683 | HN02512/0550028999 | 52402974 | P90 | $3,229.20 | 2,760 | Lockport | 9/22/2005 | QG092205 | 184753002 | |
| INV00133684 | HN02512/0550028999 | 52402974 | P90 | $3,229.20 | 2,760 | Lockport | 9/27/2005 | QF092705 | 184779732 | |
| INV00133167 | 0550029000/HN02513 | 52405740 | 329N | $8,616.96 | 6,528 | EL Paso | 8/5/2005 | 26-DE029 | N/A | paid |
| INV00133941 | 0550029000/HN02513 | 52405740 | 329N | $8,616.96 | 6,528 | EL Paso | 9/16/2005 | 102005QG | 185161428 | paid |
| INV00129425 | 550072559 | 52406833 | Rodman | $232.83 | 130 | EL Paso | 4/22/2005 | DHL TRK# 2158675352 | | submitted FAI invoice and POD |
| INV00132837 | 550072559 | 52406833 | Rodman | $3,481.70 | 1,944 | EL Paso | 8/23/2005 | QF082305 | 184584009 | |
| INV00133378 | 550072559 | 52406833 | Rodman | $3,481.70 | 1,944 | EL Paso | 8/29/2005 | QF082905 | 184623956 | |
| INV00133379 | 550072559 | 52406833 | Rodman | $3,481.70 | 1,944 | EL Paso | 9/1/2005 | QH090105 | 184645169 | |
| INV00133685 | 550072559 | 52406833 | Rodman | $3,481.70 | 1,944 | EL Paso | 9/16/2005 | QF091605 | 184721019 | |
| INV00133862 | 550072559 | 52406833 | Rodman | $3,481.70 | 1,944 | EL Paso | 9/23/2005 | QI092305 | 185027454 | |
| INV00133383 | 550075750 | 52409025 | Delta | $10,771.20 | 7,920 | Lockport | 8/25/2005 | QG082505 | 184493270 | |
| INV00133384 | 550075750 | 52409025 | Delta | $5,385.60 | 3,960 | Lockport | 9/15/2005 | QF091505 | 184714648 | |
| INV00133385 | 550075750 | 52409025 | Delta | $5,385.60 | 3,960 | Lockport | 9/20/2005 | 091905QF | 184743785 | |
| INV00133864 | 550075750 | 52409025 | Delta | $5,385.60 | 3,960 | Lockport | 9/30/2005 | QF093005 | 184745382 | |

| FAI/Acctg Comments |
|---|
| |
| INV00133164 was paid on 12/06/05 in the amount of $7,450.76. Remaining balance of $1,166.20. INV00133941 was paid on 11/04/05 in the amount of $8,616.96 |
| Unpaid |

| Invoice | | | | | Amount | | | Location | Date | Fedex TRK# 839291518604 | | submitted FAI invoice and POD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INV00128642 | | 550069721 | 52409172 | GMX | $2,154.24 | | 1,632 | El Paso | 3/11/2005 | | | |
| INV00132566 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 8/2/2005 | QF080205 | 184465309 | |
| INV00132567 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 8/5/2005 | QF080505 | 184488636 | |
| INV00132568 | | 550054621 | 52409172 | GMX | $4,930.00 | | 3,944 | Lockport | 8/11/2005 | 081005QD | 184518058 | |
| INV00132569 | | 550069721 | 52409172 | GMT | $5,100.00 | | 4,080 | San Ant | 8/11/2005 | QH081105 | 184520819 | |
| INV00132570 | | 550054621 | 52409172 | GMX | $4,930.00 | | 3,944 | Lockport | 8/12/2005 | QF081205 | 184526951 | |
| INV00132571 | | 550054621 | 52409172 | GMX | $4,760.00 | | 3,808 | Lockport | 8/17/2008 | QF081705 | 184551226 | |
| INV00132838 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 8/23/2005 | QG082305 | 184584010 | |
| INV00132839 | | 550069721 | 52409172 | GMT | $5,100.00 | | 4,080 | San Ant | 8/24/2005 | QF082405 | 184593383 | |
| INV00132840 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 8/25/2005 | QH082505 | 184593271 | |
| INV00133386 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 9/1/2005 | 083105QF | 184635861 | |
| INV00133387 | | 550054621 | 52409172 | GMX | $4,760.00 | | 3,808 | Lockport | 9/2/2005 | QH090205 | 184646622 | |
| INV00133388 | | 550069721 | 52409172 | GMT | $5,100.00 | | 4,080 | San Ant | 9/2/2005 | QG090205 | 184646623 | |
| INV00133661 | | 550069721 | 52409172 | GMT | $5,100.00 | | 4,080 | San Ant | 9/2/2005 | QG090205 | 184646623 | |
| INV00133659 | | 550054621 | 52409172 | GMX | $4,930.00 | | 3,944 | Lockport | 9/8/2005 | 090805QF | 184674757 | |
| INV00133660 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 9/14/2005 | 091305QF | 184704431 | |
| INV00133662 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 9/15/2005 | QG091505 | 184714649 | |
| INV00133679 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 9/20/2005 | QF092005 | 184738560 | |
| INV00133680 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 9/22/2005 | QG092205 | 184753002 | |
| INV00133682 | | 550054621 | 52409172 | GMX | $4,760.00 | | 3,808 | Lockport | 9/27/2005 | QF092705 | 184779732 | |
| INV00133944 | | 550069721 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 9/27/2005 | QG092705 | 184779734 | |
| INV00133863 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 9/30/2005 | QG093005 | 185020335 | |
| INV00133949 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 10/5/2005 | QF100405 | 185039265 | |
| INV00133948 | | 550054621 | 52409172 | GMX | $5,100.00 | | 4,080 | Lockport | 10/6/2005 | QG100605A | 185051106 | |
| INV00133168 | | 550078028 | 52409877 | Epsilon | $20,047.50 | | 14,580 | Lockport | 9/7/2005 | 26-DN073 | 184696200 | |
| INV00133950 | | 550079157/550025742 | 52409877 | Epsilon | $3,341.25 | | 2,430 | Kansas City | 9/30/2005 | QG092905 | 185048729 | |
| INV00133951 | | 550025742/550079157 | 52409877 | Epsilon | $6,682.50 | | 4,860 | Kansas City | 10/4/2005 | QH100405 | 185048704 | |
| INV00133952 | | 550079361 | 52409877 | Epsilon | $3,341.25 | | 2,430 | Adrian | 10/5/2005 | QF100505 | 185043777 | |
| INV00133953 | | 550078028 | 52409877 | Epsilon | $3,341.25 | | 2,430 | Lockport | 10/6/2005 | QG100605 | 185051107 | paid |
| Unsecured Claim | | | | | $242,455.24 | | | | | | | |