# EXHIBIT D

DEC-14-2007  16:22      Fujikura America INC.                    408 727 3415    P.010

 Fujikura America, Inc.                   **I N V O I C E**              Invoice : Reprint
                                                                                 Page 1 of 1

Invoice No : **128642**
Invoice Date : 3/24/2005                    Date Shipped : 3/24/2005
Order No : 37412-1                              Carrier : FED EX INTERNATIONAL
Order Date : 3/24/2005                          Freight :
Cust PO No : 550069721                              FOB : FOB JAPAN

Sold To : 001715                            Ship To : ELPASO
DELPHI AUTOMOTIVE SYSTEMS - DO NOT                   DELPHI AUTOMOTIVE SYSTEMS
USE                                                  DELPHI HARRISON DISTRIBUTION CENTER
ACCOUNTS PAYABLE                                     32 CELERITY WAGON
200 UPPER MOUNTAIN ROAD                              EL PASO, TX 79906
LOCKPORT, NY  14094                                  USA
USA
Contact : HECTOR VARELA
Terms : NET 30
Tax : NOTAX

| item No / Description | Ordered | Shipped | UOM | Unit Price | Ext Amount |
|---|---|---|---|---|---|
| 1    52409172 | 1,632.0 | 1,632.0 | EA | 1.3200 | $2,154.24 |
|      GMX001 RESISTOR | | | | | |

Remit To : FUJIKURA AMERICA INC                         Subtotal :        $2,154.24
WACHOVIA BANK N.A.                                                          $0.00
PO BOX 930885
ATLANTA GA  31193                                            Tax .          $0.00
USA                                                      Freight :          $0.00

Comment:                                            Invoice Total :      $2,154.24
FA/PO# 54234, FJK# 26-DE024                         Total Payments :          $.00
Fedex TRK# 839291518604
shipped on 3/11/05                                    **Amount Due :      $2,154.24**

DEC-14-2007  16:22          Fujikura America INC.              408 727 3415    P.011

**FedEx** Express  *International Air Waybill*

For FedEx services worldwide including Express Freight Services,
Dangerous Goods, Broker Select, and Letter of Credit

**The World On Time.**

Not all services and options are available to all destinations.

**1 From**

Date 23/10/05  Sender's FedEx Account Number 1647-5672-6

Sender's Name FUJKR LTD

Company 1-5-1, KIBA, KOTO-KU

Address TOKYO

City _____  State/Province _____

Country JAPAN   ZIP/Postal Code 135-8512

**To**

Recipient's Name Mr HECTOR VARELA   Phone 915-612-1992

Company DELPHI AUTOMOTIVE SYSTEMS

Address DELPHI HARRISON DISTRIBUTION CENTER

Address 33 CELERITY WAGON

City EL PASO   State/Province TX

Country _____   ZIP/Postal Code 79906

Recipient's Tax I.D. number for Customs purposes

**Shipment Information**

Total Packages 1   Total Weight 72 ☑ kg   Dimensions 12.4/1/x21 x56

**4a Express Package Service** — Packages up to 150 lbs./68 kg
- ☐ FedEx Int'l. Priority
- ☐ FedEx Int'l. First
- ☑ (IPFS)
- ☐ FedEx Int'l. Economy

**4b Express Freight Service** — Packages over 150 lbs./68 kg
- ☑ FedEx Int'l. Priority Freight
- ☐ FedEx Int'l. Economy Freight

**5 Packaging**
- ☐ FedEx Envelope
- ☐ FedEx Pak
- ☐ FedEx Box
- ☐ FedEx Tube
- ☑ Other

**5a Special Handling**
- ☐ HOLD at FedEx Location
- ☐ SATURDAY Delivery
- ☐ _____

Does this shipment contain dangerous goods?
- ☑ No
- ☐ Yes
- ☐ Yes  Dry Ice
- ☐ Cargo Aircraft Only

**6a Broker Selection**
- ☐ Int'l. Broker Select

**7a Payment  Bill transportation charges to:**
- ☐ Sender Account No.
- ☑ Recipient
- ☐ Third Party
- ☐ Credit Card
- ☐ Cash/Check

1729    34    129

**7b Payment  Bill duties and taxes to:**
- ☐ Sender
- ☑ Recipient
- ☐ Third Party

1729    34    129

**8 Your Internal Billing Reference**   OPTIONAL

**9 Required Signature**

Sender's Signature _____   Date 3.10.05

FedEx Courier Receipt _____   Date 3.10.05

Value for Carriage US$ 2154
Value for Customs US$ 2154

Commodity Description 6340912 (GMX001 RESISTOR) (12 CARTONS/1 PALLET)   Customs Value JP   US$ 2154

For Completion instructions, see back of fifth page.

Questions?
Visit our Web site at fedex.com
Or
In the U.S., call 800.247.4747
Outside the U.S., call your local FedEx office

8392 9151 8604   0425

451

26-DE024



# FedEx

United States Home

Information Center | Custom

Package/Envelope Services | Office / Print Services | Freight Services | Expedited Servi

Ship | Track | Manage My Account | International Tools

Printable Version  (?) Quick Help

## Track Shipments
## Detailed Results

You can also track:
- By TCN
- FedEx Trad shipments
- By Email Tr
- By FedEx V Solutions

| | | | |
|---|---|---|---|
| Tracking number | 839291518604 | Delivery location | el paso, TX |
| Signed for by | F.LUNA | Delivered to | Shipping/Receiving |
| Ship date | Mar 10, 2005 | Service type | International Priority Freight |
| Delivery date | Mar 14, 2005 8:48 AM | Weight | 72.0 kgs. |
| Status | Delivered | | |

Wrong Address?
Reduce future mistal
FedEx Address Chor

Shipping Freight?
FedEx has LTL, air surface and air exp multi piece package and ocean freight.

