# EXHIBIT E

DEC-14 2007  16:24            Fujikura America INC.                    408 727 3415       P.016
Message                                                                                   Page 1 of 1

## Fides Pacheco

**From:** Fides Pacheco [fides@fujikura.com]
**Sent:** Wednesday, May 16, 2007 3:33 PM
**To:** 'Arambasich, Rob'
**Subject:** FW: Delphi claimed that attached shipment was returned.
**Importance:** High

Rob,

Below is the feedback I got from my staff handling Delphi shipments.

I quote:
Fides,

I just reviewed the paperwork again, and saw the vendor as KRAH C/O IQS.
I wonder if the products were made by Krah, that is why we don't have any record.

"ASN# QI120104" is for the shipment that Fujikura / IQS made on 12/1/04, but since this number was noted by handwriting, it is possible that it isn't a valid number.

I doubt this claim was not for FAI, but it was for Krah.

Please let me know if you have any comments.
Thank you.

Unquote:

Please verify and advise us if this return is not for FAI but for Krah.

FYi.


*Fides N. Pacheco*
GM - Operations Group
Tel No. 408 988 7467
Cell No. 408 529 4154
Fax No. 408 980 9750

Fides,

I just reviewed the paperwork again, and saw the vendor as KRAH C/O IQS.
I wonder if the products were made by Krah, that is why we don't have any record.

"ASN# QI120104" is for the shipment that Fujikura / IQS made on 12/1/04, but since this number was noted by handwriting, it is possible that it isn't a valid number.

I doubt this claim was not for FAI, but it was for Krah.

Please let me know if you have any comments.
Thank you.

12/13/2007

DEC-14 2007 16:24      Fujikura America INC.                    408 727 3415    P.017

DELPHI ADMINISTRATION  Fax:7164393845    17/17    Aug 19 2005   9:23    P.03

## Purchased Material Rejection Report        PMRR NO.
                                              396

| | | | |
|---|---|---|---|
| Krah C/O IQS<br>VENDOR | | F/I DEPT | DATE RECEIVED (BEST |
| | | MATERIAL NO. | 12/2/2004 RETURN |
| STREET ADRESS | | 52402974 | |
| Kenmore<br>CITY | NY  14217<br>STATE  ZIP CODE | MATERIAL<br>Resistor | |
| **PRELIMINARY** | TOTAL UNITS<br>2880 | UNIT OF<br>Piece | DELPHI CONTACT/ PHONE:<br>L Stellrecht / 716 4393385 |

Reason Rejected
To be tested by IQS


**FINAL**                FINAL PURCH           SUM TOTAL        UNIT OF
                         RETURN TO VENDOR      2880             Piece

**COMMENTS & MOVEMENT INSTRUCTIONS:**
Claim #92 / 3552 - To be tested by IQS and returned to Delphi T&I (08/19/2005)


**SAP Delivery**                    **ZRET Number**
**Number**

5004070950                          5005527333

01832750 81

QI 120104


RECEIVING BLDG    Fax:7164393735    May 7 2007 12:29    P.01

TOTAL P.017