## CERTIFICATE OF SERVICE

I, Shawn R. Fox, the undersigned, an attorney duly admitted to practice law in the State of New York, certify that on the 18th day of September 2009, I caused true and correct copies of Alumax Mill Products, Inc., Alcoa Automotive Castings and SPCP Group LLC Response to the Debtors' Thirty-Fifth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge (A) Books and Records Claim, (B) Certain Salaried Pension and OPEB Claims, (C) Certain Wage and Benefit Claims, and (D) Certain Individual Workers' Compensation Books and Records Claims and (II) Modify and Allow Certain Claims to be served 1) electronically through the Court's ECF System on parties requesting electronic service, and 2) via first class mail upon the parties listed below.

Dated:  September 18, 2009
New York, NY

S/Shawn R. Fox
Shawn R. Fox


Delphi Corporation,
Att'n: General Counsel
5725 Delphi Drive,
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

\9913341.3