PEPPER HAMILTON LLP
Robert S. Hertzberg (RH 7433)
Deborah Kovsky-Apap (DK 6147)
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
(313) 259-7110
*Attorneys for Plymouth Rubber Company LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X

In re:

DELPHI CORPORATION, et al.,

        Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

------------------------------------------------------------------------ X

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 18, 2009, I electronically filed the following: 1) Plymouth Rubber Company, LLC's Statement of Issues and Designation of Record on Appeal, and 2) Certificate of Service, with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record registered to receive notice in this proceeding.

     I further certify that on September 18, 2009, I caused copies of the following: 1) Plymouth Rubber Company, LLC's Statement of Issues and Designation of Record on Appeal, and 2) Certificate of Service, marked "Chambers Copy", to be delivered via overnight courier, to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

Dated: September 18, 2009     Respectfully submitted,

                                PEPPER HAMILTON LLP

                                /s/ Deborah Kovsky-Apap
                              Robert S. Hertzberg (RH 7433)
                              Deborah Kovsky-Apap (DK 6147)
                              Suite 3600

100 Renaissance Center
Detroit, MI 48243-1157
Telephone:  (313) 259-7110
Facsimile:  (313) 259-7926
hertzbergr@pepperlaw.com
kovskyd@pepperlaw.com

*Attorneys for Appellant Plymouth Rubber Company, LLC*

#11463668 v2 (999922.2006)