WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4421
Karel S. Karpe, Esq.
And
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)
Patrick M. Costello, Esq., (Calif. Bar No. 117205)

*Attorneys for Sun Microsystems, Inc, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION et al., | Case No. Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF
### LIMITED OBJECTION RELATING TO ASSUMPTION AND
### ASSIGNMENT OF EXECUTORY CONTRACTS

Sun Microsystems, Inc., for itself and each and all of its subsidiaries and affiliated companies, including without limitation Sun Microsystems Global Financial Services, LLC (collectively, "Sun") hereby withdraws it Limited Objection Relating to Assumption and Assignment of Executory Contracts as filed at docket no. 18407.

Dated: New York, New York
       September 18, 2009

                                    WHITE AND WILLIAMS, LLP

                                    By: /s/ Karel S. Karpe
                                        Karel S. Karpe
                                    One Penn Plaza, Suite 4110
                                    New York, NY 10119
                                    And
                                    BIALSON, BERGEN & SCHWAB
                                    Patrick M. Costello (*admitted in California*)
                                    2600 El Camino Real, Suite 300
                                    Palo Alto, California 94306

                                    *Attorneys for Sun Microsystems, Inc, et al..*

5636918v.1