David A. Rosenzweig
Mark C. Haut
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel: (212) 318-3000
Fax: (212) 318-3400

*Counsel to the AT&T Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the Motion of the AT&T Entities for Entry of an Order (1) Compelling Payment of Administrative Expenses or, in the Alternative, (2) Modifying the Automatic Stay to Permit Termination of Executory Contracts which was adjourned to September 24, 2009, at 10:00 a.m., has been further adjourned to October 7, 2009 at 10:00 a.m.

Dated: New York, New York
       September 21, 2009

                              FULBRIGHT & JAWORSKI L.L.P.
                              Attorneys for the AT&T Entities

                              By: /s/ *Mark C. Haut*
                                  David A. Rosenzweig
                                  Mark C. Haut

                              666 Fifth Avenue
                              New York, New York 10103
                              Telephone: (212) 318-3000
                              Facsimile: (212) 318-3400