Angela Z. Miller, Esq.
Allan L. Hill, Esq.
Phillips Lytle LLP
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888
Fax. 212-308-9079
Attorneys for E.I. du Pont de Nemours and Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re                                                              Chapter 11

Delphi Corporation, et al.,                            Case No. 05-44481 (RDD)
                                                                    (Jointly Administered)
                              Debtors.

_____

### NOTICE OF PARTIAL WITHDRAWAL OF OBJECTION TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS TO GM COMPONENTS HOLDINGS LLC AND PARNASSUS HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION

E.I. du Pont de Nemours and Company ("DuPont"), by its undersigned counsel, hereby partially withdraws (the "Partial Withdrawal"), as described below, its Objection to Assumption and Assignment of Executory Contracts to GM Components Holdings LLC and Parnassus Holdings II, LLC Under Modified Plan of Reorganization, (Docket No. 18481), filed on July 20, 2009.

By this Partial Withdrawal, DuPont withdraws its objection to all assumptions and assignments of executory contracts between DuPont and the above-captioned Debtors (collectively, the "Debtors") proposed under the Debtors' Modified Plan of Reorganization

05-373728.1

except for the purchase orders relating to shipments to "Delphi Mechatronics" with the following purchase numbers: 50097, 52398, 52805, 53509, 55045, 55047, 55048.

Dated: September 18, 2009

**PHILLIPS LYTLE LLP**

By ____/s/ Allan L. Hill_____
      Allan L. Hill
Attorneys for E.I. du Pont de Nemours and Company
437 Madison Avenue, 34th Floor
New York, New York 10022
Tel. 212-759-4888

Doc # 05-375286.1