CHAPMAN AND CUTLER LLP
Attorneys for Littelfuse, Inc.
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000
Facsimile: (312) 516-1911

David S. Barritt(Admitted Pro Hac Vice)
Telephone: (312) 845-3711
Email: barritt@chapman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) | |
| | ) | No. 05-44481 (RDD) |
| | ) | Judge |
| | ) | Jointly Administered |
| Debtors. | ) | |

**WITHDRAWAL OF LIMITED OBJECTIONS OF LITTELFUSE, INC. TO THE DEBTORS' NOTICES OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR UNEXPIRED LEASES UNDER MODIFIED PLAN OF REORGANIZATION (DOCKET NUMBERS 18489 and 18740)**

Littelfuse, Inc. ("*Littelfuse*"), for itself and its subsidiaries and affiliates ("Littelfuse"), and by and through its undersigned attorneys, hereby withdraws its Limited Objections, filed as docket numbers 18489 and 18740 (the *Objections"),* to certain Notices filed by the Debtors with respect to the assumption and assignment of certain Littelfuse executory contracts, and in connection with the Withdrawal, Littelfuse states as follows:

1.   At the time it filed its Objections, Littelfuse was unclear as to the precise relief and effect of the Notices filed by the Debtors.  Additionally, Littelfuse had very limited time prior to the deadline for filing objections to the Notices in which to review and research the status of the relevant contracts.

2.      Having reviewed these items internally and with Debtors' counsel, Littelfuse has determined that it is appropriate to withdraw the Objections. Among other things, Debtors' counsel has confirmed that, consistent with orders entered by the Bankruptcy Court since the filing of the Objections, the withdrawal of the Objections will have no effect on the treatment of Littelfuse's administrative claim.

3.      Nothwithstanding this Withdrawal, Littelfuse reserves all its rights and remedies, including but not limited to its rights and remedies with respect to any and all contracts between Littelfuse and the Debtors, the administrative claim filed by Littelfuse and all other claims filed by or on behalf of Littelfuse in these cases.

WHEREFORE, Littelfuse hereby submits this Withdrawal with respect to the Objections in accordance with the terms set forth herein.

Dated: September 22, 2009

Respectfully submitted,

LITTELFUSE, INC.

By   /s/ David S. Barritt

DAVID S. BARRITT (Admitted Pro Hac Vice)
CHAPMAN AND CUTLER LLP
111 WEST MONROE STREET
Chicago, IL 60603
Telephone: (312) 845-3000
Facsimile: (312) 516-1911
barritt@chapman.com

Attorneys for Littelfuse, Inc.

CHAPMAN AND CUTLER LLP
Attorneys for Littelfuse, Inc.
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000
Facsimile: (312) 516-1911

David S. Barritt(Admitted Pro Hac Vice)
Telephone: (312) 845-3711
Email: barritt@chapman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, *et al*., | ) | |
| | ) | No. 05-44481 (RDD) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE OF LITTELFUSE, INC. RELATING
TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

I, David S. Barritt hereby certify that on September 22, 2009, I caused the Withdrawal of Limited Objection Of Littelfuse, Inc. to the Debtors' Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases Under Modified Plan of Reorganization (Docket Numbers 18489 and 18740), to be served on the following parties as indicated below:

**BY ELECTRONIC SERVICE**

<u>Counsel to the Debtor</u>
Skadden Arps Slate Meagher & Flom LLP
    John Wm. Butler Jr.
        jack.butler@skadden.com
    Ron E. Meisler
        ron.meisler@skadden.com
    Karalyn A. Marafioti

- 3 -

      karalyn.marafioti@skadden.com
  Gregory W. Fox
      gregory.fox@skadden.com

Counsel for the Official Committee of Unsecured Creditors
Latham & Watkins
  Robert J. Rosenberg
      robert.rosenberg@lw.com
  Mark A. Broude
      Mark.Broude@lw.com
  Mitchell A. Seider
      Mitchell.Seider@lw.com

Counsel for the Agent under the Postpetition Credit Facility
Davis Polk & Wardwell
  Donald S. Bernstein
      donald.bernstein@davispolk.com
  Brian M. Resnick
      brian.resnick@davispolk.com

Counsel for the Tranche C Collective
Wilkie Farr & Gallagher LLP
  Richard Mancino
      rmancino@wilkie.com
  Marc Abrams
      mabrams@willkie.com

Counsel for the US Treasury
Cadwalader Wickersham & Taft LLP
  John J. Rapisardi
      john.rapisardi@cwt.com
  Oren B. Hacker
      oren.haker@cwt.com

Counsel for the US Department of Justice
  Matthew L. Schwartz
      matthew.schwartz@usdoj.gov
  Joseph N. Cardaro
      joseph.cardaro@usdoj.gov

Counsel for General Motors Corporation
Weil, Gotshal & Manges LLP
  Jeffrey L. Tanenbaum
      jeff.tanenbaum@weil.com
  Robert J. Lemons
      robert.lemons@weil.com

<u>Counsel for Parnassus Holdings II LLC</u>
Schulte Roth & Zabel LLP
    Adam C. Harris
        adam.harris@srz.com
    David J. Karp
        david.karp@srz.com

                By: <u>/s/ David S. Barritt</u>
                    David S. Barritt
                    Chapman and Cutler LLP
                    111 West Monroe Street
                    Chicago, IL 60603

Dated: September 22, 2009