WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY  10119
Telephone:  (212) 631-4421
Karel S. Karpe, Esq.

*Counsel to Siemens Product Lifecycle Management Software, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : | Chapter 11 |
|---|---|---|
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481(RDD) |
| Debtors. | : | Jointly Administered |

**NOTICE OF WITHDRAWAL OF
SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.'S
LIMITED OBJECTION AND RESERVATION OF RIGHTS TO NOTICE OF
ASSUMPTION AND ASSIGNMENT  WITH RESPECT TO CERTAIN EXECUTORY
CONTRACTS OR UNEXPIRED  LEASES TO BE ASSUMED AND ASSIGNED TO GM
COMPONENTS HOLDINGS LLC OR STEERING SOLUTIONS SERVICES
CORPORATION, AS APPLICABLE, UNDER MODIFIED PLAN OF REORGANIZATION**

Siemens Product Lifecycle Management Software Inc. ("Siemens PLM"), by its counsel White and Williams LLP, hereby withdraws its Limited Objection and Reservation of Rights To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization as filed at docket no. 18414.

Dated: New York, New York
September 22, 2009

                                      WHITE AND WILLIAMS LLP

By:     /s/Karel S. Karpe
Karel S. Karpe
One Penn Plaza, Suite 4110
New York, New York  10119
Telephone: (212) 631-4421
Fax: (212) 631-4431
Email: karpek@whiteandwilliams.com
*Attorney for Siemens Product Lifecycle Management Software, Inc*.

5643665v.1