BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Michael K. McCrory, Esq.
Mark R. Owens, Esq.

*Attorneys for Navistar, Inc. f/k/a
International Truck and Engine Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
| Debtors. | : | (Jointly Administered) |

**WITHDRAWAL OF LIMITED OBJECTION OF NAVISTAR, INC. RELATING TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS PURSUANT TO MASTER DISPOSITION AGREEMENT AND/OR MODIFIED FIRST AMENDED JOINT PLAN OF REORGANIZATION AND CURE NOTICES PURSUANT THERETO**

Navistar, Inc., by counsel, hereby WITHDRAWS the Limited Objection of Navistar, Inc. Relating to Assumption and Assignment of Executory Contracts Pursuant to Master Disposition Agreement and/or Modified First Amended Joint Plan of Reorganization and Cure Notices Pursuant Thereto (the "Limited Objection") filed herein on July 17, 2009, Docket No. 18374, following discussion with Debtor's counsel and further review of the facts and circumstances giving rise to the Limited Objection.

        Respectfully submitted,

        /s/ Mark R. Owens
        Michael K. McCrory, Esq.
        Mark R. Owens, Esq.
        BARNES & THORNBURG LLP
        11 South Meridian Street
        Indianapolis, IN 46204
        Phone: (317) 236-1313
        Facsimile: (317) 231-7433
        E-Mail: mmccrory@btlaw.com
        E-Mail: mowens@btlaw.com

        *Attorneys for Navistar, Inc. f/k/a International Truck and Engine Corporation*

## Certificate of Service

I hereby certify that a copy of the foregoing Motion to Withdraw was filed electronically this 23rd day of September, 2009. Notice of this filing will be sent to all parties registered to receive notice by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Mark R. Owens
Mark R. Owens

INDS01 DCUNNINGHAM 1151443v1