**Hearing Date: September 24, 2009**
                                           **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                     :
  In re                                         :    Chapter 11
                                                     :
DELPHI CORPORATION, et al.,       :    Case No. 05-44481 (RDD)
                                                     :
                          Debtors.      :    (Jointly Administered)
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FORTY-SEVENTH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:       United States Bankruptcy Court for the Southern District of New
                                       York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
                                         Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (2 Matters)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (2 Matters)

**B.**    **Continued Or Adjourned Matters**∗

1. **Furukawa Administrative Expenses Motion** - Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy 9006(b) (Docket No. 18706)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    None.

    *Status:*    *This matter has been adjourned without date subject to re-noticing in accordance with the Case Management Order.*

2. **AT&T Administrative Expenses Motion -** Motion Of The AT&T Entities For Entry Of An Order (1) Compelling Payment Of Administrative Expenses Or, In The Alternative, (2) Modifying The Automatic Stay To Permit Termination Of Executory Contracts (Docket No. 18737)

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket Nos. 213, 4689, 4778, 4912, 5229, 5153, 6723, 6690, and 12833 (KECP Emergence Incentive Program, Equity Security Holders' Ex Parte Motion To File Supplemental Objection To STN Motion Under Seal, Mercedes-Benz U.S. International, Inc.'s Motion to File Claims, Methode Electronics, Inc.'s Setoff Motion, Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract, Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay, ATEL Leasing Corporation's Motion To Allow Administrative Claim, and Debtors' Omnibus Objection to Claims for Postpetition Interest , respectively). In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: NYCH LLC d/b/a RCS Computer Experience Adv. Pro. No. 06-01902, Docket No. 1 (Complaint To Recover Property Of The Estate), L&W Engineering Adv. Pro. No. 06- 01136, Docket No. 22 (Motion For Summary Judgment), Aksys Ltd. Adv. Pro. No. 06-01677, Docket No. 2 (Summons And Notice), and National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement.

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    None.

    *Status:*    *This matter has been adjourned to the October 7, 2009 claims hearing.*

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

3. **Second § 1121(d) Creditors' Committee Exclusivity Extension Motion** - Motion For Order, Solely As To Creditors' Committee, Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan Under 11 U.S.C. § 1121(d) (Docket No. 18884)

   *Responses filed:*    None.

   *Reply filed:*    None.

   Related filings:    None.

   *Status:*    *The hearing with respect to this matter will be proceeding.*

4. **Debtors' Pre-Effective Date Accommodation Amendment Motion** - Expedited Motion For Order (I) Under 11 U.S.C. § 363 Authorizing Debtors To Fund Fee And Expense Agreements In Connection With Thirty-Third Amendment To Accommodation Agreement And (II) Under 11 U.S.C. § 364 For Approval Of Accommodation Agreement Amendments Through Effective Date Of Modified Plan Of Reorganization (Docket No. 18913)

   *Responses filed:*    None.

   *Reply filed:*    None.

   *Related filings:*    *Order To Show Cause Why Expedited Motion For Order (I) Under 11 U.S.C. § 363 Authorizing Debtors To Fund Fee And Expense Agreements In Connection With Thirty-Third Amendment To Accommodation Agreement And (II) Under 11 U.S.C. § 364 For Approval Of Accommodation Agreement Amendments Through Effective Date Of Modified Plan Of Reorganization Should Not Be Granted (Docket No. 18912)*

    *Status:*  *The hearing with respect to this matter will be proceeding.*

**D. Contested Matters**

  5. **Debtors' Thirty-Fifth Omnibus Claims Objection** - Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

    *Responses filed:*  *Response and Objection to the "Thirty-Fifth Omnibus Claims Objection Order" Filed By Barbara Pauline Burger (Docket No. 18894)*

      *Letter By Dennis M. Dashkovitz Re: Response And Objection To Thirty-Fifth Omnibus Objection To Claim (Docket No. 18900)*

      *Response of Fujikura America, Inc. To Debtors' Thirty-Fifth Omnibus Claims Objection (Docket No. 18902)*

      *Midwest Tool & Die Corporation's Response To Debtors' Thirty-Fifth Omnibus Claims Objection (Docket No. 18904)*

      *Response Of Alumax Mill Products, Inc., Alcoa Automotive Castings, A Michigan Partnership, And SPCP Group LLC To The Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18907)*

      *Response To Thirty-Fifth Omnibus Claims Objection by Consolidated Electrical Distributors, Inc. (Docket No. 18910)*

      *Letter By Joan C. Lyons Re: Objection To Thirty-Fifth Omnibus Claims Objection (Docket Nos. 18914 and 18915)*

       *Response And Objection To The "Thirty-Fifth Omnibus Claims Objection Order" Filed By Gary Cook (Undocketed)*

       *Response And Objection To The "Thirty-Fifth Omnibus Claims Objection Order" Filed By Steven Streeter (Undocketed)*

       *Response To Notice Of Objection To Claim By Bobbie Burns (Undocketed)*

  *Reply filed:*  *None.*

  *Related filings:*  *None.*

  *Status:*  *The hearing with respect to this matter will be proceeding.*

**E.** **Adversary Proceeding (Case No. 09-01271)**

 6. **Debtors' Motion for Determination** - Defendant Delphi Corporation's Motion For Determination Of Privilege Claim (Docket No. 30)

  *Responses filed:*  *None.*

  *Reply filed:*  *None.*

  *Related filings:*  *None.*

  *Status:*  *Motion adjourned to a date to be determined.*

 7. **Plaintiff's Motion for Leave** - Plaintiff's Motion For Leave To File Amended Complaint (Docket No. 36)

  *Responses filed:*  *None.*

  *Reply filed:*  *None.*

  *Related filings:*  *None.*

  *Status:*  *Motion adjourned to a date to be determined.*

Dated: New York, New York
September 23, 2009

                      SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

By: /s/   John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -

By: /s/   Kayalyn A. Marafioti
     Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession