SONNENSCHEIN NATH & ROSENTHAL LLP
Jonathan D. Forstot (JF5807)
Louis A. Curcio (LC0242)
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone:    (212) 768-6700
Facsimile:    (212) 768-6800

*Attorneys for AB Automotive Electronics Ltd., AB
Automotive Inc., BI Technologies Corporation,
International Resistive Company, Inc. (aka
International Resistive Company Wire & Film
Technologies Division), International Resistive
Company of Texas, LP (aka International Resistive
Company Advanced Film Division), Optek
Technology, Inc., Welwyn Components Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re                                         :   Chapter 11
                                              :
        DELPHI CORPORATION., et al.,          :   Case No. 05-44481 (RDD)
                                              :
                                              :   (Jointly Administered)
                  Debtors.                    :
------------------------------------------------------------ x
```

**NOTICE OF PARTIAL WITHDRAWAL OF**
**PROTECTIVE OBJECTION AND RESERVATION OF RIGHTS**
**OF THE TT GROUP TO THE ASSUMPTION AND ASSIGNMENT OF**
**EXECUTORY CONTRACTS AND CURE AMOUNTS RELATED THERETO**

PLEASE TAKE NOTICE that the following parties of the TT Group: AB Automotive

Electronics Ltd., AB Automotive Inc., International Resistive Company, Inc. (aka International

Resistive Company Wire & Film Technologies Division), International Resistive Company of

Texas, LP (aka International Resistive Company Advanced Film Division), Optek Technology,

Inc., and Welwyn Components Ltd., by their attorneys Sonnenschein Nath & Rosenthal LLP,

hereby withdraw their Protective Objection and Reservation of Rights of the TT Group to the

Assumption and Assignment of Executory Contracts and Cure Amounts Related Thereto (the

"Objection"), filed on July 20, 2009 [Docket No. 18430].  BI Technologies Corporation does not

withdraw its Objection, which is presently scheduled for hearing on October 7, 2009.

Dated: New York, New York
       September 23, 2009

                                    SONNENSCHEIN NATH & ROSENTHAL LLP

                                    By:    /s/ Louis A. Curcio
                                           Jonathan D. Forstot (JF5807)
                                           Louis A. Curcio (LC0242)

                                    1221 Avenue of the Americas
                                    New York, New York  10020-1089
                                    Telephone:    (212) 768-6700
                                    Facsimile:    (212) 768-6800

                                    *Attorneys for AB Automotive Electronics Ltd., AB
                                    Automotive Inc., BI Technologies Corporation,
                                    International Resistive Company, Inc. (aka
                                    International Resistive Company Wire & Film
                                    Technologies Division), International Resistive
                                    Company of Texas, LP (aka International Resistive
                                    Company Advanced Film Division), Optek
                                    Technology, Inc., Welwyn Components Ltd.*