Hearing Date: September 24, 2009
Hearing Time: 10:00 a.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
  In re                                 : Chapter 11
                                        :
DELPHI CORPORATION, et al.,             : Case No. 05-44481 (RDD)
                                        :
                       Debtors.   : (Jointly Administered)
                                        ::
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PROPOSED HEARING AGENDA FOR (I) CERTAIN OBJECTIONS TO NONASSUMPTION
OF CERTAIN CONTRACTS AND LEASES, ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND CURE AMOUNTS,
AND (II) CERTAIN OTHER CLAIMS MATTERS**

<u>Location Of Hearing</u>: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 610, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

   A.   Introduction

   B.   Contested Matters (3 Matters)

   C.   Uncontested, Agreed, Or Settled Matters (16 Matters)

   D.   Continued Or Adjourned Matters (17 Matters)

**B.   Contested Matters**

   1.   **Aikoku Alpha, Inc. Objection** - Objection Of American Aikoku Alpha, Inc. To Notice Of Nonassumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (Docket No. 17767)

   *Responses filed:*   None.

   *Reply filed:*   *Debtors' Omnibus Reply to Certain Objections to Nonassumption of Certain Contracts and Leases, Assumption and Assignment of Executory Contracts and Unexpired Leases, and Cure Amounts (Docket No. 18800)*

   *Related filings:*   *Limited Objection of American Aikoku Alpha, Inc. to the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession Possession, as Modified (Docket No. 17773)*

   *Limited Objection Of American Aikoku Alpha, Inc. To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18395)*

   *Status:*   *The parties understand that the Court will issue an oral ruling based on the briefs previously submitted by the parties.*

   2.   **Linamar Objection** – Limited Objection Of Linamar Corporation, Vehcom Division To Debtors' Notice Of Assumption And Assignment With Respect To

2

        Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18385)

        *Responses filed:*    None.

        *Reply filed:*    *An omnibus reply will be filed.*

        *Related filings:*    *Limited Objection Of Linamar Holdings, Inc., Roctel Division To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18386)*

        *Limited Objection Of Linamar Holdings, Inc., Invar Division To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18387)*

        *Limited Objection Of Linamar Corporation And Linamar Holdings, Inc. To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18388)*

        *Status:*    *The hearing on this matter will proceed.*

3. **Timken Company Objection** – Limited Objection Of The Timken Company To The Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18487)

        *Responses filed:*    None.

        *Reply filed:*    *An omnibus reply will be filed.*

        *Related filings:*    *Limited Objection Of The Timken Company To The Debtors' Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC*

|   |   |
|---|---|
|   | *Or Steering Solutions Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18488)* |
|   | *Limited Objection Of The Timken Company To The Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18738)* |
| *Status:* | *The parties are working on a resolution and if this matter remains unresolved, the matter will be adjourned to the October 21, 2009 hearing.* |

C.   **Uncontested, Agreed, Or Settled Matters**

4.   **Robert Bosch Objection** – Response And Limited Objection Of Robert Bosch LLC's To Debtors' July 10, 2009 Notice Of Filing Notices Of Assumption And Assignment To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Component Holdings, LLC Or Steering Solution Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18215)

| *Responses filed:* | None. |
|---|---|
| *Reply filed:* | None. |
| *Related filings:* | *Response And Limited Objection Of Robert Bosch LLC's To Debtors' July 13, 2009 Notice Of Filing Certain Corrected Notices Of Assumption And Assignment To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18217)* |
| *Status:* | *This matter has been resolved.* |

5.   **Autocam Corporation Objection** – Limited Objection Of Autocam Corporation To Confirmation Of First Amended Joint Plan Of Delphi Corporation And Certain Affiliates, Debtors And Debtors In Possession (Docket No. 18254)

| *Responses filed:* | None. |
|---|---|
| *Reply filed:* | None. |
| *Related filings:* | *Objection Of Autocam Corporation To Proposed Assumption And Assignment Of Executory Contracts To GM Components Holdings, LLC (Docket No. 18368)* |

                      *Amended And Restated Objection Of Autocam Corporation To Proposed Assignment Of Executory Contracts To Third Parties (Docket No. 18711)*

                      *Notice Of Filing Of Affidavit By Autocam Corporation (Docket No. 18603)*

                      *Notice Of Filing Preliminary Witness List Of Autocam Corporation (Docket No. 18606)*

                      *Notice Of Filing Exhibit List Of Autocam Corporation (Docket No. 18610)*

                      *Conditional Withdrawal Of Amended And Restated Objection Of Autocam Corporation To Proposed Assignment Of Executory Contracts To Third Parties (Docket No. 18918)*

        *Status:*            *This matter has been resolved and the objection has been withdrawn.*

6. **Continental AG Objection** – Objection Of Continental AG And Affiliates To (I) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And (II) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18372)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    None.

