**Exhibit A**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

*Responses To The Debtors' Thirty-Fifth Omnibus Claims Objection (the "Objection")*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Barbara Burger (Docket No. 18894) | 6468 | Barbara Burger disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 6468 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Salaried Pension And OPEB Claims | Adjourn |
| 2. | Dennis Dashkovitz (Docket No. 18900) | 10835, 10836 | Dennis Dashkovitz disagrees with the Debtors' Objection to disallow and expunge proof of claim nos. 10835 and 10836 and requests that this Court reconsider its decision with respect to workers' compensation claims. | Individual Workers' Compensation Books And Records Claims | Adjourn |
| 3. | Fujikura America, Inc. (Docket No. 18902) | 11659 | Fujikura America, Inc. ("Fujikura") disagrees with the Debtors' Objection to modify and allow proof of claim no. 11659. Fujikura asserts that the Debtors may reduce Fujikura's claim only by $16,067.72 and not by $26,185.41. Fujikura also argues that its secured claim is valid. | Claims Allowed Pursuant To Settlement | Adjourn |
| 4. | Midwest Tool & Die Corporation (Docket No. 18904) | 16441 | Midwest Tool & Die Corporation ("Midwest Tool & Die") disagrees with the Debtors' Objection to modify and allow proof of claim no. 16441. Midwest Tool & Die asserts that it is owed $188,413.44 pursuant to the proposed settlement and not $41,282.67. | Claims Allowed Pursuant To Settlement | Adjourn |

[1]    This chart reflects all Responses entered on the docket as of September 22, 2009 at 4:00 p.m. (prevailing Eastern time).

[2]    This chart reflects all resolutions or proposals as of September 22, 2009 at 4:00 p.m.  (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 5. | Alumax Mill Products, Inc., Alcoa Automotive Castings, a Michigan Partnership, and SPCP Group LLC (Docket No. 18907) | 12006, 12007 | Alumax Mill Products, Inc., Alcoa Automotive Castings, a Michigan Partnership, and SPCP Group LLC (the "Alcoa/SPCP Claimants") disagree with the Debtors' Objection to modify and allow proof of claim no. 12006 and 12007.  The Alcoa/SPCP Claimants assert that the Debtors have failed to produce evidence sufficient to rebut the prima facie validity of proof of claim nos. 12006 and 12007. The Alcoa/SPCP Claimants further assert that no settlement has been reached with respect to the amount of each of proof of claim nos. 12006 and 12007. | Claims Allowed Pursuant To Settlement | Adjourn |
| 6. | Consolidated Electrical Distributors, Inc. (Docket No. 18910) | 16801 | Consolidated Electrical Distributors, Inc. ("CED") filed this response to preserve its rights while CED and the Debtors discuss a consensual resolution of CED setoff claim against the Debtors. | Books And Records | Adjourn |
| 7. | David E. Lyons (Docket Nos. 18914) | 9396 | David E. Lyons disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 9396 and requests that this Court reconsider its decision with respect to workers' compensation claims. | Individual Workers' Compensation Books And Records Claims | Adjourn |
| 8. | Steven Streeter (Docket No. 18915) | 12251 | Steven Streeter disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 12251 and requests that this Court reconsider its decision with respect to workers' compensation claims. | Individual Workers' Compensation Books And Records Claims | Adjourn |
| 9. | Gary Cook (Docket No. ___) | 5408 | Gary Cook disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 5408 and requests that this Court reconsider its decision with respect to workers' compensation claims. | Individual Workers' Compensation Books And Records Claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 10. | Bobbie Burns (Docket No. ___) | 7269 | Bobbie Burns disagrees with the Debtors' Objection to disallow and expunge proof of claim no. 7269 and requests that this Court reconsider its decision with respect to workers' compensation claims. | Individual Workers' Compensation Books And Records Claims | Adjourn |