### EXHIBIT D - MODIFIED AND ALLOWED CLAIM

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1772<br>Date Filed: 02/03/2006<br>Docketed Total: $610,197.60<br>Filing Creditor Name:<br>  CITATION FOUNDRY CORP<br>  JPMORGAN CHASE BANK NA AS ASSIGNEE OF CITATION FOUNDRY CORP<br>  270 PARK AVE 17TH FL<br>  NEW YORK, NY 10017 | Claim Holder Name<br>  JPMORGAN CHASE BANK NA            Docketed Total:        $610,197.60<br>  270 PARK AVE 17TH FL<br>  NEW YORK, NY 10017<br><br>Case Number*   Secured     Priority          Unsecured<br>05-44640                   $341,532.88      $268,664.72<br>                           $341,532.88      $268,664.72 | Modified Total:        $610,197.60<br><br>Case Number*   Secured     Priority     Unsecured<br>05-44640                              $610,197.60<br>                                      $610,197.60 |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**     $610,197.60

**Total Amount As Modified:**     $610,197.60

\*     See Exhibit G for a listing of debtor entities by case number.

Page 1 of 1