**In re Delphi Corporation, et al.**   Thirty-Fifth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### EXHIBIT F-1 - ADJOURNED BOOKS AND RECORDS CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>MICHAEL P ALLEY<br>PO BOX 380<br>SALINA, KS 67402-0380 | 16801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,869.99<br><br><br><br>$10,869.99 | 02/01/2008 | DELPHI CORPORATION (05-44481) |
| **Total:** | 1 | | $10,869.99 | | |