**In re Delphi Corporation, <u>et</u> <u>al.</u>**      Thirty-Fifth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### EXHIBIT F-2 - ADJOURNED SALARIED PENSION AND OPEB CLAIM

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BURGER BARBARA P | 6468 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |

| | Total: | 1 | | UNL | |

---

\*      The address Of the creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.