In re Delphi Corporation, et al.  Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BURNS BOBBIE L | 7269 | Secured: <br> Priority: UNL <br> Administrative: <br> Unsecured: UNL <br> Total: UNL | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COOK GARY L | 5408 | Secured: <br> Priority: UNL <br> Administrative: <br> Unsecured: <br> Total: UNL | 05/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DASHKOVITZ DENNIS | 10835 | Secured: <br> Priority: UNL <br> Administrative: <br> Unsecured: <br> Total: UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| DASHKOVITZ DENNIS | 10836 | Secured: <br> Priority: UNL <br> Administrative: <br> Unsecured: <br> Total: UNL | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LYONS DAVID | 9396 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: UNL <br> Total: UNL | 07/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STREETER STEVEN D | 12251 | Secured: <br> Priority: <br> Administrative: <br> Unsecured: UNL <br> Total: UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **6** | **UNL** | | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.