**EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12007<br>Date Filed: 07/28/2006<br>Docketed Total: $752,684.74<br>Filing Creditor Name:<br>ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name<br>ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Docketed Total: | | $484,338.38 | | Modified Total: | | $8,967.88 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$484,338.38<br>$484,338.38 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$8,967.88<br>$8,967.88 |
| | Claim Holder Name<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $268,346.36 | | Modified Total: | | $268,346.36 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$268,346.36<br>$268,346.36 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$268,346.36<br>$268,346.36 |

\*   "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12006<br>Date Filed: 07/28/2006<br>Docketed Total: $713,498.23<br>Filing Creditor Name:<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name<br>ALUMAX MILL PRODUCTS INC         Docketed Total:    $384,260.21<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631<br><br>Case Number**    Secured    Priority    Unsecured<br>05-44640                                         $384,260.21<br>                                                 $384,260.21 | Modified Total:    $207,734.49<br><br><br><br><br>Case Number**    Secured    Priority    Unsecured<br>05-44640                                         $207,734.49<br>                                                 $207,734.49 |
| | Claim Holder Name<br>SPCP GROUP LLC AS AGENT FOR     Docketed Total:    $329,238.02<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Case Number**    Secured    Priority    Unsecured<br>05-44640                                         $329,238.02<br>                                                 $329,238.02 | Modified Total:    $177,672.73<br><br><br><br><br><br><br>Case Number**    Secured    Priority    Unsecured<br>05-44640                                         $177,672.73<br>                                                 $177,672.73 |
| Claim: 11659<br>Date Filed: 07/27/2006<br>Docketed Total: $242,455.24<br>Filing Creditor Name:<br>FUJIKURA AMERICA INC<br>3150 CORONADO DR STE A<br>SANTA CLARA, CA 95054-3223 | Claim Holder Name<br>FUJIKURA AMERICA INC             Docketed Total:    $242,455.24<br>3150 CORONADO DR STE A<br>SANTA CLARA, CA 95054-3223<br><br>Case Number**    Secured        Priority        Unsecured<br>05-44640         $21,813.20      $15,482.29      $205,159.75<br>                 $21,813.20      $15,482.29      $205,159.75 | Modified Total:    $216,269.82<br><br><br><br>Case Number**    Secured    Priority    Unsecured<br>05-44640                                         $216,269.82<br>                                                 $216,269.82 |

\*       "UNL" denotes an unliquidated claim.

\*\*      See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16441<br>Date Filed: 12/01/2006<br>Docketed Total: $188,413.44<br>Filing Creditor Name:<br>  MIDWEST TOOL & DIE CORP<br>  ROTHBERG LOGAN & WARSCO LLP<br>  327 LEY RD<br>  FORT WAYNE, IN 46825 | Claim Holder Name<br>  MIDWEST TOOL & DIE CORP<br>  ROTHBERG LOGAN & WARSCO LLP<br>  327 LEY RD<br>  FORT WAYNE, IN 46825<br><br>Docketed Total: $188,413.44<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 / / / $188,413.44<br>Total: $188,413.44 | Modified Total: $41,282.67<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 / / / $41,282.67<br>Total: $41,282.67 |

**Total Claims To Be Modified: 4**

**Total Amount As Docketed:** $1,897,051.65

**Total Amount As Modified:** $920,273.95

---

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.