SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
|  | : |
|  | :    Chapter 11 |
| In re | : |
|  | :    Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : |
|  | :    (Jointly Administered) |
|                   Debtors. | : |
|  | x |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NOTICE OF FILING OF EXHIBIT H TO REVISED PROPOSED ORDER
ATTACHED AS EXHIBIT B TO DEBTORS' OMNIBUS REPLY IN
<u>SUPPORT OF THIRTY-FIFTH OMNIBUS CLAIMS OBJECTION</u>

PLEASE TAKE NOTICE that due to a filing error in the initial filing of Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927) (the "Omnibus Reply"), Exhibit H to the Revised Proposed Order[1], which is attached as Exhibit B to the Omnibus Reply, was not included with the Omnibus Reply.

PLEASE TAKE FURTHER NOTICE THAT Exhibit H to the Revised Proposed Order is attached hereto.

Dated: New York, New York
September 23, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

---

[1] Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Omnibus Reply.

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18930    Filed 09/23/09    Entered 09/23/09 17:25:43    Main Document  
Pg 3 of 12  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection  
Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ABBAS MOHAMED A | 4935 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ABNER CLAUDIA I | 7471 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| AGUILAR YOLANDA M | 10910 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| AKERS JAMES L | 3190 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP | 12007 | EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12007 | EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ALUMAX MILL PRODUCTS INC | 12006 | EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ALUMAX MILL PRODUCTS INC/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12006 | EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ANAND RAJ K | 6176 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ANDERSON FREDERICK G | 8173 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ANDERSON SCOTT D | 8796 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ANDREW J HARRIS | 8360 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ANDREWS PATRICK J | 5162 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ARNOLD THOMAS L | 14074 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ARRINGTON BERTHA | 13364 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ASI | 15201 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ASSAAD SALWA H | 7045 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| AUSTIN MAE F | 9499 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| AUTEN JOHN G | 348 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4576 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BAILEY LEO | 13362 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BAKER RONALD E | 8428 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BALDERSTONE BOOTH L | 8734 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| BAMBACH KATHLEEN | 15185 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BARRERA RICARDO B | 12086 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BARRON GARY T | 13571 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BEAR STEARNS INVESTMENT PRODUCTS INC/TRANS TRON LTD INC | 9263 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BECK DENNIS E | 11081 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BELLAVIA ROSS | 8604 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BENEFIELD JR SAM | 8837 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BENTON GISELA G | 7632 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BIERLEIN DEAN | 7197 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BILLIG WILLIAM G | 3493 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BILLIG WILLIAM G TR | 3492 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BISSELL DONALD R | 6554 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BLADE NORMA LEE | 8786 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLAKE DANA | 16107 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLEHM MARK A | 10146 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLENK CLARENCE J | 8214 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BLOCK LARRY A | 13566 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4575 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BLUE ANGEL CLAIMS LLC | 4576 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BLUE ANGEL CLAIMS LLC | 4577 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| BOLIN DEBORAH M | 8505 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BOND LORRAINE M | 8694 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BOSTICK BARBARA A | 12425 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BOURDOW ROY | 8653 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BRADY DUANE | 13353 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BREWER ROSEMARY | 12432 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BRIAN TRACY | 7436 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BRINK ROY D | 4725 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BROCK JAMES C | 2716 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BROEKHUIZEN BRADLEY A | 5867 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BROWN CLEOPHAS A | 8419 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BROWN EON J | 5812 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BROWN GARY J | 15718 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BROWN LUCHEY MAXINE O | 3414 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| BROWN ROBERT | 8423 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BROWN SHIRLEY D | 7216 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BRUCKEN WILLIAM L | 5203 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BRYANT NED C | 5275 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BUCHANAN JR HARRY C | 9298 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BUEHLER JERALD L | 15723 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BUIS JOHN R | 10049 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BURGER BARBARA P | 6468 | EXHIBIT F-2 - ADJOURNED SALARIED PENSION AND OPEB CLAIM |
| BURNETT DALE E | 15651 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| BURNS BOBBIE L | 7269 | EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| BUTERA CHARLES A | 4972 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CAMPAU JOHN T | 8328 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARBRERA AUDREY AMORT | 16768 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| CARL JEFFREY G | 9492 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARROLL LINDA | 13344 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARROLL TERRENCE J | 9005 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARTER JOE L | 8190 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CARTER LINDA | 9658 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CASTILLO ALFRED | 12410 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CASTWELL PRODUCTS INC | 1771 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| CATCHPOLE RONALD | 16124 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CAVANAUGH JR DENNIS A | 5923 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CHAMBERS EMMA J | 7926 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CHANDLER CHRISTOPHER C | 3281 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CHANEY PEGGY R | 4822 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CHAPMAN ELANA | 9526 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CHEN YANSHU | 8350 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CHERWINSKI JR SAMUEL | 337 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CIESLAK MICHAEL F | 14927 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CITATION FOUNDRY CORP | 1772 | EXHIBIT D - MODIFIED AND ALLOWED CLAIM |
| CLOSSER JOYCE M | 10899 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| COMBES JOHN H | 6128 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4577 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC | 16801 | EXHIBIT F-1 - ADJOURNED BOOKS AND RECORDS CLAIM |
| CONTRARIAN FUNDS LLC | 15201 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

Thirty-Fifth Omnibus Claims Objection

05-44481-rdd    Doc 18930    Filed 09/23/09    Entered 09/23/09 17:25:43    Main Document
Pg 5 of 12

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC | 9111 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| COOK GARY L | 5408 | EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| COUGHLAN NELSON L | 6106 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CRAWFORD JON P | 4798 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CRUZ ANGELINA G | 8501 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| CURTIS JAMES H | 3125 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CURTIS RICHARD J | 9240 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CZELUSTA JOSEPH C | 3300 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| CZYMBOR JOHN T | 9614 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DAMSEN FRED D | 7393 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DART TIMOTHY L | 13588 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DASHKOVITZ DENNIS | 10835 | EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DASHKOVITZ DENNIS | 10836 | EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DAVIES JAMES E | 6458 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DAVIS RUBY H | 7078 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DE FALCO OSVALDO | 13455 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DEHORITY JUDITH W | 10416 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DELAVERGNE GERALD A | 12114 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DELGADO JOSE N | 7921 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DEVOLE ROGER L | 5916 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DICKENS ROBERT | 7944 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| DOREY DENNIS R | 4361 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DOWEN JAMES A | 401 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DOYLE RICHARD | 6503 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DUPUIS JEFFREY | 7509 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DUQUE MARIA A | 8297 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| DURHAM LARRY M | 6236 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| DYE CLEMENTINE | 8516 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| EBERLEIN CAROL | 11344 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| ELDRIDGE DONALD E | 13813 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ELLINGTON HENRY | 13413 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ENLOW JACK A & LINDA S | 3323 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ENSELEIT LUDWIG | 9876 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ERVIN EDWARD L | 13178 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ESCOBEDO ANGELITA | 13604 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FAGAN DALLAS J | 9031 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FALINSKI MICHAEL J | 8436 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FELL LYLE E | 7660 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FERRIS GLENN E | 4682 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FIFE CLAUDINE | 7772 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FINLEY WILLIAM D | 5231 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FIRETTO JOHN P | 6356 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FISCHER JOSEPH J | 8806 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FLUELLYN HERMAN D | 2874 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FODO JR JULIUS A | 7930 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FORD REBECCA | 7012 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FORD STEVAN T | 6830 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FORREST RICK J | 10143 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| FOSTER BRENDA GAIL | 7382 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |

In re: Delphi Corporation, et al.          Thirty-Fifth Omnibus Claims Objection
Case No. 05-44481 (RDD)
05-44481-rdd    Doc 18930    Filed 09/23/09    Entered 09/23/09 17:25:43    Main Document
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection   Pg 6 of 12

| Claim Holder | Claim | Exhibit |
|---|---|---|
| FOSTER PAUL D | 4144 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FRIEND GARY D | 6308 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FUJIKURA AMERICA INC | 11659 | EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| FULCOMER LISA M | 13524 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| FULLARD III JAKE | 13532 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GALLELLI FILIPPO | 7262 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GALUS CARL | 8816 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GAY DAVID | 3505 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GAY DAVID E | 5287 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GEORGE BRUCE E | 12249 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GIBSON WALTER | 8226 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GIDDENS DENNIS L | 4586 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GILLESPIE HAROLD M | 11155 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GIORDANO JOHN | 9545 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GLENNON TIMOTHY P | 6857 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GODI PAUL E | 6900 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GOODE CHARLENE M | 10350 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GOODRICH DAYTON | 9532 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GORDON PATRICIA A | 9475 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GOSE BARRY L | 9296 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GOUKER JR ROBERT H | 11586 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GRABER DAVID W | 5724 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GRADY DENNIS F | 10463 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GRADY DENNIS F | 10465 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GREEN BILLY G | 4801 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GREEN TERRY | 15334 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| GREGORY ROY | 8495 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| GRIER BRENDA | 15728 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HAAS DAVID R | 6299 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HAEUFLE RICHARD | 5198 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HAGBERG JANE | 8470 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HALL GARLET | 13161 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HAMILTON JACK | 818 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HAMLIN SANDRA L | 9788 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HAMMER EDWARD G | 4827 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HAMMER SUSAN L | 5987 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HARBACK JR ALMERON L | 6861 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HARE KATHALEEN A | 9017 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HARMON LESLIE W | 8155 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HARTLEY BARBARA SUE | 8611 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HARTSHORN JEWELL A | 14931 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HAYWARD WOODROW | 16173 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HEALTON ROBERT L | 6104 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HEARD DENNIS | 6899 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION | 10394 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION/LIQUIDITY SOLUTIONS INC | 10394 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HERBIG EUGENE E | 7873 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HERLINE WRIGHT SUSAN | 8565 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 18930    Filed 09/23/09    Entered 09/23/09 17:25:43    Main Document  
Pg 7 of 12  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection  
Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| HEUSTON KEVIN | 4728 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION | 10683 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| HICKS CAROL D | 10173 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HIGGINS JOHN J | 4540 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HIGGINS SHARON | 4514 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HIPKINS KATHLEEN F | 7215 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HITZ STEVE & VALERIE | 12137 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HODSON MARGARET R | 4364 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HOGAN CARMEN | 9002 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HOLBROOK MARTIN G | 6303 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HOLBROOK VICKI SMITH | 9049 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HOLLAND SCOTTIE E | 15841 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| HOLLISTER III R | 16129 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| HOLZHAUSEN ALAN D | 5190 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HOOVER CONNIE S | 6845 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HORTON ROBERT B | 4588 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HOUSTON JOE E | 7900 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HOWARD PAUL T | 6404 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HOWARD PAULINE FAJARDO | 6403 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HUBBARD EDWIN B | 9715 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HUDSON DAVID F | 4417 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HUFFMAN DAVID L | 4419 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HUGHES MICHAEL J | 9450 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| HULLINGER KENT | 5132 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION | 9995 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| INGAMELLS DOUGLAS R | 10000 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9996 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9997 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9998 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| INGAMELLS DOUGLAS R | 9999 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| INLOW DAVID E | 7966 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| JACKSON BETTY G | 8280 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JACKSON ROBERTA | 8356 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JACOVITCH DONNA | 7120 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JAMES PAULA | 6229 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| JANIAK GARRETT W | 5481 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| JANKOWSKI JANIS J | 15189 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| JASINSKI ROBERT W | 10221 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| JEWELL LORALEI | 8643 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| JEWETT MICHAEL | 13144 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JONES ANN | 11373 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JONES ANN E | 15631 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| JPMORGAN CHASE BANK NA | 1771 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| JPMORGAN CHASE BANK NA | 1772 | EXHIBIT D - MODIFIED AND ALLOWED CLAIM |
| KARIN DAVID C | 6425 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KEATING JOHN E | 14789 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KEATING JOHN E | 14790 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KEATING JOHN E | 14791 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

Thirty-Fifth Omnibus Claims Objection

05-44481-rdd    Doc 18930    Filed 09/23/09    Entered 09/23/09 17:25:43    Main Document    Pg 8 of 12

| Claim Holder | Claim | Exhibit |
|---|---|---|
| KELHOFFER RAYMOND | 3081 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KETTERER KIMBERLY A | 9720 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KIIHR JANICE M | 5920 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KILDOW PAULETTE J | 4134 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KISSELL LINDA | 8427 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| KLAPP KEVIN | 7492 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| KNAPP JOHN | 10976 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| KNAPP JOHN | 13508 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| KNAPP JOHN | 13509 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| KNAPP JOHN | 13510 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| KOENIG CAREN C | 9254 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KOSTKA JOHN M | 7428 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KRAMER FRANCIS J | 5917 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| KUSNIR JOHN R | 5695 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LAFRENIER BARBARA | 7727 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LANE DOUGLAS E | 8424 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LARKE GAIL | 7260 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LAWHON ALEXANDER C | 10803 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LEAYM ROBERT A | 9067 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LEE JACQUELINE D | 12252 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LEECK RASOLIND J | 16111 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LEETCH JAMES | 15746 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| LEISURE RONALD K | 4119 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LEISURE RONALD K & MARY L | 3254 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LENDVOYI GAIL K | 3275 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LEO EDWARD | 8904 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LEWIS LORI | 5202 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| LINCOLN KEVIN L | 6907 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LIOTO VINCENT | 5380 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LITTELL MICHAEL | 15861 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LIVINGSTON BETTY J | 8107 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LOPEZ PABLO | 7100 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LORENTSON MFG CO SW INC | 12375 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| LOUNSBERRY JAMES C | 14786 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| LUCIO WILLIAM R | 7407 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LUKER JAMES | 15148 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LUTZ JERILYN K | 7437 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LYONS DAVID | 9396 | EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| LYTLE ALAN L | 6551 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MALUSI DANIEL | 7213 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MANIACI KATHLEEN A | 15186 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MANSFIELD MARION J | 7422 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MARCHBANKS JANINE | 8616 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MARCONI RONALD T | 8906 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MARTIN DAN | 15209 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MASTERS CONSTANCE | 10395 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MC CREE ROBIN | 10061 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MC CUISTON CARLTON H | 7803 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MC DONALD DANIEL W | 8595 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MC DONALD ROSS J | 5928 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

05-44481-rdd    Doc 18930    Filed 09/23/09    Entered 09/23/09 17:25:43    Main Document
Pg 9 of 12

Thirty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MCELHENEY WALLACE | 9427 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MCGILL RICHARD A | 9607 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MCKEE DORIS A | 7186 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MCLIN JOHNNIE | 9160 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MCNEELY NANCY | 7096 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MEIERS ROGER A | 8625 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MERRILL THOMAS A | 10569 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD | 4575 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| MIDWEST TOOL & DIE CORP | 16441 | EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| MIESKE FREDERICK L | 6914 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MILLER JR WILLIAM & LILLIE M | 8308 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MILLER LARRY | 9901 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MINK DEBRA J | 8652 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MITCHELL CHARLES A | 6478 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MONTOUR THOMAS R | 15877 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MORABITO DENA | 7356 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MORABITO PHILIP | 7357 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MORRIS LARRY J | 4737 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MORTIMORE JOHN R | 11335 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MOTOROLA INC | 1157 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| MUELLER DAVID L | 14745 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MUNGER JACQUELINE | 6906 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MURPHY GARY D | 3524 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| MURRY SHIRLEY J | 7927 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| MUTTON CONNIE L | 8574 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| NASON WILLIAM E | 7853 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| NEQUIST AXEL | 13123 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| NETHING ROGER L | 6281 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| NEZ LUPITA | 6113 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| NICHOLSON WARREN B | 9419 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| NIEMAN JAMES L | 7520 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| OLFANO ROSS A | 6293 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| OMNESS RALPH F | 13563 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ONEIL DARREL W | 5795 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| OSTASH ROBERT S | 9897 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PALUZZI RONALD J | 6902 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PARISEAU LEONA R | 6040 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| PARISEAU LETITIA S | 9973 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| PARISEAU RICHARD J | 15993 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| PARM CATHERINE | 8812 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PARROTT SCOTT J | 8820 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| PATRICK MARY | 13619 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PERRY EUWILDA | 13118 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PETTY BRIDGETT R | 10422 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PICKEL JERRY M | 10473 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| PILAND BRENDA | 9578 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PIOTROWSKI ALICIA K | 2945 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| PISCITELLI MICHELE | 15188 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| POTTS MARY C | 8932 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PRESSEAU CLAUDE F | 9007 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| PREVITE DEAN | 9146 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| QUACKENBUSH GORDON B | 7161 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| QUIROGA SALLY J | 6867 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAAB ANTON J | 7030 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAAB ROBERT A | 7071 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RADABAUGH THOMAS K | 8208 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RADLICK MARY A | 13113 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAIMAR JAMES A | 4359 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| RAJEWSKI TERRANCE M | 7061 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RAKESTRAW KRAIG | 9285 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| RAPP MICHAEL D | 9066 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| REID SHEILA | 13111 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| REINHARDT DONALD E | 8040 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RIEGLE WILLIAM E | 4386 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| RILEY BARBARA | 6182 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROBBINS DAVID H | 9004 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ROBERTS YVONNE | 3720 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| ROBIN MEXICANA S DE RL DE CV | 14270 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| ROBINETTE DENNIS B | 8484 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ROBINSON MAUDE | 9255 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROBINSON PAULETTE | 13110 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROCK EDWARD J | 6545 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROCK EDWARD J | 6546 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ROGERS DELORIS | 16144 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| ROLAND GLENDA | 13107 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ROWE DONALD G | 15727 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ROZNOWSKI JOSEPH J | 7755 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| RUNNING JEANIE | 8435 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RUPLEY I JEFFREY P | 10695 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| RUSSELL CAROLYN | 16081 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| RYAN RICHARD P | 10445 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SABO ROBERT B | 11219 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SAGER DIANA | 10440 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SALO LEILA M | 7231 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SCHADE RICHARD A | 9142 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SCHIPPER ROGER | 13469 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SCHLEICH GARY L | 7739 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SCHRAMEK JAMES A | 3763 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| SCOTT SIDNEY A | 15929 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| SHANNON GLENN W | 9535 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP | 2274 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SHOOPMAN DELBERT D | 9561 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SHORT JOANNE | 14057 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SHOWERS TEE | 14930 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| SHULMAN ELLIOTT S | 7159 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SIEMENS AKTIENGESELLCHAFT | 3657 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SIMMONS DORIS R | 8917 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SIMS MENORT | 8335 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SINGER DAVID G | 7642 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SINNING JOHN E | 6261 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| SIT JEROLD | 3071 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SMILEY DORIS M | 16128 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SMITH BETH M | 9875 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SMITH DIANA B | 3246 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SMITH MICHAEL | 4960 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SMITHSON STACE J | 8518 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SNELL LINDA F | 4796 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SNOOK TERRENCE L | 7173 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SNYDER III MARION H | 14223 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SOULES MERRIE | 12027 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SPCP GROUP LLC | 14270 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| SPEAR MICHAEL K | 6874 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SPYKER EDWARD D | 9448 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STANG ROBERT A | 7448 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STANHOPE JOHN C | 9691 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STAVRAKIS JEFFREY | 7413 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STEARNS PRESTON N | 7046 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STEEPROCK ALYCE | 8068 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STEEPROCK ALYCE J | 8006 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STEINBEISER VINCENT H | 6745 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STRAHM JR CHARLES F | 9618 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STRANEY PATRICK J | 9980 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STREETER STEVEN D | 12251 | EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STRIFFLER THOMAS K | 3446 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STROEH STEPHEN L | 15365 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STRUCKMAN ROGER | 14193 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| STUDIVENT LUTHA M | 8337 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| STULL VIRGINIA MD | 4088 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| STUPAK SUSAN E | 9293 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| SUZAK LAWRENCE P | 9194 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| SWASTEK MICHELLE | 11821 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| TACEY II KENNETH J | 9518 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TANNER RICHARD W | 14075 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| TAYLOR CHARLES | 13505 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TAYLOR ELOWESE | 8651 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| THACKER WALTER R | 7948 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| THOMAS NORMA | 8460 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| THOMPSON CHARLES | 6387 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TILDEN FLOYD D | 8924 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TORREY JANICE | 8882 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TRANS TRON LTD INC | 9263 | EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT |
| TREGO MICHAEL P | 10842 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| TRETER ANTHONY | 7176 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TRETER ANTHONY | 7177 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| TRICE JR MANUEL | 8670 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TROUBLEFIELD THOMASCINE | 7125 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TROUP PAUL | 7028 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| TUNE LARRY | 13585 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| UPSON RITA | 6220 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |

In re: Delphi Corporation, et al.  
Case No. 05-44481 (RDD)  
Exhibit H - Claimants And Related Claims Subject To Thirty-Fifth Omnibus Claims Objection

Thirty-Fifth Omnibus Claims Objection

05-44481-rdd    Doc 18930    Filed 09/23/09    Entered 09/23/09 17:25:43    Main Document  
Pg 12 of 12

| Claim Holder | Claim | Exhibit |
|---|---|---|
| VANUS GORDON R | 5552 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| VERNILLE SUSAN | 6327 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| VON GRABE JOACHIM | 9503 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| VREELAND JR ROY C | 6676 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WALDROP RICKEY L | 9222 | EXHIBIT B - WAGE AND BENEFIT CLAIMS |
| WALKER BENJAMIN N | 9132 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WANDZEL JAMES S | 7752 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WARREN GARY H | 4153 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WAYMIRE PAMELA H | 4370 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WEAVER JR FRED C | 6230 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WEIDNER GLENDALE P | 8224 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WELCH ELAINE | 8253 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WELLMAN RAYMOND | 7345 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WEST JAMES B | 4794 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WESTENBURG SR RICHARD E | 9596 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WESTON JAMES | 6807 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WHITE CYNTHIA S | 9044 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILCOX FRANK R | 7575 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILDER CATHY L | 10829 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WILLIAMS DOROTHY J | 14198 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILLIAMSON SHAWN | 6870 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WILLIAMSON TERRY D | 8387 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WINCHELL BARBARA J | 8567 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WINELAND LARRY J | 15263 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| WOLCOTT NORMAN R | 3183 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WOLCOTT NORMAN R & JUDITH L | 3182 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WOMACK JANICE M | 7258 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WOOD CATHERINE | 10063 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WOODBURY MARION L | 13477 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WRIGHT JULIAN | 4662 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| WYDNER JOHN D | 3912 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| YOUNGBLOOD JONES LILLY P | 7862 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ZHOU PETER S | 10832 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ZINZ MARY | 7614 | EXHIBIT C - INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS |
| ZORICH STEPHEN | 16053 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |
| ZWOLAK RICHARD | 10617 | EXHIBIT A - SALARIED PENSION AND OPEB CLAIMS |