**EXHIBIT D - MODIFIED AND ALLOWED CLAIM**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1772<br>Date Filed: 02/03/2006<br>Docketed Total: $610,197.60<br>Filing Creditor Name:<br>CITATION FOUNDRY CORP<br>JPMORGAN CHASE BANK NA AS ASSIGNEE OF CITATION FOUNDRY CORP<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Claim Holder Name<br>JPMORGAN CHASE BANK NA   Docketed Total: $610,197.60<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Case Number*  Secured   Priority       Unsecured<br>05-44640                  $341,532.88    $268,664.72<br>                          _____    _____<br>                          $341,532.88    $268,664.72 | Modified Total: $610,197.60<br><br>Case Number*  Secured   Priority    Unsecured<br>05-44640                              $610,197.60<br>                                      _____<br>                                      $610,197.60 |
| | **Total Claims To Be Modified: 1**<br>**Total Amount As Docketed:** $610,197.60<br>**Total Amount As Modified:** $610,197.60 | |

\* See Exhibit G for a listing of debtor entities by case number.