**EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1741<br>Date Filed: 02/01/2006<br>Docketed Total: $1,669,714.54<br>Filing Creditor Name:<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615 | Claim Holder Name<br>ALLEGRO MICRO SYSTEMS INC       Docketed Total: $1,669,714.54<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                            $1,669,714.54<br>                                                    $1,669,714.54 | Modified Total: $1,540,000.00<br><br><br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                            $1,540,000.00<br>                                                    $1,540,000.00 |
| Claim: 15201<br>Date Filed: 07/31/2006<br>Docketed Total: $123,166.50<br>Filing Creditor Name:<br>ASI<br>6285 GARFIELD AVE<br>CASS CITY, MI 48726 | Claim Holder Name<br>CONTRARIAN FUNDS LLC       Docketed Total: $123,166.50<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                            $123,166.50<br>                                                    $123,166.50 | Modified Total: $88,332.88<br><br><br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                            $88,332.88<br>                                                    $88,332.88 |
| Claim: 4576<br>Date Filed: 05/03/2006<br>Docketed Total: $149,937.86<br>Filing Creditor Name:<br>AUTOMOTIVE ELECTRONIC<br>CONTROLS DIVISION A DIVISION<br>OF METHODE ELECTRONICS INC<br>C/O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name<br>BLUE ANGEL CLAIMS LLC       Docketed Total: $149,937.86<br>C/O DAVIDSON KEMPER CAPITAL<br>MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44640                                            $149,937.86<br>                                                    $149,937.86 | Modified Total: $143,391.45<br><br><br><br>Case Number**   Secured   Priority   Unsecured<br>05-44640                                            $143,391.45<br>                                                    $143,391.45 |

\*       "UNL" denotes an unliquidated claim.

\*\*      See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18932-5    Filed 09/25/09    Entered 09/25/09 16:02:53    Exhibit E
Pg 2 of 6

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1771<br>Date Filed: 02/03/2006<br>Docketed Total: $200,547.61<br>Filing Creditor Name:<br>CASTWELL PRODUCTS INC<br>JPMORGAN CHASE BANK NA AS ASSIGNEE OF CASTWELL PRODUCTS INC<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Claim Holder Name<br>JPMORGAN CHASE BANK NA     Docketed Total:    $200,547.61<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44640                       $47,499.91   $153,047.70<br>                               $47,499.91   $153,047.70 | Modified Total:   $188,429.84<br><br><br><br><br>Case Number**   Secured   Priority   Unsecured<br>05-44640                                    $188,429.84<br>                                             $188,429.84 |
| Claim: 15379<br>Date Filed: 07/31/2006<br>Docketed Total: $617,204.24<br>Filing Creditor Name:<br>COMPUTER PATENT ANNUITIES LP<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS | Claim Holder Name<br>COMPUTER PATENT ANNUITIES LP   Docketed Total:   $617,204.24<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44554                                    $617,204.24<br>                                             $617,204.24 | Modified Total:   $602,481.60<br><br><br><br><br>Case Number**   Secured   Priority   Unsecured<br>05-44554                                    $602,481.60<br>                                             $602,481.60 |
| Claim: 4577<br>Date Filed: 05/03/2006<br>Docketed Total: $58,674.29<br>Filing Creditor Name:<br>CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC<br>C/O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name<br>BLUE ANGEL CLAIMS LLC   Docketed Total:   $58,674.29<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44640                                    $58,674.29<br>                                             $58,674.29 | Modified Total:   $55,427.49<br><br><br><br><br>Case Number**   Secured   Priority   Unsecured<br>05-44640                                    $55,427.49<br>                                             $55,427.49 |

\*     "UNL" denotes an unliquidated claim.

\*\*    See Exhibit G for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18932-5    Filed 09/25/09    Entered 09/25/09 16:02:53    Exhibit E
Pg 3 of 6

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9111<br>Date Filed: 07/07/2006<br>Docketed Total: $603,421.56<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HYDRO ALUMINUM NORTH AMERICA INC<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $603,421.56<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $603,421.56<br>**$603,421.56** | Modified Total: $540,524.05<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $540,524.05<br>**$540,524.05** |
| Claim: 10394<br>Date Filed: 07/24/2006<br>Docketed Total: $594,923.93<br>Filing Creditor Name:<br>HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | Claim Holder Name<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: $594,923.93<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / $594,923.93 / /<br>**$594,923.93** | Modified Total: $503,252.02<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $503,252.02<br>**$503,252.02** |
| Claim: 10683<br>Date Filed: 07/26/2006<br>Docketed Total: $953,280.40<br>Filing Creditor Name:<br>HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006 | Claim Holder Name<br>HEWLETT PACKARD FINANCIAL SERVICES COMPANY FKA COMPAQ FINANCIAL SERVICES CORPORATION<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974-0006<br><br>Docketed Total: $953,280.40<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $953,280.40<br>**$953,280.40** | Modified Total: $166,642.02<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $166,642.02<br>**$166,642.02** |

\*    "UNL" denotes an unliquidated claim.

\*\*   See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9995<br>Date Filed: 07/20/2006<br>Docketed Total: $57,149.69<br>Filing Creditor Name:<br>IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | Claim Holder Name<br>IBJTC BUSINESS CREDIT CORPORATION AS SUCCESSOR IN INTEREST TO IBJ WHITEHALL BUSINESS CREDIT CORPORATION<br>DAY PITNEY LLP<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>Docketed Total: $57,149.69<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 / / / $57,149.69<br>**$57,149.69** | Modified Total: $44,643.53<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44481 / / / $44,643.53<br>**$44,643.53** |
| Claim: 12375<br>Date Filed: 07/28/2006<br>Docketed Total: $449,485.89<br>Filing Creditor Name:<br>LORENTSON MFG CO SW INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932 | Claim Holder Name<br>LORENTSON MFG CO SW INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932<br>Docketed Total: $449,485.89<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / $190,379.68 / / $259,106.21<br>**$190,379.68** / **$259,106.21** | Modified Total: $127,660.32<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $127,660.32<br>**$127,660.32** |
| Claim: 4575<br>Date Filed: 05/03/2006<br>Docketed Total: $406,570.92<br>Filing Creditor Name:<br>METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD<br>C/O TIMOTHY S MCFADDEN ESQ<br>LORD BISSELL & BROOK LLP<br>111 S WACKER DR<br>CHICAGO, IL 60606 | Claim Holder Name<br>BLUE ANGEL CLAIMS LLC<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022<br>Docketed Total: $406,570.92<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $406,570.92<br>**$406,570.92** | Modified Total: $397,816.85<br><br>Case Number** / Secured / Priority / Unsecured<br>05-44640 / / / $397,816.85<br>**$397,816.85** |

\*      "UNL" denotes an unliquidated claim.

\*\*     See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1157<br>Date Filed: 12/09/2005<br>Docketed Total: $18,679.06<br>Filing Creditor Name:<br>MOTOROLA INC<br>1307 E ALGONQUIN RD SWA2<br>SCHAUMBURG, IL 60196-1078 | Claim Holder Name<br>MOTOROLA INC Docketed Total: $18,679.06<br>1307 E ALGONQUIN RD SWA2<br>SCHAUMBURG, IL 60196-1078<br><br>Case Number**  Secured  Priority  Unsecured<br>05-44481                                              $18,679.06<br>                                                       $18,679.06 | Modified Total: $763.98<br><br><br><br><br>Case Number**  Secured  Priority  Unsecured<br>05-44481                                             $763.98<br>                                                      $763.98 |
| Claim: 14270<br>Date Filed: 07/31/2006<br>Docketed Total: $844,833.40<br>Filing Creditor Name:<br>ROBIN MEXICANA S DE RL DE CV<br>C/O ROBIN INDUSTRIES INC<br>1265 W 65 ST<br>CLEVELAND, OH 44102 | Claim Holder Name<br>SPCP GROUP LLC Docketed Total: $844,833.40<br>TWO GREENWICH PLAZA 1ST FL<br>GREENWICH, CT 06830<br><br>Case Number**  Secured  Priority  Unsecured<br>05-44640        $47,982.69              $796,850.71<br>                $47,982.69              $796,850.71 | Modified Total: $225,729.18<br><br><br><br><br>Case Number**  Secured  Priority  Unsecured<br>05-44640                                             $225,729.18<br>                                                      $225,729.18 |
| Claim: 2274<br>Date Filed: 03/13/2006<br>Docketed Total: $222,238.45<br>Filing Creditor Name:<br>SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS, OH 44128 | Claim Holder Name<br>SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP Docketed Total: $222,238.45<br>4440 WARRENSVILLE CENTER RD<br>WARRENSVILLE HEIGHTS, OH 44128<br><br>Case Number**  Secured  Priority  Unsecured<br>05-44481                                             $222,238.45<br>                                                      $222,238.45 | Modified Total: $165,019.84<br><br><br><br><br>Case Number**  Secured  Priority  Unsecured<br>05-44481                                             $165,019.84<br>                                                      $165,019.84 |
| Claim: 3657<br>Date Filed: 05/01/2006<br>Docketed Total: $17,579.52<br>Filing Creditor Name:<br>SIEMENS AKTIENGESELLCHAFT<br>10 SOUTH WACKER DRIVE 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name<br>SIEMENS AKTIENGESELLCHAFT Docketed Total: $17,579.52<br>10 SOUTH WACKER DRIVE 40TH FL<br>CHICAGO, IL 60606<br><br>Case Number**  Secured  Priority  Unsecured<br>05-44481                                             $17,579.52<br>                                                      $17,579.52 | Modified Total: $4,753.03<br><br><br><br><br>Case Number**  Secured  Priority  Unsecured<br>05-44481                                             $4,753.03<br>                                                      $4,753.03 |

\*      "UNL" denotes an unliquidated claim.

\*\*    See Exhibit G for a listing of debtor entities by case number.

EXHIBIT E - CLAIMS ALLOWED PURSUANT TO SETTLEMENT

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9263<br>Date Filed: 07/11/2006<br>Docketed Total: $2,901,601.14<br>Filing Creditor Name:<br>TRANS TRON LTD INC<br>101 ELECTRONICS BLVD SW<br>HUNTSVILLE, AL 35826 | Claim Holder Name<br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081    Docketed Total: $2,240,718.54<br><br>Case Number**    Secured    Priority    Unsecured<br>05-44481                        $188,409.89    $2,052,308.65<br>                                        $188,409.89    $2,052,308.65 | Modified Total: $2,240,718.54<br><br>Case Number**    Secured    Priority    Unsecured<br>05-44481                                         $2,240,718.54<br>                                                  $2,240,718.54 |
| | Claim Holder Name<br>TRANS TRON LTD INC<br>101 ELECTRONICS BLVD SW<br>HUNTSVILLE, AL 35826     Docketed Total: $660,882.60<br><br>Case Number**    Secured    Priority    Unsecured<br>05-44481                               UNL          $660,882.60<br>                                                UNL         $660,882.60 | Modified Total: $218,084.80<br><br>Case Number**    Secured    Priority    Unsecured<br>05-44481                                       $218,084.80<br>                                                $218,084.80 |
| | | **Total Claims To Be Modified: 17**<br>**Total Amount As Docketed:**    $9,889,009.00<br>**Total Amount As Modified:**    $7,253,671.42 |

\*     "UNL" denotes an unliquidated claim.

\*\*    See Exhibit G for a listing of debtor entities by case number.