**In re Delphi Corporation, et al.**                                                    **Thirty-Fifth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT F-1 - ADJOURNED BOOKS AND RECORDS CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC MICHAEL P ALLEY PO BOX 380 SALINA, KS 67402-0380 | 16801 | Secured: Priority: Administrative: Unsecured: Total: | $10,869.99 $10,869.99 | 02/01/2008 | DELPHI CORPORATION (05-44481) |
| | **Total: 1** | | **$10,869.99** | | |