05-44481-rdd    Doc 18932-7    Filed 09/25/09    Entered 09/25/09 16:02:53    Exhibit F - 2    Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F-2 - ADJOURNED SALARIED PENSION AND OPEB CLAIM**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BURGER BARBARA P | 6468 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **UNL** | | |

\*   The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.