**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Thirty-Fifth Omnibus Claims Objection

**EXHIBIT F-3 - ADJOURNED INDIVIDUAL WORKERS' COMPENSATION BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BURNS BOBBIE L | 7269 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COOK GARY L | 5408 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 05/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DASHKOVITZ DENNIS | 10835 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| DASHKOVITZ DENNIS | 10836 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LYONS DAVID | 9396 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STREETER STEVEN D | 12251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **6** | **UNL** | | |

\* The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\* "UNL" denotes an unliquidated claim.