**EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12007<br>Date Filed: 07/28/2006<br>Docketed Total: $752,684.74<br>Filing Creditor Name:<br>ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name<br>ALCOA AUTOMOTIVE CASTINGS A MICHIGAN PARTNERSHIP ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Docketed Total: | | $484,338.38 | | Modified Total: | | $8,967.88 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$484,338.38<br>$484,338.38 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$8,967.88<br>$8,967.88 |
| | Claim Holder Name<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $268,346.36 | | Modified Total: | | $268,346.36 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$268,346.36<br>$268,346.36 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$268,346.36<br>$268,346.36 |

\*      "UNL" denotes an unliquidated claim.

\*\*     See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12006<br>Date Filed: 07/28/2006<br>Docketed Total: $713,498.23<br>Filing Creditor Name:<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Claim Holder Name<br>ALUMAX MILL PRODUCTS INC<br>ALCOA<br>8550 W BRYN MAWR AVE 10TH FL<br>CHICAGO, IL 60631 | Docketed Total: | | $384,260.21 | | Modified Total: | | $207,734.49 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$384,260.21<br>$384,260.21 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$207,734.49<br>$207,734.49 |
| | Claim Holder Name<br>SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $329,238.02 | | Modified Total: | | $177,672.73 |
| | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$329,238.02<br>$329,238.02 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$177,672.73<br>$177,672.73 |
| Claim: 11659<br>Date Filed: 07/27/2006<br>Docketed Total: $242,455.24<br>Filing Creditor Name:<br>FUJIKURA AMERICA INC<br>3150 CORONADO DR STE A<br>SANTA CLARA, CA 95054-3223 | Claim Holder Name<br>FUJIKURA AMERICA INC<br>3150 CORONADO DR STE A<br>SANTA CLARA, CA 95054-3223 | Docketed Total: | | $242,455.24 | | Modified Total: | | $216,269.82 |
| | Case Number**<br>05-44640 | Secured<br>$21,813.20<br>$21,813.20 | Priority<br>$15,482.29<br>$15,482.29 | Unsecured<br>$205,159.75<br>$205,159.75 | Case Number**<br>05-44640 | Secured | Priority | Unsecured<br>$216,269.82<br>$216,269.82 |

\*   "UNL" denotes an unliquidated claim.

\*\*  See Exhibit G for a listing of debtor entities by case number.

**EXHIBIT F-4 - ADJOURNED CLAIMS ALLOWED PURSUANT TO SETTLEMENT**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED* | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16441<br>Date Filed: 12/01/2006<br>Docketed Total: $188,413.44<br>Filing Creditor Name:<br>  MIDWEST TOOL & DIE CORP<br>  ROTHBERG LOGAN & WARSCO LLP<br>  327 LEY RD<br>  FORT WAYNE, IN 46825 | Claim Holder Name<br>  MIDWEST TOOL & DIE CORP     Docketed Total:     $188,413.44<br>  ROTHBERG LOGAN & WARSCO LLP<br>  327 LEY RD<br>  FORT WAYNE, IN 46825<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                         $188,413.44<br>                                                 $188,413.44 | Modified Total:   $41,282.67<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                         $41,282.67<br>                                                 $41,282.67 |

**Total Claims To Be Modified: 4**

**Total Amount As Docketed:**   $1,897,051.65

**Total Amount As Modified:**   $920,273.95

\*     "UNL" denotes an unliquidated claim.

\*\*    See Exhibit G for a listing of debtor entities by case number.