Exhibit A

| Division or Corp | Vendor Name | Contract Title | Type of Contract | Start Date | End Date |
|---|---|---|---|---|---|
| Delphi Powertrain Systems | Robert Bosch LLC f/k/a Robert Bosch Corporation | SMD2XX, Family of MAP Element Sensor Application (CA) | NDA | 10/01/08 | 10/01/11 |
| Delphi Corp | Robert Bosch LLC f/k/a Robert Bosch Corporation | Ignition related ASIC's (NDA) | NDA | 06/02/08 | 06/02/11 |
| Packard | Robert Bosch LLC f/k/a Robert Bosch Corporation | Mutual Non-Disclosure Agreement | | 02/02/09 | Open |
| E&S | Robert Bosch LLC f/k/a Robert Bosch Corporation | Bosch's iBolt sensors in Delphi products | NDA | 01/10/05 | 12/01/09 |
| Delphi DTS | Robert Bosch GmbH | | License | 12/01/08 | Open |
| Delphi Steering | Robert Bosch GmbH | Nissan Program NDA | NDA | 06/14/02 | 06/14/12 |
| DTI | Robert Bosch LLC f/k/a Robert Bosch Corporation | RobertBoschCorp. License | License | 01/02/07 | Open |
| DTI | Robert Bosch LLC f/k/a Robert Bosch Corporation | License w/ Bosch LLC | License | 02/26/07 | Open |