Exhibit B

| Division or Corp | Vendor Name | Contract Title | Type of Contract | Start Date | End Date |
|---|---|---|---|---|---|
| E&S | Robert Bosch LLC f/k/a Robert Bosch Corporation | Software Code to be used for evaluation and test purposes in connection with the I6L generator tool of DELPHI | NDA | 05/18/06 | 08/31/06 |