Exhibit C
Unidentified Contracts

| Division or Corp | Vendor Name | Contract Title | Type of Contract | Start Date | End Date |
|---|---|---|---|---|---|
| E&S | Bendix-Bosch | Electronic fuel injection (EFI) systems | License | 1/30/79 | To the extent not expired. |
| E&S | Bosch | E-CAN protocal | License | 3/20/87 | To the extent not expired. |
| E&S | Bosch | Bosch to supply ECU and components | License | 3/31/88 | To the extent not expired. |
| E&S | Bosch | DE buying airbag sensor systems | License | 7/27/83 | To the extent not expired. |