UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) ) | Case No. 05-44481 (RDD) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF ILLINOIS    )
                     )  ss
COUNTY OF COOK       )

Eric P. Schoonveld, being duly sworn, deposes and says:

1.  I am a principal of Hall Prangle & Schoonveld, LLC ("Hall Prangle") which firm maintains offices at 200 South Wacker Drive, Suite 3300, Chicago, Illinois 60606.

2.  Neither I, Hall Prangle, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.  Hall Prangle has represented and advised the Debtors in providing legal service with respect to defense of certain litigation matters of the Debtors' businesses.

4.  The Debtors have requested, and Hall Prangle has agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Hall Prangle proposes, to render the following services to the Debtors: legal services.

5.  Hall Prangle's current fees arrangement is: see attached fee sheet.

6.  Except as set forth herein, no promises have been received by Hall Prangle or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

1

7.   Hall Prangle has no agreement with any entity to share with such entity any compensation received by Hall Prangle.

8.   Hall Prangle and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Hall Prangle does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.   Neither I, Hall Prangle, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Hall Prangle is to be engaged.

10.   The foregoing constitutes the statement of Hall Prangle pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

ERIC P. SCHOONVELD

Subscribed and sworn before me
this 9th day of September, 2009.

Notary Public

"OFFICIAL SEAL"
STEPHANIE A. SNOW
Notary Public, State of Illinois
My Commission Expires 06/16/12

2

## CERTIFICATE OF SERVICE

Eric P. Schoonveld hereby certifies that on September 10, 2009, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Latham & Watkins
Attention: Mark Broude, Esq.
885 Third Avenue
New York, New York 10022

Skadden Arps Slate Meagher & Flom
Attention: John Butler, Esq.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, New York 10017

United States Trustee
Attention: Alicia Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, New York 10044

Davis Polk & Wardwell
Attention: Donald Bernstein Esq.
450 Lexington Avenue
New York, New York 10017

Delphi Corporation
Attention: John Sheehan, Esq.
Vice President & Chief Restructuring Officer
5725 Delphi Drive
Troy, Michigan 48098

GE Plastics, Americas
Attention: Valeria Venable
Credit Manager
9930 Kincey Avenue
Huntersville, North Carolina 28078

Dated: September 10, 2009

_____
ERIC P. SCHOONVELD

Subscribed and sworn before me
this 10th day of September, 2009.

_____
Notary Public

"OFFICIAL SEAL"
STEPHANIE A. SNOW
Notary Public, State of Illinois
My Commission Expires 06/16/12

3

# Hahn Loeser & Parks
## Fee Schedule Master List

Report ID:    ML1150 - 23114                                                                                       Printed By    MAW
Wednesday, September 09, 2009                                                                                      Page          1

| Code | Description | |
|---|---|---|
| DELP | Delphi Corporation | |
| Timekeeper Rates | Burke, Thomas J. | $295.00 |
| | Stevens, Jane A. | $195.00 |

*** End Of Report ***

# Hall, Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
Ph.: (312) 345-9600
Fax: (312) 345-9608
FEIN: 04-3674858

February 28, 2006

| | |
|---|---|
| Ms. Pam Newton | Invoice# 10958    TJB |
| Delphi Corporation | Our file# 0059    0002 |
| 5825 Delphi Drive | |
| Troy, MI 48098 | |

**Delphi Overpayment/SSA Global**

PROFESSIONAL SERVICES

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/2006 | TJB | Review file received; run conflicts check; open file; dictate letter to Pam Newton. | 1.20 hrs. | 295.00 /hr. | 354.00 |
| 02/09/2006 | TJB | E-mails from and to Pam Newton | 0.20 hrs. | 295.00 /hr. | 59.00 |
| 02/23/2006 | TJB | Review correspondence received; call Stevens. | 0.30 hrs. | 295.00 /hr. | 88.50 |

**Total Fees For Professional Services**                                            **$501.50**

Billing Summary
Total professional services                                                                $501.50
**Total of new charges for this invoice**                                            **$501.50**

# Timekeeper Summary

Timekeepers/Hours Worked
01/01/2006   -  02/28/2006
Case:  Delphi Overpayment/SSA Global

| Timekeeper | | Hours | Rate | Total |
|---|---|---|---|---|
| Burke, Thomas J. | | 1.70 | 295.00 | $501.50 |
| | **TOTALS:** | **1.70** | | **$501.50** |

# Hall, Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
Ph.: (312) 345-9600
Fax: (312) 345-9608
FEIN: 04-3674858

April 11, 2006

Ms. Pam Newton  Invoice# 11274   TJB
Delphi Corporation  Our file# 0059   0002
5825 Delphi Drive
Troy, MI 48098

**Delphi Overpayment/SSA Global**

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/2006 | JAS | Telephone call to client regarding status of case and plan for future handling. | 0.10 hrs. | 215.00 /hr. | 21.50 |
| 03/09/2006 | JAS | Research causes of action for fraud, breach of contract, conversion, negligent misrepresentation, and action for an accounting to determine most appropriate cause of action to file on behalf of client. | 0.90 hrs. | 215.00 /hr. | 193.50 |
| 03/22/2006 | EPS | Review factual pattern and develop theories of liability against defendant. | 0.30 hrs. | 185.00 /hr. | 55.50 |
| 03/22/2006 | JAS | Telephone call to client regarding strategy for handling case. | 0.10 hrs. | 215.00 /hr. | 21.50 |
| 03/22/2006 | JAS | Research "unjust enrichment" and "mistake of fact" as defenses; develop strategy for response to Defendant's refusal to refund double payment. | 1.70 hrs. | 215.00 /hr. | 365.50 |
| 03/22/2006 | TJB | Conference with Jane Stevens regarding complaint; e-mails from Jane Stevens. | 0.30 hrs. | 295.00 /hr. | 88.50 |
| 03/24/2006 | JAS | Telephone call with Pam Newton regarding initial plan of action. | 0.20 hrs. | 215.00 /hr. | 43.00 |
| 03/25/2006 | JAS | Draft correspondence to SSA Global requesting repayment of sum owed. | 0.50 hrs. | 215.00 /hr. | 107.50 |
| 03/27/2006 | JAS | Revise correspondence to SSA and draft correspondence to client enclosing draft of same for review and approval. | 0.10 hrs. | 215.00 /hr. | 21.50 |

**Total Fees For Professional Services**  $918.00

DISBURSEMENTS
03/31/2006   Online research                                                               38.29

| Date | Description | Amount |
|---|---|---|
| 03/31/2006 | Postage | 0.50 |

**Total Reimbursable Costs** **$38.79**

Billing Summary

| | |
|---|---|
| Total professional services | $918.00 |
| Total reimbursable costs | $38.79 |
| **Total of new charges for this invoice** | **$956.79** |

# Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001  - 03/31/2006
Case:   Delphi Overpayment/SSA Global

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Burke, Thomas J. | 0.30 | 295.00 | $88.50 |
| Stevens, Jane A. | 3.60 | 215.00 | $774.00 |
| Schoonveld, Eric | 0.30 | 185.00 | $55.50 |
| **TOTALS:** | **4.20** | | **$918.00** |

# Hall Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
Ph.: (312) 345-9600
Fax: (312) 345-9608
FEIN: 04-3674858

June 19, 2006

Ms. Pam Newton            Invoice# 12226    TJB
Delphi Corporation        Our file# 0059    0002
5825 Delphi Drive
Troy, MI 48098

**Delphi Overpayment/SSA Global**

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/2006 | JAS | Telephone call to client regarding status of overpayment claim. | 0.10 hrs. | 215.00 /hr. | 21.50 |
| 05/24/2006 | JAS | Telephone call to Defendant regarding overpayment; draft correspondence to defendant regarding same; draft Counts I and II of Complaint (unjust enrichment and fraud); research conversion; research fraud; research negligent misrepresentation; research availability of Punitive damages in fraud action. | 3.70 hrs. | 215.00 /hr. | 795.50 |
| 05/25/2006 | JAS | Review correspondence received from Defendant; draft correspondence regarding same to client; review correspondence from client regarding plan for future handling. | 0.20 hrs. | 215.00 /hr. | 43.00 |

**Total Fees For Professional Services**                    **$860.00**

DISBURSEMENTS
05/31/2006   Postage                                         0.39

**Total Reimbursable Costs**                                **$0.39**

Billing Summary

| | |
|---|---|
| Total professional services | $860.00 |
| Total reimbursable costs | $0.39 |
| **Total of new charges for this invoice** | **$860.39** |

## Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001  - 05/31/2006
Case:  Delphi Overpayment/SSA Global

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stevens, Jane A. | 4.00 | 215.00 | $860.00 |
| **TOTALS:** | **4.00** | | **$860.00** |

# Hall Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
Ph.: (312) 345-9600
Fax: (312) 345-9608
FEIN: 04-3674858

July 18, 2006

Ms. Pam Newton    Invoice# 12788    TJB
Delphi Corporation    Our file# 0059    0002
5825 Delphi Drive
Troy, MI 48098

**Delphi Overpayment/SSA Global**

PROFESSIONAL SERVICES

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/2006 | JAS | Review correspondence from counsel for defendant; draft correspondence to client regarding same; draft correspondence to defendant in reply; review documents requested by defendant; prepare documents to provide to defendant. | 1.40 hrs. | 195.00 /hr. | 273.00 |
| 06/07/2006 | JAS | Review correspondence from Defendant regarding investigation; draft correspondence to client regarding contracts; draft correspondence to Defendant attaching cashed checks and bank statements. | 0.40 hrs. | 195.00 /hr. | 78.00 |
| 06/14/2006 | JAS | Review correspondence from defendant regarding contracts; draft correspondence to client regarding same. | 0.10 hrs. | 195.00 /hr. | 19.50 |
| 06/22/2006 | JAS | Review and analysis of documents received from defendant and correspondence explaining same; review correspondence received from client with respect to same; analysis of time line as proposed by defendant; draft correspondence to client; draft correspondence to defendant requesting additional information pertaining to check numbers corresponding to contracts. | 1.30 hrs. | 195.00 /hr. | 253.50 |
| 06/26/2006 | JAS | Review correspondence received from client; draft reply correspondence; review correspondence received from Defendant regarding "Addendum to Contract." | 0.30 hrs. | 195.00 /hr. | 58.50 |

0059        0002

|  |  |  |
|---|---|---|
| | **Total Fees For Professional Services** | **$682.50** |

<u>DISBURSEMENTS</u>

| | | |
|---|---|---|
| 06/20/2006 | Online research. | 37.82 |
| 06/30/2006 | Credit for rate change from $215/hr to $195/hr for Jane Stevens' time on invoice 11274 and 12226. | (152.00) |
| | **Total Reimbursable Costs** | **($114.18)** |

<u>Billing Summary</u>

| | |
|---|---|
| Total professional services | $682.50 |
| Total reimbursable costs | ($114.18) |
| **Total of new charges for this invoice** | **$568.32** |

# Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001   - 06/30/2006
Case:  Delphi Overpayment/SSA Global

| <u>Timekeeper</u> | | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|---|
| Stevens, Jane A. | | 3.50 | 195.00 | $682.50 |
| | **TOTALS:** | **3.50** | | **$682.50** |

# Hall Prangle & Schoonveld, L.L.C.

200 South Wacker Drive, Suite 3300
Chicago, IL 60606
Ph.: (312) 345-9600
Fax: (312) 345-9608
FEIN: 04-3674858

August 14, 2006

Ms. Pam Newton                                      Invoice#  13087      TJB
Delphi Corporation                                  Our file#  0059      0002
5825 Delphi Drive
Troy, MI 48098

**Delphi Overpayment/SSA Global**

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/2006 | JAS | Review correspondence from Defendant's counsel regarding contracts and payment on contract addendums. | 0.10 hrs. | 195.00 /hr. | 19.50 |
| 07/11/2006 | JAS | Telephone call with client regarding investigation into overpayment; review and analysis of lengthy correspondence from defendant regarding their investigation into overpayment. | 0.40 hrs. | 195.00 /hr. | 78.00 |
| 07/13/2006 | JAS | Draft correspondence to defendant regarding resolution of case. | 0.30 hrs. | 195.00 /hr. | 58.50 |

**Total Fees For Professional Services**                              **$156.00**

DISBURSEMENTS

07/31/2006    Copying                                                  12.15

**Total Reimbursable Costs**                                          **$12.15**

Billing Summary

| | |
|---|---|
| Total professional services | $156.00 |
| Total reimbursable costs | $12.15 |
| **Total of new charges for this invoice** | **$168.15** |

## Timekeeper Summary

Timekeepers/Hours Worked
01/01/2001   -  07/31/2006
Case:   Delphi Overpayment/SSA Global

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Stevens, Jane A. | 0.80 | 195.00 | $156.00 |
| **TOTALS:** | **0.80** | | **$156.00** |