SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Albert L. Hogan III
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
    In re                                    :         Chapter 11
                                                   :
DELPHI CORPORATION, et al.,        :         Case No. 05-44481 (RDD)
                                                   :
                      Debtors.      :         (Jointly Administered)
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN
RECORD ON APPEAL IN APPEAL BY PLYMOUTH RUBBER COMPANY, LLC

In accordance with rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit their designation of additional items to be included in the record on appeal in Plymouth Rubber Company, LLC's appeal from this Court's Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 (I) Denying Plymouth Rubber Company, LLC's Motion For Leave To File Late Claim And (II) Disallowing And Expunging Proof Of Claim Number 19506, dated August 28, 2009 (Docket No. 18849) (the "Order").

1.    On September 8, 2009, Plymouth Rubber Company, LLC ("Plymouth Rubber") filed a Notice Of Appeal (Docket No. 18885) from the Order.  On September 18, 2009, Plymouth Rubber filed Plymouth Rubber Company, LLC's Statement Of Issues And Designation Of Record On Appeal (Docket No. 18908).  Two of the items designated by Plymouth Rubber do not appear as docket entries in these cases – Plymouth Rubber's proof of claim number 19506 (item 9) and the transcript of the hearing held on August 20, 2009 (item 17).  Copies of those two items are attached to this filing as <u>Exhibit A</u> and <u>Exhibit B</u>, respectively.[1]

2.    In accordance with Bankruptcy Rule 8006, the Debtors designate the following additional items to be included in the record on appeal:

---

[1]    With exceptions not relevant here, "a party filing a designation of items to be included in a record on appeal shall cause to be filed on the CM/ECF system, unless previously filed, a copy of each item designated and attached to the designation."  Bankr. S.D.N.Y. R. 8007-1(a).

2

| Designation No. | Date | Docket No. | Description |
|---|---|---|---|
| D-1 | 7/28/2006 | n/a | Proof of claim number 12359 filed by Plymouth Rubber Company, Inc. |
| D-2 | 9/1/2006 | n/a | Certificate of Conversion from a Corporation to a Limited Liability Company of Plymouth Rubber Company, Inc. (a Massachusetts Corporation) Converting into Plymouth Rubber Company, LLC (a Delaware Limited Liability Company), filed with the State of Delaware Secretary of State |
| D-3 | 1/2/2008 | n/a | Purchase Order No. P6850008 issued by Delphi Automotive Systems LLC to Plymouth Rubber Co. Inc., 500 Turnpike St., Canton MA 02021-2723 |
| D-4 | 6/16/2009 | 17030 | First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) |
| D-5 | 6/16/2009 | 17031 | Supplement to First Amended Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) |
| D-6 | 6/20/2009 | 17267 | Notice of Bar Date for Filing Proofs of Administrative Expense (attached to Docket No. 17267 as Exhibit J) |
| D-7 | 6/23/2009 | 17267 | Affidavit of Service of Evan Gershbein for Solicitation Materials Served On or Before June 20, 2009 |
| D-8 | 7/18/2009 | n/a | Declaration Of Keith D. Stipp In Support Of Modifications To Debtors' First Amended Joint Plan Of Reorganization (Redacted) |
| D-9 | 7/29/2009 | n/a | Transcript of Plan Modification Hearing on July 29, 2009 |
| D-10 | 7/30/2009 | n/a | Transcript of Plan Modification Hearing on July 30, 2009 |

Copies of undocketed items D-1, D-2, D-3, D-8, D-9, and D-10 designated by the Debtors are attached to this filing as Exhibit C through Exhibit H, respectively.

Dated: New York, New York
September 28, 2009

        SKADDEN, ARPS, SLATE, MEAGHER &
         FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    Albert L. Hogan III
    John K. Lyons
    Ron E. Meisler
    155 North Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession