**Exhibit C**

# 12359

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |

**RECEIVED**
**AUG 05 2006**
**KURTZMAN CARSON**

Claim #12359
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Plymouth Rubber Company, Inc.**

Name and address where notices should be sent:
Burns & Levinson Llp
125 Summer St
Boston MA 021101624
**Atten: Victor Bass, Esq.**

Telephone number: 617-345-3000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces    ☐ amends   a previously filed claim, dated:____
if this claim

**1. Basis for Claim**
- ☒ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred:**
From and after 9/20/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _____ 631,500.50 _____ _____ 631,500.50
  (unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other **goods (see summary pages attached)**
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ **631,500.50**
Specify the priority of the claim **Sections 546(c)(2) & 503(b)**
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 7/27/05 | /s/ Victor Bass, Attorney for Plymouth Rubber Company, Inc. |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191337027960

# BURNS & LEVINSON LLP

VICTOR BASS
617-345-3290
vbass@burnslev.com

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000   F 617.345.3299
WWW.BURNSLEV.COM

October 21, 2005

*Via: Fax and Email and Certified Mail.*

Jonathan T. Fetter
Global Commodity Manager
Global Supply Management
Packard Electric Division of Delphi Corporation
M/S: 50H
408 Dana Street
P.O. Box 431
Warren, Ohio 44486
and by email to: jonathan.t.fetter@delphi.com
and by fax to: 330-373-7396

J. Darrell Blackburn
Director
Global Purchasing Chemical
Delphi Corporation World Headquarters & Customer Center
M/C 483-400-101
5725 Delphi Drive
Troy MI 48098-2815
And by email to: darrell.blackburn@delphiauto.com
and by fax to: 248-813-2074

RE: **Plymouth Rubber Company, Inc. Reclamation Demand to Delphi Corporation, et al**

Dear Mr. Fetter and Mr. Blackburn:

      On behalf of our client Plymouth Rubber Company, Inc. ("PRC"), of 104 Revere Street, Canton, Massachusetts 02021, Debtor in Possession in Ch. 11 Case No. 05-16088-JNF (D. Mass.), we hereby demand reclamation pursuant to Uniform Commercial Code §2-702 (Massachusetts G.L. c.106A§2-702), and to 11 U.S.C. § 546(c), of all goods received from PRC by Delphi Corporation and any of its affiliated Debtor entities (together, "Delphi"), at whatever location, on and after October 1, 2005 and up to and including the date and time of the filing of Delphi's Chapter 11 cases, including without limiting the generality of the foregoing, all goods covered by PRC's attached statement of A/R Aged Trial Balance By Invoice Date as of 10/21/05, in the total amount of $631,500.50, the backup documentation referred to in which is available upon request.

# BURNS & LEVINSON LLP

Jonathan T. Fetter, Global Commodity Manager
  Packard Electric Division of Delphi Corporation
J. Darrell Blackburn, Director
  Delphi Corporation
October 21, 2005
Page #2

    Please contact Kim Monagle at PRC at 781-828 x1244, to arrange for the return of these goods. If it is your intention to retain the goods and provide PRC with Court ordered priority and security or payment in connection with your Chapter 11 proceeding, please contact Ms. Monagle to reconcile accounts or have your bankruptcy counsel contact me to arrange for this to be done promptly.

    Thank you for your anticipated prompt attention to the foregoing.

                              Very truly yours,

                              Victor Bass

VB/cp (Enclosure)
cc: PRC Distribution List:
      Ms. Kim Monagle
      Mike Nicholson
      Joe Berns
      Maurice Hamilburg
      Sam Williams

J:\Docs\23472\00003\00965177.DOC

10/21/05 FRI 15:22 [TX/RX NO 9060]

A/R Aged Trial Balance by Invoice Date    As of 10/21/05
Detail Level is Invoice Sort By Customer Code For Range of Customers

| Pack. Slip# | Invoice Number | Invoice Date | Tran Type | Terms Code | Other | Future | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C31039 | A66363 | 09/20/05 | C | P |  | 0.00 | 0.00 | 2,439.58 | 0.00 | 0.00 | 0.00 |
| C31054 | A66508 | 09/21/05 | C | P |  | 0.00 | 76.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0746674 | A66515 | 09/21/05 | C | P |  | 0.00 | 1,579.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0745593 | A66517 | 09/21/05 | C | P | 61-ST | 0.00 | 99.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0746814 | A66586 | 09/22/05 | C | P |  | 0.00 | 141.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06443 | A66599 | 09/22/05 | C | P | 61-ST | 0.00 | 505.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06410 | A66700 | 09/23/05 | C | P |  | 0.00 | 68.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06448 | A66715 | 09/23/05 | C | P | 4 STO | 0.00 | 212.11 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0746906 | A66722 | 09/23/05 | C | P | 82-ST | 0.00 | 237.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31081 | A66798 | 09/26/05 | C | P |  | 0.00 | 111.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31100 | A66804 | 09/26/05 | C | P |  | 0.00 | 6,693.31 | 0.00 | 0.00 | 0.00 | 0.00 |

@002

10/21/05 FRI 15:22 [TX/RX NO 9060]

| Pack. Slip# | Invoice Number | Invoice Date | Tran Type | Terms Code | Other | Future | Current | 30 Days | 60 Days | 90 Days | 120 Days+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C31103 | (Cont) | | | | | | | | | | |
| C31103 | A66808 | 09/26/05 | C | P | | 0.00 | 9,574.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075001 | A66822 | 09/26/05 | C | P | | 0.00 | 237.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31131 | A66898 | 09/27/05 | C | P | 82-ST | 0.00 | 18,411.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31126 | A66906 | 09/27/05 | C | P | | 0.00 | 2,254.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31123 | A66910 | 09/27/05 | C | P | | 0.00 | 13,768.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31135 | A66911 | 09/27/05 | C | P | | 0.00 | 2,462.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06466 | A66912 | 09/27/05 | C | P | 96 ST | 0.00 | 6,512.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06467 | A66913 | 09/27/05 | C | P | 92-ST | 0.00 | 1,198.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06468 | A66914 | 09/27/05 | C | P | 91 ST | 0.00 | 4,944.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06449 | A66915 | 09/27/05 | C | P | 7-STO | 0.00 | 2,896.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06473 | A66918 | 09/27/05 | C | P | 63-ST | 0.00 | 1,433.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06474 | A66919 | 09/27/05 | C | P | 62-ST | 0.00 | 4,366.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06475 | A66920 | 09/27/05 | C | P | 61-ST | 0.00 | 3,308.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06470 | A66921 | 09/27/05 | C | P | 6 STO | 0.00 | 1,350.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075202 | A66922 | 09/27/05 | C | P | | 0.00 | 242.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075085 | A66923 | 09/27/05 | C | P | 63-ST | 0.00 | 274.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075080 | A66924 | 09/27/05 | C | P | 6 STO | 0.00 | 1,132.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075073 | A66925 | 09/27/05 | C | P | 6 STO | 0.00 | 792.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075176 | A66926 | 09/27/05 | C | P | | 0.00 | 1,157.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075175 | A66928 | 09/27/05 | C | P | 82-ST | 0.00 | 307.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075086 | A66930 | 09/27/05 | C | P | | 0.00 | 141.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31139 | A67019 | 09/28/05 | C | P | | 0.00 | 13,951.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31141 | A67021 | 09/28/05 | C | P | | 0.00 | 6,930.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31142 | A67022 | 09/28/05 | C | P | | 0.00 | 957.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31143 | A67023 | 09/28/05 | C | P | | 0.00 | 559.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31145 | A67025 | 09/28/05 | C | P | | 0.00 | 4,110.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31147 | A67027 | 09/28/05 | C | P | | 0.00 | 4,454.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31148 | A67028 | 09/28/05 | C | P | | 0.00 | 8,325.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31149 | A67029 | 09/28/05 | C | P | | 0.00 | 379.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31150 | A67030 | 09/28/05 | C | P | | 0.00 | 586.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06477 | A67031 | 09/28/05 | C | P | 92-ST | 0.00 | 412.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06478 | A67032 | 09/28/05 | C | P | 91 ST | 0.00 | 1,483.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06479 | A67033 | 09/28/05 | C | P | 7-STO | 0.00 | 2,290.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06480 | A67034 | 09/28/05 | C | P | 6 STO | 0.00 | 379.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06481 | A67035 | 09/28/05 | C | P | 84-ST | 0.00 | 483.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06482 | A67036 | 09/28/05 | C | P | 82-ST | 0.00 | 2,797.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06483 | A67037 | 09/28/05 | C | P | 81 ST | 0.00 | 647.82 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06484 | A67038 | 09/28/05 | C | P | 63-ST | 0.00 | 869.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06485 | A67039 | 09/28/05 | C | P | 62-ST | 0.00 | 841.49 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06486 | A67040 | 09/28/05 | C | P | 61-ST | 0.00 | 9,597.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06476 | A67041 | 09/28/05 | C | P | 96 ST | 0.00 | 129.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075282 | A67042 | 09/28/05 | C | P | 82-ST | 0.00 | 237.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075293 | A67043 | 09/28/05 | C | P | | 0.00 | 880.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075266 | A67044 | 09/28/05 | C | P | | 0.00 | 132.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075287 | A67045 | 09/28/05 | C | P | | 0.00 | 147.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075330 | A67046 | 09/28/05 | C | P | | 0.00 | 549.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075329 | A67047 | 09/28/05 | C | P | | 0.00 | 549.07 | 0.00 | 0.00 | 0.00 | 0.00 |

@003

10/21/05 FRI 15:22 [TX/RX NO 9060]

Detail Level to Invoice Sorted by Customer Code For Range of Customers

| Pack. Slip# | Invoice Number | Invoice Date | Tran Type Code | Terms Code | Other | Future | Current | 30 Days | 60 Days | 90 Days | 120 Days+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (Cont) | | | | | | | | | | |
| C31155 | A67142 | 09/29/05 | C | P | | 0.00 | 11,220.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31154 | A67143 | 09/29/05 | C | P | | 0.00 | 3,882.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31153 | A67144 | 09/29/05 | C | P | | 0.00 | 4,011.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31152 | A67145 | 09/29/05 | C | P | | 0.00 | 1,402.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31151 | A67146 | 09/29/05 | C | P | | 0.00 | 7,788.53 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31161 | A67147 | 09/29/05 | C | P | | 0.00 | 7,339.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31160 | A67148 | 09/29/05 | C | P | | 0.00 | 379.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31159 | A67149 | 09/29/05 | C | P | | 0.00 | 581.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31158 | A67150 | 09/29/05 | C | P | | 0.00 | 2,218.59 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31157 | A67151 | 09/29/05 | C | P | | 0.00 | 3,345.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31156 | A67152 | 09/29/05 | C | P | | 0.00 | 4,154.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06497 | A67153 | 09/29/05 | C | P | 61-ST | 0.00 | 3,315.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06496 | A67154 | 09/29/05 | C | P | 62-ST | 0.00 | 92.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06495 | A67155 | 09/29/05 | C | P | 63-ST | 0.00 | 189.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06494 | A67156 | 09/29/05 | C | P | 81 ST | 0.00 | 527.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06493 | A67157 | 09/29/05 | C | P | 82-ST | 0.00 | 3,462.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06492 | A67158 | 09/29/05 | C | P | 84-ST | 0.00 | 303.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06471 | A67159 | 09/29/05 | C | P | 6 STO | 0.00 | 628.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06470 | A67160 | 09/29/05 | C | P | 7-STO | 0.00 | 267.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06489 | A67161 | 09/29/05 | C | P | 91 ST | 0.00 | 537.57 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06488 | A67162 | 09/29/05 | C | P | 92-ST | 0.00 | 3,698.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06487 | A67163 | 09/29/05 | C | P | 96 ST | 0.00 | 212.11 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31162 | A67164 | 09/29/05 | C | P | | 0.00 | 1,827.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075424 | A67165 | 09/29/05 | C | P | 82-ST | 0.00 | 237.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31178 | A67245 | 09/30/05 | C | P | | 0.00 | 8,205.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06509 | A67246 | 09/30/05 | C | P | 61-ST | 0.00 | 207.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06505 | A67247 | 09/30/05 | C | P | 82-ST | 0.00 | 272.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06504 | A67248 | 09/30/05 | C | P | 84-ST | 0.00 | 220.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06502 | A67249 | 09/30/05 | C | P | 7-STO | 0.00 | 867.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06500 | A67250 | 09/30/05 | C | P | 92-ST | 0.00 | 413.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06499 | A67251 | 09/30/05 | C | P | 96 ST | 0.00 | 75.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06501 | A67252 | 09/30/05 | C | P | 91 ST | 0.00 | 151.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06503 | A67253 | 09/30/05 | C | P | 6 STO | 0.00 | 9,752.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06506 | A67254 | 09/30/05 | C | P | 81 ST | 0.00 | 3,734.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06507 | A67255 | 09/30/05 | C | P | 63-ST | 0.00 | 128.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06508 | A67256 | 09/30/05 | C | P | 62-ST | 0.00 | 3,499.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31173 | A67257 | 09/30/05 | C | P | | 0.00 | 7,119.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31174 | A67258 | 09/30/05 | C | P | | 0.00 | 2,030.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31175 | A67259 | 09/30/05 | C | P | | 0.00 | 7,539.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31176 | A67260 | 09/30/05 | C | P | | 0.00 | 1,331.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31177 | A67261 | 09/30/05 | C | P | | 0.00 | 957.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31182 | A67262 | 09/30/05 | C | P | | 0.00 | 2,961.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31179 | A67263 | 09/30/05 | C | P | | 0.00 | 10,656.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31181 | A67264 | 09/30/05 | C | P | | 0.00 | 3,869.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31180 | A67265 | 09/30/05 | C | P | | 0.00 | 8,946.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075423 | A67266 | 09/30/05 | C | P | | 0.00 | 1,324.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075430 | A67267 | 09/30/05 | C | P | | 0.00 | 481.54 | 0.00 | 0.00 | 0.00 | 0.00 |

@004

| Pack. Slip | Invoice Number | Invoice Date | Tran Type | Terms Code | Other | Future | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 034163 | (Cont) | | | | | | | | | | |
| 075544 | A67268 | 09/30/05 | C | P | | 0.00 | 183.02 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075545 | A67269 | 09/30/05 | C | P | | 0.00 | 1,098.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06510 | A67349 | 09/30/05 | C | P | 63-ST | 0.00 | 587.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06520 | A67361 | 10/03/05 | C | P | | 0.00 | 502.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06519 | A67362 | 10/03/05 | C | P | 62-ST | 0.00 | 7,062.23 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06518 | A67363 | 10/03/05 | C | P | 63-ST | 0.00 | 9,859.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06517 | A67364 | 10/03/05 | C | P | 81 ST | 0.00 | 4,505.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06516 | A67365 | 10/03/05 | C | P | 82-ST | 0.00 | 7,083.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06515 | A67366 | 10/03/05 | C | P | 84-ST | 0.00 | 4,614.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06514 | A67367 | 10/03/05 | C | P | 6 STO | 0.00 | 934.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06513 | A67368 | 10/03/05 | C | P | 7-STO | 0.00 | 599.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06512 | A67369 | 10/03/05 | C | P | 91 ST | 0.00 | 1,270.26 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06511 | A67370 | 10/03/05 | C | P | 92-ST | 0.00 | 706.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075610 | A67371 | 10/03/05 | C | P | 96 ST | 0.00 | 722.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31184 | A67372 | 10/03/05 | C | P | | 0.00 | 6,944.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31191 | A67373 | 10/03/05 | C | P | | 0.00 | 141.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31188 | A67375 | 10/03/05 | C | P | | 0.00 | 8,309.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31185 | A67376 | 10/03/05 | C | P | | 0.00 | 8,181.77 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31183 | A67377 | 10/03/05 | C | P | | 0.00 | 8,014.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31193 | A67378 | 10/03/05 | C | P | | 0.00 | 308.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31192 | A67379 | 10/03/05 | C | P | | 0.00 | 4,185.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31190 | A67380 | 10/03/05 | C | P | | 0.00 | 335.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31187 | A67381 | 10/03/05 | C | P | | 0.00 | 3,399.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31186 | A67382 | 10/03/05 | C | P | 96 ST | 0.00 | 4,416.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06522 | A67383 | 10/03/05 | C | P | 61-ST | 0.00 | 950.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06521 | A67384 | 10/03/05 | C | P | 63-ST | 0.00 | 817.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075732 | A67441 | 10/04/05 | C | P | | 0.00 | 108.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075730 | A67442 | 10/04/05 | C | P | | 0.00 | 789.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075731 | A67443 | 10/04/05 | C | P | 82-ST | 0.00 | 948.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075729 | A67444 | 10/04/05 | C | P | | 0.00 | 880.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075764 | A67445 | 10/04/05 | C | P | | 0.00 | 205.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075740 | A67446 | 10/04/05 | C | P | | 0.00 | 671.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 072728 | A67447 | 10/04/05 | C | P | | 0.00 | 2,166.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06523 | A67448 | 10/04/05 | C | P | 96 ST | 0.00 | 929.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06533 | A67449 | 10/04/05 | C | P | 61-ST | 0.00 | 631.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06532 | A67450 | 10/04/05 | C | P | 62-ST | 0.00 | 871.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06531 | A67451 | 10/04/05 | C | P | 81 ST | 0.00 | 9,610.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06529 | A67452 | 10/04/05 | C | P | 82-ST | 0.00 | 2,652.37 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06528 | A67453 | 10/04/05 | C | P | 84-ST | 0.00 | 6,424.94 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06526 | A67454 | 10/04/05 | C | P | 7-STO | 0.00 | 1,525.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06525 | A67455 | 10/04/05 | C | P | 91 ST | 0.00 | 775.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| L60527 | A67457 | 10/04/05 | C | P | 6 STO | 0.00 | 4,438.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06531 | A67458 | 10/04/05 | C | P | 63-ST | 0.00 | 1,075.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31215 | A67459 | 10/04/05 | C | P | | 0.00 | 5,205.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31218 | A67460 | 10/04/05 | C | P | | 0.00 | 7,452.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31217 | A67462 | 10/04/05 | C | P | | 0.00 | 4,392.88 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31214 | A67464 | 10/04/05 | C | P | | 0.00 | 5,323.26 | 0.00 | 0.00 | 0.00 | 0.00 |

Aged Trial Balance as of 10/21/05
Detail Level as Invoice Sort By Customer Code For Range of Customers

| Pack. Slip# | Invoice Number | Invoice Date | Tran Type | Terms Code | Other | Future | Current | 30 Days | 60 Days | 90 Days | 120 Days+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C34163 | (Cont) | | | | | | | | | | |
| C31216 | A67465 | 10/04/05 | C | P | | 0.00 | 3,200.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31223 | A67466 | 10/04/05 | C | P | | 0.00 | 117.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31222 | A67467 | 10/04/05 | C | P | | 0.00 | 3,950.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31221 | A67468 | 10/04/05 | C | P | | 0.00 | 16,515.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31220 | A67469 | 10/04/05 | C | P | | 0.00 | 1,290.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31232 | A67556 | 10/05/05 | C | P | | 0.00 | 10,810.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31230 | A67557 | 10/05/05 | C | P | | 0.00 | 6,136.61 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31229 | A67558 | 10/05/05 | C | P | | 0.00 | 20,784.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31227 | A67560 | 10/05/05 | C | P | | 0.00 | 76.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31226 | A67561 | 10/05/05 | C | P | | 0.00 | 738.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31235 | A67563 | 10/05/05 | C | P | | 0.00 | 3,874.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31234 | A67564 | 10/05/05 | C | P | | 0.00 | 3,522.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31233 | A67565 | 10/05/05 | C | P | | 0.00 | 7,753.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075967 | A67566 | 10/05/05 | C | P | | 0.00 | 154.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075966 | A67567 | 10/05/05 | C | P | | 0.00 | 774.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075968 | A67568 | 10/05/05 | C | P | 82-ST | 0.00 | 619.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075569 | A67569 | 10/05/05 | C | P | 81 ST | 0.00 | 237.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075807 | A67570 | 10/05/05 | C | P | | 0.00 | 70.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075806 | A67571 | 10/05/05 | C | P | | 0.00 | 789.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06536 | A67665 | 10/06/05 | C | P | 91 ST | 0.00 | 374.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06541 | A67666 | 10/06/05 | C | P | 81 ST | 0.00 | 966.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06543 | A67667 | 10/06/05 | C | P | 62-ST | 0.00 | 509.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06540 | A67669 | 10/06/05 | C | P | 82-ST | 0.00 | 3,773.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075539 | A67672 | 10/06/05 | C | P | 84-ST | 0.00 | 68.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075974 | A67674 | 10/06/05 | C | P | | 0.00 | 894.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075975 | A67675 | 10/06/05 | C | P | | 0.00 | 63.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| 075965 | A67676 | 10/06/05 | C | P | | 0.00 | 562.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06558 | A67677 | 10/06/05 | C | P | 91 ST | 0.00 | 3,107.76 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06559 | A67678 | 10/06/05 | C | P | 62-ST | 0.00 | 546.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06548 | A67680 | 10/06/05 | C | P | 92-ST | 0.00 | 1,811.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06553 | A67682 | 10/06/05 | C | P | 82-ST | 0.00 | 598.86 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06554 | A67683 | 10/06/05 | C | P | 81 ST | 0.00 | 2,116.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06555 | A67684 | 10/06/05 | C | P | 63-ST | 0.00 | 3,840.91 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31256 | A67686 | 10/06/05 | C | P | | 0.00 | 316.49 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31246 | A67688 | 10/06/05 | C | P | | 0.00 | 3,382.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31250 | A67690 | 10/06/05 | C | P | | 0.00 | 14,604.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31248 | A67692 | 10/06/05 | C | P | | 0.00 | 4,642.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31251 | A67693 | 10/06/05 | C | P | | 0.00 | 614.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31254 | A67695 | 10/06/05 | C | P | | 0.00 | 1,180.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31255 | A67696 | 10/06/05 | C | P | 6 STO | 0.00 | 1,277.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06546 | A67698 | 10/06/05 | C | P | 61-ST | 0.00 | 1,372.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06544 | A67779 | 10/07/05 | C | P | 6 STO | 0.00 | 126.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31256 | A67780 | 10/07/05 | C | P | | 0.00 | 5,876.54 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31260 | A67781 | 10/07/05 | C | P | 7-STO | 0.00 | 7,977.57 | 0.00 | 0.00 | 0.00 | 0.00 |
| L06556 | A67782 | 10/07/05 | C | P | 62-ST | 0.00 | 8,201.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31253 | A67783 | 10/07/05 | C | P | | 0.00 | 5,568.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31225 | A67784 | 10/07/05 | C | P | | 0.00 | 6,589.33 | 0.00 | 0.00 | 0.00 | 0.00 |

10/21/05 FRI 15:22 [TX/RX NO 9060]

A/R Aged Trial Balance by Invoice Date    As of 10/21/05
Detail Level is Invoice Sort By Customer Code For Range of Customers

| Pack. Slip# | Invoice Number | Invoice Date | Tran Type | Terms Code | Other | Future | Current | 30 Days | 60 Days | 90 Days | 120 Days+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 074163 | (Cont) | | | | | | | | | | |
| C31245 | A67785 | 10/07/05 | C | P | 91 ST | 0.00 | 1,859.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 106549 | A67786 | 10/07/05 | C | P | 82-ST | 0.00 | 6,315.44 | 0.00 | 0.00 | 0.00 | 0.00 |
| 076078 | A67787 | 10/07/05 | C | P | 82-ST | 0.00 | 317.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| 076079 | A67788 | 10/07/05 | C | P | 81 ST | 0.00 | 160.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| 076088 | A67789 | 10/07/05 | C | P | 6 STO | 0.00 | 128.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| 076087 | A67790 | 10/07/05 | C | P | 81 ST | 0.00 | 80.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| 076089 | A67791 | 10/07/05 | C | P | 92-ST | 0.00 | 74.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 076090 | A67792 | 10/07/05 | C | P | 82-ST | 0.00 | 80.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31241 | A67795 | 10/07/05 | C | P | | 0.00 | 3,919.71 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31258 | A67798 | 10/07/05 | C | P | | 0.00 | 8,236.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31263 | A67799 | 10/07/05 | C | P | | 0.00 | 10,286.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31269 | A67800 | 10/07/05 | C | P | | 0.00 | 203.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31268 | A67801 | 10/07/05 | C | P | | 0.00 | 3,024.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| C31267 | A67805 | 10/07/05 | C | P | | 0.00 | 3,589.12 | 0.00 | 0.00 | 0.00 | 0.00 |