**Exhibit D**

# CERTIFICATE OF CONVERSION

# FROM A CORPORATION TO A LIMITED LIABILITY COMPANY

## OF

## PLYMOUTH RUBBER COMPANY, INC.

(a Massachusetts Corporation)

## CONVERTING INTO

## PLYMOUTH RUBBER COMPANY, LLC

(a Delaware Limited Liability Company)

In accordance with Section 18-214 of the Delaware Limited Liability Act, this Certificate of Conversion from a Corporation to a Limited Liability Company of Plymouth Rubber Company, Inc., a Massachusetts corporation, certifies as follows:

1. The name of the existing corporation immediately prior to filing this Certificate is Plymouth Rubber Company, Inc. (the "Corporation").

2. The Corporation was incorporated on January 10, 1922 in the Commonwealth of Massachusetts.

3. The jurisdiction of the Corporation immediately prior to filing this Certificate is Massachusetts.

4. The name of the limited liability company as set forth in its Certificate of Formation is Plymouth Rubber Company, LLC.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Conversion from a Corporation to a Limited Liability Company this 1st day of September, 2006.

Name: Maurice J. Hamilburg
Authorized Signatory

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:43 AM 09/01/2006*
*FILED 09:43 AM 09/01/2006*
*SRV 060815329 - 4213823 FILE*

DM3\387003.1

# CERTIFICATE OF FORMATION

## OF

## PLYMOUTH RUBBER COMPANY, LLC

---ooo0ooo---

This Certificate of Formation of PLYMOUTH RUBBER COMPANY, LLC is being executed and filed this date to form a limited liability company under the Delaware Limited Liability Company Act (6 Del. C. §18-101, et seq.).

1. The name of the limited liability company is:

   PLYMOUTH RUBBER COMPANY, LLC

2. The name and address of the registered agent and registered office in the State of Delaware is:

   Harvard Business Services, Inc.
   16192 Coastal Highway
   Lewes, County of Sussex, Delaware 19958

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of this 1st day of September, 2006.

_____
Maurice J. Hamilburg, Authorized Person

L:\Steven\Chrysalis\Plymouth Rubber\Plymouth Rubber Company.DE Cert of LLC.1050.008.wpd

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 09:43 AM 09/01/2006*
*FILED 09:43 AM 09/01/2006*
*SRV 060815329 - 4213823 FILE*

*State of Delaware
Secretary of State
Division of Corporations
Delivered 12:46 PM 01/09/2008
FILED 12:46 PM 01/09/2008
SRV 080026858 - 4224517 FILE*

# CERTIFICATE OF RESIGNATION

OF

REGISTERED AGENT

Pursuant to Section 18-104(d) of the Delaware Limited Liability Company Act, Harvard Business Services, Inc. does hereby resign as registered agent for:

(153Companies – See attached List)

Written notice of the resignation was given to the limited liability companies at least 30 days prior to the filing of the certificate by mail to the last known address for the limited liability companies. The letter was mailed on November 18, 2007.

I, Richard H. Bell, II, Chairman of the Board of Harvard Business Services, Inc. do hereby sign this document to resign as registered agent of the above limited liability companies on this date of January 9, 2008.

*Richard H. Bell*

Richard H. Bell, II
Chairman of the Board
Harvard Business Services, Inc.

```
01/09/08                        HARVARD BUSINESS SERVICES, INC.                      PAGE: 3
                                AGENT RESIGNATIONS - EXHIBIT A

FILE
NUMBER              CORPORATION NAME

4024264    NORTH WOODWARD PROPERTY IMPROVEMENTS, LLC
4219445    NU FINANCIAL STRATEGIES LLC
3787794    NUCLEUS DIRECT, LLC
4233269    OCEAN BLUE TECHNOLOGY, LLC
4040222    OMNI STOCK LLC
4218613    ORAL CANCER PREVENTION INTERNATIONAL, LLC
4223703    PALM ISLANDS REALTY LLC
4026096    PANAMA CAPITAL GROUP LLC
4226917    PANOPTIC TECHNOLOGIES LLC
3851988    PAYANYTHINGONLINE.COM, LLC
4222438    PERFECT SUN LLC
4214635    PFA, LLC
4024327    PHILADELPHIA CAPITAL, LLC
4265308    PHL APT RENTALS LLC
4221079    PHPCOW LLC
4216909    PLUS PRIME FINANCIAL LLC
4213823    PLYMOUTH RUBBER COMPANY, LLC
4226920    POLARIS SAILING, LLC
3702671    PRIORITY DEVELOPMENT SOLUTIONS LLC
3856140    PRO PLAYERS MANAGEMENT LLC
3707972    PROMEDIA LLC
3702927    QUALITY COMMUNICATIONS FIRE & SECURITY, LLC
4034476    REAL ESTATE UNLIMITED LLC
4036912    SHEBA HOLDINGS, LLC
3967032    SILVERMAN INTERNATIONAL LLC
4039219    SKY POSSE LLC
4214731    SOVLOE SERVICES LLC
4217925    SPOILED ROTTEN LLC
4257957    STEED FARMS LLC
4219714    STENSRUD LIGHT ENTERPRISES LLC
3702024    STERLING MORTGAGE, LLC
4226360    STILL GREEN AND GROWING, LLC
4221116    SUPER VIXEN LLC
4030633    SURREY ASSOCIATES LLC
3701968    T & M METAL PRODUCTS LLC
4030110    TCHONG BROTHERS, LLC
4037437    TERRACONCEPTS WORLDWIDE LLC
3570073    THE GEIST LLC
4221160    THE LAST TOWN CHORUS, LLC
3852215    THE MING GROUP LLC
3851024    TOKYO CONSULTING GROUP LLC
3712046    TRADEMARKS INTERNATIONAL, LLC
3708814    TRINITY CONSULTING GROUP LLC
4225581    TURKACO, LLC
4216939    UCC, LLC
4219749    UNION J HEALTH CARE SERVICES, LLC
4224055    US FURNITURE TRADE LLC
```

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 08:05 AM 05/01/2008*
*FILED 08:05 AM 05/01/2008*
*SRV 080490902 - 4213823 FILE*

# STATE OF DELAWARE
# CERTIFICATE OF REVIVAL OF
# A DELAWARE LIMITED LIABILITY COMPANY
# PURSUANT TO TITLE 6, SEC. 18-1109

1. Name of Limited Liability Company  PLYMOUTH RUBBER COMPANY, LLC  .

2. Date of original filing with Delaware Secretary of State
   09/01/2006

3. The name and address of the registered agent is  REGISTERED OFFICE SERVICE COMPANY
   203 NE FRONT STREET, SUITE 101, MILFORD, County of KENT, DE 19963

4. (Insert any other matters the members determine to include herein).

5. This Certificate of Revival is being filed by one or more persons authorized to Execute and file the Certificate of Revival.

In witness whereof, the above named limited liability company does hereby certify that the limited liability company is paying all annual taxes, penalties and interest due to the State of Delaware.

By: _____
Authorized Person
Name: Martina M. Martin
Print or Type