# Exhibit E

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | N/A | NET 5 DAYS |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | PER PROCUREMENT INSTRUCTIONS | 85 |

CONTRACT REQUIREMENTS STATEMENT:
**************************************************************

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND DELPHI CUSTOMER SPECIFIC REQUIREMENTS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379798-T, MS 902, OH T-98000623, TX 3-0061-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18

FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | N/A | NET 5 DAYS |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | PER PROCUREMENT INSTRUCTIONS | 85 |

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:
**************************************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACTURER'S AFFIDAVITS SHOULD BE SENT TO:
DELPHI CORPORATION
M/C 480-410-226 5825 DELPHI DRIVE
TROY, MI 48098
ATTN: LAURA JAKOB

FAX: 248-813-1411

SHIPPING INSTRUCTIONS / SHIP VIA:
**************************************************************
SUPPLIERS ARE REQUIRED TO SHIP VIA DELPHI PACKARD CERTIFIED CARRIERS AS DIRECTED BY PROCUREMENT. ALL ROUTING INSTRUCTIONS CAN BE VIEWED ON THE COVISINT SUPPLIER PORTAL WEB SITE UNDER SUPPLIER BULLETIN #10029 OR BY CALLING THE DELPHI PACKARD LOGISTICS DEPARTMENT AT 915-612-4908.
**************************************************************

THIS REQUIREMENTS CONTRACT IS FOR 100% UNLESS OTHERWISE SPECIFIED.
**************************************************************

REVISION TO CHANGE PRICES TO
M2147022 AND UPDATED PART DESC
SB/AR/OR

| REVISIONS TO PART | | PRICE/UOM |
|---|---|---|
| M2147022 | CHANGE % A 100 | 0.7975/RLS |

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379795-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0409 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VAL185

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-E01 / 001009950-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 117 CNT FT 176.0000 US
REVISE PRICE FROM 0.5170/RLS
TO 0.7975/RLS.

REVISIONS TO PART PRICE/UOM
M2147X01 CHARGE % A 100 0.4767/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 160 CTN FT 98.4000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE PVC WITH NATURAL RUBBER ADHESIVE--
3/4" X 98.4' PINK CORE PLYMOUTH RUBBER
3755 STANDARD PACK ROUNDING
VAUE 15,744 FT PER CASE
PR-3755
**************************************

REVISIONS TO PART PRICE/UOM
M2147001 CHARGE % A 100 1.2917/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 72 CTN FT 176.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE PVC WITH NATURAL RUBBER ADHESIVE--
1.25"X176' THINNER VERSION S-85
PLYMOUTH 3754

REVISIONS TO PART PRICE/UOM
M2147021 CHARGE % A 100 0.7363/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 117 BOX FT 176.0000 US

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/FOM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH 7-9800623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER

TROY ZERBE

PAGE 3 OF 20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44493

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS BS

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE PVC WITH NATURAL RUBBER ADHESIVE--
3/4" X 176' THINNER VERSION 5-89
PLYMOUTH 3757

REVISIONS TO PART PRICE/UOM
M2306001 CHARGE % A 100 1.9307/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 54 | CTN | FT | 130.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
M2306 TAPE PVC WITH NATURAL RUBBER
ADHESIVE-1.25" X 130' FT ROLL,NOTCHED,
BLACK - PLYMOUTH RUBBER 3773

REVISIONS TO PART PRICE/UOM
M2306002 CHARGE % A 100 1.9307/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 54 | CTN | FT | 130.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
M2306002 TAPE PVC WITH NATURAL RUBBER
ADHESIVE-1.25" X 130' FT ROLL, NOTCHED,
GRAY-PLYMOUTH RUBBER 3774
STANDARD PACK ROUNDING VADE
7,020 FT PER ROLL.

REVISIONS TO PART PRICE/UOM
M2306101 CHARGE % A 100 1.1819/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 108 | CTN | FT | 108.0000 | US |

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/FOM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-378796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER

TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

FEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER FEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

LINE ITEM DESCRIPTION REVISION FOLLOWS:
VINYL ABRASION TAPE--
.63" X .0085" - BLACK - 108 FT/ROLL

REVISIONS TO PART PRICE/UOM
M2306201 CHARGE % A 100 1.3978/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 90 CNT FT 108.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE--
M2306201

REVISIONS TO PART PRICE/UOM
M2306204 CHARGE % A 100 1.3978/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 90 CTN FT 108.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE HARNESS BLK 19MM, ORANGE--
T (ORANGE)

REVISIONS TO PART PRICE/UOM
M2324001 CHARGE % A 100 0.7650/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 72 CTN FT 108.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE-VINYL-NON-PRESSURE SENSITIVE-BLK
BLACK-1 1/4" X .005" X 108 FT/ROLL

REVISIONS TO PART PRICE/UOM
M3576001 CHARGE % A 100 1.0508/RLS

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/FOM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8270-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE915 612-4802 BUYER

TROY ZERBE

PAGE 5 OF20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP0008-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P0I / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-05
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 96 CTN FT 100.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
1 1/4" X 100' EASY REL. CORE
BLACK--

REVISIONS TO PART PRICE/UOM
M3576002 CHARGE # A 100 1.4052/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 96 CTN FT 100.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
1 1/4" X 100' EASY REL. CORE
GRAY--

REVISIONS TO PART PRICE/UOM
M3576101 CHARGE # A 100 0.6852/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 110 CNT FT 100.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
19MM BLACK VINYL TAPE PRES SENSITIVE--

REVISIONS TO PART PRICE/UOM
M40370X1 CHARGE # A 100 0.3444/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 400 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 10MM BLACK NOTCHED--

REVISIONS TO PART PRICE/UOM
M40370X2 CHARGE # A 100 0.3444/RLS

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FOP0006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-07-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 400 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 10MM GRAY NOTCHED--

REVISIONS TO PART PRICE/UOM
M40370X3 CHARGE % A 100 0.3444/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 400 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 10MM WHITE NOTCHED--

REVISIONS TO PART PRICE/UOM
M4037001 CHARGE % A 100 0.3070/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 400 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 10MM BLACK--

REVISIONS TO PART PRICE/UOM
M4037101 CHARGE % A 100 0.3781/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM BLACK-- L

REVISIONS TO PART PRICE/UOM
M4037102 CHARGE % A 100 0.4256/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379798-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER

TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALLES

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | N/A | NET 5 DAYS |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | PER PROCUREMENT INSTRUCTIONS | 05 |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM GRAY--

REVISIONS TO PART
- M4037103 CHARGE % A 100 PRICE/UOM 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM WHITE-- L

REVISIONS TO PART
M4037105 CHARGE % A 100 PRICE/UOM 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM YELLOW--

REVISIONS TO PART
M4037106 CHARGE % A 100 PRICE/UOM 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM BLUE--

REVISIONS TO PART
M4037107 CHARGE % A 100 PRICE/UOM 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM DK. GREEN--

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/FCM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-370796-T, MS 902, OH T-98000623, TX 3-0001-3279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE915 682-4802 BUYER
TROY ZERBE

PAGE 8 OF20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

DELPHI

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. MQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

REVISIONS TO PART PRICE/UOM
M4037108 CHARGE % A 100 0.4256/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM LT. GREEN--

REVISIONS TO PART PRICE/UOM
M4037109 CHARGE % A 100 0.4256/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM BROWN--

REVISIONS TO PART PRICE/UOM
M4037110 CHARGE % A 100 0.4256/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM SKY BLUE--

REVISIONS TO PART PRICE/UOM
M4037111 CHARGE % A 100 0.4256/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM PINK--

REVISIONS TO PART PRICE/UOM
M4037112 CHARGE % A 100 0.4256/RLS

DELIVER-TO STA DEPT GEN-LED ACCT DEPT/POM W.O. PROJ DEBIT JOB-NUMBER CODE
EL PASO 80100 80100 A

7-98000623

NO SALES OR USE TAX, EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

PAGE 9 OF 20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



PDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM ORANGE--

REVISIONS TO PART CHARGE % A 100 PRICE/UOM
M4037113 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM RED--

REVISIONS TO PART CHARGE % A 100 PRICE/UOM
M4037114 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM BEIGE--

REVISIONS TO PART CHARGE % A 100 PRICE/UOM
M4037115 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM VIOLET--

REVISIONS TO PART CHARGE % A 100 PRICE/UOM
M4037116 0.4256/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 66.0000 | US |

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-179796-T, MS 902, OH T-98000623, TX 3-0901-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE



FDP0008-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 19MM DK. ORANGE--

REVISIONS TO PART PRICE/UOM
M4037206 CHARGE % A 100 0.6115/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 160 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 25MM BLUE--

REVISIONS TO PART PRICE/UOM
M4037305 CHARGE % A 100 0.4268/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 272 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 15MM YELLOW--

REVISIONS TO PART PRICE/UOM
M4037306 CHARGE % A 100 0.4268/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 272 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 15MM BLUE--

REVISIONS TO PART PRICE/UOM
M4037401 CHARGE % A 100 0.6964/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM BLACK--

DELIVER-TO STA DEPT GEN-LED ACCT DEPT/POM W.O. PROJ DEBIT JOB-NUMBER CODE
EL PASO 80100 80100 A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

PAGE 11 OF 20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF, INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

REVISIONS TO PART
M4037402 CHARGE % A 100 PRICE/UOM 0.6864/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM GRAY--

REVISIONS TO PART
M4037403 CHARGE % A 100 PRICE/UOM 0.7413/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM WHITE--

REVISIONS TO PART
M4037405 CHARGE % A 100 PRICE/UOM 0.7413/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM YELLOW--

REVISIONS TO PART
M4037406 CHARGE % A 100 PRICE/UOM 0.6864/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM BLUE--

REVISIONS TO PART
M4037407 CHARGE % A 100 PRICE/UOM 0.6864/RLS

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379786-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE915 612-4802 BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

DELPHI

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-05
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 65

LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM DK. GREEN--

REVISIONS TO PART PRICE/UOM
M4037408 CHARGE % A 100 0.6864/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM LT. GREEN--

REVISIONS TO PART PRICE/UOM
M4037410 CHARGE % A 100 0.7413/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM SKY BLUE--

REVISIONS TO PART PRICE/UOM
M4037411 CHARGE % A 100 0.6864/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM PINK--

REVISIONS TO PART PRICE/UOM
M4037412 CHARGE % A 100 0.7413/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 128 CTN FT 66.0000 US

DELIVER-TO STA DEPT GEN-LED ACCT DEPT/POM W.O. PROJ DEBIT JOB-NUMBER CODE
EL PASO 80100 80100 A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8278-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE; UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

PAGE 13 OF 20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18

FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-08-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD — EXPIRATION 12-31-08 — REVISION DATE 01-30-08
FREIGHT TERM: FOB-OUR PLANT FREIGHT COLLECT — SHIPPING POINT: N/A — PAYMENT TERM: NET 5 DAYS
TITLE TRANSFER: TITLE TRANSFER OUR PLANT — SHIPPING INSTRUCTION: PER PROCUREMENT INSTRUCTIONS — BUYER: 85

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM ORANGE--

REVISIONS TO PART M4037413 — CHARGE % A 100 — PRICE/UOM 0.7413/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 128 | CTN | FT | 65.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM RED--

REVISIONS TO PART M4037415 — CHARGE % A 100 — PRICE/UOM 0.7413/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 128 | CTN | FT | 65.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 325MM VIOLET--

REVISIONS TO PART M4037416 — CHARGE % A 100 — PRICE/UOM 0.7413/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 128 | CTN | FT | 65.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - VINYL 20M X 32MM DK. ORANGE--

REVISIONS TO PART M4042001 — CHARGE % A 100 — PRICE/UOM 0.7351/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 65.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - 20M X 19MM GRAY--

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379795-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9008-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD — EXPIRATION 12-31-08 — REVISION DATE 01-30-08
FREIGHT TERM — SHIPPING POINT — PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT — N/A — NET 5 DAYS

TITLE TRANSFER — SHIPPING INSTRUCTION — BUYER
TITLE TRANSFER OUR PLANT — PER PROCUREMENT INSTRUCTIONS — 85

REVISIONS TO PART
H4042002 — CHARGE % A 100 — PRICE/UOM 0.7351/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 208 | CTN | FT | 65.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - 20M X 19MM BLACK--

REVISIONS TO PART
H4042102 — CHARGE % A 100 — PRICE/UOM 0.9148/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 45 | CTN | FT | 65.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE - 20M X 24.5MM BLACK--

REVISIONS TO PART
H40423X2 — CHARGE % A 100 — PRICE/UOM 1.3740/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 128 | CTN | FT | 66.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE: PVC, HEAT RESTISTANT CUA NA METRIC
3470-88--

REVISIONS TO PART
H4043001 — CHARGE % A 100 — PRICE/UOM 13.0790/RLS

| LEAD-DAYS | STD-PACK | CONTR | ALT-UOM | CONV-FACTOR | COO |
|---|---|---|---|---|---|
| 20 | 8 | CTN | FT | 132.0000 | US |

LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 70 MM BLACK--

REVISIONS TO PART — PRICE/UOM

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 — BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18

FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | N/A | NET 5 DAYS |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | PER PROCUREMENT INSTRUCTIONS | 85 |

M4043002 CHARGE $ A 100 20.5846/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 4 CTN FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 150 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043003 CHARGE $ A 100 15.8496/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 8 CTN FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 100 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043004 CHARGE $ A 100 18.6202/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 6 CTN FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVS SHEET 40M X 130 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043005 CHARGE $ A 100 17.7091/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 6 CTN FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 120 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043006 CHARGE $ A 100 25.0598/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/PCM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-319706-7, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18

FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

20 4 CTN FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 200 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043007 CHARGE % A 100 14.4518/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 8 BOX FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 90 MM BLACK--
E

REVISIONS TO PART PRICE/UOM
M4043006 CHARGE % A 100 11.3318/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
30 16 CTN FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
SHEET, PVC WITH PSA STRIP--
CUA NA METRIC 50MM X 40M

REVISIONS TO PART PRICE/UOM
M4043101 CHARGE % A 100 11.7686/RLS,
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 8 CTN FT 132.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 70 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043102 CHARGE % A 100 18.5040/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO

| DELIVER-TO | STA DEPT | GEN-LED | ACCT DEPT/POM | W.O. | PROJ DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|
| EL PASO | | 80100 | 80100 | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379798-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 315 612-4802 BUYER
TROY ZERBE

PAGE 17 OF 20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9005-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

20 4 CTN FT 131.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 150 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043103 CHARGE % A 100 14.2746/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 8 CTN FT 130.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 100 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043104 CHARGE % A 100 16.7669/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 4 CTN FT 131.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
PVC SHEET 40M X 130 MM BLACK--

REVISIONS TO PART PRICE/UOM
M4043202 CHARGE % A 100 55.8355/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
70 4 CTN FT 131.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
SHEET--PVC WITH PSA STRIP 150MM
X 40M

REVISIONS TO PART PRICE/UOM
M4109001 CHARGE % A 100 0.4842/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US

| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379786-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

PAGE 18 OF 20

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18



FDP9006-0400 PURCHASE ORDER CHANGE - EFFECTIVE 01-02-08
VALL85

DELPHI

PEDP6850008 019

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN OH 44483

VENDOR CODE

DUNS: 001009950-P01 / 001009950-C01

TO: PLYMOUTH RUBBER CO INC
500 TURNPIKE ST
CANTON MA 020212723 US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER PEDP6850008 019
ORDER DATE 08-30-06
REF. INQ. NO.

PRICES IN USD EXPIRATION 12-31-08 REVISION DATE 01-30-08
FREIGHT TERM SHIPPING POINT PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT N/A NET 5 DAYS

TITLE TRANSFER SHIPPING INSTRUCTION BUYER
TITLE TRANSFER OUR PLANT PER PROCUREMENT INSTRUCTIONS 85

LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE-VINYL, BLACK, 19MM X 20M/ROLL--

REVISIONS TO PART PRICE/UOM
M4109003 CHARGE % A 100 0.9996/RLS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 208 CTN FT 66.0000 US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
TAPE-VINYL, BLACK--32MM X 20M/ROLL

REVISIONS TO PART PRICE/UOM
M4117008 CHARGE % A 100 0.0890/PCS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 2700 BOX US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
MASTIC: MERCEDES BENZ--

REVISIONS TO PART PRICE/UOM
15324143 CHARGE % A 100 0.4420/PCS
LEAD-DAYS STD-PACK CONTR ALT-UOM CONV-FACTOR COO
20 600 CTN US
LINE ITEM DESCRIPTION REVISION FOLLOWS:
SB-243L/BUTYLPAD--

| DELIVER-TO | STA DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
|---|---|---|---|---|---|---|---|---|---|
| EL PASO | | 80100 | 80100 | | | | | | A |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-6279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431 Warren, Ohio 44486

OSCAR A RUIZ FARIAS
PHONE 915 612-4802 BUYER
TROY ZERBE

Received for Filing Oakland County Clerk 2008 DEC 22 PM 04:18




Effective March 2004

DELPHI CORPORATION

GENERAL TERMS AND CONDITIONS