IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
|  | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
|  | : | |
| Debtors. | : | (Jointly Administered) |
|  | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

<u>AFFIDAVIT OF SERVICE</u>

    I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On September 30, 2009, I caused to be served the documents listed below upon the party listed on <u>Exhibit A</u> hereto via electronic notification:

1) Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr.R. 1007-2(e) ("Case Management Order") (Docket No. 245)

2) Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(M), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Supplemental Case Management Order") (Docket No. 2883)

3) Second Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Second Supplemental Case Management Order") (Docket No. 2995)

4) Third Supplemental Order Under 11 U.S.C. 102(1) AND 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Third Supplemental Case Management Order") (Docket No. 3293)

5) Fourth Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Fourth Supplemental Case Management Order") (Docket No. 3589)

6) Fifth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Fifth Supplemental Case Management Order") (Docket No. 3629)

7) Sixth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Sixth Supplemental Case Management Order") (Docket No. 3730)

8) Seventh Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P.2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Seventh Supplemental Case Management Order") (Docket No. 3824)

9) Eighth Supplemental Order Under 11 U.S.C. § 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Eighth Supplemental Case Management Order") (Docket No. 5401)

10) Amended Eighth Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Eighth Supplemental Case Management Order") (Docket No. 5418)

11) Ninth Supplemental Order Under 11 U.S.C. §§ 102(l) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Ninth Supplemental Case Management Order") (Docket No. 10661)

12) Tenth Supplemental Order Under 11 U.S.C §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Tenth Supplemental Case Management Order") (Docket No. 12487)

13) Eleventh Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Eleventh Supplemental Case Management Order") (Docket No. 13920)

14) Twelfth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Twelfth Supplemental Case Management Order") (Docket No. 13965)

15) Thirteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Thirteenth Supplemental Case Management Order") (Docket No. 14534)

16) Fourteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Fourteenth Supplemental Case Management Order") (Docket No. 16589)

17) Fifteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Fifteenth Supplemental Case Management Order") (Docket No. 18839)


Dated: October 1, 2009

*/s/ Darlene Calderon*
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of October, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Gary Christensen*

Commission Expires: *11/12/09*

# EXHIBIT A

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | New York | NY | 10165-0150 | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/1/2009 5:01 PM
Email (1)