September 10, 2009

Honorable Robert D. Drain, United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 610
New York, New York 10004



**Attn: Deliver directly to the Chambers of Honorable Robert D. Drain**

**RE:   Delphi Corporation, et al., Case No. 05-44481 (RDD)**

CC:

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr., John K. Lyons, & Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

Dear Honorable Judge Drain,

In response to a "Notice of Objection to Claim" dated 8/21/2009 received from the United States Bankruptcy Court – Southern District of New York, I provide the following:

I <u>disagree</u> with Delphi Corporation's objection to my Claim #9980 and Claim # 8781 and their request to be relieved of any liability for same at the Thirty-Fifth Omnibus Claim Objection Hearing on September 24, 2009.

I am seeking equitable and fair treatment of my claims against Delphi in the process of this Bankruptcy Proceeding.

The reasons for my disagreement with Delphi's request are based on the same reasons as those used to support my original claim filed 6/26/2006, and the additional information learned during the Delphi Bankruptcy Process.

My belief is that Delphi as an independent enterprise was doomed from the start. I believe that the foundation that Delphi was built on was established by use of a <u>knowingly</u> flawed business enterprise valuation method and a very flawed business model that <u>did not</u> support the description of the Delphi Corporation's value and business opportunities presented by the officers of Delphi on the day Delphi was established in May 1999.

This flawed foundation, coupled with business practices heavily influenced by General Motors and Delphi's senior leadership's inability to act as truly independent managers in Delphi's best interests, ensured that Delphi would not be the viable business enterprise described on Day #1. In fact, these were the main reasons that Delphi slid toward insolvency and eventually Bankruptcy Protection in October 2005.

The above reasons have resulted in personal harm to myself in many ways. In addition to my original claim submitted 6/26/2006, I will provide additional information for the larger impact items below.

1. **SALARIED OPEB:** Before Delphi was established, I had worked 35 years for General Motors and had met the 85 Point (age + years of service) Requirement to qualify for a General Motors Salaried Pension. When Delphi was established and I was arbitrarily placed in the Delphi System, General Motors stated that they had transferred the assets necessary to ensure my Pension Benefits in retirement to Delphi for their <u>management</u> and <u>payment</u> upon my subsequent retirement.

   My salaried OPEB was cancelled on 4/1/09 with a current cost to me of approximately $2000/month to replace same.

   My General Motors Contemporaries who were not arbitrarily transferred to Delphi continue to receive Salaried OPEB in retirement.

2. **DEFERRED PAYMENT STOCK GRANTS, STOCK AWARDS AND STOCK OPTIONS:** When Delphi was established in May 1999, my General Motors Stock Grants, Stock Awards and Stock Options were arbitrarily converted to Delphi Stock Grants, Awards and Options based on a Delphi Stock Price tied to the same flawed business enterprise valuation method mentioned earlier. This was <u>Deferred Compensation</u> I earned as a GM employee and became worthless after conversion to Delphi Stock Grants, Awards and Options (See data in original Claim Documentation).

3. **SALARIED RETIREMENT PLAN:** Before Delphi was established, I had worked 35 years for General Motors and had met the 85 Point (age + years of service) Requirement to qualify for a General Motors Salaried Pension. When Delphi was established and I was arbitrarily placed in the Delphi System, General Motors stated that they had transferred the assets necessary to ensure my Pension Benefits to Delphi for their <u>management</u> and <u>payment</u> upon my subsequent retirement. Delphi did NOT fund the Salary Pension fund as required during Bankruptcy and my pension defaulted to the PBCG 7/ 22/2009. The impact is not yet known but will be substantial.

4. **SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN – SERP:** As an employee of General Motors for 35 years, I earned Deferred Income as an Executive which is paid out as SERP in retirement. When Delphi was established and I was arbitrarily placed in the Delphi System, General Motors stated that they had transferred the assets necessary to ensure the payment of my Supplemental Executive Retirement to Delphi for their <u>management</u> and <u>payment</u> upon my subsequent retirement.

2

My SERP payment was cancelled 4/1/09. The net present value (NPV) of this Delphi Liability for my lifetime as established by Delphi at $538,906 on January 14, 2008

It is for the above reasons that I respectfully ask for the Court's consideration in opposing Delphi Corporation's request to be released from any liability in my claim.

Thank you for your thoughtful consideration of the matter.

Sincerely,

*Patrick J. Straney*

Patrick J. Straney
Delphi Executive Salaried Retiree
13916 N. Steprock Canyon Pl.
Oro Valley, AZ 85755

Home Phone #: 520-297-2118
Cell Phone #:   520-271-3444

Email Address: ParisPats2@aol.com

3

# UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Straney Patrick J

Name and address where notices should be sent:

Straney Patrick J
13916 Steprock Canyon Pl
Tucson AZ 85737

Telephone number: 520-297-2118

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

The Debtor has listed your claim as Contingent and Unliquidated on Schedule F as a General Unsecured claim in an Unknown amount. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

Master Code: 10003113

Claim #09980
USBC SDNY
Delphi Corporation, et al.
05-44481

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends if this claim _____ a previously filed claim, dated: _____

### 1. Basis for Claim
- ☐ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☒ Other __SEE ATTACHMENTS #1,2,3 & 4__

- ☒ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
     (date)       (date)

Received JUL 31 2006 Kurtzman Carson

### 2. Date debt was incurred:

### 3. If court judgment, date obtained:

### 4. Total Amount of Claim at Time Case Filed: $ _____ _____ _____ _____
(unsecured) (secured) (priority) (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

### 6. Unsecured Nonpriority Claim $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

### 7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

### 8. Credits:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 9. Supporting Documents:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 10. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 6/26/2006 | Patrick J Straney    PATRICK J. STRANEY |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060202134733001767

6-26-06

## ATTACHMENT LISTING

**ATTACHMENT #1** — RETIREMENT BENEFITS CLAIM — DOCUMENTATION OF SALARIED RETIREMENT PROGRAM AND SUPPLEMENTAL EXECUTIVE RETIREMENT PROGRAM BENEFITS PROVIDED TO PATRICK J. STRANEY BY DELPHI SINCE 1/1/2003.

ATTACHMENTS # 2, 3 & 4 DEAL WITH STOCK OPTION GRANTS AND STOCK OWNERSHIP. I FEEL THAT A CLAIM MAY EXIST HERE BASED ON THE POSSIBILITY THAT CONTINUED INVESTIGATIONS FIND THAT THE ORIGINAL ANALYSIS & BUSINESS EVALUATION OF DELPHI'S VALUE AT THE POINT OF SEPARATION FROM GENERAL MOTORS CORP. WAS FLAWED.

**ATTACHMENT #2** — AUTOMATIC CONVERSION OF GM STOCK OPTIONS TO DELPHI STOCK OPTIONS

**ATTACHMENT #3** — STOCK OPTION GRANT SUMMARIES

**ATTACHMENT #4** — DELPHI COMMON STOCK OWNERSHIP

PATRICK J. STRANEY

*(signature: Patrick J. Straney)*

PERSONAL & CONFIDENTIAL

rev 11/98

SUMMARY

*ATTACHMENT #1*
*(SERP) SUPPLEMENTAL EXECUTIVE RETIREMENT PROGRAM*

*MASTER CODE: 10003113*

Executive Name: PATRICK J STRANEY     Social Security No: 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

Birth Date: 01-20-1946     Retirement Date: 01-01-2003

## Retirement Benefit Estimate Summary

| Delphi Benefits Payable To Executive | Ages 53-54 | Ages 55-59 | Ages 60-61 | Ages 62+ |
|---|---|---|---|---|
| Salaried Retirement Program (SRP) | | $5,005.88 | $5,005.88 | $5,555.21 |
| Supplemental Executive Retirement Program (SERP) | | $4,306.30 | $4,306.30 | $3,756.97 |
| **Total Delphi Retirement Benefits** | | $9,312.18 | $9,312.18 | $9,312.18 |

| Delphi Benefits Payable to Surviving Spouse | | | | |
|---|---|---|---|---|
| Salaried Retirement Program (SRP) | | $3,610.88 | $3,610.88 | $3,610.88 |
| Supplemental Executive Retirement Program (SERP) | | $2,442.03 | $2,442.03 | $2,442.03 |
| **Total Surviving Spouse Benefits** | | $6,052.90 | $6,052.90 | $6,052.90 |

**Note:** Social Security benefits generally are payable as early as age 62 and are in addition to the benefits above


*Personal & Confidential*

**DELPHI**
Automotive Systems

*[Handwritten: ATTACHMENT #2 → AUTOMATIC CONVERSION OF GM STOCK OPTIONS TO DELPHI STOCK OPTIONS 5/28/1999]*

*[Handwritten: → GM STOCKHOLDERS OF RECORD 5/25/1999 RECEIVE DELPHI STOCK AS DIVIDEND DISTRIBUTION]*

April 13, 1999

To:   Delphi holders of exercisable stock options

**Background**

As you are aware, the General Motors Board of Directors voted yesterday to approve the full separation of Delphi from GM effective May 28, 1999. This is great news for our team.

*[Handwritten: NOTE * → 5037 SHARES OF GM STOCK OPTIONS WERE CONVERTED EFFECTIVE 5/28/1999]*

You may also be aware that, if you do not exercise any of your outstanding GM stock options, they will automatically convert to Delphi stock options on May 28, 1999. Due to the process of converting GM $1-2/3 options to Delphi options (described below), the last day you will be able to exercise GM options will be Thursday, May 20, 1999.

Whether or not you choose to convert the options or exercise the GM options is, of course, a personal decision. Keep in mind that the economic value of your option position will not change if GM options convert to Delphi. You will, however, based on the example below, receive about five times as many more Delphi options than your GM options, so you must evaluate the potential upside and risks of the decision you make.

**Delphi Separation from GM – Important Dates**

| | | |
|---|---|---|
| | May 25, 1999 | Stockholder date of record. Anyone holding GM stock as of this date will be included in the May 28, 1999 "dividend distribution" of Delphi stock. |
| | May 28, 1999 | All GM stockholders of record will receive a dividend distribution in the form of Delphi common stock. Therefore all GM stockholders will become stockholders of Delphi. For every share of GM an individual owns, they will be granted approximately .7 shares of Delphi. (The number of Delphi shares GM distributes, divided by the number of GM shares outstanding on May 25, 1999, will determine the exact distribution ratio.) |

## Summary of Incentive Compensation
## Stock Options

MASTER CASE: 1003113 (handwritten)

ATTACHMENT #3 (handwritten)
STOCK OPTIONS (handwritten)

**PATRICK J STRANEY**
| | |
|---|---|
| 55980 | DELPHI A-INTL |
| D300 | DELPHI CHAS |
| D3911 | DELPHI C-INTL EUROPE |
| 379449749 | EI 09/01/1996 |

| Grant Date | SO Type | SAR | Inst No | Shares Granted | Shares To Be Exercised | Class | Option Price | Exercisable From | Exercisable Through |
|---|---|---|---|---|---|---|---|---|---|
| 02-03-1997 | ISO | | 3 | 571 | 619 | COM | 53.76 | 02-03-2000 | 02-02-2007 |
| | NONQ | | 3 | 662 | 718 | COM | 53.76 | 02-03-2000 | 02-04-2007 |
| 01-12-1998 | ISO | | 1 | 595 | 595 | COM | 56.00 | 01-12-1999 | 01-11-2008 |
| | ISO | | 2 | 595 | 595 | COM | 56.00 | 01-12-2000 | 01-11-2008 |
| | ISO | | 3 | 595 | 595 | COM | 56.00 | 01-12-2001 | 01-11-2008 |
| | NONQ | | 1 | 639 | 639 | COM | 56.00 | 01-12-1999 | 01-13-2008 |
| | NONQ | | 2 | 638 | 638 | COM | 56.00 | 01-12-2000 | 01-13-2008 |
| | NONQ | | 3 | 638 | 638 | COM | 56.00 | 01-12-2001 | 01-13-2008 |
| 02-05-1999 | ISO | | 1 | 1,342 | 1,342 | D | 18.66 | 02-05-2000 | 02-04-2009 |
| | ISO | | 2 | 1,339 | 1,339 | D | 18.66 | 02-05-2001 | 02-04-2009 |
| | ISO | | 3 | 1,339 | 1,339 | D | 18.66 | 02-05-2002 | 02-04-2009 |
| | ISO | | 4 | 1,339 | 1,339 | D | 18.66 | 02-05-2003 | 02-04-2009 |
| | NONQ | | 1 | 1,924 | 1,924 | D | 18.66 | 02-05-2000 | 02-06-2009 |
| | NONQ | | 2 | 1,924 | 1,924 | D | 18.66 | 02-05-2001 | 02-06-2009 |
| | NONQ | | 3 | 1,924 | 1,924 | D | 18.66 | 02-05-2002 | 02-06-2009 |
| | NONQ | | 4 | 1,924 | 1,924 | D | 18.66 | 02-05-2003 | 02-06-2009 |

Class grouping (handwritten): rows with COM at 53.76 and 56.00 = GM SHARES; rows with D = DELPHI SHARES

**Total Shares to be Exercised**

| | | |
|---|---|---|
| GM → | 5,037 | COM |
| | 0 | COM* |
| | 0 | H |
| DELPHI → | 13,055 | DPH |

PERSONAL & CONFIDENTIAL (handwritten, bottom left)

**PRE DELPHI SEPARATION**

## Summary of Incentive Compensation
## Stock Options

**PATRICK J STRANEY**

| 55980 | DELPHI A-INTL |
| D300 | DELPHI CHAS |
| D3911 | DELPHI C-INTL EUROPE |
| 379449749 | EI    09/01/1996 |

| Grant Date | SO Type | SAR | Inst No | Shares Granted | Shares To Be Exercised | Class | Option Price | Exercisable From | Exercisable Through |
|---|---|---|---|---|---|---|---|---|---|
| 02-03-1997 | ISO |  | 3 | 571 | 2,578 | D | 12.91 | 02-03-2000 | 02-02-2007 |
|  | NONQ |  | 3 | 662 | 2,991 | D | 12.91 | 02-03-2000 | 02-04-2007 |
| 01-12-1998 | ISO |  | 1 | 595 | 2,478 | D | 13.45 | 01-12-1999 | 01-11-2008 |
|  | ISO |  | 2 | 595 | 2,478 | D | 13.45 | 01-12-2000 | 01-11-2008 |
|  | ISO |  | 3 | 595 | 2,478 | D | 13.45 | 01-12-2000 | 01-11-2008 |
|  | NONQ |  | 1 | 639 | 2,665 | D | 13.45 | 01-12-1999 | 01-13-2008 |
|  | NONQ |  | 2 | 638 | 2,657 | D | 13.45 | 01-12-2000 | 01-13-2008 |
|  | NONQ |  | 3 | 638 | 2,657 | D | 13.45 | 01-12-2001 | 01-13-2008 |
| 02-05-1999 | ISO |  | 1 | 1,342 | 1,342 | D | 18.66 | 02-05-2000 | 02-04-2009 |
|  | ISO |  | 2 | 1,339 | 1,339 | D | 18.66 | 02-05-2001 | 02-04-2009 |
|  | ISO |  | 3 | 1,339 | 1,339 | D | 18.66 | 02-05-2002 | 02-04-2009 |
|  | ISO |  | 4 | 1,339 | 1,339 | D | 18.66 | 02-05-2003 | 02-04-2009 |
|  | NONQ |  | 1 | 1,924 | 1,924 | D | 18.66 | 02-05-2000 | 02-06-2009 |
|  | NONQ |  | 2 | 1,924 | 1,924 | D | 18.66 | 02-05-2001 | 02-06-2009 |
|  | NONQ |  | 3 | 1,924 | 1,924 | D | 18.66 | 02-05-2002 | 02-06-2009 |
|  | NONQ |  | 4 | 1,924 | 1,924 | D | 18.66 | 02-05-2003 | 02-06-2009 |

CONFIDENTIAL

| Total Shares to be Exercised | |
|---|---|
| 0 | COM |
| 0 | COM* |
| 0 | H |
| 34,037 | DPH |

**NOTE:**

AN ADDITIONAL 65,639 DELPHI STOCK OPTIONS WERE GRANTED TO MY ACCOUNT FROM 1/1/2000 THRU 1/2/2002.

TOTAL EXERCISABLE DELPHI STOCK OPTIONS HELD IN MY ACCOUNT AS OF THE DATE OF BANKRUPTCY FILING BY DELPHI = 99,676 (SEE ATTACHED SMITH BARNEY SUMMARY)

## POST-DELPHI SEPARATION



**citigroup**
SMITH BARNEY
Benefit Access



• Your Account    • Calculators    • Exercise    • Customer Service    • Home

# Stock Option
## View Your Options Account

PATRICK STRANEY

| Transaction History | Order Summary | Tax Summary | Account Information | Your Portfolio |

View Account: [Account Summary ▼] [Go!]    Sort by: [Grant Date ▼]

| Grant Date (mm/dd/yyyy) | Grant Type | Granted | Grant Price | Grants Outstanding | Grants Exercisable | Expiration Date (mm/dd/yyyy) | |
|---|---|---|---|---|---|---|---|
| 02/03/1997 | NQ | 2,991 | $12.9100 | 2,991 | 2,991 | 02/04/2007 | Details |
| 02/03/1997 | ISO* | 2,578 | $12.9100 | 2,578 | 2,578 | 02/02/2007 | Details |
| 01/12/1998 | ISO* | 7,434 | $13.4500 | 7,434 | 7,434 | 01/01/2008 | Details |
| 01/12/1998 | NQ | 7,979 | $13.4500 | 7,979 | 7,979 | 01/01/2008 | Details |
| 02/05/1999 | NQ | 7,696 | $18.6600 | 7,696 | 7,696 | 01/01/2008 | Details |
| 02/05/1999 | ISO* | 5,359 | $18.6600 | 5,359 | 5,359 | 01/01/2008 | Details |
| 01/07/2000 | ISO* | 11,194 | $17.1300 | 11,194 | 11,194 | 01/01/2008 | Details |
| 01/07/2000 | NQ | 6,386 | $17.1300 | 6,386 | 6,386 | 01/01/2008 | Details |
| 01/02/2001 | NQ | 14,000 | $11.8800 | 14,000 | 14,000 | 01/01/2008 | Details |
| 01/02/2001 | ISO* | 7,000 | $11.8800 | 7,000 | 7,000 | 01/01/2008 | Details |
| 01/02/2002 | ISO* | 8,590 | $13.6000 | 8,590 | 8,590 | 01/01/2008 | Details |
| 01/02/2002 | NQ | 18,469 | $13.6000 | 18,469 | 18,469 | 01/01/2008 | Details |
| **Total** | | **99,676** | | **99,676** | **99,676** | | |

*[handwritten in left margin: PENSON A/C & CONFIDENTIAL]*

View Your Account Documents

Click here to view your account documents online. Please note that documents are only available online if your company has elected to use this feature. Therefore, if you participate in multiple companies' plans, you will only have access to the documents of the companies that have elected this feature.

To obtain a definition on how Smith Barney defines the terms listed on this page click on the column heading for further details.

The expiration date noted above is the date your Company has provided SB as the last day in which you may exercise your grants. In order to exercise your grants prior to expiration, SB must enter your order prior to the close of the U.S. market ("Market") on which your Company's stock trades (The NASDAQ, NYSE and AMEX hours are currently 9:30 am to 4:00 pm ET). Therefore, please leave enough time for (i) you to contact SB, (ii) you to provide SB with appropriate instructions and (iii) SB to process the trade. If your expiration date falls on a day the Market is closed, you must exercise before the

https://benefits.smithbarney.com/app-bin/baweb/opGrantServlet?options=Account+Summ...    6/21/2006

Stock Ownership

ATTACHMENT #4
DELPHI STOCK OWNED

Delphi Stock owned by myself as of date of bankruptcy filing by Delphi = 8593 shares.

*Patrick signature*
6/26/06

Master Code: 1000313

Personal & Confidential