SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :
    In re                      :    Chapter 11
                      :
DELPHI CORPORATION, et al.,  :    Case No. 05-44481 (RDD)
                      :
            Debtors.  :    (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF (I) ADJOURNMENT OF HEARING ON CERTAIN OBJECTIONS TO NONASSUMPTION OF CERTAIN CONTRACTS AND LEASES, ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND CURE AMOUNTS AND (II) HEARING WITH RESPECT TO OBJECTION OF KOKOMO GAS AND FUEL COMPANY TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT

PLEASE TAKE NOTICE that on July 24, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), filed a Notice Of Adjournment Of Hearing On Objections To Notices Of Nonassumption, Cure Amounts, And Assumption And Assignment Of Executory Contracts And Unexpired Leases To August 17, 2009 (Docket No. 18649) pursuant to which the Debtors adjourned any objection relating to (i) nonassumption of certain contracts and leases, (ii) adequate assurance of future performance, (iii) assumption and/or assignment, with respect to executory contracts or unexpired leases to be assumed and/or assigned under the First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified, and/or (iv) cure of defaults (together, the "Section 365 Objections"), subject to (i) further adjournment by the Debtors by notifying the counterparty in writing at least three days before the hearing and (ii) the Debtors' right to re-notice the hearing with respect to such objection upon 20 days' notice to such counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified And (II) Confirmation Order (Docket No. 12359) (Docket No. 18707) (the "Plan Modification Order") the Section 365 Objections were adjourned to the hearing scheduled for August 17, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty. Pursuant to decretal paragraph 40 of the Plan Modification Order, once adjourned, such objections are to be scheduled for an available hearing date following 20 days' notice provided by the Debtors or the Reorganized Debtors, as applicable, to the applicable counterparty, or such

2

other date as may be agreed upon, subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan Modification Order, the Section 365 Objections listed on <u>Exhibit A</u> attached hereto are hereby adjourned to the hearing scheduled for October 22, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

PLEASE TAKE FURTHER NOTICE that on September 16, 2009, the Debtors filed and served a Notice Of Assumption And Assignment With Respect To Executory Contract To Be Assumed And Assigned To GM Components Holdings, LLC Under Modified Plan Of Reorganization (Docket No. 18903) with respect to a certain executory contract with Kokomo Gas And Fuel Company to be assumed by the Debtors and assigned to GM Components Holdings, LLC.  On September 30, 2009 Kokomo Gas And Fuel Company filed its Objection Of Kokomo Gas And Fuel Company To Notice Of Assumption And Assignment With Respect To Executory Contract To Be Assumed And Assigned To GM Components Holdings, LLC Under Modified Plan Of Reorganization (Docket No. 18946) (the "Kokomo Objection").  Pursuant to the Plan Modification Order, the Kokomo Objection is hereby noticed for the hearing scheduled for October 22, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and Kokomo Gas And Fuel Company.

Dated: New York, New York
October 2, 2009

           SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP

           By:  /s/ John Wm. Butler, Jr.
               John Wm. Butler, Jr.
               John K. Lyons
               Ron E. Meisler
           155 North Wacker Drive
           Chicago, Illinois 60606

              - and -

           By:  /s/ Kayalyn A. Marafioti
               Kayalyn A. Marafioti
           Four Times Square
           New York, New York 10036

           Attorneys for Delphi Corporation, et al.,
             Debtors and Debtors-in-Possession

# Exhibit A

The objections filed by the parties listed below are adjourned to the hearing scheduled for October 22, 2009 at 10:00 a.m. (prevailing Eastern time), subject to further adjournment by the Debtors in accordance with the Plan Modification Order.[1]

| DOCKET NO. | OBJECTOR | HEARING DATE |
|---|---|---|
| 18430 | AB Automotive Electronics, Ltd.; AB Automotive Inc.; BI Technologies Corporation, International Resistive Company, Inc. (a.k.a. International Resistive Company Wire & Film Technologies Division); International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division); Optek Technology, Inc. and Welwyn Components Ltd.[2] | Adjourned to October 22, 2009 only with respect to BI Technologies Corporation |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company | October 22, 2009 |
| 18473 | General Electric Capital Corporation | October 22, 2009 |
| 18261 | Sunrise Medical HHG, Inc. | October 22, 2009 |
| 18487, 18488, 18738 | The Timken Company | October 22, 2009 |
| 18373, 18245 | XM Satellite Radio Inc. | October 22, 2009 |

---

[1] Pursuant to the Notice Of Adjournment Of Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated August 25, 2009 (Docket No. 18833), the Second Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts dated, August 28, 2009 (Docket No. 18842), the Notice Of Adjournment Of Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated September 17, 2009 (Docket No.18905), and the Third Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated September 24, 2009 (Docket No. 18935), the objections filed by parties that have already been adjourned without date continue to be adjourned without date, subject to the Debtors' right to re-notice the objections for a future hearing in accordance with the Plan Modification Order.

[2] Only the portion of the objection relating to BI Technologies Corporation will be adjourned until October 22, 2009. Pursuant to the Third Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated September 24, 2009 (Docket No. 18935), all portions of this objection relating to parties other than BI Technologies Corporation were withdrawn or otherwise resolved.