E. Todd Sable
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                             :

In re                             :           Chapter 11

DELPHI CORPORATION, et al.,   :           Case No. 05-44481 (RDD)
                             :           (Jointly Administered)

        Debtors.    :
------------------------------------------------------x

**Notice of Withdrawal of Nidec Motors and Actuators (USA), Inc.'s Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain <u>Executory Contracts or Unexpired Leases to be Assumed and Assigned</u>**

      Nidec Motors and Actuators (USA), Inc. withdraws its Limited Objection and Reservation of Rights [Docket No. 18494] to Delphi's Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned dated July 10, 2009 [Docket No. 18076].

Dated: October 5, 2009          /s/ E. Todd Sable
      Detroit, Michigan          E. Todd Sable
                                        HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                        2290 First National Building
                                        660 Woodward Avenue
                                        Detroit, Michigan 48226-3506
                                        Telephone: (313) 465-7548
                                        Facsimile: (313) 465-7549
                                        Email: tsable@honigman.com
                                        Attorneys for Nidec Motors and Actuators (USA), Inc.

DETROIT.3871955.5