E. Todd Sable
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                          :
**In re:**                                                :   Chapter 11
                                                          :
**DELPHI CORPORATION**, et al.,                           :   Case No. 05-44481 (RDD)
                                                          :   (Jointly Administered)
        Debtors.                                          :
                                                          :   Hon. Robert D. Drain
------------------------------------------------------------x

## Certificate of Service

The undersigned certifies that papers were served as follows:

1. Papers Served:   Notice of Withdrawal of Nidec Motor & Actuators (USA), Inc.'s Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned

2. Date of Service: October 6, 2009

3. Served Upon:     Delphi Corporation
                    Attn: David Sherbin, General Counsel
                    5725 Delphi Drive
                    Troy, MI 48098 – *via U.S. Mail*

                    Office of the United States Trustee for the Southern District of New York
                    33 Whitehall Street, Suite 2100
                    New York, NY 10004
                    Attn: Brian Masumoto – *via U.S. Mail*

                    Latham & Watkins LLP
                    Counsel for Official Committee of Unsecured Creditors
                    885 Third Avenue
                    New York, NY 10022
                    Attn: Robert Rosenberg – *via U.S. Mail*
                          Mitchell Seider – *via U.S. Mail*

Davis Polk & Wardell
Counsel for Agent Under Postpetition Credit Facility
450 Lexington Avenue
New York, NY  10017
Attn:  Brian Resnick – *via U.S. Mail*

Counsel for the United States Department of Justice
86 Chambers Street
3rd Floor
New York, NY  10007
Attn:  Joseph Cordaro – *via U.S. Mail*

Schulte Roth & Zabel LLP
Counsel for Parnassus Holdings II
919 Third Avenue
New York, NY  10022
Attn:  David J. Karp – *via U.S. Mail*

Honigman Miller Schwartz and Cohn LLP
Counsel for Nidec

Dated:  October 6, 2009         By:  /s/ E. Todd Sable
                                E. Todd Sable (MI Bar No. P54956)
                                2290 First National Building
                                660 Woodward Avenue
                                Detroit, MI  48226
                                Telephone:  (313) 465-7548
                                Facsimile:  (313) 465-7549
                                Email:  tsable@honigman.com

DETROIT.3765414.3