SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

NOTICE OF ADJOURNMENT AND CANCELLATION OF CLAIMS HEARINGS

PLEASE TAKE NOTICE that the claims hearings originally scheduled for October 7, 2009, at 10:00 a.m. (prevailing Eastern time) and October 8, 2009, at 10:00 a.m. (prevailing Eastern time) have been cancelled.

PLEASE TAKE FURTHER NOTICE that all matters that were scheduled to be heard on October 7, 2009 and that have not been previously adjourned pursuant to the notice of adjournment dated October 2, 2009 (Docket No. 18953), have been adjourned, withdrawn or otherwise resolved as set forth below:

1) **CSX Transportation Motion To Compel** – CSX Transportation Motion To Compel Payment Of Administrative Expenses (Docket No. 16548).  This matter has been adjourned to the October 22, 2009 claims hearing.

2) **AT&T Corp. Objection** - Limited Objection Of The AT&T Entities To The First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (Docket No. 18266).  This matter has been resolved and a stipulation has been signed.

3) **ATEL Leasing Corporation Objection** - Limited Objection Of ATEL Leasing Corporation To Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18402).  This matter has been resolved and a stipulation has been signed.

4) **Nidec Motors Objection** – Nidec Motors & Actuators (USA), Inc.'s Limited Objection and Reservation of Rights to Notice of Assumption and Assignment with Respect to

Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned (Docket No. 18494). This matter has been resolved and the objection has been withdrawn (Docket No. 18954).

     5) **NEC Electronics Objection** – Objection Of NEC Electronics America, Inc. To Debtor's Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (As Listed In Docket No. 17728) (Docket No. 18556). This matter has been resolved and a stipulation has been signed.

Dated: New York, New York
      October 6, 2009

    SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP

    By: /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr.
       John K. Lyons
       Ron E. Meisler
    155 North Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

        - and -

    By: /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for Delphi Corporation, et al.,
       Debtors and Debtors-in-Possession