SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)
Louis T. DeLucia

-and-

233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
Jason M. Torf
Patricia J. Fokuo
*Attorneys for Kokomo Gas and Fuel Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION., *et al*., | : | Case No. 05-44481 (RDD) |
| | : | |
|     Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF KOKOMO GAS AND FUEL COMPANY'S OBJECTION TO NOTICE OF ASSUMPTION AND ASSIGNMENT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED AND ASSIGNED TO GM COMPONENTS HOLDINGS, LLC UNDER MODIFIED PLAN OF REORGANIZATION**

Kokomo Gas and Fuel Company ("Kokomo") withdraws its Objection [Dkt. No. 18946] to Delphi's Notice of Assumption and Assignment With Respect to Executory Contract to be Assumed and Assigned to GM Components Holdings, LLC Under Modified Plan of Reorganization [Dkt. No. 18903].

2

Dated: October 7, 2009                           S<small>CHIFF</small> H<small>ARDIN</small> LLP

                                                 By: /s/ Jason M. Torf
                                                     Jason M. Torf  (*pro hac vice* admission pending)
                                                     Patricia J. Fokuo
                                                     233 South Wacker Drive
                                                     Suite 6600
                                                     Chicago, Illinois 60606-6473
                                                     (312) 258-5500 (phone)
                                                     (312) 258-5700 (facsimile)
                                                     jtorf@schiffhardin.com
                                                     pfokuo@schiffhardin.com

                                                         -and-

                                                     Louis T. DeLucia
                                                     900 Third Avenue
                                                     23rd Floor
                                                     New York, NY 10022
                                                     (212) 753-5000 (phone)
                                                     (212) 753-5044 (fax)
                                                     ldelucia@schiffhardin.com

                                                     *Attorneys for Kokomo Gas and Fuel Company*

CH2\7961962.1

2