## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORP. *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### FOURTH STIPULATION AUTHORIZING AND DIRECTING THE DELPHI FORMER OFFICERS AND EMPLOYEES ESCROW AGENT TO DISBURSE INTERIM PAYMENTS TO THE DELPHI FORMER OFFICERS AND EMPLOYEES FOR DEFENSE COSTS

WHEREAS, on August 31, 2007, the parties hereto[1] (the "Parties") entered into a Stipulation and Agreement of Insurance Settlement (the "Insurance Settlement"), attached as Exhibit C to the Motion for Order Preliminarily Approving Settlement, Preliminarily Certifying a Settlement Class, Approving Forms and Methods of Notice, and Setting a Fairness Hearing (the "Motion for Preliminary Approval"), In re: Delphi Corporation Securities, Derivative and "ERISA" Litigation, 05-md-1725 (E.D. Mich.) [Docket No. 228] (attached to the December 7, 2007 Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse Interim Payments to the Delphi Former Officers and Employees for Defense Costs [Docket No. 11354] (the "First Stipulation") as Exhibit A);

---

[1]    This Stipulation is entered into among Delphi Corporation, Delphi Corporation as Debtor in Possession, Delphi Trust I, Delphi Trust II (collectively, "Delphi"); J.T. Battenberg III, Milan Belans, John G. Blahnik, Alan S. Dawes, Paul R. Free, Peter H. Janak, Judith Kudla, and Catherine Rozanski (collectively, the Delphi Former Officers and Employees"); Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz (collectively, the "Delphi Officers and Directors"); and National Union Fire Insurance Company of Pittsburgh, Pa., Zurich American Insurance Company, Federal Insurance Company, Twin City Fire Insurance Company, American Casualty Company of Reading, PA, Arch Insurance Company, St. Paul Mercury Insurance Company, Great American Insurance Company, Allied World Assurance Company LTD, Endurance Specialty Insurance Ltd., and Starr Excess International (collectively, "Insurers").

WHEREAS, the Insurance Settlement provides for the creation of a fund for the defense costs of the Delphi Former Officers and Employees (the "Escrow Account"), administered by an escrow agent (the "Delphi Former Officers and Employees Escrow Agent");

WHEREAS, the Insurance Settlement provides that the Delphi Former Officers and Employees Escrow Agent may make payments prior to the Effective Date of the Insurance Settlement (as that term is defined in the Insurance Settlement), provided that: (1) the Delphi Former Officers and Employees provide to the Insurers an unsecured written undertaking (an "Undertaking") to repay any sums so paid if the Insurance Settlement does not become effective and it is later determined that the Delphi Former Officers and Employees were not entitled to the amounts paid; and (2) the Delphi Former Officers and Employees Escrow Agent is authorized to make such payments by an order of this Court either upon uncontested motion or stipulated order notwithstanding the automatic stay, to the extent it applies;

WHEREAS, upon the First Stipulation,[2] this Court entered an Order [Docket No. 11549] authorizing the Delphi Former Officers and Employees Escrow Agent to disburse up to $1 million to the Delphi Former Officers and Employees prior to the Effective Date of Settlement (the "First Order");

WHEREAS, the Delphi Former Officers and Employees Escrow Agent disbursed funds pursuant to the First Order;

WHEREAS, on August 13, 2008, the Parties entered into a Second Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse

---

[2] The required Undertakings from the Delphi Former Officers and Employees seeking reimbursement were attached as Exhibits B-I to the First Stipulation.

Interim Payments to the Delphi Former Officers and Employees for Defense Costs (the "Second Stipulation");

WHEREAS, upon the Second Stipulation, this Court entered an Order [Docket No. 14094] authorizing the Delphi Former Officers and Employees Escrow Agent to disburse up to $5 million of the principal amount of funds deposited into the Escrow Account, inclusive of any sums already disbursed, to the Delphi Former Officers and Employees prior to the Effective Date of Settlement (the "Second Order");

WHEREAS, on May 1, 2009, the Parties entered into a Third Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse Interim Payments to the Delphi Former Officers and Employees for Defense Costs (the "Third Stipulation");

WHEREAS, upon the Third Stipulation, this Court entered an Order [Docket No. 16614] authorizing the Delphi Former Officers and Employees Escrow Agent to disburse up to $10 million of the principal amount of funds deposited into the Escrow Account, inclusive of any sums already disbursed, to the Delphi Former Officers and Employees prior to the Effective Date of Settlement (the "Third Order")

WHEREAS, several of the Former Officers and Employees continue to incur defense costs that require reimbursement; and

WHEREAS, the Insurance Settlement has not, to date, received the necessary court approvals to become effective;

NOW, THEREFORE, the Parties hereby stipulate that the Delphi Former Officers and Employees Escrow Agent be authorized and directed by the United States Bankruptcy Court for the Southern District of New York to disburse the remainder of the funds deposited into the

Escrow Account to the Delphi Former Officers and Employees to be used solely for defense costs as set forth in paragraph 10 of the Insurance Settlement.

IT IS SO STIPULATED this 7th day of October, 2009.

**PERKINS COIE LLP**

By:    Timothy W. Burns
       1 East Main Street
       Suite 201
       Madison, WI 53703
       Telephone: (608) 663-7487
       Facsimile: (608) 663-7499

**SHEARMAN & STERLING LLP**

By:    Stuart J. Baskin
       Brian H. Polovoy
       Marc D. Ashley
       599 Lexington Avenue
       New York, New York 10022-6069
       Telephone: (212) 848-4000
       Facsimile: (212) 848-7179

**Counsel for Delphi Corporation, Delphi Trust I, Delphi Trust II, Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz**

**BAKER BOTTS L.L.P.**

By:    William H. Jeffress, Jr.
       Joe R. Caldwell, Jr.
       Bridget M. Moore
       Michael G. Pattillo, Jr.
       1299 Pennsylvania Avenue, N.W.
       Washington, DC 20004-2400
       Telephone: (202) 639-7788
       Facsimile: (202) 639-7980

Escrow Account to the Delphi Former Officers and Employees to be used solely for defense costs as set forth in paragraph 10 of the Insurance Settlement.

IT IS SO STIPULATED this ___ day of September, 2009.

### PERKINS COIE LLP

By:    Timothy W. Burns
       1 East Main Street
       Suite 201
       Madison, WI 53703
       Telephone: (608) 663-7487
       Facsimile: (608) 6637499

### SHEARMAN & STERLING LLP

By:    Stuart J. Baskin
       Brian H. Polovoy
       Marc D. Ashley
       599 Lexington Avenue
       New York, New York 10022-6069
       Telephone: (212) 848-4000
       Facsimile: (212) 848-7179

**Counsel for Delphi Corporation, Delphi Trust I, Delphi Trust II, Robert H. Brust, Virgis W. Colbert, David N. Farr, Bernd Gottschalk, Susan A. McLaughlin, Oscar de Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, Roger S. Penske, Donald S. Runkle, John D. Sheehan, and Patricia C. Sueltz**

### BAKER BOTTS L.L.P.

By:    William H. Jeffress, Jr.
       Joe R. Caldwell, Jr
       Bridget M. Moore
       Michael G. Pattillo, Jr.
       1299 Pennsylvania Avenue, N.W.
       Washington, DC 20004-2400
       Telephone: (202) 639-7788
       Facsimile: (202) 639-7980

-4-

**Counsel for J.T. Battenberg**


**O'MELVENY & MYERS LLP**

By: _____
     Robert N. Eccles
     Robert M. Stern
     1625 Eye Street, NW
     Washington, DC 20006-4001
     Telephone: (202) 383-5315
     Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**


**PEPPER HAMILTON LLP**


By: _____
     Matthew J. Lund
     100 Renaissance Center
     Suite 3600
     Detroit, MI 48243-1157
     Telephone: (313) 259-7110

**Counsel for Paul R. Free**


**SARETSKY HART MICHAELS & GOULD PC**


By: _____
     Eric A. Michaels
     995 South Eton
     Birmingham, Michigan 48009
     Telephone: (248) 502-3300

**Counsel for Judith Kudla**

-5-

**Counsel for J.T. Battenberg**

**O'MELVENY & MYERS LLP**

By: _____
       Robert N. Eccles
       Robert M. Stern
       1625 Eye Street, NW
       Washington, DC 20006-4001
       Telephone: (202) 383-5315
       Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**

**PEPPER HAMILTON LLP**

By: _____
       Matthew J. Lund
       100 Renaissance Center
       Suite 3600
       Detroit, MI 48243-1157
       Telephone: (313) 259-7110

**Counsel for Paul R. Free**

**SARETSKY HART MICHAELS & GOULD PC**

By: _____
       Eric A. Michaels
       995 South Eton
       Birmingham, Michigan 48009
       Telephone: (248) 502-3300

**Counsel for Judith Kudla**

Counsel for J.T. Battenberg

**O'MELVENY & MYERS LLP**

By:   Robert N. Eccles
       Robert M. Stern
       1625 Eye Street, NW
       Washington, DC 20006-4001
       Telephone: (202) 383-5315
       Facsimile: (202) 383-5414

**Counsel for Alan S. Dawes**

**PEPPER HAMILTON LLP**

By: _____
       Matthew J. Lund
       100 Renaissance Center
       Suite 3600
       Detroit, MI 48243-1157
       Telephone: (313) 259-7110

**Counsel for Paul R. Free**

**SARETSKY HART MICHAELS & GOULD PC**

By: _____
       Eric A. Michaels / Miles D. Hart
       995 South Eton
       Birmingham, Michigan 48009
       Telephone: (248) 502-3300

**Counsel for Judith Kudla**

**MILLER, CANFIELD. PADDOCK and STONE, PLC**

By: _Matthew P. Allen/with consent_
    Thomas W. Cranmer
    Matthew P. Allen
    150 W. Jefferson, Suite 2500
    Detroit, Michigan 48226

**Counsel for John G. Blahnik and Peter H. Janak**

-6-

CLARK HILL PLC

By: _Charles E Murphy_
    Martin E. Crandall
    Charles E. Murphy
    500 Woodward Avenue
    Suite 3500
    Detroit, MI 48226
    Telephone: (313) 965-8413

**Counsel for Milan Belans**


BUTZEL LONG PC


By: _____
    David Dumouchel
    Laurie J. Michelson
    150 W. Jefferson Avenue
    Suite 100
    Detroit, MI 48226
    Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**


EDWARDS ANGELL PALMER & DODGE LLP


By: _____
    John D. Hughes
    Mary-Pat Cormier
    111 Huntington Avenue
    Boston, MA 02119
    Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and Endurance Specialty Insurance Ltd.**

_____

-7-

**CLARK HILL PLC**

By: _____

      Martin E. Crandall
      Charles E. Murphy
      500 Woodward Avenue
      Suite 3500
      Detroit, MI  48226
      Telephone:  (313) 965-8413

**Counsel for Milan Belans**


**BUTZEL LONG PC**

By: _____

      David Dumouchel
      Laurie J. Michelson
      150 W. Jefferson Avenue
      Suite 100
      Detroit, MI  48226
      Telephone:  (313) 225-7004

**Counsel for Cathy Rozanski**


**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____

      John D. Hughes
      Mary-Pat Cormier
      111 Huntington Avenue
      Boston, MA  02119
      Telephone:  (617) 951-3373

**Counsel for Allied World Assurance Company and
Endurance Specialty Insurance Ltd.**

**CLARK HILL PLC**


By: _____

      Martin E. Crandall
      Charles E. Murphy
      500 Woodward Avenue
      Suite 3500
      Detroit, MI 48226
      Telephone: (313) 965-8413

**Counsel for Milan Belans**


**BUTZEL LONG PC**


By: _____

      David Dumouchel
      Laurie J. Michelson
      150 W. Jefferson Avenue
      Suite 100
      Detroit, MI 48226
      Telephone: (313) 225-7004

**Counsel for Cathy Rozanski**


**EDWARDS ANGELL PALMER & DODGE LLP**

By: _____

      John D. Hughes
      Mary-Pat Cormier
      111 Huntington Avenue
      Boston, MA 02119
      Telephone: (617) 951-3373

**Counsel for Allied World Assurance Company and
Endurance Specialty Insurance Ltd.**

-7-

**WILEY REIN LLP**

By: _____

Kimberly M. Melvin
1776 K Street NW
Washington, DC  20006
Telephone:  (202) 719-7403

**Counsel for Federal Insurance Company**

**BOUNDAS SKARZYNSKI WALSH & BLACK, LLC**

By: _____

James A. Skarzynski
Nathan L. Strup
200 E. Randolph Drive
Suite 7200
Chicago, IL  60601
Telephone:  (312) 946-4214

**Counsel for Great American Insurance Company**

**TWIN CITY FIRE INSURANCE COMPANY**

By: _____

James P. Palermini
Hartford Financial Products
2 N. LaSalle St.
4th Floor
Chicago, IL  60602
(312) 384-7934

**WILEY REIN LLP**

By: _____

     Kimberly M. Melvin
     1776 K Street NW
     Washington, DC  20006
     Telephone:  (202) 719-7403

**Counsel for Federal Insurance Company**


**BOUNDAS  SKARZYNSKI  WALSH  &  BLACK, LLC**

By: _____

     James A. Skarzynski
     Nathan L. Strup
     200 E. Randolph Drive
     Suite 7200
     Chicago, IL  60601
     Telephone:  (312) 946-4214

**Counsel for Great American Insurance Company**


**TWIN CITY FIRE INSURANCE COMPANY**

By: _____

     James P. Palermini
     Hartford Financial Products
     2 N. LaSalle St.
     4th Floor
     Chicago, IL  60602
     (312) 384-7934

-8-

WILEY REIN LLP


By: _____
        Kimberly M. Melvin
        1776 K Street NW
        Washington, DC  20006
        Telephone:  (202) 719-7403

**Counsel for Federal Insurance Company**


**BOUNDAS  SKARZYNSKI  WALSH  &  BLACK,
LLC**


By: _____
        James A. Skarzynski
        Nathan L. Strup
        200 E. Randolph Drive
        Suite 7200
        Chicago, IL  60601
        Telephone:  (312) 946-4214

**Counsel for Great American Insurance Company**


**TWIN CITY FIRE INSURANCE COMPANY**

By: _____
        James P. Palermini
        Hartford Financial Products
        2 N. LaSalle St.
        4th Floor
        Chicago, IL  60602
        (312) 384-7934


-8-

BAILEY CAVALIERI LLC

By: _R. Stacy Lane_____
    R. Stacy Lane
    10 West Broad Street
    Suite 2100
    Columbus, OH  43215-3422
    Telephone:  (614) 229-3203

**Counsel for Zurich American Insurance Company**

**D'AMATO & LYNCH, LLP**

By: _____
    Thomas F. Breen
    70 Pine Street
    New York, NY  10270-0110
    Telephone:  (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**

**KAUFMAN BORGEEST & RYAN LLP**

By: _____
    Wayne E. Borgeest
    99 Park Avenue, 19th Floor
    New York, NY  10016
    Telephone:  (212) 980-9600

**Counsel for Arch Insurance Company**

-9-

**BAILEY CAVALIERI LLC**

By: _____

    R. Stacy Lane
    10 West Broad Street
    Suite 2100
    Columbus, OH 43215-3422
    Telephone: (614) 229-3203

**Counsel for Zurich American Insurance Company**


**D'AMATO & LYNCH, LLP**

By: _____

    Thomas F. Breen
    70 Pine Street
    New York, NY 10270-0110
    Telephone: (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**


**KAUFMAN BORGEEST & RYAN LLP**


By: _____

    Wayne E. Borgeest
    99 Park Avenue, 19th Floor
    New York, NY 10016
    Telephone: (212) 980-9600

**Counsel for Arch Insurance Company**

-9-

**BAILEY CAVALIERI LLC**

By: _____
R. Stacy Lane
10 West Broad Street
Suite 2100
Columbus, OH  43215-3422
Telephone:  (614) 229-3203

**Counsel for Zurich American Insurance Company**


**D'AMATO & LYNCH, LLP**

By: _____
Thomas F. Breen
70 Pine Street
New York, NY  10270-0110
Telephone:  (212) 269-0927

**Counsel for National Union Fire Insurance Company of Pittsburgh, Pa. and Starr Excess International**


**KAUFMAN BORGEEST & RYAN LLP**

By: _____
Wayne E. Borgeest
99 Park Avenue, 19th Floor
New York, NY  10016
Telephone:  (212) 980-9600

**Counsel for Arch Insurance Company**

**SEDGWICK, DETERT, MORAN & ARNOLD
LLP**

By: _____
      Christopher C. Novak
      125 Broad Street, 39th Floor
      New York, NY  10004-2400
      Telephone:  (212) 422-0202

**Counsel for American Casualty Company of
Reading PA**


**THOMPSON, LOSS & JUDGE, LLP**


By: _____
      Thomas J. Judge
      Two LaFayette Centre, Ste. 450
      1133 21st Street, NW
      Washington, DC  20036
      Telephone:  (202) 778-4060

**Counsel for St. Paul Mercury Insurance Company**

#8999545 v7

-10-

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**

By: _____
       Christopher C. Novak
       125 Broad Street, 39th Floor
       New York, NY  10004-2400
       Telephone:  (212) 422-0202

**Counsel for American Casualty Company of Reading PA**


**THOMPSON, LOSS & JUDGE, LLP**

By: _____
       Thomas J. Judge
       Two LaFayette Centre, Ste. 450
       1133 21st Street, NW
       Washington, DC  20036
       Telephone:  (202) 778-4060

**Counsel for St. Paul Mercury Insurance Company**

#8999545 v7

-10-