# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| DELPHI CORP. *et al.*, | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

## FOURTH ORDER AUTHORIZING AND DIRECTING THE DELPHI FORMER OFFICERS AND EMPLOYEES ESCROW AGENT TO DISBURSE INTERIM PAYMENTS TO THE DELPHI FORMER OFFICERS AND EMPLOYEES FOR DEFENSE COSTS

Upon the Fourth Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse Interim Payments to the Delphi Former Officers and Employees for Defense Costs submitted by the parties pursuant to the August 31, 2007 Stipulation and Agreement of Insurance Settlement in In Re: Delphi Corporation Securities, Derivative and "ERISA" Litigation, 05-md-1725 (E.D. Mich.) (the "Insurance Settlement"), and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Delphi Former Officers and Employees Escrow Agent is authorized and directed to disburse the remainder of the funds deposited into the Escrow Account to the Delphi Former Officers and Employees prior to the Effective Date of Settlement to be used solely for defense costs as set forth in paragraph 10 of the Insurance Settlement.

IT IS SO ORDERED.

Dated: October ___, 2009
New York, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

#9012255 v7