# EXHIBIT B

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORP. *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### CERTIFICATE OF SERVICE

I herby certify that on the 13th day of October, 2009 I electronically filed the **Fourth Stipulation Authorizing and Directing the Delphi Former Officers and Employees Escrow Agent to Disburse Interim Payments to the Delphi Former Officers for Defense Costs**, as well as a Proposed Order, in the above-referenced case using the ECF system that sends notification of such filings to the parties and attorneys of record registered to receive notice.  I further certify that on the 13th day of October, 2009, I caused a copy of the above-mentioned documents to be served via Overnight Delivery on the following:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n:  General Counsel

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Att'n: Robert J. Rosenberg

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Att'n:  John Wm. Butler, Jr.

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Att'n:  Donald Bernstein

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Att'n:  Bonnie Steingart

Office of the U.S. Trustee for S.D.N.Y.
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn:  Brian Masumoto

#9967566 v3

<u>Chambers Copy</u>
Hon. Robert D. Drain
United States Bankruptcy Judge
U.S. Bankruptcy Court, S.D.N.Y.
One Bowling Green
New York, NY 10004-1408

 

                               **PEPPER HAMILTON LLP**

                               <u>/s/ Deborah Kovsky-Apap</u>
                               Matthew J. Lund
                               Deborah Kovsky-Apap
                               Suite 3600
                               100 Renaissance Center
                               Detroit, Michigan 48243-1157
                               Telephone:  313.259.7110
                               Facsimile:  313.259.7926
                               kovskyd@pepperlaw.com

Dated:  October 13, 2009

#9967566 v3