SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)
Louis T. DeLucia

-and-

233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
Jason M. Torf
Patricia J. Fokuo
*Attorneys for Kokomo Gas and Fuel Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION., *et al*., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

**KOKOMO GAS AND FUEL COMPANY'S REQUEST FOR SERVICE
OF ALL NOTICES, PLEADINGS AND OTHER PAPERS**

**PLEASE TAKE NOTICE that**, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(a) of the Federal Rules of Bankruptcy Procedure, Patti E. Pope as agent for Kokomo Gas and Fuel Company, located at the address listed below, hereby requests service of all notices, pleadings and other papers in the above-captioned case for Kokomo Gas and Fuel Company ("Kokomo"), a creditor and party-in-interest herein. In support of the Motion, Creditor respectfully states as follows:

   1.   Pursuant to Rules 2002, 3017, 9007 and 9014 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 342 and 1109(b), Kokomo respectfully requests that all notices

given or required to be given in this case by the Debtor, the Court or any other party-in-interest, and that all papers served in this case by the Debtor, the Court or any other party in interest, be given to and served upon:

Kokomo Gas and Fuel Company
c/o Patti E. Pope
Revenue Recovery Manager
Northern Indiana Public Service Company
801 East 86th Avenue
Merrillville, IN  46410
Fax:  (219) 647-5115
E-mail:  pepope@nisource.com

2.    The foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders, *ex parte* orders, proposed orders and notices of any application, motion, petitions, pleadings, monthly operating reports, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile or otherwise, which affect the Debtor, the property of the estate or the administration of the Debtor's estate.

3.    This Request for Notice shall not be deemed or construed to be a waiver of Kokomo's rights: (1) to have final orders in noncore matters entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to have its claims or other rights adjudicated pursuant to any rights of arbitration; or (5) to any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Kokomo expressly reserves.

Dated:  October 13, 2009                    SCHIFF HARDIN LLP


By: /s/ Jason M. Torf
Jason M. Torf  (*pro hac vice* admission pending)
Patricia J. Fokuo
233 South Wacker Drive
Suite 6600
Chicago, Illinois 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (facsimile)
jtorf@schiffhardin.com
pfokuo@schiffhardin.com

    -and-

Louis T. DeLucia
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)
ldelucia@schiffhardin.com

*Attorneys for Kokomo Gas and Fuel Company*

CH2\7973037.1