SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
(212) 753-5000 (phone)
(212) 753-5044 (fax)
Louis T. DeLucia

-and-

233 South Wacker Drive
Suite 6600
Chicago, IL 60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)
Jason M. Torf
Patricia J. Fokuo
*Attorneys for Kokomo Gas and Fuel Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                             :    Chapter 11
                                                   :
DELPHI CORPORATION., *et al*.,                     :    Case No. 05-44481 (RDD)
                                                   :
    Debtors.                                     :    (Jointly Administered)
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON M. TORF AND**
**SCHIFF HARDIN LLP AND REQUEST TO BE REMOVED**
**FROM DISTRIBUTION LIST**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Jason M. Torf and Schiff Hardin LLP ("Counsel")

file this Notice of Withdrawal of Appearance and Request to be Removed from the Distribution

List in the above-captioned proceeding, and in connection therewith state as follows:

    1.    Counsel has been acting as counsel for Kokomo Gas and Fuel Company

("Kokomo") relating to the above-referenced bankruptcy proceeding.

2. Counsel is no longer counsel to Kokomo or any other party in the above-referenced bankruptcy proceeding and therefore it is no longer necessary for Counsel to receive copies of notices in this bankruptcy proceeding.

3. Therefore, Counsel withdraws his appearance gives notice that he should be removed from all present and future distribution list.

Dated: October 13, 2009                                         SCHIFF HARDIN LLP

                                                                By: /s/ Jason M. Torf
                                                                    Jason M. Torf  (*pro hac vice* admission pending)
                                                                    Patricia J. Fokuo
                                                                    233 South Wacker Drive
                                                                    Suite 6600
                                                                    Chicago, Illinois 60606-6473
                                                                    (312) 258-5500 (phone)
                                                                    (312) 258-5700 (facsimile)
                                                                    jtorf@schiffhardin.com
                                                                    pfokuo@schiffhardin.com

                                                                    -and-

                                                                    Louis T. DeLucia
                                                                    900 Third Avenue
                                                                    23rd Floor
                                                                    New York, NY 10022
                                                                    (212) 753-5000 (phone)
                                                                    (212) 753-5044 (fax)
                                                                    ldelucia@schiffhardin.com

                                                                    *Attorneys for Kokomo Gas and Fuel Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 13th day of October, 2009 to all parties pursuant to the CM/ECF document delivery system established by the Court.

                                                                /s/ Jason M. Torf
                                                                Jason M. Torf

CH2\7976949.1