UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WILMINGTON TRUST COMPANY,
AS INDENTURE TRUSTEE,

        Appellant

v.

DELPHI CORPORATION, et al.,

        Appellees.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/09

Case No. 06-CV-6287 (RMB)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the within appeal, by their undersigned counsel, that the within appeal be and it hereby is dismissed with prejudice, without costs to either party.

*The Clerk is respectfully requested to close this case.*

Dated: New York, New York
      October 9, 2009

K&L GATES LLP

By: _____
Edward M. Fox
A Member of the Firm
Attorneys for Appellant Wilmington Trust
Company, as Indenture Trustee
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _____
Albert L. Hogan, III
A Member of the Firm
Attorneys for Appellees,
Delphi Corporation, et al.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285
(312) 407-0700

SO ORDERED

_____ Date: 10/13/09
United States District Judge