# EXHIBIT B

Delphi Corporation
Beneficial Holders

| Company Name | Name | Street1 | Street2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Broadridge | Receiving Department | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| JPMorgan Chase Bank NA | Armando Morales | 14201 Dallas Pkwy | | Dallas | TX | 75254 | |
| Legent Clearing c/o Mediant Communications | Vinny Missiano | 109 North 5th St | | Saddle Brook | NJ | 07663 | |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Bldg C1N | Chicago | IL | 60607 | |
| State Street Bank and Trust Co | Amanda Banta | Corp Actions JAB5E | 1776 Heritage Dr | North Quincy | MA | 02171-2101 | |
| The Bank of New York Mellon | Migdalia Jimenez | One Wall St | 6th Fl | New York | NY | 10286 | |