# EXHIBIT C

Delphi Corporation
Beneficial Holders

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO Incorporated | Peter Russomondo | 499 Washington Blvd | | | Jersey City | NJ | 07310 | |
| Albert Fried & Co LLC | Richard Cellentano | 60 Broad St | | | New York | NY | 10004 | |
| Alliant Securities Inc Turner Nor | Melody Grinnell | 695 North Legacy Ridge Dr | Ste 300 | | Liberty Lake | WA | 99019 | |
| Alpine Securities Corp | Chance Groskreutz | 440 E 400 South | | | Salt Lake City | UT | 84111 | |
| Amalgamated Bank | Saron Louis | 275 7th Ave | | | New York | NY | 10001 | |
| Amalgamated Bank of Chicago | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| American Enterprise Investment Services | Rebecca Strand | 2178 AMP Financial Center | | | Minneapolis | MN | 55474 | |
| American Naional Bank | Carrie Voltz | PO Box 9250 | | | Denver | CO | 80932-0250 | |
| Ameriprise | Mike Kohler | 751 Griswold St | | | Detroit | MI | 48226 | |
| Ameriprise Trust Co | Linda McGuirk | 929 Ameriprise Financial Center | | | Minneapolis | MN | 55474 | |
| Assent LLC | Paul Botta | 5 Marine Plaza | Ste 102 | | Hoboken | NJ | 07030 | |
| Associated Bank Green Bay NA | Beth Cravillion | 2985 South Ridge Rd | Ste C | | Green Bay | WI | 54304 | |
| Baird Robert W & Co Incorporated | Dean Markofski | 777 E Wisconsin Ave | | | Milwaukee | WI | 53202 | |
| Banc of America Securities Inc Stock | Jim Monahan | 14 Wall St | 21st Fl | | New York | NY | 10005 | |
| Banc of America Securities LLC Sec | James Monahan | 600 Montgomery St | 4th Fl | | San Francisco | CA | 94111 | |
| Banc of America Securities/BNP PAR PB | Gene Banfi | 525 Washington Blvd | 9th Fl | | Jersey City | NJ | 07310 | |
| Banc of America Securities/PPBC | Gene Banfi | 525 Washington Blvd | 9th Fl | | Jersey City | NJ | 07310 | |
| Banc of Americas Securities LLC | Molly Tso | 100 W 33rd St | 3rd Fl | | New York | NY | 10001 | |
| Banca IMI Securities Corp | Melaine Ryan | 1 William St | | | New York | NY | 10004 | |
| Bank of America National Association | Carla V Brooks | 411 N Akard 5th Fl | | | Dallas | TX | 75201 | |
| Bank of America/Lasalle Bank NA | George Earl | 135 South LaSalle St | Ste 1860 | | Chicago | IL | 60603 | |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | | Jersey City | NJ | 07302 | |
| Barclays Capital Inc | John Clifford | 222 Broadway | | | New York | NY | 10038 | |
| Barclays Capital Inc / Barclays Bank | Nellie Foo | 200 Cedar Knolls Rd | Corporate Actions | | Whippany | NJ | 07981 | |
| Barclays Capital Inc / Barclays Capital | Nellie Foo | 200 Cedar Knolls Rd | | | Whippany | NJ | 07981 | |
| Barclays Capital Inc Equity Finance | Nellie Foo | 200 Cedar Knolls Rd | | | Whippany | NJ | 07981 | |
| Biremis Corporations | Peter Beck | 225 Franklin St | 26th Fl | | Boston | MA | 02110 | |
| Blackmont Capital Inc | Gary Tyson | 181 Bay St Ste 900 | PO Box 779 | | Toronto | ON | M5J 2T3 | Canada |
| BMO Capital Markets Corp | Maureen Cruz | 3 Times Square | | | New York | NY | 10036 | |
| BMO Nesbitt Burns Inc | Louise Torangeau | 1 First Canadian Place 13th Fl | PO Box 150 | | Toronto | ON | M5X 1H3 | Canada |
| BMO Nesbitt Burns Inc | Lila Mohamed | 250 Yonge St | 7th Fl | | Toronto | ON | M5B 2M8 | Canada |
| BMO Nesbitt Burns Trading Corp SA | Mark Schaffer | 3 Times Square | 28th Fl | | New York | NY | 10036 | |
| BNP Paribas New York Branch | Gene Banfi | 787 7th Ave | 8th Fl | | New York | NY | 10019 | |
| BNP Paribas Prime Brokerage Inc | Gene Banfi | One Bryant Park | 8th Fl | | New York | NY | 10036 | |
| BNP Paribas Securities Corp | Creighton Douglass | 555 Croton Rd | | | King of Prussia | PA | 19406 | |
| BNY Convergex Execution Solutions LLC | H Steve Griffith | 11486 Corporate Blvd | Ste 375 | | Orlando | FL | 32817 | |
| BNY Mellon/HSBC Bank PLC | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| Branch Banking & Trust Co | Tanji Bass | 223 W Nash St | 3rd Fl | | Wilson | NC | 27893 | |
| Broadridge | Receiving Department | 51 Mercedes Way | | | Edgewood | NY | 11717 | |
| Broadridge Canada | Attn Receiving Dept | 5970 Chedworth Way | | | Mississauga | ON | L5R 4G5 | Canada |
| Brown Brothers Harriman & Co | Dorota Malkiewicz | 525 Washington Blvd | New Port Towers | | Jersey City | NJ | 07302 | |
| Brown Brothers Harriman & Co ETF | Sheldon Broutman | 140 Broadway | | | New York | NY | 10005 | |
| Brown Investment Advisory & Trust Co | Brian Colbert | 901 South Bond St | Ste 400 | | Baltimore | MD | 21231 | |
| Caja de Valores SA | Melina Bobbio | Ave 25 de Mayo 362 | | | Buenos Aires | | C1002ABH | ARGENTINA |
| Caldwell Securities Ltd | Kevin Webber | 150 King St | Ste 1710 | | Toronto | ON | M5H 1J9 | Canada |
| Canaccord Capital Corporation | Aaron Caughlan | 609 2200 Granville St | | | Vancouver | BC | V7Y 1H2 | Canada |
| Cannaccord Adams Inc | Amallia Spera | 99 High St | | | Boston | MA | 02110-0000 | |
| Cantor Fitzgerald Europe | Jimmy McNeice | 135 E 57th St | | | New York | NY | 10022 | |
| CDS Clearing and Depository Services | Loretta Verelli | 600 de Maisonneuve Blvd W | Ste 210 | | Montreal | QC | H3A 3J2 | Canada |
| Charles Schwab & Co Inc | Debbie Jung | 2423 E Lincoln Dr | PHX PEAK 02 K130 | | Phoenix | AZ | 85016 | |
| CIBC World Markets Corp | Robert J Putnam | 425 Lexington Ave | 5th Fl | | New York | NY | 10017 | |
| CIBC World Markets Inc | Patricia Neath | 161 Bay St | 10th Fl | | Toronto | ON | M5J 258 | Canada |
| Citadel DG | Marcia Banks | 101 S Dearborn St | | | Chicago | IL | 60603 | |
| Citadel Trading Group LLC | Marcia Banks | 101 South Dearborn St | | | Chicago | IL | 60603 | |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | | Tampa | FL | 33610 | |
| Citibank/The Citigroup Private Bank | Olga Molina | 333 West 34th St | | | New York | NY | 10001 | |
| Citigroup Global Markets Inc | Pat Haller | 111 Wall St | 6th Fl | | New York | NY | 10005 | |
| Citigroup Global Markets Inc Salomon | Patricia Haller | 333 W 34th St | 3rd Fl | | New York | NY | 10001 | |

Delphi Corporation
Beneficial Holders

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| City National Bank | Joel Gallant | 555 S Flower St | 10th Fl | | Los Angeles | CA | 90071 | |
| Clearstream AG | Jochen Rabe | Neue Börsenstraße 1 | | | Frankfurt am Main | | 60487 | Germany |
| Clearview Correspondent Services LLC | Linda Miller | 8006 Discovery Dr | | | Richmond | VA | 23229 | |
| Comerica Bank | Gloria Imhoff | 411 West Lafayette | Mail Code 3530 | | Detroit | MI | 48226 | |
| Commerce Bank of Kansas City  N A | Andy Sorkin | Investment Management Group | 922 Walnut | | Kansas City | MO | 64106 | |
| Commerzbank | Issuer Services | c o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| Compass Bank/Trust Division | Daniel McHale | 15 South 20th St | Ste 703 | | Birmingham | AL | 35233 | |
| Computershare Trust Company NA / OP | Kevin Fleming | 250 Royall St | | | Canton | MA | 02021 | |
| Contacts without Companies | Joseph Chau | Ste 1920 One Betall Centre | 505 Burrard St | | Vancouver | BC | V7X 1M6 | Canada |
| Contacts without Companies | Louise Normandin | 1010 Rue de la Gauchetiere St West | Ste 1410 | | Montreal | QC | H3B 5J2 | Canada |
| Country Trust Bank | Pam Little | 808 IAA Dr | | | Bloomington | IL | 61702 | |
| Credit Suisse Securities USA LLC | Issuer Services | c o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | | New York | NY | 10010 | |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | | New York | NY | 10010 | |
| CREST International Nominees Limited | Nathan Ashworth | 33 Cannon St | | | London | | EC4M 5SB | United Kingdom |
| Crosse International Securities Inc | Michael lackey | 1301 5th Ave | Ste 3024 | | Seattle | WA | 98101 | |
| Crowell Weedon & Co | George Lewis | 624 S Grand Ave | 25th Fl | | Los Angeles | CA | 90017 | |
| Curian LLC | Lewis Dellarco | 8055 E Tufts Ave | 10th Fl | | Denver | CO | 80237 | |
| Custodial Trust Co | Dawn Eike | 101 Carnegie Center | | | Princeton | NJ | 08540 | |
| D A Davidson & Co | Rita Linskey | PO Box 5015 | | | Great Falls | MT | 59403 | |
| Daiwa Securities Trust Co | Teresa P Borja | One Evertrust Plaza | | | Jersey City | NJ | 07302 | |
| Davenport & Co LLC | Angie Sullivan | 901 East Cary St | | | Richmond | VA | 23219 | |
| David Lerner Associates  Inc | Larry Kampf | 477 Jerico Turnpike | | | Syosset | NY | 11791-9006 | |
| Deseret Trust Co | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| Desjardins Securities Inc | Karla Diaz | 2 Complexe Desjardins Tour Est | Nirveau 62  E1 22QC | | Montreal | QC | H5B 1J2 | Canada |
| Deutsche Bank Securities Inc | Jamaal Grier | 5022 Gate Pkwy | Bldg 100 | | Jacksonville | FL | 32256 | |
| Deutsche Bank Securities Inc /Cedar | Steven Pacella | Harborside Financial Center | 100 Plaza One  2nd Fl | Corporate Actions Dept | Jersey City | NJ | 07311-3988 | |
| Deutsche Bank Securities Inc Stock | Andrea Augustina | 1251 Ave of the Americas | | | New York | NY | 10020 | |
| Dresdner Kleinwort Equity | Howard Dash | 75 Wall St | 32nd Fl | | New York | NY | 10005 | |
| Dresdner Kleinwort Fixed Inc Repo & | Howard Dash | 75 Wall St | 32nd Fl | | New York | NY | 10005 | |
| Dundee Securities Corporation | Mary Adamo | 1 Adelaide St East | Ste 2700 | | Toronto | ON | M5C 2V9 | Canada |
| E Trade Capital Markets | Sheldon Mendelsberg | One Financial Place | 440 LaSalle St Ste 3030 | | Chicago | IL | 60605 | |
| Edward D Jones & Co | Kennique Meals | 700 Maryville Center Dr | | | St  Louis | MO | 63141 | |
| Edward D Jones & Co/EJ Ltd | Vicki Trapp | 700 Maryville Centre Dr | | | St Louis | MO | 63141 | |
| Edward Jones CDS | Stephanie Volz | 700 Maryville Centre | | | St Louis | MO | 63141 | |
| Essex Radez LLC | Brad Sowers | 440 S LaSalle St | Ste 1111 | | Chicago | IL | 60605 | |
| Etrade Capital Mkts CHXL Trading | Erika Diliberto | One Financial Pl Ste 3030 | 440 S LaSalle St | | Chicago | IL | 60605 | |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | |
| Fagenson & Co | Peter Dea | 60 Broad St | 38th Fl | | New York | NY | 10004 | |
| Fiduciary SSB | Stephen M Moran | 225 Franklin St | MAO 3 | | Boston | MA | 02110 | |
| Fiduciary Trust Company of Boston | Brad Finnigan | 175 Federal St | | | Boston | MA | 02110 | |
| Fiducie Desjardins Inc | Martine Sioui | 1 Complexe Desjardins | South Tower | 2nd Fl | Montreal | QC | H5B 1E4 | Canada |
| Fifth Third Bank | Lance Wells | 5001 Kingsly Dr | Mail Drop 1M0B2D | | Cincinnati | OH | 45227 | |
| Fifth Third Bank/State Teachers Reti | Lance Wells | 38 Mountain Square Plaza | Mail Drop 1090F1 | | Cincinnati | OH | 45263 | |
| First National Bank of Omaha | Charleen Anderson | 1620 Dodge St | | | Omaha | NE | 68102 | |
| First Southwest Co | Kevin Miller | 325 N St Paul | Ste 800 | | Dallas | TX | 75201 | |
| Folio FN Investments Inc | Ashley Theobald | 8000 Towers Cresent Dr | Ste 1500 | | Vienna | VA | 22182 | |
| Fortis Clearing Americas LLC | Dave Kot | 175 W Jackson Blvd | Ste 400 | | Chicago | IL | 60605 | |
| Fortis Clearing Americas LLC/Retail | Dave Kot | 175 W Jackson Blvd | Ste 400 | | Chicago | IL | 60605 | |
| Fortis Securities LLC | Proxy Department | 520 Madison Ave Fl 3 | | | New York | NY | 10022 | |
| Fred Alger & Company Inc | John C Messina | 30 Montgomery St | | | Jersey City | NJ | 07302 | |
| Genesis Securities LLC | Shawn Arani | 50 Broad St | 2nd Fl | | New York | NY | 10004 | |
| George K Baum & Co | Nick Quatrochi | 4801 Main St | Ste 500 | | Kansas City | KS | 64112 | |
| Glenmede Trust Company NA  The | Darlene Warren | One Liberty Place Ste 1200 | 1650 Market St | | Philadelphia | PA | 19103 | |
| GlobalSecurities Corp | Joya Baba | 3 Bentall Centre | 595 Burrard St  11th Fl | | Vancouver | BC | V6Z 1V4 | Canada |
| GMP Securities LP | Terry Young | 145 King St West | Ste 1100 | | Toronto | ON | M5H 1J8 | Canada |
| Goldman Sachs & Co | Gloria Lio | 30 Hudson St | Proxy Dept | | Jersey City | NJ | 07302 | |
| Goldman Sachs Bank USA | Patricia Baldwin | One New York Plaza | 45th Fl | | New York | NY | 10004 | |

Delphi Corporation
Beneficial Holders

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Goldman Sachs Execution & Clearing | Anthony Bruno | 30 Hudson St | 4th Fl | | Jersey City | NJ | 07302-4699 | |
| Goldman Sachs International | Vanessa Camardo | 30 Hudson St | Proxy Department | | Jersey City | NJ | 07302 | |
| GSECLP / FOC | Anthony Bruno | 30 Hudson St | 4th Fl | | Jersey City | NJ | 07302 | |
| GSECLP Equities Execution | Anthony Bruno | 30 Hudson St | | | Jersey City | NJ | 07302 | |
| H C  Denison Co | Marge Wentzel | 618 N 7th St | | | Sheyboygan | WI | 53081 | |
| Harris NA | Mina Garcia | 111 W Monroe St | | | Chicago | IL | 60603 | |
| Haywood Securities Inc | Tracy College | 400 Burrard St | Ste 2000 | | Vancouver | BC | V6C 3A6 | Canada |
| Hazlett Burt Watson | Timothy Bidwell | 1300 Chapline St | | | Wheeling | WV | 26003 | |
| Hill Thompson Magid & Co Inc | Frederick Lando | 15 Exchange Place | | | Jersey City | NJ | 07302 | |
| Hold Brothers On Line Investment Service | Richard Burke | 525 Washington Blvd | 14th Fl | | Jersey City | NJ | 07310 | |
| HSBC Bank USA NA IPB | William Heise | 452 Fifth Ave | 2nd Fl | | New York | NY | 10018 | |
| HSBC Bank USA National Association | | PO Box 1329 | | | Buffalo | NY | 14240 | |
| HSBC Bank USA National Association | Linda Ng | 140 Broadway | Level A | | New York | NY | 10015 | |
| HSBC Securities Canada Inc | Jaeger Barrymore | 105 Adelaide St | Ste 1200 | | Toronto | ON | M5H 1P9 | Canada |
| HSBC Securities USA Inc | Chris Armato | 1 West 39th St | | | New York | NY | 10018 | |
| Huntington Bank FBO Sers | Beverly Reynolds | 7 Easton Oval | EA4E62 | | Columbus | OH | 43219 | |
| Huntington National Bank | Rita Bolton | 7 Easton Oval   EA4 E78 | | | Columbus | OH | 43219 | |
| Huntington National Bank/FBO OH | Beverly Reynolds | 7 Easton Oval | EA4E62 | | Columbus | OH | 43219 | |
| Ingalls & Snyder LLC | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| Instinet Inc | Lauren Hammond | 875 Third Ave | 18th Fl | | New York | NY | 10022 | |
| Interactive Broker Retail Equity Clearing | Ken Hayden | 2 Pickwick Plz | 2nd Fl | | Greenwich | CT | 06830 | |
| Interactive Brokers LLC | Maria Tardio | 2 Pickwick Plaza | | | Greenwich | CT | 06830 | |
| Intrade LLC | Michael Deleo | 2 Rector St | Ste 1103 | | New York | NY | 10006 | |
| ITG Inc | Edward Moran | 380 Madison Ave | 4th Fl | | New York | NY | 10017 | |
| J P Morgan Clearing Corp | Vincent Marzella | One Metrotech Center North | 4th Fl | | Brooklyn | NY | 11201-3862 | |
| James I Black & Co | Jess G Tucker | 311 S Florida Ave | | | Lakeland | FL | 33801 | |
| Janney Montgomery Scott LLC | Michael Tse | 1801 Market St | 9th Fl | | Philadelphia | PA | 19103-1675 | |
| Jefferies & Co Inc | Joseph Porcello | Harborside Financial Center | 705 Plaza 3 | | Jersey City | NJ | 07311 | |
| JJB Hilliard WL Lyons Inc | Kevin Medico | c/o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| JP Morgan Securities Inc | Eric Alsop | 500 Stanton Christiana Rd | | | Newark | DE | 19713 | |
| JP Morgan Securities Inc Fixed | Sean Rooney | 500 Stanton Christiana Rd | Ops 4th Fl | | Newark | DE | 19713-2107 | |
| JP Morgan Securities Inc WF | Eric Alsop | 500 Stanton Christiana Rd | | | Newark | DE | 19713 | |
| JPMorgan Chase Bank / Prudential | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace  Malad W | | Mumbai | | 400 064 | INDIA |
| JPMorgan Chase Bank NA | Armando Morales | 14201 Dallas Pkwy | | | Dallas | TX | 75254 | |
| JPMorgan Chase Bank NA JPMO | Gary Gabrysh | 500 Stanton Christiana Rd | DE3 4680 | | Newark | DE | 19713 | |
| JPMorgan Chase Bank/Ahlinst | Nore Scarlett | 4 New York Plaza | | | New York | NY | 10004 | |
| JPMorgan Chase Bank/Correspondence C | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad W | | Mumbai | | 400 064 | INDIA |
| JPMorgan Chase Bank/IA | Sanjay Ghuliani | Paradigm  B Wing  Fl 6 | Mindspace  Malad  W | | Mumbai | | 400 064 | INDIA |
| JPMorgan Chase Bank/PCS Shared Services | Chris Buck | 340 South Cleveland Ave | Bldg 350 | | Westerville | OH | 43081 | |
| JPMorgan Chase Bank/Public Employees | Sanjay Ghuliani | Paradigm B Wing Fl 6 | Mindspace Malad  W | | Mumbai | | 400 064 I0000 | INDIA |
| JPMorgan Chase Bank/RBC | Jonathan Badner | 4 New York Plaza | 21st Fl | | New York | NY | 10004 | |
| JPMorgan Chase/JPMorgan International | Georgia Stanback | 4 New York Plaza | 21st Fl | | New York | NY | 10004 | |
| JPMorgan Invest LLC | Yasmine Casseus | c/o Etrade Clearing #0158 | 2 Journal Sq | 5th Fl | Jersey City | NJ | 07306 | |
| KeyBanc Capital Markets Inc | Ellen Gallagher | 4900 Tiedman | Mail Code OH 01 49 0230 | | Brooklyn | OH | 44114 | |
| Keybank National Association | Karen Bednarski | 4900 Tiedeman Rd | | | Brooklyn | OH | 44144 | |
| King C L & Associates Inc | Carrie Bush | 9 Elk St | | | Albany | NY | 12207 | |
| Koonce Securities Inc | G Sohan | 6550 Rock Spring Dr | Ste 600 | | Bethesda | MD | 20817 | |
| LaBranche & Co LLC | Kevin OSullivan | 33 Whitehall St | 7th Fl | | New York | NY | 10004 | |
| LaBranche Financial Services LLC | Chris Pomarico | 33 Whitehall St | | | New York | NY | 10004 | |
| Laurentian Bank of Canada | Sarah Quesnel | 1981 McGill College Ave | Ste 100 | | Montreal | QC | H3A 3K3 | Canada |
| Lazard Capital Markets LLC | Richard Weisberg | 30 Rockefeller Plaza | | | New York | NY | 10020 | |
| Legent Clearing c/o Mediant Communications | Vinny Missiano | 109 North 5th St | | | Saddle Brook | NJ | 07663 | |
| Lehman Brothers Inc | Jim Gardiner | 70 Hudson St | 10th Fl | | Jersey City | NJ | 07302 | |
| Lehman Brothers Inc / Equity Finance | Andre Verdermae | 101 Hudson St | 31st Fl | | Jersey City | NJ | 07302 | |
| LEK Securities Corporation | Daniel Hanuka | 140 Broadway | 29th Fl | | New York | NY | 10005 | |
| LPL Financial Corporation | Martha Strahan | 2810 Coliseum Centre Dr | 5th Fl | | Charlotte | NC | 28217 | |
| M&I Marshall & Ilsley Bank | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| MacAllaster Pitfield Mackay Inc | Dominick Liello | 30 Broad St | 26th Fl | | New York | NY | 10004 | |

Delphi Corporation
Beneficial Holders

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MacDougall MacDougall & Mactier | Joyce Millett | Place du Canada | Ste 2000 | | Montreal | QC | H3B 4J1 | Canada |
| Macquarie Capital USA Inc | Patrick Cermak | 125 West 55th St | 23rd Fl | | New York | NY | 10019 | |
| Manufacturers and Traders Trust Co | Stephen Schmidt | 1 M & T Plaza | 8th Fl | | Buffalo | NY | 14203 | |
| Manulife Securities Incorporated | Joseph Chau | 85 Richmond St West | | | Toronto | ON | M5H 2C9 | Canada |
| Maple Securities USA Inc | Mark Elliott | 10 Exchange Pl | Ste 2600 | | Jersey City | NJ | 07302 | |
| Marsco Investment Corporation | Karen Jacobsen | 101 Eisenhower Pkwy | | | Roseland | NJ | 07068 | |
| Merrill Lynch  Pierce  Fenner & Smith | Linda Morgan | 101 Hudson St | 9th Fl | | Jersey City | NJ | 07302 | |
| Merrill Lynch Canada Inc | Ahrenet Malakas | 181 Bay St | Ste 400 | | Toronto | ON | M5J 2V8 | Canada |
| Merrill Lynch Pierce Fenner & Smith | Henry Moralez | 101 Hudson St | 8th Fl | | Jersey City | NJ | 07302 | |
| Merrill Lynch Pierce Fenner & Smith | Veronica ONeil | 101 Hudson St 9th Fl | | | Jersey City | NJ | 07302 | |
| Merrill Lynch Professional Clearing | Romolo Catalano | 101 Hudson St | | | Jersey City | NJ | 07302-0000 | |
| Merrimack Valley Investment Inc | Dan Sullivan | 109 Merrimuck St | | | Haverhill | MA | 01830 | |
| Mesirow Financial Inc | Steve Rachke | 350 N Clark St | | | Chicago | IL | 60610 | |
| MF Global Inc | James Arenella | 717 Fifth Ave | 11th Fl | | New York | NY | 10022 | |
| MF Global Inc  Fixed Income | Jim Arenella | 717 5th Ave | | | New York | NY | 10022 | |
| MF Global Inc / MFL | James Arenella | 717 Fifth Ave | | | New York | NY | 10022 | |
| Mitsubishi UFJ Trust & Banking Corp | Richard Wenshoski | 420 Fifth Ave | 6th Fl | | New York | NY | 10018 | |
| Mizuho Trust & Banking Co | Robert Kowalewski | 666 Fifth Ave | | | New York | NY | 10103 | |
| MLPF&S MLIM Global Securities Fin | Ray Kartanowitz | 101 Hudson St | | | Jersey City | NJ | 07302 | |
| Morgan Keegan & Co Inc | Carol Antley | 50 North Front St | | | Memphis | TN | 38103 | |
| Morgan Stanley & Co Incorporated | Suzanne Mundle | 230 Harborside Financial Center | Plaza 2 7th Fl | | Jersey City | NJ | 07311 | |
| Morgan Stanley & Co Incorporated | Michelle Ford | 1000 Lancaster St | 3rd Fl | | Baltimore | MD | 21202 | |
| Morgan Stanley International Limited | Dan Spadaccini | 901 S Bond St | 6th Fl | | Baltimore | MD | 21231 | |
| MS Securities Services Inc | Michelle Ford | 1000 Lancaster St | 3rd Fl | | Baltimore | MD | 21202 | |
| Murphy & Durieu | James Goldin | 120 Broadway | | | New York | NY | 10271 | |
| National City Bank | Halle Staskey | 4100 West 150th St | | | Cleveland | OH | 44135 | |
| National Financial Services | Lou Trezza | 200 Liberty St | | | New York | NY | 10281 | |
| National Securities Clearing Corp | Kevin Brennar | 55 Water St | 22nd Fl | | New York | NY | 10041 | |
| National Securities Clearing Corp | Kevin Brennar | 55 Water St | 22nd Fl | | New York | NY | 10041 | |
| Natixis Bleichroeder Inc | John Clemente | 1345 Ave of the Americas | | | New York | Ny | 10105-3261 | |
| NBC Securities  Inc | Jeannette Beasley | 1927 First Ave North | | | Birmingham | AL | 35203 | |
| NBCN Inc | Daniel Ntap | 1010 Rue de la Gauchetiere St West | Ste 1925 | | Montreal | QC | H3B 5J2 | Canada |
| Newedge USA  LLC/Equity Clrg Div | Jay Spitzer | 630 Fifth Ave | Ste 500 | | New York | NY | 10111 | |
| Nomura International Trust Co | Patricia Lynch | 2 World Financial Center | Building B 7th Fl | | New York | NY | 10281 | |
| North American Clearing  Inc | Joe Luciano | 1060 Matland Center Commons | Ste 110 | | Matland | FL | 32751 | |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Bldg C1N | | Chicago | IL | 60607 | |
| Northern Trust Co   Safekeeping | Sue Stimac | 50 S LaSalle St | Level A | | Chicago | IL | 60675 | |
| NTC/UNJSPF | Joe Swanson | 801 S Canal C IN | | | Chicago | IL | 60607 | |
| Octeg  LLC | Robert Doebler | 141 W Jackson Blvd | | | Chicago | IL | 60604 | |
| Odlum Brown Ltd CDS | Ron Rak | 250 Howe St | Ste 1100 | | Vancouver | BC | V6C 3S9 | Canada |
| Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | | New York | NY | 10004 | |
| Optionsxpress Inc | Scott Johnson | 311 W Monroe St | | | Chicago | IL | 60606 | |
| Pacific Capital Bank NA | Linda Warden | 1020 Anacap St | | | Santa Barbara | CA | 93101 | |
| Penson Financial Services Can Inc | Monica Livingstone | 360 St Jacques West | 11th Fl | | Montreal | QC | H2Y 1P5 | Canada |
| Penson Financial Services Inc | Robert McPhearson | 330 Bay St Ste 711 | | | Toronto | ON | M5H 2S8 | Canada |
| Penson Financial Services Inc | Heather Beasley | 1700 Pacific Ave | Ste 1400 | | Dallas | TX | 75201 | |
| Perelman Carley & Associates Inc | Steve Perelman Prince | Twin Towers | 3000 Farnam St | | Omaha | NE | 68131 | |
| Pershing LLC Securities Corporation | Al Hernandez | 1 Pershing Plaza | | | Jersey City | NJ | 07399 | |
| Pflueger & Baerwald Inc | Patricia M Neys | 220 Sansome St | Ste 700 | | San Francisco | CA | 94104-2722 | |
| Philadelphia Depository Trust Co | Issuer Services | c/o ADP Proxy Services | 51 Mercedes Way | | Edgewood | NY | 11717 | |
| PI Financial Corp | Rob McNeil | 666 Burrard St | Ste 1900 | | Vancouver | BC | V6C 3N1 | Canada |
| Piper Jaffray & Co | John Obrien | 800 Nicollet Mall | J2012087 Recon Ctl | | Minneapolis | MN | 55402 | |
| PNC Bank NA | Eileen Blake | 8800 Tinicum Blvd | MS F6 F266 02 2 | | Philadelphia | PA | 19153 | |
| Primevest Financial Services  Inc | Mark Schouviller | 400 1st St South | | | St Cloud | MN | 56301 | |
| PWMCO LLC | Ted Hans | 311 S Wacker Dr | Fl 60 | | Chicago | IL | 60606 | |
| Qtrade Securities Inc | Joseph Chau | Ste 1920 One Bentall Centre | 505 Burrard St | | Vancouver | BC | V7X 1M6 | Canada |
| Raymond James & Associates Inc | Valerie Quick | 880 Carillion Pkwy | | | St Petersburg | FL | 33733 | |
| Raymond James & Associates Inc / Ray | Christine Pearson | PO Box 14407 | | | St Petersburg | FL | 33733 | |

Delphi Corporation
Beneficial Holders

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Raymond James Ltd/CDS | Aaron Steinberg | 333 Seymour St | Ste 800 | | Vancouver | BC | 5A6 5EBC | Canada |
| RBC Capital Markets Corp | Tara Olmanson | 510 Marquette Ave South | 10th Fl | | Minneapolis | MN | 55402 | |
| RBC Capital Markets Corporation | Tara Olmanson | 510 Marquette Ave South | 10th Fl | | Minneapolis | MN | 55402 | |
| RBC Dominion Securities Inc | Desiree Dmello | 277 Front St W | 4th Fl | | Toronto | ON | M5V 2X4 | Canada |
| RBC Dominion Securities Inc | Peter Drumm | 200 Bay St Royal Bk Plaza | North Tower 6th Fl | | Toronto | ON | M5J 2W7 | Canada |
| RBC Dominion Securities Inc | Desiree Dmello | PO Box 50 | | | Toronto | ON | M5V 2X4 | Canada |
| Regions Bank | Gregory Russ | 250 Riverchase Pkwy East | | | Birmingham | AL | 35244 | |
| Reliance Trust Co | Aaron Spivey | 3300 Northeast Expressway Bldg 1 | Ste 200 | | Atlanta | GA | 30341 | |
| Reliance Trust Company/SWMS1 | Ann Ecker | 7650 Magna Dr | | | Belleville | IL | 62223 | |
| Relliance Trust Co SWMS2 | Ann Ecker | 7650 Magna Dr | | | Belleville | IL | 62223 | |
| Research Capital Corporation | Tony Rodrigues | Ernst & Young Tower | Ste 1500 222 Bay St | | Toronto | ON | M5K 1J5 | Canada |
| Richards Merrill & Peterson Inc | Thomas McDonald | 422 West Riverside Ave | | | Spokane | WA | 99201-0367 | |
| Ridge Clearing & Outsourcing Solutions | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | |
| Robinson & Lukens Inc | Suzanne McQueeny | 1451 Dolly Madison Blvd | Ste 320 | | Mclean | VA | 22101 | |
| Romano Brothers & Company | Mary Kalamatianos | One Rotary Center | Ste 1300 | | Evanston | IL | 60201 | |
| Sanford C Bernstein & Co LLC | Tiffany Harris | One North Lexington Ave | | | White Plains | NY | 10601 | |
| Scotia Capital Inc | Normita Ramirez | PO Box 4085 | Station A | | Toronto | ON | M5W 2X6 | Canada |
| Scotia Capital USA Inc | Joe Laporta | One Liberty Plaza | 24th Fl | | New York | NY | 10006 | |
| Scottrade Inc | Terri Losche | 12855 Flushing Meadows Dr | | | St Louis | MO | 63131 | |
| SEI Private Trust Co | Dan Cwalina | One Freedom Valley Dr | | | Oaks | PA | 19456 | |
| SG AMERICA | Pete Scavone | 1221 Ave of the Americas | | | New York | NY | 10020 | |
| Smith Moore & Co | Barbara Kraft | 7777 Bonhomme St | Ste 2400 | | Clayton | MO | 63105 | |
| Southtrust Bank | Laura Richardson | 1525 W WT Harris Blvd | Mail Code D1116 04A | C/O Wachovia Bank #0929 | Charlotte | NC | 28269 | |
| Southwest Securities Inc | Christina Finzen | 1201 Elm St | Ste 3700 | | Dallas | TX | 75270 | |
| SSB  IBT/BGI | Tom Broderick | 1776 Heritage Dr | | | N Quincy | MA | 02171 | |
| SSB SPDRs | Joseph J Callahan | Global Corp Action Dept  JAB5W | PO Box 1631 | | Boston | MA | 02105-1631 | |
| SSB Trust Custody | Ed Chaney | 1200 Crown Colony Dr | | | Quincy | MA | 02169 | |
| State Street Bank & Trust Co | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| State Street Bank & Trust Co IBT | Tom Broderick | 1776 Heritage Dr | | | North Quincy | MA | 02171-0000 | |
| State Street Bank and Trust Co | Amanda Banta | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-2101 | |
| Stephens Inc | Linda Thompson | 111 Center St | 4th Fl | | Little Rock | AR | 72201-4402 | |
| Sterne Agee & Leach Inc | Maribeth Williams | 813 Shades Creek Pkwy | Ste 100 B | | Birmingham | AL | 35242 | |
| Sterne Agee & Leach Inc | Maribeth Williams | 813 Shades Creek Pkwy | Ste 100 B | | Birmingham | AL | 35242 | |
| Stifel Nicolaus & Co Inc | Chris Wiegand | 501 N Broadway | 7th Fl | | St  Louis | MO | 63102 | |
| Stockcross Financial Services  Inc | Eleanor Pimentel | 77 Summer St | 2nd Fl | | Boston | MA | 02210 | |
| Suntrust Bank | Julia Colantuono | PO Box 105504 | Center 3141 | | Atlanta | GA | 30348-5504 | |
| Sweney Cartwright & Co | Laura Chapman | 17 S High St | Rm 300 | | Columbus | OH | 43215 | |
| TD Ameritrade Clearing Inc | Gary Swain | 1005 Ameritrade Pl | | | Bellevue | NE | 68005 | |
| TD Waterhouse Canada Inc | Beverly Adams | 60 North Windplace | | | Scarborough | ON | M1S 3A7 | Canada |
| Terra Nova Financial LLC | Paul Wascher | 100 S Wacker Dr | Ste 1550 | | Chicago | IL | 60606 | |
| Texas Treasury Safekeeping Trust | Janie Dominguez | 208 E 10th St | Rm 410 | | Austin | TX | 78710 | |
| The Bank of New York Mellon | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon | Susan Karafa | BNY Asset Servicing | 525 William Penn Pl Ste 0400 | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon | Migdalia Jimenez | One Wall St | 6th Fl | | New York | NY | 10286 | |
| The Bank of New York Mellon / Charles | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon / TD Bank | Mike Scarry | One Wall St | | | New York | NY | 10286 | |
| The Bank of New York Mellon ITC Deal | Jennifer Cannon | One Wall St | 4th Fl | | New York | NY | 10015 | |
| The Bank of New York Mellon/Barclay | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon/Barclays | Mike Scarry | One Wall St | | | New York | NY | 10286 | |
| The Bank of New York Mellon/BZW Sec | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon/CACEIS | Michael Kania | 525 William Penn Pl | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon/Dbag Lon | Donna Steinman | One Wall St | | | New York | NY | 10286 | |
| The Bank of New York Mellon/DBTC Ame | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon/First Tr | Michael Kania | 525 William Penn Pl | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon/HIBSB | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon/HVB Clea | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of New York Mellon/SPDR | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| The Bank of Nova Scotia Taxable Acct | Letty Echevarria | 23rd Fl 40 King St West | Scotia Plaza | | Toronto | ON | M5H 1H1 | Canada |

Delphi Corporation
Beneficial Holders

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| The Bank of Nova Scotia WMF | Arlene Agnew | 44 King St West | Scotia Plaza | | Toronto | ON | M5H 1H1 | Canada |
| The Depository Trust Co | Tom Campanilli | 55 Water St | 25th Fl | | New York | NY | 10004 | |
| Timber Hill LLC | Maria Tardio | 1 Pickwick Plaza | | | Greenwich | CT | 06830 | |
| TradeStation Group Inc | Herbert Walton | 8050 SW 10th St | Ste 4000 | | Plantation | FL | 33324 | |
| Tradition Asiel Securities Inc | Emil Soldati | 75 Park Place | 4th Fl | | New York | NY | 10007 | |
| Trust Industrial Bank | Brett Davis | 717 17th St | Ste 21 | | Denver | CO | 80202 | |
| Trustmark National Bank | Ralph Clark | 248 East Capital St | Ste 580 | | Jackson | MS | 39201 | |
| UBS AG Stamford Branch/as Custodian | Michael Marciano | 677 Washington St | 9th Fl | | Stamford | CT | 06901 | |
| UBS Financial Services LLC | Jane Flood | 1200 Harbor Blvd | | | Weehawken | NJ | 07086 | |
| UBS Securities LLC | John Malloy | 480 Washington Blvd | | | Jersey City | NJ | 07310 | |
| UBS Securities LLC/Securities Lending | Joseph Somma | 677 Washington Blvd | | | Stamford | CT | 06902 | |
| UMB Bank National Association | Corporate Actions | 928 Grand Blvd | | | Kansas City | MO | 64106 | |
| Union Bank & Trust Co | Tammy Engle | c o Proxytrust | PO Box 11126 | | Hauppauge | NY | 11788-0934 | |
| Union Bank of California NA | Maria Bragge | 350 California St | 8th Fl | | San Francisco | CA | 94104 | |
| Union Securities Ltd / CDS | Brooke Odenvald | 700 W Georgia St Ste 900 | PO Box 10341 Pacific Centre | | Vancouver | BC | V7Y 1HBC | Canada |
| US Bancorp Investments Inc | Kathy Dabruzzi | 60 Livingston Ave | EP MN WN2H | | St Paul | MN | 55107-1419 | |
| US Bank NA | Tim Randall | 1555 N Rivercenter Dr | Ste 302 | | Milwaukee | WI | 53212 | |
| USAA Investment Management Co | Joyce Wilson | HOA02W B1 | 9800 Fredericksburg Rd | | San Antonio | TX | 78288 | |
| Vanguard Marketing Corporation | John Clemente | 1345 Ave of the Americas | | | New York | NY | 10105-4300 | |
| Vision Financial Markets LLC | Howard Brunn | 4 High Ridge Park | Ste 100 | | Stamford | CT | 06905-0000 | |
| W H Reaves & Co Inc | Sheryl Woods | 10 Exchange Place | | | Jersey City | NJ | 07302 | |
| Wachovia Bank N A | Victoria Stewart | 1525 W WT Harris Blvd | | | Charlotte | NC | 28262-8522 | |
| Wachovia Bank NA | Tim Randall | Attn Securities Control | 1555 N Rivercenter Dr Ste 302 | | Milwaukee | WI | 53212 | |
| Wachovia Capital Markets LLC | Steve Turner | 301 S College St | | | Charlotte | NC | 28288 | |
| Wachovia Securities | Finessa Rosson | One North Jefferson St | | | St Louis | MO | 63103 | |
| Wachtel & Co Inc | Charles Zier | 1101 14th St NW #800 | | | Washington | DC | 20005 | |
| Wedbush Morgan Securities Inc | Hermon Alem | 1000 Wilshire Blvd | | | Los Angeles | CA | 90017 | |
| Wells Fargo | Bill Stephenson | One North Jefferson Ave | | | St Louis | MO | 63103 | |
| Wells Fargo | Kristie Daniel | One North Jefferson Ave | | | St Louis | MO | 63103 | |
| Wells Fargo Bank National Association | Kevin St Louis | 733 Marquette Ave | MAC N9306 057 5th Fl | | Minneapolis | MN | 55402 | |
| Wells Fargo Bank/Safekeeping Service | Kent Amsbaugh | 733 Marquette Ave South | | | Minneapolis | MN | 55479 | |
| Wells Fargo Brokerage Services LLC | Kent Amsbaugh | 608 Second Ave South | 5th Fl | | Minneapolis | MN | 55479 | |
| Wells Fargo Investments LLC | Chris Thompson | 625 Marquette Ave | 13th Fl | | Minneapolis | MN | 55402-2308 | |
| Wesbanco Bank Inc | Cindy Bowman | c/o Trust Operations | One Bank Plaza | | Wheeling | WV | 26003 | |
| William Blair & Co LLC | Mariusz Niedbalec | 222 West Adams St | | | Chicago | IL | 60606 | |
| Wilmington TrustCo | Carolyn Nelson | Rodney Square N | 1199 N Market St | | Wilmington | DE | 19890-2212 | |
| Wilson Davis & Co Inc | Bill Walker | 236 South Main St | | | Salt Lake City | UT | 84101 | |
| Wolfe & Hurst Bond Brokers Inc | Vincenta Wolfe | 30 Montgomery St | | | Jersey City | NJ | 07302 | |
| Wolverton Securities Ltd | Irene Dunn | 777 Dunsmuir St | 17th Fl | | Vancouver | BC | V7Y 1J5 | Canada |
| Wulff Hansen & Co | Frank L Villegas | 201 Sansome St | | | San Francisco | CA | 94014 | |
| Zions Direct Inc | Aaron Lindhardt | 1 South Main St | Ste 1340 | | Salt Lake City | UT | 84111 | |
| Ziv Investment Co | James Griegel | 141 W Jackson Blvd | | | Chicago | IL | 60604 | |