# EXHIBIT E

Delphi Corporation
Securities Depositories and Nominees

| Company | Email |
|---|---|
| Bloomberg | release@bloomberg.net |
| Clearstream International SA | OCA@Clearstream.com |
| Credit Suisse Securities (USA) LLC | list.amnycactionfixed@credit-suisse.com |
| Deutsche Bank Securities Inc | jamaal.grier@db.com |
| | william.lowney@db.com |
| | melinda.channing@db.com |
| | john.fawcett@db.com |
| | leonard.glass@db.com |
| | gregory.workman@db.com |
| Euroclear Bank S.A./N.V. | equdr@euroclear.com |
| Goldman Sachs & Co | GS-as-ny-proxy@ny.email.gs.com |
| | Vanessa.camardo@gs.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| | Intl.crcsu@jpmorgan.com |
| Lehman Brothers, Inc | OpsCAProxyVoting@lehman.com |
| Mediant Communications | documents@mediantonline.com |
| Northern Trust Company | cs_notifications@ntrs.com. |
| SIS SegaInterSettle AG | corpactionsoverseas.group@sisclear.com |
| State Street Bank and Trust Company | aebanta@statestreet.com |
| | drtopjian@statestreet.com |
| | scpolizio@statestreet.com |
| | jkkyan@statestreet.com |
| The Bank of New York Mellon | david.boggs@bnymellon.com |
| | Migdalia.Jimenez@bnymellon.com |
| | celia.abdel-salam@bnymellon.com |
| The Canadian Depository | SIES-CA_info%CDSNOTES@CDS.CA |
| The Depository Trust Co | gcabusiness.support@dtcc.com |
| | cscotto@dtcc.com |
| | reorgannouncements@dtcc.com |
| | lensnotices@dtcc.com |
| | ehaiduk@dtcc.com |
| UBS Securities LLC | OL-EVENTMANAGEMENT@ubs.com |