USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
WILMINGTON TRUST COMPANY,                    :
AS INDENTURE TRUSTEE,                        :
                                             :
                Appellant                    :       Case No. 06-CV-6286 (LBS)
                                             :
v.                                           :       **STIPULATION**
                                             :
DELPHI CORPORATION, et al.,                  :
                                             :
                Appellees.                   :
-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the

within appeal, by their undersigned counsel, that the within appeal be and it hereby is dismissed

with prejudice, without costs to either party.

Dated: New York, New York
       October 9, 2009


K&L GATES LLP

By: _____
    Edward M. Fox
    A Member of the Firm
Attorneys for Appellant Wilmington Trust
Company, as Indenture Trustee
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _____
    Albert L. Hogan, III
    A Member of the Firm
Attorneys for Appellees,
Delphi Corporation, et al.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285
(312) 407-0700


SO ORDERED.

_____   Date: 10/14/09
United States District Judge