# LAW OFFICES

## ALFRED N. KRAMER

### ATTORNEY AT LAW

(410) 273-7924

FAX (443) 360-4056  
E-MAIL alfredorad@gmail.com

ALFRED NEIL KRAMER, PC  
824 COUNTRY CLUB ROAD  
HAVRE de GRACE, MD 21078

October 5, 2009

Clerk,  
United States Bankruptcy Court  
Southern District of New York  
615-3 Alexander Hamilton Custom House  
One Bowling Green  
New York, New York 10004-1408

RE: Delphi Corporation, et al., Chapter 11  
Case No. 05-44481-(RDD)

*[RECEIVED OCT 13 U.S. BANKRUPTCY COURT, SDNY stamp]*

Dear Madam or Sir:

My office has received notices regarding the above-referenced bankruptcy.

Kindly provide me with a list of the creditors in this case.

Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Alfred Neil Kramer  
Attorney at Law

ANK:ss