**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirty-Sixth Omnibus Claims Objection**

### Exhibit B - Duplicate SERP Claims

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 15823 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 15827 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 08/09/2006 | | Date Filed: 08/09/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: $10,000.00 | | Priority: $10,000.00 |
| FUKUDA MARGARET M | Administrative: | FUKUDA MARGARET M | Administrative |
| | Unsecured: UNL** | | Unsecured: UNL** |
| | Total: $10,000.00 | | Total: $10,000.00 |
| Claim: 15824 | Debtor: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) | Claim: 15827 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 08/09/2006 | | Date Filed: 08/09/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: $10,000.00 | | Priority: $10,000.00 |
| FUKUDA MARGARET M | Administrative: | FUKUDA MARGARET M | Administrative |
| | Unsecured: UNL** | | Unsecured: UNL** |
| | Total: $10,000.00 | | Total: $10,000.00 |
| Claim: 12115 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 12124 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | | Date Filed: 07/28/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: UNL** | | Priority: UNL** |
| GOODMAN THOMAS D | Administrative: | GOODMAN THOMAS D | Administrative: |
| | Unsecured: UNL** | | Unsecured: |
| | Total: UNL** | | Total: UNL** |

**Total Claims To Be Expunged:** 3

**Total Asserted Amount To Be Expunged:** $20,000.00

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.