05-44481-rdd    Doc 18983-3    Filed 10/15/09    Entered 10/15/09 21:27:45    Exhibit C
Pg 1 of 5

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Sixth Omnibus Claims Objection

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALL NIGHT AUTO<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11992 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALL NIGHT AUTO 111 AURORA<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11997 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALL NIGHT AUTO BLOOMINGTON IL<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11994 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALL NIGHT AUTO IBSS<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11996 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALL NIGHT AUTO OKLAHOMA CITY<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11995 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALL NIGHT AUTO TEMPE<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11993 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALL NIGHT AUTO TINLEY PARK<br>TOVA SHABAN<br>2000 TOWN CTR NO 1500<br>SOUTHFIELD, MI 48075 | 12000 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALL NIGHT AUTO TRAINING FAC<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11999 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |

\*    "UNL" denotes an unliquidated claim.

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALL NIGHT AUTO TROY<br>TOVA SHABAN<br>2000 TOWN CENTER NO 1500<br>SOUTHFIELD, MI 48075 | 11998 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ALYCIA T WRIGHT AND JAMIE E WRIGHT JT TEN<br>800 RED MILLS RD<br>WALLKILL, NY 12589 | 15891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $747.00<br>Total: $747.00 | 08/09/2006 | DELPHI CORPORATION (05-44481) |
| AUTOALLIANCE INTERNATIONAL INC<br>TIMOTHY A FUSCO<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 38226 | 15330 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| AUTOALLIANCE INTERNATIONAL INC<br>TIMOTHY A FUSCO<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 38226 | 15332 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| AUTOALLIANCE INTERNATIONAL INC<br>TIMOTHY A FUSCO<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 38226 | 15331 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DAEWOO MOTOR CO LTD<br>C/O MARK S FAULKNER ESQ<br>LEE HONG DEGERMAN KANG & SCHMADEKA<br>801 S FIGUEROA ST 12TH FL<br>LOS ANGELES, CA 90012 | 12214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,000,000.00<br>Total: $16,000,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INTERIORS S DE RL DE CV<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15517 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHNSON CONTROLS LP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15529 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS LP<br>STEPHEN BOBO<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 15528 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KIA MOTORS CORPORATION<br>ATTN PETER J FAZIO<br>AARONSON RAPPAPORT<br>FEINSTEIN & DEUTSCH LLP<br>757 THIRD AVE<br>NEW YORK, NY 10017 | 14315 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,418.87<br>Total: $25,418.87 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF AMERICAN ONLINE INC<br>AS AGENT FOR SPCP GROUP LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 9882 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $969,141.63<br>Total: $969,141.63 | 07/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LOCKHEED MARTIN CORPORATION<br>THOMAS O BEAN ESQ<br>MCDERMOTT WILL & EMERY LLP<br>28 STATE ST<br>BOSTON, MA 02109 | 15606 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,185,084.00<br>Total: $1,185,084.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MERCEDES BENZ US INTERNATIONAL INC<br>MICHAEL LEO HALL<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3100<br>BIRMINGHAM, AL 35203 | 14911 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| MERCEDES BENZ US INTERNATIONAL INC<br>MICHAEL LEO HALL<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3100<br>BIRMINGHAM, AL 35203 | 14904 | Secured: $415,674.28<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $415,674.28 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 18983-3    Filed 10/15/09    Entered 10/15/09 21:27:45    Exhibit C

In re Delphi Corporation, et al.                Pg 4 of 5              Thirty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MERCEDES BENZ US INTERNATIONAL INC<br>MICHAEL LEO HALL<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3100<br>BIRMINGHAM, AL 35203 | 14909 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| MERCEDES BENZ US INTERNATIONAL INC<br>MICHAEL LEO HALL<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3100<br>BIRMINGHAM, AL 35203 | 14908 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MERCEDES BENZ US INTERNATIONAL INC<br>MICHAEL LEO HALL<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3100<br>BIRMINGHAM, AL 35203 | 14907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MERCEDES BENZ US INTERNATIONAL INC<br>MICHAEL LEO HALL<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3100<br>BIRMINGHAM, AL 35203 | 14910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| MERCEDES BENZ US INTERNATIONAL INC<br>MICHAEL LEO HALL<br>BURR & FORMAN LLP<br>420 N 20TH ST STE 3100<br>BIRMINGHAM, AL 35203 | 14906 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| MIDNIGHT AUTO FRANCHISE CORP<br>TOVA SHABAN<br>2000 TOWN CENTER 1500<br>SOUTHFIELD, MI 48075 | 12001 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>MICHELLE T SUTTER<br>OHIO ATTORNEY GENERAL ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS, OH 43215-3400 | 15346 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd   Doc 18983-3   Filed 10/15/09   Entered 10/15/09 21:27:45   Exhibit C

In re Delphi Corporation, et al.                Pg 5 of 5                Thirty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OHIO ENVIRONMENTAL PROTECTION AGENCY MICHELLE T SUTTER OHIO ATTORNEY GENERAL ENVIRONMENTAL ENFORCEMENT SECTION 30 E BROAD ST 25TH FL COLUMBUS, OH 43215-3400 | 15347 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| STATE OF CALIFORNIA DEPT OF SUBSTANCES CONTROL SARAH E MORRISON DEPUTY ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL 300 S SPRING ST LOS ANGELES, CA 90013 | 12168 | Secured: Priority: Administrative: Unsecured: Total: | $8,377,744.00 $8,377,744.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VOLKSWAGEN DE MEXICO SA DE CV AUTOPISTA MEXICO PUEBLA KM 116 ALMECATLA CUAUTLANCINGO PUEBLA, 72008 MEXICO | 12204 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **32** | | **$26,973,809.78** | | |

\*   "UNL" denotes an unliquidated claim.