Exhibit C - Books And Records Claims

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALICE BETISLE<br>3417 BENT OAK HWY<br>ADRIAN, MI 49221 | 18251 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| ANTHONY P TRETER<br>7143 W 48 RD<br>CADILLAC, MI 49601-5053 | 17161 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION<br>(05-44481) |
| ANTOINE DAVIS SR<br>1814 PERKINS<br>SAGINAW, MI 48601 | 18545 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| ANTOINE DAVIS SR<br>1814 PERKINS<br>SAGINAW, MI 48601 | 18257 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| ANTOINE DAVIS SR<br>1814 PERKINS ST<br>SAGINAW, MI 48601 | 18744 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| AOL LLC<br>TIFFANY STRELOW COBB ESQ<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 18609 | Secured:<br>Priority:<br>Administrative: $560,911.50<br>Unsecured:<br>Total: $560,911.50 | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |
| ARNOLD E LAKES<br>4050 W DODGE RD<br>CLIO, MI 48420 | 19079 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| BARBARA JO LAFRENIER<br>10238 E DODGE RD<br>OTISVILLE, MI 48463 | 16956 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BOOKER THOMAS JR<br>3239 BIRCH LN DR<br>FLINT, MI 48504-1203 | 18779 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CAROL ANN HARVEY LIGHT<br>7315 PARKWOOD DR<br>FENTON, MI 48430 | 18429 | Secured:<br>Priority:<br>Administrative: $18,470.00<br>Unsecured:<br>Total: $18,470.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br>ATTN WILHELMINA BERGLAND BANKRUPTCY AND COLLECTIONS<br>900 COTTAGE GROVE ROAD B6LPA<br>HARTFORD, CT 06152 | 18660 | Secured:<br>Priority:<br>Administrative: $47,153.91<br>Unsecured:<br>Total: $47,153.91 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br>ATTN WILHELMINA BERGLAND BANKRUPTCY AND COLLECTIONS<br>900 COTTAGE GROVE ROAD B6LPA<br>HARTFORD, CT 06152 | 18659 | Secured:<br>Priority:<br>Administrative: $10,929,442.74<br>Unsecured:<br>Total: $10,929,442.74 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| DALPHINE D LAYTON MIRCE<br>68 WOODWARD DR<br>SAGINAW, MI 48601 | 17402 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DALPHINE D LAYTON MIRCE<br>DALPHINE D LAYTON<br>68 WOODWARD DR<br>SAGINAW, MI 48601 | 17401 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DANNIS LEE TOBIN<br>5335 ACORN LN<br>PRESCOTT, MI 48756 | 17340 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DAWN TANCEUSZ RAMBERG<br>1508 HUNTINGTON LN<br>DAVISON, MI 48423 | 17658 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

### Exhibit C - Books And Records Claims

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DAWN TANCEUSZ RAMBERG<br>1508 HUNTINGTON LN<br>DAVISON, MI 48423 | 17626 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| DAWN TANCEUSZ RAMBERG<br>1508 HUNTINGTON LN<br>DAVISON, MI 48423 | 17437 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| DAYTON GOODRICH<br>3602 ROYAL OAK DR<br>FAIRVIEW, MI 48621 | 16957 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| DORIS FARZIER<br>624 S WARREN AVE<br>SAGINAW, MI 48607 | 18587 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |
| EARTHA LOGAN<br>2121 CANNIFF ST<br>FLINT, MI 48504 | 18836 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| EDMOND TAYLOR JR<br>41 S SO 9TH ST<br>SAGINAW, MI 48601 | 17419 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| EFAYE TRIPLETT<br>811 W ALMA<br>FLINT, MI 48505 | 18213 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| ELIZABETH E EVERETT TROYER<br>124 MASON ST<br>ADDISON, MI 49220 | 16907 | Secured:<br>Priority:<br>Administrative: $104,000.00<br>Unsecured:<br>Total: $104,000.00 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ELMER TAPPEN JR<br>4472 BARD RD<br>BEAVERTON, MI 48612-9740 | 17620 | Secured:<br>Priority:<br>Administrative: $499.00<br>Unsecured:<br>Total: $499.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| GORDON B QUACKENBUSH<br>5566 S REIMER<br>BRIDGEPORT, MI 48722 | 17561 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO<br>C O PETER M ACTON JR<br>MCDERMOTT WILL & EMERY LLP<br>28 STATE ST<br>BOSTON, MA 02109 | 19065 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO<br>C O PETER M ACTON JR<br>MCDERMOTT WILL & EMERY LLP<br>28 STATE ST<br>BOSTON, MA 02109 | 19064 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HERMAN RIDGELL JR<br>1165 YALE DR<br>OXFORD, MI 48371 | 18970 | Secured:<br>Priority:<br>Administrative: $175,000.00<br>Unsecured:<br>Total: $175,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JAMES EDLINGER<br>2028 ADAMS BLVD<br>SAGINAW, MI 48602 | 18343 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JANET GILL<br>1550 DIXON RD<br>CARO, MI 48723-8800 | 17538 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| JOHN D POLZIN<br>944 WHITE MOUNTAIN DR<br>SHOW LOW, AZ 85901 | 16990 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN PAUL SIMPSON<br>2385 S FENNER RD<br>CARO, MI 48723 | 16958 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| JULIAN BASQUEZ JR<br>2515 PACKARD RD<br>SAND CREEK, MI 49279 | 17659 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| JULIAN BASQUEZ JR<br>2515 PACKARD RD<br>SAND CREEK, MI 49279 | 17660 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| KATHRYN ELLEN LOISELLE<br>14074 N NICHOLS RD<br>MONTROSE, MI 48457 | 18809 | Secured:<br>Priority:<br>Administrative: $644.00<br>Unsecured:<br>Total: $644.00 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| KENNETH M TESTER<br>C O SUSAN M COOK<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | 18951 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| KERRY KOZEL<br>16367 OAKLEY RD<br>CHESANING, MI 48616-9506 | 17180 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION<br>(05-44481) |
| KYLE EARLINE SHAGENA<br>2607 SPIELMAN RD<br>ADRIAN, MI 49221 | 16947 | Secured:<br>Priority:<br>Administrative: $583.50<br>Unsecured:<br>Total: $583.50 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| LINDA WILSON<br>7437 WOERNER RD<br>ADRIAN, MI 49221 | 16944 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

### Exhibit C - Books And Records Claims

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LORENE HAYNES<br>932 KENSINGTON AVE<br>FLINT, MI 48503 | 17321 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| LYDIA ANN BASHANS<br>PO BOX 2434<br>SAGINAW, MI 48605 | 17749 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| MAUREEN TORREANO<br>3317 BEECHER RD<br>FLINT, MI 48503 | 17614 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHAEL A MEKELLAR<br>4730 N GRAHAM RD<br>FREELAND, MI 48623 | 18763 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHAEL WOODROW<br>NEAL J WILENSKY ATTORNEY AT LAW<br>6500 CENTURION STE 230<br>LANSING, MI 48917 | 18379 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| MONICA BERNADETE SOUZA<br>4950 E BUDLONG ST<br>ANAHEIM, CA 92807 | 18327 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| MS ROBERTA K JACKSON<br>3296 MYSYLVIA DR<br>SAGINAW, MI 48601 | 17230 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/02/2009 | DELPHI CORPORATION<br>(05-44481) |
| NANCY SHEFFER ERWIN<br>37562 WILDERNESS DR<br>ONTONAGON, MI 49953 | 18833 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NEWSOUTH NEUROSPINE<br>ANDREW JAMES<br>1202 CHESTNUT ST<br>VICKSBURG, MS 39183 | 18830 | Secured:<br>Priority:<br>Administrative: $4,350.00<br>Unsecured:<br>Total: $4,350.00 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| NICKOLAS GERALD MORNINGSTAR<br>235 FOXCATCHER DR<br>MYRTLE BEACH, SC 29588 | 17508 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |
| PATRICIA A CAMPBELL<br>98 COURTLY CIR<br>ROCHESTER, NY 14615 | 16937 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| PATSY A JOHNSON<br>6617 BELLTREE LN<br>FLINT, MI 48504-1649 | 18208 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| PAUL S LOISELLE<br>14074 N NICHOLS RD<br>MONTROSE, MI 48457-9433 | 18804 | Secured:<br>Priority:<br>Administrative: $644.00<br>Unsecured:<br>Total: $644.00 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| PAULETTE COLLEEN RIGDA<br>5148 CANADA RD<br>BIRCH RUN, MI 48415 | 17567 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |
| RAY SHORT JR<br>5333 COLUMBIA<br>CLARKSTON, MI 48346 | 17175 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION<br>(05-44481) |
| RENE REDDINGTON HELTON<br>PO BOX 7922<br>FLINT, MI 48507 | 17996 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/02/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RICHARD A SKRZELA<br>7375 W VIENNA RD<br>CLIO, MI 48420-9448 | 18470 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| ROBERT VAN JAARSVELD<br>17939 BRIARWOOD<br>MACOMB, MI 48044 | 18186 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| ROBERT VAN JAARSVELD<br>17939 BRIARWOOD<br>MACOMB, MI 48044 | 18187 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| RONALD C NICHOLS<br>7 MAUMEE CT<br>ADRIAN, MI 49221 | 18359 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| ROSA D HYATT<br>4068 SQUIRE HILL DR<br>FLUSHING, MI 48433 | 18942 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| RUTH ANN ROBINSON<br>2105 TITTABAWASSEE<br>HEMLOCK, MI 48626 | 17407 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| SANDERS<br>5026 E HOLLAND<br>SAGINAW, MI 48601 | 17775 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| SCOTT HAENLEIN<br>13308 W CENTRAL AVE<br>SWANTON, OH 13558 | 16976 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

Exhibit C - Books And Records Claims

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHELBYE B HOBBS<br>PO BOX 291<br>TANNER, AL 35671-0291 | 17116 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| SUNRISE MEDICAL INC<br>C/O PHILIP J GIACINTI JR<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>530 B ST STE 2100<br>SAN DIEGO, CA 92101 | 18669 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$37,000,000.00<br><br>$37,000,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| TERRI BEARD WILT<br>2418 WILLOWDALE<br>BURTON, MI 48509 | 18201 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| TERRY DEAN COUTCHER<br>7129 S VASSAR RD<br>VASSAR, MI 48768 | 17172 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| TERRY S FRENCH RICE<br>612 N STATE RD NO 123<br>DAVISON, MI 48423 | 18218 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| TERRY W GOLLADAY<br>414 W OLIVER ST<br>OWOSSO, MI 48867-2252 | 17808 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| TONIA MARTINEAU<br>9359 FAIR LN<br>FREELAND, MI 48623 | 17762 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| W W HILLMAN JR<br>235 W NORWAY LAKE RD<br>LAPEER, MI 48446 | 17692 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 18984-3    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit C
Pg 10 of 10

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Seventh Omnibus Claims Objection

**Exhibit C - Books And Records Claims**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WILLIAM R LUCIO SR<br>9700 GARY<br>CHESANING, MI 48616 | 16945 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |

**Total:** 73    **$48,841,698.65**

\*    "UNL" denotes an unliquidated claim.