**In re Delphi Corporation, et al.**    **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALAN STITES | 17337 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ALFRED RAINEY | 17993 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$18,002,250.00<br><br>$18,002,250.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| ALLEN W BESEY | 18482 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$598,186.00<br><br>$598,186.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ALMENON HANBACK | 17044 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| ANNETTE D BELL | 17585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ANTHONY FAMA | 16877 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| ARNOLD J SENGER | 17324 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,784,675.80<br><br>$1,784,675.80 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ARTHUR ESPINOZA | 18814 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$133,937.00<br><br>$133,937.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    Thirty-Seventh Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**Exhibit F - Pension, Benefit, And OPEB Claims**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARTHUR PSCHEIDL | 18551 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/05/2009 | DELPHI CORPORATION (05-44481) |
| AUDREY AMORT | 18242 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$105,672.90<br><br>$105,672.90 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BERTHA TELLIS | 18949 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$196.76<br><br>$196.76 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BETTY B SINGLETON | 17622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| BETTY JO SANGER | 17431 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| BETTY L VANHOVE | 17010 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| BOND LORRAINE M | 17231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| BRIDGET RENA PETTY | 16986 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRUCE F JAMES | 17119 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,514.48<br><br>$10,514.48 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| CARLA J MUIR | 17984 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$15,084.24<br><br>$15,084.24 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| CARLA S UPCHURCH | 16959 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| CAROL A PEPPER | 19122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CAROL M STACY | 17204 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$377,659.80<br><br>$377,659.80 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| CAROLYN WASHINGTON | 17964 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL A SHORT | 17131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL HUFF | 17134 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHERYL JOHNSTONE | 16961 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| CHRISTOPHER J ENCISO | 18546 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CLARIAN NORTH MEDICAL CENTER - PATRICIA A RODGERS | 18423 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,243.25<br><br>$4,243.25 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CONSTANCE BJ MCCOWAN | 17352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| CONSTANCE M SZYMCZAK KENNETH SZYMCZAK DECEASED | 18305 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$329,160.00<br><br>$329,160.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CURTIS OSCAR LERDAHL | 17252 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$42,600.00<br><br>$42,600.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| DALE B THOMPSON | 18891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DANA L ANDERSON | 18557 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

*        The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**Exhibit F - Pension, Benefit, And OPEB Claims**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DANNY L EBERG SR | 17012 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DARREL W ONEIL | 17707 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$567,000.00<br><br>$567,000.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| DARRYL PEGG | 17451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DAVID E GRAGIS | 17669 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| DAVID E INLOW | 16876 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| DAVID M HENDRICKSON | 17007 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$191,700.00<br><br>$191,700.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DAVID M HENDRICKSON | 17008 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,600,000.00<br><br>$1,600,000.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DAVID WAYNE LIMMER | 16896 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**

**Thirty-Seventh Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEBRA KAYE COX | 18826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$384.75<br><br>$384.75 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DEBRA S NEBLO | 18767 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DENNIS KEITH BIRONAS | 17024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DIANE JENSEN | 17518 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DONALD FISH | 18530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$43,150.01<br><br>$43,150.01 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DONNA BURNHAM | 18813 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DORTHY G SCHMITT | 17000 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DOUGLAS C WOLFGRAM | 18481 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**           **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DOUGLAS L LIECHTY | 18278 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DOUGLAS W EDNEY | 17211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$570,200.00<br><br>$570,200.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| DWIGHT L GOODIN | 16967 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,397,138.50<br><br>$1,397,138.50 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| EDWARD L ERVIN | 17446 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| EDWARD P KORCHNAK | 17209 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,529.08<br><br>$1,529.08 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| ELIZABETH M BROWN | 18289 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ERNEST F GASSMANN | 17636 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| ESTHER M MANHECTZ | 18564 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FRANCES A CICERO | 18480 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $63,260.00<br><br>$63,260.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| FRANCIS J KRAMER | 17672 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| FRANK C SETLIK | 17159 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,381.00<br><br>$4,381.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| FRANK E BRYANT JR | 17880 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| FRANK J BLASIOLI | 18553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,154.12<br><br>$4,154.12 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| FRANK X BUDELEWSKI | 18087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| FRED DYAR JR | 17002 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,284.89<br><br>$20,284.89 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| FREDDIE SWAIN | 18532 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                                    **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FREDERICK P ARNDT | 18682 | Secured: Priority: Administrative: Unsecured: Total: | $2,410,000.00 $2,410,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| GARY D WILSON | 18478 | Secured: Priority: Administrative: Unsecured: Total: | $13,397.50 $13,397.50 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| GARY L HALBACH | 17849 | Secured: Priority: Administrative: Unsecured: Total: | $819,000.72 $819,000.72 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| GEORGE J SLETROLD | 18461 | Secured: Priority: Administrative: Unsecured: Total: | $900,960.00 $900,960.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| GERALD W CROSS | 18725 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| GERALD W CROSS | 17817 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| GLENDA FERRELL ROLAND | 17592 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| GROVER W PRESTON | 18534 | Secured: Priority: Administrative: Unsecured: Total: | $1,659.92 $1,659.92 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**    Thirty-Seventh Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GWANICE JACKSON | 18028 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| HAL JAMES HALVERSON | 18726 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$72,408.74<br><br>$72,408.74 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| HILLERT PAUL G | 18697 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| IRENE M COLLINS | 17021 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JACELYN R SOBEK | 17132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$644.00<br><br>$644.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| JACK GASTON | 18365 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JAMES A LUECKE | 17081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$159,000.00<br><br>$159,000.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| JAMES A SPENCER | 19014 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAMES B SUMPTER | 18620 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $97,788.00<br>$97,788.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JAMES B SUMPTER | 18621 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $62,524.08<br>$62,524.08 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JAMES D NEWTON JR | 16888 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $487,200.00<br>$487,200.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| JAMES E STEFFAN | 18529 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JAMES H BOARDMAN | 16873 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $33,320.52<br>$33,320.52 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| JAMES ROBERT IMOEHL | 17117 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,274.00<br>$2,274.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JAMES ROBERT IMOEHL | 17118 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,274.00<br>$2,274.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JAMES T CARNEY | 17203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**    **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAN A SULLIVAN | 17185 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| JANE E HAGBERG | 18476 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JANE HAGBERG | 18889 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JERRY N WILSON | 17283 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JERRY SEITER | 19046 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,116,000.00<br><br>$1,116,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JIMMY MUELLER | 17664 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| JOAN A LYONS EXECTRIX ESTATE DAVID E LYONS | 18512 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JOHN C MORITZ | 18178 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**Exhibit F - Pension, Benefit, And OPEB Claims**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN D LAZENBY | 17050 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| JOHN DUGAN DICICCO | 17018 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$21,217.22<br><br>$21,217.22 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JOHN E FARLEY | 17995 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$54,122.00<br><br>$54,122.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| JOHN K CLEMENT | 16917 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$13,710.00<br><br>$13,710.00 | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| JOHN L MARTEL | 17873 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOHN ROY DAVIS | 17735 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOHN SZALAY | 17029 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JOHN W KIDDER | 18768 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSEPH R KOSCIELECKI | 18516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $233,894.00<br>$233,894.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH R ROSS | 17870 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $83,800.00<br>$83,800.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH S KRAMER | 17933 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOYCE A LUKER | 18075 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| JUDY A PHILLIPS | 17802 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| KATHLEEN A BERNTSEN | 17990 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| KENNETH E SCHEIVE | 17345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| KEVIN M BUTLER | 18874 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    Thirty-Seventh Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KEVIN M DEASY | 18781 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| KRAIG RAKESTRAW | 17709 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$152,458.00<br><br>$152,458.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| LAGLORIA M SANDERS | 17436 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,000.00<br><br>$10,000.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| LANA DALE BOOR | 18665 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LARRY BERNARD HEINRICH | 18992 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LAVERNE E DUNN | 17223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE G CONN | 17895 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LESTER R HUTCHISON | 17041 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINDA S KAMINSKI | 18746 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LORRAINE EDWARDS | 18888 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARIA A NORIEGA | 17242 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MARION HOWARD SNYDER III | 19011 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MARION HOWARD SNYDER III | 19012 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MARION JANE MANSFIELD | 18165 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| MARION L WOODBURY | 18212 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| MARK BOWARD | 17699 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,151.11<br><br>$1,151.11 | 07/08/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    **Thirty-Seventh Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARK E ALTEMANN | 17400 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,000,000.00<br><br>$2,000,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARK MAIER | 18194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| MARK S MIZLA | 17220 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MARK WEBER | 18875 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MARY H CANTY | 18022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,849.95<br><br>$10,849.95 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MARY J HART | 18787 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MARY TONEY PATTERSON | 17146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$30,300.00<br><br>$30,300.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| MARYBETH CUNNINGHAM | 18422 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$730,842.60<br><br>$730,842.60 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.          Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHAE A PANTALEO | 17365 | Secured: Priority: Administrative: Unsecured: Total: | $700,000.00 $700,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A BARNES | 16867 | Secured: Priority: Administrative: Unsecured: Total: | $1,300.00 $1,300.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A PALMER | 17898 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A RISELAY | 17222 | Secured: Priority: Administrative: Unsecured: Total: | $400,000.00 $400,000.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A SULLIVAN | 17184 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A WALSH | 17356 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL D HILLARD | 17303 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL F WASKIEWICZ | 17123 | Secured: Priority: Administrative: Unsecured: Total: | $29,150.00 $29,150.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHAEL G DENEUT | 17122 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL H GOODMAN | 17078 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL J SCOTT | 18812 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL KRAWCZUK | 19148 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL O ANDERSON | 18315 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $180,000.00<br>$180,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL O ANDERSON | 18311 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $756,502.89<br>$756,502.89 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL THOMAS RICHARDS | 17133 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL U RUMP | 17183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                              **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHELLE TROXELL | 18993 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,908.63<br><br>$4,908.63 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MR RICHARD BENNER | 16866 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $49,680.00<br><br>$49,680.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| MRS WILLIE REESE | 18314 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| NANCY J FINK | 18434 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| NANNETTE HARMON | 18579 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| PATRICIA M STUART | 17011 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| PATRICK A GNAGE | 17825 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PATRICK MORRISSEY | 18320 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $156,992.15<br><br>$156,992.15 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    Thirty-Seventh Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PAUL D FOSTER SR | 17867 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$720,000.00<br><br>$720,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAUL T BEITER | 18172 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$3,993.04<br><br>$3,993.04 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| PAUL TRACY HOWARD | 18136 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAUL TRACY HOWARD | 18134 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$11,099.16<br><br>$11,099.16 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAUL TRACY HOWARD | 18137 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$59,451.00<br><br>$59,451.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAUL TRACY HOWARD | 18135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$16,330.50<br><br>$16,330.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAULETTE NAGY | 17313 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAULINE FAJARDO HOWARD | 17583 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$121,836.48<br><br>$121,836.48 | 07/07/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PETER D SCHLACHTER | 17398 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$69,240.00<br><br>$69,240.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PHILIP O WALKER | 17259 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$20,000.00<br><br>$20,000.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND C WRIGHT | 18077 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$999,534.72<br><br>$999,534.72 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND J BLAKSO | 18287 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD J CURTIS | 16994 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD J KANTOWSKI | 18446 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD PAEZ | 17725 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT B SABO | 17960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT C PEITZ | 18224 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT E DETTINGER | 17863 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$289,538.39<br><br>$289,538.39 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT E RAPSINSKI | 17830 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$160,530.95<br><br>$160,530.95 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT J THOMASON | 18624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$49,569.54<br><br>$49,569.54 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT L JOHNSON | 17594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$894,254.46<br><br>$894,254.46 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT LEE LYON | 17677 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT MONREAN | 18375 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$26,689.22<br><br>$26,689.22 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT S STEFKO | 16900 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**Exhibit F - Pension, Benefit, And OPEB Claims**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT W JASINSKI | 18594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,380.60<br><br>$11,380.60 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ROGER A TREBUS | 18471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,486.85<br><br>$42,486.85 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ROGER D SHOCKEY | 18439 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| RONALD T MARCONI | 16919 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| RONALD T MARCONI | 17229 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| ROSE MARY HALE | 17377 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,080,000.00<br><br>$1,080,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROSS OLNEY | 17128 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| ROY HELMINIAK | 16975 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $669.78<br><br>$669.78 | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                          Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RUTHIE SMITH | 18890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| RYLAND D RUSCH | 17182 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $75,251.65<br>$75,251.65 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| SANDRA L CALHOUN | 17409 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SCOTT A MCBAIN | 19162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,000.00<br>$10,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SCOTT F HARRIS | 18855 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $250,000.00<br>$250,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SCOTT LAFRAMBOISE | 17296 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $139.33<br>$139.33 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SEAN P CORCORAN | 18876 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| SEAN P CORCORAN | 18877 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                    **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SEAN P CORCORAN | 18878 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| STANLEY D SMITH | 16925 | Secured:<br>Priority:<br>Administrative: $4,278.00<br>Unsecured:<br>Total: $4,278.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| STEVEN A MUSICK | 18950 | Secured:<br>Priority:<br>Administrative: $825,000.00<br>Unsecured:<br>Total: $825,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| STEVIE PAUL JOHNSON | 18552 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SYLVIA A JONES | 18505 | Secured:<br>Priority:<br>Administrative: $974,442.51<br>Unsecured:<br>Total: $974,442.51 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| TAMMY JO MANIS | 17006 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| TEDD ARMSTRONG | 18126 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| THEODORE G KUSTAS | 19075 | Secured:<br>Priority:<br>Administrative: $1,562,932.00<br>Unsecured:<br>Total: $1,562,932.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THEODORE R SCHMIDT | 17862 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| THERESA A SHUSTER | 17331 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS E EVANS | 17308 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,800.00<br><br>$2,800.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS J DZIENNIK | 17418 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS NICHOLS | 17031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY M GORDON | 19073 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY M WIRRIG | 17651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| TURNER E OSBORNE | 18548 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                                    **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### Exhibit F - Pension, Benefit, And OPEB Claims

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VERA M ADAMS | 18600 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| VICKI L MCGRATH | 19119 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,061,082.00<br><br>$1,061,082.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| VICTOR JAMES VERDEV | 18175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$408,000.00<br><br>$408,000.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| VIVIAN LU BULRISS | 18377 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A KUNKA | 18604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$5,380.77<br><br>$5,380.77 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| WANDA HORNE | 18392 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| WANDA M BLASKO | 18366 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| WASH DOUGLAS S SR | 16890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.        Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**Exhibit F - Pension, Benefit, And OPEB Claims**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WAYNE DOUGLAS ENSIGN | 17411 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| WESTENBURG SR RICHARD E | 17972 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM B PHELPS | 17037 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM E CROSS | 18614 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM J CONNELLY III | 16913 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM J DAMORE | 18432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$386,000.00<br><br>$386,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM M FULCOMER | 18550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM R MARTINDALE | 18009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,173,000.00<br><br>$1,173,000.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**Exhibit F - Pension, Benefit, And OPEB Claims**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIAM S CAMPBELL | 17005 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |

|  | Total: | 233 | $48,981,603.56 |
|---|---|---|---|

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.