In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 1 of 12

Thirty-Seventh Omnibus Claims Objection

**Exhibit G - Duplicate Claims**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 18965<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AKZO NOBEL COATINGS INC<br>MICHELLE L MEISELMAN ESQ<br>5555 SPALDING DR<br>NORCROSS, GA 30092<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $63,582.05<br>Unsecured:<br>Total: $63,582.05 | Claim: 18966<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AKZO NOBEL COATINGS INC<br>MICHELLE MEISELMAN<br>5555 SPALDING DR<br>NORCROSS, GA 30092<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $63,582.05<br>Unsecured:<br>Total: $63,582.05 |
| Claim: 18964<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AKZO NOBEL INDUSTRIAL COATINGS<br>MEXICO SA<br>MICHELLE MEISELMAN<br>AKZO NOBEL<br>5555 SPALDING DR<br>NORCROSS, GA 30092<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $11,461.02<br>Unsecured:<br>Total: $11,461.02 | Claim: 18967<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AKZO NOBEL INDUSTRIAL COATINGS<br>MEXICO SA<br>MICHELLE MEISELMAN<br>AKZO NOBEL<br>5555 SPALDING DR<br>NORCROSS, GA 30092<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $11,461.02<br>Unsecured:<br>Total: $11,461.02 |
| Claim: 18947<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>ALLEGIANT GLOBAL SERVICES LLC<br>BINGHAM MCHALE LLP<br>C O WHITNEY L MOSBY<br>10 W MARKET ST NO 2700<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,171,319.38<br>Unsecured:<br>Total: $1,171,319.38 | Claim: 18948<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>ALLEGIANT GLOBAL SERVICES LLC<br>BINGHAM MCHALE LLP<br>C O WHITNEY L MOSBY<br>10 W MARKET ST NO 2700<br>INDIANAPOLIS, IN 46204<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,171,319.38<br>Unsecured:<br>Total: $1,171,319.38 |
| Claim: 18924<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>ALPS AUTOMOTIVE INC<br>ATTN EDIE WALTERS<br>C O MEYERS LAW GROUP<br>44 MONTGOMERY STE 1010<br>SAN FRANCISCO, CA 94104<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $7,864.00<br>Unsecured:<br>Total: $7,864.00 | Claim: 19321<br>Date Filed: 07/16/2009<br>Creditor's Name:<br>ALPS AUTOMOTIVE INC<br>ATTN EDIE WALTERS<br>C O MEYERS LAW GROUP<br>44 MONTGOMERY STE 1010<br>SAN FRANCISCO, CA 94104<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $7,864.00<br>Unsecured:<br>Total: $7,864.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 17414<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>ANDREW F RODONDI<br>3840 ORANGEVILLE RD<br>SHARPSVILLE, PA 16150-9415<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $30,524.00<br>Unsecured:<br>Total: $30,524.00 | Claim: 18300<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>ANDREW F RODONDI<br>3840 ORANGEVILLE RD<br>SHARPSVILLE, PA 16150-9415<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $30,524.00<br>Unsecured:<br>Total: $30,524.00 |
| Claim: 18607<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>APL CO PTE LTD FOR ITSELF AND ON<br>BEHALF OF AMERICAN PRESIDENT LINES<br>LTD<br>1111 BROADWAY<br>OAKLAND, CA 94607<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $865,081.93<br>Unsecured:<br>Total: $865,081.93 | Claim: 19189<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>APL CO PTE LTD FOR ITSELF AND ON BEHALF<br>OF AMERICAN PRESIDENT LINES LTD<br>1111 BROADWAY<br>OAKLAND, CA 94607<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $865,081.93<br>Unsecured:<br>Total: $865,081.93 |
| Claim: 17105<br>Date Filed: 07/01/2009<br>Creditor's Name:<br>AUGUSTIN BANDA JR<br>7351 TRINKLEIN RD<br>SAGINAW, MI 48609-5375<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $653.00<br>Unsecured:<br>Total: $653.00 | Claim: 17156<br>Date Filed: 07/01/2009<br>Creditor's Name:<br>AUGUSTIN BANDA JR<br>7351 TRINKLEIN RD<br>SAGINAW, MI 48609-5375<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $653.00<br>Unsecured:<br>Total: $653.00 |
| Claim: 19088<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>BANK OF AMERICA NA<br>BARNES & THORNBURG<br>PATRICK E MEARS<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,691,000.00<br>Unsecured:<br>Total: $8,691,000.00 | Claim: 19123<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THOMBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,691,000.00<br>Unsecured:<br>Total: $8,691,000.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 3 of 12

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|
| Claim: 17481<br>Date Filed: 07/07/2009<br>Creditor's Name:<br><br>BRIAN M MILLER<br>835 W MARTINDALE RD<br>UNION, OH 45322-2927 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$32,460.00<br><br><br>$32,460.00 | Claim: 18696<br>Date Filed: 07/14/2009<br>Creditor's Name:<br><br>BRIAN M MILLER<br>835 W MARTINDALE RD<br>UNION, OH 45322-2927 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$32,460.00<br><br><br>$32,460.00 |
| Claim: 16999<br>Date Filed: 06/29/2009<br>Creditor's Name:<br><br>CHING CHING HSIEH<br>2299 HENN HYDE RD<br>WARREN, OH 44484 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$18,000.00<br><br><br>$18,000.00 | Claim: 17091<br>Date Filed: 06/26/2009<br>Creditor's Name:<br><br>CHING CHING HSIEH<br>2299 HENN HYDE RD<br>WARREN, OH 44484 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$18,000.00<br><br><br>$18,000.00 |
| Claim: 17700<br>Date Filed: 07/03/2009<br>Creditor's Name:<br><br>CLIFFORD J BIRCHMEIER<br>10128 STANLEY RD<br>FLUSHING, MI 48433-9259 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$11,770.00<br><br><br>$11,770.00 | Claim: 18382<br>Date Filed: 07/13/2009<br>Creditor's Name:<br><br>CLIFFORD J BIRCHMEIER<br>10128 STANLEY RD<br>FLUSHING, MI 48433-9259 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$11,770.00<br><br><br>$11,770.00 |
| Claim: 18674<br>Date Filed: 07/14/2009<br>Creditor's Name:<br><br>COMERICA LEASING CORPORATION<br>BODMAN LLP<br>C O RALPH E MCDOWELL<br>1901 ST ANTOINE ST<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br><br><br>$9,188,389.44<br><br><br>$9,188,389.44 | Claim: 19034<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>COMERICA LEASING CORPORATION<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC<br>(05-44640)<br><br><br>$9,188,389.44<br><br><br>$9,188,389.44 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 4 of 12

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|
| Claim: 19098<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$645,428.83<br><br><br>$645,428.83 | Claim: 19160<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$645,428.83<br><br><br>$645,428.83 |
| Claim: 19096<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$160,767.13<br><br><br>$160,767.13 | Claim: 19158<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI CORPORATION (05-44481)<br><br><br><br>$160,767.13<br><br><br>$160,767.13 |
| Claim: 18676<br>Date Filed: 07/14/2009<br>Creditor's Name:<br><br>COOPER STANDARD AUTOMOTIVE FHS INC<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br><br><br>$96,363.86<br><br><br>$96,363.86 | Claim: 19030<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>COOPER STANDARD AUTOMOTIVE FHS INC<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br><br><br>$96,363.86<br><br><br>$96,363.86 |
| Claim: 18675<br>Date Filed: 07/14/2009<br>Creditor's Name:<br><br>COOPER STANDARD AUTOMOTIVE INC<br>BODMAN LLP<br>C O RALPH E MCDOWELL<br>1901 ST ANTOINE 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br><br><br>$53,023.49<br><br><br>$53,023.49 | Claim: 19031<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>COOPER STANDARD AUTOMOTIVE INC<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FLOOR AT FORD FIELD<br>DETROIT, MI 48226 | Debtor:<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br><br>Total: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br><br><br><br>$53,023.49<br><br><br>$53,023.49 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 5 of 12

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 17809<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $226.75<br>Unsecured:<br>Total: $226.75 | Claim: 18739<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $226.75<br>Unsecured:<br>Total: $226.75 |
| Claim: 18699<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>CSX CORPORATION<br>ATTN RUTH SALTER<br>500 WALTER ST 8TH FL J220<br>JACKSONVILLE, FL 32202<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $103,986.16<br>Unsecured:<br>Total: $103,986.16 | Claim: 18700<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>CSX CORPORATION<br>ATTN RUTH SALTER<br>500 WALTER ST 8TH FL J220<br>JACKSONVILLE, FL 32202<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $103,986.16<br>Unsecured:<br>Total: $103,986.16 |
| Claim: 17243<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>DAVID D RUMRILL<br>308 LYNNWOOD CIR<br>DECATUR, AL 35603<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $89,000.00<br>Unsecured:<br>Total: $89,000.00 | Claim: 18892<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DAVID D RUMRILL<br>308 LYNNWOOD CIR<br>DECATUR, AL 35603<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $89,000.00<br>Unsecured:<br>Total: $89,000.00 |
| Claim: 17061<br>Date Filed: 06/30/2009<br>Creditor's Name:<br>DAVID J BISIGNANI<br>1891 WOODGATE ST<br>YOUNGSTOWN, OH 44515<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $14,742.50<br>Unsecured:<br>Total: $14,742.50 | Claim: 18953<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DAVID J BISIGNANI<br>1891 WOODGATE ST<br>YOUNGSTOWN, OH 44515<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $14,742.50<br>Unsecured:<br>Total: $14,742.50 |

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 6 of 12

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 17896<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>DONALD W MAGERS<br>301 IVY DR<br>KOKOMO, IN 46902-5241<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $74,232.00<br>Unsecured:<br>Total: $74,232.00 | Claim: 18123<br>Date Filed: 07/09/2009<br>Creditor's Name:<br>DONALD W MAGERS<br>301 IVY DR<br>KOKOMO, IN 46902-5241<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $74,232.00<br>Unsecured:<br>Total: $74,232.00 |
| Claim: 18760<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DOW CORNING CORP<br>ATTN ANGELA M COLE C01222<br>DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,815.00<br>Unsecured:<br>Total: $1,815.00 | Claim: 19318<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DOW CORNING CORP<br>ATTN ANGELA M COLE C01222<br>DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,815.00<br>Unsecured:<br>Total: $1,815.00 |
| Claim: 18759<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DOW CORNING CORPORATION<br>ATTN ANGELA M COLE C01222<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $5,986.65<br>Unsecured:<br>Total: $5,986.65 | Claim: 19319<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DOW CORNING CORPORATION<br>ATTN ANGELA M COLE C01222<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $5,986.65<br>Unsecured:<br>Total: $5,986.65 |
| Claim: 18758<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DOW CORNING CORPORATION<br>ATTN ANGELA M COLE C01222<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $6,407.04<br>Unsecured:<br>Total: $6,407.04 | Claim: 19317<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DOW CORNING CORPORATION<br>ATTN ANGELA M COLE C01222<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $6,407.04<br>Unsecured:<br>Total: $6,407.04 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 7 of 12

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19036<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>FREUDENBERG NOK MECHATRONICS GMBH & CO KG<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $11,256.84<br>Unsecured:<br>Total: $11,256.84 | Claim: 19167<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>FREUDENBERG NOK MECHATRONICS GMBH & CO KG<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $11,256.84<br>Unsecured:<br>Total: $11,256.84 |
| Claim: 17715<br>Date Filed: 07/03/2009<br>Creditor's Name:<br>GEORGE E BRAND<br>3549 LENOX DR<br>KETTERING, OH 45429<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $35,950.00<br>Unsecured:<br>Total: $35,950.00 | Claim: 17957<br>Date Filed: 07/09/2009<br>Creditor's Name:<br>GEORGE E BRAND<br>3549 LENOX DR<br>KETTERING, OH 45429<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $35,950.00<br>Unsecured:<br>Total: $35,950.00 |
| Claim: 18323<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>H E SERVICES CO<br>VICTOR J MASTROMARCO JR ESQ<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $300,000.00<br>Unsecured:<br>Total: $300,000.00 | Claim: 18702<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>HE SERVICES CO<br>VICTOR J MASTROMARCO JR ESQ<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $300,000.00<br>Unsecured:<br>Total: $300,000.00 |
| Claim: 18235<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>JAMES A BRUNER<br>3790 SHROYER RD<br>KETTERING, OH 45429<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $46,340.00<br>Unsecured:<br>Total: $46,340.00 | Claim: 18625<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>JAMES A BRUNER<br>3790 SHROYER RD<br>KETTERING, OH 45429<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $46,340.00<br>Unsecured:<br>Total: $46,340.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 8 of 12

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 18228<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>JON A EMENS<br>2303 BROOKSIDE DR SE<br>DECATUR, AL 35601<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $95,180.00<br>Unsecured:<br>Total: $95,180.00 | Claim: 18230<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>JON A EMENS<br>2303 BROOKSIDE DR SE<br>DECATUR, AL 35601<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $95,180.00<br>Unsecured:<br>Total: $95,180.00 |
| Claim: 17281<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>JOSEPH J FAIR<br>11960 STECK RD<br>BROOKVILLE, OH 45309<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $32,190.00<br>Unsecured:<br>Total: $32,190.00 | Claim: 17935<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>JOSEPH J FAIR<br>11960 STECK RD<br>BROOKVILLE, OH 45309<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $32,190.00<br>Unsecured:<br>Total: $32,190.00 |
| Claim: 17980<br>Date Filed: 07/09/2009<br>Creditor's Name:<br>KAREN L MCKENZIE<br>18119 RED OAKS<br>MACOMB, MI 48044<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $38,820.00<br>Unsecured:<br>Total: $38,820.00 | Claim: 18233<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>KAREN L MCKENZIE<br>18119 RED OAKS<br>MACOMB, MI 48044<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $38,820.00<br>Unsecured:<br>Total: $38,820.00 |
| Claim: 17263<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>KENNETH J VAN SOLKEMA<br>2576 FOREST BLUFF CT SE<br>GRAND RAPIDS, MI 49546<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $63,455.00<br>Unsecured:<br>Total: $63,455.00 | Claim: 17734<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>KENNETH J VAN SOLKEMA<br>2576 FOREST BLUFF CT SE<br>GRAND RAPIDS, MI 49546<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $63,455.00<br>Unsecured:<br>Total: $63,455.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 9 of 12

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 17212<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>KURT ALAN TRAEDER<br>2512 S SEYMOUR PLACE<br>WEST ALLIS, WI 53227<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $70,800.00<br>Unsecured:<br>Total: $70,800.00 | Claim: 17318<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>KURT ALAN TRAEDER<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $70,800.00<br>Unsecured:<br>Total: $70,800.00 |
| Claim: 18678<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>LEAR CORPORATION EEDS AND INTERIORS<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE 6TH FL AT FORD FIELD<br>DETROIT, MI 48226<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $13,615.54<br>Unsecured:<br>Total: $13,615.54 | Claim: 19033<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>LEAR CORPORATION EEDS AND INTERIORS<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $13,615.54<br>Unsecured:<br>Total: $13,615.54 |
| Claim: 17334<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>MARK H LOPEZ<br>12149 CHATO VILLA DR<br>EL PASO, TX 79936<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $22,212.00<br>Unsecured:<br>Total: $22,212.00 | Claim: 18435<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>MARK H LOPEZ<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $22,212.00<br>Unsecured:<br>Total: $22,212.00 |
| Claim: 18994<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>MICHIGAN FUNDS ADMINISTRATION<br>DENNIS J RATERINK ASSISTANT ATTORNEY GENERAL<br>LABOR DIVISION<br>PO BOX 30736<br>LANSING, MI 48909<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,130,191.92<br>Unsecured:<br>Total: $1,130,191.92 | Claim: 19168<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>MICHIGAN FUNDS ADMINISTRATION<br>DENNIS J RATERINK ASSISTANT ATTORNEY GENERAL<br>LABOR DIVISION<br>PO BOX 30736<br>LANSING, MI 48909<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,130,191.92<br>Unsecured:<br>Total: $1,130,191.92 |

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 10 of 12

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Seventh Omnibus Claims Objection

**Exhibit G - Duplicate Claims**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 18995<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>MICHIGAN SELF INSURERS SECURITY FUND<br>DENNIS J RATERINK ASST ATTY GENERAL<br>LABOR DIV<br>PO BOX 30736<br>LANSING, MI 48909<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $5,557,750.00<br>Unsecured:<br>Total: $5,557,750.00 | Claim: 19281<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>MICHIGAN SELF INSURERS SECURITY FUND<br>DENNIS J RATERINK ASST ATTY GENERAL<br>LABOR DIV<br>PO BOX 30736<br>LANSING, MI 48909<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $5,557,750.00<br>Unsecured:<br>Total: $5,557,750.00 |
| Claim: 17241<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>RICHARD F RIZZI<br>878 LARKRIDGE AVE<br>BOARDMAN, OH 44512<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $19,682.50<br>Unsecured:<br>Total: $19,682.50 | Claim: 18671<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>RICHARD F RIZZI<br>878 LARKRIDGE AVE<br>BOARDMAN, OH 44512<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $19,682.50<br>Unsecured:<br>Total: $19,682.50 |
| Claim: 17507<br>Date Filed: 07/07/2009<br>Creditor's Name:<br>ROBERT G MERKICH<br>305 CONCORD DR<br>CLINTON, MS 39056<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $113,850.00<br>Unsecured:<br>Total: $113,850.00 | Claim: 18796<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>ROBERT G MERKICH<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $113,850.00<br>Unsecured:<br>Total: $113,850.00 |
| Claim: 18324<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>ROBERT L BACKIE<br>VICTOR J MASTROMARCO JR ESQ<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $300,000.00<br>Unsecured:<br>Total: $300,000.00 | Claim: 18701<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>ROBERT L BACKIE<br>VICTOR J MASTROMARCO JR ESQ<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48602<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $300,000.00<br>Unsecured:<br>Total: $300,000.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 11 of 12

Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 17885<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>RONALD L COLLINS<br>4005 W HEATH DR<br>MUNCIE, IN 47304<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $66,240.00<br>Unsecured:<br>Total: $66,240.00 | Claim: 18008<br>Date Filed: 07/09/2009<br>Creditor's Name:<br>RONALD L COLLINS<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $66,240.00<br>Unsecured:<br>Total: $66,240.00 |
| Claim: 18060<br>Date Filed: 06/25/2009<br>Creditor's Name:<br>SMITH COUNTY CLERK & MASTER<br>211 MAIN ST N<br>CARTHAGE, TN 37030<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $99.60<br>Unsecured:<br>Total: $99.60 | Claim: 18737<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>SMITH COUNTY CLERK & MASTER<br>211 MAIN ST N<br>CARTHAGE, TN 37030<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $99.60<br>Unsecured:<br>Total: $99.60 |
| Claim: 19095<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>TEMIC AUTOMOTIVE OF NORTH AMERICA INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $42,203.04<br>Unsecured:<br>Total: $42,203.04 | Claim: 19157<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>TEMIC AUTOMOTIVE OF NORTH AMERICA INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $42,203.04<br>Unsecured:<br>Total: $42,203.04 |
| Claim: 17392<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>THOMAS G MORELLO<br>1978 QUAIL RUN<br>CORTLAND, OH 44410<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $25,876.00<br>Unsecured:<br>Total: $25,876.00 | Claim: 17909<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>THOMAS G MORELLO<br>1978 QUAIL RUN<br>CORTLAND, OH 44410<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $25,876.00<br>Unsecured:<br>Total: $25,876.00 |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 18984-7    Filed 10/15/09    Entered 10/15/09 22:16:03    Exhibit G
Pg 12 of 12

Exhibit G
Thirty-Seventh Omnibus Claims Objection

Exhibit G - Duplicate Claims

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim: 18596<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>UBS SECURITIES LLC<br>C O DEBORAH M BUELL ESQ<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLZ<br>NEW YORK, NY 10006 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,823,572.99<br>Unsecured:<br>Total: $8,823,572.99 | Claim: 18893<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>UBS SECURITIES LLC<br>C O DEBORAH M BUELL ESQ<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLZ<br>NEW YORK, NY 10006 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,823,572.99<br>Unsecured:<br>Total: $8,823,572.99 |

**Total Claims To Be Expunged:** 45

**Total Asserted Amount To Be Expunged:** $38,153,369.66