QUEBEC  2009-10-13.

United States Bankruptcy Court,
Southern District of New York,
One Bowling Green,
New York, NY 10004,



Good day.

I have 100 DELPHI CORPORATION shares, SYMBOL DPHIQ..

That company's outstanding stock was cancelled on 2009-10-06.

Then, it is impossible for me to sell my shares on market.

Shall I receive shortly a new kind of shares in replacement or not.

If I don't, may I ask for my broker to declare my shares no value and delete them from my account in order to be able taking a capital lost..

If he doesn't accept my request may I take a capital lost just the same or I have to wait 2 years after 2009-10-06 which is the date of shares cancellation.

I thank you very much before waiting from you a reply soon by mail or email.

*Jacqueline Germain*
JACQUELINE GERMAIN
606-812 De Villers,
QUEBEC, (Québec)
G1V 4V4

guyjac@videotron.ca