Presentment Date and Time: October 29, 2009 at 12:00 noon (Prevailing Eastern Time)
Objection Deadline: October 29, 2009 at 11:30 a.m. (Prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
     In re                                                :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                                                          :    (Jointly Administered)
                                                          :
               Debtors.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPLICATION FOR ORDER AUTHORIZING CHANGE OF JOINT CAPTION

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors") hereby submit this application (the "Application") for an order authorizing a change of joint caption and respectfully represent as follows:[1]

Background

(i)     On October 8 and 14, 2005, Delphi Corporation and certain of its affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

(ii)    On October 8, 2005, the Honorable Arthur J. Gonzalez, United States Bankruptcy Court for the Southern District of New York, entered the Order Authorizing Joint Administration (Docket No. 28), which consolidated the Debtors' chapter 11 cases for procedural

---

[1] Capitalized terms used but not defined in this Application have the meanings ascribed to them in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession (As Modified), dated July 30, 3009 (the "Modified Plan"), attached as Exhibit A to the Order Approving Modifications Under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified and (II) Confirmation Order [Docket No. 12359], entered July 30, 2009 (Docket No. 18707).

purposes only, authorized their joint administration under Case No. 05-44481, and approved the joint caption set forth above.

        (iii)    On December 10, 2007, the Debtors filed their first amended joint plan of reorganization (Docket No. 11386) (the "Plan") and related disclosure statement (Docket No. 11388). The Court entered an order confirming the Plan (as modified) (Docket No. 12359) on January 25, 2009, and the order became final on February 4, 2008.

        (iv)    On October 3, 2008, the Debtors filed a motion under 11 U.S.C. § 1127 for an order approving (i) certain modifications to the confirmed Plan and related disclosure statement and (ii) related procedures for re-soliciting votes on the confirmed Plan, as modified (Docket No. 14310) (the "Plan Modification Motion"). On June 1, 2009, the Debtors filed a supplement to the Plan Modification Motion (the "Motion Supplement"), which sought approval of (i) certain modifications to the confirmed Plan (the "Modified Plan"), (ii) supplemental disclosure, and (iii) procedures for re-soliciting votes on the Modified Plan. After a hearing on July 29 and 30, 2009, the Court entered an order approving the Modified Plan (Docket No. 18707) on July 30, 2009.

        (v)    On October 6, 2009, the Debtors substantially consummated the Modified Plan, the Effective Date occurred, and the transactions under the Master Disposition Agreement and related agreements closed. In connection therewith, DIP Holdco 3, LLC, a Delaware limited liability company, acquired substantially all of the Debtors' global core businesses, and GM Components Holdings, LLC, a Delaware limited liability company, acquired the Debtors' non-core steering business and certain U.S. manufacturing plants. Effective as of October 6, 2009, the Reorganized Debtors have emerged from chapter 11 as DPH Holdings and affiliates and remain responsible for the post-Effective Date administration and eventual closing of the chapter

11 cases as well as the disposition of certain retained assets and payment of certain retained liabilities as provided for under the Modified Plan.

## Relief Requested

(vi)    None of the Reorganized Debtors and none of the businesses acquired by DIP Holdco 3, LLC or GM Components Holdings, LLC is named Delphi Corporation. Accordingly, to avoid confusion, the Reorganized Debtors respectfully request that the court authorize them to change the official joint case caption of the Reorganized Debtors' jointly administered chapter 11 cases to read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
    In re                          :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                                            :
                                            :    (Jointly Administered)
                                            :
               Reorganized Debtors.    :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREFORE, the Reorganized Debtors respectfully request that this Court enter an order (i) authorizing the change to the joint case caption as set forth above and (ii) granting the Reorganized Debtors such other and further relief as is just.

Dated:   New York, New York
         October 19, 2009

                               SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP

                               By:   /s/ John Wm. Butler, Jr.
                                   John Wm. Butler, Jr.
                                   John K. Lyons
                                   Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                 - and -

                               By:   /s/ Kayalyn A. Marafioti
                                   Kayalyn A. Marafioti
                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                 Reorganized Debtors