UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

---

# CREDITOR'S NOTICE OF WITHDRAWAL OF MOTION FOR COURT ENFORCEMENT

NOW COMES the above mentioned Creditor, Robert Backie and hereby gives Notice of Withdrawal of Creditor's Motion for Court Enforcement for an agreed upon settlement stating more fully as follows:

1. That on August 19, 2009, Creditor filed a Motion for Court Enforcement with this Court.

2. That this Creditor hereby withdraws his Motion for Court Enforcement.

3. The Creditor hereby requests that the Court enter an Order Withdrawing Creditor's Motion for Court Enforcement

Dated: October 21, 2009

Respectfully submitted,

THE MASTROMARCO FIRM

s/ Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)
Attorney for Creditor
vmastromar@aol.com

## **PROOF OF SERVICE**

I hereby certify that on **October 21, 2009**, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to all parties of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: **N/A**.

s/ Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)
Attorney for Creditor
vmastromar@aol.com