SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ADJOURNMENT AND CANCELLATION OF CLAIMS HEARINGS

PLEASE TAKE NOTICE that the claims hearings in the above-captioned cases that were originally scheduled for October 22, 2009,[1] October 23, 2009, and November 5, 2009, at 10:00 a.m. (prevailing Eastern time) have been cancelled.

PLEASE TAKE FURTHER NOTICE that all matters that were scheduled to be heard at the claims hearing scheduled for October 22, 2009 that have not been previously adjourned pursuant to the notice of adjournment dated October 19, 2009 (Docket No. 18986), have been adjourned, withdrawn, or otherwise resolved as set forth below:

1) **Sweetons' Motion To Compel** – Motion Of Donald R. Sweeton And Sarah E. Sweeton To Compel Debtor's Performance Under Lease Of Non-Residential Real Property And For Payment Of Administrative Expenses (Docket No. 16381).  This matter has been resolved and the parties are documenting the settlement.

2) **CSX Transportation Motion To Compel** – CSX Transportation Motion To Compel Payment Of Administrative Expenses (Docket No. 16548).  This matter has been adjourned to the November 17, 2009 claims hearing by agreement of the parties.

3) **Timken Company Objections** – Limited Objection Of The Timken Company To The Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18487); Limited Objection Of The Timken Company To The Debtors' Notices Of Assumption And Assignment With Respect To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To GM Components Holdings, LLC Or Steering Solutions Corporation, As Applicable, Under Modified Plan Of

---

[1]    The Omnibus Hearing scheduled for October 22, 2009 is expected to go forward as scheduled and is unaffected by this notice.

Reorganization (Docket No. 18488); and Limited Objection Of The Timken Company To The

Debtors' Notice Of Assumption And Assignment With Respect To Certain Executory Contracts

Or Unexpired Leases To Be Assumed And Assigned To DIP Holdco 3, LLC Under Modified Plan

Of Reorganization (Docket No. 18738).  These objections have been resolved.

4)  **Kokomo Objection** – Objection Of Kokomo Gas And Fuel Company To

Notice Of Assumption And Assignment With Respect To Executory Contract To Be Assumed

And Assigned To GM Components Holdings, LLC Under Modified Plan Of Reorganization

(Docket No. 18946).  This objection has been resolved and the objection has been withdrawn

(Docket No. 18961).

Dated:    New York, New York
          October 21, 2009

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP


By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr.
      John K. Lyons
      Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

        - and -


By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors