UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ) Bankruptcy No. 05-44481 (RDD)
    DELPHI CORPORATION, et al )
) (Jointly Administered)
)
) Chapter: 11
)
Debtors.

RECEIVED OCT 26 2009 U.S. BANKRUPTCY COURT, SDNY

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

PLEASE TAKE NOTICE that BENDINELLI LAW OFFICE, P.C. as attorney for JOSE C. ALFARO, a creditor in the above-captioned chapter 11 case, hereinafter ("Movant") appears herein and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(10, 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following: **Jerry Sumner, Bendinelli Law Office, P.C., 11184 Huron Street, Suite 10, Denver, Colorado 80234 or by electronic transmission to email address js@colwafirm.com and michelle@colawfirm.com.**

PLEASE TAKE FUTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise: (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require to seek to require any act, delivery of any property, payment, or other conduct by Creditor.

DATED: October 20, 2009

                                         By: /s/ Marc F. Bendinelli
                                               Marc F. Bendinelli
                                               Jerry Sumner
                                               Bendinelli Law Office, P.C.
                                               Attorney for Debtors
                                               11184 Huron Street, Suite 10
                                               Denver, CO 802347
                                               Phone: (303) 940-9900
                                               Fax: (303) 940-9933

## CERTIFICATE OF SERVICE

There undersigned hereby certifies that a true and correct copy of the above-captioned Notice of Appearance and Request to Receive Notices was mailed (X) or hand-delivered ( ) or sent via facsimile transmission( ) [check which box applies] by depositing the same in the United States Postal Service mail, postage prepaid, addressed to the below-named parties.

Dated: October 20, 2009

Signature   /s/ Michelle C. Moritz
Michelle C. Moritz, Paralegal

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Delphi Corporation Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245