BOSE MCKINNEY & EVANS LLP
Michael A. Trentadue
Indiana Attorney No. 12037-49
Carina M. de la Torre
Indiana Attorney No. 24849-49
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317)  684-5000
(317)  684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

### NOTICE OF WITHDRAWAL OF APPEARANCES
### OF MICHAEL A. TRENTADUE AND CARINA M. DE LA TORRE
### AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002 and 9010, Michael A. Trentadue and Carina M. de la Torre, Bose McKinney & Evans LLP, as counsel for Eikenberry & Associates, Inc. ("Eikenberry"), Lorentson Manufacturing Company, Inc., Lorentson Manufacturing Company Southwest, Inc., Lorentson Tooling, Inc., and L and S Tools, Inc. (collectively "Lorentson"), hereby withdraw their appearances (Docket 9647 and Docket 9649, respectively) and request to be removed from the Court's mailing matrix and service list for this case.  Eikenberry and Lorentson were advised by letter dated August 21, 2009, of the undersigneds' intention to withdraw effective September 1, 2009, deadlines and status report.

This Notice is in respect to Michael A. Trentadue and Carina M. de la Torre, Bose McKinney & Evans LLP, and is not intended to affect service independently requested by

1509122/9911-2

Eikenberry or Lorentson or their continued listing in the mailing matrix or service list for this case.

Dated: October 26, 2009, Indianapolis, Indiana

BOSE McKINNEY & EVANS LLP

By:  /s/ *Michael A. Trentadue*
Michael A. Trentadue
Indiana Attorney No. 12037-49
mtrentadue@boselaw.com

and

/s/ *Carina M. de la Torre*
Carina M. de la Torre
Indiana Attorney No. 24849-49
cdelatorre@boselaw.com

111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317)  684-5000
(317)  684-5173 (FAX)

Attorneys for Eikenberry & Associates, Inc.,
Lorentson Manufacturing Company, Inc., Lorentson
Manufacturing Company Southwest, Inc.,
Lorentson Tooling, Inc., L and S Tools, Inc. and
Decatur Plastic Products, Inc.