UNITED STAES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                        :
          In re                                 :        Chapter 11
                                                        :
DELPHI CORPORATION, et al.,          :        Case No. 05-44481 (RDD)
                                                         :
          Debtors.                         :        (Jointly Administered)
                                                         :
---------------------------------------------------------------X

The undersigned requests that he be removed from all service and mailing lists related to the above entitled case.

Dated: October 26, 2009

                                  Jeffry A. Davis (NY Bar No. 1718873)
                                  Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
                                  3580 Carmel Mountain Road, Suite 300
                                  San Diego, CA 92130
                                  Tel: 858-314-1500
                                  Fax: 858-314-1501
                                  Email: jadavis@mintz.com

4749196v.1