UNITED STAES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                                             :
           In re                                             :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
           Debtors.                                          :    (Jointly Administered)
                                                             :
-------------------------------------------------------------X
```

The undersigned requests that he be removed from all service and mailing lists related to the above entitled case.

Dated: October 26, 2009        /s/ Jeffry A. Davis
                                                  Jeffry A. Davis (NY Bar No. 1718873)
                                                  Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
                                                  3580 Carmel Mountain Road, Suite 300
                                                  San Diego, CA 92130
                                                  Tel: 858-314-1500
                                                  Fax: 858-314-1501
                                                  Email: jadavis@mintz.com

4749196v.1