BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

Document Served: - **RESPONSE OF BANK OF AMERICA, N.A. TO THIRTY-SIXTH OMNIBUS OBJECTION TO THE REORGANIZED DEBTORS PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO (I) MODIFY AND ALLOW CLAIM AND (II) EXPUNGE CERTAIN (A) DUPLICATE SERP CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) UNTIMELY CLAIMS, AND (D) PENSION, BENEFIT AND OPEB CLAIMS**

- **RESPONSE OF BANK OF AMERICA, N.A. TO THIRTY-SEVENTH OMNIBUS OBJECTION TO THE REORGANIZED DEBTORS PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007 TO EXPUNGE CERTAIN (I) PREPETITION CLAIMS, (II) EQUITY INTERESTS, (III) BOOKS AND RECORDS CLAIMS, (IV) UNTIMELY CLAIMS, (V) PAID SEVERANCE CLAIMS, (VI) PENSION, BENEFIT, AND OPEB CLAIMS, AND (VII) DUPLICATE CLAIMS**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by Federal Express on the date indicated below.

Date of Service: October 27, 2009      I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears

# **EXHIBIT A**

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green, Room 632
New York, NY  10021

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606

DPH Holdings, Corp.
Attn:  President
5725 Delphi Drive
Troy, MI  48098

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606