UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
    In re                            :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                         :
                                         :    (Jointly Administered)
                                         :
                       Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER AUTHORIZING CHANGE OF JOINT CAPTION

Upon the application, dated October 19, 2009 (the "Application"), of DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, former debtors and debtors-in-possession in the above-captioned cases, for an order authorizing a change to the joint case caption; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and there being no objections to the requested relief; and after due deliberation thereon, and good and sufficient cause appearing, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.        The Application is GRANTED.

        2.        The official joint caption of the Reorganized Debtors' jointly administered chapter 11 cases shall hereafter read as follows:

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
          In re                                                :    Chapter 11
                                                               :
DPH HOLDINGS CORP., et al.,                                    :    Case No. 05-44481 (RDD)
                                                               :
                                                               :    (Jointly Administered)
                    Reorganized Debtors.                       :
                                                               :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Dated:          New York, New York
                November 2, 2009


                                                        /s/ Robert D. Drain
                                                        UNITED STATES BANKRUPTCY JUDGE