Mr. Frank Budelewski Sr.
221 Red Oak Dr.
Williamsville, NY 14221-2333

Sir:                               10/24/09
                            (Responce)

I, Frank Budelewski, am Objecting to the Pension Benefit and OPEB Claim #18087. Also, the mis-understanding of my Extended Care Benefits and Accidental Accident Insurance that I have with Delphi Corp.

Please read the following:

I, Frank X. Budelewski, worked for General Motors for approx 31yrs. at the Buffalo Axle Plant. The Business (Plant) was sold to American Axle & Mfg. I remained with American Axle and Mfg. in Salary for another 11 yrs. Around 1999 General Motors Transferred my Pension to Delphi Corp. along with a few others and I was called a Transitional Employe. When I Retire I would have a Pension from Delphi and American Axle & Mfg. My Benefits would have to come from Delphi Corp.

A Injury in 1997 and (3) Surguries forced me to Retire with

A Disability Retirement. From day one (1) I purchased Extended Care Coverage and Accident Insurance from Delphi. I was not allowed to purchase either from American Axle.

As of April 1, 2009. American Axle stopped my pension claiming I did not have Extended Care Benefits.

1) I feel Delphi should have picked up the Disability I have because I have Extended Care Coverage with Delphi Corp.

2) I also have Accident Insurance with Delphi. I do not have 100% use of my left foot. Wear a huge brace on my foot and hobble with a cane.

3) I am also having a left hand problem due to a injury which gave me a Bruised Spinal Cord (Cervical) At least 50% strength loss and getting worse.

4) The Amount of my American Axle pension was $791.00 per month or approx $9492.00 per year which has been stopped.

I have been Advised by my Attorney to file the Letters.

FRANK X. Budolowski