PEPPER HAMILTON LLP
Nina M. Varughese, Esq. (NV 2347)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile:  (215) 981-4750
E-mail: varughesen@pepperlaw.com

- and -

Henry J. Jaffe (DE No. 2987)
James C. Carignan (DE No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail: jaffeh@pepperlaw.com
            carignanj@pepperlaw.com

Counsel for SKF USA Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN  DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

   I, James C. Carignan, hereby certify that on November 2, 2009, I caused to be served:  (i) the Administrative Claim of SKF USA Inc. ("SKF") covering the period from June 1, 2009 through October 6, 2009 (the "Claim Period"), in the Chapter 11 proceedings of Delphi Corporation n/k/a  DPH Holdings Corp.; and (ii) the Administrative Claim of SKF covering the Claim Period, in the Chapter 11 proceedings of Delphi Automotive systems LLC, upon the following entities via overnight courier:

#11670957 v1

Delphi Corporation Claims Processing Center
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA  90245

John Wm. Butler, Jr., Esq.
Roen E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Michael J. Riela, Esq.
Latham & Watkins LLP
885 Third Ave., Suite 1000
New York, NY  10022

Dated:  November 3, 2009

          PEPPER HAMILTON LLP

          /s/ James C. Carignan
          Henry D. Jaffe (DE Bar No. 2987)
          James C. Carignan (DE Bar No. 4230)
          Hercules Plaza
          Suite 5100
          1313 Market Street
          P.O. Box 1709
          Wilmington, DE 19899-1709
          (302) 777-6500

          *Counsel for SKF USA Inc.*