UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | No. 05-44481(RDD) |
| ) | |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

Document Served:    **Administrative Expense Claim – Stephen P. Gale**

The undersigned certifies that a copy of the document listed above was served upon the parties listed below at their respective addresses by United States mail, first class, postage prepaid, on the date indicated below.

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Counsel for Creditors' Committee

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Claims Agent

Dated: October 26, 2009

I declare that the statement above is true to the best of my information, knowledge and belief.

_____
Stephen P. Gale

[RECEIVED OCT 30 2009 U.S. BANKRUPTCY COURT, SDNY]