October 26, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
    Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

Dear Judge Drain,

I disagree with, and object to the Thirty-Seventh Omnibus Claims Objection ruling that my Administrative Claim #17863, in the amount of $289,538.39, based upon Pension, Benefit, and OPEB Claims be disallowed and expunged.

As proof for my disagreement, I offer the attached Court and Delphi documents, which I summarize as follows:

1) On February 4, 2009 your court adjudicated and recognized my claim (#16772) in the amount of $289,538.39 (attached).
2) On February 5, 2009 Delphi Officers Messrs. Sherbin and Sheehan notified me by letter that 40% of my pension, in the form of SERP (Supplemental Executive Retirement Program) monthly payments would be terminated after March 14, 2009. However, in said letter (attached), fourth paragraph, last sentence, the Delphi Officers state emphatically that, **"Delphi's decision to stop SERP payments will not affect your settlement."** (my one time payment/claim of $289,538.39, adjudicated as stated in #1 above)

I humbly ask that you redress this abdication of Delphi's documented and admitted responsibility.

Sincerely,

*Robert E. Dettinger*

Robert E. Dettinger
4255 St. Cloud Way
Cleves, OH 45002
(513) 376-6586

Cc:
(Att'n: President)                          (Att'n: Messrs. Butler Jr., Lyons, & Wharton)
DPH Holdings Corp.                          Skadden, Arps, Slate, Meagher & Flom LLP
5725 Delphi Drive                           155 North Wacker Dr.
Troy, Michigan 48098                        Chicago, IL 60606

RECEIVED NOV - 2 2009 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK



SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti
Thomas J. Matz

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| Debtors. | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 REGARDING (A) SERP CLAIMS AND SCHEDULED LIABILITIES SUBJECT TO MODIFICATION, (B) DUPLICATE OR AMENDED SERP CLAIMS, (C) CLAIMS SUBJECT TO MODIFICATION, AND (D) CLAIM TO BE EXPUNGED PURSUANT TO SETTLEMENT, AS IDENTIFIED IN THIRTY-THIRD OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on January 27, 2009, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) SERP Claims And Scheduled Liabilities Subject To Modification, (B) Duplicate Or Amended SERP Claims, (C) Claims Subject To Modification, And (D) Claim To Be Expunged Pursuant To Settlement, As Identified In The Thirty-Third Omnibus Claims Objection (Docket No. 14673) (the "Thirty-Third Omnibus Claims Objection Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Thirty-Third Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim no. listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Thirty-Third Omnibus Claims Objection Order, was listed on Exhibit  A-1  to the Thirty-Third Omnibus Claims Objection Order, and was accordingly modified and allowed, as provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim |||
|---|---|---|---|---|---|---|
| | | | | Allowed Debtor | Allowed Amount | Allowed Nature |
| 01/09/08 | 16772 | $506,253.43 | SERP Claims Subject To Modification | 05-44481 | $289,538.39 | General Unsecured |

---

[1]  Asserted Claim Amounts listed as UNL reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Thirty-Third Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated: New York, New York
February 4, 2009

          BY ORDER OF THE COURT

          John Wm. Butler, Jr.
          John K. Lyons
          Ron E. Meisler
          SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP
          333 West Wacker Drive, Suite 2100
          Chicago, Illinois 60606
          (312) 407-0700

          - and -

          Kayalyn A. Marafioti
          Thomas J. Matz
          SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP
          Four Times Square
          New York, New York 10036
          (212) 735-3000

          Attorneys for Delphi Corporation, et al.,
            Debtors and Debtors-in-Possession

# DELPHI

February 5, 2009

ROBERT E DETTINGER
4255 SAINT CLOUD WAY
CLEVES, OH 45002-2323

Dear Robert:

When Delphi filed for bankruptcy protection in October 2005, it asked for and was granted an order from the Bankruptcy Court allowing it to continue making payment to retirees under the Supplemental Executive Retirement Program (the "SERP"). Although Delphi has always retained the unilateral authority to modify or terminate these discretionary payments, Delphi has continued these payments for the past three-and-a-half years. The economic climate during that time and the total enterprise value associated with Delphi's business plan provided a reasonable basis for that business decision.

As a company that is in bankruptcy, however, Delphi has a fiduciary duty to preserve the value of its assets and maximize recovery for all creditors. During the fourth quarter of 2008, the outlook for the global automotive industry took a dramatic turn for the worse, with volumes plummeting to the lowest levels in recent history. Given the changing and uncertain economic climate, Delphi's reasonable business judgment no longer supports the continued payment of discretionary benefit programs such as the SERP.

Accordingly, Delphi will terminate all SERP payments as of April 1, 2009. The SERP payment to be sent to you on March 14, 2009 will be the final payment made to you under the SERP. We know that this action will impose real hardship on you. However, our very recognition of such hardships, which motivated us to continue these discretionary payments in a more robust economic environment, regrettably provides no business justification or legal basis for Delphi to continue these payments in the current economic climate.

You have previously signed a settlement agreement and stipulation with Delphi settling the amount of your claim against Delphi for its obligations to you under the SERP. In addition, last month Delphi asked for and received an order from the Bankruptcy Court finalizing the settlement and allowing it for purposes of distribution under a plan of reorganization. Delphi's decision to stop the SERP payments will not affect your settlement.

Please feel free to call Debra Alexander at 248-813-2524, Steve Gebbia at 248-813-2493 or John DeMarco at 248-813-3016, if you have questions about this letter.

We will communicate any additional information regarding the SERP program as it becomes available.

Sincerely,

David M. Sherbin
Vice President, General Counsel &
Chief Compliance Officer

John D. Sheehan
Vice President and
Chief Financial Officer