October 29, 2009

Honorable Judge Robert D. Drain
United States Bankruptcy Court
One Bowling Green Room, 632
New York, New York, 10004

Dear Judge Drain,

With regards to 37th Omnibus Claims Objection Order:
Case No. 05-44481, Claim # 16967, Dwight Goodin


Claimant –Dwight Goodin- Claim #16967 The basis for the claim was a previous settlement and other pension liabilities.

I have already agreed to a settlement amount of $409,200.79 with the court referenced in the attached notice. Since the filing of claim #16767, much has transpired relative to the remainder of the claim. As a result, I believe the remainder of the claim should be disallowed, but the $409,200.79 already agreed to should be allowed.

It was my understanding that even though a settlement had been reached, that an administrative expense claim had to be filed. If for some reason this claim is considered a duplicate of Schedule entry 10416687 for unsecured claims already agreed to, then I agree that this should be disallowed, but only on the basis that the original claim is still in effect and agreed to.

My bottom line is that I am owed $409,200.79 that is already agreed to.

Any ruling on this notice needs to clarify the status of the $409K claim.

Thank you for your due diligence,

Dwight Goodin
4518 Golf View Dr
Brighton, Mi., 48116

Copy to DPH Holdings and Skadden, Arps, Slate, Meagher & Flom LLP

Objection Deadline: June 30, 2008 at 4:00 p.m.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
          In re                     :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
                         Debtors.   :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OMNIBUS NOTICE OF PRESENTMENT OF JOINT STIPULATIONS AND AGREED
ORDERS (I) COMPROMISING AND ALLOWING CERTAIN PROOFS OF CLAIM FILED
BY AND SCHEDULES OF LIABILITIES ASSOCIATED WITH CERTAIN RETIREES AND
RELATED CLAIMANTS AND (II) DISALLOWING AND EXPUNGING OTHER PROOFS
OF CLAIM FILED BY CERTAIN RETIREES AND RELATED CLAIMANTS

PLEASE TAKE NOTICE that on the dates listed in column B on Exhibit A (titled "Date Filed"), attached hereto, the proofs of claim (the "Proofs of Claim") listed in column A on Exhibit A (titled "Proof of Claim Number") were filed by certain of the parties (collectively, the "Claimants") listed in column D on Exhibit A (titled "Claimant Name") against Delphi Corporation ("Delphi") asserting claims (collectively, the "Claims") in the amounts listed in column F on Exhibit A (titled "Asserted Amount").

PLEASE TAKE NOTICE that on January 17, 2008, Delphi and certain of its subsidiaries (the "Debtors") filed schedules of liabilities with respect to liabilities owing to certain of the Claimants listed in column D on Exhibit A (the "Schedules") which are identified by the numbers associated with each such Claimant listed in column B on Exhibit A (titled "Schedule No.").

PLEASE TAKE FURTHER NOTICE that the Debtors and each of the Claimants and related parties have agreed to settle the Claims and because the Claims asserted in the Proofs of Claim involve ordinary course controversies or pursuant to the Amended And Restated Order Under 11 U.S.C. §§ 363, 502 And 503 And Fed. R. Bankr. P. 9019(b) Authorizing Debtors To Compromise Or Settle Certain Classes Of Controversy And Allow Claims Without Further Court Approval (Docket No. 8401), the Debtors and each of the Claimants have (i) entered into a settlement agreement (collectively, the "Settlement Agreements") and (ii) executed a joint stipulations and agreed order compromising and allowing certain Proofs of Claim, allowing amounts set forth on the Schedules, and disallowing and expunging certain other Proofs of Claim (collectively, the "Joint Stipulations").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Settlement Agreements and the Joint Stipulations, the Debtors and the Claimants have agreed that the

2

Claims listed in column A on Exhibit A and the Schedules listed in column B on Exhibit A shall be allowed against Delphi in the amounts set forth in column G on Exhibit A, and shall be treated as general unsecured non-priority claims against the estate of Delphi.

PLEASE TAKE FURTHER NOTICE that if timely written objections are filed, served, and received in accordance with this notice, a hearing to consider approval of the Joint Stipulations will be held on July 23, 2008, at 10:00 a.m. (prevailing Eastern Time) in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that if no written objections to the Joint Stipulations are timely filed, served, and received, the Debtors will present the Joint Stipulations for consideration by the Bankruptcy Court on July 1, 2008.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Joint Stipulations must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 632, New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on May 7, 2008.

Dated: New York, New York
       June 24, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Exhibit A

| Proof Of Claim Number | Scheduled Number | Date Filed | Claimant Name | Date Executed | Asserted Amount | Allowed Amount |
|---|---|---|---|---|---|---|
| | 10416659 | | ALLEN STUART R | March 14, 2008 | | $523,852.55 |
| | 10416638 | | ANDERSON DALE E | March 18, 2008 | | $230,371.84 |
| 6693 | | 5/23/2006 | ANDERSON JON R | March 14, 2008 | $0.00 | $661,458.55 |
| | 10416651 | | ARNDT FREDERICK P | March 12, 2008 | | $571,926.56 |
| | 10416703 | | BASTIN DAVID J | March 19, 2008 | | $351,190.95 |
| 9657 | | 7/17/2006 | BECK BRUCE T | March 23, 2008 | $1,142,111.00 | $590,788.65 |
| | 10416640 | | BELL RONALD W | March 17, 2008 | | $653,421.92 |
| | 10416642 | | BESEY ALLEN W | March 12, 2008 | | $598,186.43 |
| | 10416752 | | BYERS, CATHERINE | March 18, 2008 | | $162,101.49 |
| | 10416725 | | CHAPPELL DENNIS L | March 17, 2008 | | $224,533.84 |
| | 10416612 | | CHESTNUT JAMES D | March 13, 2008 | | $1,197,125.17 |
| | 10416686 | | CHESTNUT JR GEORGE W | March 12, 2008 | | $389,099.93 |
| | 10416709 | | CIAMPA PETER F | March 26, 2008 | | $318,569.95 |
| 10852 | | 7/25/2006 | COLLINS WILLIAM L | March 14, 2008 | $0.00 | $429,220.03 |
| | 10416718 | | COX RONALD W | March 12, 2008 | | $276,265.00 |
| | 10416691 | | CRAWFORD ALBERT L | March 17, 2008 | | $385,348.12 |
| | 10416717 | | DEYER KEITH W | March 17, 2008 | | $276,789.96 |
| 9608 | | 7/17/2006 | DRURY DAVID L | March 21, 2008 | $0.00 | $795,580.89 |
| | 10416668 | | DURHAM KENNETH R | March 21, 2008 | | $477,162.25 |
| | 10416728 | | FATZINGER KATHLEEN | | | Expunged |
| 10826 | | 7/25/2006 | FATZINGER ROBERT L | March 18, 2008 | $497,400.00 | $204,326.36 |
| 13506 | | 7/25/2006 | FATZINGER ROBERT L | | $0.00 | Expunged |
| | 10416667 | | FINK WILLIAM C | March 12, 2008 | | $457,818.37 |
| | 10416720 | | FLANAGAN JAMES P | March 12, 2008 | | $203,048.10 |
| | 10416730 | | FLIGSTEIN MICHAEL S | March 12, 2008 | | $206,967.41 |
| | 10416757 | | GIFFORD, CHARLES H | March 12, 2008 | | $635,423.11 |
| | 10416687 | | GOODIN DWIGHT L | March 12, 2008 | | $409,200.79 |
| 11944 | | 7/28/2006 | HERREN WILLIAM R | March 19, 2008 | $0.00 | $1,356,968.31 |
| | 10416702 | | HOFFMAN ROBERT P | March 21, 2008 | | $347,294.89 |
| | 10416741 | | HOOPER DONALD K | March 15, 2008 | | $178,738.21 |
| | 10416758 | | JACOVIDES LINOS J | March 16, 2008 | | $13,298.39 |
| | 10416732 | | JENKINS WILLIAM M | March 17, 2008 | | $174,063.76 |
| | 10416617 | | JONES GUY S | March 26, 2008 | | $987,738.52 |

1 of 3

Exhibit A

| A<br>Proof Of Claim Number | B<br>Schedule Number | C<br>Date Filed | D<br>Claimant Name | E<br>Date Executed | F<br>Asserted Amount | G<br>Allowed Amount |
|---|---|---|---|---|---|---|
| | 10416744 | | JORGENSEN RONALD E | March 22, 2008 | | $130,854.64 |
| | 10416628 | | KESSLER ROBERT W | March 13, 2008 | | $640,358.02 |
| | 10416634 | | KIRKHAM BRUCE E | March 12, 2008 | | $717,550.56 |
| | 10416641 | | KLUSMEYER THOMAS L | March 14, 2008 | | $606,620.91 |
| 9137 | | 7/10/2006 | KNOBELSPIESSE ERNEST A | March 25, 2008 | $1,929,245.96 | $1,367,019.13 |
| | 10416609 | | KNOBELSPIESSE MARY | | | Expunged |
| | 10416738 | | LAMBERT JOHN F | March 18, 2008 | | $189,251.51 |
| | 10416697 | | LARIMORE STEPHEN J | March 12, 2008 | | $375,749.72 |
| | 10416654 | | LUCKMAN JAMES E | March 24, 2008 | | $523,983.65 |
| | 10416622 | | MEIER CHARLES R | March 12, 2008 | | $909,331.23 |
| | 10416639 | | MEYERS DAVID I | March 12, 2008 | | $651,142.37 |
| | 10416646 | | MOORE DAVID R | March 13, 2008 | | $620,835.06 |
| | 10416694 | | NEUBAUER TERRY A | March 12, 2008 | | $374,676.62 |
| | 10416680 | | NEVILLE JOHN R | March 21, 2008 | | $430,107.45 |
| | 10416745 | | O'MALLEY JR WILLIAM J | March 18, 2008 | | $125,842.38 |
| | 10416618 | | ONDRICK CHARLES W | March 12, 2008 | | $949,921.58 |
| | 10416755 | | O'NEILL,MARCIA M | March 24, 2008 | | $380,789.84 |
| | 10416637 | | PATRICK RICHARD M | March 13, 2008 | | $688,067.63 |
| | 10416688 | | PERLET RICHARD P | March 13, 2008 | | $385,652.15 |
| | 10416678 | | PIKAART JACOB | March 20, 2008 | | $437,119.10 |
| | 10416731 | | PITTMAN CLEVELAND L | March 20, 2008 | | $203,860.73 |
| | 10416711 | | POPPITT II ALFRED J | March 15, 2008 | | $287,420.54 |
| | 10416729 | | RADHESHWAR HARI I | March 13, 2008 | | $206,526.90 |
| | 10416759 | | RANDOLPH JAMES L | March 13, 2008 | | $220,590.20 |
| | 10416737 | | REYNOLDS JEFFREY T | March 14, 2008 | | $193,690.15 |
| | 10416689 | | ROBERTS DANIEL C | March 24, 2008 | | $376,674.39 |
| | 10416635 | | ROBERTSON GARY L | March 12, 2008 | | $696,323.59 |
| | 10416715 | | SCHAFER DOUGLAS R | March 18, 2008 | | $281,998.59 |
| | 10416690 | | SHIMANEK RONALD W | March 13, 2008 | | $381,468.24 |
| | 10416760 | | SIGLER JR,ROBERT M | March 18, 2008 | | $108,217.71 |
| | 10416712 | | SLETVOLD JR GEORGE J | No date | | $296,559.67 |
| | 10416733 | | SMIDEBUSH JAMES C | March 12, 2008 | | $197,776.13 |
| | 10416708 | | SMITH JAMES A | March 13, 2008 | | $320,294.39 |
| | 10416660 | | STOUT MICHAEL K | March 13, 2008 | | $493,335.29 |

Exhibit A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Proof Of Claim Number | Schedule Number | Date Filed | Claimant Name | Date Executed | Asserted Amount | Allowed Amount |
| 8781 | | 6/30/2006 | STRANEY PATRICK J | March 24, 2008 | $0.00 | $538,906.71 |
| 16722 | | 10/9/2007 | STRANEY PATRICK J | | $1,127,091.00 | Expunged |
| 16723 | | 10/9/2007 | STRANEY PATRICK J | | $732,609.00 | Expunged |
| | 10416643 | | SULLIVAN DANIEL P | March 12, 2008 | | $606,069.73 |
| | 10416746 | | SWEENEY MICHAEL A | March 26, 2008 | | $119,759.84 |
| | 10416605 | | THORNS JR ODAIL | March 13, 2008 | | $1,695,045.74 |
| | 10416719 | | TURKETT RONALD L | March 25, 2008 | | $274,223.59 |
| | 10416716 | | VARADY WAYNE J | March 13, 2008 | | $289,675.79 |
| | 10416742 | | VINCENT WESLEY A | March 12, 2008 | | $144,391.20 |
| 7793 | | 6/12/2006 | WARREN WILLIAM S | March 18, 2008 | $0.00 | $1,720,990.33 |
| | 10416669 | | WIECHART JOHN F | March 24, 2008 | | $463,140.03 |
| | 10416649 | | WILKINSON LESTER | March 12, 2008 | | $571,219.33 |
| | 10416701 | | WINTERBOTTOM DAVID A | March 25, 2008 | | $359,604.47 |
| | 10416735 | | ZIELKE WILLIAM E | March 25, 2008 | | $192,289.48 |