UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :
In re                          :        Chapter 11

DELPHI CORPORATION, et al.,    :        Case No. 05–44481 (RDD)

Debtors.    :        (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF WITHDRAWAL OF ALLOWED CLAIM OF MTRONICS.COM, INC.

Mtronics.com, Inc., successor by merger to Multitronics, Inc. ("Mtronics"), respectfully submits this Notice of Withdrawal of Allowed Claim, as follows:

WHEREAS, on October 8, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 28, 2006, Mtronics filed proof of claim number 12221 against Delphi's affiliate, Delphi Automotive Systems LLC, which asserts an unsecured non-priority claim in the amount of $377,283.79 (the "Mtronics Claim") stemming from unpaid invoices for goods sold.

WHEREAS, on July 31, 2006, Samtech Corporation ("Samtech") filed proof of claim number 15611 against Delphi, which asserts a secured claim in the amount of $375,386.80 (the "Samtech Claim") stemming from unpaid invoices for goods sold.

WHEREAS, the Debtors objected to the Samtech Claim and the Mtronics Claim

pursuant to separate objections (Docket Nos. 6100 and 6968).

WHEREAS, on December 14, 2007, Samtech, Mtronics and Delphi filed a Joint Stipulation and Agreed Order (Docket No. 11466) whereby the parties agreed that the Samtech Claim would be expunged and disallowed and the Mtronics Claim would be allowed as a general unsecured claim in the amount of $372,934.72.

WHEREAS, on June 22, 2007, an affiliate of Delphi filed a lawsuit against Samtech and its affiliate in the United States District Court for the Southern District of Indiana, styled *Delphi Automotive Systems, LLP f/k/a Delphi Delco Electronics System v. Shinwa International Holdings, Ltd. f/k/a Shinwa Co. Ltd., et al,* Civil Action No. 1:07 cv 0811-SEB-JMX (the "Lawsuit");.

WHEREAS, in connection with the settlement of the Lawsuit, Mtronics agreed to withdraw the Mtronics Claim.

THEREFORE, Mtronics hereby respectfully withdraws its allowed general unsecured claim in the amount of $372,934.72 (Claim Number 12221) filed in the Debtor's case.

Respectfully submitted this 4th day of November, 2009.

**BRADLEY ARANT BOULT CUMMINGS LLP**

By:  /s/ David E. Roth
       David E. Roth
       M. Leesa Booth
       One Federal Place
       1819 Fifth Avenue North
       Birmingham, Alabama 35203-2104
       Telephone: (205) 521-8000
       Facsimile:  (205) 521-8500

**ATTORNEY FOR MTRONICS.COM, INC.**