SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

## NOTICE OF CHANGE OF LOCATION OF OMNIBUS HEARING

     PLEASE TAKE NOTICE that, effective as of November 12, 2009, the chambers of the Hon. Robert D. Drain will be relocated to the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Room 116, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that the location of the omnibus hearing in the above-captioned cases that is scheduled for November 18, 2009 at 10:00 a.m. (prevailing Eastern time)[1] has been moved from the Alexander Hamilton Custom House, One Bowling Green, Courtroom 610, New York, New York 10004-1408, to the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

Dated:   New York, New York
         November 5, 2009

           SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP

           By:  /s/ Ron E. Meisler
              John Wm. Butler, Jr.
              John K. Lyons
              Ron E. Meisler
           155 North Wacker Drive
           Chicago, Illinois 60606

            - and -

           By:  /s/ Kayalyn A. Marafioti
              Kayalyn A. Marafioti
           Four Times Square
           New York, New York 10036

           Attorneys for DPH Holdings Corp., et al.,
             Reorganized Debtors

---

[1] See Fifteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered August 26, 2009 (Docket No. 18839).