**EXHIBIT A - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN H HALBERG AND DOLORES L HALBERG TR<br>HALBERG FAM LIVING TRUST UA 121495<br>710 BALTHROPE RD<br>NEWPORT NEWS, VA 23608-1905 | 19456 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/22/2009 | DELPHI CORPORATION (05-44481) |
| LANCE W WEBER<br>41 PASSAIC AVE<br>NORTH HALEDON, NJ 07508 | 18603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,030.00<br>$14,030.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **2** | | **$14,030.00** | | |

\*    "UNL" denotes an unliquidated claim.