**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>AIG LAW DEPARTMENT BANKRUPTCY<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1373 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD<br>EVELYN SHIMAZAKI<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 | 16778 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,035,552.42<br>UNL<br><br>UNL<br>$7,035,552.42 | 01/10/2008 | DELPHI CORPORATION (05-44481) |
| CITY OF OLATHE KANSAS<br>PAUL D SINCLAIR<br>SHUGHART THOMSON & KILROY PC<br>120 W 12TH ST STE 1800<br>KANSAS CITY, MO 64105 | 14825 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$835,000.00<br><br>$835,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CITY OF OLATHE KANSAS<br>PAUL D SINCLAIR<br>SHUGHART THOMSON & KILROY PC<br>120 W 12TH ST STE 1800<br>KANSAS CITY, MO 64105 | 14826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$835,000.00<br><br>$835,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DAIMLERCHRYSLER CORPORATION<br>JAY SELANDERS<br>DANIELS & KAPLAN PC<br>2405 GRAND BLVD STE 900<br>KANSAS CITY, MO 64108-2519 | 14169 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DAIMLERCHRYSLER CORPORATION<br>JAY SELANDERS<br>DANIELS & KAPLAN PC<br>2405 GRAND BLVD STE 900<br>KANSAS CITY, MO 64108-2519 | 15628 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,013,211.81<br><br><br><br>$5,013,211.81 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HONDA OF CANADA MFG A DIVISION OF HONDA CANADA INC<br>C/O ROBERT A BELL JR ESQ<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 E GAY ST<br>PO BOX 1008<br>COLUMBUS, OH 43215 | 11291 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,997,084.12<br>Total: $7,997,084.12 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HYUNDAI MOTOR AMERICA<br>ATTN JASON R ERB ESQ SENIOR COUNSEL<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | 15589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HYUNDAI MOTOR COMPANY<br>ATTN JASON R ERB ESQ SENIOR COUNSEL<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | 15585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KAUTEX INC<br>JOHN BRACKEN<br>TEXTRON INC<br>40 WESTMINSTER ST<br>PROVIDENCE, RI 02903 | 12140 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,113,768.00<br>Total: $1,113,768.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| KILROY REALTY LP<br>C/O ALAN E MARDER<br>ROSEN SLOME MARDER LLP<br>333 EARLE OVINGTON BLVD STE 901<br>UNIONDALE, NY 11553-3622 | 16819 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,186,444.67<br>Total: $2,186,444.67 | 04/23/2008 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| KILROY REALTY LP<br>C/O ALAN E MARDER<br>ROSEN SLOME MARDER LLP<br>333 EARLE OVINGTON BLVD STE 901<br>UNIONDALE, NY 11553-3622 | 16818 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,186,444.67<br>Total: $2,186,444.67 | 04/24/2008 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| LIQUIDITY SOLUTIONS INC<br>DANA P KANE<br>DBA DEFINED BENEFIT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 16816 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 05/28/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>CELESTE R GILL ASST ATTORNEY GENERAL<br>6TH FLOOR WILLIAMS BLDG<br>525 W OTTAWA ST<br>PO BOX 30755<br>LANSING, MI 48909 | 15785 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$64,329.64<br>$64,329.64 | 08/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>MICHELLE T SUTTER<br>OHIO ATTORNEY GENERAL<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS, OH 43215-3400 | 15345 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **15** | | **$27,366,835.33** | | |

*    "UNL" denotes an unliquidated claim.