05-44481-rdd    Doc 19044-3    Filed 11/06/09    Entered 11/06/09 19:34:59    Exhibit C
Pg 1 of 1

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Thirty-Eighth Omnibus Claims Objection

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202-1986 | 19316 | Secured:<br>Priority: $5.00<br>Administrative:<br>Unsecured:<br>Total: $5.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202-1986 | 19315 | Secured:<br>Priority: $240.38<br>Administrative:<br>Unsecured:<br>Total: $240.38 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| BEHR HELLA THERMOCONTROL INC<br>ATTN BHAVANI TATA<br>43811 PLYMOUTH OAKS BLVD<br>PLYMOUTH TOWNSHIP, MI 48170 | 19141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $491,298.90<br>Total: $491,298.90 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 19325 | Secured: $9,907.93<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $9,907.93 | 07/16/2009 | DELPHI CORPORATION (05-44481) |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 19324 | Secured: $314.88<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $314.88 | 07/16/2009 | DELPHI CORPORATION (05-44481) |

**Total:** 5        **$501,767.09**