**EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALLEN EDWARD | 7240 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/31/2006 | DELPHI CORPORATION (05-44481) |
| CARRILLO SERGIO L | 11254 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$10,000.00<br><br>$340,000.00<br>$350,000.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| CORNWELL JR WILLIAM D | 16806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$616,065.45<br>$616,065.45 | 02/14/2008 | DELPHI CORPORATION (05-44481) |
| FARLESS REBECCA S | 12220 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| GALLEY CHRISTOPHER D | 13531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| GREEN THOMAS | 13539 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$2,786,362.00<br><br><br>$2,786,362.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HEIMAN JAMES M | 15245 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$6,667.00<br>$6,667.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JENKINS WILLIAM M | 16797 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$174,063.76<br>$174,063.76 | 01/31/2008 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MACIAK MARYBETH B | 13414 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| MCCLAIN YEVETTE | 5416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **10** | | **$3,933,158.21** | | |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.