05-44481-rdd    Doc 19044-5    Filed 11/06/09    Entered 11/06/09 19:34:59    Exhibit E
Pg 1 of 3

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Thirty-Eighth Omnibus Claims Objection

**EXHIBIT E - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BARRETT NORMA | 10833 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| BOBBY OGLESBY | 18340 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| COWART THOMAS | 6511 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $348,384.00<br>Total: $348,384.00 | 05/22/2006 | DELPHI CORPORATION (05-44481) |
| DELLINGER JAMES R | 9022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/05/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DENNIS GARY G | 8318 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/21/2006 | DELPHI CORPORATION (05-44481) |
| FAGAN THOMAS | 9158 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,363.97<br>Total: $25,363.97 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| GARCIA ANGELINA | 9590 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/17/2006 | DELPHI CORPORATION (05-44481) |
| GOAD JAMES D | 8645 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT E - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GRAI JAMES | 13163 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HOLLEY ESTELLE | 13157 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JONES ANITA | 13142 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LINDEMUTH JESSICA | 8309 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/21/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LOVELL SEBRENA | 8753 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/29/2006 | DELPHI CORPORATION (05-44481) |
| PRESCOTT MARK | 13116 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RUMORA FRANK | 6964 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 05/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STASIK ROBERT | 7658 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19044-5    Filed 11/06/09    Entered 11/06/09 19:34:59    Exhibit E

In re DPH Holdings Corp., et al.    Pg 3 of 3    Thirty-Eighth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT E - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TANCEUSZ DAWN | 13096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TURNER KENNETH W | 9164 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$323,584.09<br>$323,584.09 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| ULMAN BRADLEY | 3442 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILSON DENISE | 8896 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/05/2006 | DELPHI CORPORATION (05-44481) |

**Total:** 20     $697,332.06

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.