**EXHIBIT F - ALLOWED CLAIMS**

| CLAIM TO BE ALLOWED *** | CLAIM AS DOCKETED ** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 15722<br>Date Filed: 07/31/2006<br>Docketed Total: $2.33<br>Filing Creditor Name:<br>CARMEN J MANDATO<br>2645 EAST 112 ST<br>CLEVELAND, OH 44104-2665 | Claim Holder Name<br>CARMEN J MANDATO<br>2645 EAST 112 ST<br>CLEVELAND, OH 44104-2665<br><br>Docketed Total: $2.33<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    $2.33<br>                                    **$2.33** | Allowed Total: $2.33<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                             $2.33<br>                                           **$2.33** |
| Claim: 16001<br>Date Filed: 08/09/2006<br>Docketed Total: $11,000.00<br>Filing Creditor Name:<br>COMBINED HEALTH DISTRICT<br>OF MONTGOMERY COUNTY<br>117 S MAIN ST<br>DAYTON, OH 45422-1280 | Claim Holder Name<br>COMBINED HEALTH DISTRICT OF<br>MONTGOMERY COUNTY<br>117 S MAIN ST<br>DAYTON, OH 45422-1280<br><br>Docketed Total: $11,000.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    $11,000.00<br>                                    **$11,000.00** | Allowed Total: $11,000.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                             $11,000.00<br>                                           **$11,000.00** |
| Claim: 9137<br>Date Filed: 07/10/2006<br>Docketed Total: $1,929,245.96<br>Filing Creditor Name:<br>KNOBELSPIESSE ERNEST A | Claim Holder Name<br>KNOBELSPIESSE ERNEST A<br><br>Docketed Total: $1,929,245.96<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    $1,929,245.96<br>                                    **$1,929,245.96** | Allowed Total: $1,297,019.13<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                             $1,297,019.13<br>                                           **$1,297,019.13** |
| Claim: 11882<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MCWEE CHARELS M | Claim Holder Name<br>MCWEE CHARELS M<br><br>Docketed Total: UNL<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    UNL<br>                                    **UNL** | Allowed Total: $259,822.16<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                             $259,822.16<br>                                           **$259,822.16** |

\*     See Exhibit G for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

\*\*\*   The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19044-6    Filed 11/06/09    Entered 11/06/09 19:34:59    Exhibit F  
Pg 2 of 2

Thirty-Eighth Omnibus Claims Objection

**EXHIBIT F - ALLOWED CLAIMS**

| CLAIM TO BE ALLOWED *** | CLAIM AS DOCKETED ** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1420<br>Date Filed: 01/03/2006<br>Docketed Total: $6,185,131.57<br>Filing Creditor Name:<br>  PIONEER NORTH AMERICA INC<br>  SCHAFER AND WEINER PLLC<br>  40950 WOODWARD AVE STE 100<br>  BLOOMFIELD HILLS, MI 48304 | Claim Holder Name<br>  WHITEBOX HEDGED HIGH YIELD<br>  PARTNERS LP<br>  3033 EXCELSIOR BLVD STE 300<br>  MINNEAPOLIS, MN 55416<br><br>Docketed Total: $6,185,131.57<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                 $3,129,150.38    $3,055,981.19<br>                                          $3,129,150.38    $3,055,981.19 | Allowed Total: $6,185,131.57<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                    $0.00    $6,185,131.57<br>                                        $0.00    $6,185,131.57 |

**Total Claims To Be Allowed: 5**

**Total Amount As Docketed:**    $8,125,379.86

**Total Amount As Allowed:**    $7,752,975.19

---

\*    See Exhibit G for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated.claim.

\*\*\*    The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.