In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19044-8    Filed 11/06/09    Entered 11/06/09 19:34:59    Exhibit H
Pg 1 of 2

Thirty-Eighth Omnibus Claims Objection

Exhibit H - Claimants And Related Claims Subject To Thirty-Eighth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ALLEN EDWARD | 7240 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | 1373 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD | 16778 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BARRETT NORMA | 10833 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BARTHOLOMEW COUNTY TREASURER | 19315 | EXHIBIT C - UNTIMELY CLAIMS |
| BARTHOLOMEW COUNTY TREASURER | 19316 | EXHIBIT C - UNTIMELY CLAIMS |
| BEHR HELLA THERMOCONTROL INC | 19141 | EXHIBIT C - UNTIMELY CLAIMS |
| BOBBY OGLESBY | 18340 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CARMEN J MANDATO | 15722 | EXHIBIT F - ALLOWED CLAIMS |
| CARRILLO SERGIO L | 11254 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| CITY OF OLATHE KANSAS | 14825 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| CITY OF OLATHE KANSAS | 14826 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| COMBINED HEALTH DISTRICT OF MONTGOMERY COUNTY | 16001 | EXHIBIT F - ALLOWED CLAIMS |
| CORNWELL JR WILLIAM D | 16806 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| COWART THOMAS | 6511 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DAIMLERCHRYSLER CORPORATION | 14169 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DAIMLERCHRYSLER CORPORATION | 15628 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DALLAS COUNTY | 19325 | EXHIBIT C - UNTIMELY CLAIMS |
| DELLINGER JAMES R | 9022 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DENNIS GARY G | 8318 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| FAGAN THOMAS | 9158 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| FARLESS REBECCA S | 12220 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| GALLEY CHRISTOPHER D | 13531 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| GARCIA ANGELINA | 9590 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GOAD JAMES D | 8645 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GRAI JAMES | 13163 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GREEN THOMAS | 13539 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| HEIMAN JAMES M | 15245 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| HOLLEY ESTELLE | 13157 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| HONDA OF CANADA MFG A DIVISION OF HONDA CANADA INC | 11291 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HYUNDAI MOTOR AMERICA | 15589 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HYUNDAI MOTOR COMPANY | 15585 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| JENKINS WILLIAM M | 16797 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| JOHN H HALBERG AND | 19456 | EXHIBIT A - EQUITY INTERESTS |
| JONES ANITA | 13142 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| KAUTEX INC | 12140 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| KILROY REALTY LP | 16818 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| KILROY REALTY LP | 16819 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| KNOBELSPIESSE ERNEST A | 9137 | EXHIBIT F - ALLOWED CLAIMS |
| LANCE W WEBER | 18603 | EXHIBIT A - EQUITY INTERESTS |
| LINDEMUTH JESSICA | 8309 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LIQUIDITY SOLUTIONS INC | 16816 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| LOVELL SEBRENA | 8753 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MACIAK MARYBETH B | 13414 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| MCCLAIN YEVETTE | 5416 | EXHIBIT D - PENSION, BENEFIT, AND OPEB CLAIMS |
| MCWEE CHARELS M | 11882 | EXHIBIT F - ALLOWED CLAIMS |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY | 15785 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| OHIO ENVIRONMENTAL PROTECTION AGENCY | 15345 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PIONEER NORTH AMERICA INC | 1420 | EXHIBIT F - ALLOWED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd  Doc 19044-8  Filed 11/06/09  Entered 11/06/09 19:34:59  Exhibit H
Pg 2 of 2

Thirty-Eighth Omnibus Claims Objection

Exhibit H - Claimants And Related Claims Subject To Thirty-Eighth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PRESCOTT MARK | 13116 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RUMORA FRANK | 6964 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| STASIK ROBERT | 7658 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TANCEUSZ DAWN | 13096 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TARRANT COUNTY | 19324 | EXHIBIT C - UNTIMELY CLAIMS |
| TURNER KENNETH W | 9164 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ULMAN BRADLEY | 3442 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| WHITEBOX HEDGED HIGH YIELD PARTNERS LP | 1420 | EXHIBIT F - ALLOWED CLAIMS |
| WILSON DENISE | 8896 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |