November 2ⁿᵈ, 2009

Barbara Pauline Burger
9844 S. Glenmoor Ct.
Oak Creek, WI. 53154

Attention Honorable Robert D Drain,

*05-4448 1*

I Barbara Pauline Burger, object to the following motion in case No. 05-4481 (RDD)
Delphi Corp. to be heard on November 18, 2009 at 10:00 AM.

Motion objected to as follows:
REORGANIZED DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. & 105 AND
FED. R. BANKR. P. 7041 AND 9014 (1) DISMISSING CERTAIN OFF-CALENDAR
MOTIONS AND CONTESTED MATTERS AND (11) OVERRULING,
WITHDRAWING, OR OTHERWISE DISMISSING OR DEEMING MOOT CERTAIN
OBJECTIONS LODGED IN CONNECTION WITH PROCEDURES SET FORTH IN
DEBTORS' 2007 SOLICITATION PROCEDURES MOTION

("MOTION TO DISMISS OFF-CALENDAR MOTIONS AND OVERRULE MOOT
OBJECTIONS").

Please take notice that I am not asking for Post petition Interest in my claim. I have
never been party to the interest rate dispute or received any contact concerning this
matter. Why then, am I grouped with other Delphi employees who are seeking interest in
Exhibit B-1 per Debtors and their Legal Council?

My argument is clearly stated in Legal Documents provided by General Motors and
Delphi Corporation's for Life Time retirement benefits for salaried employees. (See
attached documents 1 and 11.

Please take further notice that I continue to seek claims for Life Time Retirement
Benefits for Salaried Employees.

I understand the need for this matter to be resolved, therefore, please hold Debtors
(Delphi) responsible for their Retirement Benefit agreement with myself, a retired
salaried employee.

My claim number is 6468 and my docket number is 18894.

Thank you for your attention,

Sincerely,

*Barbara Pauline Burger*

Barbara Pauline Burger

# RETIREMENT BENEFITS

DOCUMENT  I

Through December 31, 1984, your credited
service is  12 YEARS AND  3 MONTHS.

Your contributions are:
Prior to 7-1-77 .........
7-1-77 to 10-1-79 ........
After 10-1-79............    $1,620.86
If you work for GM until age 65 in 2007  your estimated
monthly retirement income would be:

From the Retirement Program
—Noncontributory benefits ........    $802.00
—Contributory benefits ...........    $803.00*
From Social Security
—Yourself......................    $844.00
—Dependent spouse at age 65 .....    $422.00

**Total Monthly** ...........    **$2,871.00**

Estimated retirement benefits are based on the
assumption that your current pay will stay the same
until retirement. Retirement payments are for your
lifetime only (If you elect a survivor option, benefits
would be reduced).

Estimates of your retirement income at other ages are
available upon request from your Personnel Office.

**Plus**

If you retire from GM (except at employe option
between ages 55 and 60 when your age and credited
service total less than 85):

• You may take your Savings-Stock Purchase
Program account in a lump sum, defer receipt to
the year you attain age 70½, or convert your
account to a lifetime annuity.

• Your health care coverage will be continued for
your lifetime.

• A portion of your Life Insurance and Personal
Accident Insurance may be continued for your
lifetime. Optional Life Insurance may be continued
until age 70.

* ASSUMES CONTINUED CONTRIBUTIONS TO AGE 65 AND NO WITHDRAWALS.

# DISABILITY INCOME
## Monthly Payments

If you become disabled you may be eligible to receive salary continuation and/or disability benefits of

$3,213 PER MONTH FOR 26 WEEKS AND
$2,302 PER MONTH FOR THE NEXT 27 WEEKS.

If you remain disabled, you may be eligible for continuing disability benefits from several sources, totaling

$1,977 per month to age 65. Thereafter, you may be eligible for continuing Social Security benefits

of $781 per month plus GM retirement* benefits of $498 per month payable for life.

In addition, if you have a dependent spouse and one or more children, they could receive up to   $391
per month from Social Security.

## Plus

Depending on your eligibility and enrollment status, other benefits may be payable if you are totally and
permanently disabled:

• Monthly installment payments of basic life insurance following expiration of extended disability benefits
because you had less than 10 years of credited service when you became totally and permanently disabled.

• Monthly installments of Personal Accident Insurance.

• Entire account balance under GM Savings-Stock Purchase Program, including GM's contributions.

* PLUS ENTIRE EMPLOYE STOCK OWNERSHIP ACCOUNT BALANCE.

*Retirement benefits are projected only for employes with ten or more years of credited service.

INCOME SECURITY

IF YOU ARE LAID OFF, YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF
$1,204.93 UNDER THE LAYOFF BENEFIT PLAN FOR  6 MONTHS.  THEREAFTER,
YOU ARE ELIGIBLE FOR SEMI-MONTHLY PAYMENTS OF  $963.95 FOR  18 MONTHS.
THESE PAYMENTS WILL BE REDUCED BY UNEMPLOYMENT COMPENSATION TO WHICH
YOU ARE ENTITLED, STATE DISABILITY BENEFITS AND ANY GM PAY RECEIVED,
AND 75% OF ANY EARNINGS RECEIVED FROM ANOTHER EMPLOYER OR FROM
SELF-EMPLOYMENT.
EMPLOYES WITH 15 OR MORE YEARS OF SERVICE AT THE TIME OF LAYOFF (10 OR
MORE YEARS IF THE LAYOFF IS DUE TO A PLANT CLOSING) MAY BE ELIGIBLE TO
RECEIVE INCOME PROTECTION PLAN BENEFITS AFTER LAYOFF BENEFIT PLAN
PAYMENTS END.  BENEFITS CAN CONTINUE UNTIL RETIREMENT, OR UP TO AGE 62,
WHICHEVER COMES FIRST.  DEPENDING ON YEARS OF SERVICE, SEMI-MONTHLY
INCOME WOULD RANGE FROM 50% TO 60% OF BASE PAY AND COLA AS OF THE LAST
DAY WORKED, INCLUDING ANY EARNINGS AND STATUTORY BENEFIT ENTITLEMENT.

# Apollo    HOME    FEEDBACK    INDEX



**August 21, 1998**

DOCUMENT II

## Questions and Answers

**H**ow will the separation of Delphi from GM affect my pension?

A. When the new Delphi is formed, the Delphi Retirement Program for salaried employees will carryover the terms of the GM plan. Credited service will not be broken by the creation of Delphi as a separate company and will be carried over under the Delphi plan. The terms of GM's Retirement Program for salaried employees which will be the basis for the terms of the Delphi plan are competitive with our direct competitors and other Fortune 100 companies. As is done today at GM, Delphi will continue to conduct annual reviews of Delphi's compensation and benefit packages to remain competitive.

**Q. How will the separation affect my pay?**
A.The separation will not change the base salary that you receive today. Delphi will continue an annual review to benchmark our pay levels against other companies with which we compete for talented employees. Delphi's base salaries are competitive with the elite companies included in the benchmarking study.

**Q. Will Delphi employees be able to receive discounts on General Motors vehicle purchases? Like Option 1 and Option 2?**
A.The GM employee vehicle discount program is the subject of discussion with General Motors to determine if it can be extended to Delphi employees after the separation. Management understands this is very important to employees and will continue working to resolve this issue. As soon as we have an answer to these questions, we will advise the workforce.

**Q. What about Product Evaluation Program (PEP) car drivers? Will this program be continued?**
A. Delphi will not be eligible to operate the exact same type of program available to GM as a U.S. vehicle manufacturer. Changes will occur to the company car program. We are now developing a Delphi company car program.

**Q. What will happen to my insurance programs?**
A. When the new Delphi corporation is formed, we intend to have insurance programs which carry over the coverages of the GM programs.

**Q. The normal time for enrolling in Flex benefits is coming this fall. Will we have the same enrollment process and benefits?**
A. Flex '99 enrollment will occur this fall and all Delphi salaried employees should

*Copy from Skadden, Arps, Slate, Meagher + Flom LLP information* (handwritten)

C.      Any Contested Matters Regarding Payment Of Postpetition Interest On General
        Unsecured Claims Under The Confirmed Plan Are Now Moot

       15.      Under the Confirmed Plan, holders of general unsecured claims, other than TOPrS claims, were to be entitled to payment of postpetition interest from the petition date through December 31, 2007 at either (i) the Michigan statutory rate or (ii) at the applicable contractual non-default rate.  Pursuant to the order granting the 2007 Solicitation Procedures Motion, entered on December 10, 2007 (Docket No. 11389) (the "Solicitation Procedures Order"), the Debtors distributed a notice regarding postpetition interest rate to thousands of affected claimants as part of their solicitation package (the "Interest Rate Notices").  In the event parties disputed the rate set forth in the Interest Rate Notices, the notices contained procedures for parties to follow to assert an interest rate other than the Michigan statutory rate.

       16.      After receiving these notices, 55 parties challenged the Michigan statutory rate (the "Interest Rate Dispute Parties").  A list of the Interest Rate Dispute Parties is attached hereto as Exhibit B-1.[3]  Under the Modified Plan, however, holders of general unsecured claims are not entitled to postpetition interest.  Accordingly, each of the contested matters between the Debtors and the parties identified on Exhibit B-1 is now moot.  Therefore, the Reorganized Debtors request entry of an order withdrawing the Omnibus Postpetition Interest Objection and deeming these contested matters moot.

---

[3]   The Debtors objected to the notices submitted by the Interest Rate Dispute Parties pursuant to their Debtors' Omnibus Objection To Claims For Postpetition Interest (Docket No. 12833) (the "Omnibus Postpetition Interest Objection").

*Copy from Skadden, Arps, Slate, Meagher and Flom LLP information mailed to me.*

**Exhibit B-1**

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

| Proof Of Claim Number | Claimant |
|---|---|
| 199 | Liquidity Solutions Inc as assignee of Integris Metals Inc |
| 897 | Seagate Office Products, Inc |
| 1113 | Hain Capital Holdings, LLC as assignee of Schleuniger Corporation |
| 1162 | Liquidity Solutions Inc as assignee of Maul Electric Inc |
| 1303 | Hain Capital Holdings, LLC as assignee of Interstate Connection Components, Inc. |
| 1731 | KT Trust as Assignee at Thompson Emergency Freight EFT Systems |
| 2037 | Hain Capital Holdings, LLC as assignee of Zygo |
| 2039 | Liquidity Solutions Inc as assignee of Duncan Equipment Co |
| 2437 | KT Trust as assignee of Roessel & Co Inc |
| 4954 | Liquidity Solutions Inc as assignee of Goyette Mechanical Co Inc |
| 6075 | Revenue Management as Assignee of Shaltz Fluid Power Inc |
| 6076 | Revenue Management as Assignee of Schwind Robert M DBA CNC |
| 6115 | Liquidity Solutions Inc as assignee of Sortman Crane & Hoist Inc |
| 7287 | Liquidity Solutions Inc as assignee of Nu Cut Grinding |
| 7466 | Liquidity Solutions Inc as assignee of Northway Trucking Inc |
| 7945 | Hain Capital Holdings, LLC as assignee of Oak Creek Water and Sewer Utility |
| 8857 | Riverside Claims LLC as assignee for Force Control Industries Inc |
| 8867 | Riverside Claims LLC as assignee for Fort Wayne Anodizing |
| 8872 | Riverside Claims LLC as Assignee for RDP Corporation |
| 8875 | Riverside Claims LLC as assignee for Product Action International LLC* |
| 10396 | Hain Capital Holdings, LLC as assignee of Gleason |
| 14246 | Hain Capital Holdings, LLC as assignee of Cinch Connectors, Inc. |
| 16701 | Hain Capital Investors LLC as asignee of Ken-Mac Materials (division of Thyssenkrupp Materials, N.A.) |
|  | Hain Capital Holdings, LLC as assignee of Grede Foundries, Inc. |
| 3917 | Danny Berens |
| 5572 | Beltline Electric Motor Repair |
| 6468 | Barbara P. Burger |
| 6706 | Frank X Budelewski |
| 8100 | Henix Mary S McMillon |
| 8894 | WWG Inc. |
| 545 | Riverside Claims LLC as assignee for Colorado Fluid Power |
| 790 | Riverside Claims LLC as assignee for Land Instrument |
| 2243 | Riverside Claims LLC as assignee for Lowry Holding Co Inc |
| 4045 | Riverside Claims LLC as assignee for Jan Pak Hunstville |

* Riverside Claims LLC as assignee for Product Action International LLC submitted two separate responses. Both asserted the same claim.

| Proof Of Claim Number | Claimant |
|---|---|
| 8853 | Riverside Claims LLC as assignee for Alcor Supply Fixture Company |
| 8854 | Riverside Claims LLC as assignee for Applied Scintillation Technologies |
| 8855 | Riverside Claims LLC as assignee for Dickinson Wright PLLC |
| 8856 | Riverside Claims LLC as assignee for Faulkner Ind Maintenance |
| 8858 | Riverside Claims LLC as assignee for Vanex Fire Systems |
| 8859 | Riverside Claims LLC as assignee for Trienda A Wilbert Company |
| 8860 | Riverside Claims LLC as assignee for SA Technologies Inc |
| 8861 | Riverside Claims LLC as assignee for Prospect Mold Inc |
| 8862 | Riverside Claims LLC as assignee for MPS Group |
| 8863 | Riverside Claims LLC as assignee for Lauren Manufacturing |
| 8864 | Riverside Claims LLC as assignee for Arnold Engineering Pastiform |
| 8865 | Riverside Claims LLC as assignee for Standard Scale & Supply Co |
| 8866 | Riverside Claims LLC as assignee for Metprotech |
| 8868 | Riverside Claims LLC as assignee for Dynalab Corporation |
| 8869 | Riverside Claims LLC as assignee for DSM Engineering Plastics Inc |
| 8870 | Riverside Claims LLC as assignee for Brillcast Inc |
| 8871 | Riverside Claims LLC as assignee for Thermal Innovations Corporation |
| 8873 | Riverside Claims LLC as assignee for Scott Electronics Inc |
| 8874 | Riverside Claims LLC as assignee for Whyco Finishing |

| | Party | Response | Docket No. |
|---|---|---|---|
| 1 | Liquidity Solutions, Inc. | Response of Liquidity Solutions, Inc., as Assignee, to Debtors' Omnibus Objection to Claims for Postpetition Interest | 13094 |
| 2 | Riverside Claims, LLC | Riverside Claims, LLC's Response to Debtors' Omnibus Objection to Claims for Postpetition Interest | 13097 |