## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 9th day of November, 2009, I caused a copy of **Connecticut General Life Insurance Company's Response to Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books and Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, and OPEB Claims, and (VII) Duplicate Claims** to be served as indicated upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N. Wharton, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

**VIA FIRST CLASS MAIL**
DPH Holdings Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: President

**VIA FEDERAL EXPRESS**
Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
614 Alexander Hamilton Custom House
One Bowling Green, Rm. 632
New York, NY  10004-1400

_____
Jeffrey C. Wisler

#731574