# DELPHI

January 25, 2008

Mr. Bruno Czyrka
Deputy Director
Workers' Compensation Agency
State of Michigan
Lansing, Michigan

Dear Mr. Czyrka,

I am writing in response to correspondence sent by Rose A. Houk, State of Michigan Department of Attorney General, to Francis P. Kuplicki, Delphi Legal Staff, dated January 24, 2008 and as a follow-up to certain conversations between Ms. Houk and Mr. Kuplicki, Kayalyn Marafioti of Skadden, Arps, and Mark Fraylick, Delphi Employee Benefits, you and I.

In connection with Delphi's emergence from chapter 11 pursuant to its amended plan of reorganization, First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified, as confirmed by the United States Bankruptcy Court for the Southern District of New York, Delphi intends to abide by all applicable laws of the State of Michigan respecting workers' compensation obligations, and intends to continue to provide its Michigan-based employees with workers' compensation in accordance with Michigan law on a self-insured basis.

Delphi has enjoyed a good working relationship with your office, both prior to and since we filed for chapter 11. We look forward to maintaining that good working relationship following our emergence.

If you have any questions about this matter, please feel free to call me at (248) 813-3016.

Sincerely,

*[signature: John L. DeMarco]*

John L. DeMarco
Director, Pension & Welfare Benefit Plans


cc:     Rose Houk
        Kayalyn Marafioti
        Frank Kuplicki
        Mark Fraylick