# EXHIBIT A

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re:                          | § | Chapter 11           |
|---------------------------------|---|----------------------|
|                                 | § |                      |
| **DPH HOLDINGS CORP., et al.,** | § | Case No. 05-44481    |
|                                 | § |                      |
| **Reorganized Debtors.**        | § | (Jointly Administered) |
|                                 | § |                      |

STATE OF MICHIGAN    )
                     ) ss.:
COUNTY OF OAKLAND )

    I, Secret Washington, being duly sworn, deposes and says:

1.    I am a secretary at Clark Hill PLC ("Clark Hill").

2.    In my capacity as secretary, I assist attorney Joel D. Appebaum, Shannon Deeby, among others.

3.    On July 14, 2009, Shannon Deeby gave me an Administrative Expense Claim Form to be sent via FedEx, for priority overnight delivery, to the noticing agent for the above captioned debtors (the "Debtors"), Kurtzman Carson Consultants LLC ("KCC").

4.    I completed the FedEx label at approximately 2:00 p.m., enclosed the Administrative Expense Claim Form and additional documents within the package, attached the label, and before 5:00 p.m., I delivered the complete package to Clark Hill's third party office administrator, Océ Business Services, where it was deposited with other outgoing Federal Express packages.

1

5.    I have personal knowledge of the facts stated herein and if called upon to testify to these facts I could and would competently do so.

_____<br>SECRET WASHINGTON

Sworn to before me on
November 9, 2009

_____
Notary Public

2

# EXHIBIT B



Español | Customer Support | FedEx Locations    Search    Go

**Package/Envelope** | **Freight** | **Expedited** | **Office/Print Services**

Ship ▸ | Track ▸ | Manage ▸ | Business Solutions ▸

## FedEx Ship Manager®

Logout    Help

| Prepare Shipment | Ship History | My Lists | Reports | My Profile |

### Your Shipment Details

| From: | Joel D. Applebaum<br>Clark Hill PLC<br>151 S. Old Woodward<br>Suite 200<br>Birmingham, MI  48003<br>US<br>2486429692 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number: | FedEx Envelope<br>Use an already scheduled pickup at my location<br>1.00  LBS<br>0 x 0 x 0 in<br>0.00  USD<br>48218210 |
|---|---|---|---|
| To: | c/o Kurtzman Carson<br>Consultants LLC<br>Delphi Corporation et al<br>Claims<br>2335 ALASKA AVE<br>EL SEGUNDO, CA<br>902454808<br>US<br>0000000000 | Bill transportation to:<br>Courtesy rate quote:*<br>List rates:<br>Effective net discount:<br>Discounted variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | 48218210<br>18.40<br><br><br><br><br><br><br>Express<br>Commercial |
| Tracking no:<br>Your reference:<br>Ship date:<br>Service type: | 797761344938<br>28716/116637<br>Jul 14 2009<br>Priority Overnight | | |


Return to History

**Please note :**
. * The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2009 FedEx

