Timothy S. McFadden (TSM 9650)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

-and-

Kevin J. Walsh (KJW 6083)
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel: (212) 415-8600
Fax: (212) 303-2754

Attorneys for Methode Electronics, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al. | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Timothy S. McFadden, being duly sworn according to law, depose and say that I am an attorney with the law firm Locke Lord Bissell & Liddell LLP.

On November 11, 2009, I caused a true copy of Limited Objection of Methode Electronics, Inc. to Reorganized Debtors' Motion For Order Under 11 U.S.C. § 105 and Fed. R. Bankr. P. 7041 and 9014 (I) Dismissing Certain Off-Calendar Motions and Contested Matters and (II) Overruling, Withdrawing, or Otherwise Dismissing or Deeming Moot Certain Objections Lodged in Connection With Procedures Set Forth in Debtors' 2007 Solicitation Procedures Motion, to be served via Federal Express, upon the following addresses listed below:

CHI1 1637890v.1

| | |
|---|---|
| Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Room 610<br>New York, New York 10004<br><br>Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Hon. Charles L. Brieant Jr. Federal Building<br>300 Quarropas Street, Room 116<br>White Plains, New York 10601-4140 | **United States Trustee**<br>Office of the U.S. Trustee for the Southern<br>District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>Attn: Alicia M. Leonhard |
| **Reorganized Debtors**<br>DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: Preseident | **Counsel for the Reorganized Debtors**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606<br>Attn: John Wm. Butler, Jr. |

Dated: November 9, 2009

                                            /s/ Timothy S. McFadden
                                              Timothy S. McFadden