UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DPH Holdings Corp, et al.<br><br>Debtors, | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC, and that she caused papers to be served as follows:

Documents Served:   1st Choice Heating & Cooling's Response to the Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Prepetition Claims (II) Equity Interests, (III) Books and Records Claims (IV) Untimely Claims, (V) Paid Severance Claims (VI) Pension, Benefit, and Open Claims, and (VII) Duplicate Claims

Method of Service/
Served Upon:   By electronic mail (via the ECF System) and upon   the following via Overnight Federal Express

| | | |
|---|---|---|
| Chambers Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>1 Bowling Green, Room 632<br>New York, NY 10004 | DPH Holdings Corp<br>5725 Delphi Dr<br>Troy, MI 48098-2815<br>Attn: President | J. Wm Butler<br>J. John K. Lyons<br>Joseph Wharton<br>Skadden Arps Slate Meagher & Flom LLP<br>155 North Wacker Drive,<br>Chicago, Il 60606 |

Date of Service:    November 9, 2009

                                                    Clark Hill PLC

                                                    By:   /s/  Secret S. Washington
                                                         Secret S. Washington
                                                         151 S. Old Woodward Avenue
                                                         Birmingham, MI 48009