# DELPHI

October 17, 2008

Mr. Jack Nolish
Director
Michigan Department of Labor & Economic Growth
Workers' Compensation Agency
7150 Harris Drive
PO Box 30016
Lansing, Michigan 48909

Dear Mr. Nolish,

This letter is in response to our recent discussion regarding modifications to Delphi's First Amended Joint Plan of Reorganization that was submitted to the Bankruptcy court on October 3, 2008. While there are significant modifications to the Confirmed Plan, the changes basically relate to plan investors, unsecured creditors, and other funding requirements that will allow Delphi to emerge from bankruptcy.

However, the modifications to the Plan of Reorganization do not include any changes in regards to workers' compensation nor change any aspect of the letter I sent on January 25, 2008 letter to the State of Michigan Workers' Compensation Agency. To reiterate, in connection with Delphi's emergency from Chapter 11, Delphi intends to abide by all applicable laws of the State of Michigan regarding workers' compensation obligations, and intends to continue to provide its Michigan-based employees with workers' compensation in accordance with Michigan law on a self-insured basis.

I would like to thank you for taking the time to visit us at our Troy Headquarters last week. If you have any questions, please feel free to call me at (248) 813-3016.

Sincerely,

John L. DeMarco
Director, Pension & Welfare Benefit Plans