**Objection Deadline:  November 17, 2009 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND AGREED ORDER
(I) COMPROMISING AND ALLOWING ADMINISTRATIVE EXPENSE CLAIM
REQUEST NUMBER 16837 AND (II) DISALLOWING AND EXPUNGING PROOF
OF CLAIM NUMBER 11198 (DONALD R. SWEETON AND SARAH E. SWEETON)

PLEASE TAKE NOTICE that Donald R. Sweeton and Sarah E. Sweeton (together, the "Sweetons") filed proof of claim number 11198 ("Proof of Claim No. 11198") dated July 25, 2006, asserting a general unsecured claim in the amount of $326,713.00 against Delphi Automotive Systems LLC ("DAS LLC") for lease rejection damages that would arise if DAS LLC rejected the Amended Warehouse Lease (as defined below).

PLEASE TAKE FURTHER NOTICE that on December 12, 2007, the Court entered the Joint Stipulation And Agreed Order To Withdrawal Without Prejudice Of Proof Of Claim 11198 (Donald R. And Sarah E. Sweeton) (Docket No. 11435), by which the Sweetons and Delphi Corporation and certain of its affiliates, including DAS LLC, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), stipulated and agreed that, among other things, (i) Proof of Claim No. 11198 was withdrawn by the Sweetons without prejudice and (ii) in the event that the Debtors reject the Amended Warehouse Lease, Proof of Claim No. 11198 would be automatically reinstated without further notice or action from the Sweetons.

PLEASE TAKE FURTHER NOTICE that the Sweetons filed administrative expense claim request number 16837 dated February 18, 2009 against DAS LLC, asserting an administrative expense claim in the amount of at least $638,845.03 (the "Claim") arising from (i) a Warehouse Lease dated December 22, 1999 and amended from time to time thereafter (as amended, the "Amended Warehouse Lease") concerning certain nonresidential real property in Columbia, Tennessee (the "Leased Property") and (ii) related agreements.

PLEASE TAKE FURTHER NOTICE that on February 26, 2009, the Sweetons filed a Motion To Compel Debtor's Performance Under Lease of Non-Residential Real Property And For Payment of Administrative Expenses (Docket No. 16381) (the "Motion").

2

PLEASE TAKE FURTHER NOTICE that DAS LLC rejected the Amended Warehouse Lease pursuant to Article 8.1(a) of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan"), which was approved by this Court on July 30, 2009 and substantially consummated by the Debtors on October 6, 2009.

PLEASE TAKE FURTHER NOTICE that in connection with the consummation of the Modified Plan, the certificate of formation of DAS LLC was amended to change the name of DAS LLC to DPH-DAS LLC.

PLEASE TAKE FURTHER NOTICE that on November 6, 2009, to resolve the Claim, the Motion, and any other issues concerning the Leased Property, the Amended Warehouse Lease, or any related agreement between any of the Debtors and any of the Sweetons, DPH-DAS LLC and the Sweetons entered into a Settlement Agreement and executed a Joint Stipulation And Agreed Order (I) Compromising And Allowing Administrative Expense Claim Request Number 16837 And (II) Disallowing And Expunging Proof Of Claim Number 11198 (Donald R. Sweeton And Sarah E. Sweeton), a copy of which is attached hereto as <u>Exhibit A</u> (the "Stipulation").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Stipulation must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Bankruptcy Court for the Southern District of New York in accordance with General Order M-242 (as amended) – registered users of the court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard

copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York, 10601-4140 (the "Bankruptcy Court"), and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to DPH Holdings Corp. and certain of its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John K. Lyons and Ron E. Meisler), in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on November 17, 2009.

PLEASE TAKE FURTHER NOTICE that if timely written objections to the Stipulation are filed, served, and received in accordance with this notice, a hearing to consider approval of the Stipulation will be held on November 17, 2009, at 10:00 a.m. (prevailing Eastern time) in the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if no written objections to the Stipulation are timely filed, served, and received in accordance with this notice, the Reorganized Debtors will present the Stipulation to the Bankruptcy Court for signature on November 18, 2009, and the Bankruptcy Court may enter an order approving the Stipulation without further notice.

Dated: New York, New York
       November 10, 2009

            SKADDEN, ARPS, SLATE, MEAGHER &
             FLOM LLP

By:  /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan, III
    Ron E. Meisler
    155 North Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

        - and -

By:  /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for DPH Holdings Corp., et al.,
     Reorganized Debtors

5

# Exhibit A
# Stipulation

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

JOINT STIPULATION AND AGREED ORDER (I) COMPROMISING AND
ALLOWING ADMINISTRATIVE EXPENSE CLAIM REQUEST NUMBER 16837
AND (II) DISALLOWING AND EXPUNGING PROOF OF CLAIM NUMBER 11198
(DONALD R. SWEETON AND SARAH E. SWEETON)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases, including DPH-DAS LLC (collectively, the "Reorganized Debtors"), and Donald R. Sweeton and Sarah E. Sweeton (collectively, the "Sweetons") respectfully submit this Joint Stipulation And Agreed Order (I) Compromising And Allowing Administrative Expense Claim Request Number 16837 And (II) Disallowing And Expunging Proof Of Claim Number 11198 (Donald R. Sweeton and Sarah E. Sweeton) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation and certain of its affiliates, including Delphi Automotive Systems LLC ("DAS LLC") (collectively, the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended.

WHEREAS, the Sweetons filed proof of claim number 11198 ("Proof of Claim No. 11198") dated July 25, 2006, asserting a general unsecured claim in the amount of $326,713.00 against DAS LLC for lease rejection damages that would arise if DAS LLC rejected the Amended Warehouse Lease (as defined below).

WHEREAS, on December 12, 2007, this Court entered the Joint Stipulation And Agreed Order To Withdrawal Without Prejudice Of Proof Of Claim 11198 (Donald R. And Sarah E. Sweeton) (Docket No. 11435), by which the Sweetons and the Debtors stipulated and agreed that, among other things, (i) Proof of Claim No. 11198 was withdrawn by the Sweetons without prejudice and (ii) in the event that the Debtors reject the Amended Warehouse Lease, Proof of Claim No. 11198 would be automatically reinstated without further notice or action from the Sweetons.

2

WHEREAS, the Sweetons filed administrative expense claim request number 16837 dated February 18, 2009 against DAS LLC, asserting an administrative expense claim in the amount of at least $638,845.03 (the "Claim") arising from (i) a Warehouse Lease dated December 22, 1999 and amended from time to time thereafter (as amended, the "Amended Warehouse Lease") concerning certain nonresidential real property in Columbia, Tennessee (the "Leased Property") and (ii) related agreements.

WHEREAS, on February 26, 2009, the Sweetons filed a Motion To Compel Debtor's Performance Under Lease of Non-Residential Real Property And For Payment of Administrative Expenses (Docket No. 16381) (the "Motion").

WHEREAS, DAS LLC rejected the Amended Warehouse Lease pursuant to Article 8.1(a) of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan"), which was approved by this Court on July 30, 2009 and substantially consummated by the Debtors on October 6, 2009.

WHEREAS, in connection with the consummation of the Modified Plan, the certificate of formation of DAS LLC was amended to change the name of DAS LLC to DPH-DAS LLC.

WHEREAS, on November 6, 2009, to resolve the Claim, the Motion, and any other issues concerning the Leased Property, the Amended Warehouse Lease, or any related agreement between any of the Debtors and any of the Sweetons, DPH-DAS LLC and the Sweetons entered into a settlement agreement (the "Settlement Agreement").

WHEREAS, DPH-DAS LLC is authorized to enter into the Settlement Agreement pursuant to Article 11 of the Modified Plan.

3

4

THEREFORE, DPH-DAS LLC and the Sweetons stipulate and agree as follows:

1. The Claim shall be allowed in the amount of $350,000.00 and shall be treated as an allowed administrative expense claim against DPH-DAS LLC.

2. Upon the entry of this order, the Motion shall be deemed withdrawn with prejudice.

3. Proof of Claim No. 11198 shall be disallowed and expunged in its entirety.

4. This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in New York, New York, this ___ day of November, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John Wm. Butler, Jr. | /s/ Austin L. McMullen |
| John Wm. Butler, Jr. | Austin L. McMullen |
| John K. Lyons | BRADLEY ARANT BOULT |
| Albert L. Hogan, III |   CUMMINGS LLP |
| Ron E. Meisler | 1600 Division Street, Suite 700 |
| SKADDEN, ARPS, SLATE, MEAGHER | P.O. Box 340025 |
|   & FLOM LLP | Nashville, Tennessee 37203-0025 |
| 155 North Wacker Drive | (615) 252-2307 |
| Chicago, Illinois 60606 | |
| (312) 407-0700 | Attorneys for Donald R. Sweeton and |
| |   Sarah E. Sweeton |
|      - and - | |
| | |
| Kayalyn A. Marafioti | |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| | |
| Attorneys for DPH Holdings Corp., et al., | |
|   Reorganized Debtors | |

5