GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
(414) 273-3500
Jennifer B. Herzog (JH-3650)

Attorneys for the City of Oak Creek

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE*

1. I, Jennifer B. Herzog, a member in good standing of the bar of the State of Wisconsin, the State of Illinois and the United States District Courts for the Eastern and Western Districts of Wisconsin and the Northern District of Illinois, request permission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the City of Oak Creek in the above-referenced proceeding.

2. I am an attorney with the law firm of Godfrey & Kahn, at 780 North Water Street, Milwaukee, Wisconsin 53202-3590. My telephone number is (414) 287-3500.

3. I am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

4349372_1

2

4. I agree to pay the $25.00 fee upon my admission *pro hac vice*.

Dated: November 10, 2009.

By: _____*/s/ Jennifer B. Herzog*_____
Jennifer B. Herzog (JH-3650)

Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202-3590
Telephone: (414) 287-3500
FAX: (414) 273-5198
E-mail: jherzog@gklaw.com

4349372_1                    2