**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                            :   Chapter 11
                                                 :
DPH HOLDINGS CORP., et al.,                      :   Case No. 05-44481 (RDD)
                                                 :
            Reorganized Debtors.                 :   (Jointly Administered)
---------------------------------------------------------------- x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Jennifer B. Herzog having represented that she is a member in good standing of the bar in the State of Wisconsin, the State of Illinois and the United States District Courts for the Eastern and Western Districts of Wisconsin and the Northern District of Illinois; having requested permission, *pro hac vice*, to represent the City of Oak Creek, an interested party in the above-referenced proceeding.

**IT IS HEREBY ORDERED** that Jennifer B. Herzog, Esq., is admitted to practice, *pro hac vice*, in the above-referenced proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  November _____, 2009.

                                              **BY THE COURT:**


                                              _____
                                              Honorable Robert D. Drain
                                              United States Bankruptcy Judge

4349473_1