GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin  53202
(414) 273-3500
Jennifer B. Herzog (JH-3650)

Attorneys for the City of Oak Creek

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |

**PROOF OF SERVICE**

STATE OF WISCONSIN    )
                                            )SS
COUNTY OF MILWAUKEE    )

The undersigned being first duly sworn, deposes and states that on November 11, 2009, she caused a copy of the following documents to be mailed to the parties on the attached service list in the manner indicated.

DOCUMENT(S):    1.    Motion for Admission *Pro Hac Vice; and,*
                              2.    Order for Admission to Practice, *Pro Hac Vice*

4367369_1

                                                    */s/ Mary E. Roufus*
                                                      Mary E. Roufus

Subscribed and sworn to before me
this 11th day of November, 2009.

      */s/ Jennifer Herzog*
Jennifer Herzog, Notary Public
Milwaukee County, State of Wisconsin
My Commission is Permanent.

4367369_1

## SERVICE LIST

**Parties served via e-mail:**

| | |
|---|---|
| Andrew Currie | Andrew.Currie@wilmerhale.com |
| Caroline Rogus | Caroline.Rogus@wilmerhale.com |
| David S. Gragg | dgragg@langleybanack.com |
| David S. Rosner | drosner@kasowitz.com |
| Dennis J. Connolly | dconnolly@alston.com |
| Douglas P. Bartner | dbartner@shearman.com |
| Jessica Kastin | jkastin@omm.com |
| John Wm. Butler, Jr. | jbutler@skadden.com |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
| Lowell Peterson | lpeterson@msek.com |
| Mark S. Lichtenstein | mlichtenstein@crowell.com |
| Mateo Fowler | mateofowler@quinnemanuel.com |
| Michael O'Hayer | mkohayer@aol.com |
| Paul J.N. Roy | proy@mayerbrownrowe.com |
| Joseph Wharton | joseph.wharton@skadden.com |

4367369_1

**Parties served via First Class U.S. Mail**

**Thomas J. Matz**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522
(212) 735-3000
Fax : (917) 735-2000


**Alicia M. Leonhard**
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004


**Tracy Hope Davis**
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004