SCHWARTZ, LICHTENBERG LLP
420 LEXINGTON AVENUE, SUITE 2400
NEW YORK, NEW YORK 10170
(212) 389-7818)
Barry E. Lichtenberg (BL 9750)
Attorneys for Marybeth Cunningham

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
    In re                           :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05–44481 (RDD)
                                          :
             Debtors.            :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PROOF OF SERVICE

      I, Teri Breaugh, state that on November 10, 2009, I did send a copy of Response Of Marybeth Cunningham To Objection To Claim No. 18422 and this Proof Of Service by Federal Express Overnight Delivery to:

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, Michigan 48098

Reorganized Debtors
Attn:   John Wm. Butler, Jr.
        John K. Lyons
        Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 10, 2009          /s/ Teri Breaugh          
                                      Teri Breaugh
                                      Jacob & Weingarten, P.C.
                                      2301 W. Big Beaver Rd., Suite 777
                                      Troy, Michigan 48084
                                      (248) 649-1900
                                      howard@jacobweingarten.com