**Hearing Date and Time:  November 18, 2009 at 10:00 a.m. (prevailing Eastern time)**

Joseph Serino
Michael A. Cohen
Nirav Shah
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900

- and-

Tiffany Strelow Cobb
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
Email:  tscobb@vorys.com

Attorneys for AOL LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Delphi Corporation, et al., | ) |
| | ) Case No. 05-44481 (RDD) |
| Debtor. | ) (Jointly Administered) |
| | ) |

**RESPONSE OF AOL LLC TO REORGANIZED DEBTORS'
THIRTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(B)
AND FED. R. BANKR. P. 3007 TO EXPUNGE CERTAIN (I) PREPETITION CLAIMS,
(II) EQUITY INTERESTS, (III) BOOKS AND RECORDS CLAIMS,
(IV) UNTIMELY CLAIMS, (V) PAID SEVERANCE CLAIM, (VI) PENSION, BENEFIT,
AND OPEB CLAIMS, AND (VII) DUPLICATE CLAIMS**

AOL LLC ("AOL") submits this response to the Thirty-Seventh Omnibus Objection

Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Prepetition

Claims, (II) Equity Interests, (III) Books and Records Claims, (IV) Untimely Claims, (V) Paid

Severance Claims, (VI) Pension, Benefit, and OPEB Claims, and (VII) Duplicate Claims (the "Objection") of Reorganized Debtors DPH Holdings Corp., *et al.* ("Debtors").

## INTRODUCTION

1.      On July 15, 2009, AOL timely filed its administrative expense claim (Claim No. 18609) (the "Claim") in the amount of $560,911.50 (the "Claimed Amount") for services rendered postpetition to the Debtors' employees and retirees pursuant to that certain Confidential Partner Marketing Agreement between AOL and Delphi Automotive Systems LLC dated May 5, 2005 (the "Agreement").[1]  See Exhibit 1 (as-filed copy of the Claim); see also Exhibit 2 (copies of invoices).  The Debtors have denied that **any** amount is due to AOL, purportedly on the grounds that the Claim "assert[s] dollar amounts or liabilities that are not owing pursuant to the Reorganized Debtors' books and records."  Objection at 7.

2.      The Debtors' Objection must be denied and the Claim should be allowed in the Claimed Amount.  Under the Agreement, AOL agreed to provide—and did provide—internet services to the Debtors' employees (each a "Participant") for a monthly fee that was discounted relative to AOL's published rates.  In exchange, the Debtors agreed, *inter alia*, to pay AOL the majority of each Participants' monthly fee (the "Delphi Portion").  The Claimed Amount represents the Delphi Portion for each Participant that came due between the Petition Date[2] and December 31, 2007, when the Agreement expired according to its terms (the "Administrative Period").

3.      The Agreement states that AOL shall invoice Delphi monthly for amounts due, and Delphi was obligated to make all payments required in immediately available funds.

---

[1] Due to the confidential nature of the Agreement, a copy is not attached to this Response.  While AOL believes that the Agreement is within the Debtors' possession, custody or control, AOL has also provided a copy of the Agreement to Debtors' counsel, contemporaneously with service of this Response.
[2] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

Agreement at 1.4.2(c). In fact, AOL invoiced Delphi monthly for amounts due during the

Administrative Period. Delphi paid AOL during the Administrative Period until on or about

April 2006.

4.      Among other things, the Agreement placed the obligation to verify and update

employment status squarely on the Debtors. Agreement at 1.4.3.b.

5.      Although the Agreement obligated the Debtors to verify employment status and to

notify AOL of any changes in such status, in or about February 2007, the Debtors asked AOL to

provide any documentation that AOL had relative to such employment status. In response, AOL

provided the Debtors with the names and other identifying information for Participants, to the

extent that AOL had such information. Thereafter, the Debtors responded that some of these

individuals ceased to be employed by the Debtors prior to December 31, 2007. However, the

Debtors have provided no evidence of this assertion. More importantly, the Agreement

unequivocally imposed on the Debtors the burden of verifying Participants' employment status.

The Court should not permit the Debtors to escape the consequences of their own apparent

breach of the Agreement and thereby leave AOL unpaid for services validly provided in

accordance with the Agreement during the pendency of this Case.

## ARGUMENT

**THE BENEFIT WHICH AOL PROVIDED TO DEBTORS UNDER THE AGREEMENT WAS AN ACTUAL, NECESSARY COST OF PRESERVING THE ESTATE**

### A. Indisputably, the Program Benefited the Estate to the Extent Active Employees Participated in it.

6.      Section 503(b)(1) of the Bankruptcy Code mandates allowance, as administrative

expenses, "the actual, necessary costs and expenses of preserving the estate." "If the debtor-in-

possession elects to continue to receive benefits from the other party to an executory contract

pending a decision to reject or assume the contract, the debtor-in-possession is obligated to pay

for the reasonable value of those services. . . ." <u>NLRB v. Bildisco & Bildisco</u>, 465 U.S. 513, 531 (1984).

       7.      Although the Objection claims that the Debtors have **no** liability for the Claim and that it should be denied in its **entirety**, in reality there can be no dispute that the Debtors received the full benefit of services AOL provided to the Participants pursuant to the Agreement. In <u>In re Mirant Corp.</u>, the United States Court of Appeals for the Fifth Circuit described an argument that was nearly identical to the Debtors' – i.e., that the Debtors have **no** obligation to perform under the Agreement – as "contrary to the universally accepted rule that a trustee or debtor cannot accept the benefits of an executory contract without accepting the burdens as well." <u>In re Mirant Corp.</u>, 197 Fed. Appx. 285, 294-95 (5th Cir. 2006) (internal marks omitted).

       8.      The Debtors unambiguously agreed to pay the Delphi Portion for each Participant. The Debtors concluded postpetition, as they had prepetition, that it benefited their operations to offer discounted AOL service as an employee benefit.  The Objection does not allege otherwise.

   **B.**  **To the Extent that AOL Billed the Debtors for the Delphi Portion Relating to Former Employees' Accounts, the Debtors Had Elected to Continue Receiving the Benefit Represented by Such Accounts.**

       9.      The United States Supreme Court has stated, "If the debtor-in-possession elects to continue to receive benefits from the other party to an executory contract pending a decision to reject or assume the contract, the debtor-in-possession is obligated to pay for the reasonable value of those services, which, depending on the circumstances of a particular contract, may be what is specified in the contract." <u>NLRB v. Bildisco & Bildisco</u>, 465 U.S. 513, 531 (1984).

      10.     Even if one assumes, <u>arguendo</u>, that AOL billed the Debtors for services provided to former employees, it was the Debtors' obligation to update and verify such employment status—not AOL's.  The Debtors elected to receive benefits for the former employees.  As

4

recited above, under the Agreement, the Debtors bore full responsibility for providing the names

of eligible Participants to AOL. By not removing the former employees' names from the list of

eligible Participants, the Debtors effectively elected to continue receiving benefits from AOL on

behalf of those former employees. The Debtors cannot now complain that it did not benefit the

estate for AOL to provide services to individuals to whom the Debtors told AOL to provide

services. Indeed, had Delphi fulfilled its contractual obligation to verify employment status,

AOL would have had the option to cease providing such services or to bill such former employee

directly.

**C. To the Extent the Objection Seeks to Reduce, Rather than Eliminate AOL's Claim, the Debtors Have Not and Cannot Overcome the Presumption that the Amount of the Delphi Portion Represented the Reasonable Value of the Services Provided to the Debtors.**

11.    The Delphi Portion of each Participant's monthly fee was the reasonable value of

the services rendered to the Debtors. "The contract rate is presumed to set the reasonable value,

but either party may offer evidence to prove a different reasonable value." In re Patient Educ.

Media, Inc., 221 B.R. 97, 104 (Bankr. S.D.N.Y. 1998). The facts surrounding the Agreement do

not give the Court reason to discount the presumption in favor of the contract rate. Cf., e.g., In re

FBI Distrib. Corp., 330 F.3d 36 (1st Cir. 2003) (finding executive's employment agreement did

not necessarily determine reasonable value of services); In re Am. Plumbing & Mech., Inc., 323

B.R. 442 (Bankr. W.D. Tex. 2005) (same for payment of employee bonus); In re AppliedTheory

Corp., 312 B.R. 225 (Bankr. S.D.N.Y. 2004) (same for executive compensation contract which

provided for "golden parachute"). The contract rate – the Delphi Portion – should control here.[3]

---

[3] The Objection does not allege otherwise. The Objection indicates that Debtors' books and records do not even "reflect the existence of the asserted Claim." Objection at 7. As this statement is the only stated basis for the objection to AOL's Claim, the Court should not consider any argument by Debtors that the Delphi Portion exceeds the reasonable value of the Services.

12.    AOL reserves the right to supplement this response at any time and to respond to any future objections filed by the Debtors or any other party on any ground whatsovever, whether substantive or procedural.

## CONCLUSION

13.    The Debtors required AOL to continue performing under the Agreement.  Had AOL cut off service to the Participants, the Debtors would have had grounds to allege a breach of the Agreement and a violation of the automatic stay.  While some Participants allegedly ceased working for the Debtors before the Agreement expired, the Debtors effectively asked AOL to continue providing services to those former employees by failing to verify or update employment status as the Debtors were obligated to do under the Agreement.  Under Section 503 of the Bankruptcy Code, AOL is entitled to the reasonable value of the services performed pursuant to the Agreement.  The Agreement presumptively establishes the reasonable value as the contract rate, namely, the Delphi Portion for each Participant.

14.    Therefore, AOL respectfully requests that the Court enter an order (i) denying the objection and allowing AOL's Administrative Claim in the amount of $560,911.50, and (ii) granting such other and further relief as the Court deems just and proper.

Dated: November 11, 2009
        New York, New York

Tiffany Strelow Cobb, Esq.
VORYS, SATER, SEYMOUR AND
PEASE LLP|
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663


Attorneys for AOL LLC

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Michael A. Cohen
Joseph Serino
Michael A. Cohen
Nirav Shah
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:   (212) 446-4900

6

## Exhibit 1

| **United States Bankruptcy Court** Southern District of New York Delphi Corporation et al. Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue El Segundo, California 90245 | **Administrative Expense Claim Form** | |
|---|---|---|
| Debtor against which claim is asserted : 05-44640 Delphi Corporation, *et al.* 05-44481 | Case Name and Number In re Delphi Corporation., *et al.* 05-44481 Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor *(The person or other entity to whom the debtor owes money or property)* AOL LLC Name and Address Where Notices Should be Sent Tiffany Strelow Cobb, Esq. Vorys, Sater, Seymour and Pease LLP 52 East Gay St., Columbus, OH 43215 Telephone No.: (614) 464-8322 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | COPY<br><br>THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: Delphi | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

| 1. BASIS FOR CLAIM ☐ Goods sold ☒ Services performed ☐ Money loaned ☐ Personal injury/wrongful death ☐ Taxes ☐ Other (Describe briefly) | ☐ ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) Wages, salaries, and compensation (Fill out below) Your social security number _____ Unpaid compensation for services performed from _____ to _____ (date)         (date) |
|---|---|

| 2. DATE DEBT WAS INCURRED Various Post-Petition Services | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 560,911.50
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): Partner Marketing Agreement dated on or about June 22, 2001 as amended from time to time.

| 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". | RECEIVED JUL 14 2009 KURTZMAN CARSON CONSULTANTS |
| 8. DATE-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |

| Date 7/9/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) *Tiffany Strelow Cobb, Attorneys for Claimant* | |
|---|---|---|

EXHIBIT
1



**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

52 East Gay St.
PO Box 1008
Columbus, OH 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

Cindy D. Fricke, Advanced Certified Paralegal–Bankruptcy/Discovery
Direct Dial   (614) 464-6439
Facsimile   (614) 719-5121
E-Mail – cdfricke@vorys.com

July 13, 2009

**Via Overnight Mail**
Delphi Claims Processing Center
c/o Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

        Re:   Delphi Corporation, et al., case number 05-44481
               Delphi Automotive Systems, case number 05-44480
               Administrative Proof of Claim

Dear Claims Agent:

        Enclosed please find the original and two copies of an administrative proof of claim to be filed in the above referenced case pursuant to the Supplemental Modifications Procedures Order. Please file the original with the papers in case and return at least one date/stamped copy to our office in the enclosed self-addressed stamped envelope.

        Let me know if you have questions.

                       Sincerely,

                       Cindy D. Fricke
                       Advanced Certified Paralegal ~
                       Bankruptcy/Discovery

Enclosures

07/13/2009 Columbus 10670030

## ADMINISTRATIVE PROOF OF CLAIM AND REQUEST FOR PAYMENT OF AOL LLC F/K/A AMERICA ONLINE, INC. FOR AND ON BEHALF OF ITSELF AND RELATED PARTIES

1.    AOL LLC formerly known as America Online, Inc. ("AOL" together with its affiliates and subsidiaries) ("Claimant") is a creditor in the case of Delphi Automotive Systems LLC ("Debtor"), Case No. 05-44640, and by and through its undersigned attorneys, hereby and with the accompanying bankruptcy form sets forth its Administrative Proof of Claim (the "Administrative Proof of Claim") on behalf of Claimant.

2.    Claimant expressly reserves the right to amend, modify and/or supplement this Administrative Proof of Claim at any time for whatever reason, including, without limitation, for the purpose of filing additional claims and requests for payment. By virtue of the filing of the Administrative Proof of Claim, Claimant does not waive, and hereby expressly reserves, its right to pursue claims and requests for payment, including but not limited to, the claims and requests for payment described herein against the Debtor based upon alternative legal theories.

3.    By virtue of filing the Administrative Proof of Claim, Claimant does not, and the Administrative Proof of Claim shall not be deemed, consent to the jurisdiction of this Court to hear any proceeding, motion or other matter related to the Administrative Proof of Claim or any other rights of Claimant apart from the Administrative Proof of Claim.

4.    Debtor is indebted and liable to the Claimant by reason of or under a certain Partner Marketing Agreement between America Online, Inc. and Debtor dated June 21, 2001, as amended from time to time (the "Agreement").

5.    The Agreement contains confidential and sensitive information respecting Claimant's business and, upon information and belief, also contains confidential and sensitive information respecting Debtor's business.  To preserve the confidentiality of such information and avoid the harms to the Debtor and Claimant that would attend public disclosure of the Agreement, the Agreement is not attached hereto.  Claimant presumes that Debtor, as counterparty to the Agreement, is in possession of its own copy and is familiar with its terms.  If Debtor or other parties do not have a copy of the Agreement and require it to carry out its statutory duty in this bankruptcy proceeding, then Claimant is amenable to providing such parties with the Agreement upon request and upon implementation of acceptable procedures and agreement designed to protect the confidentiality of the Agreement.

6.    Without limiting the generality of the foregoing claims and requests for payment, Debtor is obligated to Claimant with respect to unpaid post-petition amounts under the Agreement in the amount of at least $560,911.50.  A claim summary is attached hereto as Exhibit A.

7.    To the extent that the Debtor asserts claims against Claimant of any kind, Claimant reserves the right to assert that such claims by the Debtor are subject to rights of setoff and/or recoupment (the "Setoff Rights") which rights are treated as secured claims under the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code").

8.    Except as expressly described hereinabove, no judgment has been rendered on the claims.

9.    The amount of all payments on the claims has been credited and deducted for the purpose of making this Administrative Proof of Claim.

10.    The claims and requests for payment described in the preceding paragraphs are filed only to preserve any and all rights and entitlements Claimant may have, as hereinabove asserted, and nothing set forth herein shall be construed as an admission that any valid claims or causes of action exist against Claimant.

## Delphi - Open AR as on 6/30/09

| Customer Name | Item Number | Invoice Date | Pre-Paid | Cash On Account | Total Past Due | Future Due | 1 - 30 Days | 31 - 60 Days | 61 - 90 Days | 91 - 120 Days | 121 - 150 Days | > 150 Age | Total Open Amt | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DELPHI | 0000000020116 | 04/18/2008 | - | - | 103,517.25 | - | - | - | - | - | - | 103,517.25 | 103,517.25 | Post Petition |
| DELPHI | 0000000017755 | 02/22/2007 | - | - | 91,460.00 | - | - | - | - | - | - | 91,460.00 | 91,460.00 | Post Petition |
| DELPHI | 0000000028240 | 06/20/2007 | - | - | 43,452.00 | - | - | - | - | - | - | 43,452.00 | 43,452.00 | Post Petition |
| DELPHI | 0000000028243 | 06/20/2007 | - | - | 44,846.00 | - | - | - | - | - | - | 44,846.00 | 44,846.00 | Post Petition |
| DELPHI | 0000000025220 | 06/20/2007 | - | - | 46,979.50 | - | - | - | - | - | - | 46,979.50 | 46,979.50 | Post Petition |
| DELPHI | 0000000025242 | 06/20/2007 | - | - | 48,671.00 | - | - | - | - | - | - | 48,671.00 | 48,671.00 | Post Petition |
| DELPHI | 0000000009254 | 06/28/2007 | - | - | (66,096.00) | - | - | - | - | - | - | (66,096.00) | (66,096.00) | Post Petition |
| DELPHI | 0000000028806 | 07/10/2007 | - | - | 41,033.75 | - | - | - | - | - | - | 41,033.75 | 41,033.75 | Post Petition |
| DELPHI | 0000000029394 | 09/14/2007 | - | - | 38,551.75 | - | - | - | - | - | - | 38,551.75 | 38,551.75 | Post Petition |
| DELPHI | 0000000031986 | 09/18/2007 | - | - | 37,204.50 | - | - | - | - | - | - | 37,204.50 | 37,204.50 | Post Petition |
| DELPHI | 0000000025619 | 11/02/2007 | - | - | 35,368.50 | - | - | - | - | - | - | 35,368.50 | 35,368.50 | Post Petition |
| DELPHI | 0000000021000 | 01/17/2008 | - | - | 31,992.00 | - | - | - | - | - | - | 31,992.00 | 31,992.00 | Post Petition |
| DELPHI | 0000000021008 | 01/17/2008 | - | - | 33,842.75 | - | - | - | - | - | - | 33,842.75 | 33,842.75 | Post Petition |
| DELPHI | 0000000024251 | 01/28/2008 | - | - | 30,098.50 | - | - | - | - | - | - | 30,098.50 | 30,098.50 | Post Petition |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | 560,911.50 | 560,911.50 | Post Petition |


EXHIBIT
A

**Exhibit 2**





INVOICE

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN: KEVIN FINAN IT PURCHASING
MAIL CODE 480-405-232
5820 DELPHI DRIVE
TROY                    MI    48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | | PAGE: 1 |
|---|---|---|---|
| 000015527 | NET 90 | | |

| Description | Amount |
|---|---|
| GROSS AMOUNT: 103,517.25 | |
| AOL ACCOUNTS | |
| INVOICE COVERS: MAR 1 10:00AM - APR 1 9:59AM | |
| PRIOR MONTHS ACTIVE ACCOUNTS: 24,601 | |
| LESS PRIOR MONTHS CANCELS: (296) | |
| CURRENT MONTHS REGISTRATIONS: 52 | |
| 24,357 @ 4.25 | |
| BR041806 WG IBB | |
| NET AMOUNT: | 103,517.25 |

INVOICE TOTAL PAYABLE IN USD

---

Please detach here and return this portion with your payment.

DELPHI
ATTN: KEVIN FINAN IT PURCHASING
MAIL CODE 480-405-232
5820 DELPHI DRIVE
TROY                    MI    48098

Customer ID 000015527      AR Cat: 8002

AOL LLC
General Post Office
PO Box 5696
New York, NY 10087-5696

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |



EXHIBIT
2





**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI      48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 90 | |

| DESCRIPTION | Amount |
|---|---|
| GROSS AMOUNT : | 91,460.00 |
| AOL ACCOUNTS | |
| INVOICE COVERS: JAN 1 10:00AM-FEB 1 9:59AM | |
| PRIOR MONTHS ACTIVE ACCOUNTS 21,656 | |
| LESS PRIOR MONTHS CANCELS (143) | |
| CURRENT MONTHS REGISTRATIONS 7 | |
| TOTAL ACTIVE ACCOUNTS 21,520 | |
| BR022207 WG | |
| NET AMOUNT: | 91,460.00 |

INVOICE TOTALS PAYABLE IN US

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI      48098

Customer ID 000015527        AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

  

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098



| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | | PAGE:  1 |
|---|---|---|---|
| 000015527 | NET 30 | | |

```
======================================================================
            GROSS AMOUNT:              43,452.00
            -------------   --------------------------

AOL Accounts
Invoice Covers:May 1 10:00AM- Jun 1 9:59:59AM
Prior Months Active Accounts  10,552
Less Prior Months Cancels  (401)
Current Months Registrations  73
Total Active Accounts : 10,224 @ 4.25
$43,452.00
CSR 062007 RS
***DO NOT MAIL***
            NET AMOUNT:
```
                                                43,452.00

INVOICE TOTALS  PAYABLE IN USD

---

**AOL**    Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

Customer ID 000015527    AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |





**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| GROSS AMOUNT: | 44,846.00 |
| AOL Accounts | |
| Invoice Covers:Apr 1 10:00AM - May 1 9:59:59AM | |
| Prior Months Active Accounts 11,054 | |
| Less Prior Months Cancels  (612) | |
| Current Months Registrations  110 | |
| Total Active Accounts 10,552 @ 4.25 | |
| $44846.00 | |
| CSR 062007 RS | |
| ***DO NOT MAIL*** | |
| NET AMOUNT: | 44,846.00 |

INVOICE TOTALS : PAYABLE IN USD          44,846.00

---



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

Customer ID 000015527        AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

  

**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

| Invoice Number | |
|---|---|
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | | PAGE: 1 |
|---|---|---|---|
| 000015527 | NET 30 | | |

| Description | Amount |
|---|---|

```
============================================= ================
           GROSS AMOUNT:               46,979.50
           -----------      ----------------------------
AOL Accounts
Invoice Covers: Mar 1 10:00 AM-Apr 1 9:59:59AM
Prior Months Active Accounts  11,452
Less Prior Months Cancels  (594)
Current Months Registrations 196
Total Active Accounts 11,054 @ #4.25
$46979.50
CSR 062007 RS
****DO NOT MAIL******
           NET AMOUNT:
                                          46,979.50
```

**INVOICE TOTAL : PAYABLE IN USD**          46,979.50

------------------------------------------------------------

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

Customer ID:000015527      AR Cat: 8002

| Contract Number | |
|---|---|
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

  

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|

```
==============================================================
               GROSS AMOUNT:                48,671.00
            ------------         --------------------------
AOL Accounts
Invoice Covers: Feb1 20:00 AM - Mar1 9:59:59AM
Prior Months Active Accounts  12,628
Less Prior Month Cancels   (1470)
Current Months Registrations  294
Total Active Accounts : 11,452 @ $4.25
$48671.00
CSR 062007 RS
**** DO NOT MAIL****
               NET AMOUNT:
```
                                              48,671.00

INVOICE TO BE PAYABLE IN USD                    48,671.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

Customer ID 000015527        AR Cat: 8002

AOL LLC
General Post Office
PO Box 5696
New York, NY 10087-5696

| Contract Number |  |
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |

  

**For Billing Inquiries 877-265-0823**
**Email SSCsupport@corp.aol.com**
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

```
=================================================
         GROSS AMOUNT:              41,033.75
------------     ------------------------------
AOL Accounts:
Prior Months Accounts Active as of bill cycle
Date  10,224
Less Prior Months Cancels as of bill cycle
Date   (605)
Current Months Registrations as of bill cycle
Date   36
Total Active Account as of bill cycle date
9655 @ $4.25   Total: $41033.75
CSR 070907 RS
         NET AMOUNT:                             41,033.75
```

---

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

Customer ID 000015527    AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

   

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                MI    48098



| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

```
                    GROSS AMOUNT:                        38,551.75
                    ------------     -----------------------------
AOL Accounts
Prior Months Accounts Active as of Bill Cycle
Date 9655.00,   Less Prior Months Cancels as
of Bill Cycle Date (595.00), Current Months
Registrations as of Bill Cycle Date 11.00
Total Accounts Active as of Bill Cycle Date
9071.00 @ $4.25
Payment Due for Active Accounts to AOL
$38551.75
CSR 081407 RS
                    NET AMOUNT:                          38,551.75
```

---

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                MI    48098

Customer ID 000015527    AR Cat: 8002

AOL LLC
General Post Office
PO Box 5696
New York, NY 10087-5696

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |







For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY              MI    48098

| | |
|---|---|
| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

```
                                                              Amount
==========================================================================
                    GROSS AMOUNT:                    37,204.50
                 -----------      -----------------------------

AOL Accounts
Invoice Covers: Aug 1 10:00AM -Sep 1 9:59:59AM
Prior Months Accounts Active -  9,071
Less Prior Months Cancels -   (352)
Current Months Registrations - 35
Total Accounts Active  -  8,754
Payment Due for Active Accounts to AOL
8,754 accounts @ $4.25 for $37,204.50
CSR 091807 JS

                    NET AMOUNT:

                                                              37,204.50
```

INVOICE TOTALS PAYABLE IN USD                              37,204.50

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY              MI    48098

Customer ID 000015527    AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| | |
|---|---|
| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |







For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                 MI     48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | | PAGE: 1 |
|---|---|---|---|
| 000015527 | NET 30 | | |

| DESCRIPTION | AMOUNT |
|---|---|

```
========================================================
            GROSS AMOUNT:              35,368.50
            ------------      --------------------
AOL Accounts
Invoice Covers:Sep 1 10:00 AM - Oct 1 9:59 AM
Prior Months Accounts Active  8,754
Less Prior Months Cancels  (450)
Current Months Registrations  18
Total Accounts Active as of Bill Cycle Date
8,322 @ $4.25
Payment Due for Active Accounts to AOL
$35,368.50
BR 110207 JS DELPHI
            NET AMOUNT:                         35,368.50
```

| INVOICE TOTALS  PAYABLE IN USD | 35,368.50 |
|---|---|

---



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                 MI     48098

Customer ID:000015527     AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

  

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI     48098

| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 |  |

| Description | Amount |
|---|---|
| GROSS AMOUNT: | 31,982.00 |
| AOL Accounts | |
| Invoice Covers:Nov 1 10:00 AM- Dec 1 9:59:59AM | |
| as of Bill Cycle | |
| Prior Months Accounts Active - 7,963 | |
| Less Prior Months Cancels - (471) | |
| Current Months Registrations 12 | |
| Total Accounts Active - 7,504 @ $4.25 | |
| Payment Due for Active Accounts - $31,892.00 | |
| DELPHI 11708 JS IBB | |
| NET AMOUNT: | 31,982.00 |

| INVOICE TOTALS PAYABLE IN USD | 31,982.00 |

---

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI     48098

Customer ID:000015527     AR Cat: 8002

AOL LLC
General Post Office
PO Box 5696
New York, NY 10087-5696

| Contract Number |  |
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |

  

**For Billing Inquiries 877-265-0823**
**Email SSCsupport@corp.aol.com**
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

| Invoice Number | |
|---|---|
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | | PAGE:  1 |
|---|---|---|---|
| 000015527 | NET 30 | | |

| Description | Amount |
|---|---|

```
=============================================
          GROSS AMOUNT:           33,842.75
          -----------
Invoice Covers:Oct 1 10:00 AM- Nov 1 9:59:59AM
AOL Accounts
as of Bill Cycle Date
Prior Months Accounts Active -  8,322
Less Prior Months Cancels -  (397)
Current Months Registrations -  38
Total Accounts Active -  7,963   @ $4.25
Payment Due for Active Accounts - $33,842.75
DELPHI 11708 JS IBB
          NET AMOUNT:                          33,842.75
```

INVOICE TOTALS PAYABLE IN USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

Customer ID 000015527        AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
|---|---|
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

  

For Billing Inquiries 877-265-0823
Email  SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098



| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | | PAGE:    1 |
|---|---|---|---|
| 000015527 | NET 30 | | |

| Description | | | Amount |
|---|---|---|---|

```
================================================
              GROSS AMOUNT:            30,098.50
              ------------    ---------------------
Invoice Covers:Dec 1 10:00 AM- Jan 1 9:59:59AM
AOL Accounts
as of Bill Cycle Date
Prior Months Accounts Active -  7,504
Less Prior Months Cancels - (470)
Current Months Registrations - 48
Total Accounts Active -  7,082 @ $4.25
DELPHI 012808 JS MISC
              NET AMOUNT:                           30,098.50
```

INVOICE TOTALS PAYABLE IN USD                30,098.50

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

Customer ID 000015527    AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number |  |
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |

  



For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN: KEVIN FINAN IT PURCHASING
MAIL CODE 480-405-232
5820 DELPHI DRIVE
TROY                    MI    48098



| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 90 | |

```
                        GROSS AMOUNT:                    103,517.25
-------------------                         -------------------
AOL ACCOUNTS
INVOICE COVERS: MAR 1 10:00AM - APR 1 9:59AM
PRIOR MONTHS ACTIVE ACCOUNTS: 24,601
LESS PRIOR MONTHS CANCELS: (296)
CURRENT MONTHS REGISTRATIONS: 52
24,357 @ 4.25
BR041806 WG IBB

            NET AMOUNT:                                 103,517.25
```

---



Please detach here and return this portion with your payment.

DELPHI
ATTN: KEVIN FINAN IT PURCHASING
MAIL CODE 480-405-232
5820 DELPHI DRIVE
TROY                    MI    48098

Customer ID 000015527        AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| | |
|---|---|
| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

EXHIBIT
2





For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | | PAGE:  1 |
| --- | --- | --- | --- |
| 000015527 | NET 90 | | |

Description | Amount

```
                  GROSS AMOUNT:                    91,460.00
              --------------
AOL ACCOUNTS
INVOICE COVERS: JAN 1 10:00AM-FEB 1 9:59AM
PRIOR MONTHS ACTIVE ACCOUNTS 21,656
LESS PRIOR MONTHS CANCELS (143)
CURRENT MONTHS REGISTRATIONS 7
TOTAL ACTIVE ACCOUNTS 21,520
BR022207 WG
                  NET AMOUNT:                              91,460.00
```

INVOICE TOTAL IS PAYABLE IN USD                    91,460.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**AOL** Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

Customer ID 000015527        AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number |  |
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |

  

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | PAGE: 1 |
| --- | --- | --- |
| 000015527 | NET 30 | |

```
===================================================================
                        GROSS AMOUNT:                 43,452.00
                        -------------     ----------------------------
AOL Accounts
Invoice Covers:May 1 10:00AM- Jun 1 9:59:59AM
Prior Months Active Accounts  10,552
Less Prior Months Cancels  (401)
Current Months Registrations  73
Total Active Accounts : 10,224 @ 4.25
$43,452.00
CSR 062007 RS
***DO NOT MAIL***
                 NET AMOUNT:
                                                      43,452.00



```

---



Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

Customer ID:000015527      AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number |  |
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |





**INVOICE**

For Billing Inquiries 877-265-0823
Email  SSCsupport@corp.aol.com
Tax  ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

```
========================================================================
                  GROSS AMOUNT:                    44,846.00
                -----------------    -----------------
AOL Accounts
Invoice Covers:Apr 1 10:00AM - May 1 9:59:59AM
Prior Months Active Accounts 11,054
Less Prior Months Cancels   (612)
Current Months Registrations  110
Total Active Accounts 10,552 @ 4.25
$44846.00
CSR 062007 RS
***DO NOT MAIL***
                  NET AMOUNT:                          44,846.00
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  **Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

Customer ID 000015527      AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |







For Billing Inquiries 877-265-0823
Email  SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| GROSS AMOUNT: | 46,979.50 |

```
AOL Accounts
Invoice Covers: Mar 1 10:00 AM-Apr 1 9:59:59AM
Prior Months Active Accounts  11,452
Less Prior Months Cancels  (594)
Current Months Registrations 196
Total Active Accounts 11,054 @ #4.25
$46979.50
CSR 062007 RS
****DO NOT MAIL******
```

| NET AMOUNT: | 46,979.50 |
|---|---|

| INVOICE TOTAL PAYABLE IN USD | 46,979.50 |

--------------------------------------------------------------

**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

Customer ID 000015527        AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number |  |
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |

   

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

| Invoice Number | |
| --- | --- |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
| --- | --- | --- |
| 000015527 | NET 30 | |

```
================================================================
              GROSS AMOUNT:                    48,671.00
       ------------         ---------------------------
AOL Accounts
Invoice Covers: Feb1 20:00 AM - Mar1 9:59:59AM
Prior Months Active Accounts  12,628
Less Prior Month Cancels   (1470)
Current Months Registrations  294
Total Active Accounts : 11,452 @ $4.25
$48671.00
CSR 062007 RS
**** DO NOT MAIL****
              NET AMOUNT:

                                               48,671.00
```

INVOICE TOTALS PAYABLE IN USD              48,671.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

Customer ID 000015527     AR Cat: 8002

**AOL LLC
General Post Office
PO Box 5696
New York, NY 10087-5696**

| Contract Number | |
| --- | --- |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |





**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY              MI     48098

| Invoice Number | 22806 |
|---|---|
| Invoice Date | 07/40/200 |
| Contract Number | 70 |

| Customer ID | Payment Terms | | PAGE:   1 |
|---|---|---|---|
| 000015527 | NET 30 | | |

Description                                          Amount

```
=================================================
          GROSS AMOUNT:              41,033.75
          --------------    -----------------------
AOL Accounts:
Prior Months Accounts Active as of bill cycle
Date  10,224
Less Prior Months Cancels as of bill cycle
Date   (605)
Current Months Registrations as of bill cycle
Date   36
Total Active Account as of bill cycle date
9655 @ $4.25   Total: $41033.75
CSR 070907 RS
          NET AMOUNT:                              41,033.75
```

**INVOICE TOTALS   PAYABLE IN USD**                              41,033.75

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Please detach here and return this portion with your payment.**



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY              MI     48098

Customer ID 000015527        AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | 70 |
|---|---|
| Invoice Number | 22806 |
| Invoice Date | 07/40/200 |
| Total Amount Due | 41,033.75 |





**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

| Invoice Number | |
| --- | --- |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
| --- | --- | --- |
| 000015527 | NET 30 | |

| Description | Amount |
| --- | --- |
| GROSS AMOUNT: 38,551.75 | |
| | |
| AOL Accounts | |
| Prior Months Accounts Active as of Bill Cycle | |
| Date 9655.00,    Less Prior Months Cancels as | |
| of Bill Cycle Date (595.00), Current Months | |
| Registrations as of Bill Cycle Date 11.00 | |
| Total Accounts Active as of Bill Cycle Date | |
| 9071.00 @ $4.25 | |
| Payment Due for Active Accounts to AOL | |
| $38551.75 | |
| CSR 081407 RS | |
| | |
| NET AMOUNT: | 38,551.75 |

INVOICE TOTALS   PAYABLE IN USD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

Customer ID 000015527    AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| --- | --- |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |





**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE:   1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| GROSS AMOUNT:                        37,204.50 | |
| AOL Accounts | |
| Invoice Covers: Aug 1 10:00AM -Sep 1 9:59:59AM | |
| Prior Months Accounts Active -  9,071 | |
| Less Prior Months Cancels -  (352) | |
| Current Months Registrations - 35 | |
| Total Accounts Active -  8,754 | |
| Payment Due for Active Accounts to AOL | |
| 8,754 accounts @ $4.25 for $37,204.50 | |
| CSR 091807 JS | |
| NET AMOUNT: | 37,204.50 |

INVOICE TOTALS  PAYABLE IN USD                      37,204.50

---

**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

Customer ID 000015527        AR Cat: 8002

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

  

AOL

# INVOICE

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

Remit to:
AOL LLC
General Post Office
PO BOX 5696
New York, NY 10087-5696

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY MI 48098

| | |
|---|---|
| Invoice Number | [illegible] |
| Invoice Date | 11/02/2007 |
| Contract Number | [illegible] |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| GROSS AMOUNT: 35,368.50 | |
| AOL Accounts<br>Invoice Covers:Sep 1 10:00 AM - Oct 1 9:59 AM<br>Prior Months Accounts Active 8,754<br>Less Prior Months Cancels (450)<br>Current Months Registrations 18<br>Total Accounts Active as of Bill Cycle Date<br>8,322 @ $4.25<br>Payment Due for Active Accounts to AOL<br>$35,368.50<br>BR 110207 JS DELPHI | |
| NET AMOUNT: | 35,368.50 |
| INVOICE TOTALS - PAYABLE IN USD | 35,368.50 |

---

AOL

**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY MI 48098

Customer ID000015527 AR Col: 8002

| | |
|---|---|
| Contract Number | [illegible] |
| Invoice Number | [illegible] |
| Invoice Date | 11/02/2007 |
| Total Amount Due | 35,368.50 |

AOL LLC
General Post Office
PO Box 5696
New York, NY 10087-5696

INVOICE

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4258793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS AMOUNT: | 31,982.00 |

```
AOL Accounts
Invoice Covers:Nov 1 10:00 AM- Dec 1 9:59:59AM
as of Bill Cycle
Prior Months Accounts Active -  7,963
Less Prior Months Cancels  -   (471)
Current Months Registrations  12
Total Accounts Active -  7,504 @ $4.25
Payment Due for Active Accounts -  $31,892.00
DELPHI 11708 JS IBB
                NET AMOUNT:                          31,982.00
```

INVOICE TOTALS PAYABLE IN USD

---

   Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

Customer ID:000015527     AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

  

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI     48098



Invoice Number

Invoice Date

Contract Number

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| GROSS AMOUNT:                         33,842.75 | |
| Invoice Covers:Oct 1 10:00 AM- Nov 1 9:59:59AM | |
| AOL Accounts | |
| as of Bill Cycle Date | |
| Prior Months Accounts Active -  8,322 | |
| Less Prior Months Cancels -  (397) | |
| Current Months Registrations -  38 | |
| Total Accounts Active -  7,963  @ $4.25 | |
| Payment Due for Active Accounts - $33,842.75 | |
| DELPHI 11708 JS IBB | |
| NET AMOUNT: | 33,842.75 |

INVOICE TOTALS: PAYABLE IN USD

---

Please detach here and return this portion with your payment.

AOL

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL·CODE 483-400-606
TROY                    MI     48098

Customer ID 000015527    AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

Contract Number

Invoice Number

Invoice Date

Total Amount Due

   

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY             MI    48098

| Invoice Number |  |
|---|---|
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | PAGE:  1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|

```
========================================================
        GROSS AMOUNT:              30,098.50
        ---------------------------------------
Invoice Covers:Dec 1 10:00 AM- Jan 1 9:59:59AM
AOL Accounts
as of Bill Cycle Date
Prior Months Accounts Active -  7,504
Less Prior Months Cancels - (470)
Current Months Registrations - 48
Total Accounts Active -  7,082 @ $4.25
DELPHI 012808 JS MISC
        NET AMOUNT:                          30,098.50
```

INVOICE TOTALS PAYABLE IN USD

---



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY             MI    48098

Customer ID:000015527    AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number |  |
|---|---|
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |