GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin  53202
(414) 273-3500
Jennifer B. Herzog (JH-3650)

Attorneys for the City of Oak Creek

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | x | |

---

### PROOF OF SERVICE

---

STATE OF WISCONSIN          )
                                               )SS
COUNTY OF MILWAUKEE    )

         The undersigned being first duly sworn, deposes and states that on November 11, 2009, she caused a copy of the *Response of City of Oak Creek to Debtors' Thirty-Seventh Omnibus Claims Objection* [Docket No. 19064] to be served upon the parties on the attached service list via First Class U.S. Mail.

                                         _/s/ Mary E. Roufus_____
                                                  Mary E. Roufus

Subscribed and sworn to before me
this 11th day of November, 2009.

        _/s/ Jennifer Herzog_____
Jennifer Herzog, Notary Public
Milwaukee County, State of Wisconsin
My Commission is Permanent.

4368869_1

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Donald Bernstein and Brian Resnick

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Att'n:  Robert J. Rosenberg and Mark A. Broude

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
Att'n: Bonnie Steingart

The Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

4368869_1