a Wolters Kluwer business

205 South LaSalle St.
Suite 814
Chicago, IL 60604

312.345.4336 tel

October 22, 2009

RECEIVED
NOV - 6 2009

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In Re: Delphi Corporation, et al., Debtors // To: Teller Metals Co.

Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are herewith returning the Notices which we received regarding the above captioned matter. Teller Metals Co. is not listed on our records or on the records of the State of IL.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515614510

FedEx Tracking# 799432894864

cc: Southern District - New York - United States Bankruptcy Court
Hamilton U.S. Custom House,
1 Bowling Green,
6th Floor,
New York, NY 10004-1408