**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

October 16, 2009

NOV - 6 2009

John Wm. Butler
Skadden, Arps, Slate Meagher, & Flom LLP
155 North Wacker Drive,
Chicago, IL 60606

Re: Delphi Corporation, et al., Debtors // To: Jones & Laughlin Steel Inc.

Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Jones & Laughlin Steel Incorporated withdrew to do business in the State of IL on 10/31/2002. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515581890

FedEx Tracking# 791244986720

cc: Southern District - New York - United States Bankruptcy Court
Hamilton U.S. Custom House,
1 Bowling Green,
6th Floor,
New York, NY 10004-1408