**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

October 15, 2009



NOV - 6 2009

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA 90245

Re: In Re: Delphi Corporation, et al., Debtors // To: Midwest Zinc Corp

Case No. 05-44481 (RDD)

Dear Sir/Madam:

We are herewith returning the Notice which we received regarding the above captioned matter.

Midwest Zinc Corporation withdrew to do business in the State of IL on 09/01/2009. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515579267

FedEx Tracking# 790684038136

cc: Southern District - New York - United States Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408

http://arrow.cch-lis.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=515579267                10/27/2009