UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                          Chapter 11

DELPHI CORP, et al.,                           Case No. 05-44481 (RDD)

                                               Jointly Administered
                        Debtors

FIFTH AND FINAL FEE APPLICATION OF
LEGAL COST CONTROL, INC. AS FEE AND EXPENSE ANALYST TO THE
DELPHI FEE AND EXPENSE REVIEW COMMITTEE, FOR ALLOWANCE OF
INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED FOR THE
SEVENTH AND FINAL FEE APPLICATION PERIOD,
OCTOBER 1, 2007 THROUGH AND INCLUDING JANUARY 25, 2008, AND
FOR FINAL COMPENSATION FOR THE PERIOD OCTOBER 1, 2006 THROUGH
JANUARY 25, 2008

SUMMARY SHEET

Name of Applicant:                    Legal Cost Control, Inc.

Authorized to Provide
Professional Services to:             Delphi Fee Committee

                                      Date of Retention:  October 1, 2006

Interim Period for which compensation
Is sought:                            October 1, 2006 through January 25, 2008

Total Amount of Interim Compensation sought
As actual, reasonable and necessary,
During these cases:          $647,358.46

Total amount of Expenses sought as
Actual, reasonable and necessary,
During these cases           $0.00

Final Period for which compensation
Is sought:                            October 1, 2006 through January 25, 2008

Total Amount of Final Compensation sought
As actual, reasonable and necessary,

During these cases:                    $2,708,812.47

Total amount of Expenses sought as
Actual, reasonable and necessary,
During these cases                     $0.00


This is an:                            Final Application.

The total time expended for the preparation of this application is approximately 10 hours
and the corresponding compensation requested is $0.00.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

FIFTH AND FINAL FEE APPLICATION OF
LEGAL COST CONTROL, INC. AS FEE AND EXPENSE ANALYST TO THE
DELPHI FEE AND EXPENSE REVIEW COMMITTEE, FOR ALLOWANCE OF
INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED FOR THE
SEVENTH AND FINAL FEE APPLICATION PERIOD,
OCTOBER 1, 2007 THROUGH AND INCLUDING JANUARY 25, 2008, AND
FOR FINAL COMPENSATION FOR THE PERIOD OCTOBER 1, 2006 THROUGH
<u>JANUARY 25, 2008</u>

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Legal Cost Control, Inc. ("LCC"), Fee and Expense Analyst to the Delphi Fee
Committee ("Fee Committee") respectfully represents:

1.  LCC submits this Fifth and Final Application (the "Fifth and Final
    Application") for (i) allowance of compensation in the amount of $647,358.46
    for services rendered by it as Fee and Expense Analyst to the Fee Committee
    during the period October 1, 2007 through January 25, 2008 (the "Seventh and
    Final Application Period") and for (ii) allowance of actual and necessary out-
    of-pocket expenses in the amount of $0.00 incurred by LCC in rendering such
    services to the Fee Committee.

2.  LCC also submits this Final Application (the "Final Application") for (i)
    allowance of compensation in the amount of $2,708,812.47 for services
    rendered by it as Fee and Expense Analyst to the Fee Committee during the
    period October 1, 2006 through January 25, 2008 (the "Seventh and Final
    Application Period") and for (ii) allowance of actual and necessary out-of-
    pocket expenses in the amount of $0.00 incurred by LCC in rendering such
    services to the Fee Committee.

3. This Fifth and Final Application is being made pursuant to Sections 328(a), 330 and 331 of the Bankruptcy Code; the Retention Order (as hereinafter defined), the Interim Compensation Order (as hereinafter defined), and Local Rule 2016-1 of the United States Bankruptcy Court for the Southern District of New York.

## I.    BACKGROUND

1. On November 4, 2005, this Court entered the revised Interim Compensation Order pursuant to sections 105(a) and 331 of the Bankruptcy Code establishing procedures for monthly compensation and reimbursement of expenses for professionals.

2. On November 4, 2005 this Court entered the Fee Committee Order authorizing the creation of a Fee Committee to (a) establish procedures for the development and submission of budgets by Court-approved professionals, and (b) review the fees and expenses incurred by Court-approved professionals.

3. On October 1, 2006 the Fee Committee engaged LCC as Fee and Expense Analyst;

4. On December 17, 2006 the Court approved the appointment of LCC as Fee and Expense Analyst to the Fee Committee;

5. Professional services for which compensation is sought were rendered pursuant to Chapter 11 of the Bankruptcy Code.

## II.    THE LCC ENGAGEMENT

6. On October 1. 2006 the Fee Committee engaged LCC as Fee and Expense Analyst;

7. On December 17, 2006, this Court entered the Retention Order, authorizing the Fee Committee to employ LCC as the Fee and Expense Analyst.  Specifically, LCC was retained to provide the following professional services:  (a) Provide the Fee Committee with computer-generated analyses of the monthly statements and fee applications submitted by the Professionals in the case; (b) Report to the Fee Committee on the compliance or non-compliance of those monthly statements and fee applications with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustees Guidelines, and the Local Rules and General Orders of the United States Bankruptcy Court for the Southern District of New York; (c)

Provided the Fee Committee with narrative reports to support and explain
the issues associated with LCC's computer-generated analyses; (d)
Provide the Fee Committee and Professionals with web-based access to
LCC's analyses; (e) Meet on various occasions with the Fee Committee ;
(f) Provide general consulting services to the Fee Committee consistent
with LCC's engagement by the Fee Committee; (g) Provide general
support to the Professionals, to assist the Professionals in the submission
of their statements and fee applications to the Fee Committee, consistent
with LCC's engagement by the Fee Committee; and (g) Generally support
the efforts of the Fee Committee to complete the tasks of the Fee
Committee;

8.      Pursuant to the Engagement Agreement, the Fee Committee agreed to pay
LCC the following fees in consideration for services rendered:

Eight-tenths of one percent (0.80%) of fees and expenses submitted by
retained professionals in the Delphi cases.

### III.    SERVICES PROVIDED BY LCC

9.      For and during the Seventh and Final Application Period, LCC rendered
the following services on behalf of the Fee Committee:  (a) Provided the
Fee Committee with computer-generated analyses of the monthly
statements and fee applications submitted by the Professionals in the case;
(b) Provided the Fee Committee and Professionals with web-based access
to LCC's analyses; (c) Provided the Fee Committee with narrative reports
to support and explain the issues associated with LCC's computer-
generated analyses; (d) Met on various occasions with the Professionals in
conjunction with the Fee Committee and/or Professional Staff of the Fee
Committee; (e) Provided general consulting services to the Fee Committee
consistent with LCC's engagement by the Fee Committee; (f) Provided
general support to the Professionals, to assist the Professionals in the
submission of their statements and fee applications to the Fee Committee,
consistent with LCC's engagement by the Fee Committee; and (g)
Generally supported the efforts of the Fee Committee to complete the
tasks of the Fee Committee;

10.     With regard to the services provided, LCC has never billed its clients
based upon the number of hours expended by its professionals and
paraprofessionals.  Accordingly, LCC does not have hourly billing rates
for its personnel nor do its personnel normally maintain detailed hourly
time records for the work performed on behalf of its clients.  Moreover,
pursuant to its Engagement Agreement and the Retention Order, LCC is
not required to maintain detailed time records as LCC has been retained on
a fixed fee basis (as set forth below).

### IV.   LCC'S FIFTH APPLICATION FOR COMPENSATION FOR FEES EARNED DURING THE SEVENTH AND FINAL APPLICATION PERIOD

11.    Pursuant to the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, date December 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated January 17, 2002 (the "Interim Fee Order"), (iii) Order Supplementing Administrative Order Dated November 4, 2005 Establishing Procedures for Interim Compensation; and (iv) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated October 20, 1991, LCC files this Fifth and Final Fee Application requesting fees of $647,358.46 and $0.00 for actual and necessary expenses, for a total payment of $647,358.46.

12.    LCC's fees for the Billing Period have been calculated as follows:

- For the period October 2007, LCC's Fee was $50,602.72. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period October 1, 2007 Through And Including October 31, 2007, attached hereto as Exhibit "A;"
- For November 2007, LCC's Fee was $165,974.66.  See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period November 1, 2007 Through And Including November 30, 2007, attached hereto as Exhibit "B;"
- For the period December 2007, LCC's Fee was $51,186.56. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period December 1, 2007 Through And Including December 31, 2007, attached hereto as Exhibit "C;"
- For the period January 2008, LCC's Fee was $82,871.15. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period January 1, 2008 Through And Including January 25, 2008, attached hereto as Exhibit "D;"
- For the period February 2008, LCC's Fee was $64,057.65. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period February 1, 2008 Through And Including February 29, 2008, attached hereto as Exhibit "E;"

- For the period March 2008, LCC's Fee was $99,807.15. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period March 1, 2008 Through And Including March 31, 2008, attached hereto as Exhibit "F;"
- For the period April 2008, LCC's Fee was $46,876.52. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period April 1, 2008 Through And Including April 30, 2008, attached hereto as Exhibit "G;"
- For the period May 2008, LCC's Fee was $85,982.05. See, Statement Of Fees And Disbursements Of Legal Cost Control, Inc. For The Period May 1, 2008 Through And Including May 31, 2008, attached hereto as Exhibit "H;"

LCC's Total Fifth Application Fee for services rendered during the Seventh Interim Fee Application Period is therefore $647,358.46.

## V.    LCC'S FIFTH AND FINAL APPLICATION FOR REIMBURSEMENT OF ACTUAL AND NECESSARY OUT-OF-POCKET EXPENSES INCURRED DURING THE SEVENTH APPLICATION PERIOD

13.    LCC's fee is based upon a Fixed Fee.  That Fixed Fee includes all actual, necessary and reasonable out-of-pocket expenses incurred by LCC during the Sixth Application Period.  Accordingly, LCC does not seek compensation or reimbursement of any out-of-pocket expenses that were incurred by LCC during the Seventh Interim Application Period.

## VI.    SUMMARY

14.    As of the date of this Fifth and Final Application, LCC has received payment of 80% of its fees accrued and 0% of fees accrued through January 25, 2008.  The following chart summarizes all fees included in this Fourth Application:

| PERIOD(S) | FEES | EXPENSES | AMOUNTS SOUGHT |
|---|---|---|---|
| Oct. 1 – Oct. 31, 2007 | $50,602.72 | $0.00 | $50,602.72 |
| Nov. 1 – Nov.30, 2007 | $165,974.66 | $0.00 | $165,974.66 |
| Dec. 1 – Dec. 31, 2007 | $51,186.56 | $0.00 | $51,186.56 |
| Jan. 1 – Jan. 25, 2008 | $82,871.15 | $0.00 | $82,871.15 |
| Feb. 1 – Feb. 29, 2008 | $64,057.65 | $0.00 | $64,057.65 |
| Mar. 1 – Mar. 31, 2008 | $99,807.15 | $0.00 | $99,807.15 |
| Apr. 1 – Apr. 31, 2008 | $46,876.52 | $0.00 | $46,876.52 |
| May 1 – May 31, 2008 | $85,982.05 | $0.00 | $85,982.05 |
| | | | |
| **TOTAL** | **$647,358.46** | **$0.00** | **$647,358.46** |

**VII.    LCC'S FINAL APPLICATION FOR COMPENSATION FOR FEES EARNED DURING OCTOBER 1, 2006 THROUGH JANUARY 25, 2008**

15.    LCC's fees from October 1, 2006 through January 25, 2008 are $2,708,812.47 see, Exhibit "I."

16.    All services for which LCC requests compensation were performed for and on behalf of the Fee Committee and were not rendered on behalf of any other person or entity.

17.    There is currently no agreement or understanding between LCC and any other person or entity for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

**WHEREFORE**, Legal Cost Control, Inc. requests the Court to approve the allowance of LCC's fee in the amount of $647,358.46 for services rendered from October 1, 2007 through January 25, 2008, and to approve the allowance of LCC's Final Fee in the amount of $2,708,812.47 for services rendered from October 1, 2006 through January 25, 2008.

LEGAL COST CONTROL, INC.

By: _____
John J. Marquess, Esquire (Admitted in New York Pro Hac Vice)
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  November 10, 2009
Haddonfield, NJ

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## **CERTIFICATION**

JOHN J. MARQUESS, being duly sworn, deposes and says:

1.    I am President of Legal Cost Control, Inc.

2.    I have read the foregoing Fifth and Final Application for Allowance of
Compensation of Legal Cost Control, Inc., Fee and Expense Analyst to the
Delphi Fee Committee, and know the contents thereof.  The same are true
to the best of my knowledge, except as to matters therein alleged to be
upon information and belief, and as to those matters, I believe them to be
true.  I have personally performed and/or supervised many of the Fee and
Expense Analyst services rendered by Legal Cost Control, Inc. and I am
thoroughly familiar with all other work performed on behalf of the Fee
Committee by the attorneys and paraprofessionals of the corporation.

3.    All of the services for which Legal Cost Control, Inc. seeks compensation
were performed for and on behalf of the Fee Committee and not on behalf
of any other person or entity.

4.    In accordance with Bankruptcy Rule 2016(a) and § 504 of the Bankruptcy
Code, no agreement or understanding exists between the Applicant and

any other person for the sharing of compensation to be received in connection with the within cases.

**I HEREBY CERTIFY** that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

**LEGAL COST CONTROL, INC.**

By:  _John J. Marquess, Esquire_
President
255 Kings Highway East, First Floor
Haddonfield, NJ 08033
(856) 216-0800
(856) 216-0800 Facsimile
Fee and Expenses Analyst

DATED:  November 10, 2009

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## STATEMENT OF FEES AND DISBURSEMENTS OF LEGAL COST CONTROL, INC. FOR THE PERIOD OCTOBER 1, 2007 THROUGH AND INCLUDING OCTOBER 31, 2007

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period October 1, 2007 through and including October 31, 2007 (the "Billing Period") in accordance with the (i) Order, <u>inter alia</u>, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $50,897.56 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$50,897.56.**

LCC's fees for the Billing Period have been calculated as follows:

1. <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2. <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $6,362,195.11. For this Billing Period, LCC's fee is $50,897.56 (being .80% of $6,362,195.11).

2.  <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $272,630,275.83.

3.  <u>LCC'S CUMULATIVE FEES TO DATE</u>:

For all Billing Periods, LCC's fee is $2,181,042.21

4.  <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

.80% OF $6,362,195.11:        $50,897.56

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By:  _____
John J. Marquess, Esquire
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  November 9, 2007
Haddonfield, NJ

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

### STATEMENT OF FEES AND DISBURSEMENTS OF LEGAL COST CONTROL, INC. FOR THE PERIOD NOVEMBER 1, 2007 THROUGH AND INCLUDING NOVEMBER 30, 2007

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period October 1, 2007 through and including October 31, 2007 (the "Billing Period") in accordance with the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $166,267.82 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$166,267.82**

LCC's fees for the Billing Period have been calculated as follows:

1. <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2. <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $20,783,477.89.  For this Billing Period, LCC's fee is $166,267.82 (being .80% of $20,783,477.89).

2.  CUMULATIVE BILLINGS REVIEWED TO DATE:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $293,413,753.72.

3.  LCC'S CUMULATIVE FEES TO DATE:

For all Billing Periods, LCC's fee is $2,347,310.03

4.  SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD:

.80% OF $20,783,477.89:        $166,267.82

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By:  _____
John J. Marquess, Esquire
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  December 28, 2007
Haddonfield, NJ

# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## STATEMENT OF FEES AND DISBURSEMENTS OF
## LEGAL COST CONTROL, INC. FOR THE PERIOD
## DECEMBER 1, 2007 THROUGH AND INCLUDING DECEMBER 31, 2007

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period December 1, 2007 through and including December 31, 2007 (the "Billing Period") in accordance with the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $53,807.97 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$53,807.97**

LCC's fees for the Billing Period have been calculated as follows:

1.  FEE BASIS:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2.  CURRENT FEE DUE:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $6,725,996.32. For this Billing Period, LCC's fee is $53,807.97 (being .80% of $6,725,996.32).

2.  CUMULATIVE BILLINGS REVIEWED TO DATE:

    For all Billing Periods, LCC has reviewed Professional fees and expenses of $300,139,750.04.

3.  LCC'S CUMULATIVE FEES TO DATE:

    For all Billing Periods, LCC's fee is $2,401,118.00

4.  SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD:

    .80% OF $6,725,996.32:        $53,807.97

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By:  _____
    John J. Marquess, Esquire
    255 Kings Highway East
    Haddonfield, NJ 08033
    (856) 216-0800

Dated:  January 11, 2008
Haddonfield, NJ

# EXHIBIT "D"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## STATEMENT OF FEES AND DISBURSEMENTS OF
## LEGAL COST CONTROL, INC. FOR THE PERIOD
## JANUARY 1, 2008 THROUGH AND INCLUDING JANUARY 31, 2008

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this
statement of fees and disbursements for the period January 1, 2008 through and including
January 31, 2008 (the "Billing Period") in accordance with the (i) Order, inter alia,
Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and
Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii)
Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code
Establishing Procedures for Interim Compensation and Reimbursement of Expenses of
Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost
Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v)
Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and
Disbursements for Professionals in Southern District of New York Bankruptcy Cases
dated June 20, 1991.  Pursuant to the above, LCC files this fee statement for the Billing
Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC
$83,673.15 for fees for services rendered during the Billing Period and -0- for actual and
necessary expenses, for a total payment of **$83,673.15**

     LCC's fees for the Billing Period have been calculated as follows:

    1.   <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees
       and expenses submitted by the Retained Professionals.

    2.   <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached
hereto as Exhibit "1."  The Total Submitted to LCC was $10,459,143.75.  For this Billing
Period, LCC's fee is $83,673.15 (being .80% of $10,459,143.75).

2. <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $315,260,425.30[1].

3. <u>LCC'S CUMULATIVE FEES TO DATE</u>:

For all Billing Periods, LCC's fee is $2,261,428.88

4. <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

.80% OF $10,459,143.75:          $83,673.15

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement. In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By: _____
John J. Marquess, Esquire
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated: February 15, 2008
Haddonfield, NJ

---

[1] This includes flat/fixed fee cases. LCC does not charge for the review/analysis of flat/fixed fees

# EXHIBIT "E"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## STATEMENT OF FEES AND DISBURSEMENTS OF
## LEGAL COST CONTROL, INC. FOR THE PERIOD
## FEBRUARY 1, 2008 THROUGH AND INCLUDING FEBRUARY 29, 2008

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period February 1, 2008 through and including February 29, 2008 (the "Billing Period") in accordance with the (i) Order, <u>inter alia</u>, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $93,156.70 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$93,156.70**

LCC's fees for the Billing Period have been calculated as follows:

1. <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2. <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $11,644,587.84. For this Billing Period, LCC's fee is $93,156.70 (being .80% of $11,644,587.84).

2. <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $315,353,582.00[1].

3. <u>LCC'S CUMULATIVE FEES TO DATE</u>:

For all Billing Periods, LCC's fee is $2,354,585.58

4. <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

.80% OF $111,644,587.84:                $93,156.70

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By: _____
    John J. Marquess, Esquire
    255 Kings Highway East
    Haddonfield, NJ 08033
    (856) 216-0800


Dated:  March 14, 2008
Haddonfield, NJ

---

[1] This includes flat/fixed fee cases.  LCC does  not charge for the review/analysis of flat/fixed fees

# EXHIBIT "F"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## STATEMENT OF FEES AND DISBURSEMENTS OF
## LEGAL COST CONTROL, INC. FOR THE PERIOD
## MARCH 1, 2008 THROUGH AND INCLUDING MARCH 31, 2008

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period March 1, 2008 through and including March 31, 2008 (the "Billing Period") in accordance with the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991.  Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $100,001.96 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$100,001.96**

     LCC's fees for the Billing Period have been calculated as follows:


1. <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2. <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1."  The Total Submitted to LCC was $12,500,245.59.  For this Billing Period, LCC's fee is $100,001.96 (being .80% of $12,500,245.59).

2.  <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

> For all Billing Periods, LCC has reviewed Professional fees and expenses of $327,853,827.59[1].

3.  <u>LCC'S CUMULATIVE FEES TO DATE</u>:

> For all Billing Periods, LCC's fee is $2,454,587.54

4.  <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

> .80% OF $12,500,245.59:                 $100,001.96

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By: _____
John J. Marquess, Esquire
255 Kings Highway East
Haddonfield, NJ 08033
(856) 216-0800

Dated:  April 30, 2008
Haddonfield, NJ

---

[1] This includes flat/fixed fee cases.  LCC does  not charge for the review/analysis of flat/fixed fees

# EXHIBIT "G"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

### STATEMENT OF FEES AND DISBURSEMENTS OF
### LEGAL COST CONTROL, INC. FOR THE PERIOD
### APRIL 1, 2008 THROUGH AND INCLUDING APRIL 30, 2008

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this statement of fees and disbursements for the period April 1, 2008 through and including April 30, 2008 (the "Billing Period") in accordance with the (i) Order, inter alia, Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii) Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v) Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991. Pursuant to the above, LCC files this fee statement for the Billing Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC $47,084.35 for fees for services rendered during the Billing Period and -0- for actual and necessary expenses, for a total payment of **$47,084.35**

LCC's fees for the Billing Period have been calculated as follows:

1. <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees and expenses submitted by the Retained Professionals.

2. <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached hereto as Exhibit "1." The Total Submitted to LCC was $5,885,543.32. For this Billing Period, LCC's fee is $47,084.35 (being .80% of $5,885,543.32).

2. <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

For all Billing Periods, LCC has reviewed Professional fees and expenses of $333,739,370.91[1].

3. <u>LCC'S CUMULATIVE FEES TO DATE</u>:

For all Billing Periods, LCC's fee is $2,501,671.89

4. <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

.80% OF $5,885,543.32:        $47,084.35

LCC reserves the right to amend the amounts listed in the event that a subsequent review of LCC's records reveals that additional professional services were rendered by LCC which were not recorded in advance of the preparation of this fee statement.  In the event such amendments are required, LCC reserves the right to seek such additional fees or expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By: _____
        John J. Marquess, Esquire
        255 Kings Highway East
        Haddonfield, NJ 08033
        (856) 216-0800

Dated:  May 20, 2008
Haddonfield, NJ

---

[1] This includes flat/fixed fee cases.  LCC does  not charge for the review/analysis of flat/fixed fees

# EXHIBIT "H"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

## STATEMENT OF FEES AND DISBURSEMENTS OF
## LEGAL COST CONTROL, INC. FOR THE PERIOD
## MAY 1, 2008 THROUGH AND INCLUDING MAY 31, 2008

Legal Cost Control, Inc. ("LCC"), Automated Fee and Expense Analyst, submits this
statement of fees and disbursements for the period May 1, 2008 through and including
May 31, 2008 (the "Billing Period") in accordance with the (i) Order, inter alia,
Authorizing Employment of Legal Cost Control, Inc. as Fee and Expense Analyst and
Granting Related Relief, dated August 17, 2006 (the "Retention Order"), (ii)
Administrative Order Pursuant to Sections 105 (a) and 331 of the Bankruptcy Code
Establishing Procedures for Interim Compensation and Reimbursement of Expenses of
Professionals, dated November 4, 2005 (the "Interim Fee Order"), (iii) Legal Cost
Control's Fee Agreement with the Delphi Fee and Expense Review Committee; and (v)
Paragraph A.3 of the Administrative Order Regarding Guidelines for Fees and
Disbursements for Professionals in Southern District of New York Bankruptcy Cases
dated June 20, 1991.  Pursuant to the above, LCC files this fee statement for the Billing
Period requesting that the debtors and debtors-in-possession (the "Debtors") pay LCC
$85,982.05 for fees for services rendered during the Billing Period and -0- for actual and
necessary expenses, for a total payment of **$85,982.05**

LCC's fees for the Billing Period have been calculated as follows:

1.  <u>FEE BASIS</u>:  LCC's Fee is Eight-Tenths of One Percent (.80%) of the fees
    and expenses submitted by the Retained Professionals.

2.  <u>CURRENT FEE DUE</u>:

For the Billing Period, LCC reviewed the fees and expenses of the Professionals attached
hereto as Exhibit "1." The Total Submitted to LCC was $10,747,756.31.  For this Billing
Period, LCC's fee is $85,982.05 (being .80% of $10,747,756.31).

2.  <u>CUMULATIVE BILLINGS REVIEWED TO DATE</u>:

   For all Billing Periods, LCC has reviewed Professional fees and expenses
   of $344,487,127.22[1].

3.  <u>LCC'S CUMULATIVE FEES TO DATE</u>:

   For all Billing Periods, LCC's fee is $2,587,653.94

4.  <u>SUMMARY OF FEE DUE LCC FOR THIS BILLING PERIOD</u>:

   .80% OF $10,747,756.31:              $85,982.05

LCC reserves the right to amend the amounts listed in the event that a subsequent review
of LCC's records reveals that additional professional services were rendered by LCC
which were not recorded in advance of the preparation of this fee statement.  In the event
such amendments are required, LCC reserves the right to seek such additional fees or
expenses in any fee application.

**LEGAL COST CONTROL, INC.**

By: _____
   John J. Marquess, Esquire
   255 Kings Highway East
   Haddonfield, NJ 08033
   (856) 216-0800

Dated:  June 11, 2008
Haddonfield, NJ

---

[1] This includes flat/fixed fee cases.  LCC does  not charge for the review/analysis of flat/fixed fees

# EXHIBIT "I"

| LCC'S FEE APPLICATION | FEE PERIOD | DATES | LCC FEES | LCC EXPENSES | LCC FEE TOTAL |
|---|---|---|---|---|---|
| FIRST | THIRD | 6/1/2006 - 9/30/2006 | $606,100.21 | $0.00 | $606,100.21 |
| SECOND | FOURTH | 10/1/2006 - 1/31/2007 | $480,804.16 | $0.00 | $480,804.16 |
| THIRD | FIFTH | 2/1/2007 - 5/31/2007 | $590,869.79 | $0.00 | $590,869.79 |
| FOURTH | SIXTH | 6/1/2007 - 9/30/2007 | $383,679.85 | $0.00 | $383,679.85 |
| FIFTH AND FINAL | SEVENTH AND FINAL | 10/1/2007 - 1/25/2008 | $647,358.46 | $0.00 | $647,358.46 |
| | | | $2,708,812.47 | $0.00 | $2,708,812.47 |