**Hearing Date: November 18, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: November 11, 2009 at 4:00 p.m. (Prevailing Eastern Time)**

Harter Secrest & Emery LLP
1600 Bausch & Lomb Place
Rochester, New York 14604
(585) 232-6500
Jerauld E. Brydges, Esq.
John R. Weider, Esq.

Attorneys for Monroe County Water Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

---

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY MONROE COUNTY WATER AUTHORITY (CLAIM NO. 19441)

1.  DPH Holdings Corp. Corporation and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") filed the Reorganized Debtors' Thirty-Seventh Omnibus Claims Objection (the "Claims Objection") (Docket No. 18984) on October 15, 2009. In the Claims Objection, the Reorganized Debtors object, *inter alia*, to a claim by Monroe County Water Authority filed July 21, 2009 in the amount of $1,189.25 (Claim No. 19441) (the "Claim") for utility services rendered.

2.  The Claim has been resolved as part of the adequate protection to utilities in the above-captioned cases.

**WHEREFORE**, Monroe County Water Authority, by and through its counsel, hereby withdraws the Claim.

Dated:  November 9, 2009

                                                  Respectfully submitted,

**HARTER SECREST & EMERY LLP**
*Counsel to Monroe County Water Authority*
1600 Bausch & Lomb Place
Rochester, New York  14604
Tel:  (585) 232-6500
Fax:  (585) 232-2152

By:     */s/ Jerauld E. Brydges*
        Jerauld E. Brydges, Esq.
        John R. Weider, Esq.