UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

    DELPHI CORPORATION., et al.,

        Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

    I, Michael E. Nicholson, being duly sworn according to law, depose and say that I am over the age of 18, am not a party to this action, and am employed by Harter Secrest & Emery LLP, attorneys for Monroe County Water Authority, in the above-entitled action.

    On the 9th day of November, 2009, I caused the "Notice of Withdrawal of Proof of Claim Filed By Monroe County Water Authority (Claim No. 19441)"to be served to be served via Federal Express Overnight Delivery to the following recipients:

The Honorable Robert D. Drain
United States Bankruptcy Judge for the Southern District of New York
One Bowling Green, Room 632
New York, New York 10004

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
(Attn: President)

and

Skadden, Arps, Slate, Meager & Flom LLP
Counsel to the Reorganized Debtors
155 North Wacker Drive
Chicago, Illonois 60606
(Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton)

Dated: November 11, 2009

                                                          Michael E. Nicholson

Sworn to before me this
11th of November, 2009

_____
Notary Public

NOTARY PUBLIC, STATE OF NEW YORK
NO. 01T05062734
MONROE COUNTY
EXPIRATION JULY 8, 20 10