Lawrence E. Oscar, Esq.
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2301
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-mail: leoscar@hahnlaw.com
*Attorney for ARC Automotive, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re:**                                                   :    Chapter 11
                                                             :
**DELPHI CORPORATION, et al.,**                              :    Case No. 05-44481 (RDD)
                                                             :
                                           **Debtors.**      :    (Jointly Administered)
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ARC AUTOMOTIVE, INC.'S OBJECTION TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that ARC Automotive, Inc., by and through its undersigned counsel, hereby withdraws the Objection of ARC Automotive, Inc.("ARC") to Debtors' Notice of Cure Amount with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization [Docket No. 14440] filed with this Court on November 14, 2008

CLE - 1536736.1

as ARC and the Debtors have agreed to the cure amount of $459,596.93 as set forth in a June 23,

2009 letter to the from the Debtors to ARC agreed to by the parties on July 17, 2009 .

Dated:  November 13, 2009                    Respectfully submitted,
Cleveland, Ohio

/s/ Lawrence E. Oscar
Lawrence E. Oscar (0022696)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2301
(216) 621-0150 - Telephone
(216) 241-2824 – Facsimile
Attorney for ARC Automotive, Inc.

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on the 13th day of November 2009 upon the parties who are currently on the list to receive e-mail notice/service for this case and to the following parties by United States Mail, postage prepaid:

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street, 21st Floor
New York, NY 10004

/s/ Lawrence E. Oscar
*One of the Attorneys for ARC Automotive, Inc.*

CLE - 1536736.1