LEGAL COST CONTROL, INC.
John J. Marquess, Esquire
255 Kings Highway East, Suite A-3
Haddonfield, NJ 08033
Telephone: 856.216.0800
Facsimile: 856.216.1736

Fee and Expense Analyst

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORP, et al., | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Debtors | |

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       )  SS:
COUNTY OF CAMDEN       )

Patrick J. Woods, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by Legal Cost Control, Inc., Fee and Expense Analyst.

On the 12TH of November 2009, I caused a copy of the following document:

FIFTH FEE APPLICATION OF LEGAL COST CONTROL FOR SERVICES RENDERED AND EXPENSES INCURRED FROM NOVEMBER 1, 2007 THROUGH JANUARY 25, 2008, AND FINAL FEE APPLICATION OF LEGAL COST CONTROL, INC., FOR SERVICES RENDERED AND EXPENSES INCURRED FROM JUNE 1, 2006 THROUGH JANUARY 25, 2008

to be served upon the parties identified on Exhibit 1 attached hereto by securely enclosing a true copy of the aforementioned document in a properly addressed wrapper and causing the same to be delivered into the custody of a UPS Representative for next business day delivery.

_____
Patrick J. Woods

Sworn to and subscribed before
me this 12TH day of November 2009

_Mary Ann Cunningham_ _____
Notary Public
My Commission Expires:

MARY ANN CUNNINGHAM
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 14, 2010

Sworn to and subscribed before me this 12th day of November 20 09

# EXHIBIT 1

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John William Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Alicia M. Leonhard, Esquire
Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

Robert J. Rosenberg, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802

Marissa Wesley, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Marlane Melican, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Valerie Venable
Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078