# EXHIBIT A

## Jose, Katherine

**From:** Wharton, Joseph N [Joseph.Wharton@skadden.com]
**Sent:** Monday, November 09, 2009 2:02 PM
**To:** Acton, Peter
**Subject:** RE: In re Delphi Corp., Case No. 05-44481 (RDD)

Peter,

I am confirming that the response deadline for the claims referenced below has been extended to Fri. Nov. 13 at 5 pm EST.

Joe

**Joseph N. Wharton**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**155 North Wacker Drive | Chicago | Illinois | 60606-1720**
**T: 312.407.0610 | F: 312.407.0411**
**joseph.wharton@skadden.com**

Skadden

---

**From:** Acton, Peter [mailto:PActon@mwe.com]
**Sent:** Monday, November 09, 2009 1:00 PM
**To:** Wharton, Joseph N (CHI)
**Subject:** In re Delphi Corp., Case No. 05-44481 (RDD)

Joseph-

Thank you again for getting back to me. As I indicated to you, this firm represents Lockheed Martin Corporation and Heraeus Amersil Inc. (aka Heraeus Tenevo). Please confirm that the above-referenced debtors have agreed to provide us with an extension until 5:00 p.m. ET on Friday (November 13) to respond to Delphi's objections to the following claims:

Claim No. 15606 (Lockheed Martin; objection made in the Thirty-Sixth Omnibus Obj. to Claims)
Claim Nos. 19064, 19065 (Heraeus; objection made in the Thirty-Seventh Omnibus Obj. to Claims)

Thank you.

**Peter M. Acton, Jr.** | McDermott Will & Emery LLP | 28 State Street, Boston, MA 02109
Office: 617-535-4412 | Fax: 617-535-3800 | Cell: 978-463-3198 | pacton@mwe.com | www.mwe.com

***************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
***************************************************************************************************

11/13/2009

Please visit http://www.mwe.com/ for more information about our Firm.

---
**************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************
**************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
**************************************************
==================================================

11/13/2009