SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF HEARING ON CERTAIN
OBJECTIONS TO NONASSUMPTION OF CERTAIN CONTRACTS
AND LEASES, ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES, AND CURE AMOUNTS

PLEASE TAKE NOTICE that on July 24, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), filed a Notice Of Adjournment Of Hearing On Objections To Notices Of Nonassumption, Cure Amounts, And Assumption And Assignment Of Executory Contracts And Unexpired Leases To August 17, 2009 (Docket No. 18649) pursuant to which the Debtors adjourned any objection relating to (i) nonassumption of certain contracts and leases, (ii) adequate assurance of future performance, (iii) assumption and/or assignment, with respect to executory contracts or unexpired leases to be assumed and/or assigned under the First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified, and/or (iv) cure of defaults (together, the "Section 365 Objections"), subject to (i) further adjournment by the Debtors by notifying the counterparty in writing at least three days before the hearing and (ii) the Debtors' right to re-notice the hearing with respect to such objection upon 20 days' notice to such counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization of Delphi Corporation And Certain Affiliates, Debtors and Debtors In Possession, As Modified And (II) Confirmation Order (Docket No. 12359) (Docket No. 18707) (the "Plan Modification Order") the Section 365 Objections were adjourned to the hearing scheduled for August 17, 2009, subject to further adjournment by the Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty. Pursuant to decretal paragraph 40 of the Plan Modification Order, once adjourned, such objections are to be scheduled for an available hearing date following 20 days' notice provided by the Debtors or DPH Holding Corp. and its subsidiaries and affiliates (the "Reorganized Debtors"), as applicable, to the applicable

counterparty, or such other date as may be agreed upon, subject to further adjournment by the Reorganized Debtors at least three days prior to such hearing upon notice to the Court and the applicable counterparty.

PLEASE TAKE FURTHER NOTICE that pursuant to the Plan Modification Order, the Section 365 Objections listed on Exhibit A attached hereto that were scheduled to be heard on November 17, 2009 are hereby adjourned without date subject to the Reorganized Debtors' right to re-notice the objection for a future hearing in accordance with the Plan Modification Order.

Dated:  New York, New York
        November 13, 2009

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr.
      John K. Lyons
      Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

# Exhibit A

The objections filed by the parties listed below are adjourned without date, subject to the Reorganized Debtors' right to re-notice the objections for a future hearing in accordance with the Plan Modification Order.[1]

| DOCKET NO. | OBJECTOR | HEARING DATE |
|---|---|---|
| 18430 | AB Automotive Electronics Ltd.; AB Automotive Inc.; BI Technologies Corporation; International Resistive Company, Inc. (a.k.a. International Resistive Company Wire & Film Technologies Division); International Resistive Company of Texas, LP (a.k.a. International Resistive Company Advanced Film Division); Optek Technology, Inc.; and Welwyn Components Ltd. | Adjourned without date only with respect to BI Technologies Corporation[2] |
| 18234, 18652, 18705, 18720 | Connecticut General Life Insurance Company | Adjourned without date |
| 18373, 18245 | XM Satellite Radio Inc. | Adjourned without date |

---

[1] Pursuant to the Notice Of Adjournment Of Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated August 25, 2009 (Docket No. 18833), the Second Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated August 28, 2009 (Docket No. 18842), the Notice Of Adjournment Of Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated September 17, 2009 (Docket No. 18905), the Third Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated September 24, 2009 (Docket No. 18935), the Notice Of Adjournment Of Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated October 19, 2009 (Docket No. 18986), and the Fifth Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated October 22, 2009 (Docket No. 19009), the objections that have previously been adjourned without date continue to be adjourned without date, subject to the Reorganized Debtors' right to re-notice for a future hearing in accordance with the Plan Modification Order.

[2] Only the portion of the objection relating to BI Technologies Corporation will be adjourned to December 18, 2009. Pursuant to the Third Omnibus Order Resolving Certain Objections To Nonassumption Of Certain Contracts And Leases, Assumption And Assignment Of Executory Contracts And Unexpired Leases, And Cure Amounts, dated September 24, 2009 (Docket No. 18935), all portions of this objection relating to parties other than BI Technologies Corporation were withdrawn or otherwise resolved.