**Hearing Date: November 18, 2009 at 10:00 a.m. (Prevailing Eastern Time)**
**Response Date and Time: November 11, 2009 at 4:00 p.m. (Prevailing Eastern Time)**

Lyle D. Russell, P27039
Attorney for Claimant
4468 W. Walton Blvd.
Waterford, MI 48329
248-618-0300

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al, | Case No. 05-44481-(RDD) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Linda Wiersema filed an Objection to Discharge of the Severance Claim (Claim No. 17682) on July 8, 2009.

1. In the Claims Objection, the Reorganized Debtors' object, inter alia, to the foregoing claim.

2. The claim has been resolved.

Wherefore, Linda Wiersema, by and through her counsel, hereby withdraws the claim.

Dated: November 10, 2009

                                            Lyle D. Russell, P27039
                                            Attorney for Claimant
                                            4468 W. Walton Blvd.
                                            Waterford, MI 48329
                                            248-618-0300
                                            Email: Lylerussell@magnusoft.com