# Request for Payment of Internal Revenue Taxes

(Bankruptcy Code Cases—Administrative Expenses)

Department of the Treasury/Internal Revenue Service

United States Bankruptcy Court for the **SOUTHERN** District of **NEW YORK**

In the Matter of: DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

Claim #16504
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

| | |
|---|---|
| Case Number | 05-44481-RDD |
| Type of Bankruptcy Case | Chapter 11 |
| Date of Petition | 10/08/2005 |
| Creditor Number | |

Fiduciary:

1. The undersigned, whose business address is **INTERNAL REVENUE SERVICE Stop 290 BROADWAY, 5TH FL NEW YORK, NY 10007**, is the agent of the Department of the Treasury, Internal Revenue Service, and is authorized to make this request for payment on behalf of the United States.
2. Request is made for payment of taxes and any interest or penalty due under the internal revenue laws of the United States, as shown below.
3. The ground of liability is taxes due under the internal revenue laws of the United States.

**Administrative Claims**

| Taxpayer ID Number | Kind of Tax | Tax Period | Tax Due | Interest Due | Penalty Due | Balance Due |
|---|---|---|---|---|---|---|
| ████0473 | CORP-INC | 12/31/2005 | $66,772.96 | $4,400.69 | $2,567.92 | $73,741.57 |

Total Amount Due: $73,741.57

RECEIVED
JAN 3 1 2007
KURTZMAN CARSON

The amount due includes interest and penalty computed to 01/27/2007. Compound interest will accrue at the rate established under IRC Section 6621(a) and late payment penalty will be charged under IRC Section 6651. If the claim is paid after 01/27/2007, contact SANDRA FELIU at (212) 436-1338 for the current balance.

| | | |
|---|---|---|
| Penalty for Presenting Fraudulent Claim - Fine of not more than $5,000 or imprisonment for not more than 5 years or both - Title 18, U.S.C., Section 152. | Signature /s/ SANDRA FELIU | Date 01/17/2007 |
| | Title Bankruptcy Specialist | Telephone Number (212) 436-1338 |

Form 6338 - A (C)

Page 1 of 1



0544481070122000000000026