PREET BHARARA
United States Attorney for the
Southern District of New York
By:   MATTHEW L. SCHWARTZ
      JOSEPH N. CORDARO
Assistant United States Attorneys
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-1945, 2745
Fax: (212) 637-2750
E-mail: matthew.schwartz@usdoj.gov
        joseph.cordaro@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE**

I, Joseph N. Cordaro, Assistant United States Attorney for the Southern District of New York, hereby certify that on November 16, 2009, in addition to service via ECF, I caused a true copy of the United States of America's Response to Debtor's Objection to the Claim of the Internal Revenue Service (Docket # 19088) to be served, via Federal Express, upon the persons set forth below:

1)   DPH Holdings Corp.
     Attn: President
     5725 Delphi Drive
     Troy, Michigan 48098

2)  John Wm. Butler, Jr., Esq.
    John K. Lyons, Esq.
    Joseph N. Wharton, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    155 North Wacker Drive
    Chicago, Illinois 60606

3)  Diana G. Adams, Esq.
    Office of the United States Trustee
    33 Whitehall Street, 21st Floor
    New York, New York 10004

    /s/ Joseph N. Cordaro
JOSEPH N. CORDARO
Assistant United States Attorney