SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | : Chapter 11 |
| DPH HOLDINGS CORP., et al., | : Case No. 05-44481 (RDD) |
| | : (Jointly Administered) |
| Reorganized Debtors. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ADJOURNMENT AND CANCELLATION OF CLAIMS HEARINGS

PLEASE TAKE NOTICE that the claims hearings in the above-captioned cases that were originally scheduled for November 17, 2009 at 10:00 a.m. (prevailing Eastern time) and December 2, 2009 at 10:00 a.m. (prevailing Eastern time) have been cancelled.

PLEASE TAKE FURTHER NOTICE that all matters that were scheduled to be heard at the claims hearing scheduled for November 17, 2009 that have not been previously adjourned pursuant to the notice of adjournment dated November 13, 2009 (Docket No. 19080) have been adjourned or otherwise resolved as set forth below:

1) **CSX Transportation Motion To Compel** – CSX Transportation Motion To Compel Payment Of Administrative Expenses (Docket No. 16548) has been adjourned to the December 18, 2009 claims hearing by agreement of the parties.

2) **General Electric Capital Corporation Objection** – Limited Objection Of General Electric Capital Corporation To Notice Of Assumption And Assignment To Certain Executory Contracts Or Unexpired Leases To Be Assumed And Assigned To Parnassus Holdings II, LLC Under Modified Plan Of Reorganization (Docket No. 18473) has been resolved and the parties will be submitting a joint stipulation.

Dated: New York, New York
November 16, 2009

          SKADDEN, ARPS, SLATE, MEAGHER
            & FLOM LLP

          By: /s/ John Wm. Butler, Jr.
             John Wm. Butler, Jr.
             John K. Lyons
             Ron E. Meisler
          155 North Wacker Drive
          Chicago, Illinois 60606

            - and -

          By: /s/ Kayalyn A. Marafioti
             Kayalyn A. Marafioti
          Four Times Square
          New York, New York 10036

          Attorneys for DPH Holdings Corp., et al.,
            Reorganized Debtors