# **EXHIBIT A**

**Professionals and Paraprofessionals Rendering Services**

**GP:**

| Name | Position | Year Admitted to Bar | Hours | Rate | Amount Billed |
|---|---|---|---|---|---|
| Andolina, Janet | Partner | 1995-NY, 1995-CT | 23.20 | $775.00 | $17,980.00 |
| Arel, Jocelyn | Partner | 1990-NY, 1992-MA | 35.60 | $700.00 | $24,920.00 |
| Barletta, Collin | Litigation Tech Specialist | N/A | 7.10 | $150.00 | $1,065.00 |
| Brilliant, Allan | Partner | 1986-IL, 2001-NY | 57.00 | $750.00+ | $42,750.00 |
| | | | 673.20 | $800.00 | $538,560.00 |
| Costello, Meagan | Associate | 2003-NY | 68.10 | $470.00+ | $32,007.00 |
| | | | 798.40 | $530.00 | $423,152.00 |
| Deskins, Marva R. | Associate | 2005-MD | 8.00 | $380.00 | $3,040.00 |
| Diaz, Matthew | Litigation Tech Specialist | N/A | 5.60 | $255.00 | $1,428.00 |
| Djilani, Jessica | Case Assistant | N/A | 36.90 | $160.00 | $5,904.00 |
| Druehl, Craig | Associate | 1999-NY | 72.90 | $520.00+ | $37,908.00 |
| | | | 798.20 | $565.00 | $450,983.00 |
| Fair, Whitney | Case Assistant | N/A | 0.90 | $155.00+ | $139.50 |
| | | | 172.50 | $165.00 | $28,462.50 |
| Fernandez, Alexis | Clerk | N/A | 0.70 | $185.00 | $129.50 |
| Gateman, Christopher | Clerk | N/A | 0.50 | $150.00 | $75.00 |
| Gray, William | Case Assistant | N/A | 11.00 | $160.00 | $1,760.00 |
| Grillo, Emanuel | Partner | 1992-NY | 0.60 | $675.00+ | $405.00 |
| | | | 11.70 | $750.00 | $8,775.00 |
| Groarke, Jack | Clerk | N/A | 5.40 | $145.00 | $783.00 |
| Harvey, Brian | Associate | 2000-NJ, 2000-NY | 1.50 | $520.00+ | $780.00 |
| | | | 8.90 | $565.00 | $5,028.50 |
| Hemani, Abigail | Associate | 2002-NY, 2002-MA | 4.10 | $550.00 | $2,255.00 |
| Isenman, Michael | Partner | 1993-DC | 388.20 | $600.00 | $232,920.00 |
| Kalicheti, Sirisha | Associate | 2007-VA | 23.90 | $280.00 | $6,692.00 |
| Kelleher, Francis | Managing Attorney | 1995-MA, 1997-ME | 4.00 | $280.00 | $1,120.00 |
| Lee, Young | Associate | 2006-NJ, 2007-NY | 2.00 | $300.00 | $600.00 |
| Legal Research Analyst | N/A | N/A | 0.40 | $180.00 | $72.00 |
| Loffelman, Katrina | Case Assistant | N/A | 15.60 | $155.00 | $2,418.00 |
| Martin, Gina | Partner | 1996-NY, 1999-MA | 438.00 | $600.00 | $262,800.00 |
| | | | 16.40 | $300.00* | $4,920.00 |
| Mathias, Samuel | Paralegal | N/A | 59.20 | $180.00 | $10,656.00 |
| Michel, Katherine | Case Assistant | N/A | 6.30 | $150.00 | $945.00 |

**Professionals and Paraprofessionals Rendering Services**

| Name | Title | Bar Admission | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mills, Stephen | Partner | 1985-NY | 3.40 | $850.00 | $2,890.00 |
| Moustakas, John | Partner | 1994-DC | 515.80 | $575.00 | $296,585.00 |
| | | | 5.20 | $287.50* | $1,495.00 |
| Munro, Donald | Partner | 1996-MD, 1997-DC | 31.00 | $550.00 | $17,050.00 |
| Osher, Cory | Litigation Tech Specialist | N/A | 2.70 | $195.00 | $526.50 |
| Quinn, Laura | Senior Paralegal | N/A | 7.00 | $215.00 | $1,505.00 |
| Reilly, Edward | Partner | 1979-CT, 2003-DC, 2004-NY | 31.40 | $750.00 | $23,550.00 |
| Robbins, Kirsten | Associate | 2005-NY, 2007-DC | 14.70 | $380.00 | $5,586.00 |
| Rutkowski, Barbara | Associate | 2005-NY | 256.10 | $380.00 | $97,318.00 |
| | | | 2.00 | $190.00* | $380.00 |
| Schwartz, Joseph | Associate | 2007-NY | 36.60 | $390.00 | $14,274.00 |
| Scott, Marie | Associate | 2008-NC | 7.30 | $280.00 | $2,044.00 |
| Shinners, Katherine | Associate | 2005-VA, 2007-DC | 15.00 | $340.00 | $5,100.00 |
| Stanford, David | Litigation Tech Specialist | N/A | 4.00 | $255.00 | $1,020.00 |
| Stockholm. Jennifer | Litigation Tech Specialist | N/A | 7.00 | $255.00 | $1,785.00 |
| Tkacheva, Anna | Case Assistant | N/A | 1.50 | $160.00 | $240.00 |
| Tomer, Kenneth | Associate | 2006-NY | 714.10 | $390.00 | $278,499.00 |
| Vermut, Don | Associate | 2005-NY | 191.00 | $480.00 | $91,680.00 |
| Wolpert, Stephen M. | Associate | 2007-NY | 46.50 | $300.00[+] | $13,950.00 |
| | | | 653.60 | $390.00 | $254,904.00 |
| Wyner, Richard | Partner | 1983-DC | 234.50 | $600.00 | $140,700.00 |
| | | | 4.10 | $300.00* | $1,230.00 |
| Zubok, Maryana | Associate | 2006-NY | <u>20.00</u> | $435.00 | <u>$8,700.00</u> |
| | | **GP Total:** | **6560.50** | | **$3,412,444.50** |

[+] Designates billing rate prior to October 1, 2007
* Designates reduced rate for non-working travel

**K&W:**

| Name | Title | Bar Admission | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Tracy L. Klestadt | Partner | 1986-NJ, 1986-NY | 1.50 | $550.00 | $825.00 |
| Sean C. Southard | Partner | 2001-NY | 5.40 | $375.00 | $2,025.00 |
| Sarah E. Megna | Associate | 2008-NY | 1.30 | $225.00 | $292.50 |
| Karen A. Caslin | Paralegal | N/A | <u>0.50</u> | $125.00 | <u>$62.50</u> |
| | | **K&W Total:** | **8.70** | | **$3,205.00** |

**Professionals and Paraprofessionals Rendering Services**

**MKA:**

| Name | Position | Year Admitted to Bar | Hours | Rate | Amount Billed |
|---|---|---|---|---|---|
| Maryann Keller | N/A | N/A | 303.00 | $750.00 | $227,250.00 |
| Kenneth A Elias | N/A | N/A | 273.75 | $375.00 | $102,656.25 |
| | | **Keller Total:** | **576.75** | | **$329,906.25** |