# **EXHIBIT B**

**Matter Summary**

| **Project Category** | **Hours** | **Fees** |
|---|---|---|
| Services Rendered in Connection with Opposition to Disclosure Statement and Investment Agreement (Project Category 1) | 3119.40 | $1,655,614.00 |
| Services Rendered in Connection with Opposition to Plan Confirmation (Project Category 2) | 3522.95 | $1,804,027.25 |
| Services Rendered in Connection with Opposition to MDL Settlements (Project Category 3) | 223.10 | $107,779.50 |
| Services Rendered in Connection with Preparation of Alternative Investment Agreement (Project Category 5) | 173.20 | $123,324.50 |
| Services rendered in Connection with Case Administration (Project Category 4) | 65.40 | $31,491.50 |
| Services Rendered in Connection with the Claims Estimation Process (Project Category 6) | 41.90 | $23,319.00 |
| **Total Hours and Fees:** | **7145.95** | **$3,745,555.75** |
| **Total Expenses:** | | **$224,727.86** |
| **Total Reimbursement Requested:** | | **$3,970,283.61** |