**EXHIBIT E**

**GP Services Rendered in Connection with Opposition to the MDL Settlements (Project Category 3)**

| Date | TKPR Name | Billed Hours | Billed Amount | Narrative |
|---|---|---|---|---|
| 9/17/2007 | Fair, Whitney | 0.10 | $15.50 | Docket retrieval for Mr.[_]Wolpert |
| 9/18/2007 | Costello, Meagan | 5.30 | $2,491.00 | Review class action (MDL) settlement motion (.7); prepare objection to same (4.6) |
| 9/18/2007 | Wolpert, Stephen M. | 6.60 | $1,980.00 | Review MDL motion (.9); research issues related for objection to MDL settlement (4.9); confer with Mr.[_]Druehl and Ms.[_]Costello (.3) regarding same (.2); search for case management orders (.3) |
| 9/19/2007 | Brilliant, Allan | 4.50 | $3,375.00 | Review and revise MDL objection and review cases for same |
| 9/19/2007 | Costello, Meagan | 4.20 | $1,974.00 | Draft objection to MDL settlement |
| 9/19/2007 | Wolpert, Stephen M. | 4.90 | $1,470.00 | Research and review case law for objection to MDL settlement including conference with Ms.[_]Costello regarding same (2.9); draft fact section for MDL settlement objection (.7); review case management orders and prepare affidavit of service (.5); search for lien challenge deadline and confer with Mr.[_]Druehl regarding same (.5); email to Mr.[_]Brilliant regarding same (.3) |
| 9/20/2007 | Brilliant, Allan | 0.60 | $450.00 | Work on objection to MDL motion |
| 9/20/2007 | Wolpert, Stephen M. | 1.80 | $540.00 | Review case law for MDL objection |
| 9/21/2007 | Wolpert, Stephen M. | 3.30 | $990.00 | Docket search for schedules and statement of financial affairs; draft MDL Objection |
| 9/25/2007 | Fair, Whitney | 0.70 | $108.50 | Case pull for Mr.[_]Wolpert |
| 9/26/2007 | Wolpert, Stephen M. | 5.70 | $1,710.00 | Revise draft objection to MDL Motion |
| 9/27/2007 | Costello, Meagan | 2.70 | $1,269.00 | Review draft MDL objection |
| 9/27/2007 | Wolpert, Stephen M. | 3.00 | $900.00 | Perform research regarding objection to MDL motion (.7); continue drafting and revise objection to MDL Motion (2.3) |
| 9/28/2007 | Costello, Meagan | 1.20 | $564.00 | Review MDL objection (.9); conferences with Messrs.[_]Druehl and Brilliant regarding status (.3) |
| 9/28/2007 | Wolpert, Stephen M. | 0.50 | $150.00 | Revise objection to MDL motion |
| 10/2/2007 | Costello, Meagan | 2.50 | $1,325.00 | Review and revise MDL Objection (2.2); conference with Mr.[_]Druehl regarding status (.3) |
| 10/4/2007 | Costello, Meagan | 2.00 | $1,060.00 | Review and revise MDL Objection |
| 10/5/2007 | Brilliant, Allan | 0.50 | $400.00 | Work on MDL objection |
| 10/5/2007 | Costello, Meagan | 1.50 | $795.00 | Meeting with Mr.[_]Wolpert regarding MDL objection (.7); review MDL objection (.8) |
| 10/5/2007 | Druehl, Craig | 0.40 | $226.00 | Review MDL issues and confer with Ms.[_]Costello regarding same |

**GP Services Rendered in Connection with Opposition to the MDL Settlements (Project Category 3)**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/5/2007 | Wolpert, Stephen M. | 1.90 | $741.00 | Confer with Ms.[_]Costello regarding MDL objection (.7); revise MDL Objection (1.2) |
| 10/6/2007 | Wolpert, Stephen M. | 3.80 | $1,482.00 | Research for and revisions to MDL Objection |
| 10/8/2007 | Wolpert, Stephen M. | 7.40 | $2,886.00 | Revise MDL objection |
| 10/9/2007 | Costello, Meagan | 1.20 | $636.00 | Review MDL objection (.4); revise same (.8) |
| 10/9/2007 | Wolpert, Stephen M. | 4.70 | $1,833.00 | Revise MDL objection |
| 10/10/2007 | Costello, Meagan | 3.00 | $1,590.00 | Review and revise MDL Objection |
| 10/10/2007 | Druehl, Craig | 0.40 | $226.00 | Confer with Ms.[_]Costello regarding MDL objection |
| 10/10/2007 | Wolpert, Stephen M. | 9.10 | $3,549.00 | Continue to draft and revise MDL Objection |
| 10/11/2007 | Brilliant, Allan | 0.90 | $720.00 | Review and revise objection to MDL settlement |
| 10/11/2007 | Costello, Meagan | 0.90 | $477.00 | Review MDL objection (.5); conferences with Team regarding same (.2); revisions to same (.2) |
| 10/11/2007 | Druehl, Craig | 1.10 | $621.50 | Review issues regarding MDL objection |
| 10/11/2007 | Wolpert, Stephen M. | 6.30 | $2,457.00 | Revise MDL Objection |
| 10/12/2007 | Brilliant, Allan | 0.50 | $400.00 | Work on objection to MDL |
| 10/12/2007 | Costello, Meagan | 0.70 | $371.00 | Conferences with Mr.[_]Wolpert and Mr.[_]Druehl regarding MDL Objection |
| 10/12/2007 | Druehl, Craig | 1.50 | $847.50 | Review and revise MDL objection |
| 10/12/2007 | Wolpert, Stephen M. | 0.70 | $273.00 | Confer with Mr.[_]Druehl and Ms.[_]Costello regarding MDL Objection |
| 10/14/2007 | Brilliant, Allan | 1.60 | $1,280.00 | Work on objection to MDL motion |
| 10/14/2007 | Wolpert, Stephen M. | 5.40 | $2,106.00 | Continue to revise MDL Objection |
| 10/15/2007 | Brilliant, Allan | 0.90 | $720.00 | Work on MDL objection |
| 10/15/2007 | Costello, Meagan | 5.20 | $2,756.00 | Review and revise MDL objection |
| 10/15/2007 | Druehl, Craig | 0.70 | $395.50 | Review and revise MDL motion |
| 10/15/2007 | Wolpert, Stephen M. | 7.60 | $2,964.00 | Revise MDL Objection (6.9); confer with team regarding same (.7) |
| 10/16/2007 | Brilliant, Allan | 1.00 | $800.00 | Work on MDL objection |
| 10/16/2007 | Costello, Meagan | 1.90 | $1,007.00 | Review MDL objection |
| 10/16/2007 | Druehl, Craig | 1.60 | $904.00 | Review and revise MDL objection |
| 10/16/2007 | Wolpert, Stephen M. | 6.70 | $2,613.00 | Review and revise MDL Objection (5.4); confer with team regarding same (.4) |
| 10/17/2007 | Costello, Meagan | 3.00 | $1,590.00 | Review and revise MDL Objections |
| 10/17/2007 | Druehl, Craig | 2.70 | $1,525.50 | Review and revise objection to MDL motion (2.0); memo to clients regarding same (.7) |
| 10/17/2007 | Fair, Whitney | 4.00 | $660.00 | Create hearing binder |
| 10/17/2007 | Wolpert, Stephen M. | 3.80 | $1,482.00 | Review service procedures for service of MDL Objection (.3); review and revise MDL objection (3.5) |
| 10/18/2007 | Brilliant, Allan | 1.90 | $1,520.00 | Work on MDL objection |

**GP Services Rendered in Connection with Opposition to the MDL Settlements (Project Category 3)**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/18/2007 | Costello, Meagan | 4.00 | $2,120.00 | Review/revise MDL objection |
| 10/18/2007 | Druehl, Craig | 2.00 | $1,130.00 | Review draft of preliminary MDL settlement order (.7); prepare and distribute comments to same (1.3) |
| 10/18/2007 | Martin, Gina | 0.40 | $240.00 | Review proposed MDL Order |
| 10/18/2007 | Tomer, Kenneth | 0.40 | $156.00 | Participate in telephone conference with Ms.[_]Costello and Ms.[_]Martin concerning MDL Settlement objection (.4) |
| 10/18/2007 | Wolpert, Stephen M. | 5.70 | $2,223.00 | Prepare for service of MDL Objections (2.7); revise MDL Objections (3.0) |
| 10/19/2007 | Brilliant, Allan | 3.20 | $2,560.00 | Prepare for and work on MDL order (1.4); finalize MDL objection (1.0); finalize objection to interim MDL order (.5); discussion with Ms.[_]Marafioti regarding same (.3) |
| 10/19/2007 | Costello, Meagan | 8.30 | $4,399.00 | Review, revise, finalize, file and serve MDL, Objection and Limited Objection (5.7); conferences with team regarding same (1.2); telephone conference with clients regarding REDACTED (1.4) |
| 10/19/2007 | Druehl, Craig | 9.60 | $5,424.00 | Review and revise proposed interim MDL order (2.3); calls with Skadden, Latham, Kasowitz regarding same (.9); finalize objections to same and coordinate filing and service of same (4.7); correspond with clients regarding REDACTED (.3); prepare for and attend call with clients regarding REDACTED (1.4) |
| 10/19/2007 | Gateman, Christopher | 0.50 | $75.00 | E-file Objection, Limited Objection, and Certificates of Service in Southern District of New York Bankruptcy Court |
| 10/19/2007 | Martin, Gina | 7.00 | $4,200.00 | Revise Objection to MDL settlement (1.8); review MDL order (.9); revise procedure MDL objection (3.6); telephone conference with Ms.[_]Costello regarding same (.7) |
| 10/19/2007 | Wolpert, Stephen M. | 7.30 | $2,847.00 | Revise MDL Objection (1.4); draft and revise affidavits of service for MDL Objection (1.3); coordinate filing and service of MDL Objections (4.6) |
| 10/20/2007 | Druehl, Craig | 0.50 | $282.50 | Review internal correspondence regarding next steps on MDL |
| 10/21/2007 | Brilliant, Allan | 1.20 | $960.00 | Discussion with Mr.[_]Zinman regarding MDL (.3); review revised MDL order from Mr.[_]Hogan (.9) |
| 10/22/2007 | Brilliant, Allan | 4.20 | $3,360.00 | Review revised MDL order (2.5); discussion with Mr.[_]Druehl regarding same (1.7) |
| 10/22/2007 | Druehl, Craig | 2.00 | $1,130.00 | Review and revise interim MDL order (.7); correspond with Skadden regarding same (1.3) |
| 10/22/2007 | Groarke, Jack | 0.80 | $116.00 | Service of courtesy copies for Mr.[_]Wolpert at Southern District Bankruptcy Court |
| 10/22/2007 | Tomer, Kenneth | 2.40 | $936.00 | Research regarding objection to MDL settlement motion |

**GP Services Rendered in Connection with Opposition to the MDL Settlements (Project Category 3)**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/22/2007 | Wolpert, Stephen M. | 0.50 | $195.00 | Coordinate hand delivery of courtesy copies of MDL Objections to judge's chambers (.3); draft letter regarding same (.2) |
| 10/23/2007 | Brilliant, Allan | 0.90 | $720.00 | Discussion with Mr.[_]Hogan regarding MDL (.3); discussion with Mr.[_]Druehl regarding MDL (.6) |
| 10/24/2007 | Brilliant, Allan | 4.00 | $3,200.00 | Prepare for hearing on MDL (2.4); discussion with REDACTED regarding REDACTED (.7); discussion with REDACTED regarding REDACTED (.9) |
| 10/24/2007 | Costello, Meagan | 0.60 | $318.00 | review Debtors' reply to MDL objection |
| 10/24/2007 | Druehl, Craig | 0.90 | $508.50 | Prepare for hearing on MDL settlements |
| 10/24/2007 | Wolpert, Stephen M. | 1.40 | $546.00 | Coordinate documents for hearing on Preliminary MDL Order (.6); review Debtor's reply to client's objection to Preliminary MDL Order (.8) |
| 10/25/2007 | Brilliant, Allan | 4.40 | $3,520.00 | Prepare for and attend hearing regarding MDL (3.2); prepare for and attend conference call with clients regarding REDACTED (1.2) |
| 10/25/2007 | Druehl, Craig | 3.50 | $1,977.50 | Prepare for and attend hearing regarding MDL settlement (3.0); review follow up issues regarding same (.5) |
| 10/25/2007 | Wolpert, Stephen M. | 3.00 | $1,170.00 | Attend Delphi hearing on Preliminary MDL Order |
| 11/6/2007 | Brilliant, Allan | 0.30 | $240.00 | Discussion with Mr.[_]Wolpert regarding MDL issues |
| | **Total** | **223.10** | **$107,779.50** | |