# **EXHIBIT F**

**GP Services Rendered in Connection With Competing Investment Agreement (Project Category 4)**

| Date | TKPR Name | Billed Hours | Billed Amount | Narrative |
|---|---|---|---|---|
| 11/26/2007 | Brilliant, Allan | 1.10 | $880.00 | Discussion with REDACTED regarding REDACTED (.3); discussion with REDACTED regarding REDACTED (.5); discussion with REDACTED regarding REDACTED (.3) |
| 11/27/2007 | Brilliant, Allan | 4.70 | $3,760.00 | Various calls regarding competing plan investor proposal (3.0); work on back-stop commitment letter (1.0); discussion with Ms.[_]Arel regarding securities law issues regarding same (.7) |
| 11/27/2007 | Druehl, Craig | 1.30 | $734.50 | Prepare draft letter regarding backstop |
| 11/28/2007 | Arel, Jocelyn | 2.80 | $1,960.00 | Telephone conference with Mr.[_]Brilliant and Mr.[_]Druehl regarding rights offering structure (.6); review LOI (.2); revise same (1.1); review revised LOI (.3); correspondence with Mr.[_]Druel regarding same (.2); attention to securities law issue regarding syndicating the backstop (.4) |
| 11/28/2007 | Brilliant, Allan | 4.50 | $3,600.00 | Work on plan investment alternative |
| 11/28/2007 | Druehl, Craig | 5.30 | $2,994.50 | Review potential alternatives issues (4.5); prepare draft letter regarding alternative (0.8) |
| 11/29/2007 | Arel, Jocelyn | 2.70 | $1,890.00 | Attention to securities law issues (1.9); telephone conferences with Mr.[_]Brilliant and Mr.[_]Druehl regarding same (.7); voice mails for Ms.[_]Sherry at Haynes Boone regarding same (.1) |
| 11/29/2007 | Brilliant, Allan | 4.50 | $3,600.00 | Work on alternate plan investment (4.0); work on NDA and proposed order issues (.5) |
| 11/29/2007 | Druehl, Craig | 7.00 | $3,955.00 | Review issues regarding potential alternative (2.1); calls with clients regarding REDACTED (1.9); review and revise draft letter to board (1.9); review and prepare comments on draft GP confidentiality agreement (1.1) |
| 11/30/2007 | Arel, Jocelyn | 3.10 | $2,170.00 | Telephone conferences with Mr.[_]Brilliant regarding transaction and related transaction issues (.5); telephone call with Ms.[_]Sherry at Haynes Boone regarding securities law issues (1.3); correspondence with Mr.[_]Brilliant regarding same (1.3) |
| 11/30/2007 | Brilliant, Allan | 5.20 | $4,160.00 | Attend conference call with possible investors (1.2); review and revise NDA (.4); discussion with Mr.[_]Druehl regarding same (.3); attend follow-up call (1.3); call with Ms.[_]Arel, Mr.[_]Reilly and Haynes & Boone regarding documents (.5); discussion with Mr.[_]Rosenberg regarding same (.3); work on counter-proposal (1.2); |
| 11/30/2007 | Druehl, Craig | 4.50 | 2542.50 | Review and revise Skadden revised GP confidentiality agreement including correspondence regarding same (2.6); review issues regarding potential alternatives (1.9) |
| 11/30/2007 | Reilly, Edward | 3.10 | $2,325.00 | Telephone conferences among creditors related to REDACTED (2.1); review documentation (1.0) |

**GP Services Rendered in Connection With Competing Investment Agreement (Project Category 4)**

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/1/2007 | Andolina, Janet | 1.20 | $930.00 | Review documents regarding potential alternative transaction |
| 12/1/2007 | Arel, Jocelyn | 2.30 | $1,610.00 | Review and comment on transaction documents for potential alternative transaction (2.0); correspondence with GP Team regarding transaction (.3) |
| 12/1/2007 | Brilliant, Allan | 4.40 | $3,520.00 | Review documents regarding alternate proposal (2.0); discussion with Mr.[_]Reilly regarding various (.4); discussion with REDACTED regarding REDACTED (.5); conference call with REDACTED and Druehl regarding REDACTED (.7); discussion with REDACTED regarding REDACTED (.3); follow-up with Mr.[_]Reilly regarding open issues (.5) |
| 12/1/2007 | Druehl, Craig | 3.50 | $1,977.50 | Review documentation regarding potential alternative transaction and issues regarding same (2.8); correspond and calls regarding same (.7) |
| 12/1/2007 | Reilly, Edward | 2.70 | $2,025.00 | Review drafts and materials for potential alternative transaction (2.4); email Mr.[_]Brilliant regarding status (.3) |
| 12/2/2007 | Andolina, Janet | 7.40 | $5,735.00 | Conference calls regarding alternative transaction (1.3); review and mark up documents regarding alternative transaction (3.2); tax research regarding same (2.9) |
| 12/2/2007 | Arel, Jocelyn | 8.80 | $6,160.00 | Numerous conference calls with working group (.7); attention to alternative transaction documents (2.3); attention to Section 13 and 16 issues (1.6); attention to revised alternative transaction documents (2.1); complete review of draft transaction documents (1.5); GP Team conference call (.6) |
| 12/2/2007 | Brilliant, Allan | 9.00 | $7,200.00 | Review documents regarding potential alternative transaction and various calls regarding same (6.0); attention to tax issues relating to alternative transaction (3.0) |
| 12/2/2007 | Druehl, Craig | 7.80 | $4,407.00 | Review documentation regarding potential alternative and issues regarding same (5.3); numerous correspondence and calls regarding same (2.5) |
| 12/2/2007 | Mills, Stephen | 1.80 | $1,530.00 | Communication with Ms.[_]Andolina regarding structure |
| 12/2/2007 | Reilly, Edward | 9.20 | $6,900.00 | Telephone conferences (1.6); individual telephone conferences with clients and internally (.9); review and comment on drafts (3.1); analyze tax issues (2.4); review documents (1.2) |
| 12/3/2007 | Andolina, Janet | 10.10 | $7,827.50 | Conference calls with Team regarding tax issues (2.8); tax research (3.1); review and mark documents for alternative transaction (4.2) |
| 12/3/2007 | Arel, Jocelyn | 8.20 | $5,740.00 | Numerous conference calls with working group regarding tax issues (1.6); review and comment on revised documents for alternative transaction (multiple times) (5.4); telephone conference with Ms.[_]Andolina regarding underwriting mechanics/tax issues(1.2) |
| 12/3/2007 | Brilliant, Allan | 5.50 | $4,400.00 | Work on alternative transaction, including numerous calls with REDACTED regarding potential investors regarding same |
| 12/3/2007 | Costello, Meagar | 0.90 | $477.00 | Telephone conference regarding new proposal |

## GP Services Rendered in Connection With Competing Investment Agreement (Project Category 4)

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 12/3/2007 | Druehl, Craig | 10.10 | $5,706.50 | Numerous calls and correspondence regarding potential alternative investment (5.5); review issues regarding same (4.6); prepare for EPCA and disclosure statement hearing (4.3) |
| 12/3/2007 | Martin, Gina | 1.40 | $840.00 | Attention to proposal for alternative transaction |
| 12/3/2007 | Mills, Stephen | 1.00 | $850.00 | Communication with Ms.[_]Andolina regarding structure |
| 12/3/2007 | Reilly, Edward | 8.90 | $6,675.00 | Tax analysis of alternative transaction (3.9); review and comment on several rounds of documents for alternative transaction (3.2); telephone conferences regarding alternative transaction (1.0); research for alternative transaction (.8) |
| 12/4/2007 | Andolina, Janet | 3.60 | $2,790.00 | Conference calls with working group regarding alternative transaction issues (.6); review documents (3.0) |
| 12/4/2007 | Arel, Jocelyn | 4.20 | $2,940.00 | Numerous telephone conferences with working group regarding alternative transaction (1.1); review and revise transaction documents (3.1) |
| 12/4/2007 | Mills, Stephen | 0.60 | $510.00 | Communication with Ms.[_]Andolina regarding structure |
| 12/4/2007 | Reilly, Edward | 3.90 | $2,925.00 | Review and comment on alternative transaction agreements (2.8); telephone conference with working group regarding alternative transaction (1.1) |
| 12/5/2007 | Andolina, Janet | 0.50 | $387.50 | Review revised documentation for alternative transaction |
| 12/5/2007 | Arel, Jocelyn | 1.50 | $1,050.00 | Conference calls with working group regarding alternative transaction (1.1); attention to revised transaction documents (.4) |
| 12/5/2007 | Reilly, Edward | 3.60 | $2,700.00 | Telephone conference with working group regarding alternative transaction proposal (1.1); review and comment on alternative transaction documents (2.5) |
| 12/6/2007 | Arel, Jocelyn | 0.40 | $280.00 | Attention to alternative transaction updates |
| 12/7/2007 | Andolina, Janet | 0.40 | $310.00 | Review alternative transaction documents |
| 12/7/2007 | Arel, Jocelyn | 0.50 | $350.00 | Attention to alternative transaction updates |
| | **Total:** | **173.20** | **$123,324.50** | |