# **<u>EXHIBIT G</u>**

**GP Services Rendered in Connection with Case Administration (Project Category 5)**

| Date | TKPR Name | Billed Hours | Billed Amount | Narrative |
|---|---|---|---|---|
| 9/19/2007 | Harvey, Brian | 1.50 | $780.00 | Call with Simpson Thacher regarding release of Chapter 5 actions (.3); review refinancing order (1.0); email to Mr.[_]Brilliant regarding same (.2) |
| 9/27/2007 | Costello, Meagan | 3.00 | $1,410.00 | Attend omnibus hearing, conference with Mr.[_]Brilliant and Mr.[_]Druehl regarding same (3.0) |
| 9/27/2007 | Fair, Whitney | 0.10 | $15.50 | Order Delphi transcript of omnibus hearing per Ms.[_]Costello |
| 10/3/2007 | Fair, Whitney | 0.10 | $16.50 | Order transcript of hearing |
| 10/6/2007 | Druehl, Craig | 2.50 | $1,412.50 | Review intercompany transfer motion and pension waiver motion (2.0); emails with Mr.[_]Brilliant, Mr.[_]Costello, Mr.[_]Tomer regarding same (.5) |
| 10/6/2007 | Tomer, Kenneth | 0.40 | $156.00 | Research relating to Debtors motion to approve intercompany transfer |
| 10/6/2007 | Wolpert, Stephen M. | 0.50 | $195.00 | Review Debtors motion to perform under minimum funding waiver and email group regarding same (.5) |
| 10/7/2007 | Druehl, Craig | 0.50 | $282.50 | Correspondence with Ms. Costello and Mr. Tomer regarding intercompany transfer motion |
| 10/7/2007 | Tomer, Kenneth | 0.70 | $273.00 | Review Debtors' Motion to approve intercompany transfer of funds |
| 10/8/2007 | Brilliant, Allan | 2.00 | $1,600.00 | Work on various issues (.8); review motion to make intercompany transfer (1.0); discussion with Mr.[_]Wolpert regarding same (.2) |
| 10/8/2007 | Costello, Meagan | 2.30 | $1,219.00 | Review Intercompany Motion and conference call regarding same (1.5); review and revise email regarding same (.8) |
| 10/8/2007 | Druehl, Craig | 1.80 | $1,017.00 | Review issues regarding intercompany motion (.7); telephone conference with Ms.[_]Costello and Mr.[_]Tomer regarding same (.5); review and revise memo to clients regarding same (.6) |
| 10/8/2007 | Tomer, Kenneth | 4.10 | $1,599.00 | Discuss Debtors motion to complete intercompany transfer of funds with Ms.[_]Costello and Mr.[_]Druehl (.4); research for and draft summary of motion (3.7) |
| 10/9/2007 | Brilliant, Allan | 0.30 | $240.00 | Review memo regarding intercompany transfer motion |
| 10/9/2007 | Costello, Meagan | 2.70 | $1,431.00 | Review email regarding Intercompany Transfers (1.2); conference with Mr.[_]Druehl and Mr.[_]Tomer regarding same (.3); prepare for/attend weekly call with clients (1.2) |

## GP Services Rendered in Connection with Case Administration (Project Category 5)

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 10/9/2007 | Druehl, Craig | 1.70 | $960.50 | Review, revise, and distribute memo to clients regarding REDACTED (.9); review issues regarding same (.4); telephone conference with Messrs.[_]Rosenberg and Brilliant regarding same (.4) |
| 10/9/2007 | Tomer, Kenneth | 0.50 | $195.00 | Research and revise draft of summary of motion to complete intercompany transfer of funds (.2); discussion with Ms.[_]Costello and Mr.[_]Druehl regarding same (.3) |
| 10/10/2007 | Wolpert, Stephen M. | 2.30 | $897.00 | Attend claims hearing |
| 10/12/2007 | Groarke, Jack | 0.30 | $43.50 | Efforts to obtain transcript per Mr.[_]Wolpert |
| 10/13/2007 | Costello, Meagan | 0.50 | $265.00 | Review amended schedules/emails with team regarding same |
| 10/16/2007 | Wolpert, Stephen M. | 0.50 | $195.00 | Review recent pleadings and e-mail group regarding same |
| 11/5/2007 | Druehl, Craig | 1.20 | $678.00 | Review DIP motion |
| 11/7/2007 | Costello, Meagan | 1.20 | $636.00 | Review bill for confidential information |
| 11/12/2007 | Costello, Meagan | 3.60 | $1,908.00 | Review and revise October bill for privilege |
| 11/19/2007 | Wolpert, Stephen M. | 1.40 | $546.00 | Review Delphi bill for confidentiality issues |
| 11/30/2007 | Brilliant, Allan | 0.30 | $240.00 | Review motion to extend exclusivity |
| 11/30/2007 | Wolpert, Stephen M. | 2.20 | $858.00 | Review Delphi bill for confidentiality issues |
| 12/3/2007 | Wolpert, Stephen M. | 10.20 | $3,978.00 | Draft objection to Debtor's motion to extend exclusivity (8.2); review Delphi bill for confidentiality issues (2.0) |
| 12/10/2007 | Wolpert, Stephen M. | 2.40 | $936.00 | Review Delphi bill for confidentiality issues |
| 12/11/2007 | Costello, Meagan | 0.90 | $477.00 | Review, revise and circulate email regarding exclusivity |
| 12/11/2007 | Wolpert, Stephen M. | 3.50 | $1,365.00 | Attend claims hearing (1.1); prepare e-mail summary of debtors' exclusivity motion (.8); review Delphi bill for confidentiality issues (1.6) |
| 12/21/2007 | Arel, Jocelyn | 0.40 | $280.00 | Telephone conference with Mr.[_]Druehl regarding transaction |
| 1/2/2008 | Druehl, Craig | 1.00 | $565.00 | Review 3018 pension claim motion and potential issues regarding same |
| 1/3/2008 | Costello, Meagan | 0.30 | $159.00 | Review scheduling order regarding exit financing motion and conferences regarding same |
| 1/3/2008 | Wolpert, Stephen M. | 0.80 | $312.00 | Review exit financing scheduling order and email team |
| 1/10/2008 | Harvey, Brian | 7.70 | $4,350.50 | Attend Delphi claims and exit financing hearings (6.1); confer with Mr.[_]Brilliant regarding same (1.2); email to Mr.[_]Wyner regarding same (.4) |

**GP Services Rendered in Connection with Case Administration (Project Category 5)**

**Total:**                 65.40       $31,491.50