## **EXHIBIT H**

**Services Rendered in Connection with Claims Estimation (Project Category 6)**

**GP:**

| Date | TKPR Name | Billed Hours | Billed Amount | Narrative |
|---|---|---|---|---|
| 1/3/2008 | Martin, Gina | 1.90 | $1,140.00 | Research regarding designation motion |
| 1/4/2008 | Wolpert, Stephen M. | 2.40 | $936.00 | Research for objection to motion to estimate claims |
| 1/6/2008 | Brilliant, Allan | 1.60 | $1,280.00 | Work on designation motion (1.2); discussion with Mr.[_]Druehl regarding 3018 motion (.4) |
| 1/6/2008 | Druehl, Craig | 0.50 | $282.50 | Revise objection to pension 3018 motion |
| 1/8/2008 | Martin, Gina | 7.00 | $4,200.00 | Draft designation motion |
| 1/9/2008 | Druehl, Craig | 2.50 | $1,412.50 | Review and revise designation motion |
| 1/9/2008 | Martin, Gina | 5.80 | $3,480.00 | Draft and research Motion to Designate (5.1); circulate same (.3); telephone call with Mr.[_]Druehl regarding same (.4) |
| 1/9/2008 | Wolpert, Stephen M. | 0.90 | $351.00 | Coordinate filing and service of objection to estimation of claims for voting purposes |
| 1/10/2008 | Druehl, Craig | 2.60 | $1,469.00 | Analyze potential voting objections to 3018 motions and review and revise draft objection |
| 1/10/2008 | Grillo, Emanuel | 1.30 | $975.00 | Work on retaining conflicts counsel for clients |
| 1/10/2008 | Wolpert, Stephen M. | 1.70 | $663.00 | Draft objection to estimation of claims for voting purposes |
| 1/11/2008 | Grillo, Emanuel | 1.50 | $1,125.00 | Efforts relating to obtaining conflicts counsel (.9); telephone conference and emails exchanged with potential counsel regarding same (.6) |
| 1/14/2008 | Brilliant, Allan | 3.50 | $2,800.00 | Review voting issues and possible designation motions |
| | **GP Total:** | **33.20** | **$20,114.00** | |

**K&W:**

| Date | TKPR Name | Billed Hours | Billed Amount | Narrative |
|---|---|---|---|---|
| 1/10/2008 | Sean C. Southard | 0.40 | $150.00 | Call with Ms. Costello and Mr. Gruel related to conflicts counsel engagement in Delphi and then discussing with Call with Ms. Costello and Mr. Gruel related to conflicts counsel engagement in Delphi and then discussing with Mr. Klestadt, preparing conflicts email and discussing with Mr. Orr (.4). |
| 1/11/2008 | Karen A. Caslin | 0.50 | $62.50 | Preparing FedEx mailing for objections to confirmation for Delphi Corporation for Mr. Southard. |

### Services Rendered in Connection with Claims Estimation (Project Category 6)

| Date | Professional | Hours | Amount | Description |
|---|---|---|---|---|
| 1/11/2008 | Sean C. Southard | 2.50 | $937.50 | Calls to and with Messrs. Druel and Costello related to filing, running conflict check and discussing 2019 statement requirements internally, then reviewing draft and revising for filing, reviewing motion papers and plan and disclosure statement briefly, then filing and directing service of same (2.5). |
| 1/12/2008 | Sean C. Southard | 0.30 | $112.50 | Reviewing email from legal assistant to Peter MacDonald related to discovery for confirmation in Delphi and email with Messrs. Costello and Druel thereon (.3). |
| 1/14/2008 | Sean C. Southard | 0.80 | $300.00 | Discussing preparation of 2019 statement with Mr. Klestadt, reviewing voicemail from counsel to bank of America and objection filed by Davidson Kempner et al, and reviewing plan, call with Mr. Druel related to same (.5); reviewing 2019 verified statements from Goodwin (.3). |
| 1/15/2008 | Sean C. Southard | 1.20 | $450.00 | Preparing 2019 statement for K&W in Delphi and internal emails and discussions related to same (.9); reviewing scheduling order and email to Messrs. Costello and Druel related to status (.2); discussing with Mr. Klestadt (.1). |
| 1/15/2008 | Sarah E. Megna | 1.30 | $292.50 | Drafting verified statement and forwarding information re Delphi. |
| 1/15/2008 | Tracy L. Klestadt | 1.50 | $825.00 | Reviewing file and case materials in preparation for potential court appearance tomorrow. |
| 1/16/2008 | Sean C. Southard | 0.20 | $75.00 | Emails with Mr. Druel and Mr. Klestadt related to Delphi hearing status and resolution of Bank of America, noteholder issue and discussing with Mr. Jureller 2019 statement (.2). |
| | **K&W Total:** | **8.70** | **$3,205.00** | |
| | **Professionals Total:** | **41.90** | **$23,319.00** | |