# **EXHIBIT I**

**Actual and Necessary Expenses incurred by GP and Posted from September 17, 2007 through January 17, 2008:**

| Expense | Amount |
|---|---|
| Binding Services | $53.25 |
| Court Reporter Service | $33,213.96 |
| Document Printing* | $28,642.95 |
| Document Scanning | $550.20 |
| Express Delivery | $774.28 |
| Fax** | $216.75 |
| Filing Fees | $100.00 |
| Legal Research | $27,012.38 |
| Litigation Support | $328.35 |
| Outside Professional Services | $2,203.90 |
| Messenger | $2,494.67 |
| Miscellaneous | $1,734.89 |
| Postage | $42.66 |
| Secretarial Overtime | $19,451.25 |
| Service of Process | $386.10 |
| Toll Calls | $638.09 |
| Total Duplicating Charge/Copy | $58,016.30 |
| Travel/Overtime Meals*** | $48,365.72 |
| Witness Fees | $435.60 |
| **GP Total:** | **$224,661.30** |

*reflects reduction in printing of $1,262.40 to comply with applicable Guidelines
**reflects reduction of $0.25 to comply with applicable Guidelines
***reflects reduction in overtime meals of $1292.82 to comply with applicable Guidelines

**Actual and Necessary Expenses incurred by K&W and Posted from September 17, 2007 through January 17, 2008:**

| Expense | Amount |
|---|---|
| Express Delivery | $66.56 |

| | |
|---|---|
| **Total Expenses:** | **$224,727.86** |