Arrow

**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

October 15, 2009

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive,
Chicago, IL 60606

Re: In re: Delphi Corporation, et al., Debtors // To: Republic Steel

Case No. 05-44481

Dear Sir/Madam:

We are herewith returning the Notice of Order which we received regarding the above captioned matter.

REPUBLIC STEEL CORPORATION withdrew to do business in the State of IL on 10/14/2003. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515580779

FedEx Tracking# 791509470160

cc: Southern District: United States Bankruptcy Court
-,
-, NY -



http://arrow.cch-lis.com/SOP/SOP RejectionLetter.aspx?WorksheetId=515580779          10/21/2009

Arrow

**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

October 15, 2009

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive,
Chicago, IL 60606

Re: In re: Delphi Corporation, et al., Debtors // To: Youngstown Sheet & Tube

Case No. 05-44481

Dear Sir/Madam:

We are herewith returning the Notice of Order which we received regarding the above captioned matter.

Youngstown Sheet & Tube is not listed on our records or on the records of the State of IL.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515580775

FedEx Tracking# 799432269385

cc: Southern District: United States Bankruptcy Court
    -,
    -, NY  -



NOV 13 2009