**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al ) | No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Paul C. Foley, a member in good standing of the bar in the Commonwealth of Massachusetts, or of the bar of the U.S. District Court for the Commonwealth of Massachusetts, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent, Polymer Concentrates, Inc., creditor and party in interest in the above-referenced case.

My:   address is         Paul C. Foley, Esq.
                         Mountain, Dearborn & Whiting LLP
                         370 Main Street
                         Worcester, MA 01608

e-mail address is foley@mountaindearborn.com, telephone number is (508) 756-2423.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

POLYMER CONCENTRATES, INC.,
By its attorney,

Dated: November 11, 2009

/s/Paul C. Foley
Paul C. Foley, Esq. BBO #661073
Mountain Dearborn & Whiting LLP
370 Main Street
Worcester, MA 01608
(508) 756-2423

[Stamp: NOV 13 2009 U.S. BANKRUPTCY COURT S.D.N.Y.]

## ORDER

**IT IS ORDERED,**
that Paul C. Foley is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009   _____
       New York, New York               Robert D. Drain
                                        United States Bankruptcy Judge