UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, et al ) | No. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |

### MOTION TO FILE LATE

NOW COMES Polymer Concentrates, Inc. ("Polymer Concentrates") and moves this Court to allow it to file its Response to Thirty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books and Records Claims (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit and OPEB Claims, and (VII) Duplicate Claims ("Thirty-Seventh Omnibus Claims Objection") late.

As reasons for this motion, Polymer Concentrates states that the due date for this response was November 11, 2009. Because of the Veteran's Day Holiday it was unable to contact Court personnel to find out how to obtain a password for the e-filing system for the State of New York.

Dated: November 11, 2009

POLYMER CONCENTRATES, INC.,
By its attorney,

Paul C. Foley, Esq. BBO #661073
Mountain Dearborn & Whiting LLP
370 Main Street
Worcester, MA 01608
(508) 756-2423

NOV 13 2009
U.S. BANKRUPTCY