MOUNTAIN, DEARBORN & WHITING LLP
Attorneys for Polymer Concentrates, Inc.
370 Main Street
Worcester, MA 01608
Telephone: (508) 756-2423
Facsimile: (508) 755-6640

Paul C. Foley (BBO # 661073)
Telephone: (508) 756-2423
Email: foley@mountaindearborn.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
NOV 1 3 2009
U.S. BANKRUPTCY COURT, SDNY

| | |
|---|---|
| IN RE ) | Chapter 11 Case (RDD) |
| ) | |
| DELPHI CORPORATION, et al ) | No. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |

### RESPONSE OF POLYMER CONCENTRATES, INC. TO THIRTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007 TO EXPUNGE CERTAIN (I) PRE-PETITION CLAIMS, (II) EQUITY INTERESTS, (III) BOOKS AND RECORDS CLAIMS (IV) UNTIMELY CLAIMS, (V) PAID SEVERANCE CLAIMS, (VI) PENSION, BENEFIT AND OPEB CLAIMS, AND (VII) DUPLICATE CLAIMS ("THIRTY-SEVENTH OMNIBUS CLAIMS OBJECTION)

Polymer Concentrates, Inc. ("Polymer Concentrates"), by and through its undersigned counsel, hereby responds to the Thirty-Seventh Omnibus Claims Objection filed by DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors") and respectfully represent as follows:

### BACKGROUND

1. On September 28, 2005, September 30, 2005 and October 5, 2005, Polymer Concentrates provided goods to Delphi Corporation in the ordinary course of business. Copies of the invoices for the goods received by Delphi Corporation are attached hereto as Exhibit "A"

collectively. The affidavit of John Ledoux, Controller for Polymer Concentrates, is attached as Exhibit "B".

2. On October 8, 2005 and October 14, 2005, Delphi Corporation and certain of its affiliates (the "Debtors") predecessors of the Reorganized Debtors, filed voluntary petitions with this Court under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). Delphi Automotive Systems, LLC was one of the affiliates of Delphi Corporation filing separate Chapter 11 petitions at that time with this Court.

2. On July 13, 2009, Polymer Concentrates filed a Proof of Claim pursuant to 11 United States Code Section 503(b)(9).

3. The Thirty Seventh Omnibus Claims Objection asserts that Pre-Petition Claims, such as Polymer Concentrates' claim in the present matter because they arose prior to October 8, 2005 and are therefore not an administrative expense for purposes of § 503(b)(1) of the Bankruptcy Code.

## ARGUMENT

4. Polymer Concentrates Proof of Claim falls within the purview of an administrative claim pursuant to 11 U.S.C. § 503(b)(9). That section provides "After notice and hearing, there should be allowed administrative expenses, other than claims allowed under § 502(f) of this title, including the value of any goods received by the Debtor within twenty (20) days before the date of commencement of a case under this title in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business."

2

## **CONCLUSION**

5.    For the foregoing reasons, Polymer Concentrates claim should be allowed as an administrative expense.

Dated: November 11, 2009

POLYMER CONCENTRATES, INC.,
By its attorney,

/s/Paul C. Foley
Paul C. Foley, Esq. BBO #661073
Mountain Dearborn & Whiting LLP
370 Main Street
Worcester, MA 01608
(508) 756-2423

3

EXHIBIT A

# POLYMER CONCENTRATES

179 Woodlawn Street, P.O. Box 42
Clinton, MA 01510
Phone 978-365-7335  Fax 978-368-0438

| | | |
|---|---|---|
| | INVOICE NO. | 00039308 |
| | DATE | 10/05/05 |

**SOLD TO:**
AUTOMOTIVE COMPONENTS GROUP
DISBURSEMENT ANALYSIS DPT
P.O. BOX 1550
FLINT MI 48501-1550

**SHIP TO:**
PACKARD ELECTRIC DIV. GMC
PLANT 7
5245 S. PROSPECT
RAVENNA OH 44266

| CUSTOMER'S ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | CUSTOMER PO NO. |
|---|---|---|---|---|
| PEDP4030095 | 10/05/05 | CCX | 0/30, n/30 | 00045778 |

| QUANTITY ORDERED | QUANTITY SHIPPED/BACKORDERED | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 563 | 563 # 0 # | N-50337 PURPLE M2830018 | | | |
| | | Ordered 563.00000 50-1 | PC | 5.54 | 3119.02 |
| | | Shipped 563.00000 # | | | |
| Lot 27665 | | | | | |
| 705 | 705 # 0 # | N-20455-2 YELLOW M2830-003 | | | |
| | | Ordered 705.00000 50-1 | | 4.70 | 3313.50 |
| | | Shipped 705.00000 # | | | |
| Lot 27674 | | | | | |

ORIGINAL

**TOTAL** 6432.52

**POLYMER CONCENTRATES**
179 Woodlawn Street, P.O. Box 42
Clinton, MA 01510
Phone 978-365-7335   Fax 978-368-0438

| | INVOICE |
|---|---|
| | 00039285 |
| DATE | 09/30/05 |

SOLD TO:
AUTOMOTIVE COMPONENTS GROUP
DISBURSEMENT ANALYSIS DPT
P.O. BOX 1550
FLINT MI 48501-1550

SHIP TO:
PACKARD ELECTRIC DIV. GMC
PLANT 22
CLINTON IND. PARK
CLINTON MS 39056

| CUSTOMERS ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | OUR ORDER NO. |
|---|---|---|---|---|
| PEDP4030096 | 09/30/05 | CCX | 0/30, n/30 | 00045654 |

| ORDERED | BACK ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 120 # | 0 # | 120 # | N-90524-2 DK. GREY M2830014 | 2.14 PC | 256.80 |
| | | | Ordered   120.00000  50-1 | | |
| | | | Shipped   120.00000  # | | |
| | | | Lot 27667 | | |

| TOTAL | 256.80 |
|---|---|

ORIGINAL

# POLYMER CONCENTRATES

179 Woodlawn Street, P.O. Box 42
Clinton, MA 01510
Phone 978-365-7335  Fax 978-368-0438

**INVOICE**

00039261

DATE: 09/28/05

SOLD TO:
AUTOMOTIVE COMPONENTS GROUP
DISBURSEMENT ANALYSIS DPT
P.O. BOX 1550
FLINT MI 48501-1550

SHIP TO:
PACKARD ELECTRIC DIV. GMC
PLANT 7
5245 S. PROSPECT
RAVENNA OH 44266

| CUSTOMER'S ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | RATES REP | OUR ORDER NO. |
|---|---|---|---|---|---|
| PEDP4030095 | 09/28/05 | CCX | 0/30, n/30 | PC | 00045642 |

| ORDERED | BACK ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 120 # | 0 # | 120 # | N-91065-2 CADILLAC GREY M2830017  50-1  Ordered 120.0000  Shipped 120.0000 # | 3.18 | 381.60 |
| Lot 27666 | | | | | |
| 650 # | 0 # | 650 # | N-92107 GRAY M2830019  33-1  Ordered 650.0000  Shipped 650.0000 # | 3.18 | 2067.00 |
| Lot 27664 | | | | | |
| 56 # | 0 # | 56 # | N-61681 DK. BLUE M28300022  50/1  Ordered 56.0000  Shipped 56.0000 # | 3.10 | 173.60 |
| Lot 24578 | | | | | |

ORIGINAL

**TOTAL**  2622.20



# POLYMER CONCENTRATES

179 Woodlawn Street, P.O. Box 42
Clinton, MA 01510
Phone 978-365-7335  Fax 978-368-0438

**INVOICE**

00039262

**DATE**
09/28/05

**SOLD TO:**
AUTOMOTIVE COMPONENTS GROUP
DISBURSEMENT ANALYSIS DPT
P.O. BOX 1550
FLINT  MI  48501-1550

**SHIP TO:**
PACKARD ELECTRIC DIV. GMC
PLANT 7
5245 S. PROSPECT
RAVENNA  OH  44266

| CUSTOMER'S ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | SALES REP | OUR ORDER NO. |
|---|---|---|---|---|---|
| PEDP4030095 | 09/28/05 | CCX | 0/30, n/30 | PC | 00045643 |

| ORDERED | BACK ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 443 # | 0 # | 443 # | N-40774-3  RED M2830-005   50-1  Ordered  443.0000  Shipped  443.0000 # | 3.32 | 1470.76 |
| 260 # | 0 # | 260 # | N-70598-2  LT. GREEN M2830007   50-1  Ordered  260.0000  Shipped  260.0000 # | 3.09 | 803.40 |
| 1073 # | 0 # | 1073 # | N-60056  BLUE M2830008/M2040   50-1  Ordered  1073.0000  Shipped  1073.0000 # | 2.57 | 2757.61 |
| 129 # | 0 # | 129 # | N-70599-2  DK. GREEN M2830009   50-1  Ordered  129.0000  Shipped  129.0000 # | 3.18 | 410.22 |
| 2066 # | 0 # | 2066 # | N-90524-2  DK. GREY M2830014   50-1  Ordered  2066.0000  Shipped  2066.0000 # | 2.14 | 4421.24 |

Lot 27681
Lot 27672
Lot 27671
Lot 27670
Lot 27667

ORIGINAL

**TOTAL**  9863.23



**POLYMER CONCENTRATES**

179 Woodlawn Street, P.O. Box 42
Clinton, MA 01510
Phone 978-365-7335  Fax 978-368-0438

**INVOICE** 00039263

**DATE** 09/28/05

| SOLD TO | SHIP TO |
|---|---|
| AUTOMOTIVE COMPONENTS GROUP<br>DISBURSEMENT ANALYSIS DPT<br>P.O. BOX 1550<br>FLINT  MI  48501-1550 | PACKARD ELECTRIC DIV. GMC<br>PLANT 7<br>5245 S. PROSPECT<br>RAVENNA  OH  44266 |

| CUSTOMERS ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | SALESPER | OUR ORDER NO. |
|---|---|---|---|---|---|
| PEDP4030095 | 09/28/05 | CCX | 0/30, n/30 | PC | 00045644 |

| QUANTITY ORDERED | BACK ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 245 # | 0 # | 245 # | PBT-61139<br>BLUE M2378005              50-1<br>  Ordered     245.0000<br>  Shipped     245.0000  # | 2.38 | 583.10 |
| Lot 27678 | | | | | |
| 1200 # | 0 # | 1200 # | PBT-91369-1<br>GREY M2378007              50-1<br>  Ordered    1200.0000<br>  Shipped    1200.0000  # | 1.96 | 2352.00 |
| Lot 27587 | | | | | |
| 60 # | 0 # | 60 # | PBT-61159<br>DK BLUE M2378015           50-1<br>  Ordered      60.0000<br>  Shipped      60.0000  # | 3.98 | 238.80 |
| Lot 21541 | | | | | |
| 3104 # | 0 # | 3104 # | N-90166<br>MED GRAY M2830-001          50-1<br>  Ordered    3104.0000<br>  Shipped    3104.0000  # | 1.91 | 5928.64 |
| Lot 27676 | | | | | |
| 2080 # | 0 # | 2080 # | N-90600<br>LT GRAY M2830-002           50-1<br>  Ordered    2080.0000<br>  Shipped    2080.0000 | 1.94 | 4035.20 |
| Lot 27675 | | | | | |

ORIGINAL

**TOTAL**     13137.74

# POLYMER CONCENTRATES

179 Woodlawn Street, P.O. Box 42
Clinton, MA 01510
Phone 978-365-7335  Fax 978-368-0438

**INVOICE**

00039260

09/28/05

SOLD TO:
AUTOMOTIVE COMPONENTS GROUP
DISBURSEMENT ANALYSIS DPT
P.O. BOX 1550
FLINT   MI   48501-1550

SHIP TO:
PACKARD ELECTRIC DIV. GMC
PLANT 7
5245 S. PROSPECT
RAVENNA   OH   44266

| CUSTOMER'S ORDER NO. | DATE SHIPPED | SHIPPED VIA | TERMS | SLSM | OUR ORDER NO. |
|---|---|---|---|---|---|
| PEDP4950079 | 09/28/05 | CCX | 0/30, n/30 | PC | 00045641 |

| ORDERED | BACK ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 9600 # | 0 # | 9600 # | NHS-00141<br>HEAT STAB M2336001        200-1<br>  Ordered   9600.0000<br>  Shipped   9600.0000  # | 3.39 | 32544.00 |
| Lot 27163 | | | | | |

ORIGINAL

**TOTAL**  32544.00



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ) | Chapter 11 Case |
| ) | |
| DELPHI CORPORATION, et al ) | No. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### AFFIDAVIT OF JOHN LEDOUX

NOW COMES the Affiant and on oath states:

1. I am employed as the Controller of Polymer Concentrates, Inc. ("Polymer Concentrates") and have been in that position for the past fifteen years.

2. Polymer Concentrates has had a long standing relationship with Delphi Automotive Systems, LLC ("Delphi").

3. For at least the past fifteen years Polymer Concentrates has been shipping plastics color concentrate to Delphi on a daily and weekly basis.

4. On September 28, 2005 and September 30, 2005 and October 5, 2005 Polymer Concentrates shipped plastic color concentrate from its plant in Clinton, Massachusetts to Delphi's facilities in Ravenna, Ohio and Clinton, Mississippi.

5. All of these shipments were received by Delphi within two days of departing Clinton, Massachusetts.

Signed and sworn under the pains and penalties of perjury this 4th day of November 2009.

_____
John Ledoux