# Exhibit A
# (Response Summary Chart)

05-44481-rdd    Doc 19099-1    Filed 11/17/09    Entered 11/17/09 16:01:27    Exhibit A
Pg 2 of 4

**Exhibit A**

**In re DPH Holdings Corp., et al., Case No. 05-44481 (RDD)**

*Responses To The Reorganized Debtors' Thirty-Sixth Omnibus Claims Objection (the "Objection")
Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Baja Tape & Supply, Inc. (Docket No. 19003) | 19492 | Baja Tape & Supply, Inc. ("Baja") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19492. Baja asserts that its claim was timely filed. | Untimely Claims | Adjourn |
| 2. | Bank of America, N.A. (Docket No. 19017, 19021) | 19585, 19586, 19587 | Bank of America, N.A. ("Bank of America") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim nos. 19585, 19586, and 19587, each of which asserts damages from the rejection of aircraft leases. Bank of America asserts that the proofs of claim were timely filed because they were filed within 30 days of rejection of the leases. | Untimely Claims | Adjourn |
| 3. | Michigan's Self-Insurers' Security Fund (Docket No. 19053) | 19501, 19502, 19541, 19542 | Michigan's Self-Insurers' Security Fund ("Michigan SISF") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim nos. 19501 (claim no. 19541 is a duplicate claim) and 19502 (claim no. 19542 is a duplicate claim). Michigan SISF asserts that its claims were untimely filed due to excusable neglect. | Untimely Claims | Adjourn |

---

[1] This chart reflects all Responses received by the Reorganized Debtors as of November 17, 2009 at 12:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of November 17, 2009 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 4. | Ohio Environmental Protection Agency (Docket No. 19055) | 15346, 15347 | The Ohio Environmental Protection Agency (the "Ohio EPA") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim nos. 15346 and 15346. The Ohio EPA asserts that its timely filed claims serve as prima facie evidence of the validity and amount of the claims. | Books And Records Claims | Adjourn |
| 5. | AOL LLC (Docket No. 19060) | 9882 | AOL LLC ("AOL") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no 9882. AOL asserts that its timely filed claim serves as prima facie evidence of the validity and amount of the claim. | Books And Records Claims | Adjourn |
| 6. | Jose C. Alfaro and Martha Alfaro (Docket No. 19076) | 19543 | Jose C. Alfaro and Martha Alfaro (the "Alfaros") disagree with the Reorganized Debtors' Objection to disallow and expunge proof of claim no 19543 as untimely and assert that it is an amendment of two proofs of claim that had been previously filed on behalf of the Alfaros. | Untimely Claims | Adjourn |
| 7. | Lockheed Martin Corporation (Docket 19079) | 15606 | Lockheed Martin Corporation ("LMC) disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 15606. LMC asserts that its timely filed claims serve as prima facie evidence of the validity and amount of the claims. | Books And Records Claims | Adjourn |
| 8. | Department of the Treasury, Internal Revenue Service (Docket No. 19088) | 16504 | The Department of the Treasury, Internal Revenue Service (the "IRS) does not dispute the Reorganized Debtors' Objection to allow proof of claim no. 16504 as a priority claim in the amount of $49,258.00, but filed its response because it would prefer to have its claim allowed pursuant to a joint stipulation and agreed order. | Modified and Allowed Claim | Adjourn |
| 9. | Jeffery A. Miller (Docket No. __) | 11375 | Jeffery A. Miller disagrees with the Reorganized Debtors' Objection to disallow | Pension, Benefit, And OPEB Claims | Adjourn |

2

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | and expunge proof of claim no. 11375 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | | |
| 10. | Joyce L. Skillman (Docket No. __) | 7054 | Joyce L. Skillman disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 7054 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Pension, Benefit, And OPEB Claims | Adjourn |
| 11. | Sandra Hamlin (Docket No. __) | 10830 | Sandra Hamlin disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 10830 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Pension, Benefit, And OPEB Claims | Adjourn |