# Exhibit A
# (Response Summary Chart)

**Exhibit A**

**In re DPH Holdings Corp., et al., Case No. 05-44481 (RDD)**

*Responses To The Reorganized Debtors' Thirty-Seventh Omnibus Claims Objection (the "Objection")
Organized By Respondent[1]*

|   | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Baja Tape & Supply, Inc. (Docket No. 19004) | 19445 | Baja Tape & Supply, Inc. ("Baja") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19445. Baja asserts that it timely filed its $190,556.54 claim. | Untimely Claims | Adjourn |
| 2. | Stanley D. Smith (Docket No. 19006) | 16925 | Stanley D. Smith disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 16925 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Pension, Benefit, And OPEB Claims | Adjourn |
| 3. | James Luecke (Docket No. 19007) | 17081 | James Luecke disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 17081 and asserts that his claim does not relate to pension, employee benefit, or other post-employment benefit claims. | Pension, Benefit, And OPEB Claims | Adjourn |
| 4. | Bank of America, N.A. (Docket No. 19018, 19022) | 19088 | Bank of America, N.A. ("Bank of America") requests that one set of claims be deemed allowed and the other duplicative set of claims be conditionally disallowed. Bank of America asserts that in the event that the Reorganized Debtors object to one or more of the remaining allowed claims, then the conditionally disallowed claims should be | Duplicative Claims | Adjourn |

---

[1] This chart reflects all Responses received by the Reorganized Debtors as of November 17, 2009 at 12:00 p.m. (prevailing Eastern time).

[2] This chart reflects all resolutions or proposals as of November 17, 2009 at 12:00 p.m. (prevailing Eastern time).

|   | **RESPONSE** | **PROOF OF CLAIM NOS.** | **SUMMARY OF RESPONSE** | **BASIS FOR OBJECTION** | **TREATMENT[2]** |
|---|---|---|---|---|---|
|   |   |   | deemed automatically reinstated and allowed. |   |   |
| 5. | Frank X. Budelewski (Docket No. 19026) | 18087 | Frank X. Budelewski disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 18087 and requests that this Court reconsider its decision with respect to the pensions of salaried retirees. | Pension, Benefit, And OPEB Claims | Adjourn |
| 6. | Deborah Chapman (Docket No. 19027) | 19284 | Deborah Chapman disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19284 and asserts that her claim was timely filed. | Untimely Claims | Adjourn |
| 7. | Robert E. Dettinger (Docket No. 19032) | 17863 | Robert E. Dettinger disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 17863 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Pension, Benefit, And OPEB Claims | Adjourn |
| 8. | Dwight Goodin (Docket No. 19033) | 16967 | Dwight Goodin disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 16967 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Pension, Benefit, And OPEB Claims | Adjourn |
| 9. | Angelina County, Harris County, Montgomery County, and Tarrant County (Docket No. 19037) | 19545 | Angelina County, Harris County, Montgomery County, and Tarrant County (collectively, the "Taxing Authority") disagree with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19545. The Taxing Authority asserts that it is not necessary to file any responses, but that it does so out of an abundance of caution. The Taxing Authority asserts that if its claim is disallowed as untimely, its liens will survive and that the Reorganized Debtors are required to segregate all assets and/or proceeds from the sale of assets which secure payment of taxes | Untimely Claims | Adjourn |

2

| | **RESPONSE** | **PROOF OF CLAIM NOS.** | **SUMMARY OF RESPONSE** | **BASIS FOR OBJECTION** | **TREATMENT[2]** |
|---|---|---|---|---|---|
| | | | owed to the Taxing Authority. | | |
| 10. | Connecticut General Life Insurance Company (Docket No. 19047) | 18659, 18660 | Connecticut General Life Insurance Company ("CGLIC") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim nos. 18659 and 18660. CGLIC asserts that its timely filed claims serve as prima facie evidence of the validity and amount of the claims. | Books And Records Claims, | Adjourn |
| 11. | 1st Choice Heating and Cooling (Docket No. 19049) | 19309 | 1st Choice Heating and Cooling ("1st Choice") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19309. 1st Choice asserts that its claim was untimely filed due to excusable neglect. | Untimely Claims | Adjourn |
| 12. | Marybeth Cunningham (Docket No. 19061) | 18422 | Marybeth Cunningham disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 18422 and asserts that her claim arising from the Delphi Corporation Supplemental Executive Retirement Agreement warrants administrative priority. | Pension, Benefit, And OPEB Claims | Adjourn |
| 13. | AOL LLC (Docket No. 19062) | 18609 | AOL LLC ("AOL") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no 18609. AOL asserts that its timely filed claim serves as prima facie evidence of the validity and amount of the claim. | Books And Records Claims | Adjourn |
| 14. | City of Oak Creek (Docket No. 19064) | 19534 | City of Oak Creek ("Oak Creek") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19534. Oak Creek asserts that its claim was a valid revision of a timely filed claim. | Untimely Claims | Adjourn |
| 15. | Scott McBain (Docket No. 19069) | 19162 | Scott McBain disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19162 and asserts that his claim arose from services rendered post-petition and warrants administrative priority. | Pension, Benefit, And OPEB Claims | Adjourn |

| | **RESPONSE** | **PROOF OF CLAIM NOS.** | **SUMMARY OF RESPONSE** | **BASIS FOR OBJECTION** | **TREATMENT[2]** |
|---|---|---|---|---|---|
| 16. | William E. Cross (Docket No. 19070) | 18614 | William E. Cross disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 18614 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Pension, Benefit, And OPEB Claims | Adjourn |
| 17. | Walter A. Kunka (Docket No. __) | 18604 | Walter A. Kunka disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 18604 and asserts that his uncompensated vacation time warrants administrative priority. | Pension, Benefit, And OPEB Claims | Adjourn |
| 18. | Saundra Hamlin (Docket No. __) | 19370 | Saundra Hamlin disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19370 and requests that this Court reconsider its decision with respect to the health and life insurance benefits of salaried retirees. | Untimely Claims | Adjourn |
| 19. | Philip J. Carson (Docket No. __) | 19551 | Philip J. Carson disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 19551 and asserts that the claim was untimely filed due to his mother's illness. | Untimely Claims | Adjourn |