Bendinelli Law Office, P.C.
11184 Huron Street, Suite 10
Denver, CO 802347
Phone: (303) 940-9900
Fax: (303) 940-9933
Marc F. Bendinelli, Esq. - 28425
Bobby Gerald Sumner, Esq. - 29688



**COUNSEL TO JOSE C. ALFARO AND MARTHA ALFARO**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 05-44481 (RDD) |
|     DELPHI CORPORATION, et al | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter: 11 |
| Debtors. | | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Bobby Gerald Sumner, a member in good standing of the bar of the State of Colorado, the bar of the State of North Carolina, the United States District Court for the District of Colorado, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Jose C. Alfaro and Martha Alfaro, creditors in the above-captioned proceeding. My mailing address is 11184 Huron Street, Suite 10, Denver. Colorado 80234. My email address is js@colawfiorm.com. My telephone number is 303-940-9900. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

DATED: November 3, 2009
             Denver, Colorado

                                   By:   /s/ Bobby Gerald Sumner
                                              Bobby Gerald Sumner

**Bendinelli Law Office, P.C.**
11184 Huron Street, Suite 10
Denver, CO 802347
Phone: (303) 940-9900
Fax:  (303) 940-9933
Marc F. Bendinelli, Esq. - 28425
Bobby Gerald Sumner, Esq. - 29688

**COUNSEL TO JOSE C. ALFARO AND MARTHA ALFARO**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 05-44481 (RDD) |
|    DELPHI CORPORATION, et al | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter:  11 |
| Debtors. | | |

### ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Bobby Gerald Sumner, a member in good standing of the bar of the State of Colorado, the bar of the State of North Carolina, the United States District Court for the District of Colorado, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court, having requested admission, *pro hac vice,* to represent Jose C. Alfaro and Martha Alfaro, creditors in the above-captioned proceeding,

**IT IS THEREFORE ORDERED THAT:**

Bobby Gerald Sumner, Esq. is admitted to practice, *pro hac vice,* in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DATED: November ____, 2009
            New York, New York

                                                          UNITED STATES BANKRUPTCY JUDGE