**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Delphi Corporation, et al., | ) ) | Case No. 05-44481 (RDD) |
| Debtors. | ) ) ) | Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Tiffany Strelow Cobb, a member in good standing of the bar in the States of Ohio and Missouri (inactive status) and an attorney admitted to practice before the United States Court of Appeals for the Sixth Circuit and the United States District Court for the Southern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent AOL LLC, a claimant in the above-referenced case.

My:  address is Vorys, Sater, Seymour and Pease LLP, 52 East Gay St., Columbus, OH 43215
     e-mail address is TSCobb@vorys.com; telephone number is (614) 464-8322

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: November 18, 2009
       New York, New York          /s/ Tiffany Strelow Cobb
                                   Tiffany Strelow Cobb

---

**ORDER**

**ORDERED,**

that Tiffany Strelow Cobb, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2009
       New York, New York          _____
                                   United States Bankruptcy Judge

K&E:15883278.2