# EXHIBIT A

| A | B | C | D | E | F | G | G |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 5408 | 5/9/2006 | COOK GARY L | COOK GARY L | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 7269 | 6/1/2006 | BURNS BOBBIE L | BURNS BOBBIE L | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 9396 | 7/12/2006 | LYONS DAVID | LYONS DAVID | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 10835 | 7/25/2006 | DASHKOVITZ DENNIS | DASHKOVITZ DENNIS | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI CORPORATION |
| 10836 | 7/25/2006 | DASHKOVITZ DENNIS | DASHKOVITZ DENNIS | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 12251 | 7/28/2006 | STREETER STEVEN D | STREETER STEVEN D | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 13663 | 7/31/2006 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 101 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 101 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | $35,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 13699 | 7/31/2006 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | $0.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 13730 | 7/31/2006 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 101 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 101 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | $35,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 13734 | 7/31/2006 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | $28,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 13863 | 7/31/2006 | IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | $114,072.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 13875 | 7/31/2006 | IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | $1,672,095.08 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 14334 | 7/31/2006 | IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | $114,072.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 14350 | 7/31/2006 | IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES AND RETIREES IT REPRESENTS | $1,672,095.08 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 15071 | 7/31/2006 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 18 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | $28,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 15075 | 7/31/2006 | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 832 S ON BEHALF OF EMPLOYEES AND RETIREES IT REPRESENTS | $0.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |

# EXHIBIT A

| A | B | C | D | E | F | G | G |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 10570 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10964 | 7/26/2006 | TK HOLDINGS INC | TK HOLDINGS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10965 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10966 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10967 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 10571 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 10968 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 16849 | 5/1/2009 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16850 | 4/28/2009 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 1374 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 1375 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 1376 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | EXHAUST SYSTEMS CORPORATION |
| 1378 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 1379 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC |
| 1380 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 1381 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 1382 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |

# EXHIBIT A

| A | B | C | D | E | F | G | G |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 1383 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI DIESEL SYSTEMS CORP |
| 1384 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | PACKARD HUGHES INTERCONNECT COMPANY |
| 1385 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC |
| 1386 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC |
| 1387 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC |
| 2539 | 4/3/2006 | RLI INSURANCE COMPANY | RLI INSURANCE COMPANY | $0.00 | Seventeenth Omnibus Claims Objection | 6/15/2007 | DELPHI CORPORATION |
| 6668 | 5/23/2006 | RLI INSURANCE COMPANY | RLI INSURANCE COMPANY | $0.00 | Twentieth Omnibus Claims Objection | 8/24/2007 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 3175 | 4/28/2006 | JANE M DUFFY | JANE M DUFFY | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 16591 | 3/29/2007 | BRADLEY A BENNETT AND BARBARA R BENNETT | BRADLEY A BENNETT AND BARBARA R BENNETT | $643.64 | Twelfth Omnibus Claims Objection | 4/27/2007 | DELPHI CORPORATION |
| 15584 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 15586 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI ELECTRONICS (HOLDING) LLC |
| 15588 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 15590 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 15591 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI ELECTRONICS (HOLDING) LLC |
| 15593 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 15594 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI DIESEL SYSTEMS CORP |
| 15595 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI DIESEL SYSTEMS CORP |
| 15587 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Tenth Omnibus Claims Objection | 3/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 15592 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Tenth Omnibus Claims Objection | 3/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 15513 | 7/31/2006 | JOHNSON CONTROLS BATTERY GROUP INC | JOHNSON CONTROLS BATTERY GROUP INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |

# EXHIBIT A

| A | B | C | D | E | F | G | G |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 15515 | 7/31/2006 | JOHNSON CONTROLS BATTERY GROUP INC | JOHNSON CONTROLS BATTERY GROUP INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI TECHNOLOGIES, INC |
| 15519 | 7/31/2006 | JOHNSON CONTROLS TECHNOLOGY COMPANY | JOHNSON CONTROLS TECHNOLOGY COMPANY | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 15520 | 7/31/2006 | JOHNSON CONTROLS TECHNOLOGY COMPANY | JOHNSON CONTROLS TECHNOLOGY COMPANY | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 15521 | 7/31/2006 | JOHNSON CONTROLS TECHNOLOGY COMPANY | JOHNSON CONTROLS TECHNOLOGY COMPANY | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI TECHNOLOGIES, INC |
| 15524 | 7/31/2006 | JOHNSON CONTROLS INC AUTOMOTIVE GROUP | JOHNSON CONTROLS INC AUTOMOTIVE GROUP | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 15532 | 7/31/2006 | JOHNSON CONTROLS INC AUTOMOTIVE GROUP | JOHNSON CONTROLS INC AUTOMOTIVE GROUP | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 15525 | 7/31/2006 | JOHNSON CONTROLS INC BATTERY GROUP | JOHNSON CONTROLS INC BATTERY GROUP | $85,668.20 | Fifteenth Omnibus Claims Objection | 5/22/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16175 | 8/9/2006 | WEINMANN PATRICIA C | WEINMANN PATRICIA C | $0.00 | Thirtieth Omnibus Claims Objection | 6/27/2008 | DELPHI CORPORATION |
| 13464 | 7/31/2006 | PICKLES PAUL | PICKLES PAUL | $300,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 14751 | 7/31/2006 | NOEL MORGAN HUBERT | NOEL MORGAN HUBERT | $996,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 6468 | 5/22/2006 | BURGER BARBARA P | BURGER BARBARA P | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI CORPORATION |