# Exhibit A

## EXHIBIT A

### List of Relevant Pleadings and Other Documents Prepared and Filed by Haynes and Boone

| Date | Docket No. | Description |
|---|---|---|
| 12/21/2006 | 6257 | Notice of Appearance filed by Judith Elkin on behalf of Highland Capital Management L.P.. (Elkin, Judith) (Entered: 12/21/2006) |
| 12/21/2006 | 6258 | Application for Pro Hac Vice Admission *of Lenard M. Parkins* filed by Judith Elkin on behalf of Highland Capital Management L.P.. (Attachments: # 1 Exhibit A - Certification of Lenard M. Parkins# 2 Appendix Proposed Order) (Elkin, Judith) (Entered: 12/21/2006) |
| 12/21/2006 | 6259 | Application for Pro Hac Vice Admission *of Kenric D. Kattner* filed by Judith Elkin on behalf of Highland Capital Management L.P.. (Attachments: # 1 Exhibit A - Certification of Kenric D. Kattner# 2 Appendix Proposed Order) (Elkin, Judith) (Entered: 12/21/2006) |
| 12/28/2006 | 6330 | Objection to Motion *Objection and Response to Expedited Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code and the Plan Framework Support Agreement Pursuant to Sections 105(a), 363(b), and 1125(e) of the Bankruptcy Code* (related document(s) 6179 ) filed by Judith Elkin on behalf of Highland Capital Management L.P.. with hearing to be held on 1/11/2007 at 10:00 AM at Courtroom 610 (RDD) Objections due by 1/2/2007, (Attachments: # 1 Exhibit A - Commitment Letter) (Elkin, Judith) (Entered: 12/28/2006) |
| 01/04/2007 | 6442 | Objection to Motion *Limited Objection to Motion for Order Under 11 U.S.C. s. 1121(d) Extending Debtors' Exclusive Period Within Which to File and Solicit Acceptances of Reorganization Plan* (related document(s) 6285 ) filed by Judith Elkin on behalf of Highland Capital Management L.P.. (Elkin, Judith) (Entered: 01/04/2007) |

| 01/10/2007 | 6541 | Declaration *of Patrick H. Daugherty in Support of Highland Capital Management, LP's Objection and Response to Expedited Motion for Order Authorizing and Approving the Equity Purchase and Commitment Agreement Pursuant to Sections 105(a), 363(b), 503(b), and 507(a) of the Bankruptcy Code and the Plan Framework Support Agreement Pursuant to Sections 105(a), 363(b) and 1125(e) of the Bankruptcy Code* (related document(s) 6330 ) filed by Judith Elkin on behalf of Highland Capital Management L.P.. (Attachments: # 1 Exhibit) (Elkin, Judith) (Entered: 01/10/2007) |