# Exhibit B

## **EXHIBIT B**

### **List of Haynes and Boone, LLP Professionals and Paraprofessionals**

| Professional | Position | Department | Hours Billed | Rates Billed to Highland | | | Year Licensed |
|---|---|---|---|---|---|---|---|
| Kenneth K. Bezozo | Partner | Business Planning, Taxation and Benefits | 26.2 | $ 825.00 | $ 750.00 | | 1981 (TX) 1981 (NY) |
| Lenard M. Parkins | Partner | Bankruptcy and Business Reorganization | 619.6 | $ 825.00 | $ 725.00 | | 1976 |
| Gilbert Porter | Partner | Finance | 25 | $ 785.00 | | | 1978 |
| Judith Elkin | Partner | Bankruptcy and Business Reorganization | 508.1 | $ 775.00 | $ 725.00 | | 1982 (TX) 2004 (NY) |
| Janice V. Sharry | Partner | Corporate | 433 | $ 690.00 | $ 630.00 | $ 595.00 | 1977 |
| Charles F. Plenge | Partner | Business Planning, Taxation and Benefits | 7.2 | $ 595.00 | | | 1977 (TX) 1971 (DC) (inactive) |
| Richard Fijolek | Partner | Business Planning, Taxation and Benefits | 11.4 | $ 595.00 | | | 1986 (TX) 1982 (IL) |
| Brian Hail | Partner | Business Litigation North | 140.6 | $ 575.00 | | | 1996 |
| Stacy Brainin | Partner | Specialized Litigation | 11.9 | $ 575.00 | | | 1984 |
| Sue P. Murphy | Partner | Finance | 2.8 | $ 560.00 | | | 1985 (TX) |
| W. Scott Wallace | Partner | Corporate | 31.7 | $ 560.00 | | | 1980 |
| William C. Strock | Partner | Specialized Litigation | 4.5 | $ 550.00 | | | 1967 |
| John Penn | Partner | Bankruptcy and Business Reorganization | 145.4 | $ 535.00 | | | 1982 |

| Name | Title | Practice | Hours | Rate 1 | Rate 2 | Rate 3 | Year |
|------|-------|----------|-------|--------|--------|--------|------|
| Kenric D. Kattner | Partner | Bankruptcy and Business Reorganization | 52 | $ 535.00 | | | 1988 |
| Taylor H. Wilson | Partner | Corporate | 7.7 | $ 515.00 | $ 480.00 | | 1990 |
| David Fielder | Partner | White Collar Defense | 2 | $ 500.00 | | | 2008 (DC) 1992 (PA) (inactive) |
| Jason Nagi | Associate | Bankruptcy and Business Reorganization | 13.9 | $ 500.00 | $ 385.00 | | 2001(NY) |
| Jonathan Hook | Associate | Bankruptcy and Business Reorganization | 4 | $ 500.00 | | | 2004(NY) |
| Arthur T. Carter | Partner | Specialized Litigation | 40.9 | $ 495.00 | | | 1995 (TX) 1988 (AZ) |
| Carrie L. Huff | Partner | Specialized Litigation | 2.9 | $ 495.00 | | | 1988 |
| E. A. Tiller | Partner | Business Planning, Taxation and Benefits | 4.4 | $ 495.00 | | | 1985 |
| Thomas A. Howley | Partner | Bankruptcy and Business Reorganization | 23.5 | $ 495.00 | | | 1999 |
| William C. Wilshusen | | | 0.7 | $ 495.00 | | | 1979 |
| Vicki Martin-Odette | Partner | Business Planning, Taxation and Benefits | 5.5 | $ 490.00 | | | 1994 |
| Garrett DeVries | Partner | Corporate | 3.9 | $ 475.00 | | | 1994 |
| Melissa M. Goodman | Partner | Specialized Litigation | 1.8 | $ 470.00 | | | 1994 |
| Thom Wisinski | Chief Knowledge Officer | Automated Legal Services | 13.3 | $ 470.00 | | | n/a |
| Randall E. Colson | Partner | IP and Technology Transactions | 1 | $ 460.00 | | | 1995 (TX) 1991 (IL) |
| Debra Hatter | Partner | Corporate | 41.9 | $ 450.00 | $ 425.00 | | 2001 (TX) 1995 (PA) (inactive) |
| Fletch Johnston | Associate | Securities A | 39.5 | $ 450.00 | $ 390.00 | $ 335.00 | 2001 |

| Name | Title | Practice | Hours | Rate | Rate | Year |
|---|---|---|---|---|---|---|
| Jacqueline Shipchandler | Of Counsel | Specialized Litigation | 58.7 | $ 450.00 | $ 405.00 | 1997 |
| Mary S. Mendoza | Partner | Litigation | 44.8 | $ 450.00 | | 1994 |
| Bruce Newsome | Partner | Securities A | 0.5 | $ 425.00 | | 1995 |
| Jennifer Thoman Wisinski | Senior Attorney | Corporate | 4 | $ 420.00 | | 1991 |
| Erika Blomquist | Partner | Litigation | 4.5 | $ 410.00 | | 1997 |
| Susan A. Wetzel | Partner | Business Planning, Taxation and Benefits | 20.2 | $ 410.00 | | 2001 (TX) 1997 (IN) |
| N. Alex Nolte | Senior Attorney | IP and Technology Transactions | 46.1 | $ 390.00 | | 1998 |
| Andrew S. Ehmke | Partner | IP and Technology Transactions | 2.7 | $ 385.00 | | 1999 |
| Ian T. Peck | Partner | Bankruptcy and Business Reorganization | 124 | $ 385.00 | | 1999 |
| Kourtney Lyda | Associate | Bankruptcy and Business Reorganization | 39.6 | $ 385.00 | | 1999 |
| Carie G. McKinney | Senior Attorney | Litigation | 0.3 | $ 380.00 | | 1991 (TX) 1984 (CA) (inactive) |
| Brandon Jones | Partner | Business Planning, Taxation and Benefits | 14.7 | $ 355.00 | $ 315.00 | 2001 |
| David Colletti | Associate | Corporate | 245 | $ 350.00 | $ 295.00 | 2006 (TX) 2004 (NY) |
| Micaela Garcia Ribeyro | Associate | Finance | 14.3 | $ 350.00 | | 2005 (NY) |
| Tiffany Walker | Associate | Business Planning, Taxation and Benefits | 1.8 | $ 340.00 | | 2002 |
| Bart Biggers | Associate | Corporate | 45.9 | $ 335.00 | | 2001 |
| Ashley Shurtleff | Associate | Business Planning, Taxation and Benefits | 115.8 | $ 330.00 | $ 280.00 | 2004 |

| | | | | | |
|---|---|---|---|---|---|
| Mark Elmore | Associate | Bankruptcy and Business Reorganization | 2.9 | $ 315.00 | 2002 |
| Brett Glass | Associate | Specialized Litigation | 9.8 | $ 290.00 | 2003 |
| Carlo Romero | Associate | International | 38.5 | $ 280.00 | 2004 |
| Ivo Djambov | Associate | Securities B | 10.9 | $ 280.00 | 2004 |
| Jason P. Bloom | Associate | Litigation | 4.1 | $ 280.00 | 2004 |
| Karl Burrer | Associate | Bankruptcy and Business Reorganization | 32.8 | $ 280.00 | 2004 |
| Mike Danforth | Associate | Employee Benefits & Exec Compensation | 91.2 | $ 280.00 | 2006 |
| Alan A. Lanis | Associate | Corporate | 2.9 | $ 270.00 | 2007 |
| Allison Heo | Associate | Private Equity | 158.4 | $ 265.00 | 2005 |
| Autumn Smith | Associate | Bankruptcy and Business Reorganization | 2 | $ 265.00 | 2005 |
| Jeffrey M. Slade | Associate | Business Planning, Taxation and Benefits | 30 | $ 265.00 | 2005 |
| Robert Warren Wilson | Associate | Private Equity | 1.6 | $ 265.00 | 2005 |
| John Donaleski | Associate | Bankruptcy and Business Reorganization | 55.3 | $ 250.00 | n/a |
| Anne B. Hagan | Associate | Business Planning, Taxation and Benefits | 0.8 | $ 245.00 | 2006 |
| Jody L. Konick | Associate | Securities A | 16.3 | $ 245.00 | 2007 |
| Liz Wardlaw | Associate | Business Planning, Taxation and Benefits | 65.9 | $ 245.00 | 2006 |
| Matthew L. Fry | Associate | Corporate | 7.1 | $ 245.00 | 2007 |

| Name | Position | Department | Hours | Rate | Rate 2 | Year |
|---|---|---|---|---|---|---|
| Paul Fabsik | Paralegal | Bankruptcy and Business Reorganization | 7.7 | $ 240.00 | | n/a |
| Ian Wood | Associate | Corporate | 30.8 | $ 210.00 | | 2006 |
| Jermaine K. Johnson | Paralegal | Bankruptcy and Business Reorganization | 144.4 | $ 210.00 | $ 195.00 | n/a |
| Zachary S. Huselid | Associate | IP and Technology Transactions | 2.2 | $ 210.00 | | 2006 |
| Byron L. Kelley | Summer Associate | Recruiting | 3.6 | $ 205.00 | | n/a |
| Jeff T. Ragsdale | Associate | Finance | 2.7 | $ 205.00 | | 2008 |
| Kim Morzak | Paralegal | Bankruptcy and Business Reorganization | 18.2 | $ 200.00 | $ 195.00 | n/a |
| Angela M. Josephs | Paralegal | Specialized Litigation | 4.3 | $ 195.00 | | n/a |
| Denise A. Stilz | Paralegal | Litigation | 4.6 | $ 195.00 | | n/a |
| Amy L. Easley | Paralegal | Litigation | 2.7 | $ 160.00 | | n/a |
| Christina T. Rodriguez | Paralegal | Corporate | 0.4 | $ 150.00 | | n/a |
| Dorothea J. Cordova | Paralegal | Business Litigation North | 9.9 | $ 125.00 | | n/a |
| Eric Jasso | Case Clerk | Employee Benefits & Exec Compensation | 3.4 | $  85.00 | | n/a |