# Exhibit C

# EXHIBIT C

## Schedule of Expenses for Haynes and Boone

| | |
|---|---|
| Deposition Transcripts | $8,742.70 |
| Support Vendors | $3,924.64 |
| Filing Fee | $200.00 |
| Westlaw | $7,866.26 |
| On-Line Legal Research | $1,565.66 |
| Photocopy Expense | $1,571.70 |
| Travel Expense | $17,432.90 |
| Video Equipment Services | $500.00 |
| Conference Expense | $182.93 |
| Hotel Expense | $8,570.27 |
| Meals | $1,011.98 |
| Telephone Calls | $23.83 |
| Fax | $296.00 |
| Federal Express | $4,058.83 |
| Secretarial Overtime Expense | $1,908.40 |
| Special Delivery Courier Service | $541.48 |
| Long Distance Telephone Expense | $18.30 |
| AT&T Credit Card Call | $1.43 |
| Local Fax | $29.00 |
| Special Delivery Courier Service | $254.61 |
| Mileage | $86.33 |
| Other Expense | $342.50 |
| Special Delivery Other Charges | $68.96 |
| Lexis | $611.28 |
| Staff Billable Hours Expense | $220.00 |
| Copy Center | $118.46 |
| Document Retrievals | $44.65 |
| Outside Search Fee | $1,102.47 |
| | |
| Total | $61,295.57 |