# Exhibit D

# EXHIBIT D

## Schedule of Fees and Expenses of Loughlin Meghji & Company, Inc.

**Loughlin Meghji & Company, Inc.**

|  | **Total** | $447,999.67 |

**Fees**[1]

| | |
|---|---|
| Total | $400,000 |
| January | $150,000 |
| February | $150,000 |
| June | $100,000 |

**Expenses**

| | January | February | June |
|---|---|---|---|
| Airfare | $1,523.51 | $3,836.90 | $5,063.37 |
| Hotel | $2,433.17 | $410.57 | $1,079.66 |
| Meals | $1,002.81 | $503.85 | $3,160.68 |
| Taxi / Car Service | $2,212.00 | $2,742.80 | $1,973.10 |
| Phone | $351.00 | $237.93 | $435.88 |
| Care Rental | $92.19 | $ - | $158.97 |
| Other Transportation | $183.07 | $61.95 | $ - |
| Research | $1,176.14 | $9,169.58 | $589.64 |
| Misc. Office Expenses | $2,570.30 | $3,061.62 | $3,968.98 |
| **Monthly Totals** | $11,544.19 | $20,025.20 | $16,430.28 |

| | Total | $47,999.67 |

**Professionals**

Mohsin Meghji
James Loughlin
Thomas Pernsteiner
Ted Rodewig
Karen Brown
Marty Young
Michael Brown
Stephan Repenning

---

[1] Loughlin Meghji & Company, Inc. assesses fees to Highland Capital Management, LP based on a negotiated rate.