KENNEDY, JENNIK & MURRAY, P.C.
Thomas M. Kennedy (TK 0993)
Susan M. Jennik (SJ 4607)
113 University Place, 7th floor
New York, NY 10003
Telephone: (212) 358-1500

Attorneys for IUE-CWA

---------------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT :
SOUTHERN DISTRICT OF NEW YORK :
                                                               :      Chapter 11
In re:                                                         :
                                                               :      Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                    :
                                                               :      (Jointly Administered)
                       Debtors.                                :
---------------------------------------------------------------x

**DECLARATION OF THOMAS M. KENNEDY IN SUPPORT OF MOTION OF IUE-CWA PURSUANT TO SECTIONS 503(b)(3)(D) AND (b)(4) OF THE BANKRUPTCY CODE FOR ALLOWANCE AND PAYMENT OF FEES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION TO THE DEBTORS' CHAPTER 11 CASE**

Thomas M. Kennedy, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am an attorney duly admitted to practice law before the Bar of this Court. I am a member of Kennedy, Jennik & Murray, P.C. ("the Kennedy Firm"). I make this Declaration based on my personal knowledge of the facts stated herein. This Declaration is submitted in support of the Motion of IUE-CWA Pursuant to §§ 503(b)(3)(D) and (b)(4) of the Bankruptcy Code for Allowance and Payment of Fees Incurred in Making A Substantial Contribution to the Debtors' Chapter 11 Case ("the Motion").

2.      Attached as Exhibit A to the Motion is a schedule of the fees and expenses incurred by IUE-CWA in the Debtors' chapter 11 case for which IUE-CWA seeks

reimbursement pursuant to the Motion. Exhibit A sets forth true and accurate entries from the Kennedy Firm's time records for work performed and expense incurred on behalf of IUE-CWA. The hourly rates of $500 for myself, $425 for other partners of our firm, and $275 for associates, are substantially below the hourly rates that have been approved for other attorneys in this case.

3. IUE-CWA is only seeking reimbursement in connection with a limited amount of the Kennedy Firm's services rendered in connection with these cases. IUE-CWA is not seeking reimbursement for the Kennedy Firm's services rendered to IUE-CWA as a member of the Unsecured Creditors' Committee or for communications with and among IUE-CWA representatives. The request for reimbursement is limited to the negotiation of settlement agreements with the Debtors and litigation in which IUE-CWA played a role.

Dated: November 19, 2009
New York, NY

_____
THOMAS M. KENNEDY