### AFFIDAVIT OF SERVICE

State of New York )
                   ) ss.:
County of New York )

ALEXANDRA MILLER, being duly sworn, deposes and says that: I am not a party to the adction, am over 18 years of age, and reside in Kings County, New York.

On November 20, 2009, I served the within Motion of IUE-CWA Pursuant to Sections 503(b)(3)(D) and (b)(4) of the Bankruptcy Code for Allowance and Payment of Fees Incurred in Making a Substantial Contribution to the Debtors' Chapter 11 Case, Order Approving Motion of IUE-CWA Pursuant to Sections 503(b)(3)(D) and (b)(4) of the Bankruptcy Code for Allowance and Payment of Fees Incurred in Making a Substantial Contribution to the Debtors' Chapter 11 Case, and Thomas M. Kennedy's Declaration in support of same, by emailing a copy to the following parties:

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4834
Robert.rosenberg@lw.com

John W. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher
 & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
jbutler@skadden.com

Alicia Leonhard, Esq.
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004-2111
alicia.m.leonard@usdoj.gov

Kayalan A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher
 & Flom, LLP
4 Times Square
New York, New York 10036
kmarafio@skadden.com
mailto:tmatz@skadden.com

ALEXANDRA MILLER

Sworn to before me this 20ᵗʰ
day of November, 2009.

Notary Public

JOHN R. HOWARD
NOTARY PUBLIC, STATE OF NEW YORK
LIC. #02HO6205697
NEW YORK COUNTY
COMMISSION EXPIRES MAY 11, 2013