STUTMAN, TREISTER & GLATT P.C.  **Hearing: TBD**
Attorneys for CR Intrinsic Investors, LLC  **Objection Deadline: TBD**
and Elliott Associates, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel:  (310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
In re:                                              |    Chapter 11
                                                    |
DPH HOLDINGS CORP., et al.,                         |    Case No. 05-44481 (RDD)
                                                    |
                    Reorganized Debtors.            |    Jointly Administered
                                                    |
------------------------------------------------------ X

**SUMMARY SHEET PURSUANT TO UNITED STATES**
**TRUSTEE GUIDELINES FOR REVIEWING APPLICATIONS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**SUBSTANTIAL CONTRIBUTION APPLICATION**
**PURSUANT TO SECTIONS 503(b)(3) AND (4) OF THE BANKRUPTCY CODE**

| NAME OF APPLICANT | CR Intrinsic Investors, LLC and Elliott Associates, L.P. (and/or certain funds managed thereby) ("Applicants") | |
|---|---|---|
| **COMPENSATION PERIOD** | June 4, 2008 through September 25, 2008 | |
| **ROLE IN THE CASE** | Were holders and/or investment advisors to certain holders of Delphi Corporation senior notes (the "Senior Notes") during the period covered by the application | |
| **CURRENT APPLICATION** | **Fees Requested** | **Expenses Requested** |
| Stutman, Treister & Glatt | $268,501.98 | $15,823.42 |
| **GRAND TOTAL** | $284,325.40 | |

**APPLICATION OF CERTAIN SENIOR NOTEHOLDERS
PURSUANT TO SECTIONS 503(b)(3) AND (4) OF THE
BANKRUPTCY CODE FOR ALLOWANCE AND REIMBURSEMENT OF
REASONABLE COMPENSATION AND ACTUAL, NECESSARY EXPENSES IN
<u>MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES</u>**

CR Intrinsic Investors, LLC ("**CR Intrinsic**") and Elliott Associates, L.P.

("**Elliott**") (and/or certain funds managed thereby) (together, the "**Applicants**"), who

were holders of certain senior notes issued by Delphi Corporation (the "**Senior Notes**")

during the period of time covered by this Application, by and through their counsel,

Stutman, Treister & Glatt P.C. ("**Stutman**"), submit this Application, pursuant to sections

503(b)(3) and (4) of title 11 of the United States Code (the "**Bankruptcy Code**"), for

allowance and reimbursement of amounts paid by the Applicants for professional

services rendered and actual, necessary expenses incurred by Stutman, which made a

substantial contribution in these chapter 11 cases, and respectfully represent as follows:

**I.
PRELIMINARY STATEMENT**

1.      During these chapter 11 cases and in response to the Debtors'

"Motion for Order Authorizing Amendment To Arrangement With General Motors

Corporation Approved Pursuant To Second DIP Extension Order" (Docket No. 14031)

(the "**GM Motion**") and the Debtors' "Expedited Motion for Order Authorizing Debtors To

Implement Amended And Restated Global Settlement Agreement And Master

Restructuring Agreement With General Motors Corporation" (Docket No. 14164) (the

"**GSA and MRA Amendment Motion**," and together with the GM Motion, the

"**Motions**"), CR Intrinsic and Highland Capital Management, L.P. (and/or certain funds

managed thereby) ("**Highland**")[1] filed and prosecuted the following objections:

---

[1]   While the Objections were ultimately filed on behalf of CR Intrinsic and Highland,
Elliott participated in the negotiation and subsequent settlement of the Objections.
CR Intrinsic, Highland, and Elliott, collectively, are referred herein as the "**Senior
Noteholders**".  Because Highland elected not to join this Application, only CR
Intrinsic and Elliott are seeking reimbursement under this Application.

a. "Objection To Debtors' Motion To Authorize Amendment To Arrangement With General Motors Corp. And Request For The Appointment Of An Examiner" (Docket No. 14082) (the "**GM Motion Objection**"); and

b. "Objection To Motion For Order Authorizing Debtors To Implement Amended And Restated Global Settlement Agreement And Master Restructuring Agreement With General Motors Corporation" (Docket No. 14211) (the "**GSA and MRA Amendment Objection**" and together with the GM Motion Objection, the "**Objections**").

2.      As a direct result of the filing and prosecution of the Objections by the Senior Noteholders, the Debtors agreed to improve the plan treatment for all general unsecured creditors.

3.      Furthermore, in recognition of the benefit provided to the Debtors' estates and in consideration of the withdrawal of the Objections by the Senior Noteholders, at the hearing on the Motions, the Creditors Committee, as well as the Debtors, through their primary bankruptcy counsel and CRO/CFO, specifically agreed not to oppose a substantial contribution request for the reasonable fees incurred by counsel in their representation of the Senior Noteholders and prosecution of the Objections through the date of the hearing on the Motions.  In connection therewith, the reasonable fees and expenses incurred through the date of the hearing by counsel representing the Senior Noteholders and prosecuting the Objections are $492,338.37; however, pursuant to this Application, only CR Intrinsic and Elliott are seeking

reimbursement of their respective proportionate share of this cost in the lesser amount
of $284,325.40.

## II.
## SUMMARY OF PROFESSIONAL COMPENSATION AND EXPENSES REQUESTED

4.      This Application has been prepared in accordance with Rule 2016
of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1
of the Local Rules of Bankruptcy Procedure (the "**Local Rules**"), the Guidelines for
Fees and Disbursements for Professionals in Southern District of New York Bankruptcy
Cases adopted by the Court on June 20, 1991 (the "**Local Guidelines**"), the Amended
Guidelines for Fees and Disbursements for Professionals in Southern District of New
York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Amended Local
Guidelines**"), the Second Amended Guidelines for Fees and Disbursements for
Professionals in Southern District of New York Bankruptcy Cases adopted by the Court
on June 20, 2003 (the "**Second Amended Local Guidelines**"), the United States
Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of
Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "**UST
Guidelines**"), the order confirming the First Amended Joint Plan Of Reorganization Of
Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, dated
January 25, 2008 (the "**Confirmed Plan**") filed in the Chapter 11 Cases of Delphi
Corporation and certain of its subsidiaries and affiliates, the debtors and debtors-in-
possession in the above-captioned cases (collectively, the "**Debtors**"), and the order
(the "**Modification Approval Order**") approving certain modifications to the Confirmed
Plan embodied in the First Amended Joint Plan Of Reorganization Of Delphi
Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified)

(the "**Modified Plan**," collectively with the Confirmed Plan, Bankruptcy Rules, the Local

Rules, the Local Guidelines, the Local Amended Guidelines, Second Amended Local

Guidelines, and the UST Guidelines, the "**Guidelines**"). Pursuant to the Guidelines, a

certification regarding compliance with same is annexed hereto as Exhibit A.

5.      This Application covers an aggregate period from June 4, 2008

through and including September 25, 2008 (the "**Compensation Period**").  In

connection with the fees for professional services rendered by Stutman for all Senior

Noteholders during such period, the aggregate amount billed to the Senior Noteholders

is $464,938.50, of which the Applicants seek reimbursement for their respective

proportionate share in the total amount of $268,501.98.  In addition, in connection with

the actual, necessary expenses incurred by Stutman on behalf of all Senior

Noteholders, the aggregate amount of these expenses during such period is

$27,399.87, of which the Applicants seek reimbursement for their respective

proportionate share in the total amount of $15,823.42.

6.      Pursuant to the Guidelines, attached hereto as Exhibit B is a

schedule setting forth all professionals and paraprofessionals who have performed

services in these chapter 11 cases during the Compensation Period, the capacity in

which each such individual is employed by Stutman, the hourly billing rate for which

reimbursement is sought for services performed by such individual, the aggregate

number of hours expended in this matter by such individual and the related fees for

which reimbursement is sought, and, where applicable, the year in which each

professional was first licensed to practice law.

7.      In addition, attached hereto as Exhibit C is a schedule setting forth

the expenses incurred by Stutman in providing professional services during the

Compensation Period.

8.     Stutman also maintained computerized records of the time spent by professionals and paraprofessionals in connection with these chapter 11 cases.  Copies these time records, which have been redacted to protect confidential attorney-client communications and attorney work product, as well as expenses invoiced by month,[2] are attached hereto as Exhibit D.

9.     While all of these records, including the computerized time records, reflect all fees and expenses incurred by Stutman for work performed on behalf of all Senior Noteholders, this Application seeks only the reimbursement of the Applicants' respective proportionate share of these fees and costs in the total amount of $284,325.40.

### III.
### JURISDICTION

10.     This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### IV.
### BACKGROUND

11.     On August 6, 2008, the Debtors filed the GM Motion, pursuant to which the Debtors sought to incur an administrative priority debt to GM to cover losses generated during the period after the Confirmed Plan failed to become effective. Although these losses were clearly attributable to the North American operations, the Debtors proposed to place this burden on all Debtors, thereby harming all creditors of Delphi Corporation, whose profitable, non-debtor foreign subsidiaries were already subsidizing the money-losing North American operations.

---

[2]     While some expenses were reflected as having been billed in October, all expenses for which reimbursement is sought under this Application were incurred in September 2008.

12.    Arguing that this action amounted to nothing more than a creeping *de facto* substantive consolidation of the Debtors' estates, which was taking place outside of a plan of reorganization, the Senior Noteholders filed the GM Motion Objection and requested that the Court appoint an Examiner.

13.    Shortly thereafter, the Debtors filed the GSA and MRA Amendment Motion, seeking Court approval of a sweeping settlement agreement with GM that would release multi-billion dollar claims against GM by the Debtors. Again, the Senior Noteholders raised objections to the relief requested in the GSA and MRA Amendment Motion, arguing, among other things, that the Debtors had failed to present an evidentiary record to support its proposed settlement with GM.

14.    As described above, the Senior Noteholders filed their Objections for several reasons. First, they believed that the Motions constituted an improper *sub-rosa* plan of reorganization, and provided for a substantial readjustment of creditors' rights (including the effective substantive consolidation of the Debtors' estates), all without the protections of a court-approved plan and disclosure statement, or confirmation process. In addition, the Senior Noteholders believed that the settlements embodied in the Motions failed to meet the legal standards for approval of a compromise under Rule 9019, because the Debtors had failed to establish that the value of the consideration they were to receive under the settlement was even close to the value of the releases and under consideration that the debtors were giving up as part of the deal.

15.    Subsequent to filing the Objections, counsel to the Senior Noteholders, together with counsel to the Creditors' Committee, the Equity Committee, GM and the Debtors engaged in almost a full week of expedited discovery. This discovery included tens of thousands of pages of documents, as well as depositions of key representatives of GM, the Debtors, and the Creditors' Committee. All discovery

was completed immediately prior to the scheduled September 23, 2008 hearing on the Motions.

16.    At the outset of the September 23rd hearing, the Court held a chambers conference with the key constituencies, including the Senior Noteholders, to determine the nature and scope of the open issues. At the end of the conference, the parties decided to adjourn the hearing for a few days in order to permit settlement discussions to proceed. Such discussions then took place over the next few days.

17.    The night before the continued hearing on September 25, 2008, the Debtors reached an agreement in principle with the Creditors' Committee, under which the Creditors' Committee, among other things, agreed to withdraw its objections to the Motions, in exchange for the Debtors and GM agreeing to make certain modifications to the transactions proposed to be implemented pursuant to the Motions. These modifications, however, were still not acceptable to the Senior Noteholders. Accordingly, the Senior Noteholders advised counsel to the Creditors' Committee and the Debtors that the Senior Noteholders were prepared to continue prosecuting their Objections.

18.    Before the hearing could continue, the parties, including counsel for and representatives of the Senior Noteholders, held additional discussions and negotiations with respect to the terms of the settlement. After several terms of the revised deal were clarified, the Senior Noteholders agreed to withdraw their Objections, in exchange for which the Debtors and the Creditors' Committee agreed that, in recognition of the efforts that the Senior Noteholders hade made to the process of achieving a better deal that would benefit all creditors in the case, the Debtors and the Creditors' Committee would not object to a substantial contribution motion to be made by the Senior Noteholders.

19.    Specifically, the Debtors (through their lead counsel John Wm. Butler, Jr. of Skadden Arps, and their acting CFO and CRO, John Sheehan), and the

Creditors' Committee (through its lead counsel Robert Rosenberg of Latham & Watkins)

each agreed that their respective clients would not object to the Senior Noteholders'

substantial contribution claim for fees and costs incurred during the period from (a) the

Senior Noteholders' engagement of ST&G as their counsel (approximately June of

2008) through (b) the date of the continued hearing.  While both parties thus effectively

stipulated that the legal standard for substantial contribution had been satisfied by the

Senior Noteholders, each party reserved its rights to review the amount of the claims,

i.e., the "reasonableness" of the Senior Noteholders' fees and expenses.

## V.
## RELIEF REQUESTED

20.    Pursuant to sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy

Code, the Applicants seek allowance and reimbursement of their proportionate share of

fees in the amount of $268,501.98, and expenses incurred in connection therewith in

the amount of $15,823.42, for a total requested amount of $284,325.40.

## VI.
## BASIS FOR RELIEF

**A.    The Applicants Made a Substantial Contribution in these
Chapter 11 Cases.**

21.    Bankruptcy Code section 503(b) provides for the allowance of an

administrative claim for those creditors that make a "substantial contribution" to the

bankruptcy process.  In pertinent part, section 503(b) provides:

> After notice and a hearing, there shall be allowed, administrative
> expenses, other than claims allowed under section 502(f) of this title,
> including—
>
> (3)  the actual, necessary expenses, other than
> compensation and reimbursement specified in paragraph (4) of this
> subsection, incurred by— . . .

* * *

(D)  a creditor, an indenture trustee, an equity security holder, or a committee representing creditors or equity security holders other than a committee appointed under section 1102 of this title, in making a substantial contribution in a case under chapter 9 or 11 of this title; . . .

* * * [and]

(4)  reasonable compensation for professional services rendered by an attorney or an accountant of an entity whose expense is allowable under subparagraph (A), (B), (C), (D), or (E) of paragraph (3) of this subsection, based on the time, the nature, the extent, and the value of such services, and the cost of comparable services other than in a case under this title, and reimbursement for actual, necessary expenses incurred by such attorney or accountant

11 U.S.C. § 503(b).

22.    As the bankruptcy court in *In re Solutia* recently explained:

Compensation based on substantial contribution is designed to promote meaningful participation in the reorganization process, but at the same time, discourage mushrooming administrative expenses. * * * Accordingly, the substantial contribution provisions must be narrowly construed * * * and do not change the basic rule that the attorney must look to his own client for payment. * * *

*In re Solutia*, 2009 LEXIS 723, *7-8 (Bankr. S.D.N.Y. 2009) (quoting *In re Granite Partners, L.P. et al,, 213 B.R. 440, 445-6 (Bankr. S.D.N.Y. 1997)* (internal citations omitted)).

23.    Courts consider a number of factors in determining the appropriateness of a substantial contribution claim.  *See*, e.g., *Trade Creditor Group v. L.J. Hooker Corp. (In re Hooker Invs.)*, 188 B.R. 117, 120 (S.D.N.Y. 1995) (noting that the bankruptcy court had correctly taken into consideration (i) whether there was a benefit to all parties in the case, (ii) whether the services directly contributed a benefit to the estate, and (iii) whether the services provided were duplicative of others); *In re U.S. Lines*, 103 B.R. 427, 429-30 (Bankr. S.D.N.Y. 1989).

24.    Key among these concerns is whether the creditor's activities benefited the estate as a whole.  *See id.*; *In re Granite Partners, L.P. et al,,* 213 B.R. at 445; *In re U.S. Lines*, 103 B.R. at 429 (holding that "the 'substantial contribution' test is thus satisfied where the services rendered have substantially contributed to an actual and demonstrable benefit to the debtor's estate, its creditors, and to the extent relevant, the debtor's shareholders.").  "[S]ervices that confer a significant and demonstrable benefit upon the reorganization process which have not been rendered solely on behalf of a creditor's own interest should be compensated."  *In re U.S. Lines*, 103 B.R. at 430 (citing *Gatx Terminals Corp. v. Tarricone (In re Tarricone), 83 B.R. 253, 255* (Bankr. S.D.N.Y. 1988)).

25.    Here, it is without question that the prosecution of the Senior Noteholders' Objections benefited the Debtors' general unsecured creditors as a whole. The Objections raised issues and concerns that implicated the rights of all general unsecured creditors, not just the interests of the Senior Noteholders.  These Objections led to significant, material changes to the Debtors' original settlement with GM that substantially improved the outcome for the Debtors' unsecured creditors.  The settlement agreement could not have been brokered without the Senior Noteholders' opposition to the original deal struck between the Debtors and GM.

26.    In recognition of the benefit that the Senior Noteholders provided to the Debtors' estates, the Debtors and Creditors' Committee, at the hearing on the Motions, specifically agreed not to oppose a substantial contribution request for the reasonable fees and expenses incurred by counsel in their representation of the Senior Noteholders in prosecuting of the Objections through the date of the hearing on the Motions.

B.    **The Applicants Are Entitled To Reimbursement For Reasonable Compensation For Services Rendered And Reimbursement Of Expenses Incurred In Making A Substantial Contribution In These Chapter 11 Cases.**

27.    Once a court determines a creditor made a substantial contribution in a chapter 11 case under section 503(b)(3), the court must scrutinize the creditor's request for reimbursement for reasonableness under section 503(b)(4) and the factors governing fee applications generally.  *See In re Texaco, Inc.*, 90 B.R. 622, 627, 630-32 (Bankr. S.D.N.Y 1988).  Under section 503(b)(4), as well as section 330 (governing professionals' fees generally), the reasonableness of professional charges is measured based on the time, nature, extent, and value of the services and whether related expenses are actual and necessary.  *See* 11 U.S.C. §§ 503(b)(4), 330.

28.    During these chapter 11 cases, Stutman expended a significant amount of time and effort in making a substantial contribution in these cases.  The services provided were rendered in an efficient manner by attorneys who have achieved a high degree of expertise in the field of business reorganizations and restructurings. The amounts sought by this Application are commensurate with compensation allowances in cases of similar size and nature, considering the complexity, importance, and nature of the issues and tasks involved, as well as the compressed timeframe in which those services were provided.

29.    The fees charged by Stutman for which reimbursement is sought in these cases were determined in accordance with its existing billing rates and procedures in effect during the Compensation Period.  The rates for which reimbursement is sought are the same rates charged for professional and paraprofessional services rendered in comparable nonbankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive national market.

30.     Attached hereto as Exhibit B is a schedule setting forth all professionals and paraprofessionals who have performed services in these chapter 11 cases during the Compensation Period, the capacity in which each such individual is employed by Stutman, the hourly billing rate for which reimbursement is sought for services performed by such individual, the aggregate number of hours expended in this matter by such individual and the related fees for which reimbursement is sought, and, where applicable, the year in which each professional was first licensed to practice law. The hourly rates charged by Stutman attorneys ranged from $390 to $825 and, with respect to the services provided in connection herewith, the blended hourly rate was approximately $643.

31.     The Applicants also seek reimbursement of their respective proportionate share of the expenses incurred by Stutman in providing professional services during the Compensation Period.  These expenses are summarized in the chart attached hereto as Exhibit C.  These expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases and the expedited time frame in which the Objections were prosecuted.  In order to participate in discovery related to, and attend the hearing on, the Objections, counsel was required to travel to New York. This individual was reimbursed for his airfare, hotel room, and other travel-related expenses.  Such charges, in amounts compliant with the Guidelines, are included in the total amount requested in this Application.

32.     With respect to photocopying expenses, the Applicants seek to be reimbursed at the rate of no more than $.20 per page in accordance with the Guidelines.  The rates charged by Stutman for Westlaw and Lexis computerized research varied according to the type of searches conducted, but in any event, such charges were billed at cost.  In addition, frequent long-distance telephone calls were required and, on several occasions, express delivery of documents and other materials was required as a result of the circumstances of these cases.  The reimbursement

sought for each of these categories of expenses does not exceed the maximum rate set by the Guidelines.

33.    Every effort was made to minimize disbursements in these cases. The actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances.

## VII.
## WAIVER OF MEMORANDUM OF LAW

34.    This Application includes citations to the applicable authorities and does not raise any novel issues of law.  Accordingly, the Applicants respectfully request that the Court waive the requirement contained in Local Rule 9013-1(b) that a separate memorandum of law be submitted.

## VIII.
## CONCLUSION

35.    No previous request for the particular relief sought herein has been made to this or any other Court by the Applicants.

**WHEREFORE,** the Applicants respectfully request that the Court enter an order substantially in the form attached hereto as Exhibit E:

(i)      allowing reimbursement of reasonable compensation in the amount of $268,501.98, for the proportionate share paid by the Applicants to Stutman for services rendered during the period from June 4, 2008 through and including September 25, 2008, that substantially contributed to these chapter 11 cases;

(ii)     allowing reimbursement in the amount of $15,823.42, for the proportionate share paid by the Applicants to Stutman for expenses incurred in connection with the above-referenced professional services

(iii)    authorizing and directing the Debtors to pay the foregoing amounts; and

(iv)    granting the Applicants such other and further relief as is just.

Dated:    November 20, 2009
          Los Angeles, California

STUTMAN, TREISTER & GLATT P.C.

By:      _____/s/ Eric D. Goldberg_____
         Isaac M. Pachulski
         Jeffrey H. Davidson
         Eric D. Goldberg
         Christine M. Pajak
         1901 Avenue of the Stars, 12th Floor
         Los Angeles, California 90067
         Tel:  (310) 228-5600

**Exhibit A**

STUTMAN, TREISTER & GLATT P.C.
Attorneys for CR Intrinsic Investors, LLC, and
Elliott Associates, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel: (310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------ X
In re:                                                  |   Chapter 11
                                                        |
DPH HOLDINGS CORP., et al.,                             |   Case No. 05-44481 (RDD)
                                                        |
                    Reorganized Debtors.                |   Jointly Administered
                                                        |
                                                        X
------------------------------------------------------
```

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR
PROFESSIONALS IN RESPECT OF APPLICATION OF CERTAIN SENIOR
NOTEHOLDERS PURSUANT TO SECTIONS 503(b)(3) AND (4) OF THE
BANKRUPTCY CODE FOR ALLOWANCE AND REIMBURSEMENT OF
REASONABLE COMPENSATION AND ACTUAL, NECESSARY EXPENSES IN
<u>MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES</u>**

I, Eric D. Goldberg, hereby certify and declare that:

1.      I am a shareholder with the law firm Stutman, Treister & Glatt P.C. ("**Stutman**"), with responsibility for representing CR Intrinsic Investors, LLC and Elliott Associates, L.P. (and/or certain funds managed thereby) ("**Applicants**") in the above-captioned chapter 11 cases. I am submitting this Certification in respect of compliance with Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of Bankruptcy Procedure (the "**Local Rules**"), the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 1991 (the "**Local Guidelines**"), the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Amended Local Guidelines**"), the Second Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 2003 (the "**Second Amended Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "**UST Guidelines**"), the order confirming the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, dated January 25, 2008 (the "**Confirmed Plan**") filed in the Chapter 11 Cases of Delphi Corporation and certain of its subsidiaries and affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**"), and the order (the "**Modification Approval Order**") approving certain modifications to the Confirmed Plan embodied in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "**Modified Plan**," collectively with the Confirmed Plan, Bankruptcy Rules, the Local Rules, the Local Guidelines, the Local Amended Guidelines, Second Amended Local Guidelines, and the UST Guidelines, the "**Guidelines**").

2.    In accordance with the Guidelines, this Certification is made in respect of the Applicants' application, dated November 20, 2009 (the "**Application**"), seeking the allowance and reimbursement of amounts paid by the Applicants for professional services rendered and actual and necessary expenses incurred by Stutman, during the period commencing June 5, 2008 through and including September 25, 2008, in connection with the Debtors' chapter 11 cases.

3.    In respect of Section A.1 of the Local Guidelines, I certify that:

a.    I have read the Application;

b.    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

c.    the fees and disbursements for which reimbursement is sought are at rates in accordance with practices customarily employed by Stutman and generally accepted by their clients; and

d.    in providing a reimbursable service, Stutman does not make a profit on that service, whether the service is performed in-house or through a third party.

4.      In respect of Section A.3 of the Local Guidelines, I certify that the Debtors, counsel for Creditors' Committee, and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 20, 2009, at Los Angeles, California.

STUTMAN, TREISTER & GLATT P.C.

By:      /s/ Eric D. Goldberg
         Eric D. Goldberg

**Exhibit B**

**SUMMARY OF FEES FOR WHICH REIMBURSEMENT IS SOUGHT
FOR PROFESSIONAL SERVICES RENDERED BY
STUTMAN, TREISTER & GLATT ON BEHALF OF CERTAIN
SENIOR NOTEHOLDERS FOR THE PERIOD
JUNE 4, 2008 THROUGH SEPTEMBER 25, 2008**

| Attorney | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Isaac M. Pachulski *Shareholder* | 1974 (CA) | 825.00 | 73.50 | $60,637.50 |
| Jeffrey H. Davidson *Shareholder* | 1977 (CA) | 725.00 | 279.90 | $202,927.50 |
| Mark S. Wallace *Of Counsel* | 1977 (AZ) 1991 (CA) | 625.00 | 54.50 | $34,062.50 |
| Eric D. Goldberg *Shareholder* | 1992 (CA) | 615.00 | 175.80 | $108,117.00 |
| Christine M. Pajak *Shareholder* | 2001 (CA) | 420.00 | 101.50 | $42,630.00 |
| Nathan A. Schultz *Associate* | 2002 (CA) | 390.00 | 31.60 | $12,324.00 |
| **TOTAL** | | | 716.80 | $460,698.50 |

| Paraprofessional | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Kendra A. Johnson | 200.00 | 21.00 | $4,200.00 |
| Jeff M. Fleiss | 200.00 | .20 | $40.00 |
| **TOTAL** | | 21.20 | $4,420.00 |

The Applicants are only seeking reimbursement of their respective proportionate share of the fees they paid to Stutman in the aggregate amount of **$268,501.98**.

**Exhibit C**

## SUMMARY OF EXPENSES FOR WHICH REIMBURSEMENT IS SOUGHT BY STUTMAN, TREISTER & GLATT ON BEHALF OF CERTAIN SENIOR NOTEHOLDERS FOR THE PERIOD
## JUNE 4, 2008 THROUGH SEPTEMBER 25, 2008

| EXPENSES | AMOUNTS ($) |
|---|---|
| Air Travel | 7,651.55 |
| Air Freight | 1,571.67 |
| Airport Transportation | 835.00 |
| Business Meals | 145.58 |
| Computer Research | 952.45 |
| Copy Production | 2,047.00 |
| Deposition Transcript Fee | 8,154.75 |
| Document Processing | 49.00 |
| Hotel | 4,299.98 |
| Long Distance Telephone | 118.05 |
| Miscellaneous | 34.44 |
| Outside Document Reproduction | 70.00 |
| Parking Expense | 60.00 |
| Postage | 28.37 |
| Taxi | 52.00 |
| Teleconference Service | 1,330.03 |
| **TOTAL EXPENSES** | 27,399.87 |

The Applicants are only seeking reimbursement of their respective proportionate share of the expenses they paid to Stutman in the aggregate amount of **$15,823.42**.

533228v4

**Exhibit D**

(Redacted Time Entries)

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS BY MATTER

| Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 06109-0001 | Delphi | 464,938.50 | 27,399.87 | 492,338.37 |
| | | 464,938.50 | 27,399.87 | 492,338.37 |

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS

| | |
|---|---|
| Subtotal Fees | 464,938.50 |
| Subtotal Costs and Disbursements | 27,399.87 |
| Total This Invoice | 492,338.37 |

**06109-0001: Delphi**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/04/08 | Isaac M. Pachulski | (DELPHI) Telephone conference with ███ conflict check, follow up; case memo. | 0.8 | 660.00 |
| 06/04/08 | Jeffrey H. Davidson | Telephone conference with ███ re Delphi; telephone conference with Isaac M. Pachulski re same. | 0.2 | 145.00 |
| 06/04/08 | Jeffrey H. Davidson | Correspondence with Isaac M. Pachulski re Delphi issues. | 0.2 | 145.00 |
| 06/05/08 | Jeffrey H. Davidson | Telephone conference with IMP re substantive consolidation issues. | 0.3 | 217.50 |
| 06/05/08 | Jeffrey H. Davidson | Analyze order granting adequate protection to PEGC for repatriated funds. | 0.2 | 145.00 |
| 06/05/08 | Jeffrey H. Davidson | Analyze Motion To Grant Adequate Protection And Approve Repatriation Of Funds (preliminary review) and Notice Of Motion. | 0.4 | 290.00 |
| 06/05/08 | Jeffrey H. Davidson | Analyze preliminary objection by Wilmington Trust to Repatriation Motion. | 0.1 | 72.50 |
| 06/05/08 | Jeffrey H. Davidson | Analyze supplemental objection by Wilmington Trust to repatriation motion (preliminary review). | 0.3 | 217.50 |
| 06/05/08 | Jeffrey H. Davidson | Analyze Delphi reply to Objection to Motion To Repatriate (preliminary review). | 0.3 | 217.50 |
| 06/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Repatriation Motion; analyze correspondence from ███ re same. | 0.2 | 145.00 |
| 06/05/08 | Jeffrey H. Davidson | Analyze correspondence from IMP re background. | 0.2 | 145.00 |
| 06/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re conference call; correspondence from ███ re same; correspondence from Isaac M. Pachulski re same; analyze correspondence from ███ re same. | 0.2 | 145.00 |
| 06/06/08 | Jeffrey H. Davidson | Conference call with clients. | 2.0 | 1,450.00 |
| 06/06/08 | Jeffrey H. Davidson | Prepare correspondence to clients. | 0.1 | 72.50 |
| 06/07/08 | Nathan A. Schultz | Analyze plan and confirmation order re: substantive consolidation. | 0.4 | 156.00 |
| 06/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi Strategy; prepare correspondence re same. | 0.2 | 145.00 |
| 06/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi strategy; prepare correspondence re same. | 0.1 | 72.50 |
| 06/11/08 | Jeffrey H. Davidson | Conference call with CR Intrinsic and Elliott re strategy. | 1.6 | 1,160.00 |
| 06/11/08 | Jeffrey H. Davidson | Prepare memo re plan documents request and case docket | 0.2 | 145.00 |
| 06/11/08 | Jeffrey H. Davidson | Prepare memo re noteholder group | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/11/08 | Jeffrey H. Davidson | Prepare memo re noteholder group | 0.2 | 145.00 |
| 06/11/08 | Nathan A. Schultz | Conference call with Elliot/CR re: plan issues | 0.5 | 195.00 |
| 06/12/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy. | 0.1 | 72.50 |
| 06/12/08 | Jeffrey H. Davidson | Analyze memo from Nathan A. Schultz. | 0.1 | 72.50 |
| 06/12/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re plan pleadings; prepare correspondence re same. | 0.2 | 145.00 |
| 06/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮; prepare correspondence to ▮▮▮ | 0.2 | 145.00 |
| 06/12/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ (vmm); analyze correspondence from | 0.1 | 72.50 |
| 06/12/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re strategy. | 0.9 | 652.50 |
| 06/12/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re plan and confirmation order. | 0.2 | 145.00 |
| 06/12/08 | Jeffrey H. Davidson | Prepare correspondence to Kendra A. Johnson re plan and confirmation order and related pleadings. | 0.2 | 145.00 |
| 06/12/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re modifications to plan in Delphi | 0.1 | 20.00 |
| 06/12/08 | Kendra A. Johnson | Review docket re modications to plan | 0.5 | 100.00 |
| 06/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ ; prepare correspondence to ▮▮▮ | 0.2 | 145.00 |
| 06/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ and ▮▮▮▮ re GM Spinoff; prepare correspondence re same. | 0.2 | 145.00 |
| 06/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re confirmation agreement; prepare correspondence re same. | 0.2 | 145.00 |
| 06/13/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re confirmation and plan pleadings. | 0.2 | 145.00 |
| 06/13/08 | Jeffrey H. Davidson | Prepare correspondence to Kendra A. Johnson re confirmation and plan pleadings. | 0.2 | 145.00 |
| 06/13/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re confirmation brief; prepare correspondence re same. | 0.1 | 72.50 |
| 06/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ; prepare correspondence to ▮▮▮ | 0.1 | 72.50 |
| 06/16/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re substantive consolidation analysis; analyze correspondence from Nathan A. Schultz re same | 0.2 | 145.00 |
| 06/16/08 | Kendra A. Johnson | Continue reviewing documents re modifications to plan | 1.3 | 260.00 |
| 06/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ; prepare correspondence to ▮▮▮ | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮; ▮▮▮▮ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 06/17/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re plan/confirmation issues; analyze correspondence re same | 0.2 | 145.00 |
| 06/17/08 | Jeffrey H. Davidson | Prepare correspondence to Kendra A. Johnson re plan/confirmation issues; analyze correspondence re same | 0.1 | 72.50 |
| 06/17/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy | 0.1 | 72.50 |
| 06/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ▮▮▮▮ of Highland; prepare correspondence ▮▮▮▮▮▮ | 0.1 | 72.50 |
| 06/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re strategy call; analyze correspondence from ▮▮▮▮ re same; analyze correspondence from ▮▮▮▮ re same; analyze correspondence from ▮▮▮▮ re same | 0.2 | 145.00 |
| 06/17/08 | Jeffrey H. Davidson | Prepare correspondence to clients re Delphi call; analyze correspondence from ▮▮▮▮ re same | 0.1 | 72.50 |
| 06/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮; prepare correspondence to ▮▮▮▮ | 0.1 | 72.50 |
| 06/17/08 | Jeffrey H. Davidson | Prepare correspondence to clients | 0.2 | 145.00 |
| 06/17/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re effect of confirmation order on substantive consolidation issues | 0.3 | 217.50 |
| 06/17/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re substantive consolidation issues | 0.2 | 145.00 |
| 06/17/08 | Nathan A. Schultz | Analyze plan and confirmation | 0.4 | 156.00 |
| 06/18/08 | Isaac M. Pachulski | Review e-mails. | 0.3 | 247.50 |
| 06/18/08 | Jeffrey H. Davidson | Initial review of plan & confirmation order | 1.6 | 1,160.00 |
| 06/18/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re modifications to confirmation order | 0.2 | 145.00 |
| 06/18/08 | Jeffrey H. Davidson | Conference call with clients re strategy | 1.3 | 942.50 |
| 06/18/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re strategy call; prepare correspondence re same | 0.2 | 145.00 |
| 06/18/08 | Jeffrey H. Davidson | Analyze memo re substantive consolidation issues | 0.3 | 217.50 |
| 06/18/08 | Nathan A. Schultz | Analyze Disclosure Statement | 2.5 | 975.00 |
| 06/18/08 | Nathan A. Schultz | Conference call with clients re: strategy | 1.3 | 507.00 |
| 06/18/08 | Nathan A. Schultz | Research re: committee composition | 0.4 | 156.00 |
| 06/19/08 | Isaac M. Pachulski | Extended conference Jeffrey H. Davidson, follow up. | 0.7 | 577.50 |
| 06/19/08 | Isaac M. Pachulski | Review background materials re GM | 0.4 | 330.00 |
| 06/19/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re background. | 0.1 | 82.50 |
| 06/19/08 | Jeffrey H. Davidson | Confer with Isaac M. Pachulski re strategy | 0.5 | 362.50 |
| 06/20/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ██ re contact to Cap Re counsel; prepare correspondence re same | 0.1 | 72.50 |
| 06/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re contact to Cap Re; prepare correspondence re same | 0.1 | 72.50 |
| 06/20/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ prepare correspondence to clients; analyze correspondence from ██████ | 0.2 | 145.00 |
| 06/20/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ prepare correspondence to ██ prepare correspondence to client | 0.2 | 145.00 |
| 06/20/08 | Jeffrey H. Davidson | Analyze correspondence from ████ prepare correspondence to client | 0.2 | 145.00 |
| 06/22/08 | Jeffrey H. Davidson | Analyze discovery strategy (preliminary review) | 2.7 | 1,957.50 |
| 06/23/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ███ re Cap Re call; prepare correspondence re same | 0.1 | 72.50 |
| 06/23/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re Cap Re call | 0.1 | 72.50 |
| 06/23/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re Cap Re call; prepare correspondence to clients re same | 0.2 | 145.00 |
| 06/23/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re Cap Re call; analyze correspondence from ██████ re same; analyze correspondence from ██████ re same; prepare correspondence to Nathan A. Schultz re same; analyze correspondence re same | 0.2 | 145.00 |
| 06/23/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re Cap Re call | 0.1 | 72.50 |
| 06/24/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson. | 0.2 | 165.00 |
| 06/24/08 | Isaac M. Pachulski | Extended conference call clients, and cap re reps; follow-up call Jeffrey H. Davidson; prepare, review e-mails. | 2.5 | 2,062.50 |
| 06/24/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson; review e-mail. | 0.3 | 247.50 |
| 06/24/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson. | 0.1 | 82.50 |
| 06/24/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson; prep. memo | 0.4 | 330.00 |
| 06/24/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 06/24/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ ████ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 06/24/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re strategy | 0.1 | 72.50 |
| 06/24/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ ████ re strategy; telephone conference with ██████ prepare correspondence to ██████ | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/24/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re restricted access to non-public information; prepare correspondence re same | 0.1 | 72.50 |
| 06/24/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re background and strategy | 0.1 | 72.50 |
| 06/24/08 | Jeffrey H. Davidson | Telephone conference with ███████ re background and strategy | 0.4 | 290.00 |
| 06/24/08 | Jeffrey H. Davidson | Conference call with noteholders (including ███████ of Cap Re) and ███████ | 2.2 | 1,595.00 |
| 06/24/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re MSA and GSA; prepare correspondence re same | 0.2 | 145.00 |
| 06/24/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 06/24/08 | Jeffrey H. Davidson | Analyze summary of GSA and MRA | 0.2 | 145.00 |
| 06/24/08 | Nathan A. Schultz | Conference call with ███████ and ███████ | 1.8 | 702.00 |
| 06/24/08 | Nathan A. Schultz | Research re: GSA and MRA | 0.3 | 117.00 |
| 06/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re contact with company; prepare correspondence re same | 0.2 | 145.00 |
| 06/25/08 | Jeffrey H. Davidson | Telephone conference with ███████ and ███████ re strategy | 0.6 | 435.00 |
| 06/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ of CRI | 0.2 | 145.00 |
| 06/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re GM negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 06/26/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re GM negotiations | 0.1 | 72.50 |
| 06/26/08 | Jeffrey H. Davidson | Telephone conference with ███████ re discussions with Company and re strategy | 0.5 | 362.50 |
| 06/26/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski and Nathan A. Schultz re licensing of technology and re negotiations with GM | 0.2 | 145.00 |
| 06/26/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re technology issues and re strategy | 0.2 | 145.00 |
| 06/26/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re technology issues | 0.1 | 72.50 |
| 06/26/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re discussions with Butler and ███████ telephone conference with Jack Butler's office | 0.2 | 145.00 |
| 06/26/08 | Jeffrey H. Davidson | Telephone conference with Jack Butler re plan negotiations and related issues | 0.7 | 507.50 |
| 06/26/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ analyze correspondence from ███████ re same | 0.1 | 72.50 |
| 06/26/08 | Jeffrey H. Davidson | Prepare proposed email to Jack Butler | 0.2 | 145.00 |
| 06/26/08 | Jeffrey H. Davidson | Prepare correspondence to clients re proposed e-mail to Jack Butler re 2019 statements and re noteholder call | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re email to Butler and noteholder call; prepare correspondence re same | 0.1 | 72.50 |
| 06/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re GM issues; prepare correspondence re same; analyze correspondence re same | 0.2 | 145.00 |
| 06/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Butler email and noteholder call; prepare correspondence re same | 0.1 | 72.50 |
| 06/26/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re plan negotiations and strategy | 0.4 | 290.00 |
| 06/27/08 | Isaac M. Pachulski | Review e-mails and telephone conference with Jeffrey H. Davidson. | 0.2 | 165.00 |
| 06/27/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson. | 0.1 | 82.50 |
| 06/27/08 | Isaac M. Pachulski | Participate in part of conference call; telephone conference Jeffrey H. Davidson. | 0.7 | 577.50 |
| 06/27/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Butler discussions; analyze correspondence re same | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Butler discussions; prepare correspondence re same | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re noteholder call | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re bondholders; prepare correspondence re same | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Prepare correspondence to clients re noteholder call | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Butler e-mail | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Rule 2019 strategy; prepare correspondence re same | 0.2 | 145.00 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re noteholder call; prepare correspondence re same; analyze correspondence from ███ re same; analyze correspondence from ███ re same | 0.2 | 145.00 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Prepare memo re strategy to clients | 0.3 | 217.50 |
| 06/27/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Delphi disclosure statement; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/27/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy call | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Conference call with clients & financial advisor | 1.0 | 725.00 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re technology licenses; prepare correspondence re same | 0.2 | 145.00 |
| 06/27/08 | Jeffrey H. Davidson | Analyze disclosure statement re technology licenses to foreign subsidiaries & related portions of liquidation analysis; prepare correspondence re same | 0.2 | 145.00 |
| 06/27/08 | Jeffrey H. Davidson | Telephone conference with ███ prepare correspondence to ███ | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy | 0.9 | 652.50 |
| 06/27/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re Rule 2004 exam strategy | 0.2 | 145.00 |
| 06/27/08 | Jeffrey H. Davidson | Prepare memo re Rule 2004 exam strategy | 0.2 | 145.00 |
| 06/27/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2004 exam strategy & re Marshalling issues re DIP loans | 0.1 | 72.50 |
| 06/27/08 | Jeffrey H. Davidson | Prepare correspondence to Jack Butler re confidetiality agreements; prepare correspondence to clients re same | 0.2 | 145.00 |
| 06/27/08 | Nathan A. Schultz | Research re: disclosure statement | 0.3 | 117.00 |
| 06/27/08 | Nathan A. Schultz | Conference call with noteholders re: confidentiality issues | 0.5 | 195.00 |
| 06/27/08 | Nathan A. Schultz | Exchange emails with Jeffrey H. Davidson re: foreign sub IP rights | 0.2 | 78.00 |
| 06/28/08 | Jeffrey H. Davidson | Analyze correspondence from Jack Butler re NDA's & related issues | 0.2 | 145.00 |
| 06/28/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re technology issues; prepare correspondence re same to Isaac M. Pachulski & Nathan A. Schultz | 0.2 | 145.00 |
| 06/28/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re technology issues | 0.2 | 145.00 |
| 06/28/08 | Jeffrey H. Davidson | Analyze bankruptcy case pleadings (preliminary review) | 2.3 | 1,667.50 |
| 06/30/08 | Isaac M. Pachulski | Review memos. | 0.2 | 165.00 |
| 06/30/08 | Jeffrey H. Davidson | Prepare correspondence to clients re Butler request for NDAs and related matters | 0.2 | 145.00 |
| 06/30/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re technology issues | 0.2 | 145.00 |
| 06/30/08 | Jeffrey H. Davidson | Prepare correspondence to clients re value of foreign subsidiaries and re technology | 0.3 | 217.50 |
| 06/30/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Butler request for NDA | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/01/08 | Isaac M. Pachulski | Review/respond multiple e-mails; telephone conference Jeffrey H. Davidson. | 0.4 | 330.00 |
| 07/01/08 | Isaac M. Pachulski | Review revisions to letter; telephone conference with Eric D. Goldberg. | 0.2 | 165.00 |
| 07/01/08 | Isaac M. Pachulski | Work on confidentiality letter; review draft; review Nathan A. Schultz comments, Elliott revisions; prepare revised draft with comments for clients. | 2.1 | 1,732.50 |
| 07/01/08 | Jeffrey H. Davidson | Telephone conference with ███████ re NDA; telephone conference with Isaac M. Pachulski & Nathan A. Schultz re same | 0.2 | 145.00 |
| 07/01/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA; prepare correspondence re same to clients | 0.2 | 145.00 |
| 07/01/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re discussions with company advisors | 0.2 | 145.00 |
| 07/01/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re noteholder call; prepare correspondence re same; analyze correspondence from ██████ re same; analyze correspondence from ██████ re same | 0.2 | 145.00 |
| 07/01/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy & re confi.; prepare correspondence re same; analyze correspondence from ██████ re same | 0.2 | 145.00 |
| 07/01/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re strategy | 0.1 | 72.50 |
| 07/01/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re agreement; prepare correspondence to ██████ | 0.2 | 145.00 |
| 07/01/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA | 0.2 | 145.00 |
| 07/01/08 | Nathan A. Schultz | Analyze Skadden confidentiality agreement | 0.5 | 195.00 |
| 07/01/08 | Nathan A. Schultz | Revise NDA | 0.8 | 312.00 |
| 07/01/08 | Nathan A. Schultz | Analyze Elliot comments to NDA | 0.3 | 117.00 |
| 07/02/08 | Jeffrey H. Davidson | Analyze confidentiality agreement (preliminary review) & prepare for conference call with clients | 0.7 | 507.50 |
| 07/02/08 | Jeffrey H. Davidson | Conference call with clients re confidentiality agreement & related matters | 0.6 | 435.00 |
| 07/02/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Delphi negotiations | 0.2 | 145.00 |
| 07/02/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Delphi negotiations | 0.2 | 145.00 |
| 07/02/08 | Nathan A. Schultz | Analyze correspondence from Shapiro and ██████ | 0.1 | 39.00 |
| 07/03/08 | Isaac M. Pachulski | Review, respond multiple e-mails re confidentiality agreement; extended conference call with clients re same. | 1.5 | 1,237.50 |
| 07/03/08 | Isaac M. Pachulski | Telephone conference with ██████ (vm); prepare memo ██████ | 0.3 | 247.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/03/08 | Isaac M. Pachulski | Telephone conference with ███ re confidentiality agreement; prepare memo clients re same. | 0.5 | 412.50 |
| 07/03/08 | Isaac M. Pachulski | Second call ███ and prepare memo clients. | 0.5 | 412.50 |
| 07/03/08 | Isaac M. Pachulski | Review e-mail. | 0.1 | 82.50 |
| 07/03/08 | Isaac M. Pachulski | Review e-mail. | 0.1 | 82.50 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re discussions with company; analyze correspondence from ███ re same | 0.2 | 145.00 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA | 0.2 | 145.00 |
| 07/03/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski & Nathan A. Schultz re NDA; analyze correspondence re same | 0.2 | 145.00 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence re noteholder call | 0.1 | 72.50 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re previous NDA; analyze key provisions of previous NDA | 0.3 | 217.50 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence with ███ re NDA | 0.2 | 145.00 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re NDA negotiations & Skadden info request | 0.1 | 72.50 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA; correspondence from ███ re same | 0.1 | 72.50 |
| 07/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA & strategy; analyze correspondence from Isaac M. Pachulski re same; analyze correspondence from ███ re same; analyze correspondence from Nathan A. Schultz re same | 0.2 | 145.00 |
| 07/03/08 | Nathan A. Schultz | Exchange emails with Isaac M. Pachulski re: NDA | 0.3 | 117.00 |
| 07/03/08 | Nathan A. Schultz | Conference call with clients re: NDA's | 0.8 | 312.00 |
| 07/03/08 | Nathan A. Schultz | Analyze Highland prior confidentiality agreement | 0.3 | 117.00 |
| 07/03/08 | Nathan A. Schultz | Conference call with ███ and Isaac M. Pachulski re: NDA | 0.2 | 78.00 |
| 07/03/08 | Nathan A. Schultz | Exchange emails with clients re: Skadden request | 0.1 | 39.00 |
| 07/05/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski & Nathan A. Schultz re strategy | 0.1 | 72.50 |
| 07/07/08 | Isaac M. Pachulski | Prepare for and participate in conference call with clients re confidentiality; review e-mails. | 1.0 | 825.00 |
| 07/07/08 | Isaac M. Pachulski | Telephone conference with Nathan A. Schultz re confidentiality (vm); review, prepare e-mail. | 0.3 | 247.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/07/08 | Isaac M. Pachulski | Review e-mails, pleadings; review matters re confidentiality; telephone conference ████████ office. | 0.4 | 330.00 |
| 07/07/08 | Isaac M. Pachulski | Telephone conference with ████ re confidentiality; follow-up and prepare e-mail. | 0.4 | 330.00 |
| 07/07/08 | Isaac M. Pachulski | Telephone conference with ████ telephone conference with ████ review, prepare multiple e-mails. | 0.9 | 742.50 |
| 07/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ██████ re PBGC liens | 0.2 | 145.00 |
| 07/07/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski & Nathan A. Schultz re PBGC issues | 0.1 | 72.50 |
| 07/07/08 | Jeffrey H. Davidson | Conference call with clients re NDA & strategy | 0.7 | 507.50 |
| 07/07/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re exclusivity order | 0.2 | 145.00 |
| 07/07/08 | Jeffrey H. Davidson | Correspondence re ████████ call | 0.2 | 145.00 |
| 07/07/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re NDA for professionals | 0.1 | 72.50 |
| 07/07/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re NDA negotiations | 0.2 | 145.00 |
| 07/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re NDA strategy; correspondence from Isaac M. Pachulski re same; correspondence from ████████ re same | 0.2 | 145.00 |
| 07/07/08 | Nathan A. Schultz | Conference call with clients from NDA's | 0.6 | 234.00 |
| 07/07/08 | Nathan A. Schultz | Research re exclusivity order | 0.3 | 117.00 |
| 07/07/08 | Nathan A. Schultz | Revise NDA re: professionals only version | 1.3 | 507.00 |
| 07/07/08 | Nathan A. Schultz | Research re DIP orders | 0.2 | 78.00 |
| 07/08/08 | Isaac M. Pachulski | Review matters re confidentiality; telephone conference ████ (vm); telephone conference ████ (vm); telephone conference ████ (vm). | 0.4 | 330.00 |
| 07/08/08 | Isaac M. Pachulski | Review e-mail re confidentiality; draft response and circulate to clients. | 0.3 | 247.50 |
| 07/08/08 | Isaac M. Pachulski | Telephone conference with ████ (vm); prepare memo ████ | 0.3 | 247.50 |
| 07/08/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re proposed response to Skadden re NDA issues; analyze Skadden issues; analyze correspondence from ████████ re same; prepare correspondence to Isaac M. Pachulski re same | 0.3 | 217.50 |
| 07/08/08 | Nathan A. Schultz | Analyze DIP refinancing order | 1.3 | 507.00 |
| 07/09/08 | Isaac M. Pachulski | Telephone conference with ████ re letter to Debtor. | 0.1 | 82.50 |
| 07/09/08 | Isaac M. Pachulski | Telephone conference with ████ | 0.2 | 165.00 |
| 07/09/08 | Isaac M. Pachulski | Review draft letter and prepare memo re same. | 0.2 | 165.00 |
| 07/09/08 | Isaac M. Pachulski | Review, prepare memo. | 0.2 | 165.00 |
| 07/09/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson. | 0.2 | 165.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re inquiry from ███ prepare correspondence re same | 0.1 | 72.50 |
| 07/09/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 07/09/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re ███ issues | 0.1 | 72.50 |
| 07/10/08 | Isaac M. Pachulski | Review, prepare multiple e-mails re NDA and Skadden requests. | 0.5 | 412.50 |
| 07/10/08 | Isaac M. Pachulski | Review, prepare additional e-mails; telephone conference ███ (vm). | 0.3 | 247.50 |
| 07/10/08 | Isaac M. Pachulski | Review/respond additional e-mails; review, prepare memo re PBGC claims. | 0.4 | 330.00 |
| 07/10/08 | Jeffrey H. Davidson | ███ correspondence re same | 0.2 | 145.00 |
| 07/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re representation letter for Delphi; prepare correspondence re same | 0.1 | 72.50 |
| 07/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA negotiation | 0.1 | 72.50 |
| 07/10/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re representation letter for Delphi | 0.1 | 72.50 |
| 07/10/08 | Jeffrey H. Davidson | Correspondence re representation letter for Delphi | 0.2 | 145.00 |
| 07/11/08 | Isaac M. Pachulski | Review/respond e-mail. | 0.1 | 82.50 |
| 07/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ | 0.1 | 72.50 |
| 07/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA negotiations | 0.1 | 72.50 |
| 07/11/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re PBGC issues; prepare correspondence re same | 0.1 | 72.50 |
| 07/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re representation letter for Delphi; analyze correspondence from Isaac M. Pachulski re same | 0.1 | 72.50 |
| 07/11/08 | Mark S. Wallace | Analyze correspondence from Isaac M. Pachulski re PBGC matter. | 0.1 | 62.50 |
| 07/11/08 | Mark S. Wallace | Research re minimum funding waiver. | 1.2 | 750.00 |
| 07/11/08 | Mark S. Wallace | Analyze pleadings re adequate protection stipulation. | 0.3 | 187.50 |
| 07/11/08 | Mark S. Wallace | Analyze pleadings re disclosure statement. | 1.3 | 812.50 |
| 07/12/08 | Jeffrey H. Davidson | Analyze correspondence re NDA, negotiations & strategy | 0.6 | 435.00 |
| 07/14/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re motion to extend exclusivity; prepare correspondence to ███ re same | 0.2 | 145.00 |
| 07/14/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re exclusivity motion; analyze correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/14/08 | Jeffrey H. Davidson | Telephone conference with Nathan A. Schultz re NDA negotiations; conference call with ▓▓▓▓ & Nathan A. Schultz re same | 0.2 | 145.00 |
| 07/14/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re NDA ▓▓▓▓▓▓; prepare correspondence re same | 0.2 | 145.00 |
| 07/14/08 | Jeffrey H. Davidson | Prepare supplemental CRI agreement & correspondence to CRI re same | 0.3 | 217.50 |
| 07/14/08 | Jeffrey H. Davidson | Prepare supplemental HCM agreement & correspondence to HCM re same | 0.3 | 217.50 |
| 07/14/08 | Kendra A. Johnson | Confer with Mark S. Wallace re pleadings filed on behalf of PBGC. | 0.1 | 20.00 |
| 07/14/08 | Kendra A. Johnson | Review docket in Delphi re pleadings filed on behalf of the Pension Benefit Guaranty Corporation | 1.0 | 200.00 |
| 07/14/08 | Kendra A. Johnson | Research and retrieve pleadings re Appaloosa litigation in Delphi proceedings | 0.6 | 120.00 |
| 07/14/08 | Mark S. Wallace | Analyze pleadings re disclosure statement. | 2.1 | 1,312.50 |
| 07/14/08 | Nathan A. Schultz | Telephone conference with Jeffrey H. Davidson re: rep. letters | 0.1 | 39.00 |
| 07/14/08 | Nathan A. Schultz | Telephone conference with ▓▓▓▓ and Jeffrey H. Davidson re: status of rep letters, etc. | 0.2 | 78.00 |
| 07/14/08 | Nathan A. Schultz | Confer with Mark S. Wallace re: PBGC liens | 0.2 | 78.00 |
| 07/14/08 | Nathan A. Schultz | Exchange emails with Jeffrey H. Davidson re: rep. letter template | 0.1 | 39.00 |
| 07/14/08 | Nathan A. Schultz | Research re: exclusivity extension post confirmation | 1.5 | 585.00 |
| 07/14/08 | Nathan A. Schultz | Analyze plan re: plan withdrawal revocation | 0.3 | 117.00 |
| 07/15/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ prepare correspondence re same | 0.1 | 72.50 |
| 07/15/08 | Jeffrey H. Davidson | Prepare correspondence to ▓▓▓▓ re NDA issues; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/15/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re ▓▓▓▓ for Delphi/Skadden; prepare correspondence re same | 0.2 | 145.00 |
| 07/15/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re supplement; prepare correspondence re same | 0.2 | 145.00 |
| 07/15/08 | Mark S. Wallace | Analyze documents re financial statement re pensions and pension operations. | 1.7 | 1,062.50 |
| 07/15/08 | Mark S. Wallace | Analyze documents re disclosure statement. | 1.6 | 1,000.00 |
| 07/15/08 | Mark S. Wallace | Research re minimum funding rules. | 1.8 | 1,125.00 |
| 07/15/08 | Mark S. Wallace | Analyze pleadings re plan of reorganization. | 0.9 | 562.50 |
| 07/15/08 | Nathan A. Schultz | Prepare memo re: exclusivity | 3.5 | 1,365.00 |
| 07/16/08 | Jeffrey H. Davidson | Prepare correspondence to ▓▓▓▓ re ▓▓▓▓ letter for Delphi; analyze correspondence from ▓▓▓▓ re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/16/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ re NDA ▮▮▮▮▮▮ letter issues; correspondence re same | 0.2 | 145.00 |
| 07/16/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ re NDA negotiations ▮▮▮▮ | 0.2 | 145.00 |
| 07/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮ re ▮▮▮▮▮ or Delphi; prepare correspondence re same | 0.1 | 72.50 |
| 07/16/08 | Jeffrey H. Davidson | Prepare memo re NDA issues & correspondence re same | 0.2 | 145.00 |
| 07/16/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re supplement | 0.1 | 72.50 |
| 07/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA ▮▮▮▮▮ prepare correspondence re same | 0.2 | 145.00 |
| 07/16/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re Elliott | 0.1 | 72.50 |
| 07/16/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re representation letter | 0.1 | 72.50 |
| 07/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re CRI ▮▮▮▮▮▮; prepare correspondence re same | 0.2 | 145.00 |
| 07/16/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re Highland & CRI ▮▮▮ | 0.1 | 72.50 |
| 07/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re CRI ▮▮▮▮▮ & related matters; prepare correspondence re same | 0.2 | 145.00 |
| 07/16/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re CRI issues re ▮▮▮▮ ▮▮▮ analyze correspondence re same | 0.2 | 145.00 |
| 07/16/08 | Jeffrey H. Davidson | Prepare correspondence to clients re ▮▮▮▮ s for Delphi | 0.1 | 72.50 |
| 07/16/08 | Mark S. Wallace | Analyze pleadings re PBGC filings. | 1.4 | 875.00 |
| 07/16/08 | Nathan A. Schultz | Exchange emails with Jeffrey H. Davidson re: CRI rep. letter | 0.1 | 39.00 |
| 07/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re ▮▮▮▮▮; prepare correspondence re same | 0.1 | 72.50 |
| 07/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re strategy | 0.1 | 72.50 |
| 07/17/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re ▮▮▮▮▮; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/17/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re CRI ▮▮▮▮; prepare correspondence re same | 0.1 | 72.50 |
| 07/17/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ re strategy | 0.5 | 362.50 |
| 07/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re discussions with Delphi; prepare correspondence re same | 0.2 | 145.00 |
| 07/17/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re Delphi NDA negotiations | 0.1 | 72.50 |
| 07/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re strategy; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/17/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re NDA issues & strategy; prepare correspondence re same | 0.2 | 145.00 |
| 07/17/08 | Mark S. Wallace | Analyze pleadings re PBGC activity in case. | 2.8 | 1,750.00 |
| 07/17/08 | Mark S. Wallace | Analyze documents re minimum funding waivers. | 0.8 | 500.00 |
| 07/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi negotiations | 0.1 | 72.50 |
| 07/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi negotiations; correspondence from ███ re same; correspondence from ███ re same; correspondence from ███ re same; prepare correspondence re same | 0.2 | 145.00 |
| 07/18/08 | Jeffrey H. Davidson | Telephone conference with ███ re Delphi NDA negotiations | 0.1 | 72.50 |
| 07/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re noteholder call; prepare correspondence re same | 0.1 | 72.50 |
| 07/18/08 | Jeffrey H. Davidson | Conference call with noteholders & advisors re strategy | 0.8 | 580.00 |
| 07/18/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re NDA; analyze correspondence from Nathan A. Schultz re same | 0.2 | 145.00 |
| 07/18/08 | Jeffrey H. Davidson | Conference call with ███ re NDA issues | 0.4 | 290.00 |
| 07/18/08 | Jeffrey H. Davidson | Prepare memo re Skadden negotiations over form of NDA & related issues | 0.3 | 217.50 |
| 07/18/08 | Mark S. Wallace | Analyze IRS funding waiver rulings. | 1.3 | 812.50 |
| 07/18/08 | Mark S. Wallace | Research re PBGC statutory liens. | 1.6 | 1,000.00 |
| 07/18/08 | Mark S. Wallace | Analyze basis for PBGC action. | 0.7 | 437.50 |
| 07/18/08 | Nathan A. Schultz | Conference call with bondholders re: debtor discussions, etc. | 0.7 | 273.00 |
| 07/18/08 | Nathan A. Schultz | Revise NDA form for bondholders | 1.2 | 468.00 |
| 07/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA & Reg. FD issues | 0.1 | 72.50 |
| 07/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 07/19/08 | Jeffrey H. Davidson | Revise Delphi NDA; analyze previous correspondence & drafts re same | 2.8 | 2,030.00 |
| 07/19/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re Delphi NDA | 0.2 | 145.00 |
| 07/19/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re NDA revisions; analyze correspondence re same | 0.1 | 72.50 |
| 07/20/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re Rule 2019 statement | 0.2 | 145.00 |
| 07/20/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re Rule 2019 statement & re strategy | 0.2 | 145.00 |
| 07/21/08 | Isaac M. Pachulski | Review multiple e-mails from prior week. | 0.4 | 330.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re discussions with Cap Re | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA; prepare correspondence re same to Nathan A. Schultz | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement & re strategy | 0.1 | 72.50 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re revisions to NDA; review NDA | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re revisions to NDA | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Prepare correspondence to clients re revisions to NDA | 0.1 | 72.50 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Lehman confi.; prepare correspondence to ███ re same | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA | 0.1 | 72.50 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Prepare correspondence to clients re NDA | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re summary for boards of retail funds | 0.1 | 72.50 |
| 07/21/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re summary for boards of retail funds | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA; correspondence from ███ re same | 0.1 | 72.50 |
| 07/21/08 | Jeffrey H. Davidson | Prepare Rule 2019 statement; correspondence re same | 0.2 | 145.00 |
| 07/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re revisions to NDA | 0.1 | 72.50 |
| 07/21/08 | Mark S. Wallace | Prepare outline re pension issues. | 1.3 | 812.50 |
| 07/21/08 | Mark S. Wallace | Research re pension-related excise taxes. | 1.1 | 687.50 |
| 07/21/08 | Nathan A. Schultz | Exchange emails with Jeffrey H. Davidson re: NDA | 0.2 | 78.00 |
| 07/21/08 | Nathan A. Schultz | Prepare 2019 statement | 1.0 | 390.00 |
| 07/21/08 | Nathan A. Schultz | Revise 2019 statement | 0.1 | 39.00 |
| 07/22/08 | Isaac M. Pachulski | Review multiple e-mails, case status; telephone conference Jeffrey H. Davidson. | 0.8 | 660.00 |
| 07/22/08 | Isaac M. Pachulski | Review multiple e-mails from prior week and respond as appropriate. | 0.8 | 660.00 |
| 07/22/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re noteholder call re Daigle discussions; correspondence from ███ re same; correspondence from ███ re same; correspondence from ███ re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/22/08 | Jeffrey H. Davidson | Conference call with clients & advisors re Daigle discussions & negotiation strategy | 0.6 | 435.00 |
| 07/22/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███ re NDA; prepare correspondence to clients re same | 0.1 | 72.50 |
| 07/22/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re Rule 2019 statement | 0.1 | 72.50 |
| 07/22/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███ preliminary review of Wilmington Trust complaint to revoice confirmation; prepare correspondence re same | 0.3 | 217.50 |
| 07/22/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Wilmington Trust complaint to revoice confirmation | 0.1 | 72.50 |
| 07/22/08 | Kendra A. Johnson | Retrieve recent docket in Delphi proceedings; download documents | 0.5 | 100.00 |
| 07/22/08 | Kendra A. Johnson | Analyze correspondence from Mark S. Wallace re claims filed on behalf of Pension Benefit Guaranty Corp.; respond to same | 0.1 | 20.00 |
| 07/22/08 | Kendra A. Johnson | Research re claims filed on behalf of Pension Benefit Guaranty Corp.; retrieve same | 0.7 | 140.00 |
| 07/22/08 | Mark S. Wallace | Analyze correspondence from Nathan A. Schultz re adequate protection matter. | 0.1 | 62.50 |
| 07/22/08 | Mark S. Wallace | Analyze pleadings re adequate protection matter. | 0.8 | 500.00 |
| 07/22/08 | Nathan A. Schultz | Exchange emails with Jeffrey H. Davidson re: Wilmington Trust complaint | 0.1 | 39.00 |
| 07/22/08 | Nathan A. Schultz | Analyze Wilmington Trust complaint re: revocation | 0.3 | 117.00 |
| 07/23/08 | Isaac M. Pachulski | Review/respond memo re 2019 Statement; review draft, work on related matters. | 0.2 | 165.00 |
| 07/23/08 | Isaac M. Pachulski | Review memos re 2019 issues; review/respond memo re Rule 2019 statement, review pleading. | 0.4 | 330.00 |
| 07/23/08 | Isaac M. Pachulski | Review, respond memo. | 0.1 | 82.50 |
| 07/23/08 | Isaac M. Pachulski | Review memo re issues re confidentiality agreement; review exclusivity motion. | 0.5 | 412.50 |
| 07/23/08 | Isaac M. Pachulski | Review e-mails re NDA issues. | 0.2 | 165.00 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re NDA issues | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re distributions; prepare correspondence re same | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Conference call with clients, advisors, ██████████████ | 0.5 | 362.50 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re plan negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Telephone conference with ████████ ██████████ (attorneys for SAC) re NDA | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Telephone conference with ████████ ███████ re NDA issues | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re Rule 2019 statement; prepare correspondence re same & re NDA | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Prepare correspondence to clients re Reg FD issue & NDA negotiations | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement; prepare correspondence re same | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Prepare correspondence to ███████████ re Reg FD issues & NDA issues | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re securities call | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re securities call; prepare correspondence re same | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statements & prior discussions; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Telephone conference with ███████ re Reg. FD issues | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Prepare correspondence to ███████████ re Reg FD issues; correspondence from ██████ re same | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re NDA & related issues; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re Reg FD issues and proposed NDA | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re revisions to NDA | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA issues; prepare correspondence re same | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re NDA & Reg. FD issue; prepare correspondence re same | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA & related issues | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re NDA & related issues; correspondence to clients re same | 0.2 | 145.00 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA issues; prepare correspondence re same | 0.1 | 72.50 |
| 07/23/08 | Jeffrey H. Davidson | Conference call with ██████████ re Reg FD issues | 0.4 | 290.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/23/08 | Mark S. Wallace | Confer with Nathan A. Schultz re PBGC adequate protection matter. | 0.3 | 187.50 |
| 07/23/08 | Nathan A. Schultz | Conference call with ███████ and bondholders | 0.5 | 195.00 |
| 07/23/08 | Nathan A. Schultz | Confer with Mark S. Wallace re: PBGC | 0.4 | 156.00 |
| 07/23/08 | Nathan A. Schultz | Research re previous 2019 filings | 0.5 | 195.00 |
| 07/23/08 | Nathan A. Schultz | Research re 2019 requirements applied to non-committees | 1.5 | 585.00 |
| 07/24/08 | Isaac M. Pachulski | Review e-mails re 2019 Statement, NDA issues. | 0.3 | 247.50 |
| 07/24/08 | Isaac M. Pachulski | Review e-mails re Rule 2019. | 0.1 | 82.50 |
| 07/24/08 | Isaac M. Pachulski | Review e-mails re confidentiality agreement. | 0.2 | 165.00 |
| 07/24/08 | Isaac M. Pachulski | Review memo; telephone conference with ███ re Rule 2019. | 0.1 | 82.50 |
| 07/24/08 | Isaac M. Pachulski | Review e-mail to clients. | 0.1 | 82.50 |
| 07/24/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re strategy; prepare correspondence to ██████ re same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/24/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement | 0.1 | 72.50 |
| 07/24/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 07/24/08 | Jeffrey H. Davidson | Telephone conference with ██████ re NDA | 0.1 | 72.50 |
| 07/24/08 | Jeffrey H. Davidson | Conference call with ██████ re NDA issues | 0.2 | 145.00 |
| 07/24/08 | Jeffrey H. Davidson | Conference call with ██████ re NDA issues | 0.4 | 290.00 |
| 07/24/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re NDA & strategy | 0.2 | 145.00 |
| 07/24/08 | Jeffrey H. Davidson | Telephone conference with ██████ re Rule 2019 statement; analyze correspondence from ██████ re same; prepare correspondence to ██████ re same | 0.2 | 145.00 |
| 07/24/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 07/24/08 | Jeffrey H. Davidson | Prepare memo to clients re NDA negotiations & related matters | 0.4 | 290.00 |
| 07/24/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Rule 2019 statement | 0.1 | 72.50 |
| 07/24/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA & strategy | 0.1 | 72.50 |
| 07/24/08 | Nathan A. Schultz | Prepare correspondence to bondholders re: 2019 | 0.1 | 39.00 |
| 07/24/08 | Nathan A. Schultz | Telephone conference with TP re: 2019 information | 0.1 | 39.00 |
| 07/24/08 | Nathan A. Schultz | Exchange emails with Jeffrey H. Davidson and Isaac M. Pachulski re: 2019 | 0.2 | 78.00 |
| 07/25/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 07/25/08 | Isaac M. Pachulski | Review draft NDA; prepare memo; review e-mails. | 0.4 | 330.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/25/08 | Isaac M. Pachulski | Review memo. | 0.1 | 82.50 |
| 07/25/08 | Isaac M. Pachulski | Review memo. | 0.1 | 82.50 |
| 07/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ ▮▮▮ re strategy | 0.1 | 72.50 |
| 07/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re NDA; prepare correspondence re same; review NDA draft re same | 0.2 | 145.00 |
| 07/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re strategy | 1.6 | 1,160.00 |
| 07/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re Rule 2019 statement; prepare correspondence re same | 0.1 | 72.50 |
| 07/25/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski & Nathan A. Schultz re strategy & re 2019 statement | 0.2 | 145.00 |
| 07/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ prepare correspondence to ▮▮ | 0.1 | 72.50 |
| 07/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re Delphi contact; prepare correspondence re same | 0.2 | 145.00 |
| 07/25/08 | Mark S. Wallace | Analyze documents re PBGC claims. | 0.2 | 125.00 |
| 07/27/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re negotiations with Delphi & strategy | 0.2 | 145.00 |
| 07/27/08 | Jeffrey H. Davidson | Prepare correspondence to clients re noteholder call | 0.1 | 72.50 |
| 07/28/08 | Isaac M. Pachulski | Review multiple e-mails re various issues. | 0.4 | 330.00 |
| 07/28/08 | Isaac M. Pachulski | Extended conference call with clients. | 1.1 | 907.50 |
| 07/28/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re strategic call; correspondence from ▮▮▮ re same; correspondence from ▮▮▮ re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re Delphi hearing on adversary proceeding against Appaloosa | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re Rule 2019 statement & re Cap Re input; prepare correspondence re same to Nathan A. Schultz | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re Rule 2019 statement & re Cap Re input; analyze correspondence from ▮▮▮ re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re input from Cap Re; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re Rule 2019 statement & other matters | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re Cap Re input; prepare correspondence re same to ▮▮▮ prepare correspondence to clients | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement; prepare correspondence to ██████████ re same; prepare correspondence to Nathan A. Schultz re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re specific performance ruling; prepare correspondence re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re NDA; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ e Cap Re input | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement; prepare correspondence re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re NDA issues & ██████████ message re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement; correspondence from ██████████ re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Prepare correspondence to ██████████ re agreement & supplement | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re noteholder call; prepare correspondence to noteholders re same; correspondence from ██████████ re same; correspondence from ██████████ re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re noteholder call; prepare correspondence re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re Rule 2019 statement; prepare correspondence re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re noteholder call; prepare correspondence re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Conference call with noteholders & financial advisors re strategy & re NDA | 1.2 | 870.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement; prepare correspondence re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Telephone conference with ██████████ re NDA issues | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Prepare correspondence to ██████████ re NDA & re Reg. FD issues; prepare correspondence to clients re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███re Skadden call; correspondence from ███ ███re Skadden call; correspondence from Martin Sklar re Skadden call; prepare correspondence re Skadden call | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re regulation FD issue; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Cap Re input for letter to company; prepare correspondence to ███ re same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/28/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re blocking position | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re blocking position; prepare correspondence re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy | 0.9 | 652.50 |
| 07/28/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re Rule 2019 statement; analyze correspondence from Nathan A. Schultz re same | 0.1 | 72.50 |
| 07/28/08 | Jeffrey H. Davidson | Prepare correspondence to Nathan A. Schultz re Prudential Lines injunction; correspondence from Nathan A. Schultz re same | 0.1 | 72.50 |
| 07/28/08 | Nathan A. Schultz | Telephone conference with ███ re: 2019 statement | 0.1 | 39.00 |
| 07/28/08 | Nathan A. Schultz | Exchange emails with Jeffrey H. Davidson re: 2019 | 0.2 | 78.00 |
| 07/28/08 | Nathan A. Schultz | Exchange emails with ███ re: 2019 | 0.1 | 39.00 |
| 07/28/08 | Nathan A. Schultz | Revise 2019 statement | 0.2 | 78.00 |
| 07/28/08 | Nathan A. Schultz | Prepare correspondence to clients re: 2019 statement | 0.1 | 39.00 |
| 07/29/08 | Isaac M. Pachulski | Review e-mails re NDA, trading order, other issues. | 0.4 | 330.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re comments on NDA | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Rule 2019 statement; prepare correspondence re same | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Prepare correspondence to clients re NDA & strategy | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Rule 2019 statement; correspondence from ███ re same | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re Prudential Lines injunction | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Telephone conference with ███ re Appaloosa litigation & re input on letter to Delphi | 0.3 | 217.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re revisions to NDA | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Prudential Lines injunction | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re NDA issues; prepare correspondence to clients re same; analyze correspondence from ███ re same | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA issues; correspondence from ███ re same | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA negotiations; correspondence from ███ re Cap Re input; prepare correspondence re same | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA & strategy | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA & strategy; prepare correspondence re same | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze memo re Prudential Lines issues & Delphi trading order; prepare correspondence re same | 0.3 | 217.50 |
| 07/29/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re "Prudential Lines" order | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Telephone conference with ███ re NDA issues & re Rule 2019 statement | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re Rule 2019 statement & re NDA issues | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Prudential Lines issues; prepare correspondence re same | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA & Rule 2019 statement; prepare correspondence to Nathan A. Schultz re same | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re noteholder call; prepare correspondence re same | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Prepare correspondence to clients re noteholder call; correspondence from ███ re same | 0.1 | 72.50 |
| 07/29/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re NDA negotiations; prepare correspondence to clients re same | 0.2 | 145.00 |
| 07/29/08 | Jeffrey H. Davidson | Prepare correspondence to clients re Prudential Lines issues | 0.2 | 145.00 |
| 07/29/08 | Kendra A. Johnson | Review Delphi docket re pleadings related to Final Trading Order | 1.0 | 200.00 |
| 07/29/08 | Kendra A. Johnson | Retrieve docket and various pleadings in Delphi proceedings | 0.5 | 100.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/29/08 | Kendra A. Johnson | Prepare pleadings re Pro Hac Vice applications for Isaac M. Pachulski and Jeffrey H. Davidson and Notice of Appearance in Delphi proceedings | 1.2 | 240.00 |
| 07/29/08 | Mark S. Wallace | Analyze correspondence from Jeffrey H. Davidson re Prudential Lines injunction. | 0.1 | 62.50 |
| 07/29/08 | Mark S. Wallace | Analyze correspondence from Nathan A. Schultz re Prudential Lines injunction. | 0.1 | 62.50 |
| 07/29/08 | Mark S. Wallace | Prepare correspondence to Nathan A. Schultz re Prudential Lines injunction. | 0.2 | 125.00 |
| 07/29/08 | Mark S. Wallace | Analyze pleadings re final trading order. | 1.6 | 1,000.00 |
| 07/29/08 | Mark S. Wallace | Prepare correspondence to Nathan A. Schultz re final trading order. | 0.7 | 437.50 |
| 07/29/08 | Mark S. Wallace | Analyze correspondence from Nathan A. Schultz re final trading order. | 0.1 | 62.50 |
| 07/29/08 | Mark S. Wallace | Analyze correspondence from Jeffrey H. Davidson re final trading order. | 0.1 | 62.50 |
| 07/29/08 | Mark S. Wallace | Prepare correspondence to Jeffrey H. Davidson re final trading order analysis. | 0.1 | 62.50 |
| 07/29/08 | Mark S. Wallace | Analyze correspondence from ▓▓▓▓ re Prudential Lines injunction. | 0.2 | 125.00 |
| 07/29/08 | Nathan A. Schultz | Analyze final claims trade order | 1.0 | 390.00 |
| 07/29/08 | Nathan A. Schultz | Research re 2019 statement service | 0.3 | 117.00 |
| 07/30/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.2 | 165.00 |
| 07/30/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re Prudential Lines issues; prepare correspondence re same | 0.2 | 145.00 |
| 07/30/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re NDA; prepare correspondence to clients re same; prepare correspondence to ▓▓▓▓ re same | 0.2 | 145.00 |
| 07/30/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re NDA | 0.1 | 72.50 |
| 07/30/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓▓ re NDA negotiations | 0.2 | 145.00 |
| 07/30/08 | Jeffrey H. Davidson | Conference call with clients & advisors re NDA and related issues | 1.0 | 725.00 |
| 07/30/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 07/30/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re agreements; prepare correspondence re same; revise agreement | 0.2 | 145.00 |
| 07/30/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re Rule 2019 statement; prepare correspondence re same | 0.1 | 72.50 |
| 07/30/08 | Jeffrey H. Davidson | Analyze comments on NDA; analyze Skadden revisions to NDA | 0.8 | 580.00 |
| 07/30/08 | Nathan A. Schultz | Finalize and file 2019 statement | 0.5 | 195.00 |
| 07/31/08 | Jeffrey H. Davidson | Prepare revised NDA for principals; analyze previous draft re same | 2.9 | 2,102.50 |
| 07/31/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re revised NDA | 0.2 | 145.00 |
| 07/31/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ re agreements; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/31/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 07/31/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA | 0.1 | 72.50 |
| 07/31/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 07/31/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ re revisions to NDA & related issues | 0.3 | 217.50 |
| 07/31/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 07/31/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ re NDA | 0.1 | 72.50 |
| 07/31/08 | Jeffrey H. Davidson | Revise NDA | 0.6 | 435.00 |
| 07/31/08 | Jeffrey H. Davidson | Prepare correspondence to clients re revised NDA | 0.2 | 145.00 |
| 07/31/08 | Kendra A. Johnson | Review docket re trade restriction orders. | 1.2 | 240.00 |
| 07/31/08 | Mark S. Wallace | Analyze pleadings re final trading order. | 0.8 | 500.00 |
| 08/01/08 | Isaac M. Pachulski | Review multiple e-mails re NDA. | 0.3 | 247.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from Andre ▮▮▮ re NDA | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze NDA re revisions | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ re NDA issues & strategy | 1.1 | 797.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re revisions to NDA | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA revisions; prepare correspondence re same | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re NDA revisions | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Revise NDA | 0.3 | 217.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ ▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re NDA; prepare correspondence re same | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re NDA revisions | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re revisions to NDA; prepare correspondence re same | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re revisions to NDA | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Revise NDA | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ ▮▮ re NDA | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ ▮▮ re NDA; prepare correspondence re same; correspondence from ▮▮▮ ▮▮ re same | 0.2 | 145.00 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ ▮▮ re NDA | 0.1 | 72.50 |
| 08/01/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; correspondence from ▮▮▮ ▮▮ re same | 0.1 | 72.50 |
| 08/02/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re NDA; analyze correspondence from ▮ re same | 0.2 | 145.00 |
| 08/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re revisions to NDA | 0.2 | 145.00 |
| 08/03/08 | Jeffrey H. Davidson | Analyze NDA re proposed revisions | 0.4 | 290.00 |
| 08/03/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re revisions to NDA | 0.4 | 290.00 |
| 08/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/03/08 | Jeffrey H. Davidson | Revise NDA | 0.4 | 290.00 |
| 08/03/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re NDA; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re NDA; correspondence from ▮▮▮▮ re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re discussions with Delphi | 0.1 | 72.50 |
| 08/04/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re NDA negotiations & re plan strategy | 0.6 | 435.00 |
| 08/04/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re agreements; analyze correspondence re same | 0.1 | 72.50 |
| 08/04/08 | Jeffrey H. Davidson | Prepare correspondence to Kendra A. Johnson re DIP pleadings & orders; analyze correspondence re same | 0.1 | 72.50 |
| 08/04/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re DIP orders & pleadings | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/04/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re Delphi motions and orders re DIP financing; respond to same | 0.1 | 20.00 |
| 08/04/08 | Kendra A. Johnson | Review Delphi docket re motions and orders related to DIP financing | 2.0 | 400.00 |
| 08/05/08 | Isaac M. Pachulski | Review multiple e-mails re NDA, other issues. | 0.3 | 247.50 |
| 08/05/08 | Isaac M. Pachulski | Review/comment e-mail and draft response. | 0.2 | 165.00 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 08/05/08 | Jeffrey H. Davidson | Telephone conference with ██████████ ██████████ re NDA issues | 0.5 | 362.50 |
| 08/05/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re NDA | 0.2 | 145.00 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re NDA negotiations | 0.1 | 72.50 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ███ re NDA negotiations | 0.1 | 72.50 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ███ re NDA negotiations; analyze list of NDA issues | 0.3 | 217.50 |
| 08/05/08 | Jeffrey H. Davidson | Prepare draft of response to ███████ re NDA; prepare correspondence to clients & advisors re same | 0.3 | 217.50 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re response to Delphi; prepare correspondence re same | 0.2 | 145.00 |
| 08/05/08 | Jeffrey H. Davidson | Revise draft response to Delphi; prepare correspondence to clients & advisors re same | 0.2 | 145.00 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ ███ re NDA negotiations | 0.1 | 72.50 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 08/05/08 | Jeffrey H. Davidson | Analyze correspondence from Nathan A. Schultz re bond holdings | 0.1 | 72.50 |
| 08/05/08 | Nathan A. Schultz | Review and revise pro hac vice's and notice of appearance | 0.5 | 195.00 |
| 08/06/08 | Isaac M. Pachulski | Review memos re NDA issues. | 0.3 | 247.50 |
| 08/06/08 | Isaac M. Pachulski | Review, respond e-mails. | 0.3 | 247.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re NDA negotiations | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Conference call with ███████ & ███████ re NDA negotiations; conference call with ███████ ███████ re same | 1.2 | 870.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓▓ ▓▓▓▓▓ re NDA negotiations | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Revise response to ▓▓▓▓▓▓ | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re response to ▓▓▓▓▓ | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓▓ ▓▓▓▓▓re NDA negotiations | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from re revisions to response to ▓▓▓ | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from re exclusivity waiver; prepare correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ re response to ▓▓▓; correspondence from ▓▓▓▓▓ re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ re response to ▓▓▓▓▓prepare correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze response to ▓▓▓▓▓ | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Prepare notice of appearance & pro hac vice application; correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze bondholdings spreadsheet ▓▓▓▓▓ | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Prepare correspondence to ▓▓▓▓▓ re NDA negotiations; analyze correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓▓▓ re NDA negotiations; conference call with ▓▓▓▓▓ and ▓▓▓▓▓ re same; conference call with ▓▓▓▓▓ and ▓▓▓ re same | 1.7 | 1,232.50 |
| 08/06/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓▓▓ re status & plan process | 0.3 | 217.50 |
| 08/06/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓▓▓ re strategy, re plan issues & re GM negotiations | 1.6 | 1,160.00 |
| 08/06/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re strategy; analyze correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ re discussions with committee & strategy; prepare correspondence to ▓▓▓▓▓ re same | 0.2 | 145.00 |
| 08/06/08 | Kendra A. Johnson | Review docket re orders and motions filed re DIP financing | 1.0 | 200.00 |
| 08/07/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.2 | 165.00 |
| 08/07/08 | Isaac M. Pachulski | Review, respond multiple e-mails; review draft guaranty; prepare memo re issues re same. | 0.7 | 577.50 |
| 08/07/08 | Isaac M. Pachulski | Review memo re exclusivity issues. | 0.2 | 165.00 |
| 08/07/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ ▓▓▓▓▓ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ████ re GM Financing proposal; analyze article re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re GM Financing & re DIP financing; prepare correspondence to Kendra A. Johnson re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ & excerpts from GM 10-Q; prepare correspondence re same; correspondence from ████ re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re GM financing for Delphi | 0.3 | 60.00 |
| 08/07/08 | Kendra A. Johnson | Research Docket re GM Financing for Delphi | 0.3 | 60.00 |
| 08/08/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.3 | 247.50 |
| 08/08/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re GM Motion, strategy; review multiple e-mails. | 0.6 | 495.00 |
| 08/08/08 | Isaac M. Pachulski | Conference call clients, Jeffrey H. Davidson. | 1.6 | 1,320.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Telephone conference with ████ re strategy | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re noteholder call; correspondence from ████ re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ████ & report on GM 10-Q | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to clients re noteholder call; analyze correspondence from ████ re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze Delphi's motion to amend GM advance arrangement (preliminary review) | 0.4 | 290.00 |
| 08/08/08 | Jeffrey H. Davidson | Telephone conference with ████ re status & strategy | 0.5 | 362.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/08/08 | Jeffrey H. Davidson | Conference call with noteholders re GM arrangement amendment & re strategy | 1.6 | 1,160.00 |
| 08/08/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC claims & liens & related issues | 0.3 | 217.50 |
| 08/08/08 | Jeffrey H. Davidson | Confer with Isaac M. Pachulski re objection to motion to amend GM amendment; correspondence re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re possible objection to amended GM arrangement; prepare correspondence to ███████ re same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re motion to amend/expand GM arrangement; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to clients re objection & litigation | 0.3 | 217.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze financial data | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re strategy & noteholder call; correspondence from ███████ re same; prepare correspondence to clients re same; prepare correspondence to Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ & report re GM Financing; prepare correspondence re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ to ███████ re NDA meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Prepare memo re developments & strategy & correspondence to Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re noteholder call; correspondence from ███████ re same; prepare correspondence re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re indenture trustee | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to counsel for IT; prepare correspondence to ███████ re same; analyze correspondence from ███████ re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re strategy | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy & re GM loans; prepare correspondence re same | 0.2 | 145.00 |
| 08/08/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re PBGC claims and liens. | 0.2 | 125.00 |
| 08/09/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/09/08 | Isaac M. Pachulski | Review memos. | 0.2 | 165.00 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re objection to motion to amend GM arrangement | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/09/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re hearing on objection to GM amendment; analyze correspondence re same | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Correspondence re PHVs and notice of appearance; correspondence re local rules | 0.3 | 217.50 |
| 08/09/08 | Jeffrey H. Davidson | Analyze financial information | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Prepare correspondence to Kendra A. Johnson re court filings; analyze correspondence re same | 0.1 | 72.50 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ██ re NDA negotiations; correspondence from ████ ███ re same; prepare correspondence to ██ ███ re same | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Prepare correspondence to clients re NDA negotiations & meeting with Delphi | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ██ re NDA negotiations & meeting; correspondence from ████ re same | 0.1 | 72.50 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; prepare correspondence to ████ re same | 0.2 | 145.00 |
| 08/10/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re PHV's & notice of appearance; prepare correspondence re same | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ██ re motion to amend GM arrangement; prepare correspondence to clients re same | 0.1 | 72.50 |
| 08/10/08 | Jeffrey H. Davidson | Prepare correspondence to clients re NDA negotiations | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from █ ██ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Prepare correspondence to Highland Capital re objection to GM amendment | 0.1 | 72.50 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ██ re meeting with Delphi/Skadden; prepare correspondence re same; correspondence from ███ re call with | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re meeting with Delphi | 0.1 | 72.50 |
| 08/10/08 | Kendra A. Johnson | Finalize and electronically file Pro Hac Vice Motions for Isaac M. Pachulski and Jeffrey H. Davidson and Notice of Appearance | 1.3 | 260.00 |
| 08/10/08 | Kendra A. Johnson | Prepare correspondence to Judge Robert Drain re entry of orders approving pro hac vice applications for Isaac M. Pachulski and Jeffrey H. Davidson | 0.4 | 80.00 |
| 08/11/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.3 | 247.50 |
| 08/11/08 | Isaac M. Pachulski | Review correspondence. | 0.1 | 82.50 |
| 08/11/08 | Isaac M. Pachulski | Review memos re financial results. | 0.2 | 165.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re motion to amend GM arrangement; prepare correspondence to clients re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re NDA negotiations & meeting; prepare correspondence re same; correspondence from ████████ re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze financial report on Delphi 2Q results | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Cap Re call; correspondence from █████ re same; correspondence from █████ re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re NDA negotiations & meeting ; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re NDA negotiations & meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA negotiations & meeting; prepare correspondence to █████ re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ & ██████ re motion to amend GM arrangement | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy & Delphi negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re Delphi meeting; analyze correspondence re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Delphi negotiations; analyze correspondence from █████████ re same; prepare correspondence to █████ re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re objection to GM amendment; prepare correspondence re same; telephone conference re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Delphi negotiations; prepare correspondence to █████ re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Telephone conference with ██████ re objection to GM amendment; prepare correspondence re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Delphi negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re motion to amend GM arrangement | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Delphi meeting; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re Delphi meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare response to ███ prepare correspondence to clients re same; analyze correspondence from ███ re same; correspondence from ███ re same | 0.3 | 217.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re objection to amendment of GM arrangement | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA negotiations; correspondence from ███ re same | 0.1 | 72.50 |
| 08/11/08 | Mark S. Wallace | Research re unfunded benefits liability and re liability of members of controlled group. | 3.3 | 2,062.50 |
| 08/12/08 | Christine M. Pajak | Confer with Jeffrey H. Davidson and Eric D. Goldberg re background and issues for Objection to GM Financing Amendment | 1.0 | 420.00 |
| 08/12/08 | Christine M. Pajak | Analyze and research Delphi documents for Objection to GM Financing Amendment | 4.0 | 1,680.00 |
| 08/12/08 | Eric D. Goldberg | Attend meeting with Christine M. Pajak and Jeffrey H. Davidson re GM motion and response | 1.0 | 615.00 |
| 08/12/08 | Eric D. Goldberg | Analyze docs. and pleadings re GM motion | 3.1 | 1,906.50 |
| 08/12/08 | Isaac M. Pachulski | Conference office attorneys re strategy, pending motion & objection. | 1.0 | 825.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi meeting; correspondence from ███ re same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re Delphi meeting & NDA negotiations; correspondence from ███ re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re objection to amendment to GM arrangement | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg & Christine M. Pajak re objection to Delphi motion to amend GM arrangement; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi/Skadden meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Telephone conference with ███ re objection to GM amendment & NDA meeting | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to amendment to GM arrangement; prepare correspondence re same | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Conference call with ███ & clients re Delphi motion to amend GM arrangement & related matters | 1.1 | 797.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy; analyze correspondence from ▮▮▮▮ re same; correspondence from ▮▮▮▮ re same; correspondence from ▮▮▮▮ re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re Delphi meeting; prepare correspondence re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re objection to amendment of GM arrangement | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re strategy | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Attend meeting with Eric D. Goldberg & Christine M. Pajak re objection to amendment to GM arrangement | 1.0 | 725.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re strategy | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re strategy | 1.9 | 1,377.50 |
| 08/12/08 | Jeffrey H. Davidson | Prepare objection to Delphi motion to amend GM arrangement; analyze documents re same | 2.4 | 1,740.00 |
| 08/12/08 | Kendra A. Johnson | Confer with Eric D. Goldberg re preparation of Pro Hac Vice Applications for Christine M. Pajak and Eric D. Goldberg | 0.1 | 20.00 |
| 08/12/08 | Kendra A. Johnson | Retrieve GM financing pleadings; distribute same to Eric D. Goldberg and Christine M. Pajak | 0.3 | 60.00 |
| 08/12/08 | Mark S. Wallace | Research re foreign entities and controlled group rules. | 1.7 | 1,062.50 |
| 08/12/08 | Mark S. Wallace | Telephone conference with Jeffrey H. Davidson re PBGC claims. | 0.1 | 62.50 |
| 08/13/08 | Christine M. Pajak | Research documents | 2.0 | 840.00 |
| 08/13/08 | Christine M. Pajak | Conference call with client and Eric D. Goldberg re response to motion and follow up with Eric D. Goldberg re the same | 1.5 | 630.00 |
| 08/13/08 | Eric D. Goldberg | Email re GM motion | 0.5 | 307.50 |
| 08/13/08 | Eric D. Goldberg | Telephone conference with clients re brief and financials | 1.1 | 676.50 |
| 08/13/08 | Eric D. Goldberg | Review docs. and filings to prepare opp. brief re GM motion | 4.5 | 2,767.50 |
| 08/13/08 | Isaac M. Pachulski | Review/respond memo. | 0.2 | 165.00 |
| 08/13/08 | Isaac M. Pachulski | Review multiple e-mails; telephone conference Jeffrey H. Davidson. | 0.4 | 330.00 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re Delphi meeting; correspondence from ▮▮▮▮ re same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re hearing on Delphi motion to amend GM arrangement; analyze correspondence re same | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re factual insert for objection to amendment of GM arrangement | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re factual insert for objection; prepare correspondence re same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re factual analysis for objection; correspondence from ████████ re same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze documents re objection to GM amendment | 1.8 | 1,305.00 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re Delphi/Skadden meeting | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re GM issues & strategy; prepare correspondence to ██████ re same | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re financial data | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re objection strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Prepare for meeting with Delphi; review documents re same | 0.7 | 507.50 |
| 08/13/08 | Jeffrey H. Davidson | Confer with Eric D. Goldberg re objection to GM amendment & factual issues | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC claims & liens | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to clients | 0.3 | 217.50 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re DIP; correspondence from ██████ re same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Prepare objection | 1.3 | 942.50 |
| 08/13/08 | Kendra A. Johnson | Prepare pleading re pro hac vice applications and orders for Christine M. Pajak and Eric D. Goldberg | 0.5 | 100.00 |
| 08/13/08 | Kendra A. Johnson | Prepare correspondence to Judge Robert Drain re pro hac vice applications and orders for Christine M. Pajak and Eric D. Goldberg | 0.3 | 60.00 |
| 08/13/08 | Kendra A. Johnson | Analyze correspondence from Eric D. Goldberg re notice of pleadings filed in Delphi proceedings; respond to same | 0.1 | 20.00 |
| 08/13/08 | Mark S. Wallace | Research re priority status of pension related claim & re PBGC Liens. | 2.6 | 1,625.00 |
| 08/14/08 | Christine M. Pajak | Research documents re Delphi | 0.7 | 294.00 |
| 08/14/08 | Christine M. Pajak | Analyze and summarize Delphi documents re facts | 1.5 | 630.00 |
| 08/14/08 | Christine M. Pajak | Prepare correspondence to Isaac M. Pachulski and Jeffrey H. Davidson re 2019 statement | 0.1 | 42.00 |
| 08/14/08 | Christine M. Pajak | Analyze memo re Jeffrey H. Davidson re multiple holdings by client | 0.1 | 42.00 |
| 08/14/08 | Christine M. Pajak | Research and prepare arguments for opposition | 1.0 | 420.00 |
| 08/14/08 | Christine M. Pajak | Conference call with Eric D. Goldberg and ██████ re objection | 0.2 | 84.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/14/08 | Eric D. Goldberg | Review docs. and prep. opp. re GM motion | 4.9 | 3,013.50 |
| 08/14/08 | Eric D. Goldberg | Telephone conference with Klein re GM funding | 0.1 | 61.50 |
| 08/14/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re DIP; prepare correspondence re same | 0.2 | 145.00 |
| 08/14/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi meeting | 0.1 | 72.50 |
| 08/14/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/14/08 | Jeffrey H. Davidson | Analyze Skadden summary of issues re NDA; analyze latest ST&G & Skadden drafts of NDA; prepare for meeting with Delphi & Skadden; review documents & pleadings re background of Delphi chapter 11 cases; travel to NYC for meeting with Delphi/Skadden; read and respond to several e-mails | 9.8 | 7,105.00 |
| 08/14/08 | Kendra A. Johnson | Retrieve transcripts filed in Delphi proceedings | 0.3 | 60.00 |
| 08/14/08 | Mark S. Wallace | Research re section 507(a)(5) priority classification. | 1.4 | 875.00 |
| 08/15/08 | Christine M. Pajak | Prepare objection to GM amendment motion | 3.5 | 1,470.00 |
| 08/15/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re objection to GM amendment motion | 0.2 | 84.00 |
| 08/15/08 | Christine M. Pajak | Confer with Eric D. Goldberg re GM amendment motion | 0.3 | 126.00 |
| 08/15/08 | Eric D. Goldberg | Prepare outline and draft of opp. to GM Motion | 8.4 | 5,166.00 |
| 08/15/08 | Isaac M. Pachulski | Review outline of objection to GM financing; draft comments. | 0.7 | 577.50 |
| 08/15/08 | Isaac M. Pachulski | Work on memo re GM Opposition; work on matters re Opposition to GM Motion; review e-mails. | 0.5 | 412.50 |
| 08/15/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re pension obligations | 0.1 | 72.50 |
| 08/15/08 | Jeffrey H. Davidson | Confer with clients re strategy & preparations for meeting with Delphi/Skadden; attend meeting with Delphi/Skadden re NDA & related matters; confer with clients re same; telephone conferences with clients re same; return travel from NYC; review several e-mails; analyze Delphi SEC filings | 12.3 | 8,917.50 |
| 08/15/08 | Jeffrey H. Davidson | Telephone conference with ███ re motoin to amend GM arrangement | 0.1 | 72.50 |
| 08/15/08 | Jeffrey H. Davidson | Analyze notice lists; prepare correspondence re same | 0.1 | 72.50 |
| 08/15/08 | Mark S. Wallace | Analyze documents re PBGC action re defined benefit plan. | 0.3 | 187.50 |
| 08/15/08 | Mark S. Wallace | Analyze final trading order restructure. | 0.7 | 437.50 |
| 08/15/08 | Mark S. Wallace | Telephone conference with ███ re final trading order (vm). | 0.1 | 62.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re update on meeting with Delphi's representatives | 0.1 | 42.00 |
| 08/16/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re comments on brief | 0.2 | 84.00 |
| 08/16/08 | Christine M. Pajak | Research and draft opposition to GM arrangement amendment motion | 4.5 | 1,890.00 |
| 08/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re indenture trustee's comments on GM amendment motion | 0.1 | 42.00 |
| 08/16/08 | Eric D. Goldberg | Email re GM brief | 0.8 | 492.00 |
| 08/16/08 | Eric D. Goldberg | Review and revise draft opp. to GM brief | 0.7 | 430.50 |
| 08/16/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮▮▮ re strategy | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re IT position on motion to amend GM arrangement | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re strategy call; correspondence from ▮▮▮▮▮ re same; prepare correspondence re same | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re motion to amend GM | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT position on GM motion & other matters | 0.2 | 145.00 |
| 08/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re IT position on GM; prepare correspondence re same; correspondence from ▮▮▮▮▮ re noteholder call | 0.2 | 145.00 |
| 08/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re GM motion; prepare correspondence re same | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Analyze memo re objection to GM amendment | 0.2 | 145.00 |
| 08/16/08 | Jeffrey H. Davidson | Analyze memo re PBGC claims & correspondence from Mark S. Wallace re same | 0.3 | 217.50 |
| 08/17/08 | Christine M. Pajak | Revise objection to GM amendment motion | 2.0 | 840.00 |
| 08/17/08 | Christine M. Pajak | Distribute objection to GM amendment motion | 0.1 | 42.00 |
| 08/17/08 | Christine M. Pajak | Conference call with Eric D. Goldberg, Jeffrey H. Davidson and client re objection to GM amendment motion | 0.5 | 210.00 |
| 08/17/08 | Eric D. Goldberg | Email re brief | 0.3 | 184.50 |
| 08/17/08 | Eric D. Goldberg | Call re brief and GM | 0.5 | 307.50 |
| 08/17/08 | Eric D. Goldberg | Review and revise draft opp. to GM motion | 1.4 | 861.00 |
| 08/17/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak & draft objection to GM arrangement; analyze correspondence from ▮▮▮▮ re same | 1.2 | 870.00 |
| 08/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re PBGC issues; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/17/08 | Jeffrey H. Davidson | Conference call with clients re objection to GM amendment & re NDA issues & strategy | 1.7 | 1,232.50 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re comments from | 0.1 | 42.00 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from ███████ re discussions with IT and UCC | 0.1 | 42.00 |
| 08/18/08 | Christine M. Pajak | Conference call with ██████ and ██████ re changes to opposition | 0.3 | 126.00 |
| 08/18/08 | Christine M. Pajak | Revise objection to GM motion | 4.0 | 1,680.00 |
| 08/18/08 | Christine M. Pajak | Analyze e-mail re changes to objection | 0.3 | 126.00 |
| 08/18/08 | Christine M. Pajak | Revise brief re Eric D. Goldberg's comments | 0.3 | 126.00 |
| 08/18/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re brief and request for judicial notice | 0.2 | 84.00 |
| 08/18/08 | Christine M. Pajak | Prepare request for judicial notice | 0.2 | 84.00 |
| 08/18/08 | Christine M. Pajak | Research re administrative priority claims re benefit to the estate | 1.0 | 420.00 |
| 08/18/08 | Christine M. Pajak | Research re service and pleading requirements | 0.5 | 210.00 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from ██████ re comments on brief | 0.1 | 42.00 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re comments on brief | 0.1 | 42.00 |
| 08/18/08 | Eric D. Goldberg | Email re GM brief | 0.8 | 492.00 |
| 08/18/08 | Eric D. Goldberg | Review and revise new draft brief | 1.3 | 799.50 |
| 08/18/08 | Isaac M. Pachulski | Review multiple e-mails re GM motion. | 0.3 | 247.50 |
| 08/18/08 | Isaac M. Pachulski | Review e-mails re NDA, GM. | 0.2 | 165.00 |
| 08/18/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/18/08 | Isaac M. Pachulski | Review, draft opposition to GM motion and revise/comment; review multiple e-mails re GM and related issues. | 1.0 | 825.00 |
| 08/18/08 | Isaac M. Pachulski | Work on matters re GM Opposition. | 0.2 | 165.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re objection to amendment to GM arrangement | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Telephone conference with ██████ re motion to amend GM arrangement | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT position on GM motion | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re revisions to objection to GM arrangement | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re GM motion; prepare correspondence re same; correspondence from ██████ re same; telephone conference with ██████ office | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re revisions to objection to GM arrangement; correspondence from ██████ re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT's & Cap Re's position on GM motion | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re GM pricing; correspondence from ███ re same | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi financial data; correspondence from ███ re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re PHV applications & orders | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re financial analysis | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re data for objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM amendment; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re financial data & analysis for objection to GM amendment | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re status of confirmed plan; prepare correspondence re same & new language for objection | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Telephone conference with ███ re motion to amend GM arrangement & related matters | 0.6 | 435.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT's position on GM motion | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare memo re IT's arguments re GM issues & correspondence to clients re same | 0.3 | 217.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re official committee position on objection; prepare correspondence re same | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re allocation agreement; prepare correspondence re same | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to objection to GM amendment | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revised draft of objection; correspondence from Christine M. Pajak re draft of RJN | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; prepare correspondence to Eric D. Goldberg & Christine M. Pajak re same; analyze correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re objection to GM amendment & strategy | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re objection to GM amendment; correspondence from █████████ re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re objection to GM amendment; correspondence from ████████ re same; correspondence from ████████ re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re objection to GM amendment; correspondence from ████████ re same; correspondence from ████████ re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re discussions with ████ and committee; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ████ re objection to GM amendment; correspondence from Christine M. Pajak re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re objection; prepare correspondence re objection | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM amendment; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re arguments for objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re NDA; analyze issue list re same & proposed response | 0.3 | 217.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re NDA compromises | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Review NDA & prepare for call with client re same | 0.2 | 145.00 |
| 08/18/08 | Kendra A. Johnson | Research re pleadings filed in the USBC-Southern District of New York. | 0.3 | 60.00 |
| 08/19/08 | Christine M. Pajak | Analyze e-mail re changes to the objection | 0.4 | 168.00 |
| 08/19/08 | Christine M. Pajak | Revise objection re new arguments and proofread the same | 1.9 | 798.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with ████ re new argument | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Conference call with Jeffrey H. Davidson and ████████ re discussions with Debtors' counsel re continuance | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Conference call with Jeffrey H. Davidson re follow-up on conversation with J. Butler | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with ████ re extension by Debtors | 0.1 | 42.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 08/19/08 | Christine M. Pajak | Analyze further changes to the objection by ███ and Isaac M. Pachulski and make changes thereto | 0.4 | 168.00 |
| 08/19/08 | Christine M. Pajak | Telephone conference with Jeffrey H. Davidson re follow-up | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Analyze correspondence from ███ re follow-up conference call | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Prepare correspondence to client re revised pleading and conference call | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson and others re extension to file objection | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson and Eric D. Goldberg re availability of GM advances | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re termination events and follow-up re the same with changes to the objection | 0.8 | 336.00 |
| 08/19/08 | Christine M. Pajak | Analyze correspondence from group members re extension | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Revise objection re further changes by ███ | 0.3 | 126.00 |
| 08/19/08 | Eric D. Goldberg | Review and revise opp. to GM motion | 0.8 | 492.00 |
| 08/19/08 | Eric D. Goldberg | Email re filing | 0.8 | 492.00 |
| 08/19/08 | Isaac M. Pachulski | Review e-mails re issues re GM financing. | 0.2 | 165.00 |
| 08/19/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re strategy; review multiple e-mails re GM Motion, objection. | 0.5 | 412.50 |
| 08/19/08 | Isaac M. Pachulski | Review/comment on redraft of objection to GM financing motion; review/prepare multiple e-mails re same. | 1.1 | 907.50 |
| 08/19/08 | Isaac M. Pachulski | Review, prepare e-mails re strategy re GM objection. | 0.3 | 247.50 |
| 08/19/08 | Isaac M. Pachulski | Telephone conference with ███ re GM; review e-mails; telephone conference with Jeffrey H. Davidson. | 0.5 | 412.50 |
| 08/19/08 | Isaac M. Pachulski | Review e-mails re GM motion. | 0.2 | 165.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to GM amendment | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re ███ discussions; prepare correspondence re same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; correspondence from ███ re same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ███ re NDA strategy & proposed compromise | 1.4 | 1,015.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re approval of objection to GM amendment | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/19/08 | Jeffrey H. Davidson | Conference call with █████████ re ██████ discussions & objection to GM amendment | 0.4 | 290.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re objection to GM amendment; prepare correspondence re same; analyze correspondence re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revised objection and new argument | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy; correspondence re same | 0.3 | 217.50 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re objection to GM motion; conference call with ██████████ re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Jack Butler re objection to GM motion | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re extension of time & strategy | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Prepare memo re strategy | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Prepare correspondence to clients re negotiations with Delphi re objection to GM amendment | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re revisions to objection | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re communications; prepare correspondence re same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re objection to GM amendment; correspondence from ████████ re same; correspondence from Christine M. Pajak re same; correspondence from ████████ re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re Delphi negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM amendment; correspondence from Isaac M. Pachulski re same; prepare correspondence re same; correspondence from ████████ re same | 0.3 | 217.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re proposed continuances; prepare correspondence re same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re strategy; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; prepare correspondence re same; correspondence from ███ re same; correspondence from ███ re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ███ re negotiations with Delphi & re NDA | 0.9 | 652.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to objection to GM amendment | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ███ re negotiations | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy, re objection to GM amendment, & re other matters | 0.7 | 507.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re noteholder strategy call; prepare correspondence re same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM amendment; prepare correspondence re same; correspondence from ███ re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Revise outline of Elliott's suggested approach to NDA; prepare correspondence re same | 0.5 | 362.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to objection and decision making | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Jack Butler re extension of time to object; prepare correspondence re same | 0.1 | 72.50 |
| 08/19/08 | Kendra A. Johnson | Analyze correspondence from Eric D. Goldberg and Christine M. Pajak re submission of pleadings | 0.2 | 40.00 |
| 08/20/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re strategy | 0.2 | 84.00 |
| 08/20/08 | Christine M. Pajak | Analyze correspondence from ███ re changes to motion and Lehman | 0.1 | 42.00 |
| 08/20/08 | Christine M. Pajak | Analyze e-mail exchange re Lehman | 0.1 | 42.00 |
| 08/20/08 | Christine M. Pajak | Conference call with client; Jeffrey H. Davidson and Eric D. Goldberg re strategy | 1.1 | 462.00 |
| 08/20/08 | Christine M. Pajak | Revise and proofread objection to GM motion and distribute the same | 0.9 | 378.00 |
| 08/20/08 | Christine M. Pajak | Telephone conference with Jeffrey H. Davidson re follow-up | 0.2 | 84.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/20/08 | Christine M. Pajak | Analyze order limiting notice and follow-up re the same | 0.3 | 126.00 |
| 08/20/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re changes to objection to GM motion and follow-up re the same | 0.5 | 210.00 |
| 08/20/08 | Christine M. Pajak | Revise objectoin pursuant to comments received and review overnight mail service list | 0.4 | 168.00 |
| 08/20/08 | Christine M. Pajak | Conference call with client, Jeffrey H. Davidson, Isaac M. Pachulski, and Eric D. Goldberg re strategy | 0.6 | 252.00 |
| 08/20/08 | Christine M. Pajak | Further follow-up call with client, Jeffrey H. Davidson, Isaac M. Pachulski and Eric D. Goldberg | 0.6 | 252.00 |
| 08/20/08 | Christine M. Pajak | Prepare pleadings for filing and service | 0.4 | 168.00 |
| 08/20/08 | Christine M. Pajak | Review service of pleadings | 0.3 | 126.00 |
| 08/20/08 | Eric D. Goldberg | Email re motion | 0.5 | 307.50 |
| 08/20/08 | Eric D. Goldberg | Review and revise revised opp. to GM motion | 0.4 | 246.00 |
| 08/20/08 | Eric D. Goldberg | Telephone conference with Group re GM strategy | 1.0 | 615.00 |
| 08/20/08 | Eric D. Goldberg | Email re filing | 0.1 | 61.50 |
| 08/20/08 | Eric D. Goldberg | Conf. call re GM motion and strategy | 0.7 | 430.50 |
| 08/20/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re GM issues; review multiple e-mails. | 0.3 | 247.50 |
| 08/20/08 | Isaac M. Pachulski | Review, respond multiple e-mails; work on GM response. | 0.9 | 742.50 |
| 08/20/08 | Isaac M. Pachulski | Extended conference calls clients re opposition to GM Motion; review, prepare e-mails re same and work on related matters. | 1.0 | 825.00 |
| 08/20/08 | Isaac M. Pachulski | Telephone conference with ███████ | 0.3 | 247.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re negotiations; prepare correspondence re same; correspondence from ███████ re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re objection to GM amendment; prepare correspondence re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re negotiations | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re noteholder call; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re Cap Re | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re objection to GM deal; prepare correspondence to ███████ re same; several e-mails re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM amendment; correspondence from ▮▮▮▮▮ re same; prepare correspondence re same; correspondence from ▮▮▮▮▮ re same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re filing of objection | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re objection; prepare correspondence re same | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re filing of objection & strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Jack Butler re objection to motion to amend GM amendment & related matters; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Conference call with clients re objection to GM amendment | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re revisions to objection & re other matters; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to objection; correspondence from ▮▮▮▮▮ re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮ re strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revised draft of objection; correspondence from ▮▮▮▮▮ re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re negotiations | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re distribution list; prepare correspondence re same | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re noteholder call; prepare correspondence re same | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re revisions to objection to GM amendment | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮ re strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮ re strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Conference call with clients re objection to GM amendment & re strategy | 1.1 | 797.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re filing of objection; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.3 | 217.50 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re objection to GM amendment | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/20/08 | Jeffrey H. Davidson | Prepare memo re strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re privilege issues & re holders of bonds; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re Lehman Bros. role & privilege issues; correspondence from ████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Christine M. Pajak | Analyze correspondence from J. Butler re response to objection | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Analyze correspondence from ████ re response to J. Butler | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Analyze correspondence from ████ re responding to the Debtors | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson; Isaac M. Pachulski; and Eric D. Goldberg re responding to the Debtors | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson; Isaac M. Pachulski; and Eric D. Goldberg re examiner motion | 0.1 | 42.00 |
| 08/21/08 | Eric D. Goldberg | Confer with Jeffrey H. Davidson re GM and strategy | 0.2 | 123.00 |
| 08/21/08 | Isaac M. Pachulski | Review, respond multiple e-mails re pending matters; telephone conference with Christine M. Pajak (vm). | 0.4 | 330.00 |
| 08/21/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re strategy. | 0.3 | 247.50 |
| 08/21/08 | Isaac M. Pachulski | Review/respond multiple e-mails; review issues re strategy and examiner request and prepare memo. | 0.9 | 742.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re Jack Butler's e-mail; prepare correspondence re same | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; telephone conference re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re response to Butler's e-mail; correspondence from ████ re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy & re response to Butler | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with ████ re strategy | 1.0 | 725.00 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.3 | 217.50 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with Eric D. Goldberg re response to Butler & re strategy | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re response to Butler; correspondence from ████ re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re response to Butler e-mail; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ████ re allocation agreement; prepare correspondence re same | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with ████ (vm) | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with ████ re NDA issues & re plan negotiations | 0.6 | 435.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re board letter & strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re possible DIP default | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re examiner motion & issues; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/22/08 | Christine M. Pajak | Prepare draft correspondence to J. Butler re response to his 8/20 e-mail | 1.5 | 630.00 |
| 08/22/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson's changes to Butler e-mail | 0.2 | 84.00 |
| 08/22/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re responding to client | 0.1 | 42.00 |
| 08/22/08 | Eric D. Goldberg | Telephone conference with Hogan re 9/23 hearing | 0.2 | 123.00 |
| 08/22/08 | Eric D. Goldberg | Email re motion and correspondence to Butler | 0.7 | 430.50 |
| 08/22/08 | Isaac M. Pachulski | Review e-mails, articles. | 0.3 | 247.50 |
| 08/22/08 | Jeffrey H. Davidson | Prepare response to Jack Butler | 0.5 | 362.50 |
| 08/22/08 | Jeffrey H. Davidson | Prepare correspondence re response to Jack Butler | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re letter to board; prepare correspondence re same | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re DIP financing | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re Skadden call | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re Appaloosa motion for reargument; correspondence from ████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re response to Butler; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████ and article re stay of revocation proceeding | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████ re response to Butler & strategy | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re response to Butler; prepare correspondence re same | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re response to Butler | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re response to Butler | 0.1 | 72.50 |
| 08/23/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg and Isaac M. Pachulski re changes to correspondence to J. Butler | 0.3 | 126.00 |
| 08/23/08 | Christine M. Pajak | Prepare correspondence to Eric D. Goldberg, Isaac M. Pachulski and Jeffrey H. Davidson re follow-up on Isaac M. Pachulski's questions | 0.2 | 84.00 |
| 08/23/08 | Christine M. Pajak | Review and summarize Appaloosa's motion for reconsideration and motion to strike | 1.0 | 420.00 |
| 08/23/08 | Eric D. Goldberg | Review and revise email to Butler | 0.5 | 307.50 |
| 08/23/08 | Eric D. Goldberg | Email to Skadden | 0.2 | 123.00 |
| 08/23/08 | Eric D. Goldberg | Analyze pleadings and motion re Appaloosa MTD | 1.8 | 1,107.00 |
| 08/23/08 | Eric D. Goldberg | Email re Appaloosa motion | 0.2 | 123.00 |
| 08/23/08 | Isaac M. Pachulski | Review, comment on draft e-mail to Butler; prepare memo Jeffrey H. Davidson. | 0.3 | 247.50 |
| 08/23/08 | Jeffrey H. Davidson | Prepare correspondence to Christine M. Pajak re Appaloosa motion for reargument; analyze correspondence re same | 0.2 | 145.00 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re revisions to response to Butler | 0.3 | 217.50 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to response to Butler | 0.2 | 145.00 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to response to Butler | 0.1 | 72.50 |
| 08/23/08 | Jeffrey H. Davidson | Prepare draft of letter to Delphi board of directors; analyze notes of previous discussions with ███████████; analyze objection re same; prepare correspondence re same | 1.8 | 1,305.00 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa motion for reconsideration | 0.2 | 145.00 |
| 08/23/08 | Jeffrey H. Davidson | Prepare correspondence to Christine M. Pajak re Appaloosa motion for reconsideration | 0.1 | 72.50 |
| 08/24/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re memo on Appaloosa motion to reconsider | 0.1 | 42.00 |
| 08/24/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re comments on Board letter | 0.1 | 42.00 |
| 08/24/08 | Christine M. Pajak | Prepare correspondence to client re Appaloosa motion to reconsider | 0.3 | 126.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/24/08 | Christine M. Pajak | Analyze correspondence from client re Appaloosa motion to reconsider and follow-up with Eric D. Goldberg and Jeffrey H. Davidson re the same | 0.2 | 84.00 |
| 08/24/08 | Eric D. Goldberg | Email re Butler email and litigation | 0.4 | 246.00 |
| 08/24/08 | Isaac M. Pachulski | Review e-mails re GM issues; review, comment on draft letter to Board. | 0.4 | 330.00 |
| 08/24/08 | Isaac M. Pachulski | Review additional e-mails; drafts of letter to Board; e-mail to Butler. | 0.3 | 247.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ ▮▮▮ re letter to board of directors & re new financial advisors; correspondence from Isaac M. Pachulski re same; correspondence from ▮▮▮ re same | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients & financial advisor re strategy | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re strategy | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa issues; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence re Appaloosa issues | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re meet & confer with Skadden re objection to GM amendment | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re possible discovery re objection to GM amendment; prepare correspondence re discovery | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa motion; prepare correspondence re same | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa's motion for reconsideration; prepare correspondence re same | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to board letter | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re board letter | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re Appaloosa issues; correspondence from ▮▮▮ re same | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Revise draft of letter to board of directors | 1.1 | 797.50 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients re letter to board of directors | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Revise draft of response to Jack Butler | 0.8 | 580.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re examiner motion & re resposne to Butler | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients re response to Jack Butler | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ████████ re response to Butler's e-mail; prepare correspondence t█████ re same | 0.1 | 72.50 |
| 08/25/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re Delphi's failure to amend | 0.1 | 42.00 |
| 08/25/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re meet and confer | 0.1 | 42.00 |
| 08/25/08 | Christine M. Pajak | Analyze e-mail exchange re Board request | 0.2 | 84.00 |
| 08/25/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re Delphi | 0.1 | 42.00 |
| 08/25/08 | Christine M. Pajak | Research notice requirements re examiner motion and follow-up re the same | 0.5 | 210.00 |
| 08/25/08 | Christine M. Pajak | Analyze e-mails re expert, Board letter and next steps | 0.4 | 168.00 |
| 08/25/08 | Eric D. Goldberg | Email re BOD and objection | 0.5 | 307.50 |
| 08/25/08 | Isaac M. Pachulski | Review e-mails re Appaloosa litigation examiner, other issues; respond as appropriate. | 0.5 | 412.50 |
| 08/25/08 | Isaac M. Pachulski | Review/respond multiple e-mails; review various notices. | 0.4 | 330.00 |
| 08/25/08 | Isaac M. Pachulski | Review additional e-mails; respond as appropriate. | 0.3 | 247.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ██████ re examiner request | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ████████ re letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ██████ re letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ████████ re letter to board of directors; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with █████ re Reg. 13D issues | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to█ re board letter | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re board letter | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ██████ re letter to board; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to █████████ re board letter | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ██████ re new financial advisor vs. examiner; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ re committee issues | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ██████ re letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with █████████ re strategy | 0.8 | 580.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re discovery issues; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re public filing of board letter | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re public filing of board letter | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ███████ re 13D issue | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Prepare memo re public filing of board letter; prepare correspondence to clients re same | 0.5 | 362.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re letter to board | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re privilege issues | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re Appaloosa litigation; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re examiner motion & strategy | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re examiner motion; correspondence from Isaac M. Pachulski re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re potential examiner | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re privilege issues; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re discovery; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze agenda for omnibus hearing; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re response to Jack Butler and board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re allocation agreement | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re examiner motion; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/26/08 | Christine M. Pajak | Analyze correspondence from ███████ re rights offering | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Analyze correspondence from ███████ re Board letter | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Analyze correspondence from ███████ re sponsored rights offering | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Analyze Detroit news article on Delphi | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Prepare correspondence to ███████ and ███████ re Delphi litigation against Appaloosa | 0.5 | 210.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/26/08 | Eric D. Goldberg | Email re BOD examiner motion | 0.8 | 492.00 |
| 08/26/08 | Eric D. Goldberg | Analyze Appaloosa complaint and MTD | 1.1 | 676.50 |
| 08/26/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson (vm). | 0.1 | 82.50 |
| 08/26/08 | Isaac M. Pachulski | Review multiple e-mails re issues re GM, letter to Board, Butler e-mail, examiner. | 0.5 | 412.50 |
| 08/26/08 | Isaac M. Pachulski | Telephone conference with ▮▮▮▮ | 0.1 | 82.50 |
| 08/26/08 | Isaac M. Pachulski | Review memo and revise proposed language. | 0.3 | 247.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re privilege issue; prepare correspondence re same | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re letter to board of directors; prepare correspondence re same | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re letter to board & strategy | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re letter to board; correspondence from ▮▮▮▮ re same | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re board letter | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re examiner motion; prepare correspondence re same | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg & report re Delphi reorganization | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re board letter & strategy | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re board letter - rights offering issue; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Prepare correspondence to client re board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa issues & analysis | 0.2 | 145.00 |
| 08/27/08 | Christine M. Pajak | Analyze correspondence from ▮▮▮▮ re Board letter | 0.1 | 42.00 |
| 08/27/08 | Christine M. Pajak | Analyze correspondence from ▮▮▮▮ re Board letter | 0.2 | 84.00 |
| 08/27/08 | Christine M. Pajak | Research case management orders and prepare notice of examiner motion | 1.0 | 420.00 |
| 08/27/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re revisions to notice | 0.2 | 84.00 |
| 08/27/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg and Jeffrey H. Davidson and client re Board letter | 0.3 | 126.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 08/27/08 | Christine M. Pajak | Exchange emails with Isaac M. Pachulski re motion requirements | 0.3 | 126.00 |
| 08/27/08 | Isaac M. Pachulski | Review multiple e-mails re board letter, other matters. | 0.3 | 247.50 |
| 08/27/08 | Isaac M. Pachulski | Review final e-mail to Butler letter to Board. | 0.3 | 247.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re rights offering issue; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re board letter & rights offering issue; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re letter to board of directors | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy & re board letter | 0.8 | 580.00 |
| 08/27/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy & board letter; correspondence from Bank re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re examiner motion; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re letter to board; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Revise letter to board of directors | 0.3 | 217.50 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to clients re letter to board of directors | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re letter to board | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re board letter; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re filing of 13d amendment; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re timing of filing of 13d amendment | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Telephone conference with ███ re board letter | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re board letter; analyze correspondence from ███ re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re board letter; correspondence from ▮▮▮▮ re same; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re filing of form 13d; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to Jack Butler re response; prepare correspondence to clients re same | 0.3 | 217.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re examiner motion | 0.1 | 72.50 |
| 08/28/08 | Eric D. Goldberg | Email re article and discovery; PBGC and avoidance issues | 1.1 | 676.50 |
| 08/28/08 | Isaac M. Pachulski | Review e-mails. | 0.1 | 82.50 |
| 08/28/08 | Isaac M. Pachulski | Review e-mails, notices of pleadings. | 0.2 | 165.00 |
| 08/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re response to Butler; prepare correspondence re same | 0.1 | 72.50 |
| 08/29/08 | Christine M. Pajak | Coordinate with ▮▮▮▮ re service of notice of motion | 0.1 | 42.00 |
| 08/29/08 | Christine M. Pajak | Analyze WSJ article on Delphi | 0.2 | 84.00 |
| 08/29/08 | Christine M. Pajak | Prepare and finalize notice of motion and hearing | 0.5 | 210.00 |
| 08/29/08 | Christine M. Pajak | Review certificate of service for filing and delivery to chambers | 0.2 | 84.00 |
| 08/29/08 | Eric D. Goldberg | Email re liquidation | 0.3 | 184.50 |
| 08/29/08 | Eric D. Goldberg | Attend to filing of Examiner notice | 0.7 | 430.50 |
| 08/29/08 | Eric D. Goldberg | Telephone conference with Hagan re meet and confer | 0.3 | 184.50 |
| 08/29/08 | Isaac M. Pachulski | Review, prepare multiple e-mails re various; review article; analyze potential PBGC issues. | 1.0 | 825.00 |
| 08/29/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re PBGC claim issues. | 0.3 | 247.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ review WSJ article re Delphi; prepare correspondence to ▮▮▮▮ | 0.2 | 145.00 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ prepare correspondence re same; correspondence from ▮▮▮▮ re same | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re WSJ article; correspondence from ▮▮▮▮ re same | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re status update; prepare correspondence re same | 0.2 | 145.00 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re press contacts; correspondence from ▮▮▮▮ re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re press contacts; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re PBGC issues | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re press inquiries | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re PBGC issues, possible F/T issues, & strategy | 0.3 | 217.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re plan negotiations | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues | 0.3 | 217.50 |
| 08/29/08 | Jeffrey H. Davidson | Prepare correspondence to clients | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Prepare correspondence to clients re PBGC & F/T issues | 0.2 | 145.00 |
| 08/29/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re fraudulent transfer claim re PBGC. | 0.3 | 187.50 |
| 09/02/08 | Eric D. Goldberg | Analyze new pleadings | 0.7 | 430.50 |
| 09/02/08 | Isaac M. Pachulski | Review notices of filing. | 0.2 | 165.00 |
| 09/02/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re strategy & status; analyze correspondence re same | 0.2 | 145.00 |
| 09/02/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re strategy & status | 0.1 | 72.50 |
| 09/02/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re strategy & status; correspondence from ███ re same | 0.1 | 72.50 |
| 09/02/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re letter to board of directors; prepare correspondence to ███ re same | 0.2 | 145.00 |
| 09/02/08 | Jeffrey H. Davidson | Analyze file re letter to Delphi board; prepare correspondence re same | 0.2 | 145.00 |
| 09/02/08 | Jeffrey H. Davidson | Analyze case management order and twelve supplemental case management orders; analyze correspondence from ███ re same | 0.6 | 435.00 |
| 09/02/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re projected services; prepare correspondence re same | 0.2 | 145.00 |
| 09/02/08 | Mark S. Wallace | Research re plan sponsor obligations to plan and PBGC. | 3.7 | 2,312.50 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re motion to appoint Committee co-investment banker | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re motion to appoint Committee co-investment banker | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Committee motion to appoint Committee co-investment banker | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re discussions with ███ | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re discussions with ███ | 0.1 | 42.00 |
| 09/03/08 | Eric D. Goldberg | Email re Examiner | 0.2 | 123.00 |
| 09/03/08 | Eric D. Goldberg | Email re examiner | 0.4 | 246.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/03/08 | Eric D. Goldberg | Analyze Appaloosa answer to complaint | 0.8 | 492.00 |
| 09/03/08 | Isaac M. Pachulski | Review multiple e-mails; respond as appropriate. | 0.3 | 247.50 |
| 09/03/08 | Isaac M. Pachulski | Review notices of filing; review pleading; prepare e-mail, review miscellaneous e-mails. | 0.4 | 330.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re DIP trading; prepare correspondence to Andre re same; correspondence from Pat Daugherty re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence draft e-mail re joinder in objection, status of NDA, & status of joint representation; prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re PBGC issues | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re draft e-mail to ▮▮▮ prepare correspondence re same; ocrrespondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re amendment to form 13D; prepare correspondence to ▮▮▮ re same; analyze file re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re DIP trading & new developments; correspondence from ▮▮▮ re same | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re potential joinder in objection & examiner motion & re NDA | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re potential joinder in objection; prepare correspondence re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re Appaloosa's answer to complaint; prepare correspondence to ▮▮▮ re discussions with ▮▮▮ | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re estimates & invoices; prepare correspondence re same | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Conference call with ▮▮▮ re PBGC issues, GM issues, plan negotiations & strategy | 0.9 | 652.50 |
| 09/03/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ re status & strategy | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues | 0.3 | 217.50 |
| 09/03/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ (vm) | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ of Latham re Committee's application to employ Moelis; analyze application to employ Moelis; analyze notice re same | 0.3 | 217.50 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to clients re employment of Moelis; correspondence with Isaac M. Pachulski re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to clients re employment of Moelis; correspondence with Isaac M. Pachulski re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓ re PBGC issues | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re strategy | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re plan negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 09/03/08 | Mark S. Wallace | Research re claims re PBGC and qualified retirement plans. | 2.7 | 1,687.50 |
| 09/03/08 | Mark S. Wallace | Analyze potential application of section 548 rules. | 0.4 | 250.00 |
| 09/03/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re PBGC claims as fraudulent transfer. | 0.3 | 187.50 |
| 09/04/08 | Isaac M. Pachulski | Review e-mails, notices of filing. | 0.3 | 247.50 |
| 09/04/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues & potential UFTA/NFCA arguments | 0.2 | 145.00 |
| 09/04/08 | Jeffrey H. Davidson | Prepare correspondence to clients | 0.2 | 145.00 |
| 09/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re 13D/A filing; analyze spreadsheet of positions; analyze draft of form 13D/A; analyze attachment to form 13D/A; prepare correspondence to ▓▓▓ re same | 0.4 | 290.00 |
| 09/04/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓ re plan negotiations & re PBGC issues | 0.4 | 290.00 |
| 09/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re form 13D/A | 0.1 | 72.50 |
| 09/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re discussions with ▓▓▓ prepare correspondence re same | 0.2 | 145.00 |
| 09/05/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re discussions with ▓▓▓ | 0.1 | 42.00 |
| 09/05/08 | Eric D. Goldberg | Analyze new pleadings | 0.6 | 369.00 |
| 09/05/08 | Eric D. Goldberg | Email to Hogan re GM | 0.2 | 123.00 |
| 09/05/08 | Eric D. Goldberg | Email re OCC letter | 0.4 | 246.00 |
| 09/05/08 | Eric D. Goldberg | Analyze new pleadings | 0.1 | 61.50 |
| 09/05/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re revised schedule 13D/A; prepare correspondence re same; analyze revised 13D/A and exhibits | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re filing of 13D/A; correspondence from ███ re same; correspondence from ███ re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re discussions with ███ prepare correspondence re same | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Prepare memo re Delphi/GM/Committee negotiations & re PBGC fraudulent transfer issues; prepare correspondence to clients re same | 0.5 | 362.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze order authorizing filing under seal of schedule to motion to amend GM arrangement; prepare correspondence re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze order allowing Silver Point claim; prepare correspondence re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re filing of 13D/A; prepare correspondence re same | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Prepare correspondence to ███, counsel for Cap Re | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re board letter | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Prepare correspondence to clients re plan negotiations & strategy | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re letter to board of directors; prepare correspondence to ███ re same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues & defenses | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re board letter; prepare correspondence to clients re letter to committee | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re letter to committee | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re letter to committee; prepare correspondence to clients re same | 0.2 | 145.00 |
| 09/05/08 | Mark S. Wallace | Analyze documents re Delphi formation and spinoff. | 0.9 | 562.50 |
| 09/06/08 | Eric D. Goldberg | Review and revise BOD/OCC letter; email re same | 0.6 | 369.00 |
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re letter to official committee; correspondence from ███ re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re letter to official committee; correspondence from ██████ re same | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ & ██████ re letter to official committee | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re letter to official committee; correspondence from ██████ re same; correspondence to Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re same | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Prepare letter to creditors' committee re fiduciary duties & demand to rectify business operations | 1.1 | 797.50 |
| 09/06/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re letter to committee | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re committee letter; analyze proposed revisions to committee letter | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re committee letter | 0.2 | 145.00 |
| 09/07/08 | Christine M. Pajak | Analyze schedule to GM Arrangement Amendment under seal order | 0.1 | 42.00 |
| 09/07/08 | Christine M. Pajak | Analyze order | 0.1 | 42.00 |
| 09/07/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re GM and Committee discussions | 0.1 | 42.00 |
| 09/07/08 | Christine M. Pajak | Analyze e-mail exchange re Committee letter | 0.2 | 84.00 |
| 09/07/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re letter to committee; prepare correspondence re same | 0.1 | 72.50 |
| 09/08/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re deadlines and examiner motion | 0.1 | 42.00 |
| 09/08/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re notice of examiner motion | 0.1 | 42.00 |
| 09/08/08 | Christine M. Pajak | Prepare correspondence to client re notice of examiner motion | 0.1 | 42.00 |
| 09/08/08 | Eric D. Goldberg | Email re OCC letters | 0.4 | 246.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze report by CRT on filing of 13D & board letter; prepare correspondence re same | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re committee letter; analyze correspondence from ██████ re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Telephone conference with ██████ re letter to committee & re plan negotiations & strategy | 0.6 | 435.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re discussions with ██████ prepare correspondence re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re letter to committee; prepare correspondence re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze file and revise letter to committee | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re letter to committee | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re letter to committee | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Telephone conference with ██████ re letter to committee; analyze correspondence from ███████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Conference call with ███████ & ████████ re discussions with ██████ & re plan strategy | 0.6 | 435.00 |
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re letter to committee & discussions with ████████ | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re discussions with ███████; prepare correspondence re same | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues & arguments | 0.4 | 290.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze report re DIP negotiations & prepare correspondence to clients re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re PBGC issues; prepare correspondence re same | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg & Christine M. Pajak re examiner motion; analyze correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re notice of examiner motion | 0.1 | 72.50 |
| 09/08/08 | Mark S. Wallace | Analyze documents re Delphi pension plans, GM guaranty, indemnity agreement, etc. | 6.3 | 3,937.50 |
| 09/08/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re fraudulent transfer action re plan and PBGC. | 0.4 | 250.00 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re letter to committee | 0.1 | 72.50 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re exit financing | 0.2 | 145.00 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re PBGC claims; prepare correspondence re same | 0.1 | 72.50 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re board letter; correspondence from ██████ re same | 0.2 | 145.00 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re possible government loans; prepare correspondence re same | 0.2 | 145.00 |
| 09/09/08 | Mark S. Wallace | Analyze correspondence from Jeffrey H. Davidson re PBGC matter. | 0.1 | 62.50 |
| 09/09/08 | Mark S. Wallace | Analyze PBGC matter re foreign subs. | 0.4 | 250.00 |
| 09/09/08 | Mark S. Wallace | Prepare correspondence to Jeffrey H. Davidson re PBGC matter. | 0.1 | 62.50 |
| 09/10/08 | Eric D. Goldberg | Email re 9/23 hearing and discovery | 0.8 | 492.00 |
| 09/10/08 | Eric D. Goldberg | Prepare discovery outline re GM $30 MM LSA motion | 1.6 | 984.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re exit financing; correspondence from ███ re same | 0.2 | 145.00 |
| 09/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re loan bill; analyze analyst's report re loan bill | 0.2 | 145.00 |
| 09/11/08 | Eric D. Goldberg | Email re PBGC | 0.3 | 184.50 |
| 09/11/08 | Eric D. Goldberg | Analyze disclosure statement re PBGC issues | 0.7 | 430.50 |
| 09/11/08 | Eric D. Goldberg | Attend to discovery | 1.8 | 1,107.00 |
| 09/11/08 | Jeff M. Fleiss | Gather docket material for Mark S. Wallace | 0.2 | 40.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze report re PBGC actions & correspondence re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Prepare correspondence to Mark S. Wallace re pension fund issues; analyze correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & report re loans to auto industry | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy | 0.9 | 652.50 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Cap Re 13D re American Axle | 0.1 | 72.50 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re PBGC issues; prepare correspondence re same | 0.1 | 72.50 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & report re loans for suppliers | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & JPM Slides re loans | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & additional reports re loan legislation | 0.2 | 145.00 |
| 09/11/08 | Mark S. Wallace | Analyze correspondence from Jeffrey H. Davidson re PBGC matter. | 0.1 | 62.50 |
| 09/11/08 | Mark S. Wallace | Analyze correspondence from ███ re PBGC action in Delphi case. | 0.2 | 125.00 |
| 09/11/08 | Mark S. Wallace | Prepare correspondence to Jeffrey H. Davidson re PBGC matter. | 0.2 | 125.00 |
| 09/11/08 | Mark S. Wallace | Analyze documents re Delphi docket re PBGC filings. | 0.3 | 187.50 |
| 09/12/08 | Christine M. Pajak | Analyze confidentiality agreement | 0.3 | 126.00 |
| 09/12/08 | Christine M. Pajak | Analyze summary of filed pleadings | 0.3 | 126.00 |
| 09/12/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Committee's preliminary objection to GSA and MRA amendments and review the same | 0.2 | 84.00 |
| 09/12/08 | Christine M. Pajak | Coordinate review of pleadings | 0.5 | 210.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 09/12/08 | Eric D. Goldberg | Analyze new pleadings re GM and email re same | 3.8 | 2,337.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ & report re pension fund negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re potential loans | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re PBGC liens | 0.1 | 72.50 |
| 09/12/08 | Jeffrey H. Davidson | Telephone conference with ███ re GM settlement, committee's objections, examiner motion, & related matters | 0.5 | 362.50 |
| 09/12/08 | Jeffrey H. Davidson | Prepare memo re committee position on debtor's deals with GM and on examiner motion; prepare correspondence to clients and advisors re same | 0.4 | 290.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from Al Hogan re motion to amend GM financing and re schedule filed under seal for motion re GM amendment; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re confidentiality order | 0.1 | 72.50 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re GM pension deal; analyze reports re same | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Delphi motion for approval of new GM deal; analyze detailed press release | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re Delphi filings; prepare correspondence to clients re same | 0.1 | 72.50 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re Delphi motions; analyze correspondence from Eric D. Goldberg re committee motion | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Preliminary review of Delphi's motions, committee's motion, & committee's objections; correspondence re same | 2.1 | 1,522.50 |
| 09/12/08 | Mark S. Wallace | Analyze correspondence from ███ re PBGC Developments. | 0.2 | 125.00 |
| 09/12/08 | Mark S. Wallace | Analyze documents re Jeffrey H. Davidson re PBGC liens. | 0.1 | 62.50 |
| 09/13/08 | Christine M. Pajak | Analyze pleadings and correspondence re pension plan changes | 1.0 | 420.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re Delphi's motion to approve deal with GM; analyze correspondence from ███ ███ re same | 0.2 | 145.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re article on Delphi/GM deal | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 09/13/08 | Jeffrey H. Davidson | Conference call with ███████ ███ re strategy | 1.2 | 870.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re strategy | 0.1 | 72.50 |
| 09/13/08 | Jeffrey H. Davidson | Telephone conference with ███████ re strategy | 0.3 | 217.50 |
| 09/13/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re strategy | 0.2 | 145.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re plan model; correspondence from ███████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re ███████ e-mail | 0.1 | 72.50 |
| 09/14/08 | Christine M. Pajak | Analyze pleadings and correspondence re amendments to pension plans, GSA, MRA and KECP | 4.5 | 1,890.00 |
| 09/14/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re plan financial model; prepare correspondence re same | 0.1 | 72.50 |
| 09/14/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re strategy; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/14/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy | 0.1 | 72.50 |
| 09/14/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re discussions with ███████ prepare correspondence re same | 0.1 | 72.50 |
| 09/14/08 | Jeffrey H. Davidson | Analyze spreadsheet re plan financial model | 0.2 | 145.00 |
| 09/15/08 | Christine M. Pajak | Analyze order to show cause | 0.1 | 42.00 |
| 09/15/08 | Christine M. Pajak | Meeting with Jeffrey H. Davidson and Isaac M. Pachulski re objections & re strategy | 1.3 | 546.00 |
| 09/15/08 | Eric D. Goldberg | Analyze new pleadings | 0.8 | 492.00 |
| 09/15/08 | Eric D. Goldberg | Meet w/Isaac M. Pachulski, Jeffrey H. Davidson and Christine M. Pajak re strategy | 1.0 | 615.00 |
| 09/15/08 | Eric D. Goldberg | Conf. call re discovery | 1.2 | 738.00 |
| 09/15/08 | Eric D. Goldberg | Prepare outline of issues and arg. re C&M settlement motion | 2.4 | 1,476.00 |
| 09/15/08 | Isaac M. Pachulski | Review pleading; multiple notices of filing; multiple e-mails (includes prior week). | 0.5 | 412.50 |
| 09/15/08 | Isaac M. Pachulski | Confer with Jeffrey H. Davidson, Eric D. Goldberg, Christine M. Pajak re strategy re Debtor GM settlement motions and re objections; conf. w/Jeffrey H. Davidson re same | 1.4 | 1,155.00 |
| 09/15/08 | Isaac M. Pachulski | Research; work on matters re objection to motion. | 0.9 | 742.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/15/08 | Isaac M. Pachulski | Review, prepare multiple e-mails re GM settlement motion, issues and potential objections; review articles. | 0.7 | 577.50 |
| 09/15/08 | Isaac M. Pachulski | Review/respond additional e-mails re GM issues, work on matters re potential objection. | 0.4 | 330.00 |
| 09/15/08 | Isaac M. Pachulski | Review multiple e-mails and work on matters re GM settlement motion. | 0.7 | 577.50 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re strategy; prepare correspondence re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re ███ discussions; correspondence from ███ re same | 0.1 | 72.50 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re OSC entered by court; correspondence from Isaac M. Pachulski re same; analyze order to show cause; prepare correspondence to clients re same | 0.3 | 217.50 |
| 09/15/08 | Jeffrey H. Davidson | Conference call with ███ re strategy | 1.1 | 797.50 |
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re allocation agreement | 0.1 | 72.50 |
| 09/15/08 | Jeffrey H. Davidson | Attend meeting with Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re strategy & response to Delphi motions; correspondence re same; conf. w/Isaac M. Pachulski re same | 1.4 | 1,015.00 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy | 0.1 | 72.50 |
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to clients re proposed confidentiality order | 0.3 | 217.50 |
| 09/15/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy; prepare correspondence to ███ re same | 0.1 | 72.50 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & report re Delphi motions | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to Delphi motions | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Telephone conference with ███ re confidentiality order, re objections to Delphi motions, & re strategy | 1.1 | 797.50 |
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re objection to Delphi motions; research re same | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Prepare memo re strategy in response to Delphi motions & prepare correspondence to clients re same | 0.4 | 290.00 |
| 09/16/08 | Christine M. Pajak | Analyze objection to MRA and GSA | 0.5 | 210.00 |
| 09/16/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re conference call on discovery objection | 0.1 | 42.00 |
| 09/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Committee objection | 0.1 | 42.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/16/08 | Christine M. Pajak | Analyze correspondence from ███ re Committee objection | 0.1 | 42.00 |
| 09/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re client follow-up on recommendation | 0.1 | 42.00 |
| 09/16/08 | Eric D. Goldberg | Email re strategy | 0.3 | 184.50 |
| 09/16/08 | Eric D. Goldberg | Email re discovery plan | 0.2 | 123.00 |
| 09/16/08 | Eric D. Goldberg | Telephone conference with Group re discovery | 1.5 | 922.50 |
| 09/16/08 | Eric D. Goldberg | Telephone conference with email and calls re chambers conference | 1.1 | 676.50 |
| 09/16/08 | Isaac M. Pachulski | Review e-mails re matters re GM Settlement Motion, strategy. | 0.4 | 330.00 |
| 09/16/08 | Isaac M. Pachulski | Review multiple e-mails re pending litigation. | 0.3 | 247.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; correspondence from ███ re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re discovery issues & confidentiality order | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re securities law issues & re local counsel; prepare correspondence re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Conference call with ███ re confidentiality order | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & report re Delphi opposition to committee's request for standing to sue GM; prepare correspondence re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re local counsel; prepare correspondence to ███ re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re confidentiality order | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re local counsel; correspondence from ███ re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Telephone conference with ███ & ███ re confidentiality order & securities law issues; correspondence from ███ re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Telephone conference with ███ re confidentiality order, re discovery disputes, & re strategy | 0.5 | 362.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re confidentiality order; prepare correspondence to ███ re same; correspondence from ███ re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re confidentiality order | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re legal arguments & issues for objection; correspondence from Christine M. Pajak re same; correspondence from Isaac M. Pachulski re same; research re same; prepare correspondence re same | 0.4 | 290.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ▮▮▮▮▮▮ re confidentiality order; prepare correspondence re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re adjournment of hearing on examiner; analyze correspondence re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze opposition of creditors' committee to motion for examiner; prepare correspondence to clients re same | 0.3 | 217.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮▮ re committee objection; prepare correspondence to ▮▮▮▮▮▮▮▮ re same; prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re Delphi's opposition to examiner; analyze Delphi's opposition | 0.4 | 290.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze order authorizing Delphi to file exhibits to GSA & MRA under seal; prepare correspondence to clients & co-counsel re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Prepare memo re local counsel | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze notice of objection deadlines re various matters for omnibus hearing; correspondence re same | 0.1 | 72.50 |
| 09/17/08 | Christine M. Pajak | Research re opposition to GM MRA and GSA motion | 3.0 | 1,260.00 |
| 09/17/08 | Christine M. Pajak | Analyze correspondence re examiner motion | 0.2 | 84.00 |
| 09/17/08 | Christine M. Pajak | Analyze correspondence re confidentiality agreement | 0.2 | 84.00 |
| 09/17/08 | Eric D. Goldberg | Email re motions and discovery | 0.6 | 369.00 |
| 09/17/08 | Eric D. Goldberg | Attend to confi. stip. | 1.2 | 738.00 |
| 09/17/08 | Eric D. Goldberg | Analyze new pleadings | 1.3 | 799.50 |
| 09/17/08 | Eric D. Goldberg | Email re examiner motion | 0.5 | 307.50 |
| 09/17/08 | Eric D. Goldberg | Analyze new pleadings | 1.8 | 1,107.00 |
| 09/17/08 | Eric D. Goldberg | Attend to discovery | 2.1 | 1,291.50 |
| 09/17/08 | Eric D. Goldberg | Email re p-stock | 0.4 | 246.00 |
| 09/17/08 | Isaac M. Pachulski | Review, respond multiple e-mails re GM, other issues. | 0.3 | 247.50 |
| 09/17/08 | Isaac M. Pachulski | Review e-mails; review DR opposition to Examiner; review Committee objection. | 0.8 | 660.00 |
| 09/17/08 | Isaac M. Pachulski | Review, respond e-mails re examiner motion. | 0.2 | 165.00 |
| 09/17/08 | Isaac M. Pachulski | Review multiple e-mails re GM; respond as appropriate. | 0.3 | 247.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ▮▮▮▮ re confidentiality order; prepare correspondence to Eric D. Goldberg re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re committee objection to GM LSA; prepare correspondence re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from draft adjournment notice; prepare revisions; prepare correspondence re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re adjournment of examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re confidentiality order; prepare correspondence re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re committee's objection | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re response to Appaloosa motion to strike; prepare correspondence re same | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re examiner motion; correspondence from Eric D. Goldberg re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Prepare correspondence to clients re confidentiality order | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM GSA MRA motion; correspondence from Eric D. Goldberg re same; prepare correspondence re same | 0.3 | 217.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM MRA & GSA | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence re withdrawal of examiner motion | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Al Hogan re exhibits to GSA; correspondence from Eric D. Goldberg re same; prepare correspondence to Eric D. Goldberg re same; correspondence from Christine M. Pajak re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Prepare correspondence to clients re preferred stock term sheet; analyze preferred stock term sheet | 0.2 | 145.00 |
| 09/18/08 | Christine M. Pajak | Analyze correspondence re withdrawal of examiner motion | 0.1 | 42.00 |
| 09/18/08 | Christine M. Pajak | Research and prepare Delphi brief | 10.0 | 4,200.00 |
| 09/18/08 | Eric D. Goldberg | Email re examiner motion | 0.5 | 307.50 |
| 09/18/08 | Eric D. Goldberg | Attend to discovery matters | 0.8 | 492.00 |
| 09/18/08 | Eric D. Goldberg | Conf. call re discovery | 0.6 | 369.00 |
| 09/18/08 | Eric D. Goldberg | Email re examiner motion | 5.0 | 3,075.00 |
| 09/18/08 | Eric D. Goldberg | Attend to discovery re GM settlement motion | 0.7 | 430.50 |
| 09/18/08 | Eric D. Goldberg | Revise outline of opp. re GM motion | 1.3 | 799.50 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 09/18/08 | Eric D. Goldberg | Emails re revisions to GM opp. | 0.6 | 369.00 |
| 09/18/08 | Isaac M. Pachulski | Review e-mails; respond as appropriate; conference with Christine M. Pajak re preferred stock. | 0.4 | 330.00 |
| 09/18/08 | Isaac M. Pachulski | Review additional prior e-mails. | 0.3 | 247.50 |
| 09/18/08 | Isaac M. Pachulski | Review Trade Committee pleading. | 0.1 | 82.50 |
| 09/18/08 | Isaac M. Pachulski | Review notices of filing, multiple e-mails. | 0.3 | 247.50 |
| 09/18/08 | Isaac M. Pachulski | Review, prepare e-mail re issues re GM financing; analysis related issues; review materials re Trade Committee. | 0.4 | 330.00 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██████ re withdrawal of examiner motion; correspondence from ███████ re same | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re terms of proposed preferred | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re withdrawal of examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/18/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re allocation letter & re supplement | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re status; telephone conference with ███████ ██████ (vmm) | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objections to GM settlement; prepare correspondence re same | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Telephone conference with ███████ re objection to GM settlement & strategy | 0.4 | 290.00 |
| 09/18/08 | Jeffrey H. Davidson | Analyze joinder of trade committee in objection to appointment of examiner; prepare correspondence re same | 0.2 | 145.00 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Al Hogan re examiner motion & re confidential schedule to LSA; correspondence from Eric D. Goldberg re same | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re proposed factual stipulation; analyze proposed stipulation | 0.2 | 145.00 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to LSA motion | 0.1 | 72.50 |
| 09/18/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re 2019 statement filed by Delphi Trade Committee; respond to same | 0.1 | 20.00 |
| 09/18/08 | Kendra A. Johnson | Review Delphi docket re information on the "Delph Trade Committee's" 2019 statement, etc | 0.9 | 180.00 |
| 09/18/08 | Kendra A. Johnson | Prepare correspondence to Jeffrey H. Davidson re "Delph Trade Committee's" 2019 statement, etc. | 0.2 | 40.00 |
| 09/19/08 | Christine M. Pajak | Confer with Eric D. Goldberg re status | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Revise notice of withdrawal | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Research service requirements and under seal filing requirements and follow-up re the same | 1.0 | 420.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/19/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re changes to opposition | 0.3 | 126.00 |
| 09/19/08 | Christine M. Pajak | Revise opposition based on Isaac M. Pachulski's changes and circulate the same | 1.0 | 420.00 |
| 09/19/08 | Christine M. Pajak | Coordinate delivery of notice of withdrawal of examiner motion to court | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Analyze objection to GSA and MRA amendment motion by U.S.A. | 0.3 | 126.00 |
| 09/19/08 | Christine M. Pajak | Exchange emails with ███████ re hand-delivery service of pleadings | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Analyze Committee's opposition to GSA and MRA amendment motion | 0.3 | 126.00 |
| 09/19/08 | Christine M. Pajak | Exchange emails with ███████ re opposition | 0.1 | 42.00 |
| 09/19/08 | Eric D. Goldberg | Attend to doc. review re GM motion | 6.4 | 3,936.00 |
| 09/19/08 | Eric D. Goldberg | Travel to NY while reviewing declarations and doc. pro. | 9.6 | 5,904.00 |
| 09/19/08 | Isaac M. Pachulski | Review multiple e-mails re GM settlement litigation, other matters, review/comment , revise portion of Opposition. | 1.4 | 1,155.00 |
| 09/19/08 | Isaac M. Pachulski | Review multiple e-mails; work on objection to motion and related matters. | 1.5 | 1,237.50 |
| 09/19/08 | Isaac M. Pachulski | Review additional e-mails; work on objection. | 0.4 | 330.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████ re proposed stipulation; correspondence from Eric D. Goldberg re same; correspondence from ███████ re same | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████ re Delphi declarations in support of motion; correspondence from Eric D. Goldberg re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re Delphi declarations | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Telephone conference with ███████ re strategy | 0.3 | 217.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM settlement | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Prepare opposition to GM settlement & correspondence re same | 1.6 | 1,160.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re opposition to GM settlement; correspondence from Eric D. Goldberg re same; prepare correspondence re same | 0.3 | 217.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to opposition to GM settlement | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re draft of objection to GM settlement; analyze correspondence from Christine M. Pajak open issues on objection | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objections by creditors committee, equity committee, and United States | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM settlement | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze several confidential declarations by debtors and by committee | 0.8 | 580.00 |
| 09/20/08 | Christine M. Pajak | Research, review and draft objection to GSA and MRA Amendment Motion; discuss the same with ▮▮▮▮▮; and exchange e-mails with Isaac M. Pachulski and Eric D. Goldberg re the same | 9.0 | 3,780.00 |
| 09/20/08 | Eric D. Goldberg | Prepare for and attend depos. of Naylor, Omsill, Miller and Sherman and review doc. pro. | 16.5 | 10,147.50 |
| 09/20/08 | Isaac M. Pachulski | Review, prepare e-mails; work on objection. | 1.3 | 1,072.50 |
| 09/20/08 | Isaac M. Pachulski | Review, prepare additional e-mails; review declarations submitted by Debtors. | 1.4 | 1,155.00 |
| 09/20/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to GM settlement; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/20/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM settlement; analyze correspondence from Christine M. Pajak re issues for objection | 0.2 | 145.00 |
| 09/20/08 | Jeffrey H. Davidson | Prepare correspondence to Christine M. Pajak re objection to GM settlement | 0.1 | 72.50 |
| 09/20/08 | Jeffrey H. Davidson | Analyze objections by creditors committee, by equity committee, & by United States; declarations re GM settlement | 0.7 | 507.50 |
| 09/20/08 | Jeffrey H. Davidson | Analyze latest draft of objection to GM settlement & revisions | 1.1 | 797.50 |
| 09/20/08 | Jeffrey H. Davidson | Analyze declarations re GM settlement | 0.4 | 290.00 |
| 09/21/08 | Christine M. Pajak | Research, review and revise objection to GSA and MRA Amendment Motion; discuss the same with ▮▮▮▮▮; exchange e-mails with Isaac M. Pachulski, Eric D. Goldberg and ▮▮▮▮▮ re the same | 6.0 | 2,520.00 |
| 09/21/08 | Eric D. Goldberg | Prepare for and attend depos. of Celentano; Stipp; Resnick and Daigle; review draft transcripts and related affidavits and docs. | 14.3 | 8,794.50 |
| 09/21/08 | Eric D. Goldberg | Review and revise draft opp. to GM motion | 1.8 | 1,107.00 |
| 09/21/08 | Eric D. Goldberg | Analyze depo. transcripts | 2.1 | 1,291.50 |
| 09/21/08 | Isaac M. Pachulski | Telephone conference with Pajak (vm). | 0.1 | 82.50 |
| 09/21/08 | Isaac M. Pachulski | Review, respond e-mails; work on objection to Motion. | 1.3 | 1,072.50 |
| 09/21/08 | Isaac M. Pachulski | Review/respond additional e-mail. | 0.2 | 165.00 |
| 09/21/08 | Isaac M. Pachulski | Further work on objection. | 1.2 | 990.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re declarations | 0.1 | 72.50 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to objection to GM settlement | 0.2 | 145.00 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM settlement; prepare correspondence re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re hearing on GM settlement; prepare correspondence re same | 0.1 | 72.50 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to objection to GM settlement & related issues; correspondence from Christine M. Pajak re PBGC claim | 0.2 | 145.00 |
| 09/21/08 | Jeffrey H. Davidson | Analyze revised draft of objection to GM settlement; correspondence from Christine M. Pajak re same; analyze correspondence re same from ▓▓▓▓▓▓; analyze correspondence re same from Eric D. Goldberg; correspondence from ▓▓▓▓▓▓ re same | 0.5 | 362.50 |
| 09/21/08 | Jeffrey H. Davidson | Analyze final draft of objection to GM settlement & correspondence re same | 0.5 | 362.50 |
| 09/22/08 | Christine M. Pajak | Review and finalize objection to GSA and MRA Amendment Motion | 2.0 | 840.00 |
| 09/22/08 | Christine M. Pajak | Prepare correspondence to client re responsive pleadings to GSA and MRA Amendment Motion | 0.1 | 42.00 |
| 09/22/08 | Christine M. Pajak | Research disclosure statement re description of GM claims and settlements | 0.2 | 84.00 |
| 09/22/08 | Christine M. Pajak | Exchange emails with ▓▓▓▓▓▓ re affidavit of service | 0.1 | 42.00 |
| 09/22/08 | Christine M. Pajak | Analyze oppositions to GSA and MRA amendment motion | 0.5 | 210.00 |
| 09/22/08 | Christine M. Pajak | Analyze oppositions to GSA and MRA amendment motion and follow-up re the same re agenda and replies | 1.0 | 420.00 |
| 09/22/08 | Christine M. Pajak | Review and distribute replies filed by the Debtors and other parties in interest | 0.7 | 294.00 |
| 09/22/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re GM preferred stock voting rights | 0.2 | 84.00 |
| 09/22/08 | Christine M. Pajak | Analyze docket re GSA and MRA Amendment Motion reply (x3) | 0.2 | 84.00 |
| 09/22/08 | Christine M. Pajak | Coordinate the filing of affidavits of service | 0.2 | 84.00 |
| 09/22/08 | Eric D. Goldberg | Prep. for 9/23 hearing - review declarations and exhibits; review depo. transcripts; revise opp. brief; prepare outline of argument and cross-examination | 10.2 | 6,273.00 |
| 09/22/08 | Isaac M. Pachulski | Review, prepare e-mails re brief. | 0.2 | 165.00 |
| 09/22/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.3 | 247.50 |
| 09/22/08 | Isaac M. Pachulski | Review e-mails, responses to GM Motion. | 0.9 | 742.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/22/08 | Isaac M. Pachulski | Review e-mails, multiple notices of filing; further review of responses/oppositions to GM Motion. | 1.8 | 1,485.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re objection to GM settlement | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re equity committee objection to committee's prosecution of complaint; correspondence from Eric D. Goldberg re same | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re hearing on GM settlement; prepare correspondence re same | 0.2 | 145.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re filing of objection to GM settlement | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objections to GM settlement | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re government loans | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze agenda for hearing; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re plan issues | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re arguments concerning release of GM & sub rosa plan | 0.2 | 145.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re service of objection; correspondence from Christine M. Pajak re same | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze objections & replies re GM settlement & re amendment to GM financing; correspondence re same | 1.2 | 870.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re section 1123(a)(6) issue concerning GM preferred stock; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/22/08 | Kendra A. Johnson | Finalize and electronically file objection to GMC settlement and certificate of service. | 0.5 | 100.00 |
| 09/22/08 | Kendra A. Johnson | Monitor docket re submission of objections to GMC settlement and Debtors' reply to same; prepare response to Christine M. Pajak | 0.5 | 100.00 |
| 09/22/08 | Kendra A. Johnson | Arrange telephonic appearance of Jeffrey H. Davidson at Delphi hearing | 0.2 | 40.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re telephonic appearance at Delphi hearing; respond to same (4x) | 0.4 | 80.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Christine M. Pajak re affidavit of service of pleading objecting to GM settlement | 0.1 | 20.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Christine M. Pajak re objections to GM Settlement; respond to same | 0.1 | 20.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/22/08 | Kendra A. Johnson | Review docket and retrieve objections to GM Settlement; prepare correspondence to Christine M. Pajak re same | 0.6 | 120.00 |
| 09/22/08 | Kendra A. Johnson | Review docket and retrieve debtors' reply to objections to GM Settlement; prepare correspondence to Christine M. Pajak re same | 0.3 | 60.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Christine M. Pajak re service of objection to GM Settlement | 0.1 | 20.00 |
| 09/22/08 | Kendra A. Johnson | Finalize and electronically file affidavit of service of objection to GM settlement | 0.2 | 40.00 |
| 09/22/08 | Kendra A. Johnson | Finalize and electronically file objection to GMC settlement | 0.3 | 60.00 |
| 09/22/08 | Kendra A. Johnson | Confer with Christine M. Pajak re objection to GMC settlement | 0.2 | 40.00 |
| 09/23/08 | Christine M. Pajak | Analyze court docket re reply to objections to GSA and MRA Amendment Motion and distribute the same | 0.2 | 84.00 |
| 09/23/08 | Christine M. Pajak | Exchange emails with ████████ re court hearing | 0.1 | 42.00 |
| 09/23/08 | Christine M. Pajak | Analyze Debtor's reply to objections to GSA and MRA Amendment Motion | 0.4 | 168.00 |
| 09/23/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re update on hearing (x2) | 0.2 | 84.00 |
| 09/23/08 | Christine M. Pajak | Prepare correspondence to client re status | 0.3 | 126.00 |
| 09/23/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re client report and follow-up re the same | 0.1 | 42.00 |
| 09/23/08 | Eric D. Goldberg | Prepare for and attend hearing and chambers conference | 5.5 | 3,382.50 |
| 09/23/08 | Eric D. Goldberg | Meet w/client re strategy | 1.5 | 922.50 |
| 09/23/08 | Isaac M. Pachulski | Review multiple e-mails re hearing, GM Motion. | 0.3 | 247.50 |
| 09/23/08 | Isaac M. Pachulski | Review additional e-mails re hearing. | 0.2 | 165.00 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Delphi reply to objections to settlement; correspondence from Christine M. Pajak re hearing on motions; correspondence from ████████ re same | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re adjournment of hearing & plan negotiations; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re adjournment of hearing; prepare correspondence re same | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg & Christine M. Pajak re plan negotiations | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re plan negotiations | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re negotiations; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/23/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re plan negotiations; analyze correspondence re same | 0.2 | 145.00 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re report on hearing | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Revise report to clients re adjournment of hearing & plan negotiations | 0.2 | 145.00 |
| 09/23/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re results of hearing | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from ███████, atty. for indenture trustee re transcripts; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/24/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re update | 0.1 | 42.00 |
| 09/24/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson and Isaac M. Pachulski re strategy | 0.1 | 42.00 |
| 09/24/08 | Christine M. Pajak | Briefly analyze highly confidential depo transcript and follow-up with Eric D. Goldberg re the same | 0.2 | 84.00 |
| 09/24/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson, Eric D. Goldberg and Isaac M. Pachulski re strategy and follow-up with client | 0.1 | 42.00 |
| 09/24/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re deal | 0.1 | 42.00 |
| 09/24/08 | Eric D. Goldberg | Prep. for hearing and revise outline of argument and examination | 7.8 | 4,797.00 |
| 09/24/08 | Eric D. Goldberg | Calls and email re Committee deal | 1.2 | 738.00 |
| 09/24/08 | Isaac M. Pachulski | Review, respond multiple memos re GM discussions/motion and strategy. | 0.3 | 247.50 |
| 09/24/08 | Isaac M. Pachulski | Review/respond memos re strategy, client call. | 0.3 | 247.50 |
| 09/24/08 | Isaac M. Pachulski | Conference call; review e-mails. | 0.5 | 412.50 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████; prepare correspondence to | 0.1 | 72.50 |
| 09/24/08 | Jeffrey H. Davidson | Telephone conference with ███████ ███████ re confidentiality issues & trading restrictions | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re plan negotiations status; correspondence from Eric D. Goldberg re same; prepare correspondence re same & re strategy | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re plan negotiations & strategy; correspondence from Eric D. Goldberg re same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski & Eric D. Goldberg re strategy & objection to GM settlement; analyze correspondence re same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy; correspondence from ███████ re same; correspondence from ███ re same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Conference call with clients re strategy | 0.5 | 362.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re preferred stock issues; correspondence from Christine M. Pajak re same | 0.1 | 72.50 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re plan terms; correspondence from ▮▮▮▮▮▮▮; prepare correspondence re same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Telephone conference with Eric D. Goldberg re plan terms & strategy | 0.2 | 145.00 |
| 09/25/08 | Christine M. Pajak | Circulate supplemental reply brief | 0.1 | 42.00 |
| 09/25/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Delphi and CS issues | 0.2 | 84.00 |
| 09/25/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re summary | 0.1 | 42.00 |
| 09/25/08 | Eric D. Goldberg | Prep. for and attend hearing re $300 MM LSA and 6M settlement; negotiate w/debtor and confer w/client re settlement | 8.4 | 5,166.00 |
| 09/25/08 | Eric D. Goldberg | Return to L.A. from NYC after Delphi hearing while reviewing revised amendment and ancillary docs. | 8.5 | 5,227.50 |
| 09/25/08 | Jeffrey H. Davidson | Analyze supplemental reply & correspondence re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re call re hearing on settlement; correspondence from ▮▮▮▮▮ re same | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮ re hearing on settlement | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Conference call with clients re plan proposal & hearing strategy | 0.5 | 362.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮ re hearing; prepare correspondence re same | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ▮▮▮▮ re status of bonds; prepare correspondence re same | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮ re status of bonds; conference call with ▮▮▮▮▮▮▮▮▮ re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Research re record date issues | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re record date issues | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Conference call with ▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮ re status of bonds & voting record date issues | 0.3 | 217.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮ re hearing | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ▮▮▮▮ re plan negotiations | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮▮ re plan negotiations & other matters | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re voting record date issues | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ████ re voting record date issues & related matters; conference call with ████ re same; telephone conference with ████ re plan negotiations & other matters; conference call with ████ re results of hearing & re plan negotiations | 1.9 | 1,377.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.3 | 217.50 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re transfer of bonds; correspondence from ████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ████ re plan negotiations | 0.4 | 290.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re summary of hearing & negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze first amendment to amendment & restated GSA; prepare correspondence to clients re same | 0.3 | 217.50 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Isaac M. Pachulski | Shareholder | 73.5 | 825.00 | 60,637.50 |
| Jeffrey H. Davidson | Shareholder | 279.9 | 725.00 | 202,927.50 |
| Eric D. Goldberg | Shareholder | 175.8 | 615.00 | 108,117.00 |
| Christine M. Pajak | Shareholder | 101.5 | 420.00 | 42,630.00 |
| Nathan A. Schultz | Shareholder | 31.6 | 390.00 | 12,324.00 |
| Mark S. Wallace | Of Counsel | 54.5 | 625.00 | 34,062.50 |
| Kendra A. Johnson | Paralegal | 21.0 | 200.00 | 4,200.00 |
| Jeff M. Fleiss | Paralegal | 0.2 | 200.00 | 40.00 |
| | | 738.0 | | 464,938.50 |

Fees                                                                464,938.50

**COSTS AND DISBURSEMENTS**

| Cost Category | Month | Amount |
|---------------|-------|--------|
| Air Fare | September 2008 | 3,234.99 |
| | October 2008 | 4,416.56 |
| | Total | 7,651.55 |
| Air Freight | August 2008 | 56.97 |
| | September 2008 | 1,495.71 |
| | October 2008 | 18.99 |
| | Total | 1,571.67 |

| Category | Month | Amount |
|---|---|---|
| Airport Transportation | September 2008 | 323.75 |
| | October 2008 | 511.25 |
| | Total | 835.00 |
| Business Meals | September 2008 | 145.58 |
| | Total | 145.58 |
| Computer Research Expense | July 2008 | 15.07 |
| | August 2008 | 54.91 |
| | September 2008 | 205.32 |
| | October 2008 | 677.15 |
| | Total | 952.45 |
| Copy Production | June 2008 | 399.40 |
| | July 2008 | 250.60 |
| | August 2008 | 986.80 |
| | September 2008 | 410.20 |
| | Total | 2,047.00 |
| Court Filing Fees | August 2008 | 0.00 |
| | Total | 0.00 |
| Deposition or Transcript Fee | October 2008 | 8,154.75 |
| | Total | 8,154.75 |
| Document Processing | June 2008 | 3.50 |
| | July 2008 | 38.50 |
| | September 2008 | 7.00 |
| | Total | 49.00 |
| Hotel | September 2008 | 4,299.98 |
| | Total | 4,299.98 |
| Long Distance Telephone | June 2008 | 6.36 |
| | July 2008 | 20.62 |
| | August 2008 | 65.14 |
| | September 2008 | 25.93 |
| | Total | 118.05 |
| Miscellaneous Expense | September 2008 | 34.44 |
| | Total | 34.44 |
| Outside Document Reproduction | September 2008 | 70.00 |
| | Total | 70.00 |
| Parking Expense | September 2008 | 60.00 |
| | Total | 60.00 |
| Postage | July 2008 | 3.54 |
| | August 2008 | 19.04 |
| | September 2008 | 5.79 |
| | Total | 28.37 |
| Taxi | September 2008 | 52.00 |
| | Total | 52.00 |
| Teleconference Service | July 2008 | 380.46 |
| | August 2008 | 386.16 |
| | September 2008 | 461.89 |

|  |  |  |
|---|---|---|
| October 2008 | | 101.52 |
| Total | | 1,330.03 |

**Total Costs by Category:**

|  |  |
|---|---|
| Air Fare | 7,651.55 |
| Air Freight | 1,571.67 |
| Airport Transportation | 835.00 |
| Business Meals | 145.58 |
| Computer Research Expense | 952.45 |
| Copy Production | 2,047.00 |
| Court Filing Fees | 0.00 |
| Deposition or Transcript Fee | 8,154.75 |
| Document Processing | 49.00 |
| Hotel | 4,299.98 |
| Long Distance Telephone | 118.05 |
| Miscellaneous Expense | 34.44 |
| Outside Document Reproduction | 70.00 |
| Parking Expense | 60.00 |
| Postage | 28.37 |
| Taxi | 52.00 |
| Teleconference Service | 1,330.03 |
| Total | 27,399.87 |

**SUMMARY FOR 06109-0001: Delphi**

| | |
|---|---|
| Total Costs and Disbursements This Invoice | 27,399.87 |
| Total Fees This Invoice | 464,938.50 |
| Amount Due | 492,338.37 |

**Exhibit E**

STUTMAN, TREISTER & GLATT P.C.
Attorneys for CR Intrinsic Investors, LLC and
Elliott Associates, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
(310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------- X
In re:                                              |    Chapter 11
                                                    |
DPH HOLDINGS CORP., et al.,                          |    Case No. 05-44481 (RDD)
                                                    |
                   Reorganized Debtors.             |    Jointly Administered
                                                    |
----------------------------------------------------- X

**ORDER GRANTING THE APPLICATION OF CERTAIN SENIOR NOTEHOLDERS**
**PURSUANT TO SECTIONS 503(b)(3) AND (4) OF THE BANKRUPTCY CODE FOR**
**ALLOWANCE AND REIMBURSEMENT OF**
**REASONABLE COMPENSATION AND ACTUAL, NECESSARY EXPENSES**

Upon consideration of the Application, dated November 20, 2009 (the

"**Application**")[1] of the Applicants for an order, pursuant to sections 503(b)(3) and (4) of

the Bankruptcy Code, for allowance and reimbursement of amounts paid by the

Applicants for professional services rendered and actual, necessary expensed incurred

by Stutman, Treister & Glatt ("**Stutman**"); and due and proper notice of the Application

and the relief requested therein having been given to all parties entitled thereto, and no

other or further notice need be given; and a hearing (the "**Hearing**") having been held

before this Court to consider the Application and the relief requested therein; and the

---

[1]    Terms not otherwise defined herein shall have the same meanings ascribed to them
in the Application.

Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and the Court having determined that the Applicants made a substantial contribution in these chapter 11 cases; and the Court having determined that the requested compensation and expenses are reasonable; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is granted in its entirety; and it is further

ORDERED that pursuant to sections 503(b)(3) and (4) of the Bankruptcy Code, the Applicants' request for allowance and reimbursement of compensation in the amount of $268,501.98 and expenses in the amount of $15,823.42 is granted; and it is further

ORDERED that the Debtors are authorized and directed to pay to the Applicants all amounts allowed pursuant to this Order.

Dated:    New York, New York
_____ __, 2009

_____
Robert D. Drain
United States Bankruptcy Judge

533228v4