STUTMAN, TREISTER & GLATT P.C.
Attorneys for CR Intrinsic Investors, LLC
and Elliott Associates, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel:  (310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
In re:                                                   | Chapter 11
                                                         |
DPH HOLDINGS CORP., et al.,                              | Case No. 05-44481 (RDD)
                                                         |
                     Reorganized Debtors.                | Jointly Administered
                                                         |
------------------------------------------------------- X

**CERTIFICATE OF SERVICE**

I, Denice Gonzalez, am over the age of eighteen years and not a party to the within action.  I am employed in an office that employs an attorney who has been admitted to practice before this Court on a pro hac vice basis, at whose direction the within service was made.  My business address is Stutman, Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

This is to certify that on November 20, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via U.S. mail.

"APPLICATION OF CERTAIN SENIOR NOTEHOLDERS PURSUANT TO SECTIONS 503(b)(3) AND (4) OF THE BANKRUPTCY CODE FOR ALLOWANCE AND REIMBURSEMENT OF REASONABLE COMPENSATION AND ACTUAL, NECESSARY EXPENSES IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES"

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2009, at Los Angeles, California.


Dated:  November 20, 2009                    ___/s/ Denice Gonzalez___
                                                    Denice Gonzalez


477449v1

# EXHIBIT "A"

Counsel for the Debtors
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606


Counsel for the Debtors
Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


Counsel to Creditors' Committee
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834


United States Trustee
Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111


477449v1