David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Daniel N. Zinman (DZ-7562)
Daniel A. Fliman (DF-2236)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway, 22nd Floor
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel to the Delphi Trade Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                   :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 (RDD)
                                        :
            Debtors.                    :        (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF FILING OF EXHIBITS TO APPLICATION OF THE
DELPHI TRADE COMMITTEE FOR REIMBURSEMENT OF EXPENSES
ARISING FROM SUBSTANTIAL CONTRIBUTION MADE IN THESE CASES**

**PLEASE TAKE NOTICE** that on November 20, 2009, the ad hoc committee of creditors holding trade claims against Delphi Automotive Systems LLC and its domestic operating subsidiaries (the "Trade Committee"), filed its *Application of the Delphi Trade Committee for Reimbursement of Expenses Arising from Substantial Contribution Made in These Cases* (the "Application") [Docket No. 19116].

**PLEASE TAKE FURTHER NOTICE** that in support of the Application, the Trade Committee hereby files the following exhibits:

1. **Exhibit 1**: detail of KBT&F's[1], R&G's and Capstone's fees broken down by individual and respective hourly rates;

2. **Exhibit 2**: detailed descriptions of KBT&F's, R&G's and Capstone's expenses; and

3. **Exhibit 3**: detailed narrative descriptions of KBT&F's, R&G's and Capstone's fees and expenses.

Dated: New York, New York
November 23, 2009

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

*/s/ Daniel A. Fliman*
David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Daniel N. Zinman (DZ-7562)
Daniel A. Fliman (DF-2336)
1633 Broadway
New York, New York 10019
(212) 506-1700
(212) 506-1800 (facsimile)

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms as in the Application.