# EXHIBIT 1

### FEES FOR SERVICES RENDERED BY
### KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

| Individual | Year of Graduation from Law School and Year(s) Admitted to Bar | Rate (2006/2007[1] & 2008) | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| MICHAEL M. FAY | 1987 and 21 years | $770/$800 | 120.60 | $92,617.00 |
| JEFFREY R. GLEIT | 2000 and 8 years | $565/$640 | 111.90 | $57,508.00 |
| ROBERT M. NOVICK | 1993 and 15 years | $720/$775 | 10.00 | $6,700.00 |
| DAVID S. ROSNER | 1989 and 19 years | $850/$875 | 445.90 | $371,635.00 |
| ADAM L. SHIFF | 1993 and 16 years | $775/$825 | 437.10 | $340,965.50 |
| **SPECIAL COUNSEL** | | | | |
| DANIEL N. ZINMAN | 1996 and 12 years | $615/$675 | 347.30 | $211,310.50 |
| **ASSOCIATE** | | | | |
| ZACHARY AXELROD | 2005 and 3 years | $350/$425 | 151.10 | $49,790.50 |
| SCOTT BERNSTEIN | 2003 and 5 years | $450 | 28.40 | $10,792.00 |
| KIM CONROY | 2002 and 4 years | $400/$450 | 51.50 | $20,600.00 |
| DANIEL A. FLIMAN | 2003 and 5 years | $450/$525 | 391.90 | $172,920.00 |
| ROSS G. SHANK | 1998 and 7 years | $510/$550 | 19.70 | $9,361.00 |
| MICHELLE J. VLADIMIRSKY | 2006 and 2 years | $295/$360 | 53.70 | $14,693.00 |
| **PARALEGALS** | | | | |
| JAMILA A. M. FOLKES | n/a | $150/$165 | 16.70 | $2,465.00 |
| GABRIEL IRIZARRY | n/a | $150/$165 | 19.20 | $2,880.00 |
| CARLOS J. JIMENEZ | n/a | $135/$150 | 4.50 | $607.50 |
| ANITRA R. LAWRENCE | n/a | $150/$165 | 23.70 | $3,517.00 |
| JESSICA NERIS | n/a | $150/$165 | 11.50 | $1,725.00 |
| MANUELA RUIZ | n/a | $150 | 1.10 | $143.00 |
| RASHAAN RUSSELL | n/a | $150/$165 | 38.80 | $5,857.50 |
| SANDY SAINT-CYR | n/a | $165/$180 | 1.30 | $234.00 |
| CHRISTOPHER STAUBLE | n/a | $195 | 2.60 | $455.00 |
| **TOTAL HOURS AND FEES** | | | **2,288.50** | **$1,376,776.50** |

---

[1]   KBT&F charged the same rates in 2007 and 2008.

**FEES FOR SERVICES RENDERED BY ROPES & GRAY LLP**

| Individual | Year of Graduation from Law School and Year(s) Admitted to Bar | Rate (2006/2007 & 2008) | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| MARK BANE | 1985 and 23 years | $700 | 21.25 | $14,875.00 |
| **ASSOCIATE** | | | | |
| ANNE PAK | 2001 and 7 years | $440 | 43.25 | $19,030.00 |
| **PARALEGALS** | | | | |
| Sarah Roberts | n/a | $215 | 00.50 | $107.50 |
| **TOTAL HOURS AND FEES** | | | **65.00** | **$34,012.50** |

**FEES FOR SERVICES RENDERED BY CAPSTONE ADVISORY GROUP**

| Individual | Rate (2006/2007/2008) | Hours | Amount |
|---|---|---|---|
| B. BINGHMAN | $650 | 2.40 | $1,560.00 |
| S. CUNNINGHAM | $555/$595 | 37.30 | $20,861.50 |
| V. DEPIRO | $450/$525/$550 | 266.50 | $131,790.00 |
| M. DESALVIO | $165 | 5.00 | $825.00 |
| E. ORDWAY | $595 | 19.00 | $11,305.00 |
| T. SELL | $325 | 133.00 | $43,225.00 |
| C. TROYER | $425 | 36.50 | $15,512.50 |
| C. WALKER | $250 | 3.80 | $950.00 |
| **TOTAL HOURS AND FEES** | | **503.50** | **$226,029.00** |