**EXHIBIT 2**

**ACTUAL AND NECESSARY DISBURSEMENTS FOR KBT&F**

| Service | Cost |
|---|---|
| Official Records Search | $3,401.20 |
| Witness | $195.00 |
| Transcripts | $15,454.50 |
| Local Transportation | $5,869.35 |
| Business Meals | $1,016.25 |
| Automated Research | $20,173.98 |
| Document Production[1] | $28,266.39 |
| Document Delivery | $1,197.71 |
| Telephone | $164.72 |
| Facsimile Transmission | $391.98 |
| Mailing Charges | $24.79 |
| **TOTAL COSTS** | **$76,155.87** |

**ACTUAL AND NECESSARY DISBURSEMENTS FOR R&G**

| Service | Cost |
|---|---|
| Telephone Charges | $47.50 |
| Computer Assisted Research | $42.00 |
| **TOTAL COSTS** | **$89.50** |

**ACTUAL AND NECESSARY DISBURSEMENTS FOR CAPSTONE**

| Service | Cost |
|---|---|
| Local Transportation | $178.00 |
| Telephone | $965.85 |
| Mailing Charges | $6.87 |
| **TOTAL COSTS** | **$1,150.72** |

---

[1] Consists of scanning, CD burning, printing, document "blowbacks" and copying.