# EXHIBIT 3-A

## KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
## DETAILED NARRATIVE ENTRIES

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799


Federal I.D. # 13-3720397


DECEMBER 28, 2008


07581001
Delphi Trade Committee
Delphi Bankruptcy


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 06/13/06 | DAVID S. ROSNER<br>Delphi initial analyses of GM relationship;<br>work re engagement letter, conflict checks. | 2.00 |
| 06/14/06 | DANIEL N. ZINMAN<br>Review Capstone presentation, draft e-mail to<br>DSR and ALS re same and meeting tomorrow; draft<br>engagement letter. | 3.10 |
| 06/15/06 | DAVID S. ROSNER<br>Analysis of case pleadings; meet w/ team re<br>initial assignments; review public documents;<br>Capstone meeting. | 3.90 |
| 06/15/06 | ADAM L. SHIFF<br>Prepare for and participate in meeting<br>w/Capstone. | 1.50 |
| 06/15/06 | DANIEL N. ZINMAN<br>Work on representation issues, including numerous<br>conferences and e-mails w/clients, DSR. | 2.00 |
| 06/16/06 | DANIEL N. ZINMAN<br>Continued work on representation issues; o/c<br>w/DSR re same. | .80 |
| 06/16/06 | SCOTT BERNSTEIN<br>Conference with DSR re researching and drafting<br>memorandum with respect to debtor's obligations<br>to furnish information under Bankruptcy Code<br>Section 704(a)(7). | .10 |
| 06/16/06 | DANIEL A. FLIMAN<br>Conferences with DSR regarding representation<br>issues; draft conflicts waiver letter. | 1.60 |

Delphi Trade Committee                          Dec 28, 2008    PAGE 2
FILE NUMBER: 07581001
INVOICE NO.: ******


06/19/06   DANIEL N. ZINMAN                                        .50
           Work on representation, related issues; t/cs
           w/clients re same.

06/19/06   SCOTT BERNSTEIN                                        1.50
           Research and draft memorandum to David Rosner
           re debtor's obligations to furnish information
           under Bankruptcy Code Section 704(a)(7).

06/20/06   DAVID S. ROSNER                                       1.00
           Negotiation, documentation of engagement
           letters, waivers; analysis of GM relationship.

06/20/06   SCOTT BERNSTEIN                                        3.60
           Research and draft memorandum to David Rosner
           re debtor's obligations to furnish information
           under Bankruptcy Code Section 704(a)(7).

06/21/06   DAVID S. ROSNER                                       2.70
           Analysis of motion re increase buy-out program;
           analysis of opposition; review, research claim
           implication; meet w/ team re same; call w/
           client re same.

06/21/06   SCOTT BERNSTEIN                                        1.10
           Research and draft memorandum to David Rosner
           re debtor's obligations to furnish information
           under Bankruptcy Code Section 704(a)(7).

06/22/06   SCOTT BERNSTEIN                                        2.80
           Research and draft memorandum to David Rosner
           re debtor's obligations to furnish information
           under Bankruptcy Code Section 704(a)(7).

06/25/06   SCOTT BERNSTEIN                                        1.60
           Research and draft memorandum to David Rosner
           re debtor's obligations to furnish information
           under Bankruptcy Code Section 704(a)(7).

06/26/06   DAVID S. ROSNER                                         .50
           Work on engagement letter, waivers.

06/26/06   ADAM L. SHIFF                                           .50
           Review motion re GM's buyout's.

06/27/06   DAVID S. ROSNER                                       1.00
           Analysis of OPEB hearing issues; call w/ client
           re same.

06/28/06   DAVID S. ROSNER                                         .80
           Work, analyses re Delphi OPEB hearing.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 3
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
06/28/06   ROBERT M. NOVICK                                    3.70
           Review all pleadings filed w/r/t UAW attrition
           program to prep. for hearing; call w/ Rosner re
           same.

06/28/06   SCOTT BERNSTEIN                                     1.40
           Finalize memorandum to David Rosner re debtor's
           obligations to furnish information under
           Bankruptcy Code Section 704(a)(7); retrieve
           debtors' pleading in support of supplemental
           attrition program per ALS and e-mail to DSR,
           RMN and ALS.

06/29/06   ADAM L. SHIFF                                        .40
           Call w/ RMN re hearing.

06/29/06   ROBERT M. NOVICK                                    6.30
           Travel t/f and attend hearing on UAW attrition
           program; report re same.

06/30/06   DAVID S. ROSNER                                     2.10
           GM analyses; claim analyses; administrative
           matters.

07/03/06   DAVID S. ROSNER                                     1.50
           Work re claims, GM claims analyses.

07/04/06   DAVID S. ROSNER                                     2.50
           Analysis of GM contracts and claims.

07/05/06   DAVID S. ROSNER                                     1.10
           Prep for committee call, committee call re GM,
           inter-company issues.

07/05/06   ADAM L. SHIFF                                       1.10
           Prepare for and participate in committee call
           re GM, inter-company issues.

07/06/06   DAVID S. ROSNER                                      .70
           Work on retention, 2019 issues; inter-company
           claims.

07/10/06   DAVID S. ROSNER                                     1.60
           Revise, redraft multiple form of engagement,
           retention, 2019, agreements.

07/11/06   DAVID S. ROSNER                                     3.40
           Work re Capstone retention; revise, redraft
           retention papers; negotiation re same; work re
           GM analyses.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 4
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Name / Description | Hours |
|---|---|---|
| 07/11/06 | ADAM L. SHIFF<br>Review memo re meeting preparation. | .40 |
| 07/11/06 | DANIEL N. ZINMAN<br>E-mails re Capstone retention, info request;<br>review/comment on Capstone retention;<br>review/comment on info request; t/c w/Capstone<br>re same; review GM contract; e-mails re same. | 2.30 |
| 07/12/06 | DAVID S. ROSNER<br>Prep for meeting w/ Committee; call w/ ALS re<br>updated document requests; review document<br>requests; meet w/ committee; meet w/ Capstone<br>re GM, inter-company issues; meet w/ Delphi<br>team re open tasks; call w/ clients. | 3.10 |
| 07/12/06 | ADAM L. SHIFF<br>Prepare for and participate in meeting<br>w/Capstone and counsel to the committee. | 3.10 |
| 07/12/06 | DANIEL N. ZINMAN<br>Attend meeting w/Capstone, DSR, ALS, Creditors<br>Committee; draft e-mail to clients; review GM<br>contracts, related materials. | 3.80 |
| 07/13/06 | DANIEL N. ZINMAN<br>Draft e-mail to clients re meeting w/creditors<br>committee; o/c w/DSR re same; review docket and<br>related items. | 2.60 |
| 07/14/06 | DANIEL N. ZINMAN<br>Revise e-mail to clients re meeting w/creditors<br>committee and retention issues; o/c w/DSR re<br>same. | 1.00 |
| 07/17/06 | DAVID S. ROSNER<br>Call re waivers, conflict, GM issues; work re<br>revised agreement; due diligence. | 1.00 |
| 07/18/06 | DAVID S. ROSNER<br>Work re inter company claim, document analyses. | .40 |
| 07/19/06 | DAVID S. ROSNER<br>Call w/ clients. | .50 |
| 07/19/06 | DANIEL N. ZINMAN<br>E-mails w/clients; attend conference call<br>w/clients; o/cs w/DSR re same. | 1.60 |
| 07/24/06 | DAVID S. ROSNER<br>Address representation matters. | .50 |

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 5
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 07/25/06 | ADAM L. SHIFF<br>Conf w/team re assignments; work re joint<br>interest issues. | 1.20 |
| 07/25/06 | DANIEL N. ZINMAN<br>Review docket for relevant motions/pleadings<br>since the beginning of the case. | 2.60 |
| 07/25/06 | DANIEL A. FLIMAN<br>Discuss case tasks and issues with DSR, DNZ,<br>and ALS (1.1); analyze several background documents<br>regarding case (1.5); start to review various<br>pleadings to analyze party's interests and<br>status of case (2.2). | 4.80 |
| 07/26/06 | DANIEL A. FLIMAN<br>Continue to review pleadings to identify<br>positions and interests of various parties,<br>begin to draft memorandum regarding same. | 3.20 |
| 07/26/06 | RASHAAN RUSSELL<br>Download and retrieve various Delphi documents<br>for review as per D. Fliman. | 4.00 |
| 07/27/06 | DAVID S. ROSNER<br>Call w/ clients, proposed co-counsel re<br>conflict matters, strategy. | .70 |
| 07/27/06 | ADAM L. SHIFF<br>Work re joint interest agreement. | .60 |
| 07/28/06 | DAVID S. ROSNER<br>Call w/clients; analysis of committee, GM,<br>equity prior positions; analysis of pending<br>motions. | 1.20 |
| 07/28/06 | DANIEL N. ZINMAN<br>E-mails re retention issues; review docket for<br>pleadings of interest. | .20 |
| 07/29/06 | DAVID S. ROSNER<br>Further negotiations re waivers. | .50 |
| 08/03/06 | DANIEL N. ZINMAN<br>O/c w/ALS re retention issues, docs, structure;<br>e-mails re same. | .40 |
| 08/04/06 | DANIEL A. FLIMAN<br>Analyze pleadings related to rejection of GM<br>agreements and draft chart analyzing issues,<br>positions taken by parties re same. | 2.90 |

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 6
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---:|
| 08/08/06 | DAVID S. ROSNER | 2.60 |
| | Address financing agreements; call w/ clients; call w/ committee, debtors; review pleadings, strategy. | |
| 08/08/06 | DANIEL N. ZINMAN | .60 |
| | Draft 2019 statement; e-mails re same. | |
| 08/08/06 | DANIEL A. FLIMAN | 7.20 |
| | Continue to draft extensive analysis of pleadings, disputes in case and review pleadings re same. | |
| 08/09/06 | DAVID S. ROSNER | 1.80 |
| | Work re financing documents; call w/ debtors; work re due diligence; draft letter to company. | |
| 08/09/06 | DANIEL A. FLIMAN | 2.00 |
| | Revise Delphi analysis of party positions and major disputes in case. | |
| 08/10/06 | DANIEL N. ZINMAN | .40 |
| | Draft 2019 statement; e-mails re same. | |
| 08/11/06 | DANIEL N. ZINMAN | .80 |
| | Revise 2019 statement; e-mails re same. | |
| 08/11/06 | SCOTT BERNSTEIN | 1.00 |
| | Revisions to Rule 2019 statement; e-mails with term re same. | |
| 08/14/06 | DAVID S. ROSNER | .50 |
| | Draft outline for ltr to company. | |
| 08/14/06 | DANIEL N. ZINMAN | .30 |
| | O/c w/DSR re letter to debtors, related topics. | |
| 08/15/06 | DAVID S. ROSNER | 1.10 |
| | Work re ltr to company re information; call w/ clients re same. | |
| 08/15/06 | DANIEL N. ZINMAN | 1.60 |
| | Draft letter to debtors; conference/e-mails w/DSR, ALS, M. Funk re same; t/cs/e-mails w/R. Marano re 2019, retention. | |
| 08/16/06 | DAVID S. ROSNER | .80 |
| | Work re information requests, pleading analyses. | |
| 08/16/06 | DANIEL N. ZINMAN | 1.90 |
| | O/c w/ALS re status, tomorrow's hearing; t/cs w/King Street; revise 2019; o/c w/ALS re same; o/c w/DSR re same, tomorrow's hearing; revise letter to debtors. | |

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 7
FILE NUMBER: 07581001
INVOICE NO.: ******
```

08/17/06  DAVID S. ROSNER                                          1.00
          Delphi committee call, draft company letter.

08/17/06  ADAM L. SHIFF                                             .50
          T/c w/co-counsel.

08/17/06  DANIEL N. ZINMAN                                          .40
          E-mails/confs w/King Street re engagement,
          2019.

08/17/06  SCOTT BERNSTEIN                                          4.40
          Conferences with D. Zinman re monitoring STN
          hearing and 1113/1114 hearing (.2); travel to and
          from, and attend same (3.8); prepare for Friday's
          hearing re same (.4).

08/18/06  DAVID S. ROSNER                                          1.00
          Draft ltr to company; meet w/ colleagues re
          strategy on information, litigation.

08/18/06  ADAM L. SHIFF                                            1.30
          Revise letter.

08/18/06  SCOTT BERNSTEIN                                           .60
          Draft notice of appearance and request for
          service of papers; identify parties that need
          to be served with notice of appearance and
          request for service of papers.

08/19/06  DAVID S. ROSNER                                           .50
          Address information matters.

08/21/06  DANIEL N. ZINMAN                                         2.40
          T/c w/V. DePiro re fee issues, data list,
          related items; draft e-mails re same; e-mails
          and conferences re letter to debtors, related
          topics; revise letter to debtor.

08/22/06  DAVID S. ROSNER                                           .50
          Finalize 2019, financing arrangements,
          agreements.

08/23/06  DANIEL N. ZINMAN                                          .10
          E-mails w/M. Funk re prospectus review.

08/28/06  DAVID S. ROSNER                                           .70
          Correspondence re information, GM claims,
          related matters.

08/28/06  DANIEL N. ZINMAN                                          .90
          E-mails re 2019; revise same.

Delphi Trade Committee                           Dec 28, 2008    PAGE 8
FILE NUMBER: 07581001
INVOICE NO.: ******

08/29/06   DANIEL N. ZINMAN                                        .10
           T/c w/R. Marano re holdings.

08/30/06   DANIEL N. ZINMAN                                       1.90
           Review transcript of 1113/1114 hearing.

08/30/06   DANIEL A. FLIMAN                                        .50
           Research 13-D filing regarding amended
           agreement; address issues relating to filing of
           2019.

08/31/06   DAVID S. ROSNER                                         .40
           Call w/ company; call w/ clients.

08/31/06   SCOTT BERNSTEIN                                         .20
           Conference with D. Zinman re: researching and
           drafting a memo re under what circumstances is
           a parent corporation's funding of an insolvent
           subsidiary not a fraudulent transfer.

09/01/06   ADAM L. SHIFF                                           .70
           T/c DSR re GM; review documents re same; revise
           statement.

09/03/06   SCOTT BERNSTEIN                                        1.00
           Review secondary sources for examples of
           circumstances in which a parent corporation's
           funding of an insolvent subsidiary not a
           fraudulent transfer

09/05/06   DANIEL N. ZINMAN                                        .30
           Emails/conferences re GM proof of claim and
           related issues.

09/06/06   DAVID S. ROSNER                                        1.00
           Analysis of GM transactions, work re NDA.

09/06/06   ADAM L. SHIFF                                          1.40
           Review pleadings re standing to assert GM
           claims.

09/06/06   DANIEL N. ZINMAN                                        .40
           O/c w/ALS re joinder in CC motion; o/c w/DAF re
           same; e-mails re same.

09/06/06   SCOTT BERNSTEIN                                        1.70
           Research fraudulent transfer case law re
           circumstances in which a parent corporation's
           funding of an insolvent subsidiary is not a
           fraudulent transfer.

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 9
FILE NUMBER: 07581001
INVOICE NO.: ******
```

09/07/06  SCOTT BERNSTEIN                                        2.60
          Research fraudulent transfer case law re
          circumstances in which a parent corporation's
          funding of an insolvent subsidiary is not a
          fraudulent transfer.


09/08/06  ADAM L. SHIFF                                           .40
          Review and comment on statement in support re
          GM Actions.

09/08/06  SCOTT BERNSTEIN                                        1.30
          Research fraudulent transfer case law re
          circumstances in which a parent corporation's
          funding of an insolvent subsidiary is not a
          fraudulent transfer.

09/08/06  DANIEL A. FLIMAN                                       4.60
          Draft statement in support of committee STN
          Motion and analyze STN motion and equity committee
          objection re same.

09/10/06  DANIEL A. FLIMAN                                        .80
          Revise statement in support of committee STN
          motion.

09/11/06  DAVID S. ROSNER                                        1.20
          Work re statement on GM, review documents; call
          w/ clients; call w/ ALS.

09/11/06  ADAM L. SHIFF                                           .70
          T/c DSR re GM; review documents re same; revise
          satement.

09/11/06  DANIEL N. ZINMAN                                       1.20
          E-mails re Merrill; e-mails re statement in
          support of CC's GM motion; revise same.

09/11/06  DANIEL A. FLIMAN                                       1.50
          Revise statement of support to committee STN
          motion.


09/12/06  DANIEL N. ZINMAN                                        .30
          E-mails re statement in support of CC's GM
          motion.

09/13/06  SCOTT BERNSTEIN                                         .80
          Research and draft memo re fraudulent
          conveyances in the contest of transfers from
          debtor parents to debtor subsidiaries.

Delphi Trade Committee                         Dec 28, 2008    PAGE 10
FILE NUMBER: 07581001
INVOICE NO.: ******

09/13/06  DANIEL A. FLIMAN                                       .30
          Analyze issues related to committee STN motion
          against GM.

09/13/06  RASHAAN RUSSELL                                        .20
          Download daily docket for attorney review;
          retrieve and download the Notice of Hearing
          Proposed Eleventh Omnibus Hearing Agenda filed
          by John Butler Jr. on behalf of Delphi
          Corporation as per ALS.

09/14/06  JEFFREY R. GLEIT                                      1.60
          T/c's with DSR re hearing; review revised term
          sheets.

09/14/06  JEFFREY R. GLEIT                                      1.70
          Review Delphi background material; review asset
          sale pleadings.

09/14/06  RASHAAN RUSSELL                                        .20
          Download and retrieve daily docket for attorney
          review; retrieve and download the So Ordered
          Stipulation signed on 9-12-2006 by and between
          Debtors' Conflicts Counsel and Attorney for
          Offshore International as per ALS.

09/15/06  ADAM L. SHIFF                                          .50
          Review GM materials; revise statement.

09/15/06  JEFFREY R. GLEIT                                      1.60
          Research re S. McDonald wells' notice; t/c with
          KKC re GM claim.

09/15/06  DANIEL N. ZINMAN                                      1.20
          Review revised plan, confirmation order;
          e-mails re comments to same.

09/15/06  SCOTT BERNSTEIN                                       2.70
          Research and draft memo re fraudulent
          conveyances in the contest of transfers from
          debtor parents to debtor subsidiaries.

09/16/06  DAVID S. ROSNER                                      1.00
          Work re statement, amended 2019, NDA, memo re
          claims.

09/16/06  DANIEL N. ZINMAN                                      1.50
          Revise statement in support of CC motion.

09/17/06  DAVID S. ROSNER                                        .50
          Fact research.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 11
FILE NUMBER: 07581001
INVOICE NO.: ******


09/18/06   DAVID S. ROSNER                                        .80
           Address confidentiality, GM claims.


09/18/06   JEFFREY R. GLEIT                                       .20
           Review Bar Date order; email with KCC re same.



09/20/06   DAVID S. ROSNER                                      1.80
           Work re NDA, claims, substantive consolidation
           analysis.

09/20/06   ADAM L. SHIFF                                        1.40
           Review and revise confi; review claim documents.


09/21/06   DAVID S. ROSNER                                      1.00
           Work re trade recovery, substantive
           consolidation.

09/21/06   ADAM L. SHIFF                                        1.20
           Revise GM pleadings; t/c Bane; doc review.


09/21/06   DANIEL N. ZINMAN                                     2.10
           O/c w/ALS re joinder in CC STN motion, NDA;
           numerous conferences w/clients re same and new
           fee pooling agreement; e-mails re same; revise
           NDA, joinder.


09/22/06   DAVID S. ROSNER                                      1.00
           Document analysis re substantive consolidation,
           NDA, call re same.

09/22/06   ADAM L. SHIFF                                          .50
           Revise STN response.


09/22/06   DANIEL N. ZINMAN                                     1.10
           Revise statement in support of CC's GM motion;
           e-mails re same.


09/25/06   ADAM L. SHIFF                                        1.40
           Review statement support; revise NDA.


09/25/06   DANIEL N. ZINMAN                                     1.20
           O/c w/ALS re statement in support of CC motion
           and NDA; revise NDA; o/c w/DSR re same.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 12
FILE NUMBER: 07581001
INVOICE NO.: ******
```

09/25/06   RASHAAN RUSSELL                                      .20
           Download the daily docket for attorney review;
           retrieve and download the Application to Employ
           /Application Pursuant to Sections 328 and 1103
           of the Bankruptcy Code and Bankruptcy Rule 2014
           for Order Authorizing the Official Committee of
           Equity Security Holders to Retain and Employ
           Houlihan Lokey Howard & Zukin Capital, Inc. as
           Financial Advisor to the Equity Committee Nunc
           Pro Tunc to July 31, 2006 as per D. Zinman.

09/26/06   DAVID S. ROSNER                                     1.40
           Work re NDA, 2019 research, trade recovery.

09/26/06   ADAM L. SHIFF                                        .50
           Conf w/ team re NDA and disclosure issues.

09/26/06   DANIEL N. ZINMAN                                    2.90
           O/c w/ALS re NDA; e-mails/conference w/DSR re
           same; revise same; e-mails re same; e-mails re
           engagement letters for ASM, Sierra; revise
           same; review/comment on revised fee pooling
           letter.

09/26/06   MICHELLE J. VLADIMIRSKY                             2.10
           Researched disclosure requirements for section
           2019.

09/27/06   DAVID S. ROSNER                                      .70
           Work re NDA, 2019 research

09/27/06   ADAM L. SHIFF                                        .20
           Conf w/ DNZ re strategy.

09/27/06   JEFFREY R. GLEIT                                    1.40
           T/c with V. DiPirro re trade claims; review
           materials sent by Capstone; research re
           substantive consolidation.

09/27/06   DANIEL N. ZINMAN                                    2.40
           Conference w/KBTF team re strategy; t/cs
           w/clients re same, status; o/c w/ALS re same;
           o/c w/DSR re same; t/c w/M. Bane re same.

09/27/06   MICHELLE J. VLADIMIRSKY                             3.80
           Researched the standard of substantive
           consolidation in the 2nd Circuit.

09/28/06   ADAM L. SHIFF                                        .80
           Work re statement; conf w/ DNZ.

Delphi Trade Committee                            Dec 28, 2008    PAGE 13
FILE NUMBER: 07581001
INVOICE NO.: ******

09/28/06  JEFFREY R. GLEIT                                           .40
          Review EDS articles; review debtor's motion to
          file under seal.

09/28/06  DANIEL N. ZINMAN                                          1.70
          Numerous conferences w/ALS, clients, others re
          statement in support of CC's GM motion,
          modifications to fee pooling agreement; e-mails
          re same.

09/29/06  DAVID S. ROSNER                                           1.00
          Delphi call, prep re same w/ committee.

09/29/06  ADAM L. SHIFF                                             1.90
          Prepare for and participate in t/c; negotiate
          NDA.

09/29/06  DANIEL N. ZINMAN                                          2.10
          Review statement in support of CC's GM motion;
          numerous conferences/e-mails w/clients, DSR,
          ALS, others re statement in support of CC's GM
          motion, holdings, other topics; e-mails re
          same; attend all client call.

10/01/06  DAVID S. ROSNER                                            .80
          Analysis of open NDA issues, memo re same, memo
          re Skadden position, call w/ ALS.

10/02/06  DAVID S. ROSNER                                            .50
          Work re Delphi NDA, information requests.

10/03/06  DAVID S. ROSNER                                           1.20
          Work re NDA negotiations, open points,
          substantive consolidation analyses.

10/03/06  ADAM L. SHIFF                                              .90
          Review 2019 research; work re NDA issues.

10/03/06  DANIEL N. ZINMAN                                          1.80
          Review/comment on NDA; e-mails re same; e-mails
          re billing, related issues; review other
          confidentiality agreements for comparisons.

10/03/06  MICHELLE J. VLADIMIRSKY                                   1.80
          Draft memo on standards for substantive
          consolidation.

10/04/06  ADAM L. SHIFF                                             1.10
          T/cs re NDA; 2019 and transaction update.

Delphi Trade Committee                          Dec 28, 2008    PAGE 14
FILE NUMBER: 07581001
INVOICE NO.: ******

10/04/06  JEFFREY R. GLEIT                                         .30
          T/c with M. Gold re underlying documents of
          claim.


10/06/06  DAVID S. ROSNER                                          .70
          Call, memo re substantive consolidation,
          document requests.

10/06/06  ADAM L. SHIFF                                            .80
          Negotiate and revise NDA.

10/06/06  JEFFREY R. GLEIT                                        1.10
          Review amended schedules and most recent MOR.

10/06/06  DANIEL N. ZINMAN                                         .80
          Draft e-mail re 2019 issues; confs w/DSR, ALS
          re same.

10/06/06  DANIEL A. FLIMAN                                        3.20
          Research pre-petition credit agreement and DIP
          order; discuss same with JRG; analyze issues
          related to involvement of GMAM in case.

10/06/06  ZACHARY AXELROD                                        1.00
          Search docket for Statements and Schedules re
          consolidation; discussion w/ JRG and DNZ re
          same

10/09/06  DAVID S. ROSNER                                        1.00
          Address NDA, EDS issues.

10/09/06  ADAM L. SHIFF                                          1.30
          Review outsourcing motion; DIP materials; conf
          JRG re same; t/cs w/clients.

10/09/06  JEFFREY R. GLEIT                                       1.40
          Review motion to enter into EDS contract and
          draft email to DSR and ALS re same; meeting
          with ALS re assignments, including substantive
          consolidation analysis; conferences with Z.
          Axelrod re motion to enter into contract and
          related research.

10/09/06  DANIEL N. ZINMAN                                        .20
          E-mails w/KBTF team re capital structure
          issues.

10/09/06  DANIEL A. FLIMAN                                        .90
          Analyze Delphi pre-petition credit agreements,
          DIP agreements, draft email to JRG and ALS re
          same.

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 15
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 10/09/06 | ZACHARY AXELROD | 4.50 |
| | Research re assumption of contract before | |
| | Amending (4.2); discussion with JRG re same (.3). | |
| | | |
| 10/10/06 | DAVID S. ROSNER | .30 |
| | Call re NDA, document requests. | |
| | | |
| 10/10/06 | ADAM L. SHIFF | .50 |
| | Conf DSR re NDA; review 2019 issues. | |
| | | |
| 10/10/06 | ZACHARY AXELROD | 1.00 |
| | Research re necessity of assuming contract | |
| | before amending it; discussion with JRG re | |
| | same. | |
| | | |
| 10/11/06 | DAVID S. ROSNER | .40 |
| | Work re NDA, document requests. | |
| | | |
| 10/11/06 | ADAM L. SHIFF | .20 |
| | Review emails from DSR. | |
| | | |
| 10/11/06 | ROSS G. SHANK | 1.40 |
| | Research 2019 issues for DAF. | |
| | | |
| 10/11/06 | DANIEL A. FLIMAN | .70 |
| | Discuss 2019 motion with ALS, begin to address | |
| | issues related to same. | |
| | | |
| 10/11/06 | MICHELLE J. VLADIMIRSKY | 2.80 |
| | T/c w/DNZ about Delphi background; research re | |
| | Section 2019. | |
| | | |
| 10/11/06 | RASHAAN RUSSELL | .70 |
| | Download daily docket for attorney review; | |
| | retrieve and download pleadings. | |
| | | |
| 10/12/06 | DAVID S. ROSNER | .80 |
| | Call re committee, requests, rights offering. | |
| | | |
| 10/12/06 | ADAM L. SHIFF | 2.20 |
| | Finalize NDA; 2019; review reports re rights | |
| | offering and others; t/cs clients re same; | |
| | follow-up w/DSR. | |
| | | |
| 10/12/06 | JEFFREY R. GLEIT | .70 |
| | Research re Cerberus and Appaloosa transaction. | |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 16
FILE NUMBER: 07581001
INVOICE NO.: ******
```

10/12/06   DANIEL N. ZINMAN                                        2.10
           Numerous e-mails/confs re NDA and 2019 holdings
           by Debtor issue; review final NDA; draft
           holdings chart.

10/12/06   DANIEL A. FLIMAN                                        4.40
           Address issues related to 2019 statement,
           discuss same with RGS and begin to draft motion to
           determine 2019 compliance.

10/12/06   MICHELLE J. VLADIMIRSKY                                 1.20
           Research 2019 statements in bankruptcy
           proceedings.

10/13/06   DANIEL N. ZINMAN                                        2.70
           Numerous confs w/A. Pak, DSR, ALS, M. Bane,
           clients re NDA and 2019 issues; revise NDA for
           Capstone and Ropes & Gray; revise 2019.

10/13/06   ZACHARY AXELROD                                         1.50
           Search for forms of 2004 motions and motions to
           compel; begin drafting motion to compel / 2004
           motion re NDA; discussion w/ JRG re same.

10/15/06   ZACHARY AXELROD                                         2.00
           Begin draft of Motion to Compel under NDA /
           2004 Motion; email to JRG

10/16/06   DAVID S. ROSNER                                         1.00
           Delphi work re NDA, amended 2019, call w/
           Skadden, GM analysis.

10/16/06   ADAM L. SHIFF                                           1.70
           Address Capstone NDA; revise 2019; review
           documents.

10/16/06   DANIEL N. ZINMAN                                        2.30
           Review/revise 2019 statement; e-mails/confs re
           tomorrow's call; t/cs w/clients re same, case
           status, holdings; work on NDAs;
           e-mails/conferences re revised fee pooling
           agreements.

10/16/06   ROSS G. SHANK                                            .70
           Analyze 2019 exhibit searches & attend to
           e-mails re same.

```
Delphi Trade Committee                         Dec 28, 2008    PAGE 17
FILE NUMBER: 07581001
INVOICE NO.: ******
```

10/16/06   DANIEL A. FLIMAN                                       6.50
           Analyze pre-petition credit agreement / DIP
           agreement, order to evaluate marshalling
           issues (2.3); draft detailed analysis re same (4.2).

10/16/06   RASHAAN RUSSELL                                         .20
           Download daily docket for attorney review;
           retrieve and download the Official Committee of
           Unsecured Creditors' Response and Reservation
           of Rights with Respect to Pending Interim Fee
           Applications of Various Retained Professionals
           as per DNZ.

10/17/06   DAVID S. ROSNER                                        1.70
           Committee call; Contrarian call; meet w/ team;
           GM claim analysis.

10/17/06   ADAM L. SHIFF                                          2.20
           Work re NDA; fee pooling; 2019; review docs;
           prepare for and participate in Committee call;
           follow-up w/DSR; t/cs w/clients.

10/17/06   JEFFREY R. GLEIT                                       1.50
           Meeting with ALS, DNZ and DAF re assignments;
           draft WIP report; participate in committee
           call.

10/17/06   DANIEL N. ZINMAN                                       2.80
           Revise 2019 statement; revise Capstone NDA;
           o/cs w/ALS re same and 2019; t/c w/clients re
           2019, holdings, case status; e-mails re NDAs.

10/17/06   DANIEL A. FLIMAN                                       8.10
           Meeting with ALS, DNZ, JRG regarding case
           tasks, delegation of same (.5); continue to draft
           2019 motion, conduct legal research regarding
           same (5.0); discuss same with ALS (.5); calendar omnibus
           hearing dates (.4); outline analysis of docket tasks
           with ZA (1.2); discuss GM documents analysis with
           DNZ (.5).

10/17/06   MICHELLE J. VLADIMIRSKY                                 .90
           Research regarding Rule 2019.

10/17/06   MICHELLE J. VLADIMIRSKY                                 .30
           List all future omnibus hearings in Delphi.

10/17/06   ZACHARY AXELROD                                       2.50
           Draft summary of agenda for 10/19 Omnibus
           hearing for ALS; search docket for info sharing
           orders and status conference attendance
           limitations.

Delphi Trade Committee                        Dec 28, 2008      PAGE 18
FILE NUMBER: 07581001
INVOICE NO.: ******

10/18/06   DAVID S. ROSNER                                        1.00
           Work re NDA, document requests, GM analyses.

10/18/06   ADAM L. SHIFF                                          1.40
           Review materials re 10/19 hearing; address 2019
           issues.

10/18/06   JEFFREY R. GLEIT                                        .30
           Review matters up for hearing on the 19th.

10/18/06   DANIEL N. ZINMAN                                       3.60
           O/c w/ALS re 2019, GM, fee pooling agreement;
           e-mails re GM claim; t/c w/J. Hale re state of
           case, Trade Committee, related topics;
           revise/finalize 2019; e-mails re same; e-mails
           re amended fee pooling agreement; confs w/ALS,
           A. Pak re same; confs w/DAF re GM; review GM
           memo from DAF.

10/18/06   DANIEL A. FLIMAN                                       9.00
           Continue to draft and revise motion regarding
           Rule 2019 compliance (3.3); calendar pertinent
           hearing dates and address and analyze upcoming
           hearings (.8); analyze docket regarding order for
           committee information sharing (.3); analyze various
           documents and pleading relating to claims
           asserted by GM (3.4); draft detailed email regarding
           analysis findings, discuss same with DNZ (1.2).

10/18/06   ZACHARY AXELROD                                        2.50
           Review joint interest agreement for information
           sharing between creditors; review court rules
           re status conferences and who can attend;
           discussion w/ DAF re same; draft summary of
           10/19 Omnibus hearing agenda and email to team.

10/18/06   JAMILA A.M. FOLKES                                     1.20
           Organize and file verified 2nd amended 2019
           statement of KBT&F.

10/19/06   DAVID S. ROSNER                                         .50
           Work re claim analyses.

10/19/06   ADAM L. SHIFF                                          5.50
           Prepare for and participate in morning hearing;
           followed by correspondence and t/cs re chambers
           conf; draft memo re same.

10/19/06   DANIEL N. ZINMAN                                       4.40
           Review transcript of attrition program hearing (2.4);
           o/cs w/DAF re same and GM claims (.6); numerous
           confs/e-mails re today's hearings (.6); review GM
           complaint (.8).

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 19
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
10/19/06  ROSS G. SHANK                                          3.10
          Revise & update 2019 filings research.


10/19/06  DANIEL A. FLIMAN                                       4.80
          Analyze hearing transcript regarding GM claims,
          discuss same with DNZ (1.5); analyze Delphi debt
          structure (3.3).


10/20/06  DAVID S. ROSNER                                         .60
          Call w/ debtor, creditors, meet w/ ALS re
          document requests.


10/20/06  ADAM L. SHIFF                                           .80
          T/cs w/clients; confs w/DSR and JRG.


10/20/06  JEFFREY R. GLEIT                                       2.40
          Review GM materials received from Skadden;
          research re 1113 issue.


10/20/06  DANIEL N. ZINMAN                                       1.00
          O/c w/MJV re sub con and related issues; review
          materials re same.


10/20/06  JAMILA A.M. FOLKES                                      .80
          Locate the t.x.t version of Delphi 6/29/06
          transcript as per DNZ.


10/20/06  RASHAAN RUSSELL                                         .30
          Download daily docket for attorney review;
          retrieve and download the Joint Motion to Amend
          Motion of Creditors/Interested Parties to
          Modify October 13, 2005 Order and to Compel
          Delphi Corporation to Advance Legal Fees and
          Costs and Joint Motion for Relief from Stay
          Motion of J.T. Battenburg III, Alan Dawes, Paul
          Free, John Blahnik, Milan Belans, Catherine
          Rozanski, Pamela Geller, Peter Janak and Laura
          Marion for Limited Relief from the Automatic
          Stay, to the Extent Applicable, to Pay and/or
          Advance Defense Costs Under the Debtors'
          Insurance Policies as per DNZ.


10/23/06  ADAM L. SHIFF                                           .30
          Address Capstone NDA.


10/23/06  DANIEL N. ZINMAN                                        .40
          T/c w/client re trade claims, ongoing
          developments.


10/23/06  ZACHARY AXELROD                                         .40
          Review stipulation and recoupment between
          Delphi Med Systems and Applera; email w/ JRG re
          same
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 20
FILE NUMBER: 07581001
INVOICE NO.: ******

10/24/06   DAVID S. ROSNER                                         .50
           Work re analysis of trade claims, GM, document
           requests.

10/24/06   JEFFREY R. GLEIT                                        .40
           Review recent subcon cases for analysis.

10/24/06   DANIEL N. ZINMAN                                       2.90
           Numerous conferences/e-mails w/DSR, ALS, K.
           Marafioti, others re Capstone NDA, fee pooling
           agreement, GM issues, related issues; revise
           Capstone NDA; review and mark June 29
           transcript.

10/24/06   DANIEL A. FLIMAN                                        3.8
           Review and analyze documents related to GM
           claims.

10/24/06   MICHELLE J. VLADIMIRSKY                                 .50
           Research cases to update substantive
           consolidation analysis.

10/25/06   DAVID S. ROSNER                                         .80
           Work re info requests, trade creditor claim
           history.

10/25/06   ADAM L. SHIFF                                           .60
           Review order re GM; emails re same; comment on
           Capstone NDA.

10/25/06   JEFFREY R. GLEIT                                       1.40
           Review King Street documents; t/c's with V.
           DiPirro re information request; review same.

10/25/06   DANIEL A. FLIMAN                                       5.60
           Analyze various issues related to November 8
           hearings on 1113 and GM contract rejection
           issues, discuss same with ALS (2.6); outline related
           legal research (.5); address issues relating to GM
           claims analysis, revise analysis chart
           regarding same (2.5).

10/26/06   JEFFREY R. GLEIT                                       1.20
           Review memorandum and analysis re GM claims;
           review recent pleadings filed in case.

10/26/06   DANIEL N. ZINMAN                                       1.00
           O/cs/e-mails w/ALS, DAF, JRG, local counsel re
           GM issues, fee pooling agreement; revise fee
           pooling agreement.

Delphi Trade Committee                                    Dec 28, 2008    PAGE 21
FILE NUMBER: 07581001
INVOICE NO.: ******

10/26/06    DANIEL A. FLIMAN                                            5.70
            Analyze orders and stipulation regarding filing
            documents under seal and discuss same with ALS (.7);
            continue to analyze GM claims including
            pleadings and transcripts related thereto and
            revise claims analysis chart (4.2); coordinate
            calendaring of hearing and objection deadlines (.3);
            analyze fee sharing agreement issues and draft
            email regarding same (.3); coordinate administrative
            matters related to 10.27 committee call and
            discuss case strategy and tasks (.2).

10/26/06    ZACHARY AXELROD                                            2.00
            Research re joinder to motion relating back to
            date of filing; discussion w/ DAF re same;
            calendar upcoming hearings.

10/27/06    DAVID S. ROSNER                                            2.00
            Call w/ committee; call w/ R&G; call w/
            debtors; call w/ committee; GM analysis.

10/27/06    ADAM L. SHIFF                                              1.20
            Review DAF memo; confs DSR; committee call.

10/27/06    JEFFREY R. GLEIT                                            .90
            Participate in committee call; review final GM
            analysis.

10/27/06    DANIEL N. ZINMAN                                            .40
            E-mails re fee pooling agreement, other issues.

10/27/06    DANIEL A. FLIMAN                                           2.50
            Revise memo regarding GM claims; participate in
            committee call, discuss related tasks with ALS
            and DSR; revise tasks list.

10/29/06    DANIEL N. ZINMAN                                            .20
            E-mails w/ALS re fee pooling agreement.

10/31/06    RASHAAN RUSSELL                                            3.90
            Download daily docket for attorney review;
            retrieve, download and create into a Portable
            Document Format of various Notice of Hearing
            documents to be distributed for attorneys
            review as per JRG.

11/01/06    JEFFREY R. GLEIT                                            .50
            T/c with S. Friedman re claims becoming
            disputed; review claims objections filed.

11/01/06    DANIEL A. FLIMAN                                            .20
            Discuss analysis of claims objections with JRG.

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 22
FILE NUMBER: 07581001
INVOICE NO.: ******
```

11/01/06  JAMILA A.M. FOLKES                                    .90
          Organize Delphi documents and create a working
          index.

11/02/06  JEFFREY R. GLEIT                                      .20
          T/c with V. Dipirro re response to Skadden
          diligence email.

11/03/06  DAVID S. ROSNER                                      2.00
          Work re document analysis, claim analysis,
          interest question, document requests, related
          matters, call w/ clients re same.

11/03/06  JEFFREY R. GLEIT                                      .80
          T/c with K. Northrupp re claims issues; t/c
          with R. Reese re reconciling avenue claims; t/c
          with T. Matz re same.

11/04/06  JEFFREY R. GLEIT                                      .20
          Draft email to J. Butler re data request.

11/06/06  ADAM L. SHIFF                                         .30
          Emails clients re claims reconciliations.

11/06/06  JEFFREY R. GLEIT                                      .20
          T/c with A. Pak re Delphi.

11/07/06  ADAM L. SHIFF                                         .40
          T/c Brecker re data issues; email to company re
          access.

11/07/06  DANIEL A. FLIMAN                                      .20
          Coordinate committee conference call.

11/08/06  DAVID S. ROSNER                                      2.20
          Work re status conference, claim analysis,
          interest issue, document review.

11/08/06  ADAM L. SHIFF                                         .40
          Emails re claims.

11/08/06  JEFFREY R. GLEIT                                      .80
          Draft email to committee re omnibus claims
          objections; review recently filed pleadings.

11/08/06  DANIEL N. ZINMAN                                      .30
          T/c w/A. Pak re fee pooling agreement.

11/09/06  DAVID S. ROSNER                                      1.60
          Work re document analysis, research re plan,
          work re related matters.

11/09/06  ADAM L. SHIFF                                        1.00
          T/cs w/parties in interest re status.

Delphi Trade Committee                              Dec 28, 2008    PAGE 23
FILE NUMBER: 07581001
INVOICE NO.: ******


11/09/06   DANIEL N. ZINMAN                                      1.20
           T/c w/potential new member of Delphi Trade
           Committee; review docket; o/c w/ALS re fee
           pooling agreement, new member.

11/09/06   ZACHARY AXELROD                                        .80
           Update Delphi WIP Report.

11/10/06   DAVID S. ROSNER                                       1.40
           Work re committee call, committee analysis,
           plan analysis, research re documents.

11/10/06   ADAM L. SHIFF                                         1.70
           Prepare for, participate in, and follow-up re
           calls w/ financial advisors and committee.

11/10/06   JEFFREY R. GLEIT                                      1.40
           T/c with V. DiPirro re document request;
           participate in client conference call; review
           recently filed pleadings.

11/10/06   DANIEL A. FLIMAN                                      2.20
           Participate in committee conference call and
           circulate to committee claims objections filed
           by debtor.

11/11/06   JEFFREY R. GLEIT                                       .70
           Read SEC settlement papers and Delphi medical
           settlement papers.

11/13/06   DANIEL A. FLIMAN                                       .50
           Address issues related to reconciliation of
           Delphi claims objections.

11/14/06   DAVID S. ROSNER                                       1.00
           Letter to Butler, work re document research,
           work re claim reconciliation.

11/14/06   ADAM L. SHIFF                                          .50
           T/cs creditors re claims and strategy.

11/15/06   DAVID S. ROSNER                                       1.00
           Work re document requests, recovery analysis,
           call w/ Jack.

11/15/06   JEFFREY R. GLEIT                                       .20
           T/c with S. Friedman re scheduled claims issue.

11/15/06   ZACHARY AXELROD                                        .50
           Update WIP Report with upcoming hearing dates.

11/15/06   RASHAAN RUSSELL                                        .10
           Download daily docket for attorney review.

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 24
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 11/17/06 | DANIEL N. ZINMAN | T/c w/A. Pak re fee pooling agreement. | .20 |
| 11/17/06 | RASHAAN RUSSELL | Download daily docket for attorney review; retrieve and download letter to Judge Drain. | .20 |
| 11/20/06 | DANIEL A. FLIMAN | Correspond with Skadden regarding claims objection reconciliation process. | .30 |
| 11/21/06 | DAVID S. ROSNER | Work re document review, claim analysis, individual creditor claim analysis. | 1.20 |
| 11/21/06 | DANIEL A. FLIMAN | Discussion with R. Reese at Skadden regarding claims objection reconciliation; analyze list of documents requests to debtors; correspond regarding claims reconciliation procedure. | .90 |
| 11/22/06 | DAVID S. ROSNER | Call w/ Butler, letter to Butler, memo to clients re same, call w/ Capstone, analysis of discovery and claims. | 1.00 |
| 11/22/06 | DANIEL A. FLIMAN | Correspond regarding responses to claims objections and procedures for resolution of same. | .90 |
| 11/22/06 | ZACHARY AXELROD | Review Debtors' claim objection and estimation procedures motion; email to D. Fliman regarding same. | .50 |
| 11/27/06 | RASHAAN RUSSELL | Download daily docket for attorney review. | .10 |
| 11/28/06 | DAVID S. ROSNER | Prep for company meeting; meeting w/ Capstone; meeting w/ Company; plan analysis; memo re same. | 4.00 |
| 11/28/06 | ADAM L. SHIFF | Prepare for and participate in meeting at Skadden; follow-up re same. | 2.50 |
| 11/28/06 | JEFFREY R. GLEIT | Prepare for and participate in meeting with Skadden re case. | 2.40 |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 25
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 11/29/06 | DANIEL A. FLIMAN<br>Analyze 11.30 hearing agenda, correspond re<br>same. | .40 |
| 11/29/06 | ZACHARY AXELROD<br>Organize files and emails; discussion with J.<br>Gleit re post-petition interest research. | .80 |
| 11/30/06 | DAVID S. ROSNER<br>Interest analysis, call w/ clients, call w/<br>company, draft letter to Butler, call w/<br>committee, call w/ related parties. | 1.40 |
| 11/30/06 | JEFFREY R. GLEIT<br>Research unsecured creditor interest issue. | .40 |
| 11/30/06 | ZACHARY AXELROD<br>Research post-petition interest issue;<br>discussion with J. Gleit regarding same. | 2.80 |
| 12/01/06 | DAVID S. ROSNER<br>Call w/ team; call w/ clients. | 1.00 |
| 12/01/06 | ADAM L. SHIFF<br>Work re post petition interest analysis; call w/ team. | 1.00 |
| 12/01/06 | JEFFREY R. GLEIT<br>Review new data request; t/c with V. Dipirro re<br>same. | .40 |
| 12/01/06 | DANIEL A. FLIMAN<br>Meeting re case matters and tasks, discuss same<br>with ALS. | .70 |
| 12/01/06 | ZACHARY AXELROD<br>Meeting regarding post-petition interest issue;<br>email memos to D. Fliman regarding same. | 1.00 |
| 12/04/06 | DANIEL A. FLIMAN<br>Coordinate analysis regarding post-petition<br>interest. | .80 |
| 12/04/06 | ZACHARY AXELROD<br>Draft motion on payment of post-petition<br>interest; discussions with D. Fliman<br>regarding same. | 6.00 |
| 12/05/06 | DAVID S. ROSNER<br>Call w/ creditors; call w/ clients re<br>treatment, discovery, second request, related<br>matters; call w/ Delphi, call w/ committee. | 1.50 |

Delphi Trade Committee                          Dec 28, 2008    PAGE 26
FILE NUMBER: 07581001
INVOICE NO.: ******

12/05/06   DANIEL A. FLIMAN                                      1.10
           Committee conference call regarding case tasks;
           correspond re same.

12/06/06   DANIEL A. FLIMAN                                       .50
           Begin to draft letter to J. Butler regarding
           potential plan provisions.

12/07/06   ZACHARY AXELROD                                       1.00
           Begin review of trade invoices for choice of
           law and interest payment provisions; discussion
           with D. Fliman regarding same.

12/08/06   DANIEL A. FLIMAN                                       .60
           Telephone call with A. Pak re case matters;
           telephone call with S. Friedman of Avenue
           Capital re same.

12/11/06   DANIEL A. FLIMAN                                      4.20
           Continue to draft letter to debtors regarding
           proposed plan treatment.

12/12/06   JEFFREY R. GLEIT                                       .40
           Review numerous pleadings filed over past week.

12/13/06   DAVID S. ROSNER                                       1.20
           Address interest issues, settlement of plan
           issues, document discovery.

12/13/06   DANIEL A. FLIMAN                                      1.90
           Telephone call with Anne Pak regarding fee
           sharing issues; evaluate proposed changes to
           same; Correspond with committee regarding
           debtors' omnibus claims objections.

12/13/06   RASHAAN RUSSELL                                        .20
           Download daily docket for attorney review;
           download and retrieve Order signed on 12-6-2006
           with Exhibits, establishing dates for hearings
           regarding objections to claims and certain
           notices and procedures governing objections to
           claims as per D. Fliman.

12/15/06   DAVID S. ROSNER                                        .60
           Call w/ clients, call w/ company, call w/ UCC,
           EC re interest, claims cap issues.

12/15/06   MANUELA RUIZ                                           .10
           Download daily docket for attorney review.

12/18/06   DAVID S. ROSNER                                       2.50
           Address Delphi motion re IA, PSA.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 27
FILE NUMBER: 07581001
INVOICE NO.: ******
```

12/18/06   ADAM L. SHIFF                                            2.40
           Review and analysis of motion authorizing
           equity purchase and commitment.

12/18/06   JEFFREY R. GLEIT                                         2.10
           Review motion for approval of equity agreement
           and PSA; participate on call with RG and
           Capstone; revise fee sharing language; review
           and comment on memo re motion.

12/18/06   ZACHARY AXELROD                                          3.00
           Coordinate with J. Gleit conference call re
           Plan framework Motion; draft memo re samel;
           discussion with J. Gleit re same.

12/19/06   DAVID S. ROSNER                                          2.50
           Analysis of IA, PSA agreements, draft
           objection, draft discovery, call re same.

12/19/06   ADAM L. SHIFF                                             .60
           Review objections and discovery; review
           Capstone email re plan.

12/19/06   JEFFREY R. GLEIT                                         1.60
           Review Delphi plan motion, objections and
           conference with D. Rosner re same.

12/19/06   ZACHARY AXELROD                                          2.50
           Draft memo summarizing plan framework Motion.

12/20/06   MICHAEL M. FAY                                           3.30
           Review materials from D. Rosner; t/c with same.

12/20/06   DAVID S. ROSNER                                          3.00
           Delphi call w/ committee, address Bank issues,
           address IA, PSA, work re objection, revise,
           redraft, review documents, call w/ clients,
           work re discovery.

12/20/06   JEFFREY R. GLEIT                                         3.90
           Participate on committee call; draft
           preliminary objection; review discovery memo;
           meeting with D. Fliman and Z. Axelrod re same;
           work on discovery requests; t/c's with A. Pak
           and M. Weinstein re objection.

12/20/06   DANIEL A. FLIMAN                                         7.40
           Correspond re fee sharing agreement (.6);
           participate in committee conference call (.6);
           Analyze discovery by creditors committee and
           equity committee, revise analysis memo re same (3.6);
           draft deposition subjects insert for deposition
           notices, draft document requests and discussion
           same with ZA and JRG (2.2); analyze PSA and motion (.4).

Delphi Trade Committee                              Dec 28, 2008    PAGE 28
FILE NUMBER: 07581001
INVOICE NO.: ******

12/20/06   ZACHARY AXELROD                                          6.50
           Memo summarized discovery requests for
           Framework Motion (2.3); review preliminary objection
           re same (.9); email Highland Capital article to
           team (.3); draft and edit document requests,
           subpoenas and deposition notices for Committee and
           meeting with J. Gleit and D. Fliman re same (2.8);
           conference call with D. Rosner, J. Gleit, D.
           Fliman and Committee re strategy for objection
           and depositions (.2).

12/20/06   ANITRA R. LAWRENCE                                        .50
           Prepare service list for electronic filing.

12/20/06   CHRISTOPHER STAUBLE                                       .50
           Assist with the preparation of service list for
           Objection to Motion Approving the Equity
           Purchase and Commitment Agreement for JRG.

12/21/06   MICHAEL M. FAY                                           2.30
           Review relevant documents; t/c with D. Rosner.

12/21/06   DAVID S. ROSNER                                          4.20
           Draft, revise objection, work re ambiguity
           issues, call w/ clients, call w/ debtor, work
           re discovery, discovery conference, related
           discovery matters.

12/21/06   JEFFREY R. GLEIT                                         3.60
           Participate in discovery scheduling call; work
           on discovery requests; t/c with M. Gold re
           objection.

12/21/06   ROSS G. SHANK                                            1.70
           Research discovery info.

12/21/06   DANIEL A. FLIMAN                                         7.00
           Prepare notices of deposition and document
           requests relating to PSA (3.4); revise objection to
           PSA motion and coordinate filing and service of
           Same (1.2); participate in court conference call
           regarding discovery related to PSA (.5); correspond
           with parties regarding discovery and regarding
           court's conference call re discovery (1.9).

12/21/06   ZACHARY AXELROD                                          6.50
           Prepare subpoenas, deposition notices, and
           document requests for various parties re
           plan framework motion (4.2); court conference call re
           plan framework motion and timing for depositions and
           discovery (2.3).

Delphi Trade Committee                          Dec 28, 2008    PAGE 29
FILE NUMBER: 07581001
INVOICE NO.: ******

12/21/06   ANITRA R. LAWRENCE                                      2.00
           Prepare service list and electronically file
           affidavit of service.

12/22/06   DAVID S. ROSNER                                         2.50
           Work re discovery, statement re ambiguity
           issues, 2019, discovery, scheduling order,
           protective order.

12/22/06   DANIEL A. FLIMAN                                        3.60
           Coordinate service of subpoenas on FTI and
           Rothschild; draft statement of ambiguous PSA
           provisions; analyze scheduling order; draft
           revised 2019 statement.

12/22/06   ZACHARY AXELROD                                         1.10
           Discussion with D. Fliman and J. Gleit re
           subpoenas to Skadden for Framework Motion
           depositions; discussion with paralegal re
           service of same.

12/22/06   MANUELA RUIZ                                            1.00
           Assist preparing subpoenas to FTI Consulting
           and Rothchild, Inc per C. Stauble.

12/22/06   CHRISTOPHER STAUBLE                                      .40
           Assist with the service of Subpoena for
           Depositions of FTI and Rothschild for DAF.

12/24/06   DAVID S. ROSNER                                         1.50
           Work re ambiguity statement, scheduling order,
           protective order, memo to debtors.

12/25/06   DAVID S. ROSNER                                         1.50
           Work re discovery, ambiguity, letter to
           debtors, emails re hearing matters.

12/26/06   DAVID S. ROSNER                                         2.60
           Work re ambiguity statement, discovery,
           document analysis, extended discovery,
           witnesses.

12/26/06   JEFFREY R. GLEIT                                         .70
           Review 2019; review ambiguity statements
           received.

12/26/06   DANIEL A. FLIMAN                                         .30
           Review and analyze correspondence re amended
           2019 statement.

12/26/06   CHRISTOPHER STAUBLE                                     1.70
           Assist with the service of the Trade
           Committee's Statement for JRG.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 30
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/27/06 | MICHAEL M. FAY | Review protective order; t/c with D. Rosner. | 1.40 |
| 12/27/06 | DAVID S. ROSNER | Work on plan, financing litigation. | 1.40 |
| 12/27/06 | ROSS G. SHANK | Review background re document review & attend to correspondence re same. | 1.70 |
| 12/28/06 | MICHAEL M. FAY | Review correspondence, materials; review, execute protective order. | 1.80 |
| 12/28/06 | DAVID S. ROSNER | Work on Delphi discovery, witnesses, document analysis, legal research, letter re interest, discovery conference w/ court, call w/ clients, memo to clients, call w/ R&G. | 2.50 |
| 12/28/06 | ADAM L. SHIFF | Review filed objections; review proposed transaction documents. | 1.10 |
| 12/28/06 | JEFFREY R. GLEIT | T/c with V. DiPirro re committee holdings; review discovery dispute documents. | 1.40 |
| 12/29/06 | MICHAEL M. FAY | Review response statement. | 1.00 |
| 12/29/06 | DAVID S. ROSNER | Work re document analysis, witness analysis, pleading, review response to ambiguity. | 1.60 |
| 12/29/06 | JEFFREY R. GLEIT | Attention to 2019 statement; review ambiguity statement response; begin documents review. | 2.70 |
| 12/29/06 | ROSS G. SHANK | Attend to correspondence re discovery and conf. w/JRG re same. | 1.20 |
| 12/29/06 | DANIEL A. FLIMAN | Evaluate correspondence re committee make-up. | .20 |
| 12/29/06 | MICHELLE J. VLADIMIRSKY | Update holdings for our clients for 2019. | 1.60 |
| 12/30/06 | JEFFREY R. GLEIT | Document review. | 3.40 |
| 12/31/06 | JEFFREY R. GLEIT | Document review. | 3.20 |

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 31
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 01/01/07 | JEFFREY R. GLEIT<br>Document review. | 2.80 |
| 01/02/07 | DAVID S. ROSNER<br>Work re discovery on framework agreements, call<br>w/ Avenue, call w/ Longacre, meet w/team, call<br>w/ Capstone, negotiations w/ debtors, UCC, EC,<br>document review. | 3.50 |
| 01/02/07 | ADAM L. SHIFF<br>Review framework agreements; conf. w/team re<br>discovery issues. | .50 |
| 01/02/07 | JEFFREY R. GLEIT<br>Document review; preparation for depositions. | 4.70 |
| 01/02/07 | DANIEL A. FLIMAN<br>Revise 2019 statement and follow-up regarding<br>information relevant to same. | 1.20 |
| 01/03/07 | DAVID S. ROSNER<br>Work re discovery, deposition preparation, call<br>w/ clients, supplemental objections, all<br>related matters. | 3.50 |
| 01/03/07 | JEFFREY R. GLEIT<br>Document review; participate in numerous<br>discovery related telephone calls; t/c with D.<br>Rosner and V. Depirro re depositions; research<br>re appaloosa standing | 4.40 |
| 01/03/07 | DANIEL A. FLIMAN<br>Follow-up on information relating to 2019<br>statement. | .90 |
| 01/03/07 | ZACHARY AXELROD<br>Prepare trial subpoenas for Resnick, Opie,<br>Miller, and Sheehan. | 1.50 |
| 01/04/07 | DAVID S. ROSNER<br>Prep, for and take Sheehan deposition, prep for<br>Miller, Opie. | 10.00 |
| 01/04/07 | JEFFREY R. GLEIT<br>Document review and prepare for depositions;<br>t/c with B. Connelly re depositions. | 2.60 |
| 01/04/07 | DANIEL A. FLIMAN<br>Meeting with JRG re case tasks; begin to draft<br>objection to plan framework motion; conduct<br>legal research re attorney-client privilege<br>issues; correspond regarding revised 2019<br>statement. | 2.50 |

```
Delphi Trade Committee                            Dec 28, 2008    PAGE 32
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 01/05/07 | DAVID S. ROSNER<br>Prep for, take Miller, prep for Opie,<br>settlement negotiations, work re related<br>discovery. | 7.00 |
| 01/05/07 | JEFFREY R. GLEIT<br>Prepare for and participate in Opie deposition. | 7.20 |
| 01/05/07 | DANIEL A. FLIMAN<br>Analyze interest rate for NY and MI judgments;<br>revise 2019 statement; continue to draft<br>objection to framework motion; review and<br>analyze Sheehan deposition transcript. | 5.10 |
| 01/05/07 | ZACHARY AXELROD<br>Prepare trial subpoenas for Miller and Opie;<br>emails with J. Gleit and D. Rosner re same. | 1.00 |
| 01/06/07 | DAVID S. ROSNER<br>Work re discovery on framework litigation. | 2.00 |
| 01/07/07 | DAVID S. ROSNER<br>Prep for Resnick deposition, work re expert, discovery,<br>document review, related matters re Delphi<br>framework litigation. | 5.80 |
| 01/07/07 | JEFFREY R. GLEIT<br>Review motion to quash subpoenas; review<br>Rothschild documents produced; t/c with V.<br>DePirro re hearing; t/c with E. Ordway re<br>hearing. | 2.90 |
| 01/07/07 | DANIEL A. FLIMAN<br>Continue to draft supplemental objection to<br>plan framework agreement. | 6.80 |
| 01/08/07 | DAVID S. ROSNER<br>Prep for Resnick deposition, prep of expert report,<br>Resnick deposition, settlement proposal,<br>settlement negotiations. | 7.20 |
| 01/08/07 | ADAM L. SHIFF<br>Emails re supplemental objection. | .30 |
| 01/08/07 | JEFFREY R. GLEIT<br>Participate in Delphi discovery call (.7); t/c with<br>V. DePiro re objection (.4); t/c's with E. Ordway re<br>documents reviewed (.3); draft Ordway report (3.4);<br>research and draft objection (4.4); work on<br>declaration for exhibits (1.6); review new documents<br>received from Delphi (1.4). | 12.20 |

Delphi Trade Committee                              Dec 28, 2008    PAGE 33
FILE NUMBER: 07581001
INVOICE NO.: ******

01/08/07   DANIEL A. FLIMAN                                        12.40
           Revise supplemental objection to PSA / EPCA
           motion, conduct extensive legal research re
           same, extensive discussions and correspondence
           with JRG re same.

01/08/07   ZACHARY AXELROD                                          7.50
           Research re approval of sale under section 363;
           discussions with D. Fliman re same (2.2); draft
           ex parte motion to file redacted objection;
           cite check and revise objection andresearch for same (5.3).

01/08/07   JAMILA A.M. FOLKES                                       1.10
           Create a working index for Delphi files.

01/09/07   DAVID S. ROSNER                                          4.30
           Settlement negotiations, Ordway prep, Ordway
           meeting, call w/ parties, committee call,
           document review, analysis, call w/ court.

01/09/07   ADAM L. SHIFF                                            1.40
           Preliminary review of objection; review
           settlement materials.

01/09/07   JEFFREY R. GLEIT                                         3.10
           Review and comment on notice of withdrawal and
           statement in support; work on objection.

01/09/07   DANIEL A. FLIMAN                                         5.20
           Continue to revise supplemental objection;
           draft notice of withdrawal / support statement;
           participate in client conference call.

01/09/07   ZACHARY AXELROD                                          2.50
           Research re objection to Framework motion;
           discussion with D. Fliman re same; research re
           federal judgment rate.

01/09/07   JAMILA A.M. FOLKES                                       1.00
           Prepare pdf and electronically file copies of
           the Delphi Trade Committee Statement in Support
           of the Expedited Motion; Organize and send a
           courtesy copy to the judge.

01/10/07   DAVID S. ROSNER                                          2.80
           Documentation of settlement, negotiation re
           same, cal w/ clients re same.

01/10/07   JEFFREY R. GLEIT                                         1.90
           T/c with A. Goldenberg re settlement; review
           omnibus reply and amended documents.

01/10/07   ZACHARY AXELROD                                           .50
           Emails with J. Gleit re federal judgment rate.

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 34
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 01/10/07 | JAMILA A.M. FOLKES<br>Search, locate, reproduce and pdf copies of<br>April 27, 2006 transcript for use in the Delphi<br>matter. | .70 |
| 01/11/07 | DAVID S. ROSNER<br>Hearing analysis, call w/ clients, review<br>documentation. | 1.00 |
| 01/11/07 | JEFFREY R. GLEIT<br>Prepare for and attend Delphi hearing. | 9.60 |
| 01/12/07 | DAVID S. ROSNER<br>Hearing update, memo to clients. | .60 |
| 01/12/07 | JEFFREY R. GLEIT<br>Prepare for and attend Delphi hearing; draft<br>email to committee re same. | 5.20 |
| 01/14/07 | DAVID S. ROSNER<br>Review finalized documents. | .50 |
| 01/16/07 | DAVID S. ROSNER<br>Address approval issues, interest rate<br>analysis, calls re hearing. | 1.00 |
| 01/17/07 | DAVID S. ROSNER<br>Address plan modifications, liquidity facility. | 1.00 |
| 01/19/07 | DAVID S. ROSNER<br>Address liquidity proposal, interest rate<br>litigation. | .70 |
| 01/22/07 | DAVID S. ROSNER<br>Call re facility, plan modifications, call w/<br>committee re interest rate issue. | .70 |
| 01/24/07 | DAVID S. ROSNER<br>Call w/ clients re liquidity facility, call w/<br>committee re same, review plan terms re same. | 1.00 |
| 01/25/07 | DAVID S. ROSNER<br>Call w/ committee re facility, call w/ client<br>re same. | .50 |
| 02/01/07 | DAVID S. ROSNER<br>Work re plan modifications. | .40 |
| 02/06/07 | DAVID S. ROSNER<br>Motion, interest analysis, work re election re<br>stock; call w/ clients. | 1.00 |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 35
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 02/13/07 | DAVID S. ROSNER<br>Call re plan provisions, interest analysis. | .40 |
| 02/15/07 | DAVID S. ROSNER<br>Analyze, address Delphi issues re trade claims,<br>report re hearing. | 1.00 |
| 02/28/07 | DAVID S. ROSNER<br>Document, pleading analysis re liquidity<br>facility/split on equity. | 1.00 |
| 03/01/07 | DANIEL A. FLIMAN<br>Exchange emails regarding postpetition interest<br>issues. | .30 |
| 03/02/07 | DAVID S. ROSNER<br>Update re pleading analysis. | 1.00 |
| 03/22/07 | DAVID S. ROSNER<br>Update re recent pleadings, hearing, work re<br>interest analysis. | 1.50 |
| 04/06/07 | DANIEL N. ZINMAN<br>Review docket sheet and news articles on Delphi<br>activities since Jan. '07 deal w/ trade; draft<br>email to DSR re same. | 2.00 |
| 04/09/07 | DAVID S. ROSNER<br>Update on case; pleadings. | 1.00 |
| 04/13/07 | DAVID S. ROSNER<br>Update re pleadings, status, call w/ DZ re<br>same. | .50 |
| 04/19/07 | DAVID S. ROSNER<br>Catch up on Cerberus deal; call w/ UCC; call<br>w/ clients. | .70 |
| 04/20/07 | DAVID S. ROSNER<br>Call w/ clients re Cerberus exit; call w/<br>Creditors Committee, call w/ Equity Committee. | 1.00 |
| 04/20/07 | ZACHARY AXELROD<br>Prepare documents re EPCA Agreements; disc w/<br>J. Gleit re same. | 1.20 |
| 04/20/07 | JAMILA A.M. FOLKES<br>Organize Delphi documents in binder with tabs<br>and create a working index. | 2.30 |
| 04/23/07 | DAVID S. ROSNER<br>Calls w/ clients, UCC re framework meetings,<br>update analysis re EPCA. | .80 |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 36
FILE NUMBER: 07581001
INVOICE NO.: ******
```

04/23/07   DANIEL A. FLIMAN                                         1.70
           Analyze EPCA and related documents; discuss
           same with ZA.

04/23/07   ZACHARY AXELROD                                          3.30
           Review EPCA and related agreements re
           ramifications of Cerberus withdrawal; draft
           email summary re same; disc w/ D. Fliman re
           same.

04/24/07   JEFFREY R. GLEIT                                         2.90
           Review EPCA, PSA and press reports re Cerberus;
           work on analysis re same.

04/24/07   ZACHARY AXELROD                                          3.50
           Draft summary re ramifications of Cerberus
           withdrawal; disc w/ J. Gleit re same.

04/25/07   JEFFREY R. GLEIT                                          .50
           Review EPCA analysis and participate on
           conference call with ad hoc committee re case.

04/25/07   DANIEL A. FLIMAN                                          .30
           Participate in conference call re case tasks,
           developments.

04/25/07   ZACHARY AXELROD                                          1.00
           Conf call w/ committee re Cerberus withdrawal
           and strategy; review NDAs re 2019 issue; email
           to V. DePiero re bank clients; update client
           contacts.

05/01/07   DANIEL N. ZINMAN                                          .30
           O/c w/ DSR re status, recent developments;
           review docket for material pleadings.

05/02/07   DANIEL N. ZINMAN                                          .60
           Review orders on 1113 and GM motions; o/c w/
           DSR re same.

05/04/07   JEFFREY R. GLEIT                                          .30
           T/c with S. Friedman re committee claims
           issues.

05/07/07   JEFFREY R. GLEIT                                          .30
           T/c with S. Friedman re committee claims
           disputes issues.

05/07/07   JAMILA A.M. FOLKES                                        .60
           Organize and file Delphi accumulated case
           files.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 37
FILE NUMBER: 07581001
INVOICE NO.: ******

05/10/07  JEFFREY R. GLEIT                                      .20
          T/c with S. Friedman re committee claims
          reconciliation issues.

05/16/07  ADAM L. SHIFF                                         .40
          Review current filings re impact on
          transaction.

05/17/07  DAVID S. ROSNER                                       .70
          Update re docket, claims, equity transaction.

05/24/07  DAVID S. ROSNER                                      1.00
          Call re update re claims analysis, call w/
          clients, call w/ committee, call w/ debtors,
          call w/ financial advisors.

05/25/07  DAVID S. ROSNER                                      1.00
          Review pleadings, update analysis, update
          docket analysis.


05/30/07  DANIEL N. ZINMAN                                      .20
          O/c w/ DSR re tomorrow's closed status
          conference.

05/31/07  DAVID S. ROSNER                                      1.00
          Call re docket update, call w/ UCC, call w/
          client.

05/31/07  DANIEL N. ZINMAN                                      .50
          Conferences w/ Debtors' counsel and Committee
          counsel prior to closed status conference.

06/08/07  DAVID S. ROSNER                                      1.00
          Update analysis, call w/ clients.

06/11/07  DAVID S. ROSNER                                      1.00
          Call w/ clients re treatment, call w/ parties
          re termination.

06/19/07  DAVID S. ROSNER                                      1.00
          Work re Delphi transaction re trade.

06/21/07  DAVID S. ROSNER                                      1.20
          Work re update on non-Cerberus transaction;
          call w/ clients; call w/ advisors re committee,
          company.

07/09/07  DAVID S. ROSNER                                      1.00
          Address claims issues re termination.

07/09/07  ADAM L. SHIFF                                         .50
          Review releases, t/c CC and clients re same.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 38
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/18/07 | DAVID S. ROSNER | Address changed transaction; impact on trade; points on trade. | 1.00 |
| 07/18/07 | ADAM L. SHIFF | Email from clients; review materials from transaction; t/cs Capstone. | 1.20 |
| 07/19/07 | DAVID S. ROSNER | Work re new transaction. | 1.00 |
| 07/19/07 | ADAM L. SHIFF | Review and analysis of documents filed by company including equity, purchase agreement and plan framework; t/cs w/clients re same; conf DNZ re same. | 4.20 |
| 07/19/07 | DANIEL N. ZINMAN | Review Delphi-Appaloosa EPCA motion for trade issues; o/cs w/ JRG re same; o/cs w/ ALS re same; t/c w/ ALS and J. Neiss re same; t/c w/ R. Klein re same; t/c w/ V. DiPiero re same; review EPCA agreement for trade issues; review plan framework for trade issues; draft summary of same. | 5.70 |
| 07/20/07 | DAVID S. ROSNER | Call re trade transaction; call w/ holders; call w/ ALS re new terms. | 1.00 |
| 07/20/07 | ADAM L. SHIFF | Review documents; conf DSR; t/c clients; work re client memo. | 4.20 |
| 07/20/07 | DANIEL N. ZINMAN | Numerous emails/confs. w/ ALS, DSR, others re Delphi-Appaloosa EPCA motion and trade impact; draft email to Trade Committee re same; emails w/ ALS re same; revise draft email to Trade Committee; review of motion and attachments re same. | 2.60 |
| 07/21/07 | DANIEL N. ZINMAN | Revise draft email to Trade Committee; review of motion and attachments re same; emails w/ ALS, DSR re same. | 1.40 |
| 07/22/07 | DANIEL N. ZINMAN | Emails w/ ALS, DSR re draft email; review of applicable documentation. | .20 |
| 07/23/07 | DAVID S. ROSNER | Work on analysis of new transaction. | .80 |

Delphi Trade Committee                          Dec 28, 2008    PAGE 39
FILE NUMBER: 07581001
INVOICE NO.: ******

07/23/07  ADAM L. SHIFF                                         2.40
          Emails DePiro and Committee re transaction;
          review transaction documents; revise email re
          same.

07/23/07  DANIEL N. ZINMAN                                      5.30
          Numerous confs./emails w/ ALS, V. DePiro re
          draft email to Trade Committee on
          Delphi-Appaloosa motion; revise/finalize and
          send email to Trade Committee re same;
          continued review of documentation attached to
          motion.

07/23/07  DANIEL A. FLIMAN                                      1.20
          Discussions regarding analysis of post-petition
          interest issues; review case file re same.

07/23/07  MICHELLE J. VLADIMIRSKY                               2.50
          Meet with DAF and DNZ re post petition interest
          issue; determine interest rates on claim
          invoices.

07/24/07  DAVID S. ROSNER                                       1.10
          Prep for committee call, committee call.

07/24/07  ADAM L. SHIFF                                         2.20
          Prepare for, participate in, and follow-up re
          call w/trade committee.

07/24/07  DANIEL N. ZINMAN                                      5.30
          Continued review of documentation attached to
          Delphi-Appaloosa motion; attend trade committee
          meeting; follow up o/c w/ ALS re same and
          committee's questions; additional review of
          documentation; follow up conferences w/ certain
          members of Trade Committee re same.

07/25/07  MICHELLE J. VLADIMIRSKY                               4.70
          Analyze claims to determine appropriate post
          petition interest rate.

07/26/07  ADAM L. SHIFF                                         1.50
          T/cs clients re transaction; emails FAs and CC
          re update; review documents.

07/26/07  DANIEL A. FLIMAN                                      2.10
          Discussions with ALS and MJV re analysis of
          post-petition interest issues; analyze client
          documents re same, discuss related analyses
          with MJV.

07/26/07  MICHELLE J. VLADIMIRSKY                               1.10
          Determine interest rates for claims.

```
Delphi Trade Committee                       Dec 28, 2008    PAGE 40
FILE NUMBER: 07581001
INVOICE NO.: ******


07/27/07  MICHELLE J. VLADIMIRSKY                              2.20
          Research re changes in terms of contract re
          interest rate; prepare binder for interest rate
          evaluations.

07/30/07  ADAM L. SHIFF                                        1.20
          Review research re interest and Delphi's Terms and
          conditions of sale; review responses to motion.

07/30/07  DANIEL A. FLIMAN                                     2.40
          Discussions with MJV re post-petition interest
          issues; analysis of Michigan and Federal
          judgment rates and of general terms and
          conditions.

07/30/07  MICHELLE J. VLADIMIRSKY                              1.90
          Research re contract provision regarding
          interest; research federal judgment
          rate.

08/01/07  RASHAAN RUSSELL                                       .10
          Download daily docket for attorney review.

08/02/07  ADAM L. SHIFF                                        1.80
          Review response to EPCA filing and related
          pleadings; t/c clients re same.

08/02/07  RASHAAN RUSSELL                                      1.10
          Research, Retrieve and download the Notice of
          Hearing Proposed Delphi-Appaloosa Investment
          And Plan Framework Motion Non-Omnibus Hearing
          Agenda and Response Debtors' Reply In Support
          Of Delphi-Appaloosa Investment And Plan
          Framework Motion as per A. Shiff; download
          docket for attorney review; organize case
          files.

08/06/07  ADAM L. SHIFF                                         .50
          Review current pleadings/filings.

08/06/07  RASHAAN RUSSELL                                       .10
          Download daily docket for attorney review.

08/07/07  DAVID S. ROSNER                                      1.00
          Update re docket report, pleadings, pending
          matters.

08/07/07  RASHAAN RUSSELL                                       .10
          Download daily docket for attorney review.

08/08/07  ADAM L. SHIFF                                         .80
          Review pending matters.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 41
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 08/09/07 | DAVID S. ROSNER<br>Delphi trade claim analysis re revised order,<br>revised claims, analysis of docket filings. | 1.50 |
| 08/09/07 | ADAM L. SHIFF<br>Conf DSR re claims and order; review materials<br>re same. | .50 |
| 08/09/07 | RASHAAN RUSSELL<br>Download daily docket for attorney review. | .10 |
| 08/10/07 | RASHAAN RUSSELL<br>Download daily docket for attorney review. | .10 |
| 08/13/07 | ADAM L. SHIFF<br>Review new filings and agreements. | .70 |
| 08/14/07 | ADAM L. SHIFF<br>Review documents re claims. | .80 |
| 08/15/07 | ADAM L. SHIFF<br>Review materials re acquisition. | 1.20 |
| 08/16/07 | DAVID S. ROSNER<br>Work re Delphi analysis, docket, agreements,<br>change in debt instruments. | 1.10 |
| 08/16/07 | ADAM L. SHIFF<br>Numerous t/cs and emails re transaction. | 1.10 |
| 08/20/07 | ADAM L. SHIFF<br>Review new filings and related documents. | 1.00 |
| 08/21/07 | ADAM L. SHIFF<br>Review new filings. | .40 |
| 08/23/07 | DAVID S. ROSNER<br>Address Delphi update, questions re claims<br>trading. | 1.00 |
| 08/23/07 | ADAM L. SHIFF<br>Conf DSR re trading issues; review materials re<br>same. | .40 |
| 08/23/07 | RASHAAN RUSSELL<br>Download daily docket for attorney review. | .10 |
| 08/24/07 | RASHAAN RUSSELL<br>Download daily docket for attorney review. | .10 |
| 08/27/07 | RASHAAN RUSSELL<br>Download daily docket for attorney review. | .10 |

Delphi Trade Committee                                Dec 28, 2008    PAGE 42
FILE NUMBER: 07581001
INVOICE NO.: ******

08/29/07  DAVID S. ROSNER                                                  .50
          Update re claims trading, docket.

09/04/07  DAVID S. ROSNER                                                  .40
          Call w/ clients re trading in claims, update of
          2019, plan and disclosure statement.

09/04/07  ADAM L. SHIFF                                                    .90
          Review preliminary documents re ERISA and MDL
          settlement; emails team re same.

09/04/07  DANIEL N. ZINMAN                                                 .50
          Conference/emails w/ DSR, ALS re MDL
          settlement, related topics.

09/05/07  DAVID S. ROSNER                                                 1.10
          Call re plan and terms of new proposal; work re
          MDL objection issues.

09/05/07  ADAM L. SHIFF                                                   1.10
          Analysis re MDL issues; potential settlement.

09/06/07  DAVID S. ROSNER                                                 3.50
          Delphi plan, d/s analysis; call w/ committee;
          call w/ clients; call w/ team.

09/06/07  ADAM L. SHIFF                                                   3.60
          Preliminary review of plan and disclosure
          statement.

09/06/07  DANIEL A. FLIMAN                                                 .50
          Correspond regarding filed plan of
          reorganization, disclosure statement, analyze
          response deadlines.

09/06/07  ANITRA R. LAWRENCE                                               .80
          Retrieve various documents per DAF and MV.

09/07/07  DAVID S. ROSNER                                                 5.60
          Work re plan, disclosure statement, substantive
          consolidation, bond/trade issues, likely
          litigation scenarios, call w/ clients, call w/
          committee, call w/ Capstone.

09/07/07  ADAM L. SHIFF                                                   5.50
          Extensive review and analysis of plan and
          disclosure statement; conf team and clients re
          same.

09/07/07  DANIEL N. ZINMAN                                                 .30
          Numerous emails re plan, disclosure statement,
          related issues.

Delphi Trade Committee                           Dec 28, 2008     PAGE 43
FILE NUMBER: 07581001
INVOICE NO.: ******

09/07/07   DANIEL A. FLIMAN                                          1.20
           Analyze plan and disclosure statement
           provisions regarding post-petition interest
           payment and re reclamation claims treatment;
           analyze applicable interest rates and
           correspond re same.

09/07/07   MICHELLE J. VLADIMIRSKY                                   1.20
           Interest rate analysis.

09/07/07   ZACHARY AXELROD                                           3.50
           Organize and review Delphi disclosure
           statement, plan and related documents; discs
           and emails w/ D. Fliman and D. Zinman re same.

09/09/07   DANIEL N. ZINMAN                                           .50
           Begin review of disclosure statement, plan.

09/10/07   DAVID S. ROSNER                                           3.20
           Work re plan analysis, bond trading analysis,
           call w/ holders, call w/ bonds, work re s/c and
           related issues, meet w/ team re potential plan
           issues.

09/10/07   ADAM L. SHIFF                                             6.20
           Extensive review and analysis of plan and
           disclosure statement; conf team re same.

09/10/07   JEFFREY R. GLEIT                                          1.40
           Review disclosure statement and plan; review
           motion to cap unliquidated claims; review
           reclamation claim motion.

09/10/07   DANIEL N. ZINMAN                                          1.90
           Review plan and disclosure statement;
           emails/conference w/DSR re same.

09/10/07   DANIEL A. FLIMAN                                          1.30
           Analyze estimation motion and reclamation
           motion, identify pertinent issues.

09/10/07   ZACHARY AXELROD                                            .50
           Coordinate circulation of documents; disc w/ D.
           Fliman re same.

09/11/07   DAVID S. ROSNER                                           4.00
           Call w/ clients, call w/ bonds, meet w/ team,
           review documents, analysis of legal claims re
           change in plan, provision analysis re disputed
           claims, related matters.

09/11/07   ADAM L. SHIFF                                             3.80
           Review documents; team meeting; analysis re
           claims treatment.

Delphi Trade Committee                              Dec 28, 2008    PAGE 44
FILE NUMBER: 07581001
INVOICE NO.: ******

09/11/07    DANIEL N. ZINMAN                                          3.20
            Continued review of plan and disclosure
            statement; draft summary of plan and disclosure
            statement; conferences w/ DSR, ALS re same.

09/12/07    DAVID S. ROSNER                                           3.80
            Work re Delphi plan issues, disclosure
            statement, call w/ holders 2019 analysis; call
            w/ bond group; call w/ bond holders; analysis
            of trade/bond issues; meet w/ team re all open
            points; call w/ Capstone.

09/12/07    ADAM L. SHIFF                                             4.10
            Committee call; document review; analysis of
            subordination issue.

09/12/07    DANIEL N. ZINMAN                                          2.10
            Conferences/emails w/ DSR, ALS re
            plan/disclosure statement issues; additional
            review of plan and disclosure statement in
            preparation for call; attend Trade Committee
            call.

09/12/07    DANIEL A. FLIMAN                                          2.80
            Analyze pleadings regarding confirmation timing
            issues; conference call regarding various
            matters.

09/12/07    MICHELLE J. VLADIMIRSKY                                   1.30
            Prepare summary regarding interest rates
            analysis

09/12/07    RASHAAN RUSSELL                                            .50
            Download daily docket for attorney review;
            retrieve and download the Motion to Approve
            Compromise Motion For Order Approving Multi
            district Litigation And Insurance Settlements,
            the Motion to Authorize Motion For Order
            Establishing Procedures For Treatment Of
            Reclamation Claims, Order Granting Motion to
            Establishing Procedures for the Treatment of
            Reclamation Claims, and the Amended Final Order
            establishing procedures for the treatment of
            reclamation claims signed on 11-4/-2005.

09/13/07    DAVID S. ROSNER                                           1.00
            Work re Delphi plan, disclosure statement
            issues.

09/14/07    DAVID S. ROSNER                                           2.20
            Work re Delphi plan, call w/ clients, memo re
            same, call w/ colleagues, call w/ committee,
            call w/ bonds.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 45
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 09/17/07 | ADAM L. SHIFF | 2.80 |
| | Analysis re MDL settlement and Plan issues; | |
| | work re potential objection. | |
| 09/17/07 | DANIEL N. ZINMAN | 2.40 |
| | Review/comment on/revise draft objection to MDL | |
| | settlement; o/c w/ DAF re same; emails re same. | |
| 09/17/07 | DANIEL A. FLIMAN | 4.10 |
| | Draft objection to motion to approve MDL | |
| | settlement. | |
| 09/18/07 | DAVID S. ROSNER | 1.80 |
| | Delphi trade call; prep for call; review | |
| | documents; review summaries; call w/ Capstone; | |
| | call w/ holders. | |
| 09/18/07 | ADAM L. SHIFF | 6.50 |
| | Prepare for and participate in committee call (1.2); | |
| | review all documents (1.3); conf team (.5); revise MDL | |
| | objection and research re same (3.5). | |
| 09/18/07 | DANIEL N. ZINMAN | 1.20 |
| | Numerous conferences/emails w/ DSR, ALS, DAF, | |
| | V. DePiro, clients re MDL Settlement, holdings, | |
| | disclosure statement, related topics. | |
| 09/18/07 | DANIEL A. FLIMAN | 3.30 |
| | Revised objection to MDL settlement motion; | |
| | participate in client conference call; analyze | |
| | subordinated debt documents. | |
| 09/19/07 | DAVID S. ROSNER | 1.50 |
| | Address MDL objections, call w/ Brilliant re | |
| | bond issues, call w/ committee on D/S, MDL | |
| | issues. | |
| 09/19/07 | ADAM L. SHIFF | 3.40 |
| | Work re MDL objection; address Disclosure | |
| | Statement issues; t/c w/other creditors. | |
| 09/19/07 | DANIEL N. ZINMAN | .70 |
| | O/c w/ ALS re comments to MDL Settlement | |
| | objection; revise MDL settlement objection. | |
| 09/20/07 | ADAM L. SHIFF | 1.60 |
| | T/cs re settlement, disclosure statement, | |
| | timing and related issues; review materials re | |
| | same. | |
| 09/20/07 | DANIEL N. ZINMAN | .70 |
| | Numerous conferences/emails w/ DSR, ALS, | |
| | clients re MDL settlement, adjournments, | |
| | related topics. | |

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 46
FILE NUMBER: 07581001
INVOICE NO.: ******


09/21/07   ADAM L. SHIFF                                       1.50
           Review pleadings re identification of points
           for objection.

09/24/07   DAVID S. ROSNER                                     2.80
           Work re plan, d/s and objections deadline, call
           w/ committee, focus on trade issues, call w/
           bonds, work re potential s/c issues, MDL
           objections.

09/24/07   ADAM L. SHIFF                                       1.20
           Conf DNZ re DS objection; work on outline re
           same; conf DSR re same.

09/24/07   DANIEL N. ZINMAN                                    1.10
           Draft outline of objection to disclosure
           statement; emails re same.

09/24/07   ANITRA R. LAWRENCE                                   .90
           Research and retrieve various document per DAF.

09/25/07   ADAM L. SHIFF                                       2.80
           Conf team re Disclosure Statement objections;
           review materials re same; work re outline of
           same.

09/25/07   DANIEL N. ZINMAN                                    6.90
           Conferences w/ DJS, ZA, DSR, ALS re estoppel (.5);
           conference w/ DSR, ALS re objections, status (.5);
           draft outline of objection to disclosure
           statement (1.3); conference w/ ALS re same (.5); revise
           same and draft objection (4.1).

09/25/07   DANIEL A. FLIMAN                                     .60
           Analyze issues for disclosure statement
           objection.

09/25/07   ZACHARY AXELROD                                      .20
           Disc w/ D. Zinman re substantive consolidation
           and estoppel theories.

09/26/07   DAVID S. ROSNER                                     1.40
           Prep re hearing; analysis of MDL, disclosure
           statement matters

09/26/07   ADAM L. SHIFF                                       1.60
           Work re Disclosure Statement objection; MDL
           issues.

09/26/07   DANIEL N. ZINMAN                                    3.20
           Draft objection to disclosure statement;
           numerous emails re same.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 47
FILE NUMBER: 07581001
INVOICE NO.: ******


09/26/07   ZACHARY AXELROD                                      2.00
           Draft memorandum re estoppel theories and
           substantive consolidation; disc w/ D. Zinman re
           same.

09/27/07   DAVID S. ROSNER                                      3.30
           Prep for hearing; attend hearing; call w/
           clients; memo to clients re same.

09/27/07   DANIEL N. ZINMAN                                     3.20
           Attend hearing; conferences/emails w/ DSR re
           same; t/c w/ client re same.

09/27/07   RASHAAN RUSSELL                                       .50
           Download daily docket for attorney review;
           organize case files.

09/28/07   DAVID S. ROSNER                                      1.00
           Calls w/ clients re plan, open trade issues,
           call w/ committee, call w/ bonds, review memo
           re issues.

09/28/07   DANIEL N. ZINMAN                                      .40
           Review provisions concerning interest rate
           notice; numerous emails re same.

09/30/07   ADAM L. SHIFF                                         .20
           Review update re hearing; MDL.

10/01/07   DAVID S. ROSNER                                      1.00
           Address disclosure statement issues, meet w/
           DNZ re hearing, call w/ clients.

10/01/07   ADAM L. SHIFF                                        1.40
           Review filed DS objections.

10/01/07   DANIEL N. ZINMAN                                      .30
           Review email from Butler; draft chart for
           Wednesday's hearing; o/c w/ DSR re same; email
           re same.

10/01/07   ANITRA R. LAWRENCE                                   1.90
           Retrieve various documents per DAF.

10/02/07   DAVID S. ROSNER                                       .80
           Work re disclosure statement hearing analysis,
           MDL objection, issues re change in plan.

10/02/07   ADAM L. SHIFF                                        1.60
           Work re DS hearing and related issues; numerous
           confs./emails with DSR and DNZ.
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 48
FILE NUMBER: 07581001
INVOICE NO.: ******

10/03/07   DAVID S. ROSNER                                      1.00
           Hearing on D/S, memo to clients; call re same;
           call w/ parties.

10/03/07   ADAM L. SHIFF                                        1.30
           De-brief DNZ re DS hearing; follow-up DSR;
           calls to other participants.

10/03/07   DANIEL N. ZINMAN                                     4.20
           Attend court hearing; conferences/emails w/
           DSR, ALS, clients re same, next steps.

10/04/07   DAVID S. ROSNER                                      1.00
           Work re revised plan, disclosure statement
           issues, objections re same.

10/04/07   DANIEL N. ZINMAN                                      .40
           O/c w/ DSR re yesterday's hearing, next steps;
           review docket; draft chart re new proposed
           capital structure.

10/05/07   DAVID S. ROSNER                                       .80
           Work re plan amendments and analysis re MDL.

10/05/07   DANIEL N. ZINMAN                                     1.60
           Draft memo re issues with Plan and disclosure
           statement; revise chart re new proposed capital
           structure.

10/08/07   DAVID S. ROSNER                                     1.00
           Address disclosure statement issues,
           negotiations re same, call w/ clients.

10/08/07   ADAM L. SHIFF                                        1.40
           Review and analysis of IC motion; emails re
           same; address DS issues.

10/08/07   DANIEL A. FLIMAN                                      .90
           Analyze motion regarding intercompany transfers
           and debtors' capital structure, correspond re
           same.

10/09/07   DAVID S. ROSNER                                       .80
           Address financing motion.

10/09/07   ADAM L. SHIFF                                        1.40
           Follow-up work re intercompany motions; t/c
           w/team re same; review scheduling order.

10/09/07   DANIEL N. ZINMAN                                     1.20
           Review cash management motion, related
           documents; t/cs/emails w/ KBTF team and V.
           DePiro re same, related topics.

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 49
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
10/10/07   DAVID S. ROSNER                                       2.20
           Work re d/s, plan, MDL objections, memo re
           same, review research re same, review inter
           company funding motion.

10/10/07   ADAM L. SHIFF                                         2.70
           Analysis of bondholders statement of plan
           issues; draft trade statement; review financing
           issues; confs. DSR and DNZ.

10/10/07   DANIEL N. ZINMAN                                      1.00
           T/c w/ V. DePiro re cash
           management/intercompany claim motion; review
           related documents; conferences/emails w/ DSR,
           ALS re same.

10/10/07   ANITRA R. LAWRENCE                                     .90
           Research and retrieve various documents per
           JRG.

10/11/07   ADAM L. SHIFF                                         2.90
           Work re memorandum of Trade issues; review plan
           and DS re same; confs. DNZ re same.

10/11/07   DANIEL N. ZINMAN                                      3.20
           Draft objection to MDL settlement motion;
           revise memo re issues with Plan and disclosure
           statement; emails w/ client re price of
           trade/bonds; emails/conference w/ DSR, ALS re
           same.

10/12/07   DAVID S. ROSNER                                       1.40
           Work re memorandum on points, call w/ ALS re
           same, call w/ DNZ re same.

10/12/07   ADAM L. SHIFF                                         3.20
           Revise plan memo; work re MDL objections;
           numerous confs. with team re same.

10/12/07   DANIEL N. ZINMAN                                      1.00
           Revise objection to MDL settlement motion;
           o/c/emails w/ ALS, DSR re same; revise memo re
           issues with Plan and disclosure statement;
           o/c/emails w/ ALS, DSR re same; emails w/ B.
           Rosenberg, ALS re status.

10/14/07   DAVID S. ROSNER                                        .80
           Review, revise, analysis of plan/d/s memo.

10/14/07   ADAM L. SHIFF                                         3.00
           Revise memorandum re plan issues.

10/15/07   ADAM L. SHIFF                                         1.60
           Conf. DNZ re memorandum; review same.
```

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 50
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 10/15/07 | DANIEL N. ZINMAN<br>Revise memorandum re issues w/ Disclosure<br>Statement and Plan; conferences/emails w/ ALS,<br>DSR re same, other related issues. | 2.10 |
| 10/15/07 | DANIEL A. FLIMAN<br>Analyze schedule amendments, process re same. | .50 |
| 10/16/07 | DAVID S. ROSNER<br>Work re revised MDL objection, negotiations re<br>same, revised disclosure statement objection,<br>call w/ debtors, committee re same, memo to<br>company re issues. | 2.00 |
| 10/16/07 | ADAM L. SHIFF<br>T/c Brilliant re case (.3); work re MDL objections (1.2);<br>finalize memo to company re disclosure<br>statement issues (2.9). | 4.40 |
| 10/16/07 | DANIEL N. ZINMAN<br>Revise memorandum re issues w/ Disclosure<br>Statement and Plan; revise MDL settlement<br>objection. | 2.80 |
| 10/16/07 | DANIEL A. FLIMAN<br>Begin to draft objection to disclosure<br>statement, analyze memorandum re related<br>issues. | 2.90 |
| 10/17/07 | DAVID S. ROSNER<br>Negotiations re MDL, call w/ committee, call w/<br>company, analysis of confidentiality agreement,<br>call w/ Capstone, assess structure of timing,<br>d/s objections. | 2.20 |
| 10/17/07 | ADAM L. SHIFF<br>Numerous calls re new deal and "laser like"<br>changes; revise MDL objection; analysis re<br>plan. | 3.20 |
| 10/17/07 | DANIEL N. ZINMAN<br>Revise MDL Settlement objection; revise<br>objection to the disclosure statement; emails<br>w/ DAF, others re same, status. | 1.90 |
| 10/17/07 | ROSS G. SHANK<br>Research re DS objection inserts. | 5.70 |
| 10/17/07 | DANIEL A. FLIMAN<br>Continue work on objection to Delphi disclosure<br>statement objection; correspond re committee<br>conference call. | 8.10 |

```
Delphi Trade Committee                         Dec 28, 2008    PAGE 51
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
10/18/07   DAVID S. ROSNER                                        1.30
           Prep for call, meet w/ team re same, assess
           MDL, d/s issues and valuation, call w/
           Capstone, call w/ company, committee.

10/18/07   ADAM L. SHIFF                                          4.80
           Calls & emails re new plan procedure; work re
           disclosure statement objection; analysis and
           comment on MDL order; participate in committee
           call.

10/18/07   DANIEL N. ZINMAN                                       7.00
           Draft/revise objection to disclosure statement;
           conferences members of KBTF team re same,
           related topics.

10/18/07   ROSS G. SHANK                                           .40
           Conf. w/DNZ & MV re objection inserts.

10/18/07   DANIEL A. FLIMAN                                        .80
           Committee conference call; various follow-up
           correspondence re same.

10/18/07   MICHELLE J. VLADIMIRSKY                                2.70
           Revise and cite check objection to disclosure
           statement

10/19/07   DAVID S. ROSNER                                        2.20
           Work re MDL proposed resolution, scheduling
           order, analyze same, meet re d/s issues, call
           w/ clients, call w/ company, call w/ committee,
           related matters re plan.

10/19/07   ADAM L. SHIFF                                          4.30
           Review and analysis of proposed order; review
           comment and negotiate MDL order with Skadden;
           calls to Brilliant re same; revise MDL
           objections, draft update to class.

10/19/07   DANIEL N. ZINMAN                                       3.50
           Revise objection to disclosure statement;
           conferences members of KBTF team, including
           ALS, MJV, RGS, DAF re same, related topics;
           draft limited objection to MDL settlement;
           numerous conferences/emails re MDL order;
           negotiations re same.

10/19/07   ROSS G. SHANK                                          1.40
           Review materials re insert research & conf.
           w/MV re same.

10/19/07   DANIEL A. FLIMAN                                       1.20
           Analyze scheduling order, summarize same,
           correspond re same.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 52
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Name / Description | Hours |
|---|---|---|
| 10/19/07 | MICHELLE J. VLADIMIRSKY<br>Research re Objection to Disclosure Statement | 4.10 |
| 10/19/07 | ANITRA R. LAWRENCE<br>Research and retrieve various documents per<br>DAF. | .30 |
| 10/21/07 | DAVID S. ROSNER<br>Work on MDL brief. | .60 |
| 10/21/07 | ADAM L. SHIFF<br>Calls with Zinman; negotiate order re MDL;<br>review Brilliant objection. | 1.50 |
| 10/21/07 | DANIEL N. ZINMAN<br>Draft limited objection to MDL settlement;<br>numerous conferences/emails re MDL order and<br>negotiations re same. | 2.10 |
| 10/21/07 | MICHELLE J. VLADIMIRSKY<br>Research re Objection to Disclosure Statement | 3.10 |
| 10/22/07 | DAVID S. ROSNER<br>Work re procedural issues, MDL order, d/s<br>matters, plan objections. | 2.00 |
| 10/22/07 | ADAM L. SHIFF<br>Conf. DNZ; review order; comment on same; conf.<br>DSR re plan issues. | 2.70 |
| 10/22/07 | DANIEL N. ZINMAN<br>Revise limited objection to MDL settlement;<br>numerous emails/conferences w/ ALS, DSR,<br>Skadden, others re same, status, MDL Order,<br>related items; review/comment on revised order. | 3.90 |
| 10/22/07 | ROSS G. SHANK<br>Research & revise DS objection. | 2.40 |
| 10/22/07 | DANIEL A. FLIMAN<br>Analyze relevant dates, deadlines and create<br>calendar of same. | .50 |
| 10/22/07 | MICHELLE J. VLADIMIRSKY<br>Research re Objection to Disclosure Statement | 1.40 |
| 10/22/07 | JAMILA A.M. FOLKES<br>Assist with the preparation of document for<br>electronic filing. | 1.00 |
| 10/23/07 | ADAM L. SHIFF<br>Review plan and DS issues; address issues re<br>upcoming hearing. | 4.00 |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 53
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
10/24/07   DAVID S. ROSNER                                        .60
           Call w/ debtors re revised plan.

10/24/07   ADAM L. SHIFF                                         1.40
           Calls re new plan; conf. DNZ re hearing prep.

10/24/07   DANIEL N. ZINMAN                                       .50
           Prepare for tomorrow's hearing;
           conference/emails w/ ALS re same.

10/24/07   ANITRA R. LAWRENCE                                     .90
           Research and retrieve various documents per DAF
           and DNZ.

10/25/07   DAVID S. ROSNER                                       1.40
           Prep for Delphi hearing, call re same, review
           new filings.

10/25/07   ADAM L. SHIFF                                         2.60
           Conf. DSR re plan update; debrief DNZ re
           hearing; review filings re cash management;
           call w/Brilliant.

10/25/07   DANIEL N. ZINMAN                                      3.60
           Attend hearing; conferences/emails w/ ALS re
           same.

10/25/07   ANITRA R. LAWRENCE                                     .90
           Research and retrieve various documents per
           ALS.

10/26/07   DAVID S. ROSNER                                       1.80
           Meet w/ valuation expert, call w/ company, call
           w/ committee, work re d/s objections, assess
           EPCA proposed changes and valuation.

10/26/07   ADAM L. SHIFF                                         2.40
           Address DS objections and EPCA issues; conf.
           DSR.

10/29/07   DAVID S. ROSNER                                       1.00
           Work re revised plan, meet w/ team, focus on
           company/trade issues, initial review of
           documents.

10/29/07   ADAM L. SHIFF                                          .90
           T/cs re potential plan and DS amendments;
           confs. team re next steps.

10/29/07   DANIEL N. ZINMAN                                       .30
           Emails/conferences w/ members of KBTF team, V.
           DePiro re new plan, disclosure statement, next
           steps.
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 54
FILE NUMBER: 07581001
INVOICE NO.: ******


10/29/07   DANIEL A. FLIMAN                                        .90
           Review docket, pleadings; correspond regarding
           plan and disclosure statement amendments.

10/30/07   MICHAEL M. FAY                                         3.20
           Review amended disclosure statement and motion
           papers; work w/r/t potential valuation
           challenge.


10/30/07   DAVID S. ROSNER                                        6.40
           Analysis of new plan documents, new EPCA,
           related pleadings, prep for call, work w/
           Capstone, assess d/s objections, MDL issues,
           plan objections and EPCA objections.

10/30/07   ADAM L. SHIFF                                          8.70
           Review and analysis of modified plan, DS, EPCA;
           numerous t/cs w/team and clients re same; work
           re objections; conf DSR.

10/30/07   DANIEL N. ZINMAN                                       3.60
           Numerous conferences/emails w/ ALS, DSR, DAF,
           V. DePiro re new plan, disclosure statement,
           Amended EPCA, call w/ clients tomorrow; review
           plan, disclosure statement, Amended EPCA,
           related documents.

10/30/07   DANIEL A. FLIMAN                                       5.30
           Analyze amendments to plan, disclosure
           statement, EPCA; various discussions with
           clients and team and expert.

10/30/07   ANITRA R. LAWRENCE                                     1.90
           Create index for Amended Plan and Disclosure
           Statement Documents and Amended EPCA Motion.

10/31/07   DAVID S. ROSNER                                        3.80
           Analysis of Delphi plan, d/s, EPCA, recovery
           analysis, meet w/ team, memo re same, prep for
           call, call w/clients, meet re strategy after
           call, call w/ Longacre, call w/ Capstone.

10/31/07   ADAM L. SHIFF                                          8.50
           Work re objection to Plan and DS; committee
           call; t/cs w/bonds; conf team.

10/31/07   DANIEL N. ZINMAN                                       6.20
           Attend trade committee call; continued review
           of Amended EPCA, new Disclosure Statement, new
           Plan; numerous emails/conferences w/ DSR, ALS,
           DAF re same; draft objection to disclosure
           statement.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 55
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 10/31/07 | DANIEL A. FLIMAN<br>Analyze EPCA amendments, participate in committee conference call, discuss tasks, begin to draft objection to amended EPCA. | 6.80 |
| 11/01/07 | MICHAEL M. FAY<br>Conf. call with clients; confs. with DSR. | 2.90 |
| 11/01/07 | DAVID S. ROSNER<br>Delphi trade call w/ committee, meet w/ team, call w/ company, call w/ bonds, call w/ company (3), negotiate business points and disclosure points, address amended EPCA. | 3.80 |
| 11/01/07 | ADAM L. SHIFF<br>Review revise EPCA; DS; numerous confs DSR and client; review and revise objections; numerous confs w/team re same; participate in Committee call; work re issues list for company. | 7.70 |
| 11/01/07 | DANIEL N. ZINMAN<br>Numerous conferences/emails w/ DSR, ALS, DAF, clients, others re disclosure statement, plan, Amended EPCA, related topics; revise objection to disclosure statement; attend client call. | 7.70 |
| 11/01/07 | DANIEL A. FLIMAN<br>Continue work on EPCA objection, conduct related legal research; participate in client conference call and correspond re case with various parties. | 4.20 |
| 11/02/07 | DAVID S. ROSNER<br>Address plan modifications, meet w/ team re same; disclosure statement analysis, call w/ company, call w/ bonds, call w/ committee; work re defense of plan change, call w/ clients; review objections filed re Oct 29 plan, call re same, call w/ debtor re same. | 4.30 |
| 11/02/07 | ADAM L. SHIFF<br>Review motion and documents re DIP facility; t/cs w/Brilliant re strategy; numerous calls w/DSR re potential settlement; t/c w/Skadden re resolution; confs. DNZ; review filed EPCA objections; revise memo to clients. | 4.80 |

```
Delphi Trade Committee                    Dec 28, 2008    PAGE 56
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
11/02/07   DANIEL N. ZINMAN                              3.00
           Revise objection to disclosure statement;
           numerous conferences/emails w/ ALS, DAF, DSR,
           others re same, Amended EPCA and related
           topics; review objections to same by Creditors
           Committee; draft email re same to clients; o/cs
           w/ ALS re same.

11/03/07   ADAM L. SHIFF                                 1.00
           Review new objections and responses; review
           emails from committee.

11/04/07   DAVID S. ROSNER                               1.50
           Call w/ team re new schedule, scheduling
           orders, call w/ debtors re new plan, review
           objections, analysis of postpetition interest
           in cramdown.

11/04/07   ADAM L. SHIFF                                 1.20
           Review and correspond re information re
           potential amendments and adjournments; review
           UCC and other objections.

11/04/07   ZACHARY AXELROD                               4.60
           Work on memo on estoppel theories and research
           re same.

11/05/07   DAVID S. ROSNER                               1.50
           Work re disclosure statement issues and
           settlement, calls w/ clients; call w/
           committee, call w/ bonds, call w/ creditors
           committee, review negotiated provisions.

11/05/07   ADAM L. SHIFF                                 3.60
           Review and address objections; adjournment
           motions and Debtors announcement; numerous
           calls and emails re adjournment; address GS
           issues.

11/05/07   DANIEL N. ZINMAN                              1.90
           Research re Goldman Sachs announcement; emails
           re same; conferences w/ DAF, DSR re same.

11/05/07   DANIEL A. FLIMAN                              2.80
           Analyze DS and EPCA objections filed and
           summarize same.

11/05/07   ZACHARY AXELROD                               4.20
           Work on memo on estoppel theories; research re
           same.
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 57
FILE NUMBER: 07581001
INVOICE NO.: ******

11/05/07   RASHAAN RUSSELL                                        2.10
           Download daily docket for attorney review;
           retrieve and organize various pleadings and
           create an Index for attorney review as per DAF.

11/06/07   MICHAEL M. FAY                                         3.70
           Attend meet and confer; prepare for same;
           review EPCA declarations.

11/06/07   DAVID S. ROSNER                                        2.80
           Work on revised plan, disclosure statement;
           call w/ debtors; call w/ court; call w/ bonds;
           meet w/ team re objections; review documents re
           case; call w/ UCC; work re related matters.

11/06/07   ADAM L. SHIFF                                          3.80
           Numerous emails re meet and confer; t/c w/ MMF
           re same; review DS objections; EPCA objection
           and DIP; memo re same; review and comment on
           supplemental scheduling order; t/c Brilliant re
           EPCA, DS and meet and confer; review prosed
           declarations; t/c w/clients re new Q.

11/06/07   DANIEL N. ZINMAN                                       1.10
           Review various recently filed pleadings,
           including objections to disclosure statement
           and other related documents.

11/06/07   KIM CONROY                                             1.00
           Review GS SEC filings and emails and
           attachments re scheduling order.

11/06/07   DANIEL A. FLIMAN                                       3.80
           Draft memorandum summarizing objections to DS
           and EPCA; Analyze Goldman 13Ds filed and
           summarize.

11/06/07   RASHAAN RUSSELL                                        2.10
           Download daily docket for attorney review;
           organize various pleadings and create Amended
           DIP Motion, Disclosure Statement Objections,
           Amended EPCA Objections, and Ad Hoc Bond
           Committee 2019 Statements binder and distribute
           to attorneys for review as per DAF.

11/07/07   MICHAEL M. FAY                                         1.70
           Review pleadings; conf. with DSR; t/c with V.
           DePiro.

11/07/07   DAVID S. ROSNER                                        1.80
           Work re second scheduling order, calls w/
           clients; calls w/ debtors, work re revised
           plan, negotiations re same; work re substantive
           consolidation.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 58
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 11/07/07 | ADAM L. SHIFF | 4.30 |
| | Numerous calls w/clients re prior day announcements and next steps; review and comment on supplemental order; confs. DSR re strategy; comment on memo to client. | |
| 11/07/07 | DANIEL N. ZINMAN | 1.10 |
| | Review memo by DAF re objections; review various valuation analyses and related documents prepared by Capstone. | |
| 11/07/07 | KIM CONROY | .50 |
| | Review Debtors' exit facility motion and emails re scheduling order. | |
| 11/07/07 | DANIEL A. FLIMAN | 1.90 |
| | Analyze debtors' exit financing motion and correspond re same; analyze second supplemental scheduling order including dates and deadlines related to disclosure statement and discovery therein; correspond with clients re same. | |
| 11/07/07 | ANITRA R. LAWRENCE | .20 |
| | Retrieve various documents and distribute per DAF. | |
| 11/07/07 | RASHAAN RUSSELL | .60 |
| | Download daily docket for attorney review; retrieve and download Motion to Authorize For Order Authorizing Debtors' Entry Into Exit Facility Engagement as per DAF; organize case files. | |
| 11/08/07 | MICHAEL M. FAY | 1.90 |
| | Review amended EPCA plan; confs. with DSR. | |
| 11/08/07 | DAVID S. ROSNER | 2.80 |
| | Call w/ committee, call w/ bonds, call w/ UCC, call w/ debtors, calls w/ clients re points for negotiation; work re document requests. | |
| 11/08/07 | ADAM L. SHIFF | 3.70 |
| | Prepare for and participate in committee call; t/cs w/committee members re next steps; address termination of investor. | |
| 11/08/07 | DANIEL N. ZINMAN | 3.60 |
| | Attend conference call w/ clients; numerous emails/conferences w/ members of KBTF team re same, latest plan, disclosure statement and EPCA and related items; continue analysis of latest plan/disclosure statement/EPCA and valuations of same provided by Capstone. | |

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 59
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
11/08/07  DANIEL A. FLIMAN                                       2.10
          Conference call with clients re plan process,
          update; correspond with clients re strategy;
          analyze SEC filings re deal announcements.

11/08/07  RASHAAN RUSSELL                                         .70
          Download daily docket for attorney review;
          organize case files.

11/09/07  MICHAEL M. FAY                                         1.70
          Review documents and discovery filings.

11/09/07  DAVID S. ROSNER                                        2.00
          Work re litigation re new EPCA.

11/09/07  ADAM L. SHIFF                                          3.20
          Address issues re EPCA termination; review
          discovery requests; t/c w/DSR.

11/09/07  DANIEL N. ZINMAN                                        .40
          Email w/ ALS re client call; call client re
          termination, 13D filings.

11/09/07  DANIEL A. FLIMAN                                       1.50
          Review disclosure statement, discovery
          deadlines, schedules and ensure calendaring of
          same; analyze SEC filings and correspond re
          same.

11/09/07  ZACHARY AXELROD                                        2.80
          Research re estoppel theories re sub con.

11/09/07  RASHAAN RUSSELL                                         .80
          Download daily docket for attorney review;
          organize case files.

11/10/07  DAVID S. ROSNER                                        1.50
          Address document discovery, call w/ litigation
          team, review debtors responses.

11/12/07  MICHAEL M. FAY                                         4.70
          Review materials from debtors; conf. with DSR;
          t/c with V. DePiro.

11/12/07  DAVID S. ROSNER                                        4.80
          Review memo from company re new terms, call w/
          committee members re structure of deal that
          could/not work, call w/ Capstone, call w/
          bonds, review bonds 2019 (amended), meet w/
          litigation team, review documents, review prior
          EPCAs, compare other transactions.
```

```
Delphi Trade Committee                         Dec 28, 2008    PAGE 60
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Timekeeper | Hours |
|---|---|---|
| 11/12/07 | ADAM L. SHIFF<br>Review and analysis of amendments to POR, EPCCA<br>and GSA/MRA. | 4.20 |
| 11/12/07 | KIM CONROY<br>Review summaries re POR amendments. | .50 |
| 11/12/07 | DANIEL A. FLIMAN<br>Revise filings and summarize; analyze<br>confidentiality agreement issues. | .60 |
| 11/12/07 | MICHELLE J. VLADIMIRSKY<br>Read and evaluate amended 2019 statements; read<br>confidentiality agreements and determine scope. | 2.00 |
| 11/13/07 | MICHAEL M. FAY<br>Review objections of ad hoc bond committee,<br>plan proposed value; conf. with DSR. | 2.60 |
| 11/13/07 | DAVID S. ROSNER<br>Call w/ bonds (2x), call w/ UCC (3x), call w/<br>company, call w/ clients, meet w/ team re<br>litigation strategy, draft opposition papers. | 2.40 |
| 11/13/07 | ADAM L. SHIFF<br>T/cs w/clients re next steps; review discovery<br>documents; t/c w/Brilliant; review objections<br>to exit financing; address issues re changing<br>deal. | 3.80 |
| 11/13/07 | DANIEL N. ZINMAN<br>T/c/emails w/ Valerie DePiro re documents<br>needed to complete analysis. | .40 |
| 11/13/07 | KIM CONROY<br>Review Bond comm.'s objections and emails re<br>valuation. | .50 |
| 11/14/07 | MICHAEL M. FAY<br>Conf. with DSR; t/c with V. DePiro; review EPCA<br>terms. | 3.60 |
| 11/14/07 | DAVID S. ROSNER<br>Work re potential objections re new plan, work<br>re exit financing objection, call w/ clients,<br>negotiations w/ company, call w;/ UCC, call w/<br>bonds, call w/ Capstone re analysis of<br>valuation. | 2.40 |
| 11/14/07 | ADAM L. SHIFF<br>Analysis re subordination issues; calls w/DSR;<br>work re amendments; t/cs w/DSR; review CC<br>objections. | 3.70 |

```
Delphi Trade Committee                          Dec 28, 2008     PAGE 61
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | | Hours |
|------|---|------|
| 11/14/07 | DANIEL N. ZINMAN<br>Attend KBTF team meeting re next steps; review<br>2019s; emails re same; review latest version of<br>plan/EPCA docs to address specific concerns;<br>emails re Trade Committee and UCC members;<br>review UCC's objection to the exit financing;<br>emails re same. | 3.60 |
| 11/14/07 | DANIEL A. FLIMAN<br>Coordinate review of Debtors' document<br>production. | .60 |
| 11/15/07 | MICHAEL M. FAY<br>Review UCC objections, protective order; work<br>w/r/t valuation issues; review BBP, COC<br>literature. | 4.70 |
| 11/15/07 | DAVID S. ROSNER<br>Work re draft objections, analysis of plan,<br>exit financing objection, call w/ clients,<br>address valuations, analysis re same, work re<br>TOPrS subordination and related matters. | 3.00 |
| 11/15/07 | ADAM L. SHIFF<br>Review unredacted UCC filing (.7); review and<br>analysis of amended plan documents (.9); t/cs<br>w/clients and team re same and committee call (.9);<br>review indentures (1.1); confs DSR, t/cs w/other<br>creditors (.5); work re disclosure statement<br>objection (1.2); t/cs w/Capstone (.3); draft and revise<br>joinder for filing (.2); review revised EPCA (.8); review<br>filed objections (1.2); prepare for hearing (1.7). | 9.50 |
| 11/15/07 | DANIEL N. ZINMAN<br>Revise objection to disclosure statement;<br>numerous conferences/emails re same, holdings,<br>recently filed pleadings, other related issues. | 10.8 |
| 11/15/07 | KIM CONROY<br>Review correspondence, amended plan documents<br>and plan summary schedule. | .40 |
| 11/15/07 | DANIEL A. FLIMAN<br>Analyze amended plan and EPCA documents and<br>correspond re same (4.1); draft joinder to UCC exit<br>financing objection (1.8); conference with clients re<br>same (.7); coordinate filing and service of joinder (.7). | 7.30 |
| 11/15/07 | ANITRA R. LAWRENCE<br>Create binders re Notice of Further Proposed<br>Amendments to Certain Appendices to Debtors'<br>Disclosure Statement; revise EPCA to show<br>additions and deletions to the document. | 4.90 |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 62
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 11/16/07 | MICHAEL M. FAY | 3.80 |
| | T/c with V. DePiro; work w/r/t valuation case; confs. with DSR. | |
| 11/16/07 | DAVID S. ROSNER | 2.00 |
| | Analysis of filings. | |
| 11/16/07 | ADAM L. SHIFF | 6.20 |
| | Prepare for, participate in and follow-up re exit financing hearing; revise memo to clients; work re settlement terms list; conf DNZ re DS objection. | |
| 11/16/07 | DANIEL N. ZINMAN | 4.50 |
| | Revise objection to disclosure statement; numerous emails/conferences re same, holdings, valuation, related issues. | |
| 11/16/07 | KIM CONROY | .80 |
| | Meeting with DAF and calls with Skadden re production, calls with DAF and DSR re same, review correspondence, emails with capstone, amended plan documents, conformed EPCA and summary emails re exit financing oral argument. | |
| 11/16/07 | DANIEL A. FLIMAN | 4.00 |
| | Coordinate document production and review issues; attend hearing on exit financing, coordinate delivery of joinder, correspond with client re hearing. | |
| 11/17/07 | ADAM L. SHIFF | .50 |
| | Review emails re plan and discovery. | |
| 11/17/07 | KIM CONROY | .20 |
| | Review correspondence, calls and emails re document productions. | |
| 11/17/07 | DANIEL A. FLIMAN | .40 |
| | Coordinate issues related to discovery review and document analysis. | |
| 11/18/07 | ADAM L. SHIFF | 3.50 |
| | Review revised disclosure statement; work re objection. | |
| 11/18/07 | KIM CONROY | .20 |
| | Review emails and summary from Capstone. | |
| 11/19/07 | MICHAEL M. FAY | 4.90 |
| | Review debtor documents, valuations, designated exhibits; confs. with DSR; conf. with court. | |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 63
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 11/19/07 | DAVID S. ROSNER | 3.60 |
| | Work re new plan, opposition, discovery analysis, draft objections, calls w/ bonds, call w/ UCC, call w/ company, call w/ clients, committee call, work re discovery. | |
| 11/19/07 | ADAM L. SHIFF | 7.60 |
| | Revise and analyze DS objection and comments to same (2.3); review procedural requirements (.5); revise and edit settlement terms list documentation (.5); review discovery issues (.5); work re EPCA objection and numerous confs w/DAF and remainder of team re same (3.8). | |
| 11/19/07 | DANIEL N. ZINMAN | 2.00 |
| | Revise objection to disclosure statement; emails re same. | |
| 11/19/07 | KIM CONROY | .10 |
| | Calls with MMF and DAF re discovery. | |
| 11/19/07 | DANIEL A. FLIMAN | 7.30 |
| | Draft objection to amended EPCA, discussions re same, analyze case pleadings re same. | |
| 11/20/07 | MICHAEL M. FAY | 6.90 |
| | Review documents from Debtors; work w/r/t valuation case; edit objections to EPCA, disclosure statement; t/c with V. DePiro; confs. with DSR. | |
| 11/20/07 | DAVID S. ROSNER | 3.80 |
| | Work re objections to disclosure statement, work re objections to Revised EPCA, discovery analysis, scheduling order, work re research re valuation and related matters. | |
| 11/20/07 | ADAM L. SHIFF | 7.40 |
| | Extensive work re EPCA objection (3.2); revise disclosure statement objection (3.4); t/cs w/committee, Brilliant, clients and team (.8). | |
| 11/20/07 | DANIEL N. ZINMAN | 3.70 |
| | Review new disclosure statement and related documents; review certain documents produced by Debtors; revise objection to disclosure statement. | |
| 11/20/07 | KIM CONROY | 2.10 |
| | Review correspondence and discovery requests, draft deposition schedules, calls and emails with DAF and counsel re same, emails with MMF and team re same, review witness lists, emails re same. | |

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 64
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 11/20/07 | DANIEL A. FLIMAN<br>Revise EPCA objection and correspond re same. | 4.70 |
| 11/20/07 | MICHELLE J. VLADIMIRSKY<br>Revise EPCA objection. | 2.90 |
| 11/20/07 | ZACHARY AXELROD<br>Research re subordinated debt for objection;<br>discs w/ DNZ re same. | 4.20 |
| 11/21/07 | MICHAEL M. FAY<br>Review and edit objections to EPCA, disclosure<br>statement. | 1.80 |
| 11/21/07 | DAVID S. ROSNER<br>Work re objections to d/s, to Revised EPCA,<br>review cases, review drafts, finalize, work re<br>valuation models, calls w/ bonds, calls w/ UCC,<br>review all pleadings. | 5.80 |
| 11/21/07 | ADAM L. SHIFF<br>Finalize and file EPCA (3.4); finalize and file<br>DS objection (4.2); t/cs w/clients, Brilliant<br>and UCC; review declarations (2.9). | 10.50 |
| 11/21/07 | DANIEL N. ZINMAN<br>Revise/finalize objection to disclosure<br>statement; numerous conferences/emails w/ ALS,<br>DSR, ZTA, DAF, KC, V. DePiro, others re same,<br>related topics. | 9.30 |
| 11/21/07 | KIM CONROY<br>Review revised EPCA, Miller, Sheehan and<br>Resnick declarations, prepare materials for MMF<br>for Resnick deposition. | 3.20 |
| 11/21/07 | DANIEL A. FLIMAN<br>Continue to revise EPCA objection, coordinate<br>filing of same (6.4); revise disclosure statement<br>objection (1.8). | 8.20 |
| 11/21/07 | MICHELLE J. VLADIMIRSKY<br>Revisions and cite checks to objection to<br>disclosure statement and EPCA objection. | 4.50 |
| 11/21/07 | ZACHARY AXELROD<br>Research re objections; discs w/ DNZ and ALS re<br>same. | 4.80 |
| 11/21/07 | ANITRA R. LAWRENCE<br>Retrieve various documents and distribute per<br>DAF. | .20 |

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 65
FILE NUMBER: 07581001
INVOICE NO.: ******

11/21/07  JESSICA NERIS                                        4.00
          Prepare documents for hearing as per DAF.

11/22/07  DAVID S. ROSNER                                      3.00
          Review pleadings, address discovery, plan re
          litigation strategy.

11/23/07  DAVID S. ROSNER                                      2.50
          Address Delphi litigation, call re same, call
          w/ bonds, address document discovery, call w/
          colleagues re document review, call w/ UCC,
          work re objections and valuation.

11/23/07  ADAM L. SHIFF                                        1.50
          Preliminary review of filed objections.

11/24/07  DAVID S. ROSNER                                      3.50
          Work re litigation on disclosure statement and
          Revised EPCA.

11/24/07  DANIEL A. FLIMAN                                      .40
          Correspond re document production issues.

11/25/07  MICHAEL M. FAY                                       6.50
          Attend deposition of D. Resnick; prepare for
          same.

11/25/07  DAVID S. ROSNER                                      4.00
          Work re litigation on disclosure statement and
          Revised EPCA.

11/25/07  ADAM L. SHIFF                                        1.50
          Work re discolure statement and EPCA
          litigation.

11/25/07  ZACHARY AXELROD                                       .80
          Coordinate document production.

11/26/07  MICHAEL M. FAY                                       7.10
          Deposition of R. Miller; prepare for same;
          review Board minutes, presentations.

11/26/07  DAVID S. ROSNER                                      2.20
          Work re litigation on disclosure statement and
          Revised EPCA, call re creditor proposal, call
          w/ bonds, call w/ UCC, call w/ company.

11/26/07  ADAM L. SHIFF                                        4.40
          T/cs re potential alternative transaction;
          review objection and discovery materials; work
          re objection and hearing preparation; further
          calls w/Goodwin re alternative.
```

Delphi Trade Committee                              Dec 28, 2008    PAGE 66
FILE NUMBER: 07581001
INVOICE NO.: ******

| Date | Description | Hours |
|---|---|---|
| 11/26/07 | DANIEL N. ZINMAN<br>Conference w/ KC, DAF re produced documents, review, related issues; o/c w/ ALS re same; numerous emails/conferences with members of KBTF team re valuation, EPCA, related topics; review of key documents. | 2.40 |
| 11/26/07 | DANIEL A. FLIMAN<br>Analyze document productions received and coordinate process for review and distribution of same; analyze revised EPCA provisions. | 3.70 |
| 11/26/07 | ZACHARY AXELROD<br>Review Debtors' document production; discs w/ DNZ and DAF re same. | 3.20 |
| 11/26/07 | CARLOS J. JIMENEZ<br>Assist C. Basista with preparing documents for hearing as per DAF. | 4.50 |
| 11/26/07 | JAMILA A.M. FOLKES<br>Organize all objections related to the disclosure statement and the purchase commitment agreement and create working index. | 4.20 |
| 11/26/07 | JESSICA NERIS<br>Prepare documents for hearing as per DAF. | 4.10 |
| 11/27/07 | MICHAEL M. FAY<br>Meet and confer; review Rothschild valuation documents; work w/r/t non/sub con cases. | 5.20 |
| 11/27/07 | DAVID S. ROSNER<br>Work re discovery, trade claim litigation, deposition analysis, related matters re litigation on plan, disclosure statement, Revised EPCA. | 4.80 |
| 11/27/07 | ADAM L. SHIFF<br>Prepare for and participate in meet and confer sessions at Skadden; t/c w/clients and other re potential alternative; confs team re litigation strategy; review evidence, submissions and open issues lists. | 5.60 |
| 11/27/07 | DANIEL N. ZINMAN<br>Numerous emails/conferences re clients' holdings; draft 2019 statement; numerous conferences/emails w/ DSR, ALS, others re same; numerous conferences w/ DAF, ZA, KC, others, re document review, exhibits for hearing, related topics. | 4.10 |

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 67
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Name | Hours |
|---|---|---|
| 11/27/07 | KIM CONROY<br>Prepare for EPCA hearing, including review and<br>prepare trial exhibit lists, transcripts, calls<br>with DAF re production, organize document<br>productions. | 11.50 |
| 11/27/07 | DANIEL A. FLIMAN<br>Analyze EPCA regarding dates and deadlines;<br>review and analyze transcripts of EPCA<br>hearings; continue to coordinate discovery<br>production review issues, correspond with<br>opposing counsel re same. | 6.10 |
| 11/27/07 | ZACHARY AXELROD<br>Coordinate and review document production from<br>Debtors; confs w/ DNZ, DAF, KC re same. | 6.40 |
| 11/27/07 | GABRIEL IRIZARRY<br>Retrieve and organize exhibits from the debtors<br>joint exhibit index list in preparation for<br>hearing schedule for November 29, 2007 as per<br>KC's request. | 10.50 |
| 11/27/07 | JAMILA A.M. FOLKES<br>Review and download selected documents from<br>electronic docket | 1.70 |
| 11/27/07 | JESSICA NERIS<br>Review docket and download selected objection<br>re disclosure statement and the purchase<br>commitment agreement; reorganize binders<br>containing objections related to disclosure<br>statement and the purchase commitment<br>agreement; update indices and create labels for<br>objection binders. | 3.40 |
| 11/28/07 | MICHAEL M. FAY<br>Deposition of D. Tepper; review Appaloosa<br>documents; conf. call with J. Drain; confs.<br>with DSR and ALS. | 8.70 |
| 11/28/07 | DAVID S. ROSNER<br>Tepper deposition, work re litigation on plan,<br>disclosure statement, Revised EPCA; work re<br>alternative proposal; call w/ UCC, calls w/<br>bonds; committee meeting; court call re revised<br>plan and third amended scheduling order. | 4.00 |

Delphi Trade Committee                              Dec 28, 2008    PAGE 68
FILE NUMBER: 07581001
INVOICE NO.: ******

11/28/07   ADAM L. SHIFF                                              6.60
           Review Tepper testimony; review trial
           submissions; review revised 2019; t/cs re new
           deal; UCC issues; emails re Tepper depo; conf
           and t/cs re strategy; address sub. con. and
           related issues; review revised scheduling
           order.

11/28/07   DANIEL N. ZINMAN                                           5.80
           Revise/finalize 2019 statement; numerous
           conferences/emails w/ ALS, V. DePiro, clients
           re same and holdings; review objections to
           EPCA, disclosure statement, related docs;
           numerous conferences/emails w/ DAF, ZA re docs,
           exhibits, related topics; numerous
           conferences/emails re adjournment of hearing.

11/28/07   KIM CONROY                                                 8.40
           Work on preparing for hearing exhibit,
           including preparation of exhibits, review
           Resnick deposition transcripts, load
           transcripts on livenote.

11/28/07   DANIEL A. FLIMAN                                           3.40
           Continue to coordinate review and collection of
           documents produced, analyze discovery issues;
           analyze declaration of David Tepper; Correspond
           with clients regarding delay of November 29
           hearings.

11/28/07   ZACHARY AXELROD                                            4.10
           Coordinate document production in preparation
           of DS and EPCA hearing; discs w/ KC, DNZ and
           DAF re same.

11/28/07   GABRIEL IRIZARRY                                           5.80
           Retrieve and organize exhibits from the debtors
           joint exhibit index list in preparation for
           hearing schedule for November 29, 2007 as per
           KC's request.

11/28/07   ANITRA R. LAWRENCE                                         1.60
           Retrieve various documents for attorney review
           per ZA, KC, and DAF

11/28/07   RASHAAN RUSSELL                                            6.60
           Assist with retrieving various bate stamped
           documents and pleadings for the November 29,
           2007 hearing as per Z. Axelrod.

11/29/07   MICHAEL M. FAY                                             4.40
           Review Appaloosa documents; edit and review
           scheduling order; work w/r/t non-sub con cases;
           review hypo recovery model; t/c with V. DePiro.

Delphi Trade Committee                          Dec 28, 2008    PAGE 69
FILE NUMBER: 07581001
INVOICE NO.: ******


11/29/07  DAVID S. ROSNER                                        3.40
          Work re litigation of objection; committee
          call; call w/ clients; meet w/ team re document
          production; document review, Tepper exhibits
          review.

11/29/07  ADAM L. SHIFF                                          6.20
          Address issues related to further modified
          plan; review Tepper depo transcript; numerous
          conf team re strategy; review substantive
          consolidation and related materials; t/cs
          w/Capstone, clients and team; review valuation
          and recovery data.

11/29/07  DANIEL N. ZINMAN                                       2.20
          Attend client call; conference w/ ALS, DAF,
          others re next steps; numerous emails re same,
          Sub Con, intercompany claims, related matters.

11/29/07  KIM CONROY                                             1.80
          Emails and calls re inadvertent privileged
          documents, including calls confirming
          destruction and/or return of all CDs, begin
          reviewing Appaloosa documents.

11/29/07  DANIEL A. FLIMAN                                       3.60
          Organize documents, coordinate preparation of
          exhibits lists, coordinate pleading analysis
          binders; begin to analyze GM settlement
          documents; correspond with client regarding
          status.

11/29/07  ZACHARY AXELROD                                        3.40
          Review document production exhibits; emails and
          disc w/ DAF re same; review GM settlement
          agreement and revise per amendments; disc w/
          DAF re same.

11/29/07  ANITRA R. LAWRENCE                                     1.90
          Revise Notice of Further Proposed Amendments to
          Certain Appendices binder per DAF.

11/30/07  MICHAEL M. FAY                                         4.70
          Review GM agreements; t/c with V. DePiro; conf.
          with DSR; work w/r/t discovery issues; work
          w/r/t technology issues; review Capstone
          valuation article; review exhibit lists.

11/30/07  DAVID S. ROSNER                                        2.00
          Work re litigation on revised EPCA, related
          matters.

```
Delphi Trade Committee                         Dec 28, 2008    PAGE 70
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 11/30/07 | ADAM L. SHIFF | 5.20 |
| | Conf DSR re recovery, sub con and strategy; | |
| | review analysis re GM and other intercompany | |
| | issues; review submissions to chambers; calls | |
| | re transaction alternative; review intercompany | |
| | material. | |
| 11/30/07 | DANIEL N. ZINMAN | 1.90 |
| | Review/emails re substantive | |
| | consolidation/intercompany claims | |
| | presentations; attend conference w/ MMF, DAF, | |
| | KC re discovery, next steps; emails w/ V. | |
| | DePiro re documents needed to complete | |
| | analysis, other issues. | |
| 11/30/07 | KIM CONROY | 3.10 |
| | Review Debtors' trial binders; meeting with | |
| | MMF, DAF, and DNZ re hearing strategy; review | |
| | memo re GM agreements and settlement, review | |
| | presentations re intercompany claims. | |
| 11/30/07 | DANIEL A. FLIMAN | 6.30 |
| | Analyze and summarize GM MRA and GSA, prepare | |
| | memorandum of same; discuss case tasks, | |
| | strategy; correspond with debtors' counsel | |
| | regarding documents; analyze revisions to | |
| | scheduling order. | |
| 12/01/07 | DAVID S. ROSNER | 5.50 |
| | Review filed documents re EPCA history and | |
| | objections to existing EPCA, review Tepper, | |
| | Tepper exhibits, review Sheehan, Sheehan | |
| | exhibits, review Miller, Miller Exhibit, review | |
| | sub con materials, memos to litigation team re | |
| | proceedings. | |
| 12/01/07 | ADAM L. SHIFF | 2.40 |
| | Numerous emails w/DSR re strategy; review docs, | |
| | emails re substantive consolidation. | |
| 12/02/07 | DAVID S. ROSNER | 3.50 |
| | Review, analysis of deposition transcripts, | |
| | substantive consolidation issues, work re | |
| | litigation case, settlement case, plan | |
| | analysis. | |
| 12/02/07 | ADAM L. SHIFF | 3.50 |
| | Review docs re litigation preparation, | |
| | including GM/union issues, sub. con., placement | |
| | of claims. | |

Delphi Trade Committee                      Dec 28, 2008    PAGE 71
FILE NUMBER: 07581001
INVOICE NO.: ******

12/02/07   DANIEL N. ZINMAN                                      2.40
           Review plan and disclosure statement; emails re
           same and post-petition interest issue; research
           post-petition interest issue.

12/02/07   KIM CONROY                                             .10
           Emails with DAF re Tepper deposition exhibits.

12/02/07   DANIEL A. FLIMAN                                      6.10
           Analyze union settlements and order regarding
           effectiveness provisions and regarding debtor
           obligee.

12/03/07   MICHAEL M. FAY                                        7.90
           Work w/r/t valuation of US subs; reviewed Union
           contract terms; reviewed amended plan
           documents; t/c w/ V. DePiro; work w/r/t IP
           valuation; cons. w/ DSR and ALS.

12/03/07   DAVID S. ROSNER                                       6.50
           Work re litigation case re Revised EPCA, calls
           w/ bonds, calls w/ UCC, call w/ company,
           committee call, review new filings.

12/03/07   ADAM L. SHIFF                                         6.30
           Review docs re plan litigation; conf team re
           same; numerous emails re same; address issues
           re tie in of different settlements.

12/03/07   DANIEL N. ZINMAN                                      5.20
           Complete research on PPI issue; draft
           memorandum re same; conferences/emails w/ ALS,
           DSR re same; conference w/ DSR, ALS re trade
           claims holdings by debtor, strategy,
           substantive consolidation and other issues.

12/03/07   KIM CONROY                                            7.10
           Load Tepper deposition on to livenote, copy to
           D. Rosner, review Appaloosa documents, emails
           re inadvertently produced documents, conform
           production accordingly.

12/03/07   DANIEL A. FLIMAN                                      5.90
           Analyze plan, disclosure statement, union
           settlements, order re terms of deals; draft
           memorandum re same; coordinate client
           conference call; review docket and filings and
           circulate to parties.

12/03/07   ZACHARY AXELROD                                       3.10
           Emails w/ paralegals and D. Fliman re Tepper
           deposition exhibits; work on restructuring and
           settlement agreements comparisons; review
           Appaloosa documents, disc w/ K. Conroy re same.

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 72
FILE NUMBER: 07581001
INVOICE NO.: ******


12/03/07  ANITRA R. LAWRENCE                                  2.40
          Create binder re Tepper deposition exhibits per
          ZA.

12/04/07  MICHAEL M. FAY                                      5.20
          Work w/r/t new plan documents; conf. call with
          clients, Capstone; review Appaloosa documents;
          work w/r/t valuation strategy.

12/04/07  DAVID S. ROSNER                                     3.50
          Work re litigation, call w/ bonds, call w/ UCC,
          committee call, call w/ Capstone, analysis of
          documents.

12/04/07  ADAM L. SHIFF                                       5.50
          Commence review and analysis of amended plan
          documents; participate in committee calls and
          team meeting; t/cs w/Brilliant re Dec 6
          hearing.

12/04/07  DANIEL N. ZINMAN                                    6.00
          Attend client conference call; attend KBTF team
          meeting re next steps, strategy; review of new
          plan/disclosure statement and relate documents;
          numerous conferences/emails with members of
          KBTF team re same.

12/04/07  KIM CONROY                                          2.20
          Review debtors' amended disclosure statement,
          continue reviewing Appaloosa production, email
          with counsel re privileged docs.

12/04/07  DANIEL A. FLIMAN                                    2.80
          Analyze amended plan documents filed by the
          debtors; call with clients.

12/05/07  MICHAEL M. FAY                                      8.20
          Work w/r/t preparation for 12/6 hearing; confs.
          w/ Capstone, DSR re same.

12/05/07  DAVID S. ROSNER                                     6.50
          Work re litigation, negotiation of settlement,
          call w/ committee, call w/ Capstone, call w/
          UCC, work re same.

12/05/07  ADAM L. SHIFF                                       4.40
          Numerous t/cs w/clients re transaction; t/c
          w/Brilliant; conf team re strategy; review docs
          re same; hearing preparation; t/cs re
          alternative; committee call; address issues re
          settlement.
```

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 73
FILE NUMBER: 07581001
INVOICE NO.: ******


12/05/07   DANIEL N. ZINMAN                                     7.70
           Prepare for tomorrow's court hearing; numerous
           emails/conferences re same; review latest plan
           and disclosure statement; draft lengthy
           email/memo re changes from prior version on key
           issues.

12/05/07   KIM CONROY                                           8.50
           Emails and calls with Skadden re ninth
           production and circulate same to team, review
           ninth production, emails and calls with DAF,
           DNZ and ZA re preparation for hearing,
           including hearing exhibit binders, review
           finalized joint exhibit list.

12/05/07   DANIEL A. FLIMAN                                     2.70
           Correspond with committee re hearing /
           strategy; correspond re settlement.

12/05/07   ZACHARY AXELROD                                      2.10
           Review and organize amended exhibits for
           disclosure statement hearing; numerous emails
           and discs w/ DNZ, KC and paralegals.

12/05/07   GABRIEL IRIZARRY                                     1.30
           Retrieve and organize new joint exhibit index
           for hearing & related docs to update exhibits
           as per ZA's request.

12/05/07   ANITRA R. LAWRENCE                                    .60
           Retrieve various documents and distribute per
           DAF.

12/06/07   MICHAEL M. FAY                                       4.80
           Hearing before J. Drain; prepare for same.

12/06/07   DAVID S. ROSNER                                      7.50
           Work re settlement, hearing re EPCA allowance.

12/06/07   ADAM L. SHIFF                                        3.20
           Attend portion of DS hearing; follow-up confs
           w/team; review emails re settlement and
           numerous confs DSR re same.

12/06/07   DANIEL N. ZINMAN                                     8.90
           Prepare for court hearing; attend court
           hearing; numerous emails/conferences re same.

12/06/07   DANIEL A. FLIMAN                                     1.40
           Correspond re EPCA provisions, settlement of
           issues, hearing status.

12/06/07   ZACHARY AXELROD                                       .50
           Disc w/ DNZ, DSR re claims resolution process.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 74
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
12/06/07   ANITRA R. LAWRENCE                               .10
           Retrieve documents from docket and distribute
           per DAF.

12/07/07   DAVID S. ROSNER                                 3.20
           Work re EPCA hearing, settlement analysis, work
           re settlement effectuation re claims
           reconciliation.

12/07/07   ADAM L. SHIFF                                   1.20
           Emails re court updates; confs DSR; respond to
           inquiries.

12/07/07   DANIEL N. ZINMAN                                8.80
           Attend court hearing; numerous
           conferences/emails re claims reconciliation.

12/07/07   ZACHARY AXELROD                                 6.20
           Emails and t/cs w/ KCC, Skadden re claims
           lists; numerous t/cs and emails w/ committee re
           same; discs w/ DNZ re same and process going
           forward; prepare lists for email to committee.

12/07/07   GABRIEL IRIZARRY                                1.60
           Retrieve and organize exhibits cited in the
           debtors exhibit list for attorney review as per
           ZTA's request.

12/10/07   DAVID S. ROSNER                                 1.00
           Address individual claims issues re settlement
           and re reconciliation, call w/ clients, call w/
           Skadden, address continuing confidentiality.

12/10/07   ADAM L. SHIFF                                    .50
           Review CA and claims reconciliation materials.

12/10/07   DANIEL N. ZINMAN                                4.20
           Numerous conferences/emails re claims lists;
           review materials/documents from clients and to
           be sent to Skadden re same.

12/10/07   ZACHARY AXELROD                                 5.70
           Review and revise committee claims lists;
           numerous emails and t/cs w/ members and DNZ re
           same.

12/11/07   DAVID S. ROSNER                                 1.20
           Address settlement issues re reconciliation,
           analysis of D/S order and requirements for
           clients.

12/12/07   ADAM L. SHIFF                                    .60
           T/c w/clients re status and update.
```

```
Delphi Trade Committee                    Dec 28, 2008    PAGE 75
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| | | |
|---|---|---|
| 12/13/07 | DAVID S. ROSNER<br>Address Disclosure Statement Order, voting<br>issues re requirements for trade, reclamation,<br>work re reconciliation. | 1.00 |
| 12/13/07 | ZACHARY AXELROD<br>Emails and t/cs w/ clients and DNZ re<br>reconciliation. | .80 |
| 12/14/07 | DAVID S. ROSNER<br>Work re reconciliation of claims, requirements<br>of voting, allowance, rights offering. | 1.00 |
| 12/14/07 | DANIEL N. ZINMAN<br>Review order approving disclosure statement;<br>draft email/memo re upcoming deadlines and<br>dates in same. | .90 |
| 12/14/07 | ZACHARY AXELROD<br>T/cs and emails w/ clients and DNZ re<br>reconciliation of claims. | 1.00 |
| 12/17/07 | DAVID S. ROSNER<br>Call re claim reconciliation, confidentiality<br>extension. | .30 |
| 12/17/07 | ZACHARY AXELROD<br>Emails w/ clients and KCC re reconciliation. | .50 |
| 12/18/07 | DANIEL N. ZINMAN<br>Draft letter to J. Butler re lack of progress<br>on claims reconciliation; o/c w/ DSR re same;<br>numerous emails/conferences re same, including<br>with K. Marafioti at Skadden. | 2.20 |
| 12/18/07 | ZACHARY AXELROD<br>Emails and t/cs w/ clients re reconciliation. | .60 |
| 12/19/07 | DANIEL N. ZINMAN<br>Numerous emails w/ DAF, others re claims<br>reconciliation and other issues. | .30 |
| 12/19/07 | ZACHARY AXELROD<br>Emails w/ KCC and committee members re<br>reconciliation of committee claims. | 1.00 |
| 12/21/07 | DANIEL N. ZINMAN<br>Draft email to Skadden re claims reconciliation<br>lack of progress; o/cs re same. | .40 |
| 12/24/07 | DANIEL N. ZINMAN<br>Emails re claims reconciliation process. | .10 |

Delphi Trade Committee                          Dec 28, 2008    PAGE 76
FILE NUMBER: 07581001
INVOICE NO.: ******

12/26/07  DANIEL N. ZINMAN                                         .80
          T/c w/ Hain re claims reconciliation and
          related topics; review status of process;
          consider next steps; conferences/emails w/
          members of KBTF team re same.

12/28/07  DANIEL N. ZINMAN                                         .50
          Draft emails to Skadden re claims
          reconciliation process, specific issues
          including cure claims; conferences w/ DAF re
          same.

12/31/07  DAVID S. ROSNER                                         1.00
          Address issues in claims reconciliation
          process.

12/31/07  DANIEL A. FLIMAN                                        1.40
          Analyze filings including new plan exhibits,
          estimation motion, notice re voting amounts;
          correspond with clients.

01/01/08  DAVID S. ROSNER                                         1.50
          Work re reconciliation of claims, review
          detailed analysis by DNZ, DAF.

01/01/08  DANIEL N. ZINMAN                                         .60
          Numerous emails re claims reconciliation.

01/01/08  DANIEL A. FLIMAN                                         .20
          Analyze correspondence re claims
          reconciliation.

01/02/08  DAVID S. ROSNER                                         1.00
          Work re claims reconciliation re addressing
          issues to which Skadden not providing adequate
          response.

01/02/08  ADAM L. SHIFF                                            .70
          Review emails re claim reconciliation status
          and offers; conf DNZ re same; conf DAF re
          reclamation.

01/02/08  DANIEL N. ZINMAN                                        1.90
          Call w/ Skadden re cure issues, claims
          reconciliation; conferences w/ DSR, DAF, RGS,
          others re same; draft email w/ clients re same.

01/02/08  DANIEL A. FLIMAN                                        5.60
          Conduct legal research re reclamation issues
          and discuss relates issues with ALS; address
          claims reconciliation issues and outline
          related tasks and issues.

01/02/08  ZACHARY AXELROD                                         4.00

Delphi Trade Committee                           Dec 28, 2008    PAGE 77
FILE NUMBER: 07581001
INVOICE NO.: ******

             T/c w/ J. Lyons, DNZ, and DAF re reconciliation
             of claims; numerous discs and emails re same;
             emails to clients re same.

01/03/08  DAVID S. ROSNER                                        .40
             Address issues re reconciliation.

01/03/08  ADAM L. SHIFF                                          .80
             Emails re claims reconciliation issue; review
             transcript re "deal"; conf DF re reclamation.

01/03/08  DANIEL N. ZINMAN                                      1.20
             Numerous conferences/emails w/ clients, DSR,
             DAF, RGS, others re cure issues, claims
             reconciliation.

01/03/08  DANIEL A. FLIMAN                                      5.90
             Discuss reclamation issues with ALS;
             conferences with debtors' counsel re claims
             resolution issues; calls with various committee
             members re same.

01/03/08  ZACHARY AXELROD                                       3.50
             T/cs and emails w/ clients re reconciliation of
             claims; conf call w/ D. Zinman and debtors re
             same; emails to KCC re same.

01/04/08  DAVID S. ROSNER                                       1.80
             Address cure claim issues, call w/ clients,
             meet w/ team, address strategy, address other
             open issues re reconciliation.

01/04/08  ADAM L. SHIFF                                          .60
             T/c Coviello re reclamation; review materials
             re same; t/c clients re exit financing motion.

01/04/08  DANIEL A. FLIMAN                                      3.10
             Continue to coordinate claims reconciliation
             issues; discussions with committee members re
             same; correspond with debtors' counsel re same.

01/04/08  ZACHARY AXELROD                                       4.00
             Conf calls w/ committee members and D. Zinman
             re claims reconciliation; t/cs w/ committee
             members re same.

01/14/08  DAVID S. ROSNER                                        .50
             Address ongoing reconciliation and stipulation
             matters, responsive letter confirmation
             objections.

01/14/08  DANIEL A. FLIMAN                                       .90
             Draft letter to debtors' counsel responding to
             January 11 letter re confirmation hearing.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 78
FILE NUMBER: 07581001
INVOICE NO.: ******


01/15/08   DAVID S. ROSNER                                      1.10
           Address confirmation objections, form
           of confirmation order re cure claims, other
           matters.

01/15/08   ADAM L. SHIFF                                        3.40
           Per DSR request review confirmation briefs and
           related pleadings.

01/16/08   DAVID S. ROSNER                                      1.10
           Address confirmation objections, form
           of confirmation order re cure claims, other
           matters.

01/16/08   ADAM L. SHIFF                                        2.80
           Review objections; holdings information; voting
           certification et al; numerous emails re
           confirmation.

01/16/08   DANIEL N. ZINMAN                                      .40
           Numerous conferences/emails w/ clients, ALS,
           DAF, DSR re confirmation hearing, voting
           results, claims reconciliation.

01/16/08   DANIEL A. FLIMAN                                     6.70
           Review, analyze, summarize confirmation
           objection by bondholder group; analyze 2019
           statements filed by same; analyze vote
           tabulation and certifications re same; analyze
           confirmation responses from debtors; correspond
           with group re votes, confirmation.

01/16/08   RASHAAN RUSSELL                                      1.30
           Download various updated pleadings and
           distribute as per D. Fliman.

01/17/08   DAVID S. ROSNER                                      1.80
           Address confirmation order issues, call w/
           clients, call w/ colleagues, review, revise
           language.

01/17/08   ADAM L. SHIFF                                        1.70
           Numerous emails and t/cs re confirmation order;
           update from Court and revise email re same.

01/17/08   DANIEL N. ZINMAN                                     2.80
           Review/comment on confirmation order; o/cs w/
           ALS, others re same; numerous emails re same,
           status of hearing; t/c w/ client re
           confirmation, cure notices, related topics.
```

```
Delphi Trade Committee                        Dec 28, 2008   PAGE 79
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
01/17/08   DANIEL A. FLIMAN                                  7.90
           Attend Delphi confirmation hearing; address
           proposed confirmation order concerns;
           discussions with Debtor's counsel regarding
           same; correspond with client group regarding
           hearing/cure issues status.

01/18/08   ADAM L. SHIFF                                     1.20
           Emails and comment re confirmation order.

01/18/08   DANIEL N. ZINMAN                                  1.40
           Review/comment on confirmation order; numerous
           conferences/emails w/ ALS, DAF, clients re
           same, other topics.

01/18/08   DANIEL A. FLIMAN                                  9.20
           Attend Delphi confirmation hearing; discuss
           cure claim issues, resolution with Debtors'
           counsel.

01/18/08   ZACHARY AXELROD                                   2.00
           Emails w/ D. Fliman re recent court filings;
           review docket re same.

01/22/08   DAVID S. ROSNER                                   1.20
           Address issues regarding confirmation order and
           cure claims.

01/22/08   DANIEL A. FLIMAN                                  6.00
           Attend confirmation hearing and correspond with
           clients re same.

01/23/08   DAVID S. ROSNER                                    .50
           Address confirmation and cure issues.

01/24/08   DAVID S. ROSNER                                    .50
           Address issues w/ clients re cure/confirmation
           order, settlement.; call w/ seniors re terms of
           settlement.

01/29/08   DANIEL A. FLIMAN                                   .50
           Correspond with group re notice of additional
           contracts to be assumed.

02/03/08   ADAM L. SHIFF                                      .50
           Review and emails re effective date issues.

02/04/08   DAVID S. ROSNER                                   1.20
           Address issues re cure claims, failure of
           effectiveness.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 80
FILE NUMBER: 07581001
INVOICE NO.: ******
```

02/12/08   ZACHARY AXELROD                                    1.00
           Review confirmation order re professional fee
           application deadline; emails w/ D. Zinman re
           same.

02/13/08   ZACHARY AXELROD                                    2.70
           Review plan re final fee applications; email to
           V. Depiro re same.

03/05/08   DANIEL A. FLIMAN                                    .90
           Analyze motion regarding implementation of plan
           and correspond with client re same.

03/05/08   RASHAAN RUSSELL                                     .60
           Retrieve and download Motion to Approve
           Expedited Motion for Implementation Of Debtors'
           Confirmed Plan Of Reorganization filed by John
           Butler Jr.  on behalf of Delphi Corporation as
           per D. Fliman.

03/06/08   DAVID S. ROSNER                                    1.20
           Analysis of debtor v. ADAH pleadings and impact
           on b/r case; meet w/ ALS re same.

03/06/08   ADAM L. SHIFF                                      1.40
           Review motion re plan and objections; t/cs
           clients; conf DSR.

03/06/08   DANIEL A. FLIMAN                                   3.00
           Analyze objections to debtors' motion to
           implement plan.

03/07/08   DAVID S. ROSNER                                     .70
           Delphi hearing update re court rulings; calls
           re same.

03/07/08   ADAM L. SHIFF                                      1.50
           Debrief DF re hearing; emails clients re same;
           t/c DSR re same.

03/07/08   DANIEL A. FLIMAN                                   5.20
           Attend hearing regarding implementation of plan
           and correspond with clients re same.

03/10/08   ADAM L. SHIFF                                       .40
           Follow-up t/cs re hearing.

03/17/08   DAVID S. ROSNER                                    1.00
           Address investor discovery; EPCA termination
           issues.

03/17/08   ADAM L. SHIFF                                       .50
           Review pleadings re litigation against plan
           investors.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 81
FILE NUMBER: 07581001
INVOICE NO.: ******
```

03/17/08  ANITRA R. LAWRENCE                                    .10
          Retrieve documents per DAF.

03/18/08  DAVID S. ROSNER                                      1.10
          Delphi plan investor discovery analysis, impact
          on plan confirmation; review EPCA re
          termination.

03/18/08  ADAM L. SHIFF                                         .70
          Review issues re discovery and EPCA
          termination.

03/19/08  DAVID S. ROSNER                                      1.00
          Analysis of EPCA re client questions, pricing
          re walk away, specific performance versus money
          damages.

03/19/08  ADAM L. SHIFF                                         .40
          Emails re possible deal termination.

03/20/08  DAVID S. ROSNER                                      1.00
          Delphi debt analysis.

03/20/08  ADAM L. SHIFF                                         .70
          Analysis re deal termination; emails re same.

03/21/08  ADAM L. SHIFF                                         .30
          Review materials re potential termination.

04/01/08  DAVID S. ROSNER                                      1.30
          Follow up on pleadings re exit/consummation,
          call w/Appaloosa counsel re proposal/progress,
          call w/Capstone re update.

04/01/08  RASHAAN RUSSELL                                       .10
          Download daily docket for attorney review.

04/02/08  DAVID S. ROSNER                                      1.00
          Call w/committee re financing, call w/debtors
          re claims, litigation, call w/bonds re same,
          assess pleadings, meet w/ALS.

04/02/08  ADAM L. SHIFF                                        1.00
          Conf DSR; analysis re financing issues.

04/02/08  DANIEL N. ZINMAN                                      .40
          Numerous emails/conference w/ZA, DSR, ALS re
          status of financing/deal, deadlines, related
          topics.

04/02/08  RASHAAN RUSSELL                                       .10
          Download daily docket for attorney review.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 82
FILE NUMBER: 07581001
INVOICE NO.: ******


04/03/08   ZACHARY AXELROD                                      2.30
           Review filings re exit financing deadlines;
           email to DNZ re same.


04/04/08   DAVID S. ROSNER                                      1.00
           Assess Appaloosa termination of EPCA, call
           w/clients, call w/team re company release.


04/04/08   ADAM L. SHIFF                                        3.20
           Review information re DIP termination; emails
           and t/cs w/clients, Capstone, Committee re
           same; Committee t/c.


04/04/08   DANIEL A. FLIMAN                                     4.10
           Review filings re EPCA deal, termination;
           client call re same.


04/04/08   RASHAAN RUSSELL                                       .10
           Download daily docket for attorney review.


04/07/08   DAVID S. ROSNER                                       .50
           Call w/clients re strategy on financing and
           company approach, call w/Appaloosa counsel.


04/07/08   ADAM L. SHIFF                                         .70
           Trade t/cs w/Rosenberg; review for additional
           filings re termination; t/cs w/clients.


04/07/08   RASHAAN RUSSELL                                       .10
           Download daily docket for attorney review.


04/08/08   DAVID S. ROSNER                                      1.00
           Assess Delphi pleadings and memo to clients.


04/08/08   ADAM L. SHIFF                                         .50
           Review client memo.


04/08/08   DANIEL A. FLIMAN                                      .50
           Review docket and SEC filings re developments,
           status; correspond with team re same.


04/09/08   RASHAAN RUSSELL                                       .10
           Download daily docket for attorney review.


04/11/08   DAVID S. ROSNER                                      1.00
           Assess recent pleadings re effective
           probability, call w/committee, call w/clients.


04/11/08   DANIEL A. FLIMAN                                     1.10
           Analyze Delphi's 3 motions to extend time and
           correspond with committee re same.
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 83
FILE NUMBER: 07581001
INVOICE NO.: ******

04/11/08   ANITRA R. LAWRENCE                                      .30
           Retrieve and distribute various documents from
           Delphi Docket per DAF.

04/11/08   RASHAAN RUSSELL                                         .10
           Download daily docket for attorney review.

04/14/08   DANIEL N. ZINMAN                                       1.00
           Conference/email w/ALS re status of exclusivity
           motion; t/c w/R. Rosenberg re committee
           position on same; emails re same.

04/14/08   RASHAAN RUSSELL                                         .10
           Download daily docket for attorney review.

04/16/08   DAVID S. ROSNER                                         .70
           Address DIP extension issues.

04/16/08   ADAM L. SHIFF                                           .30
           Conf. DSR re DIP.

04/16/08   DANIEL N. ZINMAN                                        .30
           E-mails w/MJV, DAF re motion to authorize.

04/16/08   DANIEL A. FLIMAN                                       1.20
           Analyze motion to extend DIP; correspond re
           same.

04/16/08   MICHELLE J. VLADIMIRSKY                                3.10
           Review motion to extend DIP and DIP financing
           agreement and exhibits; draft summary of
           motion.

04/17/08   DANIEL A. FLIMAN                                        .60
           Discuss DIP extension, case status with
           Capstone; draft email re same.

04/17/08   RASHAAN RUSSELL                                         .10
           Download daily docket for attorney review.

04/21/08   RASHAAN RUSSELL                                        1.70
           Download daily docket for attorney review.

04/22/08   RASHAAN RUSSELL                                        1.70
           Download daily docket for attorney review.

04/24/08   DAVID S. ROSNER                                         .50
           Address DIP update and exclusivity matter.

04/24/08   RASHAAN RUSSELL                                         .90
           Download daily docket for attorney review.

Delphi Trade Committee                               Dec 28, 2008    PAGE 84
FILE NUMBER: 07581001
INVOICE NO.: ******

04/25/08   DANIEL N. ZINMAN                                        .40
           Conferences/emails w/DAF, V. DePiro re DIP
           motion, implications.

04/25/08   DANIEL A. FLIMAN                                        .80
           Review documents related to DIP extension, GM
           arrangement; correspond with Capstone re same.

04/29/08   DANIEL N. ZINMAN                                        .20
           E-mails/conference w/ALS re status of case, DIP
           motion.

05/01/08   DANIEL N. ZINMAN                                        .30
           Emails re order extending exclusivity; review
           order re same.

05/06/08   RASHAAN RUSSELL                                         .80
           Download daily docket for attorney review.

05/07/08   ADAM L. SHIFF                                           .50
           Emails DSR and conf DNZ re exclusivity.

05/08/08   RASHAAN RUSSELL                                         .10
           Download daily docket for attorney review.

05/12/08   RASHAAN RUSSELL                                         .80
           Download daily docket for attorney review.

05/15/08   RASHAAN RUSSELL                                         .60
           Download daily docket for attorney review.

05/18/08   DANIEL A. FLIMAN                                        .30
           Analyze docket re adversaries against plan
           sponsors.

05/19/08   DAVID S. ROSNER                                         .50
           Review pleadings and client summary.

05/19/08   ADAM L. SHIFF                                           .50
           Review complaint.

05/19/08   DANIEL A. FLIMAN                                       1.00
           Analyze complaints against plan sponsors and
           correspond re same.

05/19/08   RASHAAN RUSSELL                                         .10
           Download daily docket for attorney review.

05/20/08   ADAM L. SHIFF                                           .40
           Review complaint and memo re same.

05/21/08   RASHAAN RUSSELL                                        1.10
           Download daily docket for attorney review.

```
Delphi Trade Committee                         Dec 28, 2008    PAGE 85
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
05/23/08   DAVID S. ROSNER                                          .40
           Address motion, summary re litigation; plan
           process.

05/23/08   ADAM L. SHIFF                                            .90
           Review press; t/cs w/Brilliant, CC, client and
           Capstone re update.

05/27/08   ADAM L. SHIFF                                            .30
           Review memo re transfers.

05/27/08   DANIEL A. FLIMAN                                         .80
           Analyze DASHI Motion / PBG&C & A/P issues;
           summary same.

05/27/08   RASHAAN RUSSELL                                          .60
           Download daily docket for attorney review;
           download various pleadings from the Delphi
           Adversary Proceeding #: 08-01232 as per DAF.

05/28/08   DAVID S. ROSNER                                         1.00
           Assess Delphi/DASHI transfer and PBGC claim
           issues; email w/clients.

05/28/08   ADAM L. SHIFF                                            .70
           Numerous emails re 5/29 hearing and
           intercompany transfers.

05/28/08   DANIEL A. FLIMAN                                        1.00
           Status, update regarding hearing and analyze
           DASHI intercompany transfers, PBGC A/P;
           correspond re case issues.

05/30/08   DAVID S. ROSNER                                        1.00
           Work re assess court transcript on motion to
           expedite litigation.

05/30/08   DANIEL A. FLIMAN                                         .80
           Analyze case status and related issues.

05/30/08   ANITRA R. LAWRENCE                                       .40
           Order transcript for the expedited request for
           trial and DASHI loan from Typewrite Word
           Processing.

06/02/08   DAVID S. ROSNER                                         .80
           Analysis of transcript re 5/29 and litigation;
           call w/ client re likely revised plan; call w/
           committee counsel.

06/02/08   DANIEL A. FLIMAN                                         .60
           Begin to analyze judicial estoppel issues for
           substantive consolidation.
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 86
FILE NUMBER: 07581001
INVOICE NO.: ******

06/09/08   DAVID S. ROSNER                                        .50
           Review pleadings, motion to accelerate

06/11/08   DAVID S. ROSNER                                        .50
           Address pleadings, motion to accelerate.

06/11/08   DANIEL N. ZINMAN                                       .20
           Review report re Appaloosa/Debtors' mediation;
           email re same.

06/11/08   DANIEL A. FLIMAN                                       .30
           Analyze EPCA adversary mediation order.

06/17/08   DAVID S. ROSNER                                        .40
           Address client questions re revised plan,
           distribution date, litigation.

06/20/08   DANIEL A. FLIMAN                                       .50
           Analyze motion to dismiss adversary
           proceedings.

07/02/08   ADAM L. SHIFF                                          .40
           T/cs and emails re alternative transaction.

07/03/08   ADAM L. SHIFF                                          .20
           Review emails re transaction.

07/14/08   DANIEL N. ZINMAN                                       .20
           Emails re status of Steering and Halfshaft
           closing.

07/15/08   DAVID S. ROSNER                                        .40
           Call w/ committee, bonds re update and re MOR
           issues, call w/ ALS, client.

07/15/08   ADAM L. SHIFF                                          .20
           Emails re MORs.

07/16/08   DAVID S. ROSNER                                        .50
           Address GM negotiations, call w/ committee,
           call w/ bonds, call /w clients re update,
           analysis of litigation.

07/16/08   ADAM L. SHIFF                                          .30
           T/cs re missing MORs.

07/16/08   DANIEL A. FLIMAN                                      1.20
           Research re GM-Delphi issues and filing of
           operating reports.

07/17/08   DAVID S. ROSNER                                        .70
           Call w/ Contrarian, call w/ Haines (memo), meet
           w/ DF re questions on plan, status, recent
           filings, call w/ Longacre.
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 87
FILE NUMBER: 07581001
INVOICE NO.: ******


07/17/08  DANIEL A. FLIMAN                                 .30
          Analysis re filing of MORs.

07/18/08  ADAM L. SHIFF                                     .50
          Follow-up re MORs.

07/18/08  DANIEL A. FLIMAN                                  .50
          Review hearing transcript and analysis re
          status and issues.

07/18/08  RASHAAN RUSSELL                                   .10
          Retrieve and distribute the Transcript of
          Hearing Held on 6/24/08 as per D. Fliman.

07/21/08  DAVID S. ROSNER                                   .60
          Review pleadings, call w/ client, call w/
          committee and Capstone.

07/23/08  DAVID S. ROSNER                                   .60
          Review pleadings; call w/ clients; address
          complaints.

07/23/08  ADAM L. SHIFF                                    1.20
          Review complaint to revoke confirmation; t/c
          committee re same; t/c clients re same.

07/23/08  DANIEL A. FLIMAN                                  .50
          Analysis of adversary proceedings re
          confirmation revocation.

07/23/08  RASHAAN RUSSELL                                   .20
          Retrieve and download the Adversary case
          08-01367 and 08-01368 Complaints against Delphi
          Corporation as per A. Shiff.

07/24/08  DAVID S. ROSNER                                   .30
          Call w/ client re adversaries; meet w/ Adam re
          same.

07/24/08  ADAM L. SHIFF                                     .50
          Conf DSR re case; follow-up t/cs re adversary.

07/25/08  RASHAAN RUSSELL                                  1.40
          Update internal pleadings binder with recent
          docket entries.

07/28/08  DAVID S. ROSNER                                   .70
          Work re MTDs on Appaloosa litigation.

07/28/08  ADAM L. SHIFF                                     .50
          T/cs re MTD ruling; review reports re same.

Delphi Trade Committee                          Dec 28, 2008    PAGE 88
FILE NUMBER: 07581001
INVOICE NO.: ******

07/28/08  DANIEL A. FLIMAN                                           .80
          Analysis of motions to dismiss hearing outcome
          and related issues.

07/29/08  ADAM L. SHIFF                                             1.20
          T/c clients; review decision on motion to
          dismiss; follow-up confs re same.

08/05/08  ADAM L. SHIFF                                              .40
          Review pleadings.

08/07/08  DAVID S. ROSNER                                            .50
          Review recent pleadings, call w/ clients, call
          w/committee.

08/08/08  DAVID S. ROSNER                                            .70
          Work re decision on MTDs, analysis re same and
          arguments.

08/08/08  ADAM L. SHIFF                                              .30
          Review MTD materials.

08/08/08  DANIEL N. ZINMAN                                           .50
          O/c w/ DSR re Appaloosa pleadings; review same;
          emails re same.

08/08/08  JAMILA A.M. FOLKES                                        1.20
          Download selected adversary complaints and
          motion to dismiss and other related documents
          and organize for review.

08/11/08  ADAM L. SHIFF                                              .50
          Review order on motions to dismiss.

08/12/08  DAVID S. ROSNER                                            .40
          Call w/ clients.

08/13/08  ADAM L. SHIFF                                              .30
          Review pleadings.

08/15/08  DAVID S. ROSNER                                            .50
          Review MTD decision.

08/21/08  DAVID S. ROSNER                                           1.00
          Review note holders pleading, internal call re
          same.

08/21/08  ADAM L. SHIFF                                             1.80
          Review GM filings and extension request;
          numerous t/cs re same; preliminary analysis re
          GM/Examiner Motions.

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 89
FILE NUMBER: 07581001
INVOICE NO.: ******
```

08/21/08   DANIEL A. FLIMAN                                      1.10
           Analyze noteholder objection to GM financing
           motion, examiner request, correspond re same.

08/22/08   ADAM L. SHIFF                                         1.00
           T/cs DSR and committee re examiner filings;
           review same; t/cs to Committee and Debtors.

08/22/08   DANIEL A. FLIMAN                                       .50
           Draft memorandum re GM financing, objection and
           examiner request.

08/25/08   DANIEL A. FLIMAN                                       .40
           Correspond re GM motion, noteholder objection,
           examiner request.

08/26/08   DANIEL N. ZINMAN                                       .40
           T/c Kirk Ogren @ TPG Credit re joining
           Committee, status, related topics.

09/02/08   ADAM L. SHIFF                                         1.20
           Review new pleadings re GM & Highland.

09/03/08   ADAM L. SHIFF                                         1.60
           Conf DSR, DNZ re GM issues; review and analysis
           of documents and agreements.

09/03/08   DANIEL N. ZINMAN                                      1.50
           O/c w/ALS re substantive consolidation findings
           and conclusions; review confirmation order re
           same; discussion w/DAF re confirmation hearing,
           oral findings; research re same; emails w/TPG
           re status, next steps.

09/04/08   ADAM L. SHIFF                                         2.30
           T/cs w/players re sub. con motions; review
           materials re same and to protect deal
           structure; conf DNZ.

09/04/08   DANIEL N. ZINMAN                                      1.40
           O/c w/ALS re confirmation order issue; research
           re same.

09/05/08   DAVID S. ROSNER                                        .70
           Call w/ALS, DNZ, assess NH pleading.

09/05/08   ADAM L. SHIFF                                         1.10
           Emails re sub. con issue; t/cs w/committee
           counsel review documents re deal structure.

09/07/08   ADAM L. SHIFF                                          .40
           Review materials re sub con fight; emails re
           same.

Delphi Trade Committee                          Dec 28, 2008    PAGE 90
FILE NUMBER: 07581001
INVOICE NO.: ******

09/08/08    DAVID S. ROSNER                                      .90
            Meet re bond holders pleading, possible
            responses, call w/committee, analysis of plan.

09/08/08    ADAM L. SHIFF                                        .40
            Review documents re corporate structure.

09/08/08    DANIEL N. ZINMAN                                    3.70
            Research effect of confirmation order
            pre-effective date; emails/conference w/V.
            DePiro re economics of non-sub con plan, status
            of information, related topics; o/c w/ALS re
            same; emails re TPG.

09/09/08    ADAM L. SHIFF                                        .60
            Conf. DNZ re sub con issues; review documents.

09/09/08    DANIEL N. ZINMAN                                    3.40
            Research effect of confirmation order
            pre-effective date; review and consider
            confirmation order in light of foregoing; o/c
            w/ALS re same.

09/09/08    SANDY SAINT-CYR                                      .10
            Download daily pleadings for attorneys review.

09/10/08    DAVID S. ROSNER                                      .30
            Call w/committee.

09/10/08    ADAM L. SHIFF                                        .50
            Conf DNZ re TPA; conf re update.

09/10/08    DANIEL N. ZINMAN                                    1.10
            Numerous emails/conferences w/clients, ALS,
            DAF, DSR, others re TPG, latest GM related
            pleadings, related topics.

09/11/08    DAVID S. ROSNER                                     1.10
            Review pleadings, call w/committee, call
            w/company, meet re strategy, call w experts re
            same.

09/11/08    ADAM L. SHIFF                                       2.50
            T/c w/Rosenberg; review GM pleadings; prep for
            committee call; emails to team re developments.

09/12/08    DAVID S. ROSNER                                      .90
            Delphi calls w/committee, company, strategy re
            new motions, review same, call re summary.

Delphi Trade Committee                              Dec 28, 2008    PAGE 91
FILE NUMBER: 07581001
INVOICE NO.: ******

09/12/08  ADAM L. SHIFF                                            4.30
          T/c w/Butler, Rosenberg re potential filings;
          t/cs w/clients re case status; preliminary
          review of certain filings; review docs re sub
          con and GM issues.

09/12/08  DANIEL N. ZINMAN                                         2.80
          E-mails with clients re GM motions, objections,
          related topics; conferences/emails w/ALS, DSR,
          others re same; review previous GM analysis;
          o/c w/DAF re same; review disclosure statement
          for information on GM, PBGC; e-mails/confs. re
          same.

09/12/08  DANIEL A. FLIMAN                                         2.20
          Analyze docket and pleadings, correspond re
          pleadings.

09/13/08  DAVID S. ROSNER                                           .50
          Review motions.

09/13/08  DANIEL A. FLIMAN                                         1.10
          Analyze pleadings filed and correspond re same.

09/14/08  ADAM L. SHIFF                                            2.20
          Review and analysis of pleadings.

09/14/08  DANIEL N. ZINMAN                                         1.90
          Numerous e-mails w/DSR, DAF re GM, pension
          plan, and other significant filings; review
          pension plan motion, other related documents.

09/14/08  DANIEL A. FLIMAN                                          .20
          Correspond re analysis of documents filed.

09/15/08  ADAM L. SHIFF                                            3.20
          Review pleadings; prepare for and participate
          in Committee calls; follow-up doc analysis.

09/15/08  DANIEL N. ZINMAN                                         2.20
          Draft joinder in objections to examiner
          request; t/c w/clients re same; review pension
          plan motion, other non-GM settlement-related
          significant filings.

09/15/08  DANIEL A. FLIMAN                                         5.80
          Analyze pleadings filed, summarize same, client
          call re same.

09/16/08  DAVID S. ROSNER                                          1.00
          Review pleadings, statement, meet w/ALS re
          strategy, call w/holders, call w/company, call
          w/committee.

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 92
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 09/16/08 | ADAM L. SHIFF | T/c clients re pleadings; t/c DSR re update and status; review new pleadings re examiner. | 2.60 |
| 09/16/08 | DANIEL N. ZINMAN | Draft retention agreement for TPG; review union objections to recent significant pleadings; conferences w/members of KBT&F team re same; emails re group's current holdings. | 1.10 |
| 09/16/08 | DANIEL A. FLIMAN | Analyze objections to examiner motion, revise joinder to same. | 2.30 |
| 09/17/08 | DAVID S. ROSNER | Assess pleadings, call w/Company. | .70 |
| 09/17/08 | ADAM L. SHIFF | T/c w/clients; work re filing; conf DSR; analysis re filings. | 2.70 |
| 09/17/08 | DANIEL N. ZINMAN | Revise/finalize joinder in objections to examiner report; emails/conferences w/ALS, DAF, others re same. | 1.40 |
| 09/17/08 | DANIEL A. FLIMAN | Draft statement regarding GM amendments. | 1.20 |
| 09/17/08 | SANDY SAINT-CYR | Assist in the filing of joinder to the relief sought in the objections of the debtors for attorney DNZ; research attorney's information such as fax number and email information for service purposes; prepare fedex shipment; fax document to attorneys service list. | 1.20 |
| 09/18/08 | DAVID S. ROSNER | Call w/committee, meet w/ALS, DNZ re pleading, call w/company, review new pleadings, call w/clients. | 1.00 |
| 09/18/08 | ADAM L. SHIFF | Review pleadings; revise ad hoc statement. | 1.80 |
| 09/18/08 | DANIEL N. ZINMAN | Revise draft statement on GM deal; numerous conferences/emails re same. | 2.40 |
| 09/19/08 | DAVID S. ROSNER | Call w/company, address pleadings and, review/revise statement, call w/holders, assess strategy. | 1.10 |

```
Delphi Trade Committee                        Dec 28, 2008   PAGE 93
FILE NUMBER: 07581001
INVOICE NO.: ******
```

| Date | Attorney / Description | Hours |
|---|---|---|
| 09/19/08 | ADAM L. SHIFF<br>Revise ad hoc statements; numerous t/cs re upcoming hearing; review all documents re same; memo to clients. | 2.40 |
| 09/19/08 | DANIEL N. ZINMAN<br>Revise statement on GM motion; emails re clients' holdings; conferences re revised 2019 issue. | 1.60 |
| 09/21/08 | ADAM L. SHIFF<br>Document review re upcoming hearing. | 2.30 |
| 09/22/08 | DAVID S. ROSNER<br>New pleadings, review statement, modify, change strategy re hearing; call re outcomes. | 1.00 |
| 09/22/08 | ADAM L. SHIFF<br>Review pleadings filed by Debtors and UCC: numerous t/cs w/clients re strategy and potential filing; review Highland's objection to amend; review Debtors reply; prepare for hearing. | 3.80 |
| 09/22/08 | DANIEL A. FLIMAN<br>Analysis of pleadings filed re GM amendment motion; correspond re same. | 1.10 |
| 09/23/08 | DAVID S. ROSNER<br>Address hearing and strategy change; call re treatment, call w/clients. | 1.00 |
| 09/23/08 | ADAM L. SHIFF<br>Prepare for, participate in, and follow-up re hearing and chambers conf on examiner, GM settlement and pension changes. | 3.20 |
| 09/23/08 | DANIEL N. ZINMAN<br>Review Debtors' reply in support of GM deal; draft email summarizing same; emails/conferences w/DAF, DSR, ALS re same; draft email to clients re same, hearing. | 1.50 |
| 09/24/08 | ADAM L. SHIFF<br>T/cs w/players re status of negotiations; prepare for hearing; t/cs w/clients. | 1.80 |
| 09/24/08 | DANIEL N. ZINMAN<br>Revise retention agreement; review status of cure claims under "new" plan; emails re same; conference w/ALS re same. | 1.40 |

Delphi Trade Committee                          Dec 28, 2008    PAGE 94
FILE NUMBER: 07581001
INVOICE NO.: ******

09/24/08   DANIEL A. FLIMAN                                       .70
           Analyze pleadings filed re GM amendment motion;
           correspond re same.

09/25/08   DAVID S. ROSNER                                        .80
           Review new pleadings, meet w/ALS re argument,
           call w/committee, call w/company.

09/25/08   ADAM L. SHIFF                                         6.20
           Prepare for, participate in and follow-up re
           hearing on GM settlement and related matters;
           address settlement issues.

09/25/08   DANIEL N. ZINMAN                                      1.40
           Emails/conferences re holdings of clients;
           review files re same; draft email to clients re
           First Amendment to GM deal, results of hearing,
           related topics; emails/conferences re same.

09/25/08   DANIEL A. FLIMAN                                      1.90
           Correspond regarding hearing on GM agreement
           amendments; analyze GM docs re same.

09/26/08   ADAM L. SHIFF                                          .80
           Follow-up calls re 9/25 hearing; review
           documents.

10/02/08   DAVID S. ROSNER                                       .40
           Call w/ Jack re trade deal, plan terms, support
           for GM settlement.

10/02/08   ADAM L. SHIFF                                          .10
           Conf DSR re Butler update.

10/06/08   DAVID S. ROSNER                                        .70
           Assess plan amendments, memo re same, cure
           claim issues, plan "asks", related matters.

10/06/08   ADAM L. SHIFF                                         1.10
           Preliminary review of plan related filings.

10/06/08   DANIEL N. ZINMAN                                      2.10
           Review latest plan/disclosure statement;
           conferences/e-mails w/ DAF, ALS re same.

10/06/08   DANIEL A. FLIMAN                                      4.20
           Review and analyze revised plan of
           reorganization and related modification
           pleadings; prepare summary of changes.

10/07/08   DAVID S. ROSNER                                       .50
           Review documents and draft request, memos to
           debtors and clients.

Delphi Trade Committee                          Dec 28, 2008    PAGE 95
FILE NUMBER: 07581001
INVOICE NO.: ******

10/07/08  ADAM L. SHIFF                                          1.20
          Review plan documents; confs. term re same.

10/07/08  DANIEL A. FLIMAN                                        .80
          Review and analyze plan documentation; continue
          work on summary of issues.

10/12/08  ADAM L. SHIFF                                           .50
          Review plan modifications.

10/12/08  DANIEL N. ZINMAN                                       1.40
          Review disclosure statement; e-mails re same.

10/13/08  ADAM L. SHIFF                                           .80
          Revise memo re plan; conf. team re same.

10/13/08  DANIEL N. ZINMAN                                        .90
          Review disclosure statement; e-mails re same;
          conferences w/ DSR, DAF re same.

10/13/08  DANIEL A. FLIMAN                                        .90
          Analyze plan documents and work on summary of
          changes, discuss same.

10/14/08  DAVID S. ROSNER                                        1.20
          Review documents, analyze changes in plan,
          draft requests for modifications, emails w/
          clients re same; meet w/ team re same; call w/
          Jack, address extension, all related matters.

10/15/08  DAVID S. ROSNER                                        1.00
          Deal with negotiated resolution of objections
          to plan modifications.

10/15/08  DANIEL N. ZINMAN                                       1.10
          Review of disclosure statement and related
          documents; e-mails w/ members of KBT&F team re
          same.

10/16/08  DAVID S. ROSNER                                         .50
          Work re negotiated resolution of plan
          modification issues.

10/16/08  DANIEL N. ZINMAN                                       1.70
          T/c w/ clients re plan, disclosure statement;
          e-mails re same.

10/17/08  DAVID S. ROSNER                                         .50
          Address plan modifications.

10/17/08  ADAM L. SHIFF                                           .30
          Review correspondence re transaction.

```
Delphi Trade Committee                      Dec 28, 2008     PAGE 96
FILE NUMBER: 07581001
INVOICE NO.: ******

10/20/08  DAVID S. ROSNER                                        .30
          Call w/ company, call w/ Committee, call w/
          clients, work re claims on plan mods.

10/27/08  ADAM L. SHIFF                                          .30
          Review DIP extension materials ; 8K.



                 TOTAL HOURS                            2,288.50
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 97
FILE NUMBER: 07581001
INVOICE NO.: ******

OFFICIAL RECORDS SEARCH


11/01/06 OFFICIAL RECORDS SEARCH - - VENDOR: LEXISNEXIS      236.64
         COURTLINK, INC.  INV# EA-256307 DTD 11/01/06
         COPIES OF ONLINE SEARCHED OF RECORDS FOR THE
         PRD. 10/01/06-10/31/06 PER REQUEST BY R. SHANK
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER           161.20
         SERVICE CENTER INV# 010807KH0031 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER REQUEST BY L. GOODWIN
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER             9.36
         SERVICE CENTER INV# 010807KB1285 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER REQUEST BY D. ZINMAN
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER             4.40
         SERVICE CENTER  INV# 010807KB1853 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER REQUEST BY A. FLETCHER
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER            12.24
         SERVICE CENTER INV# 010807KB1392 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER J.GLEIT
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER           120.00
         SERVICE CENTER  INV# 010807KB1297 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER R. RUSSELL
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER           281.52
         SERVICE CENTER  INV# 010807KB1293 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER R. SHANK
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER           129.04
         SERVICE CENTER  INV# 010807KB1392 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER J.GLEIT
01/08/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER            19.84
         SERVICE CENTER  INV# 010807KB1392 DTD 01/08/07
         COPIES OF ONLINE COURTS SEARCHED FOR THE PRD.
         10/01/06-12/31/06 PER J.GLEIT
04/05/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER             3.92
         SERVICE CENTER INV# 040507KB1860 DTD 04/05/07
         COPIES OF ONLINE COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 01/01/07 THRU 03/31/07
04/05/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER             2.56
         SERVICE CENTER INV# 040507KB1865 DTD 04/05/07
         COPIES OF ONLINE COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 01/01/07 THRU 03/31/07
04/05/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER            32.80
         SERVICE CENTER INV# KB1867 DTD 04/05/07 COPIES
         OF ONLINE COURT SEARCHED OF DOCUMENTS FOR THE
         PRD. 01/01/07 THRU 03/31/07
04/05/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER             6.56
         SERVICE CENTER INV# KB1853 DTD 04/05/07 COPIES
         OF ONLINE COURT SEARCHED OF DOCUMENTS FOR THE
         PRD. 01/01/07 THRU 03/31/07
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 98
FILE NUMBER: 07581001
INVOICE NO.: ******


04/05/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        34.56
         SERVICE CENTER INV# 040507KH0031 DTD 04/05/07
         COPIES OF ONLINE COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 01/01/07 THRU 03/31/07
04/05/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         9.76
         SERVICE CENTER INV# 040507KB1392 DTD 04/05/07
         ONLINE COPIES OF COURT SEARCHED FOR THE PRD.
         01/01/07 THRU 03/31/07
04/05/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        74.56
         SERVICE CENTER INV# 040507KB1297 DTD 04/05/07
         ONLINE COPIES OF COURT SEARCHED OF RECORDS FOR
         THE PRD. 01/01/07 THRU 03/31/07
07/10/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        46.88
         SERVICE CENTER INV# 071007KB1853 DTD 0710/07
         COPIES OF ONLINE COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 04/01/07 THRU 06/30/07 PER A.
         FLETCHER
07/10/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        10.88
         SERVICE CENTER INV# 071007KB1293 DTD 07/10/07
         COPIES OF ONLINE COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 04/01/07 THRU 06/30/07 PER REQUEST
         BY R. SHANK
07/10/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         3.36
         SERVICE CENTER INV# 071007KB1293 DTD 07/10/07
         COPIES OF ONLINE COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 04/01/07 THRU 06/30/07 PER REQUEST
         BY R. SHANK
07/10/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        14.24
         SERVICE CENTER INV# 071007KB1297 DTD 07/10/07
         COPIES OF ONLINE COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 04/01/07 THRU 06/30/07 PER REQUEST
         BY R. RASHAAN
07/10/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         2.96
         SERVICE CENTER INV# 071007KB1285 DTD 07/10/06
         ONLINE COPIES OF COURT SEARCHED OF DOCUMENTS
         FOR THE PRD. 04/01/07 THRU 06/30/07 PER REQUEST
         BY D. ZINMAN
07/10/07 OFFICIAL RECORDS SEARCH : VENDOR: PACER : INV#    3.68
         071007KB1965DTD 07/10/07 -COPIES OF ONLINE OF
         DOCUMENTS FOR THE PRD. 04/01/07 THRU 06/30/07
         PER REQUEST BY C. STAUBLE
10/04/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        88.72
         SERVICE CENTER INV# 100407KB1853 DTD 10/04/07
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 07/01/07 THRU 09/30/07 PER REQUEST A.
         FLETCHER
10/04/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        10.48
         SERVICE CENTER INV# 100407KB1867 DTD 10/04/07
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 07/01/07 THRU 09/30/07 PER REQUEST J.
         FOLKES

Delphi Trade Committee                          Dec 28, 2008    PAGE 99
FILE NUMBER: 07581001
INVOICE NO.: ******


10/04/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER          24.08
         SERVICE CENTER INV# 100407KB1285 DTD 10/04/07
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 07/01/07 THRU 09/30/07 PER REQUEST BY D.
         ZINMAN
10/04/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER          93.52
         SERVICE CENTER INV# 100407KB1297 DTD 10/04/07
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 07/01/07 THRU 09/30/07 PER REQUEST BY R.
         RASHAAN
10/04/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER           4.72
         SERVICE CENTER INV# 100407KB1392 DTD 10/04/07
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 07/01/07 THRU 09/30/07 PER REQUEST BY J.
         GLEIT
10/04/07 OFFICIAL RECORDS SEARCH   : VENDOR: PACER- INV#    27.44
         100407KB1988 DTD 10/04/07- COPIES OF ONLINE
         SEARCHED OF DOCUMENTS FOR THE PRD. 07/01/07
         THRU 09/30/07 PER REQUEST BY M .VLADIMIRSKY
10/04/07 OFFICIAL RECORDS SEARCH  : VENDOR: PACER- INV#      8.32
         100407KB2023 DTD 10/04/07- COPIES OF ONLINE
         SEARCHED OF DOCUMENTS FOR THE PRD. 07/01/07
         THRU 09/30/07 PER  REQUEST BY Z. AXELROD
10/04/07 OFFICIAL RECORDS SEARCH - - VENDOR: PACER            .48
         SERVICE CENTER INV# 100407KB1853 DTD 10/04/07
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 07/01/07 THRU 09/30/07 PER REQUEST A.
         FLETCHER
01/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER          47.28
         SERVICE CENTER INV# 010708KB1285 DTD 01/0708
         COPIES OF ONLINE SEARCHED OF DOCUMENTS PER
         REQUEST BY D. ZINMAN
01/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER          42.40
         SERVICE CENTER INV# 010708KB1293 DTD 01/07/08
         -COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 10/01/07 THRU 12/31/07 PER REQUEST BY ROSS
         SHANK
01/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         118.88
         SERVICE CENTER INV# 010708KB1297 DTD 01/07/08
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 10/01/07 THRU 12/31/07 PER R. RASHAAN
01/07/08 OFFICIAL RECORDS SEARCH : VENDOR: PACER: INV#     416.08
         KB1870 DTD 01/07/08, COPIES OF ONLINE SEARCHED
         OF DOCUMENTS FOR THE PRD. 10/01/07 THRU
         12/31/07 PER REQUEST BY D. FLIMAN
01/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         258.32
         SERVICE CENTER INV# 010708KB1853 DTD 01/07/08
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 10/01/07 THRU 12/31/07 PER REQUEST BY A.
         FLETCHER

Delphi Trade Committee                        Dec 28, 2008    PAGE 100
FILE NUMBER: 07581001
INVOICE NO.: ******


01/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         37.28
         SERVICE CENTER INV# 010708KB1988 DTD 01/07/08
         -COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 10/01/08 THRU 12/31/07 PER REQUEST BY M.
         VLADIMIRSKY
01/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         65.04
         SERVICE CENTER INV# 010708KB1867 DTD 01/07/08
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 10/01/07 THRU 12/31/07 PER REQUEST BY J.
         FOLKES
01/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         16.88
         SERVICE CENTER INV# 010708KB2023 DTD 01/07/08
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 10/01/07 THRU 12/31/07 PER REQUEST BY ZACH
         AXELROD
04/04/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        140.56
         SERVICE CENTER INV# 040408KB1853 DTD 04/04/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 01/01/08 THRU 03/31/08 PER A. FLETCHER
04/04/08 OFFICIAL RECORDS SEARCH :  PACER:  INV#           21.20
         040408KB1867 DTD 04/04/08, COPIES OF ONLINE
         SEARCHED OF DOCUMENTS FOR THE PRD. 01/01/08
         THRU 03/31/08 PER J. FOLKES
04/04/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER        174.96
         SERVICE CENTER INV# 040408KB1297 DTD 04/04/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 01/01/08 THRU 03/31/08 PER REQUEST BY R.
         RASHAAN
04/04/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         78.88
         SERVICE CENTER INV# 040408KB2023 DTD 04/04/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 01/01/08 THUR 03/31/08 PER REQUEST BY Z.
         AXELROD
04/04/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         90.56
         SERVICE CENTER INV# 040408KB1988 DTD 04/04/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 01/01/08 THRU 03/31/08 PER REQUEST BY M.
         VLADIMIRSKY
04/04/08 OFFICIAL RECORDS SEARCH:  VENDOR: PACER, DTD     267.92
         04/04/08, COPIES OF ONLINE SEARCHED OF
         DOCUMENTS FOR THE PRD. 01/01/08 THRU 03/31/08
         PER REQUEST BY D. FLIMAN
04/04/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER         38.00
         SERVICE CENTER INV# 040408KB1285 DTD 04/04/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 01/01/08 THRU 03/31/08 PER REQUEST BY D.
         ZINMAN
07/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER           .24
         SERVICE CENTER INV# 070708KB1285 DTD 07/07/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 04/01/08 THRU 06/30/08 PER REQUEST BY D.
         ZINMAN

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 101
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
07/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER          56.64
         SERVICE CENTER INV# 070708KB1297 DTD 07/07/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 04/01 THRU 06/30 2008 PER REQUEST BY R.
         RASHAAN
07/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER          13.36
         SERVICE CENTER INV# 070708KB2023 DTD 07/07/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 04/01 THRU 06/30 2008 PER REQUEST BY Z. AXELROD
07/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER          28.40
         SERVICE CENTER INV# 070708KB1853 DTD 07/07/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         PRD. 04/01 THRU 06/30 2008 PER REQUEST BY A.
         FLETCHER
07/07/08 OFFICIAL RECORDS SEARCH - - VENDOR: PACER           9.60
         SERVICE CENTER INV# 070708KB1988 DTD 07/07/08,
         COPIES OF ONLINE SEARCHED OF DOCUMENTS FOR THE
         04/01 THRU 06/30 2008 PER REQUEST BY M.
         VLADIMIRSKY


                                    SUBTOTAL:   3,401.20


WITNESSES

12/21/06 WITNESSES - - VENDOR: RANDALL S. EISENBERG         65.00
         CHARGES FOR WITNESS/SUBPOENA FEE, REQUESTED BY
         Z. AXELROD, INV # 122106, DATE 12/21/06
12/21/06 WITNESSES - - VENDOR: RESNICK, DAVID L. CHARGES    65.00
         FOR WITNESS/SUBPOENA FEES, REQUESTED BY Z.
         AXELROD, INV # 122106, DATE 12/21/06
12/21/06 WITNESSES - - VENDOR: STEVEN D. SMITH CHARGES      65.00
         FOR WITNESS/SUBPOENA FEES, REQUESTED BY Z.
         AXELROD, INV # 122106, DATE 12/21/06


                                    SUBTOTAL:     195.00


TRANSCRIPTS

01/14/07 TRANSCRIPTS - - VENDOR: TSG REPORTING, INC       1,993.70
         CHARGES FOR DEPOSITION OF JOHN SHEEHAN ON
         1/4/07, REQUESTED BY D. ROSNER, INV #
         010407-23225, DATE 1/14/07
01/14/07 TRANSCRIPTS - - VENDOR: TSG REPORTING, INC       2,793.00
         CHARGES FOR DEPOSITION OF ROBERT MILLER & JOHN
         OPIE ON 1/5/07, REQUESTED BY D. ROSNER, INV #
         010507-23238, DATE 1/14/07
01/19/07 TRANSCRIPTS - - VENDOR: TSG REPORTING, INC       2,335.30
         CHARGES FOR DEPOSITION OF DAVID RESNICK ON
         1/8/07, REQUESTED BY D. ROSNER, INV #
         010807-23339, DATE 1/19/07
10/05/07 TRANSCRIPTS - - VENDOR: RAND REPORTING &           134.20
         TRANSCRIPTION, LLC CHARGES FOR COURT TRANSCRIPT
         ON 9/27/07, REQUESTED BY D. ZINMAN, INV # 99,
         DATE 10/5/07
```

Delphi Trade Committee                              Dec 28, 2008    PAGE 102
FILE NUMBER: 07581001
INVOICE NO.: ******


11/20/07 TRANSCRIPTS - - VENDOR: VERITEXT/ NEW YORK          224.80
         REPORTING CO., L.L.C. CHARGES FOR COURT
         TRANSCRIPTS, REQUESTED BY A. FLETCHER, INV #
         NY193790, DATE 11/20/07
11/30/07 TRANSCRIPTS - - VENDOR: TSG REPORTING, INC        1,555.70
         CHARGES FOR DEPOSITION OF DAVID RESNICK,
         REQUESTED BY D. ROSNER, INV # 112507-42859,
         DATE 11/30/07
11/30/07 TRANSCRIPTS - - VENDOR: TSG REPORTING, INC        2,063.70
         CHARGES FOR DEPOSITION OF ROBERT MILLER,
         REQUESTED BY D. ROSNER, INV # 112607-42866,
         DATE 11/30/07
12/06/07 TRANSCRIPTS - - VENDOR: TSG REPORTING, INC        1,696.60
         CHARGES FOR TRANSCRIPT OF DAVID TEPPER,
         REQUESTED BY M. FAY, INV # 112807-42896, DATE
         12/6/07
12/08/07 TRANSCRIPTS - - VENDOR: TSG REPORTING, INC        1,859.70
         CHARGES FOR DEPOSITION OF JOHN SHEEHAN,
         REQUESTED BY D. FLIMAN, INV # 111907-33148,
         DATE 12/8/07
02/25/08 TRANSCRIPTS - - VENDOR: VERITEXT/ NEW YORK          538.20
         REPORTING CO., L.L.C. CHARGES FOR TRANSCRIPT OF
         HEARING 05-44481, REQUESTED BY J. FOLKES, INV #
         NY205626, DATE 2/25/08
05/30/08 TRANSCRIPTS - - VENDOR: TYPEWRITE WORD              78.00
         PROCESSING SERVICE CHARGES FOR COURT
         TRANSCRIPT, REQUESTED BY A. FLETCHER, INV #
         12065, DATE 5/30/08
07/29/08 TRANSCRIPTS - - VENDOR: VERITEXT/ NEW YORK          181.60
         REPORTING CO., L.L.C. CHARGES FOR HEARING
         TRANSCRIPT, REQUESTED BY D. FLIMAN, INV #
         NY226944,  DATE 7/29/08


                                   SUBTOTAL:   15,454.50


LOCAL TRANSPORTATION

07/07/06 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      35.00
         R. NOVICK, CAB TO/FROM COURT ON 6/29/06, INV #
         070706, DATE 7/7/06 ***DELPHI***
08/02/06 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR       9.00
         D. FLIMAN, WORK LATE CAB ON 7/25/06, INV #
         080206, DATE 8/2/06 ***DELPHI***
08/11/06 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR       9.00
         D. FLIMAN, WORK LATE CAB ON 8/8/06, INV #
         081106, DATE 8/11/06
08/18/06 ELITE VOUCHER NO: 8886982 DATED: 08/08/2006          93.84
         NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
         GLEN RIDGE, NJ INVOICE NUM: 1190505 DATED:
         08/18/2006
08/30/06 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      21.00
         S. BERNSTEIN, CAB TO COURT ON 8/17/06, INV #
         083006, DATE 8/30/06

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 103
FILE NUMBER: 07581001
INVOICE NO.: ******


09/15/06 ELITE VOUCHER NO: 9183427 DATED: 09/14/2006       99.45
         NAME: J PERSON FROM: 541 LEXINGTON AVE TO:
         WESTBURY, NY INVOICE NUM: 1194817 DATED:
         09/15/2006
10/20/06 ELITE VOUCHER NO: 9295399 DATED: 10/19/2006       85.92
         NAME: D ZINMAN FROM: 1633 BROADWAY TO: GLEN
         RIDGE, NJ INVOICE NUM: 1201172 DATED:
         10/20/2006
10/27/06 ELITE VOUCHER NO: 9294988 DATED: 10/19/2006       32.66
         NAME: A SHIFF, ADAM FROM: 1 BATTERY PARK PLAZA
         TO: 1633 BROADWAY INVOICE NUM: 1202635 DATED:
         10/27/2006
10/27/06 ELITE VOUCHER NO: 8942603 DATED: 10/24/2006       32.64
         NAME: D FLIMAN FROM: 1633 BROADWAY TO: 134 E.
         22 ST INVOICE NUM: 1202635 DATED: 10/27/2006
11/02/06 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   18.00
         D. FLIMAN, WORK LATE CAB ON 10/17/06, INV #
         110206, DATE 11/2/06
12/15/06 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   15.00
         Z. AXELROD, WORK LATE CAB ON 12/4/06, INV #
         121506, DATE 12/15/06
12/20/06 LOCAL TRANSPORTATION - - VENDOR: ROSNER, DAVID   329.50
         S. CHARGE FOR CAR SERVICE ON 11/29
01/05/07 ELITE VOUCHER NO: 8871849 DATED: 12/29/2006      115.77
         NAME: J GLEIT , JEFF FROM: 1633 BROADWAY TO:
         WESTBURY, NY INVOICE NUM: 1215438 DATED:
         01/05/2007
01/05/07 ELITE VOUCHER NO: 9322303 DATED: 01/02/2007      102.51
         NAME: J GLEIT, JEFF FROM: 1633 BROADWAY TO:
         JERICHO, NY INVOICE NUM: 1215438 DATED:
         01/05/2007
01/08/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   17.00
         Z. AXELROD, WORK LATE CAB ON 12/20/06, INV #
         010807, DATE 1/8/07
01/11/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR    9.00
         D. FLIMAN, WORK LATE CAB ON 1/2/07, INV #
         011107, DATE 1/11/07
01/12/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   19.00
         D. FLIMAN, WORK LATE CAB ON 1/4, 1/8/07, INV #
         011207, DATE 1/12/07
01/12/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR    8.00
         D. ROSNER, WORK LATE CAB ON 1/4/07, INV #
         011207, DATE 1/12/07
01/12/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   15.00
         Z. AXELROD, WORK LATE CAB ON 1/8/07, INV #
         011207, DATE 1/12/07
01/12/07 ELITE VOUCHER NO: 9084870 DATED: 01/02/2007      102.51
         NAME: J GLEIT, JEFF FROM: JERICHO, NY TO: 1633
         BROADWAY INVOICE NUM: 1218043 DATED: 01/12/2007
01/12/07 ELITE VOUCHER NO: 9181869 DATED: 01/09/2007       99.45
         NAME: J GLEIT , JEFF FROM: 1633 BROADWAY TO:
         WESTBURY, NY INVOICE NUM: 1218043 DATED:
         01/12/2007
```

Delphi Trade Committee                              Dec 28, 2008    PAGE 104
FILE NUMBER: 07581001
INVOICE NO.: ******


01/16/08 TRAVEL EXPENSES - - VENDOR: ROSNER, DAVID S.        130.00
              CHARTER LIMOUSINE SERVICE ON 11/20
01/17/07 LOCAL TRANSPORTATION - - VENDOR: ROSNER, DAVID      267.50
              S. WORK LATE CAR SERVICE ON 12/19, 1/8/07
01/19/07 ELITE VOUCHER NO: 9192691 DATED: 01/03/2007          99.45
              NAME: J GLEIT, JEFF FROM: 1633 BROADWAY TO:
              WESTBURY, NY INVOICE NUM: 1219139 DATED:
              01/19/2007
01/19/07 ELITE VOUCHER NO: 9351524 DATED: 01/05/2007          99.45
              NAME: J GLEIT , JEFF FROM: 1633 BROADWAY TO:
              WESTBURY, NY INVOICE NUM: 1219139 DATED:
              01/19/2007
01/19/07 ELITE VOUCHER NO: 8943414 DATED: 01/08/2007         133.11
              NAME: D ROSNER, DAVID FROM: 1633 BROADWAY TO:
              IRVINGTON, NY INVOICE NUM: 1219139 DATED:
              01/19/2007
01/19/07 ELITE VOUCHER NO: 9284014 DATED: 01/11/2007          36.72
              NAME: J GLEIT , JEFF FROM: 1633 BROADWAY TO: 1
              BOWLING GREEN INVOICE NUM: 1219139 DATED:
              01/19/2007
01/19/07 ELITE VOUCHER NO: 9284619 DATED: 01/12/2007          32.64
              NAME: J GLEIT , JEFF FROM: 1633 BROADWAY TO: 1
              BOWLING GREEN INVOICE NUM: 1219139 DATED:
              01/19/2007
04/04/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      15.00
              J. GLEIT, WORK LATE CAB ON 3/20/07, INV #
              040407, DATE 4/4/07
04/06/07 ELITE VOUCHER NO: 7886909 DATED: 03/13/2007          45.90
              NAME: J SPEEZAK, JUDY FROM: 1633 BROADWAY TO:
              BROOKLYN, NY INVOICE NUM: 1233182 DATED:
              04/06/2007
09/14/07 ELITE VOUCHER NO: 9239588 DATED: 09/11/2007         102.00
              NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
              GLEN RIDGE, NJ INVOICE NUM: 1262971 DATED:
              09/14/2007
10/05/07 ELITE VOUCHER NO: 8959023 DATED: 09/25/2007          93.84
              NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
              GLEN RIDGE, NJ INVOICE NUM: 1266818 DATED:
              10/05/2007
10/26/07 ELITE VOUCHER NO: 9106051 DATED: 10/18/2007          89.84
              NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
              GLEN RIDGE, NJ INVOICE NUM: 1270712 DATED:
              10/26/2007
10/31/07 EXECUTIVE VCR NO: 24173 DATED: 09/27/2007 NAME:     149.43
              ROSNER DAVID FROM: 224 W 51 ST TO: IRVINGTON;WC
              INVOICE NUM: 1168598 DATED: 10/31/2007
11/07/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      21.00
              D. ZINMAN, CAB TO COURT ON 9/27/07, INV #
              110707, DATE 11/7/07
11/07/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      10.00
              D. FLIMAN, WORK LATE CAB ON 10/29/07, INV #
              110707, DATE 11/7/07
11/09/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      10.00
              D. FLIMAN, WORK LATE CAB ON 11/5/07, INV #

Delphi Trade Committee                                  Dec 28, 2008   PAGE 105
FILE NUMBER: 07581001
INVOICE NO.: ******

           110907, DATE 11/9/07
11/09/07 ELITE VOUCHER NO: 9999999 DATED: 10/30/2007        114.24
         NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
         GLEN RIDGE, NJ INVOICE NUM: 1273478 DATED:
         11/09/2007
11/09/07 ELITE VOUCHER NO: 9857347 DATED: 11/01/2007         90.16
         NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
         GLEN RIDGE, NJ INVOICE NUM: 1273478 DATED:
         11/09/2007
11/21/07 LOCAL TRANSPORTATION - - VENDOR: ROSNER, DAVID      245.00
         S. CAR SERVICE ON 10/22 & 11/01
11/21/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      29.00
         D. FLIMAN, WORK LATE CAB ON 11/15, 11/16, INV #
         112107, DATE 11/21/07
11/23/07 ELITE VOUCHER NO: 7886951 DATED: 11/18/2007         43.86
         NAME: A SHIFF, ADAM FROM: 1633 BROADWAY TO: 370
         E. 76 ST INVOICE NUM: 1276938 DATED: 11/23/2007
11/23/07 ELITE VOUCHER NO: 9072056 DATED: 11/21/2007         90.24
         NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
         GLEN RIDGE, NJ INVOICE NUM: 1276938 DATED:
         11/23/2007
11/30/07 LOCAL TRANSPORTATION - - VENDOR: ELITE              57.63
         LIMOUSINE PLUS, INC. VOUCHER # 7737341, FOR G.
         IRIZARRY, FROM 1633 BWAY TO 5TH AVE 94TH ST ON
         11/27/07, INV # 1278356, DATE 11/30/07
11/30/07 LOCAL TRANSPORTATION - - VENDOR: ELITE              89.76
         LIMOUSINE PLUS, INC. VOUCHER # 7112031135, FOR
         D. ZINMAN, FROM 1633 BWAY TO GLEN RIDGE NJ ON
         11/20/07, INV # 1278356, DATE 11/30/07
11/30/07 EXECUTIVE VCR NO: 351173 DATED: 10/31/2007         132.29
         NAME: ROSNER FROM: W 51 ST   TO: IRVINGTON;WC
         INVOICE NUM: 1206804 DATED: 11/30/2007
11/30/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR       4.00
         H. ROBERTS, TRAIN TO SDNY ON 11/21/07, INV #
         113007, DATE 11/30/07
12/03/07 CONCORD VOUCHER NO: 117347  DATED : 12/03/2007     107.10
         NAME: GAVITCH SAMMI FROM: 1633 BROADWA TO: 264
         PIERMONT INVOICE # :  393244 DATED 12/14/2007
12/07/07 ELITE VOUCHER NO: 7112748633 DATED: 11/27/2007      97.92
         NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
         GLEN RIDGE, NJ INVOICE NUM: 1279630 DATED:
         12/07/2007
12/07/07 ELITE VOUCHER NO: 9547246 DATED: 11/27/2007         61.20
         NAME: K CONROY/1017, KIM FROM: 1633 BROADWAY
         TO: BROOKLYN, NY INVOICE NUM: 1279630 DATED:
         12/07/2007
12/07/07 ELITE VOUCHER NO: 7120217756 DATED: 12/02/2007      34.68
         NAME: D FLIMAN, DANIEL FROM: 134 E. 22 ST TO:
         1633 BROADWAY INVOICE NUM: 1279630 DATED:
         12/07/2007
12/07/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      10.00
         D. FLIMAN, WORK LATE CAB ON 11/20/07, INV #
         120707, DATE 12/7/07

Delphi Trade Committee                          Dec 28, 2008    PAGE 106
FILE NUMBER: 07581001
INVOICE NO.: ******


12/07/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      27.00
          D. FLIMAN, WORK LATE CAB ON 11/21, 11/26, INV #
          120707, DATE 12/7/07
12/07/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      16.00
          Z. AXELROD, WORK LATE CAB ON 11/27/07, INV #
          120707, DATE 12/7/07
12/12/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      12.00
          S. BUTEK, WORK LATE CAB ON 11/20/07, INV #
          121207, DATE 12/12/07
12/14/07 ELITE VOUCHER NO: 9999999 DATED: 12/02/2007         43.86
          NAME: D FLIMAN/1017, DANIEL FROM: 1633 BROADWAY
          TO: 370 E. 76 ST INVOICE NUM: 1280960 DATED:
          12/14/2007
12/14/07 ELITE VOUCHER NO: 9071048 DATED: 12/03/2007         89.76
          NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
          GLEN RIDGE, NJ INVOICE NUM: 1280960 DATED:
          12/14/2007
12/14/07 ELITE VOUCHER NO: 7120639232 DATED: 12/06/2007      34.68
          NAME: D ZINMAN, DAN FROM: 1 BOWLING GREEN TO:
          1633 BROADWAY INVOICE NUM: 1280960 DATED:
          12/14/2007
12/14/07 ELITE VOUCHER NO: 7120640188 DATED: 12/06/2007      38.76
          NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO: 1
          BOWLING GRN INVOICE NUM: 1280960 DATED:
          12/14/2007
12/14/07 ELITE VOUCHER NO: 8904579 DATED: 12/06/2007         97.92
          NAME: D ZINMAN, DAN FROM: 2 BROADWAY TO: GLEN
          RIDGE, NJ INVOICE NUM: 1280960 DATED:
          12/14/2007
12/14/07 ELITE VOUCHER NO: 9125864 DATED: 12/06/2007         42.84
          NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO: 1
          BOWLING GRN INVOICE NUM: 1280960 DATED:
          12/14/2007
12/14/07 ELITE VOUCHER NO: 7121006710 DATED: 12/10/2007     102.00
          NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
          GLEN RIDGE, NJ INVOICE NUM: 1280960 DATED:
          12/14/2007
12/19/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR      17.60
          Z. AXELROD, WORK LATE CAB ON 12/6/07, INV #
          121907, DATE 12/19/07
12/21/07 ELITE VOUCHER NO: 7112135171 DATED: 11/21/2007      53.63
          NAME: J SPEEZAK, JUDY FROM: 1633 BROADWAY TO:
          BROOKLYN, NY INVOICE NUM: 1282701 DATED:
          12/21/2007
12/21/07 ELITE VOUCHER NO: 9058875 DATED: 12/02/2007        129.03
          NAME: D FLIMAN, DANIEL FROM: 1633 BROADWAY TO:
          GREAT NECK, NY INVOICE NUM: 1282701 DATED:
          12/21/2007
12/26/07 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR       9.00
          S. BUTEK, WORK LATE CAB ON 12/3/07, INV #
          122607, DATE 12/26/07
12/31/07 EXECUTIVE VCR NO: 119520 DATED: 11/28/2007         132.29
          NAME: ROSNER FROM: W 51 ST   TO: IRVINGTON;WC
          INVOICE NUM: 1236725 DATED: 12/31/2007

```
Delphi Trade Committee                        Dec 28, 2008   PAGE 107
FILE NUMBER: 07581001
INVOICE NO.: ******


12/31/07 EXECUTIVE VCR NO: 115233 DATED: 12/05/2007      105.01
         NAME: ROSNER DAVID FROM: 1633 BROADWAY  TO: 17
         MEDOW WAY, IRVIN INVOICE NUM: 1236725 DATED:
         12/31/2007
12/31/07 EXECUTIVE VCR NO: 113995 DATED: 11/30/2007      175.85
         NAME: ROSNER FROM: W 51 ST  TO: IRVINGTON;WC
         INVOICE NUM: 1236725 DATED: 12/31/2007
01/16/08 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR    9.00
         D. FLIMAN, WORK LATE CAB ON 1/7/08, INV #
         011608, DATE 1/16/08
01/18/08 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   17.00
         Z. AXELROD, WORK LATE CAB ON 1/10/08, INV #
         011808, DATE 1/18/08
01/18/08 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   38.00
         Z. AXELROD, WORK LATE CAB ON 1/4, 1/9, INV #
         011808, DATE 1/18/08
01/18/08 ELITE VOUCHER NO: 2127948609 DATED: 01/09/2008   48.96
         NAME: A SHIFF, ADAM FROM: 341 E. 75 ST TO: 1633
         BROADWAY INVOICE NUM: 1287267 DATED: 01/18/2008
01/18/08 ELITE VOUCHER NO: 9806877 DATED: 01/10/2008      46.92
         NAME: A SHIFF, ADAM FROM: 1633 BROADWAY TO:
         BOWLING GRN INVOICE NUM: 1287267 DATED:
         01/18/2008
01/18/08 ELITE VOUCHER NO: 9160829 DATED: 01/09/2008      91.60
         NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
         GLEN RIDGE, NJ INVOICE NUM: 1287267 DATED:
         01/18/2008
01/18/08 ELITE VOUCHER NO:   DATED: 01/09/2008 NAME: D    34.68
         FLIMAN, DANIEL FROM: 1633 BROADWAY TO: 134 EAST
         22 ST INVOICE NUM: 1287267 DATED: 01/18/2008
01/25/08 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   18.00
         A. SHIFF, CAB FROM COURT ON 1/10/08, INV #
         012508, DATE 1/25/08
01/31/08 LOCAL TRANSPORTATION - - VENDOR: PETTY CASH FOR   14.00
         Z. AXELROD, WORK LATE CAB ON 1/17/08, INV #
         013108, DATE 1/31/08
02/15/08 ELITE VOUCHER NO:   DATED: 02/13/2008 NAME: M    101.49
         VLADIMIRSKY, MICHELLE FROM: 1633 BROADWAY TO:
         WOODMERE, NY INVOICE NUM: 1292030 DATED:
         02/15/2008
02/22/08 ELITE VOUCHER NO: 773083 DATED: 02/14/2008      134.13
         NAME: M VLADIMIRSKY, MICHELLE FROM: 1633
         BROADWAY TO: WOODMERE, NY INVOICE NUM: 1293232
         DATED: 02/22/2008
02/29/08 ELITE VOUCHER NO: 9137452 DATED: 02/25/2008     106.08
         NAME: D ZINMAN, DAN FROM: 1633 BROADWAY TO:
         GLEN RIDGE, NJ INVOICE NUM: 1294467 DATED:
         02/29/2008
02/29/08 ELITE VOUCHER NO:   DATED: 02/20/2008 NAME: M    105.57
         VLADIMIRSKY, MICHELLE FROM: 1633 BROADWAY TO:
         WOODMERE, NY INVOICE NUM: 1294467 DATED:
         02/29/2008
```

Delphi Trade Committee                           Dec 28, 2008    PAGE 108
FILE NUMBER: 07581001
INVOICE NO.: ******


02/29/08 ELITE VOUCHER NO: 9631755 DATED: 02/19/2008        65.79
         NAME: J FOLKES, JAMILLA FROM: 1633 BROADWAY TO:
         1090 EAST NEW YORK AVE INVOICE NUM: 1294467
         DATED: 02/29/2008
03/28/08 LOCAL TRANSPORTATION - - VENDOR: ELITE             106.08
         LIMOUSINE PLUS, INC. VOUCHER # 8022633047, FOR
         D. ZINMAN, FROM 1633 BWAY TO GLEN RIDGE, NJ ON
         2/26/08, INV # 1299530, DATE 3/28/08



                                  SUBTOTAL:    5,876.74
                                  (Adjusted):  5,869.35


BUSINESS MEALS

06/30/06 BUSINESS MEALS - - VENDOR: PETTY CASH DINNER        20.00
         MONEY FOR J. SPEEZAK ON 6/21/06, INV #
         063006NY, DATE 6/30/06 ***DELPHI***
08/02/06 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.        22.00
         FLIMAN, WORK LATE MEAL ON 7/25/06, INV #
         080206, DATE 8/2/06 ***DELPHI***
08/11/06 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.        30.00
         FLIMAN, WORK LATE MEAL ON 8/8/06, INV # 081106,
         DATE 8/11/06
10/24/06 BUSINESS MEALS - - VENDOR: FLIMAN, DANIEL A.        29.98
         WORK LATE DINNER ON 10/25 FOR D. FLIMAN
10/26/06 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.        30.00
         FLIMAN, WORK LATE MEAL ON 9/18/06, INV #
         102606, DATE 10/26/06
01/05/07 BUSINESS MEALS - - VENDOR: GLEIT, JEFFREY WORK     103.64
         LATE DINNER ON 12/29, 01/02, 01/03 & 01/04/07
01/08/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.        29.59
         FLIMAN, WORK LATE MEAL ON 12/20/06, INV #
         010807, DATE 1/8/07
01/08/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR Z.        16.27
         AXELROD, WORK LATE MEAL ON 12/20/06, INV #
         010807, DATE 1/8/07
01/11/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.        29.06
         FLIMAN, WORK LATE MEAL ON 1/2/07, INV # 011107,
         DATE 1/11/07
01/12/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.        29.47
         FLIMAN, WORK LATE MEAL ON 1/8/07, INV # 011207,
         DATE 1/12/07
01/12/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR Z.        30.00
         AXELROD, WORK LATE MEAL ON 1/8/07, INV #
         011207, DATE 1/12/07
02/07/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR J.        37.61
         GLEIT, WORK LATE MEAL ON 1/11, 1/8, INV #
         020707, DATE 2/7/07
05/03/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR Z.        30.00
         AXELROD, WORK LATE MEAL ON 4/24/07, INV #
         050307, DATE 5/3/07
11/07/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.        17.09
         ZINMAN, WORK LATE MEAL ON 9/25/07, INV #

Delphi Trade Committee                                      Dec 28, 2008    PAGE 109
FILE NUMBER: 07581001
INVOICE NO.: ******

```
          110707, DATE 11/7/07
11/09/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          30.00
          FLIMAN, WORK LATE MEAL ON 11/5/07, INV #
          110907, DATE 11/9/07
12/07/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR Z.          35.02
          AXELROD, WORK LATE MEAL W/ D. FLIMAN ON
          11/27/07, INV # 120707, DATE 12/7/07
12/07/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR Z.          28.09
          AXELROD, WORK LATE MEAL ON 11/20/07, INV #
          120707, DATE 12/7/07
12/07/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          58.10
          FLIMAN, WORK LATE MEAL W/ A. SHIFF ON 11/20/07,
          INV # 120707, DATE 12/7/07
12/12/07 BUSINESS MEALS - OT DINNER MONEY FOR G.               20.00
          IRIZARRY ON 11/27/07
12/12/07 BUSINESS MEALS - OT DINNER MONEY FOR G.               20.00
          IRIZARRY ON 11/30/07
12/12/07 BUSINESS MEALS - OT DINNER MONEY FOR M. GLIDDEN       20.00
          ON 11/27/07
12/12/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          15.46
          ZINMAN, WORK LATE MEAL ON 10/18/07, INV #
          121207, DATE 12/12/07
12/12/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          90.64
          ZINMAN, WORK LATE MEAL ON 11/14, 11/15, 11/20,
          11/21, 11/27, INV # 121207, DATE 12/12/07
12/12/07 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          23.57
          FLIMAN, WORK LATE MEAL ON 12/5/07, INV #
          121207, DATE 12/12/07
12/18/07 BUSINESS MEALS - - VENDOR: SHIFF, ADAM L. MEAL        31.55
          AT PALM ON 11/21 W/DF FOR FINALIZING PLEADING
01/16/08 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          23.57
          FLIMAN, WORK LATE MEAL ON 1/7/08, INV # 011608,
          DATE 1/16/08
01/16/08 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          59.39
          FLIMAN, WORK LATE MEAL W/ Z. AXELROD ON 1/8/08,
          INV # 011608, DATE 1/16/08
01/31/08 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          28.47
          FLIMAN, WORK LATE MEAL ON 1/16/08, INV #
          013108, DATE 1/31/08
02/27/08 BUSINESS MEALS - - VENDOR: PETTY CASH FOR D.          33.11
          ZINMAN, WORK LATE MEAL ON 1/17, 1/18, INV #
          022708, DATE 2/27/08
04/17/08 BUSINESS MEALS - - VENDOR: VLADIMIRSKY,               44.57
          MICHELLE WORK LATE DINNER ON 2/13 & 2/14/08

                                        SUBTOTAL:    1,016.25
```

Delphi Trade Committee                                Dec 28, 2008     PAGE 110
FILE NUMBER: 07581001
INVOICE NO.: ******

SCANNING

| | | |
|---|---|---:|
| 03/15/07 | SCANNING | 1.45 |
| 05/01/07 | SCANNING | 13.85 |
| 05/31/07 | SCANNING | .05 |
| 08/03/07 | SCANNING | 3.15 |
| 08/09/07 | SCANNING | .25 |
| 10/12/07 | SCANNING | .70 |
| 10/16/07 | SCANNING | .40 |
| 11/15/07 | SCANNING | .15 |
| 11/20/07 | SCANNING | .50 |
| 11/21/07 | SCANNING | .90 |
| 11/21/07 | SCANNING | 3.95 |
| 11/26/07 | SCANNING | .30 |
| 11/27/07 | SCANNING | 4.70 |
| 11/28/07 | SCANNING | .25 |
| 11/29/07 | SCANNING | 4.05 |
| 12/04/07 | SCANNING | 3.35 |
| 12/13/07 | SCANNING | .25 |
| 12/17/07 | SCANNING | 4.05 |
| 12/18/07 | SCANNING | 10.35 |
| 12/20/07 | SCANNING | .65 |
| 12/31/07 | SCANNING - SCANNING DONE FOR THE MONTH OF DECEMBER 2007 (LIT SUPPORT) | 140.00 |
| 12/31/07 | SCANNING | .10 |
| 01/09/08 | SCANNING | 1.40 |
| 01/10/08 | SCANNING | .85 |
| 01/11/08 | SCANNING | .15 |
| 01/14/08 | SCANNING | .05 |
| 01/17/08 | SCANNING | .05 |
| 01/18/08 | SCANNING | .30 |
| 01/28/08 | SCANNING | 2.55 |
| 04/29/08 | SCANNING | .20 |
| 08/11/08 | SCANNING | .20 |
| 08/25/08 | SCANNING | .90 |
| 09/12/08 | SCANNING | 2.15 |
| 09/17/08 | SCANNING | .15 |
| 09/23/08 | SCANNING | .10 |
| 10/21/08 | SCANNING | .25 |
| 10/31/08 | SCANNING | .40 |

                                              SUBTOTAL:     203.10

BURNING CD'S

| | | |
|---|---|---:|
| 10/31/06 | BURNING CD'S - CDS BURNED FOR THE MONTH OF OCTOBER 2006. | 160.00 |
| 11/30/07 | BURNING CD'S - CD'S BURNED FOR THE MONTH OF NOVEMBER 2007 | 200.00 |

                                              SUBTOTAL:     360.00

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 111
FILE NUMBER: 07581001
INVOICE NO.: ******

BLOWBACKS - B/W

12/31/06 BLOWBACKS - B/W - BLOWBACKS FOR THE MONTH OF        11.40
           DECEMBER 2006.
11/30/07 BLOWBACKS - B/W - BLOWBACKS DONE FOR THE MONTH    3,480.65
           OF NOVEMBER 2007

                                    SUBTOTAL:    3,492.05


PRINTING

03/19/07 PRINTING                                               .80
03/20/07 PRINTING                                              1.50
03/29/07 PRINTING                                               .50
04/03/07 PRINTING                                              3.40
04/05/07 PRINTING                                               .70
04/13/07 PRINTING                                               .40
04/17/07 PRINTING                                               .40
04/18/07 PRINTING                                               .40
04/20/07 PRINTING                                               .20
04/25/07 PRINTING                                              2.40
05/14/07 PRINTING                                               .90
05/23/07 PRINTING                                               .10
06/20/07 PRINTING                                               .60
07/10/07 PRINTING                                               .20
07/25/07 PRINTING                                               .40
08/01/07 PRINTING                                              1.60
08/02/07 PRINTING                                               .70
10/30/07 PRINTING                                               .20
10/31/07 PRINTING                                              1.00
11/01/07 PRINTING                                               .60
11/01/07 PRINTING                                              2.10
11/06/07 PRINTING                                              2.40
11/07/07 PRINTING                                               .80
11/08/07 PRINTING                                              2.30
11/16/07 PRINTING                                              3.00
11/19/07 PRINTING                                              9.50
11/20/07 PRINTING                                             14.20
11/21/07 PRINTING                                             30.80
11/21/07 PRINTING                                             13.70
11/26/07 PRINTING                                              1.40
11/27/07 PRINTING                                              4.10
11/28/07 PRINTING                                              1.00
11/30/07 PRINTING                                              1.50
12/03/07 PRINTING                                               .30
12/03/07 PRINTING                                              2.50
04/11/08 PRINTING                                              1.00
04/30/08 PRINTING                                              2.10
06/02/08 PRINTING                                               .80
06/02/08 PRINTING                                               .30
08/12/08 PRINTING                                               .10
09/09/08 PRINTING                                               .70
09/12/08 PRINTING                                              2.40
09/17/08 PRINTING                                              1.20
```

```
Delphi Trade Committee                      Dec 28, 2008    PAGE 112
FILE NUMBER: 07581001
INVOICE NO.: ******

09/18/08 PRINTING                                          .80
09/19/08 PRINTING                                         1.60
09/22/08 PRINTING                                          .40
10/17/08 PRINTING                                          .70

                                           SUBTOTAL:    118.70


AUTOMATED RESEARCH-WESTLAW

06/30/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#          330.06
         0606037889 - DATE: 06/30/06 RESEARCH FOR PERIOD
         JUNE 2006 BY S. BERNSTEIN ****** (RE: DELPHI
         TRADE COMMITTEE) *******
06/30/06 AUTOMATED RESEARCH - WESTLAW - INV# 811641962 -  584.52
         DATE: 06/30/06 RESEARCH FOR PERIOD JUNE 2006 BY
         D. ZINMAN ******* (RE: DELPHI) *******
07/31/06 AUTOMATED RESEARCH - WESTLAW - INV# 811835021 -  806.14
         DATE: 07/31/06 RESEARCH FOR PERIOD JULY 2006 BY
         D. FLIMAN
07/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#           82.81
         0607026883 - DATE: 07/31/06 RESEARCH FOR PERIOD
         JULY 2006 BY M. FUNK ****** (RE: DELPHI
         BANKRUPTCY) *******
08/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#          172.13
         0608066761 - DATE: 08/31/06 RESEARCH FOR PERIOD
         AUGUST 2006 BY S. BERNSTEIN
08/31/06 AUTOMATED RESEARCH - WESTLAW - INV# 812030631 -  202.47
         DATE: 08/31/06 RESEARCH FOR PERIOD AUGUST 2006
         BY D. ZINMAN
09/30/06 AUTOMATED RESEARCH - WESTLAW - INV# 812222519 -  214.60
         DATE: 09/30/06 RESEARCH FOR PERIOD SEPTEMBER
         2006 BY S. BERNSTEIN
09/30/06 AUTOMATED RESEARCH - WESTLAW - INV# 812222519 -    9.79
         DATE: 09/30/06 RESEARCH FOR PERIOD SEPTEMBER
         2006 BY D. FLIMAN
09/30/06 AUTOMATED RESEARCH - WESTLAW - INV# 812222519 -  150.02
         DATE: 09/30/06 RESEARCH FOR PERIOD SEPTEMBER
         2006 BY J. GLEIT
09/30/06 AUTOMATED RESEARCH - WESTLAW - INV# 812222519 -  847.33
         DATE: 09/30/06 RESEARCH FOR PERIOD SEPTEMBER
         2006 BY D. ROSNER
09/30/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#          199.56
         0609039701 - DATE: 09/30/06 RESEARCH FOR PERIOD
         SEPTEMBER 2006 BY S. BERNSTEIN
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 113
FILE NUMBER: 07581001
INVOICE NO.: ******

09/30/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#         209.12
         0609039701 - DATE: 09/30/06 RESEARCH FOR PERIOD
         SEPTEMBER 2006 BY M. VLADIMIRSKI
10/31/06 AUTOMATED RESEARCH - WESTLAW - INV# 812404774 -   170.35
         DATE: 10/31/06 RESEARCH FOR PERIOD OCTOBER 2006
         BY D. ROSNER
10/31/06 AUTOMATED RESEARCH - WESTLAW - INV# 812404774 -     9.12
         DATE: 10/31/06 RESEARCH FOR PERIOD OCTOBER 2006
         BY D. FLIMAN
10/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#          901.48
         0610034979 - DATE: 10/31/06 RESEARCH FOR PERIOD
         OCTOBER 2006 BY M. VLADIMIRSKI
10/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#           10.52
         0610034979 - DATE: 10/31/06 RESEARCH FOR PERIOD
         OCTOBER 2006 BY R. SHANK
10/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#          590.78
         0610034979 - DATE: 10/31/06 RESEARCH FOR PERIOD
         OCTOBER 2006 BY D. FLIMAN
10/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#        1,040.34
         0610034979 - DATE: 10/31/06 RESEARCH FOR PERIOD
         OCTOBER 2006 BY Z. AXELROD
11/30/06 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#           55.09
         0611037775 - DATE: 11/30/06 RESEARCH FOR PERIOD
         NOVEMBER 2006 BY Z. AXELROD
11/30/06 AUTOMATED RESEARCH - WESTLAW - INV# 812595423 -   190.24
         DATE: 11/30/06 RESEARCH FOR PERIOD NOVEMBER
         2006 BY D. FLIMAN
12/31/06 AUTOMATED RESEARCH - WESTLAW - INV# 812813767 -   102.62
         DATE: 12/31/06 RESEARCH FOR PERIOD DECEMBER
         2006 BY Z. AXELROD
12/31/06 AUTOMATED RESEARCH - WESTLAW - INV# 812813767 - 1,180.50
         DATE: 12/31/06 RESEARCH FOR PERIOD DECEMBER
         2006 BY D. FLIMAN
12/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS -                88.99
         INV.#0612042699 DATE: 12/31/06 RESEARCH FOR
         PERIOD DECEMBER 2006 BY M. FAY
12/31/06 AUTOMATED RESEARCH - LEXIS/NEXIS -                38.22
         INV.#0612042699 DATE: 12/31/06 RESEARCH FOR
         PERIOD DECEMBER 2006 BY Z. AXELROD
01/31/07 AUTOMATED RESEARCH - - WESTLAW - INV# 813011359   243.87
         - DATE: 1/31/07 RESEARCH FOR PERIOD JANUARY
         2007 BY Z. AXELROD
01/31/07 AUTOMATED RESEARCH - - WESTLAW - INV# 813011359 2,584.19
         - DATE: 1/31/07 RESEARCH FOR PERIOD JANUARY
         2007 BY D. FLIMAN
01/31/07 AUTOMATED RESEARCH - - WESTLAW - INV# 813011359   674.53
         - DATE: 1/31/07 RESEARCH FOR PERIOD JANUARY
         2007 BY J. GLEIT
01/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS -               154.12
         INV.#0701044106 DATE: 01/31/07 RESEARCH FOR
         PERIOD JANUARY 2007 BY Z. AXELROD
01/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS -                63.30
         INV.#0701044106 DATE: 01/31/07 RESEARCH FOR
         PERIOD JANUARY 2007 BY Z. AXELROD

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 114
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
01/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS -           31.38
         INV.#0701044106 DATE: 01/31/07 RESEARCH FOR
         PERIOD JANUARY 2007 BY D. FLIMAN
01/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS -          427.76
         INV.#0701044106 DATE: 01/31/07 RESEARCH FOR
         PERIOD JANUARY 2007 BY R. SHANK
01/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS -           22.97
         INV.#0701044106 DATE: 01/31/07 RESEARCH FOR
         PERIOD JANUARY 2007 BY M. VLADIMIRSKI
03/31/07 AUTOMATED RESEARCH - WESTLAW - INV# 813380962 -  42.44
         DATE: 03/31/07 RESEARCH FOR PERIOD MARCH 2007
         BY D. FLIMAN
04/30/07 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#      80.50
         0704059660 - DATE: 04/30/07
         RESEARCH FOR PERIOD APRIL 2007 BY R. SHANK
07/31/07 AUTOMATED RESEARCH - WESTLAW - INV# 814133791 -   4.47
         DATE: 08/01/07 RESEARCH FOR PERIOD JULY 2007 BY
         D. FLIMAN
07/31/07 AUTOMATED RESEARCH - WESTLAW - INV# 814133791 -  89.58
         DATE: 08/01/07 RESEARCH FOR PERIOD JULY 2007 BY
         J. GLEIT
07/31/07 AUTOMATED RESEARCH  - LEXIS/NEXIS - INV#    538.39
         0707058473 - DATE: 07/31/07
         RESEARCH FOR PERIOD JULY 2007 BY M. VLADIMIRSKI
09/30/07 AUTOMATED RESEARCH - - WESTLAW - INV# 814523260  563.79
         - DATE : 10/01/07 RESEARCH FOR PERIOD SEPTEMBER
         2007 BY D. FLIMAN
09/30/07 AUTOMATED RESEARCH - - WESTLAW - INV# 814523260  45.74
         - DATE : 10/01/07 RESEARCH FOR PERIOD SEPTEMBER
         2007 BY D. ZINMAN
09/30/07 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#      29.10
         0709025655 - DATE: 09/30/07 RESEARCH FOR PERIOD
         SEPTEMBER 2007 BY D. FLIMAN
10/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#     140.54
         0710044214 - DATE: 10/31/07 RESEARCH FOR PERIOD
         OCTOBER 2007 BY M. FAY
10/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#     471.72
         0710044214 - DATE: 10/31/07
         RESEARCH FOR PERIOD OCTOBER 2007 BY R. SHANK
10/31/07 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#     335.33
         0710044214 - DATE: 10/31/07
         RESEARCH FOR PERIOD OCTOBER 2007 BY M.
         VLADIMIRSKI
10/31/07 AUTOMATED RESEARCH - - WESTLAW - INV# 814711872  431.23
         - DATE : 11/01/07 RESEARCH FOR PERIOD OCTOBER
         2007 BY D. FLIMAN
10/31/07 AUTOMATED RESEARCH - - WESTLAW - INV# 814711872  197.38
         - DATE : 11/01/07 RESEARCH FOR PERIOD OCTOBER
         2007 BY D. ZINMAN
11/30/07 AUTOMATED RESEARCH - - WESTLAW - INV# 814909139  14.45
         - DATE: 12/01/07 RESEARCH FOR PERIOD NOVEMBER
         2007 BY M. VLADIMIRSKY
```

Delphi Trade Committee                           Dec 28, 2008    PAGE 115
FILE NUMBER: 07581001
INVOICE NO.: ******


11/30/07 AUTOMATED RESEARCH - - LEXIS/NEXIS - INV#        351.71
         0711068645 - DATE: 11/30/07 RESEARCH FOR PERIOD
         NOVEMBER 2007 BY Z. AXELROD
11/30/07 AUTOMATED RESEARCH - - LEXIS/NEXIS - INV#        376.26
         0711068645 - DATE: 11/30/07 RESEARCH FOR PERIOD
         NOVEMBER 2007 BY R. SHANK
12/31/07 AUTOMATED RESEARCH - - WESTLAW - INV# 815128635   57.10
         - DATE: 1/01/08 RESEARCH FOR PERIOD DECEMBER
         2007 BY D. FLIMAN
12/31/07 AUTOMATED RESEARCH - - WESTLAW - INV# 815128635  1,482.50
         - DATE: 1/01/08 RESEARCH FOR PERIOD DECEMBER
         2007 BY D. ZINMAN
01/31/08 AUTOMATED RESEARCH - WESTLAW - INV# 815318732 -   83.25
         DATE: 02/01/08 RESEARCH FOR PERIOD JANUARY 2008
         BY Z. AXELROD
01/31/08 AUTOMATED RESEARCH - WESTLAW - INV# 815318732 -  1,468.75
         DATE: 02/01/08 RESEARCH FOR PERIOD JANUARY 2008
         BY D. FLIMAN
01/31/08 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#          568.55
         0801030618 - DATE: 01/31/08 RESEARCH FOR PERIOD
         JANUARY 2008 BY Z. AXELROD
01/31/08 AUTOMATED RESEARCH - LEXIS/NEXIS - INV#           14.58
         0801030618 - DATE: 01/31/08 RESEARCH FOR PERIOD
         JANUARY 2008 BY D. FLIMAN
06/30/08 AUTOMATED RESEARCH - - WESTLAW - INV# 816248429  124.39
         - DATE: 07/01/08 RESEARCH FOR PERIOD JUNE 2008
         BY D. FLIMAN
06/30/08 AUTOMATED RESEARCH - - WESTLAW - INV# 816248429  185.80
         - DATE: 07/01/08 RESEARCH FOR PERIOD JUNE 2008
         BY D. FLIMAN
09/30/08 AUTOMATED RESEARCH - - WESTLAW -  INV#            86.62
         816888368 - DATE 10/01/08 RESEARCH FOR PERIOD
         SEPTEMBER 2008 BY D. ZINMAN

                                   SUBTOTAL:   20,173.09


DOCUMENT REPRODUCTION

08/08/06 DOCUMENT REPRODUCTION                             36.60
08/28/06 DOCUMENT REPRODUCTION .                           11.10
09/29/06 DOCUMENT REPRODUCTION                              1.70
10/09/06 DOCUMENT REPRODUCTION                              2.70
10/11/06 DOCUMENT REPRODUCTION                              1.60
10/19/06 DOCUMENT REPRODUCTION                             46.00
10/20/06 DOCUMENT REPRODUCTION .                            2.10
10/26/06 DOCUMENT REPRODUCTION .                            6.10
10/26/06 DOCUMENT REPRODUCTION                            331.30
10/31/06 DOCUMENT REPRODUCTION .                           33.60
10/31/06 DOCUMENT REPRODUCTION                            189.50
12/19/06 DOCUMENT REPRODUCTION                             13.50
12/20/06 DOCUMENT REPRODUCTION                             60.40
12/21/06 DOCUMENT REPRODUCTION                             60.40
12/22/06 DOCUMENT REPRODUCTION                             18.20
01/03/07 DOCUMENT REPRODUCTION                             45.30

Delphi Trade Committee                          Dec 28, 2008    PAGE 116
FILE NUMBER: 07581001
INVOICE NO.: ******

| Date | Description | Amount |
|------|-------------|-------:|
| 01/04/07 | DOCUMENT REPRODUCTION | 105.70 |
| 01/05/07 | DOCUMENT REPRODUCTION | .50 |
| 01/05/07 | DOCUMENT REPRODUCTION | 4.80 |
| 01/08/07 | DOCUMENT REPRODUCTION | 10.50 |
| 01/09/07 | DOCUMENT REPRODUCTION | .10 |
| 01/10/07 | DOCUMENT REPRODUCTION | 3.20 |
| 01/18/07 | DOCUMENT REPRODUCTION | .80 |
| 01/22/07 | DOCUMENT REPRODUCTION | .80 |
| 03/15/07 | DOCUMENT REPRODUCTION | 20.40 |
| 03/26/07 | DOCUMENT REPRODUCTION | 183.05 |
| 04/13/07 | DOCUMENT REPRODUCTION | 5.10 |
| 04/20/07 | DOCUMENT REPRODUCTION | 21.90 |
| 05/01/07 | DOCUMENT REPRODUCTION | 27.70 |
| 05/23/07 | DOCUMENT REPRODUCTION | 9.50 |
| 05/31/07 | DOCUMENT REPRODUCTION | 1.30 |
| 06/08/07 | DOCUMENT REPRODUCTION | 1.90 |
| 06/11/07 | DOCUMENT REPRODUCTION | .10 |
| 06/26/07 | DOCUMENT REPRODUCTION | 52.60 |
| 07/10/07 | DOCUMENT REPRODUCTION | 2.80 |
| 07/19/07 | DOCUMENT REPRODUCTION | 220.50 |
| 07/20/07 | DOCUMENT REPRODUCTION | 130.40 |
| 08/02/07 | DOCUMENT REPRODUCTION | 36.20 |
| 08/03/07 | DOCUMENT REPRODUCTION | 60.70 |
| 08/22/07 | DOCUMENT REPRODUCTION | 7.70 |
| 08/27/07 | DOCUMENT REPRODUCTION | 66.30 |
| 08/30/07 | DOCUMENT REPRODUCTION | 1.50 |
| 09/04/07 | DOCUMENT REPRODUCTION | 2.20 |
| 09/07/07 | DOCUMENT REPRODUCTION | 14.10 |
| 09/11/07 | DOCUMENT REPRODUCTION | .40 |
| 09/12/07 | DOCUMENT REPRODUCTION | 7.50 |
| 09/14/07 | DOCUMENT REPRODUCTION | 3.50 |
| 09/20/07 | DOCUMENT REPRODUCTION | 22.20 |
| 09/21/07 | DOCUMENT REPRODUCTION | .70 |
| 09/24/07 | DOCUMENT REPRODUCTION | 2.00 |
| 09/27/07 | DOCUMENT REPRODUCTION | 26.90 |
| 09/28/07 | DOCUMENT REPRODUCTION | 22.20 |
| 10/03/07 | DOCUMENT REPRODUCTION | 12.80 |
| 10/04/07 | DOCUMENT REPRODUCTION | 2.60 |
| 10/10/07 | DOCUMENT REPRODUCTION | 1.40 |
| 10/17/07 | DOCUMENT REPRODUCTION | 10.10 |
| 10/19/07 | DOCUMENT REPRODUCTION | .60 |
| 10/19/07 | DOCUMENT REPRODUCTION | .50 |
| 10/24/07 | DOCUMENT REPRODUCTION | 85.00 |
| 10/29/07 | DOCUMENT REPRODUCTION | 2.00 |
| 10/30/07 | DOCUMENT REPRODUCTION | 469.80 |
| 10/31/07 | DOCUMENT REPRODUCTION | 128.80 |
| 11/01/07 | DOCUMENT REPRODUCTION | .20 |
| 11/05/07 | DOCUMENT REPRODUCTION | 8.60 |
| 11/06/07 | DOCUMENT REPRODUCTION | 193.60 |
| 11/07/07 | DOCUMENT REPRODUCTION | 19.00 |
| 11/08/07 | DOCUMENT REPRODUCTION | 23.70 |
| 11/09/07 | DOCUMENT REPRODUCTION | 2.50 |
| 11/12/07 | DOCUMENT REPRODUCTION | 438.70 |
| 11/12/07 | DOCUMENT REPRODUCTION | 2.00 |

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 117
FILE NUMBER: 07581001
INVOICE NO.: ******

11/15/07 DOCUMENT REPRODUCTION                        241.20
11/16/07 DOCUMENT REPRODUCTION                          5.80
11/20/07 DOCUMENT REPRODUCTION                        237.80
11/21/07 DOCUMENT REPRODUCTION                         20.70
11/26/07 DOCUMENT REPRODUCTION                        654.20
11/27/07 DOCUMENT REPRODUCTION                        325.20
11/28/07 DOCUMENT REPRODUCTION                         95.90
11/29/07 DOCUMENT REPRODUCTION                           .90
11/30/07 DOCUMENT REPRODUCTION                        154.80
12/02/07 DOCUMENT REPRODUCTION                          4.20
12/03/07 DOCUMENT REPRODUCTION                        217.70
12/04/07 DOCUMENT REPRODUCTION                        232.40
12/11/07 DOCUMENT REPRODUCTION                        212.90
12/17/07 DOCUMENT REPRODUCTION                        124.50
12/20/07 DOCUMENT REPRODUCTION                         40.60
12/27/07 DOCUMENT REPRODUCTION                         52.60
12/28/07 DOCUMENT REPRODUCTION                         38.00
01/02/08 DOCUMENT REPRODUCTION                          7.80
01/09/08 DOCUMENT REPRODUCTION                          1.80
01/10/08 DOCUMENT REPRODUCTION                           .40
01/14/08 DOCUMENT REPRODUCTION                         31.10
01/16/08 DOCUMENT REPRODUCTION                         10.10
01/18/08 DOCUMENT REPRODUCTION                          2.40
01/25/08 DOCUMENT REPRODUCTION                         41.60
04/01/08 DOCUMENT REPRODUCTION                         14.30
04/08/08 DOCUMENT REPRODUCTION                         52.80
06/25/08 DOCUMENT REPRODUCTION                          3.20
07/18/08 DOCUMENT REPRODUCTION                           .90
08/20/08 DOCUMENT REPRODUCTION                         21.20
09/11/08 DOCUMENT REPRODUCTION                          2.60
09/15/08 DOCUMENT REPRODUCTION                         59.90
09/17/08 DOCUMENT REPRODUCTION                           .90
09/23/08 DOCUMENT REPRODUCTION                           .50
10/06/08 DOCUMENT REPRODUCTION                        230.80
10/10/08 DOCUMENT REPRODUCTION                          2.60
10/20/08 DOCUMENT REPRODUCTION                         27.10
10/21/08 DOCUMENT REPRODUCTION                           .60
10/28/08 DOCUMENT REPRODUCTION                          4.70
10/30/08 DOCUMENT REPRODUCTION                          9.20

                                  SUBTOTAL:      6,525.65


DOCUMENT REPRODUCTION

07/06/06 DOCUMENT REPRODUCTION - - VENDOR: PACER SERVICE      14.72
            CENTER INV# 070606KB1285 DTD 07/06/06 ONLINE
            COPIES OF VIEWED & SEARCHED OF DOCUMENTS FROM
            VARIOUS COURTS FOR THE PERIOD,
            04/01/06-06/30/06 PER REQUEST BY D. ZINMAN
10/05/06 DOCUMENT REPRODUCTION - - VENDOR: PACER SERVICE      17.36
            CENTER INV# 100506KB1285 DTD 10/05/06 ONLINE
            COPIES OF SEARCHED/RETRIEVED DOCUMENTS ON
            08/08, 08/16& 09/22 2006 PER REQUEST BY D.
            ZINMAN
```

```
Delphi Trade Committee                          Dec 28, 2008    PAGE 118
FILE NUMBER: 07581001
INVOICE NO.: ******
```

```
10/05/06 INV#100506KB1289 DTD 10/05/06  ONLINE COPIES OF      35.12
         RETRIEVED DOCUMENTS FROM GOVT COURT/S FOR THE
         07/01/06-09/30/06 PER REQUEST BY S. BERNSTEIN
10/05/06 INV#100506KB1297 DTD 10/05/06  ONLINE COPIES OF     105.68
         RETRIEVED DOCUMENTS FROM GOVT. COURT/S FOR THE
         PRD. 07/01/06-09/30/06 PER REQUEST BY R.
         RASHAAN
10/05/06 INV#100506KB1297 DTD 10/05/06  ONLINE COPIES OF     138.40
         RETRIEVED DOCUMENTS FROM GOVT. COURT/S FOR THE
         PRD. 07/01/06-09/30/06 PER REQUEST BY R.
         RASHAAN
10/05/06 DOCUMENT REPRODUCTION - - VENDOR: PACER SERVICE      86.64
         CENTER INV#100506KB1296 DTD 10/05/06  ONLINE
         COPIES OF RETRIEVED DOCUMENTS FROM GOVT. COURT
         FOR THE PRD. 07/01/06-09/30/06 PER REQUEST BY
         C. HUENEKE
10/05/06 DOCUMENT REPRODUCTION - - VENDOR: PACER SERVICE       6.88
         CENTER INV#100506KB1392 DTD 10/05/06  ONLINE
         COPIES OF RETRIEVED DOCUMENTS FROM GOVT.
         COURT/S FOR THE PRD. 07/01/06-09/30/06 PER
         REQUEST BY J. GLEIT
10/05/06 DOCUMENT REPRODUCTION - - VENDOR: PACER SERVICE      39.36
         CENTER  INV#100506KH0031 DTD 10/05/06  ONLINE
         COPIES OF RETRIEVED DOCUMENTS FROM GOVT.
         COURT/S FOR THE PRD. 07/01/06-09/30/06
10/05/06 DOCUMENT REPRODUCTION - - VENDOR: PACER SERVICE     142.64
         CENTER  INV#100506KH0031 DTD 10/05/06  ONLINE
         COPIES OF RETRIEVED DOCUMENTS FROM GOVT.
         COURT/S FOR THE PRD. 07/01/06-09/30/06
10/17/06 DOCUMENT REPRODUCTION - - VENDOR: THOMSON          141.43
         CHARGES FOR COPIES OF DOCUMENTS FROM USBC
         DELAWARE, REQUESTED BY M. VLADIMIRSKY, INV #
         6040905377, DATE 10/17/06
12/31/06 DOCUMENT REPRODUCTION - - VENDOR: COMPLETE         122.21
         DOCUMENT SOURCE, INC. CHARGES FOR
         PHOTOCOPIES/BLOWBACKS, REQUESTED BY C. PORRAS,
         INV # 010578, DATE 12/31/06
01/04/07 DOCUMENT REPRODUCTION - - VENDOR: COMPLETE         162.95
         DOCUMENT SOURCE, INC. CHARGES FOR
         PHOTOCOPIES/BLOWBACKS, REQUESTED BY C. PORRAS,
         INV # 010593, DATE 1/4/07
11/16/07 DOCUMENT REPRODUCTION - - VENDOR: WORLD COPY     4,738.22
         CHARGES FOR PHOTOCOPYING/SCANNING/BLOWBACKS,
         REQUESTED BY L. MURPHY, INV # 46037, DATE
         11/16/07
11/28/07 DOCUMENT REPRODUCTION - - VENDOR: C2 LEGAL INV#  2,786.36
         0014430-IN DTD 11/28/07 COPIES OF BLOWBACK
         IMAGES PER REQUEST BY C. BATISTA
11/28/07 DOCUMENT REPRODUCTION - - VENDOR: C2 LEGAL         958.34
         CHARGES FOR PHOTOCOPYING/SCANNING/BLOWBACKS,
         REQUESTED BY D. FLIMAN, INV # 0014432-IN, DATE
         11/28/07
```

Delphi Trade Committee                           Dec 28, 2008    PAGE 119
FILE NUMBER: 07581001
INVOICE NO.: ******


12/26/07 DOCUMENT REPRODUCTION - - VENDOR: C2 LEGAL        8,070.58
         CHARGES FOR PHOTOCOPYING/BLOWBACKS, REQUESTED
         BY C. BASISTA, INV # 0014768-IN, DATE 12/26/07

                                        SUBTOTAL:   17,566.89


DOCUMENT DELIVERY

12/01/06 KIWI  TICKET  NO: 0124052 DATED: 11/27/2006         12.50
         FROM: J FOLKES 1633 BROADWAY TO: U.S BANKRUPTCY
         COURT  1 BOWLING GRE INVOICE NUM: 011190 DATED:
         12/01/2006
12/21/06 FEDEX AIRBILL: 792262140879 SENDER: A. FLETCHER    11.31
         TO: HONORABLE ROBERT D. DRAIN COMPANY: US
         BANKRUPTCY COURT- SOUTHERN ADDRESS: ONE BOWLING
         GREEN CITY: NEW YORK CITY NY 10004 INVOICE #:
         859796705 DATED: 12/21/2006
01/01/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY        8.50
         SYSTEMS, INC. CHARGES FOR Z. AXELROD, ON
         12/22/06, TKT # 01271258, FROM KBTF / 1633 BWAY
         TO ROTHCHILD / 1251 6TH AVE, INV # 038737, DATE
         1/1/07
01/01/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY        8.50
         SYSTEMS, INC. CHARGES FOR Z. AXELROD, ON
         12/22/06, TKT # 01271263, FROM KBTF / 1633 BWAY
         TO FTI / 3 TIMES SQUARE, INV # 038737, DATE
         1/1/07
01/01/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY        8.50
         SYSTEMS, INC. CHARGES FOR Z. AXELROD, ON
         12/22/06, TKT # 01271265, FROM KBTF / 1633 BWAY
         TO ROTH CHILD / 1251 6TH AVE, INV # 038737,
         DATE 1/1/07
01/09/07 FEDEX AIRBILL: 858713196348 SENDER: JAMILA          11.75
         FOLKES  TO: ROBERT D DRAIN COMPANY: UNITED
         STATES BANKROPTEY COURT ADDRESS: ONE BOWLING
         GREEN ALEXANDER CU CITY: NEW YORK CITY NY 10004
         INVOICE #: 863318524 DATED: 01/09/2007
01/10/07 FEDEX AIRBILL: 858713196278 SENDER: J. FOLKES       11.75
         TO: JUDGE ROBERT DRAIN COMPANY: UNITED STATES
         BANKRUPTCY COURT ADDRESS: ONE BOWLING GREEN
         ALEXANDER CU CITY: NEW YORK CITY NY 10004
         INVOICE #: 863318524 DATED: 01/10/2007

Delphi Trade Committee                            Dec 28, 2008    PAGE 120
FILE NUMBER: 07581001
INVOICE NO.: ******


01/22/07 FEDEX AIRBILL: 790163232750 SENDER: L. MURPHY        11.75
         TO: MICHAEL T. STOPLER, ESQ. COMPANY: ORRICK,
         HERRINGTON & SUTCLIFFE ADDRESS: 666 FIFTH
         AVENUE CITY: NEW YORK CITY NY 10103 INVOICE #:
         865865075 DATED: 01/22/2007
03/15/07 FEDEX AIRBILL: 798629746575 SENDER: JEFFREY          11.64
         GLEIT TO: HONORABLE ROBERT D. DRAIN COMPANY:
         UNITED STATES BANKRUPTCY COURT ADDRESS:
         SOUTHERN DISTRICT OF NEW YORK CITY: NEW YORK
         CITY NY 10004 INVOICE #: 875035977 DATED:
         03/15/2007
03/15/07 FEDEX AIRBILL: 798629769094 SENDER: J. GLEIT        15.66
         TO: JOHN WM. BUTLER, JR. COMPANY: SKADDEN,
         ARPS, SLATE, MEAGHER ADDRESS: 333 WEST WACKER
         DRIVE CITY: CHICAGO IL 60606 INVOICE #:
         875035977 DATED: 03/15/2007
03/15/07 FEDEX AIRBILL: 799604612599 SENDER: J. GLEIT        14.85
         TO: GENERAL COUNSEL COMPANY: DELPHI CORPORATION
         ADDRESS: 5725 DELPHI DRIVE CITY: TROY MI 48098
         INVOICE #: 875035977 DATED: 03/15/2007
04/13/07 FEDEX AIRBILL: 790716342824 SENDER: Jeffrey         11.80
         Gleit TO: Honorable Robert D. Drain COMPANY:
         United States Bankruptcy Court ADDRESS:
         Southern District of New York CITY: NEW YORK
         CITY NY 10004 INVOICE #: 881676939 DATED:
         04/13/2007
05/23/07 FEDEX AIRBILL: 792348787839 SENDER: J. Gleit        15.20
         TO: General Counsel COMPANY: Delphi Corporation
         ADDRESS: 5725 Delphi Drive CITY: TROY MI 48098
         INVOICE #: 206283957 DATED: 05/23/2007
05/23/07 FEDEX AIRBILL: 792348785928 SENDER: J. Gleit        11.91
         TO: Honorable Robert D. Drain COMPANY: US
         Bankruptcy Court- Southern ADDRESS: One Bowling
         Green CITY: NEW YORK CITY NY 10004 INVOICE #:
         206283957 DATED: 05/23/2007
05/23/07 FEDEX AIRBILL: 790254483905 SENDER: J. Gleit        16.02
         TO: John Wm. Butler, Jr. COMPANY: Skadden,
         Arps, Slate, Meagher ADDRESS: 333 West Wacker
         Drive CITY: CHICAGO IL 60606 INVOICE #:
         206283957 DATED: 05/23/2007
06/19/07 FEDEX AIRBILL: 790273441753 SENDER: J. GLEIT        15.54
         TO: GENERAL COUNSEL COMPANY: DELPHI CORPORATION
         ADDRESS: 5725 DELPHI DRIVE CITY: TROY MI 48098
         INVOICE #: 211306199 DATED: 06/19/2007
08/03/07 FEDEX AIRBILL: 799687073693 SENDER: D. FLIMAN       12.18
         TO: ROBERT J. ROSENBERG AND MARK A COMPANY:
         LATHAM & WATKINS LLP ADDRESS: 885 THIRD AVENUE
         CITY: NEW YORK CITY NY 10022 INVOICE #:
         220139953 DATED: 08/03/2007
08/03/07 FEDEX AIRBILL: 790306726242 SENDER: D. FLIMAN       15.61
         TO: DONALD BERNSTEIN AND BRIAN RES COMPANY:
         DAVIS POLK & WARDWELL ADDRESS: 450 LEXINGTON
         AVENUE CITY: NEW YORK CITY NY 10017 INVOICE #:
         220139953 DATED: 08/03/2007

Delphi Trade Committee                          Dec 28, 2008    PAGE 121
FILE NUMBER: 07581001
INVOICE NO.: ******


08/03/07 FEDEX AIRBILL: 790306747906 SENDER: D. FLIMAN      15.61
         TO: BONNIE STEINGART COMPANY: FRIED, FRANK,
         HARRIS, SHRIVER ADDRESS: ONE NEW YORK PLAZA
         CITY: NEW YORK CITY NY 10004 INVOICE #:
         220139953 DATED: 08/03/2007
08/03/07 FEDEX AIRBILL: 791358432346 SENDER: D. FLIMAN      24.07
         TO: DEPUTY GENERAL COUNSEL COMPANY: DELPHI
         CORPORATION ADDRESS: 5725 DELPHI DRIVE CITY:
         TROY MI 48098 INVOICE #: 220139953 DATED:
         08/03/2007
08/03/07 FEDEX AIRBILL: 791358436179 SENDER: D. FLIMAN      16.38
         TO: JOHN K. LYONS AND BRIAN M. FER COMPANY:
         SKADDEN, ARPS, SLATE, MEAGHER ADDRESS: 333 WEST
         WACKER DRIVE CITY: CHICAGO IL 60606 INVOICE #:
         220139953 DATED: 08/03/2007
08/03/07 FEDEX AIRBILL: 791358465521 SENDER: D. FLIMAN      15.61
         TO: ALICIA M. LEONHARD, ESQ. COMPANY: OFFICE OF
         THE UNITED STATES TR ADDRESS: 33 WHITEHALL
         STREET CITY: NEW YORK CITY NY 10004 INVOICE #:
         220139953 DATED: 08/03/2007
08/03/07 FEDEX AIRBILL: 799187264668 SENDER: D. FLIMAN      24.07
         TO: LEGAL STAFF COMPANY: DELPHI AUTOMOTIVE
         SYSTEMS LLC ADDRESS: 5725 DELPHI DRIVE CITY:
         TROY MI 48098 INVOICE #: 220139953 DATED:
         08/03/2007
08/03/07 FEDEX AIRBILL: 799187292750 SENDER: D. FLIMAN      14.15
         TO: HOVEY KEMP COMPANY: GOODWIN PROCTER LLP
         ADDRESS: 901 NEW YORK AVENUE, NW CITY:
         WASHINGTON DC 20001 INVOICE #: 220139953 DATED:
         08/03/2007
08/09/07 DOCUMENT DELIVERY - - VENDOR: FEDERAL EXPRESS      16.45
         FEDEX AIRBILL: 799190295273 SENDER: J. GLEIT
         TO: JOHN WM BUTLER, JR INVOICE #: 220139953
         DATED: 08/03/2007
08/09/07 FEDEX AIRBILL: 798737334550 SENDER: J. GLEIT       15.61
         TO: GENERAL COUNSEL COMPANY: DELPHI CORPORATION
         ADDRESS: 5725 DELPHI DRIVE CITY: TROY MI 48098
         INVOICE #: 220139953 DATED: 08/09/2007
08/10/07 KIWI  TICKET  NO: 0140765 DATED: 08/03/2007        12.50
         FROM: C FLETCHER 1633 BROADWAY TO:  U.S
         BANKRUPTCY 1 BOWLING GRE INVOICE NUM: 011471
         DATED: 08/10/2007
08/31/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY       8.50
         SYSTEMS, INC. CHARGES FOR A. FLETCHER, ON
         8/9/07, TKT # 01553446, FROM KBTF / 1633 BWAY
         TO 1 BOWLING GREEN, INV # 049405, DATE 8/31/07
09/07/07 FEDEX AIRBILL: 792557236293 SENDER: D. RATTO       40.93
         TO: Daniel Zinman ADDRESS: 299 Ridgewood Ave.
         CITY: GLEN RIDGE NJ 07028 INVOICE #: 226407453
         DATED: 09/07/2007
09/07/07 KIWI  TICKET  NO: 0143004 DATED: 09/06/2007        12.50
         FROM: D.  ZINMAN 1633 BROADWAY TO: AVENUE
         CAPITAL  535 MAD AVE INVOICE NUM: 011499 DATED:
         09/07/2007

```
Delphi Trade Committee                         Dec 28, 2008    PAGE 122
FILE NUMBER: 07581001
INVOICE NO.: ******


09/20/07 FEDEX AIRBILL: 799719578702 SENDER: J GLEIT TO:     12.29
         DONALD BERNSTEIN AND BRIAN RES COMPANY: DAVIS
         POLK & WARDWELL ADDRESS: 450 LEXINGTON AVENUE
         CITY: NEW YORK CITY NY 10017 INVOICE #:
         227727978 DATED: 09/20/2007
09/20/07 FEDEX AIRBILL: 798268180824 SENDER: J GLEIT TO:     12.29
         BONNIE STEINGART COMPANY: FRIED, FRANK, HARRIS,
         SHRIVER ADDRESS: ONE NEW YORK PLAZA CITY: NEW
         YORK CITY NY 10004 INVOICE #: 227727978 DATED:
         09/20/2007
09/20/07 FEDEX AIRBILL: 792566098110 SENDER: JEFFREY         12.29
         GLEIT TO: ALICIA M. LEONHARD, ESQ. COMPANY:
         OFFICE OF THE UNITED STATES TR ADDRESS: 33
         WHITEHALL STREET CITY: NEW YORK CITY NY 10004
         INVOICE #: 227727978 DATED: 09/20/2007
09/20/07 FEDEX AIRBILL: 791767268141 SENDER: J GLEIT TO:     12.29
         ROBERT J. ROSENBERG AND MARK A COMPANY: LATHAM
         & WATKINS LLP ADDRESS: 885 THIRD AVENUE CITY:
         NEW YORK CITY NY 10022 INVOICE #: 227727978
         DATED: 09/20/2007
09/20/07 FEDEX AIRBILL: 791393027337 SENDER: J. GLEIT        16.52
         TO: JOHN WM. BUTLER, JR. COMPANY: SKADDEN,
         ARPS, SLATE, MEAGHER ADDRESS: 333 WEST WACKER
         DRIVE CITY: CHICAGO IL 60606 INVOICE #:
         227727978 DATED: 09/20/2007
09/20/07 FEDEX AIRBILL: 790041265351 SENDER: J. GLEIT        15.68
         TO: GENERAL COUNSEL COMPANY: DELPHI CORPORATION
         ADDRESS: 5725 DELPHI DRIVE CITY: TROY MI 48098
         INVOICE #: 229039057 DATED: 09/20/2007
09/30/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY       12.00
         SYSTEMS, INC. CHARGES FOR A. FLETCHER, ON
         9/20/07, TKT # 01602095, FROM KBTF / 1633 BWAY
         TO 1 BOWLING GREEN, INV # 050502, DATE 9/30/07
11/15/07 FEDEX AIRBILL: 790383708642 SENDER: DFLIMAN TO:     19.37
         VALERIE DEPIRO ADDRESS: 82 DEERFIELD ROAD CITY:
         FAIRFIELD SC 29926 INVOICE #: 238084768 DATED:
         11/15/2007
11/16/07 KIWI  TICKET  NO: 0147765 DATED: 11/14/2007         12.50
         FROM: D.  FLIMAN 1633 BROADWAY TO:  REFCO 1
         LIBERTY PLA INVOICE NUM: 011580  DATED:
         11/16/2007
11/21/07 FEDEX AIRBILL: 792459255108 SENDER: J. FOLKES       54.41
         TO: JOHN BUTLER COMPANY: SKADDEN, ARPS, SLATE,
         MEAGHER ADDRESS: 333 W WACKER DR STE 2100 CITY:
         CHICAGO IL 60606 INVOICE #: 239343990 DATED:
         11/21/2007
11/21/07 FEDEX AIRBILL: 792602526805 SENDER: J. FOLKES       50.68
         TO: GENERAL COUNSEL COMPANY: DELPHI CORPORATION
         ADDRESS: 5725 DELPHI DR CITY: TROY MI 48098
         INVOICE #: 240426573 DATED: 11/21/2007
```

```
Delphi Trade Committee                        Dec 28, 2008    PAGE 123
FILE NUMBER: 07581001
INVOICE NO.: ******


11/26/07 FEDEX AIRBILL: 858715927993 SENDER: J. FOLKES        12.50
         TO: ALICIA M LEONHARD COMPANY: OFFICE OF THE U
         S TRUSTEE FOR ADDRESS: 33 WHITEHALL ST 2100
         CITY: NEW YORK CITY NY 10004 INVOICE #:
         240426573 DATED: 11/26/2007
11/26/07 FEDEX AIRBILL: 858715928007 SENDER: J. FOLKES        12.50
         TO: MIKE RYAN COMPANY: CADWALADER WICKERSHAM
         ADDRESS: ONE WORLD FINANCIAL CTR CITY: NEW YORK
         NY 10281 INVOICE #: 240426573 DATED: 11/26/2007
11/26/07 FEDEX AIRBILL: 861645576622 SENDER: J. FOLKES        12.50
         TO: BONNIE STEINGART COMPANY: FRIED FRANK
         HARRIS SHRIVER & J ADDRESS: ONE NEW YORK PLZ
         CITY: NEW YORK CITY NY 10004 INVOICE #:
         240426573 DATED: 11/26/2007
11/26/07 FEDEX AIRBILL: 861645576633 SENDER: J. FOLKES        15.95
         TO: DEPUTY GENERAL COUNSEL COMPANY: DELPHI
         CORPORATION ADDRESS: 5725 DELPHI DR CITY: TROY
         MI 48098 INVOICE #: 240426573 DATED: 11/26/2007
11/26/07 FEDEX AIRBILL: 861645576644 SENDER: J. FOLKES        15.95
         TO: LEGAL STAFF COMPANY: DELPHI AUTOMOTIVE
         SYSTEMS LLC ADDRESS: 5723 DELPHI DR CITY: TROY
         MI 48098 INVOICE #: 240426573 DATED: 11/26/2007
11/26/07 FEDEX AIRBILL: 861645576655 SENDER: J. FOLKES        16.81
         TO: RON E MEISLER COMPANY: SKADDES ARPS SLATE
         MEAGHER & F ADDRESS: 333 WEST WACKER DR 2100
         CITY: CHICAGO IL 60606 INVOICE #: 240426573
         DATED: 11/26/2007
11/26/07 FEDEX AIRBILL: 861645576666 SENDER: J. FOLKES        12.50
         TO: DONALD BERNSTEIN COMPANY: DAVIS POLK &
         WARDWELL ADDRESS: 450 LEXINGTON AVE CITY: NEW
         YORK CITY NY 10017 INVOICE #: 240426573 DATED:
         11/26/2007
11/26/07 FEDEX AIRBILL: 861645576677 SENDER: J. FOLKES        12.50
         TO: ROBERT J ROSENBERG COMPANY: LETHAM &
         WATKINS LLP ADDRESS: 885 THIRD AVE CITY: NEW
         YORK CITY NY 10022 INVOICE #: 240426573 DATED:
         11/26/2007
11/30/07 DOCUMENT DELIVERY - - VENDOR: KIWI EXPRESS,          12.50
         INC. KIWI TICKET # 00148617 FOR D. FLIMAN,
         FROM: KBTF / 1633 BWAY, TO: REFCO BEUMAX / 1
         LIBERTY PLAZA, ON 11/28/07, INV # 011604, DATE
         11/30/07
11/30/07 DOCUMENT DELIVERY - - VENDOR: KIWI EXPRESS,          12.50
         INC. KIWI TICKET # 00148785 FOR K. CONROY,
         FROM: KBTF / 1633 BWAY, TO: WHITE CASE / 1155
         6TH AVE, ON 11/29/07, INV # 011604, DATE
         11/30/07
11/30/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY       145.30
         SYSTEMS, INC. CHARGES FOR DANIEL ON 11/19/07,
         TKT # 01679021, FROM KBTF / 1633 BWAY TO
         CALDWELL NJ, INV # 053068, DATE 11/30/07
```

Delphi Trade Committee                              Dec 28, 2008     PAGE 124
FILE NUMBER: 07581001
INVOICE NO.: ******

11/30/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY        54.00
         SYSTEMS, INC. CHARGES FOR UNKNOWN NAME ON
         11/21/07, TKT # 01683655, FROM KBTF / 1633 BWAY
         TO US BANKRUPTCY COURT / 1 BOWLING GREEN, INV #
         053068, DATE 11/30/07
11/30/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY        86.30
         SYSTEMS, INC. CHARGES FOR D. FLIMAN ON
         11/26/07, TKT # 01685258, FROM KBTF / 1633 BWAY
         TO VALERIE / CALDWELL NJ, INV # 053068, DATE
         11/30/07
11/30/07 DOCUMENT DELIVERY - - VENDOR: DELUXE DELIVERY        36.50
         SYSTEMS, INC. CHARGES FOR M. FAY ON 11/27/07,
         TKT # 01687129, FROM KBTF / 1633 BWAY TO M. FAY
         / BROOKLYN NY, INV # 053068, DATE 11/30/07
01/18/08 FEDEX AIRBILL: 798854891967 SENDER: J. GLEIT        18.96
         TO: JOHN WM. BUTLER, JR. COMPANY: SKADDEN,
         ARPS, SLATE, MEAGHER ADDRESS: 333 WEST WACKER
         DRIVE CITY: CHICAGO IL 60606 INVOICE #:
         250441371 DATED: 01/18/2008
01/18/08 FEDEX AIRBILL: 790920004606 SENDER: J. GLEIT        18.00
         TO: GENERAL COUNSEL COMPANY: DELPHI CORPORATION
         ADDRESS: 5725 DELPHI DRIVE CITY: TROY MI 48098
         INVOICE #: 250441371 DATED: 01/18/2008
01/25/08 DOCUMENT DELIVERY - - VENDOR: KIWI EXPRESS,         12.50
         INC. KIWI TICKET # 00151731 FOR A. FLETCHER,
         FROM: KBTF / 1633 BWAY, TO: US BANKRUPTCY COURT
         / 1 BOWLING GREEN, ON 1/18/08, INV # 011663,
         DATE 1/25/08
09/17/08 FEDEX AIRBILL: 798014394176 SENDER: SANDY          18.27
         SAINT-CYR TO: General Counsel COMPANY: Delphi
         Corporation ADDRESS: 5725 DELPHI DR CITY: TROY
         MI 48098 INVOICE #: 292528897 DATED: 09/17/2008

                                     SUBTOTAL:    1,197.71


TELEPHONE

10/06/06 TELEPHONE                                             .13
10/12/06 TELEPHONE                                            2.90
10/13/06 TELEPHONE                                             .26
10/16/06 TELEPHONE                                             .26
10/17/06 TELEPHONE                                            5.94
10/18/06 TELEPHONE                                             .66
10/25/06 TELEPHONE                                            1.05
11/03/06 TELEPHONE                                            2.50
11/03/06 TELEPHONE                                            2.50
11/10/06 TELEPHONE                                            1.45
11/21/06 TELEPHONE                                             .79
11/22/06 TELEPHONE                                             .53
11/27/06 TELEPHONE                                             .26
11/29/06 TELEPHONE                                             .26
12/01/06 TELEPHONE                                             .40
12/07/06 TELEPHONE                                             .13
12/14/06 TELEPHONE                                             .13

Delphi Trade Committee                        Dec 28, 2008    PAGE 125
FILE NUMBER: 07581001
INVOICE NO.: ******

```
12/18/06 TELEPHONE                                    1.45
12/20/06 TELEPHONE                                     .53
12/21/06 TELEPHONE                                     .53
12/22/06 TELEPHONE                                     .13
12/28/06 TELEPHONE                                     .13
12/29/06 TELEPHONE                                     .93
01/04/07 TELEPHONE                                     .66
01/05/07 TELEPHONE                                     .26
01/08/07 TELEPHONE                                    3.83
01/09/07 TELEPHONE                                     .13
01/18/07 TELEPHONE                                     .92
01/19/07 TELEPHONE                                     .13
01/22/07 TELEPHONE                                     .26
01/26/07 TELEPHONE                                    2.11
03/15/07 TELEPHONE                                    1.05
05/31/07 TELEPHONE                                    7.92
06/27/07 TELEPHONE                                     .13
07/10/07 TELEPHONE                                    1.98
07/19/07 TELEPHONE                                    1.71
07/24/07 TELEPHONE                                     .26
07/26/07 TELEPHONE                                    1.98
09/11/07 TELEPHONE                                    1.85
09/17/07 TELEPHONE                                     .92
09/18/07 TELEPHONE                                    3.30
10/10/07 TELEPHONE                                    1.45
10/22/07 TELEPHONE                                     .66
10/30/07 TELEPHONE                                    2.24
11/06/07 TELEPHONE                                    1.06
11/07/07 TELEPHONE                                    1.71
11/08/07 TELEPHONE                                    1.06
11/09/07 TELEPHONE                                     .40
11/12/07 TELEPHONE                                    1.71
11/14/07 TELEPHONE                                    2.11
11/16/07 TELEPHONE                                    2.10
11/19/07 TELEPHONE                                    2.77
11/20/07 TELEPHONE                                     .92
11/21/07 TELEPHONE                                     .13
11/26/07 TELEPHONE                                    4.49
11/27/07 TELEPHONE                                    1.85
11/28/07 TELEPHONE                                     .39
11/29/07 TELEPHONE                                    1.06
12/07/07 TELEPHONE                                     .26
12/10/07 TELEPHONE                                    4.63
12/11/07 TELEPHONE                                     .13
12/14/07 TELEPHONE                                     .92
12/18/07 TELEPHONE                                    1.45
01/02/08 TELEPHONE                                    1.32
01/03/08 TELEPHONE                                    2.11
01/07/08 TELEPHONE                                   13.19
01/10/08 TELEPHONE                                    2.77
01/11/08 TELEPHONE                                    8.32
01/24/08 TELEPHONE                                    2.51
01/28/08 TELEPHONE                                     .13
02/05/08 TELEPHONE                                     .92
```

Delphi Trade Committee                          Dec 28, 2008    PAGE 126
FILE NUMBER: 07581001
INVOICE NO.: ******

```
02/07/08 TELEPHONE                                          1.19
02/11/08 TELEPHONE                                           .66
02/12/08 TELEPHONE                                          1.05
02/13/08 TELEPHONE                                          4.75
02/15/08 TELEPHONE                                          1.05
02/17/08 TELEPHONE                                           .13
02/25/08 TELEPHONE                                          8.58
02/26/08 TELEPHONE                                           .13
02/27/08 TELEPHONE                                          1.32
04/04/08 TELEPHONE                                          1.71
04/07/08 TELEPHONE                                          4.23
04/16/08 TELEPHONE                                           .13
05/02/08 TELEPHONE                                           .40
05/14/08 TELEPHONE                                           .13
06/17/08 TELEPHONE                                          2.77
07/24/08 TELEPHONE                                           .26
07/29/08 TELEPHONE                                          1.19
08/04/08 TELEPHONE                                           .13
08/06/08 TELEPHONE                                           .26
08/22/08 TELEPHONE                                           .40
08/26/08 TELEPHONE                                          6.86
09/03/08 TELEPHONE                                           .13
09/12/08 TELEPHONE                                          1.59
09/15/08 TELEPHONE                                           .13
09/16/08 TELEPHONE                                          3.43
09/22/08 TELEPHONE                                          1.32
09/24/08 TELEPHONE                                          2.11
10/10/08 TELEPHONE                                           .53
10/16/08 TELEPHONE                                           .13

                                          SUBTOTAL:      164.72
FACSIMILE TRANSMISSION

01/05/07 FACSIMILE TRANSMISSION                             8.12
01/10/07 FACSIMILE TRANSMISSION                             7.50
08/10/07 FACSIMILE TRANSMISSION                            28.81
09/20/07 FACSIMILE TRANSMISSION                             3.00
01/09/08 FACSIMILE TRANSMISSION                           271.50
09/17/08 FACSIMILE TRANSMISSION                            73.05

                                          SUBTOTAL:      391.98
MAILING CHARGES

08/21/06 MAILING CHARGES                                     .63
11/27/06 MAILING CHARGES                                    9.57
12/21/06 MAILING CHARGES                                    6.09
01/18/07 MAILING CHARGES                                    4.98
04/13/07 MAILING CHARGES                                    2.52
09/23/08 MAILING CHARGES                                    1.00

                                          SUBTOTAL:       24.79

      TOTAL                                         $76,155.87
```