# **EXHIBIT 3-B**

## **ROPES & GRAY LLP DETAILED NARRATIVE ENTRIES**

# ROPES & GRAY

ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS   NEW YORK, NY 10036-8704   212-596-9000   F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464154
March 8, 2007

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention: Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

> Re: Ad-Hoc Committee of Trade Creditors of
> Delphi Automotive Systems LLC

FOR PROFESSIONAL SERVICES rendered through August 31, 2006

| | | |
|---|---|---|
| Services | $ | 6,160.00 |
| TOTAL | $ | 6,160.00 |

Please refer to invoice number 464154 with your payment.  Checks should be mailed to Ropes & Gray LLP, P.O. Box 414265, Boston, MA, 02241-4265.  ACH (Automated Clearinghouse) Fund transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 011000138, Account No. 47919002.  Federal wire transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 0260-0959-3, Account No. 47919002.

Federal
Identification Number
04-2233412

Matter No.: 104745-0001

[1S]


ROPES
&GRAY

| Detail of Services | | | | | |
|---|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | | Fees |
|---|---|---|---|---|---|
| 08/22/06 | Pak, Anneliese H. | 2.00 | Work on Delphi engagement letter and 2019 statement; office conference with M. Somerstein and M. Bane regarding the same; call to D. Zinman regarding Bear Stearns; call to Merrill regarding holdings. | $ | 880.00 |
| 08/23/06 | Pak, Anneliese H. | 3.50 | Calls from R. Spork regarding status; review and revise joint interest/fee sharing agreement; review and revise Ropes engagement letter; draft 2019 statement; office conference with M. Somerstein regarding the same; call to D. Zinman. | $ | 1,540.00 |
| 08/24/06 | Pak, Anneliese H. | 3.00 | Calls to and from Bear Stearns regarding engagement and case status; email to D. Zinman regarding the same; office conference with M. Somerstein regarding engagement letter; attention to 2019; revise the same; review pleadings and court notices; calls to Merrill Lynch regarding engagement. | $ | 1,320.00 |
| 08/25/06 | Pak, Anneliese H. | 1.75 | Office conference with M. Bane regarding status; review and revise 2019 statement and engagement letter; email to P. Webb regarding scope of representation; telephone conference with M. Somerstein regarding the same. | $ | 770.00 |
| 08/28/06 | Pak, Anneliese H. | 0.75 | [Delphi] Calls to Merrill; email to and from Bear; email to and from Kasowitz; calls to D. Ellis and office conference with M. Somerstein regarding retention. | $ | 330.00 |
| 08/29/06 | Pak, Anneliese H. | 1.50 | [Delphi] Calls and emails with Merrill; calls to D. Zinman | $ | 660.00 |

| Date | Timekeeper | Hours | Description | | Fees |
|------|-----------|-------|-------------|---|------|
| | | | regarding the same; office conference with M. Bane regarding status; attention to retention issues. | | |
| 08/30/06 | Pak, Anneliese H. | 1.50 | [Delphi] Revise 2019 Statement; review pleadings and court notices; review and revise engagement letter; telephone conference with D. Zinman regarding holdings and data request. | $ | 660.00 |
| | **Total Hours** | **14.00** | **Total Fees** | **$** | **6,160.00** |

Ropes & Gray Invoice: 464154
Page 4

ROPES
& GRAY

## Timekeeper Fee Summary

| Timekeeper | | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Pak, Anneliese H. | | 14.00 | 440 | $ | 6,160.00 |
| | Total Fees | 14.00 | | $ | 6,160.00 |

# ROPES & GRAY

**ROPES & GRAY LLP**

1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464154
March 8, 2007
Client Matter No.: 104745-0001

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

Re: Ad-Hoc Committee of Trade Creditors of
     Delphi Automotive Systems LLC

| | | |
|---|---|---|
| Total Services | $ | 6,160.00 |
| **Total Due This Invoice** | **$** | **6,160.00** |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP P.O. Box 414265 Boston, MA  02241-4265 | Ropes & Gray LLP Account No. 479-19002 c/o Bank of America 100 Federal Street Boston, MA  02110-2624  ABA No.: 011000138 | Ropes & Gray LLP Account No. 479-19002 c/o Bank of America 100 Federal Street Boston, MA  02110-2624  ABA No.: 0260-0959-3 (Domestic) Swift Code: BOFAUS3N (Foreign) |

Federal
Identification Number
04-2233412



ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON CHICAGO HONG KONG NEW YORK PALO ALTO SAN FRANCISCO TOKYO WASHINGTON, DC

Invoice No.: 464155
March 8, 2007

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention: Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey 07663

> Re: Ad-Hoc Committee of Trade Creditors of
>     Delphi Automotive Systems LLC

FOR PROFESSIONAL SERVICES rendered through September 30, 2006

| | | |
|---|---|---|
| Services | $ | 8,350.00 |

#### Disbursements and Charges

| | | | |
|---|---|---|---|
| Telephone | 47.50 | | |
| Total Disbursements and Charges | | $ | 47.50 |
| TOTAL | | $ | 8,397.50 |

Please refer to invoice number 464155 with your payment. Checks should be mailed to Ropes & Gray LLP, P.O. Box 414265, Boston, MA, 02241-4265. ACH (Automated Clearinghouse) Fund transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 011000138, Account No. 47919002. Federal wire transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 0260-0959-3, Account No. 47919002.

Federal
Identification Number
04-2233412

Matter No.: 104745-0001

[1S]



| | **Detail of Services** | | | | |
|---|---|---|---|---|---|

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Description</u> | | <u>Fees</u> |
|---|---|---|---|---|---|
| 09/01/06 | Pak, Anneliese H. | 0.50 | [Delphi] Calls with D. Zinman; calls and emails with M. Bane, M. Somerstein and V. DePiro; review pleadings. | $ | 220.00 |
| 09/05/06 | Pak, Anneliese H. | 1.50 | [Delphi] Status conference with M. Bane; calls with Capstone; revised 2019 and engagement letter. | $ | 660.00 |
| 09/06/06 | Bane, Mark I. | 1.25 | Attention to status and strategy and telephone conference with Kasowitz regarding same. | $ | 875.00 |
| 09/07/06 | Bane, Mark I. | 0.75 | Follow up issues on GM litigation. | $ | 525.00 |
| 09/12/06 | Bane, Mark I. | 1.00 | Attention to status and strategy; telephone conferences with Holders. | $ | 700.00 |
| 09/18/06 | Pak, Anneliese H. | 0.30 | Attention to pleadings and court filings; call to D. Zinman regarding status. | $ | 132.00 |
| 09/20/06 | Pak, Anneliese H. | 1.00 | Review and revise fee sharing agreement and engagement letters; call to D. Zinman regarding the same; review pleadings and court notices. | $ | 440.00 |
| 09/22/06 | Bane, Mark I. | 1.50 | Telephone conferences with Holders. | $ | 1,050.00 |
| 09/22/06 | Pak, Anneliese H. | 0.50 | Attention to emails from M. Bane; review statement in support; attention to working group list. | $ | 220.00 |
| 09/25/06 | Bane, Mark I. | 1.00 | Telephone conferences with Committee members; mark up pleading; brief telephone conference with A. Shiff. | $ | 700.00 |
| 09/28/06 | Bane, Mark I. | 1.25 | Telephone calls with clients; telephone calls with Kasowitz. | $ | 875.00 |
| 09/28/06 | Pak, Anneliese H. | 1.20 | Review NDA; call with M. Bane regarding the same; call with | $ | 528.00 |

| Date | Timekeeper | Hours | Description | | Fees |
|------|-----------|-------|-------------|---|------|
| | | | holder regarding GM claims; review pleadings. | | |
| 09/29/06 | Bane, Mark I. | 1.25 | Committee conference call; telephone conferences with Holders and with Anne Pak. | $ | 875.00 |
| 09/29/06 | Pak, Anneliese H. | 1.25 | Committee call; email to Kasowitz regarding NDA and common interest agreement; call to holders. | $ | 550.00 |
| | **Total Hours** | **14.25** | **Total Fees** | **$** | **8,350.00** |

ROPES
& GRAY

## Timekeeper Fee Summary

| Timekeeper | | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Bane, Mark I. | | 8.00 | 700 | $ | 5,600.00 |
| Pak, Anneliese H. | | 6.25 | 440 | $ | 2,750.00 |
| | Total Fees | 14.25 | | $ | 8,350.00 |



ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464155
March 8, 2007
Client Matter No.: 104745-0001

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

Re: Ad-Hoc Committee of Trade Creditors of
    Delphi Automotive Systems LLC

| | | |
|---|---|---|
| Total Services | $ | 8,350.00 |
| Total Disbursements and Charges | $ | 47.50 |
| **Total Due This Invoice** | **$** | **8,397.50** |

REMITTANCE

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP<br>P.O. Box 414265<br>Boston, MA  02241-4265 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 011000138 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 0260-0959-3 (Domestic)<br>Swift Code: BOFAUS3N (Foreign) |

Federal
Identification Number
04-2233412



ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS      NEW YORK, NY 10036-8704      212-596-9000      F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464157
March 8, 2007

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

Re: Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC

FOR PROFESSIONAL SERVICES rendered through October 31, 2006

| | | |
|---|---|---|
| Services | $ | 8,512.00 |
| TOTAL | $ | 8,512.00 |

Please refer to invoice number 464157 with your payment.  Checks should be mailed to Ropes & Gray LLP, P.O. Box 414265, Boston, MA, 02241-4265.  ACH (Automated Clearinghouse) Fund transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 011000138, Account No. 47919002.  Federal wire transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 0260-0959-3, Account No. 47919002.



| Detail of Services | | | | | |
|---|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | | Fees |
|---|---|---|---|---|---|
| 10/03/06 | Pak, Anneliese H. | 1.00 | Office conference with M. Bane regarding status; calls to D. Zinman regarding the same; emails and calls to holders. | $ | 440.00 |
| 10/09/06 | Bane, Mark I. | 3.50 | Prepare for and meet with Harbinger and client. | $ | 2,450.00 |
| 10/11/06 | Pak, Anneliese H. | 0.40 | Email to D. Zinman and M. Bane regarding status; review pleadings and court notices. | $ | 176.00 |
| 10/12/06 | Pak, Anneliese H. | 0.80 | Calls from D. Zinman regarding 2019 issues; calls to Goldman, JPM and Bear regarding the same; status conference with M. Bane. | $ | 352.00 |
| 10/13/06 | Pak, Anneliese H. | 0.50 | Email from V. DePiro regarding holdings and fee sharing agreement; emails to D. Zinman regarding the same; calls to Goldman and JPM. | $ | 220.00 |
| 10/16/06 | Pak, Anneliese H. | 0.60 | Call from Bear regarding engagement letter; emails to D. Zinman regarding status; email to M. Bane regarding the same; review pleadings. | $ | 264.00 |
| 10/17/06 | Bane, Mark I. | 1.25 | Committee call; review docket and pending matters; office conference with A. Pak regarding status. | $ | 875.00 |
| 10/17/06 | Pak, Anneliese H. | 1.00 | Committee conference call; calls to D. Zinman regarding hearing; call to Goldman; review pleadings and court notices. | $ | 440.00 |
| 10/18/06 | Pak, Anneliese H. | 2.00 | Calls to D. Zinman regarding hearings; review EDS motion; review first omnibus objection to claims; review claims timing motion; review fee sharing agreement; calls with M. Bane and | $ | 880.00 |

| Date | Timekeeper | Hours | Description | | Fees |
|------|-----------|-------|-------------|---|------|
| | | | J. Donovan regarding Goldman engagement; review docket and scheduling order; calls and email to Beattie regarding hearing. | | |
| 10/19/06 | Pak, Anneliese H. | 3.50 | Attend hearing; emails to M. Bane and call to Goldman regarding the same; emails and calls to A. Schiff; review pleadings. | $ | 1,540.00 |
| 10/27/06 | Bane, Mark I. | 1.25 | Review issues; conference call with Ad Hoc Committee. | $ | 875.00 |
| | **Total Hours** | **15.80** | **Total Fees** | **$** | **8,512.00** |

ROPES
& GRAY

## Timekeeper Fee Summary

| Timekeeper | | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Bane, Mark I. | | 6.00 | 700 | $ | 4,200.00 |
| Pak, Anneliese H. | | 9.80 | 440 | $ | 4,312.00 |
| | Total Fees | 15.80 | | $ | 8,512.00 |

# ROPES & GRAY

ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464157
March 8, 2007
Client Matter No.: 104745-0001

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

Re: Ad-Hoc Committee of Trade Creditors of
    Delphi Automotive Systems LLC



| | | |
|---|---|---|
| Total Services | $ | 8,512.00 |
| **Total Due This Invoice** | **$** | **8,512.00** |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP<br>P.O. Box 414265<br>Boston, MA  02241-4265 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 011000138 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 0260-0959-3 (Domestic)<br>Swift Code: BOFAUS3N (Foreign) |

Federal
Identification Number
04-2233412



ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS     NEW YORK, NY 10036-8704     212-596-9000     F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464159
March 8, 2007

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention: Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey 07663

     Re: Ad-Hoc Committee of Trade Creditors of
       Delphi Automotive Systems LLC

FOR PROFESSIONAL SERVICES rendered through November 30, 2006

| | | |
|---|---|---|
| Services | $ | 5,400.50 |
| TOTAL | $ | 5,400.50 |

Please refer to invoice number 464159 with your payment. Checks should be mailed to Ropes & Gray LLP, P.O. Box 414265, Boston, MA, 02241-4265. ACH (Automated Clearinghouse) Fund transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 011000138, Account No. 47919002. Federal wire transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 0260-0959-3, Account No. 47919002.

Federal
Identification Number
04-2233412

Matter No.: 104745-0001

[1S]



ROPES
& GRAY

| Detail of Services | | | | |
|---|---|---|---|---|

| Date | Timekeeper | Hours | Description | Fees |
|---|---|---|---|---|
| 11/01/06 | Pak, Anneliese H. | 0.30 | Call from Kasowitz regarding status; email to holders regarding fee sharing agreement. | $ 132.00 |
| 11/02/06 | Pak, Anneliese H. | 0.25 | Review pleadings; emails to holders. | $ 110.00 |
| 11/03/06 | Pak, Anneliese H. | 1.30 | Calls from J. Gleitz regarding claims objections; review the same; calls from Goldman regarding joint interest letter; email to M. Bane regarding the same; emails and calls from J. Beattie regarding Goldman claims objection. | $ 572.00 |
| 11/03/06 | Roberts, Sarah B. | 0.50 | Research omnibus claims objections. | $ 107.50 |
| 11/06/06 | Pak, Anneliese H. | 0.80 | Status conference with Kasowitz; call with M. Bane regarding claims objections; call with D. Zinman regarding fee sharing agreement. | $ 352.00 |
| 11/07/06 | Pak, Anneliese H. | 0.70 | Emails from JPMorgan and calls to Bear regarding claims objection; email from D. Rosner regarding status; call from J. Beattie and call to V. DePiro regarding fee sharing agreement. | $ 308.00 |
| 11/08/06 | Bane, Mark I. | 1.50 | Attention to status of case and strategy alternatives; conference call with Anne Pak and Adam Schiff regarding same. | $ 1,050.00 |
| 11/08/06 | Pak, Anneliese H. | 2.00 | Email from J. Gleit regarding claims objections; call from V. DePiro regarding fee sharing agreement; emails to and from J. Stiepelman regarding the same; review revisions to the same; status call with A. Schiff; status conference with M. Bane. | $ 880.00 |

| Date | Timekeeper | Hours | Description | | Fees |
|------|-----------|-------|-------------|---|------|
| 11/10/06 | Bane, Mark I. | 0.75 | Committee call and review open issues. | $ | 525.00 |
| 11/10/06 | Pak, Anneliese H. | 1.00 | Holder conference call; review pleadings and notices. | $ | 440.00 |
| 11/14/06 | Pak, Anneliese H. | 0.50 | Calls and email to JPMorgan and Bear regarding claims objections. | $ | 220.00 |
| 11/14/06 | Pak, Anneliese H. | 0.30 | Call from Capstone regarding fee sharing agreement; email to D. Zinman regarding the same. | $ | 132.00 |
| 11/17/06 | Pak, Anneliese H. | 0.30 | Status conference with M. Bane and A. Vanderwal; calls to D. Zinman and C. Venezia regarding revisions to fee sharing agreement. | $ | 132.00 |
| 11/20/06 | Pak, Anneliese H. | 1.00 | Call from C. Venezia regarding fee sharing agreement; review and revise the same; email to D. Zinman and M. Bane regarding the same. | $ | 440.00 |
| | **Total Hours** | **11.20** | **Total Fees** | $ | **5,400.50** |



## Timekeeper Fee Summary

| Timekeeper | | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Bane, Mark I. | | 2.25 | 700 | $ | 1,575.00 |
| Pak, Anneliese H. | | 8.45 | 440 | $ | 3,718.00 |
| Roberts, Sarah B. | | 0.50 | 215 | $ | 107.50 |
| | Total Fees | 11.20 | | $ | 5,400.50 |

# ROPES & GRAY

ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464159
March 8, 2007
Client Matter No.: 104745-0001

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

Re: Ad-Hoc Committee of Trade Creditors of
     Delphi Automotive Systems LLC

| | | |
|---|---|---|
| Total Services | $ | 5,400.50 |
| **Total Due This Invoice** | **$** | **5,400.50** |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP<br>P.O. Box 414265<br>Boston, MA  02241-4265 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 011000138 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 0260-0959-3 (Domestic)<br>Swift Code: BOFAUS3N (Foreign) |

Federal
Identification Number
04-2233412



ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS      NEW YORK, NY 10036-8704      212-596-9000      F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464160
March 8, 2007

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

> Re: Ad-Hoc Committee of Trade Creditors of
> Delphi Automotive Systems LLC

FOR PROFESSIONAL SERVICES rendered through December 31, 2006

| | | |
|---|---|---|
| Services | $ | 5,590.00 |
| TOTAL | $ | 5,590.00 |

Please refer to invoice number 464160 with your payment.  Checks should be mailed to Ropes & Gray LLP, P.O. Box 414265, Boston, MA, 02241-4265.  ACH (Automated Clearinghouse) Fund transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 011000138, Account No. 47919002.  Federal wire transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 0260-0959-3, Account No. 47919002.



## Detail of Services

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 12/01/06 | Bane, Mark I. | 0.50 | Attention to status of case. | $ 350.00 |
| 12/05/06 | Bane, Mark I. | 1.25 | Committee call; review status. | $ 875.00 |
| 12/15/06 | Bane, Mark I. | 1.25 | Attention to status of case and review pleadings and deliberations. | $ 875.00 |
| 12/18/06 | Pak, Anneliese H. | 1.50 | Review Plan Investment Agreement and related documents. | $ 660.00 |
| 12/19/06 | Bane, Mark I. | 1.00 | Study pleadings regarding Plan Agreement and issues regarding same. | $ 700.00 |
| 12/20/06 | Bane, Mark I. | 1.00 | Committee call; review proposed pleading. | $ 700.00 |
| 12/20/06 | Pak, Anneliese H. | 2.50 | Call with holders regarding Plan Investment Agreement; review Kasowitz memo; calls with J. Gleit and D. Fliman regarding status; review draft objection; numerous office conference and telephone conference regarding the same. | $ 1,100.00 |
| 12/21/06 | Pak, Anneliese H. | 0.75 | Calls with Goldman, JPMC and Bear regarding objection; office conference regarding the same. | $ 330.00 |
| | **Total Hours** | **9.75** | **Total Fees** | $ **5,590.00** |

ROPES
& GRAY

Ropes & Gray Invoice: 464160
Page 3

## Timekeeper Fee Summary

| Timekeeper | | Hours | Rate | | Fees |
|---|---|---|---|---|---|
| Bane, Mark I. | | 5.00 | 700 | $ | 3,500.00 |
| Pak, Anneliese H. | | 4.75 | 440 | $ | 2,090.00 |
| | Total Fees | 9.75 | | $ | 5,590.00 |

# ROPES & GRAY

ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464160
March 8, 2007
Client Matter No.: 104745-0001

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

Re: Ad-Hoc Committee of Trade Creditors of
      Delphi Automotive Systems LLC

---

| | | |
|---|---|---|
| Total Services | $ | 5,590.00 |
| **Total Due This Invoice** | **$** | **5,590.00** |

---

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP<br>P.O. Box 414265<br>Boston, MA  02241-4265 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 011000138 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 0260-0959-3 (Domestic)<br>Swift Code: BOFAUS3N (Foreign) |

Federal
Identification Number
04-2233412

# ROPES & GRAY

ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS      NEW YORK, NY 10036-8704      212-596-9000      F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464162
March 8, 2007

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

      Re: Ad-Hoc Committee of Trade Creditors of
          Delphi Automotive Systems LLC

FOR PROFESSIONAL SERVICES rendered through January 31, 2007

Disbursements and Charges

| | | |
|---|---|---|
| Computer Assisted Research | 42.00 | |
| Total Disbursements and Charges | $ | 42.00 |
| | | |
| TOTAL | $ | 42.00 |

Please refer to invoice number 464162 with your payment.  Checks should be mailed to Ropes & Gray LLP, P.O. Box 414265, Boston, MA, 02241-4265.  ACH (Automated Clearinghouse) Fund transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 011000138, Account No. 47919002.  Federal wire transfers should be made to Bank of America, 100 Federal Street, Boston, MA, ABA No. 0260-0959-3, Account No. 47919002.

Federal
Identification Number
04-2233412

Matter No.: 104745-0001

[1S]



# ROPES & GRAY

ROPES & GRAY LLP

1211 AVENUE OF THE AMERICAS    NEW YORK, NY 10036-8704    212-596-9000    F 212-596-9090

BOSTON  CHICAGO  HONG KONG  NEW YORK  PALO ALTO  SAN FRANCISCO  TOKYO  WASHINGTON, DC

Invoice No.: 464162
March 8, 2007
Client Matter No.: 104745-0001

Ad-Hoc Committee of Trade Creditors of
Delphi Automotive Systems LLC
c/o Capstone Advisory Group, LLC
Attention:  Valerie E. DePiro
Park 80 West, Plaza I
Saddle Brook, New Jersey  07663

Re: Ad-Hoc Committee of Trade Creditors of
   Delphi Automotive Systems LLC

| | | |
|---|---|---|
| Total Disbursements and Charges | $ | 42.00 |
| **Total Due This Invoice** | **$** | **42.00** |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP<br>P.O. Box 414265<br>Boston, MA  02241-4265 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 011000138 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA  02110-2624<br><br>ABA No.: 0260-0959-3 (Domestic)<br>Swift Code: BOFAUS3N (Foreign) |

Federal
Identification Number
04-2233412