## **EXHIBIT 3-C**

## **CAPSTONE ADVISORY GROUP DETAILED NARRATIVE ENTRIES**

**Capstone Advisory Group**
**Delphi Ad Hoc Trade Committee**
**Time Detail**

| Timekeeper | Date | Hours | Description | Task |
|---|---|---|---|---|
| Bingham, B | 12/4/2007 | 2.40 | Review Rothschild valuation report and participate on conference call with M Fay | Projections/Business Plan/Other |
| | | | | |
| Cunningham, S | 3/1/2006 | 4.00 | Prepared for and met with Committee and Counsel. | Mtgs w/Debtors and/or Counsel |
| Cunningham, S | 3/17/2006 | 1.30 | Reviewed engagement letter and work plan | Case Administration |
| Cunningham, S | 5/3/2006 | 1.50 | Prepared for call with counsel and the committee. | Mtgs w/Debtors and/or Counsel |
| Cunningham, S | 6/15/2006 | 2.50 | Prepared for and attended meeting with counsel. | Mtgs w/Debtors and/or Counsel |
| Cunningham, S | 7/12/2006 | 3.00 | Prepared for and participated in meeting with Unsecured Committee Counsel. | Mtgs w/Debtors and/or Counsel |
| Cunningham, S | 10/20/2006 | 2.00 | Reviewed various case issues including attrition program. | Financial Analysis - Other |
| Cunningham, S | 11/28/2006 | 5.00 | Prepared for and participated in meeting with the Debtors, Skadden, FTI and Kasowitz. | Mtgs w/Debtors and/or Counsel |
| Cunningham, S | 11/29/2006 | 5.00 | Calls with Counsel and committee members to discuss next steps. | Comm. Matters, Creditor Mtgs |
| Cunningham, S | 12/14/2006 | 2.00 | Analyzed case issues and evaluated next steps. | Financial Analysis - Other |
| Cunningham, S | 12/21/2006 | 3.00 | Analyzed proposed plan. | Financial Analysis - Other |
| Cunningham, S | 12/27/2006 | 2.00 | Analyzed proposed plan. | Financial Analysis - Other |
| Cunningham, S | 12/28/2006 | 2.00 | Analyzed proposed plan. | Financial Analysis - Other |
| Cunningham, S | 1/3/2007 | 1.00 | Calls with Counsel and committee members to discuss next steps. | Case Administration |
| Cunningham, S | 1/4/2007 | 1.00 | Calls with Counsel and committee members to discuss next steps. | Case Administration |
| Cunningham, S | 4/26/2007 | 2.00 | Reviewed case issues | Mtgs w/Debtors and/or Counsel |
| | | | | |
| Depiro, V | 2/27/2006 | 3.00 | Analyzed public data and develop list of issues related to substantive consolidation. | Financial Analysis - Other |
| Depiro, V | 2/28/2006 | 2.00 | Analyzed public data and develop list of issues related to substantive consolidation. | Financial Analysis - Other |
| Depiro, V | 3/1/2006 | 2.00 | Read debt disclosures in SEC filings and Credit Agreement. | Financial Analysis - Other |
| Depiro, V | 3/1/2006 | 1.00 | Analyzed certain disclosures in statements and schedules regarding related party transactions. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 3/1/2006 | 1.50 | Met with Committee and Counsel. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 3/2/2006 | 2.00 | Drafted work plan and engagement letter. | Case Administration |
| Depiro, V | 3/6/2006 | 2.00 | Prepared high level preliminary analysis of recoveries. | Financial Analysis - Other |
| Depiro, V | 3/7/2006 | 2.70 | Performed preliminary analysis of intercompany disclosures in schedules. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 3/7/2006 | 1.00 | Analyzed legal entity structure. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 3/8/2006 | 3.00 | Performed preliminary analysis of intercompany disclosures in schedules. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 3/17/2006 | 0.50 | Drafted engagement letter | Case Administration |
| Depiro, V | 3/20/2006 | 0.50 | Drafted engagement letter based on comments from the committee. | Case Administration |
| Depiro, V | 3/22/2006 | 4.60 | Analyzed agreement with UAW and GM | Leases/Executory Contracts |
| Depiro, V | 3/23/2006 | 7.30 | Analyzed GM Agreements. | Leases/Executory Contracts |
| Depiro, V | 3/24/2006 | 2.70 | Analyzed statements and schedules. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 3/27/2006 | 0.30 | Monitored filings with the Court. | Case Administration |
| Depiro, V | 3/31/2006 | 0.10 | Call with counsel regarding protocol and engagement letter. | Case Administration |
| Depiro, V | 4/9/2006 | 1.00 | Read various motions filed with 1113 motion | Leases/Executory Contracts |
| Depiro, V | 4/10/2006 | 1.00 | Analyzed statements and schedules | Fin. Analysis- scheds. stmts. |
| Depiro, V | 4/13/2006 | 0.50 | Monitor motions filed with the court. | Leases/Executory Contracts |
| Depiro, V | 4/14/2006 | 4.00 | Read and analyzed motions filed with the court. | Leases/Executory Contracts |
| Depiro, V | 4/17/2006 | 0.30 | Analyzed statements and schedules. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 4/18/2006 | 0.80 | Analyzed statements and schedules. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 4/20/2006 | 0.50 | Analyzed statements and schedules. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 4/23/2006 | 2.50 | Analyzed motions and summarize observations to date. | Leases/Executory Contracts |
| Depiro, V | 4/24/2006 | 0.30 | Analyze intercompany claims. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 4/28/2006 | 1.30 | Analyze financial performance. | Financial Analysis - Other |
| Depiro, V | 5/2/2006 | 0.80 | Prepared for call with counsel and the committee. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 5/4/2006 | 1.40 | Prepared for and participated on call with counsel and with committee. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 5/9/2006 | 0.20 | Read updates from counsel regarding contract rejection hearing. | Leases/Executory Contracts |
| Depiro, V | 5/10/2006 | 0.20 | Read updates from counsel regarding contract rejection hearing. | Leases/Executory Contracts |
| Depiro, V | 5/11/2006 | 0.20 | Read updates from counsel regarding contract rejection hearing. | Leases/Executory Contracts |
| Depiro, V | 5/16/2006 | 0.30 | review docket | Financial Analysis - Other |
| Depiro, V | 5/18/2006 | 2.50 | call with counsel to discuss case progress and joint work plan. prepare joint work plan. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 5/22/2006 | 0.20 | Review docket | Financial Analysis - Other |
| Depiro, V | 5/25/2006 | 1.50 | Analyzed assets by subsidiary. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 5/26/2006 | 3.80 | Analyzed claims subsidiary. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 5/30/2006 | 2.50 | Analyzed recovery model. | Financial Analysis - Other |
| Depiro, V | 6/6/2006 | 2.00 | Read GM response to contract rejection motion. | Leases/Executory Contracts |
| Depiro, V | 6/7/2006 | 2.00 | Read GM response and exhibits thereto related to contract rejection motion. | Leases/Executory Contracts |
| Depiro, V | 6/14/2006 | 0.50 | Revised engagement letter based on discussion with Counsel. | Case Administration |
| Depiro, V | 6/14/2006 | 1.00 | Prepared for meeting with Counsel | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 6/15/2006 | 1.50 | Prepared for and attended meeting with counsel. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 6/15/2006 | 1.00 | Discuss case issues with S Cunningham in preparation for meeting. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 6/15/2006 | 0.80 | Provided SEC research to counsel | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 6/15/2006 | 0.70 | Analyzed various case issues. | Financial Analysis - Other |
| Depiro, V | 6/19/2006 | 2.00 | Analyzed historical financial performance | Financial Analysis - Other |
| Depiro, V | 6/20/2006 | 2.00 | Read and analyzed filings including special attrition program. | Financial Analysis - Other |
| Depiro, V | 6/21/2006 | 2.50 | Analyzed historical financial data and assets as of the filing date. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 6/28/2006 | 2.00 | Read filings including special attrition program. | Financial Analysis - Other |
| Depiro, V | 7/5/2006 | 1.30 | Prepared for and participated on call with Committee and Counsel. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 7/11/2006 | 1.00 | Prepared preliminary data request and discussed request with counsel. | Financial Analysis - Other |
| Depiro, V | 7/12/2006 | 1.50 | Prepared for and participated in meeting with Unsecured Committee Counsel. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 7/12/2006 | 0.50 | Revised engagement letter based on discussion with Counsel. | Case Administration |
| Depiro, V | 7/14/2006 | 2.00 | Read and analyzed 2005 10-K. | Financial Analysis - Other |
| Depiro, V | 7/21/2006 | 0.50 | Reviewed pleadings | Financial Analysis - Other |
| Depiro, V | 8/10/2006 | 0.50 | Read draft letter to Company and provide comments to counsel. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 8/16/2006 | 1.50 | Read and analyzed 10-qs | Financial Analysis - Other |
| Depiro, V | 8/18/2006 | 0.50 | Call with counsel to discuss case issues. Read various correspondence. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 8/21/2006 | 0.20 | Call with counsel to discuss various case issues. | Comm. Matters, Creditor Mtgs |

**Capstone Advisory Group**
**Delphi Ad Hoc Trade Committee**
**Time Detail**

| Timekeeper | Date | Hours | Description | Task |
|---|---|---|---|---|
| Depiro, V | 9/5/2006 | 0.50 | Call with counsel to discuss cash issues. Call with committee member to discuss status of the case. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 9/11/2006 | 0.50 | Call with committee member to discuss status of the case. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 9/29/2006 | 0.70 | Participated on conference call with the Committee. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 10/9/2006 | 1.00 | Set up billing based on Fee Arrangement. | Case Administration |
| Depiro, V | 10/13/2006 | 0.50 | Call with committee member. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 10/16/2006 | 2.30 | Reviewed motions filed with the court regarding business plan projections. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 10/16/2006 | 0.40 | Call with FTI to discuss data request. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 10/17/2006 | 0.40 | Participated on call with the Committee. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 10/17/2006 | 0.10 | Pre-call with counsel to prepare for committee call | Comm. Matters, Creditor Mtgs |
| Depiro, V | 10/17/2006 | 0.20 | Call with D Rosner to discuss case | Comm. Matters, Creditor Mtgs |
| Depiro, V | 10/17/2006 | 0.80 | Meet with C. Troyer to discuss case | Financial Analysis - Other |
| Depiro, V | 10/19/2006 | 5.00 | Analyzed historical financial statements and impact of special attrition program and wage cuts. | Financial Analysis - Other |
| Depiro, V | 10/25/2006 | 2.00 | Analyze intercompany notes. | Financial Analysis - Other |
| Depiro, V | 10/26/2006 | 0.20 | Prepared additional data request. | Financial Analysis - Other |
| Depiro, V | 10/27/2006 | 0.50 | Prepare for and participated on call with committee and counsel | Comm. Matters, Creditor Mtgs |
| Depiro, V | 10/27/2006 | 0.50 | Discussed case issues with C Troyer | Financial Analysis - Other |
| Depiro, V | 11/1/2006 | 0.10 | Call with FTI to discuss data request. | Financial Analysis - Other |
| Depiro, V | 11/2/2006 | 2.60 | Review data received. | Financial Analysis - Other |
| Depiro, V | 11/3/2006 | 4.00 | Reviewed YTD results and data received from the Company. | Financial Analysis - Other |
| Depiro, V | 11/8/2006 | 0.10 | Call with counsel regarding fee pooling. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 11/8/2006 | 0.50 | Review trial balances and recovery issues. | Financial Analysis - Other |
| Depiro, V | 11/10/2006 | 0.50 | Review trial balances and recovery issues. | Financial Analysis - Other |
| Depiro, V | 11/10/2006 | 0.50 | Prepared for and participated on conference call with committee and counsel | Comm. Matters, Creditor Mtgs |
| Depiro, V | 11/14/2006 | 0.50 | Analyzed claims by debtor and 12/05 financial statements by debtor. | Fin. Analysis- scheds. stmts. |
| Depiro, V | 11/21/2006 | 0.20 | Reviewed Docket | Financial Analysis - Other |
| Depiro, V | 11/28/2006 | 3.00 | Prepared for and attended meeting with Skadden, FTI, and Kasowitz to discuss case status. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 11/29/2006 | 0.20 | Amended data request. | Case Administration |
| Depiro, V | 12/5/2006 | 0.30 | Prepared for and participated on conference call with committee and counsel | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 12/18/2006 | 3.50 | Analyzed proposed plan. | Financial Analysis - Other |
| Depiro, V | 12/19/2006 | 0.70 | Call with FTI to discuss proposed plan. Provided update to counsel thereon. | Financial Analysis - Other |
| Depiro, V | 12/20/2006 | 0.50 | Participated on call with the Committee to discuss the proposed plan. | Financial Analysis - Other |
| Depiro, V | 12/21/2006 | 0.50 | Read and provided comments to counsel on objection. | Financial Analysis - Other |
| Depiro, V | 12/26/2006 | 0.30 | Updated committee holdings. | Financial Analysis - Other |
| Depiro, V | 1/2/2007 | 0.30 | committee holdings | Case Administration |
| Depiro, V | 1/3/2007 | 0.10 | Call with counsel to discuss strategy. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 1/5/2007 | 0.50 | Reviewed plan terms and provide list of issues to counsel. | Financial Analysis - Other |
| Depiro, V | 1/7/2007 | 1.00 | Reviewed documents received from Rothschild. | Financial Analysis - Other |
| Depiro, V | 1/9/2007 | 0.30 | Participated on call with the Committee. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 4/23/2007 | 1.00 | Reviewed invoices | Case Administration |
| Depiro, V | 4/25/2007 | 0.50 | Call with Committee. Follow up with calls to FTI and Jeffries | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 4/26/2007 | 0.50 | Call with FTI. Discuss case issues with SC. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 7/18/2007 | 1.20 | Analyzed proposed new plan agreement. Call with committee members to discuss. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 7/19/2007 | 1.00 | Call with Counsel to discuss plan. Email to FTI request information | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 7/23/2007 | 1.50 | Analyzed proposed plan. | Financial Analysis - Other |
| Depiro, V | 7/24/2007 | 0.50 | Prepared and participated on call with committee to discuss next steps | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 7/25/2007 | 0.80 | Call with FTI to discuss questions on the proposed plan, claims process. Update counsel re: same. | Financial Analysis - Other |
| Depiro, V | 7/31/2007 | 0.50 | Reviewed invoices. | Case Administration |
| Depiro, V | 9/10/2007 | 2.00 | Read financial sections of disclosure statement | Financial Analysis - Other |
| Depiro, V | 9/11/2007 | 1.50 | Analyzed creditor recoveries. | Financial Analysis - Other |
| Depiro, V | 9/12/2007 | 1.50 | Prepared for and participated on call with committee | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 9/17/2007 | 1.00 | Analyzed creditor recoveries. | Financial Analysis - Other |
| Depiro, V | 9/18/2007 | 0.20 | Call with counsel to discuss next steps. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 9/19/2007 | 1.00 | Reviewed recovery model. | Financial Analysis - Other |
| Depiro, V | 9/21/2007 | 2.00 | Reviewed recovery model. | Financial Analysis - Other |
| Depiro, V | 9/27/2007 | 0.50 | Followed up on issues raised at hearing. | Financial Analysis - Other |
| Depiro, V | 10/5/2007 | 1.00 | Reviewed memo prepared by counsel and provide comments. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 10/10/2007 | 1.00 | Analyzed intercompany motion and provided comments to counsel. | Financial Analysis - Other |
| Depiro, V | 10/18/2007 | 0.30 | Prepared for and participated on call with committee. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 10/30/2007 | 5.00 | Analyzed revised POR and DS. | Financial Analysis - Other |
| Depiro, V | 10/31/2007 | 1.00 | Prepared for and participated on conference call with the committee. | Mtgs w/Debtors and/or Counsel |
| Depiro, V | 11/1/2007 | 1.50 | Prepared for and participated on call with Committee and Counsel | Interaction/Mtgs w Creditors |
| Depiro, V | 11/2/2007 | 1.50 | Read objections filed by UCC and Ad Hoc Bond Holder Committee | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/5/2007 | 0.50 | Analyzed tax return information for Foreign Subsidiaries | Recovery/SubCon/Lien Analysis |
| Depiro, V | 11/6/2007 | 1.50 | Analyzed tax return information for Foreign Subsidiaries | Recovery/SubCon/Lien Analysis |
| Depiro, V | 11/8/2007 | 0.50 | Discussed developments with counsel. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/9/2007 | 0.50 | Discussed developments with counsel. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/12/2007 | 3.50 | Analyzed revised EPCA | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/13/2007 | 0.80 | Analyzed revised EPCA | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/14/2007 | 0.50 | Analyzed revised EPCA | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/15/2007 | 7.50 | Analyzed revised EPCA and Rothschild valuation. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/16/2007 | 2.00 | Analyzed document discovery. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/17/2007 | 3.50 | Analyzed document discovery. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/18/2007 | 2.50 | Analyzed document discovery. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/19/2007 | 3.00 | Reviewed documents. Updated POR model. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/20/2007 | 4.50 | Reviewed and provided comments on Objection. POR Modeling | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/21/2007 | 3.50 | Reviewed and provided comments on Objection. POR Modeling | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/23/2007 | 2.50 | Analyzed document discovery. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/24/2007 | 1.50 | Analyzed document discovery. | Plan of Reorg/Discl Stmt |

**Capstone Advisory Group**
**Delphi Ad Hoc Trade Committee**
**Time Detail**

| Timekeeper | Date | Hours | Description | Task |
|---|---|---|---|---|
| Depiro, V | 11/26/2007 | 1.00 | Case Administration. | Case Administration |
| Depiro, V | 11/26/2007 | 3.50 | Analyzed document discovery. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/27/2007 | 3.80 | Review documents and read depositions. | Plan of Reorg/Discl Stmt |
| Depiro, V | 11/28/2007 | 0.40 | Discuss case strategy with counsel. | Interaction/Mtgs w Creditors |
| Depiro, V | 11/29/2007 | 2.50 | Reviewed subcon issues | Recovery/SubCon/Lien Analysis |
| Depiro, V | 11/30/2007 | 2.00 | Review documents and read depositions. | Recovery/SubCon/Lien Analysis |
| Depiro, V | 11/30/2007 | 0.70 | Review documents and read depositions. Discussed case Strategy with Counsel | Interaction/Mtgs w Creditors |
| Depiro, V | 12/3/2007 | 1.50 | Analyzed subcon issues. | Recovery/SubCon/Lien Analysis |
| Depiro, V | 12/4/2007 | 2.50 | Analyzed amended POR and DS | Plan of Reorg/Discl Stmt |
| Depiro, V | 12/4/2007 | 1.00 | Call with committee and counsel. | Interaction/Mtgs w Creditors |
| Depiro, V | 12/4/2007 | 0.80 | Continued analyzing revised Plan and Disclosure Statement | Plan of Reorg/Discl Stmt |
| Depiro, V | 12/4/2007 | 2.00 | Continued reviewing document production. | Plan of Reorg/Discl Stmt |
| Depiro, V | 12/5/2007 | 1.00 | Call with counsel to discuss valuation issues. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 12/5/2007 | 1.00 | Call with counsel to discuss case issues. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 12/5/2007 | 0.50 | Participated on call with Committee. | Interaction/Mtgs w Creditors |
| Depiro, V | 12/5/2007 | 3.30 | Updated analysis of POR for counsel. Prepared various analyses of Subsidiary information for Counsel | Plan of Reorg/Discl Stmt |
| Depiro, V | 12/6/2007 | 2.50 | Attended hearing on EPCA. | Attend Hearings/Related Activi |
| Depiro, V | 1/14/2008 | 2.50 | Read objections to confirmation filed by UAW and Ad Hoc Bondholders | Plan of Reorg/Discl Stmt |
| Depiro, V | 1/18/2008 | 0.50 | Correspondence with counsel regarding valuation changes | Plan of Reorg/Discl Stmt |
| Depiro, V | 3/5/2008 | 1.00 | Read pleadings by the Debtor and analyzed impact on projections | Plan of Reorg/Discl Stmt |
| Depiro, V | 3/20/2008 | 1.00 | Analyzed implied enterprise value. | Plan of Reorg/Discl Stmt |
| Depiro, V | 4/4/2008 | 0.50 | Participated on conference call with committee to discuss case status | Interaction/Mtgs w Creditors |
| Depiro, V | 4/17/2008 | 1.00 | Read DIP Financing motions and discussed with counsel | DIP Financing |
| Depiro, V | 4/25/2008 | 1.00 | Analyzed DIP Financing presentation and 8-k. | DIP Financing |
| Depiro, V | 9/11/2008 | 3.00 | Analyzed asset sales post emergence. | Financial Analysis - Other |
| Depiro, V | 9/12/2008 | 1.00 | Read and analyzed revised GM agreement. | Plan of Reorg/Discl Stmt |
| Depiro, V | 9/13/2008 | 3.00 | Read and analyzed revised GM agreement. | Plan of Reorg/Discl Stmt |
| Depiro, V | 9/14/2008 | 3.00 | Read and analyzed revised financial projections. | Plan of Reorg/Discl Stmt |
| Depiro, V | 9/15/2008 | 2.00 | Prepared for and participated on conference call with committee and counsel | Comm. Matters, Creditor Mtgs |
| Depiro, V | 9/16/2008 | 3.00 | Analyzed proposed plan amendments and projections. | Plan of Reorg/Discl Stmt |
| Depiro, V | 9/19/2008 | 0.50 | Prepared for and participated on conference call with committee and counsel | Comm. Matters, Creditor Mtgs |
| Depiro, V | 9/19/2008 | 0.50 | Case administration. | Case Administration |
| Depiro, V | 9/22/2008 | 1.00 | Read various fillings regarding revised agreements. | Plan of Reorg/Discl Stmt |
| Depiro, V | 9/25/2008 | 2.00 | Read various fillings regarding revised agreements. | Plan of Reorg/Discl Stmt |
| Depiro, V | 10/5/2008 | 4.00 | Read and analyzed revised POR. | Plan of Reorg/Discl Stmt |
| Depiro, V | 10/6/2008 | 4.00 | Read and analyzed revised POR. | Plan of Reorg/Discl Stmt |
| Depiro, V | 10/15/2008 | 0.30 | Reviewed counsel email on POR points. | Comm. Matters, Creditor Mtgs |
| Depiro, V | 10/27/2008 | 0.50 | Analyzed Debtors' filings on DIP Financing. | DIP Financing |
| Depiro, V | 11/8/2008 | 2.00 | Read and analyzed DIP financing motions. | DIP Financing |
| Depiro, V | 11/12/2008 | 1.50 | Read and analyzed quarterly operating report. | Financial Analysis - Other |
| Depiro, V | 11/17/2008 | 1.30 | Read and analyzed motions regarding asset sales. | Financial Analysis - Other |
| Depiro, V | 11/20/2008 | 1.00 | Read various filings regarding DIP Financing. | DIP Financing |
| Depiro, V | 11/21/2008 | 1.30 | Read and analyzed various filings regarding DIP Financing. | DIP Financing |
| Depiro, V | 11/26/2008 | 0.50 | Read and analyzed various motions and 8-k regarding DIP Financing. | DIP Financing |
| Depiro, V | 11/26/2008 | 1.00 | Case Administration. | Case Administration |
| Depiro, V | 11/28/2008 | 0.50 | Read and analyzed various motions regarding DIP Financing. | DIP Financing |
| Ordway, E | 1/7/2007 | 4.50 | Reviewed terms of proposed Plan as well as documents received from Rothschild. | Financial Analysis - Other |
| Ordway, E | 1/8/2007 | 10.80 | Met with counsel and participated in negotiations of treatment of trade claims. Drafted expert report. | Mtgs w/Debtors and/or Counsel |
| Ordway, E | 1/9/2007 | 2.50 | With counsel negotiated treatment of trade claims. Participated on call with Committee | Mtgs w/Debtors and/or Counsel |
| Ordway, E | 11/20/2007 | 1.20 | Analyzed Revised POR | Plan of Reorg/Discl Stmt |
| Sell, T | 4/12/2006 | 6.00 | Read background material provide by V. Depiro. | Financial Analysis - Other |
| Sell, T | 4/13/2006 | 8.00 | Read background material provide by V. Depiro. | Financial Analysis - Other |
| Sell, T | 4/14/2006 | 8.00 | Analyze claims data contained in the Schedules and Statements | Fin. Analysis- scheds. stmts. |
| Sell, T | 4/17/2006 | 8.00 | Analyze claims data contained in the Schedules and Statements | Fin. Analysis- scheds. stmts. |
| Sell, T | 4/18/2006 | 10.00 | Analyze claims data contained in the Schedules and Statements | Fin. Analysis- scheds. stmts. |
| Sell, T | 4/19/2006 | 8.00 | Begin modeling recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 4/20/2006 | 2.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 4/20/2006 | 8.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 4/24/2006 | 10.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 4/25/2006 | 9.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 4/26/2006 | 8.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 4/27/2006 | 8.00 | Prepare sub con model. | Financial Analysis - Other |
| Sell, T | 4/28/2006 | 8.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 6/15/2006 | 5.00 | Meeting with counsel. | Mtgs w/Debtors and/or Counsel |
| Sell, T | 6/16/2006 | 5.00 | Analyze claims data contained in the Schedules and Statements | Fin. Analysis- scheds. stmts. |
| Sell, T | 6/22/2006 | 8.00 | Analyze claims data contained in the Schedules and Statements | Fin. Analysis- scheds. stmts. |
| Sell, T | 6/23/2006 | 5.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 6/27/2006 | 7.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Sell, T | 6/29/2006 | 2.00 | Prepare model recoveries on a legal entity basis. | Financial Analysis - Other |
| Troyer, C | 11/1/2006 | 5.00 | Analyzed intercompany loan documentation received from the Debtors. | Financial Analysis - Other |
| Troyer, C | 11/2/2006 | 5.00 | Analyzed intercompany loan documentation and GM data received from the Debtors. | Financial Analysis - Other |
| Troyer, C | 11/3/2006 | 5.00 | Analyzed trial balance and GM information received from the Debtors. | Financial Analysis - Other |
| Troyer, C | 11/6/2006 | 5.00 | Prepared summary of data received from the Debtors, outlining intercompany and other issues. | Financial Analysis - Other |
| Troyer, C | 11/13/2006 | 5.00 | Updated recovery model based on data received from the Debtors. | Financial Analysis - Other |
| Troyer, C | 11/14/2006 | 5.00 | Analyzed public data compared to Debtor only data received from the Debtors. | Financial Analysis - Other |

**Capstone Advisory Group**
**Delphi Ad Hoc Trade Committee**
**Time Detail**

| Timekeeper | Date | Hours | Description | Task |
|---|---|---|---|---|
| Troyer, C | 11/15/2006 | 5.00 | Updated recovery model based on data received from the Debtors. | Financial Analysis - Other |
| Troyer, C | 11/20/2006 | 1.50 | Updated recovery model based on data received from the Debtors. | Financial Analysis - Other |
| Walker, C | 11/5/2007 | 3.80 | Analyzed tax return information for Foreign Subsidiaries | Recovery/SubCon/Lien Analysis |
| Desalvio, M | 09/09/2008 | 3.00 | Researched and analyzed autosupplier comparable company data. | Financial Analysis - Other |
| Desalvio, M | 09/10/2008 | 2.00 | Researched and analyzed autosupplier comparable company data. | Financial Analysis - Other |
|  |  | 503.50 |  |  |

**Capstone Advisory Group**
**Delphi Ad Hoc Trade Committee**
**Expense Detail**

| Timekeeper | Date | Description | Exp. Amount | Task |
|---|---|---|---:|---|
| CAG Direct | 2/28/2006 | Feb. Phone | 6.28 | Telecom Charges- Billable |
| Depiro, V | 3/1/2006 | Subway | 4.00 | Taxi |
| Depiro, V | 3/1/2006 | Parking | 17.00 | Parking/Tolls |
| Depiro, V | 3/1/2006 | Tunnel | 5.00 | Parking/Tolls |
| CAG Direct | 3/31/2006 | March phone | 67.80 | Telecom Charges- Billable |
| CAG Direct | 4/30/2006 | April Telephone | 147.47 | Telecom Charges- Billable |
| CAG Direct | 5/31/2006 | May 2006 Telecom | 12.91 | Telecom Charges- Billable |
| Depiro, V | 6/15/2006 | Tunnel | 5.00 | Parking/Tolls |
| Depiro, V | 6/15/2006 | parking | 22.00 | Parking/Tolls |
| Cunningham, S | 6/21/2006 | Parking | 14.00 | Parking/Tolls |
| Cunningham, S | 6/21/2006 | Tolls | 6.00 | Parking/Tolls |
| CAG Direct | 6/30/2006 | June 2006 Allocations | 61.39 | Telecom Charges- Billable |
| CAG Direct | 7/31/2006 | July 2006 Allocations | 11.62 | Telecom Charges- Billable |
| CAG Direct | 8/31/2006 | August 2006 Allocations | 2.96 | Telecom Charges- Billable |
| CAG Direct | 9/30/2006 | September phone | 2.33 | Telecom Charges- Billable |
| CAG Direct | 10/31/2006 | October phone | 19.72 | Telecom Charges- Billable |
| CAG Direct | 11/30/2006 | November Phones | 21.72 | Telecom Charges- Billable |
| CAG Direct | 11/30/2006 | Fed Ex Invoice # 8-483-13700 | 6.87 | Postage/FedEx |
| CAG Direct | 12/31/2006 | December telecom | 16.60 | Telecom Charges- Billable |
| Depiro, V | 12/31/2006 | cell 11/23-12/22 | 4.83 | Telecom Charges- Billable |
| Ordway, E | 1/8/2007 | Parking $25.00, Tolls $6.00 | 31.00 | Parking/Tolls |
| Ordway, E | 1/9/2007 | Parking $19.00, Tolls $6.00 | 25.00 | Parking/Tolls |
| Ordway, E | 3/1/2007 | Feb 8 - Parking $43.00, Tolls $6.00 | 49.00 | Parking/Tolls |
| CAG Direct | 4/30/2007 | April Telecom | 4.09 | Telecom Charges- Billable |
| CAG Direct | 7/31/2007 | July Telecom | 8.13 | Telecom Charges- Billable |
| CAG Direct | 9/30/2007 | September Telecom | 14.98 | Telecom Charges- Billable |
| CAG Direct | 9/30/2007 | September Bloomberg Charges | 385.02 | Telecom Charges- Billable |
| CAG Direct | 10/31/2007 | October telecom | 6.85 | Telecom Charges- Billable |
| CAG Direct | 11/30/2007 | November telecom | 65.99 | Telecom Charges- Billable |
| CAG Direct | 12/31/2007 | December telecom | 28.64 | Telecom Charges- Billable |
| CAG Direct | 1/30/2008 | January telecom | 3.59 | Telecom Charges- Billable |
| CAG Direct | 1/31/2008 | Conference call | 24.96 | Telecom Charges- Billable |
| CAG Direct | 3/31/2008 | March Telecom | 1.63 | Telecom Charges- Billable |
| CAG Direct | 4/30/2008 | April Telecom | 1.95 | Telecom Charges- Billable |
| CAG Direct | 9/23/2008 | Sept Telcom | 25.56 | Telecom Charges- Billable |
| CAG Direct | 10/15/2008 | Oct Telcom | 7.07 | Telecom Charges- Billable |
| CAG Direct | 11/19/2008 | Nov Telcom | 11.76 | Telecom Charges- Billable |

1,150.72