David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Daniel N. Zinman (DZ-7562)
Daniel A. Fliman (DF-2236)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway, 22nd Floor
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel to the Delphi Trade Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## CERTIFICATE OF SERVICE

     DANIEL A. FLIMAN, an attorney admitted to practice before this Court, certifies under penalty of perjury, that a true copy of the *Application of the Delphi Trade Committee for Reimbursement of Expenses Arising from Substantial Contribution Made in These Cases* was served on November 20, 2009, and that a true copy of the *Notice of Filing of Exhibits to Application of the Delphi Trade Committee for Reimbursement of Expenses Arising from Substantial Contribution Made in These Cases* was served on November 24, 2009, by U.S. mail upon the parties on the annexed service list.

Dated: November 24, 2009
      New York, New York                        /s/ Daniel A. Fliman
                                                                    Daniel A. Fliman

**Service List**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10044
Attn: Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert J. Rosenberg Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
Attn: Marlane Melican, Esq.

John D. Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Valeria Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, North Carolina 28078