Bendinelli Law Office, P.C.
11184 Huron Street, Suite 10
Denver, CO 802347
Phone: (303) 940-9900
Fax: (303) 940-9933
Marc F. Bendinelli, Esq. - 28425
Bobby Gerald Sumner, Esq. - 29688

*COUNSEL TO JOSE C. ALFARO AND MARTHA ALFARO*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter: 11 |
| Debtors. | | |

**ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Bobby Gerald Sumner, a member in good standing of the bar of the State of Colorado, the bar of the State of North Carolina, the United States District Court for the District of Colorado, the United States Court of Appeals for the Tenth Circuit, and the United States Supreme Court, having requested admission, *pro hac vice,* to represent Jose C. Alfaro and Martha Alfaro, creditors in the above-captioned proceeding,

**IT IS THEREFORE ORDERED THAT:**

Bobby Gerald Sumner, Esq. is admitted to practice, *pro hac vice,* in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DATED: November 25, 2009
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE