UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
|                                    | : | Chapter 11                |
| In re                              | : |                           |
|                                    | : |                           |
| DELPHI CORPORATION, et al.,        | : | Case No. 05-44481 (RDD)   |
|                                    | : |                           |
|            Debtors.                | : | (Jointly Administered)    |
|                                    | : |                           |
------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009, I electronically filed **Final Application of W.Y. Campbell & Company For Compensation and Reimbursement Expenses** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- Anne Marie Aaronson    aaronsoa@pepperlaw.com
- David B. Aaronson    david.aaronson@dbr.com
- Elizabeth Abdelmasieh    elizabeth@regencap.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Franklin C. Adams    franklin.adams@bbklaw.com
- Jennifer L. Adamy    bankruptcy@goodwin.com
- David J. Adler    dadler@mccarter.com
- Michael J. Alerding    malerding@binghammchale.com
- Joseph W. Allen    jallen@jaeckle.com
- Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- Bruce D. Atherton    batherton@bathertonlaw.com
- Allison R. Bach    abach@dickinsonwright.com
- Stephen M. Bales    sbales@zieglermetzger.com
- C. David Bargamian    dbargamian@bsdd.com
- Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com
- William J. Barrett    william.barrett@bfkn.com
- David S. Barritt    barritt@chapman.com
- Douglas P. Bartner    dbartner@shearman.com, mtorkin@shearman.com;ned.schodek@shearman.com;yuichi.haraguchi@shearman.com; atenzer@shearman.com;danielle.kalish@shearman.com
- Donald F. Baty    dbaty@honigman.com
- Douglas P. Baumstein    dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com
- Peter Nils Baylor    pnb@nutter.com
- Ronald Scott Beacher    rbeacher@daypitney.com

- W. Robinson Beard    jkirk@stites.com
- Thomas M. Beeman    tom@beemanlawoffice.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Ryan B. Bennett    rbennett@kirkland.com, pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weiland@kirkland.com
- Neil Matthew Berger    neilberger@teamtogut.com, abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;dsmith@teamtogut.com;kackerman@teamtogut.com;mhamersky@teamtogut.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Richard J. Bernard    rbernard@bakerlaw.com, darivera@bakerlaw.com
- Jeffrey Bernstein    jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com
- Brendan G. Best    ssalinas@dykema.com
- Brendan G. Best    ssalinas@dykema.com
- Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Florence Bonaccorso-Saenz    florence.saenz@la.gov
- Charles E. Boulbol    rtrack@msn.com
- Jordan Brackett    jbrackett@fklaw.com, vgarvey@fklaw.com
- Eliza K. Bradley    ebradley@robergelaw.com
- William M. Braman    wbraman@meplegal.com
- Wendy D. Brewer    wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com
- Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
- Adam D. Bruski    adbruski@lambertleser.com
- Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
- Jacob Buchdahl    jbuchdahl@susmangodfrey.com
- Deborah M. Buell    maofiling@cgsh.com
- Kevin J. Burke    kburke@cahill.com
- Brent Adam Burns    bburns@babfirm.com
- Michael G. Busenkell    mbusenkell@wcsr.com
- John Wm. Butler    jbutler@skadden.com
- Aaron R. Cahn    cahn@clm.com
- Robert A. Calinoff    rcalinoff@candklaw.com
- Judy B. Calton    jcalton@honigman.com
- Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com
- Scott Cargill    scargill@lowenstein.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- D. Christopher Carson    ccarson@burr.com

- Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com
- Erin M. Casey    erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com
- Linda J. Casey    caseyl@pepperlaw.com, jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- Michael Cassell    mcassell@lefkowitzhogan.com
- Ben T. Caughey    ben.caughey@icemiller.com
- George B. Cauthen    george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Rocco A. Cavaliere    rcavaliere@blankrome.com, senese@blankrome.com;nmorales@blankrome.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Sarah B. Chapman Carter    scarter@pselaw.com
- Erik G. Chappell    egc@lydenlaw.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- J. Mark Chevallier    mchevallier@mcslaw.com
- Conrad Chiu    cchiu@daypitney.com
- Gloria M. Chon    gloria.chon@kkue.com
- David D. Cleary    mkhambat@dl.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Michael A. Cohen    macohen@kirkland.com
- Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
- Magdeline D. Coleman    magdeline.coleman@bipc.com, donna.curcio@bipc.com
- Mark B. Conlan    mconlan@gibbonslaw.com
- Dennis J. Connolly    dconnolly@alston.com
- Susan M. Cook    smcook@lambertleser.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Trent P. Cornell    tcornell@stahlcowen.com
- Patrick M. Costello    pcostello@bbslaw.com, Timothe@bbslaw.com
- Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Tyson A. Crist    tcrist@szd.com
- Maureen A. Cronin    macronin@debevoise.com, mao-ecf@debevoise.com;mbrice@debevoise.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Gary H. Cunningham    gcunningham@gmhlaw.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Jeannine D'Amico    jeannine.damico@cwt.com
- Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com
- Michael R. Dal Lago    bankruptcy@morrisoncohen.com
- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com
- Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- Carina M. De La Torre    cdelatorre@boselaw.com
- James J. DeCristofaro    james.decristofaro@lovells.com

3

- Karen Veronica DeFio    kdefio@bsk.com
- J. Michael Debbeler    mdebbeler@graydon.com
- Robert Dehney    rdehney@mnat.com, cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.com
- Karol K. Denniston    karol.denniston@dlapiper.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Karen Dine    karen.dine@pillsburylaw.com
- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Daniel D. Doyle    ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com
- David G. Dragich    ddragich@harringtondragich.com
- David B. Draper    ddraper@terra-law.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Seth A. Drucker    sdrucker@honigman.com
- David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
- Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com
- Erica L. Edman    eedman@pillsburywinthrop.com
- Daniel Egan    degan@kslaw.com
- Weston T. Eguchi    weguchi@orrick.com
- Gayle Ehrlich    gehrlich@sandw.com
- Robert L. Eisenbach    reisenbach@cooley.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Judith Elkin    judith.elkin@haynesboone.com
- Paige Leigh Ellerman    ellerman@taftlaw.com, docket@taftlaw.com
- Bruce N. Elliott    elliott@cmplaw.com
- Kristin Elliott    kelliott@kelleydrye.com
- Rex H. Elliott    loris@cooperelliott.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Margot Erlich    margot.erlich@pillsburylaw.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Marc Falcone    mfalcone@paulweiss.com
- Eugene I. Farber    efarber747@aol.com

- Kathleen A. Farinas    kf@lgrslaw.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Bonnie Glantz Fatell    fatell@blankrome.com
- Oscar B. Fears    bfears@law.ga.gov
- Benjamin D. Feder    KDWBankruptcyDepartment@kelleydrye.com
- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Eric Fisher    fishere@butzel.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Daniel A. Fliman    dfliman@kasowitz.com
- Paul C. Foley    foley@mountaindearborn.com
- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com
- Edward M. Fox    edward.fox@klgates.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com
- Mark S. Frankel    mfrankel@couzens.com
- Thomas M. Franklin    tmflaw@swbell.net
- Edward A. Friedman    efriedman@fklaw.com, vgarvey@fklaw.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
- Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com
- Patricia B. Fugee    pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com
- Lars H. Fuller    lfuller@rothgerber.com
- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- James Gadsden    bankruptcy@clm.com
- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Joanne Gelfand    joanne.gelfand@akerman.com
- Yann Geron    ygeron@foxrothschild.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Karen Giannelli    kgiannelli@gibbonslaw.com
- Leo J. Gibson    lgibson@bsdd.com
- Celeste R. Gill    gillc1@michigan.gov, sherwoodj@michigan.com
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Eduardo J. Glas    eglas@mccarter.com
- Jeffrey R. Gleit    jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com
- Larry Ivan Glick    larryglick@erols.com
- Ronald L. Glick    rlg@stevenslee.com
- Dean M. Gloster    dgloster@fbm.com

5

- Matthew Alexander Gold    courts@argopartners.net
- Eric D. Goldberg    egoldberg@Stutman.com
- Scott R. Goldberg    sgoldber@quarles.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com
- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com
- Robert D. Gordon    rgordon@clarkhill.com
- Gary A. Gotto    ggotto@krplc.com
- Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com
- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com
- Warren R. Graham    wrg@dmlegal.com
- Jonathan S. Green    greenj@millercanfield.com
- Wendy B. Green    wgreen@formanlaw.com
- John T. Gregg    jgregg@btlaw.com
- Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
- David M. Grogan    dgrogan@slk-law.com
- Stephen H. Gross    sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Janice Beth Grubin    jgrubin@tnsj-law.com
- Kevin Grzelak    phcdelphi@priceheneveld.com
- Peter J. Gurfein    pgurfein@akingump.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Dennis M. Haley    dhaley@winegarden-law.com
- Michael Leo Hall    mhall@burr.com
- Alan D. Halperin    ahalperin@halperinlaw.net, spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- William J. Hanlon    whanlon@seyfarth.com
- Kristopher M. Hansen    insolvency2@stroock.com
- Jill M. Hartley    jh@previant.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Bruce A. Harwood    bharwood@sheehan.com, ntoli@sheehan.com;nhbankruptcycourt@sheehan.com
- Lonie A. Hassel    lah@groom.com
- William M. Hawkins    whawkins@loeb.com
- Nava Hazan    nhazan@mwe.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Brian S. Hermann    bhermann@paulweiss.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- Shannon E. Hoff    mstinson@burr.com

- Marie Polito Hofsdal    mhofsdal@daypitney.com
- Albert L. Hogan    al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com
- Michelle R. Holl    mholl@mayerbrownrowe.com
- John R. Humphrey    jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Mark S. Indelicato    eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com
- Michael G. Insalaco    minsalaco@zeklaw.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
- Roger G. Jones    rjones@bccb.com
- Richard Josephson    basargent@stoel.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Allen G. Kadish    kadisha@gtlaw.com, cusumanod@gtlaw.com
- Dana P. Kane    lsi@liquiditysolutions.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- William M. Katich    wkatich@atg.state.il.us
- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
- Patrick J. Keating    pkeating@bdblaw.com
- David Kennedy    david.kennedy2@usdoj.gov
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Michael P. Kessler    ilusion.rodriguez@weil.com;garrett.fail@weil.com;rachel.albanese@weil.com;robert.lemons@weil.com;jae.kim@weil.com
- Jocelyn Keynes    jkeynes@halperinlaw.net
- Jocelyn Keynes    jk@stevenslee.com
- Ron Kilgard    BankruptcyECF@krplc.com
- Tami Hart Kirby    tkirby@porterwright.com
- Myron Kirschbaum    mkirschbaum@kayescholer.com
- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com
- Jeremy C. Kleinman    jkleinman@fgllp.com
- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- Brandi P. Klineberg    bklineberg@moritthock.com
- Howard Koh    hkoh@meisterseelig.com
- Seth F. Kornbluth    skornbluth@herrick.com
- Alan M. Koschik    akoschik@brouse.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com
- Julia S. Kreher    jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Duane Kumagai    dkumagai@rutterhobbs.com
- David R. Kuney    dkuney@sidley.com, kjacobs@sidley.com;emcdonnell@sidley.com
- Glenn M. Kurtz    gkurtz@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com
- Robinson B. Lacy    Lacyr@sullcrom.com
- Darryl S. Laddin    bkrfilings@agg.com
- Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov
- Stuart A. Laven    slaven@bfca.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com
- Harlan Mitchell Lazarus    hmllaw@att.net, hmllaw@att.net
- Thomas A. Lee    notices@becket-lee.com
- David S. Lefere    davidl@bolhouselaw.com
- Eugene Leff    eleff@oag.state.ny.us
- Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com
- David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com
- Joseph H. Lemkin    jhlemkin@duanemorris.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com
- Jonathan Levine    jlevine@andrewskurth.com, jlevine@akllp.com
- Kenneth M. Lewis    klewis@tblawllp.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg    barryster@att.net
- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com
- David Liebov    liebovd@sullcrom.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com
- Dennis W. Loughlin    dloughlin@wnj.com, robinclark@wnj.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
- A. Peter Lubitz    plubitz@nyc.rr.com
- Donald K. Ludman    dludman@brownconnery.com
- Matthew J. Lund    kovskyd@pepperlaw.com
- John H. Maddock    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us
- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com
- Donald W. Mallory    dmallory@ctks.com, ddcass@ctks.com
- Richard Mancino    maosbny@willkie.com, rmancino@willkie.com
- Jacob A. Manheimer    jmanheimer@pierceatwood.com, mpottle@pierceatwood.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Alan E. Marder    lgomez@msek.com

8

- Andrew L. Margulis    amargulis@ropers.com
- Kenneth S. Marks    kmarks@susmangodfrey.com, pwallace@susmangodfrey.com
- Ilan Markus    ilan.markus@leclairryan.com
- John J. Marquess    jjm@legalcost.com
- Madison L. Martin    nashvillebankruptcyfilings@stites.com
- Richard Gary Mason    rgmason@wlrk.com, calert@wlrk.com
- Victor J. Mastromarco    vmastromar@aol.com
- Deborah A. Mattison    dmattison@wcqp.com
- Kristin B. Mayhew    abothwell@pepehazard.com
- Alan S. Maza    mazaa@sec.gov
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Daniel P. Mazo    dpm@curtinheefner.com, rsz@curtinheefner.com
- Aaron G. McCollough    amccollough@mcguirewoods.com
- Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
- Ralph E. McDowell    rmcdowell@bodmanllp.com
- Douglas J. McGill    douglas.mcgill@dbr.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Scott S. McKessy    smckessy@reedsmith.com
- Terence McLaughlin    maosbny@willkie.com, tmclaughlin@willkie.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com
- Greta A. McMorris    gmcmorris@stinsonmoheck.com
- Austin L. McMullen    amcmullen@babc.com
- Patrick E. Mears    patrick.mears@btlaw.com
- Derek F. Meek    dmeek@burr.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Timothy Mehok    timothy.mehok@hellerehrman.com
- Richard G. Menaker    rmenaker@mhjur.com
- Richard M. Meth    msteen@daypitney.com
- G. Christopher Meyer    cmeyer@ssd.com
- Sally Meyer    smeyer@madisonliquidity.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Robert N. Michaelson    rmichaelson@klgates.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Brian Parker Miller    parker.miller@alston.com
- Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com
- W. Timothy Miller    miller@taftlaw.com, adams@taftlaw.com;docket@taftlaw.com
- Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com
- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- James P. Moloy    jmoloy@dannpecar.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com
- Audrey E. Moog    amoog@hhlaw.com
- Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

9

- Brian F. Moore    bmoore@mccarter.com
- Gene T. Moore    gtmlaw@bellsouth.net
- James O. Moore    james.moore@dechert.com, james.moore@dechert.com
- Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com
- Sarah E. Morrison    sarah.morrison@doj.ca.gov
- Whitney L. Mosby    wmosby@binghammchale.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com
- Alisa Mumola    alisa@contrariancapital.com
- Jill L. Murch    jmurch@foley.com, khall@foley.com
- James P. Murphy    murph@berrymoorman.com
- Robert D. Nachman    rnachman@scgk.com
- Stephen M. Nagle    stephen.nagle@oag.state.ny.us
- Bruce S. Nathan    bnathan@lowenstein.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Michael R. Nestor    bankfilings@ycst.com
- Marie L. Nienhuis    pmitchell@bcblaw.net
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Richard P. Norton    rnorton@hunton.com
- Kasey C. Nye    kasey.nye@quarles.com
- Michael P. O'Connor    mpolaw@aol.com
- Michael O'Hayer    mkohayer@aol.com
- Judy A. O'Neill    joneill@foley.com
- Martin P. Ochs    martin@oglaw.net
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Norman D. Orr    norman.orr@kkue.com
- Patrick J. Orr    porr@klestadt.com
- Lawrence E. Oscar    leoscar@hahnlaw.com, hlpcr@hahnlaw.com
- Karen Ostad    kostad@mofo.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Isaac M. Pachulski    ipachulski@stutman.com
- Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com
- Charles Palella    cpalella@kurzman.com
- Ingrid S. Palermo    ipalermo@bsk.com
- Sapna W. Palla    spalla@kayescholer.com, bmintz@kayescholer.com;rcappiello@kayescholer.com;maosbny@kayescholer.com;tlan gsdorf@kayescholer.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Lenard M. Parkins    lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com
- Richard J. Parks    rjp@pietragallo.com, kas2@pietragallo.com
- Felton E. Parrish    fparrish@kslaw.com
- Susan P. Persichilli    susan.persichilli@bipc.com
- Geoffrey J. Peters    colnyecf@weltman.com
- Lowell Peterson    lpeterson@msek.com

10

- Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
- Robert A. Peurach    rpeurach@gdakmak.com
- Ed Phillips    ephillips@thurman-phillips.com
- Christine A.M. Pierpont    cpierpont@ssd.com
- Shone Pierre    florence.saenz@la.gov
- Oscar N. Pinkas    opinkas@sonnenschein.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Constantine Pourakis    cp@stevenslee.com
- Mark T. Power    MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhessen.com;nrigano@hahnhessen.com;jorbach@hahnhessen.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov
- Dennis E. Quaid    dquaid@fagelhaber.com
- Paul A. Rachmuth    prachmuth@reedsmith.com
- Thomas B. Radom    radom@butzel.com
- John J. Rapisardi    john.rapisardi@cwt.com, megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Gary Ravert    gravert@mwe.com
- Eric T. Ray    eray@balch.com
- Jo Christine Reed    jcreed@sonnenschein.com, rmillner@sonnenschein.com
- Steven J. Reisman    sreisman@curtis.com, ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Kenneth A. Reynolds    kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Walter Reynolds    wreynolds@porterwright.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards    mrichards@blankrome.com
- Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us
- Paul J. Ricotta    pricotta@mintz.com
- Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
- Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Matthew R. Robbins    mrr@previant.com
- Elizabeth A. Roberge    eroberge@robergelaw.com
- Scott D. Rosen    srosen@cb-shea.com
- Heath D. Rosenblat    hrosenblat@kayscholer.com
- Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

11

- Jeffrey A. Rosenthal    maofiling@cgsh.com, aweaver@cgsh.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- David E. Roth    pdarby@bradleyarant.com
- Ira Rubin    norma@bizwoh.rr.com
- Robert B. Rubin    brubin@burr.com
- Lyle D. Russell    lylerussell@magnusoft.com
- Maura I. Russell    dangiulo@dreierllp.com, ECFNotices@dreierllp.com
- E. Todd Sable    tsable@honigman.com
- Chester B. Salomon    csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com
- Brian D. Salwowski    bsalwowski@atg.state.in.us
- Diane W. Sanders    austin.bankruptcy@publicans.com
- William A. Sankbeil    was@krwlaw.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Robert V. Sartin    rsartin@fbtlaw.com, chruska@fbtlaw.com
- William F. Savino    wsavino@damonmorey.com, alunday@damonmorey.com
- Louis A. Scarcella    lscarcella@farrellfritz.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Ilan D. Scharf    ischarf@pszjlaw.com
- Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com
- James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
- Andrew W. Schilling    aschilling@fklaw.com, vgarvey@fklaw.com
- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com
- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- Sheila R. Schwager    srs@hteh.com
- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov
- Bryan I. Schwartz    bschwartz@lplegal.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Lon J. Seidman    filings@spallp.com, lseidman@silvermanacampora.com
- Howard Seife    arosenblatt@chadbourne.com
- Jay Selanders    jay.selanders@kutakrock.com
- Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com;jwinters@whitecase.com
- Robert J. Sidman    rjsidman@vorys.com, bkbowers@vorys.com
- Robert Sidorsky    sidorsky@butzel.com

12

- Glenn E. Siegel    Glenn.Siegel@dechert.com
- John D. Silk    silk@rbmchicago.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
- John A. Simon    jsimon@foley.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Joseph E. Simpson    jsimpson@hselaw.com
- Thomas R. Slome    lgomez@msek.com
- Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Jesse L. Snyder    jforstot@tpwlaw.com;mmuller@tpwlaw.com
- Marc P. Solomon    msolomon@burr.com
- Sean C. Southard    ssouthard@klestadt.com
- Paul H. Spaeth    spaethlaw@phslaw.com
- Robyn J. Spalter    notice@regencap.com
- Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
- Douglas E. Spelfogel    dspelfogel@foley.com
- Michael A. Spero    jspecf@sternslaw.com
- Byron C. Starcher    byron.starcher@nelsonmullins.com
- Catherine Steege    csteege@jenner.com, jeffrey_cross@discovery.com
- Matthew B. Stein    mstein@sonnenschein.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Andrew W. Stern    astern@sidley.com
- Malani Sternstein    msternstein@sheppardmullin.com
- Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Joseph G. Strines    joseph.strines@dplinc.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Paul Sweeney    psweeney@loganyumkas.com, jbeckman@loganyumkas.com
- Dona Szak    dszak@ajamie.com
- Robert Szwajkos    rsz@curtinheefner.com
- Douglas T. Tabachnik    dtabachnik@dttlaw.com
- Jeffrey L. Tanenbaum    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
- Roger L. Tarbutton    roger.tarbutton@jocogov.org
- Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- Richard S. Toder    rtoder@morganlewis.com
- Gordon J. Toering    gtoering@wnj.com
- Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com
- Sheldon S. Toll    lawtoll@comcast.net
- Michael A. Trentadue    mtrentadue@boselaw.com

- Martin B. Tucker    mtucker@fbtlaw.com
- Debra S. Turetsky    dturetsky@reedsmith.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Robert Usadi    mmcloughlin@cahill.com
- Nina M. Varughese    varughesen@pepperlaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Lori V. Vaughan    lvaughan@foley.com
- Frank F. Velocci    frank.velocci@dbr.com
- James J. Vincequerra    jvincequerra@wolfblock.com
- Gary Vist    gvist@masudafunai.com, docketing@masudafunai.com
- Joseph J. Vitale    jvitale@cwsny.com
- Arthur T. Walsh    omclaw@aol.com
- Sean M. Walsh    swalsh@gmhlaw.com
- Michael D. Warner    bankruptcy@warnerstevens.com
- W. Clark Watson    cwatson@balch.com
- Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com
- William P. Weintraub    wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com
- Allison H. Weiss    aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com
- Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com
- Robert J. Welhoelter    rjwelho@gmail.com, chris.cronk@wallerlaw.com;chris.siderys@wallerlaw.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- David A. Wender    david.wender@alston.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- Robert A White    rwhite@murthalaw.com
- Amy Williams-Derry    awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com
- Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- Jeffrey C. Wisler    jcw@cblhlaw.com
- Craig A. Wolfe    cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Kelly A. Woodruff    kwoodruff@fbm.com, svillalobos@fbm.com
- Zhiyuan Xu    mxu@schiffhardin.com
- David Farrington Yates    fyates@sonnenschein.com
- Stephen L. Yonaty    syonaty@chwattys.com
- German Yusufov    pcaocvbk@pcao.pima.gov
- Helen A. Zamboni    hzamboni@underbergkessler.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

and I certify that I have served the document via U.S. Mail, postage prepaid, upon:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard, Esq.

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive Suite 2100
Chicago, IL 60606
*Counsel for the Debtors*

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Fourth Avenue
New York, NY 10022
Attn: Robert J. Rosenberg
  Mark A. Broude
*Counsel for the Official Committee of Unsecured Creditors*

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Brian Resnick

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Bonnie Steingart
*Counsel for the Official Committee of Equity Security Holders*

I further certify that a copy of the document was served via electronic mail upon the "2002 Entities" listed in the database at www.delphidocket.com as of the date hereof.

/s/ Allison R. Bach
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Telephone:    313.223.3500
Email: abach@dickinsonwright.com

DETROIT 21924-17 997625v3