IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

In re                            :       Chapter 11

                                     :

DPH HOLDINGS CORP., et al.,    :       Case No. 05-44481 (RDD)

                                     :

Reorganized Debtors.       :       (Jointly Administered)

                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

       I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

       On November 24, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit A</u> hereto via postage pre-paid U.S. mail:

       Notice of (A) Order Approving Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession and (B) Occurrence of Effective Date (Docket No. 18958)

Dated: November 30, 2009

                                        */s/ Darlene Calderon*
                                        Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 30th day of November, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  */s/ Gabriela Medina*

Commission Expires: *6/11/13*

# EXHIBIT A

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip | Country |
|---------|---------|----------|------|-------|-----|---------|
| JONES & LAUGHLIN STEEL | N DAVID BLEISCH | 31503 ALDRICH DR | BAY VILLAGE | OH | 44140 | USA |
| MIDWEST ZINC CORPORATION | JOAO BOSCO SILVA PRACA | RAMOS DE AZEVEDO 245 5 | ANDAR | | 01037 | BRAZIL |
| MIDWEST ZINC CORPORATION | M RUSS ROBINSON | 6020 NAVIGATION | HOUSTON | TX | 77011 | USA |
| THE REPUBLIC STEEL CORP | GLENN J MORAN | 5800 LOMBARDO CENTER | SEVEN HILLS | OH | 44131 | USA |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/25/2009 7:54 PM
Presidents Special Parties.xlsx US Mail