# EXHIBIT 2

**MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY**  
**REMEDIATION AND REDEVELOPMENT DIVISION**  
Cost Recovery Summary Report

Date: 06/19/2006  
Source: ERNIE  
Page: 1 of 1

Site Name: Delphi Automotive - Holland Ave   County: Saginaw  
Site ID: 73000051  
Package: 451633-00    Delphi Bankruptcy: Original

| | | |
|---|---:|---:|
| Total for Employee Salaries and Wages | | |
| Period Covered: 11/20/2004 - 11/20/2004 | $465.70 | |
| Indirect Dollars | $89.09 | |
| Sub-Total | | $554.79 |
| Total for Employee Travel Expenses | | |
| Period Covered: | | $0.00 |
| Contractual Expenses | | |
| Period Covered: | $0.00 | |
| Contract Sub-Total | | $0.00 |
| Total for Miscellaneous Expenses | | |
| Period Covered: | | $0.00 |
| MDNR/MDEQ Lab | | |
| Period Covered: | | $0.00 |
| Total for MDPH/Community Health Expenses | | |
| Alternate Water Supply | | |
| Period Covered: | $0.00 | |
| Bottled Water | | |
| Period Covered: | $0.00 | |
| MDPH/MDCH Lab | | |
| Period Covered: | $0.00 | |
| Sub-Total | | $0.00 |
| Attorney General Expenses | | |
| Period Covered: | | $0.00 |
| Other Expenses | | |
| Period Covered: | | $0.00 |
| Sub-Total | | $554.79 |
| Interest Calculated from through | | $0.00 |
| **Total Combined Expenses for Site and Interest** | | **$554.79** |

Run Date 06/19/2006

## Cost Summary of Salaries, Fringes, FICA and Retirement
## Michigan Department of Environmental Quality
### Remediation and Redevelopment Division

**Site Name:** Delphi Automotive-Holland Ave    **Site ID No.:** 73000051    **Project No.:** 451633  00    **Package:** 0

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Index/Cost Center:** | 47628 | | RRD FO/SAGI OVERSEE VOL ACTN NOT CVRD | | | | | | | | | | | |
| KLANN RHONDA L | 11/20/2004 | 9.7 | $31.20 | $302.02 | 0.2209 | $66.71 | 0.3211 | $96.98 | | | | | $465.70 | $89.09 |

|  |  |
|---|---|
| Salaries Total: | $465.70 |
| Indirect Total: | $89.09 |
| Index/Cost Center Total: | $554.79 |

**Run Date:** 6/14/2006

|  |  |
|---|---|
| Total Salaries for this site: | $465.70 |
| Total Indirect for this site: | $89.09 |
| Combined Total: | $554.79 |

salaries Indirect OTREP w/o PCA

---

The indirect rate reflects the costs of operational services provided to the Remediation and Redevelopment Division by the Department of Environmental Quality and other State agencies. Each division is charged a percentage of their direct labor costs (includes salaries and fringes) to cover the indirect operational expenses of the Department and other State agencies.

These include the operations of the DEQ's Executive Office (non-program costs), administrative services (non-program costs), building rent, data processing, and the costs of using the State of Michigan's State Central Services.

The indirect rates used by the DEQ vary each fiscal year and prior to 10/1/97 were negotiated between the U. S. Department of the Interior, Office of Inspector General (Eastern Region) and the Department of Natural Resources. It is now negotiated between with the U. S. Environmental Protection Agency (EPA) and the Department of Environmental Quality. These rates are the same that are charged for grants and contracts with the Federal Government and is applicable to the Office of Management and Budget Circular A-87.

Excluded costs are: capital outlay expenses (equipment), miscellaneous, travel, contractual services supplies and maintenance (CSS&M) expenses.

| | |
|---|---|
| **MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY** | Date: 07/12/2006 |
| **REMEDIATION AND REDEVELOPMENT DIVISION** | Source: ERNIE |
| **Cost Recovery Summary Report** | Page: 1 of 1 |

Site Name: Delphi (GM) Saginaw Division Plant 2          County: Saginaw
Site ID: 73000052
Package: 451634-00        Delphi Bankruptcy: Pre 10/8/05

| | | |
|---|---:|---:|
| Total for Employee Salaries and Wages | | |
|    Period Covered: 11/19/1994 - 10/08/2005 | $50,890.83 | |
|    Indirect Dollars | $9,531.73 | |
|    Sub-Total | | $60,422.56 |
| Total for Employee Travel Expenses | | |
|    Period Covered: 02/17/1995 - 06/03/2004 | | $750.55 |
| Contractual Expenses | | |
|    Period Covered: | $0.00 | |
|    Contract Sub-Total | | $0.00 |
| Total for Miscellaneous Expenses | | |
|    Period Covered: 03/09/1998 - 03/09/1998 | | $7.25 |
| MDNR/MDEQ Lab | | |
|    Period Covered: | | $0.00 |
| Total for MDPH/Community Health Expenses | | |
|    Alternate Water Supply | | |
|    Period Covered: | $0.00 | |
|    Bottled Water | | |
|    Period Covered: | $0.00 | |
|    MDPH/MDCH Lab | | |
|    Period Covered: | $0.00 | |
|    Sub-Total | | $0.00 |
| Attorney General Expenses | | |
|    Period Covered: | | $0.00 |
| Other Expenses | | |
|    Period Covered: | | $0.00 |
|    Sub-Total | | $61,180.36 |
| Interest Calculated from  through | | $0.00 |
| **Total Combined Expenses for Site and Interest** | | **$61,180.36** |

Run Date 06/09/2006

## Cost Summary of Salaries, Fringes, FICA and Retirement
## Michigan Department of Environmental Quality
## Remediation and Redevelopment Division

| Site Name: | GM Plant #2 Saginaw Division | | | | | Site ID No.: 73000052 | | Project No.: 451634 00 | | | | Package: O |

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Index/Cost Center:** | **44603** | | | **RRD FO/SAGI PART 201 PLAN REVIEW** | | | | | | | | | | |
| JURY MICHAEL R | 9/10/2005 | 0.7 | $31.15 | $21.49 | 0.1815 | $3.90 | 0.3173 | $6.82 | | | | | $32.21 | $6.16 |
| KLANN RHONDA L | 2/12/2005 | 2.9 | $31.20 | $90.48 | 0.2209 | $19.98 | 0.3518 | $31.83 | | | | | $142.29 | $27.22 |
| KLANN RHONDA L | 2/26/2005 | 1.3 | $31.20 | $40.56 | 0.2209 | $8.96 | 0.3173 | $12.87 | | | | | $62.39 | $11.93 |
| KLANN RHONDA L | 8/13/2005 | 4.6 | $31.20 | $143.83 | 0.2209 | $31.77 | 0.3173 | $45.63 | | | | | $221.23 | $42.32 |
| KLANN RHONDA L | 8/27/2005 | 6.3 | $31.20 | $196.25 | 0.2209 | $43.34 | 0.3172 | $62.26 | | | | | $301.85 | $57.74 |
| KLANN RHONDA L | 9/10/2005 | 10.8 | $31.20 | $336.96 | 0.2209 | $74.42 | 0.3173 | $106.91 | | | | | $518.29 | $99.15 |
| KLANN RHONDA L | 9/24/2005 | 8.2 | $31.20 | $255.84 | 0 | $0.00 | 0.3173 | $81.17 | | | | | $337.01 | $64.47 |
| KLANN RHONDA L | 9/30/2005 | 15.2 | $31.51 | $479.27 | 0.1094 | $52.41 | 0.3399 | $162.90 | | | | | $694.58 | $132.87 |
| | | | | | | | | | | | Salaries Total: | | $2,309.85 | |
| | | | | | | | | | | | Indirect Total: | | $441.87 | |
| | | | | | | | | | | Index/Cost Center Total: | | | $2,751.73 | |
| **Index/Cost Center:** | **45853** | | | **DEQ ERD C&E/SD DEV&SPRT UAOS&LEGAL CASES** | | | | | | | | | | |
| MONROE BRIAN M | 8/10/1996 | 3.3 | $26.56 | $87.65 | 0.1692 | $14.83 | 0.2359 | $20.68 | | | | | $123.15 | $23.00 |
| MONROE BRIAN M | 10/5/1996 | 1.0 | $27.12 | $27.12 | 0.0662 | $1.79 | 0.4886 | $13.25 | | | | | $42.17 | $8.12 |
| MONROE BRIAN M | 10/19/1996 | 1.0 | $27.12 | $27.12 | 0.0386 | $1.05 | 0.2311 | $6.27 | | | | | $34.44 | $6.63 |
| | | | | | | | | | | | Salaries Total: | | $199.75 | |
| | | | | | | | | | | | Indirect Total: | | $37.76 | |
| | | | | | | | | | | Index/Cost Center Total: | | | $237.51 | |
| **Index/Cost Center:** | **45860** | | | **DEQ ERD C&E/SD STE RDV/NEG OF VOL AGRMTS** | | | | | | | | | | |
| LEEMON NANETTE | 9/30/1996 | 0.9 | $22.98 | $20.68 | 0.0103 | $0.21 | 0.2362 | $4.88 | | | | | $25.78 | $4.82 |
| LEEMON NANETTE | 10/5/1996 | 5.0 | $22.98 | $114.90 | 0.0319 | $3.66 | 0.2367 | $27.20 | | | | | $145.76 | $28.07 |
| LEEMON NANETTE | 10/19/1996 | 3.7 | $22.98 | $85.03 | 0.0734 | $6.24 | 0.2308 | $19.63 | | | | | $110.90 | $21.36 |
| LEEMON NANETTE | 12/14/1996 | 0.9 | $22.98 | $20.68 | 0.0734 | $1.52 | 0.2308 | $4.77 | | | | | $26.97 | $5.20 |
| | | | | | | | | | | | Salaries Total: | | $309.41 | |
| | | | | | | | | | | | Indirect Total: | | $59.44 | |
| | | | | | | | | | | Index/Cost Center Total: | | | $368.86 | |
| **Index/Cost Center:** | **47611** | | | **DEQ ERD R2/D8 LOG-IN&OFFICE HAZARD ASSES** | | | | | | | | | | |
| MARKLEY JOSEPH L | 12/13/1997 | 22.5 | $21.77 | $489.83 | 0.1379 | $67.53 | 0.2351 | $115.14 | | | | | $672.50 | $146.81 |
| | | | | | | | | | | | Salaries Total: | | $672.50 | |
| | | | | | | | | | | | Indirect Total: | | $146.81 | |
| | | | | | | | | | | Index/Cost Center Total: | | | $819.30 | |
| **Index/Cost Center:** | **47621** | | | **ERD FO/SAGI MONITOR ORDER&AGRT CMPLNCE** | | | | | | | | | | |
| KLANN RHONDA L | 5/13/2000 | 24.5 | $25.11 | $615.20 | 0.1873 | $115.20 | 0.1841 | $113.24 | | | | | $843.64 | $153.04 |
| | | | | | | | | | | | Salaries Total: | | $843.64 | |
| | | | | | | | | | | | Indirect Total: | | $153.04 | |
| | | | | | | | | | | Index/Cost Center Total: | | | $996.67 | |

Site Name: GM Plant #2 Saginaw Division    Site ID No.: 73000052    Project No.: 451634  00    Package: O

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Index/Cost Center:** | **47623** | | | **DEQ ERD R2/D8 NEGOTIATE VOL ENFRCBL AGTS** | | | | | | | | | | |
| BROUILLET ALLAN C | 3/9/1996 | 2.9 | $22.46 | $65.13 | 0.0716 | $4.66 | 0.2363 | $15.39 | | | | | $85.19 | $15.91 |
| BROUILLET ALLAN C | 4/6/1996 | 0.6 | $22.46 | $13.48 | 0.0716 | $0.96 | 0.2363 | $3.19 | | | | | $17.63 | $3.29 |
| BROUILLET ALLAN C | 9/21/1996 | 4.0 | $22.46 | $89.84 | 0.0705 | $6.34 | 0.2364 | $21.23 | | | | | $117.41 | $21.93 |
| BROUILLET ALLAN C | 10/19/1996 | 10.3 | $22.98 | $236.69 | 0.0697 | $16.49 | 0.2775 | $65.69 | | | | | $318.87 | $61.41 |
| BROUILLET ALLAN C | 11/2/1996 | 5.3 | $22.98 | $121.79 | 0.0697 | $8.49 | 0.2310 | $28.14 | | | | | $158.42 | $30.51 |
| KAELBER-MATLOCK S | 9/21/1996 | 4.0 | $22.46 | $89.84 | 0.185 | $16.62 | 0.2363 | $21.23 | | | | | $127.69 | $23.85 |
| KAELBER-MATLOCK S | 9/30/1996 | 2.5 | $22.98 | $57.45 | 0.0236 | $1.36 | 0.2363 | $13.57 | | | | | $72.38 | $13.52 |
| KAELBER-MATLOCK S | 11/30/1996 | 9.0 | $22.98 | $206.82 | 0.1721 | $35.60 | 0.231 | $47.77 | | | | | $290.18 | $55.89 |
| KAELBER-MATLOCK S | 12/14/1996 | 1.9 | $22.98 | $43.66 | 0.1721 | $7.51 | 0.231 | $10.09 | | | | | $61.26 | $11.80 |
| KAELBER-MATLOCK S | 1/25/1997 | 2.0 | $22.98 | $45.96 | 0.1721 | $7.91 | 0.231 | $10.62 | | | | | $64.49 | $12.42 |
| KLANN RHONDA L | 9/21/1996 | 19.6 | $22.46 | $440.22 | 0.0579 | $25.49 | 0.2362 | $103.99 | | | | | $569.69 | $106.42 |
| KLANN RHONDA L | 9/30/1996 | 14.0 | $22.98 | $321.72 | 0.0236 | $7.60 | 0.2362 | $75.99 | | | | | $405.32 | $75.71 |
| KLANN RHONDA L | 10/5/1996 | 15.2 | $22.98 | $349.30 | 0.0226 | $7.91 | 0.2362 | $82.51 | | | | | $439.72 | $84.69 |

Salaries Total: $2,728.25
Indirect Total: $517.37
Index/Cost Center Total: $3,245.61

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Index/Cost Center:** | **47627** | | | **DEQ ERD R2/D8 LIABILITY DETERMNS&NOTFCTN** | | | | | | | | | | |
| BROUILLET ALLAN C | 11/4/1995 | 7.9 | $22.46 | $177.43 | 0.0669 | $11.87 | 0.2363 | $41.94 | | | | | $231.24 | $43.20 |
| BROUILLET ALLAN C | 11/18/1995 | 1.1 | $22.46 | $24.71 | 0.0716 | $1.77 | 0.2363 | $5.84 | | | | | $32.31 | $6.04 |
| BROUILLET ALLAN C | 1/13/1996 | 3.8 | $22.46 | $85.35 | 0.0716 | $6.11 | 0.2364 | $20.17 | | | | | $111.63 | $20.85 |
| BROUILLET ALLAN C | 4/6/1996 | 0.6 | $22.46 | $13.48 | 0.0716 | $0.96 | 0.2363 | $3.19 | | | | | $17.63 | $3.29 |

Salaries Total: $392.81
Indirect Total: $73.38
Index/Cost Center Total: $466.19

| Site Name: | GM Plant #2 Saginaw Division | | | | | | | Site ID No.: 73000052 | | Project No.: 451634 00 | | | Package: O | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee | | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
| **Index/Cost Center:** | **47628** | | | DEQ ERD R2/D8 OVERSEE VOL ACTN NOT CVRD | | | | | | | | | | | |
| BERTRAM TIMOTHY E | | 12/16/1995 | 3.0 | $17.82 | $53.46 | 0.2203 | $11.77 | 0.2362 | $12.63 | | | | | $77.86 | $14.54 |
| BERTRAM TIMOTHY E | | 3/8/1997 | 6.7 | $21.14 | $141.64 | 0.1731 | $24.51 | 0.2325 | $32.93 | | | | | $199.08 | $38.34 |
| BROUILLET BRENDA J | | 3/18/2000 | 1.1 | $29.63 | $32.59 | 0.0366 | $1.19 | 0.1870 | $6.10 | | | | | $39.88 | $7.23 |
| BUCHOLTZ PAUL T | | 11/14/1998 | 3.4 | $15.69 | $53.35 | 0.1759 | $9.39 | 0.2015 | $10.75 | | | | | $73.48 | $16.04 |
| JOHANNES PETER J | | 8/4/2001 | 18.3 | $25.61 | $469.18 | 0.1552 | $72.80 | 0.2085 | $97.81 | | | | | $639.79 | $115.67 |
| JURY MICHAEL R | | 12/21/2002 | 2.0 | $29.08 | $58.16 | 0.1924 | $11.19 | 0.2419 | $14.07 | | | | | $83.42 | $15.51 |
| KAELBER-MATLOCK S | | 5/20/1995 | 3.4 | $21.81 | $74.15 | 0.2174 | $16.12 | 0.2414 | $17.90 | | | | | $108.18 | $16.64 |
| KAELBER-MATLOCK S | | 7/29/1995 | 2.5 | $21.81 | $54.53 | 0.2174 | $11.86 | 0.2414 | $13.16 | | | | | $79.54 | $12.23 |
| KAELBER-MATLOCK S | | 8/26/1995 | 0.4 | $21.81 | $8.72 | 0.2174 | $1.90 | 0.2414 | $2.11 | | | | | $12.73 | $1.96 |
| KAELBER-MATLOCK S | | 5/17/1997 | 7.7 | $22.98 | $176.95 | 0.1721 | $30.45 | 0.231 | $40.87 | | | | | $248.27 | $47.82 |
| KAELBER-MATLOCK S | | 9/6/1997 | 4.4 | $22.98 | $101.11 | 0.1721 | $17.40 | 0.231 | $23.35 | | | | | $141.87 | $27.32 |
| KAELBER-MATLOCK S | | 3/21/1998 | 4.7 | $23.67 | $111.25 | 0.1965 | $21.86 | 0.2348 | $26.12 | | | | | $159.23 | $34.76 |
| KAELBER-MATLOCK S | | 9/30/1998 | 4.0 | $24.38 | $97.52 | 0.1331 | $12.98 | 0.1337 | $13.04 | | | | | $123.54 | $26.97 |
| KAELBER-MATLOCK S | | 2/5/2000 | 8.0 | $25.11 | $200.88 | 0.1867 | $37.50 | 0.187 | $37.56 | | | | | $275.94 | $50.05 |
| KAELBER-MATLOCK S | | 9/30/2000 | 6.8 | $25.11 | $170.75 | 0.1867 | $31.88 | 0.187 | $31.93 | | | | | $234.55 | $42.55 |
| KAELBER-MATLOCK S | | 12/23/2000 | 5.2 | $25.61 | $132.92 | 0.1984 | $26.37 | 0.2114 | $28.10 | | | | | $187.39 | $33.88 |
| KAELBER-MATLOCK S | | 3/3/2001 | 2.0 | $25.61 | $51.22 | 0.1984 | $10.16 | 0.2114 | $10.83 | | | | | $72.21 | $13.06 |
| KAELBER-MATLOCK S | | 1/19/2002 | 3.0 | $26.12 | $78.36 | 0.2106 | $16.50 | 0.2034 | $15.93 | | | | | $110.80 | $21.14 |
| KAELBER-MATLOCK S | | 3/30/2002 | 1.0 | $26.12 | $26.12 | 0.2106 | $5.50 | 0.2034 | $5.31 | | | | | $36.93 | $7.05 |
| KAELBER-MATLOCK S | | 6/8/2002 | 5.6 | $26.12 | $146.27 | 0.2106 | $30.80 | 0.2034 | $29.75 | | | | | $206.82 | $39.46 |
| KAELBER-MATLOCK S | | 10/12/2002 | 2.9 | $26.64 | $77.26 | 0.3941 | $30.45 | 0.2411 | $18.63 | | | | | $126.33 | $23.48 |
| KAELBER-MATLOCK S | | 10/26/2002 | 3.0 | $26.64 | $79.92 | 0.2082 | $16.64 | 0.2956 | $23.62 | | | | | $120.19 | $22.34 |
| KAELBER-MATLOCK S | | 12/21/2002 | 4.2 | $26.64 | $112.15 | 0.2082 | $23.35 | 0.2411 | $27.04 | | | | | $162.55 | $30.22 |
| KLANN RHONDA L | | 11/19/1994 | 1.4 | $21.81 | $30.53 | 0.1071 | $3.27 | 0.2441 | $7.45 | | | | | $41.26 | $6.35 |
| KLANN RHONDA L | | 1/14/1995 | 6.9 | $21.81 | $150.49 | 0.1071 | $16.12 | 0.3006 | $45.23 | | | | | $211.84 | $32.58 |
| KLANN RHONDA L | | 3/25/1995 | 10.8 | $21.81 | $235.55 | 0.1071 | $25.23 | 0.2435 | $57.36 | | | | | $318.13 | $48.93 |
| KLANN RHONDA L | | 5/6/1995 | 21.9 | $21.81 | $477.64 | 0.1071 | $51.16 | 0.2435 | $116.31 | | | | | $645.10 | $99.22 |
| KLANN RHONDA L | | 7/1/1995 | 3.2 | $21.81 | $69.79 | 0.0780 | $5.45 | 0.2413 | $16.84 | | | | | $92.08 | $14.16 |
| KLANN RHONDA L | | 7/15/1995 | 11.2 | $21.81 | $244.27 | 0.1067 | $26.07 | 0.2435 | $59.48 | | | | | $329.82 | $50.73 |
| KLANN RHONDA L | | 8/12/1995 | 9.3 | $21.81 | $202.83 | 0.0780 | $15.83 | 0.2413 | $48.95 | | | | | $267.61 | $41.16 |
| KLANN RHONDA L | | 8/26/1995 | 6.8 | $21.81 | $148.31 | 0.0780 | $11.58 | 0.2413 | $35.79 | | | | | $195.67 | $30.09 |
| KLANN RHONDA L | | 9/9/1995 | 11.8 | $21.81 | $257.36 | 0.0780 | $20.09 | 0.2413 | $62.10 | | | | | $339.55 | $52.22 |
| KLANN RHONDA L | | 9/23/1995 | 14.8 | $21.81 | $322.79 | 0.1067 | $34.44 | 0.2435 | $78.60 | | | | | $435.84 | $67.03 |
| KLANN RHONDA L | | 9/30/1995 | 0.8 | $22.46 | $17.97 | 0.0379 | $0.68 | 0.2413 | $4.34 | | | | | $22.98 | $3.54 |
| KLANN RHONDA L | | 10/7/1995 | 1.0 | $22.46 | $22.46 | 0.0657 | $1.48 | 0.2456 | $5.52 | | | | | $29.45 | $5.50 |
| KLANN RHONDA L | | 10/21/1995 | 8.7 | $22.46 | $195.40 | 0.0769 | $15.03 | 0.2362 | $46.16 | | | | | $256.60 | $47.93 |
| KLANN RHONDA L | | 11/4/1995 | 28.5 | $22.46 | $640.11 | 0.1143 | $73.14 | 0.2405 | $153.94 | | | | | $867.18 | $161.99 |
| KLANN RHONDA L | | 11/18/1995 | 5.3 | $22.46 | $119.04 | 0.0868 | $10.33 | 0.2383 | $28.37 | | | | | $157.74 | $29.47 |
| KLANN RHONDA L | | 12/2/1995 | 16.9 | $22.46 | $379.57 | 0.059 | $22.39 | 0.2362 | $89.66 | | | | | $491.62 | $91.84 |
| KLANN RHONDA L | | 12/16/1995 | 15.4 | $22.46 | $345.88 | 0.059 | $20.40 | 0.2966 | $102.58 | | | | | $468.87 | $87.58 |
| KLANN RHONDA L | | 12/30/1995 | 4.0 | $22.46 | $89.84 | 0.0868 | $7.80 | 0.2384 | $21.41 | | | | | $119.05 | $22.24 |
| KLANN RHONDA L | | 1/13/1996 | 17.8 | $22.46 | $399.79 | 0.059 | $23.58 | 0.2362 | $94.44 | | | | | $517.80 | $96.73 |
| KLANN RHONDA L | | 1/27/1996 | 1.9 | $22.46 | $42.67 | 0.0868 | $3.70 | 0.2384 | $10.17 | | | | | $56.55 | $10.56 |
| KLANN RHONDA L | | 2/10/1996 | 3.3 | $22.46 | $74.12 | 0.059 | $4.37 | 0.2362 | $17.51 | | | | | $96.00 | $17.93 |
| KLANN RHONDA L | | 2/24/1996 | 3.6 | $22.46 | $80.86 | 0.059 | $4.77 | 0.2362 | $19.10 | | | | | $104.72 | $19.56 |
| KLANN RHONDA L | | 3/9/1996 | 27.0 | $22.46 | $606.42 | 0.059 | $35.76 | 0.2362 | $143.25 | | | | | $785.43 | $146.72 |
| KLANN RHONDA L | | 3/23/1996 | 15.2 | $22.46 | $341.39 | 0.059 | $20.13 | 0.2362 | $80.64 | | | | | $442.17 | $82.60 |
| KLANN RHONDA L | | 4/6/1996 | 9.9 | $22.46 | $222.35 | 0.059 | $13.11 | 0.2362 | $52.52 | | | | | $287.99 | $53.80 |
| KLANN RHONDA L | | 4/20/1996 | 10.1 | $22.46 | $226.85 | 0.059 | $13.38 | 0.2793 | $63.37 | | | | | $303.59 | $56.71 |
| KLANN RHONDA L | | 5/4/1996 | 26.7 | $22.46 | $599.68 | 0.059 | $35.37 | 0.2362 | $141.66 | | | | | $776.71 | $145.09 |
| KLANN RHONDA L | | 5/18/1996 | 11.0 | $22.46 | $247.06 | 0.059 | $14.57 | 0.2362 | $58.36 | | | | | $319.99 | $59.77 |
| KLANN RHONDA L | | 6/1/1996 | 4.3 | $22.46 | $96.58 | 0.059 | $5.70 | 0.2362 | $22.81 | | | | | $125.09 | $23.37 |

| Site Name: | GM Plant #2 Saginaw Division | | | | | | Site ID No.: | 73000052 | | Project No.: | 451634 | 00 | | Package: | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KLANN RHONDA L | 6/15/1996 | 10.0 | $22.46 | $224.60 | 0.059 | $13.25 | 0.2362 | $53.06 | | | | | $290.90 | $54.34 |
| KLANN RHONDA L | 6/29/1996 | 14.8 | $22.46 | $332.41 | 0.0591 | $19.65 | 0.2362 | $78.52 | | | | | $430.58 | $80.43 |
| KLANN RHONDA L | 7/13/1996 | 9.5 | $22.46 | $213.37 | 0.0591 | $12.60 | 0.2360 | $50.36 | | | | | $276.33 | $51.62 |
| KLANN RHONDA L | 7/27/1996 | 6.8 | $22.46 | $152.73 | 0.0591 | $9.03 | 0.2362 | $36.08 | | | | | $197.83 | $36.96 |
| KLANN RHONDA L | 8/10/1996 | 5.8 | $22.46 | $130.27 | 0.0869 | $11.33 | 0.2384 | $31.05 | | | | | $172.64 | $32.25 |
| KLANN RHONDA L | 10/19/1996 | 16.0 | $22.98 | $367.68 | 0.0590 | $21.69 | 0.2309 | $84.91 | | | | | $474.28 | $91.35 |
| KLANN RHONDA L | 11/2/1996 | 2.9 | $22.98 | $66.64 | 0.0862 | $5.74 | 0.2330 | $15.53 | | | | | $87.92 | $16.93 |
| KLANN RHONDA L | 11/16/1996 | 7.2 | $22.98 | $165.46 | 0.0862 | $14.26 | 0.2330 | $38.55 | | | | | $218.27 | $42.04 |
| KLANN RHONDA L | 11/30/1996 | 16.9 | $22.98 | $388.36 | 0.0862 | $33.48 | 0.2330 | $90.49 | | | | | $512.33 | $98.67 |
| KLANN RHONDA L | 12/14/1996 | 5.5 | $22.98 | $126.39 | 0.0862 | $10.89 | 0.2330 | $29.45 | | | | | $166.73 | $32.11 |
| KLANN RHONDA L | 1/11/1997 | 4.6 | $22.98 | $105.71 | 0.0862 | $9.11 | 0.2707 | $28.62 | | | | | $143.44 | $27.63 |
| KLANN RHONDA L | 1/25/1997 | 12.4 | $22.98 | $284.95 | 0.0862 | $24.56 | 0.2331 | $66.41 | | | | | $375.93 | $72.40 |
| KLANN RHONDA L | 2/8/1997 | 9.5 | $22.98 | $218.31 | 0.0862 | $18.82 | 0.2331 | $50.88 | | | | | $288.01 | $55.47 |
| KLANN RHONDA L | 2/22/1997 | 15.9 | $22.98 | $365.38 | 0.0862 | $31.50 | 0.2331 | $85.15 | | | | | $482.03 | $92.84 |
| KLANN RHONDA L | 3/8/1997 | 14.0 | $22.98 | $321.72 | 0.0862 | $27.73 | 0.2331 | $74.98 | | | | | $424.43 | $81.75 |
| KLANN RHONDA L | 3/22/1997 | 5.7 | $22.98 | $130.99 | 0.0862 | $11.29 | 0.2331 | $30.53 | | | | | $172.80 | $33.28 |
| KLANN RHONDA L | 4/5/1997 | 8.3 | $22.98 | $190.73 | 0.1101 | $21.00 | 0.2331 | $44.45 | | | | | $256.19 | $49.34 |
| KLANN RHONDA L | 4/19/1997 | 8.3 | $22.98 | $190.73 | 0.0862 | $16.44 | 0.2331 | $44.45 | | | | | $251.63 | $48.46 |
| KLANN RHONDA L | 5/3/1997 | 6.6 | $22.98 | $151.67 | 0.0590 | $8.95 | 0.231 | $35.03 | | | | | $195.65 | $37.68 |
| KLANN RHONDA L | 5/17/1997 | 10.6 | $22.98 | $243.59 | 0.0862 | $21.00 | 0.2331 | $56.77 | | | | | $321.35 | $61.89 |
| KLANN RHONDA L | 5/31/1997 | 5.6 | $22.98 | $128.69 | 0.0590 | $7.59 | 0.231 | $29.72 | | | | | $166.01 | $31.97 |
| KLANN RHONDA L | 6/14/1997 | 4.5 | $22.98 | $103.41 | 0.0590 | $6.10 | 0.231 | $23.89 | | | | | $133.40 | $25.69 |
| KLANN RHONDA L | 6/28/1997 | 13.3 | $22.98 | $305.63 | 0.0590 | $18.03 | 0.231 | $70.59 | | | | | $394.26 | $75.93 |
| KLANN RHONDA L | 7/12/1997 | 8.8 | $22.98 | $202.22 | 0.0590 | $11.93 | 0.231 | $46.71 | | | | | $260.87 | $50.24 |
| KLANN RHONDA L | 7/26/1997 | 0.5 | $22.98 | $11.49 | 0.0862 | $0.99 | 0.2331 | $2.68 | | | | | $15.16 | $2.92 |
| KLANN RHONDA L | 8/23/1997 | 3.1 | $22.98 | $71.24 | 0.0862 | $6.14 | 0.2331 | $16.60 | | | | | $93.98 | $18.10 |
| KLANN RHONDA L | 9/6/1997 | 6.6 | $22.98 | $151.67 | 0.0590 | $8.95 | 0.231 | $35.03 | | | | | $195.65 | $37.68 |
| KLANN RHONDA L | 9/20/1997 | 0.5 | $22.98 | $11.49 | 0.0590 | $0.68 | 0.231 | $2.65 | | | | | $14.82 | $2.85 |
| KLANN RHONDA L | 9/30/1997 | 1.0 | $23.67 | $23.67 | 0.0401 | $0.95 | 0.231 | $5.47 | | | | | $30.09 | $5.79 |
| KLANN RHONDA L | 11/1/1997 | 1.9 | $23.67 | $44.97 | 0.0878 | $3.95 | 0.2370 | $10.66 | | | | | $59.58 | $13.01 |
| KLANN RHONDA L | 11/15/1997 | 15.6 | $23.67 | $369.25 | 0.0614 | $22.68 | 0.235 | $86.77 | | | | | $478.71 | $104.50 |
| KLANN RHONDA L | 11/29/1997 | 16.6 | $23.67 | $392.92 | 0.0614 | $24.14 | 0.235 | $92.33 | | | | | $509.39 | $111.20 |
| KLANN RHONDA L | 12/13/1997 | 14.7 | $23.67 | $347.95 | 0.0878 | $30.56 | 0.2370 | $82.47 | | | | | $460.98 | $100.63 |
| KLANN RHONDA L | 12/27/1997 | 4.5 | $23.67 | $106.52 | 0.0878 | $9.36 | 0.2370 | $25.25 | | | | | $141.12 | $30.81 |
| KLANN RHONDA L | 1/10/1998 | 1.0 | $23.67 | $23.67 | 0.0878 | $2.08 | 0.2742 | $6.49 | | | | | $32.24 | $7.04 |
| KLANN RHONDA L | 1/24/1998 | 5.0 | $23.67 | $118.35 | 0.0878 | $10.40 | 0.2370 | $28.05 | | | | | $156.80 | $34.23 |
| KLANN RHONDA L | 2/7/1998 | 1.5 | $23.67 | $35.51 | 0.0878 | $3.12 | 0.2370 | $8.42 | | | | | $47.04 | $10.27 |
| KLANN RHONDA L | 2/21/1998 | 3.1 | $23.67 | $73.38 | 0.0878 | $6.45 | 0.2370 | $17.39 | | | | | $97.21 | $21.22 |
| KLANN RHONDA L | 3/7/1998 | 3.3 | $23.67 | $78.11 | 0.0878 | $6.86 | 0.2370 | $18.51 | | | | | $103.49 | $22.59 |
| KLANN RHONDA L | 3/21/1998 | 10.6 | $23.67 | $250.90 | 0.113 | $28.34 | 0.2370 | $59.47 | | | | | $338.71 | $73.94 |
| KLANN RHONDA L | 4/4/1998 | 1.8 | $23.67 | $42.61 | 0.0878 | $3.74 | 0.1355 | $5.77 | | | | | $52.12 | $11.38 |
| KLANN RHONDA L | 5/2/1998 | 4.0 | $23.67 | $94.68 | 0.0878 | $8.32 | 0.1359 | $12.87 | | | | | $115.86 | $25.29 |
| KLANN RHONDA L | 5/30/1998 | 0.5 | $23.67 | $11.84 | 0.0878 | $1.04 | 0.1359 | $1.61 | | | | | $14.48 | $3.16 |
| KLANN RHONDA L | 6/13/1998 | 1.0 | $23.67 | $23.67 | 0.0878 | $2.08 | 0.1359 | $3.22 | | | | | $28.97 | $6.32 |
| KLANN RHONDA L | 8/22/1998 | 2.1 | $23.67 | $49.71 | 0.0879 | $4.37 | 0.1359 | $6.76 | | | | | $60.83 | $13.28 |
| KLANN RHONDA L | 9/19/1998 | 1.0 | $23.67 | $23.67 | 0.0878 | $2.08 | 0.1356 | $3.21 | | | | | $28.96 | $6.32 |
| KLANN RHONDA L | 9/30/1998 | 6.5 | $24.38 | $158.47 | 0.0477 | $7.56 | 0.1339 | $21.22 | | | | | $187.25 | $40.88 |
| KLANN RHONDA L | 10/17/1998 | 1.5 | $24.38 | $36.57 | 0.177 | $6.47 | 0.1821 | $6.66 | | | | | $49.70 | $10.85 |
| KLANN RHONDA L | 10/31/1998 | 6.0 | $24.38 | $146.28 | 0.177 | $25.89 | 0.1821 | $26.63 | | | | | $198.80 | $43.40 |
| KLANN RHONDA L | 11/14/1998 | 15.5 | $24.38 | $377.89 | 0.1769 | $66.87 | 0.1821 | $68.80 | | | | | $513.56 | $112.11 |
| KLANN RHONDA L | 12/12/1998 | 1.2 | $24.38 | $29.26 | 0.1769 | $5.18 | 0.1821 | $5.33 | | | | | $39.76 | $8.68 |
| KLANN RHONDA L | 12/26/1998 | 3.5 | $24.38 | $85.33 | 0.177 | $15.10 | 0.1821 | $15.54 | | | | | $115.97 | $25.32 |
| KLANN RHONDA L | 1/23/1999 | 1.6 | $24.38 | $39.01 | 0.177 | $6.90 | 0.1821 | $7.10 | | | | | $53.01 | $11.57 |
| KLANN RHONDA L | 7/24/1999 | 0.4 | $24.38 | $9.75 | 0.177 | $1.73 | 0.1819 | $1.77 | | | | | $13.25 | $2.89 |

| Site Name: | GM Plant #2 Saginaw Division | | | | | | | | | | | | | Site ID No.: 73000052 | | Project No.: 451634 00 | Package: O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KLANN RHONDA L | 9/4/1999 | 0.5 | $24.38 | $12.19 | 0.1769 | $2.16 | 0.182 | $2.22 | | | | | $16.57 | $3.62 |
| KLANN RHONDA L | 9/18/1999 | 2.1 | $24.38 | $51.20 | 0.177 | $9.06 | 0.182 | $9.32 | | | | | $69.58 | $15.19 |
| KLANN RHONDA L | 11/27/1999 | 3.5 | $25.11 | $87.89 | 0.1873 | $16.46 | 0.1864 | $16.38 | | | | | $120.72 | $21.90 |
| KLANN RHONDA L | 12/11/1999 | 7.0 | $25.11 | $175.77 | 0.1873 | $32.92 | 0.1863 | $32.75 | | | | | $241.44 | $43.80 |
| KLANN RHONDA L | 12/25/1999 | 18.5 | $25.11 | $464.28 | 0.1872 | $86.94 | 0.1841 | $85.47 | | | | | $636.69 | $115.49 |
| KLANN RHONDA L | 1/8/2000 | 18.8 | $25.11 | $472.32 | 0.1873 | $88.45 | 0.2185 | $103.20 | | | | | $663.98 | $120.45 |
| KLANN RHONDA L | 1/22/2000 | 22.0 | $25.11 | $552.42 | 0.1873 | $103.45 | 0.1841 | $101.68 | | | | | $757.55 | $137.42 |
| KLANN RHONDA L | 2/5/2000 | 7.0 | $25.11 | $175.77 | 0.1873 | $32.92 | 0.1841 | $32.36 | | | | | $241.04 | $43.73 |
| KLANN RHONDA L | 2/19/2000 | 33.0 | $25.11 | $828.63 | 0.1873 | $155.17 | 0.1841 | $152.53 | | | | | $1,136.33 | $206.13 |
| KLANN RHONDA L | 3/4/2000 | 1.0 | $25.11 | $25.11 | 0.1873 | $4.70 | 0.1841 | $4.62 | | | | | $34.43 | $6.25 |
| KLANN RHONDA L | 3/18/2000 | 1.4 | $25.11 | $35.15 | 0.1873 | $6.58 | 0.1847 | $6.49 | | | | | $48.23 | $8.75 |
| KLANN RHONDA L | 5/27/2000 | 3.6 | $25.11 | $90.40 | 0.1873 | $16.93 | 0.1841 | $16.64 | | | | | $123.96 | $22.49 |
| KLANN RHONDA L | 6/24/2000 | 0.7 | $25.11 | $17.33 | 0.1873 | $3.24 | 0.1841 | $3.19 | | | | | $23.76 | $4.31 |
| KLANN RHONDA L | 8/5/2000 | 2.1 | $25.11 | $52.73 | 0.1873 | $9.87 | 0.1841 | $9.71 | | | | | $72.31 | $13.12 |
| KLANN RHONDA L | 9/16/2000 | 14.1 | $25.11 | $354.05 | 0.1873 | $66.31 | 0.1841 | $65.17 | | | | | $485.53 | $88.08 |
| KLANN RHONDA L | 9/30/2000 | 30.5 | $25.11 | $765.86 | 0.1873 | $143.41 | 0.1841 | $140.99 | | | | | $1,050.26 | $190.52 |
| KLANN RHONDA L | 10/28/2000 | 0.5 | $28.00 | $14.28 | 0.1924 | $2.75 | 0.2093 | $2.99 | | | | | $20.02 | $3.62 |
| KLANN RHONDA L | 6/9/2001 | 5.0 | $28.00 | $139.72 | 0.1924 | $26.89 | 0.2109 | $29.46 | | | | | $196.07 | $35.45 |
| KLANN RHONDA L | 6/23/2001 | 3.3 | $28.00 | $92.96 | 0.2146 | $19.95 | 0.2108 | $19.60 | | | | | $132.51 | $23.96 |
| KLANN RHONDA L | 7/21/2001 | 8.5 | $28.00 | $238.28 | 0.1925 | $45.86 | 0.2109 | $50.24 | | | | | $334.38 | $60.46 |
| KLANN RHONDA L | 8/4/2001 | 3.5 | $28.00 | $98.00 | 0.1924 | $18.86 | 0.2109 | $20.66 | | | | | $137.52 | $24.86 |
| KLANN RHONDA L | 10/13/2001 | 1.2 | $28.56 | $34.27 | 0.1957 | $6.71 | 0.2027 | $6.95 | | | | | $47.93 | $9.14 |
| KLANN RHONDA L | 10/27/2001 | 10.3 | $28.56 | $294.17 | 0.1957 | $57.56 | 0.2356 | $69.32 | | | | | $421.04 | $80.34 |
| KLANN RHONDA L | 1/19/2002 | 10.5 | $28.56 | $299.88 | 0.1957 | $58.67 | 0.2028 | $60.81 | | | | | $419.36 | $80.01 |
| KLANN RHONDA L | 3/30/2002 | 5.5 | $28.56 | $157.08 | 0.1957 | $30.74 | 0.2270 | $35.66 | | | | | $223.47 | $42.64 |
| KLANN RHONDA L | 5/25/2002 | 6.4 | $28.56 | $182.78 | 0.2165 | $39.57 | 0.2028 | $37.06 | | | | | $259.42 | $49.50 |
| KLANN RHONDA L | 6/8/2002 | 13.3 | $28.56 | $379.85 | 0.1957 | $74.32 | 0.2028 | $77.02 | | | | | $531.19 | $101.35 |
| KLANN RHONDA L | 7/20/2002 | 4.3 | $28.56 | $122.81 | 0.1957 | $24.03 | 0.2028 | $24.90 | | | | | $171.74 | $32.77 |
| KLANN RHONDA L | 8/3/2002 | 2.3 | $28.56 | $65.69 | 0.1965 | $12.91 | 0.2028 | $13.32 | | | | | $91.92 | $17.54 |
| KLANN RHONDA L | 8/17/2002 | 4.0 | $28.56 | $114.24 | 0.1957 | $22.35 | 0.2028 | $23.17 | | | | | $159.76 | $30.48 |
| KLANN RHONDA L | 10/12/2002 | 2.6 | $29.13 | $76.03 | 0.3649 | $27.74 | 0.2412 | $18.34 | | | | | $122.11 | $22.70 |
| KLANN RHONDA L | 10/26/2002 | 3.0 | $29.13 | $87.39 | 0.1923 | $16.80 | 0.291 | $25.43 | | | | | $129.62 | $24.10 |
| KLANN RHONDA L | 12/21/2002 | 7.4 | $29.13 | $215.27 | 0.1922 | $41.38 | 0.2412 | $51.92 | | | | | $308.57 | $57.36 |
| KLANN RHONDA L | 4/26/2003 | 2.0 | $29.13 | $58.55 | 0.1922 | $11.25 | 0.2412 | $14.12 | | | | | $83.93 | $15.60 |
| KLANN RHONDA L | 6/21/2003 | 4.6 | $29.13 | $134.29 | 0.2147 | $28.83 | 0.2412 | $32.39 | | | | | $195.51 | $36.34 |
| KLANN RHONDA L | 7/5/2003 | 5.2 | $29.13 | $151.48 | 0.1922 | $29.11 | 0.2412 | $36.53 | | | | | $217.12 | $40.36 |
| KLANN RHONDA L | 10/11/2003 | 0.7 | $30.00 | $21.00 | 0.3677 | $7.72 | 0.3042 | $6.39 | | | | | $35.11 | $6.87 |
| KLANN RHONDA L | 11/8/2003 | 4.8 | $30.00 | $143.70 | 0.2184 | $31.38 | 0.2813 | $40.42 | | | | | $215.50 | $42.15 |
| KLANN RHONDA L | 1/31/2004 | 2.2 | $30.00 | $66.00 | 0.2184 | $14.41 | 0.2813 | $18.56 | | | | | $98.98 | $19.36 |
| KLANN RHONDA L | 2/14/2004 | 11.7 | $30.00 | $351.00 | 0.2184 | $76.66 | 0.3040 | $106.71 | | | | | $534.37 | $104.52 |
| KLANN RHONDA L | 2/28/2004 | 10.9 | $30.00 | $326.70 | 0.2184 | $71.35 | 0.3073 | $100.38 | | | | | $498.43 | $97.49 |
| KLANN RHONDA L | 3/13/2004 | 2.5 | $30.00 | $75.30 | 0.2009 | $15.12 | 0.3169 | $23.86 | | | | | $114.29 | $22.35 |
| KLANN RHONDA L | 3/27/2004 | 8.7 | $30.00 | $260.70 | 0.2184 | $56.94 | 0.2813 | $73.33 | | | | | $390.96 | $76.47 |
| KLANN RHONDA L | 5/8/2004 | 8.1 | $30.00 | $242.70 | 0.2184 | $53.01 | 0.2813 | $68.26 | | | | | $363.97 | $71.19 |
| KLANN RHONDA L | 5/22/2004 | 1.2 | $30.00 | $36.00 | 0.2184 | $7.86 | 0.2813 | $10.13 | | | | | $53.99 | $10.56 |
| KLANN RHONDA L | 11/6/2004 | 11.8 | $31.20 | $368.47 | 0.2209 | $81.38 | 0.3211 | $118.31 | | | | | $568.17 | $108.69 |
| KLANN RHONDA L | 1/1/2005 | 8.9 | $31.20 | $277.37 | 0.2209 | $61.26 | 0.3211 | $89.06 | | | | | $427.69 | $81.82 |
| MARKLEY JOSEPH L | 9/6/1997 | 5.0 | $21.14 | $105.70 | 0.1373 | $14.52 | 0.2310 | $24.42 | | | | | $144.64 | $27.86 |
| MARKLEY JOSEPH L | 11/29/1997 | 0.5 | $21.77 | $10.89 | 0.1367 | $1.49 | 0.2331 | $2.54 | | | | | $14.91 | $3.26 |
| MARKLEY JOSEPH L | 12/13/1997 | 1.5 | $21.77 | $32.66 | 0.1379 | $4.50 | 0.2351 | $7.68 | | | | | $44.83 | $9.79 |
| MARKLEY JOSEPH L | 1/10/1998 | 1.6 | $21.77 | $34.83 | 0.0380 | $1.32 | 0.2355 | $8.20 | | | | | $44.36 | $9.68 |
| MARKLEY JOSEPH L | 11/14/1998 | 20.4 | $22.42 | $457.37 | 0.1424 | $65.12 | 0.1827 | $83.56 | | | | | $606.05 | $132.30 |
| MARKLEY JOSEPH L | 11/28/1998 | 6.7 | $22.42 | $150.21 | 0.1424 | $21.39 | 0.1827 | $27.44 | | | | | $199.04 | $43.45 |
| WILLIAMS PATRICIA J | 7/29/1995 | 6.7 | $19.27 | $129.11 | 0.1776 | $22.93 | 0.2408 | $31.08 | | | | | $183.13 | $28.16 |

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Site Name:** GM Plant #2 Saginaw Division | | | | | **Site ID No.:** 73000052 | | | **Project No.:** 451634  00 | | | | | **Package:** O | |
| WILLIAMS PATRICIA J | 9/9/1995 | 0.7 | $19.27 | $13.49 | 0.1776 | $2.40 | 0.2407 | $3.25 | | | | | $19.13 | $2.94 |
| WILLIAMS PATRICIA J | 9/30/1995 | 0.5 | $19.85 | $9.93 | 0.0152 | $0.15 | 0.2408 | $2.39 | | | | | $12.47 | $1.92 |
| WILLIAMS PATRICIA J | 9/30/1996 | 5.4 | $21.54 | $116.32 | 0.0899 | $10.45 | 0.2359 | $27.44 | | | | | $154.21 | $28.81 |
| WILLIAMS PATRICIA J | 10/5/1996 | 1.1 | $21.54 | $23.69 | 0.0599 | $1.42 | 0.2356 | $5.58 | | | | | $30.70 | $5.91 |
| WILLIAMS PATRICIA J | 10/19/1996 | 1.0 | $21.54 | $21.54 | 0.1351 | $2.91 | 0.2306 | $4.97 | | | | | $29.42 | $5.67 |
| WILLIAMS PATRICIA J | 3/8/1997 | 1.0 | $22.98 | $22.98 | 0.1279 | $2.94 | 0.2307 | $5.30 | | | | | $31.22 | $6.01 |
| WILLIAMS PATRICIA J | 4/5/1997 | 0.2 | $22.98 | $4.60 | 0.1518 | $0.70 | 0.2307 | $1.06 | | | | | $6.35 | $1.22 |
| | | | | | | | | | | | | Salaries Total: | | $38,315.78 |
| | | | | | | | | | | | | Indirect Total: | | $7,241.46 |
| | | | | | | | | | | | | Index/Cost Center Total: | | $45,557.23 |
| **Index/Cost Center:** 47629 | | | ERD R2/D8 RVW RAPS & WRKPLNS NOT COVERD | | | | | | | | | | | |
| BERTRAM TIMOTHY | 12/3/1994 | 4.0 | $16.92 | $67.68 | 0.2476 | $16.76 | 0.2412 | $16.33 | | | | | $100.76 | $15.50 |
| BERTRAM TIMOTHY | 12/31/1994 | 7.0 | $16.92 | $118.44 | 0.2476 | $29.32 | 0.2412 | $28.57 | | | | | $176.34 | $27.12 |
| BERTRAM TIMOTHY | 1/14/1995 | 5.8 | $16.92 | $98.14 | 0.2476 | $24.30 | 0.2413 | $23.68 | | | | | $146.11 | $22.47 |
| BERTRAM TIMOTHY | 1/28/1995 | 17.8 | $16.92 | $301.18 | 0.2476 | $74.56 | 0.2412 | $72.66 | | | | | $448.40 | $68.96 |
| BERTRAM TIMOTHY | 2/11/1995 | 3.1 | $16.92 | $52.45 | 0.2476 | $12.99 | 0.2413 | $12.65 | | | | | $78.09 | $12.01 |
| BERTRAM TIMOTHY | 5/6/1995 | 3.0 | $16.92 | $50.76 | 0.2476 | $12.57 | 0.2413 | $12.25 | | | | | $75.57 | $11.62 |
| BERTRAM TIMOTHY | 7/1/1995 | 0.4 | $17.30 | $6.92 | 0.2421 | $1.68 | 0.2413 | $1.67 | | | | | $10.26 | $1.58 |
| BERTRAM TIMOTHY | 8/12/1995 | 7.1 | $17.30 | $122.83 | 0.2421 | $29.73 | 0.2413 | $29.63 | | | | | $182.20 | $28.02 |
| BROUILLET BRENDA J | 6/22/2002 | 1.0 | $30.82 | $30.82 | 0.0793 | $2.44 | 0.2031 | $6.26 | | | | | $39.52 | $7.54 |
| BROUILLET BRENDA J | 7/5/2003 | 1.1 | $31.44 | $34.58 | 0.0782 | $2.71 | 0.2416 | $8.36 | | | | | $45.65 | $8.49 |
| BROUILLET BRENDA J | 1/31/2004 | 1.2 | $32.38 | $38.86 | 0.087 | $3.38 | 0.2819 | $10.95 | | | | | $53.19 | $10.40 |
| BROUILLET BRENDA J | 12/18/2004 | 1.1 | $33.68 | $36.71 | 0.0877 | $3.22 | 0.3217 | $11.81 | | | | | $51.74 | $9.90 |
| JURY MICHAEL R | 11/6/2004 | 0.5 | $31.15 | $15.89 | 0.2212 | $3.51 | 0.3212 | $5.10 | | | | | $24.50 | $4.69 |
| JURY MICHAEL R | 11/20/2004 | 0.6 | $31.15 | $18.69 | 0.2212 | $4.13 | 0.3212 | $6.00 | | | | | $28.83 | $5.51 |
| KAELBER-MATLOCK S | 12/30/1995 | 5.0 | $22.46 | $112.30 | 0.1860 | $20.89 | 0.2363 | $26.53 | | | | | $159.73 | $29.84 |
| KAELBER-MATLOCK S | 1/13/1996 | 3.7 | $22.46 | $83.10 | 0.1860 | $15.46 | 0.2363 | $19.63 | | | | | $118.20 | $22.08 |
| KAELBER-MATLOCK S | 3/9/1996 | 2.6 | $22.46 | $58.40 | 0.1860 | $10.86 | 0.2363 | $13.80 | | | | | $83.06 | $15.52 |
| KAELBER-MATLOCK S | 4/6/1996 | 0.5 | $22.46 | $11.23 | 0.1860 | $2.09 | 0.2363 | $2.65 | | | | | $15.97 | $2.98 |
| KAELBER-MATLOCK S | 4/20/1996 | 4.0 | $22.46 | $89.84 | 0.1860 | $16.71 | 0.2363 | $21.23 | | | | | $127.78 | $23.87 |
| KAELBER-MATLOCK S | 5/4/1996 | 15.0 | $22.46 | $336.90 | 0.1860 | $62.68 | 0.2363 | $79.60 | | | | | $479.18 | $89.51 |
| KAELBER-MATLOCK S | 6/1/1996 | 3.3 | $22.46 | $74.12 | 0.1860 | $13.79 | 0.2363 | $17.51 | | | | | $105.42 | $19.69 |
| KAELBER-MATLOCK S | 6/15/1996 | 2.7 | $22.46 | $60.64 | 0.1860 | $11.28 | 0.2363 | $14.33 | | | | | $86.25 | $16.11 |
| KAELBER-MATLOCK S | 7/13/1996 | 2.4 | $22.46 | $53.90 | 0.1862 | $10.04 | 0.2363 | $12.74 | | | | | $76.68 | $14.32 |
| KLANN RHONDA L | 4/8/1995 | 9.7 | $21.81 | $211.56 | 0.0784 | $16.60 | 0.2413 | $51.05 | | | | | $279.20 | $42.94 |
| KLANN RHONDA L | 4/22/1995 | 15.4 | $21.81 | $335.87 | 0.0784 | $26.35 | 0.2413 | $81.05 | | | | | $443.27 | $68.18 |
| KLANN RHONDA L | 5/20/1995 | 14.6 | $21.81 | $318.43 | 0.0780 | $24.85 | 0.2413 | $76.84 | | | | | $420.12 | $64.61 |
| KLANN RHONDA L | 7/15/1995 | 2.2 | $21.81 | $47.98 | 0.1067 | $5.12 | 0.2435 | $11.68 | | | | | $64.79 | $9.96 |
| KLANN RHONDA L | 8/12/1995 | 1.1 | $21.81 | $23.99 | 0.0780 | $1.87 | 0.2413 | $5.79 | | | | | $31.65 | $4.87 |
| KLANN RHONDA L | 12/18/2004 | 2.8 | $31.20 | $87.67 | 0.2209 | $19.36 | 0.3211 | $28.15 | | | | | $135.19 | $25.86 |
| | | | | | | | | | | | | Salaries Total: | | $4,087.65 |
| | | | | | | | | | | | | Indirect Total: | | $684.17 |
| | | | | | | | | | | | | Index/Cost Center Total: | | $4,771.81 |
| **Index/Cost Center:** 47638 | | | ERD R2/D8 PUBLIC OUTREACH/INFORMATION | | | | | | | | | | | |
| KLANN RHONDA L | 7/29/1995 | 19.5 | $21.81 | $425.30 | 0.0780 | $33.19 | 0.2413 | $102.63 | | | | | $561.12 | $86.30 |
| KLANN RHONDA L | 8/31/2002 | 5.4 | $28.56 | $154.22 | 0.1957 | $30.18 | 0.2028 | $31.27 | | | | | $215.67 | $41.15 |
| | | | | | | | | | | | | Salaries Total: | | $776.79 |
| | | | | | | | | | | | | Indirect Total: | | $127.45 |
| | | | | | | | | | | | | Index/Cost Center Total: | | $904.24 |

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Site Name:** GM Plant #2 Saginaw Division | | | | | **Site ID No.:** 73000052 | | | **Project No.:** 451634  00 | | | | | **Package:** O | |
| **Index/Cost Center:** 47639 | | | DEQ ERD R2/D8 POLICY,PROCDR&PROGRAM DEV | | | | | | | | | | | |
| KIRKBY EDWARD A | 3/8/1997 | 9.4 | $18.84 | $177.10 | 0.2055 | $36.40 | 0.231 | $40.90 | | | | | $254.40 | $49.00 |

|  |  |
|---|---|
| Salaries Total: | $254.40 |
| Indirect Total: | $49.00 |
| Index/Cost Center Total: | $303.40 |

**Run Date:** 7/12/2006

|  |  |
|---|---|
| Total Salaries for this site: | $50,890.83 |
| Total Indirect for this site: | $9,531.73 |
| Combined Total: | $60,422.56 |

salaries Indirect OTREP w/o PCA

> The indirect rate reflects the costs of operational services provided to the Remediation and Redevelopment Division by the Department of Environmental Quality and other State agencies. Each division is charged a percentage of their direct labor costs (includes salaries and fringes) to cover the indirect operational expenses of the Department and other State agencies.
>
> These include the operations of the DEQ's Executive Office (non-program costs), administrative services (non-program costs), building rent, data processing, and the costs of using the State of Michigan's State Central Services.
>
> The indirect rates used by the DEQ vary each fiscal year and prior to 10/1/97 were negotiated between the U. S. Department of the Interior, Office of Inspector General (Eastern Region) and the Department of Natural Resources. It is now negotiated between with the U. S. Environmental Protection Agency (EPA) and the Department of Environmental Quality. These rates are the same that are charged for grants and contracts with the Federal Government and is applicable to the Office of Management and Budget Circular A-87.
>
> Excluded costs are: capital outlay expenses (equipment), miscellaneous, travel, contractual services supplies and maintenance (CSS&M) expenses.

**MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY**
**REMEDIATION AND REDEVELOPMENT DIVISION**

Date: 06/19/2006
Source: ERNIE

**Cost Recovery Summary Report**

Page: 1 of 1

Site Name: Delphi Energy and Chassis (GM)    County: Saginaw
Site ID: 73000053
Package: 451628-00    Delphi Bankruptcy: Original

| | | |
|---|---:|---:|
| Total for Employee Salaries and Wages | | |
|    Period Covered: 04/08/1995 - 07/05/2003 | $1,277.95 | |
|    Indirect Dollars | $244.57 | |
|     Sub-Total | | $1,522.52 |
| Total for Employee Travel Expenses | | |
|    Period Covered: 07/18/1997 - 07/18/1997 | | $12.97 |
| Contractual Expenses | | |
|    Period Covered: | $0.00 | |
|     Contract Sub-Total | | $0.00 |
| Total for Miscellaneous Expenses | | |
|    Period Covered: 09/18/1995 - 09/18/1995 | | $1,059.00 |
| MDNR/MDEQ Lab | | |
|    Period Covered: | | $0.00 |
| Total for MDPH/Community Health Expenses | | |
|    Alternate Water Supply | | |
|    Period Covered: | $0.00 | |
|    Bottled Water | | |
|    Period Covered: | $0.00 | |
|    MDPH/MDCH Lab | | |
|    Period Covered: | $0.00 | |
|     Sub-Total | | $0.00 |
| Attorney General Expenses | | |
|    Period Covered: | | $0.00 |
| Other Expenses | | |
|    Period Covered: | | $0.00 |
|     Sub-Total | | $2,594.49 |
| Interest Calculated from through | | $0.00 |
| **Total Combined Expenses for Site and Interest** | | **$2,594.49** |

Run Date 06/19/2006

## Cost Summary of Salaries, Fringes, FICA and Retirement
## Michigan Department of Environmental Quality
## Remediation and Redevelopment Division

Site Name:  GM Delco Moraine                Site ID No.: 73000053       Project No.: 451628   00           Package: O

| Employee | Pay Period Ending | Reg. Hrs. | Pay Rate | Regular Pay | Fringe Rate | Fringe Amount | Ret. FICA Rate | Ret. FICA Amt | Over Time Hrs. | Over Time Rate | Over Time Pay | OT FICA | Sub Total | Indirect Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Index/Cost Center:** | 46957 | | DEQ ERD SS/T TOXICOLOGY | | | | | | | | | | | |
| LARSEN LINDA D | 9/30/1997 | 6.2 | $24.87 | $154.19 | 0.1121 | $17.28 | 0.2305 | $35.54 | | | | | $207.02 | $39.87 |
| | | | | | | | | | | | Salaries Total: | | | $207.02 |
| | | | | | | | | | | | Indirect Total: | | | $39.87 |
| | | | | | | | | | | Index/Cost Center Total: | | | | $246.89 |
| **Index/Cost Center:** | 47609 | | ERD R2/D8 FIELD VISIT TO ASSESS HAZARD | | | | | | | | | | | |
| JURY MICHAEL | 4/8/1995 | 3.0 | $23.83 | $71.49 | 0.1837 | $13.14 | 0.2414 | $17.26 | | | | | $101.88 | $15.67 |
| KLANN RHONDA L | 6/14/1997 | 7.9 | $22.98 | $181.54 | 0.0590 | $10.71 | 0.231 | $41.93 | | | | | $234.19 | $45.10 |
| | | | | | | | | | | | Salaries Total: | | | $336.07 |
| | | | | | | | | | | | Indirect Total: | | | $60.77 |
| | | | | | | | | | | Index/Cost Center Total: | | | | $396.84 |
| **Index/Cost Center:** | 47628 | | DEQ ERD R2/D8 OVERSEE VOL ACTN NOT CVRD | | | | | | | | | | | |
| KLANN RHONDA L | 11/18/1995 | 2.0 | $22.46 | $44.92 | 0.0868 | $3.90 | 0.2383 | $10.71 | | | | | $59.53 | $11.12 |
| KLANN RHONDA L | 3/8/1997 | 2.5 | $22.98 | $57.45 | 0.0862 | $4.95 | 0.2331 | $13.39 | | | | | $75.79 | $14.60 |
| KLANN RHONDA L | 5/3/1997 | 2.7 | $22.98 | $62.05 | 0.0590 | $3.66 | 0.231 | $14.33 | | | | | $80.04 | $15.42 |
| KLANN RHONDA L | 6/28/1997 | 2.2 | $22.98 | $50.56 | 0.0590 | $2.98 | 0.231 | $11.68 | | | | | $65.22 | $12.56 |
| KLANN RHONDA L | 7/12/1997 | 5.4 | $22.98 | $124.09 | 0.0590 | $7.32 | 0.231 | $28.66 | | | | | $160.08 | $30.83 |
| KLANN RHONDA L | 7/26/1997 | 2.5 | $22.98 | $57.45 | 0.0862 | $4.95 | 0.2331 | $13.39 | | | | | $75.79 | $14.60 |
| KLANN RHONDA L | 8/9/1997 | 0.7 | $22.98 | $16.09 | 0.0590 | $0.95 | 0.231 | $3.72 | | | | | $20.75 | $4.00 |
| KLANN RHONDA L | 12/27/1997 | 4.0 | $23.67 | $94.68 | 0.0878 | $8.32 | 0.2370 | $22.44 | | | | | $125.44 | $27.38 |
| KLANN RHONDA L | 7/5/2003 | 1.7 | $29.13 | $50.39 | 0.1922 | $9.69 | 0.2412 | $12.15 | | | | | $72.24 | $13.43 |
| | | | | | | | | | | | Salaries Total: | | | $734.86 |
| | | | | | | | | | | | Indirect Total: | | | $143.93 |
| | | | | | | | | | | Index/Cost Center Total: | | | | $878.79 |

Run Date:   6/14/2006

Total Salaries for this site:   $1,277.95
Total Indirect for this site:   $244.57

salaries Indirect OTREP w/o PCA

Combined Total:   $1,522.52

---

The indirect rate reflects the costs of operational services provided to the Remediation and Redevelopment Division by the Department of Environmental Quality and other State agencies.  Each division is charged a percentage of their direct labor costs (includes salaries and fringes) to cover the indirect operational expenses of the Department and other State agencies.

These include the operations of the DEQ's Executive Office (non-program costs), administrative services (non-program costs), building rent, data processing, and the costs of using the State of Michigan's State Central Services.

The indirect rates used by the DEQ vary each fiscal year and prior to 10/1/97 were negotiated between the U. S. Department of the Interior, Office of Inspector General (Eastern Region) and the Department of Natural Resources.  It is now negotiated between with the U. S. Environmental Protection Agency (EPA) and the Department of Environmental Quality.  These rates are the same that are charged for grants and contracts with the Federal Government and is applicable to the Office of Management and Budget Circular A-87.

Excluded costs are: capital outlay expenses (equipment), miscellaneous, travel, contractual services supplies and maintenance (CSS&M) expenses.

# Cost Summary of Travel Expenses
## Michigan Department of Environmental Quality
### Remediation and Redevelopment Division

te ID No.: 73000053    Site Name: GM Delco Moraine    Project Number: 451628    Phase: 00    Package: O

| AYMENT DATE | INVOICE# | VENDOR | PURDESC | INDEX | PCA | AGENCY | WARRANT NUMBER | AMOUNT | DOC NU |
|---|---|---|---|---|---|---|---|---|---|
| 7/18/1997 | MTD FLEET BILL | | JUNE MOTOR TRANSPORT BILL | 47609 | 32511 | 4805 | | $12.97 | GBN33359 |
| | | | | | | | Total | $12.97 | |

un Date: 6/14/2006

1F Travel Report

1

# MISCELLANEOUS

SITE ID NO: 73000053    SITE NAME: GM Delco Moraine    PROJECT NO: 451628    PACKAGE: O

| PAYMENT DATE | INVOICE# | VENDOR | PURCHASE DESCRIPTION | INDEX CC | PCA ACT | AMOUNT | OBJECT CODE | DOCUMENT/ Warrant NO |
|---|---|---|---|---|---|---|---|---|
| 9/18/1995 | 8639 | TAPLIN ENTERPRISES INC | 92-Y20059 CLOSE OUT | 90010 | 97509 00 | $1,059.00 | 6125 | W5121646  1845366 |
| | | | | | TOTAL: | $1,059.00 | | |

Run Date: 6/14/2006
QMF MISC REPORT with Document Number

1