**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Thirty-Sixth Omnibus Claims Objection**

EXHIBIT A - DUPLICATE SERP CLAIMS

| CLAIM TO BE EXPUNGED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 15823 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 15827 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 08/09/2006 | Secured: | | Date Filed: 08/09/2006 | Secured: | |
| Creditor's Name: | | | Creditor's Name: | | |
| | Priority: | $10,000.00 | | Priority: | $10,000.00 |
| FUKUDA MARGARET M | Administrative: | | FUKUDA MARGARET M | Administrative | |
| | Unsecured: | UNL** | | Unsecured: | UNL** |
| | Total: | $10,000.00 | | Total: | $10,000.00 |
| Claim: 15824 | Debtor: | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) | Claim: 15827 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 08/09/2006 | Secured: | | Date Filed: 08/09/2006 | Secured: | |
| Creditor's Name: | | | Creditor's Name: | | |
| | Priority: | $10,000.00 | | Priority: | $10,000.00 |
| FUKUDA MARGARET M | Administrative: | | FUKUDA MARGARET M | Administrative | |
| | Unsecured: | UNL** | | Unsecured: | UNL** |
| | Total: | $10,000.00 | | Total: | $10,000.00 |
| Claim: 12115 | Debtor: | DELPHI CORPORATION (05-44481) | Claim: 12124 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 07/28/2006 | Secured: | | Date Filed: 07/28/2006 | Secured: | |
| Creditor's Name: | | | Creditor's Name: | | |
| | Priority: | UNL** | | Priority: | UNL** |
| GOODMAN THOMAS D | Administrative: | | GOODMAN THOMAS D | Administrative | |
| | Unsecured: | UNL** | | Unsecured: | |
| | Total: | UNL** | | Total: | UNL** |

**Total Claims To Be Expunged:** 3

**Total Asserted Amount To Be Expunged:** $20,000.00

\* The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\* "UNL" denotes an unliquidated claim.