**In re Delphi Corporation, et al.** **Thirty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C - UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANDREW C BERG<br>3540 EMERSON AVE S NO 201<br>MINNEAPOLIS, MN 55408 | 16851 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,000.00<br>$10,000.00 | 06/22/2009 | DELPHI CORPORATION<br>(05-44481) |
| DENISE WILSON | 19486 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/27/2009 | DELPHI CORPORATION<br>(05-44481) |

**Total:** **2** **$10,000.00**

\*   The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.