**EXHIBIT E-1 - ADJOURNED MODIFIED AND ALLOWED CLAIM**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16504<br>Date Filed: 01/22/2007<br>Docketed Total: $73,741.57<br>Filing Creditor Name:<br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICES<br>290 BROADWAY 5TH FL<br>NEW YORK, NY 10007 | Claim Holder Name<br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICES<br>290 BROADWAY 5TH FL<br>NEW YORK, NY 10007<br><br>Docketed Total: $73,741.57<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    $73,741.57<br>                                    $73,741.57 | Allowed Total: $49,248.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                    $49,248.00<br>                                    $49,248.00 |

**Total Claims To Be Allowed:** 1

**Total Amount As Docketed:** $73,741.57

**Total Amount As Allowed:** $49,248.00

\*   See Exhibit F for a listing of debtor entities by case number.