**EXHIBIT E-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF AMERICAN ONLINE INC<br>AS AGENT FOR SPCP GROUP LLC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | 9882 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:     $969,141.63<br>Total:         $969,141.63 | 07/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LOCKHEED MARTIN CORPORATION<br>THOMAS O BEAN ESQ<br>MCDERMOTT WILL & EMERY LLP<br>28 STATE ST<br>BOSTON, MA 02109 | 15606 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:   $1,185,084.00<br>Total:       $1,185,084.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>MICHELLE T SUTTER<br>OHIO ATTORNEY GENERAL<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS, OH 43215-3400 | 15347 | Secured:<br>Priority:            UNL<br>Administrative:<br>Unsecured:         UNL<br>Total:              UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>MICHELLE T SUTTER<br>OHIO ATTORNEY GENERAL<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS, OH 43215-3400 | 15346 | Secured:<br>Priority:            UNL<br>Administrative:<br>Unsecured:<br>Total:              UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| **Total:** | **4** | **$2,154,225.63** | | |

\*   "UNL" denotes an unliquidated claim.