**EXHIBIT E-3 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BAJA TAPE & SUPPLY INC<br>LANE C REEDMAN<br>4171 N MESA ST STE B 201<br>EL PASO, TX 79902 | 19492 | Secured:<br>Priority:<br>Administrative: $190,566.54<br>Unsecured:<br>Total: $190,566.54 | 07/27/2009 | DELPHI CORPORATION<br>(05-44481) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THOMBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19586 | Secured: $1,200,000.00<br>Priority:<br>Administrative:<br>Unsecured: $33,290,017.61<br>Total: $34,490,017.61 | 08/25/2009 | DELPHI AUTOMOTIVE<br>SYSTEMS HUMAN<br>RESOURCES LLC<br>(05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19585 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured: $34,490,017.61<br>Total: $34,490,017.61 | 08/25/2009 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19587 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured: $34,490,017.61<br>Total: $34,490,017.61 | 08/25/2009 | DELPHI CORPORATION<br>(05-44481) |
| JOSE C ALFARO AND MARTHA ALFARO<br>C O DON C STAAB ATTORNEY AT LAW<br>1301 OAK ST<br>HAYS, KS 67601 | 19543 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,500,000.00<br>Total: $1,500,000.00 | 08/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHIGAN SELF INSURERS<br>SECURITY FUND<br>DENNIS J RATERINK ASST<br>ATTORNEY GENERAL<br>PO BOX 30736<br>LANSING, MI 48909 | 19502 | Secured:<br>Priority: $25,460,432.50<br>Administrative:<br>Unsecured:<br>Total: $25,460,432.50 | 07/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHIGAN SELF INSURERS<br>SECURITY FUND<br>DENNIS J RATERINK ASST<br>ATTORNEY GENERAL<br>PO BOX 30736<br>LANSING, MI 48909 | 19501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $36,293,480.00<br>Total: $36,293,480.00 | 07/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHIGAN SELF INSURERS<br>SECURITY FUND<br>DENNIS J RATERINK ASST<br>ATTORNEY GENERAL<br>PO BOX 30736<br>LANSING, MI 48909 | 19541 | Secured:<br>Priority: $25,460,432.50<br>Administrative:<br>Unsecured:<br>Total: $25,460,432.50 | 07/31/2009 | DELPHI CORPORATION<br>(05-44481) |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT E-3 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHIGAN SELF INSURERS SECURITY FUND<br>DENNIS J RATERINK ASST ATTORNEY GENERAL<br>PO BOX 30736<br>LANSING, MI 48909 | 19542 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$36,293,480.00<br>$36,293,480.00 | 07/31/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **9** | | **$228,668,444.37** | | |

*   "UNL" denotes an unliquidated claim.