05-44481-rdd    Doc 19133-8    Filed 12/02/09    Entered 12/02/09 16:07:28    Exhibit E-4
Pg 1 of 1

In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirty-Sixth Omnibus Claims Objection

**EXHIBIT E-4 - ADJOURNED PENSION, BENEFIT, AND OPEB CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAMLIN SAUNDRA L | 10830 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br><br>UNL | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| MILLER JEFFREY A | 11375 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$37,000.00<br><br>$37,000.00<br>$74,000.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SKILLMAN JOYCE L | 7054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$274,230.36<br><br><br>$274,230.36 | 05/30/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **3** | | **$348,230.36** | | |

\* The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.