**EXHIBIT A - PREPETITION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ADVANTECH CORPORATION<br>ATTN CLIFF CHEN<br>38 TESLA STE 100<br>IRVINE, CA 92618 | 18884 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,452.15<br><br>$2,452.15 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| AMERICAN AIKOKU ALPHA INC<br>GARY VIST<br>MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 NORTH LASALLE ST STE 2500<br>CHICAGO, IL 60601 | 17452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$413,908.96<br><br>$413,908.96 | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |
| AUTOMOTIVE TESTING<br>LABORATORIES INC<br>ATL<br>263 S MULBERRY ST<br>MESA, AZ 85202 | 18514 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$495.00<br><br>$495.00 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| DIODES ZETEX INC FORMERLY<br>KNOWN AS ZETEX INC<br>RICK F YEH<br>DIODES INCORPORATED<br>15660 N DALLAS PKWY STE 850<br>DALLAS, TX 75248 | 18901 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$320.00<br><br>$320.00 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| EDWARD J VOHWINKEL<br>50 N LONG ST<br>WILLIAMSVILLE, NY 14221 | 18016 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,200.00<br><br>$4,200.00 | 07/09/2009 | DELPHI CORPORATION<br>(05-44481) |
| FUTURE EXECUTIVE PERSONNEL<br>LTD<br>425 UNIVERSITY AVE STE 800<br>TORONTO, ON M5G 1T6<br>CANADA | 18533 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$17,500.00<br><br>$17,500.00 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| GLORIA J FORD DBA BY PAS OF<br>TOLEDO<br>6646 FREMONT PIKE<br>PERRYSBURG, OH 43551 | 18003 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,528.06<br><br>$1,528.06 | 07/09/2009 | DELPHI CORPORATION<br>(05-44481) |
| GRAYHILL INC<br>561 HILLGROVE AVE<br>LAGRANGE, IL 60525 | 18279 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$500.00<br><br>$500.00 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |

**EXHIBIT A - PREPETITION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GUARANTEE VACUUM & SEWING<br>702 S REED RD<br>KOKOMO, IN 46901 | 17114 | Secured:<br>Priority:<br>Administrative: $135.00<br>Unsecured:<br>Total: $135.00 | 06/25/2009 | DELPHI CORPORATION<br>(05-44481) |
| HONEYWELL INTERNATIONAL<br>CONNIE STRATTON<br>BUILDING SOLUTIONS<br>950 KEYNOTE CIR<br>BROOKLYN HEIGHTS, OH 44131 | 18635 | Secured:<br>Priority:<br>Administrative: $404.68<br>Unsecured:<br>Total: $404.68 | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |
| JUDY MCMAHON TWO GALS<br>TRUCKING OUT OF BUSINESS<br>PO BOX 61<br>AVOCA, NY 14809 | 17127 | Secured:<br>Priority:<br>Administrative: $5,000.00<br>Unsecured:<br>Total: $5,000.00 | 06/25/2009 | DELPHI CORPORATION<br>(05-44481) |
| PINE BELT INDUSTRIES<br>C O PBMHR ACCOUNTING DEPT<br>PO BOX 18679<br>HATTIESBURG, MS 39404-8679 | 18067 | Secured:<br>Priority:<br>Administrative: $3,092.70<br>Unsecured:<br>Total: $3,092.70 | 07/09/2009 | DELPHI CORPORATION<br>(05-44481) |
| PLASTIC MOLDINGS COMPANY LLC<br>2181 GRAND AVE<br>CINCINNATI, OH 45214-150 | 17540 | Secured:<br>Priority:<br>Administrative: $54,428.68<br>Unsecured:<br>Total: $54,428.68 | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |
| REMSTAR INTERNATIONAL INC<br>PATTY OLIVER<br>41 EISENHOWER DR<br>WESTBROOK, ME 04092 | 17113 | Secured:<br>Priority:<br>Administrative: $2,740.00<br>Unsecured:<br>Total: $2,740.00 | 06/25/2009 | DELPHI CORPORATION<br>(05-44481) |
| SCAPA TAPES NA INC<br>MARGARET E GILMARTIN ESQ<br>111 GREAT POND DR<br>WINDSOR, CT 06095 | 18101 | Secured:<br>Priority:<br>Administrative: $10,464.79<br>Unsecured:<br>Total: $10,464.79 | 07/09/2009 | DELPHI CORPORATION<br>(05-44481) |
| SMK ELECTRONICS CORP USA<br>1055 TIERRA DEL REY<br>CHULA VISTA, CA 91910 | 18887 | Secured:<br>Priority:<br>Administrative: $8,455.00<br>Unsecured:<br>Total: $8,455.00 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |

05-44481-rdd   Doc 19135-1   Filed 12/02/09   Entered 12/02/09 16:28:08   Exhibit A

In re Delphi Corporation, et al.          Pg 3 of 3          Thirty-Seventh Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - PREPETITION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TAIYO YUDEN SINGAPORE PTE LTD<br>NORDIC EUROPEAN CENTRE NO 06 28<br>3 INTERNATIONAL BUSINESS PARK<br>SINGAPORE, 609927<br>CHINA | 19056 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$8,571.42<br><br>$8,571.42 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TECHNOMAGNETE INC<br>6655 ALLAR DR<br>STERLING HGTS, MI 48312 | 17336 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$9,517.00<br><br>$9,517.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| W H RHINEHART INC<br>4133 CARMEN RD<br>MIDDLEPORT, NY 14105 | 18017 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$654.85<br><br>$654.85 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| WALBERT TRUCKING INC<br>101 PIN OAK LN<br>GLASGON, KY 42141 | 18770 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,837.50<br><br>$1,837.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| WEINGART & ASSOCIATES, INC<br>9265 CASTLEGATE DR<br>INDIANAPOLIS, IN 46256 1004 | 17153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,831.05<br><br>$2,831.05 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **21** | | **$549,036.84** | | |