05-44481-rdd   Doc 19135-2   Filed 12/02/09   Entered 12/02/09 16:28:08   Exhibit B
Pg 1 of 8

In re Delphi Corporation, et al.                    Thirty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMY D KIESLING<br>1830 BRANTLEY RD E 1<br>FORT MEYERS, FL 33907 | 17032 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| ANGELO CHELLI<br>3125 BEACH VIEW CT<br>LAS VEGAS, NV 89117 | 16863 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| ANN M NIEHAUS<br>23584 42 ST<br>MARTELLE, IA 52305-7517 | 16965 | Secured:<br>Priority:<br>Administrative: $9,500.00<br>Unsecured:<br>Total: $9,500.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| ANNE MARIE GALLETTA<br>94 CASPER ST<br>PT CHESTER, NY 10573-3150 | 17004 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA L GRIFFITH<br>516 STONERIDGE TRL<br>WEATHERFORD, TX 76087-4412 | 17301 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA MCKNIGHT<br>PO BOX 333<br>BROOKFIELD, OH 44403 | 17989 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| BETTY R EDWARDS<br>1605 SANGLOE PL<br>LYNCHBURG, VA 24502-1821 | 16880 | Secured:<br>Priority:<br>Administrative: $5,100.00<br>Unsecured:<br>Total: $5,100.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| BETTY RUTHERFORD<br>15242 CICOTTE AVE<br>ALLEN PARK, MI 48101-3006 | 16893 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/24/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BILL E LUX JR<br>2708 SW 121ST ST<br>OKLAHOMA CITY, OK 73170-4736 | 17706 | Secured:<br>Priority:<br>Administrative: $4,236.50<br>Unsecured:<br>Total: $4,236.50 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| CATHERINE M GRIFFIN<br>10171 HWY 17<br>MAYLENE, AL 35114-5902 | 16874 | Secured:<br>Priority:<br>Administrative: $1,331.33<br>Unsecured:<br>Total: $1,331.33 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| DANIEL L COSTELLO<br>30103 COLDWATER AVE<br>HONEY CREEK, IA 51542-4189 | 18738 | Secured:<br>Priority:<br>Administrative: $1,000.00<br>Unsecured:<br>Total: $1,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| DAVID E HORNER<br>2288 DOC WALKER RD<br>PARKER, PA 16049-3124 | 17599 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| DEBRA J BUSHONG<br>4550 S 300 E<br>ANDERSON, IN 46017-9508 | 18018 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DORIS GRAYSON<br>PO BOX 24796<br>DETROIT, MI 48224 | 18610 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ELIZABETH DAVIS<br>7101 GOODLAND AVE<br>NORTH HOLLYWOOD, CA 91605-5028 | 17036 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| ELIZABETH DH KANE JOSEPH J KANE JR<br>31 NANCY PL<br>WYMBERLY<br>SAVANNAH, GA 91406-7556 | 18457 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ENA KAHAN<br>1640 E 4TH ST<br>BROOKLYN, NY 11230-6905 | 16861 | Secured:<br>Priority:<br>Administrative: $850.00<br>Unsecured:<br>Total: $850.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| EZZARD C SMITH<br>2959 CONCORD ST<br>FLINT, MI 48504 | 17648 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| GENEVIEVE TILLER<br>855 ADDISON DR NE<br>SAINT PETERSBURG, FL 33716-3443 | 17045 | Secured:<br>Priority:<br>Administrative: $3,026.00<br>Unsecured:<br>Total: $3,026.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| GERALD L BOWE<br>106 SUMMIT PL<br>LANSDALE, PA 19446-6716 | 16929 | Secured:<br>Priority:<br>Administrative: $398.00<br>Unsecured:<br>Total: $398.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| GORDON ALLEN BARRON<br>5855 SW 65TH AVE<br>SOUTH MIAMI, FL 33143-2060 | 18572 | Secured:<br>Priority:<br>Administrative: $775.03<br>Unsecured:<br>Total: $775.03 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JANICE ANN FORKNER<br>2439 DEVONSHIRE DR<br>ROCKFORD, IL 61107-1533 | 18190 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| JESSICA R SCHNEIDER<br>7804 TRENT DR<br>TAMARAC, FL 33321-8867 | 17778 | Secured:<br>Priority:<br>Administrative: $775.00<br>Unsecured:<br>Total: $775.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| JESSIE HAYES & MINNETTE GORDON JT TEN<br>553 MANISTES AVE<br>CALUMET CITY, IL 60409-3312 | 17607 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOSEPHINE FAVINI<br>2909 BUFFALO RD<br>ROCHESTER, NY 14624-1338 | 17547 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JUDITH K GUGLIELMETTI & LISA K HAYES<br>32719 STRICKER DR<br>WARREN, MI 48088 | 16854 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| KARL JUELLIG<br>ST MARTIN STR G<br>55278 DALHEIM<br>GERMANY | 18398 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| KATHLEEN DEAL<br>2116 MORNINGSIDE DR<br>HOPKINSVILLE, KY 42240-3762 | 18469 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| KENNETH G JOHNSTON<br>7439 SEVEN MILE<br>FREELAND, MI 48623 | 17384 | Secured:<br>Priority:<br>Administrative: $45,811.37<br>Unsecured:<br>Total: $45,811.37 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LEONARD D ZEMECK<br>8628 TUTTLE COURT<br>PALOS HILLS, IL 60465-2111 | 17049 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| LOUIS KATSOUROS<br>3683 S LEISURE WORLD BLVD<br>SILVER SPRING, MD 20906 | 17609 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| LOUIS NOVAK<br>GEORGE NOVAK<br>7748 WINDBREAK RD<br>ORLANDO, FL 32819-7292 | 18735 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MARILYN A DZIANZIO TRUST<br>55212 WOODS LN<br>SHELBY TWP, MI 48316-1022 | 18158 | Secured:<br>Priority:<br>Administrative: $1,002.44<br>Unsecured:<br>Total: $1,002.44 | 07/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| MARY A DURM MARY KATHLEEN DURM & SARAH LYNN DURM<br>17407 LORNE ST<br>NORTHRIDGE, CA 91325 | 18561 | Secured:<br>Priority:<br>Administrative: $5,000.00<br>Unsecured:<br>Total: $5,000.00 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| MARY W WHETZEL<br>17407 LORNE ST<br>NORTHRIDGE, CA 91325 | 18560 | Secured:<br>Priority:<br>Administrative: $10,000.00<br>Unsecured:<br>Total: $10,000.00 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| META C WITT<br>PO BOX 138<br>APPLE SPRINGS, TX 75926-0138 | 17306 | Secured:<br>Priority:<br>Administrative: $7,000.00<br>Unsecured:<br>Total: $7,000.00 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHAEL H KUGEL<br>6309 SEVEN PINES DR<br>DAYTON, OH 45449-3063 | 18733 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHAEL H KUGEL<br>6309 SEVEN PINES DR<br>DAYTON, OH 45449-3063 | 18732 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHAEL H KUGEL<br>6309 SEVEN PINES DR<br>DAYTON, OH 45449-3063 | 18731 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |
| MICHAEL H KUGEL<br>6309 SEVEN PINES DR<br>DAYTON, OH 45449-3063 | 18728 | Secured:<br>Priority:<br>Administrative: $1,700.00<br>Unsecured:<br>Total: $1,700.00 | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MICHAEL H KUGEL<br>6309 SEVEN PINES DR<br>DAYTON, OH 45449-3063 | 18729 | Secured:<br>Priority:<br>Administrative: $3,830.14<br>Unsecured:<br>Total: $3,830.14 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL H KUGEL AND DIANNE R KUGEL<br>6309 SEVEN PINES DR<br>DAYTON, OH 45449-3063 | 18730 | Secured:<br>Priority:<br>Administrative: $1,450.20<br>Unsecured:<br>Total: $1,450.20 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL VITELLI<br>639 N HARTFORD AVE<br>YOUNGSTOWN, OH 44509-1726 | 17852 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MR A NORMAN DRUCKER<br>801 NE 167TH ST<br>N MIAMI BEACH, FL 33162 | 16895 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| PEGGY J LUX<br>2708 SW 121ST ST<br>OKLAHOMA CITY, OK 73170 | 17705 | Secured:<br>Priority:<br>Administrative: $9,102.00<br>Unsecured:<br>Total: $9,102.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| PHILLIP CHAPADOS<br>2000 EASTMAN AVE<br>GREEN BAY, WI 54302 | 16922 | Secured:<br>Priority:<br>Administrative: $2,854.64<br>Unsecured:<br>Total: $2,854.64 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| RALPH D & CONSTANCE D ARMSTROG JT TEN<br>604 6TH LN<br>PALM BEACH GARDENS, FL 33418-3551 | 17015 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD BELSENICH<br>3673 CUMBERLAND LN<br>HAMBURG, NY 14075 | 17623 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROBERT J BACHULA<br>5680 GRONDA<br>HARRISON, MI 48625 | 17557 | Secured:<br>Priority:<br>Administrative: $3,420.00<br>Unsecured:<br>Total: $3,420.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT SCOTT<br>2527 FOREST SPRINGS DR<br>WARREN, OH 44484 | 18474 | Secured:<br>Priority:<br>Administrative: $49,331.40<br>Unsecured:<br>Total: $49,331.40 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SHARON D KUREK<br>3 GARDENVILLE ON THE GREEN<br>W SENECA, NY 14224-6310 | 16857 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| SHIRLEY BEBEE<br>459 LAWRENCE<br>PORTLAND, MI 48875-1635 | 18388 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| STANLEY SEVILLA<br>LOIS SEVILLA<br>16606 MERRIVALE LN<br>PACIFIC PALISADES, CA 90272-2236 | 16964 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN K GEAN BULAR<br>2288 MATTIE LU DR<br>AUBURN HILLS, MI 48326-2427 | 18066 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| SUZANNE PUFF<br>4715 CHADAM LN<br>JONESVILLE, MI 49250 | 18254 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS E RAINWATER<br>1940 BROOK DR<br>CAMDEN, SC 29020-2008 | 18511 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TIM WINDY<br>3400 PINE DR<br>CARO, MI 48723 | 17126 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **57** | | **$167,494.05** | | |

\*   "UNL" denotes an unliquidated claim.