**In re Delphi Corporation, et al.**  **Thirty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT H-1 - ADJOURNED PREPETITION CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| POLYMER CONCENTRATES INC<br>PO BOX 42<br>CLINTON, MA 01510-0042 | 18265 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$64,856.49<br><br>$64,856.49 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$64,856.49** | | |