In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Thirty-Seventh Omnibus Claims Objection

**EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AOL LLC<br>TIFFANY STRELOW COBB ESQ<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 E GAY ST<br>COLUMBUS, OH 43215 | 18609 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$560,911.50<br><br>$560,911.50 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br>ATTN WILHELMINA BERGLAND<br>BANKRUPTCY AND COLLECTIONS<br>900 COTTAGE GROVE ROAD B6LPA<br>HARTFORD, CT 06152 | 18659 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,929,442.74<br><br>$10,929,442.74 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY<br>ATTN WILHELMINA BERGLAND<br>BANKRUPTCY AND COLLECTIONS<br>900 COTTAGE GROVE ROAD B6LPA<br>HARTFORD, CT 06152 | 18660 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$47,153.91<br><br>$47,153.91 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **3** | | **$11,537,508.15** | | |