**EXHIBIT H-3 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| 1ST CHOICE HEATING & COOLING<br>JOEL D APPLEBAUM P36774<br>CLARK HILL PLC<br>151 S OLD WOODWARD AVE STE 200<br>BIRMINGHAM, MI 48009 | 19309 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,898.55<br><br>$10,898.55 | 07/16/2009 | DELPHI CORPORATION (05-44481) |
| BAJA TAPE & SUPPLY INC<br>LANE C REEDMAN<br>4171 N MESA ST STE B 201<br>EL PASO, TX 79902 | 19445 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$190,566.54<br><br>$190,566.54 | 07/21/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF OAK CREEK<br>LAWRENCE J HASKIN CITY ATTORNEY<br>7300 S 13TH ST STE 104<br>OAK CREEK, WI 53154 | 19534 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$149,354.63<br><br>$149,354.63 | 08/06/2009 | DELPHI CORPORATION (05-44481) |
| DEBORAH CHAPMAN<br>52412 BELLE ARBOR<br>SHELBY, MI 48316 | 19284 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$6,189.12<br><br>$6,189.12 | 07/16/2009 | DELPHI CORPORATION (05-44481) |
| HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 19545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$3,199.41<br><br>$3,199.41 | 07/20/2009 | DELPHI CORPORATION (05-44481) |
| PHILIP J CARSON<br>119 W JEFFERSON<br>FRANKENMUTH, MI 48734 | 19551 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,000,000.00<br><br>$1,000,000.00 | 08/12/2009 | DELPHI CORPORATION (05-44481) |
| SAUNDRA L HAMLIN<br>505 UNGER AVE<br>ENGLEWOOD, OH 45322 | 19370 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/17/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **7** | | **$1,360,208.25** | | |

\*    "UNL" denotes an unliquidated claim.