**EXHIBIT H-4 - ADJOURNED PENSION, BENEFIT, AND OPEB CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DWIGHT L GOODIN | 16967 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,397,138.50<br><br>$1,397,138.50 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| FRANK X BUDELEWSKI | 18087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| JAMES A LUECKE | 17081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$159,000.00<br><br>$159,000.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| MARYBETH CUNNINGHAM | 18422 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$730,842.60<br><br>$730,842.60 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT E DETTINGER | 17863 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$289,538.39<br><br>$289,538.39 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SCOTT A MCBAIN | 19162 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,000.00<br><br>$10,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| STANLEY D SMITH | 16925 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,278.00<br><br>$4,278.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A KUNKA | 18604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$5,380.77<br><br>$5,380.77 | 07/14/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19135-12    Filed 12/02/09    Entered 12/02/09 16:28:08    Exhibit
H-4    Pg 2 of 2

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Thirty-Seventh Omnibus Claims Objection

**EXHIBIT H-4 - ADJOURNED PENSION, BENEFIT, AND OPEB CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIAM E CROSS | 18614 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **9** | | **$2,596,178.26** | | |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.