In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19135-13    Filed 12/02/09    Entered 12/02/09 16:28:08    Exhibit
H-5    Pg 1 of 1

Thirty-Seventh Omnibus Claims Objection

**EXHIBIT H-5 - ADJOURNED DUPLICATE CLAIM**

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim: 19088<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>BANK OF AMERICA NA<br>BARNES & THORNBURG<br>PATRICK E MEARS<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,691,000.00<br>Unsecured:<br><br>Total: $8,691,000.00 | Claim: 19123<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THOMBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,691,000.00<br>Unsecured:<br><br>Total: $8,691,000.00 |

**Total Claims To Be Expunged:** 1
**Total Asserted Amount To Be Expunged:** $8,691,000.00