UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re | : : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : : : | (Jointly Administered) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Ann Marie Uetz, a member in good standing of the Bar of the State of Michigan, request admission to practice, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent Kautex Inc., a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: auetz@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: December 2, 2009

                                                          By: /s/ Ann Marie Uetz
                                                          Ann Marie Uetz
                                                          500 Woodward Avenue
                                                          Detroit, Michigan 48226
                                                          Telephone: (313) 234-7100
                                                          Facsimile:  (313) 234-2800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                               :
        Reorganized Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Ann Marie Uetz, a member in good standing of the Bar of the State of Michigan, having requested admission, *pro hac vice*, to represent Kautex Inc., a creditor in the above referenced case,

**ORDERED**,

That Ann Marie Uetz, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
    UNITED STATES BANKRUPTCY
    JUDGE

DETR_1351836.1