UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
    In re     :     Chapter 11
:
DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 (RDD)
:
    Reorganized Debtors.     :     (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Katherine R. Catanese, a member in good standing of the Bar of the State of Michigan, request admission to practice, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent Kautex Inc., a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: kcatanese@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: December 2, 2009

By: /s/ Katherine R. Catanese
Katherine R. Catanese
Foley & Lardner LLP
500 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

DETR_1351835.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
In re : Chapter 11
: 
DPH HOLDINGS CORP., et al., : Case No. 05-44481 (RDD)
: 
Reorganized Debtors. : (Jointly Administered)
: 
------------------------------ x

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Katherine R. Catanese, a member in good standing of the Bar of the State of Michigan, having requested admission, *pro hac vice*, to represent Kautex Inc., a creditor in the above referenced case,

**ORDERED**,

That Katherine R. Catanese, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
UNITED STATES BANKRUPTCY
JUDGE

DETR_1351835.1