UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
                                                                  :
        In re                                                     :    Chapter 11
                                                                  :
    DPH HOLDINGS CORP., et al.,                                   :    Case No. 05-44481 (RDD)
                                                                  :
                Reorganized Debtors.                              :    (Jointly Administered)
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    x
```

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, John R. Trentacosta, a member in good standing of the Bar of the State of Michigan, request admission to practice, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent Kautex Inc., a creditor in the above referenced case.

Mailing Address: Foley & Lardner LLP, 500 Woodward Avenue, Detroit, Michigan 48226

Email Address: jtrentacosta@foley.com

Telephone Number: (313) 234-7100

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: December 2, 2009

By: /s/ John R. Trentacosta
John R. Trentacosta
500 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

DETR_1351837.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
In re : Chapter 11
:
DPH HOLDINGS CORP., et al., : Case No. 05-44481 (RDD)
:
Reorganized Debtors. : (Jointly Administered)
:
------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

John R. Trentacosta, a member in good standing of the Bar of the State of Michigan, having requested admission, *pro hac vice*, to represent Kautex Inc., a creditor in the above referenced case,

**ORDERED**,

That John R. Trentacosta, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
New York, New York

/s/ _____
  UNITED STATES BANKRUPTCY
  JUDGE

DETR_1351837.1