# EXHIBIT A

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 1

Order No  P127
Rev. No   000000023
Eff. Date 01/05/98
Supplier No  DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

FAX: 248 813-4899

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FAXED

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|---|---|---|---|---|---|---|
| | | YOUR QUALITY SYSTEMS MUST MEET THE MINIMUM STANDARD OF THE KAUTEX TEXTRON SUPPLIER GUIDLINES MANUAL OR QS-9000. STATISTICAL DATA FOR CRITICAL CHARACTERISTICS MUST BE SUBMITTED TO KAUTEX SUPPLIER QUALITY ENGINEER QUARTERLY ON THE KAUTEX SPC REPORT FORM. MATERIAL CERTS AND DATA MUST BE ON FILE AND AVAILABLE UPON REQUEST. INCLUDE CUM SHIPPED QUANTITY, LATEST ENG.LVL. ON EACH SHIPPER FOR LOT TRACABILITY | | | | |
| | EA | BLANKET 01-00-20019<br>FUEL SENDER UNIT<br>Engineering informatio<br>  level 23    05/20/99<br>START DATE: 01/05/98  STOP DATE: 06/19/02<br>GM P/N : 25162874  lvl 23<br>T-800 NAO GASOLINE | USD | 52.24000<br>51.19520<br>50.17129<br>49.16787 | | 01/05/98<br>08/01/99<br>08/01/00<br>08/01/01 |
| | EA | BLANKET 01-00-20020<br>FUEL SENDER UNIT<br>Engineering information Ord Num 000898<br>  level 15    02/10/98<br>START DATE: 01/05/98      STOP DATE: NO STOP<br>GM P/N : 25166921  LVL 15<br>T-800  NAO DIESEL | USD | 20.15000 | | 01/27/98 |
| | EA | BLANKET 01-00-20086<br>MODULAR RSVR & SENDER ARM<br>Engineering information Ord Num 010498<br>  level 003   09/29/98<br>START DATE: 11/09/98      STOP DATE: NO STOP | USD | 0.00000 | | 11/10/98 |

| .TT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions   ☐ logistic specifications
☐ purchase conditions   ☐ specific quality requirements   ☐ drawing(-s)
☐ sample(-s)             ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 2

Order No     P127
Rev. No      000000023
Eff. Date    01/05/98
Supplier No  DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|--------|-----------------|-------|----------|---------------|-------|
|        |                 |       | YOUR     | SEE RELEASE   | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|----------|-----|---------------------------|------|------------|--------|----------|
|          |     | GM P/N: 2531 5638 LVL 003 |      |            |        |          |
|          |     | ELDO 2000  ** ON CONSIGNMENT ** |  |            |        |          |
|          | EA  | BLANKET 01-00-20099<br>SENDER ASSEMBLY FUEL<br>Engineering information Ord Num 006797<br>level 001    10/08/97<br>START DATE: 01/05/98    STOP DATE: 11/10/98<br>GM P/N: 2531 3688    ENG. LVL. : 001 | USD | 0.00001 | | 04/09/98 |
|          | EA  | BLANKET 01-00-20102<br>GASOLINE EXPORT SENDIN<br>Engineering information Ord Num 000898<br>level 7    02/10/98<br>START DATE: 01/05/98  STOP DATE: 08/31/99<br>GMT-800 P/N: 25162875 LVL 7 | USD | 104.65000<br>102.56000 | | 01/27/98<br>08/01/99 |
|          | EA  | BLANKET 01-00-20103<br>LOW LUBRICITY SENDER U<br>Engineering informatio<br>level 7    02/10/98<br>START DATE: 01/05/98  STOP DATE: NO STOP<br>GMT-800 P/N: 25315816 LVL 7 | USD | 74.89000<br>73.39000<br>71.92000<br>70.48000 | | 01/27/98<br>08/01/99<br>08/01/00<br>08/01/01 |
|          | EA  | BLANKET 01-00-20104<br>NON OBDII SENDER UNIT<br>Engineering informatio<br>level 6    02/10/98<br>START DATE: 01/05/98  STOP DATE: 07/01/02 | USD | 42.64000<br>41.79000<br>40.95000<br>40.14000 | | 01/27/98<br>08/01/99<br>08/01/00<br>08/01/01 |

| T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|----------|----------|---------|------------|---------------|--------------|
|          |          |         |            |               |              |

**Enclosures:**
☐ contract conditions    ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 3

Order No    P127
Rev. No     000000023
Eff. Date   01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC. | EFF. DATE |
|---|---|---|---|---|---|---|
| | | GMT-800 P/N : 25178389 LVL 6 | | | | |
| | EA | BLANKET 01-00-20121<br>FSU (MODULE ASSY F/TANK F/PUMP<br>Engineering information Ord Num 010598<br>  level 2      08/11/98<br>  level 000    08/12/98<br>START DATE: 08/10/98    STOP DATE: NO STOP<br>*** ON CONSIGNMENT *** | USD | 0.00000 | | 08/11/98 |
| | EA | BLANKET 01-00-20137<br>MODULAR RSVR & SENDER ASSY<br>Engineering information Ord Num 000899<br>  level 000    01/08/99<br>START DATE: 01/11/99    STOP DATE: NO STOP<br>GM P/N: 2532 5798<br>99 ELDO PULL AHEAD. | USD | 0.00000 | | 01/19/99 |
| | EA | BLANKET 01-00-20165<br>GMT800 MODULAR RSVR&SE<br>START DATE: 03/13/00<br><br>GM PART # 15747835<br>FOB POINT (FOR 01-00-20165): FLINT, MI | USD | 25.25000<br>24.75000<br>24.25000<br>23.77000<br>23.29000 | | 03/13/00<br>06/01/01<br>06/01/02<br>06/01/03<br>06/01/04 |
| | EA | BLANKET 01-00-20243<br>00ELDO MODULAR RSVR & SNDR ASY<br>Engineering information Ord Num E16100 | USD | 0.00001 | | 12/07/00 |

| T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions    ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)    ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 4

Order No     P127
Rev. No      000000023
Eff. Date    01/05/98
Supplier No  DEL001A

VAT

| Supplier: | Ship to: |
|---|---|
| DELPHI AUTOMOTIVE<br>ATTN: ..................<br>2725 DELPHI DRIVE<br>TROY MI 48098<br>United States | KAUTEX CORPORATION<br>ATTN:<br>A TEXTRON COMPANY<br>2701 KAUTEX DRIVE<br>WINDSOR ON N8W 5B1<br>Canada<br>Phone: 519 974 6656<br>Fax: |

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|---|---|---|---|---|---|---|
| | | level 003    12/07/00<br>START DATE: 12/11/00    STOP DATE: NO STOP<br>GM PART # 2573 1720 | | | | |
| | EA | BLANKET 01-00-20266<br>04 T800 FUEL MODULE GA<br>Engineering informatio<br>  level 0    01/26/01<br>START DATE: 05/20/02    STOP DATE: 04/01/03<br>CUSTOMER PART # 15077530 | USD | 62.93000<br>61.04000<br>59.21000<br>57.43000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20275<br>02 T800 FSU GAS<br>Engineering informatio<br>  level 0    02/07/01<br>START DATE: 04/23/01    STOP DATE: NO STOP<br>DELPHI PART # 25338938<br>GM PART # 15061257 | USD | 51.27000<br>49.06000<br>48.08000 | | 01/01/01<br>08/01/01<br>08/01/02 |
| | EA | BLANKET 01-00-20276<br>02 T800 FSU GAS NON OB<br>Engineering information Ord Num E00801<br>  level 0    02/07/01<br>START DATE: 04/23/01    STOP DATE: NO STOP<br>DELPHI PART # 25338939<br>GM PART # 15061260 | USD | 42.55000<br>41.35000 | | 01/01/01<br>01/01/02 |
| | EA | BLANKET 01-00-20351<br>04 T800 FUEL MODULE - GAS | USD | 59.02000 | | 05/17/02 |

| IT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

Enclosures:
☐ contract conditions    ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)    ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 5

Order No    P127
Rev. No     000000023
Eff. Date   01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|--------|-----------------|-------|----------|---------------|-------|
|        |                 |       | YOUR     | SEE RELEASE   | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF. DATE |
|----------|-----|---------------------------|------|------------|--------|-----------|
|  |  | START DATE: 05/20/02   STOP DATE: NO STOP<br>CUSTOMER PART # 15077904 |  |  |  |  |
|  | EA | BLANKET 01-00-20352<br>04 T800 FUEL MODULE-NON OBD II<br>START DATE: 05/20/02   STOP DATE: NO STOP<br>CUSTOMER PART # 15077898 | USD | 46.17000 |  | 05/17/02 |
|  | EA | BLANKET 01-00-20353<br>04 T800 FUEL MODULE- 27G DIESE<br>START DATE: 05/20/02   STOP DATE: NO STOP<br>CUSTOMER # 15077905 | USD | 20.43000 |  | 05/17/02 |
|  | EA | BLANKET 01-00-20354<br>04 T800 FUEL MODULE-23G GAS<br>START DATE: 05/20/02   STOP DATE: NO STOP<br>CUSTOMER # 15078037<br>PRODUCTION RELEASE OF 2004 GMT 800 MRA'S PER ATTACHED RQLR<br>PPAP NO LATER THAN 1/1/03<br>WITH ANNUAL COST REDUCTION OF 3% EVERY YEAR OVER THE NEXT 5 YEARS. | USD | 49.21000 |  | 05/17/02 |
|  | EA | BLANKET 01-00-20355<br>04 T800 FUEL MODULE-23G DIESEL<br>START DATE: 05/20/02   STOP DATE: NO STOP<br>CUSTOMER # 15078038 | USD | 20.43000 |  | 05/17/02 |
|  | EA | BLANKET 01-00-20361<br>2002 F-Car FSU V8<br>Engineering information Ord Num 0117 | USD | 84.36000 |  | 01/01/02 |

| IT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|-----------|----------|---------|------------|---------------|--------------|
|           |          |         |            |               |              |

**Enclosures:**
☐ contract conditions     ☐ logistic specifications
☐ purchase conditions   ☐ specific quality requirements   ☐ drawing(-s)
☐ sample(-s)              ☐ _____

SIGNATURE

DATE

# Purchase Order

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

PAGE 6

Order No   P127
Rev. No    000000023
Eff. Date  01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF. DATE |
|---|---|---|---|---|---|---|
| | | level 01    11/13/01<br>START DATE: 03/04/02    STOP DATE: NO STOP<br>GM 10314661<br>DELPHI 25338788 | | | | |
| | EA | BLANKET 01-00-20362<br>2002 F-Car FSU V6<br>Engineering information Ord Num 0117<br>level 01    11/13/01<br>START DATE: 03/04/02    STOP DATE: NO STOP<br>GM 10314660<br>DELPHI 25338786 | USD | 78.48000 | | 01/01/02 |
| | EA | BLANKET 01-00-20368<br>04 T800 FUEL MODULE -N<br>Engineering informatio<br>START DATE: 05/20/02<br>CUSTOMER PART # 15077531 | USD | 55.11000<br>53.46000<br>51.86000<br>50.30000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20369<br>04 T800 FUEL SENDER -<br>START DATE: 01/05/98<br><br>customer part number 25346818 | USD | 22.82000<br>22.13540<br>21.47130<br>20.82720 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20408<br>ELDO FUEL SENDER UNIT<br>START DATE: 03/04/02    STOP DATE: NO STOP<br>GM # 25737008 | USD | 0.00000 | | 01/01/02 |

| T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

Enclosures:
☐ contract conditions    ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)    ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

Order No    P127
Rev. No     000000023
Eff. Date   01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF. DATE |
|---|---|---|---|---|---|---|
| | | DELPHI 25338793 | | | | |
| | EA | BLANKET 01-00-20515<br>03 T800 15/25 S FSU -<br>Engineering informatio<br>START DATE: 01/05/98<br>GM PART NUMBER 15198945<br>PPAP 2/28/03 | USD | 50.53000<br>49.01000<br>47.54000<br>46.11000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20516<br>03 T800 FSU - NON OBD<br>Engineering informatio<br>START DATE: 01/05/98<br>GM PART NUMBER 15198946<br>PPAP DATE 2/28/03 | USD | 43.80000<br>42.49000<br>41.22000<br>39.98000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20517<br>03 T800 FSU - DIESEL 35S<br>Engineering information Ord Num 597<br>  level N/A    01/29/03<br>START DATE: 01/05/98    STOP DATE: NO STOP<br>GM PART NUMBER 25320827 | USD | 24.75000 | | 03/01/03 |
| | EA | BLANKET 01-00-20557<br>2004 FUEL SENDER UNIT<br>Engineering informatio<br>  level N/A    01/29/03<br>START DATE: 01/05/98   STOP DATE: NO STOP<br>GM PART NUMBWER 15103866 ECN 586 | USD | 62.93000<br>61.04000<br>59.21000<br>57.42000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |

| T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions      ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)               ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 8

Order No   P127
Rev. No    000000023
Eff. Date  01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|--------|-----------------|-------|----------|---------------|-------|
|        |                 |       | YOUR     | SEE RELEASE   | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|----------|-----|---------------------------|------|------------|--------|----------|
|          | EA  | BLANKET 01-00-20558<br>04 T800 F/SENDER NON O<br>Engineering informatio<br>  level N/A    01/29/03<br>START DATE: 01/05/98  STOP DATE: NO STOP<br>GM PART NUMBER 15103867 | USD | 55.11000<br>53.46000<br>51.86000<br>50.30000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
|          | EA  | BLANKET 01-00-20559<br>2004 T800 FUEL SENDER<br>Engineering informatio<br>  level N/A    01/29/03<br>START DATE: 01/05/98  STOP DATE: NO STOP<br>GM PART NUMBER 15103868<br>DELPHI PART NUMBER 25363061 | USD | 63.80000<br>61.89000<br>60.03000<br>58.23000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
|          | EA  | BLANKET 01-00-20600<br>04 T800 F/SENDER NON O<br>Engineering informatio<br>  level N/A    01/29/03<br>START DATE: 01/05/98  STOP DATE: NO STOP | USD | 55.98000<br>54.30000<br>52.67000<br>51.09000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |

| IT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|-----------|----------|---------|------------|---------------|--------------|
|           |          |         |            |               |              |

**Enclosures:**
☐ contract conditions   ☐ logistic specifications
☐ purchase conditions   ☐ specific quality requirements   ☐ drawing(-s)
☐ sample(-s)            ☐ _____

SIGNATURE

DATE