# EXHIBIT B

**KAUTEX**
_____ A Textron Company _____

Kautex Inc._750 Stephenson Hwy._ Troy,MI 48083

December 19, 2003

Kautex Inc.
750 Stephenson Hwy.
Troy, MI 48083
USA

Phone: + 1-248-616-5100
Fax:    + 1-248-616-5395

Mr. Graig Grambush
Account Manager
M/C, 480-405-103
5820 Delphi Drive
Troy MI 48098-2815

Subject: **GMT-800 Quality Chargeback**.

Dear Mr. Grambush;

Kautex Windsor operation has documented the cost to manage your component defects under Level 2 containment, through the launch of the GMT-800 program.

The floating core pin in Cavity 1 caused by manufacturing on machine P-5 at Delphi forced Kautex into sort and lableing to protect GM.  The Kautex cost to contain this issue on Part # 15186394 is reflected on the attached cost summary for $589,364.

Related to the Inlet Check Valve, GM again placed Kautex on CS2 due to Delphi quality issues on Part # 15127741.  Please refer to the attached cost summary of $517,584.

The final issue, though not completley charged by GM to Kautex is the cost of defective MRA's for an O-ring assembly issue.  To date we have been charged back for $6,820 on a number of PRR's, see attached sheet.

Kautex will issue debit memos against December shipments to Delphi for $1,113,768 USF. These charges are detailed on the attached sheets,  that cover the cost Kautex has expended dealing with quality issues with Delphi to date.

Future charges may result based on your performance to quality and it's effect to GM and Kautex.  Beginning in January, Mr. Zlatko Kireta will be visiting your facility as needed to review your containments process, 8-D closure and process improvements to eliminate defective material.

It is impreitive that Delphi's quality improves to eliminate costly actions on all sides and protect the customer from future quality spills.

Best Regards,

Paul B. Sullivan
VP Supply Chain
Kautex Inc.
North America

Attachments (3)


KAUTEX
A Textron Company

Delphi Chargeback
Issue: Flash Condition
3-Sep

## Part A: Sorting/Certification Labour

| Description | Hours | Rate Per Hour | Total Charges | |
|---|---|---|---|---|
| Material Handlers | 56 | $100.00 | $5,600.00 | 1 Week |
| Production Supervisors | 56 | $100.00 | $5,600.00 | |
| Material Supervisors | 56 | $100.00 | $5,600.00 | |
| Downline Technicians | 24 | $100.00 | $2,400.00 | |
| Receiving Inspector | 56 | $100.00 | $5,600.00 | |
| Dock Receiver | 56 | $100.00 | $5,600.00 | |
| Customer Support (Chris Peltier, Jean Nassar, Sabu Katour) | 24 | $100.00 | $2,400.00 | (1 Week 3 Plant min) |
| Additional Certification | | | | |
| 3 OperatorsX3 ShiftsX60 DaysX 8 Hrs X$100/hr | 4320 | 100 | $432,000.00 | |

Additional certification required as per GM, see attached PRR

## Part B: Other Charges

| | Repair | | Total Charges |
|---|---|---|---|
| Power Warehouse Space (September) | | | $18,738.67 |
| Conference Calls (Daily) | | | $1,000.00 |
| Customer Support (Bob DeYoung) | | | $770.40 |
| Expedite | | | $4,000.00 |
| Downtime Charges | | | |
| Tear down of suspect date codes (rework) | | | |
| Line 2 (32hrsX 8operatorsX$100.00/hr) | 256 | 100 | $ 25,600.00 |
| Line 3 (24hrsX 8operatorsX$100.00/hr) | 192 | 100 | $ 19,200.00 |
| Line 5 (16hrsX 8operatorsX$100.00/hr) | 128 | 100 | $ 12,800.00 |

Down Time Charges — Initial Notification of Issue 9/2/03
Midnight Shift Down
Suspect date code 236-241
Cavity 1-Flash over condition
No build state until certified stock or sorted
material received. (9/2/03 AM Day Shift)

| | Hours | Rate | Total Charges |
|---|---|---|---|
| Line 2,3/4 & 5(24 operators X 8hrsX$100.00) | 192 | 100 | $19,200.00 |
| GM PRR Charges | | | $2,695.00 |
| Obsolete Parts | | | |
| 176 pieces of obsolete parts | | | $11,075.68 |
| GM Returns (see Attached) | | | |
| Fort Wayne/Pontaic | | | $9,484.13 |
| | | Total | $589,363.88 |



Delphi Chargeback
Issue:  Inlet Check Valve

4-Aug-03 *(Civic Holiday Hours are set accordingly)*

## Part A: Sorting/Certification Labour

| Description | Hours | Rate Per Hour | Total Charges |
|---|---|---|---|
| Material Handlers | 96 | $100.00 | $9,600.00 |
| Production Supervisors | 72 | $100.00 | $7,200.00 |
| Material Supervisors | 24 | $100.00 | $2,400.00 |
| Downline Technicians | 24 | $100.00 | $2,400.00 |
| Receiving Inspector | 96 | $100.00 | $9,600.00 |
| Dock Receiver | 56 | $100.00 | $5,600.00 |
| Customer Support (Chris Peltier) | 8 | $100.00 | $800.00 |
| Operator Marking/Certification of Tanks | 4536 | $100.00 | $453,600.00 |

**Additional certification requested as per GM**

## Part B: Other Charges

| | |
|---|---|
| OnLine Sorts (Product Action) | $5,247.86 |
| Warehouse Space | $14,402.31 |
| Conference Calls | $1,000.00 |
| Customer Support (Bob DeYoung) | $873.12 |
| Power Supply (Two Generators) Kautex Supply | $1,000.00 |
| Plant Returns | $3,861.00 |

| | |
|---|---|
| Total | $517,584.29 |



**Delphi Chargeback**
**Issue: Cost Recovery**
**January 2003 to Present**

| PRR# | Plant | P/N | Date | Cost |
|------|-------|-----|------|------|
| 20030331-072132 | Ft. Wayne | 15191473 | 3/31/2003 | $550.00 |
| 20030311-105054 | Ft. Wayne | 15205614 | 3/11/2003 | |
| 20030331-072132 | Ft. Wayne | 15191473 | 3/31/2003 | $550.00 |
| 20031103-095939 | Oshawa | 15127741 | 10/30/2003 | $1,650.00 |
| 20031018-023815 | Oshawa | 15127741 | 10/18/2003 | $660.00 |
| 20030923-143944 | Pontiac | 15127743 | 9/23/2003 | $550.00 |
| 20030923-052108 | Oshawa | 15127741 | 9/23/2003 | $660.00 |
| 20030916-211551 | Pontiac | 15127743 | 9/16/2003 | $550.00 |
| 20030908-105636 | Oshawa | 15127741 | 8/29/2003 | $550.00 |
| 20030731-232940 | Ft Wayne | 15120883 | 7/31/2003 | $550.00 |
| 20030723-125242 | Oshawa | 15113898 | 7/23/2003 | $550.00 |
| | | | Total | $6,820.00 |