# EXHIBIT C

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

KAUTEX INC., a Delaware corporation, and
KAUTEX CORP., a foreign corporation,

    Plaintiffs,

vs.

DELPHI CORPORATION, a Delaware corporation,

    Defendant.

Case No.
Hon.



05-068583-CK
JUDGE RAE LEE CHABOT
KAUTEX INC    V DELPHI CORP

---

John R. Trentacosta (P31856)
Scott T. Seabolt (P55890)
Eric E. Reed (P63358)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100
Attorneys for the Plaintiffs

'05 AUG 22 AM 38

RECEIVED FOR FILING OAKLAND COUNTY CLERK

---

## COMPLAINT AND JURY DEMAND

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in this Complaint. MCR 2.113(C)(2)(a).

Plaintiffs Kautex Inc. and Kautex Corp. (collectively, "Kautex") state as follows for their Complaint against Defendant Delphi Corporation ("Delphi"):

### Parties, Jurisdiction, and Venue

1. Kautex Inc. is a Delaware corporation, conducts business in the State of Michigan, and has its resident agent for service of process in the State of Michigan located at 30600 Telegraph Road, Bingham Farms, Michigan. Kautex Corp. is a foreign corporation with its principal place of business located in Windsor, Ontario, Canada.

2. Delphi is a Delaware corporation, conducts business in the State of Michigan, and has its principal place of business located at 5725 Delphi Drive, Troy, Michigan. Delphi's resident agent for service of process in the State of Michigan is located at 30600 Telegraph Road, Bingham Farms, Michigan.

3. Jurisdiction is proper in this Court because a substantial portion of the events giving rise to Kautex's claims occurred in the State of Michigan, Delphi conducts business in and is a citizen of the State of Michigan, and the amount in controversy exceeds $25,000, exclusive of interest and costs.

4. Venue is proper in this Court because a substantial portion of the events giving rise to Kautex's claims occurred in Oakland County.

### General Allegations

5. Kautex is in the business of, *inter alia*, manufacturing and selling automotive components to its customers, including original equipment manufacturers ("OEMs").

6. Similarly, Delphi manufactures and sells automotive components to OEM and other customers.

7. On January 5, 1998, Kautex issued blanket purchase order number P127 to Delphi to supply fuel sending units, which were to be incorporated into fuel tanks to be supplied by Kautex to its customer. The purchase order, which is subject to certain terms and conditions, provided for Delphi to supply fuel sending units through 2006. The purchase order is attached as *Exhibit A*.

8. As a significant purchaser and supplier of automotive goods, Delphi was at all relevant times aware that the supply of defective goods could prompt rejection by the buyer and/or original equipment manufacturer, which could result in chargebacks and other resulting damages.

2

9. Under the terms of the parties' agreement, course of dealing, and industry practice, Delphi agreed to reimburse Kautex in the event that Kautex incurred damages as a result of Delphi's supply of defective goods. Under the applicable terms and conditions, Delphi agreed to be responsible for and to indemnify Kautex for any and all damages, losses, expenses, attorney fees, court costs, etc., that result from incidents, accidents, injuries or deaths to any persons or damage and/or losses to property, that arise out of the goods purchased by Kautex from Delphi or their existence, presence or use, or services rendered by Delphi to Kautex.

10. On July 31, 2003, Kautex's customer informed Kautex of a quality issue relating to the fuel sending units supplied by Delphi.

11. As a result of this quality issue, Kautex's customer placed Kautex on Controlled Shipping ("CS") Level 1 status, which required an internal containment and related activities to identify and certify the components supplied to Kautex's customer, and to otherwise rectify the quality issue. Kautex also assigned an additional operator to its customer's assembly lines to ensure compliance with its customer's remedial certification requirements.

12. On September 3, 2003, Kautex's customer informed Kautex of another quality issue relating to the fuel sending units supplied by Delphi.

13. As a result of this second quality issue, Kautex's customer placed Kautex on CS Level 2 status, a quality review status that is heightened beyond the previously assigned CS Level 1 status, and which required further measures to review and certify the components supplied to Kautex's customer, and to otherwise rectify the second quality issue.

14. Kautex's customer issued a chargeback to Kautex in response to the quality issues attributable to the fuel sending units supplied by Delphi and the resulting remedial costs.

3

15. In turn, Kautex issued a debit memorandum to Delphi to recoup the chargeback, as well as the related costs that Kautex incurred as a result of the quality issues in the fuel sending units supplied by Delphi.

16. Delphi has acknowledged that it supplied nonconforming and/or defective fuel sending units for inclusion in fuel tanks to be supplied by Kautex to its customer.

17. Despite recognizing its supply of nonconforming and/or defective fuel sending units, Delphi refused Kautex's demands for payment as stated in Kautex's debit memorandum, threatened to withhold payments or issue its own debits on unrelated commercial dealings between the parties and between Delphi and Kautex's affiliated entities, and stopped shipment of components to two Kautex facilities.

## Count I—Breach of Express Contract

18. Kautex incorporates by reference its allegations in paragraphs 1-17 as if fully restated herein.

19. Through Kautex's issuance of purchase order number P127 and Delphi's supply of fuel sending units thereunder, the parties entered into a binding and enforceable contract.

20. Since the fuel sending units constitute "goods" as defined at MCL Section 440.2105, the parties' contract is governed by the Uniform Commercial Code as enacted in the State of Michigan.

21. Delphi materially breached the parties' contract by supplying nonconforming and/or defective goods and refusing to reimburse Kautex for its resulting damages.

22. Kautex substantially performed its obligations under the parties' contract, and seasonably notified Delphi of its breach.

4

23. As a proximate and foreseeable result of Delphi's breach, Kautex incurred and is entitled to recover direct, incidental, and consequential damages in excess of $1 million, exclusive of interest, costs, and attorney fees.

WHEREFORE, Kautex respectfully requests judgment against Delphi in an amount to which the trier of fact finds Kautex entitled, together with an award of interest, costs, and attorney fees.

### Count II—Breach of Express Warranty

24. Kautex incorporates by reference its allegations in paragraphs 1-23 as if fully restated herein.

25. Delphi expressly warranted that the goods it supplied conformed to the specifications, drawings, samples, or descriptions furnished to or by Kautex, and would be merchantable, of good material and workmanship and free from defect. Delphi further acknowledged its awareness of the intended use of the goods it sold to Kautex, and warranted that all goods covered by the parties' contract that were selected, designed, manufactured or assembled by Delphi based upon the stated use would be fit and sufficient for the particular purposes intended by Kautex.

26. Accordingly, by supplying goods under the parties' contract in response to particular descriptions and specifications supplied by Kautex, Delphi affirmed and expressly warranted that the goods it supplied conformed to those descriptions and specifications and were of sufficient quality to be utilized in automotive applications. MCL Section 440.2313.

27. Kautex relied on Delphi's warranty in incorporating the goods supplied by Delphi into the fuel tank assemblies supplied to Kautex's customer.

28. Delphi breached this warranty by supplying non-conforming and/or defective goods and refusing to reimburse Kautex for its resulting damages.

5

29. As a proximate and foreseeable result of Delphi's breach, Kautex incurred and is entitled to recover direct, incidental, and consequential damages in excess of $1 million, exclusive of interest, costs, and attorney fees.

WHEREFORE, Kautex respectfully requests judgment against Delphi in an amount to which the trier of fact finds Kautex entitled, together with an award of interest, costs, and attorney fees.

### Count III—Breach of Implied Warranties

30. Kautex incorporates by reference its allegations in paragraphs 1-29 as if fully restated herein.

31. With respect to the supply of fuel sending units to Kautex, Delphi is a merchant of goods as defined at MCL Section 440.2104.

32. In supplying the fuel sending units to Kautex, Delphi impliedly warranted that the goods were of merchantable quality and fit for the intended purpose of utilization in automotive applications, specifically, inclusion in the fuel tank assemblies to be supplied by Kautex to its customer.

33. Delphi breached these implied warranties by supplying defective and/or non-conforming goods and refusing to reimburse Kautex for its resulting damages.

34. As a proximate and foreseeable result of Delphi's breach, Kautex incurred and is entitled to recover direct, incidental, and consequential damages in excess of $1 million, exclusive of interest, costs, and attorney fees.

WHEREFORE, Kautex respectfully requests judgment against Delphi in an amount to which the trier of fact finds Kautex entitled, together with an award of interest, costs, and attorney fees.

6

### Count IV—Breach of Implied Contract

35. Kautex incorporates by reference its allegations in paragraphs 1-17 as if fully restated herein.

36. Kautex states this claim as an alternative to its claims of breaches of express contract and express and implied warranties.

37. In connection with the parties' agreement for Delphi's supply and Kautex's purchase of fuel sending units to Kautex, Delphi impliedly promised to Kautex that the fuel sending units would be of a nature and quality sufficient for use in automotive applications.

38. In the event that the fuel sending units supplied by Delphi were not of a nature and quality sufficient for use in automotive applications, it was understood and intended by the parties or was naturally anticipated under the circumstances of the transaction that Delphi would reimburse Kautex for resulting damages.

39. Kautex substantially performed its obligations under the parties' implied contract.

40. Delphi breached the parties' implied contract by supplying defective and/or non-conforming goods and refusing to reimburse Kautex for the resulting damages.

41. As a proximate and foreseeable result of Delphi's breach, Kautex incurred and is entitled to recover direct, incidental, and consequential damages in excess of $1 million, exclusive of interest, costs, and attorney fees.

WHEREFORE, Kautex respectfully requests judgment against Delphi in an amount to which the trier of fact finds Kautex entitled, together with an award of interest, costs, and attorney fees.

### Count V—Unjust Enrichment

42. Kautex incorporates by reference its allegations in paragraphs 1-34 as if fully restated herein.

7

43.  Delphi agreed to supply and Kautex agreed to purchase fuel sending units of a nature and quality fit for use in automotive applications.

44.  Kautex substantially performed its obligations under the parties' agreement.

45.  The fuel sending units supplied by Delphi to Kautex were not fit for use in automotive applications.

46.  As a proximate and foreseeable result of Delphi's supply of non-conforming and/or defective fuel sending units, Kautex incurred direct, incidental, and consequential damages in excess of $1 million, exclusive of interest, costs, and attorney fees.

47.  It would be inequitable and Delphi would be unjustly enriched if it were allowed to retain the benefit of the parties' agreement without compensating Kautex for said damages.

WHEREFORE, Kautex respectfully requests judgment against Delphi in an amount to which the trier of fact finds Kautex entitled, together with an award of interest, costs, and attorney fees.

### Count VI—Promissory Estoppel

48.  Kautex incorporates by reference its allegations in paragraphs 1-17 as if fully restated herein.

49.  Kautex states this claim as an alternative to the foregoing claims stated in this Complaint.

50.  In connection with the parties' agreement for Delphi to supply and Kautex to purchase fuel sending units, Delphi promised to Kautex that the units would be fit for use in automotive applications, and that Delphi would reimburse Kautex for resulting damages in the event that the fuel sending units Delphi supplied were not fit for use in automotive applications.

8

51.     Delphi reasonably should have expected its promises to induce action by Kautex, including but not limited to Kautex's inclusion of the fuel sending units into the fuel tank assemblies that Kautex supplied to its customer.

52.     Relying on Delphi's promises, Kautex included the Delphi-supplied fuel sending units into the fuel tank assemblies that Kautex supplied to its customer.

53.     Unbeknownst to Kautex, the fuel sending units supplied by Delphi were not fit for use in automotive applications.

54.     As a proximate and foreseeable result of Delphi's supply of non-conforming and/or defective fuel sending units, Kautex incurred direct, incidental, and consequential damages in excess of $1 million, exclusive of interest, costs, and attorney fees.

55.     Delphi's promises must be enforced in order to avoid injustice.

WHEREFORE, Kautex respectfully requests judgment against Delphi in an amount to which the trier of fact finds Kautex entitled, together with an award of interest, costs, and attorney fees.

### JURY DEMAND

Kautex demands a trial by jury of all issues to triable in this case.

Respectfully submitted,

FOLEY & LARDNER LLP

By: _____
John R. Trentacosta (P31856)
Scott T. Seabolt (P55890)
Eric E. Reed (P63358)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100
Attorneys for the Plaintiffs

Dated: August 22, 2005

9

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 1

Order No       P127
Rev. No        000000023
Eff. Date      01/05/98
Supplier No    DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

FAX: 248 813-4899

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FAXED

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|---|---|---|---|---|---|---|
| | | YOUR QUALITY SYSTEMS MUST MEET THE MINIMUM STANDARD OF THE KAUTEX TEXTRON SUPPLIER GUIDLINES MANUAL OR QS-9000. STATISTICAL DATA FOR CRITICAL CHARACTERISTICS MUST BE SUBMITTED TO KAUTEX SUPPLIER QUALITY ENGINEER QUARTERLY ON THE KAUTEX SPC REPORT FORM. MATERIAL CERTS AND DATA MUST BE ON FILE AND AVAILABLE UPON REQUEST. INCLUDE CUM. SHIPPED QUANTITY, LATEST ENG.LVL. ON EACH SHIPPER FOR LOT TRACABILITY | | | | |
| | EA | BLANKET 01-00-20019<br>FUEL SENDER UNIT<br>Engineering informatio<br>  level 23    05/20/99<br>START DATE: 01/05/98  STOP DATE: 06/19/02<br>GM P/N : 25162874   Lvl 23<br>T-800  NAO GASOLINE | USD | 52.24000<br>51.19520<br>50.17129<br>49.16787 | | 01/05/98<br>08/01/99<br>08/01/00<br>08/01/01 |
| | EA | BLANKET 01-00-20020<br>FUEL SENDER UNIT<br>Engineering information Ord Num 000898<br>  level 15    02/10/98<br>START DATE: 01/05/98        STOP DATE: NO STOP<br>GM P/N : 25166921  LVL 15<br>T-800  NAO DIESEL | USD | 20.15000 | | 01/27/98 |
| | EA | BLANKET 01-00-20086<br>MODULAR RSVR & SENDER ARM<br>Engineering information Ord Num 010498<br>  level 003    09/29/98<br>START DATE: 11/09/98        STOP DATE: NO STOP | USD | 0.00000 | | 11/10/98 |

| TT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions      ☐ logistic specifications
☐ purchase conditions      ☐ specific quality requirements    ☐ drawing(s)
☐ sample(s)                ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 2

Order No    P127
Rev. No     000000023
Eff. Date   01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
|  |  |  | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|---|---|---|---|---|---|---|
|  |  | GM P/N: 2531 5638 LVL 003<br>ELDO 2000  ** ON CONSIGNMENT ** |  |  |  |  |
|  | EA | BLANKET 01-00-20099<br>SENDER ASSEMBLY FUEL<br>Engineering information Ord Num 006797<br>level 001    10/08/97<br>START DATE: 01/05/98    STOP DATE: 11/10/98<br>  GM P/N: 2531 3688    ENG. LVL. : 001 | USD | 0.00001 |  | 04/09/98 |
|  | EA | BLANKET 01-00-20102<br>GASOLINE EXPORT SENDIN<br>Engineering information Ord Num 000898<br>level 7    02/10/98<br>START DATE: 01/05/98 STOP DATE: 08/31/99<br>  GMT-800 P/N: 25162875 LVL 7 | USD | 104.65000<br>102.56000 |  | 01/27/98<br>08/01/99 |
|  | EA | BLANKET 01-00-20103<br>LOW LUBRICITY SENDER U<br>Engineering informatio<br>level 7    02/10/98<br>START DATE: 01/05/98  STOP DATE: NO STOP<br>  GMT-800 P/N: 25315816 LVL 7 | USD | 74.89000<br>73.39000<br>71.92000<br>70.48000 |  | 01/27/98<br>08/01/99<br>08/01/00<br>08/01/01 |
|  | EA | BLANKET 01-00-20104<br>NON OBDII SENDER UNIT<br>Engineering informatio<br>level 6    02/10/98<br>START DATE: 01/05/98  STOP DATE: 07/01/02 | USD | 42.64000<br>41.79000<br>40.95000<br>40.14000 |  | 01/27/98<br>08/01/99<br>08/01/00<br>08/01/01 |

| ..T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Enclosures:**
☐ contract conditions     ☐ logistic specifications
☐ purchase conditions     ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)              ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 3

Order No     P127
Rev. No      000000023
Eff. Date    01/05/98
Supplier No  DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF. DATE |
|---|---|---|---|---|---|---|
| | | GMT-800 P/N : 25178389 LVL 6 | | | | |
| | EA | BLANKET 01-00-20121<br>FSU (MODULE ASSY F/TANK F/PUMP<br>Engineering information Ord Num 010598<br>  level 2      08/11/98<br>  level 000    08/12/98<br>START DATE: 08/10/98     STOP DATE: NO STOP<br>*** ON CONSIGNMENT *** | USD | 0.00000 | | 08/11/98 |
| | EA | BLANKET 01-00-20137<br>MODULAR RSVR & SENDER ASSY<br>Engineering information Ord Num 000899<br>  level 000   01/08/99<br>START DATE: 01/11/99     STOP DATE: NO STOP<br>GM P/N: 2532 5798<br>99 ELDO PULL AHEAD. | USD | 0.00000 | | 01/19/99 |
| | EA | BLANKET 01-00-20165<br>GMT800 MODULAR RSVR&SE<br>START DATE: 03/13/00<br><br>  GM PART # 15747835<br>FOB POINT (FOR 01-00-20165): FLINT, MI | USD | 25.25000<br>24.75000<br>24.25000<br>23.77000<br>23.29000 | | 03/13/00<br>06/01/01<br>06/01/02<br>06/01/03<br>06/01/04 |
| | EA | BLANKET 01-00-20243<br>00ELDO MODULAR RSVR & SNDR ASY<br>Engineering information Ord Num E16100 | USD | 0.00001 | | 12/07/00 |

| T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions     ☐ logistic specifications
☐ purchase conditions     ☐ specific quality requirements     ☐ drawing(s)
☐ sample(s)               ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 4

| | |
|---|---|
| Order No | P127 |
| Rev. No | 000000023 |
| Eff. Date | 01/05/98 |
| Supplier No | DEL001A |

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|---|---|---|---|---|---|---|
| | | level 003    12/07/00<br>START DATE: 12/11/00    STOP DATE: NO STOP<br>GM PART # 2573 1720 | | | | |
| | EA | BLANKET 01-00-20266<br>04 T800 FUEL MODULE GA<br>Engineering informatio<br>  level 0    01/26/01<br>START DATE: 05/20/02   STOP DATE: 04/01/03<br>CUSTOMER PART # 15077530 | USD | 62.93000<br>61.04000<br>59.21000<br>57.43000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20275<br>02 T800 FSU GAS<br>Engineering informatio<br>  level 0    02/07/01<br>START DATE: 04/23/01   STOP DATE: NO STOP<br>DELPHI PART # 25338938<br>GM PART # 15061257 | USD | 51.27000<br>49.06000<br>48.08000 | | 01/01/01<br>08/01/01<br>08/01/02 |
| | EA | BLANKET 01-00-20276<br>02 T800 FSU GAS NON OB<br>Engineering information Ord Num E00801<br>  level 0    02/07/01<br>START DATE: 04/23/01   STOP DATE: NO STOP<br>DELPHI PART # 25338939<br>GM PART # 15061260 | USD | 42.55000<br>41.35000 | | 01/01/01<br>01/01/02 |
| | EA | BLANKET 01-00-20351<br>04 T800 FUEL MODULE - GAS | USD | 59.02000 | | 05/17/02 |

| IT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions    ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)    ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 5

| | |
|---|---|
| Order No | P127 |
| Rev. No | 000000023 |
| Eff. Date | 01/05/98 |
| Supplier No | DEL001A |

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF. DATE |
|---|---|---|---|---|---|---|
| | | START DATE: 05/20/02   STOP DATE: NO STOP | | | | |
| | | CUSTOMER PART # 15077904 | | | | |
| | EA | BLANKET 01-00-20352 | USD | 46.17000 | | 05/17/02 |
| | | 04 T800 FUEL MODULE-NON OBD II | | | | |
| | | START DATE: 05/20/02   STOP DATE: NO STOP | | | | |
| | | CUSTOMER PART # 15077898 | | | | |
| | EA | BLANKET 01-00-20353 | USD | 20.43000 | | 05/17/02 |
| | | 04 T800 FUEL MODULE- 27G DIESE | | | | |
| | | START DATE: 05/20/02   STOP DATE: NO STOP | | | | |
| | | CUSTOMER # 15077905 | | | | |
| | EA | BLANKET 01-00-20354 | USD | 49.21000 | | 05/17/02 |
| | | 04 T800 FUEL MODULE-23G GAS | | | | |
| | | START DATE: 05/20/02   STOP DATE: NO STOP | | | | |
| | | CUSTOMER # 15078037 | | | | |
| | | PRODUCTION RELEASE OF 2004 GMT 800 MRA'S PER ATTACHED RQLR | | | | |
| | | PPAP NO LATER THAN 1/1/03 | | | | |
| | | WITH ANNUAL COST REDUCTION OF 3% EVERY YEAR OVER THE NEXT 5 YEARS. | | | | |
| | EA | BLANKET 01-00-20355 | USD | 20.43000 | | 05/17/02 |
| | | 04 T800 FUEL MODULE-23G DIESEL | | | | |
| | | START DATE: 05/20/02   STOP DATE: NO STOP | | | | |
| | | CUSTOMER # 15078038 | | | | |
| | EA | BLANKET 01-00-20361 | USD | 84.36000 | | 01/01/02 |
| | | 2002 F-Car FSU V8 | | | | |
| | | Engineering information Ord Num 0117 | | | | |

| IT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions   ☐ logistic specifications   SIGNATURE
☐ purchase conditions   ☐ specific quality requirements   ☐ drawing(-s)
☐ sample(-s)   ☐ _____   DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

Order No   P127
Rev. No    000000023
Eff. Date  01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|---|---|---|---|---|---|---|
| | | level 01     11/13/01<br>START DATE: 03/04/02    STOP DATE: NO STOP<br>GM 10314661<br>DELPHI 25338788 | | | | |
| | EA | BLANKET 01-00-20362<br>2002 F-Car FSU V6<br>Engineering information Ord Num 0117<br>level 01     11/13/01<br>START DATE: 03/04/02    STOP DATE: NO STOP<br>GM 10314660<br>DELPHI 25338786 | USD | 78.48000 | | 01/01/02 |
| | EA | BLANKET 01-00-20368<br>04 T800 FUEL MODULE -N<br>Engineering informatio<br>START DATE: 05/20/02<br>CUSTOMER PART # 15077531 | USD | 55.11000<br>53.46000<br>51.86000<br>50.30000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20369<br>04 T800 FUEL SENDER -<br>START DATE: 01/05/98<br><br>customer part number 25346818 | USD | 22.82000<br>22.13540<br>21.47130<br>20.82720 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20408<br>ELDO FUEL SENDER UNIT<br>START DATE: 03/04/02    STOP DATE: NO STOP<br>GM # 25737008 | USD | 0.00000 | | 01/01/02 |

| T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

**Enclosures:**
☐ contract conditions    ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(s)
☐ sample(s)              ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 7

Order No     P127
Rev. No      000000023
Eff. Date    01/05/98
Supplier No  DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: .................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
|  |  |  | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF. DATE |
|---|---|---|---|---|---|---|
|  |  | DELPHI 25338793 |  |  |  |  |
|  | EA | BLANKET 01-00-20515<br>03 T800 15/25 S FSU -<br>Engineering informatio<br>START DATE: 01/05/98<br>GM PART NUMBER 15198945<br>PPAP 2/28/03 | USD | 50.53000<br>49.01000<br>47.54000<br>46.11000 |  | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
|  | EA | BLANKET 01-00-20516<br>03 T800 FSU - NON OBD<br>Engineering informatio<br>START DATE: 01/05/98<br>GM PART NUMBER 15198946<br>PPAP DATE 2/28/03 | USD | 43.80000<br>42.49000<br>41.22000<br>39.98000 |  | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
|  | EA | BLANKET 01-00-20517<br>03 T800 FSU - DIESEL 35S<br>Engineering information Ord Num 597<br>  level N/A    01/29/03<br>START DATE: 01/05/98    STOP DATE: NO STOP<br>GM PART NUMBER 25320827 | USD | 24.75000 |  | 03/01/03 |
|  | EA | BLANKET 01-00-20557<br>2004 FUEL SENDER UNIT<br>Engineering informatio<br>  level N/A    01/29/03<br>START DATE: 01/05/98   STOP DATE: NO STOP<br>GM PART NUMBWER 15103866 ECN 586 | USD | 62.93000<br>61.04000<br>59.21000<br>57.42000 |  | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |

| T AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Enclosures:**
☐ contract conditions    ☐ logistic specifications
☐ purchase conditions    ☐ specific quality requirements    ☐ drawing(-s)
☐ sample(-s)             ☐ _____

SIGNATURE

DATE

KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

# Purchase Order

PAGE 8

Order No   P127
Rev. No    000000023
Eff. Date  01/05/98
Supplier No DEL001A

VAT

**Supplier:**
DELPHI AUTOMOTIVE
ATTN: ..................
2725 DELPHI DRIVE
TROY MI 48098
United States

**Ship to:**
KAUTEX CORPORATION
ATTN:
A TEXTRON COMPANY
2701 KAUTEX DRIVE
WINDSOR ON N8W 5B1
Canada
Phone: 519 974 6656
Fax:

FOB: OUR PLANT

Please send us in return your confirmation of order and delivery for:

| REFER. | ORDER PLACED BY | PHONE | SHIP VIA | DELIVERY DATE | TERMS |
|---|---|---|---|---|---|
| | | | YOUR | SEE RELEASE | NET 45 DAYS |

| QUANTITY | UOM | PART NUMBER / DESCRIPTION | CURR | UNIT PRICE | % DISC | EFF DATE |
|---|---|---|---|---|---|---|
| | EA | BLANKET 01-00-20558<br>04 T800 F/SENDER NON O<br>Engineering informatio<br>  level N/A   01/29/03<br>START DATE: 01/05/98  STOP DATE: NO STOP<br>GM PART NUMBER 15103867 | USD | 55.11000<br>53.46000<br>51.86000<br>50.30000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20559<br>2004 T800 FUEL SENDER<br>Engineering informatio<br>  level N/A   01/29/03<br>START DATE: 01/05/98  STOP DATE: NO STOP<br>GM PART NUMBER 15103868<br>DELPHI PART NUMBER 25363061 | USD | 63.80000<br>61.89000<br>60.03000<br>58.23000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |
| | EA | BLANKET 01-00-20600<br>04 T800 F/SENDER NON O<br>Engineering informatio<br>  level N/A   01/29/03<br>START DATE: 01/05/98  STOP DATE: NO STOP | USD | 55.98000<br>54.30000<br>52.67000<br>51.09000 | | 07/01/03<br>07/01/04<br>07/01/05<br>07/01/06 |

| IT AMOUNT | DISCOUNT | FREIGHT | TAX AMOUNT | MISCELLANEOUS | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

Enclosures:
☐ contract conditions   ☐ logistic specifications
☐ purchase conditions   ☐ specific quality requirements   ☐ drawing(-s)
☐ sample(-s)            ☐ _____

SIGNATURE

DATE