## Exhibit A-1

## In re Delphi Corporation, et al., Case No. 05-44481 (RDD)

| | Movant | Motion | Docket No. |
|---|---|---|---|
| 1 | Decatur Plastics, Inc. | Demand To Exercise Setoff By Decatur Plastic Products, Inc. | 799 |
| 2 | Tricon Industries, Inc. | Tricon Industries, Inc.'s Motion For Modification Of Automatic Stay For Limited Purpose Of Effectuating Setoff | 805 |
| 3 | Mercedes-Benz U.S. International, Inc. | Mercedes-Benz U.S. International, Inc.'s Motion Pursuant To 11 U.S.C. § 362 For Relief From The Automatic Stay | 983 |
| 4 | Arlis M. Elmore, Jr. | Motion For Relief From Automatic Stay | 2715 |
| 5 | Kelly D. Groce, Kelly R. Groce | Motion For Relief From Stay | 3617 |
| 6 | Mercedes-Benz U.S. International, Inc. | Mercedes-Benz U.S. International, Inc.'S Motion For Authorization To File Proofs Of Claims After The Bar Date, Or, Alternatively, To Treat Proofs Of Claims Filed Against Delphi Corporation As Claims Against Bankrupt Delphi Entit(Ies) Which May Later Be Discovered To Be Liable To MBUSI | 4778 |
| 7 | Methode Electronics, Inc. | Motion Of Methode Electronics, Inc. For Relief From The Automatic Stay To Permit It To Exercise Setoff And/Or Recoupment Rights | 4912 |
| 8 | Sumida America Inc. | Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From The Automatic Stay | 6723 |

## Exhibit A-2

### In re Delphi Corporation, et al., Case No. 05-44481 (RDD)

| | Movant | Motion | Docket No. |
|---|---|---|---|
| 1 | Official Committee of Unsecured Creditors (disbanded) | Ex Parte Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To File Under Seal Exhibits To The Committee's Motion For An Order Authorizing It To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors | 4689 |
| 2 | Official Committee of Unsecured Creditors (disbanded) | Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors | 4718 |
| 3 | Official Committee of Equity Security Holders (disbanded) | Ex Parte Motion For Order Authorizing The Official Committee Of Equity Security Holders To File Under Seal A Supplemental Objection In Further Support Of The Equity Committee's Objection To The Motion For An Order Authorizing The Official Committee Of Unsecured Creditors To Prosecute The Debtors' Claims And Defenses Against General Motors Corporation And Certain Former Officers Of The Debtors | 5229 |

## Exhibit A-3

### In re Delphi Corporation, et al., Case No. 05-44481 (RDD)

|   | Movant | Motion | Docket No. |
|---|---|---|---|
| 1 | Computer Patent Annuities Limited | Motion By Computer Patent Annuities Limited For An Order Compelling Debtor To Assume Or Reject Executory Contract, Or In The Alternative, For Adequate Protection | 5153 |

## Exhibit B-1

**In re Delphi Corporation, <u>et</u> <u>al.</u>, Case No. 05-44481 (RDD)**

| Proof Of Claim Number | Claimant |
|---|---|
| 199 | Liquidity Solutions Inc as assignee of Integris Metals Inc |
| 897 | Seagate Office Products, Inc |
| 1113 | Hain Capital Holdings, LLC as assignee of Schleuniger Corporation |
| 1162 | Liquidity Solutions Inc as assignee of Maul Electric Inc |
| 1303 | Hain Capital Holdings, LLC as assignee of Interstate Connection Components, Inc. |
| 1731 | KT Trust as Assignee at Thompson Emergency Freight EFT Systems |
| 2037 | Hain Capital Holdings, LLC as assignee of Zygo |
| 2039 | Liquidity Solutions Inc as assignee of Duncan Equipment Co |
| 2437 | KT Trust as assignee of Roessel & Co Inc |
| 4954 | Liquidity Solutions Inc as assignee of Goyette Mechanical Co Inc |
| 6075 | Revenue Management as Assignee of Shaltz Fluid Power Inc |
| 6076 | Revenue Management as Assignee of Schwind Robert M DBA CNC |
| 6115 | Liquidity Solutions Inc as assignee of Sortman Crane & Hoist Inc |
| 7287 | Liquidity Solutions Inc as assignee of Nu Cut Grinding |
| 7466 | Liquidity Solutions Inc as assignee of Northway Trucking Inc |
| 7945 | Hain Capital Holdings, LLC as assignee of Oak Creek Water and Sewer Utility |
| 8857 | Riverside Claims LLC as assignee for Force Control Industries Inc |
| 8867 | Riverside Claims LLC as assignee for Fort Wayne Anodizing |
| 8872 | Riverside Claims LLC as Assignee for RDP Corporation |
| 8875 | Riverside Claims LLC as assignee for Product Action International LLC* |
| 10396 | Hain Capital Holdings, LLC as assignee of Gleason |
| 14246 | Hain Capital Holdings, LLC as assignee of Cinch Connectors, Inc. |
| 16701 | Hain Capital Investors LLC as asignee of Ken-Mac Materials (division of Thyssenkrupp Materials, N.A.) |
|  | Hain Capital Holdings, LLC as assignee of Grede Foundries, Inc. |
| 3917 | Danny Berens |
| 5572 | Beltline Electric Motor Repair |
| 6468 | Barbara P. Burger |
| 6706 | Frank X Budelewski |
| 8100 | Henix Mary S McMillon |
| 8894 | WWG Inc. |
| 545 | Riverside Claims LLC as assignee for Colorado Fluid Power |
| 790 | Riverside Claims LLC as assignee for Land Instrument |
| 2243 | Riverside Claims LLC as assignee for Lowry Holding Co Inc |
| 4045 | Riverside Claims LLC as assignee for Jan Pak Hunstville |

* Riverside Claims LLC as assignee for Product Action International LLC submitted two separate responses. Both asserted the same claim.

| Proof Of Claim Number | Claimant |
|---|---|
| 8853 | Riverside Claims LLC as assignee for Alcor Supply Fixture Company |
| 8854 | Riverside Claims LLC as assignee for Applied Scintillation Technologies |
| 8855 | Riverside Claims LLC as assignee for Dickinson Wright PLLC |
| 8856 | Riverside Claims LLC as assignee for Faulkner Ind Maintenance |
| 8858 | Riverside Claims LLC as assignee for Vanex Fire Systems |
| 8859 | Riverside Claims LLC as assignee for Trienda A Wilbert Company |
| 8860 | Riverside Claims LLC as assignee for SA Technologies Inc |
| 8861 | Riverside Claims LLC as assignee for Prospect Mold Inc |
| 8862 | Riverside Claims LLC as assignee for MPS Group |
| 8863 | Riverside Claims LLC as assignee for Lauren Manufacturing |
| 8864 | Riverside Claims LLC as assignee for Arnold Engineering Pastiform |
| 8865 | Riverside Claims LLC as assignee for Standard Scale & Supply Co |
| 8866 | Riverside Claims LLC as assignee for Metprotech |
| 8868 | Riverside Claims LLC as assignee for Dynalab Corporation |
| 8869 | Riverside Claims LLC as assignee for DSM Engineering Plastics Inc |
| 8870 | Riverside Claims LLC as assignee for Brillcast Inc |
| 8871 | Riverside Claims LLC as assignee for Thermal Innovations Corporation |
| 8873 | Riverside Claims LLC as assignee for Scott Electronics Inc |
| 8874 | Riverside Claims LLC as assignee for Whyco Finishing |

|   | Party | Response | Docket No. |
|---|---|---|---|
| 1 | Liquidity Solutions, Inc. | Response of Liquidity Solutions, Inc., as Assignee, to Debtors' Omnibus Objection to Claims for Postpetition Interest | 13094 |
| 2 | Riverside Claims, LLC | Riverside Claims, LLC's Response to Debtors' Omnibus Objection to Claims for Postpetition Interest | 13097 |

## Exhibit B-2

**In re Delphi Corporation, et al., Case No. 05-44481 (RDD)**

|   | Objector | Objection | Docket No. |
|---|---|---|---|
| 1 | Ambrake Corporation | Objection To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12542 |
| 2 | Citation Corporation | Objection Of Citation Corporation And Texas Foundries, Ltd. To Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12544 |
| 3 | Daewoo International | Objection By Daewoo International Corp. And Daewoo International (America) Corp. To Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12577 |
| 4 | Eaton Corporation | Eaton Corporation's Objection To Proposed Cure Amount | 11962 |
| 5 | Freudenberg-NOK General Partnership (on Behalf of Itself and its Affiliate Freudenberg & Co. Kommanditgesellsch | Objection Of Freudenberg-NOK General Partnership (On Behalf Of Itself And Its Affiliate Freudenberg & Co. Kommanditgesellsch) To Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12571 |
| 6 | GMD Industries dba Production Screw Machine Co. | Limited Objection Of GMD Industries Dba Production Screw Machine Co. To Assumption And Assignment Of Purchase Orders Numbered D0550005192, D0550005995, D0550025816, D0550056136, D0550072197, D0550000429, D0550024497, D0550004938, D0550004829, D0550078970 | 12511 |
| 7 | Hayes Lemmerz | Objection By Hayes Lemmerz International, Inc. To Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12572 |
| 8 | Intermet Corporation | Objection Of Intermet Corporation To Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12526 |

|  | Objector | Objection | Docket No. |
|---|---|---|---|
| 9 | Master Automatic, Inc. | Objection "Corrected" Of Master Automatic, Inc. To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12578 |
| 10 | McGill Manufacturing Company Inc. | Objection Of Mcgill Manufacturing Company Inc. To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12564 |
| 11 | Quasar Industries, Inc. | Quasar Industries, Inc. To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12581 |
| 12 | SKF USA | SKF USA Inc.'s (I) Objection To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization; (II) Preliminary Statement Of Cure Amounts With Respect To All Executory Contracts That Have Not Been Previously Assumed; And (III) Preliminary Request For Administrative Expense Claim | 12547 |
| 13 | United Plastics Group | Precautionary Objection Of United Plastics Group, As Claimant, To Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12672 |
| 14 | United Plastics Group de Mexico | Precautionary Objection Of United Plastics Group (UPG) De Mexico, S. De R.L. De C.V., As Claimant, To Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12523 |

## Exhibit B-3

### In re Delphi Corporation, et al., Case No. 05-44481 (RDD)

|   | Objector | Objection | Docket No. |
|---|---|---|---|
| 1 | AT&T and Its Related Entities | Objection Of AT&T And Its Related Entities To Debtors' Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12546 |
| 2 | Clarion | Notice Of Reservation Of Rights By Clarion Corporation Of America With Respect To Cure Of Executory Contracts | 11983 |

## Exhibit B-4

### In re Delphi Corporation, et al., Case No. 05-44481 (RDD)

|   | Objector | Objection | Docket No. |
|---|---|---|---|
| 1 | Atmel | Notice Of Atmel Corporation's Reservation Of Rights With Respect To Cure Of Executory Contract | 11969 |

## Exhibit B-5

### In re Delphi Corporation, et al., Case No. 05-44481 (RDD)

|   | Objector | Objection | Docket No. |
|---|---|---|---|
| 1 | Liquidity Solutions, Inc. | Objection Of Liquidity Solutions, Inc., As Assignee, To Notices Of Cure Amount With Respect To Executory Contracts To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 11921 |