Bendinelli Law Office, P.C.
11184 Huron Street, Suite 10
Denver, CO 802347
Phone: (303) 940-9900
Fax:  (303) 940-9933
Marc F. Bendinelli, Esq. - 28425
Bobby Gerald Sumner, Esq. - 29688



*COUNSEL TO JOSE C. ALFARO AND MARTHA ALFARO*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter:  11 |
| Debtors. | | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Marc F. Bendinelli, a member in good standing of the bar of the State of Colorado, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Fourth Circuit, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Jose C. Alfaro and Martha Alfaro, creditors in the above-captioned proceeding. My mailing address is 11184 Huron Street, Suite 10, Denver, Colorado 80234. My email address is mfb@colawfirm.com. My telephone number is 303-940-9900. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

DATED: November 23, 2009
         Denver, Colorado

By: _____
         Marc F. Bendinelli