FOLEY & LARDNER LLP
John R. Trentacosta *(pro hac vice pending)*
Ann Marie Uetz *(pro hac vice pending)*
Katherine R. Catanese *(pro hac vice pending)*
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800
*Attorneys for Kautex Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
 : 
In re: : Chapter 11
 : Case No. 05-44481 (RDD)
DPH HOLDINGS CORP., *et al.,* :
 :
 : (Jointly Administered)
Reorganized Debtors. :
 :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Katherine R. Catanese, being duly sworn according to law, depose and say that I am

attorney with Foley & Lardner, LLP.

On December 2, 2009, I caused to be served Kautex Inc.'s Response to the Reorganized

Debtors' Thirty-Eighth Omnibus Claims Objection (docket number 19139) via overnight mail

upon:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>The Hon. Charles L. Bireant Jr. Federal<br>Building and Courthouse<br>200 Quarropas Street, Courtroom 118<br>White Plains, New York 10601-4140 | DPH Holdings Corp.<br>Attn: President<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Attn: John Wm. Butler, Jr., John K. Lyons,<br>Joseph N. Wharton<br>155 North Wacker Drive<br>Chicago, Illinois 60606 | |

|  |  |
|---|---|
| Dated: December 3, 2009 | FOLEY & LARDNER LLP<br>/s/ Katherine R. Catanese<br><br>John R. Trentacosta *(pro hac vice pending)*<br>Ann Marie Uetz *(pro hac vice pending)*<br>Katherine R. Catanese *(pro hac vice pending)*<br>One Detroit Center<br>500 Woodward Avenue, Suite 2700<br>Detroit, MI 48226-3489<br>Telephone: (313) 234-7100<br>Facsimile: (313) 234-2800<br>*Attorneys for Kautex Inc.* |