PILLSBURY WINTHROP SHAW PITTMAN LLP
Gianni Dimos (GD-7496)
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

- and -

PILLSBURY WINTHROP SHAW PITTMAN LLP
Philip S. Warden, California Bar No. 54752
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Apple Inc.,
Apple Computer International and
Hon Hai Precision Industry Company Ltd

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

------------------------------x

PROOF OF SERVICE BY FACSIMILE AND FIRST CLASS MAIL

I, Michael P. Ellis, the undersigned, hereby declare as follows:

1.    I am over the age of 18 years and am not a party to the within cause. I am a Senior Associate Attorney employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2.    My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

701857153v1

3.  On December 3, 2009, at 50 Fremont Street, P. O. Box 7880, San Francisco, California, I caused to be served a true copy of the attached document titled exactly:

- "RESPONSE OF APPLE INC., APPLE COMPUTER INTERNATIONAL, AND HON HAI PRECISION INDUSTRY COMPANY LTD. TO THE REORGANIZED DEBTORS' THIRTY-EIGHTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C § 502(b) AND FED. R. P. 3007 TO (I) EXPUNGE CERTAIN (A) EQUITY INTERESTS, (B) BOOKS AND RECORDS CLAIMS, (C) UNTIMELY CLAIMS, (D) PENSION, BENEFIT, AND OPEB CLAIMS, AND (E) WORKERS' COMPENSATION CLAIMS AND (II) MODIFY AND ALLOW CERTAIN CLAIMS ("THIRTY EIGHTH OMNIBUS CLAIMS OBJECTION") (Docket No. 19044)"

by sending it via facsimile transmission to the following persons at the fax numbers so indicated:

**DPH Holdings Corp.**
**5725 Delphi Drive**
**Troy, Michigan 48098**
(Attn: President)

and

**Counsel to the Reorganized Debtors**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**155 North Wacker Drive**
**Chicago, Illinois 60606**
(Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton)

4.  The transmission was reported as complete and without error. A printed copy of the machine's transmission record, indicating that the transmission was successfully completed, is attached to this declaration.

5.  The telephone number of the facsimile machine I used was (415) 983-1200.

6.  In addition to the facsimile transmission, a true copy of said document(s) was placed in a sealed envelope, addressed as indicated in paragraph 3, above, and deposited in regularly maintained interoffice mail for collection, postage, and same-day delivery to the United States Postal Service for delivery to the addressee.

701857153v1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December, 2009, at San Francisco, California.

_____
Michael P. Ellis

```
Confirmation Report - Memory Send

                                           Page        : 001
                                           Date & Time : Dec-03-2009  10:18
                                           Line 1      : 4159831200
                                           Line 2      : 4159831200
                                           E-mail      :
                                           Machine ID  : Pillsbury Winthrop Shaw Pittman LLP

Job number      : 199

Date            : Dec-03 10:15

To              : ☎13124070411

Number of pages : 006

Start time      : Dec-03 10:15

End time        : Dec-03 10:18

Pages sent      : 006

Status          : OK

Job number      : 199              *** SEND SUCCESSFUL ***
```

**DTI FAX CONFIRMATION**
TO DPH Holdings Corp.
FROM M. Ellis
# OF PAGES 6
OPERATOR Cm
RETURN TO E. Jamison
_____ FLOOR

# pillsbury

Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street | San Francisco, CA 94105-2228 | tel 415.983.1000 | fax 415.983.1200
MAILING ADDRESS: P. O. Box 7880 | San Francisco, CA 94120-7880

**FACSIMILE**

| | | | | |
|---|---|---|---|---|
| HOUSTON | Date: | December 3, 2009 | Must Be Sent By: | |
| LONDON | | | | |
| LOS ANGELES | To: | DPH Holdings Corp. | Fax No: | (312) 407-0411 |
| NEW YORK | | | | |
| NORTHERN VIRGINIA | Company: | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Phone No: | (312) 407-0700 |
| ORANGE COUNTY | | | | |
| SACRAMENTO | To: | John Wm. Butler, Jr. John K. Lyons Joseph N. Wharton | Fax No: | (312) 407-0411 |
| SAN DIEGO | | | | |
| SAN DIEGO-NORTH COUNTY | | | | |
| SAN FRANCISCO | Company: | Skadden, Arps, Slate, Meagher & Flom LLP | Phone No: | (312) 407-0700 |
| SHANGHAI | | | | |
| SILICON VALLEY | From: | Michael P. Ellis | Phone No: | 415.983.1443 |
| TOKYO | | | | |
| WASHINGTON DC | User No: | 14133 | C/M No: | 027077-0000051 |

Total Pages (including cover):

Comments:

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (415) 983-1000. Thank you.
Operator: _____ Time Sent _____ Batch ID: _____

www.pillsburylaw.com