05-44481
Delphi

Gary L. Cook
5249 Field Rd.
Clio, Mi.
48420
11/23/09

## Response to 39th Omnibus

Sirs,
 Here I am again responding to another filing that hasn't changed since the initial claim in 2006.
 I have noticed in the recent papers I received that I now have two claim numbers, 5408 that is listed as 05/2006 and 18740 listed as 07/09. These claims are one and the same except one you listed as a 0.00 amount and the other as the amount I claim 311,800.
 The Debtors claim 0.00 as to books and records and I addressed that in a previous response. The Claimant has no control over your books and records.
 In my previous responses I have included my proofs and records and decline to refurnish what you already have due to postage costs on my end.
 I will take this response to inform you that my benefits were terminated on 10/09/09 as well as my coverage for the pain medication I have taken since 2001. I am also no longer covered for the Dr. visits I have every three months for treatment.
 If my claim was part of the 07/30/09 master agreement the other parties do not know it or take responsibility for it.
 I don't seem to fall into Severance Claims either as I haven't been satisfied in full as stated in your paperwork.
 I have had my income slashed, my medical coverage canceled and all I get is a flood of paperwork that I have to respond to or lose my claim. I won't go away or give up as I can't afford to do so. I am unable to work to supplement my income so I can't just roll over and give up, I'll stick with it as long as you or until I receive paperwork with Judge Drains signature.
 I have responded many times since 2006 and I will continue. My recent responses are listed below for your benefit.
 June/02/2009
 June/27/2009
 Sept/ /2009 (response to 35th)

Gary L Cook

2009 DEC -1 A 7:56
S.D.N.Y.
FILED
U.S. BANKRUPTCY COURT