UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re                              :    Chapter11
DPH HOLDINGS CORP. et al.,         :    Case No.  05-44481 (RDD)
                                   :
    Reorganized Debtors            :
                                   :
---------------------------------------------x

## Objection to the Thirty-Eighth Omnibus, Equity interests

("Response")

**A. Title of the claim,** Equity Interests

**B. Name of the claimant,** Lance W. Weber

**C. Statement setting forth the reason the claim should not be disallowed, expunged, reduced, or reclassified:**

Identified on Exhibit A which are Equity Interests that the Reorganized Debtors have identified as representing solely a proof of interest in the Debtors. Which therefore makeup moneys that people have invested/loaned to the Debtors to fully supported operations. Thus, believing in the Debtor's product and their business practice. Investors provided funds to Delphi (DPH) to support the auto industry and help support the company which I believed in. Then the company filed chapter 11 and now want to forget about the people that supported/believed in their company. Delphi (DPH) should pay back the money that was loaned/invested in them as part of their reorganization plan.

**D. Proof of the claimant:**

My information has previously been provided and my claim number is 18603. I have provided a copy of my claim submission form as proof of claim.

E. To the extent that the claim is contingent or fully or partially unliquidated:

The entire amount of $14030.00 is liquid.

F. The address the debtors must return any reply to the response, if different from the address(es) presented in the claim:

The current address on file is correct.

### NOTICE OF OBJECTION TO CLAIM

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving claim Number (if any) |
|---|---|---|---|---|---|
| 7/14/2009 | 18603 | $14,030.00 | Equity Interests | Disallow And Expunge | |

DATE:  November 23, 2009

Claimant

BY  *Lance W. Weber*

Lance W. Weber

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|

Name of Debtor: DELPHI CORPORATION, et al.
Case Number: 05-44481 (RDD)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Lance W. Weber

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
41 Passaic Ave
North Haledon NJ 07508

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 973-427-1406

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends if this claim a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods Sold / Services Performed
   ☐ Customer Claim
   ☐ Taxes
   ☐ Money Loaned
   ☐ Personal Injury
   ☒ Other __Invested__

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)           (date)

2. Date debt was incurred: October 11, 2005

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ _____ _____ _____ 14030.00
                                              (unsecured)  (secured)   (priority)  (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other_____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $ 14030.00
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date: 7-8-09
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
_Lance W. Weber_   Lance W. Weber

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.