05-44481

# Michael H. Glassman
**Attorney at Law**
20 Park Place
Morristown, New Jersey 07960
Telephone: (973) 993-1242
Fax: (973) 993-8400

November 23, 2009

Honorable Robert D. Drain
U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of NY
300 Quarropas Street
Court Room 118
White Plains, NY 10601-4140
**CERTIFIED MAIL R.R.R. & Regular Mail**

      Re: In Re: DPH Holdings et al (Chapter 11)
      Claimant: Robert Stasik
      Claim No: 7658

Dear Judge Drain:

  I am in receipt of an objection to Robert Stasik's claim in bankruptcy.

  Please be advised that I represent Robert Stasik in the Division of Workers' Compensation, Middlesex County, Claim Petition number 2005-29764.

  Mr. Stasik's claim in workers' compensation is currently open and active and he may be entitled to an award in the New Jersey Division of Workers' Compensation against Delphi and its successors based on the injuries that he suffered while working at Delphi.

  I enclose a copy of Mr. Stasik's Application for Modification, the answer for the attorney for Delphi and a calendar from October 29, 2009 to show that the case is still active.

FILED 2009 NOV 25 P 12:03 U.S. BANKRUPTCY COURT S.D.N.Y.

    It is respectfully requested that this claim against Delphi and DPH Holdings not be disallowed and expunged, so that Mr. Stasik may continue with his workers' compensation case.

    Please note that my office does not practice in the bankruptcy courts, so I am not a registered user of the electronic filing system. Therefore, I am sending this opposition to the objection to our claim by hard copy, regular and certified.

Respectfully submitted,

*Michael H. G.*

Michael H. Glassman

MHG/ksh
Encl.
Cc: Sakadden, Arps-Certified Mail RRR.
Lenox, Socey
Robert Stasik
Kurtzman Carson Consultants, LLC
DPH Holdings-Certified Mail RRR

I certify that the foregoing statements made by me are true.  I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

| State of New Jersey Department of Labor DIVISION OF WORKERS' COMPENSATION P.O. Box 381 Trenton, New Jersey 08625-0381 | WC-368(R-3-88) APPLICATION FOR REVIEW OR MODIFICATION OF FORMAL AWARD | (DO NOT FILL IN) CASE NO._____ D.O._____ |
|---|---|---|

**PETITIONER**

SOCIAL SECURITY NUMBER: 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

NAME: Robert Stasik

ADDRESS (Including County): Middlesex
12 Overhill Drive
North Brunswick, NJ 08902

VS.

**RESPONDENT**

NAME: Delphi

ADDRESS (Including County): Middlesex
Jersey Avenue, New Brunswick

☐ NEW JERSEY REGISTRATION NUMBER

OR

☐ FEDERAL EMPLOYER IDENTIFICATION NUMBER

**ATTORNEY FOR PETITIONER**

☒ NEW JERSEY REGISTRATION NUMBER 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

OR

☐ FEDERAL EMPLOYER IDENTIFICATION NUMBER

NAME: Michael H. Glassman, Esq.

ADDRESS: 20 Parkk Place
Morristown, NJ 07960

TELEPHONE (Area Code):

**INSURANCE CARRIER**

NAME (Indicate if Not Covered or Self-Insured): Sedgewick

ADDRESS: PO BOX 737
Southfield, MI 48037

CARRIER'S CLAIM FILE NUMBER: A518200398-0001-01

TO THE DIVISION OF WORKERS' COMPENSATION: (Applicant) Robert Stasik hereby makes application to the Division of Workers' Compensation to review the Order entered on July 14, 07 by Judge Gottlieb and respectfully states:

APPLICANT'S ADDRESS: 12 Overhill Drive, NOrth Brunswick, NJ

| As to Claim Petitioner | Age | Sex | Marital Status | Date of Injury | Date of Last Compensation Paid | Present Employment Status |
|---|---|---|---|---|---|---|
| | 50 | M | Married | 1/8/05 | Approx 7/07 | |

Copy of previous award and medical reports submitted are attached. ☒ Yes ☐ No

This is the First (Number) application for Review or Modification of this award.

List all prior applications for Review or Modification of the Award.

**Date**            **Place of Hearing**            **Hearing Official**

The following is an accurate, succinct description of the Factual, Medical, and Legal reasons for the relief sought in the Application: (Use additional sheets, if necessary). Petitioner's condition has worsened

WC4-14 - Application for Review or Modification of Formal Award (Rev. 12/87)
Rev. 3/98 P7/98

ALL-STATE® *Legal*
A Division of ALL-STATE International, Inc.
(908) 272-0800

STATE OF NEW JERSEY
DIVISION OF WORKERS' COMPENSATION
CN 381
TRENTON, NEW JERSEY 08625

C.P. # 2005-29764

D.O.    NEW BRUNSWICK

## ANSWER FOR REVIEW OR MODIFICATION OF FORMAL AWARD

NAME: **LENOX, SOCEY, FORMIDONI, BROWN, GIORDANO, COOLEY & CASEY, LLC**
ADDRESS:    3131 PRINCETON PIKE
TRENTON, NEW JERSEY 08648
TELEPHONE (609) 896-2000

SOCIAL SECURITY # 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

NAME: ROBERT STASIK

COUNTY OF RESIDENCE: MIDDLESEX
ADDRESS: 12 OVERHILL DRIVE
NORTH BRUNSWICK, NJ 08902

VS.

NAME: Delphi National Benefit Center-WC
P.O. Box 14422
Lexington, KY 40512-4422

NAME: DELPHI

COUNTY OF RESIDENCE:
ADDRESS: JERSEY AVE.
NEW BRUNSWICK, NJ 08901

FILE NO: A 518200398

---

### TO THE DIVISION OF WORKERS' COMPENSATION, RESPONDENT

IN ANSWER TO THE APPLICATION FOR REVIEW OR MODIFICATION, RESPECTFULLY STATES:

TEMPORARY DISABILITY WAS PAID FROM                    TO:

    FOR A TOTAL OF          WEEKS AT $          PER WEEK TOTALLING $

PERMANENT DISABILITY WAS PAID FROM                    TO:

    FOR A TOTAL OF          WEEKS AT $          PER WEEK TOTALLING $ 30,420.00

THE DATE OF LAST COMPENSATION PAYMENT WAS: JULY, 2007

THE DATE OF THE LAST AUTHORIZED TREATMENT WAS:

THE FACTUAL, LEGAL AND MEDICAL REASONS FOR DENYING THE APPLICATION ARE AS FOLLOWS:

**RESPONDENT DENIES THAT THE PETITIONER'S DISABILITY HAS INCREASED OR THAT HIS/HER CONDITION HAS WORSENED.**

I, CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME
ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

**LENOX, SOCEY, FORMIDONI, BROWN, GIORDANO, COOLEY & CASEY**
ATTORNEYS FOR RESPONDENT

BY: _____
ROLAND R. FORMIDONI

DATED: March 30, 2009

NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

DIVISION OF WORKERS' COMPENSATION
ATTORNEY CALENDAR NOTICE

D.O. :NEW BRUNSWICK   DATE : 10-29-2009   JUDGE : DIETRICH

HEARING LOCATION :
WORKERS' COMPENSATION COURT - NEW BRUNSWICK
506 JERSEY AVENUE

NEW BRUNSWICK   NJ 08901-0000

MAILED TO :
MICHAEL H GLASSMAN ESQ                          HEARING DATE : 10-29-2009
20 PARK PLACE                                   JUDGE : DIETRICH

MORRISTOWN NJ 07960-0000


PROC TYPE: 9:00 AM      RESERVED DEC
1   1994  18453    F  PONAROVSKI V NATIONAL SCHOOL BUS SERVICE              04-14-1994
P-ALEXANDER PONAROVSKI               PA-PRO SE
R-NATIONAL SCHOOL BUS SERVICE        RA-LENOX SOCEY WILGUS & FORMIDONI
R-NATIONAL SCHOOL BUS SERVICE        RA-LENOX SOCEY WILGUS & FORMIDONI

PROC TYPE: 9:00 AM      TRIAL
2   2001  17445    F  MONCADO V MIDCO                                       02-02-2001
P-PABLO MONCADO                      PA-WYSOKER GLASSNER & WEINGARTNER
R-MIDCO                              RA-CAPEHART & SCATCHARD

3   2006  18109    F  COOPER V DELPHI ENERGY & ENGINE MGMT SYS              12-08-2005
P-BRENDA COOPER                      PA-WYSOKER GLASSNER & WEINGARTNER
R-DELPHI ENERGY & ENGINE MGMT SYS    RA-LENOX SOCEY WILGUS & FORMIDONI

4   2006  18113    F  COOPER V DELPHI ENERGY & ENGINE MGMT SYST             10--2005
P-BRENDA COOPER                      PA-WYSOKER GLASSNER & WEINGARTNER
R-DELPHI ENERGY & ENGINE MGMT SYST   RA-LENOX SOCEY WILGUS & FORMIDONI

5   2006  18114    F  COOPER V DELPHI ENERGY & ENGINE MGMT SYSTEM           --2006
P-BRENDA COOPER                      PA-WYSOKER GLASSNER & WEINGARTNER
R-DELPHI ENERGY & ENGINE MGMT SYSTEM RA-LENOX SOCEY WILGUS & FORMIDONI

6   2006  33737    F  GORDON V DELPHI ENERGY & ENGINE MGMT                  --2006
P-TERRY GORDON                       PA-WYSOKER GLASSNER & WEINGARTNER
R-SECOND INJURY FUND                 RA-DEPUTY ATTY GENERAL-2ND INJURY FUND
R-DELPHI ENERGY & ENGINE MGMT        RA-INTEGRATED DISABILITY

7   2007  10850    F  DELGADO V WAL-MART                                    03-17-2007
P-CORNELIA DELGADO                   PA-GARCES & GRABLER PC
R-WAL-MART                           RA-CAPEHART & SCATCHARD

8   2007  21078    F  PEREZ V SHAHIR WHITTAKER                              02-28-2001
P-JOSE PEREZ                         PA-JAMES P NOLAN
R-SHAHIR WHITTAKER                   RA-CAPEHART & SCATCHARD

9   2007  33330    F  HOLSTEN VS SOUTH BRUNSWICK BOARD OF EDUCATION         03-06-2006
P-BRIAN HOLSTEN                      PA-RAFANO & WOOD PC
R-SOUTH BRUNSWICK BOARD OF EDUCATION RA-LENOX SOCEY WILGUS & FORMIDONI

10  2008  958     F  VOILAS V HIGH GRADE BEVERAGE                           04-19-2007
P-MICHAEL VOILAS                     PA-STAPLETON & NISENSON
R-HIGH GRADE BEVERAGE                RA-CAPEHART & SCATCHARD

11  2008  959     F  VOILAS V HIGH GRADE BEVERGE                            03-15-2007
P-MICHAEL VOILAS                     PA-STAPLETON & NISENSON
R-HIGH GRADE BEVERGE                 RA-CAPEHART & SCATCHARD

12  2008  962     F  VOILAS V HIGH GRADE BEVERAGE                           02-15-2007
P-MICHAEL VOILAS                     PA-STAPLETON & NISENSON