**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Erica E. Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: (212) 858-1000
Facsimile: (212) 858-1500

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (Cal. Bar. No. 194861) *(Pro Hac Admission Granted by Order entered September 27, 2006)*
650 Town Center Drive, Suite 550
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

*Attorneys for Hyundai Motor Company*
*and Hyundai Motor America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :   Chapter 11
                                                                        :
DPH HOLDINGS CORP., *et al.*                                            :   Case No. 05-44481 (RDD)
                                                                        :   (Jointly Administered)
        Reorganized Debtors.                                            :
                                                                        :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the (i) RESPONSE OF HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA TO REORGANIZED DEBTORS' THIRTY-EIGHTH OMNIBUS CLAIMS OBJECTION and (ii) DECLARATION OF JASON R. ERB IN SUPPORT OF RESPONSE OF HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA TO REORGANIZED DEBTORS' THIRTY-EIGHTH OMNIBUS CLAIMS OBJECTION, were served via Hand-Delivery to the parties on Exhibit A and via Federal Express to the parties on Exhibit B on Monday, December 7, 2009.

Dated: December 7, 2009                                /s/ Carrie Altenburg
                                                           Carrie Altenburg

# Exhibit A.

<u>Service via Hand-Delivery</u>:

Honorable Robert D. Drain
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

601033848_1.DOC

# Exhibit B.

<u>Service via Federal Express</u>:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098

Skadden Arps Slate Meagher & Flom LLP
attn:  John W. Butler, Jr., John K. Lyons, Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

601033848_1.DOC

601033848v1