DYKEMA GOSSETT PLLC
Special Counsel to the Debtors
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 840-0519
Facsimile: (248) 850-0763
Ronald L. Rose (P19621)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et. al.*, | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ronald L. Rose, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain as Special Counsel to the Debtors, in the above referenced case. My address is:

> Ronald L. Rose (MI P19621)
> DYKEMA GOSSETT PLLC
> 39577 Woodward Avenue, Suite 300
> Bloomfield Hills, Michigan 48304
> rrose@dykema.com
> Telephone: (248) 203-0519
> Facsimile: (248) 203-0763

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: /s/ Ronald L. Rose
Ronald L. Rose (MI P19621)
Special Counsel to Debtors
Suite 300, 39577 Woodward Avenue
Bloomfield Hills, Michigan 48304
rrose@dykema.com
(248) 203-0519

Dated: December 8, 2009

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION,** *et. al.*, | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ronald L. Rose, to be admitted, *pro hac vice*, as Special Counsel to the Debtors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and the bar of the U.S. District Court for the Eastern District of Michigan,

IT IS HEREBY ORDERED, that Ronald L. Rose, is admitted to practice, *pro hac vice*, in the above referenced case, and in related matters, to act as special counsel to Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York

_____, 2009          _____
                                                                    United States Bankruptcy Judge

BH01\1082585.1
ID\RLR - 019956/0999