# EXHIBIT A

| A | B | C | D | E | F | G | G |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 5408 | 5/9/2006 | COOK GARY L | COOK GARY L | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 7269 | 6/1/2006 | BURNS BOBBIE L | BURNS BOBBIE L | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 9396 | 7/12/2006 | LYONS DAVID | LYONS DAVID | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 10835 | 7/25/2006 | DASHKOVITZ DENNIS | DASHKOVITZ DENNIS | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI CORPORATION |
| 10836 | 7/25/2006 | DASHKOVITZ DENNIS | DASHKOVITZ DENNIS | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 12251 | 7/28/2006 | STREETER STEVEN D | STREETER STEVEN D | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16591 | 3/29/2007 | BRADLEY A BENNETT AND BARBARA R BENNETT | BRADLEY A BENNETT AND BARBARA R BENNETT | $643.64 | Twelfth Omnibus Claims Objection | 4/27/2007 | DELPHI CORPORATION |
| 15584 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 15586 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI ELECTRONICS (HOLDING) LLC |
| 15588 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 15590 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 15591 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI ELECTRONICS (HOLDING) LLC |
| 15593 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 15594 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI DIESEL SYSTEMS CORP |
| 15595 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Eighth Omnibus Claims Objection | 2/15/2007 | DELPHI DIESEL SYSTEMS CORP |
| 15587 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Tenth Omnibus Claims Objection | 3/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 15592 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Tenth Omnibus Claims Objection | 3/16/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 15525 | 7/31/2006 | JOHNSON CONTROLS INC BATTERY GROUP | JOHNSON CONTROLS INC BATTERY GROUP | $85,668.20 | Fifteenth Omnibus Claims Objection | 5/22/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |