DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700
David B. Aaronson (DA-8387)

Attorneys for Henkel Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                          :      Chapter 11

In re                                    :

                                          :      Case No. 05-44481-rdd

DELPHI CORPORATION, *et al*.,    :

                                          :      (Jointly Administered)

                   Debtors     :
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION OF HENKEL CORPORATION WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION (D.I. 12378)

Henkel Corporation ("Henkel"), by and through its undersigned counsel, based upon representations made concerning payments to be made to Henkel Corporation, hereby withdraws its objection docketed at D.I. 12378 without prejudice.

Dated: December 9, 2008                By: /s/ David B. Aaronson
                                                  David B. Aaronson (DA-8387)
                                                  DRINKER BIDDLE & REATH LLP
                                                  One Logan Square
                                                  18th & Cherry Streets
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 988-2700
                                                  Facsimile: (215) 988-2757

                                                  Attorneys for Henkel Corporation

WM01/ 7831076. 1