POLSINELLI SHUGHART PC
Robert F. McDonough
Seven Penn Plaza, Suite 600
New York, New York 10001
(212) 684-0199
Fax: (212) 684-0197

-and-

POLSINELLI SHUGHART PC
Paul D. Sinclair
Andrew J. Nazar
120 West 12th Street
Kansas City, Missouri 64105
(816) 421-3355
Fax: (816) 374-0509

ATTORNEYS FOR CITY OF OLATHE, KANSAS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
     In re                        :    Chapter 11
                                  :
DPH HOLDINGS CORP., et al.,       :    Case No. 05-44481 (RDD)
                                  :
          Reorganized Debtors.    :    (Jointly Administered)
                                  :
----------------------------------x

## AFFIDAVIT OF SERVICE

**STATE OF MISSOURI**      )
                           ) ss.
**COUNTY OF JACKSON**      )

I, Trista J. Backus, am employed by Polsinelli Shughart PC, attorneys for City of Olathe, Kansas. I hereby certify that on the 7th day of December, 2009, a true and correct copy of City of Olathe, Kansas' Response and Objection to Reorganized Debtors Thirty-Eighth Omnibus Claims Objection was served electronically to Debtors' counsel, the U.S. Trustee, and all interested

1

2590337.03

parties registered to receive ECF notification from the Court, and served on the 8th day of December, 2009, by Federal Express, First Overnight, to:

DPH Holdings, Corp.
Attn: President
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606

Kayalyn A. Marafioti
Four Times Square
New York, NY 10036

The Honorable Robert D. Drain
U.S. Bankruptcy Court, Southern District of New York
300 Quarropas Street, Courtroom 118
White Plains, NY 10601

I declare under penalty of perjury that the foregoing is true and correct.

Trista J. Backus

On this 8th day of December, 2009, before me personally appeared **Trista J. Backus**, to me known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

CORA BLACKWELL
NOTARY PUBLIC-NOTARY SEAL
State of Missouri
Jackson County
My Commission Expires 8/26/2011
Commission # 07399832

Notary Public

2

2590337.03