**Hearing Date: December 10, 2009**
                                      **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
  In re                                              :     Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,          :     Case No. 05-44481 (RDD)
                                                      :
              Reorganized Debtors.  :     (Jointly Administered)
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED FIFTIETH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New
                                                York, 300 Quarropas Street, Room 118, White Plains, New York
                                                10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fiftieth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (2 Matters)

    E.    Adversary Proceedings (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**∗

    See footnote.

**C.**    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    None.

**D.**    **Contested Matters**

    1.  **"Thirty-Eighth Omnibus Claims Objection"** - Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims, (D) Pension, Benefit, and OPEB Claims, and (E) Workers' Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19044)

    *Responses Filed:*    *Response of Dallas County and Tarrant County to Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Equity Interests,*

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Omnibus Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. Sections 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912]; ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No. 6990]; and Furukawa Administrative Expenses Motion [Docket No. 18706]. In addition, the following adversary proceedings have also been withdrawn from the agenda and would need to be re-noticed to be reinstated on a future Proposed Omnibus Hearing Agenda: National Union Fire Insurance Company Of Pittsburgh, Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement; and Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

*(II) Books and Records Claims, (III) Untimely Claims, (IV) Pension, Benefit, and OPEB Claims, and (V) Workers' Compensation Claims and (VI) Modify and Allow Certain Claims (Docket No. 19121)*

*Michigan Department of Environmental Quality's Response to Reorganized Debtors' Thirty-Eighth Omnibus Claims Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims (D) Pension, Benefits and OPEB Claims, and (E) Worker's Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19132)*

*Kautex Inc.'s Response to the Reorganized Debtors' Thirty-Eighth Omnibus Claims Objection (Docket No. 19139)*

*Memorandum of Ohio Environmental Protection Agency in Opposition to Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. §502(b) and Fed. R. Bankr. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims, (D) Pension, Benefit, and OPEB Claims, and (E) Workers' Compensation Claims and (II) Modify and Allow Certain Claims (Docket No. 19142)*

*Response of Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd. to the Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. P. 3007 to (I) Expunge Certain (A) Equity Interests, (B) Books and Records Claims, (C) Untimely Claims, (D) Pension, Benefit, and OPEB Claims, and (E) Workers' Compensation Claims and (II) Modify and Allow Certain Claims [Docket No. 19044] (Docket No. 19145)*

*Response of Lance W. Weber to the Thirty-Eighth Omnibus Objection (Claim No. 18603) (Docket No. 19149)*

*Letter by Michael H. Glassman re: Response to Omnibus Objection to Claims (Docket No. 19150)*

*Response of Hyundai Motor Company and Hyundai Motor America to Reorganized Debtors'*

3

                        *Thirty-Eighth Omnibus Claims Objection (Docket No. 19151)*

                        *City of Olathe, Kansas' Response and Objection to Reorganized Debtors Thirty-Eighth Omnibus Claims Objection (Docket No. 19152)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

2. **"Thirty-Ninth Omnibus Claims Objection"** - Reorganized Debtors' Thirty-Ninth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain Administrative Expense (I) Workers' Compensation Claims, (II) Workers' Compensation Claims Transferred to GM Buyers, and (III) Severance Claims (Docket No. 19045)

| | |
|---|---|
| *Responses filed:* | *Letter by Gary L. Cook re: Response to Thirty-Ninth Omnibus Objection (Docket No. 19148)* |
| | *Response of Randy D. Austin to Objection to Claim No. 17330 (undocketed)* |
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related Filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

**E.     Adversary Proceedings**

        None.

Dated: New York, New York
       December 9, 2009

                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP

                            By: /s/ Ron E. Meisler
                                John Wm. Butler, Jr.
                                John K. Lyons
                                Ron E. Meisler

                            155 North Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                              - and -

                            By: /s/ Kayalyn A. Marafioti
                                Kayalyn A. Marafioti

                            Four Times Square
                            New York, New York 10036
                            (212) 735-3000

                            Attorneys for DPH Holdings Corp., et al.,
                              Reorganized Debtors