**SEYFARTH SHAW LLP**
1545 Peachtree Street, Suite 700
Atlanta, Georgia 30309
(404) 885-1500
Paul M. Baisier (PB 8927)

-and-

**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018
Tel: 212-218-5500
Robert W. Dremluk (RD 3109)

*Attorneys for Fujikura America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al. ) | Case No. 05-44481 (RDD) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

----------------------------------------------------X

**WITHDRAWAL OF FUJIKURA AMERICA, INC.'S
RESPONSE TO THE DEBTORS' (I) OMNIBUS
OBJECTION PURSUANT TO CONFIRMATION ORDER,
11 U.S.C. §§ 105(a), 365, AND FED. R. BANKR. P. 9014
REGARDING CURE PROPOSALS SUBMITTED UNDER ARTICLE
8.2(b) OF DEBTORS' PLAN OF REORGANIZATION AND (II) REQUEST
FOR ORDER PROVISIONALLY ALLOWING CERTAIN CURE PROPOSALS**

Fujikura America, Inc. ("Fujikura"), through its undersigned counsel, hereby withdraws

its Response to the Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C.

§§ 105(a), 365, and Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article

8.2(b) of Debtors' Plan of Reorganization and (II) Request for Order Provisionally Allowing

AT1 32602165.1

Certain Cure Proposals (Dkt. 13635).

Dated: December 9, 2009

>Respectfully submitted,
>
>**SEYFARTH SHAW LLP**
>/s/ Robert W. Dremluk
>Robert W. Dremluk (RD 3109)
>620 Eighth Avenue
>New York, New York 10018
>212-218-5500
>212-218-5526 (FAX)
>rdremluk@seyfarth.com
>
>-and-
>
>**SEYFARTH SHAW LLP**
>Paul Baisier (PB 8927)
>1545 Peachtree Street, NE, Suite 700
>Atlanta, Georgia 30309
>404-885-6715
>404-885-6779 (FAX)
>pbaisier@seyfarth.com
>
>*Attorneys for Fujikura America, Inc.*

AT1 32602165.1

## CERTIFICATE OF SERVICE

I, Robert W. Dremluk, hereby certify that the foregoing was electronically filed using the Court's CM/ECF filing system, which will send notice of this filing pursuant to the Court's ECF system. Moreover, I further certify that a true and correct copy of the same was served by U.S. mail to the parties identified below, on this 9th day of December 2009.

Delphi Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

/s/ Robert W. Dremluk
Robert W. Dremluk (RD 3109)
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018
212-218-5500
212-218-5526 (FAX)
rdremluk@seyfarth.com

*Attorneys for Fujikura America, Inc.*

ATI 32602165.1