UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                              :
      In re                      :   Chapter 11
                                                              :
DPH HOLDINGS CORP., et al.,                                   :   Case No. 05-44481 (RDD)
                                                              :
      Reorganized Debtors.       :   (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Katherine R. Catanese, a member in good standing of the Bar of the State of Michigan, having requested admission, *pro hac vice*, to represent Kautex Inc., a creditor in the above referenced case,

**ORDERED**,

That Katherine R. Catanese, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: December 10, 2009
White Plains, New York

                                        /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE

**Error! No property name supplied.**