UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
    In re                                 :        Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,          :        Case No. 05-44481 (RDD)
                                                          :
    Reorganized Debtors.              :        (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Ann Marie Uetz, a member in good standing of the Bar of the State of Michigan, having requested admission, *pro hac vice*, to represent Kautex Inc., a creditor in the above referenced case,

**ORDERED**,

That Ann Marie Uetz, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: December 10, 2009
White Plains, New York

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

**Error! No property name supplied.**