## EXHIBIT A - EQUITY INTEREST

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN H HALBERG AND DOLORES L HALBERG TR<br>HALBERG FAM LIVING TRUST UA 121495<br>710 BALTHROPE RD<br>NEWPORT NEWS, VA 23608-1905 | 19456 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/22/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | **UNL** | | |

\*  "UNL" denotes an unliquidated claim.