05-44481-rdd    Doc 19175-2    Filed 12/11/09    Entered 12/11/09 13:22:27    Exhibit B
Pg 1 of 1

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Thirty-Eighth Omnibus Claims Objection

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES<br>AIG LAW DEPARTMENT BANKRUPTCY<br>DAVID A LEVIN ESQ<br>70 PINE ST 31ST FL<br>NEW YORK, NY 10270 | 1373 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 12/29/2005 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DAIMLERCHRYSLER CORPORATION<br>JAY SELANDERS<br>DANIELS & KAPLAN PC<br>2405 GRAND BLVD STE 900<br>KANSAS CITY, MO 64108-2519 | 15628 | Secured: $5,013,211.81<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $5,013,211.81 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| DAIMLERCHRYSLER CORPORATION<br>JAY SELANDERS<br>DANIELS & KAPLAN PC<br>2405 GRAND BLVD STE 900<br>KANSAS CITY, MO 64108-2519 | 14169 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HONDA OF CANADA MFG A DIVISION OF HONDA CANADA INC<br>C/O ROBERT A BELL JR ESQ<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 E GAY ST<br>PO BOX 1008<br>COLUMBUS, OH 43215 | 11291 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,997,084.12<br>Total: $7,997,084.12 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KILROY REALTY LP<br>C/O ALAN E MARDER<br>ROSEN SLOME MARDER LLP<br>333 EARLE OVINGTON BLVD STE 901<br>UNIONDALE, NY 11553-3622 | 16819 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,186,444.67<br>Total: $2,186,444.67 | 04/23/2008 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| LIQUIDITY SOLUTIONS INC<br>DANA P KANE<br>DBA DEFINED BENEFIT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 16816 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 05/28/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **6** | **$15,296,740.60** | | |

\*    "UNL" denotes an unliquidated claim.