**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**
**Thirty-Eighth Omnibus Claims Objection**

### EXHIBIT C - UNTIMELY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202-1986 | 19315 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$240.38<br><br><br>$240.38 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| BARTHOLOMEW COUNTY TREASURER<br>PO BOX 1986<br>COLUMBUS, IN 47202-1986 | 19316 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$5.00<br><br><br>$5.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| BEHR HELLA THERMOCONTROL INC<br>ATTN BHAVANI TATA<br>43811 PLYMOUTH OAKS BLVD<br>PLYMOUTH TOWNSHIP, MI 48170 | 19141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$491,298.90<br>$491,298.90 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:** 3          **$491,544.28**