In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19175-6   Filed 12/11/09   Entered 12/11/09 13:22:27   Exhibit F
Pg 1 of 2

Thirty-Eighth Omnibus Claims Objection

**EXHIBIT F - ALLOWED CLAIMS**

| CLAIM TO BE ALLOWED *** | CLAIM AS DOCKETED ** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 15722<br>Date Filed: 07/31/2006<br>Docketed Total: $2.33<br>Filing Creditor Name:<br>CARMEN J MANDATO<br>2645 EAST 112 ST<br>CLEVELAND, OH 44104-2665 | Claim Holder Name<br><br>CARMEN J MANDATO    Docketed Total:    $2.33<br>2645 EAST 112 ST<br>CLEVELAND, OH 44104-2665<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                            $2.33<br>                                          **$2.33** | Allowed Total:    **$2.33**<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $2.33<br>                                          **$2.33** |
| Claim: 16001<br>Date Filed: 08/09/2006<br>Docketed Total: $11,000.00<br>Filing Creditor Name:<br>COMBINED HEALTH DISTRICT<br>OF MONTGOMERY COUNTY<br>117 S MAIN ST<br>DAYTON, OH 45422-1280 | Claim Holder Name<br><br>COMBINED HEALTH DISTRICT OF    Docketed Total:    $11,000.00<br>MONTGOMERY COUNTY<br>117 S MAIN ST<br>DAYTON, OH 45422-1280<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $11,000.00<br>                                          **$11,000.00** | Allowed Total:    **$11,000.00**<br><br><br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $11,000.00<br>                                          **$11,000.00** |
| Claim: 9137<br>Date Filed: 07/10/2006<br>Docketed Total: $1,929,245.96<br>Filing Creditor Name:<br>KNOBELSPIESSE ERNEST A | Claim Holder Name<br><br>KNOBELSPIESSE ERNEST A    Docketed Total:    $1,929,245.96<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $1,929,245.96<br>                                          **$1,929,245.96** | Allowed Total:    **$1,297,019.13**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                  $1,297,019.13<br>                                          **$1,297,019.13** |

*    See Exhibit H for a listing of debtor entities by case number.
**   "UNL" denotes an unliquidated claim.
***  The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19175-6   Filed 12/11/09   Entered 12/11/09 13:22:27   Exhibit F  
Pg 2 of 2

Thirty-Eighth Omnibus Claims Objection

**EXHIBIT F - ALLOWED CLAIMS**

| CLAIM TO BE ALLOWED *** | CLAIM AS DOCKETED ** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11882<br>Date Filed: 07/28/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MCWEE CHARELS M | Claim Holder Name<br>MCWEE CHARELS M    Docketed Total:    **UNL**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                              UNL<br>                                                                                     **UNL** | Allowed Total:    **$259,822.16**<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                           $259,822.16<br>                                                                            **$259,822.16** |
| | | **Total Claims To Be Allowed: 4**<br>**Total Amount As Docketed:**    $1,940,248.29<br>**Total Amount As Allowed:**    $1,567,843.62 |

\*   See Exhibit H for a listing of debtor entities by case number.  
\*\*   "UNL" denotes an unliquidated.claim.  
\*\*\*   The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.