05-44481-rdd    Doc 19175-7    Filed 12/11/09    Entered 12/11/09 13:22:27    Exhibit G1
                                                Pg 1 of 1

In re DPH Holdings Corp., et al.                                    Thirty-Eighth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT G-1 - ADJOURNED EQUITY INTEREST**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LANCE W WEBER<br>41 PASSAIC AVE<br>NORTH HALEDON, NJ 07508 | 18603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,030.00<br>$14,030.00 | 07/14/2009 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **1** | | **$14,030.00** | | |