**EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| APPLE INC APPLE COMPUTER INTERNATIONAL AND HON HAI PRECISION INDUSTRY COMPANY LTD<br>EVELYN SHIMAZAKI<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 | 16778 | Secured: $7,035,552.42<br>Priority: UNL<br>Administrative:<br>Unsecured: UNL<br>Total: $7,035,552.42 | 01/10/2008 | DELPHI CORPORATION (05-44481) |
| CITY OF OLATHE KANSAS<br>PAUL D SINCLAIR<br>SHUGHART THOMSON & KILROY PC<br>120 W 12TH ST STE 1800<br>KANSAS CITY, MO 64105 | 14826 | Secured:<br>Priority:<br>Administrative: $835,000.00<br>Unsecured:<br>Total: $835,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CITY OF OLATHE KANSAS<br>PAUL D SINCLAIR<br>SHUGHART THOMSON & KILROY PC<br>120 W 12TH ST STE 1800<br>KANSAS CITY, MO 64105 | 14825 | Secured:<br>Priority:<br>Administrative: $835,000.00<br>Unsecured:<br>Total: $835,000.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HYUNDAI MOTOR AMERICA<br>ATTN JASON R ERB ESQ SENIOR COUNSEL<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | 15589 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HYUNDAI MOTOR COMPANY<br>ATTN JASON R ERB ESQ SENIOR COUNSEL<br>10550 TALBERT AVE<br>FOUNTAIN VALLEY, CA 92708-6031 | 15585 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| KAUTEX INC<br>JOHN BRACKEN<br>TEXTRON INC<br>40 WESTMINSTER ST<br>PROVIDENCE, RI 02903 | 12140 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,113,768.00<br>Total: $1,113,768.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>CELESTE R GILL ASST ATTORNEY GENERAL<br>6TH FLOOR WILLIAMS BLDG<br>525 W OTTAWA ST<br>PO BOX 30755<br>LANSING, MI 48909 | 15785 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $64,329.64<br>Total: $64,329.64 | 08/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19175-8    Filed 12/11/09    Entered 12/11/09 13:22:27    Exhibit G2
    Pg 2 of 2

In re DPH Holdings Corp., et al.                                          Thirty-Eighth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT G-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>MICHELLE T SUTTER<br>OHIO ATTORNEY GENERAL<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>30 E BROAD ST 25TH FL<br>COLUMBUS, OH 43215-3400 | 15345 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

                    Total:        8                $9,883,650.06

\*    "UNL" denotes an unliquidated claim.