**EXHIBIT G-3 - ADJOURNED UNTIMELY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 19325 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,907.93<br><br><br><br>$9,907.93 | 07/16/2009 | DELPHI CORPORATION<br>(05-44481) |
| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 | 19324 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $314.88<br><br><br><br>$314.88 | 07/16/2009 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 2 | | $10,222.81 | | |