05-44481-rdd    Doc 19175-10    Filed 12/11/09    Entered 12/11/09    13:22:27    Exhibit G4
Pg 1 of 1

In re DPH Holdings Corp., et al.                              Thirty-Eighth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT G-4 - ADJOURNED WORKERS' COMPENSATION CLAIM**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STASIK ROBERT | 7658 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **UNL** | | |

\*   The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.