In re DPH Holdings Corp., et al.                                                    Thirty-Eighth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |