**EXHIBIT A - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ALICE M WHITLEY | 17625 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| ALICE M WHITLEY | 17534 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ALYCE J STEEPROCK | 17595 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| AMY CAROL PERRY | 18236 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ANDREW G CHERNOW | 18989 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BARTLETT G WAHL | 17769 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BEVERLY A BROWN | 18795 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CARMEN HOGAN | 18780 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT A - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CARMEN HOGAN | 18786 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CLAUDE MACON | 18464 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DAVID L CHALTRAW | 17527 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DEBORAH D LORENZ | 18012 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DOUGLAS JOHN ORWIG | 17969 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| EDWARD P HARRISON | 18771 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| GARY P BYRON | 18819 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| GEORGE F WORLEY | 17284 | Secured:<br>Priority:<br>Administrative: $566.54<br>Unsecured:<br>Total: $566.54 | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| IDA WILKINS | 17136 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| JACK D PARR JR | 17613 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| JOSE N DELGADO | 18766 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LEILA SALO | 17189 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| LEILA SALO | 18484 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LEILA SALO | 17187 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| LEILA SALO | 17188 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| LEILA SALO | 17186 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LORRAINE M BOND | 17637 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| LYNETTE ANN RAGNONE | 18837 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MAUREEN PIERCE | 17663 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| MOTIE M FISHER | 18585 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MR JAMES ARTHUR STROHPAUL | 17835 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| NANCY M SCHRIBER | 18777 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NANCY M SCHRIBER | 18788 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| RICARDO GARCIA RODRIGUEZ | 17793 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd   Doc 19177-1   Filed 12/11/09   Entered 12/11/09 14:58:19   Exhibit A

In re DPH Holdings Corp., et al.          Pg 5 of 6          Thirty-Ninth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROOSEVELT ROBINSON | 17421 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RYAN C CASTILLO | 17836 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| SANDRA A WALKER | 18491 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SHIRLEY JEAN WILLIAMS | 18232 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| TERRANCE CARROLL | 17563 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| TIA HARRIS | 17977 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| TRACY MARIE BRIAN | 18776 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TRACY MARIE BRIAN | 18824 | Secured: <br> Priority: <br> Administrative: UNL <br> Unsecured: <br> Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT A - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VAL MARIE SHEREDY | 18054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **41** | **$566.54** |
|---|---|---|---|

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.