**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALBERT J PATRICK JR | 17869 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$25,456.00<br><br>$25,456.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ALI A ZAHRAN | 17550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$18,000.00<br><br>$18,000.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| ALICIA C DONAHUE | 17489 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$20,600.00<br><br>$20,600.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ALICIA VERTIZ | 17092 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$35,325.00<br><br>$35,325.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| ALICIA VERTIZ | 16905 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$41,212.50<br><br>$41,212.50 | 06/24/2009 | DELPHI CORPORATION (05-44481) |
| ANDREA D SAMUEL | 17269 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$20,808.00<br><br>$20,808.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| ANDREW F RODONDI | 18300 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$30,524.00<br><br>$30,524.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ANNA M MYERS | 17210 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$15,207.00<br><br>$15,207.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANNE MONROE | 17868 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$16,548.00<br><br>$16,548.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ANTHONY J SCIARROTTA | 17883 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$25,170.00<br><br>$25,170.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ANTONIA L WADE | 18458 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$8,116.00<br><br>$8,116.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ARTHUR H DAUBERT | 18197 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$24,510.00<br><br>$24,510.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| BABINSKI, JOHN FRANCIS | 17754 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$22,050.00<br><br>$22,050.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA J HUMMEL | 17806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$26,744.00<br><br>$26,744.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| BREGITTE KAREN BRADDOCK | 16962 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$49,470.00<br><br>$49,470.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| BRIAN G ANGELO | 17558 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$19,911.00<br><br>$19,911.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRIAN S MURPHY | 17471 | Secured:<br>Priority:<br>Administrative: $28,545.00<br>Unsecured:<br>Total: $28,545.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| CATHY LUKASKO | 18472 | Secured:<br>Priority:<br>Administrative: $18,195.00<br>Unsecured:<br>Total: $18,195.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CHING CHING HSIEH | 17091 | Secured:<br>Priority:<br>Administrative: $18,000.00<br>Unsecured:<br>Total: $18,000.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| CHRISTOPHER J YATES | 16894 | Secured:<br>Priority:<br>Administrative: $6,573.09<br>Unsecured:<br>Total: $6,573.09 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| CLIFFORD J BIRCHMEIER | 18382 | Secured:<br>Priority:<br>Administrative: $11,770.00<br>Unsecured:<br>Total: $11,770.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DAVID DELGADO | 18120 | Secured:<br>Priority:<br>Administrative: $19,869.00<br>Unsecured:<br>Total: $19,869.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DAVID J BISIGNANI | 18953 | Secured:<br>Priority:<br>Administrative: $14,742.50<br>Unsecured:<br>Total: $14,742.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DENISE A QUINNETTE | 18002 | Secured:<br>Priority:<br>Administrative: $32,550.00<br>Unsecured:<br>Total: $32,550.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DENNIS G TOMORY | 17305 | Secured:<br>Priority:<br>Administrative: $20,034.00<br>Unsecured:<br>Total: $20,034.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DENNIS P LANE | 18460 | Secured:<br>Priority:<br>Administrative: $21,843.00<br>Unsecured:<br>Total: $21,843.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DENNIS W KEITH | 17771 | Secured:<br>Priority:<br>Administrative: $31,965.00<br>Unsecured:<br>Total: $31,965.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| DERK A YOUNG | 17338 | Secured:<br>Priority:<br>Administrative: $20,673.00<br>Unsecured:<br>Total: $20,673.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DIANE L REPASKY | 17206 | Secured:<br>Priority:<br>Administrative: $19,605.00<br>Unsecured:<br>Total: $19,605.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| DIANE L SCHROCK | 18303 | Secured:<br>Priority:<br>Administrative: $13,473.00<br>Unsecured:<br>Total: $13,473.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DOLORES M WILLIAMS | 17871 | Secured:<br>Priority:<br>Administrative: $18,800.00<br>Unsecured:<br>Total: $18,800.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DONALD A DEROP JR | 17408 | Secured:<br>Priority:<br>Administrative: $26,888.00<br>Unsecured:<br>Total: $26,888.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DONALD JAY BICE | 19101 | Secured:<br>Priority:<br>Administrative: $19,463.50<br>Unsecured:<br>Total: $19,463.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DONNA M VOGEL | 18506 | Secured:<br>Priority:<br>Administrative: $13,635.00<br>Unsecured:<br>Total: $13,635.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DOROTHY A SCHAACK | 16933 | Secured:<br>Priority:<br>Administrative: $10,920.00<br>Unsecured:<br>Total: $10,920.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DOUGLAS A YOUNG | 16968 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DOUGLAS R BUTLER | 18112 | Secured:<br>Priority:<br>Administrative: $21,015.00<br>Unsecured:<br>Total: $21,015.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DUANE L ABBUHL | 18026 | Secured:<br>Priority:<br>Administrative: $12,825.00<br>Unsecured:<br>Total: $12,825.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| EDWARD M BUNGO | 17632 | Secured:<br>Priority:<br>Administrative: $41,620.00<br>Unsecured:<br>Total: $41,620.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| ELIZABETH PENLAND | 17339 | Secured:<br>Priority:<br>Administrative: $22,500.00<br>Unsecured:<br>Total: $22,500.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| EUGENE R GRIMM | 17361 | Secured: <br> Priority: <br> Administrative: $28,400.00 <br> Unsecured: <br> Total: $28,400.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| FERMER LEWIS | 17986 | Secured: <br> Priority: <br> Administrative: $28,320.00 <br> Unsecured: <br> Total: $28,320.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| FRED P WATSON | 17238 | Secured: <br> Priority: <br> Administrative: $20,209.00 <br> Unsecured: <br> Total: $20,209.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| FREDERIC B KOOS | 18043 | Secured: <br> Priority: <br> Administrative: $21,870.00 <br> Unsecured: <br> Total: $21,870.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| FREDERICK E MLAKAR | 17732 | Secured: <br> Priority: <br> Administrative: $29,232.00 <br> Unsecured: <br> Total: $29,232.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| GARY B RIEDEL | 16918 | Secured: <br> Priority: <br> Administrative: $33,112.62 <br> Unsecured: <br> Total: $33,112.62 | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| GARY RIEDEL | 17698 | Secured: <br> Priority: <br> Administrative: $31,388.00 <br> Unsecured: <br> Total: $31,388.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| GERALD D GODI | 18131 | Secured: <br> Priority: <br> Administrative: $15,930.00 <br> Unsecured: <br> Total: $15,930.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GERALD L KRUGIELKI | 17703 | Secured:<br>Priority:<br>Administrative: $20,670.00<br>Unsecured:<br>Total: $20,670.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| GERALD M KENNY | 17162 | Secured:<br>Priority:<br>Administrative: $23,295.00<br>Unsecured:<br>Total: $23,295.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| GLENN D MATLOCK | 18021 | Secured:<br>Priority:<br>Administrative: $24,380.00<br>Unsecured:<br>Total: $24,380.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| GRACE U GIVEN | 17075 | Secured:<br>Priority:<br>Administrative: $23,892.00<br>Unsecured:<br>Total: $23,892.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| GRANT BRICKLEY | 17859 | Secured:<br>Priority:<br>Administrative: $33,568.00<br>Unsecured:<br>Total: $33,568.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| GREGORY KENT SHIPMAN | 17938 | Secured:<br>Priority:<br>Administrative: $32,036.00<br>Unsecured:<br>Total: $32,036.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JACQUELINE LEWIS | 17991 | Secured:<br>Priority:<br>Administrative: $12,000.00<br>Unsecured:<br>Total: $12,000.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| JAMES D BUTTS | 17858 | Secured:<br>Priority:<br>Administrative: $30,416.00<br>Unsecured:<br>Total: $30,416.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JAMES E EASTMAN | 17854 | Secured:<br>Priority:<br>Administrative: $42,714.00<br>Unsecured:<br>Total: $42,714.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JAMES E HEILIGENBERG | 17410 | Secured:<br>Priority:<br>Administrative: $22,374.00<br>Unsecured:<br>Total: $22,374.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JAMES J KOLENICH | 17678 | Secured:<br>Priority:<br>Administrative: $24,984.00<br>Unsecured:<br>Total: $24,984.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| JAMES R SAVICH | 17689 | Secured:<br>Priority:<br>Administrative: $30,289.00<br>Unsecured:<br>Total: $30,289.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| JAMES R VANCE | 17382 | Secured:<br>Priority:<br>Administrative: $22,620.00<br>Unsecured:<br>Total: $22,620.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JANET YASECHKO | 17506 | Secured:<br>Priority:<br>Administrative: $27,476.00<br>Unsecured:<br>Total: $27,476.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| JANICE D FANT | 17288 | Secured:<br>Priority:<br>Administrative: $22,800.00<br>Unsecured:<br>Total: $22,800.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JAY HEININGER | 17945 | Secured:<br>Priority:<br>Administrative: $20,430.00<br>Unsecured:<br>Total: $20,430.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JAY L KELLY | 17357 | Secured:<br>Priority:<br>Administrative: $28,576.00<br>Unsecured:<br>Total: $28,576.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JEFFERY L PROCH | 17602 | Secured:<br>Priority:<br>Administrative: $33,169.50<br>Unsecured:<br>Total: $33,169.50 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| JERRY C CHAO | 17150 | Secured:<br>Priority:<br>Administrative: $43,140.00<br>Unsecured:<br>Total: $43,140.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| JOHN A BERENT | 17697 | Secured:<br>Priority:<br>Administrative: $27,000.00<br>Unsecured:<br>Total: $27,000.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| JOHN A RASMUSSEN | 17711 | Secured:<br>Priority:<br>Administrative: $2,000.00<br>Unsecured:<br>Total: $2,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOHN C WATERMAN JR | 17886 | Secured:<br>Priority:<br>Administrative: $29,522.50<br>Unsecured:<br>Total: $29,522.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOHN J BUTERA | 17069 | Secured:<br>Priority:<br>Administrative: $34,020.00<br>Unsecured:<br>Total: $34,020.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| JOHN R FROMEL | 19102 | Secured:<br>Priority:<br>Administrative: $33,332.00<br>Unsecured:<br>Total: $33,332.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN STEGNER | 17684 | Secured:<br>Priority:<br>Administrative: $433,320.00<br>Unsecured:<br>Total: $433,320.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| JOHNNY MCQUEEN | 16924 | Secured:<br>Priority:<br>Administrative: $24,927.00<br>Unsecured:<br>Total: $24,927.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH A SIMON | 17341 | Secured:<br>Priority:<br>Administrative: $27,607.50<br>Unsecured:<br>Total: $27,607.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH F MARTIN | 17354 | Secured:<br>Priority:<br>Administrative: $27,210.00<br>Unsecured:<br>Total: $27,210.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH J FRANKO | 16931 | Secured:<br>Priority:<br>Administrative: $30,384.00<br>Unsecured:<br>Total: $30,384.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| KATHLEEN MADDOCK | 18608 | Secured:<br>Priority:<br>Administrative: $30,628.00<br>Unsecured:<br>Total: $30,628.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| KENNETH A ELLSWORTH | 17309 | Secured:<br>Priority:<br>Administrative: $50,640.00<br>Unsecured:<br>Total: $50,640.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| KENNETH D BURKETT | 18033 | Secured:<br>Priority:<br>Administrative: $19,720.00<br>Unsecured:<br>Total: $19,720.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KENNETH G GIVEN II | 17074 | Secured:<br>Priority:<br>Administrative: $23,833.32<br>Unsecured:<br>Total: $23,833.32 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| KEVIN LEE MCDANIEL | 17215 | Secured:<br>Priority:<br>Administrative: $24,760.00<br>Unsecured:<br>Total: $24,760.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE J SPROCKETT | 18156 | Secured:<br>Priority:<br>Administrative: $36,877.50<br>Unsecured:<br>Total: $36,877.50 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| LINDA T JONES | 17151 | Secured:<br>Priority:<br>Administrative: $42,044.00<br>Unsecured:<br>Total: $42,044.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| LOUIS M RUBINIC | 17593 | Secured:<br>Priority:<br>Administrative: $22,680.00<br>Unsecured:<br>Total: $22,680.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| LYLE E BURR | 17260 | Secured:<br>Priority:<br>Administrative: $24,996.00<br>Unsecured:<br>Total: $24,996.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MARK BURNS | 17907 | Secured:<br>Priority:<br>Administrative: $33,800.00<br>Unsecured:<br>Total: $33,800.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARK SCHAEFER | 17232 | Secured:<br>Priority:<br>Administrative: $29,460.00<br>Unsecured:<br>Total: $29,460.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MATTHEW J VOYTEK | 17327 | Secured:<br>Priority:<br>Administrative: $15,075.00<br>Unsecured:<br>Total: $15,075.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MELODY L HOSLER | 18173 | Secured:<br>Priority:<br>Administrative: $17,505.00<br>Unsecured:<br>Total: $17,505.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A HURLEY | 17892 | Secured:<br>Priority:<br>Administrative: $26,280.00<br>Unsecured:<br>Total: $26,280.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL G PEAGLER | 18298 | Secured:<br>Priority:<br>Administrative: $32,084.00<br>Unsecured:<br>Total: $32,084.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL J HISSAIN | 17942 | Secured:<br>Priority:<br>Administrative: $45,320.00<br>Unsecured:<br>Total: $45,320.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL J LUNKAS | 18063 | Secured:<br>Priority:<br>Administrative: $23,055.00<br>Unsecured:<br>Total: $23,055.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL L FARWELL | 17675 | Secured:<br>Priority:<br>Administrative: $17,820.00<br>Unsecured:<br>Total: $17,820.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL R SCHNEIDER | 17030 | Secured:<br>Priority:<br>Administrative: $26,337.50<br>Unsecured:<br>Total: $26,337.50 | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHAEL R SCHNEIDER | 17344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$31,605.00<br><br>$31,605.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MILFRED G WILLIAMS | 16887 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$31,850.00<br><br>$31,850.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| NANCY M DURANT | 17569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,357.50<br><br>$10,357.50 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| NATHANIEL C BOOMER | 18442 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$25,012.00<br><br>$25,012.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| PAUL PARASKEVOPOULOS | 17234 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$100,360.00<br><br>$100,360.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| PAUL VITKO JR | 18238 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$19,413.00<br><br>$19,413.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| PAULA L DILS | 17943 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$18,960.00<br><br>$18,960.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| PHILLIP G DEPAULIS | 17904 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$23,895.00<br><br>$23,895.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PHYLLIS D YOUNG | 17603 | Secured:<br>Priority:<br>Administrative: $21,765.00<br>Unsecured:<br>Total: $21,765.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| RANDALL S PARISH | 17450 | Secured:<br>Priority:<br>Administrative: $26,124.00<br>Unsecured:<br>Total: $26,124.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| RANDY OTTO | 16939 | Secured:<br>Priority:<br>Administrative: $11,692.50<br>Unsecured:<br>Total: $11,692.50 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND C WRIGHT | 18023 | Secured:<br>Priority:<br>Administrative: $29,380.00<br>Unsecured:<br>Total: $29,380.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND VALERIO | 17347 | Secured:<br>Priority:<br>Administrative: $22,940.00<br>Unsecured:<br>Total: $22,940.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD F BECKMEYER | 18089 | Secured:<br>Priority:<br>Administrative: $30,165.00<br>Unsecured:<br>Total: $30,165.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD F RIZZI | 18671 | Secured:<br>Priority:<br>Administrative: $19,682.50<br>Unsecured:<br>Total: $19,682.50 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD J POLENICK | 17565 | Secured:<br>Priority:<br>Administrative: $27,656.00<br>Unsecured:<br>Total: $27,656.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROBERT J BALUCH | 17362 | Secured:<br>Priority:<br>Administrative: $15,587.50<br>Unsecured:<br>Total: $15,587.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT JOSEPH JAEGGI | 18048 | Secured:<br>Priority:<br>Administrative: $27,960.00<br>Unsecured:<br>Total: $27,960.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT V ARQUILLA | 17647 | Secured:<br>Priority:<br>Administrative: $28,860.00<br>Unsecured:<br>Total: $28,860.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| ROCCO GENNARO | 18055 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| RODNEY E DINKEL | 18815 | Secured:<br>Priority:<br>Administrative: $24,580.00<br>Unsecured:<br>Total: $24,580.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ROGER E HOKE | 17777 | Secured:<br>Priority:<br>Administrative: $29,355.00<br>Unsecured:<br>Total: $29,355.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| ROGER OWEN STUBBLEFIELD | 16897 | Secured:<br>Priority:<br>Administrative: $25,195.34<br>Unsecured:<br>Total: $25,195.34 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| ROSEMARY JOHNSON | 18160 | Secured:<br>Priority:<br>Administrative: $34,360.00<br>Unsecured:<br>Total: $34,360.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RUTH ANN LITTLE | 17679 | Secured:<br>Priority:<br>Administrative: $25,305.00<br>Unsecured:<br>Total: $25,305.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| SAMUEL A NORLING | 17430 | Secured:<br>Priority:<br>Administrative: $26,912.00<br>Unsecured:<br>Total: $26,912.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| SAMUEL BACKO | 17600 | Secured:<br>Priority:<br>Administrative: $26,720.00<br>Unsecured:<br>Total: $26,720.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| SANDRA O DOWDELL | 17851 | Secured:<br>Priority:<br>Administrative: $18,460.00<br>Unsecured:<br>Total: $18,460.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| STEPHEN B WOLANIN | 17512 | Secured:<br>Priority:<br>Administrative: $27,580.00<br>Unsecured:<br>Total: $27,580.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN A HAYEK | 18113 | Secured:<br>Priority:<br>Administrative: $18,224.00<br>Unsecured:<br>Total: $18,224.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| SUZANNE C NADASKY | 17605 | Secured:<br>Priority:<br>Administrative: $20,100.00<br>Unsecured:<br>Total: $20,100.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| SUZANNE M MIRANDA | 17691 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TERRY CRESSEY | 18084 | Secured:<br>Priority:<br>Administrative: $13,160.00<br>Unsecured:<br>Total: $13,160.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| TERRY JAMES PERKINS | 18011 | Secured:<br>Priority:<br>Administrative: $42,433.36<br>Unsecured:<br>Total: $42,433.36 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| TERRY L COLLIER | 18073 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| TERRY L MOYER | 17612 | Secured:<br>Priority:<br>Administrative: $16,485.00<br>Unsecured:<br>Total: $16,485.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| THERESE M TERMINE | 17310 | Secured:<br>Priority:<br>Administrative: $15,600.00<br>Unsecured:<br>Total: $15,600.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS BEYER | 17279 | Secured:<br>Priority:<br>Administrative: $28,350.00<br>Unsecured:<br>Total: $28,350.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS C WOODS | 17494 | Secured:<br>Priority:<br>Administrative: $55,080.00<br>Unsecured:<br>Total: $55,080.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS E SCHNEIDER | 17240 | Secured:<br>Priority:<br>Administrative: $34,932.00<br>Unsecured:<br>Total: $34,932.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| THOMAS G MORELLO | 17909 | Secured:<br>Priority:<br>Administrative: $25,876.00<br>Unsecured:<br>Total: $25,876.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY C BOUSUM | 17753 | Secured:<br>Priority:<br>Administrative: $19,620.00<br>Unsecured:<br>Total: $19,620.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY EDWARD RAMBIS | 17328 | Secured:<br>Priority:<br>Administrative: $19,075.00<br>Unsecured:<br>Total: $19,075.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY R BRIGHT | 17389 | Secured:<br>Priority:<br>Administrative: $21,510.00<br>Unsecured:<br>Total: $21,510.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TINA J BONANNO | 17366 | Secured:<br>Priority:<br>Administrative: $7,722.50<br>Unsecured:<br>Total: $7,722.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TODD W LEWIS | 18105 | Secured:<br>Priority:<br>Administrative: $19,305.00<br>Unsecured:<br>Total: $19,305.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| W RAYMOND MCINERNEY | 17556 | Secured:<br>Priority:<br>Administrative: $26,955.00<br>Unsecured:<br>Total: $26,955.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A KUNKA | 17573 | Secured:<br>Priority:<br>Administrative: $27,600.00<br>Unsecured:<br>Total: $27,600.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WALTER J NILL | 18306 | Secured:<br>Priority:<br>Administrative: $22,548.00<br>Unsecured:<br>Total: $22,548.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM C BRINGER | 17580 | Secured:<br>Priority:<br>Administrative: $30,840.00<br>Unsecured:<br>Total: $30,840.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM F EICKHOLT | 17054 | Secured:<br>Priority:<br>Administrative: $26,925.00<br>Unsecured:<br>Total: $26,925.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM F PACEK JR | 17429 | Secured:<br>Priority:<br>Administrative: $25,320.00<br>Unsecured:<br>Total: $25,320.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM FLYNN III | 17416 | Secured:<br>Priority:<br>Administrative: $25,100.00<br>Unsecured:<br>Total: $25,100.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM G LEMMER | 17572 | Secured:<br>Priority:<br>Administrative: $34,155.00<br>Unsecured:<br>Total: $34,155.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM H WATTS | 17142 | Secured:<br>Priority:<br>Administrative: $20,725.00<br>Unsecured:<br>Total: $20,725.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM JOHNSON | 18031 | Secured:<br>Priority:<br>Administrative: $26,120.00<br>Unsecured:<br>Total: $26,120.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT C - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIAM L KELLER | 17610 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$23,850.00<br>_____<br>$23,850.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WILLIE E MOORE | 18644 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$25,000.00<br>_____<br>$25,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| YVETTE SHIPMAN | 17417 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$20,121.00<br>_____<br>$20,121.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **155** | | **$4,259,149.23** | | |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.