**In re DPH Holdings Corp., et al.**                              **Thirty-Ninth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT D-1 - ADJOURNED WORKERS' COMPENSATION CLAIM**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GARY L COOK | 18740 | Secured: Priority: Administrative: Unsecured: Total: | $311,800.00 $311,800.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$311,800.00** | | |

\*   The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.