**In re DPH Holdings Corp., et al.**                              **Thirty-Ninth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D-2 - ADJOURNED SEVERANCE CLAIM

| CREDITOR'S  NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RANDY D AUSTIN | 17330 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| | **Total:**   **1** | | **UNL** | | |

---

\*      The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.