# EXHIBIT B

EXHIBIT B

DELPHI CORPORATION, *et al.*
PROFESSIONAL SERVICES RENDERED BY JAECKLE FLEISCHMANN MUGEL LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

OCT. 1, 2007 – JAN. 25, 2008

| Timekeeper | Title | Year Admitted to Practice | Lawschool Class | Rate | October | | November | | December | | January | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Hours | Fees | Hours | Fees | Hours | Fees | Hours | Fees |
| Robert C. Brown | Patent Agent | 1993 | N/A | $165.00 | 37.1 | 6,121.50 | 75.7 | 12,490.50 | 45.5 | 7,507.50 | 91 | $15,015.00 |
| Dennis B. Danella | Partner | 2000 | 2000 | $195.00 | 118.9 | $23,185.50 | 143 | $27,885.00 | 91.7 | $17,881.50 | 76 | $14,820.00 |
| Joyce Petruzzelli | Legal Assistant | N/A | N/A | $85.00 | 0.5 | $42.50 | 4 | $340.00 | 2.7 | $229.50 | 2.8 | $238.00 |
| Ronald J. Kisicki | Partner | 1986 | 1986 | $250.00 | 100.7 | $25,175.00 | 152 | $38,000.00 | 77.2 | $19,300.00 | 55.4 | $13,850.00 |
| Joseph W. Allen | Partner | 1990 | 1989 | $220.00 | 0 | $0.00 | 4.2 | $924.00 | 0.3 | $66.00 | 0 | 0 |
| Dennis K. Schaeffer | Partner | 2000 | 1999 | $200.00 | 0 | 0.00 | 11.6 | $2,320.00 | 17.5 | $3,500.00 | 0 | 0 |
| Dennis K. Schaeffer | Partner | 2000 | 1999 | $210.00 | 0 | 0.00 | 0 | $0.00 | 0 | $0.00 | 0.5 | 105 |
| Heath J. Szymczak | Partner | 1999 | 1998 | $205.00 | 19.1 | 3,915.50 | 5.2 | $1,066.00 | 0 | $0.00 | 0 | 0 |
| Howard S. Rosenhoch | Partner | 1977 | 1978 | $245.00 | 2.1 | 514.50 | 0 | $0.00 | 0 | $0.00 | 0 | 0 |
| Lee J. Fleckenstein, PhD | Patent Agent | 1992 | N/A | $180.00 | 1 | $180.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| Gudrun Passlack, PhD | Patent Agent | 2001 | N/A | $180.00 | 56.6 | 10,188.00 | 91.6 | $16,488.00 | 54.4 | $9,792.00 | 35.1 | $6,318.00 |
| Lynn Newman | Paralegal | N/A | N/A | $100.00 | 0 | $0.00 | 7 | $700.00 | 0 | $0.00 | 0 | $0.00 |
| Bradley A. Hoppe | Associate | 2007 | 2006 | $120.00 | 0 | $0.00 | 11.2 | $1,344.00 | 5.4 | $648.00 | 0 | $0.00 |
| TOTAL | | | | | 336 | $69,322.50 | 505.5 | $101,557.50 | 294.7 | $58,924.50 | 260.8 | $50,346.00 |

| PERIOD TOTAL | $280,150.50 |
|---|---|
| HOURS | 1,397.00 |