# EXHIBIT C

# EXHIBIT C
## DELPHI CORPORATION, *ET AL*
## SUMMARY OF SERVICES RENDERED
## BY JAECKLE FLEISCHMANN & MUGEL, LLP
## AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
## OCTOBER 1, 2007 THROUGH JANUARY 25, 2008

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application Drafting & Prosecution | Ronald J. Kisicki | $250.00 | 336.2 | $84,050.00 |
| Preparation 6th Interim Fee Application | Ronald J. Kisicki | $250.00 | 3.7 | $925.00 |
| Intellectual Property Counseling | Ronald J. Kisicki | $250.00 | 45.4 | $11,350.00 |
| Patent Application Drafting & Prosecution | Dennis B. Danella | $195.00 | 428.5 | $83,557.50 |
| Intellectual Property Counseling | Dennis B. Danella | $195.00 | 1.1 | $214.50 |
| Patent Application Drafting & Prosecution | Robert C. Brown | $165.00 | 249.3 | $41,134.50 |
| Patent Application Drafting & Prosecution | Lee J. Fleckenstein | $180.00 | 1 | $180.00 |
| Patent Application Drafting & Prosecution | Gudrun Passlack | $180.00 | 237.7 | $42,786.00 |
| Patent Prosecution | Heath J. Szymczak | $205.00 | 24.3 | $4,981.50 |
| Patent Prosecution | Howard S. Rosenhoch | $245.00 | 2.1 | $514.50 |
| Patent Prosecution | Dennis K. Schaeffer* | $200.00 | 29.1 | $5,820.00 |
| Patent Prosecution | Dennis K. Schaeffer* | $210.00 | 0.5 | $105.00 |
| Preparation 6th Interim Fee Application | Joseph W. Allen | $220.00 | 4.5 | $990.00 |
| Patent Application Drafting & Prosecution | Lynn Newman | $100.00 | 7 | $700.00 |
| Patent Application Drafting & Prosecution | Bradley A. Hoppe | $120.00 | 16.6 | $1,992.00 |
| Patent Application Drafting & Prosecution | Joyce Petruzzelli | $85.00 | 10 | $850.00 |
| | | TOTAL | 1397 | $280,150.50 |

*D. Schaeffer's rate increased to $210/hr 1/1/08