# EXHIBIT D

EXHIBIT D

DELPHI CORPORATION, *ET AL*

ACTUAL AND NECESSARY DISBURSEMENTS

INCURRED BY JAECKLE FLEISCHMANN & MUGEL, LLP

BY INTELLECTUAL PROPERTY COUNSEL

OCTOBER 1, 2007 - JANUARY 25, 2008

| Expenses | Amount |
| --- | ---: |
| Filing Fees | $22,970.00 |
| Mailing Charges | $687.22 |
| Drawing Fees | $3,120.00 |
| Agency Fees for Depositions (for Interference Matter) | $14,733.63 |
| Travel (for Interference matter) | $6,762.53 |
| Patent Search Fees | $161.65 |
| **TOTAL DISBURSEMENTS** | **$48,435.03** |