# EXHIBIT E

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

November 16, 2007
I.D. 89190
Invoice # 145862

Delphi Technologies
Attn: Paul Marshall
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through October 31, 2007

|  |  |  |
|---|---|---|
| 80% of total amount | 55,598.00 | 55,458.00 |
| 20% of total amount | 13,899.50 | 13,864.50 |
| Total Fees | 69,322.50 | 69,322.50 |
| Total Disbursements | 9,772.99 |  |
| Total This Invoice | $ 79,095.49 |  |

CLIENT TOTAL AMOUNT DUE THIS INVOICE                $    79,095.49

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

December 31, 2007
I.D. 89190
Invoice # 146998

Delphi Technologies
Attn: Paul Marshall
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through November 30, 2007

|  |  |  |
|---|---|---|
| 80% of total amount | 81,246.00 | |
| 20% of total amount | 20,311.50 | |
| Total Fees | 101,557.50 | |
| Total Disbursements | 28,382.16 | |

Total This Invoice          $     129,939.66

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D. 16-0774920

January 31, 2008
I.D. 89190
Invoice # 147933

Delphi Technologies
Attn: Paul Marshall
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through December 31, 2007

|  |  |  |
|---|---|---|
| 80% of total amount | 47,139.60 |  |
| 20% of total amount | 11,784.90 |  |
| Total Fees | 58,924.50 |  |
| Total Disbursements | 8,671.13 |  |
| Total This Invoice | $ | 67,595.63 |

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

IN ACCOUNT WITH

**JAECKLE FLEISCHMANN & MUGEL, LLP**
ATTORNEYS AT LAW

12 FOUNTAIN PLAZA BUFFALO, NEW YORK 14202-2292
TEL 716.856.0600 FAX 716.856.0432

Tax I.D. 16-0774920

February 28, 2008
I.D. 89190
Invoice # 148997

Delphi Technologies
Attn: Paul Marshall
M/C 480.410.202
P.O. Box 5052
Troy, Michigan 48007

For Services Rendered Through January 25, 2008

|  |  |
|---|---|
| 80% of total amount | 40,276.80 |
| 20% of total amount | 10,069.20 |
| Total Fees | 50,346.00 |
| Total Disbursements | 1,608.75 |
| Total This Invoice | $ 51,954.75 |

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS