# EXHIBIT F

**ORDER APPROVING SEVENTH AND FINAL FEE APPLICATION**

JAECKLE FLEISCHMANN & MUGEL, LLP
12 Fountain Plaza
Buffalo, New York 14202-2292
(716) 856-0600
Charles C. Swanekamp (CS-3933)
Marjorie A. Bialy

*Intellectual Property Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
                                                        :      Chapter 11
In re:                                                  :
                                                        :      Case No. 05-44481 (RDD)
DELPHI CORPORATION et al.,                              :
                                                        :      (Jointly Administered)
                                Debtors.                :
                                                        :
--------------------------------------------------------x

**[PROPOSED] ORDER APPROVING SEVENTH AND FINAL FEE APPLICATION OF JAECKLE FLEISCHMANN & MUGEL, LLP FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INTELLECTUAL PROPERTY COUNSEL TO THE DELPHI CORPORATION, ET AL., FOR SERVICES RENDERED FROM OCTOBER 1, 2007 THROUGH JANUARY 25, 2008**

AND NOW THIS _____ day of _____, 2010, upon consideration of the foregoing Seventh and Final Fee Application of Jaeckle Fleischmann & Mugel, LLP for Allowance of Compensation and Reimbursement of Expenses as Intellectual Property Counsel of Delphi Corporation, et al., with good cause being shown, notice given and no objections having been received, it is hereby

ORDERED, that the Seventh and Final Fee Application is hereby approved; and it is further

1

2

ORDERED, that for the period from October 1, 2007 through January 25, 2008, the fees incurred by Jaeckle Fleischmann & Mugel, LLP in the total aggregate sum of $280,150.50 and the expenses incurred by Jaeckle Fleischmann & Mugel, LLP in the total aggregate sum of $48,435.03 are hereby approved; and it is further

ORDERED, that the Debtor is authorized to pay Jaeckle Fleischmann & Mugel, LLP the remaining Holdback sum of $56,030.10, which represents twenty percent (20%) of the total aggregate fees.

SO ORDERED

_____
United States Bankruptcy Judge

901873v1

2