JAECKLE FLEISCHMANN & MUGEL, LLP
12 Fountain Plaza
Buffalo, New York 14202-2292
(716) 856-0600
Charles C. Swanekamp (CS-3933)
Marjorie A. Bialy

*Intellectual Property Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
:
:                Chapter 11
In re:                :
:                Case No. 0544481 (RDD)
DELPHI CORPORATION et al.,                :
:                (Jointly Administered)
Debtors.                :
:
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

1. I certify that, on December 14, 2009, I served copies of the Seventh and Final Application and Notice by regular first class mail upon the following Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc. #869):

> DPH Holdings Corp.
> f/k/a Delphi Corporation
> 5725 Delphi Drive
> Troy, MI  48098
> (Attn:  General Counsel)
>
> Counsel to the Debtors
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive, Suite 2100
> Chicago, IL  60606
> (Attn:  John Wm. Butler, Jr., Esq.)

Counsel for the agent under the Debtors' prepetition credit facility
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
(Attn:  Kenneth S. Ziman, Esq.)

Counsel for the agent under the Debtors' postpetition credit facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
(Attn:  Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors
 ("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022-4802
(Attn:  Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
(Attn:  Alicia M. Leonhard, Esq.)

Douglas Dethy
D.C. Capital Advisors, Limited
800 Third Avenue, 40th Floor
New York, NY  10022

David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Hunterville, NC  28078

Fried, Frank, Harris, Shriver
 & Jacobson
One New York Plaza
New York, NY  10004
(Attn:  Brad Eric Scheler, Esq.)

>Legal Cost Control, Inc.
>255 Kings Highway East
>Haddonfield, NJ 08033
>
>John D. Sheehan
>Delphi Corporation
>5725 Delphi Drive
>Troy, Michigan 48098

2. I further certify that, on December 9, 2009, I served a copy of the Notice of filing of Seventh and Final Application by electronic mail or by first class U.S. mail or fax (when no email address is provided) upon all persons on the Master Service List and the 2002 List.

Dated: Buffalo, New York
December 14, 2009

>Respectfully submitted,
>
>**JAECKLE FLEISCHMANN & MUGEL LLP**
>
>By:    /s/ Charles C. Swanekamp
>       Charles C. Swanekamp, Esq. (CS-3933)
>       Marjorie A. Bialy, Esq.
>
>*Intellectual Property Counsel for Debtors*
>12 Fountain Plaza
>Buffalo, New York  14202
>Telephone: (716) 856-0600

902190v1

3