TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400
Janice B. Grubin

Counsel for Vanguard Distributors, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et. al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

―――――――――――――――――――――x

## MOTION TO SUBSTITUTE COUNSEL

Vanguard Distributors, Inc. ("Vanguard"), a creditor and party in interest herein, through its undersigned counsel, hereby moves the Court to permit entry of the proposed order, annexed hereto as Exhibit "A", permitting the law firm of Drinker Biddle & Reath LLP to withdraw as its counsel of record herein and to permit Janice B. Grubin, formerly a partner at Drinker Biddle & Reath LLP, to continue her representation of Vanguard at her new law firm of Todtman, Nachamie, Spizz & Johns, P.C., effective as of November 16, 2009.

Dated: December 14, 2009
       New York, New York

Respectfully submitted,

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.

By: s/ Janice B. Grubin
    Janice B. Grubin
    425 Park Avenue, 5th Floor
    New York, New York 10022
    Phone: (212) 754-9400
    Facsimile: (212) 754-6262
    Email: jgrubin@tnsj-law.com

251711 v1

Dated: December 14, 2009
      New York, New York

                                DRINKER BIDDLE & REATH LLP

                          By: s/ Stephanie Wickouski
                              Stephanie Wickouski
                              140 Broadway – 39th Floor
                              New York, New York 10005
                              Phone: (212) 248-3000
                              Facsimile: (212) 248-3141
                              Email: stephanie.wickouski@dbr.com

**EXHIBIT "A"**

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400
Janice B. Grubin

Counsel for Vanguard Distributors, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re:                                               Chapter 11

DPH HOLDINGS CORP., et. al.,                         Case No. 05-44481 (RDD)

                    Debtors.                        (Jointly Administered)
_____x

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Upon the Motion to Substitute Counsel, dated December 14, 2009, filed on behalf of Vanguard Distributors, Inc., a creditor and party in interest herein, it is hereby

**ORDERED** that the law firm of Drinker Biddle & Reath LLP be and it is hereby permitted to withdraw as counsel of record for Vanguard Distributors, Inc. and Janice Grubin and her law firm of Todtman, Nachamie, Spizz & Johns, P.C. be, and they are hereby, enrolled as its counsel of record in these cases.

Dated: December _____, 2009
       New York, New York

                                                    _____
                                                    Honorable Robert D. Drain
                                                    United States Bankruptcy Judge

251760 v1

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400
Janice B. Grubin

Counsel for Vanguard Distributors, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――x

In re:                                              Chapter 11

DPH HOLDINGS CORP., et. al.,                        Case No. 05-44481 (RDD)

                        Debtors.                    (Jointly Administered)

――――――――――――――――――――――――x

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been served upon those listed below by depositing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressees as indicated below, on this 14th day of December, 2009.

John William Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Albert Togut
Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto

                    s/ Janice B. Grubin
                    Janice B. Grubin

251711 v1