**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **DELPHI CORPORATION,** *et. al.*, | Case No. 05-44481-RDD |
| Debtors. | **(Jointly Administered)** |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Ronald L. Rose, to be admitted, *pro hac vice*, as Special Counsel to the Debtors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and the bar of the U.S. District Court for the Eastern District of Michigan,

IT IS HEREBY ORDERED, that Ronald L. Rose, is admitted to practice, *pro hac vice*, in the above referenced case, and in related matters, to act as special counsel to Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York

December 14, 2009              /s/Robert D. Drain
                               United States Bankruptcy Judge

BH01\1082585.1
ID\RLR - 019956/0999