Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Admitted Pro Hac Vice*
Kelly A. Woodruff, *Admitted Pro Hac Vice*
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------x | Chapter 11 |
| In re: | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | (Jointly Administered) |
| Reorganized Debtors. | |
| ---------------------------------------------------x | |

**ORDER SHORTENING NOTICE WITH RESPECT TO RETIREE
COMMITTEE'S MOTION TO EXPAND VOLUNTARY EMPLOYEE <u>BENEFIT
ASSOCIATION BENEFITS TO HOURLY EMPLOYEE RETIREES</u>**

Upon the motion, dated December 11, 2009 (the "Motion to Shorten Notice") filed by the Official Committee of Eligible Salaried Retirees (the "Salaried Retiree 1114 Committee") pursuant to 11 U.S.C. §§ 102(1), 105(a), 1114 and Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules") requesting that the Court shorten the notice required by the case management order in these Chapter 11 cases with respect to the Salaried Retiree 1114

Committee's Motion Under 11 U.S.C. § 105 To Expand Voluntary Employee Benefit Association Benefits to Hourly Employee Retirees (the "Expansion of VEBA Benefits Motion"); and good cause appearing, it is

ORDERED that the Motion to Shorten Notice is granted; and it is further

ORDERED that the Expansion of VEBA Benefits Motion shall be heard at a hearing to be held before the Honorable Bankruptcy Judge Robert D. Drain, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10610, on December 18, 2009 at 10:00 a.m. or as soon thereafter as counsel can be heard; and it is further

ORDERED that objections, if any, to the Expansion of VEBA Benefits Motion must (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) set forth the name of the objector, nature and basis of any such objection and the specific grounds therefore; (d) be filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") electronically in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format <u>(with a hard copy delivered directly to the chambers of Judge Drain)</u> and served in accordance with General Order M-182; and (e) be further served so that they are RECEIVED no later than December 17, 2009 at 4:00 p.m. (prevailing Eastern Time) by: (i) the Debtors at Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel), (ii) Deloitte & Touche LLP, Suite 900, 600 Renaissance Center, Detroit, Michigan 48024 (Attn: Brock E. Plumb), (iii) counsel to

the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.), (iv) the Office of the Untied States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10044, (collectively, the "Notice Parties") and (v) counsel for the Salaried Retiree 1114 Committee at the address stated in the Motion; and it is further

ORDERED that counsel for the Salaried Retiree 1114 Committee shall serve a copy of the Expansion of VEBA Benefits Motion on the Notice Parties by hand, email or telecopy on or before December 14, 2009 and shall otherwise serve the VEBA Benefits Motion as required by the Case Management Order, as amended.

ORDERED that the requirement under Local Rule 9013-1(a) for the filing of a separate memorandum of law is waived.

Dated: White Plains, New York
       December 14, 2009

                                /s/Robert D. Drain
                                HONORABLE ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE