Neil A. Goteiner (NG 1644)  
Dean M. Gloster (Admitted *Pro Hac Vice*)  
Kelly A. Woodruff (Admitted *Pro Hac Vice*)  
FARELLA BRAUN + MARTEL LLP  
235 Montgomery Street, 17th Floor  
San Francisco, CA  94104  
Telephone:  (415) 954-4400  
Facsimile:  (415) 954-4480  

Hearing Date & Time:  December 18, 2009 at 10:00 a.m. (prevailing Eastern Time)

Attorneys for OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| In re: | Chapter 11 Case No. 05-44481 (RDD) |
| DPH HOLDINGS et. al., | (Jointly Administered) |
| Debtor. | |

# MOTION TO EXTEND TIME FOR SERVICE

1. December 14, 2009, this Court granted an Order Shortening Notice with Respect to Retiree Committee's Motion to Expand Voluntary Employee Benefit Association Benefits to hourly Employee Retirees. [Docket No. 19183]

2. Based on communication with this Court's chambers, the Retiree Committee was awaiting a decision on the aforementioned Order but no email was received.  On December 15, 2009, Retiree Committee learned from Court's chambers that an email was sent out, but for reasons not yet- determined, it was not received.

3. The Order provided that it be served by the Salaried 1114 Committee on the Notice Parties on or before December 14, 2009. Since notice of the Order being granted was not received on December 14th, it was not possible for counsel to comply.

4. Said Order is being served upon the Notice parties today, December 15, 2009. As noted in the underlying Motion sought to be heard on Friday, it is anticipated that no parties will have any objection because no parties other than the retirees in this case will otherwise be impacted by the relief being sought.

WHEREFORE the Salaried Retiree 1114 Committee respectfully requests that this Court allow this Motion to Extend Time to Serve the Order Shortening Notice with Respect to Retiree Committee's Motion to Expand Voluntary Employee Benefit Association Benefits to hourly Employee Retirees

Dated:   San Francisco, California
         December 15, 2009

FARELLA BRAUN & MARTEL LLP

By:   /s/ Neil A. Goteiner
      Neil A. Goteiner
      Dean M. Gloster
      Kelly A. Woodruff

235 Montgomery Street, 17th Floor
San Francisco, California  94104
(415) 954-4400

Attorneys for OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES