Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice* (pending)
Kelly A. Woodruff, *Pro Hac Vice* (pending)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
In re:

DPH HOLDINGS CORP., et al.,

    Reorganized Debtors.
----------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

### CERTIFICATE OF SERVICE

Documents Served:   EXPEDITED MOTION UNDER 11 U.S.C. § 105 TO EXPAND VOLUNTARY EMPLOYEE BENEFIT ASSOCIATION BENEFITS TO HOURLY EMPLOYEE RETIREES; and

MOTION TO EXTEND TIME FOR SERVICE.

I hereby certify that a copy of the documents listed above were served upon its filing on December 15, 2009 to the parties receiving electronic notice through the Court's ECF system in the above-referenced case, and by facsimile on December 15, 2009 to the parties listed below:

24397\2117185.1

DPH Holdings Corp.
f/k/a Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Attn:  General Counsel
Facsimile:  (248) 813-2491

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
Attn: John Wm. Butler, Jr., Al Hogan
Facsimile:  (312) 407-0411

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Attn:  Alicia M. Leonhard
Facsimile:  (212) 668-2256

Deloitte & Touche LLP
600 Renaissance Center, Suite 900
Detroit, Michigan  48024
Attn:  Brock E. Plumb
Facsimile:  (313) 396-3770

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on December 15, 2009, at San Francisco, California.

/s/        *Dean M. Gloster*
Dean M. Gloster

24397\2117185.1                                         2