UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x

In re:                                                                          Chapter 11

DELPHI CORPORATION, et al.                                 Case No. 05-44481 (RDD)

                Debtors.                                        (Jointly Administered)

———————————————————————x

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2009, I electronically filed the foregoing SUPPLEMENTAL RESPONSE TO REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSES OF CERTAIN CLAIMANTS TO DEBTORS' OBJECTIONS TO (A) PROOFS OF CLAIM NOS. 13663 AND 13730 FILED BY THE INTERNATIONAL UNION OF OPERATING ENGINEERS (THE "IUOE"), LOCAL 101-S, (B) PROOFS OF CLAIM NOS. 13734 AND 15071 FILED BY THE IUOE, LOCAL 18-S, (C) PROOFS OF CLAIM NOS. 13699 AND 15075 FILED BY THE IUOE, LOCAL 832-S, (D) PROOFS OF CLAIM NOS. 13863 AND 14334 FILED BY THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS AND ITS DISTRICT 10 AND TOOL AND DIE MAKERS LODGE 78, AND (E) PROOFS OF CLAIM NOS. 13875 AND 14350 FILED BY INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 663 with the Clerk of Court using the ECF system which will send notification of such filing to all ECF participants and I also hereby certify that I mailed said documents via UPS Overnight to the following:

Attn: Chambers Copy
<u>United States Bankruptcy Court</u>
Southern District of New York
One Bowling Green
New York, NY 10004

<u>Delphi Corporation</u>
5725 Delphi Drive
Troy, MI 48098
Attn: General Counsel

<u>Counsel to Creditors' Committee</u>
Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

<u>Counsel for the Debtors</u>
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(800) 718-5305
Attn: John Wm. Butler, Jr.
Attn: Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti

<u>United States Trustee</u>
Attn: Brian S. Masumoto, Trial Attorney
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

/s/ Marianne G. Robbins
Attorney Marianne Goldstein Robbins
Previant, Goldberg, Uelmen,
Gratz, Miller & Brueggeman, s.c.
1555 N. RiverCenter Dr., # 202
P.O. Box 12993
Milwaukee, WI  53212
Ph: 414-271-4500 /Fax: 414-271-6308