# PLEASE COMPLETE AND RETURN THIS FORM BY FEBRUARY 26, 2009.

12933

State of Michigan
Funds Administration
7201 W. Saginaw Hwy., Ste. 110
Lansing, Michigan 48917

ATTN: Dennis S. Morrill, Funds Administrator

Our total amount of Michigan workers' compensation benefits, including redemption settlements, but excluding medical benefits, rehabilitation payments, and funeral costs paid during calendar year 2008 is:

$ __24,703,648.45__

This figure does not include monies reimbursed by the Second Injury Fund, Silicosis, Dust Disease and Logging Industry Compensation, or Compensation Supplement Fund.

→Please provide complete contact information including an e-mail address←

Company Name __Delphi Corporation__ Federal ID # __38-3430473__

Address __5825 Delphi Drive, MC 480-410-104, Troy, MI 4809__

Contact Person/Telephone Number of Company __Mark Fraylick__ / Telephone __248.813.1252__

E-mail Address __mark.a.fraylick@delphi.com__

Certified Correct By __Mark Fraylick__ Title __Manager, Workers' Compensation__

Service Company (if applicable) __Sedgwick CMS__ Date __2/25/09__

Telephone Number __248.603.8167__


MARK FRAYLICK, MGR WORKERS' COMP
DELPHI AUTOMOTIVE SYSTEMS CORP.
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

*Mark Fraylick*

Self-Insured Employer

02/25/2009    9:02AM