UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                              )
In re:                                        )
                                              )
    Delphi Corporation, et al.                )    Chapter 11
                                              )
                                              )    Case No. 05-44481
                Debtor.                       )
                                              )
------------------------------------------------------X

## WITHDRAWAL OF OBJECTION TO CURE AMOUNT

Dawlen Corporation ("Unsecured Creditor") hereby withdraws its Objection to the cure amount filed on January 30, 2008, docket No. 12527. An attempt to withdraw this objection was made 2-13-08. This matter has been understood and resolved.

*P.S. We still have an outstanding Proof of Claim with a balance due us of $4,852.44.*

Patricia A. Lykins
VP Finance/Controller
(517) 787-2200, Ext. 12



RECEIVED
DEC 14 2009
U.S. BANKRUPTCY COURT, SDNY

February 13, 2008

## OBJECTION WITHDRAWN

Purchase Order Number SAG9013338 has been completed therefore no cure is available. However, these invoice do remain as part of our claim against Delphi.

---

*Prior communication below:*
**CURE OBJECTION**                                              January 28, 2008
<u>Delphi Corporation, Case No. 05-44481</u>

Creditor:  Dawlen Corporation
           2029 Micor Dr
           P O Box 884
           Jackson, MI  49204


Cure Amount in Notice of Cure Amount:  $29282.34
                                        Purchase Order Number SAG9012787

---

The above cure amount is <u>missing 4 invoices</u> under a different PO number. We have filed these invoices with each filing from the initial claim made at time of bankruptcy notice.


Purchase Order Number SAG9013338    $4852.44

Invoices:
SH02226, 3/29/05, $972.43
SH02382, 04/13/05, $1940.00
SH02456, 04/20/05, $1733.88
SH02782. 05/25/05, $206.13

These were all shipped to Atmosphere Annealing that forwarded them to Mexico. Copies of these invoices are attached.


Patricia A. Lykins
VP Finance/Controller
(517) 787-2200, Ext. 12

January 30, 2008

United States Bankruptcy Court for the
  Southern District of New York
One Bowling Green, Room 610
New York, NY  10004

RE:  Case 05-44481

Cure Objection – Diskette Enclosure

0544481080131000000000036

**CURE OBJECTION**                                              January 28, 2008
<u>Delphi Corporation, Case No. 05-44481</u>

Creditor:  Dawlen Corporation
           2029 Micor Dr
           P O Box 884
           Jackson, MI  49204

Cure Amount in Notice of Cure Amount:  $29282.34
                                       Purchase Order Number SAG9012787

The above cure amount is <u>missing 4 invoices</u> under a different PO number.  We have filed these invoices with each filing from the initial claim made at time of bankruptcy notice.

Purchase Order Number SAG9013338    $4852.44

Invoices:
SH02226, 3/29/05, $972.43
SH02382, 04/13/05, $1940.00
SH02456, 04/20/05, $1733.88
SH02782. 05/25/05, $206.13

These were all shipped to Atmosphere Annealing that forwarded them to Mexico. Copies of these invoices are attached.

Patricia A. Lykins
VP Finance/Controller
(517) 787-2200, Ext. 12



Accounts Receivable Aged Invoice Report
Sorted by Customer Number
All Open Invoices - Aged as of 01/08/2008

Dawlen Corporation (DAW)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000105 | Delphi Saginaw Steering System | | Contact: | | | | Phone: (517) 757-3324 | | | | |
| 3/29/2005 | SH02226-IN | 4/28/2005 | | 0.00 | 972.43 | 0.00 | 0.00 | 0.00 | 0.00 | 972.43 | 985 |
| 4/13/2005 | SH02382-IN | 5/13/2005 | | 0.00 | 1,940.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,940.00 | 970 |
| 4/20/2005 | SH02456-IN | 5/20/2005 | | 0.00 | 1,733.88 | 0.00 | 0.00 | 0.00 | 0.00 | 1,733.88 | 963 |
| 5/25/2005 | SH02782-IN | 6/24/2005 | | 0.00 | 206.13 | 0.00 | 0.00 | 0.00 | 0.00 | 206.13 | 928 |
| 9/1/2005 | SH03485-IN | 10/1/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 829 |
| 9/1/2005 | SH03486-IN | 10/1/2005 | | 0.00 | 1,655.94 | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.94 | 829 |
| 9/6/2005 | SH03516-IN | 10/6/2005 | | 0.00 | 2,302.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,302.20 | 824 |
| 9/14/2005 | SH03573-IN | 10/14/2005 | | 0.00 | 3,261.45 | 0.00 | 0.00 | 0.00 | 0.00 | 3,261.45 | 816 |
| 9/15/2005 | SH03583-IN | 10/15/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 815 |
| 9/16/2005 | SH03598-IN | 10/16/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 814 |
| 9/22/2005 | SH03653-IN | 10/22/2005 | | 0.00 | 3,453.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3,453.30 | 808 |
| 9/26/2005 | SH03676-IN | 10/26/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 804 |
| 9/27/2005 | SH03687-IN | 10/27/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 803 |
| 9/28/2005 | SH03697-IN | 10/28/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 802 |
| 9/29/2005 | SH03704-IN | 10/29/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 801 |
| 9/30/2005 | SH03712-IN | 10/30/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 800 |
| 10/3/2005 | SH03734-IN | 11/2/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 797 |
| 10/4/2005 | SH03744-IN | 11/3/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 796 |
| 10/5/2005 | SH03754-IN | 11/4/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 795 |
| 10/6/2005 | SH03762-IN | 11/5/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 794 |
| 10/7/2005 | SH03770-IN | 11/6/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 793 |
| 10/24/2006 | AMROC-IN | 11/23/2006 | | 0.00 | 21,083.28 | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28 | 411 |
| 10/24/2006 | PP-PP | 10/24/2006 | | 0.00 | 21,083.28- | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28- | |
| 2/1/2007 | PP0107-PP | 2/1/2007 | | 0.00 | 959.25- | 0.00 | 0.00 | 0.00 | 0.00 | 959.25- | |
| 10/30/2007 | SH09096-IN | 11/29/2007 | | 0.00 | 191.85 | 0.00 | 0.00 | 191.85 | 0.00 | 0.00 | 40 |
| | | Customer 0000105 Totals: | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |
| | | Report Totals: | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |
| | | Number of Customers: | 1 | | | | | | | | |

*Handwritten annotations: "MEXICO SHIP", "BANKRUPTCY OWNED BY DC", "SOLD AMP", "CURRENT OWNED BY DC", "Current"*

Accounts Receivable Aged Invoice Report
Sorted by Customer Number
Open Invoices - Aged as of 01/08/2008

Dawlen Corporation (DAW)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Due Dates Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0000105 | Delphi Saginaw Steering System | | Contact: | | | Phone: (517) 757-3324 | | | | | |
| 3/29/2005 | SH02226-IN | 4/28/2005 | | 0.00 | 972.43 | 0.00 | 0.00 | 0.00 | 0.00 | 972.43 | 985 |
| 4/13/2005 | SH02382-IN | 5/13/2005 | | 0.00 | 1,940.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,940.00 | 970 |
| 4/20/2005 | SH02456-IN | 5/20/2005 | | 0.00 | 1,733.88 | 0.00 | 0.00 | 0.00 | 0.00 | 1,733.88 | 963 |
| 5/25/2005 | SH02782-IN | 6/24/2005 | | 0.00 | 206.13 | 0.00 | 0.00 | 0.00 | 0.00 | 206.13 | 928 |
| 9/1/2005 | SH03485-IN | 10/1/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 829 |
| 9/1/2005 | SH03486-IN | 10/1/2005 | | 0.00 | 1,655.94 | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.94 | 829 |
| 9/6/2005 | SH03516-IN | 10/6/2005 | | 0.00 | 2,302.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2,302.20 | 824 |
| 9/14/2005 | SH03573-IN | 10/14/2005 | | 0.00 | 3,261.45 | 0.00 | 0.00 | 0.00 | 0.00 | 3,261.45 | 816 |
| 9/15/2005 | SH03583-IN | 10/15/2005 | | 0.00 | 4,220.70 | 0.00 | 0.00 | 0.00 | 0.00 | 4,220.70 | 815 |
| 9/16/2005 | SH03598-IN | 10/16/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 814 |
| 9/22/2005 | SH03653-IN | 10/22/2005 | | 0.00 | 3,453.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3,453.30 | 808 |
| 9/26/2005 | SH03676-IN | 10/26/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 804 |
| 9/27/2005 | SH03687-IN | 10/27/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 803 |
| 9/28/2005 | SH03697-IN | 10/28/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 802 |
| 9/29/2005 | SH03704-IN | 10/29/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 801 |
| 9/30/2005 | SH03712-IN | 10/30/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 800 |
| 10/3/2005 | SH03734-IN | 11/2/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 797 |
| 10/4/2005 | SH03744-IN | 11/3/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 796 |
| 10/5/2005 | SH03754-IN | 11/4/2005 | | 0.00 | 767.40 | 0.00 | 0.00 | 0.00 | 0.00 | 767.40 | 795 |
| 10/6/2005 | SH03762-IN | 11/5/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 794 |
| 10/7/2005 | SH03770-IN | 11/6/2005 | | 0.00 | 959.25 | 0.00 | 0.00 | 0.00 | 0.00 | 959.25 | 793 |
| 10/24/2006 | AMROC-IN | 11/23/2006 | | 0.00 | 21,083.28 | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28 | 411 |
| 10/24/2006 | PP-PP | 10/24/2006 | | 0.00 | 21,083.28- | 0.00 | 0.00 | 0.00 | 0.00 | 21,083.28- | |
| 2/1/2007 | PP0107-PP | 2/1/2007 | | 0.00 | 959.25- | 0.00 | 0.00 | 0.00 | 0.00 | 959.25- | |
| 10/30/2007 | SH09096-IN | 11/29/2007 | | 0.00 | 191.85 | 0.00 | 0.00 | 191.85 | 0.00 | 0.00 | 40 |
| | | Customer 0000105 Totals: | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |
| | | Report Totals: Number of Customers: 1 | | 0.00 | 33,367.38 | 0.00 | 0.00 | 191.85 | 0.00 | 33,175.53 | |

Handwritten annotations: "ADD TO cure amount" (near 120 Days column for first 4 invoices bracketed); "$29282.34" bracketed against invoices from 9/1/2005 through 10/7/2005.

NOTE: CURE AMOUNT HAS OMITTED 4 INVOICES

$ 4852.44
 29282.34
─────────
$ 34134.78

Run Date: 1/8/2008 12:22:30PM
A/R Date: 1/8/2008

Page: 1



# DAWLEN CORPORATION

Mailing Address:  P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI  49203
PHONE: (517) 787-2200  FAX: (517) 787-9031

E-Mail: dawlen@acd.net  Website: www.dawlen.com
DUNS #00-537-1166

## INVOICE

Invoice Number: SH02226-IN
Invoice Date: 3/29/2005
Order Number: SH02226
Order Date: 3/29/2005

**Sold To:** 0000105
Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI  48601-9494

**Ship To:**
Atmosphere Annealing
1801 Bassett St.
Lansing, MI  48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG9013338 | LNBC | JACKSON MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 2,005 | 2,005 | 0 | 0.4850 | 972.43 |
| LOT# 1175 | | | CISCO # 44034 | | | |



| | |
|---|---:|
| Net Invoice: | 972.43 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 972.43 |



# DAWLEN CORPORATION

Mailing Address:  P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI  49203
PHONE: (517) 787-2200  FAX:  (517) 787-9031

E-Mail: dawlen@acd.net  Website: www.dawlen.com
DUNS #00-537-1166

## INVOICE

Invoice Number: SH02382-IN
Invoice Date: 4/13/2005
Order Number: SH02382
Order Date: 4/13/2005

**Sold To:**   0000105

Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI  48601-9494

**Ship To:**

Atmosphere Annealing
1801 Bassett St.
Lansing, MI  48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG9013338 | LNBC | JACKSON MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 4,000 | 4,000 | 0 | 0.4850 | 1,940.00 |
| LOT#  1176 | | | CISCO #   44034 | | | |



|  |  |
|---|---:|
| Net Invoice: | 1,940.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,940.00 |



# DAWLEN CORPORATION

Mailing Address:  P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI 49203
PHONE: (517) 787-2200  FAX: (517) 787-9031

*E-Mail:* dawlen@acd.net  *Website:* www.dawlen.com
**DUNS #00-537-1166**

## INVOICE

Invoice Number: SH02456-IN
Invoice Date: 4/20/2005
Order Number: SH02456
Order Date 4/20/2005

**Sold To:** 0000105

Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI  48601-9494

**Ship To:**

Atmosphere Annealing
1801 Bassett St.
Lansing, MI  48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG9013338 | LNBC | JACKSON MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 3,575 | 3,575 | 0 | 0.4850 | 1,733.88 |
| LOT#  1177 | | | CISCO #  44034 | | | |



| | |
|---|---:|
| Net Invoice: | 1,733.88 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,733.88 |



# DAWLEN CORPORATION

Mailing Address: P.O. Box 884, Jackson, MI 49204
2029 Micor Drive  Jackson, MI 49203
PHONE: (517) 787-2200  FAX: (517) 787-9031

*E-Mail: dawlen@acd.net  Website: www.dawlen.com*
*DUNS #00-537-1166*

## INVOICE

Invoice Number: SH02782-IN
Invoice Date: 5/25/2005
Order Number: SH02782
Order Date: 5/25/2005

**Sold To:**  0000105

Delphi Saginaw Steering System
3900 E. Holland Road
Saginaw, MI 48601-9494

**Ship To:**

Atmosphere Annealing
1801 Bassett St.
Lansing, MI 48915

| Customer P.O. | Ship VIA | F.O.B. | Terms | Salesperson |
|---|---|---|---|---|
| SAG9013338 | LNBC | JACKSON MI | Net 30 Days | BV |

| Item Number | Unit | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 26062638 Tube Blank, Shaft | EACH | 425 | 425 | 0 | 0.4850 | 206.13 |
| LOT# 1178 | | | CISCO # 44034 | | | |



MEMBER OF
PRECISION
MACHINED
PRODUCTS
ASSOCIATION

| | |
|---:|---:|
| Net Invoice: | 206.13 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 206.13 |