

Date: December 10, 2009

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

In re: Delphi Corporation - Case No. 05-44481 (RDD)

Dear Clerk of Court,

We would like to make a filing withdrawing our open objection on docket 12565 dated February 8th, 2008.

Regards,

*Mike Clipper*

Mike Clipper
Credit Manager
A Raymond Tinnerman Manufacturing
(Previously Tinnerman Palnut Engineered Products)

RECEIVED
DEC 15 2009
U.S. BANKRUPTCY COURT, SDNY

P.O. Box 10 – Brunswick, Ohio 44212 – Telephone (330) 220-5100 – Fax (330) 220-5797