**Presentment Date:** December 29, 2009
                                                   **Presentment Time:** 12:00 P.M.
                                                   **Objection Date:** December 29, 2009
                                                   **Objection Time:** 11:30 A.M.

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400
Janice B. Grubin

Proposed Counsel for Vanguard Distributors, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et. al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

―――――――――――――――――――――x

## NOTICE OF PRESENTMENT OF ORDER
## GRANTING MOTION TO SUBSTITUTE COUNSEL

**PLEASE TAKE NOTICE**, that on the **29th day of December, 2009 at 12:00 P.M.** (the "Presentment Date"), Vanguard Distributors, Inc. ("Vanguard"), a creditor and party in interest herein, by its undersigned counsel, shall present the annexed "Order Granting Motion to Substitute Counsel (the "Proposed Order") for approval, to the Honorable Robert D. Drain, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, at the Judge's chambers located at 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE**, that Janice B. Grubin of Todtman, Nachamie, Spizz & Johns, P.C. has filed a motion to substitute counsel for Vanguard, dated December 14, 2009 [D.I. 19181], in the above-referenced cases, in place and stead of Drinker Biddle & Reath LLP, her former law firm.

**PLEASE TAKE FURTHER NOTICE**, that any objections to the Proposed Order or any requests for a hearing on the motion, shall (i) be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Case Filing

System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with hard copy delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601), and (ii) be served in accordance with General Order M-182, upon (a) Todtman, Nachamie, Spizz & Johns, P.C., proposed attorneys for Vanguard, 425 Park Avenue, New York, New York 10022, Attn: Janice B. Grubin, Esq.; (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, New York, New York 10004-2112, Attn: Brian Masumoto, Esq.; (c) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100 Chicago, IL 60606, Attn: John William Butler, Jr., Esq., John K. Lyons, Esq., and Ron E. Meisler, Esq.; (d) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: Kayalyn A. Marafioti, Esq., Thomas J. Matz, Esq.; and (e) Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Albert Togut, Esq., Neil Berger, Esq., so as to be received on or before **December 29, 2009 at 11:30 A.M.** (New York time). If no written objections are timely filed and served in accordance with this notice, the Proposed Order may be signed by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE**, that in the event objections to the entry of the Proposed Order are timely served and filed, the Court may schedule a hearing thereon.

Dated: New York, New York
December 17, 2009

                                    TODTMAN, NACHAMIE, SPIZZ
                                        & JOHNS, P.C.

                                  By: _s/ Janice B. Grubin_
                                         Janice B. Grubin
                                         425 Park Avenue
                                         New York, New York 10022
                                         (212) 754-9400

                                  Proposed Counsel for Vanguard Distributors, Inc.

TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400
Janice B. Grubin

Counsel for Vanguard Distributors, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et. al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

_____x

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Upon the Motion to Substitute Counsel, dated December 14, 2009, filed on behalf of Vanguard Distributors, Inc., a creditor and party in interest herein, it is hereby

**ORDERED** that the law firm of Drinker Biddle & Reath LLP be, and it is hereby, permitted to withdraw as counsel of record for Vanguard Distributors, Inc. and Janice Grubin and her law firm of Todtman, Nachamie, Spizz & Johns, P.C. be, and they are hereby, enrolled as its counsel of record in these cases.

Dated: December _____, 2009
        New York, New York

                                                    _____
                                                    Honorable Robert D. Drain
                                                    United States Bankruptcy Judge

251760 v1