TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue, 5th Floor
New York, New York 10022
(212) 754-9400
Janice B. Grubin

Proposed Counsel for Vanguard Distributors, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

In re:                                    Chapter 11

DPH HOLDINGS CORP., et. al.,              Case No. 05-44481 (RDD)

            Debtors.                      (Jointly Administered)
---------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the (1) Notice of Presentment of Order Granting Motion to Substitute Counsel; and (2) Motion to Substitute Counsel has this day been served upon those listed below by depositing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressees as indicated below, and to the parties receiving electronic notice through the Court's ECF system in the above-referenced case, on this 17th day of December, 2009.

| John William Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
|---|---|
| Albert Togut<br>Neil Berger<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Brian Masumoto |

                                      s/ Janice B. Grubin
                                      Janice B. Grubin