December 11, 2009

Sharyl Y. Carter Supplemental Respond
and Reply for Proof of Claim No's 16849 and 16852

Chapter 11
Case Number 05-44481 (RDD)
Jointly Administered

United States Bankruptcy Court
Southern District of The New York

IN RE
DPH Holding Corp. et.al
Reorganized Debtors.

U.S. BANKRUPTCY COURT
S.D.N.Y.
2009 DEC 17 A 11: 36
FILED

I Sharyl Y. Carter Reside at 1541 LaSalle Ave #1
Niagara Falls, New York, 14301. My Numbers are (716)282-3624
and (937) 302-8072. I object and disagree with Delphi Corp.
(Debtors) objecting, to my claims, and for the Debtors to
want my claims disallowed and expunged in its entirety.
    Enclosed are copies of the FEDEX Envelope, 1st page,
and my claim No's, Name, etc that I received from the
Debtors, dates when I received them that I wrote at
the bottom right hand corner.
    I Sharyl Y. Carter could not file an affidavit or
declaration of any witness due to Delphi Corp. (Debtors)

have. A list of the witness About 100 plus, that was
listed in my deposition, with more evidence to my claims
against the Debtors. There is No way I can contact the
witness due to the Plant closing, many employees, and
management, my witness were laid off, took buyouts
Relocated, terminated, etc from the company. I have
Relocated due to loss of my employment with Delphi
(orpl Debtors). If I do not have a claim against the
Debtors why I continue to Received information, and I
have to respond by certain dates, times, Also why the
confidentiality proprietary - constraints? I am doing my
best to answer, and Respond, reply to the Debters
objection of my claim.

I requested that the Debters produce, give me all of
my copies, documents, evidence they have on me, and
to the courts also. I have gave up all copies several
times when I was starting my claims from Ohio
court system. My two Attorney 1st George Katchmer
(937) 224-b036, who delay, and misrepresented me and
my claim against the Debters, also me. Katchmer with
held evidence, documents from me. I spent alot of
money throughout these years, copying, mailing certify
mail on time with my claims. I later Reported

me. Katchmee to the Bar Association in Dayton Ohio, who took about 1 1/2 years to do nothing on my complaint. My 2nd Attorney Geoffrey P. Damon ESQ - 2900 Carew Towell, Cincinnati, Ohio 45202 - (513) 484 - 7573 cell - (513) 345-1424 w

A.) PRELIMINARY Statement - Response from Sharyl Y. Carter

The Debtor stated they filed for voluntary petitions in this court for Reorganization relief under Chapter 11 of the United States Code 11 U.S.C. 101-1330 on October 8, and 14, 2005.

2. The modified Plan stated the Debtors, and certain Affiliates had been approved by this Court (Docket 18707) and emerged from chapter 11 as the Reorganized Debtors.

3. On November 18, 2009, the Reorganized Debtors filed the Notice of Sufficiency Hearing with Respect to Debtors objection to Proof of Claim, my No's 16849 and 16850.

4. I Sharyl Y. Carter am filing my respond, Reply to the Debtors objection, I disagree with the Debtors.

5. I Sharyl Y. Carter feel I do have a colorable Claim against the Debtors for reason of all my Note documents, evidence I provided the Debtors, Attorneys, and Courts on behalf of my claims.

6. This is my supplemental Response, Reply to Debt I have file and serve in a timely manner, two business days before the scheduled Sufficiency Hearing date December 16, 2009.

Daryl Y. Carter Pg 4 of

B: Relief Requested 7. I disagree with the Reorganized Debtor

Request entry of an order disallowing and expunging certain

proof of claim that I have against them the Debtors.

C. Shaeyl Y. Carter Claim. 8. I would like for the

Courts to Allow my claims Nos 16849, and 16850 again

the Debtors. The dollar amount of $50 million may be high

for each claim. The Debtors do owe me a large amount of

money, dollars on my claims. The Debtors do have books

and Records on all employees, wages, etc. In those Recor

it would show something, Amount, plus I feel I shoul

be awarded for my pain and suffering, interest.

9. The Carter Claims filed Against the Debtors. ON

April 28, 2009 and May 1, 2009. the Debtors stated I

filed identical proof of Claim numbers. (The Carter Claim)

against Delphi Automotive System LLC (DASLC). The Debt

finally, but later, and after the fact, mailed me a proof

of claim forms 2x. I filled them out to the best of my

ability, etc. Yes I stated many times in my letters t

the Courts / Judges, Attorneys, Debtor Attorneys that all m

documents and evidence was given, be should have be

attached to my claim against the Debtors through the

Courts, Attorneys who represented myself, George Katchmo

and Geoffrey Raman, Debtors Attorney Laurie, more out

Ohio. They were given everything to make, start my cla

December 15, 2006, medical documents from doctors, there names, address, NOIS, witness list of 100+ plus people, also a 700+ plus page deposition costing me $800.00 of 7 1/2 hrs long, dismissed claim from Judge Walter Herbert Rice, all originals, etc.

10. The Debtors objection To The Carter Claim. The Debtors filed the Thirty-foueth Omnibus objection Pursuant to Expunge [A-F and II A-C and III, IV-(Docket No 17182). The Debtor objected to my claim/Carter claim on grounds that such claims asserted dollar amount and liabilities not Reffected on the Debtors book and records, also Debtors sought an order disallowing and expunging (the Carter claim) my claim. The Debtors refuse to show records on my behalf, they have them, records, and books on me, my employment, injured doctors, in plant doctors, and my doctors treatments notes, etc, also when I was on sick leave, injured on the job etc.

11. ms Carter Response to the Debtors objections. The Debtors claim that nothing in the, my response provides an Rational explanation documents, evidence or support for any of the claim asserted in the Carter claim. Why was I repeatly told by the Debtors, and Attorney office Kurtzman Carson consultants sereeal times that I do not have a claim due to untimely filing, also making that same statement to my Attorney Geoffey Deeman I made sereeal attempts to get information

on my claims against the Debtors, Status, I was denied that information many times. I always filed my objections and respond by the deadline, when I am Allowed or Notify to do.

12. The Sufficiency Hearing Notice The Debtors stated the Carter Claims was adjourned to a future date. On November 18, 2009 the Reorganized Debtors filed the Sufficiency Hearing Notice with respect to my claim (Carter claim) I enclosed copies of those FEDEX envelope 1st page letter, Another page of claim No 18. I do not believe that this is enough time to file my Reply and Response, but will do my best, due to medical problems - Health, No income from Debtors lay of status.

D. Claimant's Burden of Proof and Standard For Sufficiency of Claim. 13. I Sharyl Y. Carter have Stated a claim Against the Debtors under Rule 7012 Federal Rules of Bankruptcy Procedure. As the Stated previously the Debtors, Courts, Attorneys have my information I provided to make my claims against the Debtors. My Claims No 16849, and 16850 should not be sustained or disallowed, and expunded in its entirety according to the Debtor belief. If the Debtors, Attorney gave up all documents, Evidence, everything they have on me, book, and Records, if not destroyed, I do have A claim

against the Debtors

14. I pervided proof to establish my claims against the Debtors, several times to Attorneys, Courts, Judges in Ohio Court system to start. The Debtors have sufficient factual support, evidence, documents, book, record on my behalf, the Debtors Attorney as well as the 2 Courts in Ohio when I started my claims, which all that information should have been pass on to this Court/Judge. I gave masure evidence, documents, sufficient facts.

15. I disagree with the Debtors to dismiss my claim, and it should not be in favor of the Debtors. I feel I have met the initial burden of proof to establish my claim against the Debtors, where is there proof of me, Sharyl Y. Carter not providing any documentation, evidence, etc on, toward these claims. In providing facts and sufficiently support of a legal viability against the Debtors, the Attorney have to provide all information and documents to Courts/Judges that is given to them by there client, Not to with hold it or delay tactics, destroy, etc information so client do not have anything to provide in a case like this one. How many copies of All moslin paper work, notes, documents, evidence do the Debtor need to see on my behalf to prove my case. claims

16. In the amount in the official form was $5 million in the Courts in Ohio, which someone, staff or whoever left out a 0, they had $5 million instead of $50 million.

17. <u>Argument Regarding The Carter Claims</u> The disputed employment litigation claim was included with discrimination on Race, age, disability, medical, injury, pain and suffering. I filed a charge of discrimination with the United States Equal Employment Opportunity Commission (The EEOC). I was given a Right to Sue letter which the Ohio Courts, the Debtors and there Attorneys have, as well as my RX Attorneys who handled my cases, RX separate times. I needed that to file my claim in Ohio - United States District Court for the Southern District of Ohio with Judge Walter Rice dismissed it. Case No C3-03-205, I appeal with another Attorney Judge Coffey Damon with the United States Courts of Appeal for the Sixth Circuit Court (Docket 58) Debtors stated docket No. The first case under Judge Rice with Attorney George Katchmer, which I was mislead, and misrepresented. I gave up all information, documents, evidence, etc to prove my claim in order to go through the Courts. I did get hurt on the Jobs, see documentation, notes,

all information that I Sharyl Y. Carter provided, to
Support my claims against the Debtors. The
employment litigation which the courts have All
documents, Attorneys as well have. That was won
in California Federal Courts I believe, which we the
employees should be employed until 2011 without
no lay off, etc. At this time I am unemployed due
to the Debtors closing the facility, plant in October
2007, or I was force to go into an empty plant
and sign out, off from sick leave. Where is all
those documents, records and books etc on behalf of
me. I was just told by the Debtors Insurance Co.
I no longer have Health Insurance for me and
my daughter. I provided that package of litigation
to my Attorney, the Debtors have it as well. The
Debtors stated and listed that my employment litigation
claim on Schedule F on the Amended and Restated
Schedules of Assets and Liabilities for DAS LLC
as a contingent, unliquidated, and disputed
Claim against DAS LLC. With all that evidence
documents I provided several times, the Debtors
Attorney Laurie Clary, I believe thats her name

10 of 1

included my Workers Compensun claim with my claim against the Debtors, see 700+ plus page deposition of 7/2 hrs.

18. My claim should not be disallowed and expunged in their entirety against the Debtors. I provided everything to Debtors, Attorneys previously for the start of my claims, also to my Attorney which forwarded them to the Courts. Why this Court was not notify of all documents, evidence sent to this court as well? All informations, documents I gave support a right of my payment from the Reorganized Debtors, thats my proof as well. I do believe the, my Shaeyl 2/ Zaater Claims will be in the amount of millions each..

19. When the Bar Date order and the Bar Date was set for filing Proof of claim, Why I continue to get information through the mail with my name on it, if I do not have a Claim. But I responded in time when I received the letters in time, be the correct address. I explan why documents was not available, but was given several times to everyone previously.

20. I calculated the amount of $50 million for all my claims, treatments, injury, pain suffering, medical etc by the Debtors. If that amount is Not aware I ask to Courts/Judge/Jury to considered in the millions of each claim. A price can not be place upon what I've been through with the Debtors, that would please me.

21. The Carter Claims that was filed almost (3) three years later after the Bar Date stated the Debtors, because I was denied information, told I don't have a claim or claims against the Debtor for lack of a timely filing, ignored calls I placed to the Debtors Attorney who was mailing me paper work, Kreteman Carsen Consultants. I was not given a proof of claim form to fill out, I did not know I needed one, no one explain that Information to me. Also due to mail not timely file, or give to me at at Reasonable timely manner. I also did file a motion and made attempts to, and Response to the Debtors to the best of my Ability.

22. I Know, and believe I file a timely proof of Claim given the chance and information when I was given at that time. I did not neglect on my behalf, a proof of claim, or anything concerning my claims against the Debtors. I mailed certify mail to the Courts/Debtors, And Attorney for years on time. I write letters, responding to deadline, when I received information in the mail, since the beginning of these claims. in the Ohio Courts, as well as this Court, United States Bankruptcy Courts for the Southern District of New York. If I was late of filing proof of Claim or any other responses, Reply, it should be excusable due to what, when, all the information I given several times to the Courts/Judges/Debtors Attorney/my Attorney's/agency.

23. I have met my burden of proof to establish a claim against the Debtors. All my claims should be allowed, as I provided

facts, documents, evidence, information, timely filed on my claims to the Debtors/Courts/Judges/Attorneys

The thirty-fourth Omnibus Claims/Carter Claim should be allowed, all my claims I have against the Debtors. I ask of you the Courts/Judge in the United States Courts to allow all my claims. Also payment allowed as well, if not $50 million then in the millions for each claim I have against the Debtors.

If I did not enclosed that's needed I could not locate them at this time, since I had very little time to prepare, react, respond, reply to my claims.

I Sharyl Y. Carter respectfully request, ask of this Court to enter and order, Allowing all my claims against the Debtors.

Thank You.

Sincerely

Sharyl Y. Carter

Dated
December 11, 2009



FedEx

Express



The Wo...

356  6 D
0684
11.25

FZ
RT



**STANDARD OVERNIGHT**

TRK#    4330 9475 0684    Form
0201

14301    —NY—US    XX DKK/

**TO**

EL SEGUNDO, CA 90245
UNITED STATES US

**SHARYL YVETTE CARTER**
**1541 LA SALLE AVE NO 1**

**NIAGRA FALLS, NY 14301**

Ref: DELPHI JPP MEMPHIS 22497—1
Dept: Delphi Corporation

BILL SEN

BUF
:

Align bottom of **Peel and Stick Airbill or Po**

PRF 22497-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
              Reorganized Debtors. :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS'
OBJECTION TO PROOFS OF CLAIM NOS. 1374, 1375, 1376, 1377, 1378,
1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468,
6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967,
10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350,
14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532,
15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175,
16591, 16849, AND 16850

# EXHIBIT A

| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
|---|---|---|---|---|---|---|---|
| 10570 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10964 | 7/26/2006 | TK HOLDINGS INC | TK HOLDINGS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10965 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10966 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10967 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 10571 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 10568 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 16849 | 5/1/2006 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16850 | 4/28/2006 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Objection | 6/22/2009 | DELPHI CORPORATION |
| 1374 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 1375 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 1376 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | EXHAUST SYSTEMS CORPORATION |
| 1378 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 1379 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC |
| 1380 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 1381 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 1382 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |



FedEx

Express



RT 356  6 D
FZ    1517
      11.19

The Wor

Envelop



Blc 11/9/09



STANDARD OVERNIGHT

TRK# 4330 9470 1517         Form
                            0261

14301  –NY–US        XX DKK/

                     BUF
                      D
                      1

BILL SENC

EL SEGUNDO, CA 90245
UNITED STATES US

TO
SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

Ref: DELPHI JCP MEMPHIS 22250-2
Dept: Delphi Corporation

(310)

Deliver
Bar

Align bottom of **Peel and Stick Airbill or Po**

PRF 22250-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

         - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
         In re                      :    Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,         :    Case No. 05-44481 (RDD)
                                    :
         Reorganized Debtors. :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS'
OBJECTION TO PROOFS OF CLAIM NOS. 1374, 1375, 1376, 1377, 1378,
1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468,
6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967,
10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350,
14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532,
15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175,
16591, 16849, AND 16850

# EXHIBIT A

| A Proof Of Claim Number | B Date Filed | C Party Filing Proof Of Claim | D Current Debtor | E Asserted Amount | F Omnibus Claims Objection | G Date Of Omnibus Claims Objection | Current Debtor As Listed In Claims Objection |
|---|---|---|---|---|---|---|---|
| 10570 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10964 | 7/26/2006 | TK HOLDINGS INC | TK HOLDINGS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10965 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10966 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10967 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 10571 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 10968 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 16849 | 5/1/2009 | SHARYL, YVETTE CARTER | SHARYL, YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16850 | 4/28/2009 | SHARYL, YVETTE CARTER | SHARYL, YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 1374 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 1375 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 1376 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | EXHAUST SYSTEMS CORPORATION |
| 1378 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 1379 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC |
| 1380 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 1381 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 1382 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |

U.S. Postal Service™
**CERTIFIED MAIL‌. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  *Honorable Robert D. Drain*
Street, Apt. No.; *United States Bankruptcy Court - Southern Dist. NY*
or PO Box No. *ONE Bowling Green - Rm*
City, State, ZIP+4 *New York, New York 10004*

PS Form 3800, August 2006          See Reverse for instructions

7008 1830 0002 1389 9379

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery |
| 1. Article Addressed to:<br><br>*Honorable Rober D. Drain - 'U.S. Bankruptcy ct.*<br>*Southern District of New York*<br>*ONE Bowling Green - Rm 610*<br>*New York, New York 10004* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *United States Bankruptcy Court*
Street, Apt. No.; *Alexander Hamilton Custom House*
or PO Box No. *ONE Bowling Green  (Court Room 610)*
City, State, ZIP+4 *New York, New York 10004*

PS Form 3800, August 2006          See Reverse for Instructions

7007 2680 0002 4739 9499

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green-Courtroom 610
New York, New York
10004

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7008 3230 0000 5109 8927
7008 3230 0000 5109 8927

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To: Skadden, Arps, Slate, Meagher + Flom
Attn: John Wm Butler, John K Lyons, Ron E Meisler
Street, Apt. No.; or PO Box No. 333 West Wacker Dr. St 2100
City, State, ZIP+4 Chicago Illinois 60606

PS Form 3800, August 2006     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Skadden, Arps, Slate, Meagher + Flom LLP
Attn: John Wm Butler, John K Lyons, Ron E Meisler
333 West Wacker Dr. St 2100
Chicago, Illinois 60606

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Skadden, ARPS Slate Meagher + Flom LLP*
Street, Apt. No.; or PO Box No. *Attn: Kayalyn A. Marafioti, Thomas J. Matz*
*Four Times Square*
City, State, ZIP+4 *New York, New York 10036*

PS Form 3800, August 2006          See Reverse for Instructions

7007 2680 0002 4739 9475

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Skadden, ARPS, Slate, Meagher + Flom LLP*
*Attn: Kayalyn H. marafioti, Thomas J. Matz*
*Four Times Square*
*New York, New York 10036*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Delphi Corporation*
Street, Apt. No.; or PO Box No. *Attn: General Counsel*
*5725 Delphi Drive*
City, State, ZIP+4 *Troy, Michigan 48098*

PS Form 3800, August 2006          See Reverse for Instructions

7008 1830 0002 1389 9362

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Delphi Corporation
Attn. General Counsel
5725 Delphi Drive
Troy, Michigan 48098

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Kurtzman Carson Consultants
Attorney for Delphi Corp
2335 Alaska Ave
El Segundo, CA 90245

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Kurtzman Carson Consultants
Street, Apt. No.;  Attorney for Delphi Corp
or PO Box No.  2335 Alaska Ave
City, State, ZIP+4  El Segundo CA 90245

7008 1830 0002 1389 8430

PS Form 3800, August 2006      See Reverse for Instructions

| United States Bankruptcy Court    Southern    District Of    New York | | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor**
Delphi Automotive System (DAS LLC)

**Case Number** 05-44481

This Space For Court Use Only

NOTE: This form should **not** be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)
Sharyl Yvette Carter

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where notices should be sent:**
Sharyl Yvette Carter
92 Woolery Lane #C
Dayton, Ohio 45415

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone Number:** (937) 742-7054   cell (937) 302-8072

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends   a previously filed claim dated: _____

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☒ Personal Injury
☒ Other  Employment Litigation + Hostile Work Environment

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: 9353
   Unpaid compensation for services performed
   from _____ to _____ (date)   (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 50 Million dollars + interest
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
   Value of Collateral $ _____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ 50 million dollars + interest

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000,000.00

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 50,000,000.00 (Unsecured)  $50,000,000.00 (Secured)  50,000,000.00 (Priority)  $50,000,000.00 + interest (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

**Date:** 4/28/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Sharyl Yvette Carter    Sharyl Y. Carter

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



# Ohio Bureau of Workers Compensation Detail

| | |
|---|---|
| Access: | **REPRESENTATIVE** |
| Selection: | **SSN SEARCH** |
| Sub Selection: | **CLAIM STATUS** |
| SSN: | **98-801409** |

Date/Time Searched: **10/28/2008 02:40 PM**

---

Ohio BWC Status: **CONNECTED**                                           ☒ DISCONNECT

---

## Claim Status

| | | | | | |
|---|---|---|---|---|---|
| Claim # | **98-801409** | Claim Status | **DISALLOWED** | Claim Type | **MO-ACC-SI-COV** |
| Injured Worker | **CARTER, SHARYL Y** | | | Injury Date | **03-01-1998** |
| Filing Date | **05-19-2003** | Statute of Lim. | **03-01-2004** | Change Over | |
| Status | **ACTIVE** | Status Date | **03-01-1998** | Handicap Pct. | **0.0** |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | **$0.00** | Tot Medical Paid | **$0.00** | Tot Indemnity Paid | **$0.00** |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | **06-30-2003** |
| Last Updated | **04-28-2006** | MMI Date | | | |

| Selection Menu | SSN Search | |
|---|---|---|
| Injured Worker | Injury Status | Payment Plan |

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



# Ohio Bureau of Workers Compensation Detail

Access: **REPRESENTATIVE**                    Date/Time Searched: **10/28/2008 02:39 PM**
Selection: **SSN SEARCH**
SSN:         **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**

| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |
|---|---|

## Social Security Search

Click the circle next to the Claim Number and then click on the appropriate Sub Request.

| | CLAIM # | INJURED WORKER | DATE OF INJURY | ARCHIVED | SOURCE | STATUS |
|---|---|---|---|---|---|---|
| ○ | 98-801409 | SHARYL Y CARTER | 03/01/1998 | | | |
| ○ | 06-888317 | SHARYL Y CARTER | 12/15/2006 | | | |
| ○ | 04-826088 | SHARYL Y CARTER | 04/27/2004 | | | |

| Selection Menu |
|---|

| Claim Location | Claim Status | Injured Worker |
|---|---|---|

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.


OPEN
online

# Ohio Bureau of Workers Compensation Detail

Access:          **REPRESENTATIVE**          Date/Time Searched:  **10/28/2008 02:39 PM**
Selection:       **SSN SEARCH**
Sub Selection:   **CLAIM STATUS**
SSN:             **04-826088**

| Ohio BWC Status: **CONNECTED** | ⊠ DISCONNECT |

## Claim Status

| | | | | |
|---|---|---|---|---|
| Claim # | **04-826088** | Claim Status | **DISALLOWED** | Claim Type | **LT-ACC-SI-COV** |
| Injured Worker | **CARTER, SHARYL Y** | | | Injury Date | **04-27-2004** |
| Filing Date | **05-12-2004** | Statute of Lim. | **04-27-2014** | Change Over | **06-24-2004** |
| Status | **ACTIVE** | Status Date | **04-27-2004** | Handicap Pct. | **0.0** |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | **$0.00** | Tot Medical Paid | **$0.00** | Tot Indemnity Paid | **$0.00** |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | **06-24-2004** |
| Last Updated | **09-14-2004** | MMI Date | | | |

| Selection Menu | SSN Search |

| Injured Worker | Injury Status | Payment Plan |

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



# Ohio Bureau of Workers Compensation Detail

Access:        **REPRESENTATIVE**
Selection:     **SSN SEARCH**
Sub Selection: **CLAIM STATUS**
SSN:           **06-888317**

Date/Time Searched:  **10/28/2008 02:39 PM**

| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |
|---|---|

## Claim Status

| | | | | |
|---|---|---|---|---|
| Claim # | **06-888317** | Claim Status | **DISMISSED** | Claim Type | **LT-ACC-SI-COV** |
| Injured Worker | **CARTER, SHARYL Y** | | | Injury Date | **12-15-2006** |
| Filing Date | **01-10-2007** | Statute of Lim. | **12-16-2011** | Change Over | |
| Status | **ACTIVE** | Status Date | **12-15-2006** | Handicap Pct. | **0.0** |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | **$0.00** | Tot Medical Paid | **$0.00** | Tot Indemnity Paid | **$0.00** |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | **03-05-2007** |
| Last Updated | **11-05-2007** | MMI Date | | | |

| Selection Menu | | SSN Search |
|---|---|---|
| Injured Worker | Injury Status | Payment Plan |

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



FedEx Express

RT **356** 6 **D**
FZ
3166
12.09

The Wo

Envelop



Align bottom of Peel and Stick Airbill or Pou

TRK# 4330 9480 3166
14301
STANDARD OVERNIGHT
Form
8201
-NY-US
XX DKKA
BUF
09DE

W!
Delu

TO

SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

Ref: DELPHI JCP MEMPHIS 23036-9
Dept Delphi Corporation

BILL SENDER

Delivery Ref
Barcode



(31?) 883-
**Fed**
Ex

**Hearing Date and Time: December 18, 2009 at 10:00 a.m. (prevailing Eastern time)**
**Supplemental Response Date and Time: December 16, 2009 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case Number 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSES OF
SHARYL Y. CARTER TO DEBTORS' OBJECTIONS TO PROOFS OF CLAIM
NOS. 16849 AND 16850 FILED BY SHARYL Y. CARTER

("SUPPLEMENTAL REPLY REGARDING
SHARYL Y. CARTER'S CLAIMS")