**Hearing Date: December 18, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
  In re                                   :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
              Reorganized Debtors.   :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED TWENTY-EIGHTH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (2 Matters)

    C.      Uncontested, Agreed, Or Settled Matters (12 Matters)

    D.      Contested Matters (6 Matters)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    1.      **CSX Transportation Motion To Compel** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

        *Responses filed:*      *None.*

        *Reply filed:*      *None.*

        *Related filings:*      *None.*

        *Status:*      *This matter has been adjourned to the January 21, 2010 claims hearing.*

    2.      **Notice of Adjournment of Sufficiency Hearing as to Certain Proofs of Claim** – Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (A) Proofs Of Claim Nos. 15584, 15586, 15587, And 15595 Asserted By Hyundai Motor Company And Proofs Of Claim Nos. 15588, 15590, 15591, 15592, 15593, And 15594 Asserted by Hyundai Motor America, (B) Proof Of Claim No. 5408 Filed By Gary L. Cook, (C) Proof Of Claim No. 7269 Filed By Bobbie L. Burns, (D) Proof Of Claim No. 9396 Filed By Joan C. Lyons On Behalf Of David Lyons, (E) Proofs Of Claim Nos. 10835 And 10836 Filed By Dennis Dashkovitz, (F) Proof Of Claim No. 12251 Filed By Steven D. Streeter, (G) Proof Of Claim No. 15525 Filed By Johnson Controls, Inc. – Battery Group, And (H) Proof Of Claim No. 16591 Filed By Bradley A. And Barbara R. Bennett (Docket No. 19163)

        *Responses filed:*      *None.*

        *Reply filed:*      *None.*

        *Related filings:*      *None.*

        *Status:*      *These matters have been adjourned without date.*

C.    **Uncontested, Agreed, Or Settled Matters**

3.    **"Sufficiency Hearing Regarding Claims Of TK Holdings Inc., Automotive Systems, Inc. and Takata Seat Belts, Inc."** - Sufficiency Hearing Regarding Claims Of TK Holdings Inc., Automotive Systems, Inc. And Takata Seat Belts, Inc. As Objected To On The Debtors' Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(C) (Docket No. 5452) And Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998)

Responses filed:    *Response To Debtors' Third Omnibus Claims Objection By TK Holdings Inc., Automotive Systems Laboratory, Inc. And Takata Seat Belts Inc. (Claim No. 10570) (Docket No. 5643)*

*Response To Debtors' Fourteenth Omnibus Claims Objection By TK Holdings Inc., Automotive Systems Laboratory, Inc., And Takata Seat Belts Inc. (Claim No. 10571) (Docket No. 8267)*

Reply filed:    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Debtors' Omnibus Reply In Support Of Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8399)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proof Of Claim Nos. 10570 And 10571 Filed By TK Holdings Inc., Automotive Systems, Inc., And Takata Seat Belts, Inc., (B) Proof Of Claim No. 10964 Filed By TK Holdings Inc., (C) Proof Of Claim Nos. 10965 And 10968 Filed By Takata Corporation, And (D) Proof Of Claim Nos. 10966 And 10967 Filed By Highland Industries, Inc. (Docket No. 19158)*

3

| | |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

4.    **"Sufficiency Hearing Regarding Claims Of TK Holdings Inc."** - Sufficiency Hearing Regarding Claims Of TK Holdings Inc. As Objected To On The Debtors' Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses filed:* | *Response To Debtors' Third Omnibus Claims Objection By TK Holdings Inc. (Claim No. 10964) (Docket No. 5636)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proof Of Claim Nos. 10570 And 10571 Filed By TK Holdings Inc., Automotive Systems, Inc., And Takata Seat Belts, Inc., (B) Proof Of Claim No. 10964 Filed By TK Holdings Inc., (C) Proof Of Claim Nos. 10965 And 10968 Filed By Takata Corporation, And (D) Proof Of Claim Nos. 10966 And 10967 Filed By Highland Industries, Inc. (Docket No. 19158)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966,* |

> *10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734,
> 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513,
> 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584,
> 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594,
> 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

Status:              *The hearing with respect to this matter will be proceeding.*

5.    **"Sufficiency Hearing Regarding Claims Of Takata Corporation"** - Sufficiency
Hearing Regarding Claims Of Takata Corporation As Objected To On The Debtors'
Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims
Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To
Modification And (II) Motion To Estimate Contingent And Unliquidated Claims
Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) And Debtors' Fourteenth
Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims
(Docket No. 7998)

Responses filed:        *Response To Debtors' Third Omnibus Claims Objection By
Takata Corporation (Claim No. 10965) (Docket No. 5641)*

                        *Response To Debtors' Fourteenth Omnibus Claims Objection
By Takata Corporation (Claim No. 10968) (Docket No. 8268)*

Reply filed:            *Debtors' Omnibus Reply In Support Of Debtors' (I) Third
Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
With Insufficient Documentation, (B) Claims Unsubstantiated
By Debtors' Books And Records, And (C) Claims Subject To
Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket
No. 5944)*

                        *Debtors' Omnibus Reply In Support Of Debtors' Fourteenth
Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §
502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate
Or Amended Claims And (B) Protective Claims (Docket No.
8399)*

                        *Reorganized Debtors' Supplemental Reply To Responses Of
Certain Claimants To Debtors' Objections To (A) Proof Of
Claim Nos. 10570 And 10571 Filed By TK Holdings Inc.,
Automotive Systems, Inc., And Takata Seat Belts, Inc., (B)
Proof Of Claim No. 10964 Filed By TK Holdings Inc., (C)
Proof Of Claim Nos. 10965 And 10968 Filed By Takata*

*Corporation, And (D) Proof Of Claim Nos. 10966 And 10967
Filed By Highland Industries, Inc. (Docket No. 19158)*

Related filings:    *Notice Of Sufficiency Hearing With Respect To Debtors'
Objection To Debtors' Objection To Proofs Of Claim Nos.
1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383,
1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269,
9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966,
10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734,
13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513,
15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584,
15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594,
15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

Status:    *The hearing with respect to this matter will be proceeding.*

6.    **"Sufficiency Hearing Regarding Claims Of Highland Industries, Inc."** -
Sufficiency Hearing Regarding Claims Of Highland Industries, Inc. As Objected To
On The Debtors' Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
(C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:    *Response To Debtors' Third Omnibus Claims Objection By
Highland Industries, Inc. (Claim Nos. 10966 & 10967)
(Docket No. 5642)*

Reply filed:    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third
Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
With Insufficient Documentation, (B) Claims Unsubstantiated
By Debtors' Books And Records, And (C) Claims Subject To
Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket
No. 5944)*

*Reorganized Debtors' Supplemental Reply To Responses Of
Certain Claimants To Debtors' Objections To (A) Proof Of
Claim Nos. 10570 And 10571 Filed By TK Holdings Inc.,
Automotive Systems, Inc., And Takata Seat Belts, Inc., (B)
Proof Of Claim No. 10964 Filed By TK Holdings Inc., (C)
Proof Of Claim Nos. 10965 And 10968 Filed By Takata
Corporation, And (D) Proof Of Claim Nos. 10966 And 10967
Filed By Highland Industries, Inc. ("Supplemental Reply
Regarding Certain Contingent Rejection Damages Claims")
(Docket No. 19158)*

6

Related filings:          *Notice Of Sufficiency Hearing With Respect To Debtors'*
                          *Objection To Debtors' Objection To Proofs Of Claim Nos.*
                          *1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383,*
                          *1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269,*
                          *9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966,*
                          *10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734,*
                          *13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513,*
                          *15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584,*
                          *15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594,*
                          *15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

Status:                   *The hearing with respect to this matter will be proceeding.*

7.    **"Sufficiency Hearing Regarding Claim Of Jane M. Duffy"** - Sufficiency Hearing
      Regarding Claim Of Jane M. Duffy As Objected To On The Debtors' Third Omnibus
      Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007
      To Certain (A) Claims With Insufficient Documentation, (B) Claims
      Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To
      Modification And (II) Motion To Estimate Contingent And Unliquidated Claims
      Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

      Responses filed:      *Response Of Jane M. Duffy To Debtors' Third Omnibus*
                            *Objection (Docket No. 6151)*

      Reply filed:          *Debtors' Omnibus Reply In Support Of Debtors' (I) Third*
                            *Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §*
                            *502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims*
                            *With Insufficient Documentation, (B) Claims Unsubstantiated*
                            *By Debtors' Books And Records, And (C) Claims Subject To*
                            *Modification And (II) Motion To Estimate Contingent And*
                            *Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket*
                            *No. 5944)*

                            *Reorganized Debtors' Supplemental Reply To Response Of*
                            *Jane M. Duffy To Debtors' Objections To Proof Of Claim No.*
                            *3175 Filed By Jane M. Duffy (Docket No. 19156)*

      Related filings:      *Notice Of Sufficiency Hearing With Respect To Debtors'*
                            *Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377,*
                            *1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387,*
                            *2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571,*
                            *10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251,*
                            *13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334,*
                            *14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520,*
                            *15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588,*

*15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

Status:              *The hearing with respect to this matter will be proceeding.*

8.    **"Sufficiency Hearing Regarding Claims Of Barbara Burger"** - Sufficiency Hearing Regarding Claims Of Barbara Burger As Objected To On The Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

Responses filed:      *Response Of Barbara P. Burger To Debtors' Thirty-Fifth Omnibus Claims Objection (Docket No. 18894)*

Reply filed:          *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)*

                      *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proof Of Claim No. 6468 Filed By Barbara Burger, (B) Proof Of Claim No. 13464 Filed By Paul Pickles, (C) Proof Of Claim No. 14751 Filed By Hubert Noel Morgan, And (D) Proof Of Claim No. 16175 Filed By Patricia C. Weinman (Docket No. 19159)*

Related filings:      *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

Status:              *The hearing with respect to this matter will be proceeding.*

9.    **"Sufficiency Hearing Regarding Claims Of Paul Pickles"** - Sufficiency Hearing Regarding Claims Of Paul Pickles As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To

8

(I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers'
Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers'
Compensation Claims, (D) Certain Untimely Individual Workers' Compensation
Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims,
(II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers'
Compensation Claims, And (C) Individual Workers' Compensation Claims
Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV)
Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response Of Paul Pickles To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18561)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proof Of Claim No. 6468 Filed By Barbara Burger, (B) Proof Of Claim No. 13464 Filed By Paul Pickles, (C) Proof Of Claim No. 14751 Filed By Hubert Noel Morgan, And (D) Proof Of Claim No. 16175 Filed By Patricia C. Weinman (Docket No. 19159)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

9

10.    **"Sufficiency Hearing Regarding Claims Of Hubert Noel Morgan"** - Sufficiency Hearing Regarding Claims Of Hubert Noel Morgan As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response Of Noel Morgan Hubert To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18247)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proof Of Claim No. 6468 Filed By Barbara Burger, (B) Proof Of Claim No. 13464 Filed By Paul Pickles, (C) Proof Of Claim No. 14751 Filed By Hubert Noel Morgan, And (D) Proof Of Claim No. 16175 Filed By Patricia C. Weinman (Docket No. 19159)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |

10

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

11.    **"Sufficiency Hearing Regarding Claims Of Patricia C. Weinman" -** Sufficiency Hearing Regarding Claims Of Patricia C. Weinman As Objected To On The Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13823)

| | |
|---|---|
| *Responses filed:* | *Creditor Patricia C. Weinman's Response To Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13976)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 14006)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proof Of Claim No. 6468 Filed By Barbara Burger, (B) Proof Of Claim No. 13464 Filed By Paul Pickles, (C) Proof Of Claim No. 14751 Filed By Hubert Noel Morgan, And (D) Proof Of Claim No. 16175 Filed By Patricia C. Weinman (Docket No. 19159)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

12.    **"Sufficiency Hearing Regarding Claims Of Johnson Controls, Inc. And Affiliates" -** Sufficiency Hearing Regarding Claims Of Johnson Controls, Inc. And Affiliates As Objected To On The Debtors' Fourteenth Omnibus Objection

(Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 7998)

Responses filed:    *Response Of Johnson Controls, Inc. (Claim Number 15513) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8331)*

*Response Of Johnson Controls, Inc. (Claim Number 15515) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8332)*

*Response Of Johnson Controls, Inc. (Claim Number 15524) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8334)*

*Response Of Johnson Controls, Inc. (Claim Number 15532) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8335)*

*Response Of JCI Technology Company (Claim Number 15519) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8341)*

*Response Of JCI Technology Company (Claim Number 15520) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8342)*

*Response Of JCI Technology Company (Claim Number 15521) To Debtor's Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8343)*

Reply filed:    *Debtors' Omnibus Reply In Support Of Debtors' Fourteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. §*

*502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate
Or Amended Claims And (B) Protective Claims (Docket No.
8399)*

*Reorganized Debtors' Supplemental Reply To Responses Of
Certain Claimants To Debtors' Objections To Proofs Of
Claim Nos. 15513, 15515, 15519, 15520, 15521, 15524, And
15532 Filed By Johnson Controls, Inc. And Affiliates (Docket
No. 19160)*

|  |  |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

13.    **"Sufficiency Hearing Regarding Claims Of American International Group,
Inc." -** Sufficiency Hearing Regarding Claims Of American International Group, Inc.
As Objected To On The Debtors' Sixteenth Omnibus Objection Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended
Claims And (B) Protective Claims (Docket No. 8271)

|  |  |
|---|---|
| *Responses filed:* | *AIG Member Companies' Response To Debtors' Sixteenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate or Amended Claims And (B) Protective Claims (Re: Proof Of Claims Nos. 1374 Through 1378) (Docket No. 8595)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Sixteenth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims And (B) Protective Claims (Docket No. 8667)* |
|  | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, And 1387 Filed By American International Group, Inc. And (B) Proofs Of Claim Nos. 2539* |

And 6668 Filed By RLI Insurance Company (Docket No.
19162)

Related filings:    Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And
502(c) (A) Estimating And Setting Maximum Cap On Certain
Contingent Or Unliquidated Claims And (B)) Approving
Expedited Claims Estimation Procedures (Docket No. 9297)

Counter Proposal Of AIG Member Companies To Debtors
Proposed Maximum Cap on Claims (Docket No. 9560)

Amended And Restated Joint Stipulation And Agreed Order
Compromising And Estimating Proof Of Claim Numbers
1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382,
1383, 1384, 1385, 1386, And 1387 (American International
Group, Inc.) (Docket No. 13333)

Notice Of Sufficiency Hearing with Respect To Debtors'
Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377,
1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387,
2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571,
10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251,
13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334,
14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520,
15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588,
15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591,
16849, And 16850 (Docket No. 19108)

Status:    The hearing with respect to this matter will be proceeding.

14.    **"Sufficiency Hearing Regarding Claims Of RLI Insurance Company"** -
Sufficiency Hearing Regarding Claims Of RLI Insurance Company As Objected To
On The Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently
Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C)
Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely
Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax
Claims Subject To Modification, And Modified Claims Asserting Reclamation
(Docket No. 8270) And The Debtors' Twentieth Omnibus Objection Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended
Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On
Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To
Modification, Tax Claims Subject To Modification, Modified Claims Asserting
Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay
Procedures Claims Subject To Modification (Docket No. 9151)

*Responses filed:*       *Claimant's Response To Debtors' Objection To Proof Of Claim Filed By RLI Insurance Company (Docket No. 8523)*

*Claimant's Response To Debtors' Objection To Proofs Of Claim Filed By RLI Insurance Company (Docket No. 9391)*

*Reply filed:*          *Debtors' Omnibus Reply In Support Of Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors' Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9090)*

*Debtors' Omnibus Reply In Support Of The Debtors' Twentieth Omnibus Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Insufficiently Documented Claims, (C) Claims Not Reflected On Debtors' Books And Records, (D) Untimely Claim, And (E) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, Consensually Modified And Reduced Tort Claims, And Lift Stay Procedures Claims Subject To Modification (Docket No. 9617)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, And 1387 Filed By American International Group, Inc. And (b) Proofs Of Claim Nos. 2539 And 6668 Filed By RLI Insurance Company (Docket No. 19162)*

*Related filings:*      *Motion For Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (A) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B) Approving Expedited Claims Estimation Procedures (Docket No. 9297)*

*Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (A) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B) Approving Expedited Claims Estimation Procedures (Docket No. 9685)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377,*

> *1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

**D.    Contested Matters**

15.    **"The Michigan Self-Insurers' Security Fund Motion To Permit Late Filed Claim"** - Motion Of Michigan Self-Insurers' Security Fund To Permit Late Filed Claim Pursuant To Fed. R. Bank. P. 9006(b) (Docket No. 19048)

*Responses filed:*          *Reorganized Debtors' Objection To Motion Of Michigan Self-Insurers' Security Fund To Permit Late Filed Claim Pursuant To Fed. R. Bank. P. 9006(b) (Docket No. 19179)*

*Reply filed:*          *Reply Of Michigan Self-Insurers' Security Fund To Reorganized Debtors' Objection To Motion To Permit Later Filed Claim Pursuant To Fed. R. Bank. P. 9006(b) (Docket No. 19192)*

*Related filings:*          *None.*

*Status:*          *The hearing with respect to this matter will be proceeding.*

16.    **"The Official Committee of Eligible Salaried Retirees' Expansion of VEBA Benefits Motion"** - Expedited Motion Under 11 U.S.C. § 105 To Expand Voluntary Employee Benefit Association Benefits To Hourly Employee Retirees (Docket No. 19185)

*Responses filed:*          *None.*

*Reply filed:*          *None.*

*Related filings:*          *Order Shortening Notice With Respect To Retiree Committee's Motion To Expand Voluntary Employee Benefit Association Benefits To Hourly Employee Retirees (Docket No. 19183)*

*Motion To Extend Time For Service (Docket No. 19186)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

17.     **"Sufficiency Hearing Regarding Claims Of The International Union Of Operating Engineers, Locals 101-S, 18-S, And 832-S"** - Sufficiency Hearing Regarding Claims Of The International Union Of Operating Engineers (the "IUOE"), Locals 101-S, 18-S, And 832-S As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

|                    |                                                                                              |
|--------------------|----------------------------------------------------------------------------------------------|
| *Responses filed:* | *Response Of IUOE Locals 18S, 101S, 832S To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18332)* |
|                    | *Supplemental Response To Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And 14350 Filed By International Brotherhood Of Electrical Workers Local 663 (Docket No. 19190)* |
| *Reply filed:*     | *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And 14350 Filed By The International Brotherhood Of Electrical Workers, Local 663 (Docket No. 19157)*

*A supplemental reply will be filed.*

| | |
|---|---|
| Related filings: | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |
| Status: | *The hearing with respect to this matter will be proceeding.* |

18. **"Sufficiency Hearing Regarding Claims Of The International Association Of Machinists And Aerospace Workers And Its District 10 And Die Makers Lodge 78"** - Sufficiency Hearing Regarding Claims Of The International Association Of Machinists And Aerospace Workers And Its District 10 And Die Makers Lodge 78 As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| Responses filed: | *Corrected Response Of IBEW And IAM To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18334)* |

*Supplemental Response To Reorganized Debtors'*
*Supplemental Reply To Responses Of Certain Claimants To*
*Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And*
*13730 Filed By The International Union Of Operating*
*Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim*
*Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C)*
*Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE,*
*Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334*
*Filed By The International Association Of Machinists And*
*Aerospace Workers And Its District 10 And Tool And Die*
*Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And*
*14350 Filed By International Brotherhood Of Electrical*
*Workers Local 663 (Docket No. 19190)*

*Reply filed:*  

*Debtors' Omnibus Reply In Support Of Debtors'*
*Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. §*
*502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain*
*Pension An OPEB Claims, (B) Certain Individual Workers'*
*Compensation Claims, (C) Certain Duplicate And/Or*
*Amended Individual Workers' Compensation Claims, (D)*
*Certain Untimely Individual Workers' Compensation Claims,*
*(E) A Secured Books And Records Claim, And (F) Certain*
*Untimely Claims, (II) Modify Certain (A) Wage And Benefit*
*Claims, (B) States Workers' Compensation Claims, And (C)*
*Individual Workers' Compensation Claims Asserting Priority,*
*(III) Provisionally Disallow Certain Union Claims, And (IV)*
*Modify And Allow Certain Settled Claims (Docket No. 18569)*

*Reorganized Debtors' Supplemental Reply To Responses Of*
*Certain Claimants To Debtors' Objections To (A) Proofs Of*
*Claim Nos. 13663 And 13730 Filed By The International*
*Union Of Operating Engineers (the "IUOE"), Local 101-S, (B)*
*Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE,*
*Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed*
*By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863*
*And 14334 Filed By The International Association Of*
*Machinists And Aerospace Workers And Its District 10 And*
*Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos.*
*13875 And 14350 Filed By The International Brotherhood Of*
*Electrical Workers, Local 663 (Docket No. 19157)*

*A supplemental reply will be filed.*

*Related filings:*  

*Notice Of Sufficiency Hearing With Respect To Debtors'*
*Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377,*
*1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387,*
*2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571,*

*10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251,
13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334,
14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520,
15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588,
15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591,
16849, And 16850 (Docket No. 19108)*

Status:                    *The hearing with respect to this matter will be proceeding.*

19.    **"Sufficiency Hearing Regarding Claims Of The International Brotherhood Of
Electrical Workers, Local 663"** - Sufficiency Hearing Regarding Claims Of The
International Brotherhood Of Electrical Workers, Local 663 As Objected To On The
Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.
R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain
Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended
Individual Workers' Compensation Claims, (D) Certain Untimely Individual
Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F)
Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B)
States Workers' Compensation Claims, And (C) Individual Workers' Compensation
Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And
(IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

Responses filed:        *Response Of IUOE Locals 18S, 101S, 832S To Debtors'
Thirty-Fourth Omnibus Claims Objection (Docket No. 18333)*

*Corrected Response Of IUOE Locals 18S, 101S, 832S To
Debtors' Thirty-Fourth Omnibus Claims Objection (Docket
No. 18334)*

*Supplemental Response To Reorganized Debtors'
Supplemental Reply To Responses Of Certain Claimants To
Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And
13730 Filed By The International Union Of Operating
Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim
Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C)
Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE,
Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334
Filed By The International Association Of Machinists And
Aerospace Workers And Its District 10 And Tool And Die
Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And
14350 Filed By International Brotherhood Of Electrical
Workers Local 663 (Docket No. 19190)*

Reply filed:            *Debtors' Omnibus Reply In Support Of Debtors'
Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain
Pension An OPEB Claims, (B) Certain Individual Workers'*

*Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And 14350 Filed By The International Brotherhood Of Electrical Workers, Local 663 (Docket No. 19157)*

*A supplemental reply will be filed.*

Related filings:  *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

Status:  *The hearing with respect to this matter will be proceeding.*

20. **"Sufficiency Hearing Regarding Claims Of Sharyl Y. Carter"** - Sufficiency Hearing Regarding Claims Of Sharyl Y. Carter As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation

Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response Of Sharyl Y. Carter To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18457)* |
| | *Sharyl Y. Carter Supplemental Response And Reply For Proof Of Claim Nos. 16849 And 16852 (undocketed)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Sharyl Y. Carter To Debtors' Objections To Proofs Of Claim Nos. 16849 And 16850 Filed By Sharyl Y. Carter (Docket No. 19161)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated: New York, New York
       December 17, 2009

                        SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

                  By: /s/  John K. Lyons
                       John Wm. Butler, Jr.
                       John K. Lyons
                       Ron E. Meisler

                  155 North Wacker Drive
                  Chicago, Illinois 60606
                  (312) 407-0700

                     - and -

                  By: /s/  Kayalyn A. Marafioti
                       Kayalyn A. Marafioti

                  Four Times Square
                  New York, New York 10036
                  (212) 735-3000

                  Attorneys for DPH Holdings Corp., et al.,
                       Reorganized Debtors