U.S. POSTAGE PAID
NIAGARA FALLS, NY
14302
DEC 11, 09
AMOUNT
$6.83
0003591-49

10004
1000

7007 2680 0002 4739 9499

[From sender, handwritten:]
Sally [?]
5411 Lasalle Ave #1
Niagara Falls, NY 14301

RECEIVED
DEC 14 2009
U.S. BANKRUPTCY COURT SDNY

[Addressed to, handwritten:]
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green, Buff Rm 610
New York, New York 10004

Return address (upper right, rotated):
LaSalle Ave #1
Niagara Falls NY 14301

Addressed to:
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green Room 610
New York, New York 10004

USPS Certified Mail: 7007 2680 0002 4739 9499

U.S. POSTAGE PAID
NIAGARA FALLS, NY 14302
DEC 11 '09
AMOUNT $6.83
0003591-09

Stamp: DEC 14 2009 U.S. BANKRUPTCY COURT S.D.N.Y.