

FedEx

Express

356  6 D
1517
11.19
FZ
RT

*The Wor*

Envelop



STANDARD OVERNIGHT

TRK#    4330 9470 1517

14301    —NY—US

Form
0201

XX DKK/

BUF

Ref: DELPHI JSP MEMPHIS 22250-2
Dept: Delphi Corporation

SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

EL SEGUNDO, CA 90245
UNITED STATES US

(310)

Align bottom of **Peel and Stick Airbill or Po**

Rec 11/9/09

PRF 22250-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
               :
In re                   :    Chapter 11
               :
DPH HOLDINGS CORP., et al.,   :    Case No. 05-44481 (RDD)
               :
      Reorganized Debtors. :    (Jointly Administered)
               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS'
OBJECTION TO PROOFS OF CLAIM NOS. 1374, 1375, 1376, 1377, 1378,
1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468,
6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967,
10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350,
14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532,
15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175,
<u>16591, 16849, AND 16850</u>

# EXHIBIT A

| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Creditor | Claim Amount | Omnibus Objection | Omnibus Objection Date | Debtor |
|---|---|---|---|---|---|---|---|
| 10570 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10964 | 7/28/2006 | TK HOLDINGS INC | TK HOLDINGS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10965 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10966 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10967 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 10571 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 10968 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 16849 | 5/1/2009 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16850 | 4/28/2009 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 1374 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 1375 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 1376 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | EXHAUST SYSTEMS CORPORATION |
| 1378 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 1379 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC |
| 1380 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 1381 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 1382 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |



# Express



**RT 356** 6 **D**
FZ
D684
11.25

The Wo

En

Align bottom of **Peel and Stick Airbill or Po**



TO

SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

Ref: DELPHI JDP MEMPHIS 22497-1
Dept: Delphi Corporation

**STANDARD OVERNIGHT**

TRK#    4330 9475 0684                    Form
                                          0201
**14301**    — NY-US         **XX  DKK**

BUF

BILL SEN

Deliver
E

(316

PRF 22497-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :
     In re             :    Chapter 11
                    :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                    :
        Reorganized Debtors. :    (Jointly Administered)
                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS'
OBJECTION TO PROOFS OF CLAIM NOS. 1374, 1375, 1376, 1377, 1378,
1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468,
6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967,
10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350,
14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532,
15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175,
16591, 16849, AND 16850

# EXHIBIT A

| A Proof Of Claim Number | B Date Filed | C Party Filing Proof Of Claim | D Owner Of Claims | E Asserted Amount | F Omnibus Claims Objection | G Date Of Omnibus Claims Objection | Debtor Against Whom Proof Of Claim |
|---|---|---|---|---|---|---|---|
| 10570 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10964 | 7/26/2006 | TK HOLDINGS INC | TK HOLDINGS INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10965 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10966 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI TECHNOLOGIES, INC |
| 10967 | 7/26/2006 | HIGHLAND INDUSTRIES INC | HIGHLAND INDUSTRIES INC | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 10571 | 7/25/2006 | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | TK HOLDINGS INC AUTOMOTIVE SYSTEMS LABORATORY INC AND TAKATA SEAT BELTS INC | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 10968 | 7/26/2006 | TAKATA CORPORATION | TAKATA CORPORATION | $0.00 | Fourteenth Omnibus Claims Objection | 5/22/2007 | DELPHI CORPORATION |
| 16849 | 5/1/2009 | SHARYL YVETTE CARTER | SHARYL, YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 16850 | 4/28/2009 | SHARYL YVETTE CARTER | SHARYL, YVETTE CARTER | $50,000,000.00 | Thirty-Fourth Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 1374 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 1375 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC |
| 1376 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP |
| 1377 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | EXHAUST SYSTEMS CORPORATION |
| 1378 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC |
| 1379 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC |
| 1380 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC |
| 1381 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 1382 | 12/29/2005 | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | AMERICAN INTERNATIONAL GROUP INC AND ITS RELATED ENTITIES | $0.00 | Sixteenth Omnibus Claims Objection | 6/15/2007 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC |



FedEx Express

RT 356  6 D
FZ
3166
12.09



The Wo...

Envelop...

Align bottom of Peel and Stick Airbill or Pouc...

STANDARD OVERNIGHT

TRK# 4380 9480 3166

14301    —NY—US    XX DKKA

Form
0201

BUF
09DEC



UNITED STATES US

TO

SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1
NIAGRA FALLS, NY 14301

Ref: DELPHI JCP MEMPHIS 24036-9
Dept: Delphi Corporation

BILL SENDER

Delivery Addr...
Barcode

(310) 823-9...
FedE
Exp

E

Hearing Date and Time: December 18, 2009 at 10:00 a.m. (prevailing Eastern time)
Supplemental Response Date and Time: December 16, 2009 at 4:00 p.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

    In re                       :    Chapter 11
                       :

DPH HOLDINGS CORP., et al.,      :    Case Number 05-44481 (RDD)
                       :
                       :    (Jointly Administered)

       Reorganized Debtors.    :
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSES OF
SHARYL Y. CARTER TO DEBTORS' OBJECTIONS TO PROOFS OF CLAIM
NOS. 16849 AND 16850 FILED BY SHARYL Y. CARTER

("SUPPLEMENTAL REPLY REGARDING
SHARYL Y. CARTER'S CLAIMS")



# Ohio Bureau of Workers Compensation Detail

| | | |
|---|---|---|
| Access: | **REPRESENTATIVE** | Date/Time Searched: **10/28/2008 02:40 PM** |
| Selection: | **SSN SEARCH** | |
| Sub Selection: | **CLAIM STATUS** | |
| SSN: | **98-801409** | |

| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |
|---|---|

## Claim Status

| | | | | | |
|---|---|---|---|---|---|
| Claim # | **98-801409** | Claim Status | **DISALLOWED** | Claim Type | **MO-ACC-SI-COV** |
| Injured Worker | **CARTER, SHARYL Y** | | | Injury Date | **03-01-1998** |
| Filing Date | **05-19-2003** | Statute of Lim. | **03-01-2004** | Change Over | |
| Status | **ACTIVE** | Status Date | **03-01-1998** | Handicap Pct. | **0.0** |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | **$0.00** | Tot Medical Paid | **$0.00** | Tot Indemnity Paid | **$0.00** |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | **06-30-2003** |
| Last Updated | **04-28-2006** | MMI Date | | | |

| Selection Menu | SSN Search |
|---|---|

| Injured Worker | Injury Status | Payment Plan |
|---|---|---|

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.



OPEN
online

# Ohio Bureau of Workers Compensation Detail

Access:      **REPRESENTATIVE**                    Date/Time Searched:  **10/28/2008 02:39 PM**
Selection:   **SSN SEARCH**
SSN:         **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**

| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |
|---|---|

### Social Security Search

Click the circle next to the Claim Number and then click on the appropriate Sub Request.

| | CLAIM # | INJURED WORKER | DATE OF INJURY | ARCHIVED | SOURCE | STATUS |
|---|---|---|---|---|---|---|
| ○ | 98-801409 | SHARYL Y CARTER | 03/01/1998 | | | |
| ○ | 06-888317 | SHARYL Y CARTER | 12/15/2006 | | | |
| ○ | 04-826088 | SHARYL Y CARTER | 04/27/2004 | | | |

| Selection Menu |
|---|

| Claim Location | Claim Status | Injured Worker |
|---|---|---|

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.

OPENonline - Ohio Workers' Compensation (BWC)



# Ohio Bureau of Workers Compensation Detail

| | | | | |
|---|---|---|---|---|
| Access: | **REPRESENTATIVE** | | Date/Time Searched: | **10/28/2008 02:39 PM** |
| Selection: | **SSN SEARCH** | | | |
| Sub Selection: | **CLAIM STATUS** | | | |
| SSN: | **04-826088** | | | |

| Ohio BWC Status: **CONNECTED** | ⊠ DISCONNECT |
|---|---|

## Claim Status

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claim # | **04-826088** | Claim Status | **DISALLOWED** | Claim Type | **LT-ACC-SI-COV** |
| Injured Worker | **CARTER, SHARYL Y** | | | Injury Date | **04-27-2004** |
| Filing Date | **05-12-2004** | Statute of Lim. | **04-27-2014** | Change Over | **06-24-2004** |
| Status | **ACTIVE** | Status Date | **04-27-2004** | Handicap Pct. | **0.0** |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | **$0.00** | Tot Medical Paid | **$0.00** | Tot Indemnity Paid | **$0.00** |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | **06-24-2004** |
| Last Updated | **09-14-2004** | MMI Date | | | |

| Selection Menu | SSN Search |
|---|---|

| Injured Worker | Injury Status | Payment Plan |
|---|---|---|

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of
Service Agreement and Online Privacy Policy.

OPENonline - Ohio Workers' Compensation (BWC)



# Ohio Bureau of Workers Compensation Detail

| | | |
|---|---|---|
| Access: | **REPRESENTATIVE** | Date/Time Searched: **10/28/2008 02:39 PM** |
| Selection: | **SSN SEARCH** | |
| Sub Selection: | **CLAIM STATUS** | |
| SSN: | **06-888317** | |

| Ohio BWC Status: **CONNECTED** | ☒ DISCONNECT |
|---|---|

## Claim Status

| | | | | | |
|---|---|---|---|---|---|
| Claim # | **06-888317** | Claim Status | **DISMISSED** | Claim Type | **LT-ACC-SI-COV** |
| Injured Worker | **CARTER, SHARYL Y** | | | Injury Date | **12-15-2006** |
| Filing Date | **01-10-2007** | Statute of Lim. | **12-16-2011** | Change Over | |
| Status | **ACTIVE** | Status Date | **12-15-2006** | Handicap Pct. | 0.0 |
| Last Hearing | | Last Medical Paid | | Last Indemnity Paid | |
| Tot Amount Paid | **$0.00** | Tot Medical Paid | **$0.00** | Tot Indemnity Paid | **$0.00** |
| Provider Contact | | Inj Worker Contact | | Employer Contact | |
| Medical Settled | | Compensation Settled | | Determination | **03-05-2007** |
| Last Updated | **11-05-2007** | MMI Date | | | |

| Selection Menu | SSN Search |
|---|---|

| Injured Worker | Injury Status | Payment Plan |
|---|---|---|

Copyright © 2008 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.

| United States Bankruptcy Court ___Southern___ District Of ___New York___ | PROOF OF CLAIM |
|---|---|

Name of Debtor **Delphi Automotive System (DAS LLC)**
Case Number **05-44481** tdr

This Space For Court Use Only

NOTE: This form should **not** be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property) **Sharyl Yvette Carter**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:
**Sharyl Yvette Carter
92 Woolery Lane #C
Dayton Ohio 45415
(937) 742-7054   Cell (937) 302-8072**
Telephone Number:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated: _____

**1. Basis for Claim**
☐ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☒ Personal Injury
☒ Other **Employment Litigation + Hostile Work Environmental** (date)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☒ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: **9359**
Unpaid compensation for services performed
from _____ to _____
(date)    (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.
Unsecured Nonpriority Claim $ **50 Million dollars + interest**

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral $_____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ **50 million dollars + interest**

Amount of arrearage and other charges at time case filed included in secured claim, if any $ **50,000,000.00**

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ **50,000,000.00** **50,000,000.00** **50,000,000** **50,000,000.00 + interest**
(Unsecured)    (Secured)    (Priority)    (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date:
**4/28/09**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): **Sharyl Yvette Carter    Sharyl Y. Carter**

*Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

December 11, 2009

_Sharyl Y. Carter Supplemental Respond_
_and Reply for Proof of Claim Nos 16849 and 16852_

Chapter 11
Case Number 05-44481 (RDD)
Jointly Administered

United States BankRuptcy Court
Southern District of The New York

IN RE
DPH Holding Corp. et.Al
Reorganized Debtors.

I Sharyl Y. Carter Reside at 1541 LaSalle Ave #1
Niagara Falls, New York, 14301. My Numbers are (716)282-3624
and (937) 302-8072. I object and disagree with Delphi Corp.
(Debtors) objecting, to my claims, and for the Debtors to
want my claims disallowed and expunged in its entirety.
    Enclosed are copies of the FED/EX envelope, 1st page,
and my claim Nos, Name, etc that I received from the
Debtors, dates when I received them that I wrote at
the bottom right hand corner.
    I Sharyl Y. Carter could not file an affidavit or
dekeration of any witness due to Delphi Corp. (Debtors)

have A list of the witness About 100 plus, that was listed in my deposition, with more evidence to my claims against the Debtors. Theres no way I can contact the witness due to the Plant closing, many employees, and management, my witness were laid off, took buyouts Relocated, terminated, etc from the company. I have Relocated due to loss of my employment with Delphi (aeplDebtors). If I do not have a claim against the Debtors why I continue to received information, and I have to respond by certain dates, times, Also why the confidentiality propertaey-constraints? I am doing my best to answer, and Respond, reply to the Debtors objection of my claim.

I requested that the Debtors produce, give me all of my copies, documents, evidence they have on me, and to the courts also. I have gave up all copies severa times when I was starting my claims from Ohio court system. My two Attorney 1st George Katchmer (937) 224-0036, who delay, and misrepresented me on my claim against the Debtors, also me. Katchmer with held evidence, documents from me. I spent alot of money throughout these years, copying, mailing certify mail on time with my claims. I later Reported

me. Katchner to the Bar Association in Dayton Ohio, who took about 1 1/2 years to do nothing on my complaint. My 2nd Attorney Geoffrey P. Damon ESQ - 2900 Carew Tower, Cincinnati, Ohio 45202 (513) 484-7573 cell - (513) 345-1424 w

A. __Preliminary__ __Statement__ - Response from Sharyl Y. Carter
The Debtor stated they filed for voluntary petitions in this court for Reorganization relief under chapter 11 of the United States Code 11 U.S.C. 101-1330 on October 8, and 14, 2005.

2. The modified Plan stated the Debtors, and certain Affiliates had been approved by this Court (Docket 18757) and emerged from chapter 11 as the Reorganized Debtors.

3. On November 18, 2009, the Reorganized Debtors filed the Notice of Sufficiency Hearing with Respect to Debtors objection to Proof of Claim, my no's 16849 and 116850.

4. I Sharyl Y. Carter am filing my respond, Reply to the Debtors objection, I disagree with the Debtors.

5. I Sharyl Y. Carter feel I do have a colorable claim against the Debtors for reason of all my Note documents, evidence I provided the Debtors, Attorneys, and Courts on behalf of my claims.

6. This is my Supplemental Response, Reply to Debtors I have file and serve in a timely manner, two business days before the scheduled Sufficiency Hearing date December 16, 2009.

B. <u>Relief Requested</u> 7. I disagree with the Reorganized Debtors Request entry of an order disallowing and expunging certain proof of claim that I have against them the Debtors.

C. <u>Shaeyl Y Carter Claim</u>. 8. I would like for the Courts to Allow my claims NOS 16849, and 16850 again the Debtors. The dollar amount of $50 million may be high for each claim. The Debtors do owe me a Large amount of money, dollars on my claims. The Debtors do have books and Records on all employees, wages, etc. In those Reco It would show something, Amount, plus I feel I shoul be awarded for my pain and suffering, interest.

9. <u>The Carter Claims filed Against the Debtors</u>. On April 28, 2009 and May 1, 2009, the Debtors stated I filed 'identical proof of claim' numbers. (The Carter Claim) against Delphi Automotive System LLC (DASLC). The Debtor finally, but later, and after the fact, mailed me a proof of claim forms 2x. I filled them out to the best of my ability, etc. Yes I stated many times in my letters the Courts/Judges, Attorney's, Debtor Attorney's that all m documents and evidence was given, be should have been attached to my claim against the Debtors through the Courts, Attorneys who Represented myself, George Katchmer and Geoffrey Damon, Debtors Attorney Laurie, more out o Ohio. They were given everything to make, start my chil from the start when debt ...

December 15, 2006, medical documents from doctors, there names, address, No's, witness list of 100+ plus people, also a 700+ plus page deposition costing me $800.00 of 7½ hrs long, dismissed claim from Judge Walter Herbert Rice, all originals, etc.

10. The Debtors Objection To The Carter Claim. The Debtors filed the Thirty-fourth Omnibus Objection Pursuant to Expunge I A-F and II A-C and III, IV-(Docket No 17182). The Debtor objected to my claim / Carter claim on grounds that such claims asserted dollar amount and liabilities not Reflected on the Debtors book and records, also Debtors sought an order disallowing and expunging (the Carter claim) my claim. The Debtors Refuse to show records on my behalf, they have them, records, and books on me, my employment, injury, doctors in plant doctors, and my doctors treatments notes, etc, also when I was on sick leave, injured on the job etc.

11. Ms Carter Response to the Debtors Objections. The Debtors claim that nothing in the, my Response provides any Rational explanation documents, evidence or support for any of the Claim asserted in the Carter Claim. Why was I repeatly told by the Debtors, and Attorney office Kurtzman Carson Consultants several times that I do not have a claim due to untimely filing, Also making that same statement to my Attorney Geoffrey Deeman I made several attempts to get information

on my claims against the Debtors, Status, I was denied that information many times. I always filed my objections and respond by the deadline, when I am Allowed or Notify to do.

12. _The Sufficiency Hearing Notice_ The Debtors Stated the Carter Claims was adjourned to a future date. ON November 18, 2009 the Reorganized Debtors filed the Sufficiency Hearing Notice with respect to my claim (Carter claim). I enclosed copies of those FEDEX envelope 1st page letter, Another page of claim No 13. I do not believe that this is enough time to file my Reply and response, but I'll do my best, due to medical problems - Health, NO income from Debtors lay of status.

D. _Claimants Burden of Proof and Standard for Sufficiency_ of Claim. 13. I Sharyl Y. Carter have stated a claim against the Debtors under Rule 7012 Federal Rules of Bankruptcy Procedure. As the stated previously the Debtors, Courts, Attorneys have my information I provided to make my claims against the Debtors. My Claims No 16849, and 16850 should not be sustained or disallowed, and expunged in its entirety according to the Debtor belief. If the Debtors, Attorney gave up all documents, evidence, everything they have on me book, and Records, if not detroyed, I do have a claim

against the Debtors

14. I provided proof to establish my claims against the Debtors, several times to Attorneys, Courts, Judges in Ohio court system to start. The Debtors have sufficient factual support, evidence, documents, book, record on my behalf. The Debtors Attorney as well as the Lv courts in Ohio when I started my claims, which all that information should have been pass on to this court/Judge. I gave measure evidence, documents, sufficient facts.

15. I disagree with the Debtors to dismiss my claim, and it should not be in favor of the Debtors. I feel I have met the initial burden of proof to establish my claim against the Debtors, where is there proof of me, Sharyl Y. Carter not providing any documentation, evidence, etc on, toward these claims. In providing facts and sufficiently support of a legal viability against the Debtors, the Attorney have to provide all information and documents to Courts/Judges that is given to them by there client. Not to with hold it or delay tactics, destroy, etc information so client do not have anything to provide in a case like this one. How many copies of All involve paper work, notes, documents, evidence do the Debtor need to see on my behalf to prove my case/claims

16. In the amount in the official form was $5 million in the Courts in Ohio, which someone, staff or whoever left out a 0, they had $5 million instead of $50 million.

17. <u>Argument Regarding The Carter Claims</u> The disputed employment litigation claim was included with discrimination on race, age, disability, medical, injury, pain and suffering. I filed a charge of discrimination with the United States Equal Employment Opportunity Commission (The EEOC). I was given a Right to Sue letter which the Ohio Courts, the Debtors and there attorneys have, as well as my Rx Attorneys who handled my cases, 2x separet times. I needed that to file my claim IN Ohio - United States District Court for the Southeen District of Ohio with Judge Walter Rice dismissed it. Case No C3-03-205, I appeal with another Attorney 2nd Judge ~~George Geoffrey~~ Damon with the United States Courts of Appeal for the Sixth Circuit Court (Docket 58) Debtors stated docket No. The first case under Judge Rice with Attorney George Katchmer. which I was mislead, and misrepresented. I gave up all information, documents, evidence, etc to prove my claim in order to go through the Courts. I did get hurt on the jobs, see documentation, notes,

all information that I Sharyl Y. Carke provided, to
support my claims against the Debtors. The
employment litigation which the courts have All
documents, Attorneys as well have. That was won
in California Federal Courts I believe, which we the
employees should be employed until 2011 without
no lay off, etc. At this time I am unemployed due
to the Debtors closing the facility, plant in October
2007, or I was force to go into an empty plant
and sign out, off from sick leave. Where is all
those documents, records and books etc on behalf of
me. I was just told by the Debtors Insurance Co.
I no longer have Health Insurance for me and
my daughter. I provided that package of litigations
to my Attorney, the Debtors have it as well. The
Debtors stated and listed that my employment litigation
claim on Schedule F on the Amended and Restated
Schedules of Assets and Liabilities for DAS LLC
as a contingent, unliquidated, and disputed
claim against DAS LLC. With all that evidence
documents I provided several times, the Debtors
Attorney Laurie Clary, I believe thats her name

included my workers Compension claim with my claim against the Debtors, see 700+ plus page deposition of 7 1/2 hrs.

18. My claim should not be disallowed and expunged in their entirety against the Debtors. I provided everything to Debtors, Attorneys previously for the start of my claims, also, to my Attorney which forwarded them to the Courts. Why this Court was not Notify or all documents, evidence sent to this court as well? All informations, documents I gave support a right of my payment from the Reorganized Debtors, thats my proof as well. I do believe the, my Sharyl Z Lautier claims will be in the amount of millions each..

19. When the Bar Date order and the Bar Date was set for filing Proof of claim, why I continue to get Information through the mail with my name on it, if I did not have a Claim. But I responsed in time when I re-ceived the letters in time, be the correct address. I explan why documents was not available, but was given several times to everyone previoulsy.

20. I calculated the amount of $50 million for all my claims, treatments, injury, pain suffering, medical etc by the Debtors. If that amount is not awarded I ask to Courts/Judge/Jury to considered in the millions of each claim. A price can not be place upon what I've been through with the Debtors, that would please me.

21. The Carter Claims that was filed almost (3) three years later after the Bar Date stated the Debtors, because I was denied information, told I don't have a claim or claims against the Debtor for lack of a timely filing, ignored calls I placed to the Debtors Attorney, who was mailing me paper work, Kurtzman Carson Consultants. I was not given a proof of claim form to fill out, I did not know I needed one, no one explain that Information to me. Also due to mail not timely file, or give to me at at Reasonable timely manner. I also did file a motion and made attempts to, and responses to the Debtors to the best of my Abilitie.

22. I know, and believe I file a timely proof of claim given the chance and information when I was given at that time. I did not neglect on my behalf, a proof of claim, or anything concerning my claims against the Debtors. I mailed certify mail to the Courts / Debtors, And Attorney for years on time. I write letters, responding to deadline, when I received information in the mail, since the beginning of these claims. in the Ohio Courts, as well as this Court, United States Bankruptcy Courts for the Southern District of New York. If I was late of filing proof of claim or any other responses, reply, it should be excusable due to what, when, all the information I given several times to the Courts / Judges / Debtors Attorney / my Attorneys / agency.

23. I have met my burden of proof to establish a claim against the Debtors. All my claims should be allowed, as I provided

facts, documents, evidence, Information, timely filed on my claims to the Debtors/Courts/Judges/Attorneys. The thirty-fourth Omnibus Claims/Carter Claim should be allowed, all my claims I have against the Debtors. I ask of you the Courts/Judge in the United States Courts to allow all my claims. Also payment allowed as well, if not $50 million then in the millions for each claim I have against the Debtors.

If I did not enclosed thats needed I could not locate them at this time, since I had very little time to prepare, react, respond, reply to my claims.

I Sharyl Y. Carter respectfully request, ask of this Court to enter and order, Allowing all my claims against the Debtors.

Thank 2 you.

Sincerely

Sharyl Y. Carter

Dated

December 11, 2009