# BIRD, SVENDSEN, BROTHERS, SCHESKE & PATTISON, P.C.
ATTORNEYS AT LAW
227 WEST CHICAGO ROAD
P.O. BOX 7158
STURGIS, MI
49091
TELEPHONE (269) 651-2445
FAX (269) 651-4044
ericscheske@charter.net

ROGER A. BIRD*
ROBERT P. BROTHERS
ERIC J. SCHESKE*
ROBERT K. PATTISON*

JOHN T. SVENDSEN*
OF COUNSEL

*ADMITTED TO PRACTICE IN
MICHIGAN AND INDIANA

November 9, 2009

RECEIVED
DEC 17 2009
U.S. ... COURT, SDNY

United States Bankruptcy Court
Delphi Corporation Claim Docketing C
Bowling Green Station, P.O. Box 5058
New York, NY 10274-5058

Re: Delphi Corporation Bankruptcy
Case Number: 05-44481
Our File: 11608

Dear Sir/Madam:

I enclose a Certificate of Service for filing with respect to the Delphi matter.

Thank you for your attention to this correspondence.

Yours very truly,

BIRD, SVENDSEN, BROTHERS,
SCHESKE & PATTISON, P.C.

Eric J. Scheske

EJS/sr
enc.
cc:   Caralee Mayer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
Bankruptcy Petition #: 05-44481-rdd



DELPHI CORPORATION,
         Debtor
_____/

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 3, 2009, a copy of Mayer Tool & Engineering, Inc.'s Administrative Claim Request Form with attachments, was served upon the following parties as follows:

**VIA FEDERAL EXPRESS:**

Claims and Noticing Agent
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606

Mark A. Broude
Lathan & Watkins
885 Third Avenue
New York, NY 10022-4802

Neil Andrew Goteiner
Farella, Braun & Martel, LLP
235 Montgomery Street
30th Floor
San Francisco, CA 94104

**VIA FIRST CLASS MAIL:**

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Committee of Eligible Salaried Retirees
Farella, Braun & Martel, LLP
235 Montgomery Street
17th Floor
San Francisco, CA 49104

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Dated: November 3, 2009

_____
Sue Racette, Secretary

Subscribed and sworn to before me on November 3, 2009

*Penny Colvin*
Penny Colvin, Notary Public
Acting in St. Joseph County, MI
My commission expires: 11/17/2012