Hearing Date and Time:  To be determined
Objection Deadline:  To be determined

**DYKEMA GOSSETT PLLC**
**39577 Woodward Avenue**
**Suite 300**
**Bloomfield Hills, MI  48304-2820**
**(248) 203-0700**
**Ronald L. Rose (P19621)**

**Special Counsel for Delphi Corporation, et al.,**
   **Debtors and Debtors-in-Possession**

**Delphi Legal Information Hotline:**
**Toll Free:  (800) 718-5305**
**International:  (248) 813-2698**

**Delphi Legal Information Website:**
**http://www.delphidocket.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF SECOND AND FINAL APPLICATION OF
DYKEMA GOSSETT PLLC FOR ORDER AUTHORIZING AND APPROVING
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on December 18, 2009, Dykema Gossett PLLC

("Dykema") filed its Second and Final Fee Application for Allowance of Compensation and

Reimbursement of Expenses as Special Counsel for the Debtors to April 1, 2007 (the

"Application") for the Period from October 1, 2007 through and including January 25, 2008 (the "Fee Period"), together with its exhibits.

PLEASE TAKE FURTHER NOTICE that Dykema is requesting compensation from the debtors and debtors-in-possession (the "Debtors") in the above-captioned case in the amount of $265,520.65 for services rendered, and reimbursement of actual and necessary expenses in the amount of $24,438.59 for the Fee Period.  The aggregate amount of fees and expenses requested for approval pursuant to the Application is $289,959.24.

PLEASE TAKE FURTHER NOTICE that on _____, 2010 at _____ a.m./p.m. **(Prevailing Eastern Time)** a hearing to consider the relief requested in the Application will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York  10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must: (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (1) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e), as supplemented, (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: David Sherbin and John D. Sheehan), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) (counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), (viii) Valerie Venable, GE Plastics America, 9930 Kincey Avenue, Huntersville, NC 28078, (ix) Legal Cost Control, Inc., 255 Kings Highway East, Haddonfield, NJ 08033 (Att'n: John J. Marquess), and (x) special labor counsel to the Debtors, O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006 (Att'n: Tom Jerman), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on _____, 2010** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order, as supplemented, will be considered by the Bankruptcy Court at the Hearing. If no responses or objections to the Application are timely

filed and served in accordance with the procedures set forth herein and in the Case Management

Order, the Bankruptcy Court may enter an order granting the Application without further notice.

DATED:    Bloomfield Hills, MI
December 19, 2009

                              DYKEMA GOSSETT PLLC

                              By  /s/ Ronald L. Rose
                                  Ronald L. Rose (P19621)
                                  Special Counsel for Delphi Corporation,
                                  et al., Debtors and Debtors-in-Possession
                                  Suite 300
                                  39577 Woodward Avenue
                                  Bloomfield Hills, Michigan 48304
                                  (248) 203-0519