<b>Hearing Date and Time: To be determined<br>Objection Deadline: To be determined</b>

**DYKEMA GOSSETT PLLC**
**39577 Woodward Avenue**
**Suite 300**
**Bloomfield Hills, MI 48304-2820**
**(248) 203-0700**
**Ronald L. Rose (P19621)**

**Special Counsel for Delphi Corporation, <u>et al.</u>,**
   **Debtors and Debtors-in-Possession**

**Delphi Legal Information Hotline:**
**Toll Free: (800) 718-5305**
**International: (248) 813-2698**

**Delphi Legal Information Website:**
**http://www.delphidocket.com**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------ x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------ x | | |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to the Order Under 11 U.S.C. §331 Establishing Procedures for Interim Compensation as Reimbursement Of Expenses Of Professionals, entered on November 4, 2005, as modified by the Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective Order, and Approving Procedures To Protect Information in Fee Statements, entered on April 18, 2006

(together, the "Administrative Order"), copies of the Second and Final Fee Application Of Dykema Gossett PLLC For Allowance Of Compensation And Reimbursement Of Expenses As Special Counsel For The Debtors To April 1, 2007 For The Period From October 1, 2007 Through And Including January 25, 2008, was served on the 18th day of December, 2009 by overnight mail on:

| | |
|---|---|
| Office of the US Trustee, S.D. of New York<br>Attn: Alicia M. Leonhard, Esq.<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | John William Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Counsel for the Debtors<br>333 W. Wacker Drive, Suite 2100<br>Chicago, Illinois |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>Counsel for the Official Committee of<br>Unsecured Creditors<br>885 Third Avenue<br>New York, NY 10022 | Marlane Melican, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Douglas Dethy<br>D.C. Capital Advisors, Limited<br>800 third Avenue, 40th Floor<br>New York, NY 10022 | Brad Eric Scheler, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004 |
| David M. Scherbin<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | John D. Sheehan<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Legal Lost Control, Inc.<br>255 Kings Highway East<br>Haddonfield, NJ 08033 | Valerie Venable<br>GE Plastics Americas<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Kenneth S. Ziman, Esq.<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY | DPH Holdings Corp.<br>f/k/a Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 |

I further certify that, pursuant to the Administrative Order, notice of the filing of said Application has been provided, via electronic mail, to the "Master Service List" and the "2002 Entities" listed in the database at www.delphidocket.com as of the date hereof.

Dated:  Bloomfield Hills, MI

       December 18, 2009

                      DYKEMA GOSSETT PLLC

                      By    /s/ Ronald L. Rose
                            Ronald L. Rose (P19621)
                            Special Counsel for Delphi Corporation,
                            et al., Debtors and Debtors-in-Possession
                            Suite 300
                            39577 Woodward Avenue
                            Bloomfield Hills, Michigan 48304
                            (248) 203-0519

BH01\1086832.1
ID\MSKUP - 001657/0220