# EXHIBIT A

BUTZEL LONG, a professional corporation
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
Thomas B. Radom (P24631)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                            :
     In re                                  :   Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :   Case No. 05-44481 (RDD)
                                            :
            Debtors.                        :   (Jointly Administered)
---------------------------------------------------------x

## CERTIFICATION

Thomas B. Radom, on behalf of Butzel Long, a professional corporation, Commercial and Litigation Counsel to Delphi Corporation, et al., the above-captioned debtors and debtors-in-possession (the "Debtors'), hereby certifies, pursuant to this Court's Administrative Orders ("Administrative Orders") setting forth guidelines for fees and disbursements for professionals practicing before this Court (the "Guidelines"), that:

1. I am the professional designated by Butzel Long with the responsibility in the Debtors' cases for compliance with these Guidelines.

2. I have read Butzel Long's seventh and final application for compensation for services rendered to, and for reimbursement of expenses incurred on behalf of, the Debtors for the period October 1, 2007 through January 25, 2008 (the "Application").

3.  To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the mandatory Guidelines set forth in the Administrative Orders.

4.  To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines set forth in the Administrative Orders.

5.  The fees and disbursements sought in the Application are billed at rates lower than the rates customarily employed by Butzel Long and generally accepted by Butzel Long clients pursuant to an agreed fee arrangement with the Debtors.

6.  Copies of the Application have been served upon the parties designated in the November 4, 2005 Order of the Court as supplemented, establishing procedures for interim compensation and reimbursement of expenses ("Interim Fee Order").

7.  To the best of my knowledge, information and belief, with respect to any reimbursable services and disbursements for which reimbursement is sought, Butzel Long does not make a profit on such services or disbursements.

8.  All monthly statements of fees and disbursements submitted by Butzel Long pursuant to the Interim Fee Order (i) contained a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a description of services rendered and a breakdown of the disbursements incurred and otherwise complied in all respects with the Interim Fee Order, and (ii) were provided to all Notice Parties, including the Debtors, the US Trustee, the Committee, and the Fee Committee, in accordance with the Interim Fee Order.

9.   The Application is being served upon all Notice Parties, including the Debtors, the US Trustee, the Committee, and the Fee Committee in accordance with the Interim Fee Order.

Dated: Bloomfield Hills, Michigan

December 18, 2009

>BUTZEL LONG, a professional corporation
>
>By   /s/   Thomas B. Radom
>Thomas B. Radom (P24631)
>Stoneridge West
>41000 Woodward
>Bloomfield Hills, MI 48304
>Telephone: (248) 258-1416
>
>Commercial and Litigation Counsel to
>Delphi Corporation, et al., Debtors and
>Debtors-in-Possession