# EXHIBIT C

**EXHIBIT C**

## Summary of Hours Billed by Attorneys and Paraprofessionals for the Period October 1, 2007 through January 25, 2008

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| | | | | | |
| **Attorneys** | | | | | |
| | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $385.00 | .50 | $192.50 |
| Mark T. Nelson | Shareholder | 1977 | $345.00 | 4.20 | $1,449.00 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 208.90 | $68,937.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $330.00 | 15.60 | $5,148.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $325.00 | 2.00 | $650.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 18.40 | $5,593.60 |
| Daniel N. Sharkey | Shareholder | 1995 | $297.00 | 1.40 | $415.80 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 1.30 | $356.85 |
| Daniel N. Sharkey | Shareholder | 1995 | $264.00 | 8.60 | $2,270.40 |
| Daniel J. Dulworth | Shareholder | 1988 | $260.00 | 20.80 | $5,408.00 |
| Max J. Newman | Sr. Attorney | 1994 | $260.00 | .20 | $52.00 |
| Lynn A. Sheehy | Shareholder | 1985 | $256.00 | .20 | $51.20 |
| Charlotte A. Garry | Sr. Attorney | 1998 | $255.00 | 45.10 | $11,500.50 |
| Susan L. Johnson | Shareholder | 1984 | $252.00 | 14.10 | $3,553.20 |
| Robert T. Wilson | Shareholder | 1999 | $248.00 | 1.50 | $372.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 80.80 | $19,715.20 |
| Lynn A. Sheehy | Shareholder | 1985 | $244.00 | 76.40 | $18,641.60 |
| Susan L. Johnson | Shareholder | 1984 | $236.00 | 18.00 | $4,248.00 |
| Paula A. Hall | Shareholder | 2000 | $220.00 | 5.70 | $1,254.00 |
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 23.00 | $5,060.00 |
| Charlotte A. Garry | Sr. Attorney | 1998 | $200.00 | .70 | $140.00 |
| Benjamin Steffans | Associate | 2006 | $148.00 | 4.90 | $725.20 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 112.40 | $14,836.80 |
| Joseph E. Richotte | Associate | 2007 | $128.00 | 5.90 | $755.20 |
| Contract Premium | | | | | $116,985.82 |
| | | | | | |
| **Paraprofessionals** | | | | | |
| | | | | | |
| Leonor Hendricksen | Paralegal | | $104.00 | 8.70 | $904.80 |
| Denise E. Gau | Paralegal | | $96.00 | 39.40 | $3,782.40 |
| Marguerite Murray | Paralegal | | $96.00 | 2.00 | $192.00 |
| Erin E. White | Paralegal | | $88.00 | 15.80 | $1,390.40 |
| | | | | | |
| **Grand Total** | | | | **736.50** | **$294,581.47** |