# EXHIBIT D

# EXHIBIT D

## Summary of Hours Billed by Attorneys and Paraprofessionals for the Period October 1, 2007 through January 25, 2008

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 271.40 | $83,586.00 |
| Employee Benefits/Pensions/Labor | 45.80 | $11,640.50 |
| Case Administration | 1.00 | $330.00 |
| Fee/Employment Applications | 1.00 | $330.00 |
| Fee/Employment Objections | 1.10 | $363.00 |
| Litigation | 414.20 | $197,681.97 |
| Tax Issues | 2.00 | $650.00 |
| **Total:** | **736.50** | **$294,581.47** |