# EXHIBIT E

## EXHIBIT E

### Summary of Disbursements
### for the Period October 1, 2007 through January 25, 2008

| Disbursement | Amount |
|---|---|
| Telephone Charges | $14.73 |
| Express Delivery Charges | $255.52 |
| Copies | $945.40 |
| Document Copy Charges: Vendor: Detroit Legal Imaging | $1,955.32 |
| CT Corporation Services | $187.50 |
| Digital Reproduction | $470.40 |
| Special Postal Charges | $37.17 |
| Miscellaneous Charges: Vendor: American Institute in Taiwan | $735.00 |
| Certified Copies | $10.00 |
| Filing Fees | $2.48 |
| | |
| **Total:** | **$4,613.52** |