# EXHIBIT F
## (Part 1 of 3)

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

November 26, 2007

To:    David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan., Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

## Summary of Total Billable Hours by Category
### for the Period October 1, 2007 through October 31, 2007

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 86.40 | $25,224.40 |
| Employee Benefits/Pensions | 13.50 | $3,442.50 |
| Fee/Employment Applications | .50 | $165.00 |
| Fee/Employment Objections | 1.10 | $363.00 |
| Litigation | 35.90 | $6,160.80 |
| Tax Issues | 2.00 | $650.00 |
| Totals: | 139.40 | $36,005.70 |

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Naples   *Alliance Offices*   Beijing   Shanghai   *Member Lex Mundi*

## Summary of Disbursements
### for the Period October 1, 2007 through October 31, 2007

| Disbursement | Amount |
|---|---|
| Copies | $340.30 |
| Digital Reproduction | $233.90 |
| Special Postal Charges | $18.69 |
| Telephone Charges | $14.73 |
| Totals: | **$607.62** |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period October 1, 2007 through October 31, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 62.50 | $20,625.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 1.90 | $627.00 |
| Carl Rashid, Jr. | Shareholder | 1974 | $325.00 | 2.00 | $650.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 3.90 | $1,185.60 |
| Max Newman | Sr. Attorney | 1994 | $260.00 | .20 | $52.00 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 13.50 | $3,442.50 |
| Robert T. Wilson | Shareholder | 1999 | $248.00 | 1.50 | $372.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 9.70 | $2,366.80 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 11.70 | $2,761.20 |
| Paula A. Hall | Associate | 2000 | $220.00 | 2.60 | $572.00 |
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 3.80 | $836.00 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 2.50 | $330.00 |
| **Paralegals** | | | | | |
| Leonor Hendricksen | Paralegal | | $104.00 | 5.80 | $603.20 |
| Marguerite Murray | Paralegal | | $96.00 | 2.00 | $192.00 |
| Erin E. White | Paralegal | | $88.00 | 15.80 | $1,390.40 |
| Grand Total: | | | | **139.40** | **$36,005.70** |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  U.S. AEROTEAM, INC.                    000115900-0035

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/15/07 | TBR | Review District Court opinion regarding Motion for Withdrawal of Reference. | 03 | .20 |
| 10/22/07 | TBR | Telephone conference with T. Dunn regarding recent court filing. | 03 | .20 |

TOTAL BILLABLE HOURS          0.40

TOTAL FEES          132.00

DISBURSEMENTS:

Copies                                      0.70
                                    ----------
                                          0.70

TOTAL FEES          132.00

TOTAL DISBURSEMENTS          0.70
                                    _____
Matter Total          132.70
                                    =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


         RE:  INTERMET CORPORATION                 000115900-0068


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/31/07 | TBR | Telephone conference with K. Craft regarding contract issues. | 03 | .20 |

                         TOTAL BILLABLE HOURS      0.20

                              TOTAL FEES                66.00

                                                  - - - - - - - - - -


                              TOTAL FEES                66.00
                                                  _____

                              Matter Total              66.00
                                                  ==============

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  TOWER AUTOMOTIVE, INC.                    000115900-0074

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/07 | TBR | Telephone conferences with J. Robinson, FTS, regarding Tower preference suit. | 03 | .50 |
| 10/01/07 | TBR | Review file regarding setoff issues. | 03 | .70 |
| 10/01/07 | TBR | E-mail to J. Robinson regarding settlement agreement. | 03 | .20 |
| 10/01/07 | TBR | E-mail to S. Snell regarding settlement agreement. | 03 | .20 |
| 10/02/07 | TBR | Conference call with J. Robinson, J. Wharton, R. Fletemeyer regarding setoff issues. | 03 | .40 |

TOTAL BILLABLE HOURS        2.00

TOTAL FEES                        660.00

- - - - - - - - - -

TOTAL FEES                        660.00

Matter Total                     660.00
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   EMPLOYMENT SECONDMENT                 000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/07 | C_G | Edited position statement on the Thomas Charge of Discrimination; drafted responses to discovery requests. | 06 | 2.80 |
| 10/08/07 | C_G | Finalized position statement and discovery responses on the Thomas Charge; e-mailed position statement and discovery responses to Jeff Peterson for his review. | 06 | .80 |
| 10/08/07 | C_G | Attention to request for additional information on the Chenault Charge of Discrimination. | 06 | 1.80 |
| 10/11/07 | C_G | Finalized Thomas Position Statement for filing; prepared exhibits for filing; filed Thomas Position Statement. | 06 | 1.40 |
| 10/15/07 | C_G | Finalized and sent responses to request for additional information on the Chenault Charge. | 06 | .80 |
| 10/22/07 | C_G | Review of request for additional information on the Thomas Charge of Discrimination; e-mail to Mary Miller regarding additional information. | 06 | .80 |
| 10/22/07 | C_G | Review of Request for Additional Information on the Manuel Martinez Charge of Discrimination; call to Kathy Keith regarding Manuel Martinez Charge of Discrimination. | 06 | .80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8361609

| 10/23/07 | C_G | Discussion with Mary Miller regarding the additional documents requested on the Thomas Charge of Discrimination; drafted a letter requesting an extension to respond. | 06 | 1.00 |
| 10/23/07 | C_G | Discussion with Kathy Keith regarding additional documentation for the Manuel Martinez Charge of Discrimination; drafted letter requesting an extension. | 06 | .50 |
| 10/24/07 | C_G | Conversation with Kathy Keith regarding additional information for Thomas Charge of Discrimination; fax to Kathy Keith. | 06 | .30 |
| 10/30/07 | C_G | Review of information from Kathy Keith on the Manuel Martinez Charge; e-mail to Jeff Peterson regarding information. | 06 | 1.00 |
| 10/30/07 | C_G | Review of documents received from Mary Miller on the Thomas Charge; sent additional documents to the Investigator on the Thomas Charge. | 06 | 1.50 |

                    TOTAL BILLABLE HOURS        13.50

                         TOTAL FEES                      3442.50

DISBURSEMENTS:

        Copies                              166.30
        Special Postal Charges               18.69
                                          ----------
                                             184.99

                    TOTAL FEES                         3442.50

                    TOTAL DISBURSEMENTS                  184.99
                                              _____

                    Matter Total                       3627.49
                                              ====================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BROCKWAY PRESSED METALS, INC.          000115900-0080

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/07 | MEW | Conference with M. Everett regarding signing final Brockway settlement letter. | 03 | .30 |

TOTAL BILLABLE HOURS        0.30

TOTAL FEES                             99.00

DISBURSEMENTS:

Copies                                      3.30
                                     ----------
                                            3.30

TOTAL FEES                              99.00

TOTAL DISBURSEMENTS                      3.30
                                     ----------
Matter Total                           102.30
                                     =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  POST BANKRUPTCY GENERAL              000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/08/07 | TBR | Worked on response to fee objection. | 08 | .50 |
| 10/09/07 | TBR | Finalized letter regarding Delphi fee objection. | 08 | .20 |
| 10/09/07 | TBR | E-mails with T. Matz regarding fee objection. | 08 | .40 |
| 10/10/07 | TBR | Review Michner Plating docket. | 03 | 1.00 |
| 10/10/07 | TBR | E-mails with A. Perry regarding claims. | 03 | .50 |
| 10/12/07 | TBR | Telephone conference and e-mail with T. Willingham regarding Grant Thorton. | 03 | .40 |
| 10/23/07 | TBR | Prepared monthly fee statement. | 07 | .50 |
| 10/24/07 | TBR | Worked on FTS status report. | 03 | 1.50 |
| 10/25/07 | TBR | Completed status report on FTS cases. | 03 | 1.50 |


TOTAL BILLABLE HOURS        6.50

TOTAL FEES            2145.00

- - - - - - - - - -

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


TOTAL FEES                    2145.00
                         _____

Matter Total                  2145.00
                         ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.       000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/07 | BS | Pull cases cited in notice of removal, response to motion to remand and sur-reply to our reply to Segway's response | 10 | .90 |
| 10/08/07 | D D | Various e-mail to/from Jim Derian with Segway's Sur-Reply regarding Motion to Remand. | 10 | .40 |
| 10/11/07 | D D | Review file and prepare for hearing on Motion to Remand. | 10 | 5.50 |
| 10/11/07 | D D | Attend hearing on Delphi's Motion to Remand in the U.S. District Court for the Eastern District of Michigan. | 10 | 1.50 |
| 10/11/07 | BS | Meet with Dan Dulworth to discuss upcoming hearing, motion to remand. | 10 | .60 |
| 10/11/07 | M_N | Call with Dulworth regarding sur-reply brief. | 10 | .20 |
| 10/16/07 | D D | Review and analysis of Opinion and Order granting Plaintiff's Motion to Remand. | 10 | .40 |
| 10/16/07 | D D | Conference with Ben Steffans regarding responding to Segway's Motion to Dismiss and Sanctions. | 10 | .30 |
| 10/16/07 | D D | E-mail from/to Jim Derian and Jim Wynne regarding Court's Order on Motion to Remand. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8361609

| Date | Initials | Description | | |
|---|---|---|---|---|
| 10/16/07 | BS | Determine preliminary procedure after removal by reading post-removal statute | 10 | .60 |
| 10/16/07 | BS | Determine if costs associated with successful motion for remand are discretionary or mandatory | 10 | .40 |
| 10/17/07 | D D | Receipt and review of Notice from Court remanding action to the Oakland County Circuit Court. | 10 | .20 |
| 10/17/07 | D D | Prepare e-mail to Jim Derian regarding Notice of Remand to the Oakland County Circuit Court. | 10 | .20 |
| 10/29/07 | D D | Receipt and review of Notice from Federal Court of acknowledgment by Oakland County Circuit Court of receipt of file. | 10 | .20 |
| 10/31/07 | D D | Receipt and review of Notice of Pretrial. | 10 | .20 |
| 10/31/07 | D D | Receipt and review of Order to Show Cause regarding entry of default as to Segway. | 10 | .20 |
| 10/31/07 | D D | Confer with Ben Steffans regarding potential default against Segway. | 10 | .30 |

                     TOTAL BILLABLE HOURS        12.40

                          TOTAL FEES                    2748.80

DISBURSEMENTS:

        Copies                                    2.40
                                              ----------
                                                   2.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


                        TOTAL FEES              2748.80

                    TOTAL DISBURSEMENTS            2.40
                                        _____

                        Matter Total            2751.20
                                        ====================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                                      000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/07 | TBR | E-mails with L. Agasse regarding postpetition claim. | 03 | .40 |
| 10/01/07 | TBR | E-mail to M. Freelander regarding postpetition claim. | 03 | .20 |
| 10/03/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | 1.50 |
| 10/10/07 | TBR | Review file regarding Parker Hannifin claim. | 03 | 1.00 |
| 10/15/07 | TBR | E-mail and telephone conference with J. Bambery regarding BBK escrow. | 03 | .50 |
| 10/15/07 | TBR | Review Hammer, Seewer e-mails regarding Settlement Agreement. | 03 | .40 |
| 10/15/07 | TBR | Telephone conference with L. Agasse regarding Settlement Agreement. | 03 | .30 |
| 10/15/07 | TBR | Review file regarding cash infusions. | 03 | .50 |
| 10/16/07 | TBR | E-mails and telephone conferences with L. Agasse, J. Pierini regarding Settlement Agreement, BBK summary. | 03 | 1.00 |
| 10/16/07 | TBR | E-mails and telephone conference with J. Bambery regarding BBK summary. | 03 | .50 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2584883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

| Date | Initials | Description | | |
|------|----------|-------------|---|---|
| 10/17/07 | TBR | Telephone conference with L. Agasse regarding BBK trust settlement, proof of claim, Parker Hannifin. | 03 | .70 |
| 10/17/07 | TBR | Review Agasse e-mails regarding Proof of Claim. | 03 | .30 |
| 10/17/07 | TBR | Review Proof of Claim. | 03 | .30 |
| 10/17/07 | MEW | Attention to claim status, settlement, amending claim. | 03 | .50 |
| 10/17/07 | MEW | Telephone conferences with Lisa Agasse, T. Radom re: claim. | 03 | .50 |
| 10/18/07 | TBR | E-mail to M. Wilkins regarding Amended Proof of Claim. | 03 | .20 |
| 10/18/07 | TBR | Telephone conference with L. Agasse regarding settlement agreement. | 03 | .20 |
| 10/18/07 | TBR | E-mail to M. Freedlander regarding settlement agreement. | 03 | .20 |
| 10/19/07 | TBR | Review Agasse e-mail regarding BBK Trust settlement. | 03 | .20 |
| 10/22/07 | TBR | E-mail to Customers, Freedlander regarding signed Settlement Agreement. | 03 | .20 |
| 10/22/07 | TBR | E-mail to M. Freedlander regarding postpetition payable. | 03 | .20 |
| 10/23/07 | TBR | Review and respond to Seewer e-mail regarding BBK Trust settlement agreement. | 03 | .20 |
| 10/23/07 | TBR | E-mail with M. Freedlander regarding postpetition claim. | 03 | .40 |
| 10/23/07 | TBR | E-mails with A. Perry, L. Agasse regarding postpetition claim. | 03 | .60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8361609

| Date | | Description | | |
|---|---|---|---|---|
| 10/23/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of pleadings; case administration. | 03 | .30 |
| 10/29/07 | TBR | Review open action items. | 03 | .40 |

TOTAL BILLABLE HOURS     11.70

TOTAL FEES          3454.20

DISBURSEMENTS:

        Copies                                    1.80
                                            ----------
                                                  1.80


        TOTAL FEES                            3454.20

        TOTAL DISBURSEMENTS                       1.80
                                            _____

        Matter Total                          3456.00
                                            ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  INNOVATIVE GROUP GLOBAL, INC.          000115900-0122

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/23/07 | MEW | Work with Paula Hall to prepare and file claim. | 03 | .50 |
| 10/23/07 | P H | Research status of bankruptcy. | 03 | .90 |
| 10/23/07 | P H | Review loan and security documents. | 03 | .90 |
| 10/23/07 | P H | Prepare and attention to filing proof of claim. | 03 | .80 |

TOTAL BILLABLE HOURS        3.10

TOTAL FEES              737.00

- - - - - - - - - -

TOTAL FEES              737.00

Matter Total           737.00
============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  TENATRONICS LTD.                        000115900-0126

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/25/07 | TBR | Telephone conference and e-mail with L. Agasse regarding distributions. | 03 | .40 |
| 10/25/07 | TBR | Telephone conference with P. Goy regarding distributions. | 03 | .20 |
| 10/25/07 | TBR | E-mails with L. Ellis regarding distributions. | 03 | .40 |

TOTAL BILLABLE HOURS          1.00

TOTAL FEES               330.00

- - - - - - - - - -

TOTAL FEES               330.00

Matter Total             330.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  QC ONICS                              000115900-0128


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/30/07 | MEW | Status email from T. Yoder (regarding sale of automobiles by Trustee). | 03 | .10 |

TOTAL BILLABLE HOURS        0.10

TOTAL FEES                          33.00

- - - - - - - - - -

TOTAL FEES                          33.00

Matter Total                       33.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   INTERIOR GROUP SALE                    000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/07 | SJ | Review and comment on latest revised leases from Renco | 03 | 1.20 |
| 10/08/07 | SJ | Review Renco changes to MSA | 03 | .50 |
| 10/09/07 | SJ | Review and respond to Renco revisions to MSPA. | 03 | .40 |
| 10/10/07 | SJ | Participated in legal conference call | 03 | .40 |
| 10/10/07 | SJ | Call with Renco attorneys | 03 | .50 |
| 10/15/07 | SJ | Calls from M. Fakuda and D. Bicknell regarding Troy and Vandalia leases | 03 | .40 |
| 10/15/07 | SJ | Follow up communication with Dennis Sadlowski with revised indemnification section language | 03 | .70 |
| 10/16/07 | SJ | Review final MSPA environmental provisions as negotiated by M. Fakuda | 03 | .90 |
| 10/17/07 | SJ | Closures legal team conference call | 03 | .50 |
| 10/24/07 | SJ | Prepare environmental provisions summary of MSPA and leases | 03 | 4.20 |
| 10/25/07 | SJ | Call with M. Hester regarding environmental provisions summary and follow up with D. Bicknell | 03 | .20 |
| 10/29/07 | SJ | Transition Team Conference Call | 03 | 1.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


TOTAL BILLABLE HOURS          11.70

TOTAL FEES                    2761.20

DISBURSEMENTS:

     Telephone Charges                          14.73
                                           -----------
                                                14.73


          TOTAL FEES                           2761.20

          TOTAL DISBURSEMENTS                     14.73
                                           -----------
          Matter Total                         2775.93
                                           ===========

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   REMY INTERNATIONAL                     000115900-0135

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/16/07 | TBR | Review and reply to A. Perry e-mail regarding Chapter 11 filing. | 03 | .40 |
| 10/16/07 | TBR | Review court docket. | 03 | .80 |
| 10/17/07 | L H | Reviewed and obtained copies of pleadings in Remy bankruptcy matter in the US Bankruptcy Court, District of Delaware, regarding plan of reorganization, disclosure statement, and postpetition financing documents. | 03 | 4.00 |
| 10/18/07 | TBR | Preliminary review of chapter 11 pleadings. | 03 | .50 |
| 10/19/07 | TBR | E-mail to A. Perry regarding court documents. | 03 | .20 |
| 10/22/07 | TBR | Commenced review of Chapter 11 Plan and Disclosure Statement, First Day Motions. | 03 | 3.50 |
| 10/22/07 | TBR | Telephone conference with A. Perry regarding status of review. | 03 | .30 |
| 10/22/07 | TBR | Review and respond to Perry e-mail regarding Delphi Korea. | 03 | .40 |

TOTAL BILLABLE HOURS        10.10

TOTAL FEES            2429.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


DISBURSEMENTS:

         Copies                                    183.00
                                              ----------
                                                   183.00


                         TOTAL FEES               2429.00

                         TOTAL DISBURSEMENTS        183.00
                                              _____

                         Matter Total            2612.00
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ACCESS ELECTRONICS, INC.            000115900-0139


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/07 | TBR | Review signed agreements. | 03 | .40 |
| 10/01/07 | RTW | Consultations with Peggy Murray regarding filing requirements in Illinois for UCC-1 Financing Statement. | 03 | .30 |
| 10/01/07 | RTW | Attention to e-mail from Thomas Radom re: filing. | 03 | .10 |
| 10/01/07 | RTW | E-mail to Ms. Murray re: filing. | 03 | .10 |
| 10/01/07 | MLM | Revised Financing Statement to comply with Illinois filing requirements and submitted for filing. | 03 | .60 |
| 10/01/07 | MLM | Receipt and review of estimate from CT Corp for filing. | 03 | .20 |
| 10/01/07 | MLM | Phone call to CT Corporation re turnaround time for filing Financing Statement and filing requirements, in Illinios. | 03 | .30 |
| 10/02/07 | TBR | Review Access financials. | 03 | .50 |
| 10/02/07 | TBR | E-mail to M. Olson regarding Access financials. | 03 | .20 |
| 10/02/07 | TBR | E-mail to Delphi Team regarding summary of closing documents. | 03 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 10/02/07 | TBR | E-mails with J. Hanusa regarding original note. | 03 | .40 |
| 10/02/07 | TBR | Letter to M. Boyce regarding original signature pages. | 03 | .20 |
| 10/02/07 | RTW | Attention to review of UCC Financing Statement. | 03 | .10 |
| 10/02/07 | RTW | Attention to e-mail from Peggy Murray re: filing of same. | 03 | .10 |
| 10/05/07 | TBR | E-mails with A. Tabangay regarding Note. | 03 | .40 |
| 10/08/07 | RTW | Consultation with Peggy Murray regarding UCC search follow-up on filing. | 03 | .20 |
| 10/08/07 | MLM | Ordered post-filing search. | 03 | .30 |
| 10/08/07 | MLM | Receipt of acknowledgement copy of Financing Statement. | 03 | .20 |
| 10/09/07 | TBR | Follow up on loan documents from Midwest. | 03 | .20 |
| 10/10/07 | TBR | E-mails with J. Hanusa regarding Note. | 03 | .40 |
| 10/11/07 | TBR | Review Olson e-mail regarding Inventory Agreement. | 03 | .20 |
| 10/12/07 | TBR | Review filed UCC-1. | 03 | .20 |
| 10/15/07 | TBR | Review Inventory Repurchase Agreement. | 03 | .20 |
| 10/15/07 | TBR | Draft and revise letter regarding Inventory Repurchase Agreement. | 03 | .50 |
| 10/15/07 | TBR | Telephone conferences and e-mails with L. Agasse, M. Olsen regarding Agreement. | 03 | .50 |
| 10/15/07 | RTW | Attention to UCC search results received from CT Corporation. | 03 | .30 |
| 10/15/07 | MLM | Receipt and review of UCC search results confirming filing of Financing Statement. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

| Date | By | Description | | |
|------|-----|-------------|---|---|
| 10/16/07 | RTW | Attention to review of UCC search report. | 03 | .20 |
| 10/16/07 | RTW | Report to Thomas Radom re: UCC search report. | 03 | .10 |
| 10/22/07 | TBR | E-mails with M. Boyce regarding Guaranty. | 03 | .40 |
| 10/26/07 | TBR | Letter to A. Tabangay regarding Note cancellation. | 03 | .20 |
| 10/26/07 | TBR | E-mail to L. Agasse, M. Olson regarding Note cancellation. | 03 | .20 |

                    TOTAL BILLABLE HOURS        9.60

                          TOTAL FEES              2577.00

DISBURSEMENTS:

        Copies                              28.80
                                        ----------
                                            28.80


                    TOTAL FEES               2577.00

                    TOTAL DISBURSEMENTS         28.80
                                        ----------

                    Matter Total             2605.80
                                        ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING              000115900-0142


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/07 | MTT | Draft letter to opposing counsel regarding deficient discovery responses. | 10 | .30 |
| 10/02/07 | MTT | Review discovery responses and documents. | 10 | 1.00 |
| 10/04/07 | JEW | Isolate, examine and organize material certifications produced by defendant in preparation for examination of adverse witnesses and preparation of our own case in chief. | 10 | 2.50 |
| 10/05/07 | JEW | Assess degree of non compliance with requirement for responsive document production by defendant and work on developing a remedy therefor. | 10 | 1.00 |
| 10/05/07 | MTT | Communicate with L. Clark regarding organization of documents produced by PPG. | 10 | .20 |
| 10/05/07 | MTT | Meeting with J. Wynne regarding defendant's document production issues. | 10 | .50 |
| 10/08/07 | MTT | Revise and send letter to opposing counsel regarding deficiencies in discovery responses. | 10 | .40 |
| 10/08/07 | MTT | Communicate with E. White regarding organization of documents produced by PPG. | 10 | .10 |
| 10/09/07 | EEW | Begin reviewing and organizing PPG documents per M. Taylor. | 10 | 3.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                 November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

| | | | | |
|---|---|---|---|---|
| 10/10/07 | MTT | Work on document analysis of additional records produced by PPG | 10 | .30 |
| 10/10/07 | EEW | Continue review and organization of PPG production documents. | 10 | 6.30 |
| 10/11/07 | EEW | Continue to organize PPG production documents. | 10 | 2.50 |
| 10/12/07 | EEW | Continue organizing PPG document production per M. Taylor. | 10 | 3.40 |
| 10/15/07 | EEW | Finalize organized PPG production documents per M. Taylor. | 10 | .40 |
| 10/16/07 | MTT | Provide discovery status update to J. Wynne | 10 | .20 |
| 10/18/07 | JEW | Prep for and conference with client counsel regarding status and prospects of this litigation. | 10 | .30 |
| 10/18/07 | JEW | Conference with client executive regarding status and prospects of this litigation. | 10 | .10 |
| 10/23/07 | MTT | Review PPG production | 10 | .80 |

TOTAL BILLABLE HOURS      23.50

TOTAL FEES            3412.00

DISBURSEMENTS:

Copies                                    172.30
                                       ----------
                                          172.30

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


TOTAL FEES                    3412.00

TOTAL DISBURSEMENTS            172.30

Matter Total                 3584.30
==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2364883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  IDEAL TOOL                                  000115900-0151


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/02/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .30 |
| 10/02/07 | TBR | Telephone conference with T. Willingham regarding potential sale of business. | 03 | .20 |
| 10/04/07 | TBR | Review e-mails from Delphi Team regarding POs. | 03 | .60 |
| 10/04/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .40 |
| 10/04/07 | TBR | Telephone conference with H. Ligoure regarding PO issues. | 03 | .20 |
| 10/04/07 | TBR | Review H. Ligoure e-mail regarding call notes. | 03 | .20 |
| 10/05/07 | TBR | Review POs. | 03 | 1.20 |
| 10/08/07 | TBR | Completed POs review and analysis. | 03 | .80 |
| 10/08/07 | TBR | Review Willingham e-mail regarding status. | 03 | .20 |
| 10/08/07 | TBR | Review H. Ligoure e-mail regarding POs. | 03 | .20 |
| 10/09/07 | TBR | Conference call with Delphi Team regarding action items. | 03 | .30 |
| 10/09/07 | TBR | Review Ligoure e-mail regarding notes of October 9 call. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                   November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

| Date | | Description | | |
|---|---|---|---|---|
| 10/10/07 | TBR | Review and respond to H. Ligoure e-mail regarding Carretti. | 03 | .20 |
| 10/11/07 | TBR | E-mails with H. Ligoure, T. Willingham regarding Carretti e-mail. | 03 | .40 |
| 10/11/07 | TBR | E-mails with T. Willingham regarding progress at Ideal. | 03 | .40 |
| 10/18/07 | TBR | Review Razzano e-mail regarding meeting notes. | 03 | .20 |
| 10/19/07 | TBR | Telephone conference and e-mail with H. Ligoure regarding Trade Adjustment Act letter. | 03 | .50 |
| 10/23/07 | TBR | Telephone conference with G. Hunter regarding Powertrain parts resourcing. | 03 | .30 |
| 10/23/07 | TBR | Telephone conference with G. Hunter, T. Willingham regarding Powertrain. | 03 | .40 |
| 10/23/07 | TBR | Review Delphi T & Cs regarding Powertrain resourcing. | 03 | .20 |

TOTAL BILLABLE HOURS        7.40

TOTAL FEES            2442.00

DISBURSEMENTS:

Copies                                          5.90
                                        ----------
                                              5.90

TOTAL FEES                       2442.00

TOTAL DISBURSEMENTS                 5.90

Matter Total                     2447.90
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  2007 PROPERTY TAX APPEAL/AUBURN HILLS    000115900-0152

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/22/07 | CR | Email copy to R. Arrigo for his review. | 21 | .20 |
| 10/22/07 | CR | Review proposed Scheduling Order submitted by Respondent. | 21 | .30 |
| 10/24/07 | CR | Conference calls with R. Arrigo to review and discuss appraisers and MTT Scheduling Order. | 21 | .50 |
| 10/24/07 | CR | Review and revise MTT Scheduling Order. | 21 | .20 |
| 10/24/07 | CR | Conference call with D. Beckerleg to discuss Scheduling Order. | 21 | .50 |
| 10/24/07 | CR | Prepare correspondence regarding Scheduling Order. | 21 | .30 |

TOTAL BILLABLE HOURS        2.00

TOTAL FEES              650.00

DISBURSEMENTS:

Copies                                          0.60
                                          ----------
                                                0.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8361609

| | |
|---|---|
| TOTAL FEES | 650.00 |
| TOTAL DISBURSEMENTS | 0.60 |
| Matter Total | 650.60 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ROCKFORD PRODUCTS CORPORATION          000115900-0162


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/07 | TBR | Review revised Guaranty Agreement. | 03 | .20 |
| 10/01/07 | TBR | E-mail with J. Bronz regarding revised Guaranty Agreement. | 03 | .20 |
| 10/05/07 | TBR | Conference with M. Newman regarding status. | 03 | .30 |
| 10/05/07 | TBR | E-mail to Delphi Team regarding status. | 03 | .20 |
| 10/09/07 | TBR | Conference with M. Newman regarding status of operations, Bank and Committee demands. | 03 | .50 |
| 10/15/07 | TBR | E-mails with M. Everett regarding status of operations. | 03 | .40 |
| 10/15/07 | TBR | Conference with M. Newman regarding status. | 03 | .20 |

TOTAL BILLABLE HOURS          2.00

TOTAL FEES                   660.00

----------

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


TOTAL FEES              660.00
                      ─────────────

        Matter Total          660.00
                      ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  GDX AUTOMOTIVE                          000115900-0165


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/07 | TBR | E-mails with Delphi Team regarding revised letter agreement. | 03 | .60 |
| 10/01/07 | TBR | Further revision to letter agreement. | 03 | .50 |
| 10/01/07 | TBR | E-mail to S. Freedman regarding revised letter agreement. | 03 | .20 |
| 10/01/07 | TBR | Telephone conference with T. Willingham regarding letter agreement. | 03 | .20 |
| 10/08/07 | TBR | E-mails with A. Macrino regarding status of letter agreement. | 03 | .40 |
| 10/08/07 | TBR | E-mail to S. Freedman regarding letter. | 03 | .20 |
| 10/10/07 | TBR | E-mails with A. Macrino regarding letter. | 03 | .40 |
| 10/11/07 | TBR | Telephone conference and e-mail with T. Willingham regarding letter agreement. | 03 | .40 |
| 10/12/07 | TBR | Telephone conference and e-mail with T. Willingham regarding letter agreement. | 03 | .40 |
| 10/15/07 | TBR | Review Macrino e-mail regarding letter agreement. | 03 | .20 |
| 10/15/07 | TBR | Revise letter agreement. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

| | | | | |
|---|---|---|---|---|
| 10/15/07 | TBR | E-mail to Delphi Team regarding letter agreement. | 03 | .20 |
| 10/15/07 | TBR | Review Tarnawsky e-mail regarding letter agreement. | 03 | .20 |
| 10/16/07 | TBR | E-mails and telephone conferences with Delphi Team regarding production issues. | 03 | 1.50 |
| 10/18/07 | TBR | Review J. VanderMass e-mail regarding projected cash burn. | 03 | .30 |
| 10/19/07 | TBR | Review Willingham, Macrino e-mails regarding extra production cost. | 03 | .40 |
| 10/23/07 | TBR | Conference call with Delphi Team regarding status of Bank build schedule, other production issues. | 03 | .60 |
| 10/23/07 | TBR | Telephone conference with T. Willingham regarding meeting with GDX. | 03 | .30 |
| 10/23/07 | TBR | Review spreadsheet on production costs. | 03 | .30 |
| 10/25/07 | TBR | Review e-mails regarding production issues. | 03 | .20 |
| 10/25/07 | TBR | Meeting with Delphi Team, GDX, Grant Thorton regarding production. | 03 | 1.50 |
| 10/25/07 | TBR | Review T. Willingham e-mail regarding meeting notes. | 03 | .20 |
| 10/26/07 | TBR | Telephone conference with T. Willingham regarding access, other issues. | 03 | .20 |
| 10/26/07 | TBR | Worked on Access Agreement. | 03 | .70 |
| 10/29/07 | TBR | Continued work on Access Agreement. | 03 | 1.00 |
| 10/30/07 | TBR | Worked on terms and conditions regarding access rights. | 03 | 1.00 |
| 10/30/07 | TBR | E-mail with A. Macrino regarding Agreement status. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8361609

| | | | | |
|---|---|---|---|---|
| 10/31/07 | TBR | Completed revised draft of letter agreement with terms of right of access. | 03 | 2.00 |
| 10/31/07 | TBR | Review and reply to J. Pierini e-mail regarding contract enforcement through litigation. | 03 | .40 |
| 10/31/07 | TBR | Conference with D. Sharkey regarding contract enforcement. | 03 | .30 |
| 10/31/07 | TBR | Conference call with Delphi Team regarding contract enforcement. | 03 | .20 |

TOTAL BILLABLE HOURS          15.40

TOTAL FEES          5082.00

DISBURSEMENTS:

        Copies                                        3.50
                                              ------------
                                                      3.50


        TOTAL FEES                            5082.00

        TOTAL DISBURSEMENTS                      3.50
                                              ------------
        Matter Total                          5085.50
                                              ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  LUNT MANUFACTURING                      000115900-0166

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/01/07 | TBR | Telephone conference with T. Willingham regarding status. | 03 | .20 |
| 10/24/07 | TBR | E-mails with D. Deibel regarding Accommodation Agreement. | 03 | .40 |
| 10/26/07 | TBR | Review L. Agasse e-mail regarding Accommodation Agreement. | 03 | .20 |
| 10/30/07 | TBR | Worked on Exit Agreement. | 03 | 1.50 |
| 10/30/07 | TBR | E-mails with A. Bladecki regarding Agreement. | 03 | .40 |
| 10/31/07 | TBR | Completed draft Exit Agreement. | 03 | 1.50 |
| 10/31/07 | TBR | E-mail to Delphi Team regarding Exit Agreement. | 03 | .20 |

                    TOTAL BILLABLE HOURS        4.40

                          TOTAL FEES            1452.00

DISBURSEMENTS:

        Copies                              5.60
                                        ----------
                                            5.60

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                                November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


            TOTAL FEES              1452.00

            TOTAL DISBURSEMENTS        5.60
                                   _____

            Matter Total           1457.60
                                   ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PRECISION HARNESS, INC.                    000115900-0167


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/30/07 | TBR | Telephone conference with L. Agasse, J. Pierini regarding background. | 03 | .40 |
| 10/30/07 | TBR | Conference call with Delphi Team regarding strategy, legal issues. | 03 | .60 |
| 10/30/07 | TBR | Review client documents. | 03 | .60 |

                    TOTAL BILLABLE HOURS       1.60

                        TOTAL FEES                 528.00

                                              - - - - - - - - - -


                        TOTAL FEES                 528.00

                    Matter Total                   528.00
                                              ==============

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    November 26, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8361609


        [PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:   UNITED PLASTICS GROUP            000115900-0168


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 10/30/07 | TBR | Telephone conference with M. Everett regarding background. | 03 | .30 |
| 10/30/07 | TBR | E-mail to C. Bevin regarding Exit Agreement. | 03 | .20 |

                TOTAL BILLABLE HOURS        0.50

                        TOTAL FEES              165.00

                            - - - - - - - - - -


                    TOTAL FEES              165.00

                        Matter Total          165.00
                        ==============