# EXHIBIT F
## (Part 2 of 3)

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

December 28, 2007

To:   David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan, Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

## Summary of Total Billable Hours by Category
### for the Period November 1, 2007 through November 30, 2007

| __Matter Description__ | __Hours__ | __Amount__ |
|---|---|---|
| Business Operations | 94.70 | $30,068.80 |
| Case Administration | 1.00 | $330.00 |
| Employee Benefits/Pensions | 5.40 | $1,377.00 |
| Fee/Employment Applications | .50 | $165.00 |
| Litigation | 136.40 | $27,915.85 |
| Totals: | __238.00__ | __$59,856.65__ |

## Summary of Disbursements
### for the Period November 1, 2007 through November 30, 2007

| Disbursement | Amount |
|---|---|
| Copies | $68.20 |
| Digital Reproduction | $92.10 |
| Special Postal Charges | $7.40 |
| Express Delivery | $11.82 |
| CT Corporation Services | $127.00 |
| Filing Fees | $2.48 |
| Certified Copies | $10.00 |
| Miscellaneous Charges – Vendor: American Institute in Taiwan | $735.00 |
| Document Copy Charges – Vendor: Detroit Legal Imaging | $1,955.32 |
| Totals: | **$3,009.32** |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period November 1, 2007 through November 30, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1983 | $385.00 | .50 | $192.50 |
| Mark T. Nelson | Shareholder | 1977 | $345.00 | 4.20 | $1,449.00 |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 86.60 | $28,578.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | .50 | $165.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 10.90 | $3,313.60 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | 1.10 | $301.95 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 5.40 | $1,377.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 17.60 | $4,294.40 |
| Lynn A. Sheehy | Shareholder | 1985 | $244.00 | 36.80 | $8,979.20 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 3.90 | $920.40 |
| Paula A. Hall | Associate | 2000 | $220.00 | 3.10 | $682.00 |

| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 14.10 | $3,102.00 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 38.00 | $5,016.00 |

**Paralegals**

| Leonor Hendricksen | Paralegal | | $104.00 | 2.10 | $218.40 |
| Denise E. Gau | Paralegal | | $96.00 | 13.20 | $1,267.20 |

| Grand Total: | | | | **238.00** | **$59,856.65** |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384885)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  U.S. AEROTEAM, INC.                    000115900-0035


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/06/07 | TBR | Review Court docket. | 03 | .30 |
| 11/06/07 | TBR | Telephone conference with J. Papelian regarding status. | 03 | .20 |


TOTAL BILLABLE HOURS        0.50

TOTAL FEES                      165.00

- - - - - - - - - -


TOTAL FEES                      165.00

Matter Total                    165.00
===============

165.00
165.00

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  INTERMET CORPORATION                    000115900-0068


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/07 | TBR | Review file regarding Contract Modification Agreement, assumption order. | 03 | 1.00 |
| 11/01/07 | TBR | E-mail to K. Craft regarding contract, order. | 03 | .20 |

TOTAL BILLABLE HOURS     1.20

TOTAL FEES     396.00

DISBURSEMENTS:

Copies                                              0.40
                                          - - - - - - - - - -
                                                    0.40


TOTAL FEES                              396.00

TOTAL DISBURSEMENTS                       0.40
                                     ─────────────
Matter Total                            396.40
                                     =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  STARBROOK INDUSTRIES                    000115900-0073


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/30/07 | TBR | Conference calls with Delphi Team regarding emergency funding, letter agreement. | 03 | 1.00 |
| 11/30/07 | TBR | Draft and revise letter agreement. | 03 | 1.00 |
| 11/30/07 | TBR | E-mails with Delphi Team regarding letter agreement. | 03 | .70 |

TOTAL BILLABLE HOURS     2.70

TOTAL FEES                    891.00

- - - - - - - - - -

TOTAL FEES                    891.00

Matter Total                 891.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   EMPLOYMENT SECONDMENT                    000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/07 | C_G | Brief research on the ADA for the response to the request for more information on the Martinez Charge; drafted Response to Investigator Calhoun's request for more information; served Response. | 06 | 1.10 |
| 11/01/07 | C_G | Reviewed request for additional information on the Mendoza Charge. | 06 | .10 |
| 11/05/07 | C_G | Call to plant regarding necessary additional information on the Mendoza Charge; cross-referenced request with information given on the Martinez case. | 06 | .80 |
| 11/05/07 | C_G | Call from the Investigator on the Thomas Charge regarding settlement; review of documents produced; e-mail to Jeff Peterson regarding Investigator's settlement inquiry and my recommendation not to engage in settlement discussions at this point based on the strength of the case. | 06 | .50 |
| 11/09/07 | C_G | Call to Jeff Peterson regarding the possible settlement of the Thomas and Martinez Charges. | 06 | .10 |
| 11/09/07 | C_G | Drafted and sent response to Questionnaire on the Mendoza Charge. | 06 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

| Date | | Description | | |
|---|---|---|---|---|
| 11/13/07 | C_G | Reviewed Jeff Peterson's e-mails, with case cites, regarding potential settlement of the Martinez Charge. | 06 | .10 |
| 11/14/07 | C_G | Drafted Settlement and Release Agreement for the Martinez Charge; e-mailed Settlement and Release Agreement to Jeff Peterson for his review. | 06 | .90 |
| 11/16/07 | C_G | Finalized Settlement Offer on the Martinez case; sent settlement offer to Investigator Calhoun. | 06 | .80 |

                        TOTAL BILLABLE HOURS        5.40

                              TOTAL FEES              1377.00

DISBURSEMENTS:

        Copies                              10.70
        Special Postal Charges               2.80
                                         ----------
                                             13.50


                        TOTAL FEES              1377.00

                        TOTAL DISBURSEMENTS       13.50
                                         _____

                        Matter Total            1390.50
                                         =============


                                         1377.00
                                         1377.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  POST BANKRUPTCY GENERAL                  000115900-0100


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/09/07 | TBR | Worked on monthly fee application. | 07 | .50 |
| 11/16/07 | TBR | Drafted status report on FTS matters. | 04 | 1.00 |

TOTAL BILLABLE HOURS        1.50

TOTAL FEES            495.00

DISBURSEMENTS:

Copies                                    5.60
                                    -----------
                                          5.60


TOTAL FEES                 495.00

TOTAL DISBURSEMENTS          5.60
                          ----------
Matter Total             500.60
                        ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


        RE:  MPC                                    000115900-0107


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/13/07 | TBR | E-mails with E. Erman regarding surplus funds. | 03 | .40 |
| 11/16/07 | TBR | E-mails with A. Masse regarding customer percentages. | 03 | .50 |

                    TOTAL BILLABLE HOURS      0.90

                        TOTAL FEES                297.00

                                           - - - - - - - - - -


                    TOTAL FEES                    297.00

                        Matter Total              297.00
                                           =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.    000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/07 | D D | Conferences with Ben Steffans regarding default issue and procedures. | 10 | .40 |
| 11/01/07 | D D | Review and analysis of memo from Ben Steffans regarding defaulting Defendant upon remand from Federal to State Court. | 10 | .40 |
| 11/01/07 | D D | Review and analysis of file regarding procedural timeline and whether Defendant failed to timely answer the Complaint. | 10 | .30 |
| 11/01/07 | D D | Conference with Ben Steffans regarding responding to Segway's Summary Disposition Motion. | 10 | .20 |
| 11/01/07 | D D | Numerous telephone conferences with Andrew Doctoroff regarding Order to Show Cause as to default of Segway. | 10 | .80 |
| 11/01/07 | D D | Telephone conference with Jim Derian regarding Order as to Default and uploading documents into Summation. | 10 | .30 |
| 11/01/07 | D D | E-mail to/from opposing counsel regarding Order to Show Cause as to possible default of Segway. | 10 | .30 |
| 11/01/07 | D D | E-mail to James Derian regarding Scheduling Order and Order regarding default of Segway. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 11/01/07 | D D | Telephone conference with Judge's Clerk and Andrew Doctoroff regarding Motion to Dismiss and Motion for Default. | 10 | .20 |
| 11/01/07 | BS | Research regarding whether removal notice tolls time period to answer in order to determine if Segway was in default and if we should file a motion for entry of default judgment. | 10 | 2.80 |
| 11/01/07 | BS | Draft email to D. Dulworth re: Segway default. | 10 | .80 |
| 11/02/07 | D D | E-mail to/from Andrew Doctoroff regarding canceling Show Cause Hearing on default of Segway. | 10 | .20 |
| 11/07/07 | D D | E-mail from/to Andrew Doctoroff regarding cancelation of Show Cause Hearing upon Motion for Entry of Default. | 10 | .20 |
| 11/09/07 | D D | Telephone conferences with Court regarding adjournment of Pretrial Conference. | 10 | .30 |
| 11/09/07 | D D | E-mail to opposing counsel regarding adjournment of Pretrial Conference. | 10 | .20 |
| 11/12/07 | D D | Conference with Ben Steffans regarding responding to waiver argument and Defendant's Motion for Summary Disposition. | 10 | .20 |
| 11/14/07 | D D | Telephone conference with opposing counsel regarding Plaintiff's Motion for Summary Disposition. | 10 | .20 |
| 11/15/07 | D D | Legal research regarding economic loss doctrine. | 10 | .50 |
| 11/15/07 | D D | Telephone conference with opposing counsel and Court regarding scheduling hearing and briefing deadlines for Defendant's Summary Disposition Motion. | 10 | .30 |
| 11/19/07 | LAS | Checked on scheduling. | 10 | .10 |
| 11/19/07 | LAS | Discussion re facts. | 10 | .40 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| Date | Atty | Description | | |
|---|---|---|---|---|
| 11/19/07 | LAS | Review of assignment with associate. | 10 | .30 |
| 11/19/07 | D D | Conference with Lynn Sheehy regarding responding to Defendant's Motion for Summary Disposition. | 10 | .30 |
| 11/20/07 | LAS | Research re same. | 10 | .60 |
| 11/20/07 | LAS | Reviewed brief. | 10 | 1.20 |
| 11/20/07 | LAS | Outlined arguments. | 10 | 2.00 |
| 11/20/07 | LAS | Assigned paralegal duties in case. | 10 | .20 |
| 11/20/07 | D D | Conference with Ben Steffans regarding responding to Segway's Motion for Summary Disposition. | 10 | .20 |
| 11/21/07 | LAS | Review of motion for summary disposition. | 10 | .20 |
| 11/21/07 | LAS | Research re same. | 10 | 4.30 |
| 11/21/07 | D D | Review and analysis of file, including notes, documents and legal memorandum, in preparation for responding to Segway's Summary Disposition Motion. | 10 | 2.30 |
| 11/21/07 | D D | Telephone conference with opposing counsel regarding hearing date for Segway's Summary Disposition Motion and discovery issues. | 10 | .30 |
| 11/23/07 | LAS | Review of research re same. | 10 | 1.10 |
| 11/23/07 | LAS | Review of documents for response to motion for summary disposition. | 10 | 3.50 |
| 11/26/07 | LAS | Meeting with Ben Steffens re review of documents. | 10 | .50 |
| 11/26/07 | LAS | Research re response to motion for summary disposition. | 10 | 6.80 |
| 11/26/07 | LAS | Meeting to gather facts for response to motion for summary disposition. | 10 | 1.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 11/26/07 | DEG | Begin to review and index documents. | 10 | 3.70 |
| 11/26/07 | DEG | Meeting with L. Sheehy, D. Dulworth. | 10 | 1.00 |
| 11/26/07 | DEG | Meet with L. Sheehy to obtain instructions on documents. | 10 | .30 |
| 11/26/07 | D D | Confer with Ben Steffens regarding document review. | 10 | .20 |
| 11/26/07 | D D | Confer with Lynn Sheehy regarding responding to Summary Disposition Motion. | 10 | .20 |
| 11/26/07 | D D | Continue document review for responding to Summary Disposition Motion. | 10 | 4.00 |
| 11/26/07 | D D | E-mail to/from opposing counsel regarding hearing on Summary Disposition Motion. | 10 | .20 |
| 11/26/07 | D D | Meeting with L. Sheehy and BenSteffans and Denise Gau to review documents for response to Summary Disposition Motion and plan strategy for same. | 10 | 1.30 |
| 11/26/07 | BS | Initial review of important emails and strategize regarding steps to take in writing opposition to motion to dismiss. | 10 | 1.00 |
| 11/26/07 | BS | Meeting with Denise, Dan Dulworth and Lynn Sheehy. | 10 | .50 |
| 11/26/07 | BS | Research on waivers / release. | 10 | 3.50 |
| 11/26/07 | BS | Write argument section on waiver/release enforceability in response to motion to dismiss based on enforceable waiver | 10 | 3.70 |
| 11/27/07 | LAS | Revised and drafted section of brief to respond to motion for summary disposition. | 10 | 4.00 |
| 11/27/07 | LAS | Research re same. | 10 | 1.20 |
| 11/27/07 | DEG | Review CD's. | 10 | .50 |
| 11/27/07 | DEG | E-mail to D. Dulworth and L. Sheehy. | 10 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 11/27/07 | DEG | Continue to review and index documents. | 10 | 5.20 |
| 11/27/07 | D D | Conferences with Paralegal, Denise Gau, regarding printing out materials from computer disks. | 10 | .30 |
| 11/27/07 | D D | Conference with Lynn Sheehy regarding responding to Summary Disposition Motion. | 10 | .30 |
| 11/27/07 | D D | Conferences with Ben Steffans regarding arguments concerning contract formation for responding to Summary Disposition Motion. | 10 | .70 |
| 11/27/07 | D D | E-mail to/from Jim Derian regarding document production and affidavit of Glen DeVos. | 10 | .20 |
| 11/27/07 | D D | Telephone conference with Lyle Shuey regarding producing his documents. | 10 | .30 |
| 11/27/07 | BS | Research re: oral supply contracts and ability of supplier to recover lost costs and/or anticipated profits in preparation for responding to motion to dismiss contract claims. | 10 | 5.20 |
| 11/27/07 | BS | Write response to contract section in response to Motion to Dismiss contract claims | 10 | 4.10 |
| 11/28/07 | LAS | Dealt with document issues for response to motion for summary disposition. | 10 | 1.00 |
| 11/28/07 | DEG | Continue to review and index documents. | 10 | 1.50 |
| 11/28/07 | D D | Conference with Ben Steffans regarding contract arguments for response to Summary Disposition Motion. | 10 | .30 |
| 11/28/07 | D D | Telephone conference with Court regarding adjourning Motion for Summary Disposition to January 9, 2008. | 10 | .20 |
| 11/28/07 | BS | Revise and edit contract argument. | 10 | 3.10 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| 11/28/07 | BS | Research whether Delphi's relationship with Segway would be analyzed under U.C.C. as a sale of goods in preparation for responding to motion to dismiss. | 10 | 1.40 |
|---|---|---|---|---|
| 11/28/07 | BS | Write portion of brief analyzing relationship between Delphi and Segway under UCC as sale of goods in preparation for responding to motion to dismiss. | 10 | 1.30 |
| 11/29/07 | LAS | Response to motion for summary disposition. | 10 | 6.00 |
| 11/29/07 | DEG | Make arrangements to have documents printed. | 10 | .20 |
| 11/29/07 | DEG | Meet with Lynn Sheehy regarding documents on CD's. | 10 | .30 |
| 11/29/07 | D D | Receipt and review of Notice of Pretrial of 12/4/07. | 10 | .20 |
| 11/29/07 | D D | Telephone conference with opposing counsel regarding briefing schedule for Summary Disposition Motion and discovery issues. | 10 | .30 |
| 11/29/07 | D D | Conference with Lynn Sheehy regarding various issues related to Summary Disposition Motion. | 10 | .30 |
| 11/29/07 | BS | Meeting with Lynn Sheehy choice of law. | 10 | 1.10 |
| 11/29/07 | BS | Write fact section of our response to motion to dismiss, review and edit | 10 | 3.80 |
| 11/29/07 | BS | Research 2-309 under UCC re motion to dismiss. | 10 | 2.30 |
| 11/30/07 | LAS | Response to motion for summary disposition. | 10 | 2.40 |
| 11/30/07 | DEG | Telephone call from B. Fitzgibbon regarding documents. | 10 | .30 |
| 11/30/07 | D D | Telephone conference with opposing counsel regarding Status Conference. | 10 | .30 |
| 11/30/07 | BS | Write procedural history portion of response to motion to dismiss | 10 | 1.20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

11/30/07  BS    Research re New Hampshire law.                10        2.20


              TOTAL BILLABLE HOURS       105.60

                     TOTAL FEES                      19556.80


DISBURSEMENTS:

        Copies                            63.80
        Special Postal Charges             4.60
        Document Copy Charges           1955.32
        Filing Fees                        2.48
                                        ----------
                                         2026.20


                TOTAL FEES                      19556.80

                TOTAL DISBURSEMENTS             2026.20
                                        ------------
                     Matter Total               21583.00
                                        ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DANA CORPORATION                          000115900-0116


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/15/07 | TBR | Review Court docket, client papers, Plan notice, Claims Settlement Agreement. | 03 | 1.20 |
| 11/16/07 | TBR | Continued review of Chapter 11 Plan, claims. | 03 | 1.50 |
| 11/20/07 | TBR | Review G. Lee e-mail regarding Plan, POR. | 03 | .40 |
| 11/21/07 | TBR | Review Plan of Reorganization. | 03 | 1.00 |
| 11/27/07 | TBR | Completed review of Plan and Disclosure Statement. | 03 | 2.50 |
| 11/27/07 | TBR | E-mails to G. Lee regarding voting. | 03 | .40 |
| 11/27/07 | TBR | Telephone conferences and e-mail with N. Dhar regarding voting. | 03 | .80 |
| 11/28/07 | TBR | Telephone conference and e-mail with N. Dhar regarding executory contracts. | 03 | .50 |


TOTAL BILLABLE HOURS        8.30

TOTAL FEES              2739.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


DISBURSEMENTS:

          Copies                                    22.80
                                               ------------
                                                    22.80


                    TOTAL FEES              2739.00
                    TOTAL DISBURSEMENTS       22.80
                                          ------------
                    Matter Total            2761.80
                                          ============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                      December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   CEP PRODUCTS                              000115900-0119


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/06/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .70 |
| 11/09/07 | MEW | Work on amended proof of claim. | 03 | .50 |
| 11/09/07 | P H | Conference with MEW; attention to proof of claim. | 03 | .60 |
| 11/12/07 | P H | Prepare amended claim. | 03 | .80 |
| 11/13/07 | TBR | Review and revise Amended Proof of Claim. | 03 | .60 |
| 11/13/07 | TBR | Telephone conference with P. Hall regarding Amended Proof of Claim. | 03 | .20 |
| 11/13/07 | P H | Conference with T. Radom re-revisions to claim. | 03 | .30 |
| 11/14/07 | L H | Reviewed docket and pleadings on the bankruptcy case for the Northern District of Ohio Eastern Division and obtained copies of the pleadings; case administration. | 03 | .70 |
| 11/21/07 | P H | Revise proof of claim and exhibits; attention to filing same. | 03 | 1.40 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

TOTAL BILLABLE HOURS        5.80

TOTAL FEES                          1256.60

DISBURSEMENTS:

    Copies                                                3.80
                                             -----------
                                                     3.80

TOTAL FEES                          1256.60

TOTAL DISBURSEMENTS                    3.80
                                            _____

Matter Total                    1260.40
                                            ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   TENATRONICS LTD.                      000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/07 | TBR | Review and reply to L. Agasse e-mail regarding wire transfer. | 03 | .40 |
| 11/01/07 | TBR | E-mail to P. Goy regarding distribution. | 03 | .20 |
| 11/01/07 | TBR | E-mails with L. Ellis regarding distributions. | 03 | .50 |
| 11/05/07 | TBR | Review Goy e-mail regarding distributions. | 03 | .20 |
| 11/06/07 | TBR | E-mails with P. Goy regarding distributions. | 03 | .50 |
| 11/06/07 | TBR | Review file regarding reconciliation. | 03 | 1.00 |
| 11/07/07 | TBR | Telephone conference with L. Agasse regarding reconciliation. | 03 | .20 |
| 11/07/07 | TBR | Telephone conference with P. Goy regarding reconciliation. | 03 | .20 |
| 11/08/07 | TBR | Telephone conferences and e-mails with P. Goy regarding distributions. | 03 | .70 |
| 11/08/07 | TBR | Review Receiver reconciliation of DIP loan disbursement. | 03 | .40 |
| 11/08/07 | TBR | E-mail and telephone conference with L. Agasse regarding DIP distribution. | 03 | .40 |
| 11/26/07 | TBR | Telephone conference with L. Ellis regarding distributions. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

11/26/07  TBR   Review Goy e-mail regarding distributions.      03        .20


                    TOTAL BILLABLE HOURS         5.10

                            TOTAL FEES              1683.00

                                             - - - - - - - - - -


                    TOTAL FEES                      1683.00
                                             _____

                        Matter Total               1683.00
                                             ================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  INTERIOR GROUP SALE                     000115900-0130

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/09/07 | SJ | Receive and review letter and package from Scott Hubbard, Renco local environmental counsel, re: Adrian facility and request for remediation. | 03 | 1.80 |
| 11/12/07 | SJ | Follow up with D. Bicknell and M. Hester regarding Hubbard request for remedial actions in Adrian. | 03 | .20 |
| 11/12/07 | SJ | Draft letter to Scott Hubbard, Renco environmental attorney. | 03 | .30 |
| 11/28/07 | SJ | Participated in Legal Team Conference call | 03 | .80 |
| 11/29/07 | SJ | Calls with Scott Hubbard and Mark Hester re: Renco request for environmental action | 03 | .80 |

TOTAL BILLABLE HOURS      3.90

TOTAL FEES                            920.40

DISBURSEMENTS:

|  |  |
|--|--|
| Copies | 0.60 |
| Express Delivery Charges | 11.82 |
|  | ---------- |
|  | 12.42 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


TOTAL FEES                    920.40

TOTAL DISBURSEMENTS            12.42
                        _____

       Matter Total            932.82
                        ===================

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  THE AMERICAN TEAM, INC.                    000115900-0132

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/05/07 | TBR | Review Agreements. | 03 | .50 |
| 11/05/07 | TBR | Telephone conference with A. Silver regarding status. | 03 | .40 |
| 11/05/07 | TBR | E-mails with A. Bowman regarding status. | 03 | .30 |
| 11/20/07 | TBR | Review Bowman e-mail regarding update. | 03 | .20 |

TOTAL BILLABLE HOURS       1.40

TOTAL FEES                     462.00

- - - - - - - - - -

TOTAL FEES                     462.00

Matter Total              462.00

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


    RE:  ACCESS ELECTRONICS, INC.                000115900-0139


DISBURSEMENTS:

        CT Corporation Services               127.00
                                            ----------
                                              127.00
                        TOTAL DISBURSEMENTS   127.00
                                            ------------
                        Matter Total          127.00
                                            ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MICHIGAN SPRING AND STAMPING          000115900-0142

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/02/07 | JEW | Communicate with client regarding status of settlement negotiations. | 10 | .20 |
| 11/02/07 | MTT | Review/analysis of material certifications and correspondence produced by PPG to prepare for additional discovery follow up | 10 | 3.60 |
| 11/05/07 | JEW | Review of our document production to defendant to supplement timeline as shown through defendant's document production and to prepare for depositions. | 10 | 3.50 |
| 11/06/07 | JEW | Continued review of our document production to defendant to supplement timeline as shown through defendant's document production and to prepare for depositions of defendant. | 10 | 3.00 |
| 11/08/07 | MTT | Continue review/analysis of material certifications and correspondence from PPG for additional discovery follow up and to revise duces tecum subpoena to third parties | 10 | 2.20 |
| 11/09/07 | MTT | Revise subpoena duces tecum attachment directed to Specialty Heat Treaters based on review of documents produced by PPG | 10 | 1.80 |
| 11/12/07 | JEW | Conference with opposing counsel regarding settlement. | 10 | .10 |
| 11/12/07 | JEW | Conference with client regarding settlement. | 10 | .20 |

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2984883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 11/12/07 | JEW | Correspondence to client regarding settlement details. | 10 | .40 |
| 11/12/07 | JEW | Correspondence from client regarding settlement details. | 10 | .10 |
| 11/12/07 | MTT | Telephone call with opposing counsel regarding settlement. | 10 | .20 |
| 11/12/07 | MTT | Telephone call with J. Derian and J. Wynne regarding settlement. | 10 | .20 |
| 11/15/07 | JEW | Work with staff and client to outline essentials of a settlement agreement. | 10 | .40 |
| 11/15/07 | MTT | Review client correspondence regarding settlement terms. | 10 | .10 |
| 11/15/07 | MTT | Communicate with J. Wynne regarding settlement terms. | 10 | .10 |
| 11/16/07 | JEW | Edit draft settlement agreement. | 10 | .50 |
| 11/16/07 | MTT | Draft settlement agreement and release | 10 | 1.40 |
| 11/20/07 | MTT | Communicate with J. Derian and J. Wynne regarding revisions to draft settlement agreement | 10 | .40 |
| 11/21/07 | JEW | Review of proposed settlement terms and suggest edits for same. | 10 | 2.00 |
| 11/21/07 | MTT | Communications with J. Derian regarding draft settlement agreement. | 10 | .50 |
| 11/21/07 | MTT | Review revised draft of same. | 10 | .30 |
| 11/26/07 | MTT | Communicate with opposing counsel regarding draft settlement and release agreement | 10 | .20 |
| 11/27/07 | JEW | Conference with client regarding settlement obstacles and proposed settlement terms. | 10 | .10 |
| 11/27/07 | JEW | Correspondence to client regarding settlement obstacles and proposed settlement terms. | 10 | .40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| Date | | Description | | |
|---|---|---|---|---|
| 11/27/07 | MTT | Revise settlement agreement. | 10 | .30 |
| 11/27/07 | MTT | Communicate with opposing counsel regarding same. | 10 | .30 |
| 11/27/07 | MTT | Communicate with J. Derian regarding settlement agreement language and PPG's issues. | 10 | .20 |
| 11/28/07 | MTT | Communicate with J. Derian regarding same. | 10 | .30 |
| 11/28/07 | MTT | Communication with opposing counsel regarding settlement agreement language. | 10 | .30 |
| 11/28/07 | MTT | Review draft letter from J. Novak re: MSS as supplier and Exhibit A to settlement. | 10 | .20 |
| 11/28/07 | MTT | Work on revisions to settlement agreement. | 10 | .40 |
| 11/29/07 | MTT | Communications with T. Low regarding settlement agreement revisions and issues. | 10 | .40 |
| 11/29/07 | MTT | Communicate with J. Derian regarding same. | 10 | .10 |
| 11/29/07 | MTT | Make revisions to Exhibit A to settlement agreement and send to opposing counsel. | 10 | .30 |
| 11/30/07 | MTT | Communicate with J. Derian regarding same. | 10 | .10 |
| 11/30/07 | MTT | Communicate with T. Low regarding revisions to settlement agreement and Exhibit A. | 10 | .20 |

TOTAL BILLABLE HOURS      25.00

TOTAL FEES                    6415.60

DISBURSEMENTS:

     Copies                              1.80
                                        ----------
                                           1.80

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(J.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

|                          |          |
|--------------------------|----------|
| TOTAL FEES               | 6415.60  |
| TOTAL DISBURSEMENTS       | 1.80     |
| Matter Total             | 6417.40  |

==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  KINPO GROUP                              000115900-0144


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/27/07 | D_S | Reviewed ORDER Regarding Summons. | 10 | .10 |
| 11/27/07 | D_S | Drafted email correspondence to N. Sakamoto of Crowe Foreign Services re same. | 10 | .30 |
| 11/27/07 | D_S | Drafted email correspondence to C. Brown, P. Pollack, and M. Whelan re status. | 10 | .30 |
| 11/27/07 | D_S | Reviewed REQUEST by Court for International Judicial Assistance, signed by Honorable Denise Page Hood. | 10 | .10 |
| 11/28/07 | D_S | Telephone conference with C. Ingalls of Crowe Foreign Services re bank cashier's check to American Institute of Taiwan. | 10 | .20 |
| 11/28/07 | D_S | Exchanged email correspondence with C. Ingalls re same. | 10 | .10 |

TOTAL BILLABLE HOURS       1.10

TOTAL FEES                        301.95

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


DISBURSEMENTS:

| | |
|---|---:|
| Miscellaneous Charges | 735.00 |
| Certified Copies | 10.00 |
| | 745.00 |

| | |
|---|---:|
| TOTAL FEES | 301.95 |
| TOTAL DISBURSEMENTS | 745.00 |
| Matter Total | 1046.95 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                                December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


          RE:  IDEAL TOOL                              000115900-0151


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/13/07 | TBR | Telephone conference with T. Willingham, M. Johnson regarding upcoming meeting strategy. | 03 | .30 |
| 11/15/07 | TBR | Telephone conference with T. Willingham and M. Johnson regarding meeting. | 03 | .30 |
| 11/15/07 | TBR | Telephone conference with G. Hunter and E. Wright regarding Powertrain resourcing. | 03 | .50 |
| 11/15/07 | TBR | Review Delphi Team e-mails regarding Powertrain. | 03 | .50 |
| 11/19/07 | TBR | Telephone conference with T. Willingham regarding Powertrain resourcing. | 03 | .20 |
| 11/21/07 | TBR | Review and revise draft letter to supplier. | 03 | .50 |
| 11/21/07 | TBR | Telephone conference and e-mail with T. Willingham regarding letter to supplier. | 03 | .50 |
| 11/26/07 | TBR | Telephone conferences and e-mail with T. Willingham regarding resourcing Powertrain tools. | 03 | .70 |
| 11/27/07 | TBR | Telephone conference with T. Willingham and M. Johnson regarding strategy. | 03 | .40 |
| 11/27/07 | TBR | Review E. Wright e-mail regarding resourcing letter. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


TOTAL BILLABLE HOURS        4.10

TOTAL FEES                       1353.00

- - - - - - - - - -


TOTAL FEES                       1353.00

Matter Total                     1353.00
=============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ROCKFORD PRODUCTS CORPORATION          000115900-0162


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/02/07 | TBR | Conference with M. Newman regarding status of sale. | 03 | .20 |
| 11/02/07 | TBR | E-mails with M. Everett regarding status of sale. | 03 | .30 |
| 11/20/07 | TBR | E-mail to M. Everett, J. Bronz regarding sale. | 03 | .20 |

TOTAL BILLABLE HOURS          0.70

TOTAL FEES                    231.00

----------


TOTAL FEES                    231.00

Matter Total                 231.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2364883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  GDX AUTOMOTIVE                          000115900-0165


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/07 | TBR | Completed revisions to letter agreement. | 03 | .50 |
| 11/01/07 | TBR | E-mails with Delphi Team regarding revised letter agreement. | 03 | .60 |
| 11/01/07 | TBR | E-mail to S. Freedman regarding revised letter agreement. | 03 | .20 |
| 11/06/07 | TBR | Review customer memorandum. | 03 | .20 |
| 11/06/07 | TBR | Review Delphi Team e-mails regarding Agreement. | 03 | .50 |
| 11/06/07 | TBR | E-mails with Delphi Team regarding status of Agreement. | 03 | .40 |
| 11/06/07 | TBR | Conference call with Delphi Team regarding status of Agreement, production. | 03 | .50 |
| 11/06/07 | TBR | E-mail to S. Freedman regarding Agreement. | 03 | .20 |
| 11/07/07 | TBR | E-mails to S. LaPlante regarding Wabash term sheet. | 03 | .40 |
| 11/07/07 | TBR | Telephone conference with T. Willingham regarding Agreement strategy. | 03 | .20 |
| 11/08/07 | TBR | Review Macrino, Willingham e-mails regarding production issues. | 03 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

| Date | | Description | | |
|---|---|---|---|---|
| 11/09/07 | TBR | Conference call with Delphi Team regarding status of production, sale. | 03 | .40 |
| 11/09/07 | TBR | Review GDX memo regarding sale. | 03 | .20 |
| 11/12/07 | TBR | Telephone conference with T. Willingham regarding Accommodation Agreement. | 03 | .20 |
| 11/12/07 | TBR | E-mails with L. Agasse regarding funding. | 03 | .60 |
| 11/12/07 | TBR | Review GDX memo regarding term sheets. | 03 | .20 |
| 11/12/07 | TBR | E-mails with T. Willingham regarding funding. | 03 | .50 |
| 11/13/07 | TBR | Telephone conference with T. Willingham regarding Accommodation Agreement. | 03 | .20 |
| 11/13/07 | TBR | E-mails with S. Freedman regarding Accommodation Agreement. | 03 | .50 |
| 11/13/07 | TBR | E-mails with Delphi Team regarding Agreement. | 03 | .70 |
| 11/14/07 | TBR | Review revised budget. | 03 | .20 |
| 11/14/07 | TBR | Telephone conference with T. Skillman, J. Kliebert regarding status of Accommodation Agreement. | 03 | .30 |
| 11/14/07 | TBR | Telephone conferences with Delphi Team regarding Agreement. | 03 | 1.00 |
| 11/14/07 | TBR | Revise Agreement. | 03 | 1.00 |
| 11/14/07 | TBR | Telephone conferences with L. Agasse regarding revisions. | 03 | .50 |
| 11/14/07 | TBR | E-mail to S. Freedman regarding revised Agreement. | 03 | .20 |
| 11/15/07 | TBR | Telephone conference with T. Willingham regarding Accommodation Agreement. | 03 | .20 |
| 11/15/07 | TBR | Telephone conference with L. Agasse regarding Agreement. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| | | | | |
|---|---|---|---|---|
| 11/19/07 | TBR | Telephone conference with T. Willingham regarding Agreement. | 03 | .20 |
| 11/19/07 | TBR | E-mail to Delphi Team regarding Execution Agreement. | 03 | .20 |
| 11/19/07 | TBR | E-mails with L. Agasse, J. Pierini regarding funding note. | 03 | .40 |
| 11/20/07 | TBR | Telephone conference with T. Willingham regarding letter agreement. | 03 | .20 |
| 11/20/07 | TBR | E-mail to S. Freedman regarding Accommodation Agreement. | 03 | .20 |
| 11/20/07 | TBR | Review Skillman e-mail regarding Wynnchurch. | 03 | .20 |
| 11/21/07 | TBR | Telephone conferences with T. Willingham regarding letter agreement, Wynnchurch. | 03 | .50 |
| 11/21/07 | TBR | Review Skillman, Theodore e-mails regarding letter agreement. | 03 | .40 |
| 11/21/07 | TBR | Telephone conference and e-mail with T. Theodore regarding letter agreement. | 03 | .50 |
| 11/21/07 | TBR | E-mail to Delphi Team regarding Theodore call. | 03 | .20 |
| 11/26/07 | TBR | Telephone conference and e-mails with T. Theodore, Wynnchurch, regarding letter agreement. | 03 | .70 |
| 11/26/07 | TBR | Telephone conferences with T. Willingham regarding letter agreement. | 03 | .50 |
| 11/26/07 | TBR | Revise letter agreement. | 03 | .30 |
| 11/26/07 | TBR | E-mail to GDX, Wynnchurch, Delphi regarding revised letter agreement. | 03 | .20 |
| 11/26/07 | TBR | E-mails to S. Freedman, J. Sawyer regarding letter agreement. | 03 | .30 |
| 11/26/07 | TBR | Review Macrino, Mitchell, Skillman e-mails regarding production. | 03 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| Date | Atty | Description | | |
|---|---|---|---|---|
| 11/27/07 | TBR | Telephone conference and e-mails with T. Spillane regarding letter agreement. | 03 | .70 |
| 11/27/07 | TBR | E-mails and telephone conference with M. Tarnawsky regarding Indemnity Agreement. | 03 | .70 |
| 11/27/07 | TBR | Revise Indemnity Agreement. | 03 | .40 |
| 11/28/07 | TBR | Telephone conference with T. Skillman, T. Willingham regarding revised budget, letter agreement. | 03 | .50 |
| 11/28/07 | TBR | Review revised budget. | 03 | .20 |
| 11/29/07 | TBR | Telephone conferences with T. Willingham, T. Skillman regarding letter agreement. | 03 | .50 |
| 11/30/07 | TBR | E-mails with Nelson, Freeman regarding letter agreement. | 03 | .50 |
| 11/30/07 | TBR | Telephone conference with T. Skillman regarding letter agreement. | 03 | .20 |
| 11/30/07 | TBR | E-mails with Delphi Team regarding letter agreement. | 03 | .40 |

TOTAL BILLABLE HOURS      20.80

TOTAL FEES                          6864.00

DISBURSEMENTS:

Copies                                        14.40
                                        ----------
                                                14.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


TOTAL FEES                    6864.00

TOTAL DISBURSEMENTS              14.40
                            _____

Matter Total               6878.40
                            ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   LUNT MANUFACTURING                          000115900-0166

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/01/07 | TBR | Telephone conference with A. Bladecki regarding status of Agreement. | 03 | .20 |
| 11/06/07 | TBR | Telephone conference with A. Bladecki regarding Agreement. | 03 | .40 |
| 11/06/07 | TBR | Review L. Agasse, A. Bladecki e-mails regarding Agreement, production. | 03 | .50 |
| 11/07/07 | TBR | Review Assignee changes to Exit Agreement. | 03 | 1.00 |
| 11/07/07 | TBR | Review Exit Agreement. | 03 | .60 |
| 11/07/07 | TBR | E-mail to A. Bladecki regarding Exit Agreement. | 03 | .50 |
| 11/08/07 | TBR | Telephone conference with L. Agasse regarding Agreement. | 03 | .20 |
| 11/14/07 | TBR | Telephone conference with J. Pierini regarding status. | 03 | .20 |
| 11/14/07 | TBR | E-mail to D. Deibel, A. Bladecki regarding Agreement. | 03 | .20 |
| 11/19/07 | TBR | Review revised Exit Agreement. | 03 | 1.00 |
| 11/20/07 | TBR | Telephone conference and e-mail with Delphi Team regarding Exit Agreement. | 03 | .60 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| Date | | Description | | |
|---|---|---|---|---|
| 11/20/07 | TBR | Telephone conferences and e-mails with D. McGuire regarding Exit Agreement. | 03 | 1.20 |
| 11/20/07 | TBR | Revised Exit Agreement. | 03 | .40 |
| 11/20/07 | TBR | E-mails with A. Bladecki regarding POs. | 03 | .40 |
| 11/20/07 | TBR | Telephone conference with L. Agasse regarding funding. | 03 | .20 |
| 11/21/07 | TBR | E-mails with D. McGuire regarding Exit Agreement. | 03 | .50 |
| 11/21/07 | TBR | Telephone conference with L. Agasse regarding Exit Agreement. | 03 | .20 |
| 11/26/07 | TBR | Review execution copy of Exit Agreement. | 03 | .20 |
| 11/26/07 | TBR | E-mails with Delphi Team regarding Exit Agreement. | 03 | .40 |
| 11/26/07 | TBR | E-mail to D. McGuire regarding Exit Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS          9.10

TOTAL FEES               3003.00

DISBURSEMENTS:

Copies                                    5.80
                                    - - - - - - - - - -
                                          5.80


TOTAL FEES                   3003.00

TOTAL DISBURSEMENTS              5.80

Matter Total                 3008.80
                         ==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PRECISION HARNESS, INC.                 000115900-0167


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/08/07 | TBR | Work on Accommodation, Access Agreements. | 03 | 2.50 |
| 11/08/07 | TBR | Telephone conference with M. Johnson regarding Agreements. | 03 | .20 |
| 11/09/07 | TBR | Completed draft of Accommodation Agreement. | 03 | 2.00 |
| 11/09/07 | TBR | E-mail to Delphi Team regarding Accommodation Agreement. | 03 | .20 |
| 11/12/07 | TBR | Review Johnson, Chapman e-mails regarding Accommodation Agreement. | 03 | .30 |
| 11/13/07 | TBR | Worked on revisions to Accommodation Agreement. | 03 | 1.00 |
| 11/13/07 | TBR | Telephone conference with B. Chapman regarding revisions to Accommodation Agreement. | 03 | .50 |
| 11/14/07 | TBR | Finalized revised Accommodation Agreement. | 03 | .50 |
| 11/14/07 | TBR | E-mail to Delphi Team regarding Agreement. | 03 | .20 |
| 11/14/07 | TBR | Telephone conference and e-mail with T. Willingham regarding Agreement. | 03 | .20 |
| 11/14/07 | TBR | Review M. Johnson e-mail regarding Agreement. | 03 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| 11/26/07 | TBR | Review Johnson e-mail regarding changes to Accommodation Agreement. | 03 | .20 |
| 11/28/07 | TBR | Worked on revisions to Accommodation Agreement. | 03 | 1.00 |
| 11/29/07 | TBR | Telephone conference with M. Johnson regarding changes to Accommodation Agreement. | 03 | .50 |
| 11/29/07 | TBR | Revise Accommodation Agreement. | 03 | 1.00 |
| 11/29/07 | TBR | E-mail to Delphi Team regarding revised Accommodation Agreement. | 03 | .20 |
| 11/29/07 | TBR | Review Chapman e-mails regarding Accommodation Agreement. | 03 | .20 |
| 11/30/07 | TBR | Further revisions to Accommodation Agreement. | 03 | .40 |
| 11/30/07 | TBR | Draft Access Agreement. | 03 | 1.00 |
| 11/30/07 | TBR | E-mail to Delphi Team regarding Accommodation, Access Agreements. | 03 | .20 |

TOTAL BILLABLE HOURS      12.50

TOTAL FEES                4125.00

DISBURSEMENTS:

Copies                                       18.50
                                         ----------
                                             18.50

TOTAL FEES                    4125.00

TOTAL DISBURSEMENTS             18.50
                            ------------
Matter Total                  4143.50
                            ============

**Butzel Long**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ADC LP                                   000115900-0169

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/02/07 | TBR | Review e-mail, slide regarding background. | 03 | .30 |
| 11/02/07 | TBR | Conference call with Delphi Team regarding strategy. | 03 | .70 |
| 11/05/07 | TBR | Review client documents, UCC search, supplier financials. | 03 | 1.50 |
| 11/05/07 | TBR | Draft Accommodation Agreement, Access Agreement. | 03 | 3.00 |
| 11/05/07 | TBR | E-mail to Delphi Team regarding Agreements. | 03 | .20 |
| 11/05/07 | L H | Searched the State of Illinois corporate records for ADC LP and obtained a UCC-11 search. | 03 | .50 |
| 11/05/07 | L H | Office conference with Thomas Radom re UCC search. | 03 | .20 |
| 11/06/07 | TBR | Follow up on Accommodation Agreement. | 03 | .30 |
| 11/16/07 | TBR | Revised Accommodation, Access Agreements. | 03 | 1.00 |
| 11/16/07 | TBR | Reviewed and e-mail to M. Everett regarding Accommodation, Access Agreements. | 03 | .20 |
| 11/19/07 | TBR | Conference call with Delphi Team regarding agreements, strategy. | 03 | 1.00 |

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008

| Date | | Description | | |
|---|---|---|---|---|
| 11/19/07 | TBR | Revise agreements. | 03 | 1.00 |
| 11/19/07 | TBR | Telephone conferences with M. Olson regarding agreements. | 03 | .30 |
| 11/19/07 | TBR | E-mail to Delphi Team regarding revised agreements. | 03 | .20 |
| 11/20/07 | TBR | Telephone conference with L. Agasse regarding Accommodation Agreement. | 03 | .30 |
| 11/27/07 | TBR | Review M. Everett e-mails regarding Accommodation Agreement. | 03 | .20 |
| 11/28/07 | TBR | Conference call with M. Everett, J. Pierini, M. Johnson regarding Accommodation Agreement. | 03 | .80 |
| 11/30/07 | TBR | Conference call with Delphi Team regarding Accommodation Agreement. | 03 | 1.00 |
| 11/30/07 | TBR | Revise Accommodation and Access Agreement. | 03 | 1.00 |
| 11/30/07 | TBR | Telephone conferences with M. Everett, J. Pierini, L. Agasse regarding revisions to Agreement. | 03 | .80 |
| 11/30/07 | TBR | E-mail to Delphi Team regarding revised Accommodation Agreement, Access Agreement. | 03 | .20 |

```
                    TOTAL BILLABLE HOURS      14.70

                          TOTAL FEES              4692.80
```

DISBURSEMENTS:

```
        Copies                              5.60
                                        ----------
                                            5.60
```

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008


                    TOTAL FEES                    4692.80

                    TOTAL DISBURSEMENTS               5.60
                                            _____

                    Matter Total               4698.40
                                            ===============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                  December 27, 2007
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8366008


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  COLEMAN, DONALD                    000115900-0170


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/12/07 | MTN | Review complaint. | 10 | .20 |
| 11/12/07 | MTN | Conference with L. Deitch re applicable law. | 10 | .30 |
| 11/12/07 | MTN | Conference call with B. Sax, L. Deitch re complaint/defenses. | 10 | .50 |
| 11/15/07 | MTN | Review notice of stay. | 10 | .40 |
| 11/15/07 | MTN | Telephone call from F. Kuplicki re factual background and automatic stay. | 10 | .30 |
| 11/19/07 | MTN | Review EEOC documents re Coleman's administrative complaint for age discrimination. | 10 | 1.00 |
| 11/26/07 | TBR | Telephone conferences with M. Nelson regarding automatic stay notice. | 10 | .50 |
| 11/26/07 | MTN | Telephone conference with T. Radom re notice of stay strategy. | 10 | .20 |
| 11/26/07 | MTN | Prepare and file appearance and notice of stay. | 10 | 1.00 |
| 11/26/07 | MTN | Email status report to F. Kuplicki and B. Sax. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

December 27, 2007

TOTAL BILLABLE HOURS        4.70

TOTAL FEES              1641.50

DISBURSEMENTS:

Copies                                  6.50
                                    ----------
                                        6.50


TOTAL FEES              1641.50

TOTAL DISBURSEMENTS          6.50
                         _____

Matter Total            1648.00
                        =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8366008

December 27, 2007

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  BLACKHAWK AUTOMOTIVE                    000115900-0171

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 11/09/07 | TBR | Telephone conference with L. Agasse regarding setoff claim, background. | 03 | .40 |
| 11/12/07 | TBR | Telephone conference and e-mail with L. Agasse regarding bankruptcy issues, payables. | 03 | .50 |
| 11/14/07 | TBR | Telephone conferences with L. Agasse regarding A/R, claims. | 03 | .60 |
| 11/16/07 | TBR | Review docket report, pleadings. | 03 | 1.50 |

TOTAL BILLABLE HOURS        3.00

TOTAL FEES                         990.00

- - - - - - - - - -

TOTAL FEES                         990.00

Matter Total                      990.00

==============