# EXHIBIT F
## (Part 3 of 3)

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Suite 100   150 West Jefferson
Detroit, Michigan 48226
**T:** 313 225 7000  **F:** 313 225 7080
**butzel.com**

January 23, 2008

To:     David Sherbin, Esq., Delphi Corp.
        Mr. John D. Sheehan, Delphi Corp.
        Ms. Michele M. Piscitelli, Delphi Corp.
        John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
        Alicia M. Leonhard, Esq., Office of the United States Trustee
        Robert J. Rosenberg, Esq., Latham & Watkins, LLP
        Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
        Donald Bernstein, Esq., Davis Polk & Wardell
        Ms. Valeria Venable, GE Plastics, Americas

**Summary of Total Billable Hours by Category**
**for the Period December 1, 2007 through December 31, 2007**

| **Matter Description** | **Hours** | **Amount** |
|---|---|---|
| Business Operations | 48.60 | $15,631.60 |
| Employee Benefits/Pensions | 16.00 | $4,080.00 |
| Litigation | 206.00 | $37,748.90 |
| Totals: | **270.60** | **$57,460.50** |

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Palm Beach   Washington D.C.   New York

*Alliance Offices*   Beijing   Shanghai   *Member Lex Mundi*   www.butzel.com

### Summary of Disbursements
### for the Period December 1, 2007 through December 31, 2007

| Disbursement | Amount |
|---|---|
| Copies | $522.00 |
| Digital Reproduction | $144.40 |
| Special Postal Charges | $7.44 |
| Express Delivery | $243.70 |
| Totals: | $917.54 |

### Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period December 1, 2007 through December 31, 2007

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 32.50 | $10,725.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | 12.90 | $4,257.00 |
| James E. Wynne | Shareholder | 1975 | $304.00 | 3.60 | $1,094.40 |
| Daniel N. Sharkey | Shareholder | 1995 | $274.50 | .20 | $54.90 |
| Charlotte A. Garry | Associate | 1998 | $255.00 | 16.00 | $4,080.00 |
| Daniel J. Dulworth | Shareholder | 1988 | $244.00 | 53.50 | $13,054.00 |
| Lynn A. Sheehy | Shareholder | 1985 | $244.00 | 39.60 | $9,662.40 |
| Susan L. Johnson | Sr. Attorney | 1984 | $236.00 | 2.40 | $566.40 |
| Maureen T. Taylor | Shareholder | 1997 | $220.00 | 5.10 | $1,122.00 |
| Benjamin Steffans | Associate | 2006 | $132.00 | 71.90 | $9,490.80 |
| Joseph E. Richotte | Associate | 2007 | $128.00 | 5.90 | $755.20 |

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Paralegals** | | | | | |
| Leonor Hendricksen | Paralegal | | $104.00 | .80 | $83.20 |
| Denise E. Gau | Paralegal | | $96.00 | 26.20 | $2,515.20 |
| Grand Total: | | | | 270.60 | $57,460.50 |

### Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GENERAL                                 000115900-0015


DISBURSEMENTS:

|  |  |
|---|---:|
| Copies | 264.40 |
| Express Delivery Charges | 181.71 |
|  | ---------- |
|  | 446.11 |
| TOTAL DISBURSEMENTS | 446.11 |
| Matter Total | 446.11 |
|  | ============== |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  U.S. AEROTEAM, INC.                     000115900-0035


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/14/07 | TBR | E-mails and telephone conference with T. Dunn regarding proofs of claim. | 03 | .60 |
| 12/17/07 | TBR | Prepare for and participate in conference call with T. Dunn, J. Papelian, L. Diaz regarding proofs of claim. | 03 | 1.20 |
| 12/19/07 | TBR | Review file, pleadings regarding claims. | 03 | 1.00 |
| 12/19/07 | TBR | E-mail to L. Diaz regarding claims analysis. | 03 | .50 |

TOTAL BILLABLE HOURS     3.30

TOTAL FEES               1089.00

DISBURSEMENTS:

       Copies                                  4.00
                                          ----------
                                            4.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103


            TOTAL FEES                        1089.00

            TOTAL DISBURSEMENTS                  4.00
                                            _____

            Matter Total                      1093.00
                                            ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  STARBROOK INDUSTRIES                    000115900-0073


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/17/07 | TBR | E-mail and telephone conference with L. Agasse regarding funding issues. | 03 | .40 |
| 12/18/07 | TBR | Telephone conference with L. Agasse, B. Babian regarding funding issues. | 03 | .50 |
| 12/18/07 | TBR. | Review Babian, Agasse e-mails regarding funding issues. | 03 | .40 |
| 12/19/07 | TBR | Conference calls with Delphi Team regarding liquidity, production issues. | 03 | 1.50 |
| 12/19/07 | TBR | Draft letter agreement regarding final production. | 03 | 1.00 |
| 12/19/07 | TBR | E-mails with Delphi Team regarding letter agreement, production, creditor issues. | 03 | .60 |
| 12/19/07 | TBR | Review draft Access Agreement, Guaranty. | 03 | .40 |
| 12/20/07 | TBR | Review financial analysis. | 03 | .50 |
| 12/20/07 | TBR | E-mails and telephone conferences with L. Agasse, B. Babian regarding production, letter agreement. | 03 | 1.00 |
| 12/20/07 | TBR | Review UCC search. | 03 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:      8370103

| | | | | |
|---|---|---|---|---|
| 12/20/07 | L H | Searched the Ohio Secretary of State corporate database and obtained UCC-11 search and copies on: Starbrook Industries. | 03 | .60 |
| 12/20/07 | L H | Office conference with Thomas Radom re UCC search. | 03 | .20 |
| 12/21/07 | TBR | Revise letter agreement. | 03 | .50 |
| 12/21/07 | TBR | E-mails with Delphi Team regarding letter agreement. | 03 | .80 |
| 12/21/07 | TBR | Telephone conference with L. Agasse regarding letter agreement. | 03 | .20 |

TOTAL BILLABLE HOURS        9.00

TOTAL FEES          2789.20

DISBURSEMENTS:

    Copies                                        7.90
                                               ----------
                                                  7.90


TOTAL FEES                    2789.20

TOTAL DISBURSEMENTS              7.90
                             _____
Matter Total                 2797.10
                             ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   EMPLOYMENT SECONDMENT                    000115900-0078


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/07/07 | C_G | Review of Cooper and Poe Charges of Discrimination; initiated investigations. | 06 | .40 |
| 12/11/07 | C_G | Call to Phil Lyons regarding information on the Cooper Charge; drafted extension letter. | 06 | .30 |
| 12/11/07 | C_G | Call to client regarding information on the Poe Charge. | 06 | .30 |
| 12/11/07 | C_G | Call from the investigator on the Schrock charge regarding settlement; review of file; e-mail to Jeff Peterson regarding investigator's call and my recommendation to not engage in settlement discussions. | 06 | .40 |
| 12/12/07 | C_G | Discussion with Phil Lyons regarding Cooper case; review of documentation from Phil Lyons. | 06 | 1.40 |
| 12/12/07 | C_G | Discussion with client regarding documentation for Poe Charge. | 06 | .30 |
| 12/13/07 | C_G | Started drafting Position Statement on the Cooper Charge of Discrimination. | 06 | 2.00 |
| 12/14/07 | C_G | Cooper Position Statement. | 06 | 3.50 |
| 12/18/07 | C_G | Continued drafting Cooper Position Statement. | 06 | 4.00 |
| 12/18/07 | C_G | Drafted extension letter for Poe Charge of Discrimination. | 06 | .10 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| 12/19/07 | C_G | Finalized Cooper Position Statement and e-mailed it to Jeff Peterson for his review. | 06 | 2.80 |
| 12/20/07 | C_G | Edited Cooper Position Statement per Jeff Peterson's suggestions; prepared exhibits for filing; filed position statement. | 06 | .50 |

TOTAL BILLABLE HOURS        16.00

TOTAL FEES           4080.00

DISBURSEMENTS:

Copies                              21.50
Special Postal Charges               5.96
                                ----------
                                     27.46

TOTAL FEES                     4080.00

TOTAL DISBURSEMENTS              27.46
                             _____
Matter Total                   4107.46
                             =============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MPC                                          000115900-0107


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/03/07 | TBR | Review file regarding customer percentages. | 03 | .20 |
| 12/03/07 | TBR | E-mail to E. Erman regarding surplus funds. | 03 | .20 |
| 12/24/07 | TBR | E-mails with E. Erman regarding surplus monies for participants. | 03 | .40 |

TOTAL BILLABLE HOURS        0.80

TOTAL FEES                    264.00

- - - - - - - - - -


TOTAL FEES                    264.00

Matter Total                  264.00
=============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  DELPHI CORPORATION VS. SEGWAY, INC.     000115900-0112

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/02/07 | D D | Review and analysis of Segway's Summary Disposition Motion and exhibits and work on arguments for response to same. | 10 | 2.40 |
| 12/03/07 | LAS | Drafted brief in response to motion for summary disposition. | 10 | 2.00 |
| 12/03/07 | D D | Conference with Lynn Sheehy regarding Summary Disposition Motion. | 10 | .20 |
| 12/03/07 | D D | Telephone conference with opposing counsel regarding adjournment of Pretrial Conference. | 10 | .20 |
| 12/03/07 | D D | Continued review and analysis of Segway's Motion for Summary Disposition and related documents. | 10 | 2.20 |
| 12/03/07 | D D | Telephone conferences with Andrew Doctoroff and Court regarding Pretrial and hearing on Summary Disposition Motion. | 10 | .30 |
| 12/03/07 | BS | Research re: Application of  Indiana law  to contract termination. | 10 | 4.10 |
| 12/04/07 | LAS | Reviewed documents received from Delphi to support motion for summary disposition. | 10 | 4.50 |
| 12/04/07 | DEG | Telephone call from L. Sheehy. | 10 | .20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| | | | | |
|---|---|---|---|---|
| 12/04/07 | DEG | Begin review of documents to respond to motion for summary disposition. | 10 | 5.10 |
| 12/04/07 | BS | Document review re response to motion to dismiss. | 10 | 7.20 |
| 12/05/07 | LAS | Reviewed documents received from client to support response to motion for summary disposition. | 10 | 3.00 |
| 12/05/07 | LAS | Drafted response to motion for summary disposition on contract claims. | 10 | 4.50 |
| 12/05/07 | DEG | Continue review of documents to respond to motion for summary disposition. | 10 | 4.00 |
| 12/05/07 | D D | Confer with Denise Gau regarding strategy for review of collected documents. | 10 | .20 |
| 12/05/07 | D D | Receipt and review of Briefing Schedule for Summary Disposition Motion from Court. | 10 | .20 |
| 12/05/07 | BS | Continue reviewing of documents re response to motion to dismiss. | 10 | 6.10 |
| 12/05/07 | BS | Research re amending complaint. | 10 | .60 |
| 12/05/07 | BS | Write section on amending complaint for response to motion to dismiss | 10 | 1.10 |
| 12/06/07 | LAS | Revised fact section of brief in opposition to motion for summary disposition. | 10 | 4.50 |
| 12/06/07 | LAS | Reviewed documents to find documents to support response to motion for summary disposition. | 10 | 2.00 |
| 12/06/07 | DEG | Continue review of documents to respond to motion for summary disposition. | 10 | 2.60 |
| 12/06/07 | D D | Confer with Ben Steffans regarding documents and affidavit for Response to Summary Disposition Motion. | 10 | .50 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103

| | | | | |
|---|---|---|---|---|
| 12/06/07 | BS | Draft affidavit of Glen DeVos as exhibit to Delphi's response to Segway's Motion to Dismiss | 10 | 1.40 |
| 12/06/07 | BS | Continuing review of documents re response to motion to dismiss. | 10 | 4.90 |
| 12/06/07 | BS | Write portion of brief addressing Segway's argument re breach of contract against Segway. | 10 | 3.40 |
| 12/07/07 | DEG | Continue review of documents to respond to motion for summary disposition. | 10 | 4.40 |
| 12/07/07 | D D | Conference with Ben Steffans regarding developing factual background for Response to Summary Disposition Motion. | 10 | .30 |
| 12/07/07 | D D | Telephone conference with Lyle Shuey regarding his Affidavit. | 10 | .20 |
| 12/07/07 | RJ | Reviewed Delphi's complaint against Segway to prepare search parameters on research. | 10 | .40 |
| 12/07/07 | RJ | Reviewed Delphi's Response In Opposition to Segway's Motion for Summary Disposition to further refine search parameters. | 10 | .40 |
| 12/07/07 | RJ | Reviewed briefing on Michigan's law regarding the duty of good faith in contract performance. | 10 | .30 |
| 12/07/07 | RJ | Reviewed notes on Delphi's Response In Opposition to Segway's Motion for Summary Disposition. | 10 | .10 |
| 12/07/07 | RJ | Conducted research on Michigan, New Hampshire, and Indiana law on the question of whether a non-breaching party can recover reliance damages. | 10 | 4.30 |
| 12/07/07 | RJ | Drafted memo on the results of research on the question of reliance damages. | 10 | .40 |
| 12/09/07 | LAS | Wrote and revised brief and prepared exhibits for same. | 10 | 6.00 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 12/09/07 | D D | Various e-mail from/to Lynn Sheehy regarding Response to Summary Disposition Motion and Affidavit of Lyle Shuey. | 10 | .30 |
| 12/09/07 | D D | Review and analysis of collected case law including promissory estoppel and breach of contract cases. | 10 | 1.00 |
| 12/09/07 | BS | Meet with Lynn Sheehy to strategize regarding necessary additions to response to motion to dismiss. | 10 | 1.10 |
| 12/09/07 | BS | Wrote section on reasonable reliance for inclusion in brief in response to motion to dismiss. | 10 | 1.90 |
| 12/09/07 | BS | Wrote section on innocent misrepresentation for inclusion in brief in response to motion to dismiss. | 10 | 1.60 |
| 12/10/07 | LAS | Revised affidavits for brief. | 10 | 1.20 |
| 12/10/07 | LAS | Revised brief and prepared same for filing. | 10 | 3.40 |
| 12/10/07 | LAS | Meeting with witness to review testimony for affidavit. | 10 | 1.00 |
| 12/10/07 | DEG | Continue review of documents to respond to motion for summary disposition. | 10 | .60 |
| 12/10/07 | D D | Review and analysis of draft of Affidavit of Lyle Shuey. | 10 | .20 |
| 12/10/07 | D D | Begin reviewing and revising Response to Motion for Summary Disposition. | 10 | .40 |
| 12/10/07 | D D | Conferences with Lynn Sheehy and Ben Steffans regarding Response to Summary Disposition Motion. | 10 | .50 |
| 12/10/07 | D D | Telephone conference with Lyle Shuey, Ben Steffans and Lynn Sheehy regarding background of case. | 10 | 1.80 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                          January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| | | | | |
|---|---|---|---|---|
| 12/10/07 | BS | Add to brief section re Response to Motion to Dismiss. | 10 | 1.70 |
| 12/10/07 | BS | Draft affidavit of Stephen Moore for inclusion in response to Motion to Dismiss. | 10 | 1.90 |
| 12/11/07 | DEG | Continue review of documents to respond to motion for summary disposition. | 10 | 2.30 |
| 12/11/07 | D D | Telephone conference with Lyle Shuey regarding shipping his file documents to Butzel. | 10 | .20 |
| 12/11/07 | D D | E-mail to Lyle Shuey regarding production of his documents. | 10 | .20 |
| 12/11/07 | D D | Review and revise draft Affidavit of Lyle Shuey. | 10 | .30 |
| 12/11/07 | D D | E-mail to Jim Derian regarding Affidavit of Glen DeVos and letter of intent between DEKA and Delphi. | 10 | .30 |
| 12/11/07 | D D | Review of file materials for documentation to rebut Motion for Summary Disposition. | 10 | .50 |
| 12/11/07 | D D | Review and revise draft Affidavit of Glen DeVos for Response to Summary Disposition Motion. | 10 | .20 |
| 12/11/07 | D D | Review and revise draft Affidavit of Steven Moore. | 10 | .30 |
| 12/11/07 | D D | Conference with Ben Steffans regarding affidavit of Lyle Shuey. | 10 | .30 |
| 12/11/07 | D D | Confer with Ben Steffans regarding affidavit of Glen DeVoe. | 10 | .20 |
| 12/11/07 | D D | Confer with Ben Steffans regarding affidavit of Steven Moore. | 10 | .20 |
| 12/11/07 | BS | Revise affidavit of Lyle Shuey. | 10 | 1.40 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| 12/12/07 | LAS | Discussion with Lyle Shuey to revise his affidavit for filing. | 10 | .50 |
|---|---|---|---|---|
| 12/12/07 | D D | Confer with Lynn Sheehy regarding potential Motion to Amend to add DEKA. | 10 | .20 |
| 12/12/07 | BS | Phone call with Lyle Shuey regarding his affidavit and necessary changes to make. | 10 | .60 |
| 12/13/07 | LAS | Receipt and review of documents from Lyle Shuey. | 10 | 2.40 |
| 12/13/07 | D D | Receipt and review of invoice for printing and copying of documents from various computer discs from Delphi. | 10 | .20 |
| 12/13/07 | D D | Review and analysis of e-mail from Lyle Shuey regarding statements in his Affidavit. | 10 | .20 |
| 12/13/07 | D D | Work on Affidavit of Lyle Shuey. | 10 | 1.50 |
| 12/13/07 | D D | Review and analysis of various draft contracts supplied by Lyle Shuey. | 10 | .30 |
| 12/13/07 | D D | Review and revise Response to Summary Disposition Motion. | 10 | .90 |
| 12/13/07 | D D | Review and analysis of various e-mail provided by Lyle Shuey. | 10 | .60 |
| 12/13/07 | D D | Conferences with Ben Steffans and Lynn Sheehy regarding new documentation sent by Lyle Shuey. | 10 | .40 |
| 12/13/07 | D D | Review and analysis of letter of intent between DEKA and Delphi for battery system for IBOT. | 10 | .30 |
| 12/13/07 | D D | Review and analysis of new documents sent by Lyle Shuey. | 10 | .70 |
| 12/13/07 | BS | Phone call with Lyle Shuey regarding affidavit. | 10 | .40 |
| 12/13/07 | BS | Revise Lyle Shuey affidavit. | 10 | .90 |

# Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| Date | Atty | Description | | Hours |
|------|------|-------------|---|------|
| 12/13/07 | BS | Review emails sent by Lyle Shuey re affidavit. | 10 | 1.60 |
| 12/14/07 | LAS | Telephone discussion with Steffens and Dulworth re strategy for brief in light of new exhibits. | 10 | .40 |
| 12/14/07 | D D | Conferences with Ben Steffans regarding offer/acceptance and Shuey's Affidavit. | 10 | .80 |
| 12/14/07 | D D | Further revisions to Lyle Shuey's Affidavit including telephone conference with Lyle Shuey. | 10 | 1.40 |
| 12/14/07 | D D | Confer with Lynn Sheehy regarding Summary Disposition Motion Response. | 10 | .20 |
| 12/14/07 | D D | E-mail to/from Jim Derian regarding Affidavit of Glen DeVos. | 10 | .20 |
| 12/14/07 | D D | Work on response to Summary Disposition Motion, including conference with Ben Steffans regarding same. | 10 | 2.60 |
| 12/14/07 | BS | Review emails that had already been provided by Delphi prior to CD production. | 10 | 2.70 |
| 12/15/07 | BS | Revise section re  Lyle Shuey Affidavit. | 10 | 5.90 |
| 12/15/07 | BS | Research price quotations as offers. | 10 | 3.90 |
| 12/16/07 | LAS | Revised brief. | 10 | 1.80 |
| 12/16/07 | LAS | Telephone calls with D. Dulworth and B. Steffans re arguments to be included in brief regarding DEKA. | 10 | .40 |
| 12/16/07 | D D | Various conferences with Lynn Sheehy and Ben Steffans regarding responding to Summary Disposition Motion. | 10 | .60 |
| 12/16/07 | D D | Various e-mails to/from Lynn Sheehy and Ben Steffans regarding responding to Segway's multiple arguments in Summary Disposition Motion. | 10 | .40 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 12/17/07 | D D | Various conferences with Ben Steffans and Lynn Sheehy regarding various issues related to Response to Summary Disposition Motion. | 10 | .70 |
| 12/17/07 | D D | Telephone conference with Andrew Doctoroff regarding extension to file Response to Summary Disposition Motion. | 10 | .20 |
| 12/17/07 | D D | E-mail to/from Andrew Doctoroff confirming extension to file Response to Summary Disposition Motion. | 10 | .20 |
| 12/17/07 | D D | Work on Response to Summary Disposition Motion. | 10 | 3.60 |
| 12/17/07 | D D | Telephone conference with Jim Derian regarding Affidavit of Glen DeVos and amending Complaint to add DEKA. | 10 | .20 |
| 12/17/07 | D D | E-mail from/to Jim Derian regarding Affidavit of Glen DeVos, including review and analysis of executed Affidavit of Glen DeVos. | 10 | .30 |
| 12/17/07 | D D | E-mail to Jim Derian with DEKA corporate information. | 10 | .20 |
| 12/17/07 | D D | Review and analysis of Dunn & Bradstreet Comprehensive Report on DEKA. | 10 | .30 |
| 12/17/07 | BS | Revise Legal Argument. | 10 | 5.60 |
| 12/18/07 | LAS | Proofread brief and revised fact section of brief to shorten same. | 10 | 1.20 |
| 12/18/07 | LAS | Discussion and work on section of brief regarding exact quantities. | 10 | .80 |
| 12/18/07 | DEG | Meeting with B. Steffans. | 10 | .30 |
| 12/18/07 | DEG | Obtain case law from Lexis. | 10 | 1.00 |
| 12/18/07 | DEG | Telephone call to CT Corporation to obtain corporate information on Segway. | 10 | .30 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| 12/18/07 | DEG | Compile exhibits for response to motion for summary disposition. | 10 | 3.00 |
|----------|-----|---|----|------|
| 12/18/07 | D D | Various conferences with Ben Steffans regarding UCC issues regarding offer, acceptance, essential terms, gap filling provisions and other issues for Response to Summary Disposition Motion. | 10 | .80 |
| 12/18/07 | D D | Conferences with Lynn Sheehy regarding Response to Summary Disposition Motion. | 10 | .50 |
| 12/18/07 | D D | Receipt and review of executed Affidavit of Glen DeVos. | 10 | .10 |
| 12/18/07 | D D | Work on Response to Summary Disposition Motion. | 10 | 3.80 |
| 12/18/07 | D D | Telephone conference with Judge Mester's Staff Attorney confirming extension to file Response to Summary Disposition Motion. | 10 | .20 |
| 12/18/07 | D D | E-mail to Jim Derian regarding draft Response to Summary Disposition Motion. | 10 | .10 |
| 12/18/07 | BS | Research under UCC re motion to dismiss. | 10 | 2.10 |
| 12/18/07 | BS | Add section to brief re purchase orders and releases. | 10 | .70 |
| 12/18/07 | BS | Adjust dollar amount estimates in brief to more accurately reflect total losses. | 10 | .40 |
| 12/18/07 | BS | Review L. Sheehy's edits and make suggested additions. | 10 | .80 |
| 12/19/07 | DEG | Continue to compile exhibits for response to motion for summary disposition. | 10 | 1.40 |
| 12/19/07 | DEG | Shepardize brief for B. Steffans. | 10 | 1.00 |
| 12/19/07 | D D | E-mail to/from Andrew Doctoroff regarding new hearing date on Summary Disposition Motion and Delphi's quotations. | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103

| Date | Atty | Description | | |
|------|------|-------------|---|---|
| 12/19/07 | D D | Telephone conference with Andrew Doctoroff regarding Motion to Amend Complaint. | 10 | .20 |
| 12/19/07 | D D | Conferences with Ben Steffans regarding exhibits for Response to Summary Disposition Motion and additional legal theories for Response to Summary Disposition Motion and Amended Complaint. | 10 | 1.60 |
| 12/19/07 | D D | Work on Response to Summary Disposition Motion, including review of case law regarding statute of frauds, implied contract, promissory estoppel and unjust enrichment. | 10 | 3.80 |
| 12/19/07 | BS | Review correspondence re exhibits to response to motion to dismiss. | 10 | 1.10 |
| 12/19/07 | BS | Meet with Dan Dulworth to discuss possible inclusion in response to motion to dismiss of newly discovered emails. | 10 | .60 |
| 12/19/07 | BS | Revise brief to include newly discovered emails as exhibits | 10 | 1.00 |
| 12/20/07 | D D | Conferences with Ben Steffans regarding Statute of Frauds. | 10 | .30 |
| 12/20/07 | D D | Work on response to Summary Disposition Motion. | 10 | 7.60 |
| 12/20/07 | D D | Review and revise Second Affidavit of Lyle Shuey. | 10 | .20 |
| 12/20/07 | BS | Revise brief to shorten in order to meet imposed length limitation. | 10 | .90 |
| 12/20/07 | BS | Research statute of frauds to determine if price quotation is a sufficient writing to satisfy statute's requirements. | 10 | 1.40 |
| 12/21/07 | D D | Final revisions to Response to Summary Disposition Motion and prepare for filing with the Court. | 10 | 3.20 |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                       January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| Date | | Description | | |
|---|---|---|---|---|
| 12/21/07 | BS | Prepare separate response to motion document | 10 | .80 |
| 12/21/07 | BS | Revise exhibit compilation to brief. | 10 | 2.10 |

TOTAL BILLABLE HOURS      197.10

TOTAL FEES           35477.60

DISBURSEMENTS:

| | | |
|---|---|---|
| Copies | | 356.60 |
| Special Postal Charges | | 1.48 |
| Express Delivery Charges | | 11.93 |
| | | ---------- |
| | | 370.01 |

TOTAL FEES           35477.60

TOTAL DISBURSEMENTS        370.01

Matter Total           35847.61
                    =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DANA CORPORATION                        000115900-0116


DISBURSEMENTS:

        Copies                                        0.60
                                              ----------
                                                      0.60
                        TOTAL DISBURSEMENTS            0.60
                                              _____
                        Matter Total                  0.60
                                              ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                        January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                               000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/13/07 | TBR | E-mail to L. Agasse regarding Parker Hannifin. | 03 | .20 |
| 12/14/07 | TBR | Telephone conference and e-mail with B. Kelleher regarding Parker Hannifin. | 03 | .50 |
| 12/19/07 | TBR | Telephone conference with L. Agasse regarding Parker-Hannifin. | 03 | .20 |
| 12/19/07 | TBR | Telephone conference with B. Kelleher regarding payment to Parker. | 03 | .30 |
| 12/19/07 | TBR | Draft release. | 03 | .50 |
| 12/19/07 | TBR | E-mail to B. Kelleher regarding release. | 03 | .20 |
| 12/20/07 | TBR | Review Kelleher e-mail regarding Parker Hannifin. | 03 | .20 |
| 12/26/07 | TBR | Review B. Kelleher e-mail regarding Parker. | 03 | .20 |
| 12/26/07 | TBR | E-mail to L. Agasse regarding Parker. | 03 | .20 |
| 12/27/07 | TBR | E-mails with L. Agasse regarding Parker. | 03 | .40 |

TOTAL BILLABLE HOURS        2.90

TOTAL FEES            957.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


DISBURSEMENTS:

     Express Delivery Charges                     34.07
                                                     ----------
                                                     34.07


                    TOTAL FEES              957.00

                    TOTAL DISBURSEMENTS      34.07
                                           ----------
                    Matter Total            991.07
                                           =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  TENATRONICS LTD.                          000115900-0126


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/20/07 | TBR | Review bankruptcy notice, proof of claim. | 03 | .40 |
| 12/27/07 | TBR | E-mails with P. Goy regarding bankruptcy papers, claim. | 03 | .50 |

TOTAL BILLABLE HOURS       0.90

TOTAL FEES                    297.00

- - - - - - - - - -


TOTAL FEES                    297.00
_____

Matter Total                  297.00
==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                           January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  QC ONICS                             000115900-0128

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/13/07 | MEW | Correspondence regarding receipt and ownership of $67,000 from closing out National city account. | 03 | .30 |

TOTAL BILLABLE HOURS        0.30

TOTAL FEES                          99.00

- - - - - - - - - -

TOTAL FEES                          99.00

Matter Total                        99.00

=============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   INTERIOR GROUP SALE                     000115900-0130

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/05/07 | SJ | Closures team conference call. | 03 | .50 |
| 12/06/07 | SJ | Review letter from Scott Hubbard and forward same to Mark Hester. | 03 | .40 |
| 12/13/07 | SJ | Call from Scott Hubbard re: conference call with Delphi personnel regarding permit transfers and follow up with Mark Hester. | 03 | .60 |
| 12/19/07 | SJ | Follow up communication with Steve Chapman regarding Renco review of permit transfers. | 03 | .30 |
| 12/19/07 | SJ | Review and follow up on communications from M. Fukuda and Scott Hubbard regarding permit transfers. | 03 | .60 |

TOTAL BILLABLE HOURS          2.40

TOTAL FEES                              566.40

- - - - - - - - - -

TOTAL FEES                              566.40

Matter Total                           566.40

==============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   THE AMERICAN TEAM, INC.            000115900-0132


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/12/07 | MEW | Review file, background, open issues. | 03 | .50 |

TOTAL BILLABLE HOURS        0.50

TOTAL FEES                          165.00

- - - - - - - - - -


TOTAL FEES                          165.00
_____

Matter Total                        165.00
================

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ACCESS ELECTRONICS, INC.              000115900-0139


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/03/07 | TBR | E-mails with S. Corcoran regarding inventory buy back. | 03 | .40 |
| 12/04/07 | MEW | Review Accommodation Agreement and Guaranty and email from Lisa Agasse. | 03 | .80 |
| 12/04/07 | MEW | Conference with L. Agasse regarding guaranty and inventory purchase issues. | 03 | .40 |
| 12/04/07 | MEW | Email conclusions to L. Agasse. | 03 | .30 |

TOTAL BILLABLE HOURS       1.90

TOTAL FEES                    627.00

DISBURSEMENTS:

Copies                                0.40
                                ----------
                                      0.40

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(315) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                              January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103

|                      |          |
| -------------------- | -------- |
| TOTAL FEES           | 627.00   |
| TOTAL DISBURSEMENTS  | 0.40     |
| Matter Total         | 627.40   |

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING          000115900-0142


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/03/07 | MTT | Communicate with J. Derian regarding settlement agreement revisions and Exhibit B parts | 10 | .20 |
| 12/03/07 | MTT | Communicate with opposing counsel T. Low regarding addition of Exhibit B and revisions to settlement agreement | 10 | .30 |
| 12/04/07 | MTT | Work on revisions to settlement agreement | 10 | .50 |
| 12/04/07 | MTT | Telephone call with J. Derian regarding settlement revisions proposed by opposing counsel | 10 | .30 |
| 12/06/07 | MTT | Communicate with opposing counsel T. Low regarding settlement agreement language | 10 | .40 |
| 12/06/07 | MTT | Communications with J. Derian regarding settlement agreement revisions proposed by opposing counsel | 10 | .40 |
| 12/07/07 | MTT | Make revisions to settlement agreement based on conversations with opposing counsel and J. Derian | 10 | .30 |
| 12/07/07 | MTT | Communicate with J. Derian regarding proposed revisions to settlement agreement | 10 | .20 |
| 12/07/07 | MTT | Communicate with opposing counsel T. Low regarding revisions to settlement agreement | 10 | .30 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

| 12/10/07 | MTT | Make final revisions to settlement agreement and send to opposing counsel | 10 | .30 |
|---|---|---|---|---|
| 12/11/07 | MTT | Communicate with T. Low regarding execution of settlement agreement | 10 | .20 |
| 12/11/07 | MTT | Communicate with J. Derian regarding execution of settlement agreement | 10 | .10 |
| 12/12/07 | JEW | Several phone conferences with client and opposing counsel and several traded e-mail correspondences to, from and to the client and opposing counsel regarding the settlement terms, execution of the settlement agreement and finally reach an agreed upon protocol for closing the settlement with confirmatory correspondence to all participants. | 10 | 2.50 |
| 12/12/07 | MTT | Communicate with J. Wynne regarding settlement agreement execution issues | 10 | .30 |
| 12/12/07 | MTT | Communicate with opposing counsel regarding execution of settlement agreement | 10 | .10 |
| 12/13/07 | JEW | Formal receipt and acknowledgement of settlement closing and correspondence distributing executed closing papers. | 10 | .40 |
| 12/13/07 | MTT | Review e-mail from opposing counsel with final executed settlement agreement | 10 | .10 |
| 12/17/07 | MTT | Communicate with T. Low regarding settlement execution and dismissal order | 10 | .20 |
| 12/17/07 | MTT | Draft stipulated order of dismissal | 10 | .20 |
| 12/17/07 | MTT | Communicate with J. Derian regarding dismissal order and status of settlement agreement execution | 10 | .20 |
| 12/18/07 | JEW | Multiple correspondence from and to opposing counsel and the client regarding the funding of the settlement, receipt of the funding, and authorization for the entry of an order of dismissal of the lawsuit. | 10 | .70 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103

| Date | | Description | | |
|------|------|-------------|------|------|
| 12/18/07 | MTT | Communicate with opposing counsel T. Low regarding dismissal order and execution of settlement agreement | 10 | .20 |
| 12/19/07 | MTT | Communicate with J. Bodary regarding execution of dismissal order for filing with court | 10 | .10 |
| 12/19/07 | MTT | Finalize stipulated order of dismissal and file with court | 10 | .20 |

TOTAL BILLABLE HOURS        8.70

TOTAL FEES                2216.40

- - - - - - - - - - -

TOTAL FEES                2216.40

Matter Total              2216.40

=============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   KINPO GROUP                              000115900-0144


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/07/07 | D_S | Reviewed courtAs Minute Entry terminating Motion for Order Regarding Summons and Request for International Judicial Assistance. | 10 | .20 |

TOTAL BILLABLE HOURS        0.20

TOTAL FEES                      54.90

DISBURSEMENTS:

Express Delivery Charges              15.99
                                 ----------
                                      15.99


TOTAL FEES                      54.90

TOTAL DISBURSEMENTS             15.99
                           _____
Matter Total                    70.89
                           =============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  WREN INDUSTRIES                          000115900-0147


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/19/07 | TBR | Review Accommodation Agreement. | 03 | .20 |
| 12/19/07 | TBR | E-mails with J. Pierini regarding price increases. | 03 | .50 |

TOTAL BILLABLE HOURS      0.70

TOTAL FEES                   231.00

- - - - - - - - - -


TOTAL FEES                   231.00
_____

Matter Total                231.00
=============

## Butzel Long

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MOLD-EX                                 000115900-0155

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/18/07 | TBR | E-mails with T. Dunn regarding demand letter. | 03 | .40 |
| 12/18/07 | TBR | Distribute response to demand letter. | 03 | .20 |
| 12/20/07 | TBR | Finalize response to demand letter. | 03 | .20 |

TOTAL BILLABLE HOURS          0.80

TOTAL FEES                   264.00

DISBURSEMENTS:

Copies                                    0.30
                                    ----------
                                          0.30

TOTAL FEES                         264.00

TOTAL DISBURSEMENTS                  0.30
                                 _____
Matter Total                       264.30
                                 ============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                         January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:   GDX AUTOMOTIVE                      000115900-0165


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/03/07 | TBR | Telephone conference with T. Willingham, A. Macrino regarding Agreement. | 03 | .20 |
| 12/03/07 | TBR | E-mail to S. Freedman and T. Nelson regarding amendment to letter agreement. | 03 | .30 |
| 12/03/07 | TBR. | Review Accommodation Agreement regarding inventory purchase. | 03 | .20 |
| 12/03/07 | TBR | E-mail to A. Macrino, T. Willingham regarding inventory purchase. | 03 | .20 |
| 12/14/07 | TBR | Review e-mails regarding final payment. | 03 | .40 |
| 12/14/07 | TBR | Telephone conference with T. Willingham regarding final payment. | 03 | .30 |
| 12/14/07 | TBR | E-mails with J. Pierini regarding final payment. | 03 | .50 |


TOTAL BILLABLE HOURS        2.10

TOTAL FEES                      693.00

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103


DISBURSEMENTS:

    Copies                                        0.60
                                            ----------
                                                  0.60


        TOTAL FEES                         693.00

        TOTAL DISBURSEMENTS                   0.60
                                      ---------------
        Matter Total                       693.60
                                      ===============

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PRECISION HARNESS, INC.                    000115900-0167


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/07/07 | MEW | Review changes to be incorporated into Accommodation Agreement. | 03 | .20 |
| 12/12/07 | MEW | Review current revisions of Accommodation and Access Agreements and outline changes needed to reflect current deal with PHI. | 03 | 1.00 |
| 12/13/07 | MEW | Review supporting schedules for and revise and draft Accommodation Agreement. | 03 | 2.00 |
| 12/14/07 | MEW | Email and conference with Mark Johnson regarding revisions to Accommodation Agreement. | 03 | .30 |
| 12/14/07 | MEW | Revise Accommodation Agreement and Access Agreement. | 03 | .30 |
| 12/14/07 | MEW | Forward to M. Johnson at Delphi. | 03 | .20 |
| 12/17/07 | TBR | Review e-mails regarding revised Agreements. | 03 | .40 |
| 12/17/07 | MEW | Review changes to Accommodation and Access Agreements requested by Mark Johnson. | 03 | .40 |
| 12/18/07 | MEW | Revise Accommodation and Access Agreements. | 03 | 1.50 |
| 12/19/07 | MEW | Review and make additional changes to Accommodation and Access Agreements. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8370103

12/20/07  MEW  Review, revise and circulate changes to Mark    03        .30
               Johnson.


                        TOTAL BILLABLE HOURS        6.80

                            TOTAL FEES                    2244.00

DISBURSEMENTS:

        Copies                                      1.80
                                            -----------
                                                    1.80


                        TOTAL FEES                    2244.00
                        TOTAL DISBURSEMENTS            1.80
                                            -----------
                        Matter Total                  2245.80
                                            ==============

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900 150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                    January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  ADC LP                                    000115900-0169


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 12/03/07 | TBR | Telephone conferences and e-mails with M. Everett regarding Accommodation Agreement. | 03 | 1.30 |
| 12/03/07 | TBR | Revise Accommodation Agreement. | 03 | .20 |
| 12/03/07 | TBR | E-mail to Delphi Team regarding revised Accommodation Agreement. | 03 | .20 |
| 12/06/07 | MEW | Review ADC Accommodation Agreement. | 03 | .40 |
| 12/11/07 | MEW | Prepare for team conference call to review and discuss open issues. | 03 | 1.10 |
| 12/11/07 | MEW | Review current deal terms, existing agreement and revise Accommodation and Access Agreements. | 03 | 1.20 |
| 12/12/07 | MEW | Review, revise and draft Accommodation Agreement and Access Agreement. | 03 | 1.20 |
| 12/12/07 | MEW | Discuss Accommodation and Access Agreements with M. Olson of Delphi. | 03 | .30 |
| 12/17/07 | TBR | E-mail and telephone conferences with M. Everett regarding Agreements. | 03 | .70 |
| 12/17/07 | TBR | Revise Agreements. | 03 | .50 |
| 12/17/07 | TBR | E-mail to Delphi Team regarding Agreements. | 03 | .20 |

# Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS                     January 22, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8370103

| 12/17/07 | TBR | Telephone conferences and e-mails with V. Ambutas regarding Agreements. | 03 | .90 |
|----------|-----|--------------------------------------------------------------------------|----|-----|
| 12/17/07 | TBR | Telephone conference with L. Agasse, J. Pierini regarding Agreements. | 03 | .60 |
| 12/18/07 | TBR | Conference call with Delphi Team regarding Agreements. | 03 | 1.20 |
| 12/18/07 | TBR | Telephone conferences with M. Everett regarding Agreements. | 03 | .80 |
| 12/18/07 | TBR | Revise Agreements. | 03 | 1.20 |
| 12/18/07 | TBR | Telephone conferences and e-mails with V. Ambutas regarding Agreements. | 03 | 1.00 |
| 12/18/07 | TBR | Review ADC comments to Agreements. | 03 | .40 |
| 12/18/07 | TBR | E-mail to Delphi Team regarding ADC comments. | 03 | .40 |
| 12/19/07 | TBR | Completed final revisions to Agreements. | 03 | .50 |
| 12/19/07 | TBR | E-mail to Supplier, Delphi regarding Agreements. | 03 | .20 |
| 12/19/07 | TBR | Telephone conference with M. Everett regarding execution. | 03 | .20 |
| 12/19/07 | TBR | Reviewed Supplier's signature pages to Agreements. | 03 | .20 |
| 12/20/07 | TBR | E-mails with Delphi Team regarding signed Agreements. | 03 | .60 |
| 12/21/07 | TBR | E-mails with Delphi Team regarding execution of Agreements. | 03 | .50 |
| 12/21/07 | TBR | E-mail to V. Ambutas regarding executed agreements. | 03 | .20 |

TOTAL BILLABLE HOURS      16.20

TOTAL FEES            5346.00

## Butzel Long

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

(I.D. NO. 38-2384883)

SUITE 900  150 WEST JEFFERSON
DETROIT, MICHIGAN 48226-4430
(313) 225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8370103

January 22, 2008

DISBURSEMENTS:

        Copies                                                8.30
                                                          ----------
                                                                8.30


                        TOTAL FEES                        5346.00

                        TOTAL DISBURSEMENTS                   8.30
                                                          ----------
                        Matter Total                      5354.30
                                                          ==============

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000 F: 313 225 7080
**butzel.com**

March 20, 2008

To:   David Sherbin, Esq., Delphi Corp.
Mr. John D. Sheehan, Delphi Corp.
Ms. Michele M. Piscitelli, Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesely, Esq., Simpson Thacher & Bartlett, LLP
Donald Bernstein, Esq., Davis Polk & Wardell
Ms. Valeria Venable, GE Plastics, Americas

**Summary of Total Billable Hours by Category
for the Period January 1, 2008 through January 25, 2008**

| __Matter Description__ | __Hours__ | __Amount__ |
|---|---|---|
| Business Operations | 41.70 | $12,661.20 |
| Employee Benefits/Pensions | 10.90 | $2,741.00 |
| Litigation | 35.90 | $125,856.42 |
| Totals: | __88.50__ | __$141,258.62__ |

March 20, 2008

Page 2

## Summary of Disbursements
### for the Period January 1, 2008 through January 25, 2008

| Disbursement | Amount |
|---|---|
| Copies | $14.90 |
| Special Postal Charges | $3.64 |
| CT Corporation System | $60.50 |
| Totals: | $79.04 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period January 1, 2008 through January 25, 2008

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $330.00 | 27.30 | $9,009.00 |
| Matthew Wilkins | Shareholder | 1983 | $330.00 | .30 | $99.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $297.00 | 1.40 | $415.80 |
| Daniel N. Sharkey | Shareholder | 1995 | $264.00 | 8.60 | $2,270.40 |
| Daniel J. Dulworth | Shareholder | 1988 | $260.00 | 20.80 | $5,408.00 |
| Lynn A. Sheehy | Shareholder | 1985 | $256.00 | .20 | $51.20 |
| Charlotte A. Garry | Sr. Attorney | 1998 | $255.00 | 10.20 | $2,601.00 |
| Susan L. Johnson | Shareholder | 1984 | $252.00 | 14.10 | $3,553.20 |
| Charlotte A. Garry | Sr. Attorney | 1998 | $200.00 | .70 | $140.00 |
| Benjamin Steffans | Associate | 2006 | $148.00 | 4.90 | $725.20 |
| Contract Premium | | | | | $116,985.82 |
| | | | | | |
| Grand Total: | | | | 88.50 | $141,258.62 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008
Invoice No.  8377433

Delphi Automotive Systems
Attn: General Counsel
5725 Delphi Drive
Troy, MI  48098-2815

PROFESSIONAL SERVICES posted through January 25, 2008

| | | |
|---|---|---|
| BYTEC, INC. | 000115900-0050   J D | |
| Total Fees Due | | $554.40 |
| EMPLOYMENT SECONDMENT | 000115900-0078   LED | |
| Total Fees Due | | $2,601.00 |
| Total Expenses | | $9.24 |
| POST BANKRUPTCY GENERAL | 000115900-0100   TBR | |
| Total Fees Due | | $726.00 |
| MPC | 000115900-0107   TBR | |
| Total Fees Due | | $66.00 |
| DELPHI CORPORATION VS. SEGWAY, INC. | 000115900-0112   TBR | |
| Total Fees Due | | $6,184.40 |
| Total Expenses | | $3.20 |
| CEP PRODUCTS | 000115900-0119   TBR | |
| Total Fees Due | | $891.00 |
| BING METALS GROUP, INC. | 000115900-0125   TBR | |
| Total Fees Due | | $231.00 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                                      March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

| | | |
|---|---|---|
| TENATRONICS LTD. | 000115900-0126   TBR | |
| Total Fees Due | | $1,584.00 |
| Total Expenses | | $5.80 |
| QC ONICS | 000115900-0128   TBR | |
| Total Fees Due | | $99.00 |
| INTERIOR GROUP SALE | 000115900-0130   PJK | |
| Total Fees Due | | $3,553.20 |
| SECONDMENT OVER 8 HOURS | 000115900-0140   LED | |
| Total Fees Due | | $140.00 |
| MICHIGAN SPRING AND STAMPING | 000115900-0142   JEW | |
| Total Fees Due | | $116,985.82 |
| KINPO GROUP | 000115900-0144   D_S | |
| Total Fees Due | | $415.80 |
| AUTOCAM CORPORATION | 000115900-0146   TBR | |
| Total Fees Due | | $99.00 |
| WREN INDUSTRIES | 000115900-0147   TBR | |
| Total Fees Due | | $1,848.00 |
| IDEAL TOOL | 000115900-0151   TBR | |
| Total Fees Due | | $957.00 |
| MOLD-EX | 000115900-0155   TBR | |
| Total Fees Due | | $363.00 |
| Total Expenses | | $0.30 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                    March 20, 2008
INVOICE NO.:    8377433

LUNT MANUFACTURING                           000115900-0166   TBR

                          Total Fees Due                 $462.00

ADC LP                                       000115900-0169   TBR

                          Total Fees Due                  $66.00

                          Total Expenses                  $60.50

BLACKHAWK AUTOMOTIVE                         000115900-0171   TBR

                          Total Fees Due               $1,353.00

STAHL SPECIALTY COMPANY                      000115900-0172   TBR

                          Total Fees Due               $1,716.00

PLASTECH ENGINEERED PRODUCTS                 000115900-0174   TBR

                          Total Fees Due                 $363.00




          GRAND TOTAL FEES                     141258.62

          GRAND TOTAL EXPENSES                     79.04
                                            -------------
                INVOICE TOTAL                  141337.66
                                            =============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BYTEC, INC.                    000115900-0050


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/10/08 | D_S | Telephone conference with C. Brown re status of dispute, Bytec's stop-ship threat, and enforceability of contract beyond stated duration date. | 10 | .30 |
| 01/14/08 | D_S | Reviewed email correspondence from C. Brown re Bytec's position communicated by opposing counsel A. McAlpine. | 10 | .20 |
| 01/14/08 | D_S | Research re enforcing contract beyond expiration in detrimental reliance on negotiation positions by seller. | 10 | .70 |
| 01/14/08 | D_S | Research re A. McAlpine. | 10 | .30 |
| 01/14/08 | D_S | Drafted email correspondence to C. Brown re results of research. | 10 | .40 |
| 01/14/08 | D_S | Reviewed email correspondence from C. Brown re same. | 10 | .20 |


TOTAL BILLABLE HOURS        2.10

TOTAL FEES              554.40

----------

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


TOTAL FEES                      554.40
                         _____

         Matter Total            554.40
                         ================

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8377433

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   EMPLOYMENT SECONDMENT                    000115900-0078

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/04/08 | C_G | Review of documents from the Plant on the Poe Charge; call to Garry Gilliam with questions regarding medical leaves. | 06 | 1.10 |
| 01/07/08 | C_G | Call to Garry Gilliam regarding Poe Charge of Discrimination; call to Nurse Angela Sledge regarding Poe. | 06 | .70 |
| 01/08/08 | C_G | Drafted Poe Position Statement. | 06 | 7.40 |
| 01/23/08 | C_G | Review of Request for Additional Information on the Cooper Charge; call to Phil Lyons regarding additional information; review of Phil Lyons' response. | 06 | 1.00 |

TOTAL BILLABLE HOURS      10.20

TOTAL FEES          2601.00

DISBURSEMENTS:

Copies                        5.60
Special Postal Charges        3.64
                          ----------
                              9.24

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

| | |
|---|---:|
| TOTAL FEES | 2601.00 |
| TOTAL DISBURSEMENTS | 9.24 |
| Matter Total | 2610.24 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8377433

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  POST BANKRUPTCY GENERAL                    000115900-0100

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/08 | TBR | Reviewed fee and cost information for Delphi year end. | 03 | 1.00 |
| 01/02/08 | TBR | E-mail to S. Corcoran regarding year end fee information. | 03 | .20 |
| 01/08/08 | TBR | Telephone conference with T. Willingham regarding Plastech. | 03 | .30 |
| 01/11/08 | TBR | Review Michner Plating docket regarding status of Plan. | 03 | .50 |
| 01/15/08 | TBR | Telephone conference with L. Agasse regarding Progressive Molded Products. | 03 | .20 |

TOTAL BILLABLE HOURS          2.20

TOTAL FEES              726.00

----------

TOTAL FEES              726.00

Matter Total              726.00
==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

March 20, 2008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MPC                                          000115900-0107

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/24/08 | TBR | E-mail to E. Erman, G. Eynon regarding retainer surplus. | 03 | .20 |

TOTAL BILLABLE HOURS        0.20

TOTAL FEES                  66.00

- - - - - - - - - -

TOTAL FEES                  66.00
_____

Matter Total                66.00
=============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                    March 20, 2008
INVOICE NO.:    8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  DELPHI CORPORATION VS. SEGWAY, INC.    000115900-0112


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/08 | D D | Receipt and review of Segway's Re-Praecipe and Re-Notice of Hearing on Summary Disposition Motion. | 10 | .20 |
| 01/02/08 | D D | E-mail to Jim Derian regarding new date for hearing on Summary Disposition Motion. | 10 | .20 |
| 01/09/08 | D D | Telephone conference with opposing counsel regarding Summary Disposition Motion and Defendant's Reply Brief. | 10 | .30 |
| 01/09/08 | D D | Receipt of Defendant's Reply to Response to Summary Disposition Motion. | 10 | .20 |
| 01/09/08 | D D | Confer with Ben Steffans regarding Defendant's Reply Brief. | 10 | .20 |
| 01/09/08 | D D | E-mail to Jim Derian regarding Defendant's Reply Brief. | 10 | .20 |
| 01/11/08 | D D | Research regarding issues involving lithium ion battery development. | 10 | .80 |
| 01/11/08 | D D | Review and analysis of Segway's Reply to Delphi's Response to Motion for Summary Disposition. | 10 | 1.70 |
| 01/11/08 | D D | Confer with Ben Steffans regarding responding to Segway's Reply to Response to Summary Disposition Motion. | 10 | .50 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                           March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8377433

| Date | Init | Description | | |
|------|------|-------------|---|---|
| 01/11/08 | BS | Review Segway's Reply to Delphi's Response to Segway's Motion to Dismiss. | 10 | 1.60 |
| 01/11/08 | BS | Phone conference with Lyle Shuey regarding Segway benefits and quality issues. | 10 | .40 |
| 01/11/08 | BS | Meet with Dan Dulworth regarding possible issues for us to respond to. | 10 | .80 |
| 01/14/08 | D D | Conference with Ben Steffans regarding Lyle Shuey's recollection of engineering issues. | 10 | .20 |
| 01/14/08 | D D | Begin preparation for hearing on Motion for Summary Disposition. | 10 | .30 |
| 01/15/08 | D D | Preparation for hearing on Segway's Summary Disposition Motion, including review of voluminous exhibits, briefs and case law. | 10 | 6.50 |
| 01/15/08 | D D | Conferences with Ben Steffens regarding research for hearing on Summary Disposition Motion and documentary evidence. | 10 | .40 |
| 01/15/08 | BS | Research UCC and damages available for reliance on contract, specifically focusing on situation where supply contract is breached and non-breaching party had spent considerable resources in performing under the contract. | 10 | 2.10 |
| 01/16/08 | D D | Attend hearing on Summary Disposition Motion and posthearing conference with Andrew Doctoroff and Jim Derian. | 10 | 5.70 |
| 01/16/08 | D D | Receipt and review Court's Order denying Segway's Motion for Summary Disposition. | 10 | .20 |
| 01/16/08 | D D | Confer with Jim Wynne regarding potential facilitator and settlement range. | 10 | .20 |
| 01/17/08 | D D | Confer with Lynn Sheehy regarding facilitation. | 10 | .20 |
| 01/17/08 | D D | Review and analysis of file and work on damages analysis for settlement negotiations. | 10 | .50 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI  48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                      March 20, 2008
INVOICE NO.:    8377433

| Date | Atty | Description | | |
|---|---|---|---|---|
| 01/17/08 | D D | Initial work on Facilitation Summary. | 10 | 1.00 |
| 01/18/08 | LAS | Discussion re measure of damages and amendment of the complaint. | 10 | .20 |
| 01/18/08 | D D | Conferences with Lynn Sheehy and Ben Steffans regarding damages calculation and amending the Complaint. | 10 | .40 |
| 01/24/08 | D D | Research background of facilitators recommended by Judge Mester. | 10 | .90 |

                    TOTAL BILLABLE HOURS        25.90

                        TOTAL FEES                    6184.40

DISBURSEMENTS:

            Copies                              3.20
                                            ----------
                                                3.20


                    TOTAL FEES                   6184.40

                    TOTAL DISBURSEMENTS              3.20
                                            _____

                    Matter Total                6187.60
                                            ==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  CEP PRODUCTS                              000115900-0119

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/03/08 | TBR | Telephone conference and e-mail with L. Agasse regarding Parker Hannifin. | 03 | .40 |
| 01/03/08 | TBR | E-mails with B. Kelleher regarding Parker Hannifin. | 03 | .50 |
| 01/03/08 | TBR | E-mails with L. Agasse regarding wire to Parker. | 03 | .40 |
| 01/03/08 | TBR | E-mails to B. Kelleher regarding wire to Parker. | 03 | .40 |
| 01/04/08 | TBR | E-mails with L. Agasse regarding Parker wire. | 03 | .40 |
| 01/04/08 | TBR | E-mails with B. Kelleher regarding Parker wire. | 03 | .40 |
| 01/15/08 | TBR | Telephone conference with L. Agasse regarding status. | 03 | .20 |

TOTAL BILLABLE HOURS        2.70

TOTAL FEES                  891.00

----------

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

TOTAL FEES                    891.00
                         _____

        Matter Total          891.00
                         ===============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                                    March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BING METALS GROUP, INC.                    000115900-0125


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/10/08 | TBR | Review Amended and Restated Accommodation Agreement. | 03 | .50 |
| 01/10/08 | TBR | E-mail to M. Everett regarding Agreement. | 03 | .20 |

TOTAL BILLABLE HOURS            0.70

TOTAL FEES                                231.00

----------


TOTAL FEES                                231.00

Matter Total                              231.00
==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8377433

March 20, 2008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   TENATRONICS LTD.                    000115900-0126

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/07/08 | TBR | Review Trustee schedules, proof of claim, possible additional setoff claim. | 03 | 1.00 |
| 01/07/08 | TBR | E-mail to L. Agasse regarding claim. | 03 | .30 |
| 01/08/08 | TBR | Telephone conference with L. Agasse regarding proof of claim. | 03 | .60 |
| 01/08/08 | TBR | Telephone conference with T. Willingham regarding proof of claim. | 03 | .20 |
| 01/15/08 | TBR | Telephone conference and e-mails with L. Agasse regarding proof of claim. | 03 | .50 |
| 01/16/08 | TBR | Review Agasse e-mail regarding Proof of Claim. | 03 | .20 |
| 01/18/08 | TBR | Draft Proof of Claim. | 03 | .50 |
| 01/18/08 | TBR | Telephone conference and e-mail with P. Goy regarding Proof of Claim. | 03 | .50 |
| 01/18/08 | TBR | Letter to Bankruptcy Trustee regarding Proof of Claim. | 03 | .20 |
| 01/23/08 | TBR | Review Rutman e-mail regarding Proof of Claim. | 03 | .20 |
| 01/24/08 | TBR | E-mails with J. Rutman regarding claim. | 03 | .40 |
| 01/24/08 | TBR | E-mail to L. Agasse regarding claim. | 03 | .20 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

March 20, 2008

TOTAL BILLABLE HOURS         4.80

TOTAL FEES              1584.00

DISBURSEMENTS:

Copies                              5.80
                                 ------------
                                     5.80

TOTAL FEES              1584.00

TOTAL DISBURSEMENTS        5.80

Matter Total            1589.80
                     ==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8377433

March 20, 2008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  QC ONICS                          000115900-0128

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/23/08 | MEW | Correspondence from Yazaki counsel regarding issues with QC Trustee. | 03 | .30 |

| | | |
|---|---|---|
| TOTAL BILLABLE HOURS | 0.30 | |
| TOTAL FEES | 99.00 | |
| | ---------- | |
| TOTAL FEES | 99.00 | |
| Matter Total | 99.00 | |
| | ============== | |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                                March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:    INTERIOR GROUP SALE                    000115900-0130


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/03/08 | SJ | Review and comment on communication with M. Hester and S. Hubbard, attorney for Renco. | 03 | .70 |
| 01/04/08 | SJ | Respond to communication from Scott Hubbard, Renco environmental counsel re: misc. Delphi contacts | 03 | .20 |
| 01/08/08 | SJ | Review closing checklist and forward comments to M. Fukuda. | 03 | .30 |
| 01/11/08 | SJ | Follow up with Mark Hester regarding disclosure updates | 03 | .20 |
| 01/15/08 | SJ | Call to CRA re: reliance letter for Gadsden ESAs. | 03 | .20 |
| 01/16/08 | SJ | Calls with Glen Turchan and John Pentilchuk of CRA re: reliance letter for Inteva/Wachovia and follow up with Scott Hubbard, attorney for Inteva | 03 | .70 |
| 01/16/08 | SJ | Calls with Scott Hubbard regarding reliance letter and permit transfer issues | 03 | .70 |
| 01/16/08 | SJ | Legal Team conference call. | 03 | .60 |
| 01/17/08 | SJ | Permit transfer process status conference call | 03 | 1.00 |
| 01/17/08 | SJ | Calls with Scott Hubbard regarding CRA reliance letter. | 03 | .60 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384683)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                          March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

| | | | | |
|---|---|---|---|---|
| 01/17/08 | SJ | Review facilities transition transaction action sheet from Ed Ruhl | 03 | .50 |
| 01/17/08 | SJ | Call with Scott Hubbard re: Inteva permit transfer procedure | 03 | .40 |
| 01/18/08 | SJ | Facilities Transaction Transition Review call. | 03 | 1.50 |
| 01/18/08 | SJ | Follow up with Steve Chapman and Scott Hubbard regarding CMML permit. | 03 | .60 |
| 01/18/08 | SJ | Calls with Scott Hubbard regarding permit transfer status. | 03 | .70 |
| 01/18/08 | SJ | Review updated SDADS from Ed Ruhl. | 03 | .70 |
| 01/18/08 | SJ | Follow up with Scott Hubbard on various communications from Steve Chapman and Ed Ruhl. | 03 | .60 |
| 01/18/08 | SJ | Transition Conference Call | 03 | 2.00 |
| 01/22/08 | SJ | Review and revise draft agency letter from Ed Ruhl. | 03 | .40 |
| 01/23/08 | SJ | Follow up with Ed Ruhl and Mark Hester regarding pre-closing environmental issues. | 03 | .20 |
| 01/23/08 | SJ | Review Adrian NOV response and forward to Paula Bond for inclusion in disclosure. | 03 | .20 |
| 01/23/08 | SJ | Follow up with Ed Ruhl regarding permit transfer letters to agencies. | 03 | .20 |
| 01/24/08 | SJ | Review communication from Ed Ruhl regarding Gadsden NPDES permit. | 03 | .10 |
| 01/24/08 | SJ | Provide revised disclosures to Paula Bond.  inventory requirements. | 03 | .20 |
| 01/25/08 | SJ | Receive and forward communication from Scott Hubbard regarding permit issues. | 03 | .20 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

TOTAL BILLABLE HOURS          14.10

TOTAL FEES                3553.20

- - - - - - - - - -

TOTAL FEES                3553.20

Matter Total              3553.20
================

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                        March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  SECONDMENT OVER 8 HOURS                 000115900-0140


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/08/08 | C_G | Drafted Poe Position Statement. E-mail Poe Position Statement to Jeff Peterson for his review. | 06 | .60 |
| 01/10/08 | C_G | Edit and file Poe Position Statement. | 06 | .10 |

TOTAL BILLABLE HOURS          0.70

TOTAL FEES                  140.00

----------

TOTAL FEES                  140.00
_____

Matter Total                140.00
==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                          March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  KINPO GROUP                           000115900-0144


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/02/08 | D_S | Reviewed email correspondence from P. Pollack re allegation of Kinpo building GPS for Harmon Kadin. | 10 | .10 |
| 01/02/08 | D_S | Reviewed articles re allegation of Kinpo building GPS for Harmon Kadin. | 10 | .30 |
| 01/02/08 | D_S | Reviewed email correspondence from C. Brown re allegations of Kinpo building GPS for Harmon Kadin. | 10 | .10 |
| 01/02/08 | D_S | Drafted email correspondence to C. Brown re allegation of Kinpo building GPS for Harmon Kadin. | 10 | .20 |
| 01/04/08 | D_S | Reviewed correspondence from C. Ingalls of Crowe Foreign Service re status of service of lawsuit in Taiwan Courts. | 10 | .20 |
| 01/04/08 | D_S | Reviewed Affidavit of C. Ingalls re status of service of lawsuit in Taiwan Courts. | 10 | .10 |
| 01/04/08 | D_S | Drafted email correspondence to C. Brown and P. Pollack re status of service of lawsuit in Taiwan courts. | 10 | .30 |
| 01/04/08 | D_S | Drafted email correspondence to C. Ingalls re status of service of lawsuit in Taiwan courts. | 10 | .10 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:     8377433

TOTAL BILLABLE HOURS          1.40

TOTAL FEES                  415.80

                          - - - - - - - - - -

TOTAL FEES                  415.80

Matter Total                415.80
                          ==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8377433

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  AUTOCAM CORPORATION                    000115900-0146

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/16/08 | TBR | Telephone conference with M. Johnson regarding status. | 03 | .30 |

TOTAL BILLABLE HOURS       0.30

TOTAL FEES                      99.00

----------

TOTAL FEES                      99.00

Matter Total                    99.00
==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                     March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  WREN INDUSTRIES                     000115900-0147

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/07/08 | TBR | Review file regarding Accommodation, Forbearance Agreements. | 03 | .30 |
| 01/07/08 | TBR | E-mail to M. Johnson regarding status. | 03 | .20 |
| 01/08/08 | TBR | Telephone conference with T. Willingham regarding status. | 03 | .20 |
| 01/08/08 | TBR | Telephone conference with M. Johnson regarding extension of agreements. | 03 | .30 |
| 01/08/08 | TBR | Review file regarding agreements. | 03 | .30 |
| 01/10/08 | TBR | Telephone conference with M. Johnson regarding extension of Accommodation Agreement. | 03 | .20 |
| 01/10/08 | TBR | Draft Amendment to Accommodation Agreement. | 03 | .70 |
| 01/10/08 | TBR | Telephone conference with J. Glankler regarding Amendment. | 03 | .20 |
| 01/10/08 | TBR | E-mail to M. Johnson regarding Amendment. | 03 | .20 |
| 01/11/08 | TBR | Conference calls with Delphi Team regarding extension issues. | 03 | 2.30 |
| 01/15/08 | TBR | E-mails with J. Glankler regarding Amended Forbearance Agreement. | 03 | .40 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

01/15/08   TBR   Review Amended Forbearance Agreement.          03          .30


                        TOTAL BILLABLE HOURS          5.60

                             TOTAL FEES                     1848.00

                                                    - - - - - - - - - -


                             TOTAL FEES                     1848.00
                                                    _____

                             Matter Total                  1848.00
                                                    ==================

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                     March 20, 2008
INVOICE NO.:   8377433

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:   IDEAL TOOL                             000115900-0151

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/03/08 | TBR | Review Ligoure notes on January 3 meeting. | 03 | .20 |
| 01/08/08 | TBR | Telephone conference with T. Willingham regarding status. | 03 | .20 |
| 01/09/08 | TBR | Telephone conference with T. Willingham and M. Johnson regarding collection of receivable. | 03 | .50 |
| 01/15/08 | TBR | Review Ligoure notes regarding January 15 meeting. | 03 | .20 |
| 01/23/08 | TBR | Review M. Johnson e-mail regarding stock purchase proposal. | 03 | .20 |
| 01/23/08 | TBR | Conference call with M. Johnson and T. Willingham regarding stock purchase proposal, payment of A/R. | 03 | 1.30 |
| 01/24/08 | TBR | Telephone conference with T. Willingham regarding status of stock sale. | 03 | .30 |

                    TOTAL BILLABLE HOURS        2.90

                         TOTAL FEES              957.00

                                             ----------

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                      March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


                              TOTAL FEES              957.00
                                            _____

                              Matter Total            957.00
                                            ===================

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

March 20, 2008

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8377433

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  MOLD-EX                              000115900-0155

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/18/08 | TBR | Review e-mail, demand letter regarding Delphi Thailand. | 03 | .30 |
| 01/18/08 | TBR | Letter to Assignee regarding demand letter. | 03 | .20 |
| 01/18/08 | TBR | E-mail to T. Dunn regarding response to demand letter. | 03 | .20 |
| 01/21/08 | TBR | Review Dunn e-mail regarding collection demand. | 03 | .20 |
| 01/22/08 | TBR | Review Dunn e-mail regarding Assignee demand. | 03 | .20 |

TOTAL BILLABLE HOURS          1.10

TOTAL FEES               363.00

DISBURSEMENTS:

Copies                                  0.30
                                   -----------
                                        0.30

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                    March 20, 2008
INVOICE NO.:    8377433

TOTAL FEES                      363.00

TOTAL DISBURSEMENTS               0.30
                              _____

Matter Total                    363.30
                              ==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI · 48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.: · 8377433

March 20, 2008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE: · LUNT MANUFACTURING · 000115900-0166

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/15/08 | TBR | Telephone conferences with L. Agasse regarding payables issues. | 03 | .50 |
| 01/15/08 | TBR | Conference call with Delphi Team regarding payables issues. | 03 | .50 |
| 01/15/08 | TBR | Review payables analysis. | 03 | .40 |

TOTAL BILLABLE HOURS · 1.40

TOTAL FEES · 462.00

- - - - - - - - - -

TOTAL FEES · 462.00

Matter Total · 462.00

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

March 20, 2008

[PRIVILEGED AND CONFIDENTIAL INFORMATION]

RE:  ADC LP                                   000115900-0169

| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/15/08 | TBR | Telephone conference with L. Agasse regarding January price increase. | 03 | .20 |

TOTAL BILLABLE HOURS        0.20

TOTAL FEES                66.00

DISBURSEMENTS:

CT Corporation Services              60.50
                                  ----------
                                     60.50

TOTAL FEES                      66.00

TOTAL DISBURSEMENTS               60.50
                                  ----------
Matter Total              126.50
                          ==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900                     March 20, 2008
INVOICE NO.:   8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  BLACKHAWK AUTOMOTIVE                      000115900-0171


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/16/08 | TBR | Telephone conference with L. Agasse regarding claims. | 03 | .20 |
| 01/16/08 | TBR | Review Agasse e-mail regarding claims. | 03 | .20 |
| 01/21/08 | TBR | Review docket, pleadings. | 03 | 2.80 |
| 01/21/08 | TBR | E-mail to L. Agasse regarding 503(b)(9) claims, status report. | 03 | .40 |
| 01/22/08 | TBR | Telephone conference with L. Agasse regarding claims. | 03 | .30 |
| 01/23/08 | TBR | Review Agasse e-mail regarding setoff claim data. | 03 | .20 |

TOTAL BILLABLE HOURS        4.10

TOTAL FEES              1353.00

----------

TOTAL FEES              1353.00

Matter Total           1353.00
==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                             March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


                    [PRIVILEGED AND CONFIDENTIAL INFORMATION]


          RE:   STAHL SPECIALTY COMPANY              000115900-0172


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/24/08 | D_S | Received voicemail from C. Brown re Stahl's stop-ship threat. | 10 | .10 |
| 01/24/08 | D_S | Reviewed email correspondence from C. Brown re Stal's stop-ship threat. | 10 | .10 |
| 01/24/08 | D_S | Preliminary research re whether acquiescence to late payments can counter claim of insecurity as to future performance on another contract. | 10 | .80 |
| 01/24/08 | D_S | Drafted email correspondence to C. Brown re whether acquiescence to late payments can counter claim of insecurity as to future performance on another contract. | 10 | .50 |
| 01/24/08 | D_S | Telephone conference with C. Brown re whether acquiescence to late payments can counter claim of insecurity as to future performance on another contract. | 10 | .20 |
| 01/25/08 | D_S | Reviewed email correspondence from C. Brown. | 10 | .20 |
| 01/25/08 | D_S | Reviewed binder of materials prepared by Delphi: e-mails, correspondence, purchase orders, contracts, inventory, incorporation. | 10 | 2.00 |
| 01/25/08 | D_S | Telephone conference with C. Brown re analysis of same. | 10 | .40 |

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100,  150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:   8377433

March 20, 2008

| Date | | Description | | |
|------|-----|-------------|-----|------|
| 01/25/08 | D_S | Drafted letter to Stahl outlining law of specific performance, law regarding materiality of breach to justify and cessation of shipment, and demand adequate assurances of continued performance. | 10 | 1.50 |
| 01/25/08 | D_S | Telephone conference with C. Brown re letter to Stal outlining law of specific performance, law regarding materiality of breach of justify and cessation of shipment, and demand adequate assurances of continued performance. | 10 | .20 |
| 01/25/08 | D_S | Revised, finalized and executed letter and directed service. | 10 | .50 |

TOTAL BILLABLE HOURS       6.50

TOTAL FEES              1716.00

----------

TOTAL FEES              1716.00

Matter Total            1716.00
=============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI  48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                    March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  PLASTECH ENGINEERED PRODUCTS          000115900-0174


| DATE | INIT | DESCRIPTION | TASK | HOURS |
|------|------|-------------|------|-------|
| 01/22/08 | TBR | Telephone conference with T. Willingham regarding bankruptcy preparation. | 03 | .30 |
| 01/22/08 | TBR | Telephone conference with L. Agasse regarding bankruptcy preparation. | 03 | .30 |
| 01/24/08 | TBR | Review and respond to e-mails regarding status. | 03 | .50 |

                    TOTAL BILLABLE HOURS      1.10

                         TOTAL FEES              363.00

                                              ----------


                    TOTAL FEES                  363.00
                                              _____
                    Matter Total                363.00
                                              ==============

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI   48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS                     March 20, 2008
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433


[PRIVILEGED AND CONFIDENTIAL INFORMATION]


RE:  MICHIGAN SPRING AND STAMPING          000115900-0142
     CONTRACT PREMIUM
                         TOTAL FEES          116985.82

                                            ----------

**BUTZEL LONG**
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
(I.D.NO.38-2384883)
SUITE 100, 150 WEST JEFFERSON
DETROIT, MI    48226-4430
(313)225-7000

DELPHI AUTOMOTIVE SYSTEMS
ACCOUNT NUMBER: 000115900
INVOICE NO.:    8377433

March 20, 2008

TOTAL FEES                    116985.82
                    _____

        Matter Total        116985.82
                    ===================