**Hearing Date and Time:  TBD**
**Objection Deadline:  TBD**

BUTZEL LONG, a professional corporation
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
(248) 258-1616
Thomas B. Radom (P24631)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
    In re                                                   :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
            Debtors.                                        :    (Jointly Administered)
------------------------------------------------------------x


**NOTICE OF SEVENTH AND FINAL APPLICATION OF BUTZEL LONG COMMERCIAL AND LITIGATION COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2007 THROUGH JANUARY 25, 2008 UNDER 11 U.S.C. §§ 330 AND 331**

PLEASE TAKE NOTICE that on December 18, 2009, Butzel Long, a professional corporation ("Applicant"), Commercial and Litigation Counsel to debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Seventh and Final Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From October 1, 2007 Through January 25, 2008 Under U.S.C. §§ 330 and 331 (the "Application").

PLEASE TAKE FURTHER NOTICE that the Application may be viewed on the Court's website or Debtors' "virtual docket" website; provided that, if a party-in-interest cannot access the Application on either website, upon request, Applicant shall provide a copy of the Application to such party-in-interest.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined by the Court (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must

file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., Esq.), (iii) commercial and litigation counsel to Debtors, Butzel Long, Stoneridge West, 41000 Woodward Avenue, Bloomfield Hills, Michigan 48304 (Att'n: Thomas B. Radom, Esq.), (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Marissa Wesely, Esq.), (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein, Esq.), (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins, LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg, Esq.) and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard, Esq.), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on a date to be determined** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Application are timely filed and served in accordance with

the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an Order granting the Application without further notice.

Dated:  Bloomfield Hills, Michigan
        December 18, 2009

>                BUTZEL LONG, a professional corporation
>
>
>                By     /s/   Thomas B. Radom
>                    Thomas B. Radom (P24631)
>                    Stoneridge West
>                    41000 Woodward Avenue
>                    Bloomfield Hills, MI 48304
>                    Telephone:  (248) 258-1416
>
>                    Commercial and Litigation Counsel to
>                    Delphi Corporation, et al., Debtors and
>                    Debtors-in-Possession