BUTZEL LONG, a professional corporation
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
Thomas B. Radom (P24631)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
    In re                                              :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                   Debtors.                          :    (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

- Notice of Seventh and Final Application of Butzel Long, Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2007 Through January 25, 2008 Under 11 U.S.C. §§ 330 and 331;

- Seventh and Final Application of Butzel Long, Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From October 1, 2007 Through January 25, 2008 Under 11 U.S.C. §§ 330 and 331; and

- Certificate of Service

was served on December 18, 2009, via Federal Express upon the following:

| | |
|---|---|
| Donald Bernstein, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY  10017 | Marissa Wesely, Esq.<br>Simpson Thacher & Barlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY  10022-4802 | Alicia M. Leonhard, Esq.<br>Brian Masumoto<br>Office of the US Trustee<br>for the District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL  60606 | David Sherbin, Esq.<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 |
| John D. Sheehan<br>Vice President & Chief Restructuring Officer<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 | Valeria Venable<br>GE Plastics, Americas<br>Credit Manager<br>9930 Kincey Avenue<br>Huntersville, NC  28078 |

The undersigned herein further certifies that a copy of the Notice of Seventh and Final Application of Butzel Long, Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2007 Through January 25, 2008 Under 11 U.S.C. §§ 330 and 331 was served via electronic mail on December 18, 2009, upon the parties listed on the attached Master Service List and 2002 List attached.

The undersigned herein further certifies that a copy of the Notice of Seventh and Final Application of Butzel Long, Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2007 Through January 25, 2008 Under 11 U.S.C. §§ 330 and 331 was served via U.S. mail on December 18, 2009, upon the following parties:

| | |
|---|---|
| MaryAnn Brereton<br>Assistant General Counsel<br>Tyco Electronics Corporation<br>60 Columbia Road<br>Morristown, NJ  07960 | Beth Klimczak<br>General Counsel<br>Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box 304<br>Frankenmuth, MI  48734 | Stephen Toy<br>WL Ross & Co., LLC<br>1166 Avenue of the Americas<br>New York, NY  10036-2708 |
| IUE-CWA<br>Conference Board Chairman<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 | Internal Revenue Service<br>Attn:  Insolvency Department<br>477 Michigan Avenue<br>Mail Stop 15<br>Detroit, MI  48226 |

Dated:  Bloomfield Hills, Michigan
             December 18, 2009

By     /s/   Thomas B. Radom
       Thomas B. Radom (P24631)
       Stoneridge West
       41000 Woodward Avenue
       Bloomfield Hills, MI 48304
       Telephone:  (248) 258-1416

       Commercial and Litigation Counsel to
       Delphi Corporation, et al., Debtors and
       Debtors-in-Possession