# Exhibit A

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**Fourteenth Fee Statement of Buck Consultants, LLC**
**For the Period October 1, 2007 – October 31, 2007**

|  |  |
|---|---|
| | PLEASE REMIT TO:<br>**Buck Consultants, LLC**<br>**Formerly Mellon Consultants, LLC**<br>**Dept. CH 14061** |
| November 8, 2007 | **Palatine, IL  60055-4061** |
| | EIN:     13-3954297 |
| Mr. John Sheehan<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 | Terms: Payable upon receipt.  Interest accrues after 30 days from the invoice date at 1% per month. |
| | Direct Inquiries to:<br>Judy Daszkiewicz - Finance Dept.<br>Email: Judith.Daszkiewicz@acs-hro.com |
| Client #: 00019804 | Phone: (201) 902-2842 |
| Invoice #: 186609 | Fax: (201) 902-2420 |

Delphi – Pension and OPEB Related Charges
for the period October 1 through October 31:

Services in connection with review of second pension funding waiver for the hourly plan, Latham memo regarding the motion for approval of the waiver, and comments on motion        $   780.00

| Professional | Hours | Rate | Billable Total |
|---|---|---|---|
| Mary P. Mitchell | 1.50 | $520.00 | $780.00 |

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY  10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC  28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ  08033
Attn: Joe Sykes

```
Buck Consultants, LLC.                          WIP DETAIL REPORT                                              Period End Date: 10/31/2007
Report Run Date : 11-02-2007                (Sorted by Client Location, Account Manager and Client Name)         Frequency       : M
Amounts in USD
=================================================================================================================================
Location        : Pittsburgh- PA (0203)
Client          : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)
=================================================================================================================================
                                        C L I E N T   T I M E   R E P O R T   S E C T I O N
                                        ===================================================

     Project : Due Diligence Actuarial Review (00019804-0001)                    < Type 1 Project >
     Service Deliverable : DB VAL. QUALIFIED (RET01)
       Task : Analysis/Calculations (013)
         Timekeeper Name              Work Date      Work Hours       Work Amount   Notes
         ---------------              ---------      ----------       -----------   -----
         Mitchell, Mary P             10-15-2007         1.50              780.00   review motion regarding second funding waiver for the hourly plan, latham
                                                                                    memo regarding the motion, and provide comments
                                                   -----------       -----------
                                   Task Total:           1.50              780.00
                                                   -----------       -----------
                      Service Deliverable Total:         1.50              780.00

     Service Deliverable : T&I Fee (RET) (RETTI)
       Task : Consulting - General (025)
         Timekeeper Name              Work Date      Work Hours       Work Amount   Notes
         ---------------              ---------      ----------       -----------   -----
         T & I FEE (RET), T & I       10-31-2007         0.00               46.80
                                                   -----------       -----------
                                   Task Total:           0.00               46.80
                                                   -----------       -----------
                      Service Deliverable Total:         0.00               46.80

                                   Project Total:        1.50              826.80
                                                   -----------       -----------
```

---
Buck is voluntarily reducing its fee and expenses by $46.80 for a total of $780.00.

**United States Bankruptcy Court**
**Southern District of New York**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case Nos. 05-4481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**Fifteenth Fee Statement of Buck Consultants, LLC**
**For the Period December 1, 2007 – December 31, 2007**

|  |  |
|---|---|
| | PLEASE REMIT TO:<br>**Buck Consultants, LLC**<br>**Formerly Mellon Consultants, LLC**<br>**Dept. CH 14061** |
| January 14, 2008 | **Palatine, IL 60055-4061** |
| | EIN:     13-3954297 |
| Mr. John Sheehan<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Terms: Payable upon receipt. Interest accrues after 30 days from the invoice date at 1% per month. |
| | Direct Inquiries to:<br>Judy Daszkiewicz - Finance Dept.<br>Email: Judith.Daszkiewicz@acs-hro.com |
| Client #: 00019804 | Phone: (201) 902-2842 |
| Invoice #: 190791 | Fax: (201) 902-2420 |

Delphi – Pension and OPEB Related Charges rendered during the period from December 1 through December 31, 2007:

Services in connection with review of funding waiver terms and conditions in order to estimate impact on pension and OPEB plans of delayed date of emergence from bankruptcy, including discussions with Mesirow                                              **$  1,300**

| Professional | Hours | Rate | Billable Total |
|---|---|---|---|
| Mary P. Mitchell | 2.50 | $520.00 | $1,300.00 |

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
Att'n: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10004

Latham & Watkins LLP
Att'n: Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York, 10022-4802

Simpson Thacher & Bartlett LLP
Att'n: Kenneth S. Ziman, Esq
425 Lexington Avenue
New York, New York, 10017

Davis Polk & Wardell,
Att'n: Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, New York, 10017)

Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004
Attn: Brad Eric Scheler

David Sherbin, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Mr. John Sheehan
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valerie Venable
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

Legal Cost Control, Inc.
255 Kings Highway East,
Haddonfield, NJ 08033
Attn: Joe Sykes

```
Buck Consultants, LLC.                              WIP DETAIL REPORT                                      Period End Date: 12/31/2007
Report Run Date : 01-03-2008               (Sorted by Client Location, Account Manager and Client Name)    Frequency       : M
Amounts in USD
=================================================================================================================================
Location        : Pittsburgh (0203)
Client          : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)
=================================================================================================================================
                                              C L I E N T    T I M E    R E P O R T    S E C T I O N
                                              ===================================================

     Project : Due Diligence Actuarial Review (00019804-0001)                    < Type 1 Project >
Service Deliverable : DB VAL. QUALIFIED (RET01)
     Task : Analysis/Calculations (013)
         Timekeeper Name              Work Date      Work Hours      Work Amount    Notes
         ---------------              ---------      ----------      -----------    -----
         Mitchell, Mary P             12-05-2007           2.50         1,300.00    est impact on pension/opeb of delayed date of emergence from bankruptcy;
                                                                                    discussion w/mesirow and review of funding information and waiver terms to
                                                                                    est. impact
                                                    ----------      -----------
                                      Task Total:        2.50         1,300.00
                                                    ----------      -----------
                          Service Deliverable Total:     2.50         1,300.00

Service Deliverable : OTHER A (RET27)
     Task : Admin - General (005)
         Timekeeper Name              Work Date      Work Hours      Work Amount    Notes
         ---------------              ---------      ----------      -----------    -----
         Thompson Haas, Audrey        11-06-2007           0.50           74.00     Bill preparation
                                                    ----------      -----------
                                      Task Total:        0.50            74.00
                                                    ----------      -----------
                          Service Deliverable Total:     0.50            74.00

Service Deliverable : T&I Fee (RET) (RETTI)
     Task : Consulting - General (025)
         Timekeeper Name              Work Date      Work Hours      Work Amount    Notes
         ---------------              ---------      ----------      -----------    -----
         T & I FEE (RET), T & I       11-30-2007           0.00            4.44
         T & I FEE (RET), T & I       12-31-2007           0.00           78.00
                                                    ----------      -----------
                                      Task Total:        0.00            82.44
                                                    ----------      -----------
                          Service Deliverable Total:     0.00            82.44
                                                    ----------      -----------
                                   Project Total:        3.00         1,456.44
                                                    ==========      ===========
```

---
Applicant has voluntarily reduced its fees and expenses from $1,456.44 to $1,300.00

=================================================================================================================================

```
Buck Consultants, LLC.                       WIP DETAIL REPORT                                    Period End Date: 12/31/2007
Report Run Date : 01-03-2008                 (Sorted by Client Location, Account Manager and Client Name)   Frequency       : M
Amounts in USD
===============================================================================================================================
Location        : Pittsburgh (0203)
Client          : Delphi Corporation (00019804)
Account Manager : Mitchell, Mary P (40812543)
===============================================================================================================================
                                             C L I E N T   T I M E   R E P O R T   S E C T I O N
                                             =====================================================

       Project : Due Diligence Actuarial Review (00019804-0001)                  < Type 1 Project >
       Service Deliverable : DB VAL. QUALIFIED (RET01)
         Task : Analysis/Calculations (013)
           Timekeeper Name          Work Date    Work Hours    Work Amount    Notes
           ---------------          ---------    ----------    -----------    -----
           Mitchell, Mary P         12-05-2007         2.50       1,300.00    est impact on pension/opeb of delayed date of emergence from bankruptcy;
                                                                              discussion w/mesirow and review of funding information and waiver terms to
                                                                              est. impact
                                                  ----------    -----------
                                    Task Total:        2.50       1,300.00
                                                  ----------    -----------
                         Service Deliverable Total:    2.50       1,300.00

       Service Deliverable : OTHER A (RET27)
         Task : Admin - General (005)
           Timekeeper Name          Work Date    Work Hours    Work Amount    Notes
           ---------------          ---------    ----------    -----------    -----
           Thompson Haas, Audrey    11-06-2007         0.50          74.00    Bill preparation
                                                  ----------    -----------
                                    Task Total:        0.50          74.00
                                                  ----------    -----------
                         Service Deliverable Total:    0.50          74.00

       Service Deliverable : T&I Fee (RET) (RETTI)
         Task : Consulting - General (025)
           Timekeeper Name          Work Date    Work Hours    Work Amount    Notes
           ---------------          ---------    ----------    -----------    -----
           T & I FEE (RET), T & I   11-30-2007         0.00           4.44
           T & I FEE (RET), T & I   12-31-2007         0.00          78.00
                                                  ----------    -----------
                                    Task Total:        0.00          82.44
                                                  ----------    -----------
                         Service Deliverable Total:    0.00          82.44
                                                  ----------    -----------
                                  Project Total:       3.00       1,456.44
                                                  ==========    ===========
```

---
Applicant has voluntarily reduced its fees and expenses from $1,456.44 to $1,300.00

===============================================================================================================================