**INDEX OF EXHIBITS TO SEVENTH AND FINAL FEE APPLICATION**

Exhibit A —   Certification of Compliance

Exhibit B —   Summary of Professional Services Rendered, Background of Professionals

Exhibit C —   Summary of Services Rendered

Exhibit D —   Actual and Necessary Disbursements Incurred

Exhibit E —   Fees and Expenses Attendant to Filing and Service of Final Application

Exhibit F ---   Estimate of Fees and Expenses that Will be Incurred in Pursuing Final Application

Exhibit G --   Proposed Order Granting Seventh and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses

#379517-v2