# EXHIBIT B

## DELPHI CORPORATION, *ET AL.*

### PROFESSIONAL SERVICES RENDERED
### BY HOWARD & HOWARD ATTORNEYS, P.C.
### AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
### OCTOBER 1, 2007 THROUGH JANUARY 25, 2008

*The hourly rates increased on 12/01/07 as they do every year at this time.

### ATTORNEYS

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Jess A. Bahs | 1992 | 1992 | $265.00 | 14.9 | $3,948.50 |
| Lisa S. Gretchko | 1979 | Dec. 1978 | $325.00 | 2.5 | $812.50 |
| Samuel J. Haidle | 1998 | 1998 | $250.00 | 56.9 | $14,225.00 |
| Samuel J. Haidle | | | $260.00 | 70.5 | $18,330.00 |
| David M. LaPrairie | 2000 | 1999 | $250.00 | 9.3 | $2,325.00 |
| David M. LaPrairie | | | $275.00 | 5.0 | $1,375.00 |
| | | | | | |
| **TOTAL (Partners)** | | | | **159.1** | **$41,016.00** |
| | | | | | |
| **Associates:** | | | | | |
| Brian C. Andress | 2007 | 2007 | $140.00 | 165.7 | $23,198.00 |
| Brian C. Andress | | | $150.00 | 211.5 | $31,725.00 |
| Christopher S. Andrzejak | 2005 | 2005 | $155.00 | 9.7 | $1,503.50 |
| Matthew Binkowski | 2006 | 2006 | $140.00 | 19.8 | $2,772.00 |
| Matthew Binkowski | | | $155.00 | 1.8 | $279.00 |
| Trent K. English | 2004 | 2004 | $180.00 | 2.0 | $360.00 |
| Trent K. English | | | $200.00 | 5.5 | $1,100.00 |
| Christopher M. Frances | 2007 | 2006 | $140.00 | 17.1 | $2,394.00 |
| Lisa M. Muhleck | 2006 | 2005 | $150.00 | 12.7 | $1,905.00 |
| Lisa M. Muhleck | | | $160.00 | 13.5 | $2,160.00 |
| Preston H. Smirman | 1996 | 1996 | $265.00 | 3.1 | $821.50 |
| Todd A. Pleiness | 2006 | 2006 | $150.00 | 13.7 | $2,055.00 |
| | | | | | |
| **TOTAL (Associates)** | | | | **476.1** | **$70,273.00** |

#379565-v2

**INTELLECTUAL PROPERTY PARAPROFESSIONALS**

| Name | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|
| **Interns:** | | | |
| Accounting - D. Witzak, K. Hill | $75.00 | 15.2 | $1,140.00 |
| Julie Kapp | $95.00 | 216.2 | $20,539.00 |
| Michael J. Minna | $75.00 | 63.3 | $4,747.50 |
| Wyatt J. Istvan Mitchell | $95.00 | 0.2 | $19.00 |
| | | | |
| **TOTAL (Paraprofessionals)** | | **294.9** | **$26,445.50** |

**Total (Attorneys, Patent Agent and IP Paraprofessionals):  930.1  hours = $ 137,734.50**

#379565-v2