# EXHIBIT C

## DELPHI CORPORATION, *ET AL.*

### SUMMARY OF SERVICES RENDERED
### BY HOWARD & HOWARD ATTORNEYS, P.C. AS INTELLECTUAL
### PROPERTY COUNSEL TO DEBTORS FOR WHICH PAYMENT IS SOUGHT
### IN THIS OCTOBER 1, 2007 THROUGH JANUARY 25, 2008 COMPENSATION PERIOD

(Rates changed as of 12/1/07 as they do every year)

| Matter | Name | Hourly Rate* † | Total Hours | Total Fees |
|---|---|---|---|---|
| Business Operations | Samuel J. Haidle | $250.00 | 56.9 | $14,225.00 |
| Business Operations | Samuel J. Haidle | $260.00 | 70.5 | $18.330.00 |
| Business Operations | David M. LaPrairie | $250.00 | 9.3 | $2.325.00 |
| Business Operations | David M. LaPrairie | $275.00 | 5.0 | $1,375.00 |
| Business Operations | Jess A. Bahs | $265.00 | 14.9 | $3,948.50 |
| Business Operations | Preston H. Smirman | $265.00 | 3.1 | $821.50 |
| Business Operations | Lisa S. Gretchko | $325.00 | 2.5 | $812.50 |
| Business Operations | Trent K. English | $180.00 | 2.0 | $360.00 |
| Business Operations | Trent K. English | $200.00 | 5.5 | $1,100.00 |
| Business Operations | Christopher S. Andrzejak | $155.00 | 9.7 | $1,503.50 |
| Business Operations | Lisa M. Muehleck | $150.00 | 12.7 | $1,905.00 |
| Business Operations | Lisa M. Muehleck | $160.00 | 13.5 | $2,160.00 |
| Business Operations | Matthew Binkowski | $140.00 | 19.8 | $2,772.00 |
| Business Operations | Matthew Binkowski | $155.00 | 1.8 | $279.00 |
| Business Operations | Todd A. Pleiness | $150.00 | 13.7 | $2,055.00 |
| Business Operations | Brian C. Andress | $140.00 | 165.7 | $23,198.00 |
| Business Operations | Brian C. Andress | $165.00 | 211.5 | $31,725.00 |
| Business Operations | Christopher M. Frances | $140.00 | 17.1 | $2,394.00 |
| Business Operations | Michael J. Minna | $75.00 | 63.3 | $4,747.50 |
| Business Operations | Julie Kapp | $95.00 | 216.2 | $20,539.00 |
| Business Operations | Wyatt J. Istvan Mitchell | $95.00 | .2 | $19.00 |
| Business Operations | Accounting - Witzak/Hill | $75.00 | 15.2 | $1,140.00 |
| Business Operations | **TOTAL** |  | **930.1** | **$137,734.50** |

†Services rendered during the Compensation Period for every matter number consisted of evaluation of inventions and drafting, filing and prosecuting of numerous patent applications, advice on trademark and copyright issues, and related services required to obtain payment for such services.

#1511491-v1