# EXHIBIT D

## DELPHI CORPORATION, *ET AL.*

### ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C. BY INTELLECTUAL PROPERTY COUNSEL
### OCTOBER 1, 2007 THROUGH JANUARY 25, 2008

| EXPENSES | AMOUNT |
|---|---|
| Filing Fees | **$ 9,570.00** |
| Photocopy Charges | **272.30** |
| Patent Research | **134.00** |
| Drawing Fees | **7,752.50** |
| Postage and Mailings | **278.60** |
| Travel Expense | **81.97** |
| **TOTAL DISBURSEMENTS** | **$18,089.37** |

#1511585-v1