# EXHIBIT E

# DELPHI CORPORATION, *ET AL.*

## ACTUAL AND NECESSARY FEES AND EXPENSES ATTENDANT TO PREPARATION AND PURSUIT BY HOWARD & HOWARD ATTORNEYS, P.C. OF ITS SEVENTH AND FINAL FEE APPLICATION

| FEES | AMOUNT |
|---|---|
| Lisa S. Gretchko - fees related to reconciliation of 20% holdback: 5 hours at $350/hour minus 10% discount = $1,575.00; fees related to preparation and filing of Final Fee Application 7.8 hours at $365.00 per hour = $2,847.00 minus 10% discount = $2,562.30 | **$4,137.30** |
| Martha Sintz, paralegal - fees related to preparation and filing of Final Fee Application 23.30 hours at $135/hour = $3,145.50; 12.1 hours at $140/hour = $1,694.00<br>**Through 12/17** | **$4,839.50** |
| **TOTAL FEES** | **$8,976.80** |

| EXPENSES | AMOUNT |
|---|---|
| Postage and Mailings | $   237.07 |
| **TOTAL DISBURSEMENTS** | |

TOTAL FEES AND EXPENSES                                                                          **$9,213.87**

#1515938-v2