# EXHIBIT F

## DELPHI CORPORATION, *ET AL.*

### ESTIMATE OF FEES AND EXPENSES THAT WILL BE INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C. IN PURSUIT OF ITS SEVENTH AND FINAL FEE APPLICATION

| FEES | AMOUNT |
|---|---|
| | |
| Lisa S. Gretchko - travel time to and from New York City and attendance at hearing on Seventh And Final Fee Application -   14 hours at $365.00 per hour | $5,110.00 |
| | |
| **TOTAL FEES** | **$5,110.00** |

| EXPENSES | AMOUNT |
|---|---|
| | |
| | |
| Airfare from Detroit to New York for Lisa Gretchko to attend hearing (estimated) | $ 600.00 |
| Hotel expense for one night for Lisa Gretchko (estimated) | 300.00 |
| Cab fare to and from hearing (estimated) | 100.00 |
| Detroit airport parking | 22.00 |
| | |
| **TOTAL DISBURSEMENTS** | **$1,022.00** |

TOTAL FEES AND EXPENSES ATTENDANT
TO PURSUIT OF FEE APPLICATION                                                                 $6,132.00

#1516876-v1