HOWARD & HOWARD ATTORNEYS PC
450 West Fourth Street
Royal Oak, Michigan 48067
(248) 723-0396
Jeff A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
   In re                            :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                        Debtors.    :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING AND NOTICE OF HEARING REGARDING THE FOLLOWING
APPLICATIONS OF HOWARD & HOWARD ATTORNEYS P.C. :
(I) SEVENTH FEE APPLICATION OF FOR ALLOWANCE OF FEES AND EXPENSES
FOR THE PERIOD FROM OCTOBER 1, 2007 THROUGH JANUARY 25, 2008,
(II) APPLICATION  FOR FINAL APPROVAL AND FINAL ALLOWANCE OF ALL
FEES AND EXPENSES FOR THE PERIOD FROM OCTOBER 8, 2005 THROUGH
JANUARY 25, 2008, AND (III)APPLICATION FOR APPROVAL OF FEES AND
EXPENSES ATTENDANT TO PREPARATION AND PURSUIT OF ITS SEVENTH AND
FINAL APPLICATION FOR FEES AND EXPENSES**

**PLEASE TAKE NOTICE** that on December 18, 2009, Howard & Howard Attorneys P.C. ("Howard & Howard"), Intellectual Property Counsel to the Debtor and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed its Seventh Fee Application for Allowance of Fees and Expenses for the Period from October 1, 2007 through January 25, 2008 and its Application for Final Approval and Final Allowance of All Fees and Expenses for the Period from October 8,

#1515898-v1

2005 through January 25, 2008 and its Application for Approval of Fees and Expenses Attendant to Preparation and Pursuit of its Seventh and Final Application for Fees and Expenses (collectively, the "Final Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Final Application will be held before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, on a date and at a time to be determined by this Court.

**PLEASE TAKE FURTHER NOTICE** that any interested person who wishes to receive a complete copy of the Final Application and who cannot otherwise access it through the Court's website or the Debtors' "virtual docket" website, may request a copy by contacting the applicant through its undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Final Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 330 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Guidelines"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon: (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), (vii) the applicant, Howard & Howard Attorneys, P.C., 450 West Fourth Street, Royal Oak, Michigan 48067 (Att'n: Lisa S. Gretchko) and (viii) the Joint Fee Review Committee established by this Court's Third Supplemental Order, (those members are: David M. Sherbin and John D. Sheehan, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan, 48098; Alicia Leonhard, Office of the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004; and Valeria Venable, G.E. Plastics, 9930 Kincey Ave., Huntersville, NC 28078) in each case so as to be **received** no later than 4:00 p.m. on a date to be determined by the Court (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections made as set forth herein and in accordance with the Guidelines will be considered by the Bankruptcy Court at the Hearing. If no objections to the Final Application are timely filed and served in accordance with the procedures set forth herein and in the Guidelines, the Bankruptcy Court may enter an order granting Howard & Howard's request for compensation for services rendered and reimbursement of expenses without further notice.

        Respectfully submitted,

        **HOWARD AND HOWARD ATTORNEYS, P.C.**

        By:   */s/ Lisa S. Gretchko*
              Jeffrey A. Sadowski (P28163)
              Lisa S. Gretchko (P29881)
              450 West Fourth Street
              Royal Oak, Michigan 48067
              Phone: (248) 723-0396
Dated: December 21, 2009        Email: lsg@h2law.com

4