LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　)
　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　Lauren Gaskill, being duly sworn, deposes and says:

　　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　　2.　　On December 18, 2009, I caused true and correct copies of (i) Fifth Application of Buck Consultants, LLC For Final Allowance of Compensation for Services Rendered as Pension and Benefits Actuary to the Official Committee of Unsecured Creditors and (ii) Final Fee and Expense Application of Latham & Watkins LLP as Counsel to the Official

NY\1602641.1

Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

       3.      On December 21, 2009, I caused true and correct copies of (i) Fifth Application of Buck Consultants, LLC For Final Allowance of Compensation for Services Rendered as Pension and Benefits Actuary to the Official Committee of Unsecured Creditors and (ii) Final Fee and Expense Application of Latham & Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

                                               /s/ Lauren Gaskill
                                               Lauren Gaskill

Sworn to before me this
21st day of December, 2009

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2013

NY\1602641.1

**Exhibit A**

**<u>VIA FED-EX</u>**

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Brian Masumoto
United States Trustee
33 Whitehall St
21st Fl
New York, NY 10004-2112

**Exhibit B**

**VIA HAND DELIVERY**

Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY  10004

**VIA FIRST CLASS MAIL**

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY  10022
Attn: Stephen Toy

Dykema Gossett PLLC
Brendan G. Best, Esq.
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI  48304

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

| | |
|---|---|
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY 10036 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Richard Duker<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Avenue, 4th Floor<br>New York, NY 10017 |
| Susan Atkins<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>277 Park Ave, 8th Floor<br>New York, NY 10172 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL  60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothschild Inc
1251 Ave Of The Americas
New York, NY 10020

Harvey R. Miller, Esq.
Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
620 Eigth Avenue
New York, NY 10018-1405

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Pickrel-Shaeffer & Ebeling
Sarah B. Carter, Esq.
2700 Kettering Tower
Dayton, OH  45423

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

| | |
|---|---|
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |
| Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530-9194 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>    Bonnie Steingart<br>    Vivek Melwani<br>    Jennifer L. Rodburg<br>    Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Jason, Inc.
411 E. Wisconsin Avenue
Suite 2120
Milwaukee, WI 53202
Attn: Beth Klimczak
      General Counsel

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street
Suite 1403
Miami, FL 33130

Dykema Gossett PLLC
Gregory J. Jordan
10 Wacker
Suite 2300
Chicago, IL 60606

**Via E-Mail**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | bmcdonough@teamtogut.com | dbaty@honigman.com |
| abrilliant@goodwinproctor.com | bmehlsack@gkllaw.com | dbrown@klettrooney.com |
| adalberto@canadas.com | bnathan@lowenstein.com | dconnolly@alston.com |
| aee@hurwitzfine.com | bsmoore@pbnlaw.com | dwender@alston.com |
| aenglund@orrick.com | bspears@winstead.com | dcrapo@gibbonslaw.com |
| agelman@sachnoff.com | cahn@clm.com | ddavis@paulweiss.com |
| agottfried@morganlewis.com | cahope@chapter13macon.com | ddeutsch@chadbourne.com |
| akatz@entergy.com | carol.weiner.levy@srz.com | ddragich@foley.com |
| alan.mills@btlaw.com | carol_sowa@denso-diam.com | ddraper@terra-law.com |
| aleinoff@amph.com | carren.shulman@hellerehrman.com | ddunn@akingump.com |
| amalone@colwinlaw.com | caseyl@pepperlaw.com | derrien@coollaw.com |
| amathews@robinsonlaw.com | cbattaglia@halperinlaw.net | dgheiman@jonesday.com |
| amccollough@mcguirewoods.com | ahalperin@halperinlaw.net | diconzam@gtlaw.com |
| amcmullen@bccb.com | jdyas@halperinlaw.net | djury@steelworkers-usw.org |
| amoog@hhlaw.com | cbelmonte@ssbb.com | dkarp@cm-p.com |
| andrew.herenstein@quadranglegroup.com | cdruehl@goodwinproctor.com | dladdin@agg.com |
| andrew.kassner@dbr.com | cfortgang@silverpointcapital.com | dlowenthal@thelenreid.com |
| anne.kennelly@hp.com | cgalloway@atsautomation.com | dludman@brownconnery.com |
| aordubegian@weineisen.com | charles@filardi-law.com | dmdelphi@duanemorris.com |
| arosenberg@paulweiss.com | chill@bsk.com | dpm@curtinheefner.com |
| jbrass@paulweiss.com | ckm@greensfelder.com | dquaid@tcfhlaw.com |
| asherman@sillscummis.com | jpb@greensfelder.com | efiledocketgroup@fagelhaber.com |
| aswiech@akebono-usa.com | cnorgaard@ropers.com | driggio@candklaw.com |
| athau@cm-p.com | Cohen.Mitchell@arentfox.com | drosenzweig@fulbright.com |
| attorneystella@sszpc.com | craig.freeman@alston.com | dwdykhouse@pbwt.com |
| austin.bankruptcy@publicans.com | crieders@gjb-law.com | dweiner@schaferandweiner.com |
| axs@maddinhauser.com | cs@stevenslee.com | eabdelmasieh@nmmlaw.com |
| ayala.hassell@eds.com | cp@stevenslee.com | EAKleinhaus@wlrk.com |
| bankrupt@modl.com | cschulman@sachnoff.com | ecdolan@hhlaw.com |
| pwcarey@modl.com | csullivan@bsk.com | echarlton@hiscockbarclay.com |
| bankruptcy@goodwin.com | cweidler@paulweiss.com | efox@klng.com |
| barnold@whdlaw.com | dadler@mccarter.com | egc@lydenlaw.com |
| bbeckworth@nixlawfirm.com | dallas.bankruptcy@publicans.com | egeekie@schiffhardin.com |
| bellis-monro@sgrlaw.com | david.aaronson@dbr.com | eglas@mccarter.com |
| Ben.Caughey@icemiller.com | david.boyle@airgas.com | egunn@mcguirewoods.com |
| bharwood@sheehan.com | david.lemke@wallerlaw.com | ekutchin@kutchinrufo.com |
| bhoover@goldbergsegalla.com | davidpmartin@erisacase.com | elazarou@reedsmith.com |
| bkessinger@akebono-usa.com | davidpmartin@bellsouth.net | elizabeth.flaagan@hro.com |

| | | |
|---|---|---|
| Elliott@cmplaw.com | Jeff.Ott@molex.com | Knathan@nathanneuman.com |
| emarcks@ssd.com | jeffery.gillispie@infineon.com | knorthup@kutchinrufo.com |
| emccolm@paulweiss.com | jeisenhofer@gelaw.com | knye@quarles.com |
| emeyers@mrrlaw.net | jengland@linear.com | krk4@daimlerchrysler.com |
| enrique.bujidos@es.pwc.com | jforstot@tpw.com | krosen@lowenstein.com |
| ephillips@thurman-phillips.com | jgtougas@mayerbrown.com | kwalsh@lordbissell.com |
| eray@balch.com | jguerrier@dreierllp.com | lawallf@pepperlaw.com |
| ewaters@sheppardmullin.com | jguy@orrick.com | lawtoll@comcast.net |
| ferrell@taftlaw.com | jh@previant.com | lberkoff@moritthock.com |
| ffm@bostonbusinesslaw.com | mgr@previant.com | lcurcio@tpw.com |
| fholden@orrick.com | jharris@quarles.com | lekvall@wgllp.com |
| fstevens@foxrothschild.com | jhlemkin@duanemorris.com | lenard.parkins@haynesboone.com |
| ftrikkers@rikkerslaw.com | jkp@qad.com | kenric.kattner@haynesboone.com |
| fusco@millercanfield.com | jkreher@hodgsonruss.com | lgretchko@howardandhoward.com |
| fyates@sonnenschein.com | jlanden@madisoncap.com | lisa.moore2@nationalcity.com |
| gdiconza@dlawpc.com | jlapinsky@republicengineered.com | lloyd.sarakin@am.sony.com |
| george.cauthen@nelsonmullins.com | jlevi@toddlevi.com | lmagarik@kjmlabor.com |
| gerdekomarek@bellsouth.net | jmanheimer@pierceatwood.com | lmcbryan@hwmklaw.com |
| gettelman@e-hlaw.com | jmbaumann@steeltechnologies.com | lmurphy@honigman.Com |
| ggotto@kellerrohrback.com | jminias@stroock.com | lnewman@fagelhaber.com |
| ggreen@fagelhaber.com | jmoennich@wickenslaw.com | lpeterson@msek.com |
| gjarvis@ggelaw.com | jmsullivan@mwe.com | lpinto@wcsr.com |
| gkurtz@ny.whitecase.com | jmurch@foley.com | lsarko@kellerrohrback.com |
| guzzi@whitecase.com | joel_gross@aporter.com | claufenberg@kellerrohrback.com |
| dbaumstein@ny.whitecase.com | john.brannon@tklaw.com | eriley@kellerrohrback.com |
| gogimalik@andrewskurth.com | john.gregg@btlaw.com | lschwab@bbslaw.com |
| gpeters@weltman.com | john.persiani@dinslaw.com | lwalzer@angelogordon.com |
| gravert@mwe.com | john.sieger@kattenlaw.com | madison.cashman@stites.com |
| greenj@millercanfield.com | jonathan.greenberg@BASF.COM | maofiling@cgsh.com |
| greg.bibbes@infineon.com | jorenstein@aoblaw.com | maofiling@cgsh.com |
| gregory.kaden@ropesgray.com | jposta@sternslaw.com | marc.hirschfield@ropesgray.com |
| growsb@wnj.com | jspecf@sternslaw.com | margot.erlich@pillsburylaw.com |
| gsantella@masudafunai.com | jrhunter@hunterschank.com | mark.houle@pillsburylaw.com |
| gschwed@loeb.com | jrobertson@calfee.com | mark.owens@btlaw.com |
| gtoering@wnj.com | JRS@Parmenterlaw.com | marvin.clements@state.tn.us |
| hannah@blbglaw.com | jsalmas@mccarthy.ca | massimiliano_cini@brembo.it |
| hborin@schaferandweiner.com | lsalzman@mccarthy.ca | mbane@kelleydrye.com |
| heather@inplaytechnologies.com | jshickich@riddellwilliams.com | mbusenkell@eckertseamans.com |
| heyens@gtlaw.com | jsimon@foley.com | mcruse@wnj.com |
| Hirsh.Robert@arentfox.com | jsmairo@pbnlaw.com | mdallago@morrisoncohen.com |
| hkolko@msek.com | jstempel@kirkland.com | mdebbeler@graydon.com |
| hleinwand@aol.com | jtaylor@binghammchale.com | metkin@lowenstein.com |
| holly@regencap.com | malerding@binghammchale.com | mfarquhar@winstead.com |
| housnerp@michigan.gov | wmosby@binghammchale.com | mgreger@allenmatkins.com |
| houston_bankruptcy@publicans.com | jtaylor@binghammchale.com | mhall@burr.com |
| hwangr@michigan.gov | wmosby@binghammchale.com | miag@michigan.gov |
| hzamboni@underbergkessler.com | judith.elkin@haynesboone.com | miag@michigan.gov |
| idizengoff@akingump.com | jvitale@cwsny.com | michael.cook@srz.com |
| ilevee@lowenstein.com | bceccotti@cwsny.com | michael.mccrory@btlaw.com |
| ira.herman@tklaw.com | jwilson@tylercooper.com | michaelz@orbotech.com |
| jaffeh@pepperlaw.com | jwisler@cblh.com | miller@taftlaw.com |
| james.bentley@srz.com | jzackin@sillscummis.com | mkilgore@UP.com |
| jangelovich@nixlawfirm.com | karen.dine@pillsburylaw.com | mkohayer@aol.com |
| janice.grubin@dbr.com | kcookson@keglerbrown.com | mlee@contrariancapital.com |
| japplebaum@clarkhill.com | kcunningham@pierceatwood.com | jstanton@contrariancapital.com |
| javanzato@apslaw.com | ken.higman@hp.com | wraine@contrariancapital.com |
| jay.hurst@oag.state.tx.us | khansen@stroock.com | solax@contrariancapital.com |
| jay.selanders@kutakrock.com | khopkins@milesstockbridge.com | mmachen@sonnenschein.com |
| jbernstein@mdmc-law.com | kim.robinson@bfkn.com | mmassad@hunton.com |
| jcrotty@rieckcrotty.com | klaw@bbslaw.com | mmeyers@mlg-pc.com |
| jdonahue@miheritage.com | kmayhew@pepehazard.com | mmharner@jonesday.com |
| jeannine.damico@cwt.com | kmiller@skfdelaware.com | mmoody@okmlaw.com |

| | | |
|---|---|---|
| mnewman@schaferandweiner.com | rnsteinwurtzel@swidlaw.com | tch@previant.com |
| mparker@fulbright.com | robert.goodrich@stites.com | tcohen@sheppardmullin.com |
| mrichards@blankrome.com | robert.morris@timken.com | tdonovan@finkgold.com |
| mrichman@foley.com | robert.welhoelter@wallerlaw.com | tgaa@bbslaw.com |
| mrr@previant.com | robin.spear@pillsburylaw.com | tguerriero@us.tiauto.com |
| mscott@riemerlaw.com | rpeterson@jenner.com | thaler@tglawfirm.com |
| mseidl@pszjlaw.com | rrichards@sonnenschein.com | timothy.mehok@hellerehrman.com |
| mshaiken@stinsonmoheck.com | rrosenbaum@mrrlaw.net | tkennedy@kjmlabor.com |
| msomerstein@kelleydrye.com | rsmolev@kayescholer.com | tlauria@whitecase.com |
| msternstein@sheppardmullin.com | rsz@curtinheefner.com | featon@miami.whitecase.com |
| msutter@ag.state.oh.us | rthibeaux@shergarner.com | tmaxson@cohenlaw.com |
| mtf@afrct.com | rthibeaux@shergarner.com | tmcfadden@lordbissell.com |
| mtrentadue@boselaw.com | rtrack@msn.com | tom@beemanlawoffice.com |
| cdelatorre@boselaw.com | rurbanik@munsch.com | tomschank@hunterschank.com |
| murph@berrymoorman.com | jwielebinski@munsch.com | tracy.richardson@dol.lps.state.nj.us |
| mviscount@foxrothschild.com | drukavina@munsch.com | trenda@milesstockbridge.com |
| mwarner@warnerstevens.com | rusadi@cahill.com | tsable@honigman.com |
| mwinthrop@winthropcouchot.com | rweisberg@carsonfischer.com | tscobb@vssp.com |
| myarnoff@sbclasslaw.com | rwyron@orrick.com | tslome@rsmllp.com |
| mzelmanovitz@morganlewis.com | sabelman@cagewilliams.com | twardle@sheppardmullin.com |
| nhp4@cornell.edu | sagolden@hhlaw.com | vdagostino@lowenstein.com |
| niizeki.tetsuhiro@furukawa.co.jp | sandy@nlsg.com | vhamilton@sillscummis.com |
| pabutler@ssd.com | sarah.morrison@doj.ca.gov | skimmelman@sillscummis.com |
| pbaisier@seyfarth.com | sarbt@millerjohnson.com | vmastromar@aol.com |
| pbarr@jaffelaw.com | wolfordr@millerjohnson.com | wachstein@coollaw.com |
| pbilowz@goulstonstorrs.com | scargill@lowenstein.com | wallace@blbglaw.com |
| pbosswick@ssbb.com | schnabel@klettrooney.com | wbeard@stites.com |
| pcostello@bbslaw.com | schristianson@buchalter.com | loucourtsum@stites.com |
| pgurfein@akingump.com | sdabney@kslaw.com | wendy.brewer@btlaw.com |
| pjanovsky@zeklaw.com | bdimos@kslaw.com | whanlon@seyfarth.com |
| pjricotta@mintz.com | sdeeby@clarkhill.com | whawkins@loeb.com |
| pricotta@mintz.com | sdonato@bsk.com | william.barrett@bfkn.com |
| pmears@btlaw.com | sdrucker@honigman.com | wkohn@schiffhardin.com |
| Pretekin@coollaw.com | sean@blbglaw.com | wmsimkulak@duanemorris.com |
| prubin@herrick.com | sfreeman@lrlaw.com | wsavino@damonmorey.com |
| raterinkd@michigan.gov | sgoldber@quarles.com | bruzinsky@jw.com |
| rbeacher@daypitney.com | sgross@hodgsonruss.com | dkillen@jw.com |
| cchiu@daypitney.com | sgross@hodgsonruss.com | hforrest@jw.com |
| rcarrillo@gsblaw.com | shandler@mwe.com | jteitelbaum@morganlewis.com |
| rcharles@lrlaw.com | mquinn@mwe.com | rbaskin@tblawllp.com |
| rcovino@lordbissell.com | shandler@sbclasslaw.com | ipachulski@stutman.com |
| rdaversa@mayerbrown.com | shapiro@steinbergshapiro.com | jdavidson@stutman.com |
| rdremluk@seyfarth.com | sharon.petrosino@hp.com | |
| resterkin@morganlewis.com | sholmes@hunton.com | |
| Rfeinstein@pszjlaw.com | sjennik@kjmlabor.com | |
| Ischarf@pszjlaw.com | sjfriedman@jonesday.com | |
| RGMason@wlrk.com | sjohnston@cov.com | |
| rgordon@clarkhill.com | skrause@zeklaw.com | |
| rgriffin@iuoe.org | smcook@lambertleser.com | |
| rheilman@schaferandweiner.com | snirmul@gelaw.com | |
| rhett.campbell@tklaw.com | sokeefe@winthropcouchot.com | |
| richard.epling@pillsburylaw.com | sopincar@mcdonaldhopkins.com | |
| richard.kremen@dlapiper.com | sosimmerman@kwgd.com | |
| rjclark@hancocklaw.com | spaethlaw@phslaw.com | |
| rjones@bccb.com | sriley@mcdonaldhopkins.com | |
| rjp@pbandg.com | srosen@cb-shea.com | |
| rjsidman@vssp.com | sselbst@mwe.com | |
| rkidd@srcm-law.com | sshimshak@paulweiss.com | |
| rlp@quarles.com | steven.keyes@aam.com | |
| rmcdowell@bodmanllp.com | susanwhatley@nixlawfirm.com | |
| rmeth@daypitney.com | swalsh@chglaw.com | |
| rnorton@reedsmith.com | tbrink@lordbissell.com | |

NY\1602641.1