**Exhibit C**

## TOTAL PROFESSIONAL SERVICES RENDERED BY
## FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Carleen, Donald | Joined the Firm in 1983 and became a Partner in 1987. Member of the NY Bar since 1984. | $780 - $820 | 23.40 | $18,300.00 |
| Hanson, Jean | Joined the firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 - $880 | 352.90 | $286,128.00 |
| Johnson, Dixie | Joined the firm in 1986 and became a Partner in 1993. Member of the DC bar since 1987. | $795 - $835 | 42.30 | $33,792.50 |
| Lewis*, Jonathan | Joined the firm in 1996. Member of the NY Bar since 1995. | $690 - $745 | 61.00 | $42,090.00 |
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 1,894.50 | $1,330,007.00 |
| Resnick, Alan | Joined the firm in 1989 as of counsel.  Member of the NY Bar since 1973. | $850  - $950 | 146.50 | $128,013.50 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 1,591.70 | $849,864.50 |
| Scheler, Brad Eric | Joined the firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 - $1,100 | 1,311.60 | $1,308,034.50 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 2,413.50 | $1,932,488.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since | $750 - $850 | 1,211.00 | $929,968.00 |

---

[1]     As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| | 1984. | | | |
| Weiss, Eli | Joined the firm in 1999 and became a Partner in 2007. Member of the NY Bar since 2001. | $525 - $735 | 39.30 | $23,451.50 |
| Jacobson*, Jack | Joined the firm in 1982 as of counsel.  Member of the NY Bar since 1983. | $780 - $820 | 53.40 | $43,116.00 |
| Boyle*, Lochlann | Joined the firm in 2006.  Member of the MD Bar since 2006. | $340 | 15.60 | $5,304.00 |
| Brewer, John | Joined the firm in 1993 and became Special Counsel in 2000. Member of the NY Bar since 1994. | $595 | 399.50 | $237,702.50 |
| Cain, Kimberly | Joined the firm in 2005.  Member of the VA Bar since 2006. | $315 - $370 | 29.80 | $9,865.50 |
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 758.40 | $285,464.00 |
| Falevich, Andrew | Joined the firm as an Associate in 2005. Member of the NY Bar since 2005. | $395 - $445 | 15.90 | $6,570.50 |
| Feldhamer, Marc | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $370 | 315.20 | $105,046.50 |
| Feldman*, Adrian | Joined the firm as an Associate in 2006. Member of the NY Bar since 2004. | $445 | 60.00 | $26,700.00 |
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 651.50 | $223,738.00 |
| Goddard*, Darcy | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $500 - $565 | 473.70 | $242,512.50 |
| Greisman*, Israel | Joined the firm as an Associate in 2003. Member of the NY Bar since 2004. | $420 | 15.80 | $6,636.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Hall, Zachary | Joined the firm as an associate in 2007. Member of the NY Bar since 2009. | $245 | 37.00 | $9,065.00 |
| Horowitz*, Uri | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $445 | 196.30 | $64,026.00 |
| Johnston*, Sloan | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $470 | 185.60 | $87,232.00 |
| Juceam*, Jason | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $245 | 26.80 | $6,566.00 |
| Levine, Rachel | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $245 | 26.60 | $6,517.00 |
| Lewis, Benjamin | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 24.60 | $8,548.00 |
| McGill, Christina | Joined the firm as an Associate in 2004. Member of the NY Bar since 2004. | $420 - $445 | 367.40 | $156,018.00 |
| Porcella*, Thomas | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $370 - $420 | 279.70 | $111,429.00 |
| Price*, Craig | Joined the firm as an Associate in 2001. Member of the NY Bar since 2000. | $550 - $560 | 279.40 | $158,802.00 |
| Schoulder*, Andrew | Joined the firm as an Associate in 2002. Member of the NY Bar since 2003. | $445 | 30.50 | $13,572.50 |
| Siroka, Peter | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 20.60 | $7,511.50 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 2,681.70 | $1,376,316.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 741.60 | $235,639.00 |
| Whetsell, Benjamin | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $245 | 52.00 | $12,740.00 |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 985.80 | $455,013.50 |
| Zaunbrecher*, Virginia | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $360 | 28.90 | $10,404.00 |
| Eakins*, John Allen | Joined the firm as a Summer Associate in 2006. | $245 | 39.30 | $9,628.50 |
| Portnoy*, Julia | Joined the firm as a Summer Associate in 2007. | $270 | 25.30 | $6,831.00 |
| Donohue*, Victoria | Joined the firm as a Discovery Attorney in 2005.  Member of the NY Bar since 2003. | $170 | 26.80 | $4,556.00 |
| Rosen, Dean | Joined firm as a Discovery attorney in 2004.  Member of the NY Bar since 2000. | $200 | 90.30 | $18,060.00 |
| Bevilaqua*, Jacquelin | Joined the firm in 2006. | $170 - $180 | 25.10 | $4,335.00 |
| Bianco*, Vincent | Joined the firm in 2005. | $170 | 29.20 | $4,964.00 |
| Birnbaum*, Michael | Joined the firm in 2004. | $180 - $210 | 74.20 | $14,026.50 |
| Borroughs*, Charlotte | Joined the firm in 2005. | $170 | 22.60 | $3,842.00 |
| Early*, Marcia | Joined the firm in 2005. | $220 - $230 | 81.30 | $17,931.00 |
| Eigen*, Jeffrey | Joined the firm in 2005. | $185 | 68.50 | $12,672.50 |
| Guido*, Laura | Joined the firm in 2004. | $185 - $210 | 409.70 | $78,948.00 |
| Leyse*, Scott | Joined the firm in 1997. | $225 - $235 | 35.00 | $7,905.00 |
| Scott*, Eric Dean | Joined the firm in 2004. | $190 | 19.80 | $3,762.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Shane*, Elissa | Joined the firm in 2006. | $210 - $220 | 26.50 | $5,644.00 |
| Solivan*, Omar | Joined the firm in 1993. | $172 - $185 | 391.70 | $68,834.50 |
| Speier*, Ross | Joined the firm in 2007. | $210 | 20.80 | $4,368.00 |
| Anderson, Fernando | Joined the firm in 2007. | $250 - $265 | 30.50 | $7,797.50 |
| Anderson, Jeffrey | Joined the firm in 1997. | $220 | 16.00 | $3,520.00 |
| Lomperis*, Steve | Joined the firm in 1998. | $225 - $235 | 31.20 | $7,106.00 |
| Schwartz*, David | Joined the firm in 2004. | $180 | 19.50 | $3,510.00 |
| Swiatkowska*, Monika | Joined the firm in 2004. | $210 | 19.20 | $4,032.00 |
| Wasserman*, Gabor | Joined the firm in 2006. | $195 | 16.10 | $3,139.50 |
| Other Professionals and Paraprofessionals[2] | N/A | $170 - $780 | 364.80 | $91,772.00 |
| **TOTAL** | | | **19,724.40** | **$11,181,377.50**[3] |

---

[2]     This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours over the course of Fried Frank's entire engagement.

[3]     Fried Frank's net Fees totalled $11,066,482.50 as result of certain voluntary reductions made in connection with Fried Frank's First Interim Fee Application, Second Interim Fee Application, Third Interim Fee Application, Fourth Interim Fee Application and Fifth Interim Fee Application in the respective amounts of $10,700, $40,000, $23,400, $23,000 and $17,795.

*     These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: General Committee Matters

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Hanson, Jean | Joined the firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 - $820 | 68.20 | $55,636.00 |
| Johnson, Dixie | Joined the firm in 1986 and became a Partner in 1993. Member of the DC bar since 1987. | $795 - $835 | 29.60 | $23,592.00 |
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 537.90 | 374,514.00 |
| Resnick, Alan | Joined the firm in 1989 as of counsel. Member of the NY Bar since 1973. | $850 - $950 | 19.00 | $16,640.50 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 219.20 | $113,155.50 |
| Scheler, Brad Eric | Joined the firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 - $1,100 | 388.20 | $387,204.00 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 452.10 | $358,626.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $790 | 98.20 | $74,550.00 |
| Boyle*, Lochlann | Joined the firm in 2006. Member of the MD Bar since 2006. | $340 | 15.60 | $5,304.00 |

---

[1]     As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates. In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class. Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008. If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 109.70 | $41,148.00 |
| Feldhamer, Marc | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $370 | 47.60 | $15,621.00 |
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 23.00 | $7,840.00 |
| Goddard*, Darcy | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $500 - $565 | 22.40 | $11,621.00 |
| Greisman*, Israel | Joined the firm as an Associate in 2003. Member of the NY Bar since 2004. | $420 | 15.80 | $6,636.00 |
| Horowitz*, Uri | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $445 | 39.90 | $14,356.00 |
| McGill, Christina | Joined the firm as an Associate in 2004. Member of the NY Bar since 2004. | $420 - $445 | 37.00 | $15,815.00 |
| Porcella*, Thomas | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $370 - $420 | 18.00 | $7,560.00 |
| Price*, Craig | Joined the firm as an Associate in 2001. Member of the NY Bar since 2000. | $550 - $560 | 20.20 | $11,413.00 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 589.00 | $295,874.00 |
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 119.30 | $37,789.50 |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 151.30 | $69,383.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Birnbaum*, Michael | Joined the firm in 2004. | $180 - $210 | 33.00 | $6,163.00 |
| Guido*, Laura | Joined the firm in 2004. | $185 - $210 | 154.50 | $29,633.50 |
| Other Professionals and Paraprofessional[2] | N/A | $170 - $780 | 233.70 | $66,560.50 |
| **TOTAL** | | | **3,422.40** | **$2,046,636.00** |

---

[2]     This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours over the course of Fried Frank's entire engagement.

*       These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: Plan and Disclosure Statement

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Hanson, Jean | Joined the firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 - $880 | 78.60 | $65,202.00 |
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 117.10 | $87,009.00 |
| Resnick, Alan | Joined the firm in 1989 as of counsel. Member of the NY Bar since 1973. | $850 - $950 | 28.20 | $25,343.50 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 247.10 | $143,618.00 |
| Scheler, Brad Eric | Joined the firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 - $1,100 | 69.50 | $70,990.00 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 214.20 | $180,228.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $850 | 175.40 | $138,728.00 |
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 126.50 | $47,965.50 |

---

[1]    As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates. In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class. Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008. If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 165.90 | $57,960.00 |
| Johnston*, Sloan | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $470 | 46.80 | $21,996.00 |
| Price*, Craig | Joined the firm as an Associate in 2001. Member of the NY Bar since 2000. | $550 - $560 | 58.80 | $34,594.00 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470  - $585 | 281.70 | $154,739.50 |
| Zaunbrecher*, Virginia | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $360 | 28.70 | $10,332.00 |
| Speier*, Ross | Joined the firm in 2007. | $210 | 20.80 | $4,368.00 |
| Other Professionals and Paraprofessionals[2] | N/A | $180  - $1100 | 67.20 | $17,664.50 |
| **TOTAL** | | | **1726.50** | **$1,060,738.00** |

---

[2]     This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*      These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: Meetings and Communications With Equity Holders

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Hanson, Jean | Joined the firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 - $880 | 29.60 | $23,964.00 |
| Lewis*, Jonathan | Joined the firm in 1996. Member of the NY Bar since 1995. | $690 - $745 | 16.20 | $11,178.00 |
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 441.80 | $309,042.00 |
| Resnick, Alan | Joined the firm in 1989 as of counsel. Member of the NY Bar since 1973. | $850  - $950 | 35.40 | $30,828.00 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 187.80 | $99,076.00 |
| Scheler, Brad Eric | Joined the firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 - $1,100 | 442.00 | $439,790.00 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 292.20 | $231,760.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $850 | 96.40 | $74,352.00 |
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 86.90 | $31,663.50 |

---

[1]    As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Feldhamer, Marc | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $370 | 55.10 | $18,137.50 |
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 29.60 | $10,152.00 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 299.90 | $152,183.50 |
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 83.30 | $26,502.00 |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 73.80 | $33,996.00 |
| Other Professionals and Paraprofessionals[2] | N/A | $210 - $595 | 47.90 | $20,602.50 |
| **TOTAL** | | | **2,217.90** | **$1,513,227.00** |

---

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

\*    These persons are no longer affiliated with Fried Frank.

**MATTER BREAKDOWN OF PROFESSIONAL SERVICES
RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008**

## Matter: Hearings

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 22.10 | $15,888.00 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 47.80 | $26,277.50 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 142.90 | $115,050.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $850 | 66.00 | $50,860.00 |
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 25.60 | $9,952.50 |
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 31.50 | $11,086.00 |
| Goddard*, Darcy | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $500 - $565 | 30.20 | $15,440.00 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 72.10 | $39,284.50 |

---

[1] As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates. In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class. Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008. If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 20.20 | $6,363.00 |
| Other Professionals and Paraprofessionals[2] | N/A | $210 - $595 | 38.20 | $22,796.50 |
| **TOTAL** | | | **496.60** | **$312,998.00** |

---

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: Miscellaneous Litigation and Motions

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Hanson, Jean | Joined the firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 - $820 | 55.20 | $43,824.00 |
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 237.70 | $168,647.00 |
| Resnick, Alan | Joined the firm in 1989 as of counsel.  Member of the NY Bar since 1973. | $850  - $950 | 19.40 | $16,958.00 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 318.80 | $174,182.50 |
| Scheler, Brad Eric | Joined the firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 - $1,100 | 88.70 | $88,466.50 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 771.20 | $619,214.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $790 | 444.70 | $342,549.00 |
| Brewer, John | Joined the firm in 1993 and became Special Counsel in 2000. Member of the NY Bar since 1994. | $595.00 | 101.40 | $60,333.00 |

---

[1]     As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 309.60 | $118,583.00 |
| Feldman*, Adrian | Joined the firm as an Associate in 2006. Member of the NY Bar since 2004. | $445 | 60.00 | $26,700.00 |
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 308.00 | $104,816.00 |
| Goddard*, Darcy | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $500 - $565 | 83.20 | $44,632.00 |
| Johnston*, Sloan | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $470 | 132.80 | $62,416.00 |
| Lewis, Benjamin | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 18.70 | $6,424.00 |
| Porcella*, Thomas | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $370 - $420 | 35.80 | $15,036.00 |
| Price*, Craig | Joined the firm as an Associate in 2001. Member of the NY Bar since 2000. | $550 - $560 | 197.10 | $110,930.50 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 689.10 | $358,381.50 |
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 208.40 | $65,808.50 |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 287.80 | $134,781.00 |
| Bianco, Vincent | Joined the firm in 2005. | $170 | 23.30 | $3,961.00 |
| Guido*, Laura | Joined the firm in 2004. | $185 - $210 | 65.80 | $12,431.50 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Shane*, Elissa | Joined the firm in 2006. | $210 - $220 | 20.50 | $4,324.00 |
| Solivan*, Omar | Joined the firm in 1993. | $172 - $185 | 190.10 | $33,984.50 |
| Other Professionals and Paraprofessional[2] | N/A | $170 - $780 | 150.50 | $42,096.00 |
| **TOTAL** | | | **4,817.80** | **$2,659,479.50** |

---

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.

**MATTER BREAKDOWN OF PROFESSIONAL SERVICES
RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008**

**Matter: Tax**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Weiss, Eli | Joined the firm in 1999 and became a Partner in 2007. Member of the NY Bar since 1999. | $565 - $735 | 30.70 | $18,879.50 |
| Jacobson*, Jack | Joined the firm in 1982 as of counsel. Member of the NY Bar since 1983. | $780 - 820 | 36.90 | $30,142.00 |
| Falevich, Andrew | Joined the firm as an Associate in 2005. Member of the NY Bar since 2005. | $395 - $445 | 15.90 | $6,570.50 |
| Other Professionals and Paraprofessional[2] | N/A | $340 - $550 | 7.20 | $2,644.50 |
| **TOTAL** | | | **90.70** | **$58,236.50** |

---

[1]    As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates. In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class. Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008. If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.

**MATTER BREAKDOWN OF PROFESSIONAL SERVICES
RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008**

**Matter: Pension Issues**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Horowitz*, Uri | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $445 | 29.20 | $9,602.00 |
| Other Professionals and Paraprofessional[2] | N/A | $245 - $820 | 49.90 | $22,873.00 |
| **TOTAL** | | | **79.10** | **$32,475.00** |

---

[1]    As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.

**MATTER BREAKDOWN OF PROFESSIONAL SERVICES
RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008**

**Matter: Collective Bargaining Agreements**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Other Professionals and Paraprofessional[2] | N/A | $370 -$420 | 1.90 | $798.00 |
| **TOTAL** | | | **1.90** | **$798.00** |

---

[1]  As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates. In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class. Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008. If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

[2]  This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

**MATTER BREAKDOWN OF PROFESSIONAL SERVICES**
**RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**
**DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008**

## Matter: 1113 / 1114 Issues

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 20.90 | $10,505.00 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 84.30 | $66,102.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $850 | 35.30 | $26,475.00 |
| Goddard*, Darcy | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $500 - $565 | 84.80 | $42,400.00 |
| Horowitz*, Uri | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $445 | 37.90 | $11,938.50 |
| Levine, Rachel | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $245 | 26.60 | $6,517.00 |
| McGill, Christina | Joined the firm as an Associate in 2004. Member of the NY Bar since 2004. | $420 - $445 | 131.00 | $55,020.00 |
| Schoulder*, Andrew | Joined the firm as an Associate in 2002. Member of the NY Bar since 2003. | $445 | 16.80 | $7,476.00 |
| Slivinski, Richard | Joined the firm as an | $470 - $585 | 47.10 | $22,197.50 |

---

[1]     As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| | Associate in 2002. Member of the NY Bar since 2002. | | | |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 17.70 | $7,876.50 |
| Solivan*, Omar | Joined the firm in 1993. | $172 - $185 | 115.20 | $19,652.00 |
| Other Professionals and Paraprofessional[2] | N/A | $370 -$420 | 39.90 | $34,881.50 |
| **TOTAL** | | | **657.50** | **$291,389.00** |

---

[2]   This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*   These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: Other Labor Matters

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Lewis*, Jonathan | Joined the firm in 1996. Member of the NY Bar since 1995. | $690 - $745 | 19.80 | $13,662.00 |
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 40.40 | $27,368.00 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 61.20 | $30,685.00 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 25.60 | $20,064.00 |
| Feldhamer, Marc | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $370 | 36.70 | $11,885.00 |
| Horowitz*, Uri | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $445 | 46.80 | $14,742.00 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 58.20 | $27,744.50 |
| Other Professionals and Paraprofessionals[2] | N/A | $170 - $780 | 62.3 | $33,026.50 |
| **TOTAL** | | | **351.00** | **$179,177.00** |

---

[1]    As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates. In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class. Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008. If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: Relationship With Primary Customer

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 82.20 | $55,518.00 |
| Resnick, Alan | Joined the firm in 1989 as of counsel. Member of the NY Bar since 1973. | $850 - $950 | 23.50 | $19,975.00 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 285.20 | $143,895.00 |
| Scheler, Brad Eric | Joined the firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 - $1,100 | 28.90 | $28,755.50 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 168.60 | $131,756.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $850 | 195.40 | $146,706.00 |
| Brewer, John | Joined the firm in 1993 and became Special Counsel in 2000. Member of the NY Bar since 1994. | $195.00 | 280.90 | $167,135.50 |
| Feldhamer, Marc | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $370 | 159.20 | $53,959.50 |
| Goddard*, Darcy | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $500 - $565 | 242.20 | $122,625.00 |

---

[1]   As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Hall, Zachary | Joined the firm as an Associate in 2007. Member of the NY Bar since 2009. | $245 | 37.00 | $9,065.00 |
| Horowitz*, Uri | Joined the firm as an Associate in 2005. Member of the NY Bar since 2006. | $315 - $445 | 34.40 | $10,836.00 |
| Juceam*, Jason | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $245 | 19.40 | $4,753.00 |
| McGill, Christina | Joined the firm as an Associate in 2004. Member of the NY Bar since 2004. | $420 - $445 | 169.90 | $72,500.50 |
| Porcella*, Thomas | Joined the firm as an Associate in 2004. Member of the NY Bar since 2005. | $370 - $420 | 220.50 | $86,565.00 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 216.20 | $103,390.50 |
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 113.30 | $35,689.50 |
| Whetsell, Benjamin | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $245 | 19.30 | $4,728.50 |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 192.80 | $87,536.00 |
| Cain, Kimberly | Joined the firm in 2005. Member of the VA Bar since 2006. | $315 - $370 | 17.60 | $5,786.00 |
| Eakins*, John Allen | Joined the firm as a Summer Associate in 2006. | $245 | 36.30 | $8,893.50 |
| Donohue*, Victoria | Joined the firm as a Discovery Attorney in 2005. Member of the NY Bar since 2003. | $170 | 26.80 | $4,556.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Rosen, Dean | Joined firm as a Discovery attorney in 2004.  Member of the NY Bar since 2000. | $200 | 90.30 | $18,060.00 |
| Borroughs*, Charlotte | Joined the firm in 2005. | $170 | 22.60 | $3,842.00 |
| Early, Marcia | Joined the firm in 2005. | $220 - $230 | 76.80 | 16,896.00 |
| Eigen*, Jeffrey | Joined the firm in 2005. | $185 | 60.50 | $11,192.50 |
| Leyse*, Scott | Joined the firm in 1993. | $225 - $235 | 32.00 | $7,200.00 |
| Scott*, Eric Dean | Joined the firm in 2004. | $190 | 19.80 | $3,762.00 |
| Solivan*, Omar | Joined the firm in 1993. | $172 - $185 | 78.60 | $13,755.00 |
| Other Professionals and Paraprofessionals[2] | N/A | $200 - $795 | 136.60 | $40,403.00 |
| **TOTAL** | | | **3,086.80** | **$1,419,735.50** |

---

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: Fee Applications and Retention

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 38.20 | $19,399.50 |
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 67.90 | $24,708.50 |
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 51.00 | $17,434.00 |
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 114.80 | $59,178.00 |
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 77.30 | $25,454.50 |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 171.50 | $79,027.50 |
| Guido*, Laura | Joined the firm in 2004. | $185 - $210 | 139.10 | $27,372.50 |
| Other Professionals and Paraprofessionals[2] | N/A | $210 - $595 | 63.70 | $30,106.00 |
| **TOTAL** | | | **723.50** | **$282,680.50** |

---

[1]    As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.

## MATTER BREAKDOWN OF PROFESSIONAL SERVICES
## RENDERED BY FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
## DURING THE PERIOD MAY 8, 2006 THROUGH JANUARY 25, 2008

### Matter: Settlement and Restructuring

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Hanson, Jean | Joined the firm in 1976 and became a Partner in 1983. Member of the NY Bar since 1977. | $780 - $820 | 121.30 | $97,502.00 |
| Melwani*, Vivek | Joined the firm in 1995. Member of the NY Bar since 1996. | $670 - $800 | 394.40 | $277,898.00 |
| Rodburg, Jennifer | Joined the firm in 2000 and became a Partner in 2008. Member of the NY Bar since 2001. | $500 - $600 | 164.90 | $88,770.50 |
| Scheler, Brad Eric | Joined the firm in 1981 and became a Partner in 1984. Member of the NY Bar since 1978. | $995 - $1,100 | 278.30 | $276,908.50 |
| Steingart, Bonnie | Joined the Firm in 1980 and became a Partner in 1986. Member of the NY Bar since 1980. | $780 - $880 | 250.10 | $199,990.00 |
| Torres*, Debra | Joined the firm in 1981 and became a Partner in 1988. Member of the NY Bar since 1984. | $750 - $850 | 93.80 | $71,386.00 |
| Dang*, Katie | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $395 | 29.50 | $10,525.00 |
| Finelli, Jon | Joined the firm as an Associate in 2007. Member of the NY Bar since 2008. | $340 - $360 | 42.50 | $14,450.00 |

---

[1]   As set forth in the Equity Committee's application to retain Fried Frank, in the ordinary course, Fried Frank adjusts its billing rates.  In addition, Fried Frank's billing rates are normally adjusted on September 1 of every year to reflect the lawyer's "graduation" to the next seniority class.  Thus, the hourly billing rate ranges represent the partner's or associate's hourly billing rate from May 8, 2006 to January 25, 2008.  If there is no hourly billing rate range for a lawyer, the hourly billing rate represents that attorney's hourly billing rate in effect at the time such associate or partner performed services for the Official Committee of Equity Security Holders.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate during Fee Period[1] | Total Hours Billed during Fee Period | Total Compensation Requested during Fee Period |
|---|---|---|---|---|
| Slivinski, Richard | Joined the firm as an Associate in 2002. Member of the NY Bar since 2002. | $470 - $585 | 312.10 | $162,605.00 |
| Soto, Marissa | Joined the firm as an Associate in 2006. Member of the NY Bar since 2007. | $315 - $340 | 119.80 | $38,032.00 |
| Wolf*, Jason | Joined the firm as an Associate in 2003. Member of the NY Bar since 2003. | $445 - $470 | 73.40 | $34,498.00 |
| Guido*, Laura | Joined the firm in 2004. | $185 - $210 | 28.70 | $5,424.50 |
| Lomperis*, Steve | Joined the firm in 1998. | $225 - $235 | 16.80 | $3,780.00 |
| Schwartz*, David | Joined the firm in 2004. | $180 | 18.50 | $3,330.00 |
| Other Professionals and Paraprofessionals[2] | N/A | $200 - $795 | 108.6 | $38,708.00 |
| **TOTAL** | | | **2,052.70** | **$1,323,807.50** |

---

[2]    This entry reflects charges incurred by professionals and paraprofessionals with less than 15 hours billed over the course of Fried Frank's entire engagement.

*    These persons are no longer affiliated with Fried Frank.