**Exhibit D**

# EXHIBIT D

## STATEMENT OF EXPENSES INCURRED AND POSTED BY FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, MAY 8, 2006 THROUGH JANUARY 25, 2008

| NATURE OF DISBURSEMENTS | | AMOUNT |
|---|---|---|
| Duplicating | | $169,035.21 |
| Meals | | $16,506.22 |
| Local Transportation | | $65,583.66 |
| Lexis | | $9,163.55 |
| Secretarial Services | | $15,582.30 |
| Parking | | $80.00 |
| Out-of-Town Airfare | | $268.60 |
| Out-of-Town Lodging | | $447.65 |
| Court Reporting | | $36,157.19 |
| Data Research Services | | $94,976.94 |
| Outside Messenger Service | | $1,123.94 |
| Overnight Delivery | | $17,127.76 |
| Postage | | $903.42 |
| Overtime | | $6,705.35 |
| Temp – Duplicating | | $1,078.46 |
| Temp – Paralegal | | $15,569.59 |
| Litigation Support Databases | | $44.03 |
| Telephone/Telecopier/Teleconferencing | | $72,182.98 |
| Auto Expenses | | $114.00 |
| Vendors | | $24.24 |
| Courier Service | | $5,175.22 |
| Miscellaneous | | $385.66 |
| | | |
| **TOTAL** | | **$528,235.97**[1] |

---

[1] Fried Frank's requested Expenses total $509,892.97 as result of certain voluntary reductions made in connection with Fried Frank's Third Interim Fee Application, Fourth Interim Fee Application and Fifth Interim Fee Application in the respective amounts of $15,400, $1,800 and $1,143.