**Exhibit E**

GENERAL

| Partners & Of Counsel | HOURS | TOTAL FEES |
|---|---|---|
| Carleen, D. | 1.40 | $1,092.00 |
| Hanson, J. | 68.20 | $55,636.00 |
| Johson, D. | 29.60 | $23,592.00 |
| Lewis, J. | 6.00 | $4,140.00 |
| Melwani, V. | 537.90 | $374,514.00 |
| Resnick, A. | 19.00 | $16,640.50 |
| Rodburg, J. | 219.20 | $113,155.50 |
| Scheler, B. E. | 388.20 | $387,204.00 |
| Steingart, B. | 452.10 | $358,626.00 |
| Torres, D. | 98.20 | $74,550.00 |
| Weiss, E. | 6.60 | $3,492.00 |
| **Total Partners** | **1,826.40** | **$1,412,642.00** |

| Special Counsel | HOURS | TOTAL FEES |
|---|---|---|
| Brewer, J. | 6.60 | $3,927.00 |
| Jacobson, J. | 12.50 | $9,750.00 |
| **Total Special Counsel** | **19.10** | **$13,677.00** |

| Associates | HOURS | TOTAL FEES |
|---|---|---|
| Boyle, L. | 15.60 | $5,304.00 |
| Cain, K. | 12.20 | $4,079.50 |
| Dang, K. | 109.70 | $41,148.00 |
| Feldhamer, M. | 47.60 | $15,621.00 |
| Finelli, J | 23.00 | $7,840.00 |
| Froes, S. | 8.50 | $2,082.50 |
| Goddard, D. | 22.40 | $11,621.00 |
| Greisman, I. | 15.80 | $6,636.00 |
| Horowitz, U. | 39.90 | $14,356.00 |
| Lewis, B. | 5.90 | $2,124.00 |
| McGill, C. | 37.00 | $15,815.00 |
| Porcella, T. | 18.00 | $7,560.00 |
| Price, C. | 20.20 | $11,413.00 |
| Schoulder, A. | 4.30 | $1,913.50 |
| Siroka, P. | 3.00 | $1,007.50 |
| Sitman, R. | 4.80 | $1,296.00 |
| Slivinski, R. | 589.00 | $295,874.00 |
| Soto, M. | 119.30 | $37,789.50 |
| Whetsell, B. | 6.10 | $1,494.50 |
| Wolf, J. | 151.30 | $69,383.50 |
| **Total Associates** | **1,253.60** | **$554,358.50** |

| Paraprofessionals | HOURS | TOTAL FEES |
|---|---|---|
| Anderson, F. | 13.00 | $3,250.00 |
| Bernthal, W. | 2.50 | $587.50 |

GENERAL

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Birnbaum, M. | 33.00 | $6,163.00 |
| Bush, P. | 3.50 | 752.50 |
| Conniff, D. | 0.20 | $47.00 |
| Crow, D. | 3.00 | $675.00 |
| Ernst, J. | 2.00 | $360.00 |
| Ferro, D. | 0.60 | $147.00 |
| Genet, D. | 4.10 | $1,107.00 |
| Guido, L. | 154.50 | $29,633.50 |
| Hoerchler, K. | 1.00 | $210.00 |
| Jenner, J. | 6.90 | $1,380.00 |
| Larrea, E. | 7.50 | $1,575.00 |
| Leyse, S. | 3.00 | $705.00 |
| Lomperis, S. | 9.60 | 2,226.00 |
| Medel, J. | 1.50 | $330.00 |
| Moody, T. | 1.00 | $225.00 |
| Osbern, C. | 13.50 | $2,970.00 |
| Portnoy, J. | 10.50 | $2,835.00 |
| Schwartz, D. | 1.00 | $180.00 |
| Senturia, D. | 2.00 | $420.00 |
| Shane, E. | 6.00 | $1,320.00 |
| Sharrow, M. | 2.00 | $470.00 |
| Solivan, O. | 7.80 | $1,443.00 |
| Spano, N. | 6.40 | $1,459.00 |
| Swiatkowska, M. | 8.70 | $1,827.00 |
| Twyble, P. | 6.50 | $1,300.00 |
| Wallen, A. | 0.70 | $157.50 |
| Wasserman, G. | 11.30 | $2,203.50 |
| **Total Paraprofessionals** | **323.30** | **$65,958.50** |
| | | |
| **CUMULATIVE TOTALS** | **3,422.40** | **$2,046,636.00** |

## PLAN AND DISCLOSURE STATEMENT

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Hanson, J. | 78.60 | $65,202.00 |
| Melwani, V. | 117.10 | $87,009.00 |
| Resnick, A. | 28.20 | $25,343.50 |
| Rodburg, J. | 247.10 | $143,618.00 |
| Scheler, B. E. | 69.50 | $70,990.00 |
| Steingart, B. | 214.20 | $180,228.00 |
| Torres, T. | 175.40 | $138,728.00 |
| **Total Partners** | **930.10** | **$711,118.50** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 126.50 | $47,965.50 |
| Finelli, J. | 165.90 | $57,960.00 |
| Johnston, S. | 46.80 | $21,996.00 |
| Price, C. | 58.80 | $34,594.00 |
| Siroka, P. | 12.00 | $4,740.00 |
| Slivinski, R. | 281.70 | $154,739.50 |
| Weiss, M. | 9.00 | $3,240.00 |
| Zaunbrecher, V. | 28.70 | $10,332.00 |
| **Total Associates** | **729.40** | **$335,567.00** |

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Anderson, F. | 11.50 | $3,047.50 |
| Bevilaqua, J. | 5.30 | $954.00 |
| Birnbaum, M. | 7.00 | $1,470.00 |
| D'Augusta, D. | 1.50 | $270.00 |
| Ernst, J. | 6.00 | $1,080.00 |
| Esteibar, L | 4.90 | $882.00 |
| Ferro, D. | 1.00 | $265.00 |
| Guido, L. | 3.20 | $672.00 |
| Saidman-Krauss, R. | 5.80 | $1,044.00 |
| Sperer, R. | 20.80 | $4,368.00 |
| **Total Paraprofessionals** | **67.00** | **$14,052.50** |

| **CUMULATIVE TOTALS** | **1,726.50** | **$1,060,738.00** |

MEETINGS AND COMMUNICATIONS WITH EQUITY HOLDERS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Janson, J. | 29.60 | $23,964.00 |
| Johnson, D. | 5.90 | $4,774.50 |
| Lewis, J. | 16.20 | $11,178.00 |
| Melwani, V. | 441.80 | $309,042.00 |
| Resnick, A. | 35.40 | $30,828.00 |
| Rodburg, J. | 187.80 | $99,076.00 |
| Scheler, B. E. | 442.00 | $439,790.00 |
| Steingart, B. | 292.20 | $231,760.00 |
| Torres, D. | 96.40 | $74,352.00 |
| **Total Partners** | **1,547.30** | **$1,224,764.50** |

| **Special Counsel** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Brewer, J. | 1.30 | $773.50 |
| **Total Special Counsel** | **1.30** | **$773.50** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 86.90 | $31,663.50 |
| Feldhamer, M. | 55.10 | $18,137.50 |
| Finelli, J. | 29.60 | $10,152.00 |
| Goddard, D. | 7.10 | $3,794.50 |
| Horowitz, U. | 8.10 | $2,551.50 |
| Johnston, S. | 1.50 | $705.00 |
| McGill, C. | 7.40 | $3,133.00 |
| Porcella, T. | 0.40 | $168.00 |
| Price, C. | 2.00 | $1,130.00 |
| Slivinski, R. | 299.90 | $152,183.50 |
| Soto, M. | 83.30 | $26,502.00 |
| Wolf, J. | 73.80 | $33,996.00 |
| **Total Associates** | **655.10** | **$284,116.50** |

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Birnbaum, M. | 0.80 | $144.00 |
| Guido, L | 1.50 | $287.50 |
| Larrea, E. | 1.20 | $252.00 |
| Portnoy, J. | 10.70 | $2,889.00 |
| **Total Paraprofessionals** | **14.20** | **$3,572.50** |

| **CUMULATIVE TOTALS** | **2,217.90** | **$1,513,227.00** |

HEARINGS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Melwani, V. | 22.10 | $15,888.00 |
| Rodburg, J. | 47.80 | $26,277.50 |
| Scheler, B. E. | 11.00 | $10,945.00 |
| Steingart, B. | 142.90 | $115,050.00 |
| Torres, D. | 66.00 | $50,860.00 |
| **Total Partners** | **289.80** | **$219,020.50** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 25.60 | $9,952.50 |
| Feldhamer, M. | 2.50 | $787.50 |
| Finelli, J. | 31.50 | $11,086.00 |
| Goddard, D. | 30.20 | $15,440.00 |
| Johnston, S. | 4.50 | $2,115.00 |
| McGill, C. | 6.70 | $2,814.00 |
| Schoulder, A. | 8.40 | $3,738.00 |
| Slivinski, R. | 72.10 | $39,284.50 |
| Soto, M. | 20.20 | $6,363.00 |
| Wolf, J. | 5.10 | $2,397.00 |
| **Total Associates** | **206.80** | **$93,977.50** |

| | | |
|---|---|---|
| **CUMULATIVE TOTALS** | **496.60** | **$312,998.00** |

MISCELLANEOUS LITIGATION AND MOTIONS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Hason, J. | 55.20 | $43,824.00 |
| Johnson, D. | 1.40 | $1,133.00 |
| Lewis, J. | 1.10 | $759.00 |
| Melwani, V. | 237.70 | $168,647.00 |
| Resnick, A. | 19.40 | $16,958.00 |
| Rodburg, J. | 318.80 | $174,182.50 |
| Scheler, B. E. | 88.70 | $88,466.50 |
| Steingart, B. | 771.20 | $619,214.00 |
| Torres, D. | 444.70 | $342,549.00 |
| **Total Partners** | **1,938.20** | **$1,113,184.00** |

**Special Counsel**

| | | |
|---|---|---|
| Borek, J. | 2.30 | $1,426.00 |
| Brewer, J. | 101.40 | $60,333.00 |
| **Total Special Counsel** | **103.70** | **$61,759.00** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 309.60 | $118,583.00 |
| Feldhamer, M. | 5.90 | $2,073.00 |
| Feldman, A. | 60.00 | $26,700.00 |
| Finelli, J. | 308.00 | $104,816.00 |
| Goddard, D. | 83.20 | $44,632.00 |
| Howard, B. | 11.90 | $6,426.00 |
| Johnston, S. | 132.80 | $62,416.00 |
| Lewis, B. | 18.70 | $6,424.00 |
| McGill, C. | 14.10 | $6,189.50 |
| Porcella, T. | 35.80 | $15,036.00 |
| Price, C. | 197.10 | $110,930.50 |
| Slivinski, R. | 689.10 | $358,381.50 |
| Soto, M. | 208.40 | $65,808.50 |
| Whetsell, B. | 14.60 | $3,577.00 |
| Wolf, J. | 287.80 | $134,781.00 |
| Zaunbrecher, V. | 0.20 | $72.00 |
| **Total Associates** | **2,377.20** | **$1,066,486.00** |

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Adesko, T. | 3.50 | $700.00 |
| Anderson, F. | 6.00 | $1,500.00 |
| Anderson, J. | 7.00 | $1,540.00 |
| Bevilaqua, J. | 13.00 | $2,225.00 |
| Bianco, V. | 23.30 | $3,961.00 |
| Birnbaum, M. | 14.90 | $2,800.50 |

## MISCELLANEOUS LITIGATION AND MOTIONS

| | HOURS | TOTAL FEES |
|---|---|---|
| Bomani, X. | 2.40 | $504.00 |
| **Paraprofessionals** | | |
| Conniff, D. | 1.80 | $423.00 |
| Duppstadt, S. | 0.50 | $110.00 |
| Eigen, J. | 8.00 | $1,480.00 |
| Ferro, D. | 1.40 | $343.00 |
| Foote, P. | 1.50 | $352.50 |
| Guido, L. | 65.80 | $12,431.50 |
| Leach, M. | 2.50 | $425.00 |
| Lee, W. | 6.90 | $1,863.00 |
| Lomperis, S. | 2.00 | $470.00 |
| Moody, T. | 1.00 | $225.00 |
| Rottner, A. | 11.50 | $2,580.00 |
| Saidman-Krauss, R. | 1.50 | $270.00 |
| Shane, E. | 20.50 | $4,324.00 |
| Solivan, O. | 109.10 | $33,984.50 |
| Wenger, A. | 12.10 | $2,359.50 |
| **Total Paraprofessionals** | **317.70** | **$73,141.50** |
| | | |
| **CUMULATIVE TOTALS** | **4,817.80** | **$2,659,479.50** |

TAX

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Weiss, E. | 30.70 | $18,879.50 |
| **Total Partners** | **30.70** | **$18,879.50** |

| **Special Counsel** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Jacobson, J. | 36.90 | $30,142.00 |
| **Total Special Counsel** | **36.90** | **$30,142.00** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Falevich, A. | 15.90 | $6,570.50 |
| Fox, J. | 6.70 | $2,377.00 |
| Slivinski, R. | 0.50 | $267.50 |
| **Total Associates** | **23.10** | **$9,215.00** |

| **CUMULATIVE TOTALS** | **90.70** | **$58,236.50** |
|---|---|---|

PENSION ISSUES

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Carleen, D. | 7.30 | $5,742.00 |
| Lewis, J. | 7.90 | $5,451.00 |
| Melwani, V. | 1.30 | $871.00 |
| Rodburg, J. | 0.60 | $300.00 |
| **Total Partners** | **17.10** | **$12,364.00** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Eakins, J. | 3.00 | $735.00 |
| Feldhamer, M. | 6.40 | $2,016.00 |
| Horowitz, U. | 29.20 | $9,602.00 |
| Schoulder, A. | 0.80 | $356.00 |
| Slivinski, R. | 1.00 | $470.00 |
| Walker, K. | 9.70 | $2,376.50 |
| Whetsell, B. | 3.70 | $906.50 |
| Wolf, J. | 8.20 | $3,649.00 |
| **Total Associates** | **62.00** | **$20,111.00** |

| **CUMULATIVE TOTALS** | **79.10** | **$32,475.00** |

## COLLECTIVE BARGAINING AGREEMENTS

| Associates | HOURS | TOTAL FEES |
|---|---|---|
| Porcella, T. | 1.90 | $798.00 |
| **Total Associates** | **1.90** | **$798.00** |
| | | |
| **CUMULATIVE TOTALS** | **1.90** | **$798.00** |

1113/1114 ISSUES

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Carleen, D. | 1.20 | $936.00 |
| Lewis, J. | 1.80 | $1,242.00 |
| Melwani, V. | 8.60 | $5,762.00 |
| Resnick, A. | 1.70 | $1,445.00 |
| Rodburg, J. | 20.90 | $10,505.00 |
| Steingart, B. | 84.30 | $66,102.00 |
| Torres, D. | 35.30 | $26,475.00 |
| **Total Partners** | **153.80** | **$112,467.00** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 1.20 | $408.00 |
| Feldhamer, M. | 1.80 | $567.00 |
| Goddard, D. | 84.80 | $42,400.00 |
| Horowitz, U. | 37.90 | $11,938.50 |
| Juceam, J. | 7.40 | $1,813.00 |
| Levine, R. | 26.60 | $6,517.00 |
| McGill, C. | 131.00 | $55,020.00 |
| Schoulder, A. | 16.80 | $7,476.00 |
| Slivinski, R. | 47.10 | $22,197.50 |
| Wolf, J. | 17.70 | $7,876.50 |
| **Total Associates** | **372.30** | **$156,213.50** |

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Bianco, V. | 5.90 | $1,003.00 |
| Guido, L. | 4.00 | $740.00 |
| Pavelescu, V. | 1.30 | $221.00 |
| Solivan, O. | 115.20 | $19,652.00 |
| Spano, N. | 4.70 | $1,034.00 |
| Wasserman, G. | 0.30 | $58.50 |
| **Total Paraprofessionals** | **131.40** | **$22,708.50** |

| | | |
|---|---|---|
| **CUMULATIVE TOTALS** | **657.50** | **$291,389.00** |

OTHER LABOR MATTERS

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Carleen, D. | 9.20 | $7,176.00 |
| Lewis, J. | 19.80 | $13,662.00 |
| Melwani, V. | 40.40 | $27,368.00 |
| Resnick, A. | 5.60 | $4,850.00 |
| Rodburg, J. | 61.20 | $30,685.00 |
| Scheler, B. E. | 2.00 | $1,990.00 |
| Steingart, B. | 25.60 | $20,064.00 |
| Torres, D. | 5.80 | $4,362.00 |
| **Total Partners** | **169.60** | **$110,157.00** |

| **Special Counsel** | | |
|---|---|---|
| Brewer, J. | 9.30 | $5,533.50 |
| Jacobson, J. | 0.90 | $738.00 |
| **Total Special Counsel** | **10.20** | **$6,271.50** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 1.50 | $510.00 |
| Feldhamer, M. | 36.70 | $11,885.00 |
| Horowitz, U. | 46.80 | $14,742.00 |
| McGill, C. | 1.30 | $546.00 |
| Slivinski, R. | 58.20 | $27,744.50 |
| Whetsell, B. | 8.30 | $2,033.50 |
| Wolf, J. | 4.20 | $1,869.00 |
| **Total Associates** | **157.00** | **$59,330.00** |

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Guido, L | 1.20 | $222.00 |
| Lomperis, S. | 0.80 | $180.00 |
| Portnoy, J. | 1.10 | $297.00 |
| Webb, J. | 11.10 | $2,719.50 |
| **Total Paraprofessionals** | **14.20** | **$3,418.50** |

| **CUMULATIVE TOTALS** | **351.00** | **$179,177.00** |
|---|---|---|

## RELATIONSHIP WITH PRIMARY CUSTOMER

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Carleen, D. | 4.30 | $3,354.00 |
| Garza, D. | 0.60 | $468.00 |
| Goldstein, H. | 1.50 | $1,170.00 |
| Johnson, D. | 5.40 | $4,293.00 |
| Lewis, J. | 8.20 | $5,658.00 |
| Melwani, V. | 82.20 | $55,518.00 |
| Resnick, A. | 23.50 | $19,975.00 |
| Rodburg, J. | 285.20 | $143,895.00 |
| Scheler, B. E. | 28.90 | $28,755.50 |
| Steingart, B. | 168.60 | $131,756.00 |
| Torres, D. | 195.40 | $146,706.00 |
| **Total Partners** | **803.80** | **$541,548.50** |

| **Special Counsel** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Brewer, J. | 280.90 | $167,135.50 |
| **Total Special Counsel** | **280.90** | **$167,135.50** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Cain, K. | 17.60 | $5,786.00 |
| Feldhamer, M. | 159.20 | $53,959.50 |
| Goddard, D. | 242.20 | $122,625.00 |
| Hall, Z. | 37.00 | $9,065.00 |
| Horowitz, U. | 34.40 | $10,836.00 |
| Juceam, J. | 19.40 | $4,753.00 |
| McGill, C. | 169.90 | $72,500.50 |
| Nadritch, J. | 7.00 | $2,940.00 |
| Porcella, T. | 220.50 | $86,565.00 |
| Schoulder, A. | 0.20 | $89.00 |
| Slivinski, R. | 216.20 | $103,390.50 |
| Soto, M. | 113.30 | $35,689.50 |
| Walker, K. | 4.80 | $1,176.00 |
| Whetsell, B. | 19.30 | $4,728.50 |
| Wolf, J. | 192.80 | $87,536.00 |
| **Total Associates** | **1,453.80** | **$601,639.50** |

| **Discovery Attorneys** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Donohue, V. | 26.80 | $4,556.00 |
| Rosen, D. | 90.30 | $18,060.00 |
| **Total Discovery Attorneys** | **117.10** | **$22,616.00** |

RELATIONSHIP WITH PRIMARY CUSTOMER

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Adesko, T. | 10.50 | $2,100.00 |
| Anderson, J. | 9.00 | $1,980.00 |
| Beston, D. | 4.00 | $760.00 |
| Bevilaqua, J. | 6.80 | $1,156.00 |
| Borroughs, C. | 22.60 | $3,842.00 |
| Delia, P. | 3.00 | $600.00 |
| Eakins, J. | 36.30 | $8,893.50 |
| Early, M. | 76.80 | 16,896.00 |
| Eigen, J. | 60.50 | $11,192.50 |
| Guido, L. | 11.70 | $2,164.50 |
| Hegarty, F. | 8.80 | $1,848.00 |
| Larrea, E. | 1.00 | $210.00 |
| Leyse, S. | 32.00 | $7,200.00 |
| Lomperis, S. | 2.00 | $450.00 |
| Luebke, W. | 5.30 | $1,245.50 |
| Medel, J. | 3.20 | $704.00 |
| Robillos, T. | 2.80 | $546.00 |
| Scott, E. | 19.80 | $3,762.00 |
| Simsarian, E. | 8.50 | $1,912.50 |
| Smith, J. | 3.00 | $630.00 |
| Solivan, O. | 78.60 | $13,755.00 |
| Spano, N. | 1.30 | $286.00 |
| Swiatkowska, M. | 3.00 | $630.00 |
| Taderera, J. | 7.00 | $1,295.00 |
| Twyble, P. | 8.40 | $1,680.00 |
| Wallen, A. | 0.80 | $180.00 |
| Wasserman, G. | 4.50 | $877.50 |
| **Total Paraprofessionals** | **431.20** | **$86,796.00** |
| | | |
| **CUMULATIVE TOTALS** | **3,086.80** | **$1,419,735.50** |

## FEE APPLICATIONS AND RETENTION

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Melwani, V. | 11.00 | $7,490.00 |
| Resnick, A. | 2.80 | $2,389.00 |
| Rodburg, J. | 38.20 | $19,399.50 |
| Scheler, B. E. | 3.00 | $2,985.00 |
| Steingart, B. | 12.30 | $9,698.00 |
| **Total Partners** | **67.30** | **$41,961.50** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 67.90 | $24,708.50 |
| Finelli, J. | 51.00 | $17,434.00 |
| Price, C. | 1.30 | $734.50 |
| Slivinski, R. | 114.80 | $59,178.00 |
| Soto, M. | 77.30 | $25,454.50 |
| Wolf, J. | 171.50 | $79,027.50 |
| **Total Associates** | **483.80** | **$206,537.00** |

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Birnbaum, M. | 8.50 | $1,634.00 |
| Bomani, X. | 9.00 | $1,890.00 |
| Delia, P. | 2.30 | $540.50 |
| Don, J. | 7.00 | $1,260.00 |
| Early, M. | 4.50 | $1,035.00 |
| Guido, L. | 139.10 | $27,372.50 |
| Moody, T. | 2.00 | $450.00 |
| **Total Paraprofessionals** | **172.40** | **$34,182.00** |

| | | |
|---|---|---|
| **CUMULATIVE TOTALS** | **723.50** | **$282,680.50** |

## SETTLEMENT AND RESTRUCTURING

| **Partners** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Hanson, J. | 121.30 | $97,502.00 |
| Melwani, V. | 394.40 | $277,898.00 |
| Resnick, A. | 10.90 | $9,584.50 |
| Rodburg, J. | 164.90 | $88,770.50 |
| Scheler, B. E. | 278.30 | $276,908.50 |
| Steingart, B. | 250.10 | $199,990.00 |
| Torres, B. | 93.80 | $71,386.00 |
| Weiss, E. | 2.00 | $1,080.00 |
| **Total Partners** | **1315.70** | **$1,023,119.50** |

| **Special Counsel** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Blackman, K. | 3.90 | $3,042.00 |
| Jacobson, J. | 3.10 | $2,486.00 |
| **Total Special Counsel** | **7.00** | **$5,528.00** |

| **Associates** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Dang, K. | 29.50 | $10,525.00 |
| Finelli, J. | 42.50 | $14,450.00 |
| Goddard, D. | 3.80 | $2,000.00 |
| Kazakova, J. | 10.10 | $3,181.50 |
| Porcella, T. | 3.10 | $1,302.00 |
| Siroka, P. | 5.60 | $1,764.00 |
| Slivinski, R. | 312.10 | $162,605.00 |
| Soto, M. | 119.80 | $38,032.00 |
| Wolf, J. | 73.40 | $34,498.00 |
| **Total Associates** | **599.90** | **$268,357.50** |

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Birnbaum, M. | 10.00 | $1,815.00 |
| Duppstadt, S. | 4.90 | $1,078.00 |
| Ferro, D. | 8.60 | $2,039.00 |
| Guido, L. | 28.70 | $5,424.50 |
| Fosty, G. | 3.00 | $600.00 |
| Larrea, E. | 1.00 | $210.00 |
| Leach, B. | 14.00 | $3,080.00 |
| Lomperis, S. | 16.80 | $3,780.00 |
| Muniyappa, A. | 2.30 | $414.00 |
| Portnoy, J. | 3.00 | $810.00 |
| Schwartz, D. | 18.50 | $3,330.00 |
| Senturia, D. | 4.00 | $840.00 |
| Sharrow, M. | 4.00 | $940.00 |
| Swiatkowski, M. | 7.50 | $1,575.00 |

## SETTLEMENT AND RESTRUCTURING

| **Paraprofessionals** | **HOURS** | **TOTAL FEES** |
|---|---|---|
| Wallen, A. | 3.80 | $867.00 |
| **Total Paraprofessionals** | **130.10** | **$26,802.50** |
| | | |
| **CUMULATIVE TOTALS** | **2052.70** | **$1,323,807.50** |