**Exhibit B:**

**Monthly Fee Statements**



# Houlihan Lokey Howard & Zukin
INVESTMENT BANKING SERVICES

www.hlhz.com

**Invoice: 7871**

**PERSONAL & CONFIDENTIAL**                                                                 November 15, 2006

Delphi Corporation                                                                          Client #: 39076
5725 Delphi Drive                                                                           Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | |
|---|---:|
| Monthly Advisory Fees For the Period of July 1, 2006 - July 31, 2006:* | $ 5,645.16 |
| Monthly Advisory Fees For the Period of August 1, 2006 - August 31, 2006: | 175,000.00 |
| Monthly Advisory Fees For the Period of September 1, 2006 - September 30, 2006: | 175,000.00 |
| Less 20% Holdbacks: | (71,129.03) |
| Subtotal: | $ 284,516.13 |

Out of pocket expenses:

| | |
|---|---:|
| Airfare | $12,077.58 |
| Lodging | 8,530.33 |
| Ground Transportation | 3,203.75 |
| Meals | 3,173.96 |
| Telephone | 201.76 |
| Delivery/Messenger | 47.69 |
| Duplication/Office Expense | 469.00 |
| Information Resources | 357.87 |

Subtotal:                                                                                   $ 28,061.94

**TOTAL AMOUNT DUE AND PAYABLE:**                                                           **$ 312,578.07**

*Represents One Day of Advisory Services For the Referenced Period:

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Accoun
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

Los Angeles    New York    Chicago    San Francisco    Washington, D.C.    Minneapolis    Dallas    Atlanta    London
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.



HOULIHAN LOKEY HOWARD & ZUKIN
INVESTMENT BANKING SERVICES
www.hlhz.com

**Invoice: 7925**

**PERSONAL & CONFIDENTIAL**                                                December 14, 2006

Delphi Corporation                                                          Client #: 39076
5725 Delphi Drive                                                           Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---|---|
| Monthly Advisory Fees For the Period of October 1, 2006 - October 31, 2006: | $ | 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | $ | 140,000.00 |

Out of pocket expenses:

| | |
|---|---|
| Airfare | $ 2,344.00 |
| Lodging | 2,782.53 |
| Ground Transportation | 873.70 |
| Meals | 709.49 |
| Telephone | 20.00 |
| Duplication/Office Expense | 819.00 |
| Information Resources | 204.32 |

Subtotal:                                                                    $      7,753.04

**TOTAL AMOUNT DUE AND PAYABLE:**                                  **$     147,753.04**

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

**Los Angeles    New York    Chicago    San Francisco    Washington, D.C.    Minneapolis    Dallas    Atlanta    London**
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.



HOULIHAN LOKEY HOWARD & ZUKIN
INVESTMENT BANKING SERVICES
www.hlhz.com

**Invoice: 8091**

**PERSONAL & CONFIDENTIAL**                                                    January 12, 2007

Delphi Corporation                                                             Client #: 39076
5725 Delphi Drive                                                              Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---|---:|
| Monthly Advisory Fees For the Period of November 1, 2006 - November 30, 2006: | $ | 175,000.00 |
| Monthly Advisory Fees For the Period of December 1, 2006 - December 31, 2006: | $ | 175,000.00 |
| Less 20% Holdbacks: | | (70,000.00) |
| Subtotal: | $ | 280,000.00 |

Out of pocket expenses:

| | | |
|---|---:|---:|
| Airfare | $10,548.00 | |
| Lodging | 1,018.21 | |
| Ground Transportation | 1,141.41 | |
| Meals | 397.90 | |
| Telephone | 91.88 | |
| Information Resources | 32.04 | |

| | | |
|---|---|---:|
| Subtotal: | $ | 13,229.44 |
| **TOTAL AMOUNT DUE AND PAYABLE:** | **$** | **293,229.44** |

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

**Los Angeles    New York    Chicago    San Francisco    Washington, D.C.    Minneapolis    Dallas    Atlanta    London**
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.

# Houlihan Lokey Howard & Zukin
### INVESTMENT BANKING SERVICES
www.hlhz.com

**Invoice: 9161**

**PERSONAL & CONFIDENTIAL**                                         February 9, 2007

Delphi Corporation                                                  Client #: 39076
5725 Delphi Drive                                                   Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---|---|
| Monthly Advisory Fees For the Period of January 1, 2007 - January 31, 2007: | $ | 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | $ | 140,000.00 |

Out of pocket expenses:

| | |
|---|---|
| Airfare | $ 2,007.21 |
| Lodging | 1,000.00 |
| Ground Transportation | 657.24 |
| Meals | 1,428.91 |
| Telephone | 122.47 |
| Delivery/Messenger | 335.32 |
| Information Resources | 103.17 |

Subtotal:                                                                    $    5,654.32

*Outstanding balance due for invoice dated December 14, 2006, #7871:*     $    383,707.10
*Outstanding balance due for invoice dated December 14, 2006, #7925:*     $    182,753.04
*Outstanding balance due for invoice dated January 12, 2007, #8091:*      $    363,229.44

**TOTAL AMOUNT DUE AND PAYABLE:**                                      **$   1,075,343.90**

---

**PAYMENT DUE UPON RECEIPT**

Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

Los Angeles   New York   Chicago   San Francisco   Washington, D.C.   Minneapolis   Dallas   Atlanta   London
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.   Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.

# Houlihan Lokey Howard & Zukin

INVESTMENT BANKING SERVICES

www.hlhz.com

**Invoice: 9365**

**PERSONAL & CONFIDENTIAL**                                                April 4, 2007

Delphi Corporation                                                         Client #: 39076
5725 Delphi Drive                                                          Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | | |
|---|---|---|---|
| Monthly Advisory Fees For the Period of February 1, 2007 - February 28, 2007: | | $ | 175,000.00 |
| Less 20% Holdbacks: | | | (35,000.00) |
| Subtotal: | | $ | 140,000.00 |
| Out of pocket expenses: | | | |
| Airfare | $ 9,376.00 | | |
| Lodging | 900.00 | | |
| Ground Transportation | 1,247.22 | | |
| Meals | 367.47 | | |
| Telephone | 12.90 | | |
| Delivery/Messenger | 49.55 | | |
| Information Resources | 817.96 | | |
| Subtotal: | | $ | 12,771.10 |
| *Outstanding balance due for invoice dated December 14, 2006, #7871:* | | *$* | *35,564.51* |
| *Outstanding balance due for invoice dated December 14, 2006, #7925:* | | *$* | *35,000.00* |
| *Outstanding balance due for invoice dated January 12, 2007, #8091:* | | *$* | *70,000.00* |
| *Outstanding balance due for invoice dated February 12, 2007, #9161:* | | *$* | *35,000.00* |
| **TOTAL AMOUNT DUE AND PAYABLE:** | | **$** | **328,335.61** |

**PAYMENT DUE UPON RECEIPT**

Wire Transfer Instructions:
Beneficiary Account Name: Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No: 3030160796
Beneficiary Bank Name: Union Bank of California
ABA/Routing Number/Bank ID: 122000496
Swift Code (International Wires only): BOFCUS33MPK
Federal ID #95-4024056

Los Angeles   New York   Chicago   San Francisco   Washington, D.C.   Minneapolis   Dallas   Atlanta   London
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.   Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.

# Houlihan Lokey Howard & Zukin
INVESTMENT BANKING SERVICES
www.hlhz.com

**Invoice: 9509**

**PERSONAL & CONFIDENTIAL**                                                     May 17, 2007

Delphi Corporation                                                              Client #: 39076
5725 Delphi Drive                                                               Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---:|---:|
| Monthly Advisory Fees For the Period of March 1, 2007 - March 31, 2007: | $ | 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | $ | 140,000.00 |

Out of pocket expenses:

| | |
|---|---:|
| Airfare | $ 5,938.60 |
| Lodging | 2,250.00 |
| Ground Transportation | 952.71 |
| Meals | 1,042.26 |
| Duplication | 885.80 |
| Delivery/Messenger | 16.91 |
| Information Resources | 415.78 |

| | | |
|---|---:|---:|
| Subtotal: | $ | 11,502.06 |
| *Outstanding balance due for invoice dated December 14, 2006, #7871:* | *$* | *35,564.51* |
| *Outstanding balance due for invoice dated December 14, 2006, #7925:* | *$* | *35,000.00* |
| *Outstanding balance due for invoice dated January 12, 2007, #8091:* | *$* | *70,000.00* |
| *Outstanding balance due for invoice dated February 12, 2007, #9161:* | *$* | *35,000.00* |
| **TOTAL AMOUNT DUE AND PAYABLE:** | **$** | **327,066.57** |

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name: Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No: 3030160796
Beneficiary Bank Name: Union Bank of California
ABA/Routing Number/Bank ID: 122000496
Swift Code (International Wires only): BOFCUS33MPK
Federal ID #95-4024056

Los Angeles   New York   Chicago   San Francisco   Washington, D.C.   Minneapolis   Dallas   Atlanta   London
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.   Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.



# HOULIHAN LOKEY HOWARD & ZUKIN
INVESTMENT BANKING SERVICES
www.hlhz.com

**Invoice: 9649**

**PERSONAL & CONFIDENTIAL**                                June 22, 2007

Delphi Corporation                                          Client #: 39076
5725 Delphi Drive                                           Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | |
|---|---|
| Monthly Advisory Fees For the Period of April 1, 2007 - April 30, 2007: | $ 175,000.00 |
| Less 20% Holdbacks: | (35,000.00) |
| Subtotal: | $ 140,000.00 |

Out of pocket expenses:

| | |
|---|---|
| Airfare | $ 6,843.00 |
| Lodging | 900.00 |
| Ground Transportation | 1,030.48 |
| Meals | 217.65 |
| Duplication | 68.60 |
| Information Resources | 724.72 |

Subtotal:                                                    $ 9,784.45

**TOTAL AMOUNT DUE AND PAYABLE:**                            **$ 149,784.45**

**PAYMENT DUE UPON RECEIPT**

Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056



# Houlihan Lokey Howard & Zukin
### INVESTMENT BANKING SERVICES
www.hlhz.com

**Invoice: 9796**

**PERSONAL & CONFIDENTIAL**                                                                                  July 10, 2007

Delphi Corporation                                                                                           Client #: 39076
5725 Delphi Drive                                                                                            Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---|---:|
| Monthly Advisory Fees For the Period of May 1, 2007 - May 31, 2007: | | $ 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | | $ 140,000.00 |
| Out of pocket expenses: | | |
| Airfare | $ 1,487.42 | |
| Lodging | 1,350.00 | |
| Ground Transportation | 321.64 | |
| Meals | 198.01 | |
| Duplication | 58.20 | |
| Information Resources | 58.80 | |
| Subtotal: | | $ 3,516.77 |
| **TOTAL AMOUNT DUE AND PAYABLE:** | | **$ 143,516.77** |

**PAYMENT DUE UPON RECEIPT**

Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

Los Angeles   New York   Chicago   San Francisco   Washington, D.C.   Minneapolis   Dallas   Atlanta   London
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.   Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.



**Invoice: 9926**

**PERSONAL & CONFIDENTIAL**                                                July 30, 2007

Delphi Corporation                                                         Client #: 39076
5725 Delphi Drive                                                          Case #: 81056
M/C 483-400-603
Troy, MI 48098


| | | |
|---|---|---|
| Monthly Advisory Fees For the Period of June 1, 2007 - June 30, 2007: | $ | 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | $ | 140,000.00 |
| Out of pocket expenses: | | |
|     Airfare                          $ 2,974.84 | | |
|     Ground Transportation                383.36 | | |
|     Meals                                 60.00 | | |
|     Delivery/Messenger                    55.38 | | |
| Subtotal: | $ | 3,473.58 |
| **TOTAL AMOUNT DUE AND PAYABLE:** | **$** | **143,473.58** |


**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056



**Invoice: 10063**

**PERSONAL & CONFIDENTIAL**                                              September 13, 2007

Delphi Corporation                                                        Client #: 39076
5725 Delphi Drive                                                         Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---|---:|
| Monthly Advisory Fees For the Period of July 1, 2007 - July 31, 2007: | | $ 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | | $ 140,000.00 |

Out of pocket expenses:

| | | |
|---|---:|---:|
| Airfare | $ 1,487.42 | |
| Ground Transportation | 26.00 | |
| Meals | 18.89 | |
| Delivery/Messenger | 93.98 | |
| Information Resources | 75.61 | |
| Subtotal: | | $ 1,701.90 |

**TOTAL AMOUNT DUE AND PAYABLE:**                                        **$  141,701.90**

**PAYMENT DUE UPON RECEIPT**

Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

**Los Angeles    New York    Chicago    San Francisco    Washington, D.C.    Minneapolis    Dallas    Atlanta    London    Paris    Frankfurt    Hong Kong**

Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.

# Houlihan Lokey
## INVESTMENT BANKING SERVICES

**Invoice: 10123**

**PERSONAL & CONFIDENTIAL**                                                                                                            September 19, 2007

Delphi Corporation                                                                                                                                    Client #: 39076
5725 Delphi Drive                                                                                                                                     Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | |
|---|---:|
| Monthly Advisory Fees For the Period of August 1, 2007 - August 31, 2007: | $   175,000.00 |
| Less 20% Holdbacks: | (35,000.00) |
| | |
| **TOTAL AMOUNT DUE AND PAYABLE:** | **$   140,000.00** |

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

**Los Angeles    New York    Chicago    San Francisco    Washington, D.C.    Minneapolis    Dallas    Atlanta    London    Paris    Frankfurt    Hong Kong**
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.

# HOULIHAN LOKEY
### INVESTMENT BANKING SERVICES

**Invoice: 10301**

**PERSONAL & CONFIDENTIAL**                                                                October 16, 2007

Delphi Corporation                                                                         Client #: 39076
5725 Delphi Drive                                                                          Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | |
|---|---:|
| Monthly Advisory Fees For the Period of September 1, 2007 - September 30, 2007: | $ 175,000.00 |
| Less 20% Holdbacks: | (35,000.00) |
| Subtotal: | $ 140,000.00 |

Out of pocket expenses:

| | |
|---|---:|
| Airfare | $ 1,324.28 |
| Ground Transportation | 256.64 |
| Meals | 174.87 |
| Delivery/Messenger | 101.75 |
| Duplication/Office Expense | 258.20 |
| Information Resources | 281.79 |

Subtotal:                                                                                  $   2,397.53

**TOTAL AMOUNT DUE AND PAYABLE:**                                                          **$  142,397.53**

**PAYMENT DUE UPON RECEIPT**

Wire Transfer Instructions:
Beneficiary Account Name: Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No: 3030160796
Beneficiary Bank Name: Union Bank of California
ABA/Routing Number/Bank ID: 122000496
Swift Code (International Wires only): BOFCUS33MPK
Federal ID #95-4024056

Los Angeles    New York    Chicago    San Francisco    Washington, D.C.    Minneapolis    Dallas    Atlanta    London    Paris    Frankfurt    Hong Kong

Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.

# HOULIHAN LOKEY
### INVESTMENT BANKING SERVICES

**Invoice: 10385**

**PERSONAL & CONFIDENTIAL**                                         November 16, 2007

Delphi Corporation                                                  Client #: 39076
5725 Delphi Drive                                                   Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | |
|---|---|
| Monthly Advisory Fees For the Period of October 1, 2007 - October 31, 2007: | $ 175,000.00 |
| Less 20% Holdbacks: | (35,000.00) |
| Subtotal: | $ 140,000.00 |

Out of pocket expenses:

| | |
|---|---|
| Airfare | $ 1,324.27 |
| Lodging | 900.00 |
| Ground Transportation | 220.11 |
| Meals | 20.44 |
| Delivery/Messenger | 52.98 |
| Information Resources | 82.24 |

Subtotal:                                                           $   2,600.04

**TOTAL AMOUNT DUE AND PAYABLE:**                                   **$   142,600.04**

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

Los Angeles    New York    Chicago    San Francisco    Washington, D.C.    Minneapolis    Dallas    Atlanta    London    Paris    Frankfurt    Hong Kong
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.



**Invoice: 10601**

**PERSONAL & CONFIDENTIAL**                                                                                              January 10, 2008

Delphi Corporation                                                                                                                Client #: 39076
5725 Delphi Drive                                                                                                                  Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---|---|
| Monthly Advisory Fees For the Period of November 1, 2007 - November 30, 2007: | $ | 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | $ | 140,000.00 |

Out of pocket expenses:

| | | |
|---|---|---|
| Airfare | $ | 1,688.04 |
| Ground Transportation | | 67.38 |
| Meals | | 39.15 |
| Delivery/Messenger | | 47.17 |
| Duplication/Office Expense | | 150.30 |
| Information Resources | | 3,564.81 |

| | | |
|---|---|---|
| Subtotal: | $ | 5,556.85 |
| **TOTAL AMOUNT DUE AND PAYABLE:** | **$** | **145,556.85** |

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

245 Park Avenue, 20th Floor   •   New York, New York 10167   •   tel.212.497.4100   •   fax.212.661.3070   •   **www.HL.com**
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.   Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.



# HOULIHAN LOKEY

**Invoice: 10792**

**PERSONAL & CONFIDENTIAL**                                          February 22, 2008

Delphi Corporation                                                   Client #: 39076
5725 Delphi Drive                                                    Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---|---|
| Monthly Advisory Fees For the Period of December 1, 2007 - December 31, 2007: | $ | 175,000.00 |
| Less 20% Holdbacks: | | (35,000.00) |
| Subtotal: | $ | 140,000.00 |

Out of pocket expenses:

| | | |
|---|---|---|
| Lodging | $ 1,350.00 | |
| Ground Transportation | 88.72 | |
| Meals | 60.00 | |
| Delivery/Messenger | 48.23 | |
| Information Resources | 453.55 | |
| Subtotal: | | $ 2,000.50 |

**TOTAL AMOUNT DUE AND PAYABLE:**                                    **$   142,000.50**

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056

245 Park Avenue, 20th Floor   •   New York, New York 10167   •   tel.212.497.4100   •   fax.212.661.3070   •   **www.HL.com**
Broker/dealer services through Houlihan Lokey Howard & Zukin Capital.    Investment advisory services through Houlihan Lokey Howard & Zukin Financial Advisors.



**Invoice: 10913**

                                                           **REVISED March 18, 2008**

**PERSONAL & CONFIDENTIAL**                                             March 10, 2008

Delphi Corporation                                                              Client #: 39076
5725 Delphi Drive                                                               Case #: 81056
M/C 483-400-603
Troy, MI 48098

| | | |
|---|---:|---:|
| Monthly Advisory Fees For the Period of January 1, 2008 - January 25, 2008: | $ | 141,129.03 |
| Less 20% Holdbacks: | | (28,225.81) |
| Subtotal: | $ | 112,903.23 |
| Out of pocket expenses: | | |
|     Ground Transportation   $   237.57 | | |
|     Delivery/Messenger         53.32 | | |
|     Information Resources      52.45 | | |
| Subtotal: | $ | 343.34 |
| **TOTAL AMOUNT DUE AND PAYABLE:** | **$** | **113,246.57** |

**PAYMENT DUE UPON RECEIPT**
Wire Transfer Instructions:
Beneficiary Account Name:  Houlihan Lokey Howard & Zukin Capital, Inc. General Account
Beneficiary Account No:  3030160796
Beneficiary Bank Name:  Union Bank of California
ABA/Routing Number/Bank ID:  122000496
Swift Code (International Wires only):  BOFCUS33MPK
Federal ID #95-4024056