# Exhibit C:

# Summary Time Records

**Delphi Corporation**

*Monthly Summary of Hours Expended*                                                                                       **Exhibit C**

|   | **KEY** |   |
|---|---|---|
| A | = | *Labor Matters* |
| B | = | *General Motors Corporation* |
| C | = | *Divestitures & Closings* |
| D | = | *Financial Analysis, Due Diligence & Other Matters* |
| E | = | *Case Administration & Correspondence* |

*August 2006 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 11.1 | 14.1 | 9.6 | 23.8 | 4.5 | **63.0** |
| David Hilty | 1.0 | 2.0 | 1.0 | 5.5 | 8.0 | **17.5** |
| Tanja Aalto | 21.0 | 30.5 | 20.0 | 34.1 | 18.5 | **124.0** |
| Steve Hughes | 0.0 | 0.0 | 0.0 | 19.5 | 0.0 | **19.5** |
| Dave Burns | 11.0 | 15.5 | 10.5 | 17.5 | 4.5 | **59.0** |
| Alvin Tan | 11.5 | 12.0 | 11.5 | 36.5 | 1.0 | **72.5** |
| Scott Alford | 0.0 | 0.0 | 0.0 | 20.5 | 0.0 | **20.5** |
| Oliver Mathews | 28.5 | 32.0 | 28.5 | 18.5 | 11.0 | **118.5** |
| Daniel Crowley | 16.0 | 16.5 | 16.0 | 48.0 | 1.5 | **98.0** |
| **Total** | **100.0** | **122.5** | **97.0** | **223.9** | **49.0** | **592.5** |

*September 2006 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 8.5 | 8.5 | 8.5 | 15.0 | 10.5 | **51.0** |
| David Hilty | 5.2 | 5.2 | 5.2 | 13.5 | 5.0 | **34.0** |
| Tanja Aalto | 24.4 | 26.9 | 24.2 | 32.0 | 17.0 | **124.5** |
| Steve Hughes | 0.0 | 0.0 | 0.0 | 18.0 | 0.0 | **18.0** |
| Alvin Tan | 2.2 | 2.2 | 2.2 | 52.5 | 1.0 | **60.0** |
| Scott Alford | 0.0 | 0.0 | 0.0 | 18.0 | 0.0 | **18.0** |
| Oliver Mathews | 18.1 | 19.6 | 17.1 | 55.0 | 20.1 | **130.0** |
| Daniel Crowley | 3.3 | 2.3 | 5.3 | 47.5 | 1.5 | **60.0** |
| **Total** | **61.7** | **64.7** | **62.5** | **251.5** | **55.1** | **495.5** |

*October 2006 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 7.6 | 7.6 | 7.6 | 27.4 | 18.4 | **68.5** |
| Tanja Aalto | 18.6 | 20.6 | 17.6 | 124.3 | 2.4 | **183.5** |
| Steve Hughes | 2.4 | 2.4 | 2.4 | 21.4 | 2.4 | **31.0** |
| Scott Alford | 2.4 | 2.4 | 2.4 | 26.4 | 2.4 | **36.0** |
| Oliver Mathews | 14.9 | 14.9 | 17.2 | 47.7 | 4.9 | **99.5** |
| Daniel Crowley | 8.7 | 9.7 | 7.4 | 81.9 | 2.9 | **110.5** |
| **Total** | **54.5** | **57.5** | **54.5** | **329.1** | **33.4** | **529.0** |

**Delphi Corporation**

*Monthly Summary of Hours Expended* **Exhibit C**

### KEY

| | | |
|---|---|---|
| **A** | = | *Labor Matters* |
| **B** | = | *General Motors Corporation* |
| **C** | = | *Divestitures & Closings* |
| **D** | = | *Financial Analysis, Due Diligence & Other Matters* |
| **E** | = | *Case Administration & Correspondence* |

*November 2006 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 15.2 | 14.2 | 10.7 | 17.4 | 7.9 | **65.5** |
| Tanja Aalto | 15.4 | 14.9 | 12.4 | 62.6 | 10.7 | **116.0** |
| Steve Hughes | 2.7 | 2.7 | 2.7 | 24.2 | 2.7 | **35.0** |
| Scott Alford | 2.7 | 2.7 | 2.7 | 26.2 | 2.7 | **37.0** |
| Oliver Mathews | 16.7 | 16.7 | 15.4 | 43.5 | 9.7 | **102.0** |
| Daniel Crowley | 12.5 | 12.0 | 11.5 | 47.2 | 10.2 | **93.5** |
| **Total** | **65.3** | **63.3** | **55.4** | **221.2** | **43.9** | **449.0** |

*December 2006 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 5.4 | 4.9 | 4.6 | 19.3 | 1.8 | **36.0** |
| Tanja Aalto | 8.9 | 8.9 | 9.4 | 71.6 | 4.8 | **103.5** |
| Steve Hughes | 1.8 | 1.8 | 1.8 | 17.3 | 1.8 | **24.5** |
| Richard Miller | 7.5 | 11.0 | 6.5 | 36.5 | 2.5 | **64.0** |
| Scott Alford | 1.8 | 1.8 | 1.8 | 26.3 | 1.8 | **33.5** |
| Oliver Mathews | 11.3 | 11.8 | 12.3 | 58.3 | 3.3 | **97.0** |
| Daniel Crowley | 5.0 | 4.5 | 4.7 | 90.1 | 3.8 | **108.0** |
| **Total** | **41.6** | **44.6** | **41.1** | **319.3** | **19.8** | **466.5** |

*January 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 4.4 | 4.4 | 6.9 | 35.9 | 10.9 | **62.5** |
| Tanja Aalto | 1.8 | 1.8 | 9.3 | 99.1 | 14.6 | **126.5** |
| Steve Hughes | 1.8 | 1.8 | 1.8 | 27.8 | 1.8 | **35.0** |
| Richard Miller | 6.8 | 7.3 | 5.8 | 80.6 | 4.6 | **105.0** |
| Scott Alford | 1.8 | 1.8 | 1.8 | 27.8 | 1.8 | **35.0** |
| Oliver Mathews | 3.6 | 3.6 | 4.6 | 52.6 | 2.1 | **66.5** |
| Daniel Crowley | 5.5 | 5.5 | 6.5 | 91.3 | 1.8 | **110.5** |
| **Total** | **25.6** | **26.1** | **36.6** | **415.1** | **37.6** | **541.0** |

**Delphi Corporation**

*Monthly Summary of Hours Expended* **Exhibit C**

| | **KEY** |
|---|---|
| **A** = | *Labor Matters* |
| **B** = | *General Motors Corporation* |
| **C** = | *Divestitures & Closings* |
| **D** = | *Financial Analysis, Due Diligence & Other Matters* |
| **E** = | *Case Administration & Correspondence* |

*February 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 14.1 | 10.8 | 10.6 | 3.0 | 1.5 | **40.0** |
| Tanja Aalto | 13.8 | 10.3 | 10.8 | 49.6 | 5.6 | **90.0** |
| Steve Hughes | 2.1 | 2.1 | 2.1 | 18.1 | 2.1 | **26.5** |
| Richard Miller | 7.8 | 7.8 | 7.8 | 69.6 | 3.1 | **96.0** |
| Scott Alford | 2.0 | 2.0 | 2.0 | 17.0 | 1.5 | **24.5** |
| Oliver Mathews | 11.4 | 8.9 | 12.9 | 42.6 | 16.1 | **92.0** |
| Daniel Crowley | 16.9 | 15.4 | 15.5 | 96.3 | 4.8 | **149.0** |
| **Total** | **68.1** | **57.3** | **61.7** | **296.2** | **34.7** | **518.0** |

*March 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 11.0 | 11.0 | 11.0 | 9.0 | 0.0 | **42.0** |
| Tanja Aalto | 22.1 | 20.1 | 19.9 | 93.2 | 11.7 | **167.0** |
| Steve Hughes | 1.8 | 1.8 | 1.8 | 31.8 | 1.8 | **39.0** |
| Richard Miller | 33.7 | 33.7 | 33.7 | 85.2 | 1.8 | **188.0** |
| Scott Alford | 1.9 | 1.9 | 1.9 | 7.2 | 0.7 | **13.5** |
| Oliver Mathews | 37.8 | 32.8 | 32.1 | 55.6 | 25.1 | **183.5** |
| Daniel Crowley | 35.6 | 35.6 | 35.6 | 99.8 | 10.8 | **217.5** |
| **Total** | **143.9** | **136.9** | **136.0** | **381.8** | **51.9** | **850.5** |

*April 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 8.3 | 8.3 | 8.3 | 12.5 | 0.0 | **37.5** |
| Tanja Aalto | 19.0 | 17.5 | 18.0 | 91.7 | 3.2 | **149.5** |
| Steve Hughes | 2.2 | 2.2 | 2.2 | 10.0 | 0.0 | **16.5** |
| Richard Miller | 14.7 | 14.7 | 14.7 | 38.2 | 1.2 | **83.5** |
| Scott Alford | 6.5 | 6.5 | 6.5 | 1.5 | 0.0 | **21.0** |
| Oliver Mathews | 6.7 | 6.7 | 6.7 | 48.0 | 17.0 | **85.0** |
| Daniel Crowley | 11.8 | 11.8 | 11.8 | 65.8 | 0.0 | **101.0** |
| **Total** | **69.2** | **67.7** | **68.2** | **267.7** | **21.4** | **494.0** |

**Delphi Corporation**

*Monthly Summary of Hours Expended*                                                      **Exhibit C**

| | | KEY | |
|---|---|---|---|
| A | = | *Labor Matters* | |
| B | = | *General Motors Corporation* | |
| C | = | *Divestitures & Closings* | |
| D | = | *Financial Analysis, Due Diligence & Other Matters* | |
| E | = | *Case Administration & Correspondence* | |

*May 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 5.5 | 5.5 | 5.5 | 12.0 | 1.0 | **29.5** |
| Tanja Aalto | 15.7 | 13.2 | 11.2 | 77.0 | 2.0 | **119.0** |
| Steve Hughes | 8.5 | 8.5 | 8.5 | 9.0 | 0.0 | **34.5** |
| Richard Miller | 16.3 | 16.3 | 16.3 | 40.3 | 2.5 | **91.5** |
| Scott Alford | 9.0 | 9.0 | 9.0 | 0.0 | 0.0 | **27.0** |
| Oliver Mathews | 12.3 | 9.8 | 8.5 | 8.0 | 13.5 | **52.0** |
| Daniel Crowley | 6.5 | 7.5 | 7.0 | 105.5 | 1.0 | **127.5** |
| **Total** | **73.7** | **69.7** | **65.9** | **251.8** | **20.0** | **481.0** |

*June 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 6.8 | 7.3 | 6.8 | 18.1 | 2.1 | **41.0** |
| Tanja Aalto | 16.1 | 17.1 | 12.1 | 42.1 | 3.1 | **90.5** |
| Steve Hughes | 7.1 | 7.6 | 7.1 | 13.6 | 2.1 | **37.5** |
| Richard Miller | 6.9 | 7.4 | 6.9 | 43.4 | 2.1 | **66.5** |
| Scott Alford | 6.1 | 6.6 | 6.1 | 15.6 | 2.1 | **36.5** |
| Oliver Mathews | 6.5 | 8.0 | 6.5 | 38.3 | 11.3 | **70.5** |
| Daniel Crowley | 5.3 | 5.8 | 5.3 | 60.3 | 2.0 | **78.5** |
| **Total** | **54.6** | **59.6** | **50.6** | **231.3** | **24.8** | **421.0** |

*July 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 4.8 | 4.8 | 4.8 | 20.8 | 2.4 | **37.5** |
| Tanja Aalto | 15.1 | 14.6 | 17.1 | 69.4 | 7.4 | **123.5** |
| Steve Hughes | 7.4 | 7.4 | 7.4 | 20.9 | 2.4 | **45.5** |
| Scott Alford | 6.4 | 6.4 | 6.4 | 20.4 | 2.4 | **42.0** |
| Oliver Mathews | 9.0 | 9.0 | 9.0 | 37.2 | 17.8 | **82.0** |
| Daniel Crowley | 3.1 | 3.1 | 3.1 | 55.9 | 28.9 | **94.0** |
| **Total** | **45.7** | **45.2** | **47.7** | **224.6** | **61.3** | **424.5** |

**Delphi Corporation**

*Monthly Summary of Hours Expended*   **Exhibit C**

### KEY

| | | |
|---|---|---|
| **A** | = | *Labor Matters* |
| **B** | = | *General Motors Corporation* |
| **C** | = | *Divestitures & Closings* |
| **D** | = | *Financial Analysis, Due Diligence & Other Matters* |
| **E** | = | *Case Administration & Correspondence* |

*August 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 1.9 | 1.9 | 2.9 | 15.7 | 1.7 | **24.0** |
| Tanja Aalto | 8.8 | 9.8 | 11.3 | 35.3 | 1.8 | **67.0** |
| Steve Hughes | 5.4 | 5.4 | 6.4 | 14.6 | 2.1 | **34.0** |
| Scott Alford | 5.4 | 5.4 | 6.4 | 22.6 | 2.1 | **42.0** |
| Oliver Mathews | 5.6 | 5.6 | 6.6 | 43.1 | 7.5 | **68.5** |
| Daniel Crowley | 5.5 | 3.5 | 17.5 | 77.5 | 13.0 | **117.0** |
| **Total** | **32.7** | **31.7** | **51.2** | **208.8** | **28.2** | **352.5** |

*September 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 7.3 | 7.3 | 7.3 | 5.0 | 1.0 | **28.0** |
| Tanja Aalto | 15.9 | 16.9 | 15.6 | 33.8 | 1.4 | **83.5** |
| Steve Hughes | 8.4 | 8.4 | 8.4 | 3.9 | 1.4 | **30.5** |
| Scott Alford | 10.0 | 10.0 | 10.0 | 0.0 | 0.0 | **30.0** |
| Oliver Mathews | 14.5 | 14.5 | 14.5 | 16.8 | 10.2 | **70.5** |
| Daniel Crowley | 15.3 | 17.8 | 13.5 | 28.7 | 1.2 | **76.5** |
| **Total** | **71.4** | **74.9** | **69.4** | **88.2** | **15.2** | **319.0** |

*Third Through Sixth Interim Periods (Aug 2006 - Sept 2007)*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 111.8 | 110.6 | 105.1 | 234.8 | 63.7 | **626.0** |
| David Hilty | 6.2 | 7.2 | 6.2 | 19.0 | 13.0 | **51.5** |
| Tanja Aalto | 216.5 | 223.0 | 208.6 | 915.8 | 104.2 | **1,668.0** |
| Steve Hughes | 51.6 | 52.1 | 52.6 | 250.1 | 20.6 | **427.0** |
| Dave Burns | 11.0 | 15.5 | 10.5 | 17.5 | 4.5 | **59.0** |
| Alvin Tan | 13.7 | 14.2 | 13.7 | 89.0 | 2.0 | **132.5** |
| Richard Miller | 93.5 | 98.0 | 91.5 | 393.7 | 17.8 | **694.5** |
| Scott Alford | 56.0 | 56.5 | 57.0 | 229.5 | 17.5 | **416.5** |
| Oliver Mathews | 196.9 | 193.9 | 191.9 | 565.2 | 169.6 | **1,317.5** |
| Daniel Crowley | 150.9 | 150.9 | 160.7 | 995.7 | 83.4 | **1,541.5** |
| **Total** | **908.0** | **921.7** | **897.7** | **3,710.2** | **496.3** | **6,934.0** |

**Delphi Corporation**

*Monthly Summary of Hours Expended*                                                                                                **Exhibit C**

---

**KEY**

| | | |
|---|---|---|
| A | = | *Labor Matters* |
| B | = | *General Motors Corporation* |
| C | = | *Divestitures & Closings* |
| D | = | *Financial Analysis, Due Diligence & Other Matters* |
| E | = | *Case Administration & Correspondence* |

*October 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 7.5 | 8.7 | 7.5 | 10.7 | 0.7 | **35.0** |
| Tanja Aalto | 18.8 | 24.5 | 22.3 | 41.2 | 3.6 | **110.3** |
| Steve Hughes | 1.8 | 1.8 | 1.8 | 10.8 | 0.0 | **16.0** |
| Scott Alford | 1.3 | 1.3 | 1.3 | 10.8 | 0.0 | **14.5** |
| Oliver Mathews | 6.0 | 6.0 | 7.0 | 43.1 | 1.0 | **63.0** |
| Daniel Crowley | 7.3 | 10.8 | 11.8 | 64.0 | 8.0 | **102.0** |
| **Total** | **42.5** | **53.0** | **51.5** | **180.5** | **13.3** | **340.8** |

*November 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 5.4 | 5.4 | 5.4 | 8.4 | 0.4 | **25.0** |
| Tanja Aalto | 9.9 | 10.6 | 10.4 | 53.1 | 3.9 | **87.8** |
| Steve Hughes | 1.3 | 1.3 | 1.3 | 7.8 | 0.0 | **11.5** |
| Scott Alford | 1.3 | 1.3 | 1.3 | 9.3 | 0.0 | **13.0** |
| Oliver Mathews | 7.7 | 7.7 | 7.7 | 45.7 | 2.0 | **70.8** |
| Daniel Crowley | 6.5 | 5.5 | 6.0 | 79.1 | 8.5 | **105.5** |
| **Total** | **31.9** | **31.7** | **31.9** | **203.3** | **14.8** | **313.6** |

*December 2007 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 3.2 | 3.2 | 3.2 | 10.7 | 0.3 | **20.5** |
| Tanja Aalto | 5.6 | 5.6 | 5.6 | 37.9 | 0.4 | **55.0** |
| Steve Hughes | 1.0 | 1.0 | 1.0 | 10.0 | 0.0 | **13.0** |
| Scott Alford | 1.3 | 1.3 | 1.3 | 11.8 | 0.0 | **15.5** |
| Oliver Mathews | 2.6 | 2.6 | 4.1 | 22.1 | 0.3 | **31.5** |
| Daniel Crowley | 2.2 | 2.2 | 6.2 | 54.7 | 0.9 | **66.0** |
| **Total** | **15.7** | **15.7** | **21.2** | **147.0** | **1.9** | **201.5** |

**Delphi Corporation**

*Monthly Summary of Hours Expended*                                                                                                          **Exhibit C**

|   |   | **KEY** |
|---|---|---|
| **A** | = | *Labor Matters* |
| **B** | = | *General Motors Corporation* |
| **C** | = | *Divestitures & Closings* |
| **D** | = | *Financial Analysis, Due Diligence & Other Matters* |
| **E** | = | *Case Administration & Correspondence* |

*January 2008 Allocation*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 4.3 | 4.3 | 4.3 | 8.3 | 0.0 | **21.0** |
| Tanja Aalto | 4.5 | 4.5 | 4.5 | 31.0 | 0.5 | **45.0** |
| Steve Hughes | 1.1 | 1.1 | 1.1 | 7.1 | 0.0 | **10.5** |
| Scott Alford | 1.3 | 1.3 | 1.3 | 10.8 | 0.0 | **14.5** |
| Oliver Mathews | 2.9 | 2.9 | 2.9 | 26.9 | 0.0 | **35.5** |
| Daniel Crowley | 2.5 | 2.5 | 2.5 | 38.9 | 0.0 | **46.5** |
| **Total** | **16.5** | **16.5** | **16.5** | **122.9** | **0.5** | **173.0** |

*Seventh Interim Period (Oct 2007 - Jan 2008)*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 20.3 | 21.5 | 20.3 | 38.0 | 1.4 | **101.5** |
| Tanja Aalto | 38.7 | 45.2 | 42.7 | 163.1 | 8.4 | **298.1** |
| Steve Hughes | 5.1 | 5.1 | 5.1 | 35.6 | 0.0 | **51.0** |
| Scott Alford | 5.0 | 5.0 | 5.0 | 42.5 | 0.0 | **57.5** |
| Oliver Mathews | 19.1 | 19.1 | 21.6 | 137.7 | 3.3 | **200.8** |
| Daniel Crowley | 18.5 | 21.0 | 26.5 | 236.7 | 17.4 | **320.0** |
| **Total** | **106.7** | **116.9** | **121.2** | **653.7** | **30.5** | **1,028.9** |

*Application Period (Aug 2006 - Jan 2008)*

| Name | A | B | C | D | E | Total |
|---|---|---|---|---|---|---|
| Eric Siegert | 132.1 | 132.1 | 125.4 | 272.9 | 65.1 | **727.5** |
| David Hilty | 6.2 | 7.2 | 6.2 | 19.0 | 13.0 | **51.5** |
| Tanja Aalto | 255.2 | 268.2 | 251.3 | 1,078.9 | 112.6 | **1,966.1** |
| Steve Hughes | 56.7 | 57.2 | 57.7 | 285.7 | 20.6 | **478.0** |
| Dave Burns | 11.0 | 15.5 | 10.5 | 17.5 | 4.5 | **59.0** |
| Alvin Tan | 13.7 | 14.2 | 13.7 | 89.0 | 2.0 | **132.5** |
| Richard Miller | 93.5 | 98.0 | 91.5 | 393.7 | 17.8 | **694.5** |
| Scott Alford | 61.0 | 61.5 | 62.0 | 272.0 | 17.5 | **474.0** |
| Oliver Mathews | 216.0 | 213.0 | 213.5 | 702.9 | 172.9 | **1,518.3** |
| Daniel Crowley | 169.4 | 171.9 | 187.2 | 1,232.3 | 100.8 | **1,861.5** |
| **Total** | **1,014.7** | **1,038.7** | **1,018.9** | **4,363.9** | **526.8** | **7,962.9** |