# Exhibit D:

# Professional Biographies

**P. Eric Siegert**
Mr. Siegert is a Senior Managing Director in Houlihan Lokey's Minneapolis office, where he is a member of the Financial Restructuring Group. Since joining the firm more than two decades ago, he has worked on over 100 restructuring transactions, including many of the world's largest and most complex: Enron, Conseco, NRG, Mirant, Chiquita, Polaroid Solutia and Laidlaw (on the creditor side), and Payless Cashways, Purina Mills, C.R. Anthony, AEI Coal and Westmoreland Coal (on the company side).

Mr. Siegert has testified in bankruptcy court as an expert on valuation and financial restructuring matters, and he is a frequent speaker on financial restructuring topics. He serves on the board of directors of Alabama River Group (the largest market pulp producer in the United States) and Joy Global.

Mr. Siegert has a B.A. in economics from the University of California at Berkeley. He is registered with FINRA as a General Securities Principal (Series 7, 24 and 63).

**David R. Hilty**
Mr. Hilty is a Managing Director in Houlihan Lokey's New York office and heads the Financial Restructuring Group in New York. He has been employed by the firm for nearly two decades and has primarily worked in the Financial Restructuring Group, where has advised companies, bondholders and other creditor groups in out-of-court restructurings, "pre-packaged" or "pre-arranged" chapter 11's, and unplanned chapter 11 reorganizations. In addition, he has been involved in the financial restructuring of several European and Latin American based companies advising both debtors and creditors, including designing and structuring out-of-court exchange offers and "pre-arranged" reorganizations in local European and Latin American jurisdictions.

In addition to assisting clients with financial restructurings services, Mr. Hilty has provided clients with a variety of other investment banking and valuation services that included debt financings for distressed and non-distressed companies, advising on the acquisition or sale of companies and/or operating divisions in a distressed and non-distressed environment, and raising debt and equity capital. Since 1995, he has also served as the National Director of Marketing for the Financial Restructuring Group and has coordinated the firm's tracking, monitoring and marketing of engagements.

Mr. Hilty earned a B.S. in commerce with a concentration in finance from the University of Virginia's McIntire School of Commerce. He is registered with FINRA as a General Securities Representative (Series 7 and 63).

**Tanja I. Aalto**
Ms. Aalto is a Managing Director in Houlihan Lokey's New York office, where she is a member of the Financial Restructuring Group. Before joining Houlihan Lokey, she spent three years at a boutique consulting firm specializing in new market entry, acquisition strategy and competitive positioning. Ms. Aalto graduated with a B.A. in economics from Princeton University and received her M.A. in business administration from the Darden School of Business at the University of Virginia. She is registered with FINRA as a General Securities Representative (Series 7 and 63). Mrs. Aalto is no longer employed by Houlihan Lokey.

**Steven E. Hughes**
Mr. Hughes is a Director in Houlihan Lokey's Chicago office, where he works primarily on mergers and acquisitions in the automotive, plastics, and diversified industrials sectors. Other assignments have included software, telecommunications, and healthcare mergers and acquisitions, as well as private placements of debt and equity and fairness opinion engagements. Prior to joining Houlihan Lokey, Mr. Hughes was an associate with BT.Alex Brown (now Deutsche Bank) where he was involved in raising over $2.0 billion in the high yield bond and leveraged syndicated loan markets in a variety of industries. Mr. Hughes graduated with honors from the University of Chicago Graduate School of Business receiving a M.B.A. in finance and accounting, and holds a bachelors degree in business from the University of Iowa. He is licensed with the NASD as a General Securities Registered Representative (Series 7, 63).

**David E. Burns**
Mr. Burns is a Vice President in the New York office of Houlihan Lokey. Prior to joining Houlihan Lokey in 2000, Mr. Burns was an associate with the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., where he practiced from 1998 to 2000 in the bankruptcy and business reorganization group. Mr. Burns also served as law clerk to the Hon. Leif M. Clark, United States Bankruptcy Judge, from 1997 to 1998. From 1991 to 1994, Mr. Burns worked as a project coordinator for Andean Programs at Conservation International Foundation. Mr. Burns received his B.A. from Vassar College, Phi Beta Kappa, his J.D. from the University of Texas and his LL.M. from the University of Edinburgh, Scotland. Effective September 2006, Mr. Burns is no longer employed by Houlihan Lokey.

**Alvin Tan**
Mr. Tan is an Associate in the Financial Restructuring Group in the New York office of Houlihan Lokey Howard & Zukin. Before joining Houlihan Lokey, Mr. Tan worked as an Associate for the restructuring groups of American Capital Strategies Ltd. and Arthur Andersen. Mr. Tan received a BA from the University of British Columbia, an MBA from the University of Western Ontario and is a Canadian Chartered Accountant. Effective October 2006, Mr. Tan is no longer employed by Houlihan Lokey.

**Richard Miller**
Mr. Miller joined Houlihan Lokey's New York office as an Associate in 2005. Prior to that, he spent three years in the Recapitalization and Restructuring Group of Jefferies & Company, Inc. in both the New York and London offices. During his time at Jefferies, Mr. Miller worked on various large creditor assignments and cross-boarder restructurings including: Budget Group, Revlon, AMERCO, Viasystems, Exide Technologies, Formica and High Voltage Engineering. Prior to joining Jefferies, he worked at Lazard Frères & Co., focusing on restructurings as well as mergers and acquisitions. Mr. Miller has also worked at Lehman Brothers in New York where he held positions in equity research and investment banking. Mr. Miller received a B.A. in Economics, summa cum laude, from Emory University. Mr. Miller is no longer employed by Houlihan Lokey.

**Scott E. Alford**
Mr. Alford is an Associate in Houlihan Lokey's Chicago office, where he works on a wide range of merger and acquisition and financing transactions in the automotive, metals, and diversified industrial sectors. Prior to joining Houlihan Lokey, Mr. Alford was an associate with Century Capital Group, a boutique investment bank focusing on middle market merger, acquisition and corporate finance advisory services for companies in a wide range of industries. Previously he worked as a senior associate for Scudder Investments, the asset management subsidiary of Deutsche Bank. Mr. Alford received a B.B.A. in finance from the University of Iowa and an M.B.A. in analytic finance and accounting from the University of Chicago's Graduate School of Business. He is licensed with the Securities and Exchange Commission through the NASD as a General Securities Registered Representative (Series 7, 63).

**Oliver Mathews**
Mr. Mathews is an Associate in Houlihan Lokey's New York office. Since joining Houlihan Lokey in 2004, Mr. Mathews has worked on a variety of restructuring engagements, including creditor and equity committee advisory in Chapter 11 cases, in- and out-of-court distressed mergers and acquisitions, special situation financings and valuations of distressed companies. Selected engagements include High Voltage Engineering, PRG Schultz, SunCruz Casinos, TIMCO Aviation Services, Tony Roma's and Tower Automotive. Mr. Mathews received a B.S. in business administration, magna cum laude, from the University of Vermont. Mr. Mathews is no longer employed by Houlihan Lokey.

**Daniel F. Crowley III**
Mr. Crowley is an Associate in Houlihan Lokey's New York office, where he is a member of the Financial Restructuring Group. Before joining Houlihan Lokey, Mr. Crowley worked for a boutique investment fund in Greenwich, Connecticut, that specializes in managing institutional money. He also served as the director of finance for the Columbia Daily Spectator, his college newspaper. Mr. Crowley received his B.A. in economics from Columbia College. He is registered with FINRA as a General Securities Representative (Series 7 and 63).