# Exhibit E:

# Summary of Out of Pocket Expenses

**Delphi Corporation**                                                                                              **Exhibit E**
*Detailed Breakout of Expenses (Application Period)*

### Third Interim Period

| | |
|---|---:|
| Airfare | $12,077.58 |
| Lodging | 8,530.33 |
| Ground Transportation | 3,203.75 |
| Meals | 3,173.96 |
| Telephone | 201.76 |
| Delivery/Messenger | 47.69 |
| Duplication/Office Expense | 469.00 |
| Information Resources | 357.87 |
| **Total** | **$28,061.94** |

### Fourth Interim Period

| | |
|---|---:|
| Airfare | $14,899.21 |
| Lodging | 4,800.74 |
| Ground Transportation | 2,672.35 |
| Meals | 2,536.30 |
| Telephone | 234.35 |
| Delivery/Messenger | 335.32 |
| Duplication/Office Expense | 819.00 |
| Information Resources | 339.53 |
| **Total** | **$26,636.80** |

### Fifth Interim Period

| | |
|---|---:|
| Airfare | $23,645.02 |
| Lodging | 5,400.00 |
| Ground Transportation | 3,105.75 |
| Meals | 1,825.39 |
| Telephone | 26.75 |
| Delivery/Messenger | 95.31 |
| Duplication/Office Expense | 1,012.60 |
| Information Resources | 2,017.26 |
| **Total** | **$37,128.08** |

**Delphi Corporation** **Exhibit E**
*Detailed Breakout of Expenses (Application Period)*

### Sixth Interim Period

| | |
|---|---|
| Airfare | $5,786.54 |
| Lodging | 0.00 |
| Ground Transportation | 666.00 |
| Meals | 253.76 |
| Telephone | 0.00 |
| Delivery/Messenger | 251.11 |
| Duplication/Office Expense | 258.20 |
| Information Resources | 357.40 |
| **Total** | **$7,573.01** |

### Seventh Interim Period

| | |
|---|---|
| Airfare | $3,012.31 |
| Lodging | 2,250.00 |
| Ground Transportation | 613.78 |
| Meals | 119.59 |
| Telephone | 0.00 |
| Delivery/Messenger | 201.70 |
| Duplication/Office Expense | 150.30 |
| Information Resources | 4,153.05 |
| **Total** | **$10,500.73** |

### Application Period (Jul 2006 - Jan 2008)

| | |
|---|---|
| Airfare | $59,420.66 |
| Lodging | 20,981.07 |
| Ground Transportation | 10,261.63 |
| Meals | 7,909.00 |
| Telephone | 462.86 |
| Delivery/Messenger | 931.13 |
| Duplication/Office Expense | 2,709.10 |
| Information Resources | 7,225.11 |
| **Total** | **$109,900.56** |

**Delphi Corporation**                                                **Exhibit E**
*Detailed Breakout of Expenses (Seventh Interim Period)*

### October 1, 2007 – October 31, 2007

| | |
|---|---|
| Airfare | $1,324.27 |
| Lodging | 900.00 |
| Ground Transportation | 220.11 |
| Meals | 20.44 |
| Telephone | 0.00 |
| Delivery/Messenger | 52.98 |
| Duplication/Office Expense | 0.00 |
| Information Resources | 82.24 |
| **Total** | **$2,600.04** |

### November 1, 2007 – November 30, 2007

| | |
|---|---|
| Airfare | $1,688.04 |
| Lodging | 0.00 |
| Ground Transportation | 67.38 |
| Meals | 39.15 |
| Telephone | 0.00 |
| Delivery/Messenger | 47.17 |
| Duplication/Office Expense | 150.30 |
| Information Resources | 3,564.81 |
| **Total** | **$5,556.85** |

### December 1, 2007 – December 31, 2007

| | |
|---|---|
| Airfare | $0.00 |
| Lodging | 1,350.00 |
| Ground Transportation | 88.72 |
| Meals | 60.00 |
| Telephone | 0.00 |
| Delivery/Messenger | 48.23 |
| Duplication/Office Expense | 0.00 |
| Information Resources | 453.55 |
| **Total** | **$2,000.50** |

## Delphi Corporation     Exhibit E

*Detailed Breakout of Expenses (Seventh Interim Period)*

**January 1, 2008 – January 25, 2008**

| | |
|---|---|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 237.57 |
| Meals | 0.00 |
| Telephone | 0.00 |
| Delivery/Messenger | 53.32 |
| Duplication/Office Expense | 0.00 |
| Information Resources | 52.45 |
| **Total** | **$343.34** |

**Seventh Interim Period (Oct 2007 – Jan 2008)**

| | |
|---|---|
| Airfare | $3,012.31 |
| Lodging | 2,250.00 |
| Ground Transportation | 613.78 |
| Meals | 119.59 |
| Telephone | 0.00 |
| Delivery/Messenger | 201.70 |
| Duplication/Office Expense | 150.30 |
| Information Resources | 4,153.05 |
| **Total** | **$10,500.73** |