**EXHIBIT B**

| INTERIM APPLICATION PERIOD | | | | |
|---|---|---|---|---|
| **Name** | **Position** | **Rate** | **Hours** | **Total** |
| Paul J. N. Roy | Partner ("P"), Information Technology ("IT"), 1985, 1985 | $715 | 3.0 | $2,145.00 |
| Brad L. Peterson | P, IT, 1995, 1998 | $675 | 3.0 | $2,025.00 |
| Craig E. Reimer | Counsel ("C"), Bankruptcy ("BK"), 1992, 1992 | $615 | 0.3 | $184.50 |
| Paul A. Chandler | C, IT, 1995, 1995 | $575 | 13.5 | $7,762.50 |
| Andrew A. Connor | Paralegal ("PR"), BK, 1998 | $245 | 20.6 | $5,047.00 |
| | | | | |
| | | Totals: | **40.4** | **$17,164.00** |
| | | Less 5% Discount: | | **$261.56** |
| | | Less 10% Discount: | | **$1,193.25** |
| | | Total Interim Fees Sought: | | **$15,709.19** |

| FINAL APPLICATION PERIOD | | | | |
|---|---|---|---|---|
| **Name** | **Position** | **Rate** | **Hours** | **Total** |
| Julian Roskill | P, Advisory and Litigation ("AL"), 1986, 1974 (Wales) | $1,025 | 14.4 | $14,760.00 |
| Stuart M. Rozen | P, BK, 1981, 1981 | $675 | 2.6 | $1,755.00 |
| Frederick D. Hyman | P, BK, 2001, 1992 | $675 | 2.4 | $1,620.00 |
| Paul J. N. Roy | P, IT, 1985, 1985 | $715 | 8.7 | $6,220.50 |
| | | $650 | 652.5 | $424,125.00 |
| | | $580 | 843.8 | $489,404.00 |
| Steven R. Gilford | Partner, Litigation ("LT"), 1987, 1978 | $625 | 2.3 | $1,437.50 |
| Brad L. Peterson | P, IT, 1995, 1998 | $675 | 3.3 | $2,227.50 |
| | | $590 | 443.4 | $261,606.00 |
| | | $540 | 41.5 | $22,410.00 |
| Jeffrey W. Sarles | P, L, 1994, 1994 | $525 | 2.1 | $1,102.50 |
| Britton B. Guerrina | P, L, 1999, 2002 | $420 | 5.2 | $2,184.00 |
| Mark A. Prinsley | P, IT, 1984, 1979 | $775 | 1.3 | $1,007.50 |
| James R. Barry | P, Tax ("T"), 1985, 1985 | $640 | 1.0 | $640.00 |

| **FINAL APPLICATION PERIOD** | | | | |
|---|---|---|---|---|
| **Name** | **Position** | **Rate** | **Hours** | **Total** |
| Jonathan Nugent | P, Environmental ("E."), 2001, 1998 | $550 | 0.5 | $275.00 |
| Sonia Baldia | P, E., 2001, 1998 | $460 | 8.4 | $3,864.00 |
| Craig E. Reimer | C, BK, 1992, 1992 | $615 | 0.8 | $492.00 |
| | | $595 | 24.8 | $14,756.00 |
| | | $550 | 38.7 | $21,285.50 |
| Paul A. Chandler | C, IT, 1995, 1995 | $575 | 25.3 | $14,547.50 |
| | | $510 | 1,398.1 | $713,031.00 |
| | | $475 | 1,488.3 | $706,942.50 |
| Lionel Paraire | Associate, ("A"), Employment ("E"), 2006, 1997 (France) | $595 | 0.5 | $297.50 |
| Laura Rodger | A, IT, 1996, 1995 | $575 | 24.5 | $14,087.50 |
| Gregory A. Manter | A, IT, 2004, 2003 | $345 | 549.8 | $189,681.00 |
| | | $300 | 199.1 | $59,730.00 |
| Jeannie Lee | A, IT, 2006, 2002 | $345 | 185.2 | $63,894.00 |
| Kristina K. Herrmann | A, IT, 2004, 2004 | $260 | 729.8 | $189,748.00 |
| Michael J. Goldstein | A, Corporate and Securities ("CS"), 2006, 2006 | $245 | 729.7 | $178,776.50 |
| | | $205 | 27.7 | $5,678.50 |
| Lindsay A. Blohm | A, CS, 2006, 2006 | $245 | 794.8 | $194,726.00 |
| Lei Shen | Legal Intern, CS, 2006, n/a | $245 | 84.1 | $20,604.50 |
| Rosa Mae Neel | Summer Associate | $215 | 10.5 | $2,257.50 |
| Andrew A. Connor | PR, BK, 1998 | $245 | 46.3 | $11,343.50 |
| | | $235 | 250.2 | $58,797.00 |
| | | $210 | 27.5 | $5,775.00 |
| Gerald L. Willey | PR, BK, 1998 | $235 | 1.0 | $235.00 |
| | | $175 | 5.6 | $980.00 |
| Edward Harper | Document Clerk | $50 | 6.6 | $330.00 |
| Adam N. Cantor | Conflicts Research Analyst ("CRA") | $40 | 35.2 | $1,408.00 |
| Eric S. Hampton | CRA | $40 | 12.5 | $500.00 |
| Miora E. Kelly | CRA | $40 | 8.8 | $352.00 |
| Karen L. Walters | CRA | $40 | 1.5 | $60.00 |
| | | **Totals:** | **8,740.3** | **$3,704,954.50** |
| | | **Less 5% Discount:** | | **$104,211.96** |
| | | **Less 10% Discount:** | | **$162,071.82** |
| | | **Less Previously Disallowed Fees:** | | **$16,347.15** |
| | | **Total Fees Sought:** | | **$3,422,323.57** |

- 2 -