## EXHIBIT C

| INTERIM APPLICATION PERIOD | |
|---|---:|
| **Disbursement** | **Amount** |
| Automated Research – Outside | $43.20 |
| Document Delivery – Office | $627.93 |
| Document Reproduction | $116.70 |
| Long Distance Telephone | $4.86 |
| Mailing Charges-Office | $8.17 |
| Outside Courier | ($22.60) |
| Travel Agent Fees | $47.25 |
| Total: | **$825.51** |

| FINAL APPLICATION PERIOD | |
|---|---:|
| **Disbursement** | **Amount** |
| Airfare | $25,879.99 |
| Automated Research – Outside | $333.44 |
| Business Meals | $3,119.34 |
| Cab Fare | $3,028.61 |
| Car Rental | $13,026.66 |
| Document Binding | $57.50 |
| Document Delivery | $3,573.12 |
| Document Reproduction (color) | $1,825.00 |
| Document Reproduction (in-house) | $4,054.35 |

| **FINAL APPLICATION PERIOD** | |
|---|---:|
| **Disbursement** | **Amount** |
| Document Reproduction (outside vendor) | $2,754.61 |
| Filing Fees | $25.00 |
| Gasoline | $246.49 |
| Hotel Accommodations | $37,357.09 |
| Long Distance and Outside Telephone | $423.84 |
| Mailing Charges-Office | $24.13 |
| Mileage | $911.48 |
| Outside Courier | ($85.16) |
| Parking | $497.00 |
| Proofreading | $160.00 |
| Travel Agent Fees | $47.25 |
| Previously Disallowed Expenses: | ($5,347.15) |
| **Total:** | **$91,912.59** |