Hearing Date and Time: To be determined.
Objection Deadline: To be determined.

Paul J. N. Roy, Esq.
Craig E. Reimer, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel. 312.782.0600
Fax  312.701.7711
(Special Outsourcing Counsel to the
Debtors and Debtors-in-Possession)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :    Case No.   05-44481 (RDD)
 DELPHI  CORPORATION, INC., et al.,                 :    (Jointly Administered)
                      Debtors.                      :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Paul J.N. Roy, an attorney, hereby certifies that on December 21, 2009, he caused to be served, via email, a true and correct copy of the **NOTICE OF APPLICATION OF MAYER BROWN LLP, SPECIAL OUTSOURCING COUNSEL TO THE DEBTORS, FOR (I) INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2007 THROUGH JANUARY 25, 2008, AND (II) FINAL ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2006 THROUGH JANUARY 25, 2008** upon those parties that constitute the "Master Service List" and the "2002 List" as provided on the database at www.delphidocket.com, except for (i) Professional Technologies Services, John V. Gorman, P.O. Box #304, Frankenmuth, MI  48734; (ii) Internal Revenue Service, Attn: Insolvency Department, 477 Michigan Ave, Mail Stop 15, Detroit, MI 48226; (iii) Beth Klimczak, Gen Cnsl., Jason, Inc., 411 E. Wisconsin Ave., Ste 2120, Milwaukee, Ave 53202; (iv) Stephen Toy, WL Ross & Co LLC; 600 Lexington Ave., 19th Fl., New York, NY 10022; (v) Susheel Kirpalani, James C. Tecce and Scott C. Shelly, Quinn Emanuel et al, 51 Madison Ave., 22nd Floor, New York, NY 10010, which parties were served via First Class, U.S. Mail, postage prepaid; and via overnight delivery, a copy of the **APPLICATION OF MAYER BROWN LLP, SPECIAL OUTSOURCING COUNSEL TO THE DEBTORS, FOR (I) INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2007 THROUGH JANUARY 25, 2008, AND (II) FINAL ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2006 THROUGH JANUARY 25, 2008** upon those parties that constitute the "Notice Parties", pursuant to the Interim Compensation Order.  Registered members of the

Court's CMECF system that are participants in these proceedings received electronic notice of this filing.

Dated:    Chicago, Illinois
           December 21, 2009      /s/ Paul J. N. Roy, Esq.
                                       Paul J. N. Roy, Esq.