**Hearing Date And Time: January 21, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time:  January 14, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

       - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                                         :
         In re                                           :    Chapter 11
                                                         :
DPH HOLDINGS CORP., <u>et</u> <u>al.</u>,                :    Case No. 05-44481 (RDD)
                                                         :
                                                         :    (Jointly Administered)
                    Reorganized Debtors.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN
(A) BOOKS AND RECORDS CLAIMS, (B) FULLY SATISFIED CLAIMS, AND
(C) OBJECTED-TO CLAIMS TO BE DISALLOWED, (II) MODIFY AND ALLOW
CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B) CLAIMS TO BE FURTHER
MODIFIED, (C) OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED,
<u>AND (III) ALLOW CERTAIN CLAIMS</u>

("FORTIETH OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized

debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors")

hereby submit this Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied

Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A)

Partially Satisfied Claims, (B) Claims To Be Further Modified, And (C) Objected-To Claims To

Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims

Objection" or the "Objection"), and respectfully represent as follows:

Background

A.      The Chapter 11 Filings

1.      On October 8 and 14, 2005, Delphi Corporation and certain of its affiliates (the

"Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for

reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-

1330, as then amended (the "Bankruptcy Code").

2.      On December 10, 2007, the Debtors filed their first amended joint plan of

reorganization (Docket No. 11386) (the "Plan") and related disclosure statement (Docket No.

11388).  This Court entered an order confirming the Plan (as modified) (Docket No. 12359) (the

"Confirmation Order") on January 25, 2008, and the order became final on February 4, 2008.

3.      On October 3, 2008, the Debtors filed a motion under 11 U.S.C. § 1127 for an

order approving (i) certain modifications to the Confirmed Plan and related disclosure statement

and (ii) related procedures for re-soliciting votes on the Confirmed Plan, as modified (Docket

No. 14310) (the "Plan Modification Motion").  On June 1, 2009, the Debtors filed a supplement

to the Plan Modification Motion (the "Motion Supplement"), which sought approval of (i) certain

modifications to the Confirmed Plan (the "Modified Plan"), (ii) supplemental disclosure, and (iii)

2

procedures for re-soliciting votes on the Modified Plan.  This Court entered an order approving the Modified Plan (Docket No. 18707) on July 30, 2009.

4.      On October 6, 2009, the Debtors substantially consummated the Modified Plan, the Effective Date[1] occurred, and the transactions under the Master Disposition Agreement and related agreements closed.  In connection therewith, DIP Holdco LLP (subsequently renamed Delphi Automotive LLP, a United Kingdom limited liability partnership), as assignee of DIP Holdco 3 LLC, through various subsidiaries and affiliates, acquired substantially all of the Debtors' global core businesses, and GM Components Holdings, LLC, a Delaware limited liability company, and Steering Solutions Services Corporation, a Delaware corporation, acquired certain U.S. manufacturing plants and the Debtors' non-core steering business, respectively.  The Reorganized Debtors have emerged from chapter 11 as DPH Holdings and affiliates and remain responsible for the post-Effective Date administration, including, without limitation, the disposition of certain retained assets and payment of certain retained liabilities as provided for under the Modified Plan, and the eventual closing of these chapter 11 cases.

5.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

6.      The statutory predicates for the relief requested herein are sections 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1]    Capitalized terms used but not defined in this Objection have the meanings ascribed to them in the Modified Plan.

3

B.      Bar Date, Proofs Of Claim, And Omnibus Claims Objections

7.      On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),

501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)

Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice

Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order

established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or

wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),

against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such

Claim.

8.      On or prior to April 20, 2006, Kurtzman Carson Consultants LLC

("KCC"), the claims and noticing agent in these cases, provided notice of the Bar Date by

mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a

proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets

and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 and

subsequently amended (collectively, the "Schedules and Statements")[2] and (b) the persons and

entities included in the notice database compiled by the Debtors, but not listed on any of the

Schedules and Statements.  In total, the Debtors provided Bar Date Notices to more than 500,000

persons and entities.

9.      In addition, the Debtors published the Bar Date Notice in more than two

dozen newspapers throughout the country and abroad[3] and also published it electronically by

---

[2]     The Schedules and Statement were amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.

[3]     Specifically, notice was published in the New York Times (National Edition), the Wall Street Journal (National, European, and Asian Editions), USA Today (Worldwide Edition), the Automotive News (National Edition), the
                                                                                        (cont'd)

4

posting on the then-current Delphi Legal Information Website, www.delphidocket.com, on or before April 24, 2006.

10.    Approximately 16,867 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Since September 2006 the Debtors filed 39 omnibus Claims objections to Claims asserting prepetition liabilities.  Since the Effective Date, the Reorganized Debtors have filed one omnibus Claims objection to Claims asserting prepetition liabilities against the Debtors and one omnibus Claims objection to Claims asserting administrative expense liabilities against the Debtors.[4]  After hearing these omnibus Claims objections, this Court disallowed and expunged approximately 11,867 Claims and modified approximately 4,077 Claims.  In addition, the hearings with respect to 247 Claims were adjourned pursuant to the Claims Objection Procedures Order (as defined below).

11.    On October 31, 2006, the Debtors filed a Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among other things, to approve certain procedures for contested claim objections (the "Claims Objection

_____
*(cont'd from previous page)*

Adrian Daily Telegram, the Arizona Daily Star, the Buffalo News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader, Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader, the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the Saginaw News, the Sandusky Register, the Tribune Chronicle, the Tulsa World, the Tuscaloosa News, and The Vindicator.

[4]    Contemporaneously with the filing of this Fortieth Omnibus Claims Objection, the Reorganized Debtors are filing a third omnibus objection to administrative expense claims against the Debtors.

Procedures Motion").  On December 7, 2006, this Court entered an order granting the Claims

Objection Procedures Motion (Docket No. 6089) (the "Claims Objection Procedures Order").

12.    On November 30, 2007, the Debtors filed a Motion Under New

Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing  Debtors To Continue

Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I)

Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 11187) (the "Supplemental Claims Objection

Procedures Motion").  In that motion, the Debtors requested this Court, among other things, to

authorize the Debtors to continue certain of their current practices and procedures for filing and

serving notice of omnibus Claims objections pursuant to the Claims Objection Procedures Order,

including omnibus Claims objections to more than 100 Claims.  By order entered December 20,

2007, this Court granted the Supplemental Claims Objection Procedures Motion (Docket No.

11561).

13.    Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized

Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

any) with respect to all Claims and Interests . . . ."  Modified Plan, art. 9.6.

14.    By this Objection, the Reorganized Debtors are objecting to 358 Proofs of

Claim, all of which are set forth by Claimant in alphabetical order on Exhibit I hereto and cross-

referenced by proof of claim number and basis of objection.  Exhibit H hereto sets forth the

formal name of the Debtor entity and its associated bankruptcy case number referenced on

Exhibit I hereto.

<u>Relief Requested</u>

15.     By this Objection, the Reorganized Debtors seek entry of an order

pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and

expunging (a) the Claims set forth on <u>Exhibit A</u> hereto because they assert liabilities and dollar

amounts that are not reflected on the Reorganized Debtors' books and records,[5] (b) the Claims set

forth on <u>Exhibit B</u>, which have been allowed pursuant to a prior order of this Court or the

asserted amount of which the Reorganized Debtors do not otherwise dispute, because such

Claims assert liabilities or dollar amounts that have been fully satisfied and are not owed by the

Reorganized Debtors as the result of cure payments that the Reorganized Debtors have made in

connection with the assumption, pursuant to section 365 of the Bankruptcy Code, of certain

executory contracts or unexpired leases (each, a "Contract Assumption"), and (c) the Claims set

forth on <u>Exhibit C</u> hereto, to which the Debtors or the Reorganized Debtors have previously

objected and with respect to which the objection hearings have been adjourned pursuant to the

Claims Objection Procedures Order, because such Claims assert liabilities or dollar amounts that

are not owed by the Reorganized Debtors because of cure payments that the Reorganized

Debtors have made on account of a Contract Assumption.

16.     In addition, the Reorganized Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and allowing (a)

the Claims set forth on <u>Exhibit D</u> hereto, which have been allowed pursuant to a prior order of

this Court or the asserted amount of which the Reorganized Debtors do not otherwise dispute,

because such Claims assert liabilities that have been partially satisfied due to cure payments the

---

[5]    Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and
records.

Reorganized Debtors made in connection with Contract Assumptions and either the proposed allowed amount, class, and Debtor against which the claims are proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise, (b) the Claims set forth on Exhibit E hereto, which have been modified pursuant to a prior order of this Court, because such Claims assert dollar amounts or liabilities that have been partially satisfied due to cure payments that the Reorganized Debtors have on account of Contract Assumptions and either the proposed allowed amount, class, and the Debtor against which the claims are proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise, and (c) the Claims set forth on Exhibit F hereto, to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned pursuant to the Claims Objection Procedures Order, because such Claims assert liabilities or dollar amounts that have been partially satisfied due to cure payments that Reorganized Debtors made in connection with a Contract Assumption and either the proposed allowed amount, class, and Debtor against which the claims are proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

17.    Finally, the Reorganized Debtors seek entry of an order pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 allowing the Claims set forth on Exhibit G hereto because either the proposed allowed amount, class, and Debtor against which the Claims are proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Objections To Claims

C.    Assumption Of Contracts And Related Cure Payments

18.    The Debtors were party to thousands of contracts for the supply of goods to the Debtors' manufacturing operations.  Pursuant to article 8.1(a) of the Modified Plan, all executory contracts and unexpired leases to which any of the Debtors was a party were deemed automatically assumed in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code as of the effective date of the Modified Plan, unless such executory contracts or unexpired leases (a) had been previously rejected by the Debtors pursuant to a final order of this Court, (b) were the subject of a motion to reject pending on or before such effective date, (c) were rejected or assumed pursuant to a motion to sell or transfer property or assets filed by the Debtors prior to such effective date, (d) had expired or been terminated on or prior to such effective date (and not otherwise extended) pursuant to their own terms, (e) were listed on Exhibit 8.1(a) (Rejected Contracts) to the Modified Plan as executory contracts or unexpired leases to be rejected pursuant to section 365 of the Bankruptcy Code, or (f) were otherwise rejected pursuant to the terms of the Modified Plan and/or upon the direction of either buyer pursuant to the Master Disposition Agreement.  In early November 2009, as required under section 365 of the Bankruptcy Code and article 8.2 of the Modified Plan, the non-Debtor contract counterparties received payments to cure the undisputed defaults on the contracts (the "Cure Payments").

19.    In some instances, certain Claims have been satisfied in whole or in part by a cure payment that the Reorganized Debtors made to executory contract counterparties or lessors as to unexpired leases under which such Claim arose.  As a result, the Reorganized Debtors are seeking to reclassify all or a portion, as the case may be, of each such Claim that pertains to certain executory contracts or unexpired leases assumed pursuant to section 365 of the

Bankruptcy Code and therefore will be satisfied by payment of cure.  In determining the amount

by which each such Claim would be satisfied and the amount by which the classification of such

Claim would be modified accordingly, the Reorganized Debtors reviewed the executory

contracts and unexpired leases being assumed and also reviewed related documents to determine

the amount of the relevant Claim that should remain unsecured, or should be classified as priority

for reasons other than being subject to cure, as a result of the Cure Payments made by the

Reorganized Debtors in early November 2009.  To eliminate multiple recoveries for a single

liability, by this Objection, the Reorganized Debtors seek entry of an order disallowing or

modifying and allowing, as the case may be, certain Claims to accurately reflect the

classification of such Claims against a Debtor as a result of the Cure Payments made by the

Reorganized Debtors.

D.    Books And Records Claims (Exhibit A Claims)

20.    During the Reorganized Debtors' review of the Proofs of Claims filed in

these cases, the Reorganized Debtors determined that certain Proofs of Claim assert dollar

amounts or liabilities that are not owing pursuant to the Reorganized Debtors' books and records

(the "Exhibit A Claims").  Accordingly, the Reorganized Debtors believe that the parties

asserting Exhibit A Claims are not creditors of the Debtors.

21.    A Claimant's proof of claim is entitled to the presumption of prima facie

validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at least one of the

allegations that is essential to the claim's legal sufficiency.'"  In re WorldCom, Inc., No. 02-

13533, 2005 WL 3832065, at *4 (quoting In re Allegheny Int'l, Inc., 954 F.2d 167, 173-74).

Once such an allegation is refuted, "'the burden reverts to the claimant to prove the validity of the

claim by a preponderance of the evidence.'"  Id.

22.    Set forth on <u>Exhibit A</u> hereto are the Exhibit A Claims that the Reorganized Debtors have identified as Claims for which the Debtors are not liable. Accordingly, the Reorganized Debtors (a) object to the Exhibit A Claims and (b) seek entry of an order disallowing and expunging the Exhibit A Claims in their entirety. If this Court does not disallow and expunge any of the Exhibit A Claims in full, the Reorganized Debtors expressly reserve all of their rights to further object to such Exhibit A Claims at a later date on any basis whatsoever.

E.    <u>Fully Satisfied Claims (Exhibit B Claims)</u>

23.    During the Reorganized Debtors' review of the Proofs of Claim, the Reorganized Debtors determined that certain Proofs of Claim, which have been allowed pursuant to a prior order of this Court or the asserted amount of which the Reorganized Debtors do not otherwise dispute, assert a liability or dollar amount that is not owing pursuant to the Reorganized Debtors' books and records because each such Claim was fully satisfied by a Cure Payment (the "Exhibit B Claims"). Set forth on <u>Exhibit B</u> hereto are the Exhibit B Claims that the Reorganized Debtors have identified as Claims for which the Reorganized Debtors are no longer liable.

24.    Accordingly, the Reorganized Debtors (a) object to the Exhibit B Claims and (b) seek entry of an order disallowing and expunging the Exhibit B Claims in their entirety. If this Court does not disallow and expunge the Exhibit B Claims in full, the Reorganized Debtors expressly reserve all of their rights to further object to the Exhibit B Claims at a later date on any basis whatsoever.

F.    <u>Objected-To Claims To Be Disallowed (Exhibit C Claims)</u>

25.    During their Claims review, the Reorganized Debtors determined that certain Proofs of Claim to which the Debtors or the Reorganized Debtors have previously

11

objected and with respect to which the objection hearings have been adjourned pursuant to the

Claims Objection Procedures Order, assert liabilities or dollar amounts that are no longer owing

pursuant to the Reorganized Debtors' books and records because such Claims were fully satisfied

by a Cure Payment (the "Exhibit C Claims").  Set forth on Exhibit C hereto are the Exhibit C

Claims that the Reorganized Debtors have identified as Claims for which the Debtors are no

longer liable.

26.    Accordingly, the Reorganized Debtors (a) object to the Exhibit C Claims

and (b) seek entry of an order disallowing and expunging the Exhibit C Claims in their entirety.

If this Court does not disallow and expunge these Claims in full, the Reorganized Debtors

expressly reserve all of their rights to further object to the Exhibit C Claims at a later date on any

basis whatsoever.

G.    Partially Satisfied Claims (Exhibit D Claims)

27.    During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim which have been allowed pursuant to a prior order of this Court or the

asserted amount of which the Reorganized Debtors do not otherwise dispute , have been satisfied

in part by Cure Payments and thus should be modified and allowed to reflect such Cure

Payments (the "Exhibit D Claims").  Set forth on Exhibit D hereto is a list of such Claims that

the Reorganized Debtors believe should be modified and allowed solely to assert a properly fully

liquidated claim amount different from that asserted by the Claimant.  The Reorganized Debtors

propose to allow the Partially Satisfied Claims in amounts and class and against the Debtor that

either are reflected in the Reorganized Debtors' books and records or constitute, in the

Reorganized Debtors' business judgment, a reasonable compromise.  For each Exhibit D Claim,

Exhibit D reflects the amount, classification, and Debtor asserted in the Claimant's Proof of

Claim in a column titled "Claim As Docketed"[6] and the proposed modified and allowed amount for the Claim in a column titled "Claim As Allowed."

28.    The Reorganized Debtors object to the amount for each Exhibit D Claim listed on Exhibit D and request that each such Claim be revised to reflect the amount listed in the "Claim As Allowed" column of Exhibit D and be allowed in such amount.  Thus, no Claimant listed on Exhibit D would be entitled to recover for any Claim in an amount exceeding the dollar amount listed as the "Allowed Total" for such Claim on Exhibit D.  For clarity, Exhibit D refers to the Debtor entities by case number and Exhibit H displays the formal name of the Debtor entities and their associated bankruptcy case numbers referenced in Exhibit D.  With respect to each of the Exhibit D Claims, the Reorganized Debtors request that allowance be conditioned upon the entry of an order by this Court providing that all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit D Claims be deemed withdrawn.

29.    Accordingly, the Reorganized Debtors (a) object to the amount for each Exhibit D Claim and (b) seek an order modifying and allowing the Partially Satisfied Claims to reflect the Allowed Total as set forth on Exhibit D.

H.    Claims To Be Further Modified (Exhibit E Claims)

30.    During their Claims review, the Reorganized Debtors determined that certain Proofs of Claim which have been modified pursuant to a prior order of this Court have been satisfied in part by Cure Payments and that the amounts of such Claims should be modified and allowed (the "Exhibit E Claims").  Set forth on Exhibit E hereto is a list of the Exhibit E Claims that the Reorganized Debtors believe should be modified solely to assert a fully liquidated claim in an amount different from that asserted by the Claimant.  For each Claim,

---

[6]    The Asserted Claim Amount on Exhibit D reflects only asserted liquidated claims.

Exhibit E reflects the amount, classification, and Debtor asserted in the Proof of Claim in a

column titled "Claim As Docketed."[7]  The proposed modified and allowed amount of such

Exhibit E Claims is reflected in a column titled "Claim As Allowed."

        31.     The Reorganized Debtors object to the amount of each Claim listed on

Exhibit E and request that each such Claim be revised to reflect the amount listed in the "Claim

As Allowed" column of Exhibit E.  Thus, no Claimant listed on Exhibit E would be entitled to

recover for any Claim in an amount exceeding the dollar amount listed as the "Allowed Total" of

such Claim on Exhibit E.  For clarity, Exhibit E refers to the former Debtor entities by case

number and Exhibit H displays the formal name of the Debtor entities and their associated

bankruptcy case numbers referenced on Exhibit E.  With respect to each of the Exhibit E Claims,

the Reorganized Debtors request that allowance be conditioned upon the entry of an order by this

Court providing that all responses filed by Claimants to prior omnibus claims objections with

respect to such Exhibit E Claims be deemed withdrawn.

        32.     Accordingly, the Reorganized Debtors (a) object to the asserted amount of

each Exhibit E Claim and (b) seek an order modifying and allowing the Exhibit E Claims to

reflect the Allowed Total as set forth on Exhibit E.

I.      Objected-To Claims To Be Modified And Allowed (Exhibit F Claims)

        33.     During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim, to which the Debtors or the Reorganized Debtors have previously

objected and with respect to which the objection hearings have been adjourned pursuant to the

Claims Objection Procedures Order, have been satisfied in part by Cure Payments (the "Exhibit

F Claims").  Set forth on Exhibit F are the Exhibit F Claims that the Reorganized Debtors believe

---

[7]  The Asserted Claim Amounts on Exhibit E reflect only asserted liquidated claims.

should be modified and allowed solely to assert a fully liquidated claim in an amount different

from that asserted by the Claimant.  For each such Exhibit F Claim , Exhibit F reflects the

amount, classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As

Docketed."[8]  The proposed modified and allowed amount for such Exhibit F Claim is reflected in

a column titled "Claim As Allowed."

       34.    The Reorganized Debtors object to the amount of each Claim listed on

Exhibit F and request that each such Claim be revised to reflect the amount listed in the "Claim

As Allowed" column of Exhibit F and allowed in such amount.  Thus, no Claimant listed on

Exhibit F would be entitled to recover for any Claim in an amount exceeding the dollar amount

listed as the "Allowed Total" for such Claim on Exhibit F.  For clarity, Exhibit F refers to the

Debtor entities by case number and Exhibit H displays the formal name of the Debtor entities

and their associated bankruptcy case numbers referenced in Exhibit F.  With respect to each of

the such Exhibit F Claims, the Reorganized Debtors request that allowance be conditioned upon

the entry of an order by this Court providing that all responses filed by Claimants to prior

omnibus claims objections with respect to such Exhibit F Claims  be deemed withdrawn.

       35.    Accordingly, the Reorganized Debtors (a) object to the asserted amount of

each Exhibit F Claim and (b) seek an order modifying and allowing the Exhibit F Claims to

reflect the Allowed Total as set forth on Exhibit F.

J.    Allowed Claims (Exhibit G Claims)

       36.    The Reorganized Debtors have reached settlements in principle with the

holders of certain Proofs of Claim.  In addition, the Reorganized Debtors propose to allow

certain Claims in amounts, class, and against the Debtor that either (a) are reflected in the

---

[8]  The Asserted Claim Amount on Exhibit E reflects only asserted liquidated claims.

Reorganized Debtors' books and records or (b) constitute, in the Reorganized Debtors' business judgment, a reasonable compromise ( the "Exhibit G Claims").  Accordingly, the Reorganized Debtors seek to have each of the Exhibit G Claims, certain of which have been modified pursuant to prior orders entered by this Court, be modified and allowed as set forth on <u>Exhibit G</u>.

37.    Set forth on <u>Exhibit G</u> are the Claims that the Reorganized Debtors have identified as the Exhibit G Claims.  The Reorganized Debtors are authorized to seek allowance of each of the Allowed Claims pursuant to articles 9.6(a) and 11 of the Modified Plan.  With respect to each of the Exhibit G Claims, the Reorganized Debtors request that allowance be conditioned upon the entry of an order by this Court providing that all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit G Claims be deemed withdrawn.

38.    Accordingly, the Reorganized Debtors seek entry of an order modifying and allowing the Exhibit G Claims and request that each such Claim be revised to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of <u>Exhibit G</u>.

<u>Separate Contested Matters</u>

39.    Pursuant to the Claims Objection Procedures Order, to the extent that a response is filed with respect to any Claim listed in this Fortieth Omnibus Claims Objection, each such Claim and the objection to such Claim asserted in this Objection will be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  Pursuant to the Claims Objection Procedures Order, any order entered by this Court with respect to an objection asserted in this Fortieth Omnibus Claims Objection will be deemed a separate order with respect to each Claim.

16

<u>Reservation Of Rights</u>

40.     The Reorganized Debtors expressly reserve the right to amend, modify, or supplement this Fortieth Omnibus Claims Objection and to file additional objections to any other Claims (filed or not) which may be asserted against the Debtors, including without limitation the right to object to any Claim not objected to in this Objection on the basis that it has been asserted against the wrong Debtor entity.  Should one or more of the grounds for objection stated in this Objection be dismissed, the Reorganized Debtors reserve their rights to object on other stated grounds or on any other grounds that the Reorganized Debtors discover.  In addition, the Reorganized Debtors reserve the right to seek further reduction of any Claim to the extent that such Claim has been paid.

<u>Responses To Objections</u>

41.     Responses to this Fortieth Omnibus Claims Objection are governed by the provisions of the Claims Objection Procedures Order.  The following summarizes the provisions of that order, but is qualified in all respects by the express terms thereof.

K.     <u>Filing And Service Of Responses</u>

42.     To contest an objection, responses (each, a "Response"), if any, to this Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with this Court in accordance with General Order M-242 (as amended) – registered users of this Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas

Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH

Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to

the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in

each case so as to be **received no later than 4:00 p.m. (prevailing Eastern time) on January

14, 2010.**

L.    Contents Of Responses

43.    Every Response to this Fortieth Omnibus Claims Objection must contain

at a minimum the following:

(a)    the title of the claims objection to which the Response is directed;

(b)    the name of the Claimant and a brief description of the basis for
the amount of the Claim;

(c)    a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the
specific factual and legal bases upon which the Claimant will rely
in opposing the claims objection;

(d)    unless already set forth in the Proof of Claim previously filed with
this Court, documentation sufficient to establish a prima facie right
to payment; provided, however, that the Claimant need not
disclose confidential, proprietary, or otherwise protected
information in the Response; provided further, however, that the
Claimant must disclose to the Reorganized Debtors all information
and provide copies of all documents that the Claimant believes to
be confidential, proprietary, or otherwise protected and upon which
the Claimant intends to rely in support of its Claim, subject to
appropriate confidentiality constraints;

(e)    to the extent that the Claim is contingent or fully or partially
unliquidated, the amount that the Claimant believes would be the
allowable amount of such Claim upon liquidation of the Claim or
occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

M.    <u>Timely Response Required</u>

44.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Reorganized Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors request that this Court conduct a final hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Fortieth Omnibus Claims Objection.

45.    <u>Pursuant to the Claims Objection Procedures Order, only those Responses made in writing and timely filed and received will be considered by this Court.  If a Claimant whose Proof of Claim is subject to this Fortieth Omnibus Claims Objection and who is served with this Fortieth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Reorganized Debtors may present to this Court an appropriate order seeking relief with respect to such Claim consistent with the relief sought in this Fortieth Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Reorganized Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Objection Procedures Order.</u>

19

<u>Replies To Responses</u>

46.    Replies to any Responses will be governed by the Claims Objection

Procedures Order.

<u>Service Of Fortieth Omnibus Claims Objection Order</u>

47.    Service of any order with regard to this Fortieth Omnibus Claims

Objection will be made in accordance with the Claims Objection Procedures Order.

<u>Further Information</u>

48.    Questions about this Fortieth Omnibus Claims Objection or requests for

additional information about the proposed disposition of Claims hereunder should be directed to

the Reorganized Debtors' counsel by e-mail to dphholdings@skadden.com, by telephone at 1-

800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker

Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N.

Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed

to KCC at 1-888-249-2691 or www.dphholdingsdocket.com.  <u>Claimants should not contact the</u>

<u>Clerk of the Bankruptcy Court to discuss the merits of their Claims.</u>

<u>Notice</u>

49.    Notice of this Objection has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Sixteenth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Revising Certain Notice Procedures,

entered December 11, 2009 (Docket No. 19178).  In light of the nature of the relief requested, the Reorganized Debtors submit that no other or further notice is necessary.

    50.  Pursuant to the Claims Objection Procedures Order, the Reorganized Debtors will provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Fortieth Omnibus Claims Objection with a personalized Notice Of Objection To Claim which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A, B, and C is attached hereto as Exhibit J.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibit D, E, F, and G is attached hereto as Exhibit K.  Claimants will receive a copy of this Fortieth Omnibus Claims Objection without Exhibits A through K hereto.  Claimants will nonetheless be able to review Exhibits A through K hereto free of charge by accessing the Reorganized Debtors' Legal Information Website (www.dphholdingsdocket.com).  In light of the nature of the relief requested, the Reorganized Debtors submit that no other or further notice is necessary.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) granting the relief requested herein and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:  New York, New York
        December 21, 2009

SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

By:  /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
            In re                           :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                                            :    (Jointly Administered)
            Reorganized Debtors.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO (I) EXPUNGE CERTAIN (A) BOOKS AND RECORDS CLAIMS, (B) FULLY
SATISFIED CLAIMS, AND (C) OBJECTED-TO CLAIMS TO BE DISALLOWED,
(II) MODIFY AND ALLOW CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B)
CLAIMS TO BE FURTHER MODIFIED, AND (C) OBJECTED-TO CLAIMS TO
BE MODIFIED AND ALLOWED, AND (III) ALLOW CERTAIN CLAIMS

("FORTIETH OMNIBUS CLAIMS OBJECTION ORDER")

            Upon the Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied

Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A)

Partially Satisfied Claims, (B) Claims To Be Further Modified, And (C) Objected-To Claims To

Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims

Objection" or the "Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized

debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), dated December

21, 2009; and upon the record of the hearing held on the Fortieth Omnibus Claims Objection;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
     Fortieth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.        Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C, D, E, F, and G hereto was properly and timely

served with a copy of the Fortieth Omnibus Claims Objection, a personalized Notice Of

Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Fortieth Omnibus Claims Objection, and notice of the deadline for responding to the

Fortieth Omnibus Claims Objection.  No other or further notice of the Fortieth Omnibus Claims

Objection is necessary.

B.        This Court has jurisdiction over the Fortieth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Fortieth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Fortieth Omnibus Claims

Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.        The Claims listed on Exhibit A assert liabilities or dollar amounts for

which the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books

and records (the "Exhibit A Claims").

D.        The Claims listed on Exhibit B assert liabilities and dollar amounts for

which the Debtors are no longer liable pursuant to the Reorganized Debtors' books and records

---

[2]      Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

because such Claims have been satisfied in full by Cure Payments made by the Reorganized Debtors (the "Exhibit B Claims").

       E.     The Claims listed on <u>Exhibit C</u> assert liabilities or dollar amounts to which the Debtors or Reorganized Debtors have previously objected and for which the Debtors are no longer liable pursuant to the Reorganized Debtors' books and records because such Claims have been satisfied in full by Cure Payments made by the Reorganized Debtors (the "Exhibit C Claims").

       F.     The Claims listed on <u>Exhibit D</u> assert liabilities or dollar amounts that have been partially satisfied by Cure Payments made by the Reorganized Debtors.  The Reorganized Debtors propose to modify and allow each such Claim either because the amount, class, and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit D Claims").

       G.     The Claims listed on <u>Exhibit E</u> assert liabilities or dollar amounts that have been previously modified by a prior order and have been partially satisfied by Cure Payments made by the Reorganized Debtors.   The Reorganized Debtors propose to further modify and allow each such Claim either because the amounts, class, and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit E Claims").

       H.     The Claims listed on <u>Exhibit F</u> assert liabilities or dollar amounts to which the Debtors or Reorganized Debtors have previously objected and have been partially satisfied by Cure Payments made by the Reorganized Debtors. The Reorganized Debtors propose to modify and allow such claims either because the amount, class, and the Debtor against which the

Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit F Claims").

    I.   The Claims listed on <u>Exhibit G</u> assert liabilities or dollar amounts that the Reorganized Debtors propose to allow either because the proposed allowed amount, class, and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit G Claims").

    J.   <u>Exhibit H</u> hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on <u>Exhibits D</u>, <u>E</u>, <u>F</u>, and <u>G</u>.  <u>Exhibit I</u> sets forth each of the Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E</u>, <u>F</u>, and <u>G</u> in alphabetical order by Claimant and cross-references each such Claim by (i) proof of claim number and (ii) basis of objection.

   NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.   Each Exhibit A Claim listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.

    2.   Each Exhibit B Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

    3.   Each Exhibit C Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety

    4.   Each Exhibit D Claim listed on <u>Exhibit D</u> hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"

column of Exhibit D and all responses filed by Claimants to prior omnibus claims objections
with respect to such Exhibit D Claims are deemed withdrawn.

5.       Each Exhibit E Claim listed on Exhibit E hereto is hereby modified and
allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"
column of Exhibit E and all responses filed by Claimants to prior omnibus claims objections
with respect to such Exhibit E Claims are deemed withdrawn.

6.       Each Exhibit F Claim listed on Exhibit F hereto is hereby modified and
allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"
column of Exhibit F and all responses filed by Claimants to prior omnibus claims objections with
respect to such Exhibit F Claims are deemed withdrawn.

7.       Each Exhibit G Claim listed on Exhibit G hereto is hereby allowed to
reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of
Exhibit G and all responses filed by Claimants to prior omnibus claims objections with respect to
such Exhibit G Claims are deemed withdrawn.

8.       Entry of this order is without prejudice to the Reorganized Debtors' rights
to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further
object to Claims that are the subject of the Fortieth Omnibus Claims Objection except as such
claims may have been settled and allowed.

9.       This Court shall retain jurisdiction over the Reorganized Debtors and the
holders of Claims subject to the Fortieth Omnibus Claims Objection to hear and determine all
matters arising from the implementation of this order.

10.      Each of the objections by the Reorganized Debtors to each Claim
addressed in the Fortieth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D,

E, F, and G constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.

This order shall be deemed a separate order with respect to each Claim that is the subject of the

Fortieth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested

matter which involves such Claim and shall not act to stay the applicability or finality of this

order with respect to the other contested matters covered hereby.

    11.  Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
   January \_\_\_, 2010



       _____
       UNITED STATES BANKRUPTCY JUDGE

**In re DPH Holdings Corp., et al.**                                  **Fortieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COLLINS & AIKMAN<br>RICK ONISKO<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 15339 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,481,668.72<br>$1,481,668.72 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HURST BYRON G<br>C/O DAVID R SALYER ESQ<br>E S GALLON & ASSOCIATES<br>40 WEST 4TH ST STE 2200<br>DAYTON, OH 45402 | 2285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,000.00<br>$10,000.00 | 03/14/2006 | DELPHI CORPORATION (05-44481) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES<br>MATTHEW PAROLY<br>999 REPUBLIC DR<br>ALLEN PARK, MI 48101 | 12391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $148,049.72<br><br><br>$211,457.85<br>$359,507.57 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 3 | | $1,851,176.29 | | |

In re DPH Holdings Corp., et al.                                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGAPE PLASTICS INC EFT<br>O 11474 FIRST AVE NW<br>GRAND RAPIDS, MI 49544 | 3964 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,566.40<br>$12,566.40 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| AMERICAN TECHNICAL CERAMICS<br>1 NORDEN LN<br>HUNTINGTON STATION, NY 11746-2102 | 3358 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,214.73<br>$11,214.73 | 04/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| AMG INDUSTRIES INC<br>200 COMMERCE DR<br>MT VERNON, OH 43050 | 5252 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,886.40<br>$1,886.40 | 05/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 7657 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,080.20<br>$11,080.20 | 06/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 5427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,350.84<br>$31,350.84 | 05/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUMA TEC SA DE CV<br>C/O MICHAEL G CRUSE<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN CENTER STE 2700<br>SOUTHFIELD, MI 48075 | 10383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$33,417.69<br>$33,417.69 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF MEXICANA SA DE CV<br>MS LAURA RANGEL<br>AMERICAN POSTAL CENTER<br>501 N BRIDGE ST<br>HIDALGO, TX 78557 | 6333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$51,588.18<br>$51,588.18 | 05/19/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| BOURNS INC<br>ATTN MARY RODGERS<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | 6683 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$43,850.88<br>$43,850.88 | 05/23/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5084 | Secured: Priority: Administrative: Unsecured: Total: | $1,370.20 $1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5085 | Secured: Priority: Administrative: Unsecured: Total: | $1,011.99 $1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5087 | Secured: Priority: Administrative: Unsecured: Total: | $31,423.21 $31,423.21 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5086 | Secured: Priority: Administrative: Unsecured: Total: | $7,831.58 $7,831.58 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5083 | Secured: Priority: Administrative: Unsecured: Total: | $849.39 $849.39 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| COMMERCIAL PACKAGING INC 6548 W HIGGINS CHICAGO, IL 60656-2161 | 3304 | Secured: Priority: Administrative: Unsecured: Total: | $230.00 $230.00 | 04/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| COMPUTER PATENT ANNUITIES LP GILL DAVID ACCOUNTS RECEIVABLE MANAGER CPA HOUSE 11 15 SEATON PLACE ST HELIER JERSEY, JE1 1BL CHANNEL ISLANDS | 15379 | Secured: Priority: Administrative: Unsecured: Total: | $617,204.24 $617,204.24 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |

In re DPH Holdings Corp., et al.                    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC ALPA JIMENEZ CONTRARIAN FUNDS LLC 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 12668 | Secured: Priority: Administrative: Unsecured: Total: | $184,138.31 $184,138.31 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC 1565 HOTEL CIRCLE S STE 310 SAN DIEGO, CA 92108 | 2117 | Secured: Priority: Administrative: Unsecured: Total: | $4,381.59 $4,381.59 | 02/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EIMO AMERICAS 1551 SAWGRASS CORPORATE PKWY STE 300 SUNRISE, FL 33323 | 5887 | Secured: Priority: Administrative: Unsecured: Total: | $184,673.70 $184,673.70 | 05/15/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| FREUDENBERG NOK GENERAL PARTNERSHIP RALPH E MCDOWELL BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11603 | Secured: Priority: Administrative: Unsecured: Total: | $358,851.00 $80,742.02 $60,066.20 $499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK INC RALPH E MCDOWELL BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11602 | Secured: Priority: Administrative: Unsecured: Total: | $1,759.31 $2,878.86 $4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP EFT 2975 PEMBROKE RD HOPKINSVILLE, KY 42240 | 5463 | Secured: Priority: Administrative: Unsecured: Total: | $17,971.26 $17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 1565 | Secured: Priority: Administrative: Unsecured: Total: | $47,879.16 $47,879.16 | 01/17/2006 | DELPHI CORPORATION (05-44481) |

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document

In re DPH Holdings Corp., et al.                              Pg 33 of 174                Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 2020 | Secured: Priority: Administrative: Unsecured: Total: | $131,166.32 $131,166.32 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 16670 | Secured: Priority: Administrative: Unsecured: Total: | $822.47 $822.47 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL RECTIFIER CORPORATION RICHARD BRUNETTE AND THERESA WARDLE SHEPPARD MULLIN RICHTER & HAMPTON LLP 333 S HOPE ST 48TH FL LOS ANGELES, CA 90071 | 14215 | Secured: Priority: Administrative: Unsecured: Total: | $453.25 $453.25 | 07/31/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| KOA SPEER ELECTRONICS INC SCOTT W RICE CHAIRMAN & PRESIDENT BOLIVAR DR PO BOX 547 BRADFORD, PA 16701 | 16687 | Secured: Priority: Administrative: Unsecured: Total: | $84,902.01 $84,902.01 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOA SPEER ELECTRONICS INC SCOTT W RICE CHAIRMAN & PRESIDENT BOLIVAR DR PO BOX 547 BRADFORD, PA 16701 | 16686 | Secured: Priority: Administrative: Unsecured: Total: | $61,091.71 $61,091.71 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOKOMO GAS AND FUEL COMPANY JASON M TORF SCHIFF HARDIN LLP 6600 SEARS TOWER CHICAGO, IL 60606 | 11622 | Secured: Priority: Administrative: Unsecured: Total: | $248,629.34 $248,629.34 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE RD VIENNA, OH 44473-970 | 11924 | Secured: Priority: Administrative: Unsecured: Total: | $28,390.99 $52,411.01 $80,802.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINEAR TECHNOLOGY CORPORATION JAMES M SULLIVAN MCDERMOTT WILL & EMERY 50 ROCKEFELLER PLZ NEW YORK, NY 10020-1605 | 16681 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $116,070.80<br><br><br>$116,070.80 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 7289 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$104,313.33<br>$104,313.33 | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 726 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,022.00<br>$10,022.00 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 5970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$78,321.60<br>$78,321.60 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS JEFFREY L CARESS ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 15493 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,762.88<br>$5,762.88 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$6,425.10<br><br><br>$6,425.10 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1902 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$3,190.40<br><br><br>$3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

In re DPH Holdings Corp., et al.                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1901 | Secured: Priority: Administrative: Unsecured: Total: | $3,190.40 $3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1898 | Secured: Priority: Administrative: Unsecured: Total: | $3,086.40 $3,086.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| MACAUTO USA INC 80 EXCEL DR ROCHESTER, NY 14621 | 9431 | Secured: Priority: Administrative: Unsecured: Total: | $961,318.16 $961,318.16 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MANDO AMERICA CORPORATION SKYE SUH PLC 32000 NORTHWESTERN HWY STE 260 FARMINGTON HILLS, MI 48334 | 1569 | Secured: Priority: Administrative: Unsecured: Total: | $291,268.45 $291,268.45 | 01/17/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| NATIONAL SEMICONDUCTOR CORP 2900 SEMICONDUCTOR DR. G2 335 SANTA CLARA, CA 95051 | 5390 | Secured: Priority: Administrative: Unsecured: Total: | $995.20 $995.20 | 05/09/2006 | DELPHI CORPORATION (05-44481) |
| NISSAN TRADING CORP USA ATTN ALAN KALB 34405 W 12 MILE RD STE 225 FARMINGTON HILLS, MI 48331 | 293 | Secured: Priority: Administrative: Unsecured: Total: | $1,288.76 $1,288.76 | 11/03/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| OETIKER INC 3305 WILSON ST MARLETTE, MI 48453-0217 | 722 | Secured: Priority: Administrative: Unsecured: Total: | $12,643.20 $12,643.20 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| PLAINFIELD MOLDING INC 24035 RIVER WALK CT PLAINFIELD, IL 60544 | 12439 | Secured: Priority: Administrative: Unsecured: Total: | $15,964.33 $15,964.33 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

In re DPH Holdings Corp., et al.                                          Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RICHCO INC<br>8145 RIVER DR<br>MORTON GROVE, IL 60053 | 520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$193.34<br>$193.34 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| SHIN ETSU POLYMER AMERICA INC<br>5600 MOWRY SCHOOL RD STE 320<br>NEWARK, CA 94560 | 11596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,393.52<br>$20,393.52 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 11706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,011.37<br><br><br>$210,932.12<br>$235,943.49 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SUMIDA TRADING PTE LTD<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE | 2215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,499.20<br>$2,499.20 | 03/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THE FURUKAWA ELECTRIC CO LTD<br>C/O PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | 16555 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$48,067.68<br>$48,067.68 | 02/26/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THERMOTECH SA DE CV<br>1302 S 5TH ST<br>HOPKINS, MN 55343 | 6096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,647.45<br>$14,647.45 | 05/16/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| THIERICA INC<br>900 CLANCY AVE NE<br>GRAND RAPIDS, MI 49503 | 11536 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,591.80<br>$4,591.80 | 07/27/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

In re DPH Holdings Corp., et al.                                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TR BUTTERFIELD TRAIL CORP<br>NDH PROPERTY MANAGEMENT<br>SERVICES<br>7400 VISCOUNT<br>STE 240<br>EL PASO, TX 79925 | 12342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $32,627.13<br>$32,627.13 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | **Total:** 52 | | **$4,380,909.06** | | |

In re DPH Holdings Corp., et al.    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN AIKOKU ALPHA INC ATTN GARY VIST ESQ C/O MASUDA FUNAI EIFERT & MITCHELL LTD 203 N LASALLE ST STE 2500 CHICAGO, IL 60601-1262 | 16796 | Secured: Priority: Administrative: Unsecured: Total: | $429,525.84 $429,525.84 | 01/29/2008 | DELPHI CORPORATION (05-44481) |
| UPG DE MEXICO S DE RL DE CV WILLIAM HOLBROOK DIRECTOR OF FINANCE UNITED PLASTICS GROUP INC 1420 KENSINGTON RD STE 209 OAK BROOK, IL 60523 | 13546 | Secured: Priority: Administrative: Unsecured: Total: | $42,827.19 $42,827.19 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:    2    $472,353.03

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2468<br>Date Filed: 04/03/2006<br>Docketed Total: $517,747.63<br>Filing Creditor Name:<br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E 02<br>ST PAUL, MN 55144 | **Claim Holder Name**<br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E 02<br>ST PAUL, MN 55144<br><br>Docketed Total: **$517,747.63**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 — — — $517,747.63<br>**$517,747.63** | Allowed Total: **$434,298.11**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 — — — $434,298.11<br>**$434,298.11** |
| Claim: 16370<br>Date Filed: 10/16/2006<br>Docketed Total: $1,059,143.24<br>Filing Creditor Name:<br>A BERGER PRECISION LTD<br>28 REGAN RD<br>BRAMPTON, ON L7A 1A7<br>CANADA | **Claim Holder Name**<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Docketed Total: **$1,059,143.24**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 — — — $1,059,143.24<br>**$1,059,143.24** | Allowed Total: **$1,058,927.24**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 — — — $1,058,927.24<br>**$1,058,927.24** |
| Claim: 1741<br>Date Filed: 02/01/2006<br>Docketed Total: $1,669,714.54<br>Filing Creditor Name:<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615 | **Claim Holder Name**<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615<br><br>Docketed Total: **$1,669,714.54**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 — — — $1,669,714.54<br>**$1,669,714.54** | Allowed Total: **$1,444,523.00**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 — — — $1,444,523.00<br>**$1,444,523.00** |

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8455<br>Date Filed: 06/23/2006<br>Docketed Total: $171,798.50<br>Filing Creditor Name:<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | Claim Holder Name<br><br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | | Docketed Total: | $171,798.50 | | | Allowed Total: | $2,384.41 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$171,798.50<br><br>$171,798.50 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,384.41<br><br>$2,384.41 |
| Claim: 12159<br>Date Filed: 07/28/2006<br>Docketed Total: $7,450.00<br>Filing Creditor Name:<br>ALPHA PRODUCTS INC<br>351 IRVING DR<br>OXNARD, CA 93030 | Claim Holder Name<br><br>ALPHA PRODUCTS INC<br>351 IRVING DR<br>OXNARD, CA 93030 | | Docketed Total: | $7,450.00 | | | Allowed Total: | $3,725.00 |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$7,450.00<br><br>$7,450.00 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$3,725.00<br><br>$3,725.00 |
| Claim: 9151<br>Date Filed: 07/10/2006<br>Docketed Total: $925,476.40<br>Filing Creditor Name:<br>ARC AUTOMOTIVE INC<br>1729 MIDPARK RD<br>KNOXVILLE, TN 37921 | Claim Holder Name<br><br>ARC AUTOMOTIVE INC<br>1729 MIDPARK RD<br>KNOXVILLE, TN 37921 | | Docketed Total: | $925,476.40 | | | Allowed Total: | $465,879.47 |
| | Case Number*<br>05-44640 | Secured<br>$925,476.40<br><br>$925,476.40 | Priority | Unsecured<br>UNL<br><br>UNL | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$465,879.47<br><br>$465,879.47 |
| Claim: 2343<br>Date Filed: 03/20/2006<br>Docketed Total: $11,295.20<br>Filing Creditor Name:<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | $11,295.20 | | | Allowed Total: | $5,695.20 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$11,295.20<br><br>$11,295.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,695.20<br><br>$5,695.20 |

\*     See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document
Pg 41 of 174

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 7506
Date Filed:   06/05/2006
Docketed Total:   $4,424,985.53
Filing Creditor Name:
  AT&T CORP
  1355 W UNIVERSITY DR
  MESA, AZ 85021

**CLAIM AS DOCKETED**

Claim Holder Name
AT&T CORP          Docketed Total:   $4,424,985.53
1355 W UNIVERSITY DR
MESA, AZ 85021

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,424,985.53 |
| | | | $4,424,985.53 |

**CLAIM AS ALLOWED**

Allowed Total:   $2,197,185.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,197,185.31 |
| | | | $2,197,185.31 |

---

**CLAIM TO BE ALLOWED**

Claim: 12195
Date Filed:   07/28/2006
Docketed Total:   $4,140,179.97
Filing Creditor Name:
  ATEL LEASING CORPORATION
  AS AGENT FOR CREDITOR
  600 CALIFORNIA ST 6TH FL
  SAN FRANCISCO, CA 94108

**CLAIM AS DOCKETED**

Claim Holder Name
ATEL LEASING CORPORATION AS          Docketed Total:   $3,888,438.54
AGENT FOR CREDITOR
600 CALIFORNIA ST 6TH FL
SAN FRANCISCO, CA 94108

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $582,300.00 | | $3,306,138.54 |
| | $582,300.00 | | $3,306,138.54 |

**CLAIM AS ALLOWED**

Allowed Total:   $177,355.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $177,355.57 |
| | | | $177,355.57 |

---

**CLAIM TO BE ALLOWED**

Claim: 12840
Date Filed:   07/28/2006
Docketed Total:   $662,721.49
Filing Creditor Name:
  BARNES GROUP INC
  TYLER COOPER & ALCORN LLP
  185 ASYLUM ST
  CITY PLACE I 35TH FL
  HARTFORD, CT 06103-3488

**CLAIM AS DOCKETED**

Claim Holder Name
LONGACRE MASTER FUND LTD          Docketed Total:   $662,721.49
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $662,721.49 |
| | | | $662,721.49 |

**CLAIM AS ALLOWED**

Allowed Total:   $602,680.62

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $602,680.62 |
| | | | $602,680.62 |

---

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1704**
Date Filed: 01/30/2006
Docketed Total: $874,448.21
Filing Creditor Name:
  CAPRO LTD
  155 S LIMERICK RD
  LIMERICK, PA 19468-1699

Claim Holder Name

BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $874,448.21

Allowed Total: $856,371.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $299,723.41 | | $574,724.80 |
| | $299,723.41 | | $574,724.80 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $856,371.97 |
| | | | $856,371.97 |

**Claim: 1771**
Date Filed: 02/03/2006
Docketed Total: $200,547.61
Filing Creditor Name:
  CASTWELL PRODUCTS INC
  JPMORGAN CHASE BANK NA AS ASSIGNEE OF CASTWELL PRODUCTS INC
  270 PARK AVE 17TH FL
  NEW YORK, NY 10017

Claim Holder Name

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $200,547.61

Allowed Total: $178,429.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $47,499.91 | $153,047.70 |
| | | $47,499.91 | $153,047.70 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $178,429.84 |
| | | | $178,429.84 |

**Claim: 4018**
Date Filed: 05/01/2006
Docketed Total: $714,065.68
Filing Creditor Name:
  CENTURY MOLD & TOOL CO
  DI MONTE & LIZAK LLC
  216 W HIGGINS RD
  PARK RIDGE, IL 60068

Claim Holder Name

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $714,065.68

Allowed Total: $664,259.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $714,065.68 |
| | | | $714,065.68 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $664,259.24 |
| | | | $664,259.24 |

\*     See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim:** 12687
**Date Filed:** 07/28/2006
**Docketed Total:** $1,510,230.74
**Filing Creditor Name:**
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CADILLAC RUBBER
& PLASTICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CADILLAC RUBBER &
PLASTICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: **$1,510,230.74**

Allowed Total: **$918,818.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $486,583.11 | $1,023,647.63 |
| | | **$486,583.11** | **$1,023,647.63** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $918,818.26 |
| | | | **$918,818.26** |

---

**Claim:** 10386
**Date Filed:** 07/24/2006
**Docketed Total:** $315,699.49
**Filing Creditor Name:**
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF COLUMBIA
INDUSTRIAL SALES CORP
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF COLUMBIA
INDUSTRIAL SALES CORP
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$315,699.49**

Allowed Total: **$156,862.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $315,699.49 |
| | | | **$315,699.49** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $156,862.79 |
| | | | **$156,862.79** |

---

**Claim:** 12689
**Date Filed:** 07/28/2006
**Docketed Total:** $176,114.66
**Filing Creditor Name:**
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF FLOW DRY
TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF FLOW DRY
TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Docketed Total: **$176,114.66**

Allowed Total: **$78,486.32**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $42,727.58 | $133,387.08 |
| | | **$42,727.58** | **$133,387.08** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,486.32 |
| | | | **$78,486.32** |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10388<br>Date Filed: 07/24/2006<br>Docketed Total: $141,675.49<br>Filing Creditor Name:<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF GEMINI PLASTICS<br>  INC<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH, CT 06830 | Claim Holder Name<br><br>CONTRARIAN FUNDS LLC AS    Docketed Total:    $141,675.49<br>ASSIGNEE OF GEMINI PLASTICS INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Allowed Total:    $111,540.19 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $141,675.49 | 05-44640 | | | $111,540.19 |
| | | | | **$141,675.49** | | | | **$111,540.19** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9796<br>Date Filed: 07/18/2006<br>Docketed Total: $572,033.91<br>Filing Creditor Name:<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF HITCHINER<br>  MANUFACTURING CO INC<br>  ATTN ALPA JIMENEZ<br>  411 W PUTNAM AVE STE 225<br>  GREENWICH, CT 06830 | Claim Holder Name<br><br>CONTRARIAN FUNDS LLC AS    Docketed Total:    $572,033.91<br>ASSIGNEE OF HITCHINER<br>MANUFACTURING CO INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Allowed Total:    $5,476.50 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | $8,179.67 | $563,854.24 | 05-44640 | | | $5,476.50 |
| | | | **$8,179.67** | **$563,854.24** | | | | **$5,476.50** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12673<br>Date Filed: 07/28/2006<br>Docketed Total: $73,596.89<br>Filing Creditor Name:<br>  CONTRARIAN FUNDS LLC AS<br>  ASSIGNEE OF OMRON<br>  AUTOMOTIVE ELECTRONICS INC<br>  ATTN ALPA JIMENEZ<br>  411 WEST PUTNAM AVENUE STE<br>  225<br>  GREENWICH, CT 06830 | Claim Holder Name<br><br>CONTRARIAN FUNDS LLC AS    Docketed Total:    $73,596.89<br>ASSIGNEE OF OMRON<br>AUTOMOTIVE ELECTRONICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Allowed Total:    $47,959.08 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $73,596.89 | 05-44640 | | | $47,959.08 |
| | | | | **$73,596.89** | | | | **$47,959.08** |

\*     See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9791**
Date Filed:  07/18/2006
Docketed Total:  $299,745.20
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 425
  GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE  STE 425
GREENWICH, CT 06830

Docketed Total:          $299,745.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 |
| | | **$5,367.21** | **$294,377.99** |

Allowed Total:          $297,288.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $297,288.34 |
| | | | **$297,288.34** |

**Claim: 12695**
Date Filed:  07/28/2006
Docketed Total:  $120,459.00
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG
  KUNHWA CO LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG
KUNHWA CO LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:          $120,459.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,459.00 |
| | | | **$120,459.00** |

Allowed Total:          $528.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $528.00 |
| | | | **$528.00** |

**Claim: 12696**
Date Filed:  07/28/2006
Docketed Total:  $109,002.60
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH
  INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:          $109,002.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,865.76 | $93,136.84 |
| | | **$15,865.76** | **$93,136.84** |

Allowed Total:          $11,383.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,383.19 |
| | | | **$11,383.19** |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim:** 12694
**Date Filed:** 07/28/2006
**Docketed Total:** $91,243.71
**Filing Creditor Name:**
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH
SA DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH SA
DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$91,243.71**

Allowed Total: **$5,593.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,243.71 |
| | | | **$91,243.71** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,593.21 |
| | | | **$5,593.21** |

**Claim:** 7371
**Date Filed:** 06/02/2006
**Docketed Total:** $694,417.04
**Filing Creditor Name:**
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF WESTWOOD
ASSOCIATES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS
ASSIGNEE OF WESTWOOD
ASSOCIATES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: **$694,417.04**

Allowed Total: **$570,735.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $694,417.04 |
| | | | **$694,417.04** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $570,735.18 |
| | | | **$570,735.18** |

**Claim:** 14664
**Date Filed:** 07/31/2006
**Docketed Total:** $2,624,997.09
**Filing Creditor Name:**
COOPER STANDARD
AUTOMOTIVE FKA ITT
AUTOMOTIVE FLUID HDG SYST
COOPER STANDARD
AUTOMOTIVE
39550 ORCHARD HILL PL
NOVI, MI 48376

Claim Holder Name

DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Docketed Total: **$2,624,997.09**

Allowed Total: **$2,240,832.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,624,997.09 |
| | | | **$2,624,997.09** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,240,832.25 |
| | | | **$2,240,832.25** |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8807<br>Date Filed: 06/30/2006<br>Docketed Total: $4,687.50<br>Filing Creditor Name:<br>CUSTOM PRODUCTS CORP<br>457 STATE ST<br>NORTH HAVEN, CT 06473 | Claim Holder Name<br>CUSTOM PRODUCTS CORP<br>457 STATE ST<br>NORTH HAVEN, CT 06473 | | Docketed Total: | **$4,687.50** | | | Allowed Total: | **$2,343.75** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44507 | | | $4,687.50 | 05-44507 | | | $2,343.75 |
| | | | | **$4,687.50** | | | | **$2,343.75** |
| Claim: 10906<br>Date Filed: 07/25/2006<br>Docketed Total: $234,133.66<br>Filing Creditor Name:<br>DATWYLER RUBBER & PLASTICS<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$234,133.66** | | | Allowed Total: | **$126,124.21** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $234,133.66 | 05-44640 | | | $126,124.21 |
| | | | | **$234,133.66** | | | | **$126,124.21** |
| Claim: 10907<br>Date Filed: 07/25/2006<br>Docketed Total: $929,544.79<br>Filing Creditor Name:<br>DATWYLER RUBBER & PLASTICS<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$929,544.79** | | | Allowed Total: | **$401,688.36** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $929,544.79 | 05-44640 | | | $401,688.36 |
| | | | | **$929,544.79** | | | | **$401,688.36** |
| Claim: 16284<br>Date Filed: 09/05/2006<br>Docketed Total: $34,134.78<br>Filing Creditor Name:<br>DAWLEN CORP<br>2029 MICOR DR<br>PO BOX 884<br>JACKSON, MI 49203 | Claim Holder Name<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | **$34,134.78** | | | Allowed Total: | **$4,852.44** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $34,134.78 | 05-44640 | | | $4,852.44 |
| | | | | **$34,134.78** | | | | **$4,852.44** |

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7244**
Date Filed:   06/01/2006
Docketed Total:   $12,223.86
Filing Creditor Name:
  DICKEY GRABLER CO
  10302 MADISON
  CLEVELAND, OH 44102

Claim Holder Name

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:   **$12,223.86**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,223.86 |
| | | | **$12,223.86** |

Allowed Total:   **$8,584.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,584.04 |
| | | | **$8,584.04** |

---

**Claim: 8374**
Date Filed:   06/22/2006
Docketed Total:   $1,302.72
Filing Creditor Name:
  DYNACAST DEUTSCHLAND
  GMBH & CO KG
  HUNTON & WILLIAMS LLC
  RIVERFRONT PLZ EAST TOWER
  951 E BYRD ST
  RICHMOND, VA 23219

Claim Holder Name

DYNACAST DEUTSCHLAND GMBH
& CO KG
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

Docketed Total:   **$1,302.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,302.72 |
| | | | **$1,302.72** |

Allowed Total:   **$653.31**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $653.31 |
| | | | **$653.31** |

---

**Claim: 10596**
Date Filed:   07/25/2006
Docketed Total:   $123,481.26
Filing Creditor Name:
  E I DU PONT DE NEMOURS AND
  COMPANY DUPONT
  DUPONT LEGAL D 4026
  1007 MARKET ST
  WILMINGTON, DE 19898

Claim Holder Name

LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022

Docketed Total:   **$123,481.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $123,481.26 |
| | | | **$123,481.26** |

Allowed Total:   **$95,819.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $95,819.18 |
| | | | **$95,819.18** |

---

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15141<br>Date Filed:   07/31/2006<br>Docketed Total:   $438,605.19<br>Filing Creditor Name:<br>  EIKENBERRY & ASSOCIATES INC<br>  PO BOX 2676<br>  KOKOMO, IN 46904-2676 | Claim Holder Name<br><br>EIKENBERRY & ASSOCIATES INC<br>PO BOX 2676<br>KOKOMO, IN 46904-2676 | | Docketed Total: | **$438,605.19** | | Allowed Total: | | **$113,798.89** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | $204,708.80 | | $233,896.39 | 05-44640 | | | $113,798.89 |
| | | **$204,708.80** | | **$233,896.39** | | | | **$113,798.89** |
| Claim: 2063<br>Date Filed:   02/21/2006<br>Docketed Total:   $108,786.45<br>Filing Creditor Name:<br>  EMERSON & CUMING INC<br>  46 MANNING RD<br>  BILLERICA, MA 01821 | Claim Holder Name<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | | Docketed Total: | **$108,786.45** | | Allowed Total: | | **$100,024.07** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $108,786.45 | 05-44640 | | | $100,024.07 |
| | | | | **$108,786.45** | | | | **$100,024.07** |
| Claim: 2695<br>Date Filed:   04/19/2006<br>Docketed Total:   $11,921.75<br>Filing Creditor Name:<br>  ENDURA PLASTICS & SIERRA<br>  LIQUIDITY FUND<br>  2699 WHITE RD STE 255<br>  IRVINE, CA 92614 | Claim Holder Name<br><br>SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | | Docketed Total: | **$11,921.75** | | Allowed Total: | | **$5,677.40** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $11,921.75 | 05-44640 | | | $0.00 |
| | | | | **$11,921.75** | 05-44624 | | | $5,677.40 |
| | | | | | | | | **$5,677.40** |

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8946<br>Date Filed: 07/05/2006<br>Docketed Total: $653,356.73<br>Filing Creditor Name:<br>EPCOS INC<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Claim Holder Name<br><br>EPCOS INC<br>GIBBONS PC<br>ONE GATEWAY CTR<br>NEWARK, NJ 07102-5310 | Docketed Total: | | $653,356.73 | | Allowed Total: | | $505,747.68 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$653,356.73<br><br>**$653,356.73** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$505,747.68<br><br>**$505,747.68** |
| Claim: 14126<br>Date Filed: 07/31/2006<br>Docketed Total: $376,357.61<br>Filing Creditor Name:<br>FCI AUTOMOTIVE<br>DEUTSCHLAND GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101-1110 | Claim Holder Name<br><br>FCI AUTOMOTIVE DEUTSCHLAND<br>GMBH<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101-1110 | Docketed Total: | | $376,357.61 | | Allowed Total: | | $166,841.77 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$376,357.61<br><br>**$376,357.61** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$166,841.77<br><br>**$166,841.77** |
| Claim: 14130<br>Date Filed: 07/31/2006<br>Docketed Total: $407,299.95<br>Filing Creditor Name:<br>FCI USA INC<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | Claim Holder Name<br><br>FCI USA INC<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQUARE<br>PORTLAND, ME 04101-1110 | Docketed Total: | | $407,299.95 | | Allowed Total: | | $616,573.40 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$407,299.95<br><br>**$407,299.95** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$616,573.40<br><br>**$616,573.40** |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

Claim: 9951
Date Filed: 07/19/2006
Docketed Total: $79,244.79
Filing Creditor Name:
  FERRO ELECTRONIC MATERIALS
  1000 LAKESIDE AVE
  CLEVELAND, OH 44114

Claim Holder Name
  CONTRARIAN FUNDS LLC        Docketed Total: **$79,244.79**
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,244.79 |
| | | | **$79,244.79** |

Allowed Total: **$73,210.94**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $73,210.94 |
| | | | **$73,210.94** |

---

Claim: 12212
Date Filed: 07/28/2006
Docketed Total: $800,348.45
Filing Creditor Name:
  FLAMBEAU INC
  801 LYNN AVE
  BARABOO, WI 53913

Claim Holder Name
  FLAMBEAU INC        Docketed Total: **$800,348.45**
  801 LYNN AVE
  BARABOO, WI 53913

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $800,348.45 | | |
| | **$800,348.45** | | |

Allowed Total: **$370,783.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $370,783.68 |
| | | | **$370,783.68** |

---

Claim: 11542
Date Filed: 07/27/2006
Docketed Total: $72,759.50
Filing Creditor Name:
  FLEX TECHNOLOGIES INC
  PO BOX 400
  GUNDY DR
  MIDVALE, OH 44653

Claim Holder Name
  FLEX TECHNOLOGIES INC        Docketed Total: **$72,759.50**
  PO BOX 400
  GUNDY DR
  MIDVALE, OH 44653

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $72,759.50 |
| | | | **$72,759.50** |

Allowed Total: **$37,188.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,188.07 |
| | | | **$37,188.07** |

---

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document
Pg 52 of 174

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 8508**
Date Filed: 06/26/2006
Docketed Total: $22,258.80
Filing Creditor Name:
FLOW DRY TECHNOLOGY LTD
379 ALBERT RD
BROOKVILLE, OH 45309-924

Claim Holder Name
FLOW DRY TECHNOLOGY LTD    Docketed Total:    **$22,258.80**
379 ALBERT RD
BROOKVILLE, OH 45309-924

Allowed Total:    **$7,556.56**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $22,258.80 | | | 05-44640 | | | $7,556.56 |
| | **$22,258.80** | | | | | | **$7,556.56** |

**Claim: 12024**
Date Filed: 07/28/2006
Docketed Total: $6,517,990.78
Filing Creditor Name:
FREESCALE SEMICONDUCTOR INC
LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX, AZ 85004

Claim Holder Name
FREESCALE SEMICONDUCTOR INC    Docketed Total:    **$6,517,990.78**
LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX, AZ 85004

Allowed Total:    **$6,611,381.90**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,517,990.78 | 05-44567 | | | $145,822.00 |
| | | | | 05-44610 | | | $0.00 |
| | | | **$6,517,990.78** | 05-44640 | | | $6,465,559.90 |
| | | | | | | | **$6,611,381.90** |

**Claim: 16570**
Date Filed: 03/12/2007
Docketed Total: $337,154.09
Filing Creditor Name:
GCI TECHNOLOGIES INC
1301 PRECISION DR
PLANO, TX 75074

Claim Holder Name
CONTRARIAN FUNDS LLC    Docketed Total:    **$337,154.09**
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Allowed Total:    **$105,945.75**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 | 05-44640 | | | $105,945.75 |
| | | **$5,981.92** | **$331,172.17** | | | | **$105,945.75** |

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 10192**
Date Filed: 07/21/2006
Docketed Total: $5,295.00
Filing Creditor Name:
  GE CONSUMER & INDUSTRIAL F
  K A GE LIGHTING
  11256 CORNELL PARK DR STE 500
  CINCINNATI, OH 45242

Claim Holder Name
GE CONSUMER & INDUSTRIAL F K A
GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $5,295.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,295.00 |
| | | | $5,295.00 |

Allowed Total: $950.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $950.00 |
| | | | $950.00 |

**Claim: 15140**
Date Filed: 07/31/2006
Docketed Total: $230,129.45
Filing Creditor Name:
  GMD INDUSTRIES LLC DBA
  PRODUCTION SCREW MACHINE
  COOLIGE WALL CO LPA
  33 W 1ST ST STE 600
  DAYTON, OH 45402

Claim Holder Name
GMD INDUSTRIES LLC DBA
PRODUCTION SCREW MACHINE
COOLIGE WALL CO LPA
33 W 1ST ST STE 600
DAYTON, OH 45402

Docketed Total: $230,129.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $136,420.72 | $93,708.73 |
| | | $136,420.72 | $93,708.73 |

Allowed Total: $128,908.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $128,908.50 |
| | | | $128,908.50 |

**Claim: 15429**
Date Filed: 07/31/2006
Docketed Total: $431,794.32
Filing Creditor Name:
  GOBAR SYSTEMS INC
  TAFT STETTINIUS & HOLLISTER
  LLP
  425 WALNUT STREET STE 1800
  CINCINNATI, OH 45202

Claim Holder Name
GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202

Docketed Total: $431,794.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $431,794.32 |
| | | | $431,794.32 |

Allowed Total: $427,955.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $427,955.37 |
| | | | $427,955.37 |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | CLAIM AS ALLOWED | |
|---|---|---|---|---|

**Claim: 831**
Date Filed: 11/23/2005
Docketed Total: $3,847.71
Filing Creditor Name:
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Claim Holder Name

GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Docketed Total: $3,847.71

Allowed Total: $1,783.17

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,847.71 | 05-44567 | | | $1,783.17 |
| | | | **$3,847.71** | | | | **$1,783.17** |

---

**Claim: 13967**
Date Filed: 07/31/2006
Docketed Total: $283,429.97
Filing Creditor Name:
HUTCHINSON FTS INC
C/O HALPERIN BATTAGLIA
RAICHT LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019

Claim Holder Name

HUTCHINSON FTS INC
C/O HALPERIN BATTAGLIA
RAICHT LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019

Docketed Total: $283,429.97

Allowed Total: $205,360.53

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $283,429.97 | 05-44640 | | | $205,360.53 |
| | | | **$283,429.97** | | | | **$205,360.53** |

---

**Claim: 12166**
Date Filed: 07/28/2006
Docketed Total: $177,730.00
Filing Creditor Name:
IER INDUSTRIES INC
8271 BAVARIA RD E
MACEDONIA, OH 44056

Claim Holder Name

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $177,730.00

Allowed Total: $168,071.05

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $140,413.63 | $37,316.37 | UNL | 05-44640 | | | $168,071.05 |
| | **$140,413.63** | **$37,316.37** | **UNL** | | | | **$168,071.05** |

*    See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 5563**
Date Filed:   05/10/2006
Docketed Total:   $10,363.27
Filing Creditor Name:
   INDAK MANUFACTURING CORP
   EFT
   1915 TECHNY RD
   NORTHBROOK, IL 60062-5382

Claim Holder Name

LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF INDAK MANUFACTURING CORP
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:   **$10,363.27**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,363.27 |
| | | | **$10,363.27** |

Allowed Total:   **$7,973.56**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,973.56 |
| | | | **$7,973.56** |

**Claim: 12400**
Date Filed:   07/28/2006
Docketed Total:   $95,890.67
Filing Creditor Name:
   INFINEON TECHNOLOGIES AG
   SACHNOFF & WEAVER LTD
   10 S WACKER DR 40TH FL
   CHICAGO, IL 60606

Claim Holder Name

INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Docketed Total:   **$95,890.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $95,890.67 |
| | | | **$95,890.67** |

Allowed Total:   **$72,058.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $72,058.30 |
| | | | **$72,058.30** |

**Claim: 11968**
Date Filed:   07/28/2006
Docketed Total:   $6,491,471.33
Filing Creditor Name:
   INFINEON TECHNOLOGIES
   NORTH AMERICA CORP
   SACHNOFF & WEAVER LTD
   10 S WACKER DR 40TH FL
   CHICAGO, IL 60606

Claim Holder Name

INFINEON TECHNOLOGIES NORTH AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

Docketed Total:   **$6,491,471.33**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,491,471.33 |
| | | | **$6,491,471.33** |

Allowed Total:   **$6,331,621.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,331,621.10 |
| | | | **$6,331,621.10** |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12178<br>Date Filed:   07/28/2006<br>Docketed Total:   $177,026.50<br>Filing Creditor Name:<br>   INFINEON TECHNOLOGIES<br>   NORTH AMERICA CORP<br>   SACHNOFF & WEAVER LTD<br>   10 S WACKER DR 40TH FL<br>   CHICAGO, IL 60606 | Claim Holder Name<br><br>   INFINEON TECHNOLOGIES NORTH<br>   AMERICA CORP<br>   SACHNOFF & WEAVER LTD<br>   10 S WACKER DR 40TH FL<br>   CHICAGO, IL 60606          Docketed Total:          $177,026.50 | Allowed Total:          $2,556.27 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44567                                                     $177,026.50<br><br>                                                                         **$177,026.50** | **Case Number\***   Secured   Priority   Unsecured<br>05-44567                                                     $2,556.27<br><br>                                                                     **$2,556.27** |
| Claim: 1790<br>Date Filed:   02/06/2006<br>Docketed Total:   $195,077.21<br>Filing Creditor Name:<br>   KEY SAFETY SYSTEMS &<br>   SUBSIDIARIES<br>   KEY SAFETY SYSTEMS INC<br>   7000 NINETEEN MILE RD<br>   STERLING HEIGHTS, MI 48314 | Claim Holder Name<br><br>   KEY SAFETY SYSTEMS &<br>   SUBSIDIARIES<br>   KEY SAFETY SYSTEMS INC<br>   7000 NINETEEN MILE RD<br>   STERLING HEIGHTS, MI 48314          Docketed Total:          $195,077.21 | Allowed Total:          $61,279.69 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44481                                                     $195,077.21<br><br>                                                                         **$195,077.21** | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                                                     $61,279.69<br><br>                                                                     **$61,279.69** |
| Claim: 15792<br>Date Filed:   08/02/2006<br>Docketed Total:   $140,983.79<br>Filing Creditor Name:<br>   KEYSTONE POWDERED METAL<br>   COMPANY<br>   BUCHANAN INGERSOLL &<br>   ROONEY PC<br>   1 CHASE MANHATTAN PLAZA<br>   35TH FLR<br>   NEW YORK, NY 10007 | Claim Holder Name<br><br>   KEYSTONE POWDERED METAL<br>   COMPANY<br>   BUCHANAN INGERSOLL & ROONEY<br>   PC<br>   1 CHASE MANHATTAN PLAZA<br>   35TH FLR<br>   NEW YORK, NY 10007          Docketed Total:          $140,983.79 | Allowed Total:          $19,279.37 |
| | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                                                     $140,983.79<br><br>                                                                         **$140,983.79** | **Case Number\***   Secured   Priority   Unsecured<br>05-44640                                                     $19,279.37<br><br>                                                                     **$19,279.37** |

\*        See Exhibit H for a listing of debtor entities by case number.

\*\*        "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15483**
Date Filed: 07/31/2006
Docketed Total: $66,952.29
Filing Creditor Name:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $66,952.29

Allowed Total: $64,388.47

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44507 | | | $66,952.29 | | 05-44507 | | | $64,388.47 |
| | | | **$66,952.29** | | | | | **$64,388.47** |

**Claim: 15476**
Date Filed: 07/31/2006
Docketed Total: $248,551.45
Filing Creditor Name:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF FAIRWAY SPRING
CO INC
ONE UNIVERSITY PLAZA SUITE
312
HACKENSACK, NJ 07601

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $248,551.45

Allowed Total: $244,087.26

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $248,551.45 | | 05-44640 | | | $244,087.26 |
| | | | **$248,551.45** | | | | | **$244,087.26** |

**Claim: 9463**
Date Filed: 07/13/2006
Docketed Total: $108,415.00
Filing Creditor Name:
LYDALL THERMAL ACOUSTICAL
SALES LLC FKA LYDALL WESTEX
1241 BUCK SHOALS RD
PO BOX 109
HAMPTONVILLE, NC 27020

Claim Holder Name
LYDALL THERMAL ACOUSTICAL
SALES LLC FKA LYDALL WESTEX
1241 BUCK SHOALS RD
PO BOX 109
HAMPTONVILLE, NC 27020

Docketed Total: $108,415.00

Allowed Total: $15,341.00

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $108,415.00 | | 05-44640 | | | $15,341.00 |
| | | | **$108,415.00** | | | | | **$15,341.00** |

\*       See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 16616**
Date Filed: 06/22/2007
Docketed Total: $414,063.61
Filing Creditor Name:
MAC ARTHUR CORPORATION
WINEGARDEN HALEY
LINDHOLM & ROBERSTON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

Claim Holder Name
JPMORGAN CHASE BANK NA
4 NEW YORK PLAZA FL 16
NEW YORK, NY 10004-2413
Docketed Total: $414,063.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $414,063.61 |
| | | | $414,063.61 |

Allowed Total: $339,363.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $339,363.99 |
| | | | $339,363.99 |

---

**Claim: 5115**
Date Filed: 05/08/2006
Docketed Total: $210,634.01
Filing Creditor Name:
MACHINED PRODUCTS CO
2121 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007

Claim Holder Name
MACHINED PRODUCTS CO
2121 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007
Docketed Total: $210,634.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $210,634.01 |
| | | | $210,634.01 |

Allowed Total: $71,857.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,857.54 |
| | | | $71,857.54 |

---

**Claim: 4501**
Date Filed: 05/02/2006
Docketed Total: $48,815.08
Filing Creditor Name:
MIDTOWN CLAIMS LLC
65 EAST 55TH ST 19TH FL
NEW YORK, NY 10022

Claim Holder Name
MIDTOWN CLAIMS LLC
65 EAST 55TH ST 19TH FL
NEW YORK, NY 10022
Docketed Total: $48,815.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,815.08 |
| | | | $48,815.08 |

Allowed Total: $43,925.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,925.24 |
| | | | $43,925.24 |

---

**Claim: 15211**
Date Filed: 07/31/2006
Docketed Total: $1,352,891.10
Filing Creditor Name:
MILLENNIUM INDUSTRIES
CORPORATION
CLARK HILL PLC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226-3435

Claim Holder Name
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Docketed Total: $1,352,891.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $704,727.68 | $648,163.42 |
| | | $704,727.68 | $648,163.42 |

Allowed Total: $41,467.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,467.60 |
| | | | $41,467.60 |

---

\*　　See Exhibit H for a listing of debtor entities by case number.

\*\*　　"UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 3738 <br> Date Filed: 05/01/2006 <br> Docketed Total: $50,374.12 <br> Filing Creditor Name: <br> MOLDTECH INC <br> 1900 COMMERCE PKY <br> LANCASTER, NY 14086 | Claim Holder Name <br><br> MOLDTECH INC <br> 1900 COMMERCE PKY <br> LANCASTER, NY 14086 | | Docketed Total: | **$50,374.12** | | | Allowed Total: | **$40,800.82** |
| | **Case Number*** <br> 05-44481 | **Secured** | **Priority** | **Unsecured** <br> $50,374.12 <br><br> **$50,374.12** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $40,800.82 <br><br> **$40,800.82** |
| Claim: 2402 <br> Date Filed: 03/24/2006 <br> Docketed Total: $2,537,512.52 <br> Filing Creditor Name: <br> MOTOROLA INC AKA <br> MOTOROLA AIEG <br> MCDERMOTT WILL & EMERY LLP <br> 227 W MONROE ST <br> CHICAGO, IL 60606 | Claim Holder Name <br><br> LONGACRE MASTER FUND LTD <br> 810 SEVENTH AVE 33RD FL <br> NEW YORK, NY 10019 | | Docketed Total: | **$2,537,512.52** | | | Allowed Total: | **$260,400.00** |
| | **Case Number*** <br> 05-44640 | **Secured** <br> $750,487.44 <br><br> **$750,487.44** | **Priority** | **Unsecured** <br> $1,787,025.08 <br><br> **$1,787,025.08** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $260,400.00 <br><br> **$260,400.00** |
| Claim: 2221 <br> Date Filed: 03/07/2006 <br> Docketed Total: $60,110.00 <br> Filing Creditor Name: <br> NICHIA AMERICA <br> CORPORATION <br> 3775 HEMPLAND RD <br> MOUNTVILLE, PA 17554 | Claim Holder Name <br><br> NICHIA AMERICA CORPORATION <br> 3775 HEMPLAND RD <br> MOUNTVILLE, PA 17554 | | Docketed Total: | **$60,110.00** | | | Allowed Total: | **$29,480.00** |
| | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $60,110.00 <br><br> **$60,110.00** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $29,480.00 <br><br> **$29,480.00** |
| Claim: 7571 <br> Date Filed: 06/06/2006 <br> Docketed Total: $152,953.02 <br> Filing Creditor Name: <br> NORTHERN ENGRAVING <br> CORPORATION <br> 803 S BLACK RIVER ST <br> SPARTA, WI 54656 | Claim Holder Name <br><br> LONGACRE MASTER FUND LTD <br> 810 SEVENTH AVE 33RD FL <br> NEW YORK, NY 10019 | | Docketed Total: | **$152,953.02** | | | Allowed Total: | **$130,013.86** |
| | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $152,953.02 <br><br> **$152,953.02** | **Case Number*** <br> 05-44640 | **Secured** | **Priority** | **Unsecured** <br> $130,013.86 <br><br> **$130,013.86** |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9771**
Date Filed: 07/18/2006
Docketed Total: $977,354.65
Filing Creditor Name:
NSS TECHNOLOGIES INC FKA
NATIONAL SET SCREW CORP
C O ROBERT SZWAJKOS ESQ
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA
MORRISVILLE, PA 19067

Claim Holder Name

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: $977,354.65

Allowed Total: $191,266.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $977,354.65 |
| | | | **$977,354.65** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $191,266.99 |
| | | | **$191,266.99** |

---

**Claim: 16393**
Date Filed: 10/26/2006
Docketed Total: $84,892.57
Filing Creditor Name:
OFFSHORE INTERNATIONAL
INCORPORATED
QUARLES & BRADY STREICH
LANG LLP
ONE S CHURCH AVE STE 1700
TUCSON, AZ 85701

Claim Holder Name

OFFSHORE INTERNATIONAL
INCORPORATED
QUARLES & BRADY STREICH LANG
LLP
ONE S CHURCH AVE STE 1700
TUCSON, AZ 85701

Docketed Total: $84,892.57

Allowed Total: $42,446.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,892.57 |
| | | | **$84,892.57** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $42,446.29 |
| | | | **$42,446.29** |

---

**Claim: 16318**
Date Filed: 09/14/2006
Docketed Total: $1,428,927.86
Filing Creditor Name:
OKI AMERICA INC
785 N MARY AVE
SUNNYVALE, CA 94085

Claim Holder Name

OKI AMERICA INC
785 N MARY AVE
SUNNYVALE, CA 94085

Docketed Total: $1,428,927.86

Allowed Total: $465,873.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | | $1,428,927.86 |
| | **UNL** | | **$1,428,927.86** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $465,873.65 |
| | | | **$465,873.65** |

*    See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11568**
Date Filed:  07/27/2006
Docketed Total:     $30,102.47
Filing Creditor Name:
   ON SEMICONDUCTOR
   COMPONENTS INDUSTRIES LLC
   ONE RENAISSANCE SQUARE
   TWO N CENTRAL AVE
   PHOENIX, AZ 85004-2391

Claim Holder Name

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:          $30,102.47

Allowed Total:          $29,961.47

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $30,102.47 | 05-44567 | | | $29,961.47 |
| | | | **$30,102.47** | | | | **$29,961.47** |

**Claim: 11190**
Date Filed:  07/26/2006
Docketed Total:     $87,844.88
Filing Creditor Name:
   PARLEX CORPORATION
   KUTCHIN & RUFO  PC
   155 FEDERAL ST 17TH FL
   BOSTON, MA 02110

Claim Holder Name

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:          $87,844.88

Allowed Total:          $74,795.17

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44610 | | | $87,844.88 | 05-44640 | | | $74,795.17 |
| | | | **$87,844.88** | | | | **$74,795.17** |

**Claim: 14347**
Date Filed:  07/31/2006
Docketed Total:     $5,486,881.18
Filing Creditor Name:
   PHILIPS SEMICONDUCTORS INC
   KIRKPATRICK & LOCKHART
   NICHOLSON GRAHAM LLP
   599 LEXINGTON AVE
   NEW YORK, NY 10022

Claim Holder Name

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:          $5,486,881.18

Allowed Total:          $1,917,474.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,486,881.18 | 05-44640 | | | $1,917,474.40 |
| | | | **$5,486,881.18** | | | | **$1,917,474.40** |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10580**
Date Filed: 07/25/2006
Docketed Total: $203,432.68
Filing Creditor Name:
PHILLIPS PLASTICS
CORPORATION
1201 HANLEY RD
HUDSON, WI 54016

Claim Holder Name

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total: $203,432.68

Allowed Total: $172,471.39

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $203,432.68 | | | | 05-44640 | | | $172,471.39 |
| | **$203,432.68** | | | | | | | **$172,471.39** |

**Claim: 12438**
Date Filed: 07/28/2006
Docketed Total: $11,330.41
Filing Creditor Name:
PLAINFIELD STAMP ILLINOIS
INC
1351 NORTH DIVISION ST
PLAINFIELD, IL 60544

Claim Holder Name

PLAINFIELD STAMP ILLINOIS INC
1351 NORTH DIVISION ST
PLAINFIELD, IL 60544

Docketed Total: $11,330.41

Allowed Total: $5,867.91

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44567 | | | $11,330.41 | | 05-44567 | | | $5,867.91 |
| | | | **$11,330.41** | | | | | **$5,867.91** |

**Claim: 4268**
Date Filed: 05/01/2006
Docketed Total: $144,807.94
Filing Creditor Name:
QUALITY SCREW & NUT CO
1745 PAYSHPERE CIRCLE
ADD CHG 071205 LC
CHICAGO, IL 60674

Claim Holder Name

QUALITY SCREW & NUT CO
1745 PAYSHPERE CIRCLE
ADD CHG 071205 LC
CHICAGO, IL 60674

Docketed Total: $144,807.94

Allowed Total: $138,972.84

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $144,807.94 | | 05-44640 | | | $138,972.84 |
| | | | **$144,807.94** | | | | | **$138,972.84** |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document
Pg 63 of 174

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 15231<br>Date Filed: 07/31/2006<br>Docketed Total: $614,058.16<br>Filing Creditor Name:<br>QUALITY SYNTHETIC RUBBER INC<br>BUCKINGHAM DOOLITTLE & BURROUGHS LLP<br>PO BOX 1500<br>AKRON, OH 44309-1500 | Claim Holder Name<br><br>QUALITY SYNTHETIC RUBBER INC    Docketed Total: $614,058.16<br>BUCKINGHAM DOOLITTLE & BURROUGHS LLP<br>PO BOX 1500<br>AKRON, OH 44309-1500 | Allowed Total: $333,450.27 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44547                                 $614,058.16<br><br>                                                         $614,058.16 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $333,450.27<br><br>                                                         $333,450.27 |
| Claim: 2739<br>Date Filed: 04/24/2006<br>Docketed Total: $102,734.69<br>Filing Creditor Name:<br>QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Claim Holder Name<br><br>SIERRA LIQUIDITY FUND    Docketed Total: $102,734.69<br>2699 WHITE RD STE 255<br>IRVINE, CA 92614 | Allowed Total: $64,447.31 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $102,734.69<br><br>                                                         $102,734.69 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $64,447.31<br><br>                                                         $64,447.31 |
| Claim: 11264<br>Date Filed: 07/27/2006<br>Docketed Total: $673,272.82<br>Filing Creditor Name:<br>REPUBLIC ENGINEERED PRODUCTS INC<br>MCDONALD HOPKINS CO LPA<br>600 SUPERIOR AVE E STE 2100<br>CLEVELAND, OH 44114 | Claim Holder Name<br><br>AMROC INVESTMENTS LLC    Docketed Total: $673,272.82<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Allowed Total: $179,774.97 |
| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                 $673,272.82<br><br>                                                         $673,272.82 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                 $179,774.97<br><br>                                                         $179,774.97 |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Row 1**

CLAIM TO BE ALLOWED:
Claim: 11527
Date Filed:    07/27/2006
Docketed Total:    $45,258.00
Filing Creditor Name:
   ROTAFORM LLC
   VON BRIESEN & ROPER
   411 E WISCONSIN AVE STE 700
   MILWAUKEE, WI 53202

CLAIM AS DOCKETED**:
Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total:    $45,258.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,258.00 |
| | | | $45,258.00 |

CLAIM AS ALLOWED:
Allowed Total:    $37,322.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,322.00 |
| | | | $37,322.00 |

**Row 2**

CLAIM TO BE ALLOWED:
Claim: 1216
Date Filed:    12/19/2005
Docketed Total:    $48,089.03
Filing Creditor Name:
   SFS INTEC INC
   SPRING ST & VAN REED RD
   PO BOX 6326
   WYOMISSING, PA 19610

CLAIM AS DOCKETED**:
Claim Holder Name
HAIN CAPITAL INVESTORS LLC
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total:    $48,089.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $48,089.03 |
| | | | $48,089.03 |

CLAIM AS ALLOWED:
Allowed Total:    $19,911.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,911.66 |
| | | | $19,911.66 |

**Row 3**

CLAIM TO BE ALLOWED:
Claim: 2274
Date Filed:    03/13/2006
Docketed Total:    $222,238.45
Filing Creditor Name:
   SHERWIN WILLIAMS
   AUTOMOTIVE FINISHES CORP
   4440 WARRENSVILLE CENTER RD
   WARRENSVILLE HEIGHTS, OH
   44128

CLAIM AS DOCKETED**:
Claim Holder Name
SHERWIN WILLIAMS AUTOMOTIVE
FINISHES CORP
4440 WARRENSVILLE CENTER RD
WARRENSVILLE HEIGHTS, OH 44128
Docketed Total:    $222,238.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $222,238.45 |
| | | | $222,238.45 |

CLAIM AS ALLOWED:
Allowed Total:    $56,390.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $56,390.89 |
| | | | $56,390.89 |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11247**
Date Filed:   07/27/2006
Docketed Total:   $641,832.63
Filing Creditor Name:
  SKF USA INC
  PEPPER HAMILTON LLP
  HERCULES PLZ STE 5100
  1313 MARKET ST
  WILMINGTON, DE 19899

Claim Holder Name

SKF USA INC
PEPPER HAMILTON LLP
HERCULES PLZ STE 5100
1313 MARKET ST
WILMINGTON, DE 19899

Docketed Total:   $641,832.63

Allowed Total:   $29,777.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $85,147.54 | $556,685.09 |
| | | $85,147.54 | $556,685.09 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,777.40 |
| | | | $29,777.40 |

---

**Claim: 11274**
Date Filed:   07/27/2006
Docketed Total:   $176,158.38
Filing Creditor Name:
  SMALL PARTS INC
  PO BOX 7002
  LOGANSPORT, IN 46947

Claim Holder Name

SMALL PARTS INC
PO BOX 7002
LOGANSPORT, IN 46947

Docketed Total:   $176,158.38

Allowed Total:   $100,458.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $176,158.38 |
| | | | $176,158.38 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $100,458.41 |
| | | | $100,458.41 |

---

**Claim: 14137**
Date Filed:   07/31/2006
Docketed Total:   $2,752,068.75
Filing Creditor Name:
  SPCP GROUP LLC AS ASSIGNEE
  OF FUJIKOKI AMERICA INC
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name

SPECIAL SITUATIONS INVESTING
GROUP INC
C/O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total:   $2,752,068.75

Allowed Total:   $2,707,356.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,752,068.75 |
| | | | $2,752,068.75 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,707,356.75 |
| | | | $2,707,356.75 |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 14489<br>Date Filed: 07/31/2006<br>Docketed Total: $3,750,708.82<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF INTERMET CORPORATION<br>SILVER POINT CAPITAL<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name<br><br>SPCP GROUP LLC AS ASSIGNEE OF<br>INTERMET CORPORATION<br>SILVER POINT CAPITAL<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830        Docketed Total: $3,750,708.82 | Allowed Total: $3,724,793.18 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $3,750,708.82<br><br>                                                                          $3,750,708.82 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $3,724,793.18<br><br>                                                                          $3,724,793.18 |
| Claim: 14134<br>Date Filed: 07/31/2006<br>Docketed Total: $511,656.31<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF KEY PLASTICS LLC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name<br><br>SPCP GROUP LLC AS ASSIGNEE OF<br>KEY PLASTICS LLC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830        Docketed Total: $511,656.31 | Allowed Total: $164,793.93 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $511,656.31<br><br>                                                                          $511,656.31 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $164,793.93<br><br>                                                                          $164,793.93 |
| Claim: 14147<br>Date Filed: 07/31/2006<br>Docketed Total: $5,430,121.66<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE<br>OF TEXTRON FASTENING<br>SYSTEMS INC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name<br><br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302        Docketed Total: $5,430,121.66 | Allowed Total: $4,998,144.79 |
| | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $5,430,121.66<br><br>                                                                          $5,430,121.66 | Case Number*    Secured    Priority    Unsecured<br>05-44640                                                          $4,998,144.79<br><br>                                                                          $4,998,144.79 |

\*     See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 26**
Date Filed:   10/17/2005
Docketed Total:    $162.00
Filing Creditor Name:
   SPERRY & RICE MFG CO LLC
   9146 US 52
   BROOKVILLE, IN 47012

Claim Holder Name

LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601          Docketed Total:          $162.00

Allowed Total:          $40.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $162.00 |
| | | | **$162.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40.50 |
| | | | **$40.50** |

---

**Claim: 9772**
Date Filed:   07/18/2006
Docketed Total:    $72,034.20
Filing Creditor Name:
   SPS TECHNOLOGIES
   WATERFORD COMPANY FKA
   TERRY MACHINE COMPANY
   C O ROBERT SZWAJKOS ESQUIRE
   CURTIN & HEEFNER LLP
   250 N PENNSYLVANIA AVE
   MORRISVILLE, PA 19067

Claim Holder Name

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081          Docketed Total:          $72,034.20

Allowed Total:          $63,774.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| | | | **$72,034.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $63,774.83 |
| | | | **$63,774.83** |

---

**Claim: 12257**
Date Filed:   07/28/2006
Docketed Total:    $217,822.60
Filing Creditor Name:
   STANLEY ELECTRIC SALES OF
   AMERICA INC
   AFRCT LLP
   199 S LOS ROBLES AVE STE 600
   PASADENA, CA 91101

Claim Holder Name

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830          Docketed Total:          $217,822.60

Allowed Total:          $217,587.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| | | **$21,450.40** | **$196,372.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $217,587.60 |
| | | | **$217,587.60** |

---

*       See Exhibit H for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10011**
Date Filed:   07/20/2006
Docketed Total:   $2,009.90
Filing Creditor Name:
  TERMAX CORP
  DEPARTMENT 4137
  CAROL STREAM, IL 60122-4137

Claim Holder Name

TRADE DEBT NET                Docketed Total:        $2,009.90
281 TRESSER BLVD STE 1501
STAMFORD, CT 06901

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,009.90 |
| | | | **$2,009.90** |

Allowed Total:        $99.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $99.50 |
| | | | **$99.50** |

**Claim: 10180**
Date Filed:   07/21/2006
Docketed Total:   $1,670,436.79
Filing Creditor Name:
  THE CHERRY CORPORATION
  MCDERMOTT WILL & EMERY LLP
  227 W MONROE ST
  CHICAGO, IL 60606-5096

Claim Holder Name

HAIN CAPITAL HOLDINGS LLC     Docketed Total:     $1,670,436.79
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,670,436.79 | | |
| | **$1,670,436.79** | | |

Allowed Total:     $1,440,545.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,440,545.65 |
| | | | **$1,440,545.65** |

**Claim: 2649**
Date Filed:   04/13/2006
Docketed Total:   $68,059.78
Filing Creditor Name:
  THE FURUKAWA ELECTRIC CO
  LTD
  SQUIRE SANDERS & DEMPSEY
  LLP
  600 HANSEN WY
  PALO ALTO, CA 94304-1043

Claim Holder Name

LONGACRE MASTER FUND LTD      Docketed Total:        $68,059.78
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47452 | | | $68,059.78 |
| | | | **$68,059.78** |

Allowed Total:        $34,029.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47452 | | | $34,029.89 |
| | | | **$34,029.89** |

*       See Exhibit H for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 14319**
Date Filed: 07/31/2006
Docketed Total: $5,239,434.98
Filing Creditor Name:
THE TIMKEN COMPANY
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44706-0927

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $5,239,434.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $732,657.37 | $1,803,986.64 | $2,702,790.97 |
| | **$732,657.37** | **$1,803,986.64** | **$2,702,790.97** |

Allowed Total: $2,847,130.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,847,130.71 |
| | | | **$2,847,130.71** |

---

**Claim: 11743**
Date Filed: 07/27/2006
Docketed Total: $1,777,501.48
Filing Creditor Name:
TI GROUP AUTOMOTIVE
SYSTEMS LLC
GENERAL COUNSEL &
COMPANY SECRETARY
TI AUTOMOTIVE
12345 E NINE MILE RD
WARREN, MI 48089-2614

Claim Holder Name
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $1,777,501.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,777,501.48 |
| | | | **$1,777,501.48** |

Allowed Total: $1,299,418.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,299,418.83 |
| | | | **$1,299,418.83** |

---

**Claim: 2625**
Date Filed: 04/13/2006
Docketed Total: $202,626.18
Filing Creditor Name:
TINNERMAN PALNUT
ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $202,626.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $202,626.18 |
| | | | **$202,626.18** |

Allowed Total: $193,770.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,770.44 |
| | | | **$193,770.44** |

---

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2627**
Date Filed: 04/13/2006
Docketed Total: $1,923.00
Filing Creditor Name:
  TINNERMAN PALNUT
  ENGINEERED PRODUCTS
  PO BOX 10
  BRUNSWICK, OH 44212-2344

Claim Holder Name

LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: **$1,923.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $1,923.00 |
| | | | **$1,923.00** |

Allowed Total: **$384.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $384.60 |
| | | | **$384.60** |

---

**Claim: 2636**
Date Filed: 04/13/2006
Docketed Total: $4,770.00
Filing Creditor Name:
  TINNERMAN PALNUT
  ENGINEERED PRODUCTS
  PO BOX 10
  BRUNSWICK, OH 44212-2344

Claim Holder Name

LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: **$4,770.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $4,770.00 |
| | | | **$4,770.00** |

Allowed Total: **$2,385.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,385.00 |
| | | | **$2,385.00** |

---

**Claim: 9435**
Date Filed: 07/13/2006
Docketed Total: $37,488.17
Filing Creditor Name:
  TOPCRAFT PRECISION MOLDERS
  EFT
  301 IVYLAND RD
  WARMINSTER, PA 18974

Claim Holder Name

TOPCRAFT PRECISION MOLDERS
EFT
301 IVYLAND RD
WARMINSTER, PA 18974

Docketed Total: **$37,488.17**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,488.17 |
| | | | **$37,488.17** |

Allowed Total: **$29,113.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,113.78 |
| | | | **$29,113.78** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12239**

Date Filed:    07/28/2006

Docketed Total:    $599,351.09

Filing Creditor Name:

TOSHIBA AMERICA ELECTRONIC
COMPONENTS INC
WEILAND GOLDEN SMILEY
WANG EKVALL & STROK
650 TOWN CENTER DR STE 950
COSTA MESA, CA 92626

Claim Holder Name

TOSHIBA AMERICA ELECTRONIC
COMPONENTS INC
WEILAND GOLDEN SMILEY WANG
EKVALL & STROK
650 TOWN CENTER DR STE 950
COSTA MESA, CA 92626

Docketed Total:    **$599,351.09**

Allowed Total:    **$174,838.00**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $599,351.09 | | 05-44640 | | | $174,838.00 |
| | | | **$599,351.09** | | | | | **$174,838.00** |

---

**Claim: 12377**

Date Filed:    07/28/2006

Docketed Total:    $1,792.00

Filing Creditor Name:

TROSTEL LIMITED FORMERLY
KNOWN AS TROSTEL ALBERT
PACKING
901 MAXWELL ST
LAKE GENEVA, WI 53147

Claim Holder Name

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:    **$1,792.00**

Allowed Total:    **$896.00**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44567 | | | $1,792.00 | | 05-44567 | | | $896.00 |
| | | | **$1,792.00** | | | | | **$896.00** |

---

**Claim: 8340**

Date Filed:    06/22/2006

Docketed Total:    $2,348.64

Filing Creditor Name:

TWOSON ESP INC
PO BOX 131
718 MASSACHU SSETTS AVE
MATTHEWS, IN 46957

Claim Holder Name

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:    **$2,348.64**

Allowed Total:    **$1,174.32**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44567 | | | $2,348.64 | | 05-44567 | | | $1,174.32 |
| | | | **$2,348.64** | | | | | **$1,174.32** |

*    See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11233<br>Date Filed: 07/26/2006<br>Docketed Total: $134,780.90<br>Filing Creditor Name:<br>TWOSON TOOL CO INC<br>PO BOX 591<br>MUNCIE, IN 47308 | Claim Holder Name<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | Docketed Total: | | $134,780.90 | Allowed Total: | | | $116,565.04 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $134,780.90 | 05-44640 | | | $116,565.04 |
| | | | | **$134,780.90** | | | | **$116,565.04** |
| Claim: 10233<br>Date Filed: 07/21/2006<br>Docketed Total: $287,522.77<br>Filing Creditor Name:<br>UFE INC<br>PO BOX 7<br>STILLWATER, MN 55082-0007 | Claim Holder Name<br><br>UFE INC<br>PO BOX 7<br>STILLWATER, MN 55082-0007 | Docketed Total: | | $287,522.77 | Allowed Total: | | | $285,962.77 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $287,522.77 | 05-44640 | | | $285,962.77 |
| | | | | **$287,522.77** | | | | **$285,962.77** |
| Claim: 11640<br>Date Filed: 07/27/2006<br>Docketed Total: $6,183,936.00<br>Filing Creditor Name:<br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | Claim Holder Name<br><br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | Docketed Total: | | $6,183,936.00 | Allowed Total: | | | $3,180,058.44 |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44481 | | UNL | $6,183,936.00 | 05-44640 | | | $3,180,058.44 |
| | | | **UNL** | **$6,183,936.00** | | | | **$3,180,058.44** |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 73 of 174

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9454**
Date Filed:   07/13/2006
Docketed Total:   $23,391.86
Filing Creditor Name:
  VISHAY AMERICAS INC
  1 GREENWHICH PL
  SHELTON, CT 06484

Claim Holder Name

VISHAY AMERICAS INC
1 GREENWHICH PL
SHELTON, CT 06484

Docketed Total:   **$23,391.86**

Allowed Total:   **$14,166.86**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $23,391.86 | 05-44567 | | | $14,166.86 |
| | | | **$23,391.86** | | | | **$14,166.86** |

**Claim: 7205**
Date Filed:   05/31/2006
Docketed Total:   $26,066.24
Filing Creditor Name:
  WALCO CORPORATION
  PO BOX 9
  GLENSHAW, PA 15116

Claim Holder Name

LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF WALCO
CORPORATION
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:   **$26,066.24**

Allowed Total:   **$5,424.28**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $26,066.24 | 05-44640 | | | $5,424.28 |
| | | | **$26,066.24** | | | | **$5,424.28** |

**Claim: 10076**
Date Filed:   07/20/2006
Docketed Total:   $0.00
Filing Creditor Name:
  WOCO INDUSTRIETECHNIK
  GMBH
  25800 NORTHWESTERN HWY 1000
  SOUTHFIELD, MI 48075-1000

Claim Holder Name

WOCO INDUSTRIETECHNIK GMBH
25800 NORTHWESTERN HWY 1000
SOUTHFIELD, MI 48075-1000

Docketed Total:   **UNL**

Allowed Total:   **$77,084.27**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44640 | | | $77,084.27 |
| | | | **UNL** | | | | **$77,084.27** |

*     See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document
Pg 74 of 174

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 16447<br>Date Filed:    12/08/2006<br>Docketed Total:    $76,844.72<br>Filing Creditor Name:<br>  WRIGHT PLASTIC PRODUCTS CO LLC<br>  201 CONDENSERY RD<br>  SHERIDAN, MI 48884 | Claim Holder Name<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | | Docketed Total: | **$76,844.72** | | | Allowed Total: | **$91,270.07** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44567 | | | $76,844.72 | 05-44567 | | | $91,270.07 |
| | | | | **$76,844.72** | | | | **$91,270.07** |
| Claim: 7282<br>Date Filed:    06/01/2006<br>Docketed Total:    $44,400.00<br>Filing Creditor Name:<br>  XILINX INC<br>  ONE UNIVERSITY PLAZA STE 312<br>  HACKENSACK, NJ 07601 | Claim Holder Name<br><br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF XILINX INC<br>ONE UNIVERSITY PLZ STE 312<br>HACKENSACK, NJ 07601 | | Docketed Total: | **$44,400.00** | | | Allowed Total: | **$30,750.00** |
| | **Case Number*** | Secured | Priority | Unsecured | **Case Number*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $44,400.00 | 05-44640 | | | $30,750.00 |
| | | | | **$44,400.00** | | | | **$30,750.00** |

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 13183
Date Filed:   07/31/2006
Docketed Total:   $1,484,512.92
Filing Creditor Name:
  YAZAKI NORTH AMERICA INC
  6801 N HAGGERTY RD
  CANTON, MI 48187-3538

**CLAIM AS DOCKETED****

Claim Holder Name

YAZAKI NORTH AMERICA INC
6601 HAGGERTY RD
CANTON, MI 48187

Docketed Total:   **$1,084,784.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,084,784.98 |
| | | | **$1,084,784.98** |

**CLAIM AS ALLOWED**

Allowed Total:   **$202,242.27**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $202,242.27 |
| | | | **$202,242.27** |

Claim Holder Name

YAZAKI NORTH AMERICA INC
6801 N HAGGERTY RD
CANTON, MI 48187-3538

Docketed Total:   **$399,727.94**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $399,727.94 | | UNL |
| | **$399,727.94** | | **UNL** |

Allowed Total:   **$28,864.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| 05-44567 | | | $28,864.18 |
| | | | **$28,864.18** |

Claim: 3375
Date Filed:   04/28/2006
Docketed Total:   $2,678.08
Filing Creditor Name:
  ZIERICK MFG CO
  131 RADIO CIRCLE
  MOUNT KISCO, NY 10549

Claim Holder Name

ZIERICK MFG CO
131 RADIO CIRCLE
MOUNT KISCO, NY 10549

Docketed Total:   **$2,678.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,678.08 |
| | | | **$2,678.08** |

Allowed Total:   **$102.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $102.00 |
| | | | **$102.00** |

**Total Claims To Be Allowed: 113**

**Total Amount As Docketed:**   $88,354,360.54

**Total Amount As Allowed:**   $56,428,912.38

\*      See Exhibit H for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | CLAIM AS ALLOWED | |
|---|---|---|---|---|

**Claim: 11413**
Date Filed: 07/27/2006
Docketed Total: $617,679.20
Filing Creditor Name:
ACCURATE THREADED
FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Claim Holder Name
ACCURATE THREADED FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Docketed Total: $617,679.20

Allowed Total: $231,086.97

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $617,679.20 | | 05-44640 | | | $231,086.97 |
| | | | **$617,679.20** | | | | | **$231,086.97** |

**Claim: 123**
Date Filed: 10/25/2005
Docketed Total: $127,102.34
Filing Creditor Name:
ADVENT TOOL & MOLD INC
999 RIDGEWAY AVE
ROCHESTER, NY 14615

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $127,102.34

Allowed Total: $111,018.85

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $127,102.34 | | 05-44640 | | | $111,018.85 |
| | | | **$127,102.34** | | | | | **$111,018.85** |

**Claim: 4232**
Date Filed: 05/01/2006
Docketed Total: $32,587.26
Filing Creditor Name:
ALCOTEC WIRE CO
2750 AERO PK DR
TRAVERSE CITY, MI 49686-9103

Claim Holder Name
ALCOTEC WIRE CO
2750 AERO PK DR
TRAVERSE CITY, MI 49686-9103

Docketed Total: $32,587.26

Allowed Total: $3,665.92

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $32,587.26 | | 05-44640 | | | $3,665.92 |
| | | | **$32,587.26** | | | | | **$3,665.92** |

**Claim: 1683**
Date Filed: 01/26/2006
Docketed Total: $78,385.24
Filing Creditor Name:
ALLIANCE PLASTICS EFT
3123 STATION RD
ERIE, PA 16510

Claim Holder Name
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total: $78,385.24

Allowed Total: $56,610.31

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $78,385.24 | | 05-44640 | | | $56,610.31 |
| | | | **$78,385.24** | | | | | **$56,610.31** |

*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | CLAIM AS ALLOWED | |
|---|---|---|---|---|

**Claim: 15139**
Date Filed: 07/31/2006
Docketed Total: $59,414.30
Filing Creditor Name:
AMERICAN COIL SPRING
COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name

AMERICAN COIL SPRING
COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Docketed Total: $59,414.30

Allowed Total: $51,402.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,414.30 | 05-44640 | | | $51,402.10 |
| | | | **$59,414.30** | | | | **$51,402.10** |

**Claim: 15203**
Date Filed: 07/31/2006
Docketed Total: $110,591.58
Filing Creditor Name:
AMI INDUSTRIES INC
5093 N RED OAK RD
LEWISTON, MI 49756

Claim Holder Name

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $110,591.58

Allowed Total: $8,868.88

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $110,591.58 | 05-44640 | | | $8,868.88 |
| | | | **$110,591.58** | | | | **$8,868.88** |

**Claim: 8725**
Date Filed: 06/28/2006
Docketed Total: $57,311.51
Filing Creditor Name:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF SINCLAIR & RUSH
INC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $57,311.51

Allowed Total: $40,529.86

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $57,311.51 | 05-44640 | | | $40,529.86 |
| | | | **$57,311.51** | | | | **$40,529.86** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

### Row 1

**CLAIM TO BE ALLOWED**
Claim: 11196
Date Filed:    07/26/2006
Docketed Total:    $59,444.55
Filing Creditor Name:
   AMROC INVESTMENTS LLC AS
   ASSIGNEE OF TOMPKINS
   PRODUCTS INC EFT
   ATTN DAIV S LEINWAND
   535 MADISON AVE 15TH FL
   NEW YORK, NY 10022

**CLAIM AS DOCKETED**
Claim Holder Name
AMROC INVESTMENTS LLC
ATTN DAVID S LEINWAND ESQ
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total:    **$59,444.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,444.55 |
| | | | **$59,444.55** |

**CLAIM AS ALLOWED**
Allowed Total:    **$5,732.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,732.00 |
| | | | **$5,732.00** |

### Row 2

**CLAIM TO BE ALLOWED**
Claim: 12346
Date Filed:    07/28/2006
Docketed Total:    $215,079.82
Filing Creditor Name:
   ANGELL DEMMEL NORTH
   AMERICA INC
   1516 STANLEY AVE
   DAYTON, OH 45404

**CLAIM AS DOCKETED**
Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total:    **$215,079.82**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $46,948.73 | $168,131.09 |
| | | **$46,948.73** | **$168,131.09** |

**CLAIM AS ALLOWED**
Allowed Total:    **$185,481.47**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $185,481.47 |
| | | | **$185,481.47** |

### Row 3

**CLAIM TO BE ALLOWED**
Claim: 4458
Date Filed:    05/02/2006
Docketed Total:    $11,070.00
Filing Creditor Name:
   ARMADA RUBBER
   MANUFACTURING COMPANY
   PO BOX 579
   ARMADA, MI 48005-0579

**CLAIM AS DOCKETED**
Claim Holder Name
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797
Docketed Total:    **$11,070.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $1,210.00 | $9,860.00 |
| | | **$1,210.00** | **$9,860.00** |

**CLAIM AS ALLOWED**
Allowed Total:    **$9,100.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,100.00 |
| | | | **$9,100.00** |

### Row 4

**CLAIM TO BE ALLOWED**
Claim: 13825
Date Filed:    07/31/2006
Docketed Total:    $330,238.12
Filing Creditor Name:
   ARNESES ELECTRICOS
   AUTOMOTRICES S A DE C V
   CLEARY GOTTLIEB STEEN &
   HAMILTON LLP
   ONE LIBERTY PLZ
   NEW YORK, NY 10006

**CLAIM AS DOCKETED**
Claim Holder Name
BANK OF AMERICA N A
1 BRYANT PARK
NEW YORK, NY 10035
Docketed Total:    **$330,238.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $330,238.12 |
| | | | **$330,238.12** |

**CLAIM AS ALLOWED**
Allowed Total:    **$327,390.54**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $327,390.54 |
| | | | **$327,390.54** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2164<br>Date Filed: 03/01/2006<br>Docketed Total: $369,751.60<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br><br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | $369,751.60 | | Allowed Total: | | $360.00 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $369,751.60 | 05-44640 | | | $360.00 |
| | | | | **$369,751.60** | | | | **$360.00** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2318<br>Date Filed: 03/16/2006<br>Docketed Total: $135,690.16<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br><br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | $135,690.16 | | Allowed Total: | | $126,503.74 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $135,690.16 | 05-44567 | | | $110,688.30 |
| | | | | | 05-44640 | | | $15,815.44 |
| | | | | **$135,690.16** | | | | **$126,503.74** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|
| Claim: 2090<br>Date Filed: 02/21/2006<br>Docketed Total: $467,697.04<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br><br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | $467,697.04 | | Allowed Total: | | $442,461.61 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $467,697.04 | 05-44640 | | | $442,461.61 |
| | | | | **$467,697.04** | | | | **$442,461.61** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1165**
Date Filed: 12/14/2005
Docketed Total: $1,280,342.50
Filing Creditor Name:
ATMEL CORPORATION
2325 ORCHARD PKWY
SAN JOSE, CA 95131

Claim Holder Name

ATMEL CORPORATION — Docketed Total: **$1,280,342.50**
2325 ORCHARD PKWY
SAN JOSE, CA 95131

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,280,342.50 |
| | | | **$1,280,342.50** |

Allowed Total: **$674,272.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $627,760.00 |
| 05-44539 | | | $46,512.00 |
| | | | **$674,272.00** |

---

**Claim: 1081**
Date Filed: 12/02/2005
Docketed Total: $60,182.00
Filing Creditor Name:
AUSTRIAMICROSYSTEMS AG
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA

Claim Holder Name

AUSTRIAMICROSYSTEMS AG — Docketed Total: **$60,182.00**
AUSTIAMICROSYSTEMS AG
SCHLOSS PREMSLAETTEN
UNTERPREMSTAELTEN, A 8141
AUSTRIA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $60,182.00 |
| | | | **$60,182.00** |

Allowed Total: **$30,091.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,091.00 |
| | | | **$30,091.00** |

---

**Claim: 8141**
Date Filed: 06/19/2006
Docketed Total: $34,290.00
Filing Creditor Name:
AUSTRIAMICROSYSTEMS AG
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA

Claim Holder Name

AUSTRIAMICROSYSTEMS AG — Docketed Total: **$34,290.00**
SCHLOSS PREMSTAETTEN
UNTERPREMSTAELTEN, A-8141
AUSTRIA

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $34,290.00 |
| | | | **$34,290.00** |

Allowed Total: **$885.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $885.00 |
| | | | **$885.00** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 5453**
Date Filed: 05/10/2006
Docketed Total: $154,424.36
Filing Creditor Name:
  AVERY DENNINSON
  CORPORATION
  AVERY DENNISON
  CORPORATION
  7590 AUBURN RD
  PAINESVILLE, OH 44077

Claim Holder Name

AVERY DENNINSON CORPORATION
AVERY DENNISON CORPORATION
7590 AUBURN RD
PAINESVILLE, OH 44077

Docketed Total: $154,424.36

Allowed Total: $98,950.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $154,424.36 |
| | | | **$154,424.36** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $98,950.93 |
| | | | **$98,950.93** |

---

**Claim: 9755**
Date Filed: 07/18/2006
Docketed Total: $119,379.15
Filing Creditor Name:
  AVX CORP
  801 17TH AVE S
  MYRTLE BEACH, SC 29577-424

Claim Holder Name

AVX CORP
801 17TH AVE S
MYRTLE BEACH, SC 29577-424

Docketed Total: $119,379.15

Allowed Total: $9,368.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $11,894.48 | $107,484.67 |
| | | **$11,894.48** | **$107,484.67** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,948.30 |
| 05-44567 | | | $419.83 |
| | | | **$9,368.13** |

---

**Claim: 11459**
Date Filed: 07/27/2006
Docketed Total: $156,246.02
Filing Creditor Name:
  BAILEY MFG CO LLC
  10987 BENNETT STATE RD
  FORESTVILLE, NY 14062

Claim Holder Name

BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

Docketed Total: $156,246.02

Allowed Total: $115,161.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $156,246.02 |
| | | | **$156,246.02** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,161.48 |
| | | | **$115,161.48** |

---

*      See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10558**
Date Filed: 07/24/2006
Docketed Total: $620,518.73
Filing Creditor Name:
BATESVILLE TOOL & DIE INC
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

Claim Holder Name

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $620,518.73

Allowed Total: $589,587.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $620,518.73 |
| | | | $620,518.73 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $589,587.21 |
| | | | $589,587.21 |

---

**Claim: 1791**
Date Filed: 02/06/2006
Docketed Total: $8,866.55
Filing Creditor Name:
BEKAERT CORPORATION
1395 S MARIETTA PKWY
MARIETTA, GA 30067

Claim Holder Name

BEKAERT CORPORATION
1395 S MARIETTA PKWY
MARIETTA, GA 30067

Docketed Total: $8,866.55

Allowed Total: $1,361.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $8,866.55 | |
| | | $8,866.55 | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $1,361.73 |
| | | | $1,361.73 |

---

**Claim: 7206**
Date Filed: 05/31/2006
Docketed Total: $31,570.05
Filing Creditor Name:
BELLMAN MELCOR INC
18333 S 76TH AVE
PO BOX 188
TINLEY PK, IL 60477

Claim Holder Name

MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total: $31,570.05

Allowed Total: $16,805.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,570.05 |
| | | | $31,570.05 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,805.20 |
| | | | $16,805.20 |

---

**Claim: 12448**
Date Filed: 07/28/2006
Docketed Total: $33,219.20
Filing Creditor Name:
BERGQUIST COMPANY
18930 WEST 78TH ST
CHANHASSEN, MN 55317

Claim Holder Name

BERGQUIST COMPANY
18930 WEST 78TH ST
CHANHASSEN, MN 55317

Docketed Total: $33,219.20

Allowed Total: $3,307.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $33,219.20 |
| | | | $33,219.20 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,307.00 |
| | | | $3,307.00 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1389**
Date Filed: 12/30/2005
Docketed Total: $10,302.88
Filing Creditor Name:
BONA VISTA PROGRAMS INC
1220 E LAGUNA
PO BOX 2496
KOKOMO, IN 46904-2496

Claim Holder Name
BONA VISTA PROGRAMS INC
1220 E LAGUNA
PO BOX 2496
KOKOMO, IN 46904-2496
Docketed Total: **$10,302.88**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,302.88 |
| | | | **$10,302.88** |

Allowed Total: **$10,157.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,157.80 |
| | | | **$10,157.80** |

---

**Claim: 16300**
Date Filed: 09/12/2006
Docketed Total: $54,069.91
Filing Creditor Name:
BRAININ ADVANCE INDUSTRIES INC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE, CO 80424

Claim Holder Name
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202
Docketed Total: **$54,069.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $54,069.91 |
| | | | **$54,069.91** |

Allowed Total: **$5,628.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,628.57 |
| | | | **$5,628.57** |

---

**Claim: 1908**
Date Filed: 02/08/2006
Docketed Total: $6,425.10
Filing Creditor Name:
BUEHLER MOTOR INC
175 SOUTHPORT DRIVE STE 900
MORRISVILLE, NC 27560

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total: **$6,425.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $6,425.10 | |
| | | **$6,425.10** | |

Allowed Total: **$92.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $92.40 |
| | | | **$92.40** |

---

**Claim: 16247**
Date Filed: 08/18/2006
Docketed Total: $579,130.61
Filing Creditor Name:
C THORREZ INDUSTRIES INC
4909 W MICHIGAN AVE
JACKSON, MI 49201

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total: **$579,130.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $579,130.61 |
| | | | **$579,130.61** |

Allowed Total: **$126,534.31**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,534.31 |
| | | | **$126,534.31** |

---

\*     See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 84 of 174

Fortieth Omnibus Claims Objection

EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 8373**
Date Filed:  06/22/2006
Docketed Total:  $778,532.62
Filing Creditor Name:
  CAPSONIC AUTOMOTIVE INC
  460 S SECOND ST
  ELGIN, IL 60123

Claim Holder Name
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: **$778,532.62**

Allowed Total: **$567.39**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $778,532.62 | 05-44640 | | | $567.39 |
| | | | **$778,532.62** | | | | **$567.39** |

**Claim: 7659**
Date Filed:  06/08/2006
Docketed Total:  $298,168.53
Filing Creditor Name:
  CAPSONIC GROUP LLC
  460 S 2ND ST
  ELGIN, IL 60123

Claim Holder Name
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total: **$298,168.53**

Allowed Total: **$292,724.45**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $298,168.53 | 05-44640 | | | $292,724.45 |
| | | | **$298,168.53** | | | | **$292,724.45** |

**Claim: 16277**
Date Filed:  08/29/2006
Docketed Total:  $659,587.74
Filing Creditor Name:
  CERTIFIED TOOL &
  MANUFACTURING
  1201 ESTES AVE
  ELK GROVE VILLAGE, IL
  60007-5401

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

Docketed Total: **$545,737.74**

Allowed Total: **$0.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $545,737.74 | 05-44640 | | | $0.00 |
| | | | **$545,737.74** | | | | **$0.00** |

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: **$113,850.00**

Allowed Total: **$635,344.35**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $113,850.00 | | | 05-44640 | | | $635,344.35 |
| | **$113,850.00** | | | | | | **$635,344.35** |

*   See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7170**
Date Filed: 05/31/2006
Docketed Total: $21,222.25
Filing Creditor Name:
COMPONENT PLASTICS INC
700 TOLLGATE RD
ELGIN, IL 60123

Claim Holder Name

COMPONENT PLASTICS INC   Docketed Total: **$21,222.25**
700 TOLLGATE RD
ELGIN, IL 60123

Allowed Total: **$18,982.25**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $21,222.25 | | 05-44481 | | | $18,982.25 |
| | | | **$21,222.25** | | | | | **$18,982.25** |

**Claim: 14247**
Date Filed: 07/31/2006
Docketed Total: $45,870.92
Filing Creditor Name:
CONTINENTAL MIDLAND LLC
MUCH SHELIST
191 N WACKER DR STE 1800
CHICAGO, IL 60606

Claim Holder Name

CONTINENTAL MIDLAND LLC   Docketed Total: **$45,870.92**
MUCH SHELIST
191 N WACKER DR STE 1800
CHICAGO, IL 60606

Allowed Total: **$30,452.74**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $45,870.92 | | 05-44640 | | | $30,452.74 |
| | | | **$45,870.92** | | | | | **$30,452.74** |

**Claim: 12685**
Date Filed: 07/28/2006
Docketed Total: $91,628.77
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF INTEL AMERICAS
INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name

CONTRARIAN FUNDS LLC AS   Docketed Total: **$91,628.77**
ASSIGNEE OF INTEL AMERICAS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

Allowed Total: **$64,801.77**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $91,628.77 | | 05-44640 | | | $64,801.77 |
| | | | **$91,628.77** | | | | | **$64,801.77** |

*   See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10402**
Date Filed:   07/24/2006
Docketed Total:   $220,188.26
Filing Creditor Name:
   COOPER BUSSMANN INC
   175 HANSEN COURT
   WOOD DALE, IL 60191

Claim Holder Name
COOPER BUSSMANN INC
175 HANSEN COURT
WOOD DALE, IL 60191

Docketed Total:     **$220,188.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $220,188.26 |
| | | | **$220,188.26** |

Allowed Total:     **$45,441.87**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,441.87 |
| | | | **$45,441.87** |

**Claim: 16018**
Date Filed:   08/09/2006
Docketed Total:   $3,352.00
Filing Creditor Name:
   DAJACO INDUSTRIES INC
   49715 LEONA
   CHESTERFIELD, MI 48051

Claim Holder Name
DAJACO INDUSTRIES INC
49715 LEONA
CHESTERFIELD, MI 48051

Docketed Total:     **$3,352.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,352.00 |
| | | | **$3,352.00** |

Allowed Total:     **$1,300.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,300.00 |
| | | | **$1,300.00** |

**Claim: 2747**
Date Filed:   04/24/2006
Docketed Total:   $71,255.39
Filing Creditor Name:
   DATWYLER I O DEVICES
   AMERICAS
   NELSON MULLINS RILEY &
   SCARBOROUGH LLP
   PO BOX 11070
   COLUMBIA, SC 29211-1070

Claim Holder Name
DATWYLER I O DEVICES AMERICAS
NELSON MULLINS RILEY &
SCARBOROUGH LLP
PO BOX 11070
COLUMBIA, SC 29211-1070

Docketed Total:     **$71,255.39**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $71,255.39 |
| | | | **$71,255.39** |

Allowed Total:     **$53,085.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $53,085.76 |
| | | | **$53,085.76** |

**Claim: 15226**
Date Filed:   07/31/2006
Docketed Total:   $87,775.20
Filing Creditor Name:
   DELTA PRODUCTS
   CORPORATION
   4405 CUSHING PKWY
   FREMONT, CA 94538

Claim Holder Name
DELTA PRODUCTS CORPORATION
4405 CUSHING PKWY
FREMONT, CA 94538

Docketed Total:     **$87,775.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,775.20 |
| | | | **$87,775.20** |

Allowed Total:     **$80,539.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,539.55 |
| | | | **$80,539.55** |

\*      See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1586**
Date Filed: 01/17/2006
Docketed Total: $16,269.10
Filing Creditor Name:
  DEVRIES INTERNATIONAL INC
  1645 REYNOLDS AVE
  IRVINE, CA 92614

Claim Holder Name

DEVRIES INTERNATIONAL INC
1645 REYNOLDS AVE
IRVINE, CA 92614

Docketed Total: **$16,269.10**

Allowed Total: **$15,489.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $16,269.10 | 05-44481 | | | $15,489.10 |
| | | | **$16,269.10** | | | | **$15,489.10** |

**Claim: 14401**
Date Filed: 07/31/2006
Docketed Total: $4,652.71
Filing Creditor Name:
  DOTT INDUSTRIES INC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Claim Holder Name

DOTT INDUSTRIES INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total: **$4,652.71**

Allowed Total: **$3,294.59**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $4,652.71 | | | 05-44640 | | | $3,294.59 |
| | **$4,652.71** | | | | | | **$3,294.59** |

**Claim: 14402**
Date Filed: 07/31/2006
Docketed Total: $18,385.92
Filing Creditor Name:
  DOTT INDUSTRIES INC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Claim Holder Name

DOTT INDUSTRIES INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Docketed Total: **$18,385.92**

Allowed Total: **$2,903.04**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | $18,385.92 | | | 05-44567 | | | $2,903.04 |
| | **$18,385.92** | | | | | | **$2,903.04** |

**Claim: 7343**
Date Filed: 06/02/2006
Docketed Total: $59,296.80
Filing Creditor Name:
  DOW CORNING CORP
  2200 W SALZBURG RD
  MIDLAND, MI 48686

Claim Holder Name

DOW CORNING CORP
2200 W SALZBURG RD
MIDLAND, MI 48686

Docketed Total: **$59,296.80**

Allowed Total: **$17,184.49**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,296.80 | 05-44640 | | | $17,184.49 |
| | | | **$59,296.80** | | | | **$17,184.49** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document
Pg 88 of 174

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7341**
Date Filed:   06/02/2006
Docketed Total:   $34,468.09
Filing Creditor Name:
  DOW CORNING CORPORATION
  2200 W SALZBURG RD
  MIDLAND, MI 48686

Claim Holder Name

DOW CORNING CORPORATION
2200 W SALZBURG RD
MIDLAND, MI 48686

Docketed Total:   **$34,468.09**

Allowed Total:   **$26,554.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,468.09 |
| | | | **$34,468.09** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,554.57 |
| | | | **$26,554.57** |

---

**Claim: 116**
Date Filed:   10/25/2005
Docketed Total:   $289,004.91
Filing Creditor Name:
  DRAKA AUTOMOTIVE GMBH
  DICKESTR 23
  WUPPERTAL, D 42369
  GERMANY

Claim Holder Name

DRAKA AUTOMOTIVE GMBH
DICKESTR 23
WUPPERTAL, D 42369
GERMANY

Docketed Total:   **$289,004.91**

Allowed Total:   **$11,929.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $289,004.91 |
| | | | **$289,004.91** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,929.34 |
| | | | **$11,929.34** |

---

**Claim: 9916**
Date Filed:   07/19/2006
Docketed Total:   $86,129.80
Filing Creditor Name:
  DYBROOK PRODUCTS INC
  5232 TOD AVE S W UNIT 23
  WARREN, OH 44481-972

Claim Holder Name

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total:   **$86,129.80**

Allowed Total:   **$56,728.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $86,129.80 |
| | | | **$86,129.80** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,728.06 |
| | | | **$56,728.06** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 8376**
Date Filed:  06/22/2006
Docketed Total:    $131,187.07
Filing Creditor Name:
  DYNACAST CANADA INC
  HUNTON & WILLIAMS LLC
  RIVERFRONT PLZ EAST TOWER
  951 E BYRD ST
  RICHMOND, VA 23219

Claim Holder Name

DYNACAST CANADA INC
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

Docketed Total:    $131,187.07

Allowed Total:    $115,316.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,221.49 | | $127,965.58 |
| | $3,221.49 | | $127,965.58 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $68.19 |
| 05-44640 | | | $115,248.23 |
| | | | $115,316.42 |

**Claim: 1464**
Date Filed:  01/09/2006
Docketed Total:    $122,867.13
Filing Creditor Name:
  ERWIN QUARDER INC
  5101 KRAFT AVE SE
  GRAND RAPIDS, MI 49512

Claim Holder Name

ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Docketed Total:    $122,867.13

Allowed Total:    $18,036.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $122,867.13 |
| | | | $122,867.13 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,036.90 |
| | | | $18,036.90 |

**Claim: 9461**
Date Filed:  07/13/2006
Docketed Total:    $52,740.26
Filing Creditor Name:
  EVOX RIFA INC
  1900 N ROSELLE RD STE 405
  SCHAUMBURG, IL 60195-3172

Claim Holder Name

EVOX RIFA INC
1900 N ROSELLE RD STE 405
SCHAUMBURG, IL 60195-3172

Docketed Total:    $52,740.26

Allowed Total:    $22,878.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $52,740.26 |
| | | | $52,740.26 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,878.00 |
| | | | $22,878.00 |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 16751**<br>Date Filed: 12/05/2007<br>Docketed Total: $250,422.69<br>Filing Creditor Name:<br>F&G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005 | Claim Holder Name<br><br>F&G MULTI SLIDE INC<br>130 INDUSTRIAL DR<br>FRANKLIN, OH 45005 | | Docketed Total: | $250,422.69 | | | Allowed Total: | $237,791.47 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $250,422.69 | 05-44640 | | | $237,791.47 |
| | | | | **$250,422.69** | | | | **$237,791.47** |
| **Claim: 2350**<br>Date Filed: 03/21/2006<br>Docketed Total: $222,736.28<br>Filing Creditor Name:<br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI 48080-1775 | Claim Holder Name<br><br>FEDERAL SCREW WORKS<br>20229 9 MILE RD<br>SAINT CLAIR SHORES, MI 48080-1775 | | Docketed Total: | $222,736.28 | | | Allowed Total: | $43,226.19 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $4,013.35 | $218,722.93 | 05-44640 | | | $43,226.19 |
| | | | **$4,013.35** | **$218,722.93** | | | | **$43,226.19** |
| **Claim: 12839**<br>Date Filed: 07/28/2006<br>Docketed Total: $492,938.78<br>Filing Creditor Name:<br>FUJITSU COMPONENTS<br>AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | Claim Holder Name<br><br>FUJITSU COMPONENTS AMERICA INC<br>250 E CARIBBEAN DR<br>SUNNYVALE, CA 94086 | | Docketed Total: | $492,938.78 | | | Allowed Total: | $253,703.19 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $492,938.78 | 05-44640 | | | $253,703.19 |
| | | | | **$492,938.78** | | | | **$253,703.19** |
| **Claim: 6993**<br>Date Filed: 05/30/2006<br>Docketed Total: $1,535.40<br>Filing Creditor Name:<br>GAPI USA<br>300 HULS DR<br>CLAYTON, OH 45315 | Claim Holder Name<br><br>GAPI USA<br>300 HULS DR<br>CLAYTON, OH 45315 | | Docketed Total: | $1,535.40 | | | Allowed Total: | $652.50 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $1,535.40 | 05-44481 | | | $652.50 |
| | | | | **$1,535.40** | | | | **$652.50** |

\*     See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 10199**
Date Filed: 07/21/2006
Docketed Total: $341,525.93
Filing Creditor Name:
GE CONSUMER & INDUSTRIAL F K A GE SUPPLY
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Claim Holder Name

GE CONSUMER & INDUSTRIAL F K A GE SUPPLY
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

Docketed Total: $341,525.93

Allowed Total: $284,394.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $341,525.93 | 05-44640 | | | $284,394.80 |
| | | | **$341,525.93** | | | | **$284,394.80** |

**Claim: 7325**
Date Filed: 06/01/2006
Docketed Total: $388,310.09
Filing Creditor Name:
GOODYEAR CANADA INC
1144 E MARKET ST
AKRON, OH 44316

Claim Holder Name

JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $388,310.09

Allowed Total: $347,207.29

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $388,310.09 | 05-44640 | | | $347,207.29 |
| | | | **$388,310.09** | | | | **$347,207.29** |

**Claim: 9219**
Date Filed: 07/10/2006
Docketed Total: $290,762.87
Filing Creditor Name:
GREYSTONE OF LINCOLN INC
7 WELLINGTON RD
LINCOLN, RI 02865

Claim Holder Name

SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $290,762.87

Allowed Total: $264,541.61

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $290,762.87 | 05-44640 | | | $264,541.61 |
| | | | **$290,762.87** | | | | **$264,541.61** |

\*    See Exhibit H for a listing of debtor entities by case number.

EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16746**
Date Filed:   11/13/2007
Docketed Total:   $41,723.84
Filing Creditor Name:
  H & L TOOL COMPANY INC
  32701 DEQUINDRE RD
  MADISON HEIGHTS, MI 48071

Claim Holder Name

H & L TOOL COMPANY INC
32701 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

Docketed Total:   **$41,723.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,002.35 | $34,721.49 |
| | | **$7,002.35** | **$34,721.49** |

Allowed Total:   **$32,682.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,682.97 |
| | | | **$32,682.97** |

---

**Claim: 7603**
Date Filed:   06/07/2006
Docketed Total:   $2,614.68
Filing Creditor Name:
  H & M COMPANY INC
  200 CHIHUAHUA ST
  SAN ANTONIO, TX 78207-6330

Claim Holder Name

H & M COMPANY INC
200 CHIHUAHUA ST
SAN ANTONIO, TX 78207-6330

Docketed Total:   **$2,614.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,614.68 |
| | | | **$2,614.68** |

Allowed Total:   **$872.27**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $872.27 |
| | | | **$872.27** |

---

**Claim: 668**
Date Filed:   11/18/2005
Docketed Total:   $356,407.35
Filing Creditor Name:
  HARRINGTON TOOL AND DIE
  INC
  2555 MATTE BLVD
  BROSSARD, QC J4Y 2H1
  CANADA

Claim Holder Name

HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

Docketed Total:   **$356,407.35**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $356,407.35 |
| | | | **$356,407.35** |

Allowed Total:   **$130,033.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $130,033.90 |
| | | | **$130,033.90** |

---

**Claim: 1307**
Date Filed:   12/27/2005
Docketed Total:   $5,374.05
Filing Creditor Name:
  HECKETHORN
  MANUFACTURING CO INC
  2005 FORREST ST
  DYERSBURG, TN 38024

Claim Holder Name

DEBT ACQUISITION COMPANY OF
AMERICA V LLC
1565 HOTEL CIRCLE S STE 310
SAN DIEGO, CA 92108

Docketed Total:   **$5,374.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,374.05 |
| | | | **$5,374.05** |

Allowed Total:   **$1,728.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,728.00 |
| | | | **$1,728.00** |

---

\*     See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7706**
Date Filed:   06/09/2006
Docketed Total:   $50,895.80
Filing Creditor Name:
HENNESSEY CAPITAL
SOLUTIONS
ASSIGNEE PLASTIC SOLUTIONS
INC
23261 WOODWARD AVE
HUNTINGTON WOODS, MI
48070-1362

Claim Holder Name

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total:   $50,895.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $50,895.80 | | |
| | **$50,895.80** | | |

Allowed Total:   $12,236.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,236.35 |
| | | | **$12,236.35** |

---

**Claim: 3827**
Date Filed:   05/01/2006
Docketed Total:   $31,046.14
Filing Creditor Name:
HENRY COUNTY RURAL
ELECTRIC ME
HENRY COUNTY REMC
201 N 6TH ST
NEW CASTLE, IN 47362

Claim Holder Name

LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF HENRY COUNTY
REMC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total:   $31,046.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,046.14 |
| | | | **$31,046.14** |

Allowed Total:   $15,224.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,224.53 |
| | | | **$15,224.53** |

---

**Claim: 2186**
Date Filed:   03/03/2006
Docketed Total:   $41,085.40
Filing Creditor Name:
HOSIDEN AMERICA
CORPORATION
MASUDA FUNAI ET AL
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name

FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

Docketed Total:   $41,085.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | **$41,085.40** |

Allowed Total:   $37,733.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,733.60 |
| | | | **$37,733.60** |

---

*     See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 15220<br>Date Filed: 07/31/2006<br>Docketed Total: $321,256.00<br>Filing Creditor Name:<br>HUTCHINSON SEAL CORPORATION<br>PO BOX 1886<br>GRAND RAPIDS, MI 49501 | Claim Holder Name<br><br>HAIN CAPITAL INVESTORS LLC — Docketed Total: **$321,256.00**<br>301 ROUTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $321,256.00<br>**$321,256.00** | Allowed Total: **$169,753.45**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $169,753.45<br>**$169,753.45** |
| Claim: 480<br>Date Filed: 11/10/2005<br>Docketed Total: $203,405.32<br>Filing Creditor Name:<br>HYLAND MACHINE COMPANY<br>1900 KUNTZ RD<br>DAYTON, OH 45404 | Claim Holder Name<br><br>ARGO PARTNERS — Docketed Total: **$203,405.32**<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $203,405.32<br>**$203,405.32** | Allowed Total: **$11,280.00**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / / $11,280.00<br>**$11,280.00** |
| Claim: 9565<br>Date Filed: 07/17/2006<br>Docketed Total: $4,890.13<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ANCHOR FASTENERS<br>26101 FARGO AVE<br>CLEVELAND, OH 44146-1305 | Claim Holder Name<br><br>ILLINOIS TOOL WORKS INC — Docketed Total: **$4,890.13**<br>ANCHOR FASTENERS<br>26101 FARGO AVE<br>CLEVELAND, OH 44146-1305<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481 / / $4,890.13 /<br>**$4,890.13** | Allowed Total: **$2,115.60**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640 / / / $2,115.60<br>**$2,115.60** |

\*     See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 6615**

Claim Holder Name

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 6615<br>Date Filed: 05/22/2006<br>Docketed Total: $7,907.92<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED<br>FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS, WI 54729 | Claim Holder Name<br><br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED<br>FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS, WI 54729 | Docketed Total: | | $7,907.92 | | Allowed Total: | | $7,423.87 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$7,907.92 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$7,423.87 |
| | | | | $7,907.92 | | | | $7,423.87 |
| Claim: 9569<br>Date Filed: 07/17/2006<br>Docketed Total: $72,359.10<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | Claim Holder Name<br><br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | Docketed Total: | | $72,359.10 | | Allowed Total: | | $61,077.77 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$44,411.35 | Unsecured<br>$27,947.75 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$61,077.77 |
| | | | $44,411.35 | $27,947.75 | | | | $61,077.77 |
| Claim: 9574<br>Date Filed: 07/17/2006<br>Docketed Total: $106,700.48<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND, MI 49464 | Claim Holder Name<br><br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND, MI 49464 | Docketed Total: | | $106,700.48 | | Allowed Total: | | $87,321.04 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$102,936.28 | Unsecured<br>$3,764.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$87,321.04 |
| | | | $102,936.28 | $3,764.20 | | | | $87,321.04 |

\*    See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9567**
Date Filed:   07/17/2006
Docketed Total:   $151,274.89
Filing Creditor Name:
ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

Claim Holder Name

ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675          Docketed Total:   **$151,274.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,274.89 | |
| | | **$151,274.89** | |

Allowed Total:   **$38,404.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $38,404.71 |
| | | | **$38,404.71** |

**Claim: 12246**
Date Filed:   07/28/2006
Docketed Total:   $18,691.05
Filing Creditor Name:
ILLINOIS TOOL WORKS INC
TRANS TECH AMERICA
475 N GARY AVE
CAROL STREAM, IL 60188-490

Claim Holder Name

ILLINOIS TOOL WORKS INC
TRANS TECH AMERICA
475 N GARY AVE
CAROL STREAM, IL 60188-490          Docketed Total:   **$18,691.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,691.05 |
| | | | **$18,691.05** |

Allowed Total:   **$9,652.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,652.50 |
| | | | **$9,652.50** |

**Claim: 1699**
Date Filed:   01/30/2006
Docketed Total:   $117,572.06
Filing Creditor Name:
INDUSTRIAL DIELECTRICS INC
PO BOX 357
NOBLESVILLE, IN 46060

Claim Holder Name

ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797          Docketed Total:   **$117,572.06**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $117,572.06 |
| | | | **$117,572.06** |

Allowed Total:   **$97,811.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $97,811.66 |
| | | | **$97,811.66** |

*      See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim:** 10279
**Date Filed:** 07/24/2006
**Docketed Total:** $1,456,361.79
**Filing Creditor Name:**
  INTEGRATED SILICON
  SOLUTION EF INC
  2231 LAWSON LN
  SANTA CLARA, CA 95054

Claim Holder Name

INTEGRATED SILICON SOLUTION EF INC
2231 LAWSON LN
SANTA CLARA, CA 95054

Docketed Total: **$1,456,361.79**

Allowed Total: **$1,267,237.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,456,361.79 |
| | | | **$1,456,361.79** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,267,237.10 |
| | | | **$1,267,237.10** |

---

**Claim:** 13788
**Date Filed:** 07/31/2006
**Docketed Total:** $1,423,472.76
**Filing Creditor Name:**
  INTERNATIONAL RECTIFIER
  CORPORATION
  SHEPPARD MULLIN RICHTER &
  HAMPTON LLP
  333 S HOPE ST 48TH FL
  LOS ANGELES, CA 90071

Claim Holder Name

INTERNATIONAL RECTIFIER CORPORATION
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 S HOPE ST 48TH FL
LOS ANGELES, CA 90071

Docketed Total: **$1,423,472.76**

Allowed Total: **$66,745.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,423,472.76 |
| | | | **$1,423,472.76** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $66,745.04 |
| | | | **$66,745.04** |

---

**Claim:** 1541
**Date Filed:** 01/17/2006
**Docketed Total:** $114,460.81
**Filing Creditor Name:**
  ITT CANNON NEWTON
  2881 EAST BAYARD STREET
  SENECA FALLS, NY 13148

Claim Holder Name

ITT CANNON NEWTON
2881 EAST BAYARD STREET
SENECA FALLS, NY 13148

Docketed Total: **$114,460.81**

Allowed Total: **$54,346.05**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $114,460.81 |
| | | | **$114,460.81** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $54,346.05 |
| | | | **$54,346.05** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9573**
Date Filed: 07/17/2006
Docketed Total: $159,690.14
Filing Creditor Name:
ITW DELTAR INSERT MOLDED PRODUCTS
9629 W 197TH ST
MOKENA, IL 60448

Claim Holder Name
ITW DELTAR INSERT MOLDED PRODUCTS
9629 W 197TH ST
MOKENA, IL 60448
Docketed Total: $159,690.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $159,690.14 |
| | | | $159,690.14 |

Allowed Total: $94,514.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $94,514.87 |
| | | | $94,514.87 |

---

**Claim: 10421**
Date Filed: 07/24/2006
Docketed Total: $53,587.08
Filing Creditor Name:
ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477

Claim Holder Name
ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477
Docketed Total: $53,587.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,219.78 | $27,367.30 |
| | | $26,219.78 | $27,367.30 |

Allowed Total: $38,803.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $38,803.44 |
| | | | $38,803.44 |

---

**Claim: 1688**
Date Filed: 01/27/2006
Docketed Total: $65,530.04
Filing Creditor Name:
ITW SHAKEPROOF INDUSTRIAL PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Claim Holder Name
ITW SHAKEPROOF INDUSTRIAL PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155
Docketed Total: $65,530.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $65,530.04 |
| | | | $65,530.04 |

Allowed Total: $29,406.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,406.38 |
| | | | $29,406.38 |

---

**Claim: 14915**
Date Filed: 07/31/2006
Docketed Total: $468,786.87
Filing Creditor Name:
JAMESTOWN CONTAINER CORP SPECIALTY PRODUCTS DIV
2345 WALDEN AVE
BUFFALO, NY 14225

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $468,786.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $468,786.87 |
| | | | $468,786.87 |

Allowed Total: $393,821.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $393,821.03 |
| | | | $393,821.03 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document
Pg 99 of 174

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | CLAIM AS ALLOWED | |
|---|---|---|---|---|

**Claim: 8133**
Date Filed:   06/16/2006
Docketed Total:    $1,005,284.25
Filing Creditor Name:
JIFFY TITE CO INC
4437 WALDEN AVE
LANCASTER, NY 14086

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total:    **$1,005,284.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,005,284.25 |
| | | | **$1,005,284.25** |

Allowed Total:    **$995,991.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $995,991.07 |
| | | | **$995,991.07** |

---

**Claim: 533**
Date Filed:   11/14/2005
Docketed Total:    $27,398.92
Filing Creditor Name:
JOHN GUEST AUTOMOTIVE INC
10 BLOOMFIELD AVE
PO BOX 625
PINE BROOK, NJ 07058

Claim Holder Name
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:    **$27,398.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,398.92 |
| | | | **$27,398.92** |

Allowed Total:    **$540.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $540.00 |
| | | | **$540.00** |

---

**Claim: 15565**
Date Filed:   07/31/2006
Docketed Total:    $112,181.25
Filing Creditor Name:
KAC HOLDINGS INC DBA
KESTER
KESTER
800 W THORNDALE AVE
ITASCA, IL 60143-1341

Claim Holder Name
KAC HOLDINGS INC DBA KESTER
KESTER
800 W THORNDALE AVE
ITASCA, IL 60143-1341

Docketed Total:    **$112,181.25**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $112,181.25 |
| | | | **$112,181.25** |

Allowed Total:    **$58,202.55**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $58,202.55 |
| | | | **$58,202.55** |

---

**Claim: 642**
Date Filed:   11/17/2005
Docketed Total:    $1,703,785.68
Filing Creditor Name:
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Docketed Total:    **$1,703,785.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,703,785.68 |
| | | | **$1,703,785.68** |

Allowed Total:    **$1,125,779.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,125,779.66 |
| | | | **$1,125,779.66** |

---

\*      See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 105**
Date Filed:    10/25/2005
Docketed Total:    $233,508.18
Filing Creditor Name:
    KEATS MANUFACTURING CO
    350 W HOLBROOK DR
    WHEELING, IL 60090

Claim Holder Name

KEATS MANUFACTURING CO
350 W HOLBROOK DR
WHEELING, IL 60090

Docketed Total:    $233,508.18

Allowed Total:    $39,373.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $233,508.18 |
| | | | **$233,508.18** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,339.05 |
| 05-44567 | | | $3,034.10 |
| | | | **$39,373.15** |

---

**Claim: 104**
Date Filed:    10/25/2005
Docketed Total:    $25,760.03
Filing Creditor Name:
    KEATS SOUTHWEST INC
    350 W HOLBROOK DR
    WHEELING, IL 60090

Claim Holder Name

KEATS SOUTHWEST INC
350 W HOLBROOK DR
WHEELING, IL 60090

Docketed Total:    $25,760.03

Allowed Total:    $9,051.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $25,760.03 |
| | | | **$25,760.03** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,051.14 |
| | | | **$9,051.14** |

---

**Claim: 12210**
Date Filed:    07/28/2006
Docketed Total:    $34,446.55
Filing Creditor Name:
    KEMET ELECTRONICS
    CORPORATION
    PO BOX 5928
    GREENVILLE, SC 29606

Claim Holder Name

KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total:    $34,446.55

Allowed Total:    $14,465.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $34,446.55 |
| | | | **$34,446.55** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,465.05 |
| | | | **$14,465.05** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 101 of 174

Fortieth Omnibus Claims Objection

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12211**
Date Filed: 07/28/2006
Docketed Total: $881,156.41
Filing Creditor Name:
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Claim Holder Name
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total: **$881,156.41**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $881,156.41 |
| | | | **$881,156.41** |

Allowed Total: **$152,937.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152,937.45 |
| | | | **$152,937.45** |

---

**Claim: 14534**
Date Filed: 07/31/2006
Docketed Total: $3,629,694.59
Filing Creditor Name:
L&W ENGINEERING CO
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

Claim Holder Name
TPG CREDIT MANAGMENT LP
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: **$3,629,694.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,629,694.59 | | |
| | **$3,629,694.59** | | |

Allowed Total: **$543,640.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $543,640.44 |
| | | | **$543,640.44** |

---

**Claim: 9832**
Date Filed: 07/18/2006
Docketed Total: $268,853.90
Filing Creditor Name:
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Claim Holder Name
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Docketed Total: **$268,853.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,853.90 |
| | | | **$268,853.90** |

Allowed Total: **$192,950.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $192,950.99 |
| | | | **$192,950.99** |

---

**Claim: 11925**
Date Filed: 07/28/2006
Docketed Total: $317,117.86
Filing Creditor Name:
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Claim Holder Name
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Docketed Total: **$317,117.86**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $263,044.57 | $54,073.29 |
| | | **$263,044.57** | **$54,073.29** |

Allowed Total: **$31,398.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,398.46 |
| | | | **$31,398.46** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

| | Claim Holder Name | |
| Claim: 1994 | | |
| Date Filed: 02/14/2006 | LIFETIME INDUSTRIES INC | |
| Docketed Total: $35,738.64 | BURCH PORTER & JOHNSON PLLC   Docketed Total: **$35,738.64** | Allowed Total: **$5,669.94** |
| Filing Creditor Name: | 130 N COURT AVE | |
| LIFETIME INDUSTRIES INC | MEMPHIS, TN 38103 | |
| BURCH PORTER & JOHNSON | | |
| PLLC | | |
| 130 N COURT AVE | | |
| MEMPHIS, TN 38103 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| | 05-44481                                              $35,738.64 | 05-44640                                              $5,669.94 |
| | **$35,738.64** | **$5,669.94** |

| | Claim Holder Name | |
| Claim: 16307 | | |
| Date Filed: 09/12/2006 | LORD CORPORATION | |
| Docketed Total: $362,371.05 | 2000 W GRANDVIEW BLVD   Docketed Total: **$362,371.05** | Allowed Total: **$10,359.59** |
| Filing Creditor Name: | ERIE, PA 16514 | |
| LORD CORPORATION | | |
| 2000 W GRANDVIEW BLVD | | |
| ERIE, PA 16514 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| | 05-44481                                              $362,371.05 | 05-44640                                              $10,359.59 |
| | **$362,371.05** | **$10,359.59** |

| | Claim Holder Name | |
| Claim: 15926 | | |
| Date Filed: 07/26/2006 | M A COM INC | |
| Docketed Total: $404,986.61 | PO BOX 3608 MS38 26   Docketed Total: **$404,986.61** | Allowed Total: **$125,651.26** |
| Filing Creditor Name: | HARRISBURG, PA 17105 | |
| M A COM INC | | |
| PO BOX 3608 MS38 26 | | |
| HARRISBURG, PA 17105 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| | 05-44640                                              $404,986.61 | 05-44640                                              $125,651.26 |
| | **$404,986.61** | **$125,651.26** |

| | Claim Holder Name | |
| Claim: 10186 | | |
| Date Filed: 07/21/2006 | AMROC INVESTMENTS LLC | |
| Docketed Total: $130,579.71 | 535 MADISON AVE 15TH FL   Docketed Total: **$130,579.71** | Allowed Total: **$89,510.49** |
| Filing Creditor Name: | NEW YORK, NY 10022 | |
| MAGNESIUM ALUMINUM CORP | | |
| 3425 SERVICE RD | | |
| CLEVELAND, OH 44111 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| | 05-44481                                              $130,579.71 | 05-44640                                              $89,510.49 |
| | **$130,579.71** | **$89,510.49** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**
Claim: 11453
Date Filed: 07/27/2006
Docketed Total: $236,298.73
Filing Creditor Name:
MARIAN INC FKA MARIAN
RUBBER PRODUCTS
MARIAN INC
1011 E ST CLAIR ST
INDIANAPOLIS, IN 46202

**CLAIM AS DOCKETED**
Claim Holder Name
MARIAN INC FKA MARIAN RUBBER
PRODUCTS
MARIAN INC
1011 E ST CLAIR ST
INDIANAPOLIS, IN 46202
Docketed Total: $236,298.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $25,605.91 | | $210,692.82 |
| | $25,605.91 | | $210,692.82 |

**CLAIM AS ALLOWED**
Allowed Total: $186,642.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $186,642.58 |
| | | | $186,642.58 |

---

**CLAIM TO BE ALLOWED**
Claim: 523
Date Filed: 11/14/2005
Docketed Total: $557,641.90
Filing Creditor Name:
MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268

**CLAIM AS DOCKETED**
Claim Holder Name
MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268
Docketed Total: $557,641.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $557,641.90 |
| | | | $557,641.90 |

**CLAIM AS ALLOWED**
Allowed Total: $278,782.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $278,782.37 |
| | | | $278,782.37 |

---

**CLAIM TO BE ALLOWED**
Claim: 5306
Date Filed: 05/08/2006
Docketed Total: $53,842.15
Filing Creditor Name:
MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

**CLAIM AS DOCKETED**
Claim Holder Name
MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648
Docketed Total: $53,842.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $53,842.15 |
| | | | $53,842.15 |

**CLAIM AS ALLOWED**
Allowed Total: $20,019.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $0.00 |
| 05-44640 | | | $20,019.25 |
| | | | $20,019.25 |

---

*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**
Claim: 9576
Date Filed:   07/17/2006
Docketed Total:   $64,897.96
Filing Creditor Name:
  MEDALIST INDUSTRIES INC
  MEDALIST INDL FASTENER DIV
  2700 YORK RD
  ELK GROVE VILLAGE, IL 60007

**CLAIM AS DOCKETED**
Claim Holder Name
MEDALIST INDUSTRIES INC
MEDALIST INDL FASTENER DIV
2700 YORK RD
ELK GROVE VILLAGE, IL 60007      Docketed Total:   **$64,897.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $53,088.55 | $11,809.41 |
| | | **$53,088.55** | **$11,809.41** |

**CLAIM AS ALLOWED**
Allowed Total:   **$44,746.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,746.93 |
| | | | **$44,746.93** |

---

**CLAIM TO BE ALLOWED**
Claim: 11455
Date Filed:   07/27/2006
Docketed Total:   $358,636.72
Filing Creditor Name:
  METAL FLOW CORPORATION
  11694 JAMES ST
  HOLLAND, MI 49424

**CLAIM AS DOCKETED**
Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019      Docketed Total:   **$358,636.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $358,636.72 |
| | | | **$358,636.72** |

**CLAIM AS ALLOWED**
Allowed Total:   **$334,323.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $334,323.99 |
| | | | **$334,323.99** |

---

**CLAIM TO BE ALLOWED**
Claim: 3755
Date Filed:   05/01/2006
Docketed Total:   $89,760.00
Filing Creditor Name:
  METAL MATIC INC
  629 SECOND ST SE
  MINNEAPOLIS, MN 55414-2106

**CLAIM AS DOCKETED**
Claim Holder Name
ORE HILL HUB FUND LTD
650 FIFTH AVE 9TH FL
NEW YORK, NY 10019      Docketed Total:   **$89,760.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $89,760.00 |
| | | | **$89,760.00** |

**CLAIM AS ALLOWED**
Allowed Total:   **$43,303.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $43,303.48 |
| | | | **$43,303.48** |

---

**CLAIM TO BE ALLOWED**
Claim: 8682
Date Filed:   06/27/2006
Docketed Total:   $323,679.01
Filing Creditor Name:
  METAL TECHNOLOGIES INC
  1401 S GRANDSTAFF DR
  AUBURN, IN 46706

**CLAIM AS DOCKETED**
Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019      Docketed Total:   **$323,679.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $323,679.01 |
| | | | **$323,679.01** |

**CLAIM AS ALLOWED**
Allowed Total:   **$8,296.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,296.48 |
| | | | **$8,296.48** |

*      See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19222    Filed 12/21/09    Entered 12/21/09 16:59:27    Main Document
Pg 105 of 174

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7578**
Date Filed: 06/06/2006
Docketed Total: $833,534.00
Filing Creditor Name:
MICRON SEMICONDUCTOR PROD INC
MICRON SEMICONDUCTOR PROD INC
8000 S FEDERAL WAY
PO BOX 6
BOISE, ID 83707

Claim Holder Name
SPCP GROUP LLC
TWO GREENWICH PLAZA 1ST FL
GREENWICH, CT 06830
Docketed Total: **$833,534.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $833,534.00 |
| | | | **$833,534.00** |

Allowed Total: **$390,744.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $390,744.00 |
| | | | **$390,744.00** |

---

**Claim: 6932**
Date Filed: 05/26/2006
Docketed Total: $12,279.00
Filing Creditor Name:
MICROSEMI CORP
2381 MORSE AVE
IRVINE, CA 92614

Claim Holder Name
MICROSEMI CORP
2381 MORSE AVE
IRVINE, CA 92614
Docketed Total: **$12,279.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,279.00 |
| | | | **$12,279.00** |

Allowed Total: **$7,500.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,500.00 |
| | | | **$7,500.00** |

---

**Claim: 6577**
Date Filed: 05/22/2006
Docketed Total: $258,352.13
Filing Creditor Name:
MID CONTINENT SPRING CO EFT
PO BOX 649
HOPKINSVILLE, KY 42241-0649

Claim Holder Name
MID CONTINENT SPRING CO EFT
PO BOX 649
HOPKINSVILLE, KY 42241-0649
Docketed Total: **$258,352.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $258,352.13 |
| | | | **$258,352.13** |

Allowed Total: **$253,604.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $253,604.40 |
| | | | **$253,604.40** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12244**
Date Filed:   07/28/2006
Docketed Total:   $3,512.31
Filing Creditor Name:
  MID STATES RUBBER PRODUCTS
  INC
  NTE 0008090953218
  1230 S RACE ST
  PO BOX 370
  PRINCETON, IN 47670

Claim Holder Name

MID STATES RUBBER PRODUCTS
INC
NTE 0008090953218
1230 S RACE ST
PO BOX 370
PRINCETON, IN 47670

Docketed Total:   **$3,512.31**

Allowed Total:   **$3,105.74**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $3,512.31 | | |
| | | | **$3,512.31** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,105.74 |
| | | | **$3,105.74** |

---

**Claim: 11688**
Date Filed:   07/27/2006
Docketed Total:   $529,365.38
Filing Creditor Name:
  MUBEA INC
  6800 INDUSTRIAL RD
  FLORENCE, KY 41042

Claim Holder Name

MUBEA INC
6800 INDUSTRIAL RD
FLORENCE, KY 41042

Docketed Total:   **$80,487.44**

Allowed Total:   **$496,490.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $80,487.44 |
| | | | **$80,487.44** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $496,490.18 |
| | | | **$496,490.18** |

---

**Claim: 9550**
Date Filed:   07/17/2006
Docketed Total:   $135,856.48
Filing Creditor Name:
  MUELLER INDUSTRIES INC
  2199 LAPEER AVE
  PORT HURON, MI 48060

Claim Holder Name

MUELLER INDUSTRIES INC
2199 LAPEER AVE
PORT HURON, MI 48060

Docketed Total:   **$135,856.48**

Allowed Total:   **$42,790.45**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $135,856.48 |
| | | | **$135,856.48** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $42,790.45 |
| | | | **$42,790.45** |

---

\*      See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

| | Claim Holder Name | |
|---|---|---|
| Claim: 16418<br>Date Filed: 11/17/2006<br>Docketed Total: $107,272.55<br>Filing Creditor Name:<br>NATIONAL MOLDING CORPORATION<br>5 DUBON COURT<br>FARMINGDALE, NY 11735 | LONGACRE MASTER FUND LTD   Docketed Total:  **$107,272.55**<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | Allowed Total:  **$41,178.20** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $107,272.55 | 05-44640 | | | $41,178.20 |
| | | | **$107,272.55** | | | | **$41,178.20** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 7550<br>Date Filed: 06/06/2006<br>Docketed Total: $185,979.44<br>Filing Creditor Name:<br>NEWARK ELECTRONICS<br>PO BOX 94151<br>PALATINE, IL 60094-4151 | NEWARK ELECTRONICS   Docketed Total:  **$185,979.44**<br>PO BOX 94151<br>PALATINE, IL 60094-4151 | Allowed Total:  **$106,467.28** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $185,979.44 | 05-44612 | | | $6,037.59 |
| | | | **$185,979.44** | 05-44482 | | | $646.52 |
| | | | | 05-44624 | | | $70.97 |
| | | | | 05-44640 | | | $88,909.44 |
| | | | | 05-44507 | | | $10,470.92 |
| | | | | 05-44567 | | | $331.84 |
| | | | | | | | **$106,467.28** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 878<br>Date Filed: 11/28/2005<br>Docketed Total: $351,634.04<br>Filing Creditor Name:<br>ONKYO INDUSTRIAL COMPONENTS INC<br>38701 7 MILE RD STE 295<br>LIVONIA, MI 48152-7038 | ONKYO INDUSTRIAL COMPONENTS INC   Docketed Total:  **$351,634.04**<br>38701 7 MILE RD STE 295<br>LIVONIA, MI 48152-7038 | Allowed Total:  **$214,128.30** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $351,634.04 | 05-44481 | | | $214,128.30 |
| | | | **$351,634.04** | | | | **$214,128.30** |

\*       See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13459<br>Date Filed: 07/25/2006<br>Docketed Total: $370,568.92<br>Filing Creditor Name:<br>PAR FOAM PRODUCTS INC<br>239 VAN RENSSELAER ST<br>BUFFALO, NY 14210 | Claim Holder Name<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | Docketed Total: | | $370,568.92 | | Allowed Total: | | $360,692.12 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $370,568.92 | 05-44640 | | | $360,692.12 |
| | | | | **$370,568.92** | | | | **$360,692.12** |
| Claim: 16557<br>Date Filed: 02/28/2007<br>Docketed Total: $435,185.00<br>Filing Creditor Name:<br>PENN ALUMINUM<br>INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Claim Holder Name<br><br>PENN ALUMINUM<br>INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Docketed Total: | | $435,185.00 | | Allowed Total: | | $335,336.01 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $435,185.00 | 05-44640 | | | $335,336.01 |
| | | | | **$435,185.00** | | | | **$335,336.01** |
| Claim: 1156<br>Date Filed: 12/13/2005<br>Docketed Total: $5,754.73<br>Filing Creditor Name:<br>PENN ENGINEERING &<br>MANUFACTURING CORP<br>5190 OLD EASTON RD<br>DANBORO, PA 18916 | Claim Holder Name<br><br>PENN ENGINEERING &<br>MANUFACTURING CORP<br>5190 OLD EASTON RD<br>DANBORO, PA 18916 | Docketed Total: | | $5,754.73 | | Allowed Total: | | $4,387.53 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $5,754.73 | 05-44640 | | | $4,387.53 |
| | | | | **$5,754.73** | | | | **$4,387.53** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 4278<br>Date Filed: 05/01/2006<br>Docketed Total: $3,010.00<br>Filing Creditor Name:<br>PIHER INTERNATIONAL CORP<br>1640 NORTHWIND BLVD<br>LIBERTYVILLE, IL 60048 | Claim Holder Name<br>PIHER INTERNATIONAL CORP   Docketed Total:   **$3,010.00**<br>1640 NORTHWIND BLVD<br>LIBERTYVILLE, IL 60048<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $3,010.00<br>   **$3,010.00** | Allowed Total:   **$1,505.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $1,505.00<br>   **$1,505.00** |
| Claim: 5988<br>Date Filed: 05/16/2006<br>Docketed Total: $223,768.64<br>Filing Creditor Name:<br>PLASTOMER CORP<br>PO BOX 67000 DEPT 15601<br>DETROIT, MI 48267-0156 | Claim Holder Name<br>LONGACRE MASTER FUND LTD   Docketed Total:   **$223,768.64**<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $223,768.64<br>   **$223,768.64** | Allowed Total:   **$211,580.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567   $810.00<br>05-44640   $210,770.00<br>   **$211,580.00** |
| Claim: 5388<br>Date Filed: 05/09/2006<br>Docketed Total: $157,798.33<br>Filing Creditor Name:<br>PONTIAC COIL INC<br>5800 MOODY DR<br>CLARKSTON, MI 48348-4768 | Claim Holder Name<br>PONTIAC COIL INC   Docketed Total:   **$157,798.33**<br>5800 MOODY DR<br>CLARKSTON, MI 48348-4768<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $157,798.33<br>   **$157,798.33** | Allowed Total:   **$58,803.92**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $58,803.92<br>   **$58,803.92** |
| Claim: 9024<br>Date Filed: 07/05/2006<br>Docketed Total: $84,777.15<br>Filing Creditor Name:<br>PRECISION HARNESS INC<br>340 TRANSFER DR STE A<br>INDIANAPOLIS, IN 46214 | Claim Holder Name<br>PRECISION HARNESS INC   Docketed Total:   **$84,777.15**<br>340 TRANSFER DR STE A<br>INDIANAPOLIS, IN 46214<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481   $84,777.15<br>   **$84,777.15** | Allowed Total:   **$48,442.81**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640   $48,442.81<br>   **$48,442.81** |

\*   See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

| | Claim Holder Name | |
|---|---|---|
| Claim: 16609<br>Date Filed:  06/04/2007<br>Docketed Total:    $193,633.16<br>Filing Creditor Name:<br>  PRECISION RESOURCE INC KY DIV<br>  25 FOREST PARKWAY<br>  SHELTON, CT 06484 | PRECISION RESOURCE INC KY DIV        Docketed Total:        $193,633.16<br>25 FOREST PARKWAY<br>SHELTON, CT 06484 | Allowed Total:        $191,073.16 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $193,633.16 | 05-44640 | | | $191,073.16 |
| | | | | **$193,633.16** | | | | **$191,073.16** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 16661<br>Date Filed:   10/10/2005<br>Docketed Total:    $56,146.15<br>Filing Creditor Name:<br>  PRIDGEON & CLAY INC<br>  50 COTTAGE GROVE SW<br>  GRAND RAPIDS, MI 49507 | PRIDGEON & CLAY INC        Docketed Total:        $56,146.15<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507 | Allowed Total:        $51,632.59 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | $56,146.15 | | 05-44640 | | | $51,632.59 |
| | | | **$56,146.15** | | | | | **$51,632.59** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 124<br>Date Filed:   10/25/2005<br>Docketed Total:    $23,878.34<br>Filing Creditor Name:<br>  PROMOTECH KUNSTSTOFF UND<br>  METTALLVERARBEITUNGSGES<br>  MBH<br>  UNTERLOCHEN 44<br>  SCHALCHEN, 5231<br>  AUSTRIA | LIQUIDITY SOLUTIONS INC        Docketed Total:        $23,878.34<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Allowed Total:        $16,782.17 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $23,878.34 | 05-44481 | | | $16,782.17 |
| | | | | **$23,878.34** | | | | **$16,782.17** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 10194<br>Date Filed:   07/21/2006<br>Docketed Total:    $15,361.12<br>Filing Creditor Name:<br>  RB & W CORPORATION EFT<br>  5190 BRADCO BLVD<br>  MISSISSAUGA, ON L4W 1G7<br>  CANADA | RB & W CORPORATION EFT        Docketed Total:        $15,361.12<br>5190 BRADCO BLVD<br>MISSISSAUGA, ON L4W 1G7<br>CANADA | Allowed Total:        $5,121.28 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $15,361.12 | 05-44640 | | | $5,121.28 |
| | | | | **$15,361.12** | | | | **$5,121.28** |

\*      See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 5966<br>Date Filed: 05/16/2006<br>Docketed Total: $18,475.70<br>Filing Creditor Name:<br>RED SPOT CORP<br>PO BOX 418<br>EVANSVILLE, IN 47703-0418 | Claim Holder Name<br><br>HAIN CAPITAL HOLDINGS LLC   Docketed Total:   **$18,475.70**<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Allowed Total:   **$1,545.00** |

| | Case Number*   Secured   Priority   Unsecured<br>05-44567                                              $18,475.70<br>                                                                   **$18,475.70** | Case Number*   Secured   Priority   Unsecured<br>05-44567                                              $1,545.00<br>                                                                   **$1,545.00** |

| Claim: 2748<br>Date Filed: 04/24/2006<br>Docketed Total: $141,705.00<br>Filing Creditor Name:<br>RF MICRO DEVICES INC<br>7628 THORNDIKE RD<br>GREENSBORO, NC 27409 | Claim Holder Name<br><br>RF MICRO DEVICES INC   Docketed Total:   **$141,705.00**<br>7628 THORNDIKE RD<br>GREENSBORO, NC 27409 | Allowed Total:   **$3,892.83** |

| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $141,705.00<br>                                                                   **$141,705.00** | Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $3,892.83<br>                                                                   **$3,892.83** |

| Claim: 521<br>Date Filed: 11/14/2005<br>Docketed Total: $1,859.48<br>Filing Creditor Name:<br>RICHCO INC<br>8145 RIVER DR<br>MORTON GROVE, IL 60053 | Claim Holder Name<br><br>RICHCO INC   Docketed Total:   **$1,859.48**<br>8145 RIVER DR<br>MORTON GROVE, IL 60053 | Allowed Total:   **$250.10** |

| | Case Number*   Secured   Priority   Unsecured<br>05-44481                                              $1,859.48<br>                                                                   **$1,859.48** | Case Number*   Secured   Priority   Unsecured<br>05-44640                                              $250.10<br>                                                                   **$250.10** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 14265
Date Filed:    07/31/2006
Docketed Total:    $43,152.38
Filing Creditor Name:
ROBIN INDUSTRIES INC
CLEVELAND DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

**CLAIM AS DOCKETED**

Claim Holder Name

SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total:    **$43,152.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $4,266.38 | | $38,886.00 |
| | **$4,266.38** | | **$38,886.00** |

**CLAIM AS ALLOWED**

Allowed Total:    **$22,072.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,072.38 |
| | | | **$22,072.38** |

---

**CLAIM TO BE ALLOWED**

Claim: 788
Date Filed:    11/22/2005
Docketed Total:    $263,175.04
Filing Creditor Name:
ROGERS FOAM CORPORATION
20 VERNON ST
SOMERVILLE, MA 02145

**CLAIM AS DOCKETED**

Claim Holder Name

ROGERS FOAM CORPORATION
20 VERNON ST
SOMERVILLE, MA 02145

Docketed Total:    **$263,175.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $263,175.04 |
| | | | **$263,175.04** |

**CLAIM AS ALLOWED**

Allowed Total:    **$249,257.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $249,257.97 |
| | | | **$249,257.97** |

---

**CLAIM TO BE ALLOWED**

Claim: 2482
Date Filed:    04/03/2006
Docketed Total:    $1,495,516.58
Filing Creditor Name:
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD
NO 1000
SAN DIEGO, CA 92121

**CLAIM AS DOCKETED**

Claim Holder Name

ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO
1000
SAN DIEGO, CA 92121

Docketed Total:    **$1,495,516.58**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | **$1,495,516.58** |

**CLAIM AS ALLOWED**

Allowed Total:    **$172,454.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,600.80 |
| 05-44640 | | | $170,853.77 |
| | | | **$172,454.57** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 9910<br>Date Filed: 07/19/2006<br>Docketed Total: $401,017.30<br>Filing Creditor Name:<br>RTP CO<br>580 E FRONT ST<br>WINONA, MN 55987 | Claim Holder Name<br><br>RTP CO<br>580 E FRONT ST<br>WINONA, MN 55987 | | Docketed Total: | $401,017.30 | Allowed Total: | | | $113,703.04 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $401,017.30 | 05-44640 | | | $113,703.04 |
| | | | | $401,017.30 | | | | $113,703.04 |
| Claim: 237<br>Date Filed: 10/31/2005<br>Docketed Total: $12,076.40<br>Filing Creditor Name:<br>RUDOLPH BROS & CO<br>PO BOX 425<br>CANAL WINCHESTER, OH 43110 | Claim Holder Name<br><br>RUDOLPH BROS & CO<br>PO BOX 425<br>CANAL WINCHESTER, OH 43110 | | Docketed Total: | $12,076.40 | Allowed Total: | | | $4,885.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $12,076.40 | 05-44481 | | | $4,885.00 |
| | | | | $12,076.40 | | | | $4,885.00 |
| Claim: 12030<br>Date Filed: 07/28/2006<br>Docketed Total: $40,444.54<br>Filing Creditor Name:<br>SAINT GOBAIN PERFORMANCE<br>1199 S CHILLICOTHE RD<br>AURORA, OH 44202 | Claim Holder Name<br><br>SAINT GOBAIN PERFORMANCE<br>1199 S CHILLICOTHE RD<br>AURORA, OH 44202 | | Docketed Total: | $40,444.54 | Allowed Total: | | | $26,062.34 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $40,444.54 | 05-44640 | | | $22,153.38 |
| | | | | | 05-44624 | | | $3,908.96 |
| | | | | $40,444.54 | | | | $26,062.34 |

*    See Exhibit H for a listing of debtor entities by case number.

Page 38 of 52

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2120<br>Date Filed: 02/27/2006<br>Docketed Total: $97,728.50<br>Filing Creditor Name:<br>SAMUEL SON & CO<br>4334 WALDEN AVE<br>LANCASTER, NY 14086 | Claim Holder Name<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>ATTN STEVE NELSON<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $97,728.50 | Allowed Total: $4,230.00 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $97,728.50 | 05-44640 | | | $4,230.00 |
| | | | | **$97,728.50** | | | | **$4,230.00** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 112<br>Date Filed: 10/25/2005<br>Docketed Total: $57,501.00<br>Filing Creditor Name:<br>SANYO ELECTRONIC DEVICE USA CORP<br>2055 SANYO AVE<br>SAN DIEGO, CA 92154 | Claim Holder Name<br>SANYO ELECTRONIC DEVICE USA CORP<br>2055 SANYO AVE<br>SAN DIEGO, CA 92154<br><br>Docketed Total: $57,501.00 | Allowed Total: $34,785.00 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $57,501.00 | 05-44640 | | | $34,785.00 |
| | | | | **$57,501.00** | | | | **$34,785.00** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 3996<br>Date Filed: 05/01/2006<br>Docketed Total: $26,845.40<br>Filing Creditor Name:<br>SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM<br>PO BOX 11263<br>PORTLAND, OR 97211 | Claim Holder Name<br>SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM<br>PO BOX 11263<br>PORTLAND, OR 97211<br><br>Docketed Total: $26,845.40 | Allowed Total: $9,273.08 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $26,845.40 | 05-44507 | | | $9,273.08 |
| | | | | **$26,845.40** | | | | **$9,273.08** |

*       See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

| Claim: 9585 Date Filed: 07/17/2006 Docketed Total: $81,300.76 Filing Creditor Name: SEAL & DESIGN INC 4015 CASILIO PKY CLARENCE, NY 14031 | Claim Holder Name LONGACRE MASTER FUND LTD 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 — Docketed Total: $81,300.76 | Allowed Total: $75,502.26 |

| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $81,300.76 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $75,502.26 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$81,300.76** | | | | **$75,502.26** |

| Claim: 3293 Date Filed: 04/28/2006 Docketed Total: $33,851.52 Filing Creditor Name: SEALED AIR CORPORATION 19440 ARENTH AVE CITY OF INDUSTRY, CA 91748 | Claim Holder Name SEALED AIR CORPORATION 19440 ARENTH AVE CITY OF INDUSTRY, CA 91748 — Docketed Total: $33,851.52 | Allowed Total: $6,439.80 |

| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $33,851.52 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $6,439.80 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$33,851.52** | | | | **$6,439.80** |

| Claim: 7843 Date Filed: 06/12/2006 Docketed Total: $7,427.47 Filing Creditor Name: SEALING DEVICES INC 4400 WALDEN AVE LANCASTER, NY 14086-971 | Claim Holder Name SEALING DEVICES INC 4400 WALDEN AVE LANCASTER, NY 14086-971 — Docketed Total: $7,427.47 | Allowed Total: $1,380.80 |

| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $7,427.47 | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $1,380.80 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$7,427.47** | | | | **$1,380.80** |

| Claim: 7606 Date Filed: 06/07/2006 Docketed Total: $36,759.75 Filing Creditor Name: SEMBLEX CORPORATION 199 WEST DIVERSEY ELMHURST, IL 60126 | Claim Holder Name AMROC INVESTMENTS LLC 535 MADISON AVE 15TH FL NEW YORK, NY 10022 — Docketed Total: $36,759.75 | Allowed Total: $29,843.96 |

| | **Case Number\*** 05-44481 | **Secured** | **Priority** | **Unsecured** $36,759.75 | **Case Number\*** 05-44640 | **Secured** | **Priority** | **Unsecured** $29,843.96 |
|---|---|---|---|---|---|---|---|---|
| | | | | **$36,759.75** | | | | **$29,843.96** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

### Claim 9584

**CLAIM TO BE ALLOWED**

Claim: 9584
Date Filed: 07/17/2006
Docketed Total: $116,843.56
Filing Creditor Name:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE LAKE ERIE PRODUCTS
INC  LIVONIA FITTINGS
PRODUCTS COMPANY ET AL
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

**CLAIM AS DOCKETED**

Claim Holder Name
SIERRA LIQUIDITY FUND LLC
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $116,843.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,797.32 | $112,046.24 |
| | | **$4,797.32** | **$112,046.24** |

**CLAIM AS ALLOWED**

Allowed Total: $24,015.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,015.00 |
| | | | **$24,015.00** |

### Claim 661

**CLAIM TO BE ALLOWED**

Claim: 661
Date Filed: 11/18/2005
Docketed Total: $26,961.09
Filing Creditor Name:
SMALLEY STEEL RING COMPANY
555 OAKWOOD RD
LAKE ZURICH, IL 60047

**CLAIM AS DOCKETED**

Claim Holder Name
SMALLEY STEEL RING COMPANY
555 OAKWOOD RD
LAKE ZURICH, IL 60047

Docketed Total: $26,961.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,961.09 |
| | | | **$26,961.09** |

**CLAIM AS ALLOWED**

Allowed Total: $6,719.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| 05-44507 | | | $4,670.23 |
| 05-44624 | | | $2,049.00 |
| | | | **$6,719.23** |

### Claim 11963

**CLAIM TO BE ALLOWED**

Claim: 11963
Date Filed: 07/28/2006
Docketed Total: $101,068.30
Filing Creditor Name:
SPECIAL DEVICES
INCORPORATED
14370 WHITE SAGE RD
MOORPARK, CA 93021

**CLAIM AS DOCKETED**

Claim Holder Name
SPECIAL DEVICES INCORPORATED
14370 WHITE SAGE RD
MOORPARK, CA 93021

Docketed Total: $101,068.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $101,068.30 |
| | | | **$101,068.30** |

**CLAIM AS ALLOWED**

Allowed Total: $9,621.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,621.42 |
| | | | **$9,621.42** |

*       See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 10955<br>Date Filed: 07/26/2006<br>Docketed Total: $126,623.88<br>Filing Creditor Name:<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN,<br>HSIEN<br>TAIWAN, PROVINCE OF CHINA | Claim Holder Name<br><br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN,<br>HSIEN<br>TAIWAN, PROVINCE OF CHINA | Docketed Total: | | $126,623.88 | | Allowed Total: | | $28,216.36 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $126,623.88 | 05-44640 | | | $28,216.36 |
| | | | | **$126,623.88** | | | | **$28,216.36** |
| Claim: 162<br>Date Filed: 10/28/2005<br>Docketed Total: $243.00<br>Filing Creditor Name:<br>SPERRY & RICE MFG CO LLC<br>9146 US 52<br>BROOKVILLE, IN 47012 | Claim Holder Name<br><br>LIQUIDITY SOLUTIONS INC AS<br>ASSIGNEE OF SPERRY & RICE MFG<br>CO LLC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | Docketed Total: | | $243.00 | | Allowed Total: | | $121.50 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $243.00 | 05-44481 | | | $121.50 |
| | | | | **$243.00** | | | | **$121.50** |
| Claim: 4746<br>Date Filed: 05/04/2006<br>Docketed Total: $92,262.14<br>Filing Creditor Name:<br>STADCO INC<br>STADCO AUTOMATIC DIV<br>632 YELLOW SPRINGS FAIRFIELD<br>R<br>FAIRBORN, OH 45324-976 | Claim Holder Name<br><br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | Docketed Total: | | $92,262.14 | | Allowed Total: | | $91,796.37 |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $92,262.14 | 05-44481 | | | $91,796.37 |
| | | | | **$92,262.14** | | | | **$91,796.37** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 1260<br>Date Filed:  12/23/2005<br>Docketed Total:    $126,717.40<br>Filing Creditor Name:<br>STARK MANUFACTURING LLC<br>1300 S ELMIRA AVE<br>RUSSELLVILLE, AR 72802 | Claim Holder Name<br><br>STARK MANUFACTURING LLC    Docketed Total:    $126,717.40<br>1300 S ELMIRA AVE<br>RUSSELLVILLE, AR 72802 | Allowed Total:    $24,789.00 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $126,717.40 | | 05-44640 | | | $24,789.00 |
| | | | **$126,717.40** | | | | | **$24,789.00** |

| | | |
|---|---|---|
| Claim: 8663<br>Date Filed:  06/27/2006<br>Docketed Total:    $5,894.00<br>Filing Creditor Name:<br>STEPHENSON & LAWYER INC<br>3831 PATTERSON AVE SE<br>PO BOX 8834<br>GRAND RAPIDS, MI 49518-8834 | Claim Holder Name<br><br>MADISON NICHE OPPORTUNITIES<br>LLC    Docketed Total:    $5,894.00<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | Allowed Total:    $4,160.00 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44567 | | | $5,894.00 | | 05-44567 | | | $4,160.00 |
| | | | **$5,894.00** | | | | | **$4,160.00** |

| | | |
|---|---|---|
| Claim: 1431<br>Date Filed:  01/04/2006<br>Docketed Total:    $20,934.54<br>Filing Creditor Name:<br>STEWARD INC<br>1200 E 36TH ST<br>CHATTANOOGA, TN 37407-2489 | Claim Holder Name<br><br>HAIN CAPITAL HOLDINGS LLC    Docketed Total:    $20,934.54<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | Allowed Total:    $9,492.60 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44610 | | | $20,934.54 | | 05-44610 | | | $9,492.60 |
| | | | **$20,934.54** | | | | | **$9,492.60** |

| | | |
|---|---|---|
| Claim: 1521<br>Date Filed:  01/12/2006<br>Docketed Total:    $93,318.95<br>Filing Creditor Name:<br>SUMITOMO SITIX SILICON INC<br>19801 N TATUM BLVD<br>PHOENIX, AZ 85050 | Claim Holder Name<br><br>SUMITOMO SITIX SILICON INC    Docketed Total:    $93,318.95<br>19801 N TATUM BLVD<br>PHOENIX, AZ 85050 | Allowed Total:    $25,616.80 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $93,318.95 | | | 05-44481 | | | $25,616.80 |
| | | **$93,318.95** | | | | | | **$25,616.80** |

*     See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

### Claim 5400

Claim: 5400
Date Filed: 05/09/2006
Docketed Total: $31,551.00
Filing Creditor Name:
 SUN KWANG BRAZING FILLER
 METAL
 SUNKWANG METAL CO LTD
 216 SAMSUNGDANG RI SINBUK
 POCHON KYONGGI, 487913
 KOREA, REPUBLIC OF

Claim Holder Name

SUN KWANG BRAZING FILLER METAL
SUNKWANG METAL CO LTD
216 SAMSUNGDANG RI SINBUK
POCHON KYONGGI, 487913
KOREA, REPUBLIC OF

Docketed Total: $31,551.00

Allowed Total: $8,866.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $31,551.00 | | |
| | **$31,551.00** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,866.08 |
| | | | **$8,866.08** |

### Claim 11259

Claim: 11259
Date Filed: 07/27/2006
Docketed Total: $814,710.90
Filing Creditor Name:
 T & L AUTOMATICS INC
 770 EMERSON ST
 ROCHESTER, NY 14613

Claim Holder Name

T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

Docketed Total: $814,710.90

Allowed Total: $143,378.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $814,710.90 |
| | | | **$814,710.90** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,378.81 |
| | | | **$143,378.81** |

### Claim 11967

Claim: 11967
Date Filed: 07/28/2006
Docketed Total: $5,019,217.38
Filing Creditor Name:
 TDK CORPORATION OF
 AMERICA
 KATTEN MUCHIN ROSENMAN
 LLP
 525 W MONROE ST
 CHICAGO, IL 60661-3693

Claim Holder Name

GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total: $5,019,217.38

Allowed Total: $4,986,815.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,019,217.38 |
| | | | **$5,019,217.38** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,986,815.92 |
| | | | **$4,986,815.92** |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9019**
Date Filed: 07/05/2006
Docketed Total: $15,855.76
Filing Creditor Name:
TDK ELECTRONICS EUROPE
GMBH
WANHEIMER STR 57
DUESSELDORF, 40472
GERMANY

Claim Holder Name

TDK ELECTRONICS EUROPE GMBH
WANHEIMER STR 57
DUESSELDORF, 40472
GERMANY

Docketed Total: **$15,855.76**

Allowed Total: **$8,429.59**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $15,855.76 |
| | | | **$15,855.76** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $8,429.59 |
| | | | **$8,429.59** |

**Claim: 4734**
Date Filed: 05/04/2006
Docketed Total: $48,220.13
Filing Creditor Name:
TEFCO INC
10120 W FLAMINGO RD
STE 4 204
LAS VEGAS, NV 89147

Claim Holder Name

TEFCO INC
10120 W FLAMINGO RD
STE 4 204
LAS VEGAS, NV 89147

Docketed Total: **$48,220.13**

Allowed Total: **$24,362.56**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,220.13 |
| | | | **$48,220.13** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,362.56 |
| | | | **$24,362.56** |

**Claim: 7443**
Date Filed: 06/05/2006
Docketed Total: $108,297.25
Filing Creditor Name:
TEKNOR APEX COMPANY
505 CENTRAL AVE
PAWTUCKET, RI 02861

Claim Holder Name

TEKNOR APEX COMPANY
505 CENTRAL AVE
PAWTUCKET, RI 02861

Docketed Total: **$108,297.25**

Allowed Total: **$32,433.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $108,297.25 |
| | | | **$108,297.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,433.15 |
| | | | **$32,433.15** |

* See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 13420**
Date Filed: 07/31/2006
Docketed Total: $759,698.01
Filing Creditor Name:
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

Claim Holder Name
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904
Docketed Total: $759,698.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $759,698.01 |
| | | | $759,698.01 |

Allowed Total: $747,990.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $33,088.73 |
| 05-44640 | | | $714,901.32 |
| | | | $747,990.05 |

---

**Claim: 1733**
Date Filed: 01/31/2006
Docketed Total: $8,407.61
Filing Creditor Name:
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Claim Holder Name
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010
Docketed Total: $8,407.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $8,407.61 |
| | | | $8,407.61 |

Allowed Total: $3,899.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,899.17 |
| | | | $3,899.17 |

---

**Claim: 1920**
Date Filed: 02/08/2006
Docketed Total: $6,716.00
Filing Creditor Name:
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Claim Holder Name
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010
Docketed Total: $6,716.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,716.00 |
| | | | $6,716.00 |

Allowed Total: $2,588.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,588.00 |
| | | | $2,588.00 |

*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1572<br>Date Filed: 01/17/2006<br>Docketed Total: $33,450.00<br>Filing Creditor Name:<br>TOSOH SMD INC<br>SCHOTTENSTEIN ZOX & DUNN<br>PO BOX 165020<br>COLUMBUS, OH 43216-5020 | Claim Holder Name<br><br>TOSOH SMD INC<br>SCHOTTENSTEIN ZOX & DUNN<br>PO BOX 165020<br>COLUMBUS, OH 43216-5020 | Docketed Total: | | **$33,450.00** | | Allowed Total: | | **$10,900.00** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44481 | | | $33,450.00 | 05-44640 | | | $10,900.00 |
| | | | | **$33,450.00** | | | | **$10,900.00** |
| Claim: 11461<br>Date Filed: 07/27/2006<br>Docketed Total: $179,951.83<br>Filing Creditor Name:<br>TRAM INC<br>47200 PORT ST<br>PLYMOUTH, MI 48170 | Claim Holder Name<br><br>TRAM INC<br>47200 PORT ST<br>PLYMOUTH, MI 48170 | Docketed Total: | | **$179,951.83** | | Allowed Total: | | **$41,510.40** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $179,951.83 | 05-44640 | | | $41,510.40 |
| | | | | **$179,951.83** | | | | **$41,510.40** |
| Claim: 2065<br>Date Filed: 02/21/2006<br>Docketed Total: $126,918.43<br>Filing Creditor Name:<br>TRANS MATIC MFG CO INC<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | Docketed Total: | | **$126,918.43** | | Allowed Total: | | **$124,318.49** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $126,918.43 | 05-44640 | | | $124,318.49 |
| | | | | **$126,918.43** | | | | **$124,318.49** |
| Claim: 11229<br>Date Filed: 07/26/2006<br>Docketed Total: $78,757.21<br>Filing Creditor Name:<br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651 | Claim Holder Name<br><br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651 | Docketed Total: | | **$78,757.21** | | Allowed Total: | | **$16,213.28** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $78,757.21 | 05-44640 | | | $16,213.28 |
| | | | | **$78,757.21** | | | | **$16,213.28** |

\*   See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 8523
Date Filed: 06/26/2006
Docketed Total: $56,537.23
Filing Creditor Name:
TWIN CORPORATION
WINEGARDEN HALEY
LINDHOLM & ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

**CLAIM AS DOCKETED**

Claim Holder Name

TWIN CORPORATION
WINEGARDEN HALEY LINDHOLM
& ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

Docketed Total: $56,537.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,537.23 |
| | | | $56,537.23 |

**CLAIM AS ALLOWED**

Allowed Total: $25,649.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $462.59 |
| 05-44640 | | | $25,186.67 |
| | | | $25,649.26 |

---

**CLAIM TO BE ALLOWED**

Claim: 8715
Date Filed: 06/28/2006
Docketed Total: $36,618.89
Filing Creditor Name:
TWIST INC
PO BOX 177
JAMESTOWN, OH 45335

**CLAIM AS DOCKETED**

Claim Holder Name

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $36,618.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,618.89 |
| | | | $36,618.89 |

**CLAIM AS ALLOWED**

Allowed Total: $33,454.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,454.31 |
| | | | $33,454.31 |

---

**CLAIM TO BE ALLOWED**

Claim: 12396
Date Filed: 07/28/2006
Docketed Total: $148,325.65
Filing Creditor Name:
TYZ ALL PLASTICS INC
120 EXPRESS ST STE 1
PLAINVIEW, NY 11803

**CLAIM AS DOCKETED**

Claim Holder Name

LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $148,325.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,325.65 |
| | | | $148,325.65 |

**CLAIM AS ALLOWED**

Allowed Total: $143,898.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,898.96 |
| | | | $143,898.96 |

---

\*     See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 5123<br>Date Filed:    05/08/2006<br>Docketed Total:    $6,685.44<br>Filing Creditor Name:<br>ULTRAFORM INDUSTRIES INC<br>150 PEYERK CT<br>ROMEO, MI 48065 | Claim Holder Name<br><br>ULTRAFORM INDUSTRIES INC<br>150 PEYERK CT<br>ROMEO, MI 48065 | Docketed Total: | | **$6,685.44** | Allowed Total: | | | **$5,422.74** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$6,685.44 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,422.74 |
| | | | | **$6,685.44** | | | | **$5,422.74** |
| Claim: 11437<br>Date Filed:    07/27/2006<br>Docketed Total:    $39,624.64<br>Filing Creditor Name:<br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | Claim Holder Name<br><br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | Docketed Total: | | **$39,624.64** | Allowed Total: | | | **$13,620.66** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$5,500.00 | Unsecured<br>$34,124.64 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,620.66 |
| | | | **$5,500.00** | **$34,124.64** | | | | **$13,620.66** |
| Claim: 1744<br>Date Filed:    02/01/2006<br>Docketed Total:    $70,521.92<br>Filing Creditor Name:<br>UNITED ELECTRONICS CORP<br>5321 N PEARL ST<br>ROSEMONT, IL 60018 | Claim Holder Name<br><br>UNITED ELECTRONICS CORP<br>5321 N PEARL ST<br>ROSEMONT, IL 60018 | Docketed Total: | | **$70,521.92** | Allowed Total: | | | **$41,422.60** |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$70,521.92 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$41,422.60 |
| | | | | **$70,521.92** | | | | **$41,422.60** |
| Claim: 1787<br>Date Filed:    02/06/2006<br>Docketed Total:    $596,771.49<br>Filing Creditor Name:<br>UNIVERSAL BEARINGS INC<br>PO BOX 38<br>BREMEN, IN 46506 | Claim Holder Name<br><br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Docketed Total: | | **$596,771.49** | Allowed Total: | | | **$159,738.00** |
| | Case Number*<br>05-44481 | Secured | Priority<br>$132,614.03 | Unsecured<br>$464,157.46 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$159,738.00 |
| | | | **$132,614.03** | **$464,157.46** | | | | **$159,738.00** |

*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1098**
Date Filed:  12/09/2005
Docketed Total:    $54,912.75
Filing Creditor Name:
  UNIVERSAL METAL PRODUCTS INC
  29980 LAKELAND BLVD
  PO BOX 130
  WICKLIFFE, OH 44092-0130

Claim Holder Name
  UNIVERSAL METAL PRODUCTS INC
  29980 LAKELAND BLVD
  PO BOX 130
  WICKLIFFE, OH 44092-0130
Docketed Total:    **$54,912.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,912.75 |
| | | | **$54,912.75** |

Allowed Total:    **$13,620.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,620.40 |
| | | | **$13,620.40** |

---

**Claim: 2069**
Date Filed:  02/21/2006
Docketed Total:    $14,704.15
Filing Creditor Name:
  UNIVERSAL METAL PRODUCTS INC
  29980 LAKELAND BLVD
  PO BOX 130
  WICKLIFFE, OH 44092-0130

Claim Holder Name
  UNIVERSAL METAL PRODUCTS INC
  29980 LAKELAND BLVD
  PO BOX 130
  WICKLIFFE, OH 44092-0130
Docketed Total:    **$14,704.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,704.15 |
| | | | **$14,704.15** |

Allowed Total:    **$878.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $878.15 |
| | | | **$878.15** |

---

**Claim: 222**
Date Filed:  10/31/2005
Docketed Total:    $636,399.79
Filing Creditor Name:
  US FARATHANE CORPORATION
  38000 MOUND RD
  STERLING HEIGHTS, MI 48310

Claim Holder Name
  REDROCK CAPITAL PARTNERS LLC
  475 17TH ST STE 544
  DENVER, CO 80202
Docketed Total:    **$636,399.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $636,399.79 |
| | | | **$636,399.79** |

Allowed Total:    **$474,425.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $474,425.64 |
| | | | **$474,425.64** |

---

**Claim: 12385**
Date Filed:  07/28/2006
Docketed Total:    $125,315.71
Filing Creditor Name:
  VIASYSTEMS
  1915 TROLLEY RD
  YORK, PA 17408

Claim Holder Name
  VIASYSTEMS
  1915 TROLLEY RD
  YORK, PA 17408
Docketed Total:    **$125,315.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $125,315.71 |
| | | | **$125,315.71** |

Allowed Total:    **$72,912.77**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $72,912.77 |
| | | | **$72,912.77** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 11074<br>Date Filed: 07/26/2006<br>Docketed Total: $285,140.66<br>Filing Creditor Name:<br>VIKING PLASTICS INC<br>1 VIKING ST<br>CORRY, PA 16407 | Claim Holder Name<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | $279,593.31 | | Allowed Total: | | $238,940.13 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $279,593.31 | 05-44640 | | | $238,940.13 |
| | | | | $279,593.31 | | | | $238,940.13 |
| Claim: 9452<br>Date Filed: 07/13/2006<br>Docketed Total: $2,675,676.21<br>Filing Creditor Name:<br>VISHAY AMERICAS INC<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | Claim Holder Name<br><br>VISHAY AMERICAS INC<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | | Docketed Total: | $2,675,676.21 | | Allowed Total: | | $12,100.42 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $2,675,676.21 | 05-44640 | | | $12,100.42 |
| | | | | $2,675,676.21 | | | | $12,100.42 |
| Claim: 7609<br>Date Filed: 06/07/2006<br>Docketed Total: $402,499.83<br>Filing Creditor Name:<br>WAKO ELECTRONICS USA INC<br>C O STITES & HARBINSON<br>WAKO ELECTRONICS<br>400 W MARKET ST STE 1800<br>LOUISVILLE, KY 40202 | Claim Holder Name<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $402,499.83 | | Allowed Total: | | $373,327.83 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $402,499.83 | 05-44640 | | | $373,327.83 |
| | | | | $402,499.83 | | | | $373,327.83 |
| Claim: 10207<br>Date Filed: 07/21/2006<br>Docketed Total: $208,704.95<br>Filing Creditor Name:<br>WAMCO INC<br>AKIN GUMP STRAUSS HAUER &<br>FELD<br>2029 CENTURY PARK E 24TH FL<br>LOS ANGELES, CA 90067 | Claim Holder Name<br><br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $208,704.95 | | Allowed Total: | | $133,078.70 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44567 | | | $208,704.95 | 05-44567 | | | $133,078.70 |
| | | | | $208,704.95 | | | | $133,078.70 |

\*    See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|

**Claim: 10752**
Date Filed: 07/25/2006
Docketed Total: $121,998.56
Filing Creditor Name:
WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085

Claim Holder Name
WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085

Docketed Total: $121,998.56

Allowed Total: $32,288.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $121,998.56 | 05-44567 | | | $32,288.00 |
| | | | **$121,998.56** | | | | **$32,288.00** |

**Claim: 12019**
Date Filed: 07/28/2006
Docketed Total: $351,071.44
Filing Creditor Name:
ZF LEMFORDER SISTEMAS
AUTOMOTRICES SA DE CV
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604

Claim Holder Name
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $351,071.44

Allowed Total: $29,240.92

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $351,071.44 | 05-44640 | | | $29,240.92 |
| | | | **$351,071.44** | | | | **$29,240.92** |

**Claim: 9304**
Date Filed: 07/11/2006
Docketed Total: $114,420.00
Filing Creditor Name:
ZILOG INC
532 RACE ST
SAN JOSE, CA 95126

Claim Holder Name
ZILOG INC
532 RACE ST
SAN JOSE, CA 95126

Docketed Total: $114,420.00

Allowed Total: $7,200.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $114,420.00 | 05-44567 | | | $7,200.00 |
| | | | **$114,420.00** | | | | **$7,200.00** |

Total Claims To Be Allowed: 177

Total Amount As Docketed:  $47,669,590.46

Total Amount As Allowed:  $24,983,765.69

\*    See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2246**
Date Filed: 03/10/2006
Docketed Total: $6,140,513.59
Filing Creditor Name:
ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS
& DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

Claim Holder Name
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total: $6,140,513.59

Allowed Total: $3,155,490.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,140,513.59 |
| | | | $6,140,513.59 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,250.00 |
| 05-44640 | | | $3,150,240.79 |
| | | | $3,155,490.79 |

**Claim: 16783**
Date Filed: 01/16/2008
Docketed Total: $429,525.84
Filing Creditor Name:
AMERICAN AIKOKU ALPHA
INC
C/O MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Claim Holder Name
AMERICAN AIKOKU ALPHA INC
C/O MASUDA FUNAI EIFERT &
MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Docketed Total: $429,525.84

Allowed Total: $276,562.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,823.94 | $423,701.90 |
| | | $5,823.94 | $423,701.90 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $276,562.50 |
| | | | $276,562.50 |

**Claim: 11659**
Date Filed: 07/27/2006
Docketed Total: $242,455.24
Filing Creditor Name:
FUJIKURA AMERICA INC
3150 CORONADO DR STE A
SANTA CLARA, CA 95054-3223

Claim Holder Name
FUJIKURA AMERICA INC
3150 CORONADO DR STE A
SANTA CLARA, CA 95054-3223

Docketed Total: $242,455.24

Allowed Total: $96,343.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $21,813.20 | $15,482.29 | $205,159.75 |
| | $21,813.20 | $15,482.29 | $205,159.75 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $96,343.87 |
| | | | $96,343.87 |

*    See Exhibit H for a listing of debtor entities by case number.

**EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 10656**
Date Filed: 07/25/2006
Docketed Total: $781,205.06
Filing Creditor Name:
HENKEL CORPORATION
HENKEL ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Claim Holder Name

HENKEL CORPORATION HENKEL
ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Docketed Total:            $781,205.06

Allowed Total:            $314,506.62

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $781,205.06 | 05-44640 | | | $313,930.62 |
| | | | **$781,205.06** | 05-44624 | | | $576.00 |
| | | | | | | | **$314,506.62** |

---

**Claim: 10681**
Date Filed: 07/25/2006
Docketed Total: $781,205.06
Filing Creditor Name:
HENKEL CORPORATION
HENKEL ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Claim Holder Name

HENKEL CORPORATION HENKEL
ELECTRONICS
15051 E DON JULIAN RD
INDUSTRY, CA 91746

Docketed Total:            $781,205.06

Allowed Total:            $2,602.35

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $781,205.06 | 05-44567 | | | $2,602.35 |
| | | | **$781,205.06** | | | | **$2,602.35** |

---

**Claim: 416**
Date Filed: 11/07/2005
Docketed Total: $5,415,329.84
Filing Creditor Name:
HITACHI CHEMICAL
SINGAPORE PTE LTD FKA
HITACHI CHEMICAL ASIA
PACIFIC PTE LTD
ATTN MENACHEM O
ZELMANOVITZ ESQ
101 PARK AVE
NEW YORK, NY 10178

Claim Holder Name

HITACHI CHEMICAL SINGAPORE
PTE LTD FKA HITACHI CHEMICAL
ASIA PACIFIC PTE LTD
MORGAN LEWIS & BOCKIUS LLP
101 PARK AVE
NEW YORK, NY 10178

Docketed Total:            $5,415,329.84

Allowed Total:            $3,353,309.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $2,110,565.18 | $3,304,764.66 | 05-44640 | | | $3,353,309.95 |
| | | **$2,110,565.18** | **$3,304,764.66** | | | | **$3,353,309.95** |

---

*    See Exhibit H for a listing of debtor entities by case number.

### EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12192**
Date Filed:   07/28/2006
Docketed Total:     $1,296,063.40
Filing Creditor Name:
  LORENTSON MFG CO INC
  PO BOX 932
  KOKOMO, IN 46903-0932

Claim Holder Name

LORENTSON MFG CO INC
PO BOX 932
KOKOMO, IN 46903-0932

Docketed Total:   $1,296,063.40

Allowed Total:   $396,613.90

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | $789,167.04 | | $506,896.36 | | 05-44640 | | | $396,613.90 |
| | **$789,167.04** | | **$506,896.36** | | | | | **$396,613.90** |

**Claim: 10707**
Date Filed:   07/26/2006
Docketed Total:     $2,997,056.91
Filing Creditor Name:
  TYCO ELECTRONICS
  CORPORATION
  PO BOX 3608 MS 3826
  HARRISBURG, PA 17105-3608

Claim Holder Name

TYCO ELECTRONICS
CORPORATION
PO BOX 3608 MS 3826
HARRISBURG, PA 17105-3608

Docketed Total:   $2,997,056.91

Allowed Total:   $1,978,227.84

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,997,056.91 | | 05-44624 | | | $34,332.85 |
| | | | **$2,997,056.91** | | 05-44640 | | | $1,932,677.00 |
| | | | | | 05-44511 | | | $9,300.79 |
| | | | | | 05-44507 | | | $1,917.20 |
| | | | | | | | | **$1,978,227.84** |

**Total Claims To Be Allowed: 8**

**Total Amount As Docketed:**     $18,083,354.94

**Total Amount As Allowed:**     $9,573,657.82

*   See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

### EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2660**
Date Filed: 04/17/2006
Docketed Total: $420,083,457.18
Filing Creditor Name:
  LAW DEBENTURE TRUST
  COMPANY OF NEW YORK
  BROWN RUDNICK BERLACK
  ISRAELS LLP
  SEVEN TIMES SQ
  NEW YORK, NY 10036

Claim Holder Name
  LAW DEBENTURE TRUST COMPANY
  OF NEW YORK
  BROWN RUDNICK BERLACK
  ISRAELS LLP
  SEVEN TIMES SQ
  NEW YORK, NY 10036

Docketed Total: $420,083,457.18

Allowed Total: $420,083,457.18

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $420,083,457.18 | 05-44481 | | | $420,083,457.18 |
| | | | $420,083,457.18 | | | | $420,083,457.18 |

**Claim: 1420**
Date Filed: 01/03/2006
Docketed Total: $6,185,131.57
Filing Creditor Name:
  PIONEER NORTH AMERICA INC
  SCHAFER AND WEINER PLLC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Claim Holder Name
  WHITEBOX HEDGED HIGH YIELD
  PARTNERS LP
  3033 EXCELSIOR BLVD STE 300
  MINNEAPOLIS, MN 55416

Docketed Total: $6,185,131.57

Allowed Total: $6,185,131.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $3,129,150.38 | $3,055,981.19 | 05-44640 | | | $6,185,131.57 |
| | | $3,129,150.38 | $3,055,981.19 | | | | $6,185,131.57 |

**Claim: 10271**
Date Filed: 07/24/2006
Docketed Total: $2,044,593,402.77
Filing Creditor Name:
  WILMINGTON TRUST COMPANY
  AS INDENTURE TRUSTEE
  KIRKPATRICK & LOCKHART
  NICHOLOSN GRAHAM LLP
  599 LEXINGTON AVE
  NEW YORK, NY 10022

Claim Holder Name
  WILMINGTON TRUST COMPANY AS
  INDENTURE TRUSTEE
  KIRKPATRICK & LOCKHART
  NICHOLOSN GRAHAM LLP
  599 LEXINGTON AVE
  NEW YORK, NY 10022

Docketed Total: $2,044,593,402.77

Allowed Total: $2,044,593,402.77

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $2,044,593,402.77 | 05-44481 | | | $2,044,593,402.77 |
| | | | $2,044,593,402.77 | | | | $2,044,593,402.77 |

**Total Claims To Be Allowed: 3**

**Total Amount As Docketed:** $2,470,861,991.52

**Total Amount As Allowed:** $2,470,861,991.52

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.                                   **Fortieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

**Exhibit H - Debtor Entity Reference**

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47452 | DELPHI FURUKAWA WIRING SYSTEMS LLC |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 133 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 3M COMPANY | 2468 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| A BERGER PRECISION LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AGAPE PLASTICS INC EFT | 3964 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ALCOTEC WIRE CO | 4232 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALMETALS CO | 8455 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPHA PRODUCTS INC | 12159 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPS AUTOMOTIVE INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMG INDUSTRIES INC | 5252 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMI INDUSTRIES INC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARC AUTOMOTIVE INC | 9151 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ARGO PARTNERS | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARGO PARTNERS | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 134 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARGO PARTNERS | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ARMADA RUBBER MANUFACTURING COMPANY | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARNESES ELECTRICOS AUTOMOTRICES S A DE C V | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2090 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2164 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2318 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 2343 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AT&T CORP | 7506 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATEL LEASING CORPORATION AS AGENT FOR CREDITOR | 12195 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATMEL CORPORATION | 1165 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUMA TEC SA DE CV | 10383 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUTOTUBE LTD | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AVERY DENNINSON CORPORATION | 5453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AVX CORP | 9755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BAILEY MFG CO LLC | 11459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BANK OF AMERICA N A | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BARNES GROUP INC | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BASF MEXICANA SA DE CV | 6333 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEKAERT CORPORATION | 1791 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BELLMAN MELCOR INC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BERGQUIST COMPANY | 12448 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BONA VISTA PROGRAMS INC | 1389 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BOURNS INC | 6683 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 135 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BUEHLER MOTOR INC | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPRO LTD | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPSONIC GROUP LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CASTWELL PRODUCTS INC | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CENTURY MOLD & TOOL CO | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CERTIFIED TOOL & MANUFACTURING | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CHICAGO RIVET & MACHINE CO | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5083 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5084 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5085 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5086 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5087 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COLLINS & AIKMAN | 15339 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| COMMERCIAL PACKAGING INC | 3304 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COMPONENT PLASTICS INC | 7170 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTINENTAL MIDLAND LLC | 14247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | 12687 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP | 10386 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 136 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC | 12685 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON AUTOMOTIVE ELECTRONICS INC | 12673 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC | 12668 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| COOPER BUSSMANN INC | 10402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COOPER STANDARD AUTOMOTIVE FKA ITT AUTOMOTIVE FLUID HDG SYST | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CUSTOM PRODUCTS CORP | 8807 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAJACO INDUSTRIES INC | 16018 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER RUBBER & PLASTICS | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DATWYLER RUBBER & PLASTICS | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAWLEN CORP | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEUTSCHE BANK SECURITIES INC | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEVRIES INTERNATIONAL INC | 1586 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DICKEY GRABLER CO | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DOTT INDUSTRIES INC | 14401 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOTT INDUSTRIES INC | 14402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 137 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DOW CORNING CORP | 7343 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOW CORNING CORPORATION | 7341 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DRAKA AUTOMOTIVE GMBH | 116 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYBROOK PRODUCTS INC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST CANADA INC | 8376 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST DEUTSCHLAND GMBH & CO KG | 8374 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EAGLE FASTENERS INCORPORATED | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EIMO AMERICAS | 5887 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EMERSON & CUMING INC | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ENDURA PLASTICS & SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EPCOS INC | 8946 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ERWIN QUARDER INC | 1464 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| EVOX RIFA INC | 9461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| F&G MULTI SLIDE INC | 16751 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FCI AUTOMOTIVE DEUTSCHLAND GMBH | 14126 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FCI USA INC | 14130 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FEDERAL SCREW WORKS | 2350 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FERRO ELECTRONIC MATERIALS | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLAMBEAU INC | 12212 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLEX TECHNOLOGIES INC | 11542 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLOW DRY TECHNOLOGY LTD | 8508 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREESCALE SEMICONDUCTOR INC | 12024 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREUDENBERG NOK GENERAL PARTNERSHIP | 11603 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NOK INC | 11602 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FUJIKURA AMERICA INC | 11659 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GAPI USA | 6993 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GMD INDUSTRIES LLC DBA PRODUCTION SCREW MACHINE | 15140 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GOLDMAN SACHS CREDIT PARTNERS LP | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GOODYEAR CANADA INC | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GREYSTONE OF LINCOLN INC | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GRUNER AG | 831 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| H & M COMPANY INC | 7603 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL INVESTORS LLC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL INVESTORS LLC | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HECKETHORN MANUFACTURING CO INC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10656 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10681 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENRY COUNTY RURAL ELECTRIC ME | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | 416 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HUF PORTUGUESA LDA | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HURST BYRON G | 2285 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| HUTCHINSON FTS INC | 13967 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HUTCHINSON SEAL CORPORATION | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HYLAND MACHINE COMPANY | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| IER INDUSTRIES INC | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ILLINOIS TOOL WORKS INC | 12246 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 6615 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9567 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9574 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 139 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| INDAK MANUFACTURING CORP EFT | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INTEGRATED SILICON SOLUTION EF INC | 10279 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 13788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 14215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ITT CANNON NEWTON | 1541 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW DELTAR INSERT MOLDED PRODUCTS | 9573 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW FILTRATION PRODUCTS | 10421 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JIFFY TITE CO INC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JOHN GUEST AUTOMOTIVE INC | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JPMORGAN CHASE BANK NA | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAC HOLDINGS INC DBA KESTER | 15565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS MANUFACTURING CO | 105 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS SOUTHWEST INC | 104 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12210 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12211 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEY SAFETY SYSTEMS & SUBSIDIARIES | 1790 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KEYSTONE POWDERED METAL COMPANY | 15792 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16686 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16687 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOKOMO GAS AND FUEL COMPANY | 11622 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| L&W ENGINEERING CO | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LATIGO MASTER FUND LTD | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | 2660 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| LDI INCORPORATED | 9832 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LEXINGTON RUBBER GROUP INC | 11924 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LINEAR TECHNOLOGY CORPORATION | 16681 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 140 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LIQUIDITY SOLUTIONS INC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HENRY COUNTY REMC | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF INDAK MANUFACTURING CORP | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FAIRWAY SPRING CO INC | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 141 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORD CORPORATION | 16307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORENTSON MFG CO INC | 12192 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| LYDALL THERMAL ACOUSTICAL SALES LLC FKA LYDALL WESTEX | 9463 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| M A COM INC | 15926 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MACAUTO USA INC | 9431 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MACHINED PRODUCTS CO | 5115 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MADISON NICHE OPPORTUNITIES LLC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MANDO AMERICA CORPORATION | 1569 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MATSUO ELECTRONICS OF AMERICA | 5306 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL FLOW CORPORATION | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL MATIC INC | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICRON SEMICONDUCTOR PROD INC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICROSEMI CORP | 6932 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 142 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MID CONTINENT SPRING CO EFT | 6577 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MID STATES RUBBER PRODUCTS INC | 12244 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MIDTOWN CLAIMS LLC | 4501 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOLDTECH INC | 3738 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOTOROLA INC AKA MOTOROLA AIEG | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MUBEA INC | 11688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MUELLER INDUSTRIES INC | 9550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NEWARK ELECTRONICS | 7550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NICHIA AMERICA CORPORATION | 2221 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NISSAN TRADING CORP USA | 293 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NORTHERN ENGRAVING CORPORATION | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OETIKER INC | 722 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| OFFSHORE INTERNATIONAL INCORPORATED | 16393 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OKI AMERICA INC | 16318 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ONKYO INDUSTRIAL COMPONENTS INC | 878 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ORE HILL HUB FUND LTD | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PAR FOAM PRODUCTS INC | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PARLEX CORPORATION | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PENN ALUMINUM INTERNATIONAL INC | 16557 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PENN ENGINEERING & MANUFACTURING CORP | 1156 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PIONEER NORTH AMERICA INC | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| PLAINFIELD MOLDING INC | 12439 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| PLAINFIELD STAMP ILLINOIS INC | 12438 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PLASTOMER CORP | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PONTIAC COIL INC | 5388 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION HARNESS INC | 9024 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION RESOURCE INC KY DIV | 16609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRIDGEON & CLAY INC | 16661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 143 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PROMOTECH KUNSTSTOFF UND METALLVERARBEITUNGSGES MBH | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| QUALITY SCREW & NUT CO | 4268 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUALITY SYNTHETIC RUBBER INC | 15231 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RB & W CORPORATION EFT | 10194 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RED SPOT CORP | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RF MICRO DEVICES INC | 2748 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RICHCO INC | 520 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| RICHCO INC | 521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROBIN INDUSTRIES INC CLEVELAND DIVISION | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROGERS FOAM CORPORATION | 788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROTAFORM LLC | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RTP CO | 9910 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RUDOLPH BROS & CO | 237 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAINT GOBAIN PERFORMANCE | 12030 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAMUEL SON & CO | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM | 3996 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEAL & DESIGN INC | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALED AIR CORPORATION | 3293 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALING DEVICES INC | 7843 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEMBLEX CORPORATION | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SFS INTEC INC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SGF OF AMERICA | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP | 2274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SHIN ETSU POLYMER AMERICA INC | 11596 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND LLC | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 144 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SIERRA LIQUIDITY FUND LLC ASSIGNEE LAKE ERIE PRODUCTS INC  LIVONIA FITTINGS PRODUCTS COMPANY ET AL ASSIGNOR | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SKF USA INC | 11247 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALL PARTS INC | 11274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALLEY STEEL RING COMPANY | 661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SMC AMERICA INC AKA SCREW MACHINING COMPONENTS INC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPTIAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 145 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION | 14489 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC | 14134 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPECIAL DEVICES INCORPORATED | 11963 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPEED TECH CORPORATION | 10955 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STADCO INC | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STARK MANUFACTURING LLC | 1260 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEPHENSON & LAWYER INC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEWARD INC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STONEHILL INSTITUTIONAL PARTNERS LP | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SUMITOMO SITIX SILICON INC | 1521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUN KWANG BRAZING FILLER METAL | 5400 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| T & L AUTOMATICS INC | 11259 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK CORPORATION OF AMERICA | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEFCO INC | 4734 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEKNOR APEX COMPANY | 7443 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TERMAX CORP | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE CHERRY CORPORATION | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 16555 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE TIMKEN COMPANY | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THERMOTECH SA DE CV | 6096 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THIERICA INC | 11536 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TI GROUP AUTOMOTIVE SYSTEMS LLC | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TICONA LLC | 13420 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TIMKEN US CO | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 146 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOLLMAN SPRING CO INC | 1733 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOPCRAFT PRECISION MOLDERS EFT | 9435 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS INC | 12239 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSOH SMD INC | 1572 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT MANAGMENT LP | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TR BUTTERFIELD TRAIL CORP | 12342 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TRADE DEBT NET | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TRAM INC | 11461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWIN CORPORATION | 8523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWIST INC | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWOSON ESP INC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWOSON TOOL CO INC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| TYZ ALL PLASTICS INC | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UFE INC | 10233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ULTRAFORM INDUSTRIES INC | 5123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNISOURCE WORLDWIDE INC | 11437 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNITED ELECTRONICS CORP | 1744 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL BEARINGS INC | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 1098 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 2069 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| US FARATHANE CORPORATION | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VIASYSTEMS | 12385 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VICTORY PACKAGING LP | 11640 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VIKING PLASTICS INC | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9452 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9454 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VOGELSANG CORP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES | 12391 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| WAKO ELECTRONICS USA INC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 147 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WAMCO INC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WARNER ELECTRIC LLC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| WHITEBOX HEDGED HIGH YIELD PARTNERS LP | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE | 10271 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WOCO INDUSTRIETECHNIK GMBH | 10076 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| YAZAKI NORTH AMERICA INC | 13183 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZF LEMFORDER SISTEMAS AUTOMOTRICES SA DE CV | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ZIERICK MFG CO | 3375 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZILOG INC | 9304 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 148 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 3M COMPANY | 2468 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| A BERGER PRECISION LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AGAPE PLASTICS INC EFT | 3964 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ALCOTEC WIRE CO | 4232 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALMETALS CO | 8455 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPHA PRODUCTS INC | 12159 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPS AUTOMOTIVE INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMG INDUSTRIES INC | 5252 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMI INDUSTRIES INC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARC AUTOMOTIVE INC | 9151 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ARGO PARTNERS | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARGO PARTNERS | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 149 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARGO PARTNERS | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ARMADA RUBBER MANUFACTURING COMPANY | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARNESES ELECTRICOS AUTOMOTRICES S A DE C V | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2090 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2164 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2318 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 2343 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AT&T CORP | 7506 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATEL LEASING CORPORATION AS AGENT FOR CREDITOR | 12195 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATMEL CORPORATION | 1165 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUMA TEC SA DE CV | 10383 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUTOTUBE LTD | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AVERY DENNINSON CORPORATION | 5453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AVX CORP | 9755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BAILEY MFG CO LLC | 11459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BANK OF AMERICA N A | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BARNES GROUP INC | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BASF MEXICANA SA DE CV | 6333 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEKAERT CORPORATION | 1791 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BELLMAN MELCOR INC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BERGQUIST COMPANY | 12448 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BONA VISTA PROGRAMS INC | 1389 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BOURNS INC | 6683 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 150 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BUEHLER MOTOR INC | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPRO LTD | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPSONIC GROUP LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CASTWELL PRODUCTS INC | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CENTURY MOLD & TOOL CO | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CERTIFIED TOOL & MANUFACTURING | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CHICAGO RIVET & MACHINE CO | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5083 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5084 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5085 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5086 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5087 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COLLINS & AIKMAN | 15339 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| COMMERCIAL PACKAGING INC | 3304 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COMPONENT PLASTICS INC | 7170 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTINENTAL MIDLAND LLC | 14247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | 12687 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP | 10386 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 151 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC | 12685 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON AUTOMOTIVE ELECTRONICS INC | 12673 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC | 12668 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| COOPER BUSSMANN INC | 10402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COOPER STANDARD AUTOMOTIVE FKA ITT AUTOMOTIVE FLUID HDG SYST | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CUSTOM PRODUCTS CORP | 8807 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAJACO INDUSTRIES INC | 16018 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER RUBBER & PLASTICS | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DATWYLER RUBBER & PLASTICS | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAWLEN CORP | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEUTSCHE BANK SECURITIES INC | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEVRIES INTERNATIONAL INC | 1586 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DICKEY GRABLER CO | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DOTT INDUSTRIES INC | 14401 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOTT INDUSTRIES INC | 14402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 152 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DOW CORNING CORP | 7343 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOW CORNING CORPORATION | 7341 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DRAKA AUTOMOTIVE GMBH | 116 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYBROOK PRODUCTS INC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST CANADA INC | 8376 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST DEUTSCHLAND GMBH & CO KG | 8374 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EAGLE FASTENERS INCORPORATED | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EIMO AMERICAS | 5887 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EMERSON & CUMING INC | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ENDURA PLASTICS & SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EPCOS INC | 8946 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ERWIN QUARDER INC | 1464 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| EVOX RIFA INC | 9461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| F&G MULTI SLIDE INC | 16751 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FCI AUTOMOTIVE DEUTSCHLAND GMBH | 14126 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FCI USA INC | 14130 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FEDERAL SCREW WORKS | 2350 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FERRO ELECTRONIC MATERIALS | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLAMBEAU INC | 12212 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLEX TECHNOLOGIES INC | 11542 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLOW DRY TECHNOLOGY LTD | 8508 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREESCALE SEMICONDUCTOR INC | 12024 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREUDENBERG NOK GENERAL PARTNERSHIP | 11603 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NOK INC | 11602 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FUJIKURA AMERICA INC | 11659 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GAPI USA | 6993 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GMD INDUSTRIES LLC DBA PRODUCTION SCREW MACHINE | 15140 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd  Doc 19222  Filed 12/21/09  Entered 12/21/09 16:59:27  Main Document
Pg 153 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GOLDMAN SACHS CREDIT PARTNERS LP | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GOODYEAR CANADA INC | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GREYSTONE OF LINCOLN INC | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GRUNER AG | 831 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| H & M COMPANY INC | 7603 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL INVESTORS LLC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL INVESTORS LLC | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HECKETHORN MANUFACTURING CO INC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10656 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10681 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENRY COUNTY RURAL ELECTRIC ME | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | 416 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HUF PORTUGUESA LDA | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HURST BYRON G | 2285 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| HUTCHINSON FTS INC | 13967 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HUTCHINSON SEAL CORPORATION | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HYLAND MACHINE COMPANY | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| IER INDUSTRIES INC | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ILLINOIS TOOL WORKS INC | 12246 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 6615 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9567 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9574 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 154 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| INDAK MANUFACTURING CORP EFT | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INTEGRATED SILICON SOLUTION EF INC | 10279 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 13788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 14215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ITT CANNON NEWTON | 1541 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW DELTAR INSERT MOLDED PRODUCTS | 9573 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW FILTRATION PRODUCTS | 10421 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JIFFY TITE CO INC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JOHN GUEST AUTOMOTIVE INC | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JPMORGAN CHASE BANK NA | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAC HOLDINGS INC DBA KESTER | 15565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS MANUFACTURING CO | 105 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS SOUTHWEST INC | 104 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12210 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12211 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEY SAFETY SYSTEMS & SUBSIDIARIES | 1790 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KEYSTONE POWDERED METAL COMPANY | 15792 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16686 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16687 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOKOMO GAS AND FUEL COMPANY | 11622 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| L&W ENGINEERING CO | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LATIGO MASTER FUND LTD | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | 2660 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| LDI INCORPORATED | 9832 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LEXINGTON RUBBER GROUP INC | 11924 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LINEAR TECHNOLOGY CORPORATION | 16681 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 155 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LIQUIDITY SOLUTIONS INC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HENRY COUNTY REMC | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF INDAK MANUFACTURING CORP | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FAIRWAY SPRING CO INC | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 156 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORD CORPORATION | 16307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORENTSON MFG CO INC | 12192 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| LYDALL THERMAL ACOUSTICAL SALES LLC FKA LYDALL WESTEX | 9463 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| M A COM INC | 15926 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MACAUTO USA INC | 9431 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MACHINED PRODUCTS CO | 5115 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MADISON NICHE OPPORTUNITIES LLC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MANDO AMERICA CORPORATION | 1569 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MATSUO ELECTRONICS OF AMERICA | 5306 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL FLOW CORPORATION | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL MATIC INC | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICRON SEMICONDUCTOR PROD INC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICROSEMI CORP | 6932 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 157 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MID CONTINENT SPRING CO EFT | 6577 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MID STATES RUBBER PRODUCTS INC | 12244 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MIDTOWN CLAIMS LLC | 4501 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOLDTECH INC | 3738 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOTOROLA INC AKA MOTOROLA AIEG | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MUBEA INC | 11688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MUELLER INDUSTRIES INC | 9550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NEWARK ELECTRONICS | 7550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NICHIA AMERICA CORPORATION | 2221 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NISSAN TRADING CORP USA | 293 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NORTHERN ENGRAVING CORPORATION | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OETIKER INC | 722 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| OFFSHORE INTERNATIONAL INCORPORATED | 16393 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OKI AMERICA INC | 16318 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ONKYO INDUSTRIAL COMPONENTS INC | 878 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ORE HILL HUB FUND LTD | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PAR FOAM PRODUCTS INC | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PARLEX CORPORATION | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PENN ALUMINUM INTERNATIONAL INC | 16557 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PENN ENGINEERING & MANUFACTURING CORP | 1156 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PIONEER NORTH AMERICA INC | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| PLAINFIELD MOLDING INC | 12439 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| PLAINFIELD STAMP ILLINOIS INC | 12438 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PLASTOMER CORP | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PONTIAC COIL INC | 5388 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION HARNESS INC | 9024 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION RESOURCE INC KY DIV | 16609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRIDGEON & CLAY INC | 16661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 158 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PROMOTECH KUNSTSTOFF UND METALLVERARBEITUNGSGES MBH | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| QUALITY SCREW & NUT CO | 4268 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUALITY SYNTHETIC RUBBER INC | 15231 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RB & W CORPORATION EFT | 10194 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RED SPOT CORP | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RF MICRO DEVICES INC | 2748 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RICHCO INC | 520 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| RICHCO INC | 521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROBIN INDUSTRIES INC CLEVELAND DIVISION | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROGERS FOAM CORPORATION | 788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROTAFORM LLC | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RTP CO | 9910 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RUDOLPH BROS & CO | 237 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAINT GOBAIN PERFORMANCE | 12030 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAMUEL SON & CO | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM | 3996 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEAL & DESIGN INC | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALED AIR CORPORATION | 3293 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALING DEVICES INC | 7843 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEMBLEX CORPORATION | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SFS INTEC INC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SGF OF AMERICA | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP | 2274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SHIN ETSU POLYMER AMERICA INC | 11596 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND LLC | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 159 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SIERRA LIQUIDITY FUND LLC ASSIGNEE LAKE ERIE PRODUCTS INC  LIVONIA FITTINGS PRODUCTS COMPANY ET AL ASSIGNOR | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SKF USA INC | 11247 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALL PARTS INC | 11274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALLEY STEEL RING COMPANY | 661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SMC AMERICA INC AKA SCREW MACHINING COMPONENTS INC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPTIAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 160 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION | 14489 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC | 14134 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPECIAL DEVICES INCORPORATED | 11963 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPEED TECH CORPORATION | 10955 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STADCO INC | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STARK MANUFACTURING LLC | 1260 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEPHENSON & LAWYER INC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEWARD INC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STONEHILL INSTITUTIONAL PARTNERS LP | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SUMITOMO SITIX SILICON INC | 1521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUN KWANG BRAZING FILLER METAL | 5400 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| T & L AUTOMATICS INC | 11259 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK CORPORATION OF AMERICA | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEFCO INC | 4734 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEKNOR APEX COMPANY | 7443 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TERMAX CORP | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE CHERRY CORPORATION | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 16555 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE TIMKEN COMPANY | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THERMOTECH SA DE CV | 6096 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THIERICA INC | 11536 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TI GROUP AUTOMOTIVE SYSTEMS LLC | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TICONA LLC | 13420 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TIMKEN US CO | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 161 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOLLMAN SPRING CO INC | 1733 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOPCRAFT PRECISION MOLDERS EFT | 9435 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS INC | 12239 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSOH SMD INC | 1572 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT MANAGMENT LP | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TR BUTTERFIELD TRAIL CORP | 12342 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TRADE DEBT NET | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TRAM INC | 11461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWIN CORPORATION | 8523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWIST INC | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWOSON ESP INC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWOSON TOOL CO INC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| TYZ ALL PLASTICS INC | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UFE INC | 10233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ULTRAFORM INDUSTRIES INC | 5123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNISOURCE WORLDWIDE INC | 11437 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNITED ELECTRONICS CORP | 1744 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL BEARINGS INC | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 1098 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 2069 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| US FARATHANE CORPORATION | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VIASYSTEMS | 12385 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VICTORY PACKAGING LP | 11640 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VIKING PLASTICS INC | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9452 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9454 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VOGELSANG CORP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES | 12391 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| WAKO ELECTRONICS USA INC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19222   Filed 12/21/09   Entered 12/21/09 16:59:27   Main Document
Pg 162 of 174

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WAMCO INC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WARNER ELECTRIC LLC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| WHITEBOX HEDGED HIGH YIELD PARTNERS LP | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE | 10271 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WOCO INDUSTRIETECHNIK GMBH | 10076 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| YAZAKI NORTH AMERICA INC | 13183 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZF LEMFORDER SISTEMAS AUTOMOTRICES SA DE CV | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ZIERICK MFG CO | 3375 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZILOG INC | 9304 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

# Exhibit J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :

In re                      :     Chapter 11
                                      :

DPH HOLDINGS CORP. et al.,    :     Case No. 05-44481 (RDD)
                                      :

          Reorganized Debtors.    :     (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.  Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c) allowed, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December 21, 2009, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Fortieth Omnibus Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 14, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

       The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

2

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Fortieth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155

---

1        Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        December 21, 2009

# Exhibit K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
         In re                            :      Chapter 11
                                          :
DPH HOLDINGS CORP. et al.,                :      Case No. 05-44481 (RDD)
                                          :
                  Reorganized Debtors.    :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.
Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors
have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5),
identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c)
allowed, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C)
Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims,
(B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And
Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December
21, 2009, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Fortieth Omnibus
Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY
14, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

2

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Fortieth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        December 21, 2009

5