**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
In re:                                                                    Chapter 11
                                                                                Case No. 05-44481 (rdd)
    **Delphi Corporation.,** *et al.*                          Jointly Administered

                                                Debtors

-------------------------------------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
AN ORDER OF THE BANKRUPTCY COURT DATED DECEMBER 17, 2009,
[DOC. NO. 19210], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.


Certain Agreements Resolving Certain Objections of Toyota Motor Engineering & Manufacturing North America, Inc. Toyota Motor Corporation , and Toyota Motor Sales, U.S.A., Inc.