Proceeding:

Bendinelli Law Office, P.C.
11184 Huron Street, Suite 10
Denver, CO 802347
Phone: (303) 940-9900
Fax: (303) 940-9933
Marc F. Bendinelli, Esq. - 28425
Bobby Gerald Sumner, Esq. - 29688

*COUNSEL TO JOSE C. ALFARO AND MARTHA ALFARO*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 05-44481 (RDD) |
|    DELPHI CORPORATION, et al ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | Chapter: 11 |
| Debtors. | |

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Marc F. Bendinelli, a member in good standing of the bar of the State of Colorado, the United States District Court for the District of Colorado, and the United States Court of Appeals for the Fourth Circuit, having requested admission, *pro hac vice,* to represent Jose C. Alfaro and Martha Alfaro, creditors in the above-captioned proceeding,

**IT IS THEREFORE ORDERED THAT:**

Marc F. Bendinelli, Esq. is admitted to practice, *pro hac vice,* in the above-captioned proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DATED: December 22, 2009
          New York, New York

                                          /s/Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE