HOWARD & HOWARD ATTORNEYS PC
450 West Fourth Street
Royal Oak, Michigan 48067
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - | x | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 |
| | : | (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| - - - - - - - - - - - - - - - - - - - - - - | x | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2009, I caused to be mailed, via First Class mail, a copy of the Notice of Filing and Notice of Hearing Regarding Howard & Howard Attorneys, PC's (1) Seventh Fee Application for Allowance of Fees and Expenses for the Period from October 1, 2007 Through January 25, 2008, (2) Application for Final Approval and Final Allowance of all Fees and Expenses For The Period From October 8, 2005 Through January 25, 2008, and (3) Application for Approval of Fees and Expenses Attendant to Preparation and Pursuit of Its Seventh And Final Application For Fees And Expenses, upon the persons listed on Exhibit A attached hereto at their addresses as set forth on Exhibit A.

Respectfully submitted,

**HOWARD AND HOWARD ATTORNEYS, P.C.**

By:  */s/ Lisa S. Gretchko*
       Lisa S. Gretchko (P29881)
       450 West Fourth Street
       Royal Oak, Michigan 48067
       Phone: (248) 723-0396
       Email: lsg@h2law.co

Dated: December 21, 2009

#321847-v1

EXHIBIT "A"

Joseph Avanzato
Adler Pollock & Sheehan PC
One Citizens Plz 8th Fl
Providence RI 02903

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor PA 19087-8675

Brandon J. Kessinger
Akebono Brake Corporaton
310 Ring Road
Elizabethtown KY 42701

David M Dunn
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave NW
Washington DC 20036

Ira S Dizengoff
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York NY 10036

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East, Suite 2400
Los Angeles CA 90067

Michael S. Greger
Allen Matkins Leck Gamble & Mallory
LLP
1900 Main Street, Fifth Floor
Irvine CA 92614-7321

Craig E. Freeman
Alston & Bird, LLP
90 Park Avenue
New York NY 10016

Dennis J. Connolly; David A. Wender
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta GA 30309

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit MI 48243

Gogi Malik
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas TX 75201

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
199 South Los Robles Avenue, Suite 600
Pasadena CA 91101-2459

Andy Leinhoff / Matthew Hamilton
APS Clearing, Inc.
1301 S. Capital of Texas Hwy, Suite B-220
Austin TX 78746

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York NY 10019

Robert M. Hirsh
Arent Fox PLLC
1675 Broadway
New York NY 10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington D.C. 20004-1206

Eric T. Ray
Balch & Bingham LLP
PO Box 306
Birmingham AL 35201

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum &
Nagelberg LLP
200 W Madison St Ste 3900
Chicago IL 60606

William J. Barrett
Barack, Ferrazzano, Kirschbaum &
Nagelberg LLP
200 W Madison St Ste 3900
Chicago IL 60606

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

David M. Powlen
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

John T. Gregg
Barnes & Thornburg LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids MI 49503

Mark R. Owens
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids MI 49503

Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis IN 46204

Thomas M Beeman
Beeman Law Office
33 West 10th Street, Suite 200
Anderson IN 46016

Jerry Sumner
Bendinelli Law Office PC
11184 Huron Street, Suite 10
Denver CO 80234

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York NY 10019

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York NY 10019

Wallace A. Showman
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York NY 10019

James P. Murphy
Berry Moorman P.C.
535 Griswold, Suite 1900
Detroit MI 48226

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto CA 94306

John E Taylor
Michael J Alerding
Bingham McHale LLP
10 West Market Street, Suite 2700
Indianapolis IN 46204

Whitney L Mosby
Bingham McHale LLP
10 West Market Street, Suite 2700
Indianapolis IN 46204

Marc E. Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit MI 48243

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse NY 13202

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse NY 13202

Michael A Trentadue
Carina M de la Torre
Bose McKinney & Evans LLP
111 Monument Circle Ste 2700
Indianapolis IN 46204

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville TN 37203

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury NJ 08096

Shawn M. Christianson
Buchalter Nemer, A Profesional Corp
333 Market Street, 25th Floor
San Francisco CA 94105-2126

Mary Caloway
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington DE 19801

#321847-v1

William H. Schorling, Esq.
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th St., Ste 3200
Philadelphia PA 19102

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street, Suite 3100
Birmingham AL 35203

Jeannine D'Amico
Cadwalader Wickersham & Taft LLP
1201 F St NW Ste 1100
Washington DC 20004

John J. Rapisardi Esq
Joseph Zujkowski Esq
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York NY 10281

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York NY 10005

Kevin Burke
Cahill Gordon & Reindel LLP
80 Pine Street
New York NY 10005

Dorothy H. Marinis-Riggio
Robert Calinoff
Calinoff & Katz, LLp
140 East 45th Street, 17th Floor
New York NY 10017

Joseph M Fischer
Patrick J Kukla
Carson Fischer, P.L.C.
4111 Andover Road, West 2nd Floor
Bloomfield Hills MI 48302

Robert A. Weisberg
Carson Fischer, P.L.C.
4111 Andover Road, West 2nd Floor
Birmingham MI 48302

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York NY 10005

Douglas Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York NY 10112

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

Shannon Deeby
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue, Suite 3500
Detroit MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh PA 15222-1319

Joseph J. Vitale
Babette Ceccotti
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York NY 10036

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford CT 06103

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor MI 48104

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington DE 19899

Mark Lee, Janice Stanton,
Bill Raine, Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich CT 06830

Ronald S. Pretekin
Coolidge Wall Co. LPA
33 West First Street, Suite 600
Dayton OH 45402

Susan Power Johnston
Aaron R. Marcu
Covington & Burling
620 Eighth Ave
New York NY 10018

Sean M. Walsh, Esq.
Cox, Hodgman & Giarmarco, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy MI 48084-5280

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville PA 19067

Robert Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville PA 19067

Cindi Eilbott
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills MI 48326-2766

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo NY 14202-4096

David P. Martin
519 Energy Center Blvd, Ste 1104
Northport AL 35401

Richard M. Meth
Day Pitney LLP
P.O. Box 1945
Morristown NJ 07962-1945

Ronald S. Beacher
Conrad K. Chiu
Day Pitney LLP
7 Times Square
New York NY 10036

Glenn E. Siegel
James O. Moore
Dechert LLP
1095 Avenue of the Americas
New York NY 10036-6797

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield MI 48086

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York NY 10017

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building, 6225 Smith Ave
Baltimore Maryland 21209-3600

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia PA 19103

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia PA 19103

Janice B. Grubin
Drinker Biddle & Reath LLP
140 Broadway 39th Fl
New York NY 10005-1116

Joseph H. Lemkin
Duane Morris LLP
744 Broad Street, Suite 1200
Newark NJ 07102

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia PA 19103-4196

Douglas S Parker
Dykema Gossett PLLC
39577 Woodward Ave, Suite 300
Bloomfield Hills MI 48304

Morgan Smith
Dykema Gossett PLLC
10 South Wacker Dr, Suite 2300
Chicago IL 60606

Sharon A. Salinas
Dykema Gossett PLLC
10 South Wacker Dr, Suite 2300
Chicago IL 60606

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano TX 75024

Barbara Ellis-Monro
Ellenberg, Ogier, et al.
170 Mitchell Street, SW
Atlanta GA 30303

Alan H. Katz
Entergy Services, Inc.
639 Loyola Ave 26th Fl
New Orleans LA 70113

Maura I. Russell
Anthony B. Stumbo
Epstein Becker & Green PC
250 Park Ave, 11th Floor
New York NY 10177-1211

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle NY 10801

Elizabeth K. Flaagan
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln St
Denver CO 80203-4532

Louis A. Scarcella
Patrick T. Collins
Farrell Fritz PC
1320 RexCorp Plaza
Uniondale NY 11556-1320

Charles J. Filardi, Jr., Esq.
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven CT 06510

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway, Suite 711
New York NY 10004

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago IL 60610-4764

John A. Simon
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave Suite 2700
Detroit MI 48226-3489

Fred Stevens
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York NY 10016

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City NJ 08401-7212

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona WI 53593

David A Rosenzweig
Fulbright & Jaworski LLP
666 Fifth Avenue
New York NY 10103-3198

Michael M Parker
Fulbright & Jaworski LLP
300 Convent St Ste 2200
San Antonio TX 78205

David C. Cimo
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami FL 33131

David N. Crapo
Gibbons P.C.
One Gateway Center
Newark NJ 07102-5310

Attn Bruce W Hoover
Goldberg Segalla LLP
665 Main St Ste 400
Buffalo NY 14203

Allan S. Brilliant
Goodwin Proctor LLP
599 Lexington Avenue
New York NY 10022

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York NY 10004

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston MA 02110-333

James J Sabella
Grant & Eisenhofer P.A.
485 Lexington Ave
New York NY 10017

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York NY 10111

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee WI 53212

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati OH 45202

Maria J. DiConza
Greenberg Traurig, LLP
MetLife Bldg, 200 Park Avenue
New York NY 10166

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1800
Houston TX 77002

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis MO 63102

Lawrence E Oscar / Christopher W Peer
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland OH 44114

Alan D. Halperin / Christopher J.Battaglia /
Julie D. Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York NY 10022

R John Clark Esq
Hancock & Estabrook LLP
1500 Tower I
PO Box 4976
Syracuse NY 13221-4976

David G Dragich
Harrington, Dragich & O'Neill PLLC
21043 Mack Avenue
Grosse Pointe Woods MI 48236

Harris D. Leinwand
Harris D. Leinwand
350 Fifth Avenue, Suite 2418
New York NY 10118

Judith Elkin
Haynes and Boone, LLP
153 East 53rd Street, Suite 4900
New York NY 10022

Lenard M. Parkins / Kenric D. Kattner
Haynes and Boone, LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston TX 77010

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York NY 10016

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim CA 92806

Ramona S. Neal
Hewlett-Packard Company
11311 Chinden Blvd., M/S 314
Boise ID 83714-0021

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill NJ 07974

Michael J Pendell
Hinckley Allen & Snyder LLP
185 Asylum St CityPlace I, 35th Floor
Hartford CT 06103-3488

J. Eric Charlton
Hiscock & Barclay, LLP
300 South Salina Street
PO Box 4878
Syracuse NY 13221-4878

Garry M. Graber
Hodgson Russ LLP
60 E 42nd St 37th Fl
New York NY 10165-0150

Julia S. Kreher
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo NY 14203

Stephen H. Gross, Esq.
Hodgson Russ LLP
60 E 42nd St 37th Fl
New York NY 10165-0150

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington D.C. 20004-1109

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington D.C. 20004-1109

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York NY 10022

Donald T. Baty, Jr.
Honigman, Miller, Schwartz & Cohn, LLP
2290 1st National Bldg, 660 Woodward Ave
Detroit MI 48226

E. Todd Sable
Honigman, Miller, Schwartz & Cohn, LLP
2290 1st National Bldg, 660 Woodward Ave
Detroit MI 48226

Seth A Drucker
Honigman, Miller, Schwartz & Cohn, LLP
2290 1st National Bldg, 660 Woodward Ave
Detroit MI 48226

Lisa S Gretchko
Howard & Howard Attorneys PC
39400 Woodward Ave, Ste 101
Bloomfield Hills MI 48304-5151

Louis G. McBryan
Howick, Westfall, McBryan & Kaplan, LLP
3101 Tower Creek Parkway
Ste 600 One Tower Creek
Atlanta GA 30339

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo OH 43624

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo OH 43624

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas TX 75201

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo NY 14202

Ben T. Caughey
Ice Miller
One American Square, Box 82001
Indianapolis IN 46282-0200

Greg Bibbes
Infineon Technologies North America Corp
1730 North First Street, M/S 11305
San Jose CA 95112

Jeff Gillespie
Infineon Technologies North America Corp
2529 Commerce Drive, Suite H
Kokomo IN 46902

Heather Beshears
InPlay Technologies Inc
234 South Extension Road
Mesa AZ 85201

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington DC 20036

#321847-v1

Bruce J. Ruzinsky
Jackson Walker LLP
1401 McKinney St Ste 1900
Houston TX 77010

Heather M. Forrest
Jackson Walker LLP
901 Main St Ste 600
Dallas TX 75202

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield MI 48034

Parmenter O'Toole
James R Scheuerle
601 Terrace Street
PO Box 786
Muskegon MI 49443-0786

Beth Klimczak, General Counsel
Jason, Inc.
411 E. Wisconsin Ave, Suite 2120
Milwaukee WI 53202

Will Schultz, General Counsel
Jason, Inc.
411 E. Wisconsin Ave, Suite 2120
Milwaukee WI 53202

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago IL 60611

Jerry W. Gerde, Esq.
Johnston, Harris Gerde & Komarek, P.A.
239 E. 4th St.
Panama City FL 32401

Corinne Ball
Jones Day
222 East 41st Street
New York NY 10017

Peter J. Benvenutti
Michaeline H. Correa
Jones Day
555 California St 26th Floor
San Francisco CA 94104

Scott J. Friedman
Jones Day
222 East 41st Street
New York NY 10017

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago IL 60661

Richard G Smolev
Kaye Scholer LLP
425 Park Avenue
New York NY 10022-3598

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street, Suite 1800
Columbus OH 43215

Lynn Lincoln Sarko / Cari Campen
Laufenberg / Erin M. Rily
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle WA 98101

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix AZ 85012

Craig A. Wolfe
Kelley Drye & Warren, LLP
101 Park Avenue
New York NY 10178

Merrill B. Stone
Kelley Drye & Warren, LLP
101 Park Avenue
New York NY 10178

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York NY 10003

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York NY 10003

Daniel Egan
King & Spalding, LLP
1185 Avenue of the Americas
New York NY 10036

H. Slayton Dabney, Jr.
King & Spalding, LLP
1185 Avenue of the Americas
New York NY 10036

Jim Stempel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago IL 60601

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham
LLP
599 Lexington Avenue
New York NY 10022

Patti E Pope, Revenue Recovery Mgr
Kokomo Gas & Fuel Co
Northern Indiana Public Service Co
801 East 86th Avenue
Merrillville IN 46410

Sam O. Simmerman
Krugliak, Wilkins, et al.
4775 Munson Street N.W.
P.O. Box 36963
Canton OH 44735-6963

Jay Selanders
Kutak Rock LLP
1010 Grand Blvd Ste 500
Kansas City MO 64106

Edward D. Kutchin
Kutchin & Rufo, P.C.
Two Center Plaza, Suite 620
Boston MA 02108-1906

Kerry R. Northrup
Kutchin & Rufo, P.C.
Two Center Plaza, Suite 620
Boston MA 02108-1906

Adam D. Bruski
Lambert. Leser, Isackson,
Cook & Guinta, P.C.
309 Davidson Bldg, PO Box 835
Bay City MI 48707-0835

Susan M. Cook
Lambert. Leser, Isackson,
Cook & Guinta, P.C.
309 Davidson Building, PO Box 835
Bay City MI 48707-0835

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York NY 10022

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York NY 10022

Robert Rosenberg
Latham & Watkins
885 Third Avenue
New York NY 10022

Michael O'Hayer Esq
Law Offices of Michael O'Hayer
22 N Walnut Street
West Chester PA 19380

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street, Suite 700
Tucson AZ 85701

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix AZ 85004-4429

John England, Esq.
Linear Technology Corp
1630 McCarthy Blvd.
Milpitas CA 95035-7417

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin TX 78760-7428

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas TX 75201

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston TX 77253-3064

Kevin J. Walsh
Locke Lord Bissell & Liddell
885 Third Avenue, 26th Floor
New York NY 10022-4802

Timothy S. McFadden
Locke Lord Bissell & Liddell
111 South Wacker Drive
Chicago IL 60606

P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York NY 10154-0037

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York NY 10154

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York NY 10020

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York NY 10020

Michael S. Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York NY 10020

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland NJ 07068

Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland NJ 07068

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway, Suite 101
Toledo OH 43615

Alexander Stotland Esq
Maddin, Hauser, Wartell, Roth & Heller PC
28400 Northwestern Hwy, Third Floor
Southfield MI 48034

Joe Landen
Madison Capital Management
6143 South Willow Drive, Suite 200
Greenwood Village CO 80111

Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike OH 44124

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York NY 10167

Victor J. Mastromarco, Jr.
Mastromarco & Jahn, P.C.
1024 North Michigan Avenue
P.O. Box 3197
Saginaw MI 48605-3197

Eduardo J. Glas, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark NJ 07102-4096

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago IL 60601-1262

Gary O. Ravert
McDermott Will & Emery LLP
340 Madison Avenue
New York NY 10017-1922

James M. Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York NY 10017

Stephen B. Selbst
McDermott Will & Emery LLP
340 Madison Avenue
New York NY 10017

Steven P. Handler Monica M. Quinn
McDermott Will & Emery LLP
227 W Monroe St
Chicago IL 60606

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E., Suite 2100
Cleveland OH 44114

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E., Suite 2100
Cleveland OH 44114

Jeffrey Bernstein, Esq.
McElroy, Deutsch, et al.
Three Gateway Center
100 Mulberry Street
Newark NJ 07102-4079

Aaron G McCollough Esq
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond VA 23219-4030

Daniel F Blanks
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond VA 23219 ·

John H Maddock III
McGuirewoods LLP ·
One James Center
901 East Cary Street
Richmond VA 23219-4030

Attn Thomas R Slome Esq
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Ave Ste 300
PO Box 9194
Garden City NY 11530-9194

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York NY 10018

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York NY 10018

Merle C. Meyers
Meyers Law Group, P.C.
44 Montgomery Street, Suite 1010
San Francisco CA 94104

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park MD 20737-1385

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park MD 20737-1385

April Burch
Miami-Dade County Tax Collector
Paralegal Unit
140 West Flagler St Ste 1403
Miami FL 33130

Dennis J. Raterink
Michigan Department of Labor and
Economic Growth, Worker's Comp Agency
PO Box 30736
Lansing MI 48909-7717

Michael Cox
Michigan Department of Labor and
Economic Growth, Worker's Comp Agency
PO Box 30736
Lansing MI 48909-7717

Janice M. Donahue
Michigan Heritage Bank
28300 Orchard Lake Rd, Ste 200
Farmington Hills MI 48334

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore MD 21202

Anthony F Shelley
Timothy P O'Toole
Miller & Chevalier Chartered
655 Fifteenth Street NW Suite 900
Washington DC 20005

Dale Allen
Miller & Martin PLLC
150 Fourth Ave North, Ste 1200
Nashville TN 37219

Thomas P. Sarb / Robert D. Wolford /
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids MI 49501-0306

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit MI 48226

Marc N. Swanson
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit MI 48226

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit MI 48226

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and
Pepco, P.C.
One Financial Center
Boston MA 02111

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle IL 60532

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York NY 10178

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles CA 90017

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City NY 11530

Joseph T. Moldovan / Michael R Dal Lago
Morrison Cohen LLP
909 Third Ave
New York NY 10022

Raymond J. Urbanik, Esq., Joseph J.
Wielebinski, Esq., Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza, 500 North Akard Street
Dallas TX 75201-6659

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard &
Hamilton, P.C.
2025 East Beltline, S.E., Suite 600
Grand Rapids MI 49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway, Suite 260
Southfield MI 48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati OH 45203

Marty Noland Principal Attorney
National Renewable Energy Laboratory
1617 Golden Blvd
Legal Office, Mail Stop 1734
Golden CO 80401

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia SC 29201

Tracy E Richardson
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market St, P.O. Box 106
Trenton NJ 08628-0106

Bradley E. Beckworth / Jeffrey J.
Angelovich / Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield TX 75638

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville NJ 08876

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland OH 44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon GA 31202

Jay W. Hurst
Office of the Texas Attorney General
P.O. Box 12548
Austin TX 78711-2548

Michelle T. Sutter
Principal Assistant Attorney General
Ohio Environmental Protection Agency
30 E Broad St 25th Fl
Columbus OH 43215

#321847-v1

Michael Moody
O'Rourke Katten & Moody
55 W Wacker Dr, Ste 1400
Chicago IL 60615

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St NW
Washington DC 20005-1706

Michael R. Seidl
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington DE 19899-8705

David W. Dykhouse
Phyllis S. Wallitt
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York NY 10036-6710

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Justin G. Brass
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Kristin B. Mayhew
Pepe & Hazard LLP
30 Jelliff Lane
Southport CT 06890-1436

Linda J. Casey
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103-2799

Jacob A. Manheimer
Pierce Atwood LLP
One Monument Square
Portland ME 04101

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York NY 10103

Raniero D'Aversa, Jr.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York NY 10103-0001

Robert J. Feinstein
Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York NY 10017-2024

Paul H. Spaeth
Paul H. Spaeth Co. LPA
130 W Second St Ste 450
Dayton OH 45402

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103-2799

Nina M. Varughese
Pepper, Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia PA 19103-2799

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland ME 04101

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco CA 94105

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St NW
Washington DC 20005-1706

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York NY 10036

Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019-6064

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit MI 48202

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington DE 19899-1709

Sarah B. Carter Esq
Pickrel Shaeffer & Ebeling
2700 Kettering Tower
Dayton OH 45423-2700

Richard J. Parks
Pietragallo Bosick & Gordon LLP
54 Buhl Blvd
Sharon PA 16146

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036-4039

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036-4039

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
Ste 550
Costa Mesa CA 92626-7122

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York NY 10036-4039

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown NJ 07960

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown NJ 07960

Jill M. Hartley and Marianne G. Robbins
Previant, Goldberg, Uelman, Gratz, Miller
& Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee WI 53212

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth MI 48734

Stephen Tyler Esq
QAD, Inc.
10,000 Midlantic Drive
Suite 100 West
Mt. Laurel NJ 08054

John A. Harris
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix AZ 85004-2391

John J. Dawson
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix AZ 85004-2391

Kasey C. Nye
Quarles & Brady LLP
One South Church Street
Tucson AZ 85701

Roy Prange
Quarles & Brady LLP
33 E Main St Ste 900
Madison WI 53703-3095

Susheel Kirpalani / James C Tecce
Scott C Shelley
Quinn Emanuel Urquhart, et al
51 Madison Ave 22nd Fl
New York NY 10010

Ann Pille
Reed Smith
10 South Wacker Drive
Chicago IL 60606

Elena Lazarou
Reed Smith
599 Lexington Avenue, 29th Floor
New York NY 10022

Joseph A Kaczka
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron OH 44333

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave., Suite 4500
Seattle WA 98154-1195

Jerome F Crotty
Rieck and Crotty PC
55 West Monroe Street, Suite 3390
Chicago IL 60603

Holly Rogers
Riverside Claims LLC
2109 Broadway, Suite 206
New York NY 10023

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia SC 29202

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street, Suite 1100
Los Angeles CA 90071

Gregory O. Kaden
Ropes & Gray LLP
One International Place
Boston MA 02110-2624

Thomas R. Slome
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale NY 11533

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York NY 10004

Arlene Gelman
Charles S. Schulman
Sachnoff & Weaver, Ltd
10 South Wacker Drive, 40th Floor
Chicago IL 60606

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York NY 10169

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York NY 10169

Roberto Carrillo
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York NY 10169

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills MI 48304

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills MI 48304

Michael R Wernette
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills MI 48304

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills MI 48304

Eugene J. Geekie, Jr.
Schiff Hardin LLP
7500 Sears Tower
Chicago IL 60606

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor PA 19087

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor PA 19087

David J. Karp
Schulte Roth & Zabel LLP
919 Third Avenue
New York NY 10022

James T. Bentley
Schulte Roth & Zabel LLP
919 Third Avenue
New York NY 10022

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York NY 10022

Barry E Lichtenberg Esq
Schwartz Lichtenberg LLP
420 Lexington Ave Ste 2400
New York NY 10170

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta GA 30309-2401

Robert W. Dremluk
Seyfarth Shaw LLP
620 Eighth Ave
New York NY 10018-1405

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston MA 02210

Brian L Shaw
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N. Clark St., Suite 800
Chicago IL 60654

Bruce A. Harwood
Sheehan Phinney Bass + Green PA
1000 Elm Street
P.O. Box 3701
Manchester NH 03105-3701

Sheldon S. Toll
Sheldon S. Toll PLLC
2000 Town Center, Suite 2550
Southfield MI 48075

Eric Waters
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York NY 10112

Malani J. Sternstein
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York NY 10112

Theodore A. Cohen
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles CA 90071

Theresa Wardle
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles CA 90071

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein &
Hilbert, LLC
5353 Essen Lane, Suite 650
Baton Rouge LA 70809

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein &
Hilbert, LLC
909 Poydras Street, 28th Floor
New Orleans LA 70112-1033

#321847-v1

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford CT 06103-1919

Kathleen M. LaManna
Shipman & Goodwin LLP
One Constitution Plaza
Hartford CT 06103-1919

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York NY 10112

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York NY 10112

Valerie A Hamilton
Simon Kimmelman
Sills, Cummis Epstein & Gross, P.C.
650 College Rd E
Princeton NJ 08540

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza, 1st Floor
Greenwich CT 06830

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington DE 19899

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 24th Floor
New York NY 10020

Monika J. Machen
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago IL 60606

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago IL 60606

Lloyd B. Sarakin - Chief Counsel, Finance
and Credit
Sony Electronics Inc.
1 Sony Drive, MD #1 E-4
Park Ridge NJ 07656

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco CA 94111-3492

G. Christopher Meyer
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower, 127 Public Sq
Cleveland OH 44114

Sarah E. Morrison
State of CA Office of the Attorney General
Deputy Attorney General
300 South Spring Street Ste 1702
Los Angeles CA 90013

Roland Hwang, Asst Atty General
State of MI Dept of Labor & Economic
Growth, Unemployment Insurance Agency
3030 W. Grand Boulevard, Suite 9-600
Detroit MI 48202

Susan Przekop-Shaw
State of Michigan Labor Division
PO Box 30736
Lansing MI 48909

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville KY 40245

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street, Suite 200
Oakland CA 94607

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway, Suite 611
Southfield MI 48075

Jeffrey S. Posta
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
PO Box 1298
Trenton NJ 08607-1298

Michael A Spero / Simon Kimmelman /
Valerie A Hamilton
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
PO Box 1298
Trenton NJ 08607-1298

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York NY 10022

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City MO 64106

Madison L.Cashman
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville TN 37219

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville KY 40202

Christine M. Pajak / Eric D. Goldberg /
Isaac M. Pachulski / Jeffrey H Davidson
Stutman Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles CA 90067

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati OH 45202-3957

W Timothy Miller Esq
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati OH 45202

Jay Teitelbaum / Ron Baskin
Teitelbaum & Baskin LLP
3 Barker Avenue, 3rd Floor
White Plains NY 10601

Marvin E. Clements, Jr.
TN  Dept of Revenue c/o TN Attorney
General's Office, Bankruptcy Division
PO Box 20207
Nashville TN 37202-0207

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York NY 10281

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York NY 10281

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton OH 44706-0927

Marcus O. Colabianchi
Thelen Reid Brown, et al.
101 Second St Ste 1800
San Francisco CA 94105-3606

Rhett G. Cambell
Thompson & Knight
333 Clay Street, Suite 3300
Houston TX 77002

Ira L. Herman
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York NY 10022-3915

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas TX 75201-4693

Dennis E. Quaid Esq
Thompson Coburn LLP d/b/a Thompson
Coburn Fagel Haber
55 E Monroe 40th Fl
Chicago IL 60603

Timothy M. Guerriero
TI Group Automotive Systms LLC
12345 E Nine Mile Rd
Warren MI 48089

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York NY 10022

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York NY 10119

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I 35th Floor
Hartford CT 06103-3488

Matthew L Schwartz / Joseph N Cordaro
U.S. Department of Justice
Assistant United States Attorneys
86 Chambers St 3rd Fl
New York NY 10007

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester NY 14604

Mary Ann Kilgore
Union Pacific Railroad Company
1400 Douglas Street, MC 1580
Omaha NE 68179

Allied Industrial and Service Workers, Intl
Union (USW), AFL-CIO
David Jury, Esq.
Five Gateway Center Suite 807
Pittsburgh PA 15222

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus OH 43215

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York NY 10019-6150

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville TN 37219

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids MI 49503

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield MI 48075

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids MI 49503

#321847-v1

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth TX 76102

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall &
Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa CA 92626

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street, Suite 900
Columbus OH 43215

Glenn Kurtz / Gerard Uzzi /
Douglas Baumstein
White & Case LLP
1155 Avenue of the Americas
New York NY 10036-2787

Thomas Lauria / Frank Eaton
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami FL 33131

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee WI 53202-4894

James W Moennich Esq
Wickens Herzer Panza Cook & Batista Co
35765 Chester Rd
Avon OH 44011-1262

David Neier
Carey D. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York NY 10166-4193

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
660 Newport Center Drive, 4th Floor
Newport Beach CA 92660

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
660 Newport Center Drive, 4th Floor
Newport Beach CA 92660

Stephen Toy
WL Ross & Co., LLC
1166 Avenue of the Americas
New York NY 10036-2708

Allen Grumbine
Womble Carlyle Sandridge & Rice, PLLC
550 South Main St
Greenville SC 29601

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington DE 19801

Ronald J. Kisinski
Woods Oviatt Gilman LLP
700 Crossroads Bldg, 2 State St
Rochester NY 14614

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York NY 10022

Adalberto Cañadas Castillo
Avda Ramon de Carranza
10-1º
Cadiz  11006
SPAIN

Massimilliano Cini
Brembo S.p.A.
Administration Department via Brembo 25
24035 Curno BG
Bergamo  ITALY

Lorne P. Salzman
McCarthy Tetrault LLP
66 Wellington Street West, Suite 4700
Toronto Ontario M5K 1E6
CANADA

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge Ontario N3H 4R6
CANADA

John J. Salmas
McCarthy Tetrault LLP
66 Wellington Street West, Suite 4700
Toronto Ontario M5K 1E6
CANADA

Enrique Bujidos
PriceWaterHouseCoopers
Almagro
40 Madrid  28010
SPAIN

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo JAPAN 100-8322

Peter A. Clark
Barnes & Thornburg LLP
One North Wacker Drive, Suite 4400
Chicago IL 60606-2833

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York NY 10036

Bruce Simon
Cohen, Weiss & Simon
330 W. 42nd Street
New York NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & mosle LLP
101 Park Avenue
New York NY 10178-0061

Donald Bernstein
Brian Resnick
Davis, Polk & Wardwell LLP
450 Lexington Avenue
New York NY 10017

Sean Corcoran, Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy MI 48098

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield CO 80021

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose CA 95131

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin TX 78735

Brad Eric Sheler / Bonnie Steingart
Jennifer L Rodburg /Richard J Slivinski
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York NY 10004

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York NY 10036

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington DC 20006

Garry M. Graber
Hodgson Russ LLP
60 East 42nd St, 37th Floor
New York NY 10165-0150

Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit MI 48226-3583

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit MI 48226-3583

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave, Mail Stop 15
Detroit MI 48226

Attn: Insolvency Department, Maria Valerio
Internal Revenue Service
290 Broadway, 5th Floor
New York NY 10007

Conference Board Chairman
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton OH 45439

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue, 12th Floor
New York NY 10022

Richard Duker
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York NY 10017

Susan Atkins, Gianni Russello
JPMorgan Chase Bank, N.A.
277 Park Ave 8th Fl
New York NY 10172

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York NY 10036

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo CA 90245

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York NY 10022

Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Ave
Fourth Floor
New York NY 10017

Patrick J. Healy
Law Debenture Trust of New York
400 Madison Ave, Fourth Floor
New York NY 10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street, Suite 5400
Chicago IL 60606

Jason J. DeJonker
McDermott Will & Emery LLP
227 West Monroe Street, Suite 5400
Chicago IL 60606

#321847-v1

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington DC 20015

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington DC 20015

Leon Szlezinger
Mesirow Financial
666 Third Ave, 21st Floor
New York NY 10017

Gregory A Bray Esq / Thomas R Kreller
Esq / James E Till Esq
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles CA 90017

Eugene J. Leff
Assistant Attorney General & Deputy
Bureau Chief
120 Broadway, 26th Floor
New York NY 10271

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center, Room 4300
New York NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City NY 10271

Robert Siegel
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles CA 90071

Tom A. Jerman, Rachel Janger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington DC 20006

Stephen J. Shimshak / Philip A Weintraub
Paul, Weiss, Rifkind, et al.
1285 Avenue of the Americas
New York NY 10019-6064

Israel Goldowitz
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington DC 20005-4026

Karen L. Morris, John Menke, Ralph L.
Landy, Beth A. Bangert
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington DC 20005

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York NY 10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York NY 10020

Robert W. Dremluk
Seyfarth Shaw LLP
620 Eighth Ave
New York NY 10018-1405

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York NY 10022

Kenneth S. Ziman, Robert H. Trust,
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York NY 10017

John Wm. Butler, John K. Lyons,
Ron E. Meisler
Skadden, Arps, et al.
155 N Wacker Drive, Suite 2700
Chicago IL 60606-1720

Kayalyn A. Marafioti
Skadden, Arps, et al.
4 Times Square
P.O. Box 300
New York NY 10036

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis MO 63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis MO 63105

Jon D. Cohen, Trent P. Cornell
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago IL 60603

Chester B. Salomon, Constantine D.
Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York NY 10119

MaryAnn Brereton
Assistant General Counsel
Tyco Electronics Corporation
60 Columbia Road
Morristown NJ 7960

Brian Masumoto
United States Trustee
33 Whitehall Street, 21st Floor
New York NY 10004-2112

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth TX 76102

#321847-v1

Harvey R. Miller
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York NY 10153

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington DE 19890

#321847-v1