HOWARD & HOWARD ATTORNEYS PC
450 West Fourth Street
Royal Oak, Michigan 48067
(248) 723-0396
Jeffrey A. Sadowski (P28163)
Lisa S. Gretchko (P29881)

Intellectual Property Counsel for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
      In re                                             :        Chapter 11
                                                        :
DELPHI CORPORATION, et al.,                             :        Case No. 05-44481 (RDD)
                                                        :
                                    Debtors.            :        (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

        I hereby certify that on December 22, 2009, I caused to be mailed, via First Class mail, a

copy of 1) Notice of Filing and Notice of Hearing Regarding Seventh and Final Fee Application

of Howard & Howard Attorneys, P.C., for Allowance of Compensation for Services Rendered

and Reimbursement of Expenses; 2) Seventh and Final Fee Application of Howard & Howard

Attorneys, P.C., for Allowance of Compensation for Services Rendered and Reimbursement of

Expenses Summary Sheet; 3) Seventh Fee Application of Howard & Howard Attorneys, P.C.,

Intellectual Property Counsel to Debtors, for Allowance of Compensation and Reimbursement of

Expenses for the Period October 1, 2007 through January 25, 2008 (with Exhibits A-G thereto,

including a proposed Order Granting Application for Allowance of Compensation and

Reimbursement of Expenses of Howard & Howard Attorneys, P.C.); 4) Application of Howard

#1517048-v1

& Howard Attorneys, P.C. for Approval of Fees and Expenses Attendant to Preparation and

Pursuit of its Seventh and Final Fee Application for Fees and Expenses; and 5) Certificate of

Service, upon the following at their listed business addresses:

> (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General
> Counsel, (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP,
> 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm.
> Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility,
> Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York
> 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition
> credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New
> York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of
> Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York,
> New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vi) the
> Office of the United States Trustee for the Southern District of New York,
> 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M.
> Leonhard), and (vii) the Joint Fee Review Committee appointed by the Court (CD
> format), to Legal Cost Control, Inc. (Att'n: Joe Sykes), 255 Kings Highway East,
> Haddonfield, New Jersey 08033; 856 216-0800.

The Seventh Interim Fee Application of Howard & Howard Attorneys, P.C. was

electronically filed on December 18, 2009 and is contained at Docket Number 19214.

Respectfully submitted,

**HOWARD AND HOWARD ATTORNEYS, P.C.**

By:   */s/ Lisa S. Gretchko*
      Jeffrey A. Sadowski (P28163)
      Lisa S. Gretchko (P29881)
      450 West Fourth Street
      Royal Oak, Michigan 48067
      Phone: (248) 723-0396
Dated: December 22, 2009      Email: lsg@h2law.com

2

#1517048-v1