**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - **x**
                                          **:**
        **In re**                          **:**        **Chapter 11**
                                          **:**
**DPH HOLDING CORP., <u>et</u> <u>al.</u>,**          **:**        **Case No. 05-44481 (RDD)**
                                          **:**
        **Reorganized Debtors.**          **:**        **(Jointly Administered)**
                                          **:**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - **x**


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK               )
                                )        ss.:
COUNTY OF NEW YORK              )


        Marian D. Luketic, being duly sworn, deposes and says, under the penalty of

perjury:

        1.   I am over the age of eighteen years and employed by Shearman & Sterling

LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-

captioned proceedings.


        2.   On December 17, 2009 I caused to be served via overnight mail, to the parties

on the service list annexed hereto as Exhibit A, true and correct copies of the **"Seventh and**

**Final Application of Shearman & Sterling LLP, as Special Counsel to the Debtors, For**

**Allowance of Interim Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From October 1, 2007 Through January 25, 2008 and (B) Final Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from October 8, 2005 Through and Including January 25, 2008".**

/s/ Marian D. Luketic
Marian D. Luketic

SWORN TO AND SUBSCRIBED before me on this 22nd day of December, 2009.

/s/ Yariv Katz
Yariv Katz
Notary Public, State of New York
No. 01KA6188118
Qualified in Westchester County

My commission expires:
June 2, 2012

# Exhibit A

## <u>VIA FEDERAL EXPRESS</u>

Mr. David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815

Mr. John D. Sheehan
Vice President & CRO
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815

Mr. Joseph Papelian, Esq.
Deputy General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Alicia M. Leonhard, Esq.
United States Trustee
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Dolores De Elizalde, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017

Donald S. Bernstein, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York    10017

Brad Eric Sheler
Bonnie Steingart
Vivek Melwani
Jennifer L. Rodburg
Richard J. Silvinski
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON
One New York Plaza
New York, New York  10004

Valerie Venable
Credit Manager
GE Plastics, Americas|
9930 Kincey Avenue
Huntersville, NC  28078

John J. Marquess
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ  08033

Sean Corcoran
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098