IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :
      In re                        :    Chapter 11
                         :
DPH HOLDINGS CORP., et al.,     :    Case No. 05-44481 (RDD)
                         :
                Reorganized Debtors. :    (Jointly Administered)
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On December 21, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery; (ii) upon the parties listed on Exhibit B via email notification and (ii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

    1)     Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims ("Fortieth Omnibus Claims Objection") (Docket No. 19222) [a copy of which is attached hereto as Exhibit D]

On December 21, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

    2)     Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims ("Fortieth Omnibus Claims Objection") (without exhibits) (Docket No. 19222) [a copy of which is attached hereto as Exhibit D]

    3)     Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit F]. Each party's

Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit E</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit F</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit E</u> attached hereto was incorporated into each Personalized Notice.

4)    Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On December 21, 2009, I caused to be served the documents listed below upon the parties listed on <u>Exhibit H</u> hereto via postage pre-paid U.S. mail:

5)    Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims ("Fortieth Omnibus Claims Objection") (without exhibits) (Docket No. 19222) [a copy of which is attached hereto as <u>Exhibit D</u>]

6)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit I</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit H</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of <u>Exhibit H</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit I</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of <u>Exhibit H</u> attached hereto was incorporated into each Personalized Notice.

7)    Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On December 21, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit J hereto via postage pre-paid U.S. mail:

8)    Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims ("Fortieth Omnibus Claims Objection") (without exhibits) (Docket No. 19222) [a copy of which is attached hereto as Exhibit D]

9)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit K]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit J attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 15 of Exhibit J attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit K has been marked so as to demonstrate the manner in which the information listed in columns 3 through 15 of Exhibit J attached hereto was incorporated into each Personalized Notice.

10)    Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On December 21, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit L hereto via postage pre-paid U.S. mail:

11)    Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims ("Fortieth Omnibus Claims Objection") (without exhibits) (Docket No. 19222) [a copy of which is attached hereto as Exhibit D]

12)    Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit M]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit L attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 18 of Exhibit L attached hereto. The chart contained in the form of

the Personalized Notice which is attached hereto as Exhibit M has been marked so as to demonstrate the manner in which the information listed in columns 3 through 18 of Exhibit L attached hereto was incorporated into each Personalized Notice.

13) Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On December 21, 2009, I caused to be served the documents listed below upon the parties listed on Exhibit N hereto via postage pre-paid U.S. mail:

14) Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims ("Fortieth Omnibus Claims Objection") (without exhibits) (Docket No. 19222) [a copy of which is attached hereto as Exhibit D]

15) Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit O]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit N attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 24 of Exhibit N attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit O has been marked so as to demonstrate the manner in which the information listed in columns 3 through 24 of Exhibit N attached hereto was incorporated into each Personalized Notice.

16) Order Pursuant to 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

Dated: December 23, 2009

_/s/ Evan Gershbein_
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of December, 2009, by
Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _/s/ Shannon J. Spencer_

Commission Expires: _6/20/10_

# EXHIBIT A

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | 312-759-5646 | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Automotive LLP | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | | Reorganized Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | Counsel to Flextronics International USA, Inc. |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | 212-972-1677 | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | IRS |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 3

12 22 2009 4:23 PM
Master Service List 091216 Overnight

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | Noticing and Claims Agent |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff | Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | New York | NY | 10271 | 212-416-8465 | 212-416-6007 | State of New York; New York State Department of Environmental Consevation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | Counsel to Freescale Semiconductor, Inc., f k a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | Local Counsel to the Reorganized Debtors |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12 22 2009 4:23 PM
Master Service List 091216 Overnight

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | 312-407-0411 | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | Counsel to the Reorganized Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6959 | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | Conflicts Counsel to the Reorganized Debtors |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | Counsel to United States Trustee |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | Creditor Committee Member Indenture Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12 22 2009 4:23 PM
Master Service List 091216 Overnight

# EXHIBIT B

DPH Holdings Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | pclark_btlaw.com | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark_brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon_cwsny.com | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | sreisman_cm-p.com | Counsel to Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein_dpw.com brian.resnick_dpw.com | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Automotive LLP | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran_delphi.com karen.j.craft_delphi.com | |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | john.brooks_delphi.com | Reorganized Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff_flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson_flextronics.com | Counsel to Flextronics International USA, Inc. |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje_ffhsj.com sliviri_ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall.eisenberg_fticonsulting.com | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel_groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | ggraber_hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman_honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss_honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough_jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker_jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins_jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod_kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer_kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance_kccllc.com | Noticing and Claims Agent |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher_lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy_lawdeb.com | Indenture Trustee |

In re. DPH Holdings Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

12 22 2009 4:23 PM
Master Service List 091216 Email

DPH Holdings Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker_mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh_mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue_mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8546 | lszlezinger_mesirowfinanci al.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray_milbank.com tkreller_milbank.com jtill_milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff | Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | New York | NY | 10271 | 212-416-8465 | eugene.leff_oag.state.ny.u s | State of New York; New York State Department of Environmental Consevation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork_sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos_oag.state. ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel_omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman_omm.com | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | sshimshak_paulweiss.com pweintraub_paulweiss.com | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landy.ralph_pbgc.gov morris.karen_pbgc.gov menke.john_pbfgc.gov bangert.beth_pbgc.gov efile_pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer_phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f k a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick_us.rothschild .com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk_seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | dbartner_shearman.com jfrizzley_shearman.com | Local Counsel to the Reorganized Debtors |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | jbutler_skadden.com jlyonsch_skadden.com rmeisler_skadden.com | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio_skadden.com | Counsel to the Reorganized Debtor |

In re. DPH Holdings Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12 22 2009 4:23 PM
Master Service List 091216 Email

DPH Holdings Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle_spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke_spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | jcohen_stahlcowen.com tcornell_stahlcowen.com | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cp_stevenslee.com cs_stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut_teamtogut.com | Conflicts Counsel to the Reorganized Debtors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller_weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum_weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock_weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler_weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore_wilmingtontrust.com | Creditor Committee Member Indenture Trustee |

In re. DPH Holdings Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12 22 2009 4:23 PM
Master Service List 091216 Email

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Ca adas Castillo | | Avda Ramon de Carranza | 10-1 | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto_canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato_apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle_airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger_akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn_akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff_akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein_akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger_allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman_alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly_alston.com dwender_alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes_aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik_andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf_afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert_arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin_agg.com | Counsel to Daishinku (America) Corp. d b a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross_aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway_atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray_balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson_bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett_bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills_btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | David M. Powlen | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | david.powlen_btlaw.com | Counsel to Howard county, Indiana |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)                                 Page 1 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg___btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens___btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory___btlaw.com | Counsel to Armada Rubber Manufacturing Company; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears___btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer___btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm___bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom___beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bendinelli Law Office PC | Jerry Sumner | 11184 Huron Street | Suite 10 | Denver | CO | 80234 | | 303-940-9900 | js___colawfirm.com michelle___colawfirm.com | Counsel to Jose C Alfaro |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah___blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | sean___blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph___berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw___bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab___bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello___bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa___bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby___binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards_blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell_bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill_bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan_bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato_bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue_boselaw.com cdelatorre_boselaw.com | Counsel to Decatur Plastics Products, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen_bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones_bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini_brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman_brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson_buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway_bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | william.schorling_bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall_burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico_cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | john.rapisardi_cwt.com joseph.zujkowski_cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg_BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Kevin Burke | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | kburke_cahill.com | Counsel to Engelhard Corporation |

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson__calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio__gmail.com rcalinoff__candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | brcy__carsonfischer.com | Counsel to Bing Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg__carsonfischer.com brcy__carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn__clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch__chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum__clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby__clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon__clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling__cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling__cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson__cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale__cwsny.com bceccotti__cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen__cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott__cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler__cblh.com | Counsel to ORIX Warren, LLC |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200  (230) 862-8231 | mlee__contrariancapital.com  jstanton__contrariancapital.com  wraine__contrariancapital.com  solax__contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin__coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston  Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston__cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh__chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm__curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz__curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott__curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino__damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin__erisacase.com  davidpmartin__bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth__daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher  Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher__daypitney.com  cchiu__daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ WhiteHall Business Credit Corporation |
| Dechert LLP | Glenn E. Siegel  James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel__dechert.com  james.moore__dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa__denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza__dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 5 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani___dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen___dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner___dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson___dbr.com | Counsel to Penske Truck Leasing Co., L. P. and Quaker Chemical Corporation |
| Drinker Biddle & Reath LLP | Janice B. Grubin | 140 Broadway 39th Fl | | New York | NY | 10005-1116 | | 212-248-3140 | janice.grubin___dbr.com | Counsel to Vanguard Distributors, Inc. |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin___duanemorris.com | Counsel to NDK America, Inc. NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc. SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi___duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak___duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker___dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mmsmith___dykema.com | Attorneys for Tremont City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas___dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell___eds.com | Representattive for Electronic Data Systems Corporation |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | bem___eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz___entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MRussell___ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman___e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3694 | eflaagan___faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella___farrellfritz.com pcollins___farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles___filardi-law.com | Counsel to Federal Express Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 6 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan_finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch_foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon_foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens_foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount_foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930550 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers_rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig_fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker_fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo_gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo_gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover_goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant_goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl_goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack_gklaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz_goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella_gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer_gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 7 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr_previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbler_graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam_gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens_gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm_greensfelder.com jpb_greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar_hahnlaw.com cpeer_hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia_halperinlaw.net ahalperin_halperinlaw.net jdyas_halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark_hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | ddragich_hdolaw.com | Counsel to Intermet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand_aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin_haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins_haynesboone.com kenric.kattner_haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin_herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman_hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Ramona S. Neal | 11311 Chinden Blvd., M S 314 | | Boise | ID | 83714-0021 | | 208-396-6484 | Ramona.neal_hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino_hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell_haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton_hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | ggraber_hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher_hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog_hhlaw.com | Counsel to Umicore Autocat Canada Corp. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 8 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan_hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden_hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty_honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable_honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy_honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker_honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko_howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan_hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter_hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank_hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes_hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee_hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey_icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes_infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillespie_infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin_iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky_jw.com | Counsel to Constellation NewEnergy, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 9 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest__jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS__Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz__jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson__jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek__bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball__jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti__jonesday.com mcorrea__jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman__jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger__kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev__kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson__keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko__kellerrohrback.com claufenberg__kellerrohrback.com eriley__kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto__kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe__kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone__kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik__kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik__kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy__kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan__kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney__kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel__kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox__klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | Northern Indiana Public Service Company | 801 East 86th Avenue | Merrillville | IN | 46410 | | | pepope__nisource.com | Kokomo Gas & Fuel Company |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman__kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders__kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin__kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup__kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski__lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook__lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude__lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela__lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider__lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg__lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer__aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles__lrlaw.com | Counsel to Freescale Semiconductor, Inc. f k a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman__lrlaw.com | Counsel to Freescale Semiconductor, Inc. f k a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 11 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland_linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy_publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy_publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy_publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh_lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden_lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed_loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins_loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan_lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee_lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen_lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin_lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill_lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino_lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc_lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs_maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden_madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc_ml-legal.com | Counsel to Venture Plastics |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 12 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar_aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella_masudafunai.com | Counsel to NDK America, Inc. NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc. SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler_mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas_mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman_mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert_mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan_mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst_mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler_mwe.com mquinn_mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar_mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley_mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein_mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough_mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuireWoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks_mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuireWoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock_mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome_msek.com | Counsel for Pamela Geller |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko_msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 13 of 22

12 22 2009 4:24 PM
Email (389)

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson___msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers___mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers___mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum___mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc_miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag___michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | raterinkd___michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag___michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda___milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones___millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt___millerjohnson.com wolfordr___millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj___millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swansonm___millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco___millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta___mintz.com pricotta___mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott___molex.com | Counsel to Molex Connector Corp |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried_morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz_morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin_morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff_moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik_munsch.com jwielebinski_munsch.c om drukavina_munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy_nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan_nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | l.moore_pnc.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland_nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen_nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson_dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman_jonesday.com | Counsel to WL. Ross & Co, LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope_chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst_oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter_ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz_orbotech.com | Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 15 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody_orourkeandmoody.com | Counsel to Ameritech Credit Corporation d b a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund_orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden_orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy_orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa_orrick.com | Counsel to Bank of America, N.A. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron_orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl_pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein_pszjlaw.com Ischarf_pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal_pbwt.com | Counsel to American Finance Group, Inc. d b a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse_pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw_phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg_paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis_paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm_paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak_paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp_michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew_pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf_pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d b a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh_pepperlaw.com | Counsel to SKF USA, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 16 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen__pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Ametek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter__pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer__pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham__pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp__pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine__pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich__pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle__pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling__pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear__pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore__pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo__pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 17 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh_previant.com mgr_previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos_es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | xst_qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris_quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson_quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye_quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp_quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille_reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka_republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich_riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty_rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | | 516-227-1600 | tslome_rsmllp.com | Counsel to JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack_msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte_ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick_ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo_ssbb.com | Attorney's for Tecnomec S.r.L. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner_schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin_schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette_schaferandweiner.com shellie_schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman_schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 18 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie__schiffhardin.com | Counsel to  Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp__srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley__srz.com | Counsel to Panasonic Automottive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook__srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 | | 212-389-7818 | barryster__att.net | Counsel to Marybeth Cunningham |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier__seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk__seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon__seyfarth.com | Counsel to  le Belier LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw100__shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass    Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood__sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll__comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters__sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein__sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen__sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle__sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux__shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux__shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy__goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman__sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin__sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton__sillscummis.com skimmelman__sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang__silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller__skfdelaware.com | Counsel to Airgas, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 19 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates_sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen_sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas_sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards_sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer_ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison_doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr_michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws_michigan.gov | Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann_steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jspecf_sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs_stevenslee.com cp_stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken_stinsonhheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich_stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman_stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard_stites.com loucourtsum_stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak_stutman.com egoldberg_stutman.com ipachulski_stutman.com jdavidson_stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell_taftlaw.com | Counsel to Wren Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 20 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller_taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum_tblawllp.com rbaskin_tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork_ag.tn.gov | Tennesse Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot_tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio_tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro_furukawa.co.jp | Counsel to The Furukawa Electric Co., Ltd. |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris_timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell_tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman_tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon_tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman_tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d b a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid_tcfhlaw.com efiledocketgroup_fagelhaber.com | Counsel for Penn Aluminum International Inc. |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero_us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi_toddlevi.com | Counsel to Bank of Lincolnwood |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz_usdoj.gov hzamboni_underbergkessler.com | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore_UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury_usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb_vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason_wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering_wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse_wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb_wnj.com | Counsel to Behr Industries Corp. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 21 of 22

12 22 2009 4:24 PM
Email (389)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters_weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz_ny.whitecase.com guzzi_whitecase.com dbaumstein_ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria_whitecase.com featon_miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold_whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich_wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier_winston.com cschreiber_winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop_winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe_winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine_wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell_wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki_woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause_zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 22 of 22

12 22 2009 4:24 PM
Email (389)

# EXHIBIT C

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Counsel to Pullman Bank and Trust Company |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | Counsel to SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Bingham McHale LLP | John E Taylor Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | Co-Counsel for Yazaki North America, Inc. |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | Creditor |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | Counsel to Trutron Corporation |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | | | General Counsel to Jason Incorporated |
| McCarthy Tetrault LLP | John J. Salmas | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | Canada | 416-362-1812 | 416-868-0673 | Counsel to Themselves (McCarthy Tetrault LLP) |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Miller & Chevalier Chartered | Anthony F Shelley Timothy P O'Toole | 655 Fifteenth Street NW Suite 900 | | Washington | DC | 20005 | | 202-626-5800 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R Dal Lago | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth Jeffrey J. Angelovich Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 3

12 22 2009 4:24 PM
US Mail (44)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------------------|
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | Counsel to Rotor Clip Company, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-2053 | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | Counsel to SKF USA, Inc. |
| Professional Technologies Services | John V. Gorman | P.O. Box  304 | | Frankenmuth | MI | 48734 | | 989-385-3230 | 989-754-7690 | Corporate Secretary for Professional Technologies Services |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Susheel Kirpalani James C Tecce Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7199 | 212-849-7100 | Counsel For Collective Of Tranche C DIP Lenders |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Floor | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3020 | Counsel to Republic Engineered Products, Inc. |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Arlene Gelman Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | Counsel to Dott Industries, Inc. |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 3

12 22 2009 4:24 PM
US Mail (44)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD   1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | Counsel to Doosan Infracore America Corp. |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | | 415-369-7301 | 415-369-8764 | Counsel to Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | 185 Asylum Street | CityPlace I 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | Counsel to Barnes Group, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | Counsel to Nissan North America, Inc. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | Counsel to Toshiba America Electronic Components, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | | 212-826-1100 | 212-317-4893 | Counsel to WL. Ross & Co., LLC |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 3

12 22 2009 4:24 PM
US Mail (44)

# EXHIBIT D

**Hearing Date And Time:  January 21, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time:  January 14, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                               :
        In re                       :     Chapter 11
                                 :
DPH HOLDINGS CORP., et al.,       :     Case No. 05-44481 (RDD)
                                 :
                                 :     (Jointly Administered)
             Reorganized Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN
(A) BOOKS AND RECORDS CLAIMS, (B) FULLY SATISFIED CLAIMS, AND
(C) OBJECTED-TO CLAIMS TO BE DISALLOWED, (II) MODIFY AND ALLOW
CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B) CLAIMS TO BE FURTHER
MODIFIED, (C) OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED,
AND (III) ALLOW CERTAIN CLAIMS

("FORTIETH OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized

debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors")

hereby submit this Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied

Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A)

Partially Satisfied Claims, (B) Claims To Be Further Modified, And (C) Objected-To Claims To

Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims

Objection" or the "Objection"), and respectfully represent as follows:

Background

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005, Delphi Corporation and certain of its affiliates (the

"Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for

reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-

1330, as then amended (the "Bankruptcy Code").

2.    On December 10, 2007, the Debtors filed their first amended joint plan of

reorganization (Docket No. 11386) (the "Plan") and related disclosure statement (Docket No.

11388).  This Court entered an order confirming the Plan (as modified) (Docket No. 12359) (the

"Confirmation Order") on January 25, 2008, and the order became final on February 4, 2008.

3.    On October 3, 2008, the Debtors filed a motion under 11 U.S.C. § 1127 for an

order approving (i) certain modifications to the Confirmed Plan and related disclosure statement

and (ii) related procedures for re-soliciting votes on the Confirmed Plan, as modified (Docket

No. 14310) (the "Plan Modification Motion").  On June 1, 2009, the Debtors filed a supplement

to the Plan Modification Motion (the "Motion Supplement"), which sought approval of (i) certain

modifications to the Confirmed Plan (the "Modified Plan"), (ii) supplemental disclosure, and (iii)

2

procedures for re-soliciting votes on the Modified Plan.  This Court entered an order approving

the Modified Plan (Docket No. 18707) on July 30, 2009.

4.       On October 6, 2009, the Debtors substantially consummated the Modified Plan,

the Effective Date[1] occurred, and the transactions under the Master Disposition Agreement and

related agreements closed.  In connection therewith, DIP Holdco LLP (subsequently renamed

Delphi Automotive LLP, a United Kingdom limited liability partnership), as assignee of DIP

Holdco 3 LLC, through various subsidiaries and affiliates, acquired substantially all of the

Debtors' global core businesses, and GM Components Holdings, LLC, a Delaware limited

liability company, and Steering Solutions Services Corporation, a Delaware corporation,

acquired certain U.S. manufacturing plants and the Debtors' non-core steering business,

respectively.  The Reorganized Debtors have emerged from chapter 11 as DPH Holdings and

affiliates and remain responsible for the post-Effective Date administration, including, without

limitation, the disposition of certain retained assets and payment of certain retained liabilities as

provided for under the Modified Plan, and the eventual closing of these chapter 11 cases.

5.       This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

6.       The statutory predicates for the relief requested herein are sections 502(b) of the

Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules").

---

[1]    Capitalized terms used but not defined in this Objection have the meanings ascribed to them in the Modified
Plan.

3

B.      Bar Date, Proofs Of Claim, And Omnibus Claims Objections

7.      On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),

501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)

Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice

Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order

established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or

wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),

against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such

Claim.

8.      On or prior to April 20, 2006, Kurtzman Carson Consultants LLC

("KCC"), the claims and noticing agent in these cases, provided notice of the Bar Date by

mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a

proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets

and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 and

subsequently amended (collectively, the "Schedules and Statements")[2] and (b) the persons and

entities included in the notice database compiled by the Debtors, but not listed on any of the

Schedules and Statements.  In total, the Debtors provided Bar Date Notices to more than 500,000

persons and entities.

9.      In addition, the Debtors published the Bar Date Notice in more than two

dozen newspapers throughout the country and abroad[3] and also published it electronically by

---

[2]    The Schedules and Statement were amended on February 1, 2006, April 18, 2006, October 12, 2007, January
       17, 2008, and October 10, 2008.

[3]    Specifically, notice was published in the New York Times (National Edition), the Wall Street Journal (National,
       European, and Asian Editions), USA Today (Worldwide Edition), the Automotive News (National Edition), the
       *(cont'd)*

posting on the then-current Delphi Legal Information Website, www.delphidocket.com, on or before April 24, 2006.

         10.      Approximately 16,867 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  Since September 2006 the Debtors filed 39 omnibus Claims objections to Claims asserting prepetition liabilities.  Since the Effective Date, the Reorganized Debtors have filed one omnibus Claims objection to Claims asserting prepetition liabilities against the Debtors and one omnibus Claims objection to Claims asserting administrative expense liabilities against the Debtors.[4]  After hearing these omnibus Claims objections, this Court disallowed and expunged approximately 11,867 Claims and modified approximately 4,077 Claims.  In addition, the hearings with respect to 247 Claims were adjourned pursuant to the Claims Objection Procedures Order (as defined below).

         11.      On October 31, 2006, the Debtors filed a Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among other things, to approve certain procedures for contested claim objections (the "Claims Objection

_____

(cont'd from previous page)

    Adrian Daily Telegram, the Arizona Daily Star, the Buffalo News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader, Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader, the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the Saginaw News, the Sandusky Register, the Tribune Chronicle, the Tulsa World, the Tuscaloosa News, and The Vindicator.

[4]    Contemporaneously with the filing of this Fortieth Omnibus Claims Objection, the Reorganized Debtors are filing a third omnibus objection to administrative expense claims against the Debtors.

Procedures Motion"). On December 7, 2006, this Court entered an order granting the Claims

Objection Procedures Motion (Docket No. 6089) (the "Claims Objection Procedures Order").

      12.     On November 30, 2007, the Debtors filed a Motion Under New

Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing Debtors To Continue

Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I)

Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 11187) (the "Supplemental Claims Objection

Procedures Motion"). In that motion, the Debtors requested this Court, among other things, to

authorize the Debtors to continue certain of their current practices and procedures for filing and

serving notice of omnibus Claims objections pursuant to the Claims Objection Procedures Order,

including omnibus Claims objections to more than 100 Claims. By order entered December 20,

2007, this Court granted the Supplemental Claims Objection Procedures Motion (Docket No.

11561).

      13.     Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized

Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

any) with respect to all Claims and Interests . . . ." Modified Plan, art. 9.6.

      14.     By this Objection, the Reorganized Debtors are objecting to 358 Proofs of

Claim, all of which are set forth by Claimant in alphabetical order on Exhibit I hereto and cross-

referenced by proof of claim number and basis of objection. Exhibit H hereto sets forth the

formal name of the Debtor entity and its associated bankruptcy case number referenced on

Exhibit I hereto.

<u>Relief Requested</u>

15.      By this Objection, the Reorganized Debtors seek entry of an order

pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and

expunging (a) the Claims set forth on <u>Exhibit A</u> hereto because they assert liabilities and dollar

amounts that are not reflected on the Reorganized Debtors' books and records,[5] (b) the Claims set

forth on <u>Exhibit B</u>, which have been allowed pursuant to a prior order of this Court or the

asserted amount of which the Reorganized Debtors do not otherwise dispute, because such

Claims assert liabilities or dollar amounts that have been fully satisfied and are not owed by the

Reorganized Debtors as the result of cure payments that the Reorganized Debtors have made in

connection with the assumption, pursuant to section 365 of the Bankruptcy Code, of certain

executory contracts or unexpired leases (each, a "Contract Assumption"), and (c) the Claims set

forth on <u>Exhibit C</u> hereto, to which the Debtors or the Reorganized Debtors have previously

objected and with respect to which the objection hearings have been adjourned pursuant to the

Claims Objection Procedures Order, because such Claims assert liabilities or dollar amounts that

are not owed by the Reorganized Debtors because of cure payments that the Reorganized

Debtors have made on account of a Contract Assumption.

16.      In addition, the Reorganized Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and allowing (a)

the Claims set forth on <u>Exhibit D</u> hereto, which have been allowed pursuant to a prior order of

this Court or the asserted amount of which the Reorganized Debtors do not otherwise dispute,

because such Claims assert liabilities that have been partially satisfied due to cure payments the

---

[5]      Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and
records.

Reorganized Debtors made in connection with Contract Assumptions and either the proposed

allowed amount, class, and Debtor against which the claims are proposed to be allowed matches

the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable

compromise, (b) the Claims set forth on Exhibit E hereto, which have been modified pursuant to

a prior order of this Court, because such Claims assert dollar amounts or liabilities that have been

partially satisfied due to cure payments that the Reorganized Debtors have on account of

Contract Assumptions and either the proposed allowed amount, class, and the Debtor against

which the claims are proposed to be allowed matches the Reorganized Debtors' books and

records or the proposed allowance constitutes a reasonable compromise, and (c) the Claims set

forth on Exhibit F hereto, to which the Debtors or the Reorganized Debtors have previously

objected and with respect to which the objection hearings have been adjourned pursuant to the

Claims Objection Procedures Order, because such Claims assert liabilities or dollar amounts that

have been partially satisfied due to cure payments that Reorganized Debtors made in connection

with a Contract Assumption and either the proposed allowed amount, class, and Debtor against

which the claims are proposed to be allowed matches the Reorganized Debtors' books and

records or the proposed allowance constitutes a reasonable compromise.

17.    Finally, the Reorganized Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 allowing the Claims set forth

on Exhibit G hereto because either the proposed allowed amount, class, and Debtor against

which the Claims are proposed to be allowed matches the Reorganized Debtors' books and

records or the proposed allowance constitutes a reasonable compromise.

Objections To Claims

C.    Assumption Of Contracts And Related Cure Payments

18.    The Debtors were party to thousands of contracts for the supply of goods

to the Debtors' manufacturing operations.  Pursuant to article 8.1(a) of the Modified Plan, all

executory contracts and unexpired leases to which any of the Debtors was a party were deemed

automatically assumed in accordance with the provisions and requirements of sections 365 and

1123 of the Bankruptcy Code as of the effective date of the Modified Plan, unless such executory

contracts or unexpired leases (a) had been previously rejected by the Debtors pursuant to a final

order of this Court, (b) were the subject of a motion to reject pending on or before such effective

date, (c) were rejected or assumed pursuant to a motion to sell or transfer property or assets filed

by the Debtors prior to such effective date, (d) had expired or been terminated on or prior to such

effective date (and not otherwise extended) pursuant to their own terms, (e) were listed on

Exhibit 8.1(a) (Rejected Contracts) to the Modified Plan as executory contracts or unexpired

leases to be rejected pursuant to section 365 of the Bankruptcy Code, or (f) were otherwise

rejected pursuant to the terms of the Modified Plan and/or upon the direction of either buyer

pursuant to the Master Disposition Agreement.  In early November 2009, as required under

section 365 of the Bankruptcy Code and article 8.2 of the Modified Plan, the non-Debtor contract

counterparties received payments to cure the undisputed defaults on the contracts (the "Cure

Payments").

19.    In some instances, certain Claims have been satisfied in whole or in part

by a cure payment that the Reorganized Debtors made to executory contract counterparties or

lessors as to unexpired leases under which such Claim arose.  As a result, the Reorganized

Debtors are seeking to reclassify all or a portion, as the case may be, of each such Claim that

pertains to certain executory contracts or unexpired leases assumed pursuant to section 365 of the

9

Bankruptcy Code and therefore will be satisfied by payment of cure.  In determining the amount

by which each such Claim would be satisfied and the amount by which the classification of such

Claim would be modified accordingly, the Reorganized Debtors reviewed the executory

contracts and unexpired leases being assumed and also reviewed related documents to determine

the amount of the relevant Claim that should remain unsecured, or should be classified as priority

for reasons other than being subject to cure, as a result of the Cure Payments made by the

Reorganized Debtors in early November 2009.  To eliminate multiple recoveries for a single

liability, by this Objection, the Reorganized Debtors seek entry of an order disallowing or

modifying and allowing, as the case may be, certain Claims to accurately reflect the

classification of such Claims against a Debtor as a result of the Cure Payments made by the

Reorganized Debtors.

D.      Books And Records Claims (Exhibit A Claims)

20.      During the Reorganized Debtors' review of the Proofs of Claims filed in

these cases, the Reorganized Debtors determined that certain Proofs of Claim assert dollar

amounts or liabilities that are not owing pursuant to the Reorganized Debtors' books and records

(the "Exhibit A Claims").  Accordingly, the Reorganized Debtors believe that the parties

asserting Exhibit A Claims are not creditors of the Debtors.

21.      A Claimant's proof of claim is entitled to the presumption of prima facie

validity under Bankruptcy Rule 3001(f) only until an objecting party refutes "'at least one of the

allegations that is essential to the claim's legal sufficiency.'"  In re WorldCom, Inc., No. 02-

13533, 2005 WL 3832065, at *4 (quoting In re Allegheny Int'l, Inc., 954 F.2d 167, 173-74).

Once such an allegation is refuted, "'the burden reverts to the claimant to prove the validity of the

claim by a preponderance of the evidence.'"  Id.

22.     Set forth on Exhibit A hereto are the Exhibit A Claims that the

Reorganized Debtors have identified as Claims for which the Debtors are not liable.

Accordingly, the Reorganized Debtors (a) object to the Exhibit A Claims and (b) seek entry of an

order disallowing and expunging the Exhibit A Claims in their entirety.  If this Court does not

disallow and expunge any of the Exhibit A Claims in full, the Reorganized Debtors expressly

reserve all of their rights to further object to such Exhibit A Claims at a later date on any basis

whatsoever.

E.     Fully Satisfied Claims (Exhibit B Claims)

23.     During the Reorganized Debtors' review of the Proofs of Claim, the

Reorganized Debtors determined that certain Proofs of Claim, which have been allowed pursuant

to a prior order of this Court or the asserted amount of which the Reorganized Debtors do not

otherwise dispute, assert a liability or dollar amount that is not owing pursuant to the

Reorganized Debtors' books and records because each such Claim was fully satisfied by a Cure

Payment (the "Exhibit B Claims").  Set forth on Exhibit B hereto are the Exhibit B Claims that

the Reorganized Debtors have identified as Claims for which the Reorganized Debtors are no

longer liable.

24.     Accordingly, the Reorganized Debtors (a) object to the Exhibit B Claims

and (b) seek entry of an order disallowing and expunging the Exhibit B Claims in their entirety.

If this Court does not disallow and expunge the Exhibit B Claims in full, the Reorganized

Debtors expressly reserve all of their rights to further object to the Exhibit B Claims at a later

date on any basis whatsoever.

F.     Objected-To Claims To Be Disallowed (Exhibit C Claims)

25.     During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim to which the Debtors or the Reorganized Debtors have previously

11

objected and with respect to which the objection hearings have been adjourned pursuant to the

Claims Objection Procedures Order, assert liabilities or dollar amounts that are no longer owing

pursuant to the Reorganized Debtors' books and records because such Claims were fully satisfied

by a Cure Payment (the "Exhibit C Claims").  Set forth on Exhibit C hereto are the Exhibit C

Claims that the Reorganized Debtors have identified as Claims for which the Debtors are no

longer liable.

26.    Accordingly, the Reorganized Debtors (a) object to the Exhibit C Claims

and (b) seek entry of an order disallowing and expunging the Exhibit C Claims in their entirety.

If this Court does not disallow and expunge these Claims in full, the Reorganized Debtors

expressly reserve all of their rights to further object to the Exhibit C Claims at a later date on any

basis whatsoever.

G.    Partially Satisfied Claims (Exhibit D Claims)

27.    During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim which have been allowed pursuant to a prior order of this Court or the

asserted amount of which the Reorganized Debtors do not otherwise dispute , have been satisfied

in part by Cure Payments and thus should be modified and allowed to reflect such Cure

Payments (the "Exhibit D Claims").  Set forth on Exhibit D hereto is a list of such Claims that

the Reorganized Debtors believe should be modified and allowed solely to assert a properly fully

liquidated claim amount different from that asserted by the Claimant.  The Reorganized Debtors

propose to allow the Partially Satisfied Claims in amounts and class and against the Debtor that

either are reflected in the Reorganized Debtors' books and records or constitute, in the

Reorganized Debtors' business judgment, a reasonable compromise.  For each Exhibit D Claim,

Exhibit D reflects the amount, classification, and Debtor asserted in the Claimant's Proof of

12

Claim in a column titled "Claim As Docketed"[6] and the proposed modified and allowed amount

for the Claim in a column titled "Claim As Allowed."

28.    The Reorganized Debtors object to the amount for each Exhibit D Claim

listed on Exhibit D and request that each such Claim be revised to reflect the amount listed in the

"Claim As Allowed" column of Exhibit D and be allowed in such amount.  Thus, no Claimant

listed on Exhibit D would be entitled to recover for any Claim in an amount exceeding the dollar

amount listed as the "Allowed Total" for such Claim on Exhibit D.  For clarity, Exhibit D refers

to the Debtor entities by case number and Exhibit H displays the formal name of the Debtor

entities and their associated bankruptcy case numbers referenced in Exhibit D.  With respect to

each of the Exhibit D Claims, the Reorganized Debtors request that allowance be conditioned

upon the entry of an order by this Court providing that all responses filed by Claimants to prior

omnibus claims objections with respect to such Exhibit D Claims be deemed withdrawn.

29.    Accordingly, the Reorganized Debtors (a) object to the amount for each

Exhibit D Claim and (b) seek an order modifying and allowing the Partially Satisfied Claims to

reflect the Allowed Total as set forth on Exhibit D.

H.    Claims To Be Further Modified (Exhibit E Claims)

30.    During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim which have been modified pursuant to a prior order of this Court have

been satisfied in part by Cure Payments and that the amounts of such Claims should be modified

and allowed (the "Exhibit E Claims").  Set forth on Exhibit E hereto is a list of the Exhibit E

Claims that the Reorganized Debtors believe should be modified solely to assert a fully

liquidated claim in an amount different from that asserted by the Claimant.  For each Claim,

---

[6]    The Asserted Claim Amount on Exhibit D reflects only asserted liquidated claims.

Exhibit E reflects the amount, classification, and Debtor asserted in the Proof of Claim in a

column titled "Claim As Docketed."[7]  The proposed modified and allowed amount of such

Exhibit E Claims is reflected in a column titled "Claim As Allowed."

      31.     The Reorganized Debtors object to the amount of each Claim listed on

Exhibit E and request that each such Claim be revised to reflect the amount listed in the "Claim

As Allowed" column of Exhibit E.  Thus, no Claimant listed on Exhibit E would be entitled to

recover for any Claim in an amount exceeding the dollar amount listed as the "Allowed Total" of

such Claim on Exhibit E.  For clarity, Exhibit E refers to the former Debtor entities by case

number and Exhibit H displays the formal name of the Debtor entities and their associated

bankruptcy case numbers referenced on Exhibit E.  With respect to each of the Exhibit E Claims,

the Reorganized Debtors request that allowance be conditioned upon the entry of an order by this

Court providing that all responses filed by Claimants to prior omnibus claims objections with

respect to such Exhibit E Claims be deemed withdrawn.

      32.     Accordingly, the Reorganized Debtors (a) object to the asserted amount of

each Exhibit E Claim and (b) seek an order modifying and allowing the Exhibit E Claims to

reflect the Allowed Total as set forth on Exhibit E.

I.     Objected-To Claims To Be Modified And Allowed (Exhibit F Claims)

      33.     During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim, to which the Debtors or the Reorganized Debtors have previously

objected and with respect to which the objection hearings have been adjourned pursuant to the

Claims Objection Procedures Order, have been satisfied in part by Cure Payments (the "Exhibit

F Claims").  Set forth on Exhibit F are the Exhibit F Claims that the Reorganized Debtors believe

---

[7]  The Asserted Claim Amounts on Exhibit E reflect only asserted liquidated claims.

should be modified and allowed solely to assert a fully liquidated claim in an amount different from that asserted by the Claimant.  For each such Exhibit F Claim , Exhibit F reflects the amount, classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As Docketed."[8]  The proposed modified and allowed amount for such Exhibit F Claim is reflected in a column titled "Claim As Allowed."

34.    The Reorganized Debtors object to the amount of each Claim listed on Exhibit F and request that each such Claim be revised to reflect the amount listed in the "Claim As Allowed" column of Exhibit F and allowed in such amount.  Thus, no Claimant listed on Exhibit F would be entitled to recover for any Claim in an amount exceeding the dollar amount listed as the "Allowed Total" for such Claim on Exhibit F.  For clarity, Exhibit F refers to the Debtor entities by case number and Exhibit H displays the formal name of the Debtor entities and their associated bankruptcy case numbers referenced in Exhibit F.  With respect to each of the such Exhibit F Claims, the Reorganized Debtors request that allowance be conditioned upon the entry of an order by this Court providing that all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit F Claims  be deemed withdrawn.

35.    Accordingly, the Reorganized Debtors (a) object to the asserted amount of each Exhibit F Claim and (b) seek an order modifying and allowing the Exhibit F Claims to reflect the Allowed Total as set forth on Exhibit F.

J.    Allowed Claims (Exhibit G Claims)

36.    The Reorganized Debtors have reached settlements in principle with the holders of certain Proofs of Claim.  In addition, the Reorganized Debtors propose to allow certain Claims in amounts, class, and against the Debtor that either (a) are reflected in the

---

[8]  The Asserted Claim Amount on Exhibit E reflects only asserted liquidated claims.

15

Reorganized Debtors' books and records or (b) constitute, in the Reorganized Debtors' business judgment, a reasonable compromise ( the "Exhibit G Claims").  Accordingly, the Reorganized Debtors seek to have each of the Exhibit G Claims, certain of which have been modified pursuant to prior orders entered by this Court, be modified and allowed as set forth on <u>Exhibit G</u>.

37.    Set forth on <u>Exhibit G</u> are the Claims that the Reorganized Debtors have identified as the Exhibit G Claims.  The Reorganized Debtors are authorized to seek allowance of each of the Allowed Claims pursuant to articles 9.6(a) and 11 of the Modified Plan.  With respect to each of the Exhibit G Claims, the Reorganized Debtors request that allowance be conditioned upon the entry of an order by this Court providing that all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit G Claims be deemed withdrawn.

38.    Accordingly, the Reorganized Debtors seek entry of an order modifying and allowing the Exhibit G Claims and request that each such Claim be revised to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of <u>Exhibit G</u>.

Separate Contested Matters

39.    Pursuant to the Claims Objection Procedures Order, to the extent that a response is filed with respect to any Claim listed in this Fortieth Omnibus Claims Objection, each such Claim and the objection to such Claim asserted in this Objection will be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  Pursuant to the Claims Objection Procedures Order, any order entered by this Court with respect to an objection asserted in this Fortieth Omnibus Claims Objection will be deemed a separate order with respect to each Claim.

16

<u>Reservation Of Rights</u>

40.    The Reorganized Debtors expressly reserve the right to amend, modify, or supplement this Fortieth Omnibus Claims Objection and to file additional objections to any other Claims (filed or not) which may be asserted against the Debtors, including without limitation the right to object to any Claim not objected to in this Objection on the basis that it has been asserted against the wrong Debtor entity.  Should one or more of the grounds for objection stated in this Objection be dismissed, the Reorganized Debtors reserve their rights to object on other stated grounds or on any other grounds that the Reorganized Debtors discover.  In addition, the Reorganized Debtors reserve the right to seek further reduction of any Claim to the extent that such Claim has been paid.

<u>Responses To Objections</u>

41.    Responses to this Fortieth Omnibus Claims Objection are governed by the provisions of the Claims Objection Procedures Order.  The following summarizes the provisions of that order, but is qualified in all respects by the express terms thereof.

K.    <u>Filing And Service Of Responses</u>

42.    To contest an objection, responses (each, a "Response"), if any, to this Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with this Court in accordance with General Order M-242 (as amended) – registered users of this Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

17

New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas

Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH

Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to

the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in

each case so as to be **received no later than 4:00 p.m. (prevailing Eastern time) on January**

**14, 2010.**

L.      <u>Contents Of Responses</u>

        43.      Every Response to this Fortieth Omnibus Claims Objection must contain

at a minimum the following:

        (a)      the title of the claims objection to which the Response is directed;

        (b)      the name of the Claimant and a brief description of the basis for
the amount of the Claim;

        (c)      a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, including, but not limited to, the
specific factual and legal bases upon which the Claimant will rely
in opposing the claims objection;

        (d)      unless already set forth in the Proof of Claim previously filed with
this Court, documentation sufficient to establish a prima facie right
to payment; <u>provided</u>, <u>however</u>, that the Claimant need not
disclose confidential, proprietary, or otherwise protected
information in the Response; <u>provided</u> <u>further</u>, <u>however</u>, that the
Claimant must disclose to the Reorganized Debtors all information
and provide copies of all documents that the Claimant believes to
be confidential, proprietary, or otherwise protected and upon which
the Claimant intends to rely in support of its Claim, subject to
appropriate confidentiality constraints;

        (e)      to the extent that the Claim is contingent or fully or partially
unliquidated, the amount that the Claimant believes would be the
allowable amount of such Claim upon liquidation of the Claim or
occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

M.    <u>Timely Response Required</u>

44.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Reorganized Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors request that this Court conduct a final hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Fortieth Omnibus Claims Objection.

45.    <u>Pursuant to the Claims Objection Procedures Order, only those Responses made in writing and timely filed and received will be considered by this Court.  If a Claimant whose Proof of Claim is subject to this Fortieth Omnibus Claims Objection and who is served with this Fortieth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Reorganized Debtors may present to this Court an appropriate order seeking relief with respect to such Claim consistent with the relief sought in this Fortieth Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Reorganized Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Objection Procedures Order.</u>

19

Replies To Responses

46.     Replies to any Responses will be governed by the Claims Objection

Procedures Order.

Service Of Fortieth Omnibus Claims Objection Order

47.     Service of any order with regard to this Fortieth Omnibus Claims

Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

48.     Questions about this Fortieth Omnibus Claims Objection or requests for

additional information about the proposed disposition of Claims hereunder should be directed to

the Reorganized Debtors' counsel by e-mail to dphholdings@skadden.com, by telephone at 1-

800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker

Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N.

Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed

to KCC at 1-888-249-2691 or www.dphholdingsdocket.com.  Claimants should not contact the

Clerk of the Bankruptcy Court to discuss the merits of their Claims.

Notice

49.     Notice of this Objection has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Sixteenth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Revising Certain Notice Procedures,

entered December 11, 2009 (Docket No. 19178).  In light of the nature of the relief requested, the Reorganized Debtors submit that no other or further notice is necessary.

50.    Pursuant to the Claims Objection Procedures Order, the Reorganized Debtors will provide each Claimant whose Proof of Claim is subject to an objection pursuant to this Fortieth Omnibus Claims Objection with a personalized Notice Of Objection To Claim which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibits A, B, and C is attached hereto as Exhibit J.  A form of the Notice Of Objection To Claim to be sent to the Claimants listed on Exhibit D, E, F, and G is attached hereto as Exhibit K.  Claimants will receive a copy of this Fortieth Omnibus Claims Objection without Exhibits A through K hereto. Claimants will nonetheless be able to review Exhibits A through K hereto free of charge by accessing the Reorganized Debtors' Legal Information Website (www.dphholdingsdocket.com). In light of the nature of the relief requested, the Reorganized Debtors submit that no other or further notice is necessary.

21

WHEREFORE the Reorganized Debtors respectfully request that this Court enter

an order (a) granting the relief requested herein and (b) granting the Reorganized Debtors such

other and further relief as is just.

Dated:   New York, New York
         December 21, 2009

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
      John Wm. Butler, Jr.
      John K. Lyons
      Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
         In re               :       Chapter 11
:
DPH HOLDINGS CORP., et al.,    :       Case No. 05-44481 (RDD)
:
:       (Jointly Administered)
         Reorganized Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO (I) EXPUNGE CERTAIN (A) BOOKS AND RECORDS CLAIMS, (B) FULLY
SATISFIED CLAIMS, AND (C) OBJECTED-TO CLAIMS TO BE DISALLOWED,
(II) MODIFY AND ALLOW CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B)
CLAIMS TO BE FURTHER MODIFIED, AND (C) OBJECTED-TO CLAIMS TO
BE MODIFIED AND ALLOWED, AND (III) ALLOW CERTAIN CLAIMS

("FORTIETH OMNIBUS CLAIMS OBJECTION ORDER")

      Upon the Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied

Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A)

Partially Satisfied Claims, (B) Claims To Be Further Modified, And (C) Objected-To Claims To

Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims

Objection" or the "Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized

debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), dated December

21, 2009; and upon the record of the hearing held on the Fortieth Omnibus Claims Objection;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Fortieth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.     Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C, D, E, F, and G hereto was properly and timely

served with a copy of the Fortieth Omnibus Claims Objection, a personalized Notice Of

Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Fortieth Omnibus Claims Objection, and notice of the deadline for responding to the

Fortieth Omnibus Claims Objection.  No other or further notice of the Fortieth Omnibus Claims

Objection is necessary.

B.     This Court has jurisdiction over the Fortieth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Fortieth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Fortieth Omnibus Claims

Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.     The Claims listed on Exhibit A assert liabilities or dollar amounts for

which the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books

and records (the "Exhibit A Claims").

D.     The Claims listed on Exhibit B assert liabilities and dollar amounts for

which the Debtors are no longer liable pursuant to the Reorganized Debtors' books and records

---

[2]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

because such Claims have been satisfied in full by Cure Payments made by the Reorganized

Debtors (the "Exhibit B Claims").

        E.      The Claims listed on <u>Exhibit C</u> assert liabilities or dollar amounts to which

the Debtors or Reorganized Debtors have previously objected and for which the Debtors are no

longer liable pursuant to the Reorganized Debtors' books and records because such Claims have

been satisfied in full by Cure Payments made by the Reorganized Debtors (the "Exhibit C

Claims").

        F.      The Claims listed on <u>Exhibit D</u> assert liabilities or dollar amounts that

have been partially satisfied by Cure Payments made by the Reorganized Debtors.  The

Reorganized Debtors propose to modify and allow each such Claim either because the amount,

class, and the Debtor against which the Claim is proposed to be allowed matches the

Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable

compromise (the "Exhibit D Claims").

        G.      The Claims listed on <u>Exhibit E</u> assert liabilities or dollar amounts that

have been previously modified by a prior order and have been partially satisfied by Cure

Payments made by the Reorganized Debtors.   The Reorganized Debtors propose to further

modify and allow each such Claim either because the amounts, class, and the Debtor against

which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records

or the proposed allowance constitutes a reasonable compromise (the "Exhibit E Claims").

        H.      The Claims listed on <u>Exhibit F</u> assert liabilities or dollar amounts to which

the Debtors or Reorganized Debtors have previously objected and have been partially satisfied

by Cure Payments made by the Reorganized Debtors.  The Reorganized Debtors propose to

modify and allow such claims either because the amount, class, and the Debtor against which the

Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit F Claims").

        I.      The Claims listed on <u>Exhibit G</u> assert liabilities or dollar amounts that the Reorganized Debtors propose to allow either because the proposed allowed amount, class, and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit G Claims").

        J.      <u>Exhibit H</u> hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on <u>Exhibits D</u>, <u>E</u>, <u>F</u>, and <u>G</u>.  <u>Exhibit I</u> sets forth each of the Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E</u>, <u>F</u>, and <u>G</u> in alphabetical order by Claimant and cross-references each such Claim by (i) proof of claim number and (ii) basis of objection.

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

        1.      Each Exhibit A Claim listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.

        2.      Each Exhibit B Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

        3.      Each Exhibit C Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety

        4.      Each Exhibit D Claim listed on <u>Exhibit D</u> hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"

column of Exhibit D and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit D Claims are deemed withdrawn.

5.      Each Exhibit E Claim listed on Exhibit E hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit E and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit E Claims are deemed withdrawn.

6.      Each Exhibit F Claim listed on Exhibit F hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit F and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit F Claims are deemed withdrawn.

7.      Each Exhibit G Claim listed on Exhibit G hereto is hereby allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit G and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit G Claims are deemed withdrawn.

8.      Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Fortieth Omnibus Claims Objection except as such claims may have been settled and allowed.

9.      This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Fortieth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

10.      Each of the objections by the Reorganized Debtors to each Claim addressed in the Fortieth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D,

E, F, and G constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.

This order shall be deemed a separate order with respect to each Claim that is the subject of the

Fortieth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested

matter which involves such Claim and shall not act to stay the applicability or finality of this

order with respect to the other contested matters covered hereby.

    11. Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
   January ____, 2010



       _____
       UNITED STATES BANKRUPTCY JUDGE

**In re DPH Holdings Corp., et al.**                                    **Fortieth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COLLINS & AIKMAN<br>RICK ONISKO<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 15339 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,481,668.72<br>$1,481,668.72 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HURST BYRON G<br>C/O DAVID R SALYER ESQ<br>E S GALLON & ASSOCIATES<br>40 WEST 4TH ST STE 2200<br>DAYTON, OH 45402 | 2285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,000.00<br>$10,000.00 | 03/14/2006 | DELPHI CORPORATION (05-44481) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES<br>MATTHEW PAROLY<br>999 REPUBLIC DR<br>ALLEN PARK, MI 48101 | 12391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $148,049.72<br><br><br>$211,457.85<br>$359,507.57 | 07/28/2006 | DELPHI CORPORATION (05-44481) |

|  | **Total:** | **3** | **$1,851,176.29** | | |

In re DPH Holdings Corp., et al.                                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGAPE PLASTICS INC EFT<br>O 11474 FIRST AVE NW<br>GRAND RAPIDS, MI 49544 | 3964 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,566.40<br>$12,566.40 | 05/01/2006 | DELPHI CORPORATION<br>(05-44481) |
| AMERICAN TECHNICAL CERAMICS<br>1 NORDEN LN<br>HUNTINGTON STATION, NY 11746-2102 | 3358 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,214.73<br>$11,214.73 | 04/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| AMG INDUSTRIES INC<br>200 COMMERCE DR<br>MT VERNON, OH 43050 | 5252 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,886.40<br>$1,886.40 | 05/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 7657 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$11,080.20<br>$11,080.20 | 06/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 5427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,350.84<br>$31,350.84 | 05/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUMA TEC SA DE CV<br>C/O MICHAEL G CRUSE<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN CENTER STE 2700<br>SOUTHFIELD, MI 48075 | 10383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$33,417.69<br>$33,417.69 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF MEXICANA SA DE CV<br>MS LAURA RANGEL<br>AMERICAN POSTAL CENTER<br>501 N BRIDGE ST<br>HIDALGO, TX 78557 | 6333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$51,588.18<br>$51,588.18 | 05/19/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| BOURNS INC<br>ATTN MARY RODGERS<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | 6683 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$43,850.88<br>$43,850.88 | 05/23/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                                                    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5084 | Secured: Priority: Administrative: Unsecured: Total: | $1,370.20 $1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5085 | Secured: Priority: Administrative: Unsecured: Total: | $1,011.99 $1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5087 | Secured: Priority: Administrative: Unsecured: Total: | $31,423.21 $31,423.21 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5086 | Secured: Priority: Administrative: Unsecured: Total: | $7,831.58 $7,831.58 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5083 | Secured: Priority: Administrative: Unsecured: Total: | $849.39 $849.39 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| COMMERCIAL PACKAGING INC 6548 W HIGGINS CHICAGO, IL 60656-2161 | 3304 | Secured: Priority: Administrative: Unsecured: Total: | $230.00 $230.00 | 04/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| COMPUTER PATENT ANNUITIES LP GILL DAVID ACCOUNTS RECEIVABLE MANAGER CPA HOUSE 11 15 SEATON PLACE ST HELIER JERSEY, JE1 1BL CHANNEL ISLANDS | 15379 | Secured: Priority: Administrative: Unsecured: Total: | $617,204.24 $617,204.24 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |

05-44481-rdd   Doc 19241   Filed 12/23/09   Entered 12/23/09 20:18:32   Main Document
Pg 72 of 330

In re DPH Holdings Corp., et al.                                      Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC ALPA JIMENEZ CONTRARIAN FUNDS LLC 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 12668 | Secured: Priority: Administrative: Unsecured: Total: | $184,138.31 $184,138.31 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC 1565 HOTEL CIRCLE S STE 310 SAN DIEGO, CA 92108 | 2117 | Secured: Priority: Administrative: Unsecured: Total: | $4,381.59 $4,381.59 | 02/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EIMO AMERICAS 1551 SAWGRASS CORPORATE PKWY STE 300 SUNRISE, FL 33323 | 5887 | Secured: Priority: Administrative: Unsecured: Total: | $184,673.70 $184,673.70 | 05/15/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| FREUDENBERG NOK GENERAL PARTNERSHIP RALPH E MCDOWELL BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11603 | Secured: Priority: Administrative: Unsecured: Total: | $358,851.00 $80,742.02 $60,066.20 $499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK INC RALPH E MCDOWELL BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11602 | Secured: Priority: Administrative: Unsecured: Total: | $1,759.31 $2,878.86 $4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP EFT 2975 PEMBROKE RD HOPKINSVILLE, KY 42240 | 5463 | Secured: Priority: Administrative: Unsecured: Total: | $17,971.26 $17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 1565 | Secured: Priority: Administrative: Unsecured: Total: | $47,879.16 $47,879.16 | 01/17/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 2020 | Secured: Priority: Administrative: Unsecured: Total: | $131,166.32 $131,166.32 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 16670 | Secured: Priority: Administrative: Unsecured: Total: | $822.47 $822.47 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL RECTIFIER CORPORATION RICHARD BRUNETTE AND THERESA WARDLE SHEPPARD MULLIN RICHTER & HAMPTON LLP 333 S HOPE ST 48TH FL LOS ANGELES, CA 90071 | 14215 | Secured: Priority: Administrative: Unsecured: Total: | $453.25 $453.25 | 07/31/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| KOA SPEER ELECTRONICS INC SCOTT W RICE CHAIRMAN & PRESIDENT BOLIVAR DR PO BOX 547 BRADFORD, PA 16701 | 16687 | Secured: Priority: Administrative: Unsecured: Total: | $84,902.01 $84,902.01 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOA SPEER ELECTRONICS INC SCOTT W RICE CHAIRMAN & PRESIDENT BOLIVAR DR PO BOX 547 BRADFORD, PA 16701 | 16686 | Secured: Priority: Administrative: Unsecured: Total: | $61,091.71 $61,091.71 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOKOMO GAS AND FUEL COMPANY JASON M TORF SCHIFF HARDIN LLP 6600 SEARS TOWER CHICAGO, IL 60606 | 11622 | Secured: Priority: Administrative: Unsecured: Total: | $248,629.34 $248,629.34 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE RD VIENNA, OH 44473-970 | 11924 | Secured: Priority: Administrative: Unsecured: Total: | $28,390.99 $52,411.01 $80,802.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINEAR TECHNOLOGY CORPORATION JAMES M SULLIVAN MCDERMOTT WILL & EMERY 50 ROCKEFELLER PLZ NEW YORK, NY 10020-1605 | 16681 | Secured: Priority: Administrative: Unsecured: Total: | $116,070.80 $116,070.80 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 7289 | Secured: Priority: Administrative: Unsecured: Total: | $104,313.33 $104,313.33 | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 726 | Secured: Priority: Administrative: Unsecured: Total: | $10,022.00 $10,022.00 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 5970 | Secured: Priority: Administrative: Unsecured: Total: | $78,321.60 $78,321.60 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS JEFFREY L CARESS ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 15493 | Secured: Priority: Administrative: Unsecured: Total: | $5,762.88 $5,762.88 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1907 | Secured: Priority: Administrative: Unsecured: Total: | $6,425.10 $6,425.10 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1902 | Secured: Priority: Administrative: Unsecured: Total: | $3,190.40 $3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

05-44481-rdd    Doc 19241    Filed 12/23/09    Entered 12/23/09 20:18:32    Main Document

In re DPH Holdings Corp., et al.                    Pg 75 of 330                    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1901 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,190.40<br><br>$3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1898 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,086.40<br><br>$3,086.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| MACAUTO USA INC 80 EXCEL DR ROCHESTER, NY 14621 | 9431 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$961,318.16<br>$961,318.16 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MANDO AMERICA CORPORATION SKYE SUH PLC 32000 NORTHWESTERN HWY STE 260 FARMINGTON HILLS, MI 48334 | 1569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$291,268.45<br>$291,268.45 | 01/17/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| NATIONAL SEMICONDUCTOR CORP 2900 SEMICONDUCTOR DR. G2 335 SANTA CLARA, CA 95051 | 5390 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$995.20<br>$995.20 | 05/09/2006 | DELPHI CORPORATION (05-44481) |
| NISSAN TRADING CORP USA ATTN ALAN KALB 34405 W 12 MILE RD STE 225 FARMINGTON HILLS, MI 48331 | 293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,288.76<br>$1,288.76 | 11/03/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| OETIKER INC 3305 WILSON ST MARLETTE, MI 48453-0217 | 722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$12,643.20<br>$12,643.20 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| PLAINFIELD MOLDING INC 24035 RIVER WALK CT PLAINFIELD, IL 60544 | 12439 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$15,964.33<br>$15,964.33 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

In re DPH Holdings Corp., et al.                                              Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RICHCO INC<br>8145 RIVER DR<br>MORTON GROVE, IL 60053 | 520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$193.34<br>$193.34 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| SHIN ETSU POLYMER AMERICA INC<br>5600 MOWRY SCHOOL RD STE 320<br>NEWARK, CA 94560 | 11596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,393.52<br>$20,393.52 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 11706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,011.37<br><br><br>$210,932.12<br>$235,943.49 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SUMIDA TRADING PTE LTD<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE | 2215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,499.20<br>$2,499.20 | 03/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THE FURUKAWA ELECTRIC CO LTD<br>C/O PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | 16555 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$48,067.68<br>$48,067.68 | 02/26/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THERMOTECH SA DE CV<br>1302 S 5TH ST<br>HOPKINS, MN 55343 | 6096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,647.45<br>$14,647.45 | 05/16/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| THIERICA INC<br>900 CLANCY AVE NE<br>GRAND RAPIDS, MI 49503 | 11536 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,591.80<br>$4,591.80 | 07/27/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

05-44481-rdd    Doc 19241    Filed 12/23/09    Entered 12/23/09 20:18:32    Main Document

In re DPH Holdings Corp., et al.                    Pg 77 of 330                    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TR BUTTERFIELD TRAIL CORP<br>NDH PROPERTY MANAGEMENT<br>SERVICES<br>7400 VISCOUNT<br>STE 240<br>EL PASO, TX 79925 | 12342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $32,627.13<br>$32,627.13 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | **Total:    52** | | **$4,380,909.06** | | |

**In re DPH Holdings Corp., et al.**

**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN AIKOKU ALPHA INC ATTN GARY VIST ESQ C/O MASUDA FUNAI EIFERT & MITCHELL LTD 203 N LASALLE ST STE 2500 CHICAGO, IL 60601-1262 | 16796 | Secured: Priority: Administrative: Unsecured: Total: | $429,525.84 $429,525.84 | 01/29/2008 | DELPHI CORPORATION (05-44481) |
| UPG DE MEXICO S DE RL DE CV WILLIAM HOLBROOK DIRECTOR OF FINANCE UNITED PLASTICS GROUP INC 1420 KENSINGTON RD STE 209 OAK BROOK, IL 60523 | 13546 | Secured: Priority: Administrative: Unsecured: Total: | $42,827.19 $42,827.19 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

|  | **Total:** | **2** | **$472,353.03** |
|---|---|---|---|

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2468<br>Date Filed: 04/03/2006<br>Docketed Total: $517,747.63<br>Filing Creditor Name:<br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E 02<br>ST PAUL, MN 55144 | Claim Holder Name<br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E 02<br>ST PAUL, MN 55144<br><br>Case Number*: 05-44481   Docketed Total: $517,747.63<br>Secured ___   Priority ___   Unsecured $517,747.63<br>$517,747.63 | Case Number*: 05-44640   Allowed Total: $434,298.11<br>Secured ___   Priority ___   Unsecured $434,298.11<br>$434,298.11 |
| Claim: 16370<br>Date Filed: 10/16/2006<br>Docketed Total: $1,059,143.24<br>Filing Creditor Name:<br>A BERGER PRECISION LTD<br>28 REGAN RD<br>BRAMPTON, ON L7A 1A7<br>CANADA | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44640   Docketed Total: $1,059,143.24<br>Secured ___   Priority ___   Unsecured $1,059,143.24<br>$1,059,143.24 | Case Number*: 05-44640   Allowed Total: $1,058,927.24<br>Secured ___   Priority ___   Unsecured $1,058,927.24<br>$1,058,927.24 |
| Claim: 1741<br>Date Filed: 02/01/2006<br>Docketed Total: $1,669,714.54<br>Filing Creditor Name:<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615 | Claim Holder Name<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615<br><br>Case Number*: 05-44481   Docketed Total: $1,669,714.54<br>Secured ___   Priority ___   Unsecured $1,669,714.54<br>$1,669,714.54 | Case Number*: 05-44481   Allowed Total: $1,444,523.00<br>Secured ___   Priority ___   Unsecured $1,444,523.00<br>$1,444,523.00 |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED — CLAIM AS DOCKETED** | Secured | Priority | Unsecured | CLAIM AS ALLOWED | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Claim: 8455<br>Date Filed: 06/23/2006<br>Docketed Total: $171,798.50<br>Filing Creditor Name:<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393<br>Claim Holder Name<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | Docketed Total: | | $171,798.50 | Allowed Total: | | | $2,384.41 |
| Case Number* 05-44640 | | | $171,798.50<br>**$171,798.50** | Case Number* 05-44640 | | | $2,384.41<br>**$2,384.41** |
| Claim: 12159<br>Date Filed: 07/28/2006<br>Docketed Total: $7,450.00<br>Filing Creditor Name:<br>ALPHA PRODUCTS INC<br>351 IRVING DR<br>OXNARD, CA 93030<br>Claim Holder Name<br>ALPHA PRODUCTS INC<br>351 IRVING DR<br>OXNARD, CA 93030 | Docketed Total: | | $7,450.00 | Allowed Total: | | | $3,725.00 |
| Case Number* 05-44567 | | | $7,450.00<br>**$7,450.00** | Case Number* 05-44567 | | | $3,725.00<br>**$3,725.00** |
| Claim: 9151<br>Date Filed: 07/10/2006<br>Docketed Total: $925,476.40<br>Filing Creditor Name:<br>ARC AUTOMOTIVE INC<br>1729 MIDPARK RD<br>KNOXVILLE, TN 37921<br>Claim Holder Name<br>ARC AUTOMOTIVE INC<br>1729 MIDPARK RD<br>KNOXVILLE, TN 37921 | Docketed Total: | | $925,476.40<br>UNL | Allowed Total: | | | $465,879.47 |
| Case Number* 05-44640 | $925,476.40<br>**$925,476.40** | | UNL | Case Number* 05-44640 | | | $465,879.47<br>**$465,879.47** |
| Claim: 2343<br>Date Filed: 03/20/2006<br>Docketed Total: $11,295.20<br>Filing Creditor Name:<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br>Claim Holder Name<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | $11,295.20 | Allowed Total: | | | $5,695.20 |
| Case Number* 05-44640 | | | $11,295.20<br>**$11,295.20** | Case Number* 05-44640 | | | $5,695.20<br>**$5,695.20** |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED**

| | Secured | Priority | Unsecured |
|---|---|---|---|
| **Claim:** 7506 | | | |
| Date Filed: 06/05/2006 | | | |
| Docketed Total: $4,424,985.53 | | Docketed Total: | $4,424,985.53 |
| Filing Creditor Name: | | | |
| AT&T CORP | | | |
| 1355 W UNIVERSITY DR | | | |
| MESA, AZ 85021 | | | |
| Claim Holder Name | | | |
| AT&T CORP | | | |
| 1355 W UNIVERSITY DR | | | |
| MESA, AZ 85021 | | | |
| Case Number* | | | |
| 05-44481 | | | $4,424,985.53 |
| | | | $4,424,985.53 |
| | | | |
| **Claim:** 12195 | | | |
| Date Filed: 07/28/2006 | | | |
| Docketed Total: $4,140,179.97 | | Docketed Total: | $3,888,438.54 |
| Filing Creditor Name: | | | |
| ATEL LEASING CORPORATION | | | |
| AS AGENT FOR CREDITOR | | | |
| 600 CALIFORNIA ST 6TH FL | | | |
| SAN FRANCISCO, CA 94108 | | | |
| Claim Holder Name | | | |
| ATEL LEASING CORPORATION AS | | | |
| AGENT FOR CREDITOR | | | |
| 600 CALIFORNIA ST 6TH FL | | | |
| SAN FRANCISCO, CA 94108 | | | |
| Case Number* | $582,300.00 | | $3,306,138.54 |
| 05-44481 | $582,300.00 | | $3,306,138.54 |
| | | | $3,888,438.54 |
| | | | |
| **Claim:** 12840 | | | |
| Date Filed: 07/28/2006 | | | |
| Docketed Total: $662,721.49 | | Docketed Total: | $662,721.49 |
| Filing Creditor Name: | | | |
| BARNES GROUP INC | | | |
| TYLER COOPER & ALCORN LLP | | | |
| 185 ASYLUM ST | | | |
| CITY PLACE I 35TH FL | | | |
| HARTFORD, CT 06103-3488 | | | |
| Claim Holder Name | | | |
| LONGACRE MASTER FUND LTD | | | |
| 810 SEVENTH AVE 33RD FL | | | |
| NEW YORK, NY 10019 | | | |
| Case Number* | | | $662,721.49 |
| 05-44640 | | | $662,721.49 |

### CLAIM AS ALLOWED

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number* | | Allowed Total: | $2,197,185.31 |
| 05-44640 | | | $2,197,185.31 |
| | | | $2,197,185.31 |
| Case Number* | | Allowed Total: | $177,355.57 |
| 05-44640 | | | $177,355.57 |
| | | | $177,355.57 |
| Case Number* | | Allowed Total: | $602,680.62 |
| 05-44640 | | | $602,680.62 |
| | | | $602,680.62 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| Claim: 1704 <br> Date Filed: 01/30/2006 <br> Docketed Total: $874,448.21 <br> Filing Creditor Name: <br> CAPRO LTD <br> 155 S LIMERICK RD <br> LIMERICK, PA 19468-1699 | BEAR STEARNS INVESTMENT PRODUCTS INC <br> CO JPMORGAN CHASE BANK NA LEGAL DEPT <br> 1 CHASE MANHATTAN PLAZA 26TH FL <br> NEW YORK, NY 10081 <br><br> Docketed Total: $874,448.21 | | | | Allowed Total: | | | | |
| | Case Number* <br> 05-44640 | $299,723.41 <br> **$299,723.41** | | $574,724.80 <br> **$574,724.80** | Case Number* <br> 05-44640 | | | $856,371.97 <br> **$856,371.97** | |
| Claim: 1771 <br> Date Filed: 02/03/2006 <br> Docketed Total: $200,547.61 <br> Filing Creditor Name: <br> CASTWELL PRODUCTS INC <br> JPMORGAN CHASE BANK NA AS ASSIGNEE OF CASTWELL PRODUCTS INC <br> 270 PARK AVE 17TH FL <br> NEW YORK, NY 10017 | JPMORGAN CHASE BANK NA <br> 270 PARK AVE 17TH FL <br> NEW YORK, NY 10017 <br><br> Docketed Total: $200,547.61 | | | | Allowed Total: | | | | |
| | Case Number* <br> 05-44640 | | $47,499.91 <br> **$47,499.91** | $153,047.70 <br> **$153,047.70** | Case Number* <br> 05-44640 | | | $178,429.84 <br> **$178,429.84** | |
| Claim: 4018 <br> Date Filed: 05/01/2006 <br> Docketed Total: $714,065.68 <br> Filing Creditor Name: <br> CENTURY MOLD & TOOL CO <br> DI MONTE & LIZAK LLC <br> 216 W HIGGINS RD <br> PARK RIDGE, IL 60068 | CONTRARIAN FUNDS LLC <br> 411 W PUTNAM AVE STE 225 <br> GREENWICH, CT 06830 <br><br> Docketed Total: $714,065.68 | | | | Allowed Total: | | | | |
| | Case Number* <br> 05-44567 | | | $714,065.68 <br> **$714,065.68** | Case Number* <br> 05-44567 | | | $664,259.24 <br> **$664,259.24** | |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12687**
Date Filed: 07/28/2006
Docketed Total: $1,510,230.74
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CADILLAC RUBBER
& PLASTICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

CLAIM AS DOCKETED**
Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF CADILLAC RUBBER &
PLASTICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

| Case Number*: 05-44640 | Secured | Priority | Unsecured |
|---|---|---|---|
| | | $486,583.11 | $1,023,647.63 |
| Docketed Total: | | $486,583.11 | $1,023,647.63 |

CLAIM AS ALLOWED

| Case Number* 05-44640 | Secured | Priority | Unsecured |
|---|---|---|---|
| | | | $918,818.26 |
| Allowed Total: | | | $918,818.26 |

**Claim: 10386**
Date Filed: 07/24/2006
Docketed Total: $315,699.49
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF COLUMBIA
INDUSTRIAL SALES CORP
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF COLUMBIA
INDUSTRIAL SALES CORP
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number*: 05-44640 | Secured | Priority | Unsecured |
|---|---|---|---|
| | | | $315,699.49 |
| Docketed Total: | | | $315,699.49 |

| Case Number* 05-44640 | Secured | Priority | Unsecured |
|---|---|---|---|
| | | | $156,862.79 |
| Allowed Total: | | | $156,862.79 |

**Claim: 12689**
Date Filed: 07/28/2006
Docketed Total: $176,114.66
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF FLOW DRY
TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE
225
GREENWICH, CT 06830

Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF FLOW DRY
TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

| Case Number*: 05-44640 | Secured | Priority | Unsecured |
|---|---|---|---|
| | | $42,727.58 | $133,387.08 |
| Docketed Total: | | $42,727.58 | $133,387.08 |

| Case Number* 05-44640 | Secured | Priority | Unsecured |
|---|---|---|---|
| | | | $78,486.32 |
| Allowed Total: | | | $78,486.32 |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 10388 | Claim Holder Name | | | | | | | | | |
| Date Filed: 07/24/2006 | CONTRARIAN FUNDS LLC AS | | | | | | | | | |
| Docketed Total: $141,675.49 | ASSIGNEE OF GEMINI PLASTICS INC | | | | | | | | | |
| Filing Creditor Name: | 411 W PUTNAM AVE STE 225 | | | | | | | | | |
| CONTRARIAN FUNDS LLC AS | GREENWICH, CT 06830 | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| ASSIGNEE OF GEMINI PLASTICS INC | | | | $141,675.49 | | | | | $111,540.19 | |
| 411 W PUTNAM AVE STE 225 | Case Number*: 05-44640 | Docketed Total: | | $141,675.49 | | Case Number*: 05-44640 | Allowed Total: | | $111,540.19 | |
| GREENWICH, CT 06830 | | | | | | | | | | |
| Claim: 9796 | Claim Holder Name | | | | | | | | | |
| Date Filed: 07/18/2006 | CONTRARIAN FUNDS LLC AS | | | | | | | | | |
| Docketed Total: $572,033.91 | ASSIGNEE OF HITCHINER | | | | | | | | | |
| Filing Creditor Name: | MANUFACTURING CO INC | | | | | | | | | |
| CONTRARIAN FUNDS LLC AS | ATTN ALPA JIMENEZ | | | | | | | | | |
| ASSIGNEE OF HITCHINER | 411 W PUTNAM AVE STE 225 | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| MANUFACTURING CO INC | GREENWICH, CT 06830 | | $8,179.67 | $563,854.24 | | | | | $5,476.50 | |
| ATTN ALPA JIMENEZ | Case Number*: 05-44640 | Docketed Total: | $8,179.67 | $563,854.24 | | Case Number*: 05-44640 | Allowed Total: | | $5,476.50 | |
| 411 W PUTNAM AVE STE 225 | | | | | | | | | | |
| GREENWICH, CT 06830 | | | | | | | | | | |
| Claim: 12673 | Claim Holder Name | | | | | | | | | |
| Date Filed: 07/28/2006 | CONTRARIAN FUNDS LLC AS | | | | | | | | | |
| Docketed Total: $73,596.89 | ASSIGNEE OF OMRON | | | | | | | | | |
| Filing Creditor Name: | AUTOMOTIVE ELECTRONICS INC | | | | | | | | | |
| CONTRARIAN FUNDS LLC AS | ATTN ALPA JIMENEZ | | | | | | | | | |
| ASSIGNEE OF OMRON | 411 WEST PUTNAM AVENUE STE 225 | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| AUTOMOTIVE ELECTRONICS INC | GREENWICH, CT 06830 | | | $73,596.89 | | | | | $47,959.08 | |
| ATTN ALPA JIMENEZ | Case Number*: 05-44640 | Docketed Total: | | $73,596.89 | | Case Number*: 05-44640 | Allowed Total: | | $47,959.08 | |
| 411 WEST PUTNAM AVENUE STE 225 | | | | | | | | | | |
| GREENWICH, CT 06830 | | | | | | | | | | |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

**Claim: 9791**
Date Filed: 07/18/2006
Docketed Total: $299,745.20
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 425
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 |
| | | $5,367.21 | $294,377.99 |

**Claim: 12695**
Date Filed: 07/28/2006
Docketed Total: $120,459.00
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG
KUNHWA CO LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,459.00 |
| | | | $120,459.00 |

**Claim: 12696**
Date Filed: 07/28/2006
Docketed Total: $109,002.60
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH
INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,865.76 | $93,136.84 |
| | | $15,865.76 | $93,136.84 |

### CLAIM AS ALLOWED

Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 425
GREENWICH, CT 06830

Allowed Total: $297,288.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $297,288.34 |
| | | | $297,288.34 |

Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG
KUNHWA CO LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Allowed Total: $528.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $528.00 |
| | | | $528.00 |

Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Allowed Total: $11,383.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,383.19 |
| | | | $11,383.19 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 12694**
Date Filed: 07/28/2006
Docketed Total: $91,243.71
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH
SA DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH SA
DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Case Number*: 05-44640
Secured — / Priority — / Unsecured $91,243.71
Docketed Total: $91,243.71

Case Number*: 05-44640
Secured — / Priority — / Unsecured $5,593.21
Allowed Total: $5,593.21

---

**Claim: 7371**
Date Filed: 06/02/2006
Docketed Total: $694,417.04
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF WESTWOOD
ASSOCIATES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF WESTWOOD
ASSOCIATES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Case Number*: 05-44640
Secured — / Priority — / Unsecured $694,417.04
Docketed Total: $694,417.04

Case Number*: 05-44640
Secured — / Priority — / Unsecured $570,735.18
Allowed Total: $570,735.18

---

**Claim: 14664**
Date Filed: 07/31/2006
Docketed Total: $2,624,997.09
Filing Creditor Name:
COOPER STANDARD
AUTOMOTIVE FKA ITT
AUTOMOTIVE FLUID HDG SYST
COOPER STANDARD
AUTOMOTIVE
39550 ORCHARD HILL PL
NOVI, MI 48376

Claim Holder Name
DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Case Number*: 05-44481
Secured — / Priority — / Unsecured $2,624,997.09
Docketed Total: $2,624,997.09

Case Number*: 05-44640
Secured — / Priority — / Unsecured $2,240,832.25
Allowed Total: $2,240,832.25

---

*    See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Claim Holder Name | Secured | Priority | Unsecured | |
| Claim: 8807 | CUSTOM PRODUCTS CORP | | | | | CUSTOM PRODUCTS CORP | | | | |
| Date Filed: 06/30/2006 | 457 STATE ST | | | | | 457 STATE ST | | | | |
| Docketed Total: $4,687.50 | NORTH HAVEN, CT 06473 | | Docketed Total: | $4,687.50 | | NORTH HAVEN, CT 06473 | | Allowed Total: | $2,343.75 | |
| Filing Creditor Name: | | | | $4,687.50 | | | | | $2,343.75 | |
| CUSTOM PRODUCTS CORP | Case Number*: | | | $4,687.50 | | Case Number*: | | | $2,343.75 | |
| 457 STATE ST | 05-44507 | | | | | 05-44507 | | | | |
| NORTH HAVEN, CT 06473 | | | | | | | | | | |
| Claim: 10906 | LONGACRE MASTER FUND LTD | | | | | LONGACRE MASTER FUND LTD | | | | |
| Date Filed: 07/25/2006 | 810 SEVENTH AVE 33RD FL | | | | | 810 SEVENTH AVE 33RD FL | | | | |
| Docketed Total: $234,133.66 | NEW YORK, NY 10019 | | Docketed Total: | $234,133.66 | | NEW YORK, NY 10019 | | Allowed Total: | $126,124.21 | |
| Filing Creditor Name: | | | | $234,133.66 | | | | | $126,124.21 | |
| DATWYLER RUBBER & PLASTICS | Case Number*: | | | $234,133.66 | | Case Number*: | | | $126,124.21 | |
| NELSON MULLINS RILEY & | 05-44640 | | | | | 05-44640 | | | | |
| SCARBOROUGH | | | | | | | | | | |
| PO BOX 11070 | | | | | | | | | | |
| COLUMBIA, SC 29211-1070 | | | | | | | | | | |
| Claim: 10907 | LONGACRE MASTER FUND LTD | | | | | LONGACRE MASTER FUND LTD | | | | |
| Date Filed: 07/25/2006 | 810 SEVENTH AVE 33RD FL | | | | | 810 SEVENTH AVE 33RD FL | | | | |
| Docketed Total: $929,544.79 | NEW YORK, NY 10019 | | Docketed Total: | $929,544.79 | | NEW YORK, NY 10019 | | Allowed Total: | $401,688.36 | |
| Filing Creditor Name: | | | | $929,544.79 | | | | | $401,688.36 | |
| DATWYLER RUBBER & PLASTICS | Case Number*: | | | $929,544.79 | | Case Number*: | | | $401,688.36 | |
| NELSON MULLINS RILEY & | 05-44640 | | | | | 05-44640 | | | | |
| SCARBOROUGH | | | | | | | | | | |
| PO BOX 11070 | | | | | | | | | | |
| COLUMBIA, SC 29211-1070 | | | | | | | | | | |
| Claim: 16284 | AMROC INVESTMENTS LLC | | | | | AMROC INVESTMENTS LLC | | | | |
| Date Filed: 09/05/2006 | 535 MADISON AVE 15TH FL | | | | | 535 MADISON AVE 15TH FL | | | | |
| Docketed Total: $34,134.78 | NEW YORK, NY 10022 | | Docketed Total: | $34,134.78 | | NEW YORK, NY 10022 | | Allowed Total: | $4,852.44 | |
| Filing Creditor Name: | | | | $34,134.78 | | | | | $4,852.44 | |
| DAWLEN CORP | Case Number*: | | | $34,134.78 | | Case Number*: | | | $4,852.44 | |
| 2029 MICOR DR | 05-44640 | | | | | 05-44640 | | | | |
| PO BOX 884 | | | | | | | | | | |
| JACKSON, MI 49203 | | | | | | | | | | |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7244**
Date Filed: 06/01/2006
Docketed Total: $12,223.86
Filing Creditor Name:
DICKEY GRABLER CO
10302 MADISON
CLEVELAND, OH 44102

Claim Holder Name
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Case Number*: 05-44640

Docketed Total: $12,223.86
Secured ___  Priority ___  Unsecured $12,223.86 / $12,223.86

Case Number*: 05-44640
Allowed Total: $8,584.04
Secured ___  Priority ___  Unsecured $8,584.04 / $8,584.04

**Claim: 8374**
Date Filed: 06/22/2006
Docketed Total: $1,302.72
Filing Creditor Name:
DYNACAST DEUTSCHLAND GMBH & CO KG.
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

Claim Holder Name
DYNACAST DEUTSCHLAND GMBH & CO KG
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

Case Number*: 05-44640

Docketed Total: $1,302.72
Secured ___  Priority ___  Unsecured $1,302.72 / $1,302.72

Case Number*: 05-44640
Allowed Total: $653.31
Secured ___  Priority ___  Unsecured $653.31 / $653.31

**Claim: 10596**
Date Filed: 07/25/2006
Docketed Total: $123,481.26
Filing Creditor Name:
E I DU PONT DE NEMOURS AND COMPANY DUPONT
DUPONT LEGAL D 4026
1007 MARKET ST
WILMINGTON, DE 19898

Claim Holder Name
LATIGO MASTER FUND LTD
590 MADISON AVE 9TH FL
NEW YORK, NY 10022

Case Number*: 05-44567

Docketed Total: $123,481.26
Secured ___  Priority ___  Unsecured $123,481.26 / $123,481.26

Case Number*: 05-44567
Allowed Total: $95,819.18
Secured ___  Priority ___  Unsecured $95,819.18 / $95,819.18

\* See Exhibit H for a listing of debtor entities by case number.
\*\* "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15141**
Date Filed: 07/31/2006
Docketed Total: $438,605.19
Filing Creditor Name:
EIKENBERRY & ASSOCIATES INC
PO BOX 2676
KOKOMO, IN 46904-2676

Claim Holder Name
EIKENBERRY & ASSOCIATES INC
PO BOX 2676
KOKOMO, IN 46904-2676

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $204,708.80 | | $233,896.39 |
| | $204,708.80 | | $233,896.39 |

Docketed Total: $438,605.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $113,798.89 |
| | | | $113,798.89 |

Allowed Total: $113,798.89

---

**Claim: 2063**
Date Filed: 02/21/2006
Docketed Total: $108,786.45
Filing Creditor Name:
EMERSON & CUMING INC
46 MANNING RD
BILLERICA, MA 01821

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $108,786.45 |
| | | | $108,786.45 |

Docketed Total: $108,786.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $100,024.07 |
| | | | $100,024.07 |

Allowed Total: $100,024.07

---

**Claim: 2695**
Date Filed: 04/19/2006
Docketed Total: $11,921.75
Filing Creditor Name:
ENDURA PLASTICS & SIERRA
LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,921.75 |
| | | | $11,921.75 |

Docketed Total: $11,921.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| 05-44624 | | | $5,677.40 |
| | | | $5,677.40 |

Allowed Total: $5,677.40

---

\*    See Exhibit H for a listing of debtor entities by case number.
\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS ALLOWED |
| --- | --- |
| **CLAIM AS DOCKETED**\*\* | |

### Claim 8946

**CLAIM TO BE ALLOWED**

Claim: 8946
Date Filed: 07/05/2006
Docketed Total: $653,356.73
Filing Creditor Name:
EPCOS INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44481 | | | $653,356.73 |
| | | | $653,356.73 |

**CLAIM AS ALLOWED**

Claim Holder Name
EPCOS INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310
Allowed Total: $505,747.68

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $505,747.68 |
| | | | $505,747.68 |

### Claim 14126

**CLAIM TO BE ALLOWED**

Claim: 14126
Date Filed: 07/31/2006
Docketed Total: $376,357.61
Filing Creditor Name:
FCI AUTOMOTIVE DEUTSCHLAND GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $376,357.61 |
| | | | $376,357.61 |

**CLAIM AS ALLOWED**

Claim Holder Name
FCI AUTOMOTIVE DEUTSCHLAND GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110
Allowed Total: $166,841.77

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $166,841.77 |
| | | | $166,841.77 |

### Claim 14130

**CLAIM TO BE ALLOWED**

Claim: 14130
Date Filed: 07/31/2006
Docketed Total: $407,299.95
Filing Creditor Name:
FCI USA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $407,299.95 |
| | | | $407,299.95 |

**CLAIM AS ALLOWED**

Claim Holder Name
FCI USA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110
Allowed Total: $616,573.40

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $616,573.40 |
| | | | $616,573.40 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM AS DOCKETED**

Claim: 9951
Date Filed: 07/19/2006
Docketed Total: $79,244.79
Filing Creditor Name:
FERRO ELECTRONIC MATERIALS
1000 LAKESIDE AVE
CLEVELAND, OH 44114

Claim Holder Name
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $79,244.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,244.79 |
| | | | **$79,244.79** |

Allowed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $73,210.94 |
| | | | **$73,210.94** |

---

Claim: 12212
Date Filed: 07/28/2006
Docketed Total: $800,348.45
Filing Creditor Name:
FLAMBEAU INC
801 LYNN AVE
BARABOO, WI 53913

Claim Holder Name
FLAMBEAU INC
801 LYNN AVE
BARABOO, WI 53913

Docketed Total: $800,348.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $800,348.45 | | |
| | **$800,348.45** | | |

Allowed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $370,783.68 |
| | | | **$370,783.68** |

---

Claim: 11542
Date Filed: 07/27/2006
Docketed Total: $72,759.50
Filing Creditor Name:
FLEX TECHNOLOGIES INC
PO BOX 400
GUNDY DR
MIDVALE, OH 44653

Claim Holder Name
FLEX TECHNOLOGIES INC
PO BOX 400
GUNDY DR
MIDVALE, OH 44653

Docketed Total: $72,759.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $72,759.50 |
| | | | **$72,759.50** |

Allowed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $37,188.07 |
| | | | **$37,188.07** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

### CLAIM AS DOCKETED**

**Claim: #508**
Date Filed: 06/26/2006
Docketed Total: $22,258.80
Filing Creditor Name:
FLOW DRY TECHNOLOGY LTD
379 ALBERT RD
BROOKVILLE, OH 45309-924

Docketed Total: $22,258.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,258.80 |
| | | | **$22,258.80** |

**Claim: 12024**
Date Filed: 07/28/2006
Docketed Total: $6,517,990.78
Filing Creditor Name:
FREESCALE SEMICONDUCTOR INC
LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX, AZ 85004

Docketed Total: $6,517,990.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,517,990.78 |
| | | | **$6,517,990.78** |

**Claim: 16570**
Date Filed: 03/12/2007
Docketed Total: $337,154.09
Filing Creditor Name:
GCI TECHNOLOGIES INC
1301 PRECISION DR
PLANO, TX 75074

Docketed Total: $337,154.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 |
| | | **$5,981.92** | **$331,172.17** |

### CLAIM AS ALLOWED

**Claim Holder Name**
FLOW DRY TECHNOLOGY LTD
379 ALBERT RD
BROOKVILLE, OH 45309-924

Allowed Total: $7,556.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,556.56 |
| | | | **$7,556.56** |

**Claim Holder Name**
FREESCALE SEMICONDUCTOR INC
LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX, AZ 85004

Allowed Total: $6,611,381.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $145,822.00 |
| 05-44610 | | | $0.00 |
| 05-44640 | | | $6,465,559.90 |
| | | | **$6,611,381.90** |

**Claim Holder Name**
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Allowed Total: $105,945.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $105,945.75 |
| | | | **$105,945.75** |

\*    See Exhibit H for a listing of debtor entities by case number.
\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED / CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|
| Claim: 10192<br>Date Filed: 07/21/2006<br>Docketed Total: $5,295.00<br>Filing Creditor Name:<br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>Case Number*: 05-44567<br><br>Docketed Total: $5,295.00<br>Secured / Priority / Unsecured $5,295.00<br>$5,295.00 | Claim Holder Name<br>GE CONSUMER & INDUSTRIAL F K A GE LIGHTING<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>Case Number*: 05-44567<br><br>Allowed Total: $950.00<br>Secured / Priority / Unsecured $950.00<br>$950.00 |
| Claim: 15140<br>Date Filed: 07/31/2006<br>Docketed Total: $230,129.45<br>Filing Creditor Name:<br>GMD INDUSTRIES LLC DBA PRODUCTION SCREW MACHINE COOLIGE WALL CO LPA<br>33 W 1ST ST STE 600<br>DAYTON, OH 45402<br><br>Case Number*: 05-44640<br><br>Docketed Total: $230,129.45<br>Secured / Priority $136,420.72 / Unsecured $93,708.73<br>$136,420.72   $93,708.73 | Claim Holder Name<br>GMD INDUSTRIES LLC DBA PRODUCTION SCREW MACHINE COOLIGE WALL CO LPA<br>33 W 1ST ST STE 600<br>DAYTON, OH 45402<br><br>Case Number*: 05-44640<br><br>Allowed Total: $128,908.50<br>Secured / Priority / Unsecured $128,908.50<br>$128,908.50 |
| Claim: 15429<br>Date Filed: 07/31/2006<br>Docketed Total: $431,794.32<br>Filing Creditor Name:<br>GOBAR SYSTEMS INC<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT STREET STE 1800<br>CINCINNATI, OH 45202<br><br>Case Number*: 05-44481<br><br>Docketed Total: $431,794.32<br>Secured / Priority / Unsecured $431,794.32<br>$431,794.32 | Claim Holder Name<br>GOBAR SYSTEMS INC<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT STREET STE 1800<br>CINCINNATI, OH 45202<br><br>Case Number*: 05-44640<br><br>Allowed Total: $427,955.37<br>Secured / Priority / Unsecured $427,955.37<br>$427,955.37 |

*    See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

| | Secured | Priority | Unsecured |
|---|---|---|---|
| **Claim: 831** Date Filed: 11/23/2005 Docketed Total: $3,847.71 Filing Creditor Name: GRUNER AG BURGLESTRASSE 15 17 WEHINGEN, 78564 GERMANY | | | Docketed Total: **$3,847.71** |
| Claim Holder Name GRUNER AG BURGLESTRASSE 15 17 WEHINGEN, 78564 GERMANY | | | $3,847.71 |
| Case Number* 05-44481 | | | **$3,847.71** |
| **Claim: 13967** Date Filed: 07/31/2006 Docketed Total: $283,429.97 Filing Creditor Name: HUTCHINSON FTS INC C/O HALPERIN BATTAGLIA RAICHT LLP 555 MADISON AVE 9TH FLOOR NEW YORK, NY 10019 | | | Docketed Total: **$283,429.97** |
| Claim Holder Name HUTCHINSON FTS INC C/O HALPERIN BATTAGLIA RAICHT LLP 555 MADISON AVE 9TH FLOOR NEW YORK, NY 10019 | | | $283,429.97 |
| Case Number* 05-44640 | | | **$283,429.97** |
| **Claim: 12166** Date Filed: 07/28/2006 Docketed Total: $177,730.00 Filing Creditor Name: HER INDUSTRIES INC 8271 BAVARIA RD E MACEDONIA, OH 44056 | | | Docketed Total: **$177,730.00** |
| Claim Holder Name LONGACRE MASTER FUND LTD 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | $140,413.63 | $37,316.37 | UNL. |
| Case Number* 05-44640 | **$140,413.63** | **$37,316.37** | **UNL.** |

### CLAIM AS ALLOWED

| | Secured | Priority | Unsecured |
|---|---|---|---|
| | | Allowed Total: | **$1,783.17** |
| Case Number* 05-44567 | | | $1,783.17 |
| | | | **$1,783.17** |
| | | Allowed Total: | **$205,360.53** |
| Case Number* 05-44640 | | | $205,360.53 |
| | | | **$205,360.53** |
| | | Allowed Total: | **$168,071.05** |
| Case Number* 05-44640 | | | $168,071.05 |
| | | | **$168,071.05** |

\*    See Exhibit H for a listing of debtor entities by case number.
\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### Claim 5563

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |

**Claim: 5563**
Date Filed: 05/10/2006
Docketed Total: $10,363.27
Filing Creditor Name:
INDAK MANUFACTURING CORP
EFT
1915 TECHNY RD
NORTHBROOK, IL 60062-5382

CLAIM AS DOCKETED**
Claim Holder Name
LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF INDAK MANUFACTURING CORP
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601
Case Number*: 05-44481
Docketed Total: $10,363.27
Unsecured: $10,363.27
$10,363.27

CLAIM AS ALLOWED
Case Number*: 05-44640
Allowed Total: $7,973.56
Unsecured: $7,973.56
$7,973.56

**Claim: 12400**
Date Filed: 07/28/2006
Docketed Total: $95,890.67
Filing Creditor Name:
INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

CLAIM AS DOCKETED**
Claim Holder Name
INFINEON TECHNOLOGIES AG
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606
Case Number*: 05-44610
Docketed Total: $95,890.67
Unsecured: $95,890.67
$95,890.67

CLAIM AS ALLOWED
Case Number*: 05-44610
Allowed Total: $72,058.30
Unsecured: $72,058.30
$72,058.30

**Claim: 11968**
Date Filed: 07/28/2006
Docketed Total: $6,491,471.33
Filing Creditor Name:
INFINEON TECHNOLOGIES NORTH AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606

CLAIM AS DOCKETED**
Claim Holder Name
INFINEON TECHNOLOGIES NORTH AMERICA CORP
SACHNOFF & WEAVER LTD
10 S WACKER DR 40TH FL
CHICAGO, IL 60606
Case Number*: 05-44640
Docketed Total: $6,491,471.33
Unsecured: $6,491,471.33
$6,491,471.33

CLAIM AS ALLOWED
Case Number*: 05-44640
Allowed Total: $6,331,621.10
Unsecured: $6,331,621.10
$6,331,621.10

*    See Exhibit H for a listing of debtor entities by case number.
**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| Claim: 12178 Date Filed: 07/28/2006 Docketed Total: $177,026.50 Filing Creditor Name: INFINEON TECHNOLOGIES NORTH AMERICA CORP SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | INFINEON TECHNOLOGIES NORTH AMERICA CORP SACHNOFF & WEAVER LTD 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | Docketed Total: | | $177,026.50 | | Allowed Total: | | $2,556.27 | |
| | Case Number* 05-44567 | | | $177,026.50 | Case Number* 05-44567 | | | $2,556.27 | |
| | | | | **$177,026.50** | | | | **$2,556.27** | |
| Claim: 1790 Date Filed: 02/06/2006 Docketed Total: $195,077.21 Filing Creditor Name: KEY SAFETY SYSTEMS & SUBSIDIARIES KEY SAFETY SYSTEMS INC 7000 NINETEEN MILE RD STERLING HEIGHTS, MI 48314 | KEY SAFETY SYSTEMS & SUBSIDIARIES KEY SAFETY SYSTEMS INC 7000 NINETEEN MILE RD STERLING HEIGHTS, MI 48314 | Docketed Total: | | $195,077.21 | | Allowed Total: | | $61,279.69 | |
| | Case Number* 05-44481 | | | $195,077.21 | Case Number* 05-44640 | | | $61,279.69 | |
| | | | | **$195,077.21** | | | | **$61,279.69** | |
| Claim: 15792 Date Filed: 08/02/2006 Docketed Total: $140,983.79 Filing Creditor Name: KEYSTONE POWDERED METAL COMPANY BUCHANAN INGERSOLL & ROONEY PC 1 CHASE MANHATTAN PLAZA 35TH FLR NEW YORK, NY 10007 | KEYSTONE POWDERED METAL COMPANY BUCHANAN INGERSOLL & ROONEY PC 1 CHASE MANHATTAN PLAZA 35TH FLR NEW YORK, NY 10007 | Docketed Total: | | $140,983.79 | | Allowed Total: | | $19,279.37 | |
| | Case Number* 05-44640 | | | $140,983.79 | Case Number* 05-44640 | | | $19,279.37 | |
| | | | | **$140,983.79** | | | | **$19,279.37** | |

\*   See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Claim: 15483<br>Date Filed: 07/31/2006<br>Docketed Total: $66,952.29<br>Filing Creditor Name:<br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY ONE UNIVERSITY PLZ STE 312 HACKENSACK, NJ 07601 | LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY ONE UNIVERSITY PLZ STE 312 HACKENSACK, NJ 07601 | 05-44507 | | | $66,952.29<br>Docketed Total: $66,952.29 | | 05-44507 | | | $64,388.47<br>Allowed Total: $64,388.47 |
| Claim: 15476<br>Date Filed: 07/31/2006<br>Docketed Total: $248,551.45<br>Filing Creditor Name:<br>LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FAIRWAY SPRING CO INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 05-44640 | | | $248,551.45<br>Docketed Total: $248,551.45 | | 05-44640 | | | $244,087.26<br>Allowed Total: $244,087.26 |
| Claim: 9463<br>Date Filed: 07/13/2006<br>Docketed Total: $108,415.00<br>Filing Creditor Name:<br>LYDALL THERMAL ACOUSTICAL SALES LLC FKA LYDALL WESTEX 1241 BUCK SHOALS RD PO BOX 109 HAMPTONVILLE, NC 27020 | LYDALL THERMAL ACOUSTICAL SALES LLC FKA LYDALL WESTEX 1241 BUCK SHOALS RD PO BOX 109 HAMPTONVILLE, NC 27020 | 05-44640 | | | $108,415.00<br>Docketed Total: $108,415.00 | | 05-44640 | | | $15,341.00<br>Allowed Total: $15,341.00 |

*    See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED**

| Claim / Date Filed / Creditor | Case Number* | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|---|
| Claim: 16616<br>Date Filed: 06/22/2007<br>Docketed Total: $414,063.61<br>Filing Creditor Name:<br>MAC ARTHUR CORPORATION<br>WINEGARDEN HALEY<br>LINDHOLM & ROBERSTON PLC<br>G 9440 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439 | 05-44640 | | | $414,063.61<br>$414,063.61 | $414,063.61 |
| Claim: 5115<br>Date Filed: 05/08/2006<br>Docketed Total: $210,634.01<br>Filing Creditor Name:<br>MACHINED PRODUCTS CO<br>2121 LANDMEIER RD<br>ELK GROVE VILLAGE, IL 60007 | 05-44481 | | | $210,634.01<br>$210,634.01 | $210,634.01 |
| Claim: 4501<br>Date Filed: 05/02/2006<br>Docketed Total: $48,815.08<br>Filing Creditor Name:<br>MIDTOWN CLAIMS LLC<br>65 EAST 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 05-44640 | | | $48,815.08<br>$48,815.08 | $48,815.08 |
| Claim: 15211<br>Date Filed: 07/31/2006<br>Docketed Total: $1,352,891.10<br>Filing Creditor Name:<br>MILLENNIUM INDUSTRIES CORPORATION<br>CLARK HILL PLC<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226-3435 | 05-44640 | | $704,727.68<br>$704,727.68 | $648,163.42<br>$648,163.42 | $1,352,891.10 |

### CLAIM AS ALLOWED

| Claim Holder Name | Case Number* | Secured | Priority | Unsecured | Allowed Total |
|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA<br>4 NEW YORK PLAZA FL 16<br>NEW YORK, NY 10004-2413 | 05-44640 | | | $339,363.99<br>$339,363.99 | $339,363.99 |
| MACHINED PRODUCTS CO<br>2121 LANDMEIER RD<br>ELK GROVE VILLAGE, IL 60007 | 05-44640 | | | $71,857.54<br>$71,857.54 | $71,857.54 |
| MIDTOWN CLAIMS LLC<br>65 EAST 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 05-44640 | | | $43,925.24<br>$43,925.24 | $43,925.24 |
| CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 05-44640 | | | $41,467.60<br>$41,467.60 | $41,467.60 |

*    See Exhibit H for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | | |
| Claim: 3738 | MOLDTECH INC | | | | | | | | |
| Date Filed: 05/01/2006 | 1900 COMMERCE PKY | Docketed Total: | | $50,374.12 | | Allowed Total: | | | $40,800.82 |
| Docketed Total: $50,374.12 | LANCASTER, NY 14086 | | | | | | | | |
| Filing Creditor Name: | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| MOLDTECH INC | Case Number* | | | $50,374.12 | Case Number* | | | $40,800.82 | |
| 1900 COMMERCE PKY | 05-44481 | | | $50,374.12 | 05-44640 | | | $40,800.82 | |
| LANCASTER, NY 14086 | | | | | | | | | |
| | Claim Holder Name | | | | | | | | |
| Claim: 2402 | LONGACRE MASTER FUND LTD | | | | | | | | |
| Date Filed: 03/24/2006 | 810 SEVENTH AVE 33RD FL | Docketed Total: | | $2,537,512.52 | | Allowed Total: | | | $260,400.00 |
| Docketed Total: $2,537,512.52 | NEW YORK, NY 10019 | | | | | | | | |
| Filing Creditor Name: | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| MOTOROLA INC AKA | Case Number* | $750,487.44 | | $1,787,025.08 | Case Number* | | | $260,400.00 | |
| MOTOROLA AIEG | 05-44640 | $750,487.44 | | $1,787,025.08 | 05-44640 | | | $260,400.00 | |
| MCDERMOTT WILL & EMERY LLP | | | | | | | | | |
| 227 W MONROE ST | | | | | | | | | |
| CHICAGO, IL 60606 | | | | | | | | | |
| | Claim Holder Name | | | | | | | | |
| Claim: 2221 | NICHIA AMERICA CORPORATION | | | | | | | | |
| Date Filed: 03/07/2006 | 3775 HEMPLAND RD | Docketed Total: | | $60,110.00 | | Allowed Total: | | | $29,480.00 |
| Docketed Total: $60,110.00 | MOUNTVILLE, PA 17554 | | | | | | | | |
| Filing Creditor Name: | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| NICHIA AMERICA | Case Number* | | | $60,110.00 | Case Number* | | | $29,480.00 | |
| CORPORATION | 05-44640 | | | $60,110.00 | 05-44640 | | | $29,480.00 | |
| 3775 HEMPLAND RD | | | | | | | | | |
| MOUNTVILLE, PA 17554 | | | | | | | | | |
| | Claim Holder Name | | | | | | | | |
| Claim: 7571 | LONGACRE MASTER FUND LTD | | | | | | | | |
| Date Filed: 06/06/2006 | 810 SEVENTH AVE 33RD FL | Docketed Total: | | $152,953.02 | | Allowed Total: | | | $130,013.86 |
| Docketed Total: $152,953.02 | NEW YORK, NY 10019 | | | | | | | | |
| Filing Creditor Name: | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| NORTHERN ENGRAVING | Case Number* | | | $152,953.02 | Case Number* | | | $130,013.86 | |
| CORPORATION | 05-44640 | | | $152,953.02 | 05-44640 | | | $130,013.86 | |
| 803 S BLACK RIVER ST | | | | | | | | | |
| SPARTA, WI 54656 | | | | | | | | | |

\*   See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 9771
Date Filed:   07/18/2006
Docketed Total:   $977,354.65
Filing Creditor Name:
NSS TECHNOLOGIES INC FKA
NATIONAL SET SCREW CORP
C O ROBERT SZWAJKOS ESQ
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA
MORRISVILLE, PA 19067

**CLAIM AS DOCKETED**

Claim Holder Name
BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

Docketed Total:   $977,354.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $977,354.65 |
| | | | $977,354.65 |

**CLAIM AS ALLOWED**

Allowed Total:   $191,266.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $191,266.99 |
| | | | $191,266.99 |

---

Claim: 16393
Date Filed:   10/26/2006
Docketed Total:   $84,892.57
Filing Creditor Name:
OFFSHORE INTERNATIONAL
INCORPORATED
QUARLES & BRADY STREICH
LANG LLP
ONE S CHURCH AVE STE 1700
TUCSON, AZ 85701

Claim Holder Name
OFFSHORE INTERNATIONAL
INCORPORATED
QUARLES & BRADY STREICH LANG
LLP
ONE S CHURCH AVE STE 1700
TUCSON, AZ 85701

Docketed Total:   $84,892.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,892.57 |
| | | | $84,892.57 |

Allowed Total:   $42,446.29

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $42,446.29 |
| | | | $42,446.29 |

---

Claim: 16318
Date Filed:   09/14/2006
Docketed Total:   $1,428,927.86
Filing Creditor Name:
OKI AMERICA INC
785 N MARY AVE
SUNNYVALE, CA 94085

Claim Holder Name
OKI AMERICA INC
785 N MARY AVE
SUNNYVALE, CA 94085

Docketed Total:   $1,428,927.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | | $1,428,927.86 |
| | UNL | | $1,428,927.86 |

Allowed Total:   $465,873.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $465,873.65 |
| | | | $465,873.65 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
Case No. 05-44481 (RDD)

**Fortieth Omnibus Claims Objection**

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM AS DOCKETED****

Claim: 11568
Date Filed: 07/27/2006
Docketed Total: $30,102.47
Filing Creditor Name:
ON SEMICONDUCTOR
COMPONENTS INDUSTRIES LLC
ONE RENAISSANCE SQUARE
TWO N CENTRAL AVE
PHOENIX, AZ 85004-2391

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Case Number*      Secured      Priority      Unsecured
05-44610                                    $30,102.47
Docketed Total:                             $30,102.47

**CLAIM AS ALLOWED**

Case Number*      Secured      Priority      Unsecured
05-44567                                    $29,961.47
Allowed Total:                              $29,961.47
                                            $29,961.47

---

Claim: 11190
Date Filed: 07/26/2006
Docketed Total: $87,844.88
Filing Creditor Name:
PARLEX CORPORATION
KUTCHIN & RUFO PC
155 FEDERAL ST 17TH FL
BOSTON, MA 02110

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Case Number*      Secured      Priority      Unsecured
05-44610                                    $87,844.88
Docketed Total:                             $87,844.88

Case Number*      Secured      Priority      Unsecured
05-44567                                    $74,795.17
Allowed Total:                              $74,795.17
                                            $74,795.17

---

Claim: 14347
Date Filed: 07/31/2006
Docketed Total: $5,486,881.18
Filing Creditor Name:
PHILIPS SEMICONDUCTORS INC
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Case Number*      Secured      Priority      Unsecured
05-44481                                    $5,486,881.18
Docketed Total:                             $5,486,881.18

Case Number*      Secured      Priority      Unsecured
05-44640                                    $1,917,474.40
Allowed Total:                              $1,917,474.40
                                            $1,917,474.40

---

\*     See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| Claim: 10580 | CONTRARIAN FUNDS LLC | | | | | | | | |
| Date Filed: 07/25/2006 | 411 W PUTNAM AVE S 225 | | | | | | | | |
| Docketed Total: $203,432.68 | GREENWICH, CT 06830 | Docketed Total: | | $203,432.68 | | Allowed Total: | | $172,471.39 | |
| Filing Creditor Name: | | | | | | | | | |
| PHILLIPS PLASTICS | | | | | | | | | |
| CORPORATION | | | | | | | | | |
| 1201 HANLEY RD | Case Number*: | Secured | Priority | Unsecured | Case Number*: | Secured | Priority | Unsecured | |
| HUDSON, WI 54016 | 05-44640 | | | $203,432.68 | 05-44640 | | | $172,471.39 | |
| | | | | $203,432.68 | | | | $172,471.39 | |
| Claim: 12438 | Claim Holder Name | | | | | | | | |
| Date Filed: 07/28/2006 | PLAINFIELD STAMP ILLINOIS INC | | | | | | | | |
| Docketed Total: $11,330.41 | 1351 NORTH DIVISION ST | Docketed Total: | | $11,330.41 | | Allowed Total: | | $5,867.91 | |
| Filing Creditor Name: | PLAINFIELD, IL 60544 | | | | | | | | |
| PLAINFIELD STAMP ILLINOIS | | | | | | | | | |
| INC | | | | | | | | | |
| 1351 NORTH DIVISION ST | Case Number*: | Secured | Priority | Unsecured | Case Number*: | Secured | Priority | Unsecured | |
| PLAINFIELD, IL 60544 | 05-44567 | | | $11,330.41 | 05-44567 | | | $5,867.91 | |
| | | | | $11,330.41 | | | | $5,867.91 | |
| Claim: 4268 | Claim Holder Name | | | | | | | | |
| Date Filed: 05/01/2006 | QUALITY SCREW & NUT CO | | | | | | | | |
| Docketed Total: $144,807.94 | 1745 PAYSHPERE CIRCLE | Docketed Total: | | $144,807.94 | | Allowed Total: | | $138,972.84 | |
| Filing Creditor Name: | ADD CHG 071205 LC | | | | | | | | |
| QUALITY SCREW & NUT CO | CHICAGO, IL 60674 | | | | | | | | |
| 1745 PAYSHPERE CIRCLE | | | | | | | | | |
| ADD CHG 071205 LC | Case Number*: | Secured | Priority | Unsecured | Case Number*: | Secured | Priority | Unsecured | |
| CHICAGO, IL 60674 | 05-44640 | | | $144,807.94 | 05-44640 | | | $138,972.84 | |
| | | | | $144,807.94 | | | | $138,972.84 | |

\* See Exhibit H for a listing of debtor entities by case number.

\*\* "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED**

**Claim: 15231**
Date Filed: 07/31/2006
Docketed Total: $614,058.16
Filing Creditor Name:
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE & BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Claim Holder Name
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE & BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $614,058.16 |
| Docketed Total: | | | $614,058.16 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $333,450.27 |
| Allowed Total: | | | $333,450.27 |

---

**Claim: 2739**
Date Filed: 04/24/2006
Docketed Total: $102,734.69
Filing Creditor Name:
QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $102,734.69 |
| Docketed Total: | | | $102,734.69 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $64,447.31 |
| Allowed Total: | | | $64,447.31 |

---

**Claim: 11264**
Date Filed: 07/27/2006
Docketed Total: $673,272.82
Filing Creditor Name:
REPUBLIC ENGINEERED PRODUCTS INC
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND, OH 44114

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $673,272.82 |
| Docketed Total: | | | $673,272.82 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $179,774.97 |
| Allowed Total: | | | $179,774.97 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11527**
Date Filed: 07/27/2006
Docketed Total: $45,258.00
Filing Creditor Name:
ROTAFORM LLC
VON BRIESEN & ROPER
411 E WISCONSIN AVE STE 700
MILWAUKEE, WI 53202

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| | Secured | Priority | Unsecured | Docketed Total: $45,258.00 |
| Case Number* 05-44640 | | | $45,258.00 |
| | | | **$45,258.00** |

Allowed Total: $37,322.00

| | Secured | Priority | Unsecured |
| Case Number* 05-44640 | | | $37,322.00 |
| | | | **$37,322.00** |

---

**Claim: 1216**
Date Filed: 12/19/2005
Docketed Total: $48,089.03
Filing Creditor Name:
SFS INTEC INC
SPRING ST & VAN REED RD
PO BOX 6326
WYOMISSING, PA 19610

Claim Holder Name
HAIN CAPITAL INVESTORS LLC
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070

| | Secured | Priority | Unsecured | Docketed Total: $48,089.03 |
| Case Number* 05-44481 | | | $48,089.03 |
| | | | **$48,089.03** |

Allowed Total: $19,911.66

| | Secured | Priority | Unsecured |
| Case Number* 05-44640 | | | $19,911.66 |
| | | | **$19,911.66** |

---

**Claim: 2274**
Date Filed: 03/13/2006
Docketed Total: $222,238.45
Filing Creditor Name:
SHERWIN WILLIAMS
AUTOMOTIVE FINISHES CORP
4440 WARRENSVILLE CENTER RD
WARRENSVILLE HEIGHTS, OH
44128

Claim Holder Name
SHERWIN WILLIAMS AUTOMOTIVE
FINISHES CORP
4440 WARRENSVILLE CENTER RD
WARRENSVILLE HEIGHTS, OH 44128

| | Secured | Priority | Unsecured | Docketed Total: $222,238.45 |
| Case Number* 05-44481 | | | $222,238.45 |
| | | | **$222,238.45** |

Allowed Total: $56,390.89

| | Secured | Priority | Unsecured |
| Case Number* 05-44481 | | | $56,390.89 |
| | | | **$56,390.89** |

---

\*   See Exhibit H for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| **Claim:** 11247<br>Date Filed: 07/27/2006<br>Docketed Total: $641,832.63<br>Filing Creditor Name:<br>SKF USA INC<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899 | Claim Holder Name<br>SKF USA INC<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899<br><br>Case Number*: 05-44640<br><br>Docketed Total: $641,832.63<br>Secured: ___<br>Priority: $85,147.54<br>Unsecured: $556,685.09<br>**$85,147.54    $556,685.09** | Claim Holder Name<br>SKF USA INC<br>PEPPER HAMILTON LLP<br>HERCULES PLZ STE 5100<br>1313 MARKET ST<br>WILMINGTON, DE 19899<br><br>Case Number*: 05-44640<br><br>Allowed Total: $29,777.40<br>Secured: ___<br>Priority: ___<br>Unsecured: $29,777.40<br>**$29,777.40** |
| **Claim:** 11274<br>Date Filed: 07/27/2006<br>Docketed Total: $176,158.38<br>Filing Creditor Name:<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947 | Claim Holder Name<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947<br><br>Case Number*: 05-44481<br><br>Docketed Total: $176,158.38<br>Secured: ___<br>Priority: ___<br>Unsecured: $176,158.38<br>**$176,158.38** | Claim Holder Name<br>SMALL PARTS INC<br>PO BOX 7002<br>LOGANSPORT, IN 46947<br><br>Case Number*: 05-44640<br><br>Allowed Total: $100,458.41<br>Secured: ___<br>Priority: ___<br>Unsecured: $100,458.41<br>**$100,458.41** |
| **Claim:** 14137<br>Date Filed: 07/31/2006<br>Docketed Total: $2,752,068.75<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Case Number*: 05-44640<br><br>Docketed Total: $2,752,068.75<br>Secured: ___<br>Priority: ___<br>Unsecured: $2,752,068.75<br>**$2,752,068.75** | Claim Holder Name<br>SPECIAL SITUATIONS INVESTING GROUP INC<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>Case Number*: 05-44640<br><br>Allowed Total: $2,707,356.75<br>Secured: ___<br>Priority: ___<br>Unsecured: $2,707,356.75<br>**$2,707,356.75** |

\*    See Exhibit H for a listing of debtor entities by case number.
\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 14489<br>Date Filed: 07/31/2006<br>Docketed Total: $3,750,708.82<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION SILVER POINT CAPITAL TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | Claim Holder Name<br>SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION SILVER POINT CAPITAL TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830<br><br>Case Number*: 05-44640<br>Docketed Total: $3,750,708.82<br>Secured<br>Priority<br>Unsecured $3,750,708.82<br>$3,750,708.82 | Case Number*: 05-44640<br>Allowed Total: $3,724,793.18<br>Secured<br>Priority<br>Unsecured $3,724,793.18<br>$3,724,793.18 |
| Claim: 14134<br>Date Filed: 07/31/2006<br>Docketed Total: $511,656.31<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | Claim Holder Name<br>SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830<br><br>Case Number*: 05-44640<br>Docketed Total: $511,656.31<br>Secured<br>Priority<br>Unsecured $511,656.31<br>$511,656.31 | Case Number*: 05-44640<br>Allowed Total: $164,793.93<br>Secured<br>Priority<br>Unsecured $164,793.93<br>$164,793.93 |
| Claim: 14147<br>Date Filed: 07/31/2006<br>Docketed Total: $5,430,121.66<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | Claim Holder Name<br>GOLDMAN SACHS CREDIT PARTNERS LP C/O GOLDMAN SACHS & CO 30 HUDSON 17TH FL JERSEY CITY, NJ 07302<br><br>Case Number*: 05-44640<br>Docketed Total: $5,430,121.66<br>Secured<br>Priority<br>Unsecured $5,430,121.66<br>$5,430,121.66 | Case Number*: 05-44640<br>Allowed Total: $4,998,144.79<br>Secured<br>Priority<br>Unsecured $4,998,144.79<br>$4,998,144.79 |

\*     See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

Page 28 of 37

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| Claim: 26<br>Date Filed: 10/17/2005<br>Docketed Total: $162.00<br>Filing Creditor Name:<br>SPERRY & RICE MFG CO LLC<br>9146 US 52<br>BROOKVILLE, IN 47012<br><br>Case Number*: 05-44481 | LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: | | | $162.00<br>$162.00<br>$162.00 | Case Number*: 05-44640<br><br>Allowed Total: | | | $40.50<br>$40.50<br>$40.50 | |
| Claim: 9772<br>Date Filed: 07/18/2006<br>Docketed Total: $72,034.20<br>Filing Creditor Name:<br>SPS TECHNOLOGIES<br>WATERFORD COMPANY FKA<br>TERRY MACHINE COMPANY<br>C O ROBERT SZWAJKOS ESQUIRE<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067<br><br>Case Number*: 05-44640 | BEAR STEARNS INVESTMENT<br>PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH<br>FL<br>NEW YORK, NY 10081<br><br>Docketed Total: | | | $72,034.20<br>$72,034.20<br>$72,034.20 | Case Number*: 05-44640<br><br>Allowed Total: | | | $63,774.83<br>$63,774.83<br>$63,774.83 | |
| Claim: 12257<br>Date Filed: 07/28/2006<br>Docketed Total: $217,822.60<br>Filing Creditor Name:<br>STANLEY ELECTRIC SALES OF<br>AMERICA INC<br>AFRCT LLP<br>199 S LOS ROBLES AVE STE 600<br>PASADENA, CA 91101<br><br>Case Number*: 05-44567 | SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: | | $21,450.40<br>$21,450.40 | $196,372.20<br>$196,372.20 | Case Number*: 05-44567<br><br>Allowed Total: | | | $217,587.60<br>$217,587.60<br>$217,587.60 | |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

Page 29 of 37

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10011**
Date Filed: 07/20/2006
Docketed Total: $2,009.90
Filing Creditor Name:
TERMAX CORP
DEPARTMENT 4137
CAROL STREAM, IL 60122-4137

*CLAIM AS DOCKETED:*
Claim Holder Name
TRADE DEBT NET
281 TRESSER BLVD STE 1501
STAMFORD, CT 06901

Case Number*: 05-44640
Docketed Total: $2,009.90
Secured:
Priority:
Unsecured: $2,009.90
$2,009.90

*CLAIM AS ALLOWED:*
Case Number*: 05-44640
Allowed Total: $99.50
Secured:
Priority:
Unsecured: $99.50
$99.50

---

**Claim: 10180**
Date Filed: 07/21/2006
Docketed Total: $1,670,436.79
Filing Creditor Name:
THE CHERRY CORPORATION
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST
CHICAGO, IL 60606-5096

*CLAIM AS DOCKETED:*
Claim Holder Name
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Case Number*: 05-44640
Docketed Total: $1,670,436.79
Secured:
Priority:
Unsecured: $1,670,436.79
$1,670,436.79

*CLAIM AS ALLOWED:*
Case Number*: 05-44640
Allowed Total: $1,440,545.65
Secured:
Priority:
Unsecured: $1,440,545.65
$1,440,545.65

---

**Claim: 2649**
Date Filed: 04/13/2006
Docketed Total: $68,059.78
Filing Creditor Name:
THE FURUKAWA ELECTRIC CO LTD
SQUIRE SANDERS & DEMPSEY LLP
600 HANSEN WY
PALO ALTO, CA 94304-1043

*CLAIM AS DOCKETED:*
Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Case Number*: 05-47452
Docketed Total: $68,059.78
Secured:
Priority:
Unsecured: $68,059.78
$68,059.78

*CLAIM AS ALLOWED:*
Case Number*: 05-47452
Allowed Total: $34,029.89
Secured:
Priority:
Unsecured: $34,029.89
$34,029.89

---

\*   See Exhibit H for a listing of debtor entities by case number.

\**  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED**

**Claim:** 14319
Date Filed: 07/31/2006
Docketed Total: $5,239,434.98
Filing Creditor Name:
THE TIMKEN COMPANY
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44706-9927

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $732,657.37 | $1,803,986.64 | $2,702,790.97 |
| Docketed Total: | $732,657.37 | $1,803,986.64 | $2,702,790.97 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,847,130.71 |
| Allowed Total: | | | $2,847,130.71 |

---

**Claim:** 11743
Date Filed: 07/27/2006
Docketed Total: $1,777,501.48
Filing Creditor Name:
TI GROUP AUTOMOTIVE SYSTEMS LLC
GENERAL COUNSEL & COMPANY SECRETARY
TI AUTOMOTIVE
12345 E NINE MILE RD
WARREN, MI 48089-2614

Claim Holder Name
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,777,501.48 |
| Docketed Total: | | | $1,777,501.48 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,299,418.83 |
| Allowed Total: | | | $1,299,418.83 |

---

**Claim:** 2625
Date Filed: 04/13/2006
Docketed Total: $202,626.18
Filing Creditor Name:
TINNERMAN PALNUT ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $202,626.18 |
| Docketed Total: | | | $202,626.18 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,770.44 |
| Allowed Total: | | | $193,770.44 |

---

\* See Exhibit H for a listing of debtor entities by case number.
\*\* "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 2627**
Date Filed: 04/13/2006
Docketed Total: $1,923.00
Filing Creditor Name:
TINNERMAN PALNUT
ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212-2344

CLAIM AS DOCKETED**

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured | |
|---|---|---|---|---|
| 05-44567 | | | $1,923.00 | Docketed Total: $1,923.00 |
| | | | **$1,923.00** | |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured | |
|---|---|---|---|---|
| 05-44640 | | | $384.60 | Allowed Total: $384.60 |
| | | | **$384.60** | |

---

**Claim: 2636**
Date Filed: 04/13/2006
Docketed Total: $4,770.00
Filing Creditor Name:
TINNERMAN PALNUT
ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212-2344

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured | |
|---|---|---|---|---|
| 05-44567 | | | $4,770.00 | Docketed Total: $4,770.00 |
| | | | **$4,770.00** | |

| Case Number* | Secured | Priority | Unsecured | |
|---|---|---|---|---|
| 05-44567 | | | $2,385.00 | Allowed Total: $2,385.00 |
| | | | **$2,385.00** | |

---

**Claim: 9435**
Date Filed: 07/13/2006
Docketed Total: $37,488.17
Filing Creditor Name:
TOPCRAFT PRECISION MOLDERS
EFT
301 IVYLAND RD
WARMINSTER, PA 18974

Claim Holder Name
TOPCRAFT PRECISION MOLDERS
EFT
301 IVYLAND RD
WARMINSTER, PA 18974

| Case Number* | Secured | Priority | Unsecured | |
|---|---|---|---|---|
| 05-44640 | | | $37,488.17 | Docketed Total: $37,488.17 |
| | | | **$37,488.17** | |

| Case Number* | Secured | Priority | Unsecured | |
|---|---|---|---|---|
| 05-44640 | | | $29,113.78 | Allowed Total: $29,113.78 |
| | | | **$29,113.78** | |

---

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED**

| | Secured | Priority | Unsecured |
|---|---|---|---|
| **Claim:** 12239 | | | |
| Date Filed: 07/28/2006 | | | |
| Docketed Total: $599,351.09 | | | $599,351.09 |
| Filing Creditor Name: | | | |
| TOSHIBA AMERICA ELECTRONIC | | | |
| COMPONENTS INC | | | |
| WEILAND GOLDEN SMILEY | | | |
| WANG EKVALL & STROK | | | |
| 650 TOWN CENTER DR STE 950 | | | |
| COSTA MESA, CA 92626 | | | |
| Claim Holder Name | | | |
| TOSHIBA AMERICA ELECTRONIC | Docketed Total: | | $599,351.09 |
| COMPONENTS INC | | | |
| WEILAND GOLDEN SMILEY WANG | | | |
| EKVALL & STROK | | | |
| 650 TOWN CENTER DR STE 950 | | | |
| COSTA MESA, CA 92626 | | | |
| Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | $599,351.09 |
| | | | $599,351.09 |
| **Claim:** 12377 | | | |
| Date Filed: 07/28/2006 | | | |
| Docketed Total: $1,792.00 | | | $1,792.00 |
| Filing Creditor Name: | | | |
| TROSTEL LIMITED FORMERLY | | | |
| KNOWN AS TROSTEL ALBERT | | | |
| PACKING | | | |
| 901 MAXWELL ST | | | |
| LAKE GENEVA, WI 53147 | | | |
| Claim Holder Name | | | |
| CONTRARIAN FUNDS LLC | Docketed Total: | | $1,792.00 |
| 411 W PUTNAM AVE STE 225 | | | |
| GREENWICH, CT 06830 | | | |
| Case Number* | Secured | Priority | Unsecured |
| 05-44567 | | | $1,792.00 |
| | | | $1,792.00 |
| **Claim:** 8340 | | | |
| Date Filed: 06/22/2006 | | | |
| Docketed Total: $2,348.64 | | | $2,348.64 |
| Filing Creditor Name: | | | |
| TWOSON IESP INC | | | |
| PO BOX 131 | | | |
| 718 MASSACHU SBETTS AVE | | | |
| MATTHEWS, IN 46957 | | | |
| Claim Holder Name | | | |
| CONTRARIAN FUNDS LLC | Docketed Total: | | $2,348.64 |
| 411 W PUTNAM AVE S 225 | | | |
| GREENWICH, CT 06830 | | | |
| Case Number* | Secured | Priority | Unsecured |
| 05-44567 | | | $2,348.64 |
| | | | $2,348.64 |

### CLAIM AS ALLOWED

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Allowed Total: | | | $174,838.00 |
| Case Number* | Secured | Priority | Unsecured |
| 05-44640 | | | $174,838.00 |
| | | | $174,838.00 |
| Allowed Total: | | | $896.00 |
| Case Number* | Secured | Priority | Unsecured |
| 05-44567 | | | $896.00 |
| | | | $896.00 |
| Allowed Total: | | | $1,174.32 |
| Case Number* | Secured | Priority | Unsecured |
| 05-44567 | | | $1,174.32 |
| | | | $1,174.32 |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

## CLAIM TO BE ALLOWED

**Claim: 11233**
Date Filed: 07/26/2006
Docketed Total: $134,780.90
Filing Creditor Name:
TWOSON TOOL CO INC
PO BOX 591
MUNCIE, IN 47308

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | Docketed Total: | | $134,780.90 |
| | | | $134,780.90 |
| | | | $134,780.90 |

**Claim: 10233**
Date Filed: 07/21/2006
Docketed Total: $287,522.77
Filing Creditor Name:
UFE INC
PO BOX 7
STILLWATER, MN 55082-0007

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | Docketed Total: | | $287,522.77 |
| | | | $287,522.77 |
| | | | $287,522.77 |

**Claim: 11640**
Date Filed: 07/27/2006
Docketed Total: $6,183,936.00
Filing Creditor Name:
VICTORY PACKAGING LP
VICTORY PACKAGING LLP
3555 TIMMONS LAND STE 1440
HOUSTON, TX 77027

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | Docketed Total: | UNL | $6,183,936.00 |
| | | UNL | $6,183,936.00 |

## CLAIM AS ALLOWED

**Claim Holder Name**
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | Allowed Total: | | $116,565.04 |
| | | | $116,565.04 |
| | | | $116,565.04 |

**Claim Holder Name**
UFE INC
PO BOX 7
STILLWATER, MN 55082-0007

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | Allowed Total: | | $285,962.77 |
| | | | $285,962.77 |
| | | | $285,962.77 |

**Claim Holder Name**
VICTORY PACKAGING LP
VICTORY PACKAGING LLP
3555 TIMMONS LAND STE 1440
HOUSTON, TX 77027

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | Allowed Total: | | $3,180,058.44 |
| | | | $3,180,058.44 |
| | | | $3,180,058.44 |

*   See Exhibit H for a listing of debtor entities by case number.
**  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 9454 | Claim Holder Name | | | | | | | |
| Date Filed: 07/13/2006 | VISHAY AMERICAS INC | | | | | | | |
| Docketed Total: $23,391.86 | 1 GREENWHICH PL | Docketed Total: | | $23,391.86 | Allowed Total: | | | $14,166.86 |
| Filing Creditor Name: | SHELTON, CT 06484 | | | | | | | |
| VISHAY AMERICAS INC | | | | | | | | |
| 1 GREENWHICH PL | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| SHELTON, CT 06484 | 05-44567 | | | $23,391.86 | 05-44567 | | | $14,166.86 |
| | | | | **$23,391.86** | | | | **$14,166.86** |
| Claim: 7205 | Claim Holder Name | | | | | | | |
| Date Filed: 05/31/2006 | LIQUIDITY SOLUTIONS INC AS | | | | | | | |
| Docketed Total: $26,066.24 | ASSIGNEE OF WALCO | Docketed Total: | | $26,066.24 | Allowed Total: | | | $5,424.28 |
| Filing Creditor Name: | CORPORATION | | | | | | | |
| WALCO CORPORATION | ONE UNIVERSITY PLAZA STE 312 | | | | | | | |
| PO BOX 9 | HACKENSACK, NJ 07601 | | | | | | | |
| GLENSHAW, PA 15116 | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $26,066.24 | 05-44640 | | | $5,424.28 |
| | | | | **$26,066.24** | | | | **$5,424.28** |
| Claim: 10076 | Claim Holder Name | | | | | | | |
| Date Filed: 07/20/2006 | WOCO INDUSTRIETECHNIK GMBH | | | | | | | |
| Docketed Total: $0.00 | 25800 NORTHWESTERN HWY 1000 | Docketed Total: | | UNL | Allowed Total: | | | $77,084.27 |
| Filing Creditor Name: | SOUTHFIELD, MI 48075-1000 | | | | | | | |
| WOCO INDUSTRIETECHNIK | | | | | | | | |
| GMBH | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| 25800 NORTHWESTERN HWY 1000 | 05-44481 | | | UNL | 05-44640 | | | $77,084.27 |
| SOUTHFIELD, MI 48075-1000 | | | | **UNL** | | | | **$77,084.27** |

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

## CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

**Claim: 16447**
Date Filed: 12/08/2006
Docketed Total: $76,844.72
Filing Creditor Name:
WRIGHT PLASTIC PRODUCTS CO LLC
201 CONDENSERY RD
SHERIDAN, MI 48884

| Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|
| | | $76,844.72 | $76,844.72 |

Case Number*: 05-44567

**Claim: 7282**
Date Filed: 06/01/2006
Docketed Total: $44,400.00
Filing Creditor Name:
XILINX INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

| Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|
| | | $44,400.00 | $44,400.00 |

Case Number*: 05-44640

## CLAIM AS ALLOWED

Claim Holder Name:
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

| Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|
| | | $91,270.07 | $91,270.07 |

Case Number*: 05-44567

Claim Holder Name:
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF XILINX INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

| Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|
| | | $30,750.00 | $30,750.00 |

Case Number*: 05-44640

*    See Exhibit H for a listing of debtor entities by case number.
**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

| Claim | Claim Holder Name / Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| Claim: 13183<br>Date Filed: 07/31/2006<br>Docketed Total: $1,484,512.92<br>Filing Creditor Name:<br>YAZAKI NORTH AMERICA INC<br>6801 N HAGGERTY RD<br>CANTON, MI 48187-3538 | YAZAKI NORTH AMERICA INC<br>6601 HAGGERTY RD<br>CANTON, MI 48187<br><br>Docketed Total: $1,084,784.98 | | | $1,084,784.98 |
| | **Case Number*** 05-44481 | | | $1,084,784.98 |
| | | | | **$1,084,784.98** |
| | YAZAKI NORTH AMERICA INC<br>6801 N HAGGERTY RD<br>CANTON, MI 48187-3538<br><br>Docketed Total: $399,727.94 | $399,727.94 | | UNL |
| | **Case Number*** 05-44481 | $399,727.94 | | UNL |
| | | **$399,727.94** | | **UNL** |
| Claim: 3375<br>Date Filed: 04/28/2006<br>Docketed Total: $2,678.08<br>Filing Creditor Name:<br>ZIERICK MFG CO<br>131 RADIO CIRCLE<br>MOUNT KISCO, NY 10549 | ZIERICK MFG CO<br>131 RADIO CIRCLE<br>MOUNT KISCO, NY 10549<br><br>Docketed Total: $2,678.08 | | | $2,678.08 |
| | **Case Number*** 05-44567 | | | $2,678.08 |
| | | | | **$2,678.08** |

### CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| Allowed Total: $202,242.27 | | | $202,242.27 |
| 05-46640 | | | $202,242.27 |
| | | | **$202,242.27** |
| Allowed Total: $28,864.18 | | | $0.00 |
| 05-46640 | | | $28,864.18 |
| 05-44567 | | | $28,864.18 |
| | | | **$28,864.18** |
| Allowed Total: $102.00 | | | $102.00 |
| 05-44567 | | | $102.00 |
| | | | **$102.00** |

**Total Claims To Be Allowed: 113**

**Total Amount As Docketed:** $88,354,360.54

**Total Amount As Allowed:** $56,428,912.38

---

\*    See Exhibit H for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 11413<br>Date Filed: 07/27/2006<br>Docketed Total: $617,679.20<br>Filing Creditor Name:<br>ACCURATE THREADED<br>FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Claim Holder Name<br>ACCURATE THREADED FASTENERS<br>INC ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507<br><br>Case Number*<br>05-44640 | Docketed Total: | | $617,679.20<br><br>$617,679.20<br><br>$617,679.20 | | Allowed Total: | | $231,086.97<br><br>$231,086.97<br><br>$231,086.97 |
| | | | | | Case Number*<br>05-44640 | | | |
| Claim: 123<br>Date Filed: 10/25/2005<br>Docketed Total: $127,102.34<br>Filing Creditor Name:<br>ADVENT TOOL & MOLD INC<br>999 RIDGEWAY AVE<br>ROCHESTER, NY 14615 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*<br>05-44481 | Docketed Total: | | $127,102.34<br><br>$127,102.34<br><br>$127,102.34 | | Allowed Total: | | $111,018.85<br><br>$111,018.85<br><br>$111,018.85 |
| | | | | | Case Number*<br>05-44640 | | | |
| Claim: 4232<br>Date Filed: 05/01/2006<br>Docketed Total: $32,587.26<br>Filing Creditor Name:<br>ALCOTEC WIRE CO<br>2750 AERO PK DR<br>TRAVERSE CITY, MI 49686-9103 | Claim Holder Name<br>ALCOTEC WIRE CO<br>2750 AERO PK DR<br>TRAVERSE CITY, MI 49686-9103<br><br>Case Number*<br>05-44640 | Docketed Total: | | $32,587.26<br><br>$32,587.26<br><br>$32,587.26 | | Allowed Total: | | $3,665.92<br><br>$3,665.92<br><br>$3,665.92 |
| | | | | | Case Number*<br>05-44640 | | | |
| Claim: 1683<br>Date Filed: 01/26/2006<br>Docketed Total: $78,385.24<br>Filing Creditor Name:<br>ALLIANCE PLASTICS EFT<br>3123 STATION RD<br>ERIE, PA 16510 | Claim Holder Name<br>ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*<br>05-44640 | Docketed Total: | | $78,385.24<br><br>$78,385.24<br><br>$78,385.24 | | Allowed Total: | | $56,610.31<br><br>$56,610.31<br><br>$56,610.31 |
| | | | | | Case Number*<br>05-44640 | | | |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15139**
Date Filed: 07/31/2006
Docketed Total: $59,414.30
Filing Creditor Name:
AMERICAN COIL SPRING COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

CLAIM AS DOCKETED
Claim Holder Name
AMERICAN COIL SPRING COMPANY
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Docketed Total: $59,414.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $59,414.30 |
| | | | $59,414.30 |

CLAIM AS ALLOWED

Allowed Total: $51,402.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,402.10 |
| | | | $51,402.10 |

**Claim: 15203**
Date Filed: 07/31/2006
Docketed Total: $110,591.58
Filing Creditor Name:
AMI INDUSTRIES INC
5093 N RED OAK RD
LEWISTON, MI 49756

Claim Holder Name
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total: $110,591.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $110,591.58 |
| | | | $110,591.58 |

Allowed Total: $8,868.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,868.88 |
| | | | $8,868.88 |

**Claim: 8725**
Date Filed: 06/28/2006
Docketed Total: $57,311.51
Filing Creditor Name:
AMROC INVESTMENTS LLC AS
ASSIGNEE OF SINCLAIR & RUSH INC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $57,311.51

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $57,311.51 |
| | | | $57,311.51 |

Allowed Total: $40,529.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,529.86 |
| | | | $40,529.86 |

*  See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| **Claim:** 11196<br>Date Filed: 07/26/2006<br>Docketed Total: $59,444.55<br>Filing Creditor Name:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT<br>ATTN DAVI S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | Claim Holder Name<br>AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*  05-44640<br>Docketed Total: $59,444.55<br>Secured<br>Priority<br>Unsecured $59,444.55<br>**$59,444.55** | Case Number*  05-44640<br>Allowed Total: $5,732.00<br>Secured<br>Priority<br>Unsecured $5,732.00<br>**$5,732.00** |
| **Claim:** 12346<br>Date Filed: 07/28/2006<br>Docketed Total: $215,079.82<br>Filing Creditor Name:<br>ANGELL DEMMEL NORTH AMERICA INC<br>1516 STANLEY AVE<br>DAYTON, OH 45404 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*  05-44640<br>Docketed Total: $215,079.82<br>Secured<br>Priority $46,948.73<br>Unsecured $168,131.09<br>**$168,131.09** | Case Number*  05-44640<br>Allowed Total: $185,481.47<br>Secured<br>Priority<br>Unsecured $185,481.47<br>**$185,481.47** |
| **Claim:** 4458<br>Date Filed: 05/02/2006<br>Docketed Total: $11,070.00<br>Filing Creditor Name:<br>ARMADA RUBBER MANUFACTURING COMPANY<br>PO BOX 579<br>ARMADA, MI 48005-0579 | Claim Holder Name<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*  05-44640<br>Docketed Total: $11,070.00<br>Secured<br>Priority $1,210.00<br>Unsecured $9,860.00<br>**$9,860.00** | Case Number*  05-44640<br>Allowed Total: $9,100.00<br>Secured<br>Priority<br>Unsecured $9,100.00<br>**$9,100.00** |
| **Claim:** 13825<br>Date Filed: 07/31/2006<br>Docketed Total: $330,238.12<br>Filing Creditor Name:<br>ARNESES ELECTRICOS AUTOMOTRICES S A DE C V<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLZ<br>NEW YORK, NY 10006 | Claim Holder Name<br>BANK OF AMERICA N A<br>1 BRYANT PARK<br>NEW YORK, NY 10035<br><br>Case Number*  05-44481<br>Docketed Total: $330,238.12<br>Secured<br>Priority<br>Unsecured $330,238.12<br>**$330,238.12** | Case Number*  05-44481<br>Allowed Total: $327,390.54<br>Secured<br>Priority<br>Unsecured $327,390.54<br>**$327,390.54** |

\*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2164<br>Date Filed: 03/01/2006<br>Docketed Total: $369,751.60<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*: 05-44640<br>Docketed Total: $369,751.60<br>Secured — Priority — Unsecured $369,751.60<br>$369,751.60 | Case Number*: 05-44640<br>Allowed Total: $360.00<br>Secured — Priority — Unsecured $360.00<br>$360.00 |
| Claim: 2318<br>Date Filed: 03/16/2006<br>Docketed Total: $135,690.16<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*: 05-44640<br>Docketed Total: $135,690.16<br>Secured — Priority — Unsecured $135,690.16<br>$135,690.16 | Case Number*: 05-44567<br>05-44640<br>Allowed Total: $126,503.74<br>Secured — Priority — Unsecured $110,688.30<br>$15,815.44<br>$126,503.74 |
| Claim: 2090<br>Date Filed: 02/21/2006<br>Docketed Total: $467,697.04<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*: 05-44640<br>Docketed Total: $467,697.04<br>Secured — Priority — Unsecured $467,697.04<br>$467,697.04 | Case Number*: 05-44640<br>Allowed Total: $442,461.61<br>Secured — Priority — Unsecured $442,461.61<br>$442,461.61 |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Claim Holder Name | Secured | Priority | Unsecured | |
| Claim: 1165 | ATMEL CORPORATION | | | | | | | | | |
| Date Filed: 12/14/2005 | 2325 ORCHARD PKWY | | | | | | | Allowed Total: | | $674,272.00 |
| Docketed Total: $1,280,342.50 | SAN JOSE, CA 95131 | | | Docketed Total: | $1,280,342.50 | | | | | |
| Filing Creditor Name: | | | | | | | | | | |
| ATMEL CORPORATION | | | | | | | | | $627,760.00 | |
| 2325 ORCHARD PKWY | Case Number* | | | Unsecured | | Case Number* | | | Unsecured | |
| SAN JOSE, CA 95131 | 05-44481 | | | | $1,280,342.50 | 05-44640 | | | | $627,760.00 |
| | | | | | | 05-44539 | | | | $46,512.00 |
| | | | | | **$1,280,342.50** | | | | | **$674,272.00** |
| Claim: 1081 | AUSTRIAMICROSYSTEMS AG | | | | | | | | | |
| Date Filed: 12/02/2005 | AUSTRIAMICROSYSTEMS AG | | | | | | | Allowed Total: | | $30,091.00 |
| Docketed Total: $60,182.00 | SCHLOSS PREMSLAETTEN | | | Docketed Total: | $60,182.00 | | | | | |
| Filing Creditor Name: | UNTERPREMSTAELTEN, A 8141 | | | | | | | | | |
| AUSTRIAMICROSYSTEMS AG | AUSTRIA | | | | | | | | | |
| AUSTRIAMICROSYSTEMS AG | | | | | | | | | | |
| SCHLOSS PREMSLAETTEN | Case Number* | | | Unsecured | | Case Number* | | | Unsecured | |
| UNTERPREMSTAELTEN, A 8141 | 05-44481 | | | | $60,182.00 | 05-44640 | | | | $30,091.00 |
| AUSTRIA | | | | | **$60,182.00** | | | | | **$30,091.00** |
| Claim: 8141 | AUSTRIAMICROSYSTEMS AG | | | | | | | | | |
| Date Filed: 06/19/2006 | AUSTRIAMICROSYSTEMS AG | | | | | | | Allowed Total: | | $885.00 |
| Docketed Total: $34,290.00 | SCHLOSS PREMSTAETTEN | | | Docketed Total: | $34,290.00 | | | | | |
| Filing Creditor Name: | UNTERPREMSTAELTEN, A-8141 | | | | | | | | | |
| AUSTRIAMICROSYSTEMS AG | AUSTRIA | | | | | | | | | |
| AUSTRIAMICROSYSTEMS AG | | | | | | | | | | |
| SCHLOSS PREMSTAETTEN | Case Number* | | | Unsecured | | Case Number* | | | Unsecured | |
| UNTERPREMSTAELTEN, A-8141 | 05-44481 | | | | $34,290.00 | 05-44640 | | | | $885.00 |
| AUSTRIA | | | | | **$34,290.00** | | | | | **$885.00** |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 5453<br>Date Filed: 05/10/2006<br>Docketed Total: $154,424.36<br>Filing Creditor Name:<br>AVERY DENNINSON<br>CORPORATION<br>AVERY DENNISON<br>CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077 | Claim Holder Name<br>AVERY DENNINSON<br>CORPORATION<br>AVERY DENNINSON CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077<br><br>Docketed Total: $154,424.36 | Allowed Total: $98,950.93 |
| | Secured    Priority    Unsecured<br>     $154,424.36 | Secured    Priority    Unsecured<br>     $98,950.93 |
| | Case Number*     $154,424.36<br>05-44481 | Case Number*     $98,950.93<br>05-44640 |
| Claim: 9755<br>Date Filed: 07/18/2006<br>Docketed Total: $119,379.15<br>Filing Creditor Name:<br>AVX CORP<br>801 17TH AVE S<br>MYRTLE BEACH, SC 29577-424 | Claim Holder Name<br>AVX CORP<br>801 17TH AVE S<br>MYRTLE BEACH, SC 29577-424<br><br>Docketed Total: $119,379.15 | Allowed Total: $9,368.13 |
| | Secured    Priority    Unsecured<br>     $11,894.48    $107,484.67 | Secured    Priority    Unsecured<br>         $8,948.30 |
| | Case Number*    $11,894.48    $107,484.67<br>05-44481 | Case Number*        $419.83<br>05-44640<br>05-44567        $9,368.13 |
| Claim: 11459<br>Date Filed: 07/27/2006<br>Docketed Total: $156,246.02<br>Filing Creditor Name:<br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062 | Claim Holder Name<br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062<br><br>Docketed Total: $156,246.02 | Allowed Total: $115,161.48 |
| | Secured    Priority    Unsecured<br>     $156,246.02 | Secured    Priority    Unsecured<br>     $115,161.48 |
| | Case Number*     $156,246.02<br>05-44481 | Case Number*     $115,161.48<br>05-44640 |

\*  See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED

**Claim: 10558**
Date Filed: 07/24/2006
Docketed Total: $620,518.73
Filing Creditor Name:
BATESVILLE TOOL & DIE INC
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Docketed Total: | $620,518.73 |
| | | | $620,518.73 |
| | | | **$620,518.73** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Allowed Total: | $589,587.21 |
| | | | $589,587.21 |
| | | | **$589,587.21** |

---

**Claim: 1791**
Date Filed: 02/06/2006
Docketed Total: $8,866.55
Filing Creditor Name:
BEKAERT CORPORATION
1395 S MARIETTA PKWY
MARIETTA, GA 30067

Claim Holder Name
BEKAERT CORPORATION
1395 S MARIETTA PKWY
MARIETTA, GA 30067

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | Docketed Total: | $8,866.55 |
| | | | $8,866.55 |
| | | | **$8,866.55** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | Allowed Total: | $1,361.73 |
| | | | $1,361.73 |
| | | | **$1,361.73** |

---

**Claim: 7206**
Date Filed: 05/31/2006
Docketed Total: $31,570.05
Filing Creditor Name:
BELLMAN MELCOR INC
18333 S 76TH AVE
PO BOX 188
TINLEY PK, IL 60477

Claim Holder Name
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | Docketed Total: | $31,570.05 |
| | | | $31,570.05 |
| | | | **$31,570.05** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Allowed Total: | $16,805.20 |
| | | | $16,805.20 |
| | | | **$16,805.20** |

---

**Claim: 12448**
Date Filed: 07/28/2006
Docketed Total: $33,219.20
Filing Creditor Name:
BERGQUIST COMPANY
18930 WEST 78TH ST
CHANHASSEN, MN 55317

Claim Holder Name
BERGQUIST COMPANY
18930 WEST 78TH ST
CHANHASSEN, MN 55317

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | Docketed Total: | $33,219.20 |
| | | | $33,219.20 |
| | | | **$33,219.20** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Allowed Total: | $3,307.00 |
| | | | $3,307.00 |
| | | | **$3,307.00** |

---

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | Secured | Priority | Unsecured | Docketed Total: | CLAIM AS ALLOWED | | Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1389<br>Date Filed: 12/30/2005<br>Docketed Total: $10,302.88<br>Filing Creditor Name:<br>BONA VISTA PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO, IN 46904-2496 | Claim Holder Name<br>BONA VISTA PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO, IN 46904-2496<br><br>Case Number*<br>05-44481 | | | | $10,302.88 | $10,302.88 | Case Number*<br>05-44640 | | | | $10,157.80 | $10,157.80 |
| Claim: 16300<br>Date Filed: 09/12/2006<br>Docketed Total: $54,069.91<br>Filing Creditor Name:<br>BRAININ ADVANCE INDUSTRIES INC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | Claim Holder Name<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Case Number*<br>05-44640 | | | | $54,069.91 | $54,069.91 | Case Number*<br>05-44640 | | | | $5,628.57 | $5,628.57 |
| Claim: 1908<br>Date Filed: 02/08/2006<br>Docketed Total: $6,425.10<br>Filing Creditor Name:<br>BUEHLER MOTOR INC<br>175 SOUTHPORT DRIVE STE 900<br>MORRISVILLE, NC 27560 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*<br>05-44481 | | | $6,425.10 | | $6,425.10 | Case Number*<br>05-44640 | | | | $92.40 | $92.40 |
| Claim: 16247<br>Date Filed: 08/18/2006<br>Docketed Total: $579,130.61<br>Filing Creditor Name:<br>C THORREZ INDUSTRIES INC<br>4909 W MICHIGAN AVE<br>JACKSON, MI 49201 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*<br>05-44640 | | | | $579,130.61 | $579,130.61 | Case Number*<br>05-44640 | | | | $126,534.31 | $126,534.31 |

*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 8373

**CLAIM TO BE ALLOWED**
Date Filed: 06/22/2006
Docketed Total: $778,532.62
Filing Creditor Name:
CAPSONIC AUTOMOTIVE INC
460 5 SECOND ST
ELGIN, IL 60123

**CLAIM AS DOCKETED**
Claim Holder Name
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

| Case Number* | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|
| 05-44481 | | | $778,532.62 | $778,532.62 |
| | | | | **$778,532.62** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total |
|---|---|---|---|---|
| 05-44640 | | | $567.39 | $567.39 |
| | | | | **$567.39** |

### Claim: 7659

**CLAIM TO BE ALLOWED**
Date Filed: 06/08/2006
Docketed Total: $298,168.53
Filing Creditor Name:
CAPSONIC GROUP LLC
460 5 2ND ST
ELGIN, IL 60123

**CLAIM AS DOCKETED**
Claim Holder Name
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

| Case Number* | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|
| 05-44481 | | | $298,168.53 | $298,168.53 |
| | | | | **$298,168.53** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total |
|---|---|---|---|---|
| 05-44640 | | | $292,724.45 | $292,724.45 |
| | | | | **$292,724.45** |

### Claim: 16277

**CLAIM TO BE ALLOWED**
Date Filed: 08/29/2006
Docketed Total: $659,587.74
Filing Creditor Name:
CERTIFIED TOOL & MANUFACTURING
1201 ESTES AVE
ELK GROVE VILLAGE, IL 60007-5401

**CLAIM AS DOCKETED**
Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 22ND FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|
| 05-44640 | | | $545,737.74 | $545,737.74 |
| | | | | **$545,737.74** |

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|
| 05-44640 | $113,850.00 | | | $113,850.00 |
| | $113,850.00 | | | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total |
|---|---|---|---|---|
| 05-44640 | | | $0.00 | $0.00 |
| | | | | **$0.00** |
| 05-44640 | | | $635,344.35 | $635,344.35 |
| | | | | **$635,344.35** |

* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| Claim: 7170<br>Date Filed: 05/31/2006<br>Docketed Total: $21,222.25<br>Filing Creditor Name:<br>COMPONENT PLASTICS INC<br>700 TOLLGATE RD<br>ELGIN, IL 60123 | COMPONENT PLASTICS INC<br>700 TOLLGATE RD<br>ELGIN, IL 60123 | | | | | 05-44481 | | | | |
| | Docketed Total: | | | $21,222.25<br>$21,222.25<br>$21,222.25 | | | Allowed Total: | | $18,982.25<br>$18,982.25<br>$18,982.25 | |
| Claim: 14347<br>Date Filed: 07/31/2006<br>Docketed Total: $45,870.92<br>Filing Creditor Name:<br>CONTINENTAL MIDLAND LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | CONTINENTAL MIDLAND LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | | | | | 05-44481 | | | | |
| | Docketed Total: | | | $45,870.92<br>$45,870.92<br>$45,870.92 | | | Allowed Total: | | $30,452.74<br>$30,452.74<br>$30,452.74 | |
| Claim: 12665<br>Date Filed: 07/28/2006<br>Docketed Total: $91,628.77<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF INTEL AMERICAS<br>INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE<br>225<br>GREENWICH, CT 06830 | CONTRARIAN FUNDS LLC AS<br>ASSIGNEE OF INTEL AMERICAS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | | | | | 05-44640 | | | | |
| | Docketed Total: | | | $91,628.77<br>$91,628.77<br>$91,628.77 | | | Allowed Total: | | $64,801.77<br>$64,801.77<br>$64,801.77 | |

Note: the Case Number* column for Claim as Allowed rows: Claim 7170 → 05-44481; Claim 14347 → 05-44640; Claim 12665 → 05-44640.

*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10402**
Date Filed: 07/24/2006
Docketed Total: $220,188.26
Filing Creditor Name:
COOPER BUSSMANN INC
175 HANSEN COURT
WOOD DALE, IL 60191

CLAIM AS DOCKETED — Claim Holder Name
COOPER BUSSMANN INC
175 HANSEN COURT
WOOD DALE, IL 60191

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $220,188.26 |
| Docketed Total: | | | $220,188.26 |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,441.87 |
| Allowed Total: | | | $45,441.87 |

---

**Claim: 16018**
Date Filed: 08/09/2006
Docketed Total: $3,352.00
Filing Creditor Name:
DAJACO INDUSTRIES INC
49715 LEONA
CHESTERFIELD, MI 48051

CLAIM AS DOCKETED — Claim Holder Name
DAJACO INDUSTRIES INC
49715 LEONA
CHESTERFIELD, MI 48051

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,352.00 |
| Docketed Total: | | | $3,352.00 |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,300.00 |
| Allowed Total: | | | $1,300.00 |

---

**Claim: 2747**
Date Filed: 04/24/2006
Docketed Total: $71,255.39
Filing Creditor Name:
DATWYLER I O DEVICES
AMERICAS
NELSON MULLINS RILEY &
SCARBOROUGH LLP
PO BOX 11070
COLUMBIA, SC 29211-1070

CLAIM AS DOCKETED — Claim Holder Name
DATWYLER I O DEVICES AMERICAS
NELSON MULLINS RILEY &
SCARBOROUGH LLP
PO BOX 11070
COLUMBIA, SC 29211-1070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $71,255.39 |
| Docketed Total: | | | $71,255.39 |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $53,085.76 |
| Allowed Total: | | | $53,085.76 |

---

**Claim: 15226**
Date Filed: 07/31/2006
Docketed Total: $87,775.20
Filing Creditor Name:
DELTA PRODUCTS
CORPORATION
4405 CUSHING PKWY
FREMONT, CA 94538

CLAIM AS DOCKETED — Claim Holder Name
DELTA PRODUCTS CORPORATION
4405 CUSHING PKWY
FREMONT, CA 94538

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,775.20 |
| Docketed Total: | | | $87,775.20 |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,539.55 |
| Allowed Total: | | | $80,539.55 |

---

*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| Claim: 1586<br>Date Filed: 01/17/2006<br>Docketed Total: $16,269.10<br>Filing Creditor Name:<br>DEVRIES INTERNATIONAL INC<br>1645 REYNOLDS AVE<br>IRVINE, CA 92614 | DEVRIES INTERNATIONAL INC<br>1645 REYNOLDS AVE<br>IRVINE, CA 92614<br>Case Number* 05-44481 | Docketed Total: $16,269.10 | | | $16,269.10<br>**$16,269.10** | Case Number* 05-44481 | Allowed Total: $15,489.10 | | | $15,489.10<br>**$15,489.10** |
| Claim: 14401<br>Date Filed: 07/31/2006<br>Docketed Total: $4,652.71<br>Filing Creditor Name:<br>DOTT INDUSTRIES INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | DOTT INDUSTRIES INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br>Case Number* 05-44640 | Docketed Total: $4,652.71 | $4,652.71<br>**$4,652.71** | | | Case Number* 05-44640 | Allowed Total: $3,294.59 | | | $3,294.59<br>**$3,294.59** |
| Claim: 14402<br>Date Filed: 07/31/2006<br>Docketed Total: $18,385.92<br>Filing Creditor Name:<br>DOTT INDUSTRIES INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | DOTT INDUSTRIES INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br>Case Number* 05-44567 | Docketed Total: $18,385.92 | $18,385.92<br>**$18,385.92** | | | Case Number* 05-44567 | Allowed Total: $2,903.04 | | | $2,903.04<br>**$2,903.04** |
| Claim: 7343<br>Date Filed: 06/02/2006<br>Docketed Total: $59,296.80<br>Filing Creditor Name:<br>DOW CORNING CORP<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | DOW CORNING CORP<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br>Case Number* 05-44640 | Docketed Total: $59,296.80 | | | $59,296.80<br>**$59,296.80** | Case Number* 05-44640 | Allowed Total: $17,184.49 | | | $17,184.49<br>**$17,184.49** |

\*   See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 7341<br>Date Filed: 06/02/2006<br>Docketed Total: $34,468.09<br>Filing Creditor Name:<br>DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | Claim Holder Name<br>DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br><br>Case Number*: 05-44640<br>Docketed Total: $34,468.09<br>Secured / Priority / Unsecured $34,468.09<br>Total $34,468.09 | Case Number*: 05-44640<br>Allowed Total: $26,554.57<br>Secured / Priority / Unsecured $26,554.57<br>$26,554.57 |
| Claim: 116<br>Date Filed: 10/25/2005<br>Docketed Total: $289,004.91<br>Filing Creditor Name:<br>DRAKA AUTOMOTIVE GMBH<br>DICKESTR 23<br>WUPPERTAL, D 42369<br>GERMANY | Claim Holder Name<br>DRAKA AUTOMOTIVE GMBH<br>DICKESTR 23<br>WUPPERTAL, D 42369<br>GERMANY<br><br>Case Number*: 05-44481<br>Docketed Total: $289,004.91<br>Secured / Priority / Unsecured $289,004.91<br>$289,004.91 | Case Number*: 05-44640<br>Allowed Total: $11,929.34<br>Secured / Priority / Unsecured $11,929.34<br>$11,929.34 |
| Claim: 9916<br>Date Filed: 07/19/2006<br>Docketed Total: $86,129.80<br>Filing Creditor Name:<br>DYBROOK PRODUCTS INC<br>5232 TOD AVE S W UNIT 23<br>WARREN, OH 44485-972 | Claim Holder Name<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*: 05-44481<br>Docketed Total: $86,129.80<br>Secured / Priority / Unsecured $86,129.80<br>$86,129.80 | Case Number*: 05-44640<br>Allowed Total: $56,728.06<br>Secured / Priority / Unsecured $56,728.06<br>$56,728.06 |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

---

### CLAIM TO BE ALLOWED

Claim: 8376
Date Filed: 06/22/2006
Docketed Total: $131,187.07
Filing Creditor Name:
DYNACAST CANADA INC
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

### CLAIM AS DOCKETED

Claim Holder Name
DYNACAST CANADA INC
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

Docketed Total: $131,187.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,221.49 | | $127,965.58 |
| | $3,221.49 | | $127,965.58 |

### CLAIM AS ALLOWED

Allowed Total: $115,316.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $68.19 |
| 05-44640 | | | $115,248.23 |
| | | | $115,316.42 |

---

Claim: 1464
Date Filed: 01/09/2006
Docketed Total: $122,867.13
Filing Creditor Name:
ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Claim Holder Name
ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Docketed Total: $122,867.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $122,867.13 |
| | | | $122,867.13 |

Allowed Total: $18,036.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,036.90 |
| | | | $18,036.90 |

---

Claim: 9461
Date Filed: 07/13/2006
Docketed Total: $52,740.26
Filing Creditor Name:
EVOX RIFA INC
1900 N ROSELLE RD STE 405
SCHAUMBURG, IL 60195-3172

Claim Holder Name
EVOX RIFA INC
1900 N ROSELLE RD STE 405
SCHAUMBURG, IL 60195-3172

Docketed Total: $52,740.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $52,740.26 |
| | | | $52,740.26 |

Allowed Total: $22,878.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,878.00 |
| | | | $22,878.00 |

---

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

### CLAIM TO BE ALLOWED

Claim: 16751
Date Filed: 12/05/2007
Docketed Total: $250,422.69
Filing Creditor Name:
F&G MULTI SLIDE INC
130 INDUSTRIAL DR
FRANKLIN, OH 45005

### CLAIM AS DOCKETED

Claim Holder Name
F&G MULTI SLIDE INC
130 INDUSTRIAL DR
FRANKLIN, OH 45005

Docketed Total: $250,422.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $250,422.69 |
| | | | $250,422.69 |

### CLAIM AS ALLOWED

Allowed Total: $237,791.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $237,791.47 |
| | | | $237,791.47 |

---

Claim: 2350
Date Filed: 03/21/2006
Docketed Total: $222,736.28
Filing Creditor Name:
FEDERAL SCREW WORKS
20229 9 MILE RD
SAINT CLAIR SHORES, MI
48080-1775

Claim Holder Name
FEDERAL SCREW WORKS
20229 9 MILE RD
SAINT CLAIR SHORES, MI 48080-1775

Docketed Total: $222,736.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,013.35 | $218,722.93 |
| | | $4,013.35 | $218,722.93 |

Allowed Total: $43,226.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,226.19 |
| | | | $43,226.19 |

---

Claim: 12839
Date Filed: 07/28/2006
Docketed Total: $492,938.78
Filing Creditor Name:
FUJITSU COMPONENTS
AMERICA INC
250 E CARIBBEAN DR
SUNNYVALE, CA 94086

Claim Holder Name
FUJITSU COMPONENTS AMERICA
INC
250 E CARIBBEAN DR
SUNNYVALE, CA 94086

Docketed Total: $492,938.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $492,938.78 |
| | | | $492,938.78 |

Allowed Total: $253,703.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $253,703.19 |
| | | | $253,703.19 |

---

Claim: 6993
Date Filed: 05/30/2006
Docketed Total: $1,535.40
Filing Creditor Name:
GAP USA
300 HULS DR
CLAYTON, OH 45315

Claim Holder Name
GAP USA
300 HULS DR
CLAYTON, OH 45315

Docketed Total: $1,535.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,535.40 |
| | | | $1,535.40 |

Allowed Total: $652.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $652.50 |
| | | | $652.50 |

---

\*   See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| **Claim:** 10199<br>Date Filed: 07/21/2006<br>Docketed Total: $341,525.93<br>Filing Creditor Name:<br>GE CONSUMER & INDUSTRIAL F K A GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242 | Claim Holder Name<br>GE CONSUMER & INDUSTRIAL F K A GE SUPPLY<br>11256 CORNELL PARK DR STE 500<br>CINCINNATI, OH 45242<br><br>Docketed Total: $341,525.93<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $341,525.93<br>$341,525.93 | Allowed Total: $347,207.29 ... <br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $284,394.80<br>Allowed Total: $284,394.80<br>$284,394.80 |
| **Claim:** 7325<br>Date Filed: 06/01/2006<br>Docketed Total: $388,310.09<br>Filing Creditor Name:<br>GOODYEAR CANADA INC<br>1144 E MARKET ST<br>AKRON, OH 44316 | Claim Holder Name<br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: $388,310.09<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $388,310.09<br>$388,310.09 | Allowed Total: $347,207.29<br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $347,207.29<br>$347,207.29 |
| **Claim:** 9219<br>Date Filed: 07/10/2006<br>Docketed Total: $290,762.87<br>Filing Creditor Name:<br>GREYSTONE OF LINCOLN INC<br>7 WELLINGTON RD<br>LINCOLN, RI 02865 | Claim Holder Name<br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $290,762.87<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $290,762.87<br>$290,762.87 | Allowed Total: $264,541.61<br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $264,541.61<br>$264,541.61 |

\*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
| --- | --- | --- |
| Claim: 16746<br>Date Filed: 11/13/2007<br>Docketed Total: $41,723.84<br>Filing Creditor Name:<br>H & L TOOL COMPANY INC<br>32701 DEQUINDRE RD<br>MADISON HEIGHTS, MI 48071 | Claim Holder Name<br>H & L TOOL COMPANY INC<br>32701 DEQUINDRE RD<br>MADISON HEIGHTS, MI 48071<br><br>Case Number*: 05-44640<br>Docketed Total: $41,723.84<br><br>Secured: ___<br>Priority: $7,002.35<br>Unsecured: $34,721.49<br>**$7,002.35    $34,721.49** | Case Number*: 05-44640<br>Allowed Total: $32,682.97<br><br>Secured: ___<br>Priority: ___<br>Unsecured: $32,682.97<br>**$32,682.97** |
| Claim: 7603<br>Date Filed: 06/07/2006<br>Docketed Total: $2,614.68<br>Filing Creditor Name:<br>H & M COMPANY INC<br>200 CHIHUAHUA ST<br>SAN ANTONIO, TX 78207-6330 | Claim Holder Name<br>H & M COMPANY INC<br>200 CHIHUAHUA ST<br>SAN ANTONIO, TX 78207-6330<br><br>Case Number*: 05-44567<br>Docketed Total: $2,614.68<br><br>Secured: ___<br>Priority: ___<br>Unsecured: $2,614.68<br>**$2,614.68** | Case Number*: 05-44567<br>Allowed Total: $872.27<br><br>Secured: ___<br>Priority: ___<br>Unsecured: $872.27<br>**$872.27** |
| Claim: 668<br>Date Filed: 11/18/2005<br>Docketed Total: $356,407.35<br>Filing Creditor Name:<br>HARRINGTON TOOL AND DIE<br>INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA | Claim Holder Name<br>HARRINGTON TOOL AND DIE INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA<br><br>Case Number*: 05-44481<br>Docketed Total: $356,407.35<br><br>Secured: ___<br>Priority: ___<br>Unsecured: $356,407.35<br>**$356,407.35** | Case Number*: 05-44640<br>Allowed Total: $130,033.90<br><br>Secured: ___<br>Priority: ___<br>Unsecured: $130,033.90<br>**$130,033.90** |
| Claim: 1307<br>Date Filed: 12/27/2005<br>Docketed Total: $5,374.05<br>Filing Creditor Name:<br>HECKETHORN<br>MANUFACTURING CO INC<br>2005 FORREST ST<br>DYERSBURG, TN 38024 | Claim Holder Name<br>DEBT ACQUISTION COMPANY OF<br>AMERICA V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO, CA 92108<br><br>Case Number*: 05-44481<br>Docketed Total: $5,374.05<br><br>Secured: ___<br>Priority: ___<br>Unsecured: $5,374.05<br>**$5,374.05** | Case Number*: 05-44481<br>Allowed Total: $1,728.00<br><br>Secured: ___<br>Priority: ___<br>Unsecured: $1,728.00<br>**$1,728.00** |

*   See Exhibit H for a listing of debtor entities by case number.

Page 17 of 52

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED

---

**Claim: 7706**
Date Filed: 06/09/2006
Docketed Total: $50,895.80
Filing Creditor Name:
HENNESSEY CAPITAL SOLUTIONS
ASSIGNEE PLASTIC SOLUTIONS INC
23261 WOODWARD AVE
HUNTINGTON WOODS, MI 48070-1362

*Claim as Docketed:*
Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $50,895.80 | | |
| | **$50,895.80** | | |

*Claim as Allowed:*
Allowed Total: $12,236.35

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,236.35 |
| | | | **$12,236.35** |

---

**Claim: 3827**
Date Filed: 05/01/2006
Docketed Total: $31,046.14
Filing Creditor Name:
HENRY COUNTY RURAL ELECTRIC ME
HENRY COUNTY REMC
201 N 6TH ST
NEW CASTLE, IN 47362

*Claim as Docketed:*
Claim Holder Name
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF HENRY COUNTY REMC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,046.14 |
| | | | **$31,046.14** |

*Claim as Allowed:*
Allowed Total: $15,224.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,224.53 |
| | | | **$15,224.53** |

---

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $41,085.40
Filing Creditor Name:
HOSIDEN AMERICA CORPORATION
MASUDA FUNAI ET AL
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

*Claim as Docketed:*
Claim Holder Name
FAIR HARBOR CAPITAL, LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | **$41,085.40** |

*Claim as Allowed:*
Allowed Total: $37,733.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,733.60 |
| | | | **$37,733.60** |

---

\* See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim 15220

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Claim: 15220 | Claim Holder Name | | | | | | | | | |
| Date Filed: 07/31/2006 | HAIN CAPITAL INVESTORS LLC | | | | | | | | | |
| Docketed Total: $321,256.00 | 301 ROUTE 17 6TH FL | | | | | | | | | |
| Filing Creditor Name: | RUTHERFORD, NJ 07070 | | | | | | | | | |
| HUTCHINSON SEAL CORPORATION | | | | | | | | | | |
| PO BOX 1886 | Case Number*: | | | | | Case Number*: | | | | |
| GRAND RAPIDS, MI 49501 | 05-44640 | | | | | 05-44640 | | | | |
| | Docketed Total: | | | $321,256.00 | | Allowed Total: | | | $169,753.45 | |
| | | | | $321,256.00 | | | | | $169,753.45 | |
| | | | | **$321,256.00** | | | | | **$169,753.45** | |

### Claim 480

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Claim: 480 | Claim Holder Name | | | | | | | | | |
| Date Filed: 11/10/2005 | ARGO PARTNERS | | | | | | | | | |
| Docketed Total: $203,405.32 | 12 W 37TH ST 9TH FL | | | | | | | | | |
| Filing Creditor Name: | NEW YORK, NY 10018 | | | | | | | | | |
| HYLAND MACHINE COMPANY | | | | | | | | | | |
| 1900 KUNTZ RD | Case Number*: | | | | | Case Number*: | | | | |
| DAYTON, OH 45404 | 05-44481 | | | | | 05-44481 | | | | |
| | Docketed Total: | | | $203,405.32 | | Allowed Total: | | | $11,280.00 | |
| | | | | $203,405.32 | | | | | $11,280.00 | |
| | | | | **$203,405.32** | | | | | **$11,280.00** | |

### Claim 9565

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Claim: 9565 | Claim Holder Name | | | | | | | | | |
| Date Filed: 07/17/2006 | ILLINOIS TOOL WORKS INC | | | | | | | | | |
| Docketed Total: $4,890.13 | ANCHOR FASTENERS | | | | | | | | | |
| Filing Creditor Name: | 26101 FARGO AVE | | | | | | | | | |
| ILLINOIS TOOL WORKS INC | CLEVELAND, OH 44146-1305 | | | | | | | | | |
| ANCHOR FASTENERS | | | | | | | | | | |
| 26101 FARGO AVE | Case Number*: | | | | | Case Number*: | | | | |
| CLEVELAND, OH 44146-1305 | 05-44481 | | | | | 05-44640 | | | | |
| | Docketed Total: | | $4,890.13 | | | Allowed Total: | | | $2,115.60 | |
| | | | $4,890.13 | | | | | | $2,115.60 | |
| | | | **$4,890.13** | | | | | | **$2,115.60** | |

---

* See Exhibit H for a listing of debtor entities by case number.

Page 19 of 52

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

### CLAIM TO BE ALLOWED

**Claim: 6615**
Date Filed: 05/22/2006
Docketed Total: $7,907.92
Filing Creditor Name:
ILLINOIS TOOL WORKS INC
ITW DELTAR ENGINEERED
FASTENER
1700 1ST AVE
CHIPPEWA FALLS, WI 54729

**Claim: 9569**
Date Filed: 07/17/2006
Docketed Total: $72,359.10
Filing Creditor Name:
ILLINOIS TOOL WORKS INC
ITW DELTAR TEKFAST
21555 S HARLEM AVE
FRANKFORT, IL 60423

**Claim: 9574**
Date Filed: 07/17/2006
Docketed Total: $106,700.48
Filing Creditor Name:
ILLINOIS TOOL WORKS INC
ITW DRAWFORM
500 FAIRVIEW
ZEELAND, MI 49464

### CLAIM AS DOCKETED

Claim Holder Name
ILLINOIS TOOL WORKS INC
ITW DELTAR ENGINEERED
FASTENER
1700 1ST AVE
CHIPPEWA FALLS, WI 54729

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,907.92 |
| | | | **$7,907.92** |

Docketed Total: $7,907.92

Claim Holder Name
ILLINOIS TOOL WORKS INC
ITW DELTAR TEKFAST
21555 S HARLEM AVE
FRANKFORT, IL 60423

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $44,411.35 | $27,947.75 |
| | | **$44,411.35** | **$27,947.75** |

Docketed Total: $72,359.10

Claim Holder Name
ILLINOIS TOOL WORKS INC
ITW DRAWFORM
500 FAIRVIEW
ZEELAND, MI 49464

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $102,936.28 | $3,764.20 |
| | | **$102,936.28** | **$3,764.20** |

Docketed Total: $106,700.48

### CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,423.87 |
| | | | **$7,423.87** |

Allowed Total: $7,423.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,077.77 |
| | | | **$61,077.77** |

Allowed Total: $61,077.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,321.04 |
| | | | **$87,321.04** |

Allowed Total: $87,321.04

*    See Exhibit H for a listing of debtor entities by case number.

Page 20 of 52

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9567<br>Date Filed: 07/17/2006<br>Docketed Total: $151,274.89<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW SHAKEPROOF AUTOMOTIVE PROD<br>PO BOX 92052<br>CHICAGO, IL 60675 | Claim Holder Name<br>ILLINOIS TOOL WORKS INC<br>ITW SHAKEPROOF AUTOMOTIVE PROD<br>PO BOX 92052<br>CHICAGO, IL 60675<br><br>Case Number*: 05-44481    Docketed Total: $151,274.89<br>Secured        Priority        Unsecured $151,274.89<br>Total $151,274.89 | Claim Holder Name<br><br>Case Number*: 05-44481    Allowed Total: $38,404.71<br>Secured        Priority        Unsecured $38,404.71<br>Total $38,404.71 |
| Claim: 12246<br>Date Filed: 07/28/2006<br>Docketed Total: $18,691.05<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>TRANS TECH AMERICA<br>475 N GARY AVE<br>CAROL STREAM, IL 60188-490 | Claim Holder Name<br>ILLINOIS TOOL WORKS INC<br>TRANS TECH AMERICA<br>475 N GARY AVE<br>CAROL STREAM, IL 60188-490<br><br>Case Number*: 05-44481    Docketed Total: $18,691.05<br>Secured        Priority        Unsecured $18,691.05<br>Total $18,691.05 | Claim Holder Name<br><br>Case Number*: 05-44640    Allowed Total: $9,652.50<br>Secured        Priority        Unsecured $9,652.50<br>Total $9,652.50 |
| Claim: 1699<br>Date Filed: 01/30/2006<br>Docketed Total: $117,572.06<br>Filing Creditor Name:<br>INDUSTRIAL DIELECTRICS INC<br>PO BOX 357<br>NOBLESVILLE, IN 46060 | Claim Holder Name<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*: 05-44640    Docketed Total: $117,572.06<br>Secured        Priority        Unsecured $117,572.06<br>Total $117,572.06 | Claim Holder Name<br><br>Case Number*: 05-44640    Allowed Total: $97,811.66<br>Secured        Priority        Unsecured $97,811.66<br>Total $97,811.66 |

\*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Claim: 10279<br>Date Filed: 07/24/2006<br>Docketed Total: $1,456,361.79<br>Filing Creditor Name:<br>INTEGRATED SILICON<br>SOLUTION EF INC<br>2231 LAWSON LN<br>SANTA CLARA, CA 95054 | INTEGRATED SILICON SOLUTION EF INC<br>2231 LAWSON LN<br>SANTA CLARA, CA 95054<br><br>Case Number*: 05-44640<br>Docketed Total: | | | $1,456,361.79<br><br>$1,456,361.79 | | Case Number*: 05-44640<br>Allowed Total: | | | $1,267,237.10<br><br>$1,267,237.10 | |
| Claim: 13788<br>Date Filed: 07/31/2006<br>Docketed Total: $1,423,472.76<br>Filing Creditor Name:<br>INTERNATIONAL RECTIFIER<br>CORPORATION<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | INTERNATIONAL RECTIFIER CORPORATION<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071<br><br>Case Number*: 05-44640<br>Docketed Total: | | | $1,423,472.76<br><br>$1,423,472.76 | | Case Number*: 05-44640<br>Allowed Total: | | | $66,745.04<br><br>$66,745.04 | |
| Claim: 1541<br>Date Filed: 01/17/2006<br>Docketed Total: $114,460.81<br>Filing Creditor Name:<br>ITT CANNON NEWTON<br>2881 EAST BAYARD STREET<br>SENECA FALLS, NY 13148 | ITT CANNON NEWTON<br>2881 EAST BAYARD STREET<br>SENECA FALLS, NY 13148<br><br>Case Number*: 05-44481<br>Docketed Total: | | | $114,460.81<br><br>$114,460.81 | | Case Number*: 05-44567<br>Allowed Total: | | | $54,346.05<br><br>$54,346.05 | |

\* See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | | | | | CLAIM AS ALLOWED | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **CLAIM AS DOCKETED** | Secured | Priority | Unsecured | Docketed Total: | Case Number* | Secured | Priority | Unsecured | Allowed Total: |
| Claim: 9573<br>Date Filed: 07/17/2006<br>Docketed Total: $159,690.14<br>Filing Creditor Name:<br>ITW DELTAR INSERT MOLDED PRODUCTS<br>9629 W 197TH ST<br>MOKENA, IL 60448<br><br>Claim Holder Name<br>ITW DELTAR INSERT MOLDED PRODUCTS<br>9629 W 197TH ST<br>MOKENA, IL 60448<br>Case Number*<br>05-44640 | | | $159,690.14<br>**$159,690.14** | **$159,690.14** | 05-44640 | | | $94,514.87<br>**$94,514.87** | **$94,514.87** |
| Claim: 10421<br>Date Filed: 07/24/2006<br>Docketed Total: $53,587.08<br>Filing Creditor Name:<br>ITW FILTRATION PRODUCTS<br>18531 SPRING CREEK DR<br>TINLEY PK, IL 60477<br><br>Claim Holder Name<br>ITW FILTRATION PRODUCTS<br>18531 SPRING CREEK DR<br>TINLEY PK, IL 60477<br>Case Number*<br>05-44481 | | $26,219.78<br>**$26,219.78** | $27,367.30<br>**$27,367.30** | **$53,587.08** | 05-44640 | | | $38,803.44<br>**$38,803.44** | **$38,803.44** |
| Claim: 1688<br>Date Filed: 01/27/2006<br>Docketed Total: $65,530.04<br>Filing Creditor Name:<br>ITW SHAKEPROOF INDUSTRIAL PRODUCTS<br>2550 S 27TH AVE<br>BROADVIEW, IL 60155<br><br>Claim Holder Name<br>ITW SHAKEPROOF INDUSTRIAL PRODUCTS<br>2550 S 27TH AVE<br>BROADVIEW, IL 60155<br>Case Number*<br>05-44481 | | | $65,530.04<br>**$65,530.04** | **$65,530.04** | 05-44640 | | | $29,406.38<br>**$29,406.38** | **$29,406.38** |
| Claim: 14915<br>Date Filed: 07/31/2006<br>Docketed Total: $468,786.87<br>Filing Creditor Name:<br>JAMESTOWN CONTAINER CORP SPECIALTY PRODUCTS DIV<br>2345 WALDEN AVE<br>BUFFALO, NY 14225<br><br>Claim Holder Name<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Case Number*<br>05-44481 | | | $468,786.87<br>**$468,786.87** | **$468,786.87** | 05-44640 | | | $393,821.03<br>**$393,821.03** | **$393,821.03** |

\*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED / CLAIM AS ALLOWED

**Claim: 8133**
Date Filed: 06/16/2006
Docketed Total: $1,005,284.25
Filing Creditor Name:
JIFFY TITE CO INC
4437 WALDEN AVE
LANCASTER, NY 14086

CLAIM AS DOCKETED
Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $1,005,284.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,005,284.25 |
| | | | $1,005,284.25 |

CLAIM AS ALLOWED
Allowed Total: $995,991.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $995,991.07 |
| | | | $995,991.07 |

---

**Claim: 533**
Date Filed: 11/14/2005
Docketed Total: $27,398.92
Filing Creditor Name:
JOHN GUEST AUTOMOTIVE INC
10 BLOOMFIELD AVE
PO BOX 625
PINE BROOK, NJ 07058

Claim Holder Name
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797
Docketed Total: $27,398.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $27,398.92 |
| | | | $27,398.92 |

Allowed Total: $540.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $540.00 |
| | | | $540.00 |

---

**Claim: 15565**
Date Filed: 07/31/2006
Docketed Total: $112,181.25
Filing Creditor Name:
KAC HOLDINGS INC DBA KESTER
KESTER
800 W THORNDALE AVE
ITASCA, IL 60143-1341

Claim Holder Name
KAC HOLDINGS INC DBA KESTER
KESTER
800 W THORNDALE AVE
ITASCA, IL 60143-1341
Docketed Total: $112,181.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $112,181.25 |
| | | | $112,181.25 |

Allowed Total: $58,202.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $58,202.55 |
| | | | $58,202.55 |

---

**Claim: 642**
Date Filed: 11/17/2005
Docketed Total: $1,703,785.68
Filing Creditor Name:
KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name
KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746
Docketed Total: $1,703,785.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,703,785.68 |
| | | | $1,703,785.68 |

Allowed Total: $1,125,779.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,125,779.66 |
| | | | $1,125,779.66 |

---

*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 105<br>Date Filed: 10/25/2005<br>Docketed Total: $233,508.18<br>Filing Creditor Name:<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name<br>KEATS MANUFACTURING CO<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Docketed Total: $233,508.18<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44481 — — — $233,508.18<br>**$233,508.18** | Allowed Total: $39,373.15<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $36,339.05<br>05-44567 — — — $3,034.10<br>**$39,373.15** |
| Claim: 104<br>Date Filed: 10/25/2005<br>Docketed Total: $25,760.03<br>Filing Creditor Name:<br>KEATS SOUTHWEST INC<br>350 W HOLBROOK DR<br>WHEELING, IL 60090 | Claim Holder Name<br>KEATS SOUTHWEST INC<br>350 W HOLBROOK DR<br>WHEELING, IL 60090<br><br>Docketed Total: $25,760.03<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44481 — — — $25,760.03<br>**$25,760.03** | Allowed Total: $9,051.14<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $9,051.14<br>**$9,051.14** |
| Claim: 12210<br>Date Filed: 07/28/2006<br>Docketed Total: $34,446.55<br>Filing Creditor Name:<br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | Claim Holder Name<br>KEMET ELECTRONICS<br>CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606<br><br>Docketed Total: $34,446.55<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44567 — — — $34,446.55<br>**$34,446.55** | Allowed Total: $14,465.05<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44567 — — — $14,465.05<br>**$14,465.05** |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | Docketed Total | Case Number* | Secured | Priority | Unsecured | Allowed Total |

---

**Claim: 12211**
Date Filed: 07/28/2006
Docketed Total: $881,156.41
Filing Creditor Name:
KEMET ELECTRONICS CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

CLAIM AS DOCKETED — Claim Holder Name:
KEMET ELECTRONICS CORPORATION
PO BOX 5928
GREENVILLE, SC 29606
Case Number*: 05-44640
Unsecured: $881,156.41
Docketed Total: $881,156.41

CLAIM AS ALLOWED:
Case Number*: 05-44640
Allowed Total: $152,937.45
Unsecured: $152,937.45
$152,937.45

---

**Claim: 14534**
Date Filed: 07/31/2006
Docketed Total: $3,629,694.59
Filing Creditor Name:
L&W ENGINEERING CO
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

CLAIM AS DOCKETED — Claim Holder Name:
TPG CREDIT MANAGMENT LP
90 S SEVENTH ST
MINNEAPOLIS, MN 55402
Case Number*: 05-44640
Secured: $3,629,694.59
Docketed Total: $3,629,694.59

CLAIM AS ALLOWED:
Case Number*: 05-44640
Allowed Total: $543,640.44
Unsecured: $543,640.44
$543,640.44

---

**Claim: 9832**
Date Filed: 07/18/2006
Docketed Total: $268,853.90
Filing Creditor Name:
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

CLAIM AS DOCKETED — Claim Holder Name:
LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512
Case Number*: 05-44640
Unsecured: $268,853.90
Docketed Total: $268,853.90

CLAIM AS ALLOWED:
Case Number*: 05-44640
Allowed Total: $192,950.99
Unsecured: $192,950.99
$192,950.99

---

**Claim: 11925**
Date Filed: 07/28/2006
Docketed Total: $317,117.86
Filing Creditor Name:
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

CLAIM AS DOCKETED — Claim Holder Name:
LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970
Case Number*: 05-44640
Secured: $263,044.57
Unsecured: $54,073.29
Docketed Total: $317,117.86
$263,044.57    $54,073.29

CLAIM AS ALLOWED:
Case Number*: 05-44640
Allowed Total: $31,398.46
Unsecured: $31,398.46
$31,398.46

---

* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| **Claim: 1994** Date Filed: 02/14/2006 Docketed Total: $35,738.64 Filing Creditor Name: LIFETIME INDUSTRIES INC BURCH PORTER & JOHNSON PLLC 130 N COURT AVE MEMPHIS, TN 38103 | LIFETIME INDUSTRIES INC BURCH PORTER & JOHNSON PLLC 130 N COURT AVE MEMPHIS, TN 38103 | 05-44481 Docketed Total: | | | $35,738.64 $35,738.64 | Allowed Total: | 05-44640 | | | $5,669.94 $5,669.94 |
| **Claim: 16307** Date Filed: 09/12/2006 Docketed Total: $362,371.05 Filing Creditor Name: LORD CORPORATION 2000 W GRANDVIEW BLVD ERIE, PA 16514 | LORD CORPORATION 2000 W GRANDVIEW BLVD ERIE, PA 16514 | 05-44481 Docketed Total: | | | $362,371.05 $362,371.05 | Allowed Total: | 05-44640 | | | $10,359.59 $10,359.59 |
| **Claim: 15926** Date Filed: 07/26/2006 Docketed Total: $404,986.61 Filing Creditor Name: M A COM INC PO BOX 3608 MS38 26 HARRISBURG, PA 17105 | M A COM INC PO BOX 3608 MS38 26 HARRISBURG, PA 17105 | 05-44640 Docketed Total: | | | $404,986.61 $404,986.61 | Allowed Total: | 05-44640 | | | $125,651.26 $125,651.26 |
| **Claim: 10186** Date Filed: 07/21/2006 Docketed Total: $130,579.71 Filing Creditor Name: MAGNESIUM ALUMINUM CORP 3425 SERVICE RD CLEVELAND, OH 44111 | AMROC INVESTMENTS LLC 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 05-44481 Docketed Total: | | | $130,579.71 $130,579.71 | Allowed Total: | 05-44640 | | | $89,510.49 $89,510.49 |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 11453
Date Filed: 07/27/2006
Docketed Total: $236,298.73
Filing Creditor Name:
MARIAN INC FKA MARIAN
RUBBER PRODUCTS
MARIAN INC
1011 E ST CLAIR ST
INDIANAPOLIS, IN 46202

**CLAIM AS DOCKETED**

Claim Holder Name
MARIAN INC FKA MARIAN RUBBER
PRODUCTS
MARIAN INC
1011 E ST CLAIR ST
INDIANAPOLIS, IN 46202

Docketed Total: $236,298.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $25,605.91 | | $210,692.82 |
| | **$25,605.91** | | **$210,692.82** |

**CLAIM AS ALLOWED**

Allowed Total: $186,642.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $186,642.58 |
| | | | **$186,642.58** |

---

Claim: 523
Date Filed: 11/14/2005
Docketed Total: $557,641.90
Filing Creditor Name:
MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268

Claim Holder Name
MARKETING SPECIALTIES MSI
PACKAGING
5010 W 81ST ST
INDIANAPOLIS, IN 46268

Docketed Total: $557,641.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $557,641.90 |
| | | | **$557,641.90** |

Allowed Total: $278,782.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $278,782.37 |
| | | | **$278,782.37** |

---

Claim: 5306
Date Filed: 05/08/2006
Docketed Total: $53,842.15
Filing Creditor Name:
MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

Claim Holder Name
MATSUO ELECTRONICS OF
AMERICA
2134 MAIN ST STE 100
HUNTINGTON BEACH, CA 92648

Docketed Total: $53,842.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $53,842.15 |
| | | | **$53,842.15** |

Allowed Total: $20,019.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $0.00 |
| 05-44640 | | | $20,019.25 |
| | | | **$20,019.25** |

---

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED / CLAIM AS ALLOWED

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim:** 9576<br>Date Filed: 07/17/2006<br>Docketed Total: $64,897.96<br>Filing Creditor Name:<br>MEDALIST INDUSTRIES INC<br>MEDALIST INDL. FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007 | MEDALIST INDUSTRIES INC<br>MEDALIST INDL. FASTENER DIV<br>2700 YORK RD<br>ELK GROVE VILLAGE, IL 60007<br><br>Case Number*: 05-44640 | | $53,088.55 | $11,809.41 | Case Number*: 05-44640 | | | $44,746.93 |
| | Docketed Total: $64,897.96 | | **$53,088.55** | **$11,809.41** | Allowed Total: | | | **$44,746.93** |
| **Claim:** 11455<br>Date Filed: 07/27/2006<br>Docketed Total: $358,636.72<br>Filing Creditor Name:<br>METAL FLOW CORPORATION<br>11694 JAMES ST<br>HOLLAND, MI 49424 | LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44640 | | | $358,636.72 | Case Number*: 05-44640 | | | $334,323.99 |
| | Docketed Total: $358,636.72 | | | **$358,636.72** | Allowed Total: | | | **$334,323.99** |
| **Claim:** 9755<br>Date Filed: 05/01/2006<br>Docketed Total: $89,760.00<br>Filing Creditor Name:<br>METAL MATIC INC<br>629 SECOND ST SE<br>MINNEAPOLIS, MN 55414-2106 | ORE HILL HUB FUND LTD<br>650 FIFTH AVE 9TH FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44481 | | | $89,760.00 | Case Number*: 05-44481 | | | $43,303.48 |
| | Docketed Total: $89,760.00 | | | **$89,760.00** | Allowed Total: | | | **$43,303.48** |
| **Claim:** 8682<br>Date Filed: 06/27/2006<br>Docketed Total: $323,679.01<br>Filing Creditor Name:<br>METAL TECHNOLOGIES INC<br>1401 S GRANDSTAFF DR<br>AUBURN, IN 46706 | LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44481 | | | $323,679.01 | Case Number*: 05-44640 | | | $8,296.48 |
| | Docketed Total: $323,679.01 | | | **$323,679.01** | Allowed Total: | | | **$8,296.48** |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 7578
Date Filed: 06/06/2006
Docketed Total: $833,534.00
Filing Creditor Name:
MICRON SEMICONDUCTOR
PROD INC
MICRON SEMICONDUCTOR
PROD INC
8000 S FEDERAL WAY
PO BOX 6
BOISE, ID 83707

**CLAIM AS DOCKETED**

Claim Holder Name
SPCP GROUP LLC
TWO GREENWICH PLAZA 1ST FL
GREENWICH, CT 06830

Case Number*: 05-44481
Docketed Total: $833,534.00
Secured | Priority | Unsecured $833,534.00
$833,534.00

**CLAIM AS ALLOWED**

Case Number*: 05-46640
Allowed Total: $390,744.00
Secured | Priority | Unsecured $390,744.00
$390,744.00

---

Claim: 6932
Date Filed: 05/26/2006
Docketed Total: $12,279.00
Filing Creditor Name:
MICROSEMI CORP
2381 MORSE AVE
IRVINE, CA 92614

Claim Holder Name
MICROSEMI CORP
2381 MORSE AVE
IRVINE, CA 92614

Case Number*: 05-44481
Docketed Total: $12,279.00
Secured | Priority | Unsecured $12,279.00
$12,279.00

Case Number*: 05-44481
Allowed Total: $7,500.00
Secured | Priority | Unsecured $7,500.00
$7,500.00

---

Claim: 6577
Date Filed: 05/22/2006
Docketed Total: $258,352.13
Filing Creditor Name:
MID CONTINENT SPRING CO EFT
PO BOX 649
HOPKINSVILLE, KY 42241-0649

Claim Holder Name
MID CONTINENT SPRING CO EFT
PO BOX 649
HOPKINSVILLE, KY 42241-0649

Case Number*: 05-44481
Docketed Total: $258,352.13
Secured | Priority | Unsecured $258,352.13
$258,352.13

Case Number*: 05-44481
Allowed Total: $253,604.40
Secured | Priority | Unsecured $253,604.40
$253,604.40

---

*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 12234**
Date Filed:   07/28/2006
Docketed Total:   $3,512.31
Filing Creditor Name:
MID STATES RUBBER PRODUCTS INC
NTE 0008009053218
1230 S RACE ST
PO BOX 370
PRINCETON, IN 47670

**CLAIM AS DOCKETED**
Claim Holder Name
MID STATES RUBBER PRODUCTS INC
NTE 0008009053218
1230 S RACE ST
PO BOX 370
PRINCETON, IN 47670

Docketed Total:   $3,512.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,512.31 |
| | $3,512.31 | | $3,512.31 |

**CLAIM AS ALLOWED**

Allowed Total:   $3,105.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,105.74 |
| | | | $3,105.74 |
| | | | $3,105.74 |

**Claim: 11688**
Date Filed:   07/27/2006
Docketed Total:   $529,365.38
Filing Creditor Name:
MUBEA INC
6800 INDUSTRIAL RD
FLORENCE, KY 41042

**CLAIM AS DOCKETED**
Claim Holder Name
MUBEA INC
6800 INDUSTRIAL RD
FLORENCE, KY 41042

Docketed Total:   $80,487.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $80,487.44 |
| | | | $80,487.44 |
| | | | $80,487.44 |

**CLAIM AS ALLOWED**

Allowed Total:   $496,490.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $496,490.18 |
| | | | $496,490.18 |
| | | | $496,490.18 |

**Claim: 9550**
Date Filed:   07/17/2006
Docketed Total:   $135,856.48
Filing Creditor Name:
MUELLER INDUSTRIES INC
2199 LAPEER AVE
PORT HURON, MI 48060

**CLAIM AS DOCKETED**
Claim Holder Name
MUELLER INDUSTRIES INC
2199 LAPEER AVE
PORT HURON, MI 48060

Docketed Total:   $135,856.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $135,856.48 |
| | | | $135,856.48 |
| | | | $135,856.48 |

**CLAIM AS ALLOWED**

Allowed Total:   $42,790.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $42,790.45 |
| | | | $42,790.45 |
| | | | $42,790.45 |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

---

**CLAIM TO BE ALLOWED**

Claim: 16418
Date Filed: 11/17/2006
Docketed Total: $107,272.55
Filing Creditor Name:
NATIONAL MOLDING CORPORATION
5 DUBON COURT
FARMINGDALE, NY 11735

**CLAIM AS DOCKETED**

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $107,272.55 |
| Docketed Total: | | | $107,272.55 |
| | | | $107,272.55 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,178.20 |
| Allowed Total: | | | $41,178.20 |
| | | | $41,178.20 |

---

**CLAIM TO BE ALLOWED**

Claim: 7550
Date Filed: 06/06/2006
Docketed Total: $185,979.44
Filing Creditor Name:
NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151

**CLAIM AS DOCKETED**

Claim Holder Name
NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,979.44 |
| Docketed Total: | | | $185,979.44 |
| | | | $185,979.44 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $6,037.59 |
| 05-44482 | | | $646.52 |
| 05-44624 | | | $70.97 |
| 05-44640 | | | $88,909.44 |
| 05-44507 | | | $10,470.92 |
| 05-44567 | | | $331.84 |
| Allowed Total: | | | $106,467.28 |
| | | | $106,467.28 |

---

**CLAIM TO BE ALLOWED**

Claim: 878
Date Filed: 11/28/2005
Docketed Total: $351,634.04
Filing Creditor Name:
ONKYO INDUSTRIAL
COMPONENTS INC
38701 7 MILE RD STE 295
LIVONIA, MI 48152-7038

**CLAIM AS DOCKETED**

Claim Holder Name
ONKYO INDUSTRIAL COMPONENTS
INC
38701 7 MILE RD STE 295
LIVONIA, MI 48152-7038

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $351,634.04 |
| Docketed Total: | | | $351,634.04 |
| | | | $351,634.04 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $214,128.30 |
| Allowed Total: | | | $214,128.30 |
| | | | $214,128.30 |

---

* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 13459<br>Date Filed: 07/25/2006<br>Docketed Total: $370,568.92<br>Filing Creditor Name:<br>PAR FOAM PRODUCTS INC<br>239 VAN RENSSELAER ST<br>BUFFALO, NY 14210 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $370,568.92<br><br>Case Number* 05-44640<br>Secured / Priority / Unsecured $370,568.92<br>$370,568.92 | Allowed Total: $360,692.12<br><br>Case Number* 05-44640<br>Secured / Priority / Unsecured $360,692.12<br>$360,692.12 |
| Claim: 16557<br>Date Filed: 02/28/2007<br>Docketed Total: $435,185.00<br>Filing Creditor Name:<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603 | Claim Holder Name<br>PENN ALUMINUM INTERNATIONAL INC<br>FAGELHABER LLC<br>55 E MONROE ST<br>40TH FLR<br>CHICAGO, IL 60603<br><br>Docketed Total: $435,185.00<br><br>Case Number* 05-44640<br>Secured / Priority / Unsecured $435,185.00<br>$435,185.00 | Allowed Total: $335,336.01<br><br>Case Number* 05-44640<br>Secured / Priority / Unsecured $335,336.01<br>$335,336.01 |
| Claim: 1156<br>Date Filed: 12/13/2005<br>Docketed Total: $5,754.73<br>Filing Creditor Name:<br>PENN ENGINEERING & MANUFACTURING CORP<br>5190 OLD EASTON RD<br>DANBORO, PA 18916 | Claim Holder Name<br>PENN ENGINEERING & MANUFACTURING CORP<br>5190 OLD EASTON RD<br>DANBORO, PA 18916<br><br>Docketed Total: $5,754.73<br><br>Case Number* 05-44481<br>Secured / Priority / Unsecured $5,754.73<br>$5,754.73 | Allowed Total: $4,387.53<br><br>Case Number* 05-44640<br>Secured / Priority / Unsecured $4,387.53<br>$4,387.53 |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 4278<br>Date Filed: 05/01/2006<br>Docketed Total: $3,010.00<br>Filing Creditor Name:<br>PIHER INTERNATIONAL CORP<br>1640 NORTHWIND BLVD<br>LIBERTYVILLE, IL 60048 | Claim Holder Name<br>PIHER INTERNATIONAL CORP<br>1640 NORTHWIND BLVD<br>LIBERTYVILLE, IL 60048<br><br>Docketed Total: $3,010.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                          $3,010.00<br>                                  $3,010.00 | Allowed Total: $1,505.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                          $1,505.00<br>                                  $1,505.00 |
| Claim: 5988<br>Date Filed: 05/16/2006<br>Docketed Total: $223,768.64<br>Filing Creditor Name:<br>PLASTOMER CORP<br>PO BOX 67000 DEPT 15601<br>DETROIT, MI 48267-0156 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $223,768.64<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                     $223,768.64<br>                             $223,768.64 | Allowed Total: $211,580.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567<br>05-44640                $810.00  $210,770.00<br>                          $211,580.00 |
| Claim: 5388<br>Date Filed: 05/09/2006<br>Docketed Total: $157,798.33<br>Filing Creditor Name:<br>PONTIAC COIL INC<br>5800 MOODY DR<br>CLARKSTON, MI 48348-4768 | Claim Holder Name<br>PONTIAC COIL INC<br>5800 MOODY DR<br>CLARKSTON, MI 48348-4768<br><br>Docketed Total: $157,798.33<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                     $157,798.33<br>                             $157,798.33 | Allowed Total: $58,803.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $58,803.92<br>                            $58,803.92 |
| Claim: 9024<br>Date Filed: 07/05/2006<br>Docketed Total: $84,777.15<br>Filing Creditor Name:<br>PRECISION HARNESS INC<br>340 TRANSFER DR STE A<br>INDIANAPOLIS, IN 46214 | Claim Holder Name<br>PRECISION HARNESS INC<br>340 TRANSFER DR STE A<br>INDIANAPOLIS, IN 46214<br><br>Docketed Total: $84,777.15<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481                     $84,777.15<br>                           $84,777.15 | Allowed Total: $48,442.81<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640                      $48,442.81<br>                          $48,442.81 |

\* See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16609<br>Date Filed: 06/04/2007<br>Docketed Total: $193,633.16<br>Filing Creditor Name:<br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 06484 | Claim Holder Name<br>PRECISION RESOURCE INC KY DIV<br>25 FOREST PARKWAY<br>SHELTON, CT 06484<br><br>Case Number*: 05-44640<br>Docketed Total: Secured — Priority — Unsecured $193,633.16 — $193,633.16 | Case Number*: 05-44640<br>Allowed Total: Secured — Priority — Unsecured $191,073.16 — $191,073.16 |
| Claim: 16661<br>Date Filed: 10/10/2005<br>Docketed Total: $56,146.15<br>Filing Creditor Name:<br>PRIDGEON & CLAY INC<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507 | Claim Holder Name<br>PRIDGEON & CLAY INC<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507<br><br>Case Number*: 05-44481<br>Docketed Total: Secured — Priority $56,146.15 — Unsecured — $56,146.15 | Case Number*: 05-44640<br>Allowed Total: Secured — Priority — Unsecured $51,632.59 — $51,632.59 |
| Claim: 124<br>Date Filed: 10/25/2005<br>Docketed Total: $23,878.34<br>Filing Creditor Name:<br>PROMOTECH KUNSTSTOFF UND<br>METTALLVERARBEITUNGSGES<br>MBH<br>UNTERLOCHEN 44<br>SCHALCHEN, 5231<br>AUSTRIA | Claim Holder Name<br>LIQUIDITY SOLUTIONS INC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Case Number*: 05-44481<br>Docketed Total: Secured — Priority — Unsecured $23,878.34 — $23,878.34 | Case Number*: 05-44481<br>Allowed Total: Secured — Priority — Unsecured $16,782.17 — $16,782.17 |
| Claim: 10194<br>Date Filed: 07/21/2006<br>Docketed Total: $15,361.12<br>Filing Creditor Name:<br>RB & W CORPORATION EFT<br>5190 BRADCO BLVD<br>MISSISSAUGA, ON L4W 1G7<br>CANADA | Claim Holder Name<br>RB & W CORPORATION EFT<br>5190 BRADCO BLVD<br>MISSISSAUGA, ON L4W 1G7<br>CANADA<br><br>Case Number*: 05-44481<br>Docketed Total: Secured — Priority $15,361.12 — Unsecured — $15,361.12 | Case Number*: 05-44640<br>Allowed Total: Secured — Priority — Unsecured $5,121.28 — $5,121.28 |

*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED

**Claim: 5966**
Date Filed: 05/16/2006
Docketed Total: $18,475.70
Filing Creditor Name:
RED SPOT CORP
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $18,475.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,475.70 |
| | | | $18,475.70 |

---

**Claim: 2748**
Date Filed: 04/24/2006
Docketed Total: $141,705.00
Filing Creditor Name:
RF MICRO DEVICES INC
7628 THORNDIKE RD
GREENSBORO, NC 27409

Claim Holder Name
RF MICRO DEVICES INC
7628 THORNDIKE RD
GREENSBORO, NC 27409

Docketed Total: $141,705.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $141,705.00 |
| | | | $141,705.00 |

---

**Claim: 521**
Date Filed: 11/14/2005
Docketed Total: $1,859.48
Filing Creditor Name:
RICHCO INC
8145 RIVER DR
MORTON GROVE, IL 60053

Claim Holder Name
RICHCO INC
8145 RIVER DR
MORTON GROVE, IL 60053

Docketed Total: $1,859.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,859.48 |
| | | | $1,859.48 |

### CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Allowed Total: | Unsecured |
|---|---|---|---|---|
| 05-44567 | | | | $1,545.00 |
| | | | | $1,545.00 |
| | | | $1,545.00 | |

| Case Number* | Secured | Priority | Allowed Total: | Unsecured |
|---|---|---|---|---|
| 05-44481 | | | | $3,892.83 |
| | | | | $3,892.83 |
| | | | $3,892.83 | |

| Case Number* | Secured | Priority | Allowed Total: | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | | $250.10 |
| | | | | $250.10 |
| | | | $250.10 | |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED

**Claim: 14265**
Date Filed: 07/31/2006
Docketed Total: $43,152.38
Filing Creditor Name:
ROBIN INDUSTRIES INC
CLEVELAND DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

### CLAIM AS DOCKETED

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 2IST FL
GREENWICH, CT 06830

Docketed Total: $43,152.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $4,266.38 | | $38,886.00 |
| | $4,266.38 | | $38,886.00 |

### CLAIM AS ALLOWED

Allowed Total: $22,072.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,072.38 |
| | | | $22,072.38 |

---

**Claim: 788**
Date Filed: 11/22/2005
Docketed Total: $263,175.04
Filing Creditor Name:
ROGERS FOAM CORPORATION
20 VERNON ST
SOMERVILLE, MA 02145

Claim Holder Name
ROGERS FOAM CORPORATION
20 VERNON ST
SOMERVILLE, MA 02145

Docketed Total: $263,175.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $263,175.04 |
| | | | $263,175.04 |

Allowed Total: $249,257.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $249,257.97 |
| | | | $249,257.97 |

---

**Claim: 2482**
Date Filed: 04/03/2006
Docketed Total: $1,495,516.58
Filing Creditor Name:
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO 1000
SAN DIEGO, CA 92121

Claim Holder Name
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO 1000
SAN DIEGO, CA 92121

Docketed Total: $1,495,516.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | $1,495,516.58 |

Allowed Total: $172,454.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,600.80 |
| 05-44640 | | | $170,853.77 |
| | | | $172,454.57 |

---

\*　See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim: 9910**<br>Date Filed: 07/19/2006<br>Docketed Total:   $401,017.30<br>Filing Creditor Name:<br>RTP CO<br>580 E FRONT ST<br>WINONA, MN 55987 | RTP CO<br>580 E FRONT ST<br>WINONA, MN 55987<br><br>Case Number*<br>05-44640 | Docketed Total: | | $401,017.30<br>—<br>$401,017.30 | Case Number*<br>05-44640 | Allowed Total: | | $113,703.04<br>—<br>$113,703.04 |
| **Claim: 237**<br>Date Filed: 10/31/2005<br>Docketed Total:   $12,076.40<br>Filing Creditor Name:<br>RUDOLPH BROS & CO<br>PO BOX 425<br>CANAL WINCHESTER, OH 43110 | RUDOLPH BROS & CO<br>PO BOX 425<br>CANAL WINCHESTER, OH 43110<br><br>Case Number*<br>05-44481 | Docketed Total: | | $12,076.40<br>—<br>$12,076.40 | Case Number*<br>05-44481 | Allowed Total: | | $4,885.00<br>—<br>$4,885.00 |
| **Claim: 12030**<br>Date Filed: 07/28/2006<br>Docketed Total:   $40,444.54<br>Filing Creditor Name:<br>SAINT GOBAIN PERFORMANCE<br>1199 S CHILLICOTHE RD<br>AURORA, OH 44202 | SAINT GOBAIN PERFORMANCE<br>1199 S CHILLICOTHE RD<br>AURORA, OH 44202<br><br>Case Number*<br>05-44481 | Docketed Total: | | $40,444.54<br>—<br>$40,444.54 | Case Number*<br>05-44640<br>05-44624 | Allowed Total: | | $22,153.38<br>$3,908.96<br>—<br>$26,062.34 |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 2120<br>Date Filed: 02/27/2006<br>Docketed Total: $97,728.50<br>Filing Creditor Name:<br>SAMUEL SON & CO<br>4334 WALDEN AVE<br>LANCASTER, NY 14086 | Claim Holder Name<br>STONEHILL INSTITUTIONAL PARTNERS LP<br>ATTN STEVE NELSON<br>885 THIRD AVE 30TH FL<br>NEW YORK, NY 10022 | | Docketed Total: | $97,728.50 | | | Allowed Total: | $4,230.00 |
| | Case Number*<br>05-44481 | | | $97,728.50<br>**$97,728.50** | Case Number*<br>05-44640 | | | $4,230.00<br>**$4,230.00** |
| Claim: 112<br>Date Filed: 10/25/2005<br>Docketed Total: $57,501.00<br>Filing Creditor Name:<br>SANYO ELECTRONIC DEVICE USA CORP*<br>2055 SANYO AVE<br>SAN DIEGO, CA 92154 | Claim Holder Name<br>SANYO ELECTRONIC DEVICE USA CORP<br>2055 SANYO AVE<br>SAN DIEGO, CA 92154 | | Docketed Total: | $57,501.00 | | | Allowed Total: | $34,785.00 |
| | Case Number*<br>05-44481 | | | $57,501.00<br>**$57,501.00** | Case Number*<br>05-44640 | | | $34,785.00<br>**$34,785.00** |
| Claim: 3996<br>Date Filed: 05/01/2006<br>Docketed Total: $26,845.40<br>Filing Creditor Name:<br>SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM<br>PO BOX 11263<br>PORTLAND, OR 97211 | Claim Holder Name<br>SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM<br>PO BOX 11263<br>PORTLAND, OR 97211 | | Docketed Total: | $26,845.40 | | | Allowed Total: | $9,273.08 |
| | Case Number*<br>05-44481 | | | $26,845.40<br>**$26,845.40** | Case Number*<br>05-44507 | | | $9,273.08<br>**$9,273.08** |

\*    See Exhibit H for a listing of debtor entities by case number.

Page 39 of 52

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS ALLOWED |
|---|---|

### CLAIM TO BE ALLOWED

**Claim: 9585**
Date Filed: 07/17/2006
Docketed Total: $81,300.76
Filing Creditor Name:
SEAL & DESIGN INC
4015 CASILIO PKY
CLARENCE, NY 14031

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Case Number*    Secured    Priority    Unsecured    Docketed Total:
05-44481                                $81,300.76    $81,300.76
                                        $81,300.76

### CLAIM AS ALLOWED

Case Number*    Secured    Priority    Unsecured    Allowed Total:
05-46640                                $75,502.26    $75,502.26
                                        $75,502.26

---

**Claim: 3293**
Date Filed: 04/28/2006
Docketed Total: $33,851.52
Filing Creditor Name:
SEALED AIR CORPORATION
19440 ARENTH AVE
CITY OF INDUSTRY, CA 91748

Claim Holder Name
SEALED AIR CORPORATION
19440 ARENTH AVE
CITY OF INDUSTRY, CA 91748

Case Number*    Secured    Priority    Unsecured    Docketed Total:
05-44481                                $33,851.52    $33,851.52
                                        $33,851.52

Case Number*    Secured    Priority    Unsecured    Allowed Total:
05-46640                                $6,439.80    $6,439.80
                                        $6,439.80

---

**Claim: 7843**
Date Filed: 06/12/2006
Docketed Total: $7,427.47
Filing Creditor Name:
SEALING DEVICES INC
4400 WALDEN AVE
LANCASTER, NY 14086-971

Claim Holder Name
SEALING DEVICES INC
4400 WALDEN AVE
LANCASTER, NY 14086-971

Case Number*    Secured    Priority    Unsecured    Docketed Total:
05-44481                                $7,427.47    $7,427.47
                                        $7,427.47

Case Number*    Secured    Priority    Unsecured    Allowed Total:
05-44481                                $1,380.80    $1,380.80
                                        $1,380.80

---

**Claim: 7606**
Date Filed: 06/07/2006
Docketed Total: $36,759.75
Filing Creditor Name:
SEMBLEX CORPORATION
199 WEST DIVERSEY
ELMHURST, IL 60126

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Case Number*    Secured    Priority    Unsecured    Docketed Total:
05-44481                                $36,759.75    $36,759.75
                                        $36,759.75

Case Number*    Secured    Priority    Unsecured    Allowed Total:
05-46640                                $29,843.96    $29,843.96
                                        $29,843.96

---

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9584**
Date Filed: 07/17/2006
Docketed Total: $116,843.56
Filing Creditor Name:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE LAKE ERIE PRODUCTS
INC. LIVONIA FITTINGS
PRODUCTS COMPANY ET AL.
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name
SIERRA LIQUIDITY FUND LLC
2699 WHITE RD STE 255
IRVINE, CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,797.32 | $112,046.24 |
| Docketed Total: | | **$4,797.32** | **$112,046.24** |

Allowed Total: $24,015.00

Claim Holder Name
SIERRA LIQUIDITY FUND LLC
2699 WHITE RD STE 255
IRVINE, CA 92614

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,015.00 |
| | | | **$24,015.00** |

**Claim: 661**
Date Filed: 11/18/2005
Docketed Total: $26,961.09
Filing Creditor Name:
SMALLEY STEEL RING COMPANY
555 OAKWOOD RD
LAKE ZURICH, IL 60047

Claim Holder Name
SMALLEY STEEL RING COMPANY
555 OAKWOOD RD
LAKE ZURICH, IL 60047

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,961.09 |
| Docketed Total: | | | **$26,961.09** |

Allowed Total: $6,719.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| 05-44507 | | | $4,670.23 |
| 05-44624 | | | $2,049.00 |
| | | | **$6,719.23** |

**Claim: 11963**
Date Filed: 07/28/2006
Docketed Total: $101,068.30
Filing Creditor Name:
SPECIAL DEVICES
INCORPORATED
14370 WHITE SAGE RD
MOORPARK, CA 93021

Claim Holder Name
SPECIAL DEVICES INCORPORATED
14370 WHITE SAGE RD
MOORPARK, CA 93021

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $101,068.30 |
| Docketed Total: | | | **$101,068.30** |

Allowed Total: $9,621.42

Claim Holder Name
SPECIAL DEVICES INCORPORATED
14370 WHITE SAGE RD
MOORPARK, CA 93021

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,621.42 |
| | | | **$9,621.42** |

* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED

| | CLAIM AS DOCKETED | | CLAIM AS ALLOWED | |
|---|---|---|---|---|

**Claim: 10955**
Date Filed: 07/26/2006
Docketed Total: $126,623.88
Filing Creditor Name:
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN,
HSIEN
TAIWAN, PROVINCE OF CHINA

Claim Holder Name
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN,
HSIEN
TAIWAN, PROVINCE OF CHINA

Docketed Total: $126,623.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,623.88 |
| | | | $126,623.88 |

Allowed Total: $28,216.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,216.36 |
| | | | $28,216.36 |

---

**Claim: 162**
Date Filed: 10/28/2005
Docketed Total: $243.00
Filing Creditor Name:
SPERRY & RICE MFG CO LLC
9146 US 52
BROOKVILLE, IN 47012

Claim Holder Name
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF SPERRY & RICE MFG
CO LLC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $243.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $243.00 |
| | | | $243.00 |

Allowed Total: $121.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $121.50 |
| | | | $121.50 |

---

**Claim: 4746**
Date Filed: 05/04/2006
Docketed Total: $92,262.14
Filing Creditor Name:
STADCO INC
STADCO AUTOMATIC DIV
632 YELLOW SPRINGS FAIRFIELD
R
FAIRBORN, OH 45324-976

Claim Holder Name
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $92,262.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $92,262.14 |
| | | | $92,262.14 |

Allowed Total: $91,796.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $91,796.37 |
| | | | $91,796.37 |

---

\*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Claim: 1260<br>Date Filed: 12/23/2005<br>Docketed Total: $126,717.40<br>Filing Creditor Name:<br>STARK MANUFACTURING LLC<br>1300 S ELMIRA AVE<br>RUSSELLVILLE, AR 72802 | STARK MANUFACTURING LLC<br>1300 S ELMIRA AVE<br>RUSSELLVILLE, AR 72802 | | Docketed Total: | $126,717.40 | | | | Allowed Total: | $24,789.00 | |
| | Case Number*<br>05-44481 | | | $126,717.40<br>**$126,717.40** | | Case Number*<br>05-44640 | | | $24,789.00<br>**$24,789.00** | |
| Claim: 8663<br>Date Filed: 06/27/2006<br>Docketed Total: $5,894.00<br>Filing Creditor Name:<br>STEPHENSON & LAWYER INC<br>3831 PATTERSON AVE SE<br>PO BOX 8834<br>GRAND RAPIDS, MI 49518-8834 | MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | | Docketed Total: | $5,894.00 | | | | Allowed Total: | $4,160.00 | |
| | Case Number*<br>05-44567 | | | $5,894.00<br>**$5,894.00** | | Case Number*<br>05-44567 | | | $4,160.00<br>**$4,160.00** | |
| Claim: 1431<br>Date Filed: 01/04/2006<br>Docketed Total: $20,934.54<br>Filing Creditor Name:<br>STEWARD INC<br>1200 E 36TH ST<br>CHATTANOOGA, TN 37407-2489 | HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | | Docketed Total: | $20,934.54 | | | | Allowed Total: | $9,492.60 | |
| | Case Number*<br>05-44610 | | | $20,934.54<br>**$20,934.54** | | Case Number*<br>05-44610 | | | $9,492.60<br>**$9,492.60** | |
| Claim: 1521<br>Date Filed: 01/12/2006<br>Docketed Total: $93,318.95<br>Filing Creditor Name:<br>SUMITOMO SITIX SILICON INC<br>19801 N TATUM BLVD<br>PHOENIX, AZ 85050 | SUMITOMO SITIX SILICON INC<br>19801 N TATUM BLVD<br>PHOENIX, AZ 85050 | | Docketed Total: | $93,318.95 | | | | Allowed Total: | $25,616.80 | |
| | Case Number*<br>05-44481 | | $93,318.95<br>**$93,318.95** | | | Case Number*<br>05-44481 | | | $25,616.80<br>**$25,616.80** | |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 5400<br>Date Filed: 05/09/2006<br>Docketed Total: $31,551.00<br>Filing Creditor Name:<br>SUN KWANG BRAZING FILLER METAL<br>216 SAMSUNGDANG RI SINBUK POCHON KYONGGI, 487913<br>KOREA, REPUBLIC OF | Claim Holder Name<br>SUN KWANG BRAZING FILLER METAL<br>SUNKWANG METAL CO LTD<br>216 SAMSUNGDANG RI SINBUK POCHON KYONGGI, 487913<br>KOREA, REPUBLIC OF<br><br>Docketed Total: $31,551.00<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $31,551.00  $31,551.00 | Allowed Total: $8,866.08<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $8,866.08  $8,866.08 |
| Claim: 11259<br>Date Filed: 07/27/2006<br>Docketed Total: $814,710.90<br>Filing Creditor Name:<br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613 | Claim Holder Name<br>T & L AUTOMATICS INC<br>770 EMERSON ST<br>ROCHESTER, NY 14613<br><br>Docketed Total: $814,710.90<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $814,710.90  $814,710.90 | Allowed Total: $143,378.81<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $143,378.81  $143,378.81 |
| Claim: 11967<br>Date Filed: 07/28/2006<br>Docketed Total: $5,019,217.38<br>Filing Creditor Name:<br>TDK CORPORATION OF AMERICA<br>KATTEN MUCHIN ROSENMAN LLP<br>525 W MONROE ST<br>CHICAGO, IL 60661-3693 | Claim Holder Name<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $5,019,217.38<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $5,019,217.38  $5,019,217.38 | Allowed Total: $4,986,815.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $4,986,815.92  $4,986,815.92 |

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9019<br>Date Filed: 07/05/2006<br>Docketed Total: $15,855.76<br>Filing Creditor Name:<br>TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY | Claim Holder Name<br>TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY<br><br>Case Number*: 05-44610<br>Docketed Total: $15,855.76<br><br>Secured    Priority    Unsecured $15,855.76<br>**$15,855.76** | Claim Holder Name<br><br>Case Number*: 05-44610<br>Allowed Total: $8,429.59<br><br>Secured    Priority    Unsecured $8,429.59<br>**$8,429.59** |
| Claim: 4734<br>Date Filed: 05/04/2006<br>Docketed Total: $48,220.13<br>Filing Creditor Name:<br>TEFCO INC<br>10120 W FLAMINGO RD<br>STE 4 204<br>LAS VEGAS, NV 89147 | Claim Holder Name<br>TEFCO INC<br>10120 W FLAMINGO RD<br>STE 4 204<br>LAS VEGAS, NV 89147<br><br>Case Number*: 05-44640<br>Docketed Total: $48,220.13<br><br>Secured    Priority    Unsecured $48,220.13<br>**$48,220.13** | Claim Holder Name<br><br>Case Number*: 05-44640<br>Allowed Total: $24,362.56<br><br>Secured    Priority    Unsecured $24,362.56<br>**$24,362.56** |
| Claim: 7443<br>Date Filed: 06/05/2006<br>Docketed Total: $108,297.25<br>Filing Creditor Name:<br>TEKNOR APEX COMPANY<br>505 CENTRAL AVE<br>PAWTUCKET, RI 02861 | Claim Holder Name<br>TEKNOR APEX COMPANY<br>505 CENTRAL AVE<br>PAWTUCKET, RI 02861<br><br>Case Number*: 05-44481<br>Docketed Total: $108,297.25<br><br>Secured    Priority    Unsecured $108,297.25<br>**$108,297.25** | Claim Holder Name<br><br>Case Number*: 05-44640<br>Allowed Total: $32,433.15<br><br>Secured    Priority    Unsecured $32,433.15<br>**$32,433.15** |

*   See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 13420<br>Date Filed: 07/31/2006<br>Docketed Total: $759,698.01<br>Filing Creditor Name:<br>TICONA LLC<br>TICONA FORTRON<br>8040 DIXIE HWY<br>FLORENCE, KY 41042-2904 | Claim Holder Name<br>TICONA LLC<br>TICONA FORTRON<br>8040 DIXIE HWY<br>FLORENCE, KY 41042-2904<br><br>Docketed Total: $759,698.01<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44481                                    $759,698.01<br>                                                    $759,698.01 | Allowed Total: $747,990.05<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                      $33,088.73<br>05-44640                                     $714,901.32<br>                                                    $747,990.05 |
| Claim: 1733<br>Date Filed: 01/31/2006<br>Docketed Total: $8,407.61<br>Filing Creditor Name:<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | Claim Holder Name<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010<br><br>Docketed Total: $8,407.61<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                       $8,407.61<br>                                                       $8,407.61 | Allowed Total: $3,899.17<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567                                       $3,899.17<br>                                                       $3,899.17 |
| Claim: 1920<br>Date Filed: 02/08/2006<br>Docketed Total: $6,716.00<br>Filing Creditor Name:<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | Claim Holder Name<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010<br><br>Docketed Total: $6,716.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $6,716.00<br>                                                       $6,716.00 | Allowed Total: $2,588.00<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                       $2,588.00<br>                                                       $2,588.00 |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | Docketed Total: | | Secured | Priority | Unsecured | Allowed Total: |
| Claim: 1572<br>Date Filed: 01/17/2006<br>Docketed Total: $33,450.00<br>Filing Creditor Name:<br>TOSOH SMD INC<br>SCHOTTENSTEIN ZOX & DUNN<br>PO BOX 165020<br>COLUMBUS, OH 43216-5020 | Claim Holder Name<br>TOSOH SMD INC<br>SCHOTTENSTEIN ZOX & DUNN<br>PO BOX 165020<br>COLUMBUS, OH 43216-5020<br>Case Number* 05-44481 | | | $33,450.00<br>$33,450.00 | $33,450.00 | Case Number* 05-44640 | | | $10,900.00<br>$10,900.00 | $10,900.00 |
| Claim: 11461<br>Date Filed: 07/27/2006<br>Docketed Total: $179,951.83<br>Filing Creditor Name:<br>TRAM INC<br>47200 PORT ST<br>PLYMOUTH, MI 48170 | Claim Holder Name<br>TRAM INC<br>47200 PORT ST<br>PLYMOUTH, MI 48170<br>Case Number* 05-44640 | | | $179,951.83<br>$179,951.83 | $179,951.83 | Case Number* 05-44640 | | | $41,510.40<br>$41,510.40 | $41,510.40 |
| Claim: 2065<br>Date Filed: 02/21/2006<br>Docketed Total: $126,918.43<br>Filing Creditor Name:<br>TRANS MATIC MFG CO INC<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br>Case Number* 05-44640 | | | $126,918.43<br>$126,918.43 | $126,918.43 | Case Number* 05-44640 | | | $124,318.49<br>$124,318.49 | $124,318.49 |
| Claim: 11229<br>Date Filed: 07/26/2006<br>Docketed Total: $78,757.21<br>Filing Creditor Name:<br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651 | Claim Holder Name<br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651<br>Case Number* 05-44640 | | | $78,757.21<br>$78,757.21 | $78,757.21 | Case Number* 05-44640 | | | $16,213.28<br>$16,213.28 | $16,213.28 |

* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: #8523
Date Filed: 06/26/2006
Docketed Total: $56,537.23
Filing Creditor Name:
TWIN CORPORATION
WINEGARDEN HALEY
LINDHOLM & ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

**CLAIM AS DOCKETED**

Claim Holder Name
TWIN CORPORATION
WINEGARDEN HALEY LINDHOLM
& ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

Docketed Total: $56,537.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,537.23 |
| | | | $56,537.23 |

**CLAIM AS ALLOWED**

Allowed Total: $25,649.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $462.59 |
| 05-44640 | | | $25,186.67 |
| | | | $25,649.26 |

---

Claim: #8715
Date Filed: 06/28/2006
Docketed Total: $36,618.89
Filing Creditor Name:
TWIST INC
PO BOX 177
JAMESTOWN, OH 45335

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $36,618.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,618.89 |
| | | | $36,618.89 |

Allowed Total: $33,454.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,454.31 |
| | | | $33,454.31 |

---

Claim: #12396
Date Filed: 07/28/2006
Docketed Total: $148,325.65
Filing Creditor Name:
TYZ ALL PLASTICS INC
120 EXPRESS ST STE 1
PLAINVIEW, NY 11803

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $148,325.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,325.65 |
| | | | $148,325.65 |

Allowed Total: $143,898.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,898.96 |
| | | | $143,898.96 |

---

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

### Claim: 5123

**CLAIM TO BE ALLOWED**
Date Filed: 05/08/2006
Docketed Total: $6,685.44
Filing Creditor Name:
ULTRAFORM INDUSTRIES INC
150 PEYERK CT
ROMEO, MI 48065

**CLAIM AS DOCKETED**
Claim Holder Name
ULTRAFORM INDUSTRIES INC
150 PEYERK CT
ROMEO, MI 48065

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,685.44 |
| Docketed Total: | | | $6,685.44 |
| | | | $6,685.44 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $5,422.74 |
| Allowed Total: | | | $5,422.74 |
| | | | $5,422.74 |

### Claim: 11437

**CLAIM TO BE ALLOWED**
Date Filed: 07/27/2006
Docketed Total: $39,624.64
Filing Creditor Name:
UNISOURCE WORLDWIDE INC
850 N ARLINGTON HEIGHTS RD
ITASCA, IL 60143

**CLAIM AS DOCKETED**
Claim Holder Name
UNISOURCE WORLDWIDE INC
850 N ARLINGTON HEIGHTS RD
ITASCA, IL 60143

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,500.00 | $34,124.64 |
| Docketed Total: | | $5,500.00 | $34,124.64 |
| | | | $34,124.64 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $13,620.66 |
| Allowed Total: | | | $13,620.66 |
| | | | $13,620.66 |

### Claim: 1744

**CLAIM TO BE ALLOWED**
Date Filed: 02/01/2006
Docketed Total: $70,521.92
Filing Creditor Name:
UNITED ELECTRONICS CORP
5321 N PEARL ST
ROSEMONT, IL 60018

**CLAIM AS DOCKETED**
Claim Holder Name
UNITED ELECTRONICS CORP
5321 N PEARL ST
ROSEMONT, IL 60018

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $70,521.92 |
| Docketed Total: | | | $70,521.92 |
| | | | $70,521.92 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $41,422.60 |
| Allowed Total: | | | $41,422.60 |
| | | | $41,422.60 |

### Claim: 1787

**CLAIM TO BE ALLOWED**
Date Filed: 02/06/2006
Docketed Total: $596,771.49
Filing Creditor Name:
UNIVERSAL BEARINGS INC
PO BOX 38
BREMEN, IN 46506

**CLAIM AS DOCKETED**
Claim Holder Name
GOLDMAN SACHS CREDIT
PARTNERS LP
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $132,614.03 | $464,157.46 |
| Docketed Total: | | $132,614.03 | $464,157.46 |
| | | | $464,157.46 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-46640 | | | $159,738.00 |
| Allowed Total: | | | $159,738.00 |
| | | | $159,738.00 |

* See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1098<br>Date Filed: 12/09/2005<br>Docketed Total: $54,912.75<br>Filing Creditor Name:<br>UNIVERSAL METAL PRODUCTS INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130 | Claim Holder Name<br>UNIVERSAL METAL PRODUCTS INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130<br><br>Case Number*: 05-44481<br>Docketed Total: $54,912.75<br>Secured: —<br>Priority: —<br>Unsecured: $54,912.75<br>**$54,912.75** | Case Number*: 05-44640<br>Allowed Total: $13,620.40<br>Secured: —<br>Priority: —<br>Unsecured: $13,620.40<br>**$13,620.40** |
| Claim: 2069<br>Date Filed: 02/21/2006<br>Docketed Total: $14,704.15<br>Filing Creditor Name:<br>UNIVERSAL METAL PRODUCTS INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130 | Claim Holder Name<br>UNIVERSAL METAL PRODUCTS INC<br>29980 LAKELAND BLVD<br>PO BOX 130<br>WICKLIFFE, OH 44092-0130<br><br>Case Number*: 05-44481<br>Docketed Total: $14,704.15<br>Secured: —<br>Priority: —<br>Unsecured: $14,704.15<br>**$14,704.15** | Case Number*: 05-44640<br>Allowed Total: $878.15<br>Secured: —<br>Priority: —<br>Unsecured: $878.15<br>**$878.15** |
| Claim: 222<br>Date Filed: 10/31/2005<br>Docketed Total: $636,399.79<br>Filing Creditor Name:<br>US FARATHANE CORPORATION<br>38000 MOUND RD<br>STERLING HEIGHTS, MI 48310 | Claim Holder Name<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Case Number*: 05-44481<br>Docketed Total: $636,399.79<br>Secured: —<br>Priority: —<br>Unsecured: $636,399.79<br>**$636,399.79** | Case Number*: 05-44640<br>Allowed Total: $474,425.64<br>Secured: —<br>Priority: —<br>Unsecured: $474,425.64<br>**$474,425.64** |
| Claim: 12385<br>Date Filed: 07/28/2006<br>Docketed Total: $125,315.71<br>Filing Creditor Name:<br>VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | Claim Holder Name<br>VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408<br><br>Case Number*: 05-44567<br>Docketed Total: $125,315.71<br>Secured: —<br>Priority: —<br>Unsecured: $125,315.71<br>**$125,315.71** | Case Number*: 05-44567<br>Allowed Total: $72,912.77<br>Secured: —<br>Priority: —<br>Unsecured: $72,912.77<br>**$72,912.77** |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11074 | Claim Holder Name | |
| Date Filed: 07/26/2006 | ASM CAPITAL LP | |
| Docketed Total: $285,140.66 | 7600 JERICHO TURNPIKE STE 302 | |
| Filing Creditor Name: | WOODBURY, NY 11797 | |
| VIKING PLASTICS INC | | |
| 1 VIKING ST | | |
| CORRY, PA 16407 | | |
| Case Number*: 05-44640 | Case Number*: 05-44640 | Case Number*: 05-44640 |
| | Docketed Total: $279,593.31 | Allowed Total: $238,940.13 |
| | Secured — Priority — Unsecured $279,593.31 | Secured — Priority — Unsecured $238,940.13 |
| | $279,593.31 | $238,940.13 |
| Claim: 9452 | Claim Holder Name | |
| Date Filed: 07/13/2006 | VISHAY AMERICAS INC | |
| Docketed Total: $2,675,676.21 | 1 GREENWHICH PL | |
| Filing Creditor Name: | SHELTON, CT 06484 | |
| VISHAY AMERICAS INC | | |
| 1 GREENWHICH PL | | |
| SHELTON, CT 06484 | | |
| Case Number*: 05-44481 | Case Number*: 05-44481 | Case Number*: 05-44640 |
| | Docketed Total: $2,675,676.21 | Allowed Total: $12,100.42 |
| | Secured — Priority — Unsecured $2,675,676.21 | Secured — Priority — Unsecured $12,100.42 |
| | $2,675,676.21 | $12,100.42 |
| Claim: 7609 | Claim Holder Name | |
| Date Filed: 06/07/2006 | AMROC INVESTMENTS LLC | |
| Docketed Total: $402,499.83 | 535 MADISON AVE 15TH FL | |
| Filing Creditor Name: | NEW YORK, NY 10022 | |
| WAKO ELECTRONICS USA INC | | |
| C/O STITES & HARBINSON | | |
| WAKO ELECTRONICS | | |
| 400 W MARKET ST STE 1800 | | |
| LOUISVILLE, KY 40202 | | |
| Case Number*: 05-44640 | Case Number*: 05-44640 | Case Number*: 05-44640 |
| | Docketed Total: $402,499.83 | Allowed Total: $373,327.83 |
| | Secured — Priority — Unsecured $402,499.83 | Secured — Priority — Unsecured $373,327.83 |
| | $402,499.83 | $373,327.83 |
| Claim: 10207 | Claim Holder Name | |
| Date Filed: 07/21/2006 | AMROC INVESTMENTS LLC | |
| Docketed Total: $208,704.95 | 535 MADISON AVE 15TH FL | |
| Filing Creditor Name: | NEW YORK, NY 10022 | |
| WAMCO INC | | |
| AKIN GUMP STRAUSS HAUER & | | |
| FELD | | |
| 2029 CENTURY PARK E 24TH FL | | |
| LOS ANGELES, CA 90067 | | |
| Case Number*: 05-44567 | Case Number*: 05-44567 | Case Number*: 05-44567 |
| | Docketed Total: $208,704.95 | Allowed Total: $133,078.70 |
| | Secured — Priority — Unsecured $208,704.95 | Secured — Priority — Unsecured $133,078.70 |
| | $208,704.95 | $133,078.70 |

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Claim: 10752 Date Filed: 07/25/2006 Docketed Total: $121,998.56 Filing Creditor Name: WIEGEL TOOL WORKS INC LEIBOWITZ LAW CENTER 420 W CLAYTON ST WAUKEGAN, IL 60085 | WIEGEL TOOL WORKS INC LEIBOWITZ LAW CENTER 420 W CLAYTON ST WAUKEGAN, IL 60085 | | | | | | | | $32,288.00 | |
| | Case Number* 05-44567 | | | Docketed Total: | $121,998.56 $121,998.56 | Case Number* 05-44567 | | Allowed Total: | $32,288.00 $32,288.00 | |
| Claim: 12019 Date Filed: 07/28/2006 Docketed Total: $351,071.44 Filing Creditor Name: ZF LEMFOERDER SISTEMAS AUTOMOTRICES SA DE CV HUNTER & SCHANK CO LPA 1700 CANTON AVE TOLEDO, OH 43604 | HAIN CAPITAL HOLDINGS LLC 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | | | | | | | | $29,240.92 | |
| | Case Number* 05-44640 | | | Docketed Total: | $351,071.44 $351,071.44 | Case Number* 05-44640 | | Allowed Total: | $29,240.92 $29,240.92 | |
| Claim: 9304 Date Filed: 07/11/2006 Docketed Total: $114,420.00 Filing Creditor Name: ZILOG INC 532 RACE ST SAN JOSE, CA 95126 | ZILOG INC 532 RACE ST SAN JOSE, CA 95126 | | | | | | | | $7,200.00 | |
| | Case Number* 05-44567 | | | Docketed Total: | $114,420.00 $114,420.00 | Case Number* 05-44567 | | Allowed Total: | $7,200.00 $7,200.00 | |

Total Claims To Be Allowed: 177
Total Amount As Docketed: $47,669,590.46
Total Amount As Allowed: $24,983,765.69

\*    See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., **et al.**
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)

**CLAIM TO BE ALLOWED** | **CLAIM AS DOCKETED** | **CLAIM AS ALLOWED**

---

### Claim: 2246
Date Filed: 03/10/2006
Docketed Total: $6,140,513.59
Filing Creditor Name:
ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS & DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

**CLAIM AS DOCKETED**

Claim Holder Name:
BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $6,140,513.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,823.94 | $6,140,513.59 |
| | | $5,823.94 | $6,140,513.59 |

**CLAIM AS ALLOWED**

Allowed Total: $3,155,490.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,250.00 |
| 05-44640 | | | $3,150,240.79 |
| | | | $3,155,490.79 |

---

### Claim: 16783
Date Filed: 01/16/2008
Docketed Total: $429,525.84
Filing Creditor Name:
AMERICAN AIKOKU ALPHA INC
C/O MASUDA FUNAI EIFERT & MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

**CLAIM AS DOCKETED**

Claim Holder Name:
AMERICAN AIKOKU ALPHA INC
C/O MASUDA FUNAI EIFERT & MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Docketed Total: $429,525.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $21,813.20 | $15,482.29 | $423,701.90 |
| | $21,813.20 | $15,482.29 | $423,701.90 |

**CLAIM AS ALLOWED**

Allowed Total: $276,562.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $276,562.50 |
| | | | $276,562.50 |

---

### Claim: 11659
Date Filed: 07/27/2006
Docketed Total: $242,455.24
Filing Creditor Name:
FUJIKURA AMERICA INC
3150 CORONADO DR STE A
SANTA CLARA, CA 95054-3223

**CLAIM AS DOCKETED**

Claim Holder Name:
FUJIKURA AMERICA INC
3150 CORONADO DR STE A
SANTA CLARA, CA 95054-3223

Docketed Total: $242,455.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,482.29 | $205,159.75 |
| | | $15,482.29 | $205,159.75 |

**CLAIM AS ALLOWED**

Allowed Total: $96,343.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $96,343.87 |
| | | | $96,343.87 |

---

\* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| **Claim:** 10656<br>Date Filed: 07/25/2006<br>Docketed Total: $781,205.06<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746<br><br>Docketed Total: $781,205.06<br><br>Case Number*: 05-44640<br>Secured — / Priority — / Unsecured $781,205.06 / **$781,205.06** | Allowed Total: $314,506.62<br><br>Case Number*: 05-44640, 05-44624<br>Secured — / Priority — / Unsecured $313,930.62; $576.00 / **$314,506.62** |
| **Claim:** 10681<br>Date Filed: 07/25/2006<br>Docketed Total: $781,205.06<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746<br><br>Docketed Total: $781,205.06<br><br>Case Number*: 05-44567<br>Secured — / Priority — / Unsecured $781,205.06 / **$781,205.06** | Allowed Total: $2,602.35<br><br>Case Number*: 05-44567<br>Secured — / Priority — / Unsecured $2,602.35 / **$2,602.35** |
| **Claim:** 416<br>Date Filed: 11/07/2005<br>Docketed Total: $5,415,329.84<br>Filing Creditor Name:<br>HITACHI CHEMICAL<br>SINGAPORE PTE LTD FKA<br>HITACHI CHEMICAL ASIA<br>PACIFIC PTE LTD<br>ATTN MENACHEMO<br>ZELMANOVITZ ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Holder Name<br>HITACHI CHEMICAL SINGAPORE<br>PTE LTD FKA HITACHI CHEMICAL<br>ASIA PACIFIC PTE LTD<br>MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178<br><br>Docketed Total: $5,415,329.84<br><br>Case Number*: 05-44481<br>Secured — / Priority $2,110,565.18 / Unsecured $3,304,764.66 / **$3,304,764.66**<br>**$2,110,565.18** | Allowed Total: $3,353,309.95<br><br>Case Number*: 05-44640<br>Secured — / Priority — / Unsecured $3,353,309.95 / **$3,353,309.95** |

\*    See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)**

## CLAIM TO BE ALLOWED — CLAIM AS DOCKETED — CLAIM AS ALLOWED

**Claim: 12192**
Date Filed: 07/28/2006
Docketed Total: $1,296,063.40
Filing Creditor Name:
LORENTSON MFG CO INC
PO BOX 932
KOKOMO, IN 46903-0932

CLAIM AS DOCKETED
Claim Holder Name
LORENTSON MFG CO INC
PO BOX 932
KOKOMO, IN 46903-0932
Docketed Total: $1,296,063.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $789,167.04 | | $506,896.36 |
| | $789,167.04 | | $506,896.36 |

CLAIM AS ALLOWED
Allowed Total: $396,613.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $396,613.90 |
| | | | $396,613.90 |

---

**Claim: 11707**
Date Filed: 07/26/2006
Docketed Total: $2,997,056.91
Filing Creditor Name:
TYCO ELECTRONICS
CORPORATION
PO BOX 3608 MS 3826
HARRISBURG, PA 17105-3608

CLAIM AS DOCKETED
Claim Holder Name
TYCO ELECTRONICS
CORPORATION
PO BOX 3608 MS 3826
HARRISBURG, PA 17105-3608
Docketed Total: $2,997,056.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,997,056.91 |
| | | | $2,997,056.91 |

CLAIM AS ALLOWED
Allowed Total: $1,978,227.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $34,332.85 |
| 05-44640 | | | $1,932,677.00 |
| 05-44511 | | | $9,300.79 |
| 05-44507 | | | $1,917.20 |
| | | | $1,978,227.84 |

Total Claims To Be Allowed: 8
Total Amount As Docketed:    $18,083,354.94
Total Amount As Allowed:    $9,573,657.82

* See Exhibit H for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS)

### CLAIM TO BE ALLOWED

**Claim:** 2660
**Date Filed:** 04/17/2006
**Docketed Total:** $420,083,457.18
**Filing Creditor Name:**
LAW DEBENTURE TRUST
COMPANY OF NEW YORK
BROWN RUDNICK BERLACK
ISRAELS LLP
SEVEN TIMES SQ
NEW YORK, NY 10036

### CLAIM AS DOCKETED

Claim Holder Name
LAW DEBENTURE TRUST COMPANY
OF NEW YORK
BROWN RUDNICK BERLACK
ISRAELS LLP
SEVEN TIMES SQ
NEW YORK, NY 10036

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Docketed Total: | | | $420,083,457.18 |
| | | | $420,083,457.18 |

Case Number*
05-44481

### CLAIM AS ALLOWED

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Allowed Total: | | | $420,083,457.18 |
| | | | $420,083,457.18 |

Case Number*
05-44481

---

### CLAIM TO BE ALLOWED

**Claim:** 1420
**Date Filed:** 01/03/2006
**Docketed Total:** $6,185,131.57
**Filing Creditor Name:**
PIONEER NORTH AMERICA INC
SCHAFER AND WEINER PLLC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

### CLAIM AS DOCKETED

Claim Holder Name
WHITEBOX HEDGED HIGH YIELD
PARTNERS LP
3033 EXCELSIOR BLVD STE 300
MINNEAPOLIS, MN 55416

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Docketed Total: | | $3,129,150.38 | $3,055,981.19 |
| | | $3,129,150.38 | $3,055,981.19 |

Case Number*
05-44640

### CLAIM AS ALLOWED

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Allowed Total: | | | $6,185,131.57 |
| | | | $6,185,131.57 |

Case Number*
05-44640

---

### CLAIM TO BE ALLOWED

**Claim:** 10271
**Date Filed:** 07/24/2006
**Docketed Total:** $2,044,593,402.77
**Filing Creditor Name:**
WILMINGTON TRUST COMPANY
AS INDENTURE TRUSTEE
KIRKPATRICK & LOCKHART
NICHOLOSN GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

### CLAIM AS DOCKETED

Claim Holder Name
WILMINGTON TRUST COMPANY AS
INDENTURE TRUSTEE
KIRKPATRICK & LOCKHART
NICHOLOSN GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Docketed Total: | | | $2,044,593,402.77 |
| | | | $2,044,593,402.77 |

Case Number*
05-44481

### CLAIM AS ALLOWED

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Allowed Total: | | | $2,044,593,402.77 |
| | | | $2,044,593,402.77 |

Case Number*
05-44481

---

| | |
|---|---|
| Total Claims To Be Allowed: 3 | |
| Total Amount As Docketed: | $2,470,861,991.52 |
| Total Amount As Allowed: | $2,470,861,991.52 |

* See Exhibit H for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.                                        Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit H - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
| --- | --- |
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47452 | DELPHI FURUKAWA WIRING SYSTEMS LLC |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 3M COMPANY | 2468 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| A BERGER PRECISION LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AGAPE PLASTICS INC EFT | 3964 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ALCOTEC WIRE CO | 4232 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALMETALS CO | 8455 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPHA PRODUCTS INC | 12159 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPS AUTOMOTIVE INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMG INDUSTRIES INC | 5252 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMI INDUSTRIES INC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARC AUTOMOTIVE INC | 9151 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ARGO PARTNERS | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARGO PARTNERS | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARGO PARTNERS | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATIFIED CLAIMS) |
| ARMADA RUBBER MANUFACTURING COMPANY | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARNESES ELECTRICOS AUTOMOTRICES S A DE C V | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2090 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2164 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2318 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 2343 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AT&T CORP | 7506 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATEL LEASING CORPORATION AS AGENT FOR CREDITOR | 12195 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATMEL CORPORATION | 1165 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUMA TEC SA DE CV | 10383 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUTOTUBE LTD | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AVERY DENNINSON CORPORATION | 5453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AVX CORP | 9755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BAILEY MFG CO LLC | 11459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BANK OF AMERICA N A | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BARNES GROUP INC | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BASF MEXICANA SA DE CV | 6333 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEKAERT CORPORATION | 1791 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BELLMAN MELCOR INC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BERGQUIST COMPANY | 12448 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BONA VISTA PROGRAMS INC | 1389 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BOURNS INC | 6683 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BUEHLER MOTOR INC | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPRO LTD | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPSONIC GROUP LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CASTWELL PRODUCTS INC | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CENTURY MOLD & TOOL CO | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CERTIFIED TOOL & MANUFACTURING | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CHICAGO RIVET & MACHINE CO | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5083 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5084 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5085 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5086 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5087 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COLLINS & AIKMAN | 15339 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| COMMERCIAL PACKAGING INC | 3304 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COMPONENT PLASTICS INC | 7170 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTINENTAL MIDLAND LLC | 14247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | 12687 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP | 10386 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC | 12685 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON AUTOMOTIVE ELECTRONICS INC | 12673 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC | 12668 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| COOPER BUSSMANN INC | 10402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COOPER STANDARD AUTOMOTIVE FKA ITT AUTOMOTIVE FLUID HDG SYST | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CUSTOM PRODUCTS CORP | 8807 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAJACO INDUSTRIES INC | 16018 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER RUBBER & PLASTICS | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DATWYLER RUBBER & PLASTICS | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAWLEN CORP | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEUTSCHE BANK SECURITIES INC | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEVRIES INTERNATIONAL INC | 1586 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DICKEY GRABLER CO | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DOTT INDUSTRIES INC | 14401 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOTT INDUSTRIES INC | 14402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DOW CORNING CORP | 7343 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOW CORNING CORPORATION | 7341 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DRAKA AUTOMOTIVE GMBH | 116 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYBROOK PRODUCTS INC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST CANADA INC | 8376 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST DEUTSCHLAND GMBH & CO KG | 8374 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EAGLE FASTENERS INCORPORATED | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EIMO AMERICAS | 5887 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EMERSON & CUMING INC | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ENDURA PLASTICS & SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EPCOS INC | 8946 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ERWIN QUARDER INC | 1464 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| EVOX RIFA INC | 9461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| F&G MULTI SLIDE INC | 16751 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FCI AUTOMOTIVE DEUTSCHLAND GMBH | 14126 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FCI USA INC | 14130 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FEDERAL SCREW WORKS | 2350 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FERRO ELECTRONIC MATERIALS | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLAMBEAU INC | 12212 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLEX TECHNOLOGIES INC | 11542 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLOW DRY TECHNOLOGY LTD | 8508 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREESCALE SEMICONDUCTOR INC | 12024 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREUDENBERG NOK GENERAL PARTNERSHIP | 11603 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NOK INC | 11602 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FUJIKURA AMERICA INC | 11659 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GAPI USA | 6993 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GMD INDUSTRIES LLC DBA PRODUCTION SCREW MACHINE | 15140 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GOLDMAN SACHS CREDIT PARTNERS LP | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GOODYEAR CANADA INC | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GREYSTONE OF LINCOLN INC | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GRUNER AG | 831 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| H & M COMPANY INC | 7603 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL INVESTORS LLC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL INVESTORS LLC | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HECKETHORN MANUFACTURING CO INC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10656 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10681 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENRY COUNTY RURAL ELECTRIC ME | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | 416 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HUF PORTUGUESA LDA | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HURST BYRON G | 2285 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| HUTCHINSON FTS INC | 13967 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HUTCHINSON SEAL CORPORATION | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HYLAND MACHINE COMPANY | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| IER INDUSTRIES INC | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ILLINOIS TOOL WORKS INC | 12246 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 6615 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9567 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9574 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| INDAK MANUFACTURING CORP EFT | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INTEGRATED SILICON SOLUTION EF INC | 10279 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 13788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 14215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ITT CANNON NEWTON | 1541 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW DELTAR INSERT MOLDED PRODUCTS | 9573 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW FILTRATION PRODUCTS | 10421 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JIFFY TITE CO INC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JOHN GUEST AUTOMOTIVE INC | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JPMORGAN CHASE BANK NA | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JPMORGAN CHASE BANK NA | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAC HOLDINGS INC DBA KESTER | 15565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS MANUFACTURING CO | 105 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS SOUTHWEST INC | 104 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12210 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12211 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEY SAFETY SYSTEMS & SUBSIDIARIES | 1790 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KEYSTONE POWDERED METAL COMPANY | 15792 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16686 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16687 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOKOMO GAS AND FUEL COMPANY | 11622 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| L&W ENGINEERING CO | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LATIGO MASTER FUND LTD | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | 2660 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| LDI INCORPORATED | 9832 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LEXINGTON RUBBER GROUP INC | 11924 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LINEAR TECHNOLOGY CORPORATION | 16681 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LIQUIDITY SOLUTIONS INC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HENRY COUNTY REMC | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF INDAK MANUFACTURING CORP | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FAIRWAY SPRING CO INC | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORD CORPORATION | 16307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORENTSON MFG CO INC | 12192 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| LYDALL THERMAL ACOUSTICAL SALES LLC FKA LYDALL WESTEX | 9463 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| M A COM INC | 15926 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MACAUTO USA INC | 9431 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MACHINED PRODUCTS CO | 5115 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MADISON NICHE OPPORTUNITIES LLC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MANDO AMERICA CORPORATION | 1569 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MATSUO ELECTRONICS OF AMERICA | 5306 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL FLOW CORPORATION | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL MATIC INC | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICRON SEMICONDUCTOR PROD INC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICROSEMI CORP | 6932 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MID CONTINENT SPRING CO EFT | 6577 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MID STATES RUBBER PRODUCTS INC | 12244 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MIDTOWN CLAIMS LLC | 4501 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOLDTECH INC | 3738 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOTOROLA INC AKA MOTOROLA AIEG | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MUBEA INC | 11688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MUELLER INDUSTRIES INC | 9550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NEWARK ELECTRONICS | 7550 | EXHIBIT D - EXHIBIT D CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NICHIA AMERICA CORPORATION | 2221 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NISSAN TRADING CORP USA | 293 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NORTHERN ENGRAVING CORPORATION | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OETIKER INC | 722 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| OFFSHORE INTERNATIONAL INCORPORATED | 16393 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OKI AMERICA INC | 16318 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ONKYO INDUSTRIAL COMPONENTS INC | 878 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ORE HILL HUB FUND LTD | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PAR FOAM PRODUCTS INC | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PARLEX CORPORATION | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PENN ALUMINUM INTERNATIONAL INC | 16557 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PENN ENGINEERING & MANUFACTURING CORP | 1156 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PIONEER NORTH AMERICA INC | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| PLAINFIELD MOLDING INC | 12439 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| PLAINFIELD STAMP ILLINOIS INC | 12438 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PLASTOMER CORP | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PONTIAC COIL INC | 5388 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION HARNESS INC | 9024 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION RESOURCE INC KY DIV | 16609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRIDGEON & CLAY INC | 16661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PROMOTECH KUNSTSTOFF UND METTALLVERARBEITUNGSGES MBH | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| QUALITY SCREW & NUT CO | 4268 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUALITY SYNTHETIC RUBBER INC | 15231 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RB & W CORPORATION EFT | 10194 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RED SPOT CORP | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RF MICRO DEVICES INC | 2748 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RICHCO INC | 520 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| RICHCO INC | 521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROBIN INDUSTRIES INC CLEVELAND DIVISION | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROGERS FOAM CORPORATION | 788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROTAFORM LLC | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RTP CO | 9910 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RUDOLPH BROS & CO | 237 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAINT GOBAIN PERFORMANCE | 12030 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAMUEL SON & CO | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM | 3996 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEAL & DESIGN INC | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALED AIR CORPORATION | 3293 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALING DEVICES INC | 7843 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEMBLEX CORPORATION | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SFS INTEC INC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SGF OF AMERICA | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP | 2274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SHIN ETSU POLYMER AMERICA INC | 11596 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND LLC | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SIERRA LIQUIDITY FUND LLC ASSIGNEE LAKE ERIE PRODUCTS INC  LIVONIA FITTINGS PRODUCTS COMPANY ET AL ASSIGNOR | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SKF USA INC | 11247 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALL PARTS INC | 11274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALLEY STEEL RING COMPANY | 661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SMC AMERICA INC AKA SCREW MACHINING COMPONENTS INC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION | 14489 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC | 14134 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPECIAL DEVICES INCORPORATED | 11963 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPEED TECH CORPORATION | 10955 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STADCO INC | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STARK MANUFACTURING LLC | 1260 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEPHENSON & LAWYER INC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEWARD INC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STONEHILL INSTITUTIONAL PARTNERS LP | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SUMITOMO SITIX SILICON INC | 1521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUN KWANG BRAZING FILLER METAL | 5400 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| T & L AUTOMATICS INC | 11259 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK CORPORATION OF AMERICA | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEFCO INC | 4734 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEKNOR APEX COMPANY | 7443 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TERMAX CORP | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE CHERRY CORPORATION | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 16555 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE TIMKEN COMPANY | 14319 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| THERMOTECH SA DE CV | 6096 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THIERICA INC | 11536 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TI GROUP AUTOMOTIVE SYSTEMS LLC | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TICONA LLC | 13420 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TIMKEN US CO | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOLLMAN SPRING CO INC | 1733 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOPCRAFT PRECISION MOLDERS EFT | 9435 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS INC | 12239 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSOH SMD INC | 1572 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT MANAGMENT LP | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TR BUTTERFIELD TRAIL CORP | 12342 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TRADE DEBT NET | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TRAM INC | 11461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWIN CORPORATION | 8523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWIST INC | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWOSON ESP INC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWOSON TOOL CO INC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| TYZ ALL PLASTICS INC | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UFE INC | 10233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ULTRAFORM INDUSTRIES INC | 5123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNISOURCE WORLDWIDE INC | 11437 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNITED ELECTRONICS CORP | 1744 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL BEARINGS INC | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 1098 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 2069 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| US FARATHANE CORPORATION | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VIASYSTEMS | 12385 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VICTORY PACKAGING LP | 11640 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VIKING PLASTICS INC | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9452 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9454 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VOGELSANG CORP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES | 12391 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| WAKO ELECTRONICS USA INC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WAMCO INC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WARNER ELECTRIC LLC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| WHITEBOX HEDGED HIGH YIELD PARTNERS LP | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE | 10271 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WOCO INDUSTRIETECHNIK GMBH | 10076 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| YAZAKI NORTH AMERICA INC | 13183 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZF LEMFORDER SISTEMAS AUTOMOTRICES SA DE CV | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ZIERICK MFG CO | 3375 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZILOG INC | 9304 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 3M COMPANY | 2468 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| A BERGER PRECISION LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AGAPE PLASTICS INC EFT | 3964 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ALCOTEC WIRE CO | 4232 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALMETALS CO | 8455 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPHA PRODUCTS INC | 12159 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPS AUTOMOTIVE INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMG INDUSTRIES INC | 5252 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMI INDUSTRIES INC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARC AUTOMOTIVE INC | 9151 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ARGO PARTNERS | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARGO PARTNERS | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARGO PARTNERS | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ARMADA RUBBER MANUFACTURING COMPANY | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARNESES ELECTRICOS AUTOMOTRICES S A DE C V | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2090 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2164 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2318 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 2343 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AT&T CORP | 7506 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATEL LEASING CORPORATION AS AGENT FOR CREDITOR | 12195 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATMEL CORPORATION | 1165 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUMA TEC SA DE CV | 10383 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUTOTUBE LTD | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AVERY DENNINSON CORPORATION | 5453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AVX CORP | 9755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BAILEY MFG CO LLC | 11459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BANK OF AMERICA N A | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BARNES GROUP INC | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BASF MEXICANA SA DE CV | 6333 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEKAERT CORPORATION | 1791 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BELLMAN MELCOR INC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BERGQUIST COMPANY | 12448 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BONA VISTA PROGRAMS INC | 1389 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BOURNS INC | 6683 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BUEHLER MOTOR INC | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPRO LTD | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPSONIC GROUP LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CASTWELL PRODUCTS INC | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CENTURY MOLD & TOOL CO | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CERTIFIED TOOL & MANUFACTURING | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CHICAGO RIVET & MACHINE CO | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5083 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5084 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5085 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5086 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5087 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COLLINS & AIKMAN | 15339 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| COMMERCIAL PACKAGING INC | 3304 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COMPONENT PLASTICS INC | 7170 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTINENTAL MIDLAND LLC | 14247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | 12687 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP | 10386 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC | 12685 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON AUTOMOTIVE ELECTRONICS INC | 12673 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC | 12668 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNH-WA CO LTD | 12695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| COOPER BUSSMANN INC | 10402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COOPER STANDARD AUTOMOTIVE FKA ITT AUTOMOTIVE FLUID HDG SYST | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CUSTOM PRODUCTS CORP | 8807 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAJACO INDUSTRIES INC | 16018 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER RUBBER & PLASTICS | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DATWYLER RUBBER & PLASTICS | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAWLEN CORP | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEUTSCHE BANK SECURITIES INC | 14664 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEVRIES INTERNATIONAL INC | 1586 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DICKEY GRABLER CO | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DOTT INDUSTRIES INC | 14401 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOTT INDUSTRIES INC | 14402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DOW CORNING CORP | 7343 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOW CORNING CORPORATION | 7341 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DRAKA AUTOMOTIVE GMBH | 116 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYBROOK PRODUCTS INC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST CANADA INC | 8376 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST DEUTSCHLAND GMBH & CO KG | 8374 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EAGLE FASTENERS INCORPORATED | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EIMO AMERICAS | 5887 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EMERSON & CUMING INC | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ENDURA PLASTICS & SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EPCOS INC | 8946 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ERWIN QUARDER INC | 1464 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| EVOX RIFA INC | 9461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| F&G MULTI SLIDE INC | 16757 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FCI AUTOMOTIVE DEUTSCHLAND GMBH | 14126 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FCI USA INC | 14130 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FEDERAL SCREW WORKS | 2350 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FERRO ELECTRONIC MATERIALS | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLAMBEAU INC | 12212 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLEX TECHNOLOGIES INC | 11542 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLOW DRY TECHNOLOGY LTD | 8508 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREESCALE SEMICONDUCTOR INC | 12024 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREUDENBERG NOK GENERAL PARTNERSHIP | 11603 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NOK INC | 11602 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FUJIKURA AMERICA INC | 11659 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GAPI USA | 6993 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GMD INDUSTRIES LLC DBA PRODUCTION SCREW MACHINE | 15140 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GOLDMAN SACHS CREDIT PARTNERS LP | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GOODYEAR CANADA INC | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GREYSTONE OF LINCOLN INC | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GRUNER AG | 831 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| H & M COMPANY INC | 7603 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL INVESTORS LLC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL INVESTORS LLC | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HECKETHORN MANUFACTURING CO INC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10656 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10681 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENRY COUNTY RURAL ELECTRIC ME | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | 416 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HUF PORTUGUESA LDA | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HURST BYRON G | 2285 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| HUTCHINSON FTS INC | 13967 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HUTCHINSON SEAL CORPORATION | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HYLAND MACHINE COMPANY | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| IER INDUSTRIES INC | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ILLINOIS TOOL WORKS INC | 12246 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 6615 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9567 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9574 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| INDAK MANUFACTURING CORP EFT | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INTEGRATED SILICON SOLUTION EF INC | 10279 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 13788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 14215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ITT CANNON NEWTON | 1541 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW DELTAR INSERT MOLDED PRODUCTS | 9573 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW FILTRATION PRODUCTS | 10421 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JIFFY TITE CO INC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JOHN GUEST AUTOMOTIVE INC | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JPMORGAN CHASE BANK NA | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 1771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 7325 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAC HOLDINGS INC DBA KESTER | 15565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS MANUFACTURING CO | 105 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS SOUTHWEST INC | 104 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12210 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12211 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEY SAFETY SYSTEMS & SUBSIDIARIES | 1790 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KEYSTONE POWDERED METAL COMPANY | 15792 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16686 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16687 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOKOMO GAS AND FUEL COMPANY | 11622 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| L&W ENGINEERING CO | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LATIGO MASTER FUND LTD | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | 2660 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| LDI INCORPORATED | 9832 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LEXINGTON RUBBER GROUP INC | 11924 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LINEAR TECHNOLOGY CORPORATION | 16681 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LIQUIDITY SOLUTIONS INC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HENRY COUNTY REMC | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF INDAK MANUFACTURING CORP | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FAIRWAY SPRING CO INC | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORD CORPORATION | 16307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORENTSON MFG CO INC | 12192 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| LYDALL THERMAL ACOUSTICAL SALES LLC FKA LYDALL WESTEX | 9463 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| M A COM INC | 15926 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MACAUTO USA INC | 9431 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MACHINED PRODUCTS CO | 5115 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MADISON NICHE OPPORTUNITIES LLC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MANDO AMERICA CORPORATION | 1569 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MATSUO ELECTRONICS OF AMERICA | 5306 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL FLOW CORPORATION | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL MATIC INC | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICRON SEMICONDUCTOR PROD INC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICROSEMI CORP | 6932 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MID CONTINENT SPRING CO EFT | 6577 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MID STATES RUBBER PRODUCTS INC | 12244 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MIDTOWN CLAIMS LLC | 4501 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOLDTECH INC | 3738 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOTOROLA INC AKA MOTOROLA AIEG | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MUBEA INC | 11688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MUELLER INDUSTRIES INC | 9550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NEWARK ELECTRONICS | 7550 | EXHIBIT D - EXHIBIT D CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NICHIA AMERICA CORPORATION | 2221 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NISSAN TRADING CORP USA | 293 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NORTHERN ENGRAVING CORPORATION | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OETIKER INC | 722 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| OFFSHORE INTERNATIONAL INCORPORATED | 16393 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OKI AMERICA INC | 16318 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ONKYO INDUSTRIAL COMPONENTS INC | 878 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ORE HILL HUB FUND LTD | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PAR FOAM PRODUCTS INC | 13459 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PARLEX CORPORATION | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PENN ALUMINUM INTERNATIONAL INC | 16557 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PENN ENGINEERING & MANUFACTURING CORP | 1156 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PIONEER NORTH AMERICA INC | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| PLAINFIELD MOLDING INC | 12439 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| PLAINFIELD STAMP ILLINOIS INC | 12438 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PLASTOMER CORP | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PONTIAC COIL INC | 5388 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION HARNESS INC | 9024 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION RESOURCE INC KY DIV | 16609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRIDGEON & CLAY INC | 16661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PROMOTECH KUNSTSTOFF UND METTALLVERARBEITUNGSGES MBH | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| QUALITY SCREW & NUT CO | 4268 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUALITY SYNTHETIC RUBBER INC | 15231 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RB & W CORPORATION EFT | 10194 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RED SPOT CORP | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RF MICRO DEVICES INC | 2748 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RICHCO INC | 520 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| RICHCO INC | 521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROBIN INDUSTRIES INC CLEVELAND DIVISION | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROGERS FOAM CORPORATION | 788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROTAFORM LLC | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RTP CO | 9910 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RUDOLPH BROS & CO | 237 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAINT GOBAIN PERFORMANCE | 12030 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAMUEL SON & CO | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM | 3996 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEAL & DESIGN INC | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALED AIR CORPORATION | 3293 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALING DEVICES INC | 7843 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEMBLEX CORPORATION | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SFS INTEC INC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SGF OF AMERICA | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP | 2274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SHIN ETSU POLYMER AMERICA INC | 11596 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND LLC | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SIERRA LIQUIDITY FUND LLC ASSIGNEE LAKE ERIE PRODUCTS INC LIVONIA FITTINGS PRODUCTS COMPANY ET AL ASSIGNOR | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SKF USA INC | 11247 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALL PARTS INC | 11274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALLEY STEEL RING COMPANY | 661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SMC AMERICA INC AKA SCREW MACHINING COMPONENTS INC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION | 14489 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC | 14134 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPECIAL DEVICES INCORPORATED | 11963 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPEED TECH CORPORATION | 10955 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STADCO INC | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STARK MANUFACTURING LLC | 1260 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEPHENSON & LAWYER INC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEWARD INC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STONEHILL INSTITUTIONAL PARTNERS LP | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SUMITOMO SITIX SILICON INC | 1521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUN KWANG BRAZING FILLER METAL | 5400 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| T & L AUTOMATICS INC | 11259 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK CORPORATION OF AMERICA | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEFCO INC | 4734 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEKNOR APEX COMPANY | 7443 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TERMAX CORP | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE CHERRY CORPORATION | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 16555 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE TIMKEN COMPANY | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THERMOTECH SA DE CV | 6096 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THIERICA INC | 11536 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TI GROUP AUTOMOTIVE SYSTEMS LLC | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TICONA LLC | 13420 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TIMKEN US CO | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOLLMAN SPRING CO INC | 1733 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOPCRAFT PRECISION MOLDERS EFT | 9435 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS INC | 12239 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSOH SMD INC | 1572 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT MANAGMENT LP | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TR BUTTERFIELD TRAIL CORP | 12342 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TRADE DEBT NET | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TRAM INC | 11461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWIN CORPORATION | 8523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWIST INC | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWOSON ESP INC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWOSON TOOL CO INC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| TYZ ALL PLASTICS INC | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UFE INC | 10233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ULTRAFORM INDUSTRIES INC | 5123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNISOURCE WORLDWIDE INC | 11437 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNITED ELECTRONICS CORP | 1744 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL BEARINGS INC | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 1098 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 2069 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT C - EXHIBIT C CLAIMS (OBJECTED-TO CLAIMS TO BE DISALLOWED) |
| US FARATHANE CORPORATION | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VIASYSTEMS | 12385 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VICTORY PACKAGING LP | 11640 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VIKING PLASTICS INC | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9452 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9454 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VOGELSANG CORP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES | 12391 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| WAKO ELECTRONICS USA INC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Exhibit I - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WAMCO INC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WARNER ELECTRIC LLC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| WHITEBOX HEDGED HIGH YIELD PARTNERS LP | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE | 10271 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WOCO INDUSTRIETECHNIK GMBH | 10076 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| YAZAKI NORTH AMERICA INC | 13183 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZF LEMFORDER SISTEMAS AUTOMOTRICES SA DE CV | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ZIERICK MFG CO | 3375 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZILOG INC | 9304 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

# Exhibit J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re                                         :         Chapter 11
                                              :
DPH HOLDINGS CORP. et al.,                    :         Case No. 05-44481 (RDD)
                                              :
              Reorganized Debtors.            :         (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


NOTICE OF OBJECTION TO CLAIM


[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.
Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors
have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5),
identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c)
allowed, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C)
Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims,
(B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And
Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December
21, 2009, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Fortieth Omnibus
Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY
14, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

2

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|------------|--------------|--------------------------|---------------------|--------------------|---------------------------------|
|            |              |                          |                     |                    |                                 |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Fortieth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155

---

1        Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
         December 21, 2009

5

# Exhibit K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
        In re                           :     Chapter 11
                                        :
DPH HOLDINGS CORP. et al.,              :     Case No. 05-44481 (RDD)
                                        :
            Reorganized Debtors.        :     (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.
Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors
have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5),
identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c)
allowed, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C)
Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims,
(B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And
Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December
21, 2009, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Fortieth Omnibus
Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY
14, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

2

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Fortieth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
         December 21, 2009

5

# EXHIBIT E

Fortieth Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Collins & Aikman | Rick Onisko 26533 Evergreen Southfield, MI 48076 | 7/31/06 | 15339 | $1,481,668.72 | Exhibit A Claims | Disallow And Expunge | |
| Hurst Byron G | c/o David R Salyer Esq E S Gallon & Associates 40 West 4th St Ste 2200 Dayton, OH 45402 | 3/14/06 | 2285 | $10,000.00 | Exhibit A Claims | Disallow And Expunge | |
| Voplex Inc and Meridian Automotive Systems Inc and affiliates | Matthew Paroly 999 Republic Dr Allen Park, MI 48101 | 7/28/06 | 12391 | $359,507.57 | Exhibit A Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Agape Plastics Inc Eft | O 11474 First Ave Nw<br>Grand Rapids, MI 49544 | 5/1/06 | 3964 | $12,566.40 | Exhibit B Claims | Disallow And Expunge | |
| American Technical Ceramics | 1 Norden Ln<br>Huntington Station, NY 11746-2102 | 4/28/06 | 3358 | $11,214.73 | Exhibit B Claims | Disallow And Expunge | |
| Amg Industries Inc | 200 Commerce Dr<br>Mt Vernon, OH 43050 | 5/8/06 | 5252 | $1,886.40 | Exhibit B Claims | Disallow And Expunge | |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 6/8/06 | 7657 | $11,080.20 | Exhibit B Claims | Disallow And Expunge | |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 6/8/06 | 7657 | $11,080.20 | Exhibit B Claims | Disallow And Expunge | |
| ASM Capital II LP | ASM Capital II LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 5/10/06 | 5427 | $31,350.84 | Exhibit B Claims | Disallow And Expunge | |
| ASM Capital II LP | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/10/06 | 5427 | $31,350.84 | Exhibit B Claims | Disallow And Expunge | |
| Auma Tec SA de CV | c/o Michael G Cruse<br>Warner Norcross & Judd LLP<br>2000 Town Center Ste 2700<br>Southfield, MI 48075 | 7/24/06 | 10383 | $33,417.69 | Exhibit B Claims | Disallow And Expunge | |
| Auma Tec SA de CV | Auma Tec Sa De Cv<br>Culle 2 No 35 Fracc Ind Benito Juarez Qro Cp 76120<br>Queretaro,  Mexico | 7/24/06 | 10383 | $33,417.69 | Exhibit B Claims | Disallow And Expunge | |
| BASF Mexicana SA de CV | Ms Laura Rangel<br>American Postal Center<br>501 N Bridge St<br>Hidalgo, TX 78557 | 5/19/06 | 6333 | $51,588.18 | Exhibit B Claims | Disallow And Expunge | |
| BASF Mexicana SA de CV | BASF Mexicana SA de CV<br>Insurgentes Sur 975<br>Col Ciudad de los Deportes, DF 0371D Mexico | 5/19/06 | 6333 | $51,588.18 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Bourns Inc | Attn Mary Rodgers<br>1200 Columbia Ave<br>Riverside, CA 92507 | 5/23/06 | 6683 | $43,850.88 | Exhibit B Claims | Disallow And Expunge | |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5083 | $849.39 | Exhibit B Claims | Disallow And Expunge | |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5084 | $1,370.20 | Exhibit B Claims | Disallow And Expunge | |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5085 | $1,011.99 | Exhibit B Claims | Disallow And Expunge | |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5086 | $7,831.58 | Exhibit B Claims | Disallow And Expunge | |
| Cingular Wireless | Banko<br>PO Box 309<br>Portland, OR 97207-0309 | 5/8/06 | 5087 | $31,423.21 | Exhibit B Claims | Disallow And Expunge | |
| Commercial Packaging Inc | 6548 W Higgins<br>Chicago, IL 60656-2161 | 4/28/06 | 3304 | $230.00 | Exhibit B Claims | Disallow And Expunge | |
| Computer Patent Annuities LP | Gill David Accounts Receivable Manager<br>CPA House<br>11 15 Seaton Place<br>St Helier, Jersey JE1 1BL Channel Islands | 7/31/06 | 15379 | $617,204.24 | Exhibit B Claims | Disallow And Expunge | |
| Computer Patent Annuities LP | Miles & Stockbridge PC<br>Thomas D Renda Kerry Hopkins<br>10 Light St<br>Baltimore, MD 21202 | 7/31/06 | 15379 | $617,204.24 | Exhibit B Claims | Disallow And Expunge | |
| Computer Patent Annuities LP | Calinoff & Katz LLP<br>Dorothy H Marinis Riggio<br>140 E 45th St 17th Fl<br>New York, NY 10017 | 7/31/06 | 15379 | $617,204.24 | Exhibit B Claims | Disallow And Expunge | |
| Computer Patent Annuities LP | Computer Patent Annuities<br>Liberation House Castle St<br>St Helier, Channel Is JE1 1BL United Kingdom | 7/31/06 | 15379 | $617,204.24 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Contrarian Funds LLC as Assignee of Plastic Decorators Inc | Alpa Jimenez<br>Contrarian Funds LLC<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/28/06 | 12668 | $184,138.31 | Exhibit B Claims | Disallow And Expunge | |
| Contrarian Funds LLC as Assignee of Plastic Decorators Inc | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12668 | $184,138.31 | Exhibit B Claims | Disallow And Expunge | |
| Debt Acquisition Company of America V LLC | 1565 Hotel Circle S Ste 310<br>San Diego, CA 92108 | 2/27/06 | 2117 | $4,381.59 | Exhibit B Claims | Disallow And Expunge | |
| Eimo Americas | 1551 Sawgrass Corporate Pkwy<br>Ste 300<br>Sunrise, FL 33323 | 5/15/06 | 5887 | $184,673.70 | Exhibit B Claims | Disallow And Expunge | |
| Freudenberg Nok General Partnership | Ralph E McDowell<br>Bodman LLP<br>6th Fl at Ford Field 1901 St Antoine St<br>Detroit, MI 48226 | 7/27/06 | 11603 | $499,659.22 | Exhibit B Claims | Disallow And Expunge | |
| Freudenberg Nok General Partnership | Bodman Llp<br>Ralph E Mcdowell<br>100 Renaissance Ctr 34th Fl<br>Detroit, MI 48243 | 7/27/06 | 11603 | $499,659.22 | Exhibit B Claims | Disallow And Expunge | |
| Freudenberg Nok Inc | Ralph E McDowell<br>Bodman LLP<br>6th Fl at Ford Field 1901 St Antoine St<br>Detroit, MI 48226 | 7/27/06 | 11602 | $4,638.17 | Exhibit B Claims | Disallow And Expunge | |
| Freudenberg Nok Inc | Bodman Llp<br>Ralph E Mcdowell<br>100 Renaissance Ctr 34th Fl<br>Detroit, MI 48243 | 7/27/06 | 11602 | $4,638.17 | Exhibit B Claims | Disallow And Expunge | |
| Freudenberg Nonwovens Lp Eft | 2975 Pembroke Rd<br>Hopkinsville, KY 42240 | 5/10/06 | 5463 | $17,971.26 | Exhibit B Claims | Disallow And Expunge | |
| Freudenberg Nonwovens Lp Eft | Bodman Llp<br>Ralph E Mcdowell<br>100 Renaissance Ctr 34th Fl<br>Detroit, MI 48243 | 5/10/06 | 5463 | $17,971.26 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 1/17/06 | 1565 | $47,879.16 | Exhibit B Claims | Disallow And Expunge | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 1/17/06 | 1565 | $47,879.16 | Exhibit B Claims | Disallow And Expunge | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 2/14/06 | 2020 | $131,166.32 | Exhibit B Claims | Disallow And Expunge | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/14/06 | 2020 | $131,166.32 | Exhibit B Claims | Disallow And Expunge | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 10/10/05 | 16670 | $822.47 | Exhibit B Claims | Disallow And Expunge | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 10/10/05 | 16670 | $822.47 | Exhibit B Claims | Disallow And Expunge | |
| International Rectifier Corporation | Richard Brunette and Theresa Wardle<br>Sheppard Mullin Richter & Hampton LLP<br>333 S Hope St 48th Fl<br>Los Angeles, CA 90071 | 7/31/06 | 14215 | $453.25 | Exhibit B Claims | Disallow And Expunge | |
| International Rectifier Corporation | Sheppard Mullin Richter & Hamption LLP<br>Attn Malani J Sternstein<br>30 Rockefeller Plz 24th Fl<br>New York, NY 10112 | 7/31/06 | 14215 | $453.25 | Exhibit B Claims | Disallow And Expunge | |
| KOA Speer Electronics Inc | Scott W Rice Chairman & President<br>Bolivar Dr<br>PO Box 547<br>Bradford, PA 16701 | 10/10/05 | 16686 | $61,091.71 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| KOA Speer Electronics Inc | Scott W Rice Chairman & President<br>Bolivar Dr<br>PO Box 547<br>Bradford, PA 16701 | 10/10/05 | 16687 | $84,902.01 | Exhibit B Claims | Disallow And Expunge | |
| Kokomo Gas and Fuel Company | Jason M Torf<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | 7/27/06 | 11622 | $248,629.34 | Exhibit B Claims | Disallow And Expunge | |
| Kokomo Gas and Fuel Company | Kokomo Gas and Fuel Company<br>801 E 86th Ave<br>Merrillville, IN 46410 | 7/27/06 | 11622 | $248,629.34 | Exhibit B Claims | Disallow And Expunge | |
| Lexington Rubber Group Inc | Lexington Connector Seals<br>1510 Ridge Rd<br>Vienna, OH 44473-970 | 7/28/06 | 11924 | $80,802.00 | Exhibit B Claims | Disallow And Expunge | |
| Linear Technology Corporation | James M Sullivan<br>McDermott Will & Emery<br>50 Rockefeller Plz<br>New York, NY 10020-1605 | 10/13/05 | 16681 | $116,070.80 | Exhibit B Claims | Disallow And Expunge | |
| Liquidity Solutions Inc as assignee of NN Inc US Ball and Roller Div | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 6/1/06 | 7289 | $104,313.33 | Exhibit B Claims | Disallow And Expunge | |
| Liquidity Solutions Inc as Assignee of SGF of America Corporation | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 11/21/05 | 726 | $10,022.00 | Exhibit B Claims | Disallow And Expunge | |
| Liquidity Solutions Inc as assignee of Warner Electric | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 5/16/06 | 5970 | $78,321.60 | Exhibit B Claims | Disallow And Expunge | |
| Liquidity Solutions Inc dba Revenue Management as assignee of Bei Duncan Electronics | Jeffrey L Caress<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 7/31/06 | 15493 | $5,762.88 | Exhibit B Claims | Disallow And Expunge | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 2/8/06 | 1898 | $3,086.40 | Exhibit B Claims | Disallow And Expunge | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/8/06 | 1898 | $3,086.40 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 2/8/06 | 1901 | $3,190.40 | Exhibit B Claims | Disallow And Expunge | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/8/06 | 1901 | $3,190.40 | Exhibit B Claims | Disallow And Expunge | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 2/8/06 | 1902 | $3,190.40 | Exhibit B Claims | Disallow And Expunge | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/8/06 | 1902 | $3,190.40 | Exhibit B Claims | Disallow And Expunge | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 2/8/06 | 1907 | $6,425.10 | Exhibit B Claims | Disallow And Expunge | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/8/06 | 1907 | $6,425.10 | Exhibit B Claims | Disallow And Expunge | |
| Macauto Usa Inc | 80 Excel Dr<br>Rochester, NY 14621 | 7/13/06 | 9431 | $961,318.16 | Exhibit B Claims | Disallow And Expunge | |
| Mando America Corporation | Skye Suh PLC<br>32000 Northwestern Hwy Ste 260<br>Farmington Hills, MI 48334 | 1/17/06 | 1569 | $291,268.45 | Exhibit B Claims | Disallow And Expunge | |
| National Semiconductor Corp | National Semiconductor Corp<br>2900 Semiconductor Dr. G2 335<br>Santa Clara, CA 95051 | 5/9/06 | 5390 | $995.20 | Exhibit B Claims | Disallow And Expunge | |
| National Semiconductor Corp | Mcdermott Will & Emery Llp<br>James M Sullivan<br>50 Rockefeller Plaza<br>New York, NY 10020 | 5/9/06 | 5390 | $995.20 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Nissan Trading Corp USA | Attn Alan Kalb<br>34405 W 12 Mile Rd Ste 225<br>Farmington Hills, MI 48331 | 11/3/05 | 293 | $1,288.76 | Exhibit B Claims | Disallow And Expunge | |
| Oetiker Inc | Oetiker Inc<br>3305 Wilson St<br>Marlette, MI 48453-0217 | 11/21/05 | 722 | $12,643.20 | Exhibit B Claims | Disallow And Expunge | |
| Plainfield Molding Inc | 24035 River Walk Ct<br>Plainfield, IL 60544 | 7/28/06 | 12439 | $15,964.33 | Exhibit B Claims | Disallow And Expunge | |
| Richco Inc | Richco Inc<br>8145 River Dr<br>Morton Grove, IL 60053 | 11/14/05 | 520 | $193.34 | Exhibit B Claims | Disallow And Expunge | |
| Shin Etsu Polymer America Inc | 5600 Mowry School Rd Ste 320<br>Newark, CA 94560 | 7/27/06 | 11596 | $20,393.52 | Exhibit B Claims | Disallow And Expunge | |
| Shin Etsu Polymer America Inc | 5600 Mowry School Rd Ste 320<br>Newark, CA 94560 | 7/27/06 | 11596 | $20,393.52 | Exhibit B Claims | Disallow And Expunge | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/27/06 | 11706 | $235,943.49 | Exhibit B Claims | Disallow And Expunge | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP<br>Allan S Brilliant Craig P Druehl & Meagan E Costello<br>599 Lexington Ave<br>New York, NY 10022 | 7/27/06 | 11706 | $235,943.49 | Exhibit B Claims | Disallow And Expunge | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | McDermott Will & Emery LLP<br>Attn James M Sullivan Esq<br>Attn James M Sullivan Esq 340 Madison Ave<br>New York, NY 10017 | 7/27/06 | 11706 | $235,943.49 | Exhibit B Claims | Disallow And Expunge | |
| Sumida Trading Pte Ltd | 996 Bendermeer Rd<br>No 04 05 To 06<br>, 339944 Singapore | 3/8/06 | 2215 | $2,499.20 | Exhibit B Claims | Disallow And Expunge | |
| The Furukawa Electric Co Ltd | c/o Penn Ayers Butler Esq<br>Squire Sanders & Dempsey LLP<br>600 Hansen Wy<br>Palo Alto, CA 94304-1043 | 2/26/07 | 16555 | $48,067.68 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection

Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| Thermotech SA de CV | Thermotech SA de CV<br>1302 S 5th St<br>Hopkins, MN 55343 | 5/16/06 | 6096 | $14,647.45 | Exhibit B Claims | Disallow And Expunge | |
| Thermotech SA de CV | Goulston & Storrs<br>Peter D Bilowz<br>400 Atlantic Ave<br>Boston, MA 02110-3333 | 5/16/06 | 6096 | $14,647.45 | Exhibit B Claims | Disallow And Expunge | |
| Thierica Inc | 900 Clancy Ave Ne<br>Grand Rapids, MI 49503 | 7/27/06 | 11536 | $4,591.80 | Exhibit B Claims | Disallow And Expunge | |
| Tr Butterfield Trail Corp | Ndh Property Management Services<br>7400 Viscount<br>Ste 240<br>El Paso, TX 79925 | 7/28/06 | 12342 | $32,627.13 | Exhibit B Claims | Disallow And Expunge | |

Fortieth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment of Claim | Surviving Claim Number |
| American Aikoku Alpha Inc | Attn Gary Vist Esq<br>c/o Masuda Funai Eifert & Mitchell Ltd<br>203 N LaSalle St Ste 2500<br>Chicago, IL 60601-1262 | 1/29/08 | 16796 | $429,525.84 | Exhibit C Claims | Disallow And Expunge | |
| UPG de Mexico S de RL de CV | William Holbrook Director of Finance<br>United Plastics Group Inc<br>1420 Kensington Rd Ste 209<br>Oak Brook, IL 60523 | 7/31/06 | 13546 | $42,827.19 | Exhibit C Claims | Disallow And Expunge | |
| UPG de Mexico S de RL de CV | Monica J Machen<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>Chicago, IL 60606 | 7/31/06 | 13546 | $42,827.19 | Exhibit C Claims | Disallow And Expunge | |

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :

In re                      :      Chapter 11
                       :

DPH HOLDINGS CORP. et al.,  :      Case No. 05-44481 (RDD)
                       :

          Reorganized Debtors.  :      (Jointly Administered)
                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c) allowed, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December 21, 2009, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Fortieth Omnibus Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140. AS FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 14, 2010. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and

the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Fortieth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

---

1    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
         December 21, 2009

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
     In re                               :       Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :       Case No. 05-44481 (RDD)
                                          :
             Debtors.              :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN
NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("CLAIM OBJECTION PROCEDURES ORDER")

       Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated

October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the objections to the Motion and the record of the hearing held on the

Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Proper, timely, adequate, and sufficient notice of the Motion has been provided, such notice was good, sufficient and appropriate under the particular circumstances, and no other or further notice of the Motion is or shall be required.

B.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The Motion is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The relief requested in the Motion and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    This Court shall conduct special periodic hearings on contested claims matters in these cases (the "Claims Hearing Dates"), to be held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 unless the Debtors and the parties whose claims are affected are otherwise notified by the Court. The following dates and times have been scheduled as Claims Hearing Dates in these chapter 11 cases:

> December 13, 2006 at 10:00 a.m. (prevailing Eastern time)
>
> January 12, 2007 at 10:00 a.m. (prevailing Eastern time)
>
> February 14, 2007 at 10:00 a.m. (prevailing Eastern time)
>
> March 1, 2007 at 10:00 a.m. (prevailing Eastern time)

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

March 21, 2007 at 10:00 a.m. (prevailing Eastern time)

April 5, 2007 at 10:00 a.m. (prevailing Eastern time)

April 27, 2007 at 10:00 a.m. (prevailing Eastern time)

May 10, 2007 at 10:00 a.m. (prevailing Eastern time)

May 24, 2007 at 10:00 a.m. (prevailing Eastern time)

June 1, 2007 at 10:00 a.m. (prevailing Eastern time)

June 14, 2007 at 10:00 a.m. (prevailing Eastern time)

June 22, 2007 at 10:00 a.m. (prevailing Eastern time)

July 12, 2007 at 10:00 a.m. (prevailing Eastern time)

July 20, 2007 at 10:00 a.m. (prevailing Eastern time)

August 2, 2007 at 10:00 a.m. (prevailing Eastern time)

August 17, 2007 at 10:00 a.m. (prevailing Eastern time)

August 30, 2007 at 10:00 a.m. (prevailing Eastern time)

September 28, 2007 at 10:00 a.m. (prevailing Eastern time)

October 11, 2007 at 10:00 a.m. (prevailing Eastern time)

October 26, 2007 at 10:00 a.m. (prevailing Eastern time)

November 8, 2007 at 10:00 a.m. (prevailing Eastern time)

November 30, 2007 at 10:00 a.m. (prevailing Eastern time)

December 6, 2007 at 10:00 a.m. (prevailing Eastern time)

2.        Any response to a claims objection or an omnibus claims objection (a

"Response") must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure,

the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered on October 26, 2006 (the "Amended Eighth

Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy

Court in accordance with General Order M-242 (as amended) – registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest

must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or

any other Windows-based word processing format), (d) be submitted in hard copy form directly

to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps,

Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n:

John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese), in each case so as to be received no

later than 4:00 p.m. (prevailing Eastern time) on the seventh calendar day prior to the Omnibus

Hearing for which the relevant claims objection or omnibus claims objection is scheduled.

      3.     Every Response must contain at a minimum the following:

      (a)     the title of the claims objection to which the Response is directed;

      (b)     the name of the claimant (each holder of a proof of claim, a "Claimant") and a brief description of the basis for the amount of the claim;

      (c)     a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the claims objection;

      (d)     unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be

4

confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

4.    Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose proof of claim is subject to a claims objection and who is served with the relevant claims objection fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors may present to the Court an appropriate order seeking relief with respect to such claim consistent with the relief sought in the relevant claims objection without further notice to the claimant, <u>provided</u> that, upon entry of such an order, the claimant shall receive notice of the entry of such order as provided below; <u>provided</u>, <u>however</u>, that if the claimant files a timely Response, which does not include the required minimum information provided in paragraph 3 above, the Debtors shall seek disallowance and expungement of the relevant claim or claims only in accordance with the Claims Hearing Procedures provided in paragraph 9 below.

5.    To the extent that a Response is filed with respect to any claim listed in a claims objection (each, a "Contested Claim"), each such Claim and the objection to such Claim asserted in the claims objection shall be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

6.    The Debtors are hereby authorized and directed to serve each Claimant whose proof of claim is listed in any omnibus claims objection with (a) a personalized Notice Of Objection To Claim which specifically identifies the Claimant's proof of claim that is subject to objection and the basis for such objection and (b) a complete copy of the relevant omnibus

5

claims objection without exhibits.  Service of omnibus claims objections in such manner shall

constitute good and sufficient notice and no other or further notice to claimants of an omnibus

claims objection shall be required.

        7.    Kurtzman Carson Consultants, LLC (the "Claims Agent") is hereby

authorized and directed to serve all orders entered with respect to any omnibus claims objections,

including exhibits, upon only the master service list and the 2002 list.  The Claims Agent is

hereby further authorized and directed to serve all claimants whose proofs of claim are the

subject of an order entered with respect to an omnibus claims objection with a copy of such order,

without exhibits, and a personalized Notice Of Entry Of Order in the form attached hereto as

Exhibit A specifically identifying such Claimant's proof of claim that is subject to the order, the

Court's treatment of such proof of claim, and the basis for such treatment, and advising the

Claimant of its ability to view the order with exhibits free of charge on the Debtors' Legal

Information Website.  Without limiting the foregoing, the Court hereby directs the Claims Agent

to serve the First Omnibus Claims Order in the manner provided hereby.

        8.    Any order entered by the Court with respect to an objection asserted in an

omnibus claims objection shall be deemed a separate order with respect to each claim covered by

such order.

        9.    The following procedures shall apply with respect to the determination of

Contested Claims (the "Claims Hearing Procedures"):

        (a)    <u>Adjournment Of Claims Hearing</u>.

        (i)    All Contested Claims for which a timely Response is filed shall be
automatically adjourned to a future hearing, the date of which shall be determined by the Debtors,
in their sole discretion, by serving the Claimant with notice as provided herein.  The Debtors
may send such notice to each Claimant when they deem it appropriate to do so, subject to the
requirements of the Bankruptcy Code, the Bankruptcy Rules, and any further order of this Court.

The Debtors shall schedule the further hearing upon each Contested Claim to a Claims Hearing of the Debtors' election:

(A)    for a non-evidentiary hearing to address the legal sufficiency of the particular proof of claim and whether the proof of claim states a claim against the asserted Debtor under Bankruptcy Rule 7012 (a "Sufficiency Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit B</u> (a "Notice Of Sufficiency Hearing") and a copy of this Order at least 20 business days prior to the date of such Sufficiency Hearing, or

(B)    for an evidentiary hearing on the merits of such Contested Claim (a "Claims Objection Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit C</u> (a "Notice Of Claims Objection Hearing" and, collectively with the Notice of Sufficiency Hearing, the "Notices of Hearing") and a copy of this Order at least 65 calendar days prior to the date of such Claims Objection Hearing.

(ii)    The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Court and the Claimant at least five business days prior to the date of the scheduled hearing; <u>provided,</u> <u>however</u>, that the hearing on any Contested Claim shall not be adjourned for more than a total of 180 calendar days from date of service of the initial Notice of Hearing set forth in paragraph 9(a)(i)(A) and (B) above without consent of the Claimant with respect thereto, unless otherwise ordered by the Court.

(b)    <u>Sufficiency Hearing Procedures</u>.

(i)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Debtors wish to file a supplemental pleading, they shall file and serve their pleading no later than ten calendar days before the scheduled Sufficiency Hearing. The supplemental pleading shall not exceed fifteen single-sided, double-spaced pages.

(ii)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Claimant wishes to file a supplemental response, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing. The supplemental response shall not exceed fifteen single-sided, double-spaced pages.

(iii)    To the extent that this Court determines upon conclusion of the Sufficiency Hearing that a Contested Claim cannot be disallowed in whole or in part without further proceedings, the Debtors shall provide to the Claimant a Notice Of Claims Objection Hearing pursuant to the procedures set forth above.

(c)    <u>Mandatory Meet And Confer</u>.

(i)    If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), (B) the Claimant (if an individual) or the Claimant's principal place of

business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, and (C) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant  shall hold an in-person meet and confer (an "In-Person Meet and Confer") at a neutral location in Troy, Michigan, or such other location as is reasonably acceptable to the Debtors, within ten business days of service of the Notice Of Claims Objection Hearing.

(ii)    If (A) (1) the amount in dispute for a Contested Claim is less than or equal to $1,000,000, (2) a Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, or (3) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, and (B) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant shall hold a telephonic meet and confer (a "Telephonic Meet and Confer" and, collectively with In-Person Meet and Confers, the "Meet and Confers") within ten business days of service of the Notice Of Claims Objection Hearing.

(iii)    The following representatives of each of the Debtors and the Claimant shall attend the Meet and Confer: (A) counsel for each of the parties, except for a Claimant proceeding pro se, who shall be prepared to discuss the matter described in paragraph 9 (k) below, and (B) a person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of the Debtors and the Claimant, respectively; provided, however, that counsel for each of the parties may participate in the Meet and Confer telephonically.

(iv)    The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Meet and Confer in good faith.

(d)    Debtors' Statement Of Disputed Issues.  Within five business days after service of the Notice Of Claims Objection Hearing, the Debtors shall file and serve a written statement of disputed issues (the "Statement Of Disputed Issues") upon the Claimant.  The Statement Of Disputed Issues shall contain a concise statement summarily setting forth the primary reasons why the claim should be disallowed, expunged, reduced, or reclassified as set forth in the claims objection, including, but not limited to, the material factual and legal bases upon which the Debtors will rely in prosecuting the claims objection, without prejudice to the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Contested Claim.  The Statement of Disputed Issues shall also include documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim, without prejudice to the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim; provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Statement of Disputed Issues; provided further, however, that the Debtors shall disclose to the Claimant all information and

provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected, subject to appropriate confidentiality constraints.

       (e)    <u>Claimant's Supplemental Response</u>.  The following procedures apply to the Claimant's written supplemental response (the "Supplemental Response"), subject to modification pursuant to paragraph 9(k), filed in connection with a Claims Objection Hearing for a Contested Claim:

       (i)    The Claimant may file and serve its Supplemental Response (with a copy to chambers) no later than 30 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Response shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

       (ii)    If the Claimant relies on exhibits, the Claimant shall include such exhibits in its Supplemental Response (other than those previously included with either its Proof of Claim or its Response); <u>provided</u>, <u>however</u>, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Response; <u>provided</u> further, <u>however</u>, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Contested Claim, subject to appropriate confidentiality constraints.  The Claimant shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Response, as appropriate.

       (iii)    The Supplemental Response may include affidavits or declarations from no more than two witnesses setting forth the basis of the Contested Claim and evidence supporting the Contested Claim; <u>provided</u>, <u>however</u>, that if the Claimant intends to call a person not under such Claimant's control at the hearing, the Claimant shall, in lieu of an affidavit or declaration of such person, identify such person, the Claimant's basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, such affiant or declarant's affidavit or declaration shall be stricken.  The Claimant shall not be permitted to elicit any direct testimony at the Claims Objection Hearing; instead, the affidavit or declaration submitted with the Supplemental Response, or such witnesses' deposition transcript if the witnesses were not under the Claimant's control, shall serve as the witnesses' direct testimony and the Debtors may cross examine the witnesses at the Claims Objection Hearing, or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Claimant.

       (iv)    No later than three business days prior to commencement of the Claims Objection Hearing, if the Claimant timely filed a Supplemental Response, the Claimant may file and serve (with a copy to chambers) an amended Supplemental Response and a supplemental affidavit or declaration on behalf of each of its witnesses solely for the purpose of supplementing the Supplemental Response and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; <u>provided</u> that the amended Supplemental Response shall be subject to the page limitations set forth above.

(f)      Debtors' Supplemental Reply.  The following procedures shall apply to the Debtors' written supplemental reply, if any (the "Supplemental Reply"), subject to modification pursuant to paragraph 9(k) below, filed in connection with a Claims Objection Hearing with respect to a Contested Claim:

(i)      The Debtors may file and serve (with a copy to chambers) a Supplemental Reply no later than 20 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Reply shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

(ii)      If the Debtors rely on exhibits, the Debtors shall include such exhibits in their Supplemental Reply (other than those previously included with either their objection or reply); provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Reply; provided further, however, that the Debtors shall disclose to the Claimant all information and provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected and upon which the Debtors intend to rely in support of their objection, subject to appropriate confidentiality constraints.  The Debtors shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Reply.

(iii)      The Supplemental Reply may include affidavits or declarations from no more than two witnesses setting forth the Debtors' basis for objecting to the Contested Claim and evidence in support of such objection to the Contested Claim; provided, however, that if the Debtors intend to call a person not under the Debtors' control at the hearing, the Debtors shall, in lieu of an affidavit or declaration of such person, identify such person, the Debtors' basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, as appropriate, such affiant or declarant's affidavit or declaration shall be stricken.  The Debtors shall not be permitted to elicit any direct testimony at the Claims Objection Hearing, instead, the affidavit or declaration submitted with the Supplemental Reply, or such witnesses' deposition transcript if the witnesses were not under the Debtors' control, shall serve as the witnesses' direct testimony and the Claimant may cross examine the witnesses at the Claims Objection Hearing or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Debtors.

(iv)      No later than three business days prior to commencement of the Claims Objection Hearing, if the Debtors timely filed a Supplemental Reply, the Debtors may file and serve (with a copy to chambers) an amended Supplemental Reply and a supplemental affidavit or declaration on behalf of each of their witnesses solely for the purpose of supplementing the Supplemental Reply and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; provided that the amended Supplemental Reply shall be subject to the page limitations set forth above.

(g)      Mandatory Non-Binding Summary Mediation.  Except as set forth below, at least 15 business days prior to commencement of the Claims Objection Hearing, the Debtors and the Claimant shall submit to mandatory non-binding summary mediation (each, a

"Mediation") in an effort to consensually resolve the Contested Claim. The Mediation shall be governed by General Order M-143 except as follows. The following procedures shall apply to each Mediation, subject to modification pursuant to paragraph 9(k) below:

        (i)     Each Mediation shall be assigned to one of the mediators listed by the Debtors on Exhibit D hereto (each, a "Mediator"). The Debtors and the Claimant shall agree upon the Mediator at the Meet and Confer; provided that, if the Debtors and the Claimant are unable to agree upon a Mediator, the parties shall promptly report such inability to agree to the Court.

        (ii)     The Mediator shall not have the authority to require either the Debtors or the Claimant to provide any additional briefing with respect to the Mediation.

        (iii)     If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000) and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, the Mediation shall be held at a neutral location in Troy, Michigan.

        (iv)     If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, the Mediation shall be held at a neutral location reasonably acceptable to the Debtors and the Claimant; provided that, if the Debtors and the Claimant are unable to agree upon a neutral location at the Meet and Confer, the parties shall promptly report such inability to agree to the Court.

        (v)     If (A) the amount in dispute for a Contested Claim is less than or equal to $1,000,000 or (B) the Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, participation in Mediation shall be voluntary and any Mediation may be held telephonically at either the Debtors' or the Claimant's request.

        (vi)     A person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of each of the Debtors and the Claimant shall attend an in-person Mediation or participate in a telephonic Mediation, if any; provided, however, that the Debtors' counsel will not be precluded from attending and participating in a Mediation in the event that the claimant elects not to have its counsel attend or participate in a Mediation.

        (vii)     Absent consent of each of the Claimant and the Debtors, the length of the Mediation shall be limited to one day.

(viii)   The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Mediation in good faith.

(ix)   The Debtors and the Claimant shall each bear its own costs in participating in the Mediation.  The Debtors are hereby authorized to pay the Mediator's fees.

(h)   <u>Claims Objection Hearing Discovery</u>.  If a Claims Objection Hearing is scheduled for a particular Contested Claim, the Debtors and the Claimant shall be bound by the following discovery procedures, which shall otherwise be governed by the Bankruptcy Rules, subject to modification pursuant to paragraph 9(k) below:

(i)   No later than five business days after service of the Supplemental Response, the Debtors may request:

(A)   That the Claimant produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)   That the Claimant respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)   That the Claimant respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(ii)   No later than five business days after service of the Supplemental Reply, the Claimant may request:

(A)   That the Debtors produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)   That the Debtors respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)   That the Debtors respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(iii)   No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Debtors may, at their election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Claimant's Supplemental Response.  Each deposition shall not exceed three hours.

12

(iv)    No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Claimant may, at its election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Debtors' Supplemental Reply.  Each deposition shall not exceed three hours.

(v)    Except as provided in paragraph 9(g)(vi) above, nothing in this Order alters any obligation of opposing counsel with regard to communications with non-counsel opponents or any applicable law regarding corporations or other business entities to be represented by counsel.

(i)    Conduct Of The Claims Objection Hearing.  The Debtors and the Claimant shall each be permitted, subject to modification pursuant to paragraph 9(k) below, no more than one hour to present their respective cases, inclusive of time cross-examining their opponent's witnesses and making argument to the Court.  The parties shall coordinate with each other in advance of the hearing with respect to, joint exhibit binders, stipulated admission of evidence, anticipated disputes regarding the admission of particular evidence and any designated deposition testimony.

(j)    Estimation Based Upon Claimant's Asserted Estimated Amount.  To the extent that a Contested Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code and the Debtors have sought authority to estimate such Contested Claim pursuant to an omnibus claims objection and/or a motion to estimate claims, if the Claimant has filed a Response in accordance with the procedures outlined above which (i) acknowledges that the Contested Claim is contingent or fully or partially unliquidated and (ii) provides the amount that the Claimant believes would be the allowable amount of such Contested Claim upon liquidation of the Contested Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), the Debtors are hereby authorized, in their sole discretion, to elect to provisionally accept the Claimant's Asserted Estimated Amount as the estimated amount of such Contested Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code.  The Debtors' election shall be made by serving the Claimant with a Notice Of Election To Accept Claimant's Asserted Estimated Amount in the form attached hereto as Exhibit E.  The Contested Claim will otherwise remain subject in all respects to the procedures outlined herein.

(k)    Ability To Modify Procedures By Agreement Or Order Of Court.  At the Meet and Confer, the parties shall discuss discovery parameters, briefing, evidence to be presented, the timing outlined herein, and any modifications thereto that are necessary due to the facts and circumstances of the relevant Contested Claim.  Should the parties be unable to agree on reasonable modifications to these Claim Hearing Procedures, if any, either party may request that the Court promptly schedule a teleconference to consider such proposed modifications.  No discovery, testimony, or motion practice other than that described herein, as modified, shall be permitted, unless otherwise agreed by the parties or ordered by the Court.

10.     The procedures approved herein shall not apply to claims filed by Banc of America Securities LLC (as to proof of claim number 10758), Barclays Capital Inc. (as to proof of claim number 11658), Bear, Stearns & Co. Inc. (as to proof of claim number 10732), Cadence Innovation LLC, Citigroup Global Markets, Inc. (as to proof of claim number 10731), Credit Suisse Securities (USA) LLC (as to proof of claim number 10763), Merrill Lynch, Peirce, Fenner & Smith Inc. (as to proof of claim number 10761), Morgan Stanley & Co. Inc. (as to proof of claim number 10762), the Pension Benefit Guaranty Corporation, Robert Bosch GmbH, the State of California Environmental Protection Agency, the State of Michigan Environmental Protection Agency, the State of Ohio Environmental Protection Agency, Technology Properties, Ltd., UBS Securities LLC (as to proof of claim number 10759), the United States Environmental Protection Agency, and Wachovia Capital Markets, LLC (as to proof of claim number 10760) (collectively, the "Excluded Parties") for any purpose, including, but not limited to, any objections to such claims or other litigation in respect of such claims; provided, however, that nothing contained herein shall preclude any of the Excluded Parties or the Debtors, after notice and an opportunity to be heard, from seeking to establish appropriate alternative claims resolution procedures.

11.     With respect to the claim of Gary Whitney ("Mr. Whitney") (claim number 10157) and NuTech Plastics Engineering, Inc. ("NuTech") (claim number 1279 against Delphi Automotive Systems LLC), nothing in this Order shall limit Mr. Whitney's or NuTech's ability to request relief from the automatic stay provisions under section 362 of the Bankruptcy Code subject to the Debtors' right to object to such request.

12.     The Debtors shall not serve a Notice of Hearing on Orix Warren, LLC ("Orix Warren") with respect to proof of claim number 10202 until the earliest of the following

14

to occur: (a) the Debtors assume the lease between Delphi Automotive Systems LLC and Orix Warren with respect to property located at 4551 Research Parkway in Warren, Ohio (the "Orix Lease"), (b) the Debtors reject the Orix Lease, or (c) the Orix Lease terminates or is terminated pursuant to its terms.

13.     Nothing in this Order shall preclude any right to seek estimation of a claim under section 502(c) of the Bankruptcy Code, any right to seek relief from the automatic stay under section 362 of the Bankruptcy Code to liquidate a claim in a different forum, any right to seek protection of information under section 107(b) of the Bankruptcy Code or any right not specifically addressed in this Order.

14.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

15.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
        December 6, 2006


        _____/s/Robert D. Drain_____
              UNITED STATES BANKRUPTCY JUDGE

15

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :        Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :        Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER WITH RESPECT
TO [_____] OMNIBUS CLAIMS OBJECTION

        PLEASE TAKE NOTICE that on _____ _, 200_, the United States Bankruptcy

Court for the Southern District of New York entered a [title of order] (the "Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was the subject of the Order and was listed on Exhibit __ to the Order and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|------------|--------------|--------------------------|---------------------|--------------------|----------------------------------|
|            |              |                          |                     |                    |                                  |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-259-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated:  New York, New York
         _____ _, 200_

                              BY ORDER OF THE COURT

                              John Wm. Butler, Jr. (JB 4711)
                              John K. Lyons (JL 4951)
                              Ron E. Meisler (RM 3026)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              333 West Wacker Drive, Suite 2100
                              Chicago, Illinois  60606
                              (312) 407-0700

                                - and -

                              Kayalyn A. Marafioti (KM 9632)
                              Thomas J. Matz (TM 5986)
                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP
                              Four Times Square
                              New York, New York 10036
                              (212) 735-3000

                              Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

            - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

            PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proof of

Claim and whether the Proof of Claim states a colorable claim against the asserted Debtor is

hereby scheduled for _____, 200_, at 10:00 a.m. (prevailing Eastern time) in the United

States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure to comply

with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

2

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.


Dated:  New York, New York
        _____ _, 200_

                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM LLP

                                        By: _____
                                             John Wm. Butler, Jr. (JB 4711)
                                             John K. Lyons (JL 4951)
                                             Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois  60606
                                        (312) 407-0700

                                        By: _____
                                             Kayalyn A. Marafioti (KM 9632)
                                             Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Delphi Corporation, et al.,
                                             Debtors and Debtors-in-Possession

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                             :
      In re                                  :     Chapter 11
                                             :
DELPHI CORPORATION, et al.,                  :     Case No. 05-44481 (RDD)
                                             :
                          Debtors.           :     (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

            PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

claims objection hearing (the "Claims Objection Hearing") for purposes of holding an

evidentiary hearing on the merits of the Proof of Claim is hereby scheduled for _____, 200_,

at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern

District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure

to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

2

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.


Dated:  New York, New York
          _____ _, 200_

                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM LLP

                                        By:_____
                                              John Wm. Butler, Jr. (JB 4711)
                                              John K. Lyons (JL 4951)
                                              Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois  60606
                                        (312) 407-0700

                                        By:___ _____
                                              Kayalyn A. Marafioti (KM 9632)
                                              Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        Attorneys for Delphi Corporation, et al.,
                                              Debtors and Debtors-in-Possession

3

EXHIBIT D

LIST OF MEDIATORS

Lawrence Abramcyzk
Marc Abrams
Ronald Barliant
Michael Baum
Morton Collins
Susan Cook
Samuel Damren
Eugene Driker
Jonathan Flaxer
Rozanne Giunta
Erwin Katz
Edward Moran
Alan Nisselson
Thomas Plunkett
Marty Reisig

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                                    :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                         Debtors.             :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DEBTORS' ELECTION TO ACCEPT CLAIMANT'S
ASSERTED ESTIMATED AMOUNT FOR PROOF OF CLAIM NUMBER [_____]

          PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that on _____ _, 200_, the Claimant filed

its response to the objection, wherein Claimant (i) acknowledged that the Proof of Claim asserts

claims that are contingent or fully or partially unliquidated and (ii) stated that the Claimant

believes that the allowable amount of the Proof of Claim upon liquidation of the Contested

Claim or occurrence of the contingency, as appropriate, is $_____ (the "Claimant's Asserted

Estimated Amount").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), the

Debtors hereby provide notice that the Debtors elect to accept the Claimant's Asserted Estimated

Amount as the estimated amount of the Proof of Claim pursuant to section 502(c) of the

Bankruptcy Code as set forth in the Objection.  A copy of the Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that any hearing scheduled pursuant to the

Order is hereby cancelled.

2

PLEASE TAKE FURTHER NOTICE that the Debtors' election to accept the

Claimant's Asserted Estimated Amount is without prejudice to the Debtors' right to object to any

other claims in these chapter 11 cases, or to further object to the Proof of Claim, on any grounds

whatsoever.

Dated:  New York, New York
        _____ \_, 200\_

                         SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM LLP

                         By:_____
                            John Wm. Butler, Jr. (JB 4711)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                         333 West Wacker Drive, Suite 2100
                         Chicago, Illinois  60606
                         (312) 407-0700

                         By:_____
                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                         Four Times Square
                         New York, New York 10036
                         (212) 735-3000

                         Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession

# EXHIBIT H

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| | | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Name | Address | | | | | | | |
| 3M Company | Attn Alpha Khaldi<br>Office of General Counsel<br>Bldg 220 9E 02<br>St Paul, MN 55144 | 4/3/06 | 2468 | $517,747.63 | Exhibit D Claims | 05-44640 | $434,298.11 | General Unsecured |
| 3M Company | Klestadt & Winters LLP<br>Attn Patrick J Orr<br>292 Madison Ave 17th Fl<br>New York, NY 10017-6314 | 4/3/06 | 2468 | $517,747.63 | Exhibit D Claims | 05-44640 | $434,298.11 | General Unsecured |
| 3M Company | 3M Company<br>Attn Alpha B Khaldi<br>PO Box 33428 220 9E 02<br>St Paul, MN 55133 | 4/3/06 | 2468 | $517,747.63 | Exhibit D Claims | 05-44640 | $434,298.11 | General Unsecured |
| 3M Company | 3M Company<br>General Office<br>3M Center<br>St Paul, MN 56144-1000 | 4/3/06 | 2468 | $517,747.63 | Exhibit D Claims | 05-44640 | $434,298.11 | General Unsecured |
| Allegro Micro Systems Inc | Irene Beaulac<br>115 Northeast Cutoff<br>Worcester, MA 01615 | 2/1/06 | 1741 | $1,669,714.54 | Exhibit D Claims | 05-44481 | $1,444,523.00 | General Unsecured |
| Almetals Co | 51035 Grand River<br>Wixom, MI 48393 | 6/23/06 | 8455 | $171,798.50 | Exhibit D Claims | 05-44640 | $2,384.41 | General Unsecured |
| Alpha Products Inc | Tony Gulrajani<br>351 Irving Dr<br>Oxnard, CA 93030 | 7/28/06 | 12159 | $7,450.00 | Exhibit D Claims | 05-44567 | $3,725.00 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/27/06 | 11264 | $673,272.82 | Exhibit D Claims | 05-44640 | $179,774.97 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 9/5/06 | 16284 | $34,134.78 | Exhibit D Claims | 05-44640 | $4,852.44 | General Unsecured |
| Arc Automotive Inc | c/o Mr Ronald Mounger<br>1729 Midpark Rd<br>Knoxville, TN 37921 | 7/10/06 | 9151 | $925,476.40 | Exhibit D Claims | 05-44640 | $465,879.47 | General Unsecured |
| Arc Automotive Inc | Greensfelder Hemker & Gale PC<br>Attn Cherie Macdonald Esq<br>12 Wolf Creek Ste 100<br>Belleville, IL 62226 | 7/10/06 | 9151 | $925,476.40 | Exhibit D Claims | 05-44640 | $465,879.47 | General Unsecured |
| ASM Capital LP | Adam Moskowitz<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 3/20/06 | 2343 | $11,295.20 | Exhibit D Claims | 05-44640 | $5,695.20 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/20/06 | 2343 | $11,295.20 | Exhibit D Claims | 05-44640 | $5,695.20 | General Unsecured |
| AT&T Corp | Lisa McLain 1355 W University Dr Mesa, AZ 85021 | 6/5/06 | 7506 | $4,424,985.53 | Exhibit D Claims | 05-44640 | $2,197,185.31 | General Unsecured |
| AT&T Corp | Lowenstein Sandler Pc Vincent A Dagostino 65 Livingston Ave Roseland, NJ 07068 | 6/5/06 | 7506 | $4,424,985.53 | Exhibit D Claims | 05-44640 | $2,197,185.31 | General Unsecured |
| AT&T Corp | Lowenstein Sandler PC Attn Vincent DAgostino & Eric H Horn 1251 Ave of the Americas New York, NY 10020 | 6/5/06 | 7506 | $4,424,985.53 | Exhibit D Claims | 05-44640 | $2,197,185.31 | General Unsecured |
| ATEL Leasing Corporation as Agent for Creditor | Attn V Morais or R Wilder 600 California St 6th Fl San Francisco, CA 94108 | 7/28/06 | 12195 | $4,140,179.97 | Exhibit D Claims | 05-44640 | $177,355.57 | General Unsecured |
| ATEL Leasing Corporation as Agent for Creditor | Buchanan Ingersoll & Rooney PC William H Schorling One Chase Manhattan Plz New York, NY 10005 | 7/28/06 | 12195 | $4,140,179.97 | Exhibit D Claims | 05-44640 | $177,355.57 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 1/30/06 | 1704 | $874,448.21 | Exhibit D Claims | 05-44640 | $856,371.97 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 7/18/06 | 9771 | $977,354.65 | Exhibit D Claims | 05-44640 | $191,266.99 | General Unsecured |
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 7/18/06 | 9772 | $72,034.20 | Exhibit D Claims | 05-44640 | $63,774.83 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 5/1/06 | 4018 | $714,065.68 | Exhibit D Claims | 05-44567 | $664,259.24 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/1/06 | 4018 | $714,065.68 | Exhibit D Claims | 05-44567 | $664,259.24 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 6/1/06 | 7244 | $12,223.86 | Exhibit D Claims | 05-44640 | $8,584.04 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/1/06 | 7244 | $12,223.86 | Exhibit D Claims | 05-44640 | $8,584.04 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 6/22/06 | 8340 | $2,348.64 | Exhibit D Claims | 05-44567 | $1,174.32 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/22/06 | 8340 | $2,348.64 | Exhibit D Claims | 05-44567 | $1,174.32 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/19/06 | 9951 | $79,244.79 | Exhibit D Claims | 05-44640 | $73,210.94 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/19/06 | 9951 | $79,244.79 | Exhibit D Claims | 05-44640 | $73,210.94 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/25/06 | 10580 | $203,432.68 | Exhibit D Claims | 05-44640 | $172,471.39 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/25/06 | 10580 | $203,432.68 | Exhibit D Claims | 05-44640 | $172,471.39 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 7/26/06 | 11233 | $134,780.90 | Exhibit D Claims | 05-44640 | $116,565.04 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/26/06 | 11233 | $134,780.90 | Exhibit D Claims | 05-44640 | $116,565.04 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12377 | $1,792.00 | Exhibit D Claims | 05-44567 | $896.00 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12377 | $1,792.00 | Exhibit D Claims | 05-44567 | $896.00 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/31/06 | 15211 | $1,352,891.10 | Exhibit D Claims | 05-44640 | $41,467.60 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15211 | $1,352,891.10 | Exhibit D Claims | 05-44640 | $41,467.60 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 12/8/06 | 16447 | $76,844.72 | Exhibit D Claims | 05-44567 | $91,270.07 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 12/8/06 | 16447 | $76,844.72 | Exhibit D Claims | 05-44567 | $91,270.07 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola 411 W Putnam Ave S 225 Greenwich, CT 06830 | 3/12/07 | 16570 | $337,154.09 | Exhibit D Claims | 05-44640 | $105,945.75 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/12/07 | 16570 | $337,154.09 | Exhibit D Claims | 05-44640 | $105,945.75 | General Unsecured |
| Contrarian Funds LLC as assignee of Cadillac Rubber & Plastics Inc | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12687 | $1,510,230.74 | Exhibit D Claims | 05-44640 | $918,818.26 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as assignee of Cadillac Rubber & Plastics Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12687 | $1,510,230.74 | Exhibit D Claims | 05-44640 | $918,818.26 | General Unsecured |
| Contrarian Funds LLC as assignee of Columbia Industrial Sales Corp | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10386 | $315,699.49 | Exhibit D Claims | 05-44640 | $156,862.79 | General Unsecured |
| Contrarian Funds LLC as assignee of Columbia Industrial Sales Corp | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10386 | $315,699.49 | Exhibit D Claims | 05-44640 | $156,862.79 | General Unsecured |
| Contrarian Funds LLC as assignee of Flow Dry Technology Ltd | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12689 | $176,114.66 | Exhibit D Claims | 05-44640 | $78,486.32 | General Unsecured |
| Contrarian Funds LLC as assignee of Flow Dry Technology Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12689 | $176,114.66 | Exhibit D Claims | 05-44640 | $78,486.32 | General Unsecured |
| Contrarian Funds LLC as assignee of Gemini Plastics Inc | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/24/06 | 10388 | $141,675.49 | Exhibit D Claims | 05-44640 | $111,540.19 | General Unsecured |
| Contrarian Funds LLC as assignee of Gemini Plastics Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10388 | $141,675.49 | Exhibit D Claims | 05-44640 | $111,540.19 | General Unsecured |
| Contrarian Funds LLC as Assignee of Hitchiner Manufacturing Co Inc | Contrarian Funds LLC Attn Alpa Jimenez 411 W Putnam Ave  Ste 225 Greenwich, CT 06830 | 7/18/06 | 9796 | $572,033.91 | Exhibit D Claims | 05-44640 | $5,476.50 | General Unsecured |
| Contrarian Funds LLC as Assignee of Hitchiner Manufacturing Co Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9796 | $572,033.91 | Exhibit D Claims | 05-44640 | $5,476.50 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as assignee of Omron Automotive Electronics Inc | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12673 | $73,596.89 | Exhibit D Claims | 05-44640 | $47,959.08 | General Unsecured |
| Contrarian Funds LLC as assignee of Omron Automotive Electronics Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12673 | $73,596.89 | Exhibit D Claims | 05-44640 | $47,959.08 | General Unsecured |
| Contrarian Funds LLC as Assignee of SP DIV NMC LLC | Attn Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave  Ste 425 Greenwich, CT 06830 | 7/18/06 | 9791 | $299,745.20 | Exhibit D Claims | 05-44640 | $297,288.34 | General Unsecured |
| Contrarian Funds LLC as Assignee of SP DIV NMC LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9791 | $299,745.20 | Exhibit D Claims | 05-44640 | $297,288.34 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Kunhwa Co Ltd | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12695 | $120,459.00 | Exhibit D Claims | 05-44640 | $528.00 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Kunhwa Co Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12695 | $120,459.00 | Exhibit D Claims | 05-44640 | $528.00 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh Inc | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12696 | $109,002.60 | Exhibit D Claims | 05-44640 | $11,383.19 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12696 | $109,002.60 | Exhibit D Claims | 05-44640 | $11,383.19 | General Unsecured |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh SA de CV | Alpa Jimenez Contrarian Funds LLC 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 7/28/06 | 12694 | $91,243.71 | Exhibit D Claims | 05-44640 | $5,593.21 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as Assignee of Trelleborg Ysh SA de CV | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12694 | $91,243.71 | Exhibit D Claims | 05-44640 | $5,593.21 | General Unsecured |
| Contrarian Funds LLC as assignee of Westwood Associates Inc | Attn Alpa Jimenez 411 W Putnam Ave Ste 225 Greenwich, CT 06830 | 6/2/06 | 7371 | $694,417.04 | Exhibit D Claims | 05-44640 | $570,735.18 | General Unsecured |
| Contrarian Funds LLC as assignee of Westwood Associates Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/2/06 | 7371 | $694,417.04 | Exhibit D Claims | 05-44640 | $570,735.18 | General Unsecured |
| Custom Products Corp | Phil Bacon 457 State St North Haven, CT 06473 | 6/30/06 | 8807 | $4,687.50 | Exhibit D Claims | 05-44507 | $2,343.75 | General Unsecured |
| Deutsche Bank Securities Inc | Attn Ross Rosenfelt & Vikas Madan 60 Wall St 3rd Fl New York, NY 10005 | 7/31/06 | 14664 | $2,624,997.09 | Exhibit D Claims | 05-44640 | $2,240,832.25 | General Unsecured |
| Deutsche Bank Securities Inc | Cooper Standard Automotive Inc Attn Guy Todd & Timothy Griffith 39950 Orchard Hill Pl Dr Novi, MI 48375 | 7/31/06 | 14664 | $2,624,997.09 | Exhibit D Claims | 05-44640 | $2,240,832.25 | General Unsecured |
| Deutsche Bank Securities Inc | Bodman LLP Attn Ralph E McDowell 6th Fl at Ford Field 1901 St Antoine St Detroit, MI 48226 | 7/31/06 | 14664 | $2,624,997.09 | Exhibit D Claims | 05-44640 | $2,240,832.25 | General Unsecured |
| Deutsche Bank Securities Inc | Cleary Gottlieb Steen & Hamilton LLP James L Bromley One Liberty Plaza New York, NY 10006 | 7/31/06 | 14664 | $2,624,997.09 | Exhibit D Claims | 05-44640 | $2,240,832.25 | General Unsecured |
| Dynacast Deutschland GmbH & Co KG | c/o Jason W Harbour Esq Hunton & Williams LLC Riverfront Plz East Tower 951 E Byrd St Richmond, VA 23219 | 6/22/06 | 8374 | $1,302.72 | Exhibit D Claims | 05-44640 | $653.31 | General Unsecured |
| Dynacast Deutschland GmbH & Co KG | Hunton & Williams LLP Attn Jason W Harbour Esq Riverfront Pls East Tower 951 E Byrd St Richmond, VA 23219 | 6/22/06 | 8374 | $1,302.72 | Exhibit D Claims | 05-44640 | $653.31 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Dynacast Deutschland GmbH & Co KG | Dynacast Deutschland GmbH Hufinger Strabe 24 Postfach 1263 Braunlingen,  78199 Germany | 6/22/06 | 8374 | $1,302.72 | Exhibit D Claims | 05-44640 | $653.31 | General Unsecured |
| Eikenberry & Associates Inc | PO Box 2676 Kokomo, IN 46904-2676 | 7/31/06 | 15141 | $438,605.19 | Exhibit D Claims | 05-44640 | $113,798.89 | General Unsecured |
| Eikenberry & Associates Inc | Bose Mckinney & Evans Llp Jeannette Eisan Hinshaw 135 N Pennsylvania St Ste 2700 Indianapolis, IN 46204 | 7/31/06 | 15141 | $438,605.19 | Exhibit D Claims | 05-44640 | $113,798.89 | General Unsecured |
| Epcos Inc | Attn David N Crapo Esq Gibbons PC One Gateway Ctr Newark, NJ 07102-5310 | 7/5/06 | 8946 | $653,356.73 | Exhibit D Claims | 05-44640 | $505,747.68 | General Unsecured |
| FCI Automotive Deutschland GMBH | Keith J Cunningham Esq Pierce Atwood LLP One Monument Sq Portland, ME 04101-1110 | 7/31/06 | 14126 | $376,357.61 | Exhibit D Claims | 05-44640 | $166,841.77 | General Unsecured |
| FCI USA Inc | Keith J Cunningham Esq Pierce Atwood LLP One Monument Square Portland, ME 04101-1110 | 7/31/06 | 14130 | $407,299.95 | Exhibit D Claims | 05-44640 | $616,573.40 | General Unsecured |
| Flambeau Inc | 801 Lynn Ave Baraboo, WI 53913 | 7/28/06 | 12212 | $800,348.45 | Exhibit D Claims | 05-44640 | $370,783.68 | General Unsecured |
| Flambeau Inc | Quarles & Brady LLP Kasey C Nye Susan G Boswell One S Church Ave Ste 1700 Tucson, AZ 85701-1621 | 7/28/06 | 12212 | $800,348.45 | Exhibit D Claims | 05-44640 | $370,783.68 | General Unsecured |
| Flex Technologies Inc | PO Box 400 Gundy Dr Midvale, OH 44653 | 7/27/06 | 11542 | $72,759.50 | Exhibit D Claims | 05-44640 | $37,188.07 | General Unsecured |
| Flow Dry Technology Ltd | 379 Albert Rd Brookville, OH 45309-924 | 6/26/06 | 8508 | $22,258.80 | Exhibit D Claims | 05-44640 | $7,556.56 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach Esq 11256 Cornell Park Dr Ste 500 Cincinnati, OH 45242 | 7/21/06 | 10192 | $5,295.00 | Exhibit D Claims | 05-44567 | $950.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| GE Consumer & Industrial f k a GE Lighting | Michael B Bach GE Industrial Division PO Box 429321 Cincinnati, OH 45242 | 7/21/06 | 10192 | $5,295.00 | Exhibit D Claims | 05-44567 | $950.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP Attn Richard M Meth PO Box 1945 Morristown, NJ 07962-1945 | 7/21/06 | 10192 | $5,295.00 | Exhibit D Claims | 05-44567 | $950.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP Attn Richard M Meth 7 Times Sq New York, NY 10036-7311 | 7/21/06 | 10192 | $5,295.00 | Exhibit D Claims | 05-44567 | $950.00 | General Unsecured |
| GE Consumer & Industrial f k a GE Lighting | Day Pitney LLP Attn Richard M Meth 200 Campus Dr Florham Park, NJ 07932-0950 | 7/21/06 | 10192 | $5,295.00 | Exhibit D Claims | 05-44567 | $950.00 | General Unsecured |
| GMD Industries LLC dba Production Screw Machine | c/o Ronald S Pretekin Coolige Wall Co LPA 33 W 1st St Ste 600 Dayton, OH 45402 | 7/31/06 | 15140 | $230,129.45 | Exhibit D Claims | 05-44640 | $128,908.50 | General Unsecured |
| Gobar Systems Inc | Paige Leigh Ellerman Esq Taft Stettinius & Hollister LLP 425 Walnut Street Ste 1800 Cincinnati, OH 45202 | 7/31/06 | 15429 | $431,794.32 | Exhibit D Claims | 05-44640 | $427,955.37 | General Unsecured |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez c/o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | 7/31/06 | 14147 | $5,430,121.66 | Exhibit D Claims | 05-44640 | $4,998,144.79 | General Unsecured |
| Gruner AG | Gruner AG Eduard Spreitzer CEO Burglestrasse 15 17 Wehingen,  78564 GERMANY | 11/23/05 | 831 | $3,847.71 | Exhibit D Claims | 05-44567 | $1,783.17 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 7/21/06 | 10180 | $1,670,436.79 | Exhibit D Claims | 05-44640 | $1,440,545.65 | General Unsecured |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/21/06 | 10180 | $1,670,436.79 | Exhibit D Claims | 05-44640 | $1,440,545.65 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Hain Capital Investors LLC | Attn Ganna Liberchuk<br>301 Route 17 6th Fl<br>Rutherford, NJ 07070 | 12/19/05 | 1216 | $48,089.03 | Exhibit D Claims | 05-44640 | $19,911.66 | General Unsecured |
| Hutchinson FTS Inc | Attn Julie D Dyas Esq<br>c/o Halperin Battaglia Raicht LLP<br>555 Madison Ave 9th Floor<br>New York, NY 10019 | 7/31/06 | 13967 | $283,429.97 | Exhibit D Claims | 05-44640 | $205,360.53 | General Unsecured |
| Infineon Technologies AG | Charles P Schulman<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr 40th Fl<br>Chicago, IL 60606 | 7/28/06 | 12400 | $95,890.67 | Exhibit D Claims | 05-44610 | $72,058.30 | General Unsecured |
| Infineon Technologies AG | Infineon Technologies AG<br>Am Campeon 1 12<br>Neublberg, 85579 Germany | 7/28/06 | 12400 | $95,890.67 | Exhibit D Claims | 05-44610 | $72,058.30 | General Unsecured |
| Infineon Technologies North America Corp | Arlene N Gelman<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr 40th Fl<br>Chicago, IL 60606 | 7/28/06 | 11968 | $6,491,471.33 | Exhibit D Claims | 05-44640 | $6,331,621.10 | General Unsecured |
| Infineon Technologies North America Corp | Reed Smith LLP<br>Elena Lazarou<br>599 Lexington Ave<br>New York, NY 10022 | 7/28/06 | 11968 | $6,491,471.33 | Exhibit D Claims | 05-44640 | $6,331,621.10 | General Unsecured |
| Infineon Technologies North America Corp | Arlene N Gelman<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr 40th Fl<br>Chicago, IL 60606 | 7/28/06 | 12178 | $177,026.50 | Exhibit D Claims | 05-44567 | $2,556.27 | General Unsecured |
| Infineon Technologies North America Corp | Reed Smith LLP<br>Elena Lazarou<br>599 Lexington Ave<br>New York, NY 10022 | 7/28/06 | 12178 | $177,026.50 | Exhibit D Claims | 05-44567 | $2,556.27 | General Unsecured |
| JPMorgan Chase Bank NA | Attn Neema Veluvolu<br>4 New York Plaza Fl 16<br>New York, NY 10004-2413 | 6/22/07 | 16616 | $414,063.61 | Exhibit D Claims | 05-44640 | $339,363.99 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 | 6/22/07 | 16616 | $414,063.61 | Exhibit D Claims | 05-44640 | $339,363.99 | General Unsecured |
| JPMorgan Chase Bank NA | Stanley Lim<br>270 Park Ave 17th Fl<br>New York, NY 10017 | 2/3/06 | 1771 | $200,547.61 | Exhibit D Claims | 05-44640 | $178,429.84 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| JPMorgan Chase Bank NA | Kilpatrick Lockhart Preston Gates Ellis LLP Attn Marc Pifko 599 Lexington Ave New York, NY 10022 | 2/3/06 | 1771 | $200,547.61 | Exhibit D Claims | 05-44640 | $178,429.84 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA Attn Susan McNamara Legal Dept Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl New York, NY 10081 | 2/3/06 | 1771 | $200,547.61 | Exhibit D Claims | 05-44640 | $178,429.84 | General Unsecured |
| JPMorgan Chase Bank NA | Burr & Forman LLP Attn D Christopher Carson & Marc P Solomon 420 20th St N Ste 3400 Birmingham, AL 35203 | 2/3/06 | 1771 | $200,547.61 | Exhibit D Claims | 05-44640 | $178,429.84 | General Unsecured |
| JPMorgan Chase Bank NA | Neelima Veluvolu 270 Park Ave 17th Fl New York, NY 10017 | 7/27/06 | 11743 | $1,777,501.48 | Exhibit D Claims | 05-44640 | $1,299,418.83 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA Attn Susan McNamara Legal Dept Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl New York, NY 10081 | 7/27/06 | 11743 | $1,777,501.48 | Exhibit D Claims | 05-44640 | $1,299,418.83 | General Unsecured |
| Key Safety Systems & Subsidiaries | Attn Tom Ford Key Safety Systems Inc 7000 Nineteen Mile Rd Sterling Heights, MI 48314 | 2/6/06 | 1790 | $195,077.21 | Exhibit D Claims | 05-44640 | $61,279.69 | General Unsecured |
| Keystone Powdered Metal Company | Susan P Persichilli Esq Buchanan Ingersoll & Rooney PC 1 Chase Manhattan Plaza 35th Flr New York, NY 10007 | 8/2/06 | 15792 | $140,983.79 | Exhibit D Claims | 05-44640 | $19,279.37 | General Unsecured |
| Keystone Powdered Metal Company | Keystone Powdered Metal Company 251 State St Saint Marys, PA 15857 | 8/2/06 | 15792 | $140,983.79 | Exhibit D Claims | 05-44640 | $19,279.37 | General Unsecured |
| Latigo Master Fund Ltd | Attn Paul Malek 590 Madison Ave 9th Fl New York, NY 10022 | 7/25/06 | 10596 | $123,481.26 | Exhibit D Claims | 05-44567 | $95,819.18 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 10/17/05 | 26 | $162.00 | Exhibit D Claims | 05-44640 | $40.50 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Liquidity Solutions Inc | Dba Capital Markets<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 4/13/06 | 2625 | $202,626.18 | Exhibit D Claims | 05-44640 | $193,770.44 | General Unsecured |
| Liquidity Solutions Inc | Dba Capital Markets<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 4/13/06 | 2627 | $1,923.00 | Exhibit D Claims | 05-44640 | $384.60 | General Unsecured |
| Liquidity Solutions Inc | Dba Capital Markets<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 4/13/06 | 2636 | $4,770.00 | Exhibit D Claims | 05-44567 | $2,385.00 | General Unsecured |
| Liquidity Solutions Inc as Assignee of Indak Manufacturing Corp | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 5/10/06 | 5563 | $10,363.27 | Exhibit D Claims | 05-44640 | $7,973.56 | General Unsecured |
| Liquidity Solutions Inc as assignee of Walco Corporation | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 5/31/06 | 7205 | $26,066.24 | Exhibit D Claims | 05-44640 | $5,424.28 | General Unsecured |
| Liquidity Solutions Inc as Assignee of Xilinx Inc | Dba Capital Markets<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 6/1/06 | 7282 | $44,400.00 | Exhibit D Claims | 05-44640 | $30,750.00 | General Unsecured |
| Liquidity Solutions Inc dba Revenue Management as assignee of Digikey | Jeffrey L Caress<br>One University Plz Ste 312<br>Hackensack, NJ 07601 | 7/31/06 | 15483 | $66,952.29 | Exhibit D Claims | 05-44507 | $64,388.47 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 2/21/06 | 2063 | $108,786.45 | Exhibit D Claims | 05-44640 | $100,024.07 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 2/21/06 | 2063 | $108,786.45 | Exhibit D Claims | 05-44640 | $100,024.07 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 3/24/06 | 2402 | $2,537,512.52 | Exhibit D Claims | 05-44640 | $260,400.00 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 3/24/06 | 2402 | $2,537,512.52 | Exhibit D Claims | 05-44640 | $260,400.00 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 4/13/06 | 2649 | $68,059.78 | Exhibit D Claims | 05-47452 | $34,029.89 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 4/13/06 | 2649 | $68,059.78 | Exhibit D Claims | 05-47452 | $34,029.89 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 6/6/06 | 7571 | $152,953.02 | Exhibit D Claims | 05-44640 | $130,013.86 | General Unsecured |
| Longacre Master Fund Ltd | Jaffe Raitt Heuer & Weiss PC Attn Jay L Welford Thomas E Coughlin & Paige E Barr 27777 Franklin Rd Ste 2500 Southfield, MI 48034 | 6/6/06 | 7571 | $152,953.02 | Exhibit D Claims | 05-44640 | $130,013.86 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/6/06 | 7571 | $152,953.02 | Exhibit D Claims | 05-44640 | $130,013.86 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/25/06 | 10906 | $234,133.66 | Exhibit D Claims | 05-44640 | $126,124.21 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/25/06 | 10906 | $234,133.66 | Exhibit D Claims | 05-44640 | $126,124.21 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/25/06 | 10907 | $929,544.79 | Exhibit D Claims | 05-44640 | $401,688.36 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/25/06 | 10907 | $929,544.79 | Exhibit D Claims | 05-44640 | $401,688.36 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/27/06 | 11527 | $45,258.00 | Exhibit D Claims | 05-44640 | $37,322.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis For Objection** | **Correct Debtor** | **Allowed Amount** | **Allowed Nature** |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/27/06 | 11527 | $45,258.00 | Exhibit D Claims | 05-44640 | $37,322.00 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/28/06 | 12166 | $177,730.00 | Exhibit D Claims | 05-44640 | $168,071.05 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12166 | $177,730.00 | Exhibit D Claims | 05-44640 | $168,071.05 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/28/06 | 12840 | $662,721.49 | Exhibit D Claims | 05-44640 | $602,680.62 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12840 | $662,721.49 | Exhibit D Claims | 05-44640 | $602,680.62 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 10/16/06 | 16370 | $1,059,143.24 | Exhibit D Claims | 05-44640 | $1,058,927.24 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 10/16/06 | 16370 | $1,059,143.24 | Exhibit D Claims | 05-44640 | $1,058,927.24 | General Unsecured |
| Lydall Thermal Acoustical Sales LLC fka Lydall Westex | Lydall Thermal Acoustical Sales LLC fka Lydall Westex 1241 Buck Shoals Rd PO Box 109 Hamptonville, NC 27020 | 7/13/06 | 9463 | $108,415.00 | Exhibit D Claims | 05-44640 | $15,341.00 | General Unsecured |
| Machined Products Co | 2121 Landmeier Rd Elk Grove Village, IL 60007 | 5/8/06 | 5115 | $210,634.01 | Exhibit D Claims | 05-44640 | $71,857.54 | General Unsecured |
| Midtown Claims LLC | Attn Aileen M Watson 65 East 55th St 19th Fl New York, NY 10022 | 5/2/06 | 4501 | $48,815.08 | Exhibit D Claims | 05-44640 | $43,925.24 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Moldtech Inc | 1900 Commerce Pky Lancaster, NY 14086 | 5/1/06 | 3738 | $50,374.12 | Exhibit D Claims | 05-44640 | $40,800.82 | General Unsecured |
| Nichia America Corporation | 3775 Hempland Rd Mountville, PA 17554 | 3/7/06 | 2221 | $60,110.00 | Exhibit D Claims | 05-44640 | $29,480.00 | General Unsecured |
| Offshore International Incorporated | c/o Kasey C Nye Quarles & Brady Streich Lang LLP One S Church Ave Ste 1700 Tucson, AZ 85701 | 10/26/06 | 16393 | $84,892.57 | Exhibit D Claims | 05-44640 | $42,446.29 | General Unsecured |
| OKI America Inc | Attn Anna Phan Assistant Controller 785 N Mary Ave Sunnyvale, CA 94085 | 9/14/06 | 16318 | $1,428,927.86 | Exhibit D Claims | 05-44640 | $465,873.65 | General Unsecured |
| OKI America Inc | Thelen Reid & Priest Llp David A Lowenthal 875 Third Ave New York, NY 10022 | 9/14/06 | 16318 | $1,428,927.86 | Exhibit D Claims | 05-44640 | $465,873.65 | General Unsecured |
| OKI America Inc | Thelen Reid & Priest LLP Marcus O Colabianchi CA Bar No 208698 101 Second St Ste 1800 San Francisco, CA 94105 | 9/14/06 | 16318 | $1,428,927.86 | Exhibit D Claims | 05-44640 | $465,873.65 | General Unsecured |
| Plainfield Stamp Illinois Inc | 1351 North Division St Plainfield, IL 60544 | 7/28/06 | 12438 | $11,330.41 | Exhibit D Claims | 05-44567 | $5,867.91 | General Unsecured |
| Quality Screw & Nut Co | 1745 Payshpere Circle Add Chg 071205 Lc Chicago, IL 60674 | 5/1/06 | 4268 | $144,807.94 | Exhibit D Claims | 05-44640 | $138,972.84 | General Unsecured |
| Quality Synthetic Rubber Inc | c/o Patrick J Keating Esq Buckingham Doolittle & Burroughs LLP PO Box 1500 Akron, OH 44309-1500 | 7/31/06 | 15231 | $614,058.16 | Exhibit D Claims | 05-44640 | $333,450.27 | General Unsecured |
| Sherwin Williams Automotive Finishes Corp | Sherwin Williams Automotive Finishes Corp 4440 Warrensville Center Rd Warrensville Heights, OH 44128 | 3/13/06 | 2274 | $222,238.45 | Exhibit D Claims | 05-44481 | $56,390.89 | General Unsecured |
| Sierra Liquidity Fund | Sierra Liquidity Fund as assignee of Quincy Spring Lewis Spring 2699 White Rd Ste 255 Irvine, CA 92614 | 4/24/06 | 2739 | $102,734.69 | Exhibit D Claims | 05-44640 | $64,447.31 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| SKF USA Inc | Henry Jaffe Esquire Pepper Hamilton LLP Hercules Plz Ste 5100 1313 Market St Wilmington, DE 19899 | 7/27/06 | 11247 | $641,832.63 | Exhibit D Claims | 05-44640 | $29,777.40 | General Unsecured |
| SKF USA Inc | Pepper Hamilton LLP Linda J Casey 3000 Two Logan Sq 18th and Arch Sts Philadelphia, PA 19103-2799 | 7/27/06 | 11247 | $641,832.63 | Exhibit D Claims | 05-44640 | $29,777.40 | General Unsecured |
| Small Parts Inc | PO Box 7002 Logansport, IN 46947 | 7/27/06 | 11274 | $176,158.38 | Exhibit D Claims | 05-44640 | $100,458.41 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/26/06 | 11190 | $87,844.88 | Exhibit D Claims | 05-44640 | $74,795.17 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/26/06 | 11190 | $87,844.88 | Exhibit D Claims | 05-44640 | $74,795.17 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12257 | $217,822.60 | Exhibit D Claims | 05-44567 | $217,587.60 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14319 | $5,239,434.98 | Exhibit D Claims | 05-44640 | $2,847,130.71 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14319 | $5,239,434.98 | Exhibit D Claims | 05-44640 | $2,847,130.71 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | McDermott Will & Emery LLP Attn James M Sullivan Esq Attn James M Sullivan Esq 340 Madison Ave New York, NY 10017 | 7/31/06 | 14319 | $5,239,434.98 | Exhibit D Claims | 05-44640 | $2,847,130.71 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 15476 | $248,551.45 | Exhibit D Claims | 05-44640 | $244,087.26 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/27/06 | 11568 | $30,102.47 | Exhibit D Claims | 05-44567 | $29,961.47 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| SPCP Group LLC as agent for Silver Point Captial Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/27/06 | 11568 | $30,102.47 | Exhibit D Claims | 05-44567 | $29,961.47 | General Unsecured |
| SPCP Group LLC as Assignee of Intermet Corporation | Brian Jarmain Silver Point Capital Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14489 | $3,750,708.82 | Exhibit D Claims | 05-44640 | $3,724,793.18 | General Unsecured |
| SPCP Group LLC as Assignee of Intermet Corporation | Intermet Corporation Alan J Miller 700 Tower Dr 4th Fl Alan J Miller Troy, MI 48098-2808 | 7/31/06 | 14489 | $3,750,708.82 | Exhibit D Claims | 05-44640 | $3,724,793.18 | General Unsecured |
| SPCP Group LLC as Assignee of Intermet Corporation | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14489 | $3,750,708.82 | Exhibit D Claims | 05-44640 | $3,724,793.18 | General Unsecured |
| SPCP Group LLC as assignee of Key Plastics LLC | Attn Brian Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14134 | $511,656.31 | Exhibit D Claims | 05-44640 | $164,793.93 | General Unsecured |
| SPCP Group LLC as assignee of Key Plastics LLC | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14134 | $511,656.31 | Exhibit D Claims | 05-44640 | $164,793.93 | General Unsecured |
| Special Situations Investing Group Inc | Attn Al Dombrowski c/o Goldman Sachs & Co 85 Broad St 27th Fl New York, NY 10004 | 7/31/06 | 14137 | $2,752,068.75 | Exhibit D Claims | 05-44640 | $2,707,356.75 | General Unsecured |
| Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14137 | $2,752,068.75 | Exhibit D Claims | 05-44640 | $2,707,356.75 | General Unsecured |
| Topcraft Precision Molders Eft | 301 Ivyland Rd Warminster, PA 18974 | 7/13/06 | 9435 | $37,488.17 | Exhibit D Claims | 05-44640 | $29,113.78 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Toshiba America Electronic Components Inc | Lei Lei Wang Ekvall Esq<br>Weiland Golden Smiley Wang Ekvall & Strok<br>650 Town Center Dr Ste 950<br>Costa Mesa, CA 92626 | 7/28/06 | 12239 | $599,351.09 | Exhibit D Claims | 05-44640 | $174,838.00 | General Unsecured |
| Trade Debt Net | Trade Debt Net<br>281 Tresser Blvd Ste 1501<br>Stamford, CT 06901 | 7/20/06 | 10011 | $2,009.90 | Exhibit D Claims | 05-44640 | $99.50 | General Unsecured |
| Ufe Inc | PO Box 7<br>Stillwater, MN 55082-0007 | 7/21/06 | 10233 | $287,522.77 | Exhibit D Claims | 05-44640 | $285,962.77 | General Unsecured |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman<br>Victory Packaging LLP<br>3555 Timmons Land Ste 1440<br>Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Exhibit D Claims | 05-44640 | $3,180,058.44 | General Unsecured |
| Victory Packaging LP | Thompson & Knight LLP<br>Attn Ira L Herman Esq<br>Ira L Herman Esq 919 Third Ave 39th Fl<br>New York, NY 10022 | 7/27/06 | 11640 | $6,183,936.00 | Exhibit D Claims | 05-44640 | $3,180,058.44 | General Unsecured |
| Victory Packaging LP | Victory Packaging LP<br>3555 Timmons Ln Ste 1400<br>Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Exhibit D Claims | 05-44640 | $3,180,058.44 | General Unsecured |
| Vishay Americas Inc | Attn Marion R Hubbard<br>1 Greenwhich PL<br>Shelton, CT 06484 | 7/13/06 | 9454 | $23,391.86 | Exhibit D Claims | 05-44567 | $14,166.86 | General Unsecured |
| Woco Industrietechnik GmbH | Seth P Tompkins Esq<br>25800 Northwestern Hwy 1000<br>Southfield, MI 48075-1000 | 7/20/06 | 10076 | $0.00 | Exhibit D Claims | 05-44640 | $77,084.27 | General Unsecured |
| Woco Industrietechnik GmbH | Woco Industrietechnik Gmbh<br>Hanauer Landstr 16<br>Bad Soden Salmuenster,  63628 Germany | 7/20/06 | 10076 | $0.00 | Exhibit D Claims | 05-44640 | $77,084.27 | General Unsecured |
| Zierick Mfg Co | 131 Radio Circle<br>Mount Kisco, NY 10549 | 4/28/06 | 3375 | $2,678.08 | Exhibit D Claims | 05-44567 | $102.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Accurate Threaded Fasteners Inc ATF Inc | Pia N Thompson<br>Sachnoff & Weaver Ltd<br>10 S Wacker Dr<br>Chicago, IL 60606-7507 | 7/27/06 | 11413 | $617,679.20 | Exhibit E Claims | 05-44640 | $231,086.97 | General Unsecured |
| Alcotec Wire Co | 2750 Aero Pk Dr<br>Traverse City, MI 49686-9103 | 5/1/06 | 4232 | $32,587.26 | Exhibit E Claims | 05-44640 | $3,665.92 | General Unsecured |
| American Coil Spring Company | c/o Robert D Wolford<br>Miller Johnson<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | 7/31/06 | 15139 | $59,414.30 | Exhibit E Claims | 05-44640 | $51,402.10 | General Unsecured |
| American Coil Spring Company | American Coil Spring Co<br>1041 E Keating Ave<br>Muskegon, MI 49442-5996 | 7/31/06 | 15139 | $59,414.30 | Exhibit E Claims | 05-44640 | $51,402.10 | General Unsecured |
| American Coil Spring Company | Miller Johnson<br>Thomas P Sarb<br>250 Monroe Ave NW Ste 800 PO Box 306<br>Grand Rapids, MI 49501-0306 | 7/31/06 | 15139 | $59,414.30 | Exhibit E Claims | 05-44640 | $51,402.10 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/7/06 | 7606 | $36,759.75 | Exhibit E Claims | 05-44640 | $29,843.96 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/7/06 | 7609 | $402,499.83 | Exhibit E Claims | 05-44640 | $373,327.83 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/9/06 | 7706 | $50,895.80 | Exhibit E Claims | 05-44640 | $12,236.35 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/16/06 | 8133 | $1,005,284.25 | Exhibit E Claims | 05-44640 | $995,991.07 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/28/06 | 8725 | $57,311.51 | Exhibit E Claims | 05-44640 | $40,529.86 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/19/06 | 9916 | $86,129.80 | Exhibit E Claims | 05-44640 | $56,728.06 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/21/06 | 10186 | $130,579.71 | Exhibit E Claims | 05-44640 | $89,510.49 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/21/06 | 10207 | $208,704.95 | Exhibit E Claims | 05-44567 | $133,078.70 | General Unsecured |
| Amroc Investments LLC | as Assignee of Tompkins Products Inc Eft Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/26/06 | 11196 | $59,444.55 | Exhibit E Claims | 05-44640 | $5,732.00 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | 7/31/06 | 14915 | $468,786.87 | Exhibit E Claims | 05-44640 | $393,821.03 | General Unsecured |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 11/10/05 | 480 | $203,405.32 | Exhibit E Claims | 05-44481 | $11,280.00 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/10/05 | 480 | $203,405.32 | Exhibit E Claims | 05-44481 | $11,280.00 | General Unsecured |
| Argo Partners | Argo Partners 12 W 37th St 9th Fl New York, NY 10018 | 5/4/06 | 4746 | $92,262.14 | Exhibit E Claims | 05-44481 | $91,796.37 | General Unsecured |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/4/06 | 4746 | $92,262.14 | Exhibit E Claims | 05-44481 | $91,796.37 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| ASM Capital | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 2/21/06 | 2090 | $467,697.04 | Exhibit E Claims | 05-44640 | $442,461.61 | General Unsecured |
| ASM Capital | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/21/06 | 2090 | $467,697.04 | Exhibit E Claims | 05-44640 | $442,461.61 | General Unsecured |
| ASM Capital | 7600 Jericho Tpke Ste 302 Woodbury, NY 11797 | 3/1/06 | 2164 | $369,751.60 | Exhibit E Claims | 05-44640 | $360.00 | General Unsecured |
| ASM Capital | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 3/1/06 | 2164 | $369,751.60 | Exhibit E Claims | 05-44640 | $360.00 | General Unsecured |
| ASM Capital II LP | ASM Capital II LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 1/26/06 | 1683 | $78,385.24 | Exhibit E Claims | 05-44640 | $56,610.31 | General Unsecured |
| ASM Capital II LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 1/26/06 | 1683 | $78,385.24 | Exhibit E Claims | 05-44640 | $56,610.31 | General Unsecured |
| ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 11/14/05 | 533 | $27,398.92 | Exhibit E Claims | 05-44481 | $540.00 | General Unsecured |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/14/05 | 533 | $27,398.92 | Exhibit E Claims | 05-44481 | $540.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 1/30/06 | 1699 | $117,572.06 | Exhibit E Claims | 05-44640 | $97,811.66 | General Unsecured |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 1/30/06 | 1699 | $117,572.06 | Exhibit E Claims | 05-44640 | $97,811.66 | General Unsecured |
| ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 5/2/06 | 4458 | $11,070.00 | Exhibit E Claims | 05-44640 | $9,100.00 | General Unsecured |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/2/06 | 4458 | $11,070.00 | Exhibit E Claims | 05-44640 | $9,100.00 | General Unsecured |
| ASM Capital LP | ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | 7/26/06 | 11074 | $285,140.66 | Exhibit E Claims | 05-44640 | $238,940.13 | General Unsecured |
| ASM Capital LP | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/26/06 | 11074 | $285,140.66 | Exhibit E Claims | 05-44640 | $238,940.13 | General Unsecured |
| Austriamicrosystems AG | Mrs Maria Radovic Austiamicrosystems AG Schloss Premslaetten Unterpremstaelten,  A 8141 Austria | 12/2/05 | 1081 | $60,182.00 | Exhibit E Claims | 05-44640 | $30,091.00 | General Unsecured |
| Austriamicrosystems AG | Mrs Maria Radovic Schloss Premstaetten Unterpremstaelten,  A-8141 Austria | 6/19/06 | 8141 | $34,290.00 | Exhibit E Claims | 05-44640 | $885.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Avery Denninson Corporation | Taras Szmagala<br>Avery Dennison Corporation<br>7590 Auburn Rd<br>Painesville, OH 44077 | 5/10/06 | 5453 | $154,424.36 | Exhibit E Claims | 05-44640 | $98,950.93 | General Unsecured |
| Bailey Mfg Co Llc | 10987 Bennett State Rd<br>Forestville, NY 14062 | 7/27/06 | 11459 | $156,246.02 | Exhibit E Claims | 05-44640 | $115,161.48 | General Unsecured |
| Bank of America N A | Attn David Halesworth<br>1 BRYANT PARK<br>New York, NY 10035 | 7/31/06 | 13825 | $330,238.12 | Exhibit E Claims | 05-44640 | $327,390.54 | General Unsecured |
| Bekaert Corporation | Richard Augustine<br>1395 S Marietta Pkwy<br>Marietta, GA 30067 | 2/6/06 | 1791 | $8,866.55 | Exhibit E Claims | 05-44624 | $1,361.73 | General Unsecured |
| Bergquist Company | 18930 West 78th St<br>Chanhassen, MN 55317 | 7/28/06 | 12448 | $33,219.20 | Exhibit E Claims | 05-44640 | $3,307.00 | General Unsecured |
| Bona Vista Programs Inc | Bona Vista Programs Inc<br>1220 E Laguna<br>PO Box 2496<br>Kokomo, IN 46904-2496 | 12/30/05 | 1389 | $10,302.88 | Exhibit E Claims | 05-44640 | $10,157.80 | General Unsecured |
| Component Plastics Inc | 700 Tollgate Rd<br>Elgin, IL 60123 | 5/31/06 | 7170 | $21,222.25 | Exhibit E Claims | 05-44481 | $18,982.25 | General Unsecured |
| Continental Midland LLC | William S Hackney<br>Much Shelist<br>191 N Wacker Dr Ste 1800<br>Chicago, IL 60606 | 7/31/06 | 14247 | $45,870.92 | Exhibit E Claims | 05-44640 | $30,452.74 | General Unsecured |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/31/06 | 15203 | $110,591.58 | Exhibit E Claims | 05-44640 | $8,868.88 | General Unsecured |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/31/06 | 15203 | $110,591.58 | Exhibit E Claims | 05-44640 | $8,868.88 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Contrarian Funds LLC as assignee of Intel Americas Inc | Contrarian Funds LLC Attn Alpa Jimenez 411 West Putnam Avenue Ste 225 Greenwich, CT 06830 | 7/28/06 | 12685 | $91,628.77 | Exhibit E Claims | 05-44640 | $64,801.77 | General Unsecured |
| Contrarian Funds LLC as assignee of Intel Americas Inc | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12685 | $91,628.77 | Exhibit E Claims | 05-44640 | $64,801.77 | General Unsecured |
| Cooper Bussmann Inc | Cooper Bussmann Inc 175 Hansen Court Wood Dale, IL 60191 | 7/24/06 | 10402 | $220,188.26 | Exhibit E Claims | 05-44640 | $45,441.87 | General Unsecured |
| Dajaco Industries Inc | 49715 Leona Chesterfield, MI 48051 | 8/9/06 | 16018 | $3,352.00 | Exhibit E Claims | 05-44481 | $1,300.00 | General Unsecured |
| Datwyler I o Devices Americas | Attn Linda K Barr Nelson Mullins Riley & Scarborough LLP PO Box 11070 Columbia, SC 29211-1070 | 4/24/06 | 2747 | $71,255.39 | Exhibit E Claims | 05-44567 | $53,085.76 | General Unsecured |
| Datwyler I o Devices Americas | Nelson Mullins Riley & Scarborough LLP Richard B Herzog 999 Peachtree St Ste 1400 Atlanta, GA 30309 | 4/24/06 | 2747 | $71,255.39 | Exhibit E Claims | 05-44567 | $53,085.76 | General Unsecured |
| Datwyler I o Devices Americas | Nelson Mullins Riley & Scarborough LLP George B Cauthen Jody A Bedenbaugh Meridian Bldg Seventeenth Fl 1320 Main St PO Box 11070 Columbia, SC 29201 | 4/24/06 | 2747 | $71,255.39 | Exhibit E Claims | 05-44567 | $53,085.76 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Datwyler I o Devices Americas | Abatak Americas Inc formerly known as Daetwyler I O Devices Americas Inc 4155 Shackleford Rd Ste 240 Norcross, GA 30093 | 4/24/06 | 2747 | $71,255.39 | Exhibit E Claims | 05-44567 | $53,085.76 | General Unsecured |
| Debt Acquisition Company of America V LLC | 1565 Hotel Circle S Ste 310 San Diego, CA 92108 | 12/27/05 | 1307 | $5,374.05 | Exhibit E Claims | 05-44481 | $1,728.00 | General Unsecured |
| Delta Products Corporation | 4405 Cushing Pkwy Fremont, CA 94538 | 7/31/06 | 15226 | $87,775.20 | Exhibit E Claims | 05-44640 | $80,539.55 | General Unsecured |
| Devries International Inc | 1645 Reynolds Ave Irvine, CA 92614 | 1/17/06 | 1586 | $16,269.10 | Exhibit E Claims | 05-44481 | $15,489.10 | General Unsecured |
| Dott Industries Inc | Ryan D Heilman Esq 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | 7/31/06 | 14401 | $4,652.71 | Exhibit E Claims | 05-44640 | $3,294.59 | General Unsecured |
| Dott Industries Inc | Ryan D Heilman Esq 40950 Woodward Ave Ste 100 Bloomfield Hills, MI 48304 | 7/31/06 | 14402 | $18,385.92 | Exhibit E Claims | 05-44567 | $2,903.04 | General Unsecured |
| Dow Corning Corp | Attn Tammy Grove CO1222 2200 W Salzburg Rd Midland, MI 48686 | 6/2/06 | 7343 | $59,296.80 | Exhibit E Claims | 05-44640 | $17,184.49 | General Unsecured |
| Dow Corning Corporation | Attn Tammy Grove CO1222 2200 W Salzburg Rd Midland, MI 48686 | 6/2/06 | 7341 | $34,468.09 | Exhibit E Claims | 05-44640 | $26,554.57 | General Unsecured |
| Draka Automotive GmbH | Draka Automotive GmbH Dickestr 23 Wuppertal,  D 42369 Germany | 10/25/05 | 116 | $289,004.91 | Exhibit E Claims | 05-44640 | $11,929.34 | General Unsecured |
| Erwin Quarder Inc | Attn Jennifer Steward 5101 Kraft Ave SE Grand Rapids, MI 49512 | 1/9/06 | 1464 | $122,867.13 | Exhibit SE Claims | 05-44567 | $18,036.90 | General Unsecured |
| Evox Rifa Inc | Henry Ishu 1900 N Roselle Rd Ste 405 Schaumburg, IL 60195-3172 | 7/13/06 | 9461 | $52,740.26 | Exhibit E Claims | 05-44481 | $22,878.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| F&G Multi Slide Inc | 130 Industrial Dr<br>Franklin, OH 45005 | 12/5/07 | 16751 | $250,422.69 | Exhibit E Claims | 05-44640 | $237,791.47 | General Unsecured |
| F&G Multi Slide Inc | Paul H Spaeth Co LPA<br>Paul H Spaeth<br>130 W Second St Ste 450<br>Dayton, OH 45402 | 12/5/07 | 16751 | $250,422.69 | Exhibit E Claims | 05-44640 | $237,791.47 | General Unsecured |
| Fair Harbor Capital LLC | Fair Harbor Capital LLC<br>875 Ave of the Americas Ste 2305<br>New York, NY 10001 | 3/3/06 | 2186 | $41,085.40 | Exhibit E Claims | 05-44640 | $37,733.60 | General Unsecured |
| Federal Screw Works | 20229 9 Mile Rd<br>Saint Clair Shores, MI 48080-1775 | 3/21/06 | 2350 | $222,736.28 | Exhibit E Claims | 05-44640 | $43,226.19 | General Unsecured |
| Fujitsu Components America Inc | Attn Accounting Manager<br>250 E Caribbean Dr<br>Sunnyvale, CA 94086 | 7/28/06 | 12839 | $492,938.78 | Exhibit E Claims | 05-44640 | $253,703.19 | General Unsecured |
| Gapi Usa | 300 Huls Dr<br>Clayton, OH 45315 | 5/30/06 | 6993 | $1,535.40 | Exhibit E Claims | 05-44481 | $652.50 | General Unsecured |
| GE Consumer & Industrial f k a GE Supply | Michael B Bach Esq<br>11256 Cornell Park Dr Ste 500<br>Cincinnati, OH 45242 | 7/21/06 | 10199 | $341,525.93 | Exhibit E Claims | 05-44640 | $284,394.80 | General Unsecured |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c/o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 2/6/06 | 1787 | $596,771.49 | Exhibit E Claims | 05-44640 | $159,738.00 | General Unsecured |
| Goldman Sachs Credit Partners LP | c/o Goldman Sachs & Co<br>Attn Pedro Ramirez<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 7/28/06 | 11967 | $5,019,217.38 | Exhibit E Claims | 05-44640 | $4,986,815.92 | General Unsecured |
| Goldman Sachs Credit Partners LP | Brown Rudnick Berlack Israels LLP<br>Attn Steven D Pohl<br>One Financial Center<br>Boston, MA 02111 | 7/28/06 | 11967 | $5,019,217.38 | Exhibit E Claims | 05-44640 | $4,986,815.92 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| H & L Tool Company Inc | 32701 Dequindre Rd<br>Madison Heights, MI 48071 | 11/13/07 | 16746 | $41,723.84 | Exhibit E Claims | 05-44640 | $32,682.97 | General Unsecured |
| H & M Company Inc | Norma Gonzalez<br>200 Chihuahua St<br>San Antonio, TX 78207-6330 | 6/7/06 | 7603 | $2,614.68 | Exhibit E Claims | 05-44567 | $872.27 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 1/4/06 | 1431 | $20,934.54 | Exhibit E Claims | 05-44610 | $9,492.60 | General Unsecured |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 1/4/06 | 1431 | $20,934.54 | Exhibit E Claims | 05-44610 | $9,492.60 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 5/16/06 | 5966 | $18,475.70 | Exhibit E Claims | 05-44567 | $1,545.00 | General Unsecured |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/16/06 | 5966 | $18,475.70 | Exhibit E Claims | 05-44567 | $1,545.00 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk<br>301 Rte 17 6th Fl<br>Rutherford, NJ 07070 | 7/28/06 | 12019 | $351,071.44 | Exhibit E Claims | 05-44640 | $29,240.92 | General Unsecured |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12019 | $351,071.44 | Exhibit E Claims | 05-44640 | $29,240.92 | General Unsecured |
| Hain Capital Investors LLC | Attn Ganna Liberchuk<br>301 Route 17 6th Fl<br>Rutherford, NJ 07070 | 7/31/06 | 15220 | $321,256.00 | Exhibit E Claims | 05-44640 | $169,753.45 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Hain Capital Investors LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15220 | $321,256.00 | Exhibit E Claims | 05-44640 | $169,753.45 | General Unsecured |
| Harrington Tool and Die Inc | Theodore Zaharia President 2555 Matte Blvd Brossard, QC J4Y 2H1 Canada | 11/18/05 | 668 | $356,407.35 | Exhibit E Claims | 05-44640 | $130,033.90 | General Unsecured |
| Illinois Tool Works Inc | Itw Deltar Engineered Fastener 1700 1st Ave Chippewa Falls, WI 54729 | 5/22/06 | 6615 | $7,907.92 | Exhibit E Claims | 05-44640 | $7,423.87 | General Unsecured |
| Illinois Tool Works Inc | Anchor Fasteners 26101 Fargo Ave Cleveland, OH 44146-1305 | 7/17/06 | 9565 | $4,890.13 | Exhibit E Claims | 05-44640 | $2,115.60 | General Unsecured |
| Illinois Tool Works Inc | Itw Shakeproof Automotive Prod PO Box 92052 Chicago, IL 60675 | 7/17/06 | 9567 | $151,274.89 | Exhibit E Claims | 05-44481 | $38,404.71 | General Unsecured |
| Illinois Tool Works Inc | Itw Deltar Tekfast 21555 S Harlem Ave Frankfort, IL 60423 | 7/17/06 | 9569 | $72,359.10 | Exhibit E Claims | 05-44640 | $61,077.77 | General Unsecured |
| Illinois Tool Works Inc | Itw Drawform 500 Fairview Zeeland, MI 49464 | 7/17/06 | 9574 | $106,700.48 | Exhibit E Claims | 05-44640 | $87,321.04 | General Unsecured |
| Illinois Tool Works Inc | Trans Tech America 475 N Gary Ave Carol Stream, IL 60188-490 | 7/28/06 | 12246 | $18,691.05 | Exhibit E Claims | 05-44640 | $9,652.50 | General Unsecured |
| Integrated Silicon Solution Ef Inc | 2231 Lawson Ln Santa Clara, CA 95054 | 7/24/06 | 10279 | $1,456,361.79 | Exhibit E Claims | 05-44640 | $1,267,237.10 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| International Rectifier Corporation | Richard Brunette and Theresa Wardle Sheppard Mullin Richter & Hampton LLP 333 S Hope St 48th Fl Los Angeles, CA 90071 | 7/31/06 | 13788 | $1,423,472.76 | Exhibit E Claims | 05-44640 | $66,745.04 | General Unsecured |
| International Rectifier Corporation | Sheppard Mullin Richter & Hamption LLP Attn Malani J Sternstein 30 Rockefeller Plz 24th Fl New York, NY 10112 | 7/31/06 | 13788 | $1,423,472.76 | Exhibit E Claims | 05-44640 | $66,745.04 | General Unsecured |
| ITT Cannon Newton | ITT Industries Shared Services 2881 East Bayard Street Seneca Falls, NY 13148 | 1/17/06 | 1541 | $114,460.81 | Exhibit E Claims | 05-44567 | $54,346.05 | General Unsecured |
| Itw Deltar Insert Molded Products | 9629 W 197th St Mokena, IL 60448 | 7/17/06 | 9573 | $159,690.14 | Exhibit E Claims | 05-44640 | $94,514.87 | General Unsecured |
| Itw Filtration Products | Michelle Szafoni 18531 Spring Creek Dr Tinley Pk, IL 60477 | 7/24/06 | 10421 | $53,587.08 | Exhibit E Claims | 05-44640 | $38,803.44 | General Unsecured |
| ITW Shakeproof Industrial Products | ITW Shakeproof 2550 S 27th Ave Broadview, IL 60155 | 1/27/06 | 1688 | $65,530.04 | Exhibit E Claims | 05-44640 | $29,406.38 | General Unsecured |
| JPMorgan Chase Bank NA | Stanley Lim 270 Park Ave 17th Fl New York, NY 10017 | 6/1/06 | 7325 | $388,310.09 | Exhibit E Claims | 05-44640 | $347,207.29 | General Unsecured |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA Attn Susan McNamara Legal Dept Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl New York, NY 10081 | 6/1/06 | 7325 | $388,310.09 | Exhibit E Claims | 05-44640 | $347,207.29 | General Unsecured |
| KAC Holdings Inc dba Kester | Terry G Clarke Kester 800 W Thorndale Ave Itasca, IL 60143-1341 | 7/31/06 | 15565 | $112,181.25 | Exhibit E Claims | 05-44640 | $58,202.55 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Kaumagraph Flint Corporation | Attn Carrie Joseph<br>4705 Industrial Dr<br>Millington, MI 48746 | 11/17/05 | 642 | $1,703,785.68 | Exhibit E Claims | 05-44640 | $1,125,779.66 | General Unsecured |
| Keats Southwest Inc | Keats Southwest Inc<br>350 W Holbrook Dr<br>Wheeling, IL 60090 | 10/25/05 | 104 | $25,760.03 | Exhibit E Claims | 05-44640 | $9,051.14 | General Unsecured |
| KEMET Electronics Corporation | Attn Treasurer<br>PO Box 5928<br>Greenville, SC 29606 | 7/28/06 | 12210 | $34,446.55 | Exhibit E Claims | 05-44567 | $14,465.05 | General Unsecured |
| KEMET Electronics Corporation | Attn Treasurer<br>PO Box 5928<br>Greenville, SC 29606 | 7/28/06 | 12211 | $881,156.41 | Exhibit E Claims | 05-44640 | $152,937.45 | General Unsecured |
| Ldi Incorporated | 4311 Patterson<br>Grand Rapids, MI 49512 | 7/18/06 | 9832 | $268,853.90 | Exhibit E Claims | 05-44640 | $192,950.99 | General Unsecured |
| Ldi Incorporated | Harold E Nelson<br>Nantz Litowich Smith Girard & Hamilton<br>2025 E Beltline SE Ste 60<br>Grand Rapids, MI 49546 | 7/18/06 | 9832 | $268,853.90 | Exhibit E Claims | 05-44640 | $192,950.99 | General Unsecured |
| Lexington Rubber Group Inc | Lexington Connector Seals<br>1510 Ridge Rd<br>Vienna, OH 44473-970 | 7/28/06 | 11925 | $317,117.86 | Exhibit E Claims | 05-44640 | $31,398.46 | General Unsecured |
| Lifetime Industries Inc | David J Harris<br>Burch Porter & Johnson PLLC<br>130 N Court Ave<br>Memphis, TN 38103 | 2/14/06 | 1994 | $35,738.64 | Exhibit E Claims | 05-44640 | $5,669.94 | General Unsecured |
| Liquidity Solutions Inc | Dba Revenue Management as assignee of Promotech Kunstoff U<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 10/25/05 | 124 | $23,878.34 | Exhibit E Claims | 05-44481 | $16,782.17 | General Unsecured |
| Liquidity Solutions Inc as assignee of Henry County REMC | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 5/1/06 | 3827 | $31,046.14 | Exhibit E Claims | 05-44640 | $15,224.53 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Liquidity Solutions Inc as assignee of Sperry & Rice Mfg Co LLC | Dba Revenue Management One University Plaza Ste 312 Hackensack, NJ 07601 | 10/28/05 | 162 | $243.00 | Exhibit E Claims | 05-44481 | $121.50 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 10/25/05 | 123 | $127,102.34 | Exhibit E Claims | 05-44640 | $111,018.85 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 10/25/05 | 123 | $127,102.34 | Exhibit E Claims | 05-44640 | $111,018.85 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 2/8/06 | 1908 | $6,425.10 | Exhibit E Claims | 05-44640 | $92.40 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/8/06 | 1908 | $6,425.10 | Exhibit E Claims | 05-44640 | $92.40 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 6/27/06 | 8682 | $323,679.01 | Exhibit E Claims | 05-44640 | $8,296.48 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/27/06 | 8682 | $323,679.01 | Exhibit E Claims | 05-44640 | $8,296.48 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 6/28/06 | 8715 | $36,618.89 | Exhibit E Claims | 05-44640 | $33,454.31 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| | | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Name** | | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis For Objection** | **Correct Debtor** | **Allowed Amount** | **Allowed Nature** |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 6/28/06 | 8715 | $36,618.89 | Exhibit E Claims | 05-44640 | $33,454.31 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/17/06 | 9585 | $81,300.76 | Exhibit E Claims | 05-44640 | $75,502.26 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/17/06 | 9585 | $81,300.76 | Exhibit E Claims | 05-44640 | $75,502.26 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/24/06 | 10558 | $620,518.73 | Exhibit E Claims | 05-44640 | $589,587.21 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/24/06 | 10558 | $620,518.73 | Exhibit E Claims | 05-44640 | $589,587.21 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/27/06 | 11455 | $358,636.72 | Exhibit E Claims | 05-44640 | $334,323.99 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/27/06 | 11455 | $358,636.72 | Exhibit E Claims | 05-44640 | $334,323.99 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/28/06 | 12346 | $215,079.82 | Exhibit E Claims | 05-44640 | $185,481.47 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12346 | $215,079.82 | Exhibit E Claims | 05-44640 | $185,481.47 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 7/28/06 | 12396 | $148,325.65 | Exhibit E Claims | 05-44640 | $143,898.96 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/28/06 | 12396 | $148,325.65 | Exhibit E Claims | 05-44640 | $143,898.96 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 7/25/06 | 13459 | $370,568.92 | Exhibit E Claims | 05-44640 | $360,692.12 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/25/06 | 13459 | $370,568.92 | Exhibit E Claims | 05-44640 | $360,692.12 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 8/18/06 | 16247 | $579,130.61 | Exhibit E Claims | 05-44640 | $126,534.31 | General Unsecured |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 8/18/06 | 16247 | $579,130.61 | Exhibit E Claims | 05-44640 | $126,534.31 | General Unsecured |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 11/17/06 | 16418 | $107,272.55 | Exhibit E Claims | 05-44640 | $41,178.20 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/17/06 | 16418 | $107,272.55 | Exhibit E Claims | 05-44640 | $41,178.20 | General Unsecured |
| Lord Corporation | Lisa Watt 2000 W Grandview Blvd Erie, PA 16514 | 9/12/06 | 16307 | $362,371.05 | Exhibit E Claims | 05-44640 | $10,359.59 | General Unsecured |
| M A Com Inc | George D Nagle Jr Credit Mgr PO Box 3608 MS38 26 Harrisburg, PA 17105 | 7/26/06 | 15926 | $404,986.61 | Exhibit E Claims | 05-44640 | $125,651.26 | General Unsecured |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 5/31/06 | 7206 | $31,570.05 | Exhibit E Claims | 05-44640 | $16,805.20 | General Unsecured |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | 6/27/06 | 8663 | $5,894.00 | Exhibit E Claims | 05-44567 | $4,160.00 | General Unsecured |
| Marian Inc fka Marian Rubber Products | Wayne Rinker Marian Inc 1011 E St Clair St Indianapolis, IN 46202 | 7/27/06 | 11453 | $236,298.73 | Exhibit E Claims | 05-44640 | $186,642.58 | General Unsecured |
| Marketing Specialties MSI Packaging | MSI Packaging 5010 W 81st St Indianapolis, IN 46268 | 11/14/05 | 523 | $557,641.90 | Exhibit E Claims | 05-44640 | $278,782.37 | General Unsecured |
| Medalist Industries Inc | Medalist Indl Fastener Div 2700 York Rd Elk Grove Village, IL 60007 | 7/17/06 | 9576 | $64,897.96 | Exhibit E Claims | 05-44640 | $44,746.93 | General Unsecured |
| Microsemi Corp | 2381 Morse Ave Irvine, CA 92614 | 5/26/06 | 6932 | $12,279.00 | Exhibit E Claims | 05-44481 | $7,500.00 | General Unsecured |
| Microsemi Corp | Microsemi Corp Microsemi Corp 11861 Western Ave Garden Grove, CA 92841 | 5/26/06 | 6932 | $12,279.00 | Exhibit E Claims | 05-44481 | $7,500.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Mid Continent Spring Co Eft | PO Box 649<br>Hopkinsville, KY 42241-0649 | 5/22/06 | 6577 | $258,352.13 | Exhibit E Claims | 05-44481 | $253,604.40 | General Unsecured |
| Mid States Rubber Products Inc | Nte 0008090953218<br>1230 S Race St PO Box 370<br>Princeton, IN 47670 | 7/28/06 | 12244 | $3,512.31 | Exhibit E Claims | 05-44640 | $3,105.74 | General Unsecured |
| Mubea Inc | 6800 Industrial Rd<br>Florence, KY 41042 | 7/27/06 | 11688 | $529,365.38 | Exhibit E Claims | 05-44640 | $496,490.18 | General Unsecured |
| Mubea Inc | Gary R Hoffman<br>11935 Mason Montgomery Rd Ste 130<br>Cincinnati, OH 45249 | 7/27/06 | 11688 | $529,365.38 | Exhibit E Claims | 05-44640 | $496,490.18 | General Unsecured |
| Mueller Industries Inc | Attn Credit Dept<br>2199 Lapeer Ave<br>Port Huron, MI 48060 | 7/17/06 | 9550 | $135,856.48 | Exhibit E Claims | 05-44481 | $42,790.45 | General Unsecured |
| Onkyo Industrial Components Inc | 38701 7 Mile Rd Ste 295<br>Livonia, MI 48152-7038 | 11/28/05 | 878 | $351,634.04 | Exhibit E Claims | 05-44481 | $214,128.30 | General Unsecured |
| Ore Hill Hub Fund Ltd | Ore Hill Hub Fund Ltd<br>650 Fifth Ave 9th Fl<br>New York, NY 10019 | 5/1/06 | 3755 | $89,760.00 | Exhibit E Claims | 05-44481 | $43,303.48 | General Unsecured |
| Penn Aluminum International Inc | Dennis E Quaid<br>FagelHaber LLC<br>55 E Monroe St 40th Flr<br>Chicago, IL 60603 | 2/28/07 | 16557 | $435,185.00 | Exhibit E Claims | 05-44640 | $335,336.01 | General Unsecured |
| Penn Engineering & Manufacturing Corp | Penn Engineering & Manufacturing Corp<br>5190 Old Easton Rd<br>Danboro, PA 18916 | 12/13/05 | 1156 | $5,754.73 | Exhibit E Claims | 05-44640 | $4,387.53 | General Unsecured |
| Piher International Corp | Peter F DeMarco<br>1640 Northwind Blvd<br>Libertyville, IL 60048 | 5/1/06 | 4278 | $3,010.00 | Exhibit E Claims | 05-44481 | $1,505.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Pontiac Coil Inc | 5800 Moody Dr<br>Clarkston, MI 48348-4768 | 5/9/06 | 5388 | $157,798.33 | Exhibit E Claims | 05-44640 | $58,803.92 | General Unsecured |
| Precision Harness Inc | 340 Transfer Dr Ste A<br>Indianapolis, IN 46214 | 7/5/06 | 9024 | $84,777.15 | Exhibit E Claims | 05-44640 | $48,442.81 | General Unsecured |
| Precision Resource Inc KY Div | Precision Resource Inc<br>25 Forest Parkway<br>Shelton, CT 06484 | 6/4/07 | 16609 | $193,633.16 | Exhibit E Claims | 05-44640 | $191,073.16 | General Unsecured |
| Pridgeon & Clay Inc | Bruce Penno<br>50 Cottage Grove SW<br>Grand Rapids, MI 49507 | 10/10/05 | 16661 | $56,146.15 | Exhibit E Claims | 05-44640 | $51,632.59 | General Unsecured |
| Pridgeon & Clay Inc | Miller Johnson<br>Thomas P Sarb<br>250 Monroe Ave NW Ste 800 PO Box 306<br>Grand Rapids, MI 49501-0306 | 10/10/05 | 16661 | $56,146.15 | Exhibit E Claims | 05-44640 | $51,632.59 | General Unsecured |
| Rb & W Corporation Eft | 5190 Bradco Blvd<br>Mississauga, ON L4W 1G7 Canada | 7/21/06 | 10194 | $15,361.12 | Exhibit E Claims | 05-44640 | $5,121.28 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 10/31/05 | 222 | $636,399.79 | Exhibit E Claims | 05-44640 | $474,425.64 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 2/21/06 | 2065 | $126,918.43 | Exhibit E Claims | 05-44640 | $124,318.49 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 6/8/06 | 7659 | $298,168.53 | Exhibit E Claims | 05-44640 | $292,724.45 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 6/22/06 | 8373 | $778,532.62 | Exhibit E Claims | 05-44640 | $567.39 | General Unsecured |
| Redrock Capital Partners LLC | Redrock Capital Partners LLC<br>475 17th St Ste 544<br>Denver, CO 80202 | 9/12/06 | 16300 | $54,069.91 | Exhibit E Claims | 05-44640 | $5,628.57 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Rf Micro Devices Inc | 7628 Thorndike Rd Greensboro, NC 27409 | 4/24/06 | 2748 | $141,705.00 | Exhibit E Claims | 05-44481 | $3,892.83 | General Unsecured |
| Richco Inc | Richco Inc 8145 River Dr Morton Grove, IL 60053 | 11/14/05 | 521 | $1,859.48 | Exhibit E Claims | 05-44640 | $250.10 | General Unsecured |
| Rogers Foam Corporation | 20 Vernon St Somerville, MA 02145 | 11/22/05 | 788 | $263,175.04 | Exhibit E Claims | 05-44640 | $249,257.97 | General Unsecured |
| Rtp Co | Todd E Paulson 580 E Front St Winona, MN 55987 | 7/19/06 | 9910 | $401,017.30 | Exhibit E Claims | 05-44640 | $113,703.04 | General Unsecured |
| Rudolph Bros & Co | PO Box 425 Canal Winchester, OH 43110 | 10/31/05 | 237 | $12,076.40 | Exhibit E Claims | 05-44481 | $4,885.00 | General Unsecured |
| Sanyo Electronic Device USA Corp | Victoria Comunale 2055 Sanyo Ave San Diego, CA 92154 | 10/25/05 | 112 | $57,501.00 | Exhibit E Claims | 05-44640 | $34,785.00 | General Unsecured |
| SAPA Inc dba Technical Dynamics Aluminum | Steven Watkins PO Box 11263 Portland, OR 97211 | 5/1/06 | 3996 | $26,845.40 | Exhibit E Claims | 05-44507 | $9,273.08 | General Unsecured |
| Sealed Air Corporation | William Sanchez 19440 Arenth Ave City Of Industry, CA 91748 | 4/28/06 | 3293 | $33,851.52 | Exhibit E Claims | 05-44640 | $6,439.80 | General Unsecured |
| Sealed Air Corporation | Sealed Air Corporation Attn Rick Williams PO Box 464 Duncan, SC 29334 | 4/28/06 | 3293 | $33,851.52 | Exhibit E Claims | 05-44640 | $6,439.80 | General Unsecured |
| Sealing Devices Inc | 4400 Walden Ave Lancaster, NY 14086-971 | 6/12/06 | 7843 | $7,427.47 | Exhibit E Claims | 05-44481 | $1,380.80 | General Unsecured |
| Sierra Liquidity Fund LLC | Lake Erie Products Inc  Livonia Fittings Products Company et al Assignor 2699 White Rd Ste 255 Irvine, CA 92614 | 7/17/06 | 9584 | $116,843.56 | Exhibit E Claims | 05-44640 | $24,015.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| SPCP Group LLC | Attn Brain A Jarmain<br>Two Greenwich Plaza 1st Fl<br>Greenwich, CT 06830 | 6/6/06 | 7578 | $833,534.00 | Exhibit E Claims | 05-44640 | $390,744.00 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu<br>2 Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/10/06 | 9219 | $290,762.87 | Exhibit E Claims | 05-44640 | $264,541.61 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Greenberg Traurig LLP<br>Maria J DiConza<br>200 Park Ave<br>New York, NY 10166 | 7/10/06 | 9219 | $290,762.87 | Exhibit E Claims | 05-44640 | $264,541.61 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain<br>Two Greenwich Plz 1st Fl<br>Greenwich, CT 06830 | 7/31/06 | 14265 | $43,152.38 | Exhibit E Claims | 05-44640 | $22,072.38 | General Unsecured |
| Special Devices Incorporated | 14370 White Sage Rd<br>Moorpark, CA 93021 | 7/28/06 | 11963 | $101,068.30 | Exhibit E Claims | 05-44640 | $9,621.42 | General Unsecured |
| Special Devices Incorporated | Blank Rome Llp<br>Marc E Richards<br>405 Lexington Ave<br>New York, NY 10174 | 7/28/06 | 11963 | $101,068.30 | Exhibit E Claims | 05-44640 | $9,621.42 | General Unsecured |
| Speed Tech Corporation | No 568 Sec 1<br>Min Sheng N Rd<br>Kweishan Hsiang, Taoyuan Hsien<br>Taiwan | 7/26/06 | 10955 | $126,623.88 | Exhibit E Claims | 05-44640 | $28,216.36 | General Unsecured |
| Stark Manufacturing LLC | Pat Redmond or Deborah Riley<br>1300 S Elmira Ave<br>Russellville, AR 72802 | 12/23/05 | 1260 | $126,717.40 | Exhibit E Claims | 05-44640 | $24,789.00 | General Unsecured |
| Stonehill Institutional Partners LP | c/o Stonehill Capital Management<br>Attn Steve Nelson<br>885 Third Ave 30th Fl<br>New York, NY 10022 | 2/27/06 | 2120 | $97,728.50 | Exhibit E Claims | 05-44640 | $4,230.00 | General Unsecured |
| Sumitomo Sitix Silicon Inc | Daniela Cailean<br>19801 N Tatum Blvd<br>Phoenix, AZ 85050 | 1/12/06 | 1521 | $93,318.95 | Exhibit E Claims | 05-44481 | $25,616.80 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis For Objection** | **Correct Debtor** | **Allowed Amount** | **Allowed Nature** |
| Sun Kwang Brazing Filler Metal | Sunkwang Metal Co Ltd<br>216 Samsungdang ri Sinbuk<br>Pochon Kyonggi,  487913 Korea<br>Republic Of | 5/9/06 | 5400 | $31,551.00 | Exhibit E Claims | 05-44481 | $8,866.08 | General Unsecured |
| T & L Automatics Inc | 770 Emerson St<br>Rochester, NY 14613 | 7/27/06 | 11259 | $814,710.90 | Exhibit E Claims | 05-44640 | $143,378.81 | General Unsecured |
| Tdk Electronics Europe Gmbh | Wanheimer Str 57<br>Duesseldorf,  40472 Germany | 7/5/06 | 9019 | $15,855.76 | Exhibit E Claims | 05-44610 | $8,429.59 | General Unsecured |
| Tefco Inc | 10120 W Flamingo Rd<br>Ste 4 204<br>Las Vegas, NV 89147 | 5/4/06 | 4734 | $48,220.13 | Exhibit E Claims | 05-44640 | $24,362.56 | General Unsecured |
| Teknor Apex Company | 505 Central Ave<br>Pawtucket, RI 02861 | 6/5/06 | 7443 | $108,297.25 | Exhibit E Claims | 05-44640 | $32,433.15 | General Unsecured |
| Tollman Spring Co Inc | 91 Enterprise Dr<br>Bristol, CT 06010 | 1/31/06 | 1733 | $8,407.61 | Exhibit E Claims | 05-44567 | $3,899.17 | General Unsecured |
| Tollman Spring Co Inc | 91 Enterprise Dr<br>Bristol, CT 06010 | 2/8/06 | 1920 | $6,716.00 | Exhibit E Claims | 05-44640 | $2,588.00 | General Unsecured |
| Tosoh SMD Inc | E James Hopple Esq<br>Schottenstein Zox & Dunn<br>PO Box 165020<br>Columbus, OH 43216-5020 | 1/17/06 | 1572 | $33,450.00 | Exhibit E Claims | 05-44640 | $10,900.00 | General Unsecured |
| TPG Credit Managment LP | 90 S Seventh St<br>Minneapolis, MN 55402 | 7/31/06 | 14534 | $3,629,694.59 | Exhibit E Claims | 05-44640 | $543,640.44 | General Unsecured |
| Tram Inc | John Blankenship<br>47200 Port St<br>Plymouth, MI 48170 | 7/27/06 | 11461 | $179,951.83 | Exhibit E Claims | 05-44640 | $41,510.40 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit E Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Triton Industries Inc | 1020 N Kolmar Ave<br>Chicago, IL 60651 | 7/26/06 | 11229 | $78,757.21 | Exhibit E Claims | 05-44640 | $16,213.28 | General Unsecured |
| Ultraform Industries Inc | 150 Peyerk Ct<br>Romeo, MI 48065 | 5/8/06 | 5123 | $6,685.44 | Exhibit E Claims | 05-44640 | $5,422.74 | General Unsecured |
| Unisource Worldwide Inc | Attn Larry Durrant<br>850 N Arlington Heights Rd<br>Itasca, IL 60143 | 7/27/06 | 11437 | $39,624.64 | Exhibit E Claims | 05-44640 | $13,620.66 | General Unsecured |
| United Electronics Corp | 5321 N Pearl St<br>Rosemont, IL 60018 | 2/1/06 | 1744 | $70,521.92 | Exhibit E Claims | 05-44567 | $41,422.60 | General Unsecured |
| Universal Metal Products Inc | 29980 Lakeland Blvd<br>PO Box 130<br>Wickliffe, OH 44092-0130 | 12/9/05 | 1098 | $54,912.75 | Exhibit E Claims | 05-44640 | $13,620.40 | General Unsecured |
| Universal Metal Products Inc | 29980 Lakeland Blvd<br>PO Box 130<br>Wickliffe, OH 44092-0130 | 2/21/06 | 2069 | $14,704.15 | Exhibit E Claims | 05-44640 | $878.15 | General Unsecured |
| Viasystems | Attn R Shenberger<br>1915 Trolley Rd<br>York, PA 17408 | 7/28/06 | 12385 | $125,315.71 | Exhibit E Claims | 05-44567 | $72,912.77 | General Unsecured |
| Vishay Americas Inc | Attn Marion R Hubbard<br>1 Greenwhich PL<br>Shelton, CT 06484 | 7/13/06 | 9452 | $2,675,676.21 | Exhibit E Claims | 05-44640 | $12,100.42 | General Unsecured |
| Wiegel Tool Works Inc | David Leibowitz<br>Leibowitz Law Center<br>420 W Clayton St<br>Waukegan, IL 60085 | 7/25/06 | 10752 | $121,998.56 | Exhibit E Claims | 05-44567 | $32,288.00 | General Unsecured |
| Zilog Inc | Attn AR Dept<br>532 Race St<br>San Jose, CA 95126 | 7/11/06 | 9304 | $114,420.00 | Exhibit E Claims | 05-44567 | $7,200.00 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit F Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| American Aikoku Alpha Inc | Attn Gary Vist Esq<br>c/o Masuda Funai Eifert & Mitchell Ltd<br>203 N LaSalle St Ste 2500<br>Chicago, IL 60601-1262 | 1/16/08 | 16783 | $429,525.84 | Exhibit F Claims | 05-44481 | $276,562.50 | General Unsecured |
| Fujikura America Inc | Attn President<br>3150 Coronado Dr Ste A<br>Santa Clara, CA 95054-3223 | 7/27/06 | 11659 | $242,455.24 | Exhibit F Claims | 05-44640 | $96,343.87 | General Unsecured |
| Fujikura America Inc | Seyfarth Shaw Llp<br>William J Hanlon<br>World Trade Ctr East Two Seaport Ln Ste 300<br>Boston, MA 02210 | 7/27/06 | 11659 | $242,455.24 | Exhibit F Claims | 05-44640 | $96,343.87 | General Unsecured |
| Fujikura America Inc | Seyfarth Shaw Llp<br>Paul M Baisier Esq<br>1545 Peachtree St Ne Ste 700<br>Atlanta, GA 30309-2401 | 7/27/06 | 11659 | $242,455.24 | Exhibit F Claims | 05-44640 | $96,343.87 | General Unsecured |
| Fujikura America Inc | Seyfarth Shaw LLP<br>Robert W Dremluk<br>620 8th Ave Fl 33<br>New York, NY 10018-1595 | 7/27/06 | 11659 | $242,455.24 | Exhibit F Claims | 05-44640 | $96,343.87 | General Unsecured |
| Henkel Corporation Henkel Electronics | 15051 E Don Julian Rd<br>Industry, CA 91746 | 7/25/06 | 10681 | $781,205.06 | Exhibit F Claims | 05-44567 | $2,602.35 | General Unsecured |
| Henkel Corporation Henkel Electronics | Drinker Biddle & Reath LLP<br>Attn David B Aaronson<br>One Logan Sq 18th & Cherry Streets<br>Philadelphia, PA 19103 | 7/25/06 | 10681 | $781,205.06 | Exhibit F Claims | 05-44567 | $2,602.35 | General Unsecured |
| Hitachi Chemical Singapore Pte Ltd fka Hitachi Chemical Asia Pacific Pte Ltd | Attn Menachem O Zelmanovitz Esq<br>Morgan Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 | 11/7/05 | 416 | $5,415,329.84 | Exhibit F Claims | 05-44640 | $3,353,309.95 | General Unsecured |
| Hitachi Chemical Singapore Pte Ltd fka Hitachi Chemical Asia Pacific Pte Ltd | HITACHI CHEMICAL SINGAPORE PTE LTD<br>32 LOYANG WAY<br>SINGAPORE,  508730 SINGAPORE | 11/7/05 | 416 | $5,415,329.84 | Exhibit F Claims | 05-44640 | $3,353,309.95 | General Unsecured |
| Lorentson Mfg Co Inc | Jeanne Simmons<br>PO Box 932<br>Kokomo, IN 46903-0932 | 7/28/06 | 12192 | $1,296,063.40 | Exhibit F Claims | 05-44640 | $396,613.90 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit F Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Lorentson Mfg Co Inc | Bose Mckinney & Evans Llp<br>Jeannette Eisan Hinshaw<br>135 N Pennsylvania St Ste 2700<br>Indianapolis, IN 46204 | 7/28/06 | 12192 | $1,296,063.40 | Exhibit F Claims | 05-44640 | $396,613.90 | General Unsecured |

Fortieth Omnibus Claims Objection
Exhibit G Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Credit Suisse | Credit Suisse<br>11 Madison Ave 5th Fl<br>New York, NY 10010 | 1/3/06 | 1420 | $6,185,131.57 | Exhibit G Claims | 05-44640 | $6,185,131.57 | General Unsecured |
| Law Debenture Trust Company of New York | Attn Robert J Stark Esq<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Sq<br>New York, NY 10036 | 4/17/06 | 2660 | $420,083,457.18 | Exhibit G Claims | 05-44481 | $420,083,457.18 | General Unsecured |
| Pioneer North America Inc | co Max J Newman Esq<br>Schafer and Weiner PLLC<br>40950 Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | 1/3/06 | 1420 | $6,185,131.57 | Exhibit G Claims | 05-44640 | $6,185,131.57 | General Unsecured |
| Whitebox Hedged High Yield Partners LP | Attn Jonathan Wood<br>3033 Excelsior Blvd Ste 300<br>Minneapolis, MN 55416 | 1/3/06 | 1420 | $6,185,131.57 | Exhibit G Claims | 05-44640 | $6,185,131.57 | General Unsecured |
| Whitebox Hedged High Yield Partners LP | Cleary Gottlieb Steen & Hamilton LLP<br>James L Bromley<br>One Liberty Plaza<br>New York, NY 10006 | 1/3/06 | 1420 | $6,185,131.57 | Exhibit G Claims | 05-44640 | $6,185,131.57 | General Unsecured |
| Wilmington Trust Company as Indenture Trustee | Attn Edward M Fox Esq<br>Kirkpatrick & Lockhart Nicholosn Graham LLP<br>599 Lexington Ave<br>New York, NY 10022 | 7/24/06 | 10271 | $2,044,593,402.77 | Exhibit G Claims | 05-44481 | $2,044,593,402.77 | General Unsecured |

# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
        In re                                 :        Chapter 11
                                              :
DPH HOLDINGS CORP. et al.,                    :        Case No. 05-44481 (RDD)
                                              :
                Reorganized Debtors.          :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c) allowed, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December 21, 2009, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Fortieth Omnibus Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 14, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

        The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and

the Debtor against which the Claim is proposed to be allowed matches the Reorganized
Debtors' books and records or the proposed allowance constitutes a reasonable
compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do
so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Fortieth Omnibus
Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at
dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate,
Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,
John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a
Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691
or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE
BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND
PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE
"CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT
ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A
COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE
FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL
RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time)
on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in
writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the
Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the
Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the
Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on
a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-
based word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the
Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-
4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n:
President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155
North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N.
Wharton).

---

1        Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a <u>prima</u> <u>facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided</u> <u>further</u>, <u>however</u>, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
         December 21, 2009

# EXHIBIT J

Fortieth Omnibus Claims Objection
Exhibit D Multiple Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature | Correct Debtor2 | Allowed Amount2 | Allowed Nature2 | Correct Debtor3 | Allowed Amount3 | Allowed Nature3 |
| | Freescale Semiconductor Inc | c/o Susan M Freeman Lewis and Roca LLP 40 N Central Ave Phoenix, AZ 85004 | 7/28/06 | 12024 | $6,517,990.78 | Exhibit D Claims | 05-44567 | $145,822.00 | General Unsecured | 05-44640 | $6,465,559.90 | General Unsecured | 05-44610 | $0.00 | General Unsecured |
| | Sierra Liquidity Fund | Sierra Liquidity Fund as assignee of Endura Plastics 2699 White Rd Ste 255 Irvine, CA 92614 | 4/19/06 | 2695 | $11,921.75 | Exhibit D Claims | 05-44624 | $5,677.40 | General Unsecured | 05-44640 | $0.00 | General Unsecured | | | |
| | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14347 | $5,486,881.18 | Exhibit D Claims | 05-44640 | $0.00 | General Unsecured | 05-44640 | $1,917,474.40 | General Unsecured | 05-44567 | $34,544.50 | General Unsecured |
| | SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14347 | $5,486,881.18 | Exhibit D Claims | 05-44640 | $0.00 | General Unsecured | 05-44640 | $1,917,474.40 | General Unsecured | 05-44567 | $34,544.50 | General Unsecured |
| | Yazaki North America Inc | Dawn Reamer 6601 Haggerty Rd Canton, MI 48187 | 7/31/06 | 13183 | $1,484,512.92 | Exhibit D Claims | 05-44567 | $28,864.18 | General Unsecured | 05-44640 | $202,242.27 | General Unsecured | 05-44640 | $0.00 | General Unsecured |
| | Yazaki North America Inc | Foley & Lardner LLP Hilary Jewett 90 Park Ave New York, NY 10016 | 7/31/06 | 13183 | $1,484,512.92 | Exhibit D Claims | 05-44567 | $28,864.18 | General Unsecured | 05-44640 | $202,242.27 | General Unsecured | 05-44640 | $0.00 | General Unsecured |

# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
     In re                              :        Chapter 11
                                            :
DPH HOLDINGS CORP. et al.,                  :        Case No. 05-44481 (RDD)
                                            :
          Reorganized Debtors.        :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


<u>NOTICE OF OBJECTION TO CLAIM</u>

[Claimant Name]:


      DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases. Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c) allowed, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December 21, 2009, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Fortieth Omnibus Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140. AS FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY 14, 2010. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and

2

the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Fortieth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n:

---

1    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
        December 21, 2009

# EXHIBIT L

Fortieth Omnibus Claims Objection
Exhibit F Multiple Service List

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature | Correct Debtor2 | Allowed Amount2 | Allowed Nature2 | Correct Debtor3 | Allowed Amount3 | Allowed Nature3 | Correct Debtor4 | Allowed Amount4 | Allowed Nature4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bear Stearns Investment Products Inc | Attn Susan Mcnamara co JPMorgan Chase Bank NA Legal Dept 1 Chase Manhattan Plaza 26th Fl New York, NY 10081 | 3/10/06 | 2246 | $6,140,513.59 | Exhibit F Claims | 05-44567 | $5,250.00 | General Unsecured | 05-44640 | $3,150,240.79 | General Unsecured | | | | | | |
| Bear Stearns Investment Products Inc | Meyers Law Group PC Attn Merle C Meyers 44 Montgomery St Ste 1010 San Francisco, CA 94104 | 3/10/06 | 2246 | $6,140,513.59 | Exhibit F Claims | 05-44567 | $5,250.00 | General Unsecured | 05-44640 | $3,150,240.79 | General Unsecured | | | | | | |
| Henkel Corporation Henkel Electronics | 15051 E Don Julian Rd Industry, CA 91746 | 7/25/06 | 10656 | $781,205.06 | Exhibit F Claims | 05-44624 | $576.00 | General Unsecured | 05-44640 | $313,930.62 | General Unsecured | | | | | | |
| Henkel Corporation Henkel Electronics | Drinker Biddle & Reath LLP Attn David B Aaronson One Logan Sq 18th & Cherry Streets Philadelphia, PA 19103 | 7/25/06 | 10656 | $781,205.06 | Exhibit F Claims | 05-44624 | $576.00 | General Unsecured | 05-44640 | $313,930.62 | General Unsecured | | | | | | |
| Tyco Electronics Corporation | George D Nagle Jr Credit Mgr PO Box 3608 MS 3826 Harrisburg, PA 17105-3608 | 7/26/06 | 10707 | $2,997,056.91 | Exhibit F Claims | 05-44624 | $34,332.85 | General Unsecured | 05-44640 | $1,932,677.00 | General Unsecured | 05-44507 | $1,917.20 | General Unsecured | 05-44511 | $9,300.79 | General Unsecured |

Page 1 of 1

# EXHIBIT M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
       In re                                  :       Chapter 11
                                              :
DPH HOLDINGS CORP. et al.,                    :       Case No. 05-44481 (RDD)
                                              :
              Reorganized Debtors.            :       (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.
Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors
have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5),
identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c)
allowed, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C)
Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims,
(B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And
Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December
21, 2009, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Fortieth Omnibus
Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY
14, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

       The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and

the Debtor against which the Claim is proposed to be allowed matches the Reorganized
Debtors' books and records or the proposed allowance constitutes a reasonable
compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do
so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Fortieth Omnibus
Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at
dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate,
Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.,
John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a
Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691
or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE
BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND
PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE
"CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT
ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A
COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE
FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL
RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time)
on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in
writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the
Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the
Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the
Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on
a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-
based word processing format), (d) be submitted in hard copy form directly to the chambers of the
Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the

---

1    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
        December 21, 2009

# EXHIBIT N

Fortieth Omnibus Claims Objection
Exhibit E Multiple Service List

| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature | Correct Debtor2 | Allowed Amount2 | Allowed Nature2 | Correct Debtor3 | Allowed Amount3 | Allowed Nature3 | Correct Debtor4 | Allowed Amount4 | Allowed Nature4 | Correct Debtor5 | Allowed Amount5 | Allowed Nature5 | Correct Debtor6 | Allowed Amount6 | Allowed Nature6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASM Capital | 7600 Jericho Tpke Ste 302<br>Woodbury, NY 11797 | 3/16/06 | 2318 | $135,690.16 | Exhibit E Claims | 05-44567 | $110,688.30 | General Unsecured | 05-44640 | $15,815.44 | General Unsecured | | | | | | | | | | | | |
| ASM Capital | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 3/16/06 | 2318 | $135,690.16 | Exhibit E Claims | 05-44567 | $110,688.30 | General Unsecured | 05-44640 | $15,815.44 | General Unsecured | | | | | | | | | | | | |
| Atmel Corporation | Attn Buck Chinn<br>2325 Orchard Pkwy<br>San Jose, CA 95131 | 12/14/05 | 1165 | $1,280,342.50 | Exhibit E Claims | 05-44640 | $627,760.00 | General Unsecured | 05-44539 | $46,512.00 | General Unsecured | | | | | | | | | | | | |
| Avx Corp | 801 17th Ave S<br>Myrtle Beach, SC 29577-424 | 7/18/06 | 9755 | $119,379.15 | Exhibit E Claims | 05-44640 | $8,948.30 | General Unsecured | 05-44567 | $419.83 | General Unsecured | | | | | | | | | | | | |
| Dynacast Canada Inc | c/o Jason W Harbour Esq<br>Hunton & Williams LLC<br>Riverfront Plz East Tower 951 E Byrd St<br>Richmond, VA 23219 | 6/22/06 | 8376 | $131,187.07 | Exhibit E Claims | 05-44640 | $115,248.23 | General Unsecured | 05-44567 | $68.19 | General Unsecured | | | | | | | | | | | | |
| Dynacast Canada Inc | Hunton & Williams LLP<br>Attn Jason W Harbour Esq<br>Riverfront Plts East Tower 951 E Byrd St<br>Richmond, VA 23219 | 6/22/06 | 8376 | $131,187.07 | Exhibit E Claims | 05-44640 | $115,248.23 | General Unsecured | 05-44567 | $68.19 | General Unsecured | | | | | | | | | | | | |
| Keats Manufacturing Co | Keats Manufacturing Co<br>350 W Holbrook Dr<br>Wheeling, IL 60090 | 10/25/05 | 105 | $233,508.18 | Exhibit E Claims | 05-44567 | $3,034.10 | General Unsecured | 05-44640 | $36,339.05 | General Unsecured | | | | | | | | | | | | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 5/16/06 | 5988 | $223,768.64 | Exhibit E Claims | 05-44640 | $210,770.00 | General Unsecured | 05-44567 | $810.00 | General Unsecured | | | | | | | | | | | | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/16/06 | 5988 | $223,768.64 | Exhibit E Claims | 05-44640 | $210,770.00 | General Unsecured | 05-44567 | $810.00 | General Unsecured | | | | | | | | | | | | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 8/29/06 | 16277 | $659,587.74 | Exhibit E Claims | 05-44640 | $0.00 | General Unsecured | 05-44640 | $635,344.35 | General Unsecured | | | | | | | | | | | | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman<br>Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 8/29/06 | 16277 | $659,587.74 | Exhibit E Claims | 05-44640 | $0.00 | General Unsecured | 05-44640 | $635,344.35 | General Unsecured | | | | | | | | | | | | |
| Matsuo Electronics Of America | 2134 Main St Ste 100<br>Huntington Beach, CA 92648 | 5/8/06 | 5306 | $53,842.15 | Exhibit E Claims | 05-44610 | $0.00 | General Unsecured | 05-44640 | $20,019.25 | General Unsecured | | | | | | | | | | | | |
| Newark Electronics | PO Box 94151<br>Palatine, IL 60094-4151 | 6/6/06 | 7550 | $185,979.44 | Exhibit E Claims | 05-44482 | $646.52 | General Unsecured | 05-44507 | $10,470.92 | General Unsecured | 05-44567 | $331.84 | General Unsecured | 05-44612 | $6,037.59 | General Unsecured | 05-44624 | $70.97 | General Unsecured | 05-44640 | $88,909.44 | General Unsecured |
| Newark Electronics | Newark Electronics Corp<br>4801 N Ravenswood Ave<br>Chicago, IL 60640 | 6/6/06 | 7550 | $185,979.44 | Exhibit E Claims | 05-44482 | $646.52 | General Unsecured | 05-44507 | $10,470.92 | General Unsecured | 05-44567 | $331.84 | General Unsecured | 05-44612 | $6,037.59 | General Unsecured | 05-44624 | $70.97 | General Unsecured | 05-44640 | $88,909.44 | General Unsecured |
| Rohm Electronics USA LLC | Attn Diana Thornton<br>10145 Pacific Heights Blvd No 1000<br>San Diego, CA 92121 | 4/3/06 | 2482 | $1,495,516.58 | Exhibit E Claims | 05-44567 | $1,600.80 | General Unsecured | 05-44640 | $0.00 | General Unsecured | 05-44640 | $170,853.77 | General Unsecured | | | | | | | | | |
| Saint Gobain Performance | Saint Gobain Performance Plastics Corp<br>1199 S Chillicothe Rd<br>Aurora, OH 44202 | 7/28/06 | 12030 | $40,444.54 | Exhibit E Claims | 05-44624 | $3,908.96 | General Unsecured | 05-44640 | $22,153.38 | General Unsecured | | | | | | | | | | | | |
| Smalley Steel Ring Company | Attn Stu Warner<br>555 Oakwood Rd<br>Lake Zurich, IL 60047 | 11/18/05 | 661 | $26,961.09 | Exhibit E Claims | 05-44507 | $4,670.23 | General Unsecured | 05-44624 | $2,049.00 | General Unsecured | 05-44640 | $0.00 | General Unsecured | | | | | | | | | |
| Ticona Llc | Ticona Fortron<br>8040 Dixie Hwy<br>Florence, KY 41042-2904 | 7/31/06 | 13420 | $759,698.01 | Exhibit E Claims | 05-44567 | $33,088.73 | General Unsecured | 05-44640 | $714,901.32 | General Unsecured | | | | | | | | | | | | |
| Twin Corporation | Dennis M Haley P14538<br>Winegarden Haley Lindholm & Robertson PLC<br>G 9460 S Saginaw St Ste A<br>Grand Blanc, MI 48439 | 6/26/06 | 8523 | $56,537.23 | Exhibit E Claims | 05-44640 | $25,186.67 | General Unsecured | 05-44567 | $462.59 | General Unsecured | | | | | | | | | | | | |

# EXHIBIT O

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                         :        Chapter 11
                                              :
DPH HOLDINGS CORP. et al.,                    :        Case No. 05-44481 (RDD)
                                              :
        Reorganized Debtors.     :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases.
Based upon the Reorganized Debtors' review of your proof or proofs of claim, the Reorganized Debtors
have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5),
identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c)
allowed, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C)
Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims,
(B) Claims To Be Further Modified And Allowed, And (C) Objected-To Claims To Be Modified And
Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection"), dated December
21, 2009, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Fortieth Omnibus
Claims Objection is set for hearing on January 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTIETH OMNIBUS CLAIMS OBJECTION AND
BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON JANUARY
14, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

      The enclosed Fortieth Omnibus Claims Objection identifies seven different categories of
objections.  The category of claim objection applicable to you is identified in the table below in the
column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Exhibit A Claims" assert liabilities and dollar amounts that are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Exhibit B Claims" assert liabilities or dollar amounts that have been fully satisfied and are not owed by the Reorganized Debtors due to cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit C Claims" are Claims (i) to which the Debtors or Reorganized Debtors have previously objected and with respect to which the objection hearings have been adjourned and (ii) that assert liabilities or dollar amounts that are no longer owing pursuant to the Reorganized Debtors' books and records because such claims were fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases.

Claims identified as having a Basis For Objection of "Exhibit D Claims" are Claims that (i) have been allowed pursuant to a prior order of this Court or with respect to which the Reorganized Debtors do not otherwise dispute the asserted amount, (ii) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit E Claims" are Claims that (i) have been modified pursuant to a prior order of this Court, and (ii) assert dollar amounts or liabilities that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit F Claims" are Claims (i) to which the Debtors or the Reorganized Debtors have previously objected and with respect to which the hearings have been adjourned and (ii) that assert liabilities or dollar amounts that have been partially satisfied as the result of cure payments that the Reorganized Debtors have made on account of assumptions, pursuant to section 365 of the Bankruptcy Code, of certain executory contracts or unexpired leases, and (iii) either the proposed allowed amount, class, and the Debtor against which the claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise.

Claims identified as having a Basis For Objection of "Exhibit G Claims" are Claims that that the Reorganized Debtors propose to allow either because the amount and class and

the Debtor against which the Claim is proposed to be allowed matches the Reorganized
Debtors' books and records or the proposed allowance constitutes a reasonable
compromise.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |
| | | | | ⓭ | ⓮ | ⓯ |
| | | | | ⓰ | ⓱ | ⓲ |
| | | | | ⓳ | ⓴ | ㉑ |
| | | | | ㉒ | ㉓ | ㉔ |

If you wish to view the complete exhibits to the Fortieth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Fortieth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Fortieth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on January 14, 2010. Your Response, if any, to the Fortieth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the

---

1    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be disallowed and expunged, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Fortieth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the January 21, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on January 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTIETH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTIETH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
        December 21, 2009