UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
    In re                          :      Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :      Case No. 05-44481 (RDD)
                                   :
                     Debtors.      :      (Jointly Administered)
                                   :
---------------------------------- x

## **CERTIFICATE OF SERVICE**

I, Amanda R. Raboy, certify and say:

I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

On December 23, 2009, I caused to be served true and correct copies of the Final Application of Covington & Burling LLP, Foreign Trade and Special Corporate Committee Legal Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 8, 2005 through January 25, 2008, upon the following via overnight mail:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098; (ii) counsel to the debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Suite 2700, Chicago, Illinois 60606; (iii) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036; (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n: Brian Masumato; (v) counsel for the official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York, 10022-4802; (vi) Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; (vii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York, 10017; (viii) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York, 10017; and (ix) counsel to the committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New York, New York 10004; (x), GE Plastics, 9930 Kincey Avenue, Huntersville, NC 28078; (xi) David M. Sherbin Vice President & General Counsel, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098; and (xii) John D. Sheehan, Vice President & Chief Restructuring Officer, Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098.

                                                          /s/ Amanda R. Raboy
                                                          Amanda R. Raboy