Dennis J. Raterink (P52678)
Michigan Assistant Attorney General
(Pro Hac Vice)
Labor Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-1176
Attorney for Michigan Self-Insurers' Security Fund

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In Re:                                                                Chapter 11

DPH HOLDINGS CORP., et al.,                     Case No. 05-44481 (RDD)

       Reorganized Debtors.                             (Jointly Administered)

_____


**NOTICE OF APPEAL**

      Appellant Michigan Self-Insurers' Security Fund (SISF), by and through its counsel, Mike Cox, Attorney General, and Dennis J. Raterink, Assistant Attorney General, appeals under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the Order Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007 (I) Denying Michigan Self-Insurers' Security Fund's Motion to Permit Late Filed Claim and (II) Disallowing and Expunging Proof of Claim Numbers 19501, 19502, 19541, and 19542 (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain) on December 23, 2009.  A copy of the Order is attached hereto as Exhibit A.

      The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1

APPELLANT:

Michigan's Self-Insurers' Security Fund

MICHIGAN ATTORNEY GENERAL
Labor Division
525 W. Ottawa St.
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 373-1176

Attn:   Dennis J. Raterink

APPELLEES:

DPH Holdings Corp., et al, (Reorganized Debtors)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700

Attn:   John W. Butler, Jr.
        John K. Lyons

-and-

Four Times Square
New York, NY 10036
Telephone (212) 735-3000

Attn:   Kayalyn A. Marafioti

           Respectfully submitted,

           Michael A. Cox
           Attorney General

           /s/ Dennis J. Raterink (P52678)
           Assistant Attorney General
           Attorneys for Self-Insurers' Security Fund
           Labor Division
           P.O. Box 30736
           (517) 373-1176

Dated:  December 29, 2009           raterinkd@michigan.gov

**CERTIFICATE OF SERVICE (efile)**

I hereby certify that on December 29, 2009, I electronically filed a Notice of Appeal with Exhibit A with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Dennis J. Raterink
Assistant Attorney General

Attorney for Self-Insurers' Security Fund

Labor Division
P.O. Box 30736
Telephone: (517) 373-1176
raterinkd@michigan.gov
(P52678)