## EXHIBIT "1"

**TOGUT, SEGAL & SEGAL LLP**
**Conflicts Counsel for Delphi Corporation, et al.,**
**Debtors and Debtors in Possession**

## Fee Summary for the Period October 1, 2007 through January 25, 2008

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Albert Togut[1] | 1975 | 2007 | $795 | 85.7 | $89,087.50 |
|  |  | 2008 | $845 | 24.8 |  |
| Frank A. Oswald[1] | 1986 | 2007 | $705 | 3.3 | $2,547.00 |
|  |  | 2008 | $735 | 0.3 |  |
| Neil Berger[1] | 1986 | 2007 | $700 | 413.4 | $438,008.00 |
|  |  | 2008 | $730 | 203.6 |  |
| Scott E. Ratner[1] | 1987 | 2007 | $695 | 1.2 | $834.00 |
| Howard P. Magaliff[2] | 1985 | 2007 | $620 | 21.4 | $16,713.00 |
|  |  | 2008 | $650 | 5.3 |  |
| Richard K. Milin[2] | 1989 | 2007 | $595 | 287.2 | $195,958.00 |
|  |  | 2008 | $630 | 39.8 |  |
| Sean McGrath[3] | 1992 | 2007 | $590 | 184.2 | $194,740.50 |
|  |  | 2008 | $625 | 137.7 |  |
| Andrew Winchell[3] | 2007 | 2007 | $515 | 373 | $280,506.50 |
|  |  | 2008 | $555 | 159.3 |  |
| Jeffrey Traurig[3] | 1997 | 2007 | $515 | 18.5 | $13,079.50 |
|  |  | 2008 | $555 | 6.4 |  |
| Daniel F.X. Geoghan[3] | 1999 | 2007 | $405 | 21.2 | $8,586.00 |
| Lara Sheikh[3] | 2002 | 2007 | $395 | 133.3 | $74,186.00 |
|  |  | 2008 | $435 | 49.5 |  |
| Tally Wiener[3] | 2002 | 2007 | $380 | 313.3 | $198,346.00 |
|  |  | 2008 | $430 | 184.4 |  |
| Eric Chafetz[3] | 2005 | 2007 | $325 | 2.2 | $715.00 |
| James Lee[3] | 2005 | 2007 | $275 | 28.9 | $7,947.50 |
| Jennifer Wisnia[3] | 2005 | 2007 | $275 | 3.8 | $1,240.00 |
|  |  | 2008 | $325 | 0.6 |  |
| Dawn Person[5] | N/A | 2007 | $225 | 54.3 | $13,124.00 |
|  |  | 2008 | $245 | 3.7 |  |
| Michael Hamersky[3] | 2008 | 2007 | $175 | 233.7 | $51,579.50 |
|  |  | 2008 | $245 | 43.6 |  |
| Stephanie Skelly[3] | 2008 | 2007 | $175 | 11.5 | $3,531.50 |
|  |  | 2008 | $245 | 6.2 |  |

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Denise Cahir[2] | N/A | 2007 | $160 | 79.9 | $13,180.00 |
|  |  | 2008 | $180 | 2.2 |  |
| Krista Ackerman[5] | N/A | 2007 | $160 | 0.1 | $16.00 |
| Ashleigh Brogan[5] | N/A | 2007 | $135 | 216.9 | $46,689.00 |
|  |  | 2008 | $165 | 105.5 |  |
| Madeline Saint-Cyr[5] | N/A | 2007 | $135 | 10.7 | $1,444.50 |
| Courtney Milianes[5] | N/A | 2007 | $135 | 30.7 | $5,464.50 |
|  |  | 2008 | $165 | 8 |  |
| Michael Dreschler[4] | N/A | 2007 | $125 | 3.3 | $4,075.00 |
|  |  | 2008 | $125 | 29.3 |  |
| Jessica Falco[5] | N/A | 2007 | $115 | 80.6 | $9,341.50 |
|  |  | 2008 | $145 | 0.5 |  |
| Sarah Currie[5] | N/A | 2007 | $115 | 1.1 | $184.50 |
|  |  | 2008 | $145 | 0.4 |  |
|  |  |  | **Total:** | **3,624.5** | **$1,671,124.50** |

| 1 | Partner |
| 2 | Of Counsel |
| 3 | Associate |
| 4 | Law Clerk |
| 5 | Paralegal |

## EXHIBIT "1"

### TOGUT, SEGAL & SEGAL LLP
#### Conflicts Counsel for Delphi Corporation, et al.,
#### Debtors and Debtors in Possession

### Fee Summary for the Period October 1, 2007 through January 25, 2008

| Matter | Year Fee Incurred | Hours Engaged | Total Value(s) |
|---|---|---|---|
| 100 - Asset Analysis & Recovery | 2007<br>2008 | 8.2<br>0.6 | $2,887.00 |
| 110 - Asset Disposition | 2008 | 1.0 | $741.50 |
| 120 - Business Operations | 2007<br>2008 | 138.5<br>75.2 | $112,401.00 |
| 130 - Case Administration | 2007<br>2008 | 83.8<br>31.8 | $75,495.00 |
| 140 - Claims Administration and Objections | 2007<br>2008 | 1,898.3<br>749.8 | $1,156,377.00 |
| 160 - Fee/Employment Applications | 2007<br>2008 | 73.7<br>6.5 | $32,674.50 |
| 170 - Fee/Employment Objections | 2007<br>2008 | 3.5<br>0.1 | $2,800.50 |
| 180 – Financing | 2007 | 0.3 | $238.50 |
| 190 - Litigation | 2007<br>2008 | 294.2<br>8.7 | $115,030.00 |
| 200 - Meetings of Creditors | 2007<br>2008 | 31.9<br>8.0 | $30,242.50 |
| 210 - Plan and Disclosure Statement | 2007<br>2008 | 80.2<br>128.4 | $140,945.00 |
| 330 - Delphi vs. NYCH/RCS | 2007 | 0.3 | $154.50 |
| 340 - Delphi vs. National Union | 2007<br>2008 | 0.5<br>1.0 | $1,137.50 |
| **Total:** | | **3,624.5** | **$1,671,124,50** |