**EXHIBIT "2"**

**TOGUT, SEGAL & SEGAL LLP**

**Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession**

**Expense Summary for the Period October 1, 2007 through January 25, 2008**

| Expense | Amount |
|---|---:|
| Court Fees | $184,750.00 |
| Facsimile | $10.91 |
| Long Distance Telephone | $317.14 |
| Lodging | $369.28 |
| Meals | $698.81 |
| Messenger | $138.12 |
| Miscellaneous | $3,800.00 |
| Online Research | $791.86 |
| Overnight Courier | $1,094.58 |
| Photocopies | $1,969.30 |
| Postage | $33.05 |
| Travel-airfare | $1,038.80 |
| Travel-ground | $3,671.54 |
| Total: | **$198,683.39** |