TOGUT, SEGAL & SEGAL LLP,  
Conflicts Counsel for  
Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, NY 10119  
(212) 594-5000  
Albert Togut  
Neil Berger  

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
|                                   :                               |
| In re:                            :     Chapter 11                |
|                                   :                               |
|     DPH HOLDINGS CORP., et al.,   :     Case No. 05-44481 (RDD)   |
|                                   :                               |
|           Reorganized Debtors.    :     (Jointly Administered)    |
|                                   :                               |
------------------------------------------------------------X

### FOR ELECTRONIC FILING PURPOSES ONLY

     Due to volume, the time records are <u>not</u> included with the electronically filed copy of the Seventh and Final Application of Togut, Segal & Segal LLP for (A) Allowance of Interim Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Conflicts Counsel for the Debtors During the Period October 1, 2007 through January 25, 2008, and (B) Final Allowance of Compensation and Reimbursement of Expenses for Services Rendered as Conflicts Counsel for the Debtors for the Period of October 8, 2005 through January 25, 5008 (the "Application"), in accordance with General Order #M-242 dated January 1, 1998.

     Copies of the time records referenced in the Application may be obtained by contacting Neil Berger, Esq., Togut, Segal & Segal, LLP, One Penn Plaza, New York, New York 10119, (212) 594-5000.