| Name of Applicant: | | |
|---|---|---|
| TOGUT, SEGAL & SEGAL LLP | | |
| Conflicts Counsel for | | |
| Debtors and Debtors in Possession | | |
| One Penn Plaza, Suite 3335 | | |
| New York, New York 10019 | | |
| (212) 594-5000 | | |
| Albert Togut | | |
| Neil Berger | | |

| | | |
|---|---|---|
| 1st Interim Fees Sought: | $ | 789,874.00 |
| 1st Interim Expenses Sought: | $ | 14,531.15 |
| 1st Interim Fees and Expenses Sought: | $ | 804,405.15 |
| 1st Interim Fees and Expenses Awarded: | $ | 781,058.00 |
| 2nd Interim Fees Sought: | $ | 1,045,433.50 |
| 2nd Interim Expenses Sought: | $ | 13,940.08 |
| 2nd Interim Fees and Expenses Sought: | $ | 1,059,383.58 |
| 2nd Interim Fees and Expenses Awarded: | $ | 1,036,627.50 |
| 3rd Interim Fees Sought: | $ | 776,175.50 |
| 3rd Interim Expenses Sought: | $ | 4,879.63 |
| 3rd Interim Fees and Expenses Sought: | $ | 781,055.13 |
| 3rd Interim Fees and Expenses Awarded: | $ | 767,359.50 |
| 4th Interim Fees Sought: | $ | 593,308.00 |
| 4th Interim Expenses Sought: | $ | 5,790.70 |
| 4th Interim Fees and Expenses Sought: | $ | 599,098.70 |
| 4th Interim Fees and Expenses Awarded: | $ | 572,098.70 |
| 5th Interim Fees Sought: | $ | 804,365.50 |
| 5th Interim Expenses Sought: | $ | 7,223.62 |
| 5th Interim Fees and Expenses Sought: | $ | 811,589.12 |
| 5th Interim Fees and Expenses Awarded: | $ | 798,426.12 |
| 6th Interim Fees Sought: | $ | 1,070,869.00 |
| 6th Interim Expenses Sought: | $ | 6,996.27 |
| 6th Interim Fees and Expenses Sought: | $ | 1,077,865.27 |
| 6th Interim Fees and Expenses Awarded: | $ | 1,072,301.27 |
| 7th and Final Fees Sought: | $ | 1,671,124.50 |
| 7th and Final Expenses Sought: | $ | 198,683.39 |
| 7th and Final Fees and Expenses Sought: | $ | 1,869,807.89 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                               :

In re:                         :      Chapter 11
                                 :

      DPH HOLDINGS CORP et al.,      :      Case No. 05-44481 (RDD)
                                 :

            Reorganized Debtors.      :      (Jointly Administered)
                                 :
---------------------------------------------------------------X

## Schedule of Fees for the Period October 1, 2007 through January 25, 2008[1]

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2007 | $795 | 85.7 | $89,087.50 |
| | | 2008 | $845 | 24.8 | |
| Frank A. Oswald | 1986 | 2007 | $705 | 3.3 | $2,547.00 |
| | | 2008 | $735 | 0.3 | |
| Neil Berger | 1986 | 2007 | $700 | 413.4 | $438,008.00 |
| | | 2008 | $730 | 203.6 | |
| Scott E. Ratner | 1987 | 2007 | $695 | 1.2 | $834.00 |

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **OF COUNSEL** | | | | | |
| Howard P. Magaliff | 1985 | 2007 | $620 | 21.4 | $16,713.00 |
| | | 2008 | $650 | 5.3 | |
| Richard K. Milin | 1989 | 2007 | $595 | 287.2 | $195,958.00 |
| | | 2008 | $630 | 39.8 | |
| **ASSOCIATES** | | | | | |
| Sean McGrath | 1992 | 2007 | $590 | 184.2 | $194,740.50 |
| | | 2008 | $625 | 137.7 | |
| Andrew Winchell | 2007 | 2007 | $515 | 373 | $280,506.50 |
| | | 2008 | $555 | 159.3 | |
| Jeffrey Traurig | 1997 | 2007 | $515 | 18.5 | $13,079.50 |
| | | 2008 | $555 | 6.4 | |
| Daniel F.X. Geoghan | 1999 | 2007 | $405 | 21.2 | $8,586.00 |
| Lara Sheikh | 2002 | 2007 | $395 | 133.3 | $74,186.00 |
| | | 2008 | $435 | 49.5 | |
| Tally Wiener | 2002 | 2007 | $380 | 313.3 | $198,346.00 |
| | | 2008 | $430 | 184.4 | |
| Eric Chafetz | 2005 | 2007 | $325 | 2.2 | $715.00 |
| James Lee | 2005 | 2007 | $275 | 28.9 | $7,947.50 |
| Jennifer Wisnia | 2005 | 2007 | $275 | 3.8 | $1,240.00 |
| | | 2008 | $325 | 0.6 | |
| Michael Hamersky | 2008 | 2007 | $175 | 233.7 | $51,579.50 |
| | | 2008 | $245 | 43.6 | |
| Stephanie Skelly | 2008 | 2007 | $175 | 11.5 | $3,531.50 |
| | | 2008 | $245 | 6.2 | |
| **LEGAL ASSISTANTS** | | | | | |
| Dawn Person | N/A | 2007 | $225 | 54.3 | $13,124.00 |
| | | 2008 | $245 | 3.7 | |
| Denise Cahir | N/A | 2007 | $160 | 79.9 | $13,180.00 |
| | | 2008 | $180 | 2.2 | |
| Krista Ackerman | N/A | 2007 | $160 | 0.1 | $16.00 |
| Ashleigh Brogan | N/A | 2007 | $135 | 216.9 | $46,689.00 |
| | | 2008 | $165 | 105.5 | |
| Madeline Saint-Cyr | N/A | 2007 | $135 | 10.7 | $1,444.50 |
| Courtney Milianes | N/A | 2007 | $135 | 30.7 | $5,464.50 |
| | | 2008 | $165 | 8 | |
| Michael Dreschler | N/A | 2007 | $125 | 3.3 | $4,075.00 |
| | | 2008 | $125 | 29.3 | |
| Jessica Falco | N/A | 2007 | $115 | 80.6 | $9,341.50 |
| | | 2008 | $145 | 0.5 | |
| Sarah Currie | N/A | 2007 | $115 | 1.1 | $184.50 |
| | | 2008 | $145 | 0.4 | |
| | | | **Total:** | **3,624.5** | **$1,671,124.50** |

---

[1] The rates charged herein are the same rates charged in all other cases on which this firm is engaged.