TOGUT, SEGAL & SEGAL LLP,  
Conflicts Counsel for  
 Debtors and Debtors in Possession  
One Penn Plaza, Suite 3335  
New York, NY  10119  
(212) 594-5000  
Albert Togut  
Neil Berger  

HEARING DATE: TO BE DETERMINED

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
In re:                                         :    Chapter 11  
                                               :  
    DPH HOLDINGS CORP., et al.,                :    Case No. 05-44481 (RDD)  
                                               :  
                Reorganized Debtors.           :    (Jointly Administered)  
                                               :  
-----------------------------------------------------------------X  

**NOTICE OF HEARING OF SEVENTH AND FINAL APPLICATION OF TOGUT, SEGAL & SEGAL LLP FOR (A) ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS CONFLICTS COUNSEL FOR THE DEBTORS DURING THE PERIOD OCTOBER 1, 2007 THROUGH JANUARY 25, 2008 AND (B) FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD OF OCTOBER 8, 2005 THROUGH JANUARY 25, 2008**

**PLEASE TAKE NOTICE** that on December 31, 2009, Togut, Segal & Segal LLP, as conflicts counsel to Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, Debtors and Debtors in Possession in the above-captioned cases (collectively, the "Debtors"), filed its seventh and final application of Togut, Segal & Segal LLP for (a) allowance of compensation for services rendered and for reimbursement of expenses incurred as conflicts counsel for the Debtors during the period October 1, 2007 through January 25, 2008 and (b) final allowance of compensation and reimbursement of expenses for services rendered as conflicts counsel for the Debtors for the period of October 8, 2005 through January 25, 2008 (the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application will be held on a date to be determined (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the Application (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order under 11 U.S.C. §§ 102 (1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, and Administrative Procedures, and (iii) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245) (as amended), (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) - registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) and must be served upon: (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn: General Counsel); (ii) counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606 (Attn: John Wm. Butler, Jr., Esq.); (iii) conflicts counsel for the Debtors, Togut, Segal & Segal LLP, One Penn Plaza, New York, New York 10119 (Attn: Albert Togut, Esq. and Neil Berger, Esq.); (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Ziman, Esq.);

(v) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican, Esq.); (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg, Esq. and Mark A. Broude, Esq.); and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard, Esq.), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on a date to be determined** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those timely-written objections made in accordance herewith, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court, and that if no objections to the Application are timely filed and served the Bankruptcy Court may enter an order granting the Application without further notice.

Dated:   New York, New York
         December 31, 2009

        TOGUT, SEGAL & SEGAL LLP,
        Conflicts Counsel for the Debtors
        and Debtors in Possession
        By:

        /s/Neil Berger
        ALBERT TOGUT
        NEIL BERGER
        Members of the Firm
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000