# Exhibit F

# CERTIFICATION

WILLIAM R. SHAW, under penalty of perjury, certifies and says:

1. I am a Managing Director with the applicant firm, Rothschild Inc. ("Rothschild"), which firm maintains offices for providing financial advisory and investment banking services at 1251 Avenue of the Americas, New York, NY 10020. Rothschild has acted as financial advisor and investment banker to and rendered professional services on behalf of Delphi Corporation and its affiliated debtors and debtors in possession (the "Debtors").

2. This certification is submitted in support of Rothschild's Final Application for Compensation and Reimbursement of Expenses (the "Application"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure and Administrative Order M-150, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "Amended Guidelines").

3. I hereby certify that:

(a) I have read the Application.

(b) To the best of my knowledge, information and belief formed after a reasonable inquiry, and except as specifically noted in this Certification and in the Application, the fees and disbursements sought in the Application fall within the Amended Guidelines and the guidelines promulgated by the Office of the United States Trustee applicable to the Application (the "UST Guidelines"), as modified by the order authorizing the retention of Rothschild in these cases and any other applicable administrative orders entered herein.

(c) The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Rothschild and generally accepted by Rothschild's clients.

(d) In providing a reimbursable service, Rothschild does not make a profit on that service, whether the service is performed by Rothschild in-house or through a third-party.

4. Subject to the terms of applicable procedural orders of this Court, this Application is being served upon, among others, this Court, the U.S. Trustee, the Reorganized Debtors, counsel to the Official Committee of Unsecured Creditors appointed in the Debtors' Chapter 11 cases, and counsel to agents under the Debtors' former prepetition and postpetition credit facilities.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
December 30, 2009

/s/ William R. Shaw
William R. Shaw
Managing Director