# Exhibit G

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| DPH HOLDINGS CORP., et al., | : | **Case No. 05-44481 (RDD)** |
| | : | |
| Reorganized Debtors. | : | **Jointly Administered** |
| | : | |

# ORDER GRANTING FINAL APPLICATION OF ROTHSCHILD INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Final Application (the "Application") of Rothschild Inc. for Compensation and Reimbursement of Expenses, for the period from October 8, 2005 through January 25, 2008 (the "Retention Period"), filed by Rothschild Inc. ("Rothschild"); and due and adequate notice of the Application having been given under the circumstances; and capitalized terms used but not defined herein being used with their defined meanings as set forth in the Application; and after due deliberation, and good and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application be, and it hereby is, granted in its entirety; and it is further

ORDERED, that there shall be allowed to Rothschild, as a final matter, (i) compensation for its professional services rendered during the Retention Period as investment banker and financial advisor to the Debtors in the amount of $27,895,161.29 and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Retention Period in the amount of $857,653.84; and it is further

ORDERED that any and all payments heretofore made to Rothschild pursuant to the procedures set forth in the Fee Order in respect of Rothschild's fees and expense reimbursements accrued during the Retention Period are hereby ratified and confirmed on a final basis; and it is further

ORDERED that the Reorganized Debtors are authorized and directed to pay to Rothschild fees in the amount of $2,190,322.58, representing the Final Fee Amount not yet received by Rothschild in respect of the Retention Period; and it is further

ORDERED that, notwithstanding the possible applicability of Bankruptcy Rules 6006(d), 7062, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
_____, 2009

_____
Hon. Robert D. Drain
United States Bankruptcy Judge