EXHIBIT A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF SEVENTH AND FINAL APPLICATION
OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

I, John Wm. Butler, Jr., hereby certify that:

1. I am an attorney at law admitted to practice pro hac vice before this Court and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP (collectively, "Skadden"), counsel for DPH Holdings Corp. ("DPH Holdings") and certain affiliated reorganized debtors (collectively, the "Reorganized Debtors") and counsel to Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession (the "Debtors") in the above-captioned cases. I am the professional designated by Skadden in respect of compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective as of December 4, 2009 (the "Local Guidelines") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58), dated May 17, 1996 (the "UST Guidelines" and, together with the Local Guidelines, the "Guidelines").

2. I make this certification in support of the application of Skadden, dated December 30, 2009 (the "Application"), for final compensation and reimbursement of expenses for the period beginning October 8, 2005 and ending January 25, 2008 (the "Final Application Period"), in accordance with the Local Guidelines.

3. In respect of section A.1 of the Local Guidelines, I certify that:

(a) I have read the Application.

(b) To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines unless otherwise specifically noted in the certification and described in the Application.

(c) Except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by Skadden and generally accepted by Skadden's clients and disclosed

2

and approved in the order approving the retention of Skadden as the Debtors' restructuring and bankruptcy counsel, including the bundled rate structure.

        (d)    In providing a reimbursable service, Skadden does not make a profit on that service, whether the service is performed by Skadden in-house or through a third party.

        4.    In respect of section A.2 of the Local Guidelines, I certify that Skadden has provided monthly statements in substantial compliance with this Court's Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, filed on November 4, 2005, as supplemented (the "Interim Compensation Order").[1]

        5.    In respect of section A.3 of the Local Guidelines, pursuant to the Interim Compensation Order, I certify that notice of the filing of the Application has been provided to all parties who have filed a notice of appearance with the Clerk of this Court and requested notice of pleadings in these chapter 11 cases.  In addition, in accordance with the Interim Compensation Order, the Application in its entirety has been served on the following parties: (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098, Att'n: John Brooks, David M. Sherbin, Esq., and John D. Sheehan, (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n: Brian S. Masumoto, Esq., (iii) counsel for the former Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022-4802, Att'n: Robert J. Rosenberg, Esq., (iv) counsel for the agent under the Debtors' former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Att'n:

---

[1] The Interim Compensation Order differs somewhat from the Local Guidelines in that the order provides (a) that the monthly statements shall be served on or before the last day of the month following the calendar month for which compensation is sought and (b) specifies the parties on whom the monthly statements shall be served.

3

Kenneth S. Ziman, Esq. and Robert H. Trust, Esq., (v) counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017, Att'n: Donald Bernstein, Esq. and Brian Resnick, Esq., and (vi) Valerie Venable, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina 28078.[2] The Reorganized Debtors will also provide such other notice of hearing as may be required by the Federal Rules of Bankruptcy Procedure or as otherwise directed by this Court after the Court determines the hearing schedule for final fee applications. In light of the nature of the relief requested, the Reorganized Debtors submit that no other or further notice of filing is necessary.

Dated: Chicago, Illinois
      December 30, 2009

                                                        /s/ John Wm. Butler, Jr.
                                                        JOHN WM. BUTLER, JR.

---

[2] The Interim Compensation Order provides a list of parties on whom final fee applications shall be served. Accordingly, the Application has been served on the parties set forth in the Interim Compensation Order, including, among others, the Reorganized Debtors, the United States Trustee, counsel to the former Official Committee of Unsecured Creditors and the member of the Official Committee of Unsecured Creditors that was designated to serve on the fee review committee. The Application was served on these parties on or prior to December 31, 2009 as directed by the Order Approving Modifications Under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified and (II) Confirmation Order (Docket No. 12359) (Docket No. 18707). Service on the parties set forth in the Interim Compensation Order was made on December 30, 2009, which will be at least 45 days prior to any hearing on the Application, but was not made 14 days prior to filing as contemplated by the Local Guidelines.