EXHIBIT C

| Matter # | Matter Name |
|---|---|
| 0001 | General Corporate Advice |
| 0002 | Asset Analysis and Recovery |
| 0003 | Asset Dispositions (General) |
| 0005 | Asset Dispositions (Real Property) |
| 0006 | Automatic Stay (Relief Actions) |
| 0007 | Business Operations / Strategic Planning |
| 0008 | Case Administration |
| 0009 | Claims Administration (General) |
| 0010 | Claims Administration (Reclamation/Trust Funds) |
| 0013 | Creditor Meetings / Statutory Committees |
| 0014 | Disclosure Statement / Voting Issues |
| 0015 | Employee Matters (General) |
| 0016 | Employee Matters (Labor Unions) |
| 0017 | Environmental Matters |
| 0018 | Executory Contracts (Personalty) |
| 0019 | Financing (DIP and Emergence) |
| 0020 | Government Affairs |
| 0021 | Insurance |
| 0022 | Intellectual Property |
| 0024 | Leases (Real Property) |
| 0025 | Litigation (General) |
| 0026 | Litigation (Insurance Recovery) |
| 0027 | Liquidation / Feasibility |
| 0028 | Nonworking Travel Time |
| 0029 | Real Estate (Owned) |
| 0030 | Regulatory and SEC Matters |
| 0031 | Reorganization Plan / Plan Sponsors |
| 0032 | Reports and Schedules |

| Matter # | Matter Name |
|---|---|
| 0033 | Retention / Fee Matters (SASM&F) |
| 0034 | Retention / Fee Matters / Objections (Others) |
| 0035 | Secured Claims |
| 0036 | Tax Matters |
| 0037 | U.S. Trustee Matters |
| 0038 | Utilities |
| 0039 | Supplier Matters |
| 0040 | Customer Matters (General) |
| 0041 | Customer Matters (GM) |
| 0042 | Employee Matters (Pension) |
| 0043 | Employee Matters (Retirees/OPEB) |
| 0044 | Financing (Global Subsidiaries) |
| 0045 | Global Subsidiaries (Non-U.S.) |
| 0046 | Customer Matters (Reviews/Investigations) |
| 0047 | Rights Offering |

**SKADDEN BUSINESS STATISTICS
AND SUMMARY OF ATTORNEY TIME
FOR THE APPLICATION PERIOD
OCTOBER 8, 2005 THROUGH JANUARY 25, 2008**

Total Fees Recorded:                                           $99,914,037

Actual Fees Requested:                                         $90,556,038

Total Hours Recorded
    Partners:                                             37,378.20  (18.5%)
    Counsel and Special Counsel                           17,203.60  ( 8.5%)
    Associates and Foreign Intern                        112,667.90  (55.7%)
    Summer/Winter Associates:                              2,073.20  ( 1.0%)
    Legal Assistants:                                     32,782.60  (16.2%)
    Total Hours:                                         202,105.50

Total Hours Requested
    Partners:                                             36,058.90  (19.9%)
    Counsel:                                              16,202.50  ( 8.9%)
    Associates:                                          106,139.80  (58.5%)
    Summer/Winter Associates:                                  0.00  ( 0.0%)
    Legal Assistants:                                     23,022.10  (12.7%)
    Total Hours:                                         181,423.30

Blended Hourly Rate (all timekeepers)                          $448

Blended Hourly Rate (excluding Legal Assistants)               $509

Total Charges And Disbursements Recorded:                      $6,551,121

Actual Charges And Disbursements Billed:                        $5,756,849

3