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Mar 14, 2005 | 8:46 AM | Delivered | el paso, TX | |
| | 8:00 AM | At dest sort facility | EL PASO, TX | |
| | 7:59 AM | On FedEx vehicle for delivery | EL PASO, TX | |
| Mar 13, 2005 | 9:27 PM | At local FedEx facility | EL PASO, TX | |
| Mar 12, 2005 | 8:38 AM | At local FedEx facility | EL PASO, TX | |
| | 6:21 AM | At dest sort facility | EL PASO, TX | |
| | 4:30 AM | Departed FedEx location | MEMPHIS, TN | |
| Mar 11, 2005 | 11:38 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 3:06 PM | Departed FedEx location | ANCHORAGE, AK | |
| Mar 10, 2005 | 1:17 PM | Shipment exception | ANCHORAGE, AK | Held, cleared regulatory agency(s) after aircraft departed |
| | 1:05 PM | In transit | ANCHORAGE, AK | Package to be cleared by FedEx broker |
| | 12:40 PM | In transit | ANCHORAGE, AK | Package to be cleared by FedEx broker |
| | 12:24 PM | In transit | ANCHORAGE, AK | Package available for clearance |
| | 11:30 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 11:54 PM | In transit | NARITA-SHI JP | |
| | 11:50 AM | Picked up | KORIYAMA-SHI JP | Future delivery requested |

Signature proof | Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click Send email.

Add a message to this email.

From

To

DEC-14-2007  16:23       Fujikura America INC.                    408 727 3415    P.013



**Fujikura America, Inc.**

**INVOICE**

Invoice : Reprint
Page 1 of 1

Invoice No : **129425**
Invoice Date : 4/28/2005
Order No : 37906-1
Order Date : 4/28/2005
Cust PO No : 0550072559

Date Shipped : 4/28/2005
Carrier : DHL
Freight :
FOB : FOB JAPAN

Sold To : 001715
DELPHI AUTOMOTIVE SYSTEMS - DO NOT USE
ACCOUNTS PAYABLE
200 UPPER MOUNTAIN ROAD
LOCKPORT, NY 14094
USA

Ship To : ELPASO
DELPHI AUTOMOTIVE SYSTEMS
DELPHI HARRISON DISTRIBUTION CENTER
32 CELERITY WAGON
EL PASO, TX 79906
USA

Contact : BENITO DAVISON
Terms : NET 30
Tax : NOTAX

| | Item No / Description | Ordered | Shipped | UOM | Unit Price | Ext Amount |
|---|---|---|---|---|---|---|
| 1 | 52406833 RESISTOR - FLAT CARD MODULE (RODMAN) | 130.0 | 130.0 | EA | 1.7910 | $232.83 |

Remit To : FUJIKURA AMERICA INC
WACHOVIA BANK N.A.
PO BOX 930885
ATLANTA GA 31193
USA

Comments :
FAIPO# 54591, FJK# 26-DE027-S
DHL TRK# 2158075352
shipped on 4/22/05

| | |
|---|---|
| Subtotal : | $232.83 |
| | $0.00 |
| Tax : | $0.00 |
| Freight : | $0.00 |
| Invoice Total : | $232.83 |
| Total Payments : | $.00 |
| Amount Due : | $232.83 |

DEC-14 2007  16:23        Fujikura America INC.                    408 727 3415      P.014





**TRACKING RESULTS: DETAIL**

Tracking Number:   2158675352

**Shipment Summary:**

Current Status:   Shipment delivered.
Delivered on:   4/27/05  11:16 am
Delivered to:   Receptionist
Signed for by:   M MURO

**Shipment History:**

| DATE | TIME | ACTIVITY AND COMMENTS | LOCATION |
|---|---|---|---|
| 4/27/05 | 11:16 am | Shipment delivered. | El Paso, TX |
|  | 6:25 am | Arrived at DHL facility. | El Paso, TX |
|  | 3:41 am | Clearance processing complete. | Cincinnati Hub, OH |
| 4/26/05 | 4:24 am | In transit. | Cincinnati Hub, OH |
| 4/25/05 | 9:01 pm | In transit. | Cincinnati Hub, OH |
| 4/24/05 | 10:21 am | In transit. | Cincinnati Hub, OH |
|  | 6:39 am | In transit. | Cincinnati Hub, OH |
| 4/23/05 | 9:39 pm | In transit. | Tokyo, Japan |
|  | 7:49 pm | Arrived at DHL facility. | Tokyo, Japan |
|  | 7:10 pm | Departing origin. Picked Up by DHL. | Tokyo, Japan |

**Shipper:**                    **Receiver:**

FUJIKURA LTD                DELPHI AUTOMOTIVE SYSTEMS
                           El Paso, 79906

**Shipment Detail:**

Service:  International Express      Ship Type:  Package
Special:                            Description:
Weight:  12                         Shipper's Reference:  KOBAN-KA
Pieces:

- Tracking detail provided by DHL: 4/28/2005, 12:30:51 pm pt.
- For assistance, please contact us.
- You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [ use of DHL tracking systems and information is strictly prohibited.

© DHL | Privacy Policy | Contact Us | Site Map | DHL Global/Corporate Information | Home

http://track.dhl-usa.com/TrackByNbr.asp                    4/28/2005