    *Status:*    *This matter has been resolved.*

7. **Navistar Objection** – Limited Objection Of Navistar, Inc. Relating To Assumption And Assignment Of Executory Contracts Pursuant To Master Disposition Agreement And/Or Modified First Amended Joint Plan Of Reorganization And Cure Notices Pursuant Thereto (Docket No. 18374)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    *Withdrawal Of Limited Objection Of Navistar, Inc. Relating To Assumption And Assignment Of Executory Contracts*

                    *Pursuant To Master Disposition Agreement And/Or Modified First Amended Joint Plan Of Reorganization And Cure Notices Pursuant Thereto (Docket No. 18922)*

    *Status:*    *This matter has been resolved and the objection has been withdrawn.*

8. **Bing Metals Group Objection** – Bing Metals Group, LLC's Limited Objection To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18382)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    *Bing Metals Group, LLC's Limited Objection To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18394)*

    *Status:*    *This matter has been resolved.*

9. **Federal Screw Works Objection** – Limited Objection Of Federal Screw Works To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18389)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    None.

    *Status:*    *This matter has been resolved.*

10. **Flextronics International Ltd. Objection** – Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18405)

    *Responses filed:*    None.

    *Reply filed:*    None.

    *Related filings:*    *Limited Objection Relating To Assumption And Assignment of Executory Contracts (Docket No. 18545)*

|  |  |  |
|---|---|---|
|  | *Status:* | *This matter has been resolved.* |

11. **Panalpina Objection** – Limited Objection Of Panalpina Management, Ltd. And Panalpina, Inc. To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18406)

   *Responses filed:*   None.

   *Reply filed:*   None.

   *Related filings:*   None.

   *Status:*   *The objection has been deemed moot.*

12. **Sun Microsystems Objection** – Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18407)

   *Responses filed:*   None.

   *Reply filed:*   None.

   *Related filings:*   *Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18547)*

   *Notice Of Withdrawal Of Limited Objection Relating To Assumption And Assignment Of Executory Contracts (Docket No. 18909)*

   *Status:*   *This matter has been resolved and the objection has been withdrawn.*

13. **United Parcel Service Objection** – Limited Objection Of United Parcel Service To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18408)

   *Responses filed:*   None.

   *Reply filed:*   None.

   *Related filings:*   *Limited Objection Of United Parcel Service To July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings*

7

       *II, LLC Under Modified Plan Of Reorganization (Docket No. 18546)*

    *Status:*   *This matter has been resolved.*

14. **Siemens Objection** – Siemens Product Lifecycle Management Software Inc.'s Limited Objection And Reservation Of Rights To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18414)

   *Responses filed:*  *None.*

   *Reply filed:*  *None.*

   *Related filings:*  *Notice Of Withdrawal Of Siemens Product Lifecycle Management Software Inc.'s Limited Objection And Reservation Of Rights To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18920)*

   *Status:*   *This matter has been resolved and the objection has been withdrawn.*

15. **AB Automotive (Various Matters) Objection** - Protective Objection And Reservation Of Rights Of The TT Group To The Assumption And Assignment Of Executory Contracts And Cure Amounts Related Thereto (Docket No. 18430)

   *Responses filed:*  *None.*

   *Reply filed:*  *None.*

   *Related filings:*  *None.*

   *Status:*   *This matter has been resolved with regards to the following: AB Automotive Electronics Ltd., AB Automotive Inc., International Resistive Company, Inc. (a.k.a International Resistive Company Wire & Film Technologies Division), International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division), Optek Technology, Inc., Welwyn Components Ltd.*

16. **Behr America, Inc. Objection** – Behr Americas, Inc. Limited Objection To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or

8

Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18468)

*Responses filed:* None.

*Reply filed:* None.

*Related filings:* None.

*Status:* *This matter has been resolved.*

17. **E.I. du Pont Objection** – Objection Of E.I. du Pont de Nemours And Company To Assumption And Assignment Of Executory Contracts To GM Components Holdings LLC And Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18481)

*Responses filed:* None.

*Reply filed:* None.

*Related filings:* *Notice Of Partial Withdrawal Of Objection To Assumption And Assignment Of Executory Contracts To GM Components Holdings LLC And Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18917)*

*Status:* *This matter has been resolved and the objection has been withdrawn.*

18. **Littelfuse, Inc. Objection** – Limited Objection Of Littelfuse, Inc. To: (I) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization And (II) Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization (Docket No. 18489)

*Responses filed:* None.

*Reply filed:* None.

*Related filings:* *Limited Objection Of Littelfuse, Inc. To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts And Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18740)*

*Withdrawal Of Limited Objections Of Littelfuse, Inc. To The Debtors' Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases Under Modified Plan Of Reorganization (Docket Numbers 18489 And 18740) (Docket No. 18919)*

*Status:* *This matter has been resolved and the objection has been withdrawn.*

19. **Judd Wire Objection** – Objection Of Judd Wire, Inc. To Debtors' Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (As Listed In Docket No. 17728) (Docket No. 18782)

*Responses filed:* None.

*Reply filed:* None.

*Related filings:* *Withdrawal Of Objection Of Judd Wire, Inc. To Debtor's Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (As Listed In Docket No. 17728) (Docket No. 18901)*

*Status:* *This matter has been resolved and the objection has been withdrawn.*

### D. Continued Or Adjourned Matters

20. Motion Of Donald R. Sweeton And Sarah E. Sweeton To Compel Debtor's Performance Under Lease Of Non-Residential Real Property And For Payment Of Administrative Expenses (Docket No. 16381)

*Responses filed:* None.

*Reply filed:* None.

*Related filings:* *Stipulation and Agreed Protective Order Governing Production and Use of Confidential and Highly Confidential Information in Connection with Donald R. Sweeton and Sarah E. Sweeton's Motion to Compel Debtor's Performance Under Lease of Non-Residential Real Property and for Payment of Administrative Expenses (Docket No. 17612)*

*Status:* *This matter has been adjourned to the October 21, 2009 hearing.*

21. **CSX Transportation Motion To Compel** – CSX Transportation Motion To Compel Payment Of Administrative Expenses (Docket No. 16548).

   *Responses filed:*   None.

   *Reply filed:*   None.

   *Related filings:*   None.

   *Status:*   *This matter has been adjourned to the October 7, 2009 hearing.*

22. **Ace Companies Objection** – Limited Objection Of The Ace Companies To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 18216)

   *Responses filed:*   None.

   *Reply filed:*   None.

   *Related filings:*   None.

   *Status:*   *This matter has been adjourned without date, subject to renoticing in accordance with the Modification Approval Order.*

23. **Connecticut General Life Insurance Objection** – Objection Of Connecticut General Life Insurance Company To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18234)

   *Responses filed:*   None.

   *Reply filed:*   None.

   *Related filings:*   *Objection Of Connecticut General Life Insurance Company To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18652)*

   *Objection Of Connecticut General Life Insurance Company To Second Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18705)*

|  |  | *Objection Of Connecticut General Life Insurance Company To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18720)* |
|---|---|---|
|  | *Status:* | *This matter has been adjourned to the October 7, 2009 hearing.* |

24. **XM Satellite Radio Objection** – Objection Of XM Satellite Radio Inc. To The Notice Of Nonassumption Of Contract And To The First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (Docket No. 18245)

|  | *Responses filed:* | None. |
|---|---|---|
|  | *Reply filed:* | None. |
|  | *Related filings:* | *Objection Of XM Satellite Radio Inc. To Debtors' Proposed Assumption And Assignment Of Executory Contracts To Parnassus Holdings II, LLC (Docket No. 18373)* |
|  | *Status:* | *This matter has been adjourned to the October 7, 2009 hearing.* |

25. **Furukawa Objection** – Limited Response And Reservation Of Rights Of Furukawa Electric North America APD, Inc. To Debtors' July 2, 2009 Notice Of Filing Of Plan Exhibits With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 18256)

|  | *Responses filed:* | None. |
|---|---|---|
|  | *Reply filed:* | None. |
|  | *Related filings:* | *Limited Response And Reservation Of Rights Of Furukawa Electric North America Apd, Inc. And Furukawa Electric Company, Ltd To Debtors' July 13, 2009 Notice Of Filing Of Certain Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18472)* |
|  |  | *Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A* |

12

         *Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)*

   *Status:*    *This matter has been adjourned without date, subject to renoticing in accordance with the Modification Approval Order.*

26. **Sunrise Medical Objection** – Objection Of Sunrise Medical HHG, Inc. To Cure Amount (Docket No. 18261)

   *Responses filed:*  None.

   *Reply filed:*   None.

   *Related filings:*  None.

   *Status:*    *This matter has been adjourned to the October 7, 2009 hearing.*

27. **AT&T Corp. Objection** - Limited Objection Of The AT&T Entities To The First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (Docket No. 18266)

   *Responses filed:*  None.

   *Reply filed:*   None.

   *Related filings:*  None.

   *Status:*    *This matter has been adjourned to the October 7, 2009 hearing.*

28. **Toyota Objection** – Objection Of Toyota Motor Engineering & Manufacturing North America, Inc. To (A) Confirmation Of Debtors' Modifications To The First Amended Plan Of Reorganization And (B) Section 363 Implementation Agreement (Docket No. 18271)

   *Responses filed:*  None.

   *Reply filed:*   None.

   *Related filings:*  *Limited Objection Of Toyota Motor Engineering & Manufacturing North America, Inc. To Debtors' (A) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, (B) July 10, 2009 Notice Of Filing Of Notices*

*Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization, (C) July 13, 2009 Notice Of Filing Of Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, And (D) Errata Schedule 2 To Certain Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18484)*

*Limited Objection Of Toyota Motor Corporation To Debtors' (A) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, (B) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization, (C) July 13, 2009 Notice Of Filing Of Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, And (D) Errata Schedule 2 To Certain Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18485)*

*Limited Objection Of Toyota Motor Sales, U.S.A., Inc. To Debtors' (A) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, (B) July 10, 2009 Notice Of Filing Of Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Services Corporation, As Applicable, Under Modified Plan Of Reorganization, (C) July 13, 2009*

       *Notice Of Filing Of Corrected Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization, And (D) Errata Schedule 2 To Certain Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18486)*

       *Limited Objection Of Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation And Toyota Motor Sales, U.S.A., Inc. To Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan Of Reorganization (Docket No. 18742)*

  *Status:*   *This matter has been adjourned without date, subject to renoticing in accordance with the Modification Approval Order.*

29. **Ford Motor Company Objection** – Objection Of Ford Motor Company And Its Affiliates To Assumption And Assignment Of Executory Contracts And To The Sufficiency Of The Debtors' Notice (Docket No. 18398)

  *Responses filed:*   None.

  *Reply filed:*   None.

  *Related filings:*   *Supplemental Objection Of Ford Motor Company And Its Affiliates To Assumption And Assignment Of Executory Contracts To DIP Holdco 3, LLC For Lack Of Adequate Assurance Of Future Performance (Docket No. 18750)*

  *Status:*   *This matter has been adjourned without date, subject to renoticing in accordance with the Modification Approval Order.*

30. **ATEL Leasing Corporation Objection** - Limited Objection Of ATEL Leasing Corporation To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18402)

  *Responses filed:*   None.

  *Reply filed:*   None.

15

    *Related filings:*     None.

    *Status:*     This matter has been adjourned to the October 7, 2009 hearing.

31. **AB Automotive (BI Technologies) Objection** - Protective Objection And Reservation Of Rights Of The TT Group To The Assumption And Assignment Of Executory Contracts And Cure Amounts Related Thereto (Docket No. 18430)

    *Responses filed:*     None.

    *Reply filed:*     None.

    *Related filings:*     None.

    *Status:*     This matter has been adjourned to the October 7, 2009 hearing only with respect to BI Technologies.

32. **Nissan North America Objection** – Nissan North America, Inc.'s Objection To Assumption And Assignment Of Executory Contracts And To Proposed Cure Amounts In Connection Thereto (Docket No. 18456)

    *Responses filed:*     None.

    *Reply filed:*     None.

    *Related filings:*     None.

    *Status:*     This matter has been adjourned without date, subject to renoticing in accordance with the Modification Approval Order.

33. **General Electric Capital Corporation Objection** – Limited Objection Of General Electric Capital Corporation To Notice Of Assumption And Assignment To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18473)

    *Responses filed:*     None.

    *Reply filed:*     None.

    *Related filings:*     None.

    *Status:*     This matter has been adjourned to the October 7, 2009 hearing.

34. **Nidec Motors Objection** – Nidec Motors & Actuators (USA), Inc.'s Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with

Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned (Docket No. 18494)

*Responses filed:*   None.

*Reply filed:*   None.

*Related filings:*   None.

*Status:*   *This matter has been adjourned to the October 7, 2009 hearing.*

35. **NEC Electronics Objection** – Objection Of NEC Electronics America, Inc. To Debtor's Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (As Listed In Docket No. 17728) (Docket No. 18556)

    *Responses filed:*   None.

    *Reply filed:*   None.

    *Related filings:*   None.

    *Status:*   *This matter has been adjourned to the October 7, 2009 hearing.*

36. **Carrier Corporation Objection** – Limited Objection And Reservation Of Rights Of Carrier Corporation With Respect To Corrected Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18565)

    *Responses filed:*   None.

    *Reply filed:*   None.

    *Related filings:*   None.

    *Status:*   *This matter has been adjourned without date, subject to renoticing in accordance with the Modification Approval Order.*

Dated: New York, New York
September 23, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession