05-44481-rdd   Doc 19256-7   Filed 12/30/09   Entered 12/30/09 21:18:57   Exhibit
D-2(b)   Pg 1 of 120
Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**
**Claims Admin. (General)**

**Bill Date: 01/31/08**
**Bill Number: 1208196**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 12/10/07 | 0.20 | REVIEW CLAIMS LIST AND OTHER INFORMATION FROM D. ZINMAN RE AD HOC COMMITTEE (0.2). |
| BUTLER, JR. J | 12/11/07 | 0.60 | FOLLOW-UP ON CLAIMS STATUS AND OVERALL TARGET PROGRESS INCLUDING REVIEW OF MDL MATTERS (0.6). |
| BUTLER, JR. J | 12/16/07 | 0.30 | PREPARE FOR DECEMBER 17TH SENIOR CLAIMS STRATEGY MEETING AT COMPANY IN TROY (0.3). |
| BUTLER, JR. J | 12/17/07 | 1.40 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.1) SENIOR CLAIMS STRATEGY MEETING AT COMPANY IN TROY. |
| BUTLER, JR. J | 12/19/07 | 0.80 | CONTINUE TO PREPARE FOR DECEMBER 20TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: 23RD OMNIBUS CLAIMS OBJECTION AND MOTION TO APPROVE SUPPLEMENTAL CLAIMS PROCEDURES MOTION RE: AMENDED BANKR. RULE 3007 INCLUDING HEARING PREPARATION SESSION IN NEW YORK CITY WITH J. SHEEHAN, D. UNRUH, S. CORCORAN, K. CRAFT, B. SHAW ET. AL. (0.8). |
| BUTLER, JR. J | 12/20/07 | 0.80 | PREPARE FOR (0.4) AND ATTEND (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: 23RD OMNIBUS CLAIMS OBJECTION AND MOTION TO APPROVE SUPPLEMENTAL CLAIMS PROCEDURES MOTION RE: AMENDED BANKR. RULE 3007. |
| BUTLER, JR. J | 12/28/07 | 0.20 | FOLLOW-UP ON AD HOC TRADEHOLDER COMMITTEE CLAIMS RECONCILIATION ANALYSIS (0.2). |
| BUTLER, JR. J | 12/29/07 | 0.40 | REVIEW AD HOC TRADEHOLDER COMMITTEE CLAIMS RECONCILIATION ANALYSIS FROM D. UNRUH (0.4). |
| | | **4.70** | |
| HOGAN III AL | 12/05/07 | 0.20 | TELECONFERENCE WITH COUNSEL FOR DOL RE: SETTLEMENT MEETING FOR CHICAGO CLAIM (0.2). |
| HOGAN III AL | 12/10/07 | 0.50 | PLAN FOR DOL SETTLEMENT MEETING (0.5). |
| HOGAN III AL | 12/11/07 | 2.70 | CONFERENCE WITH WORKING GROUP RE: STATUS OF SEVERAL CONSISTED MATTERS, RELATING TO CURE CLAIMS FOR CERTAIN DIVESTITURE ISSUES, AND OTHER CONTRACT ASSUMPTION / REJECTION CLAIMS, AND PLAN FOR LITIGATION CONCERNING SAME (2.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 12/12/07 | 4.90 | CONTINUE REVIEW AND ANALYSIS OF LITIGATION ASPECTS OF UPCOMING CONTESTED MATTERS CONCERNING CLOSURES AND OTHER SALE TRANSACTIONS, AND CURE CLAIM OBJECTIONS (2.2); PREPARE FOR DOL MEETING, INCLUDING REVIEW OF ECONOMIC ANALYSIS, AND DISCUSSIONS WITH CLIENT CONCERNING CONTRIBUTION AND SETTLEMENT STRATEGIES (2.7). |
| HOGAN III AL | 12/13/07 | 5.50 | ADDRESS NU TECH SETTLEMENT DISCUSSIONS (0.3); DISCUSS STATUS OF CURE CLAIM OBJECTION PREPARATIONS AND ANALYZE LEGAL AND LITIGATION ISSUES FOR SAME (1.1); FINALIZE PREPARATION FOR, AND CONDUCT SETTLEMENT MEETING WITH DOL REPRESENTATIVES RE: CHICAGO CLAIM (4.1). |
| HOGAN III AL | 12/17/07 | 1.20 | REVIEW STATUS OF CONTESTED CLAIMS PREPARATION AND DISCOVERY MATTERS, AND DISCUSS SAME WITH CLAIMS TEAM WORKING GROUP (1.2). |
| HOGAN III AL | 12/18/07 | 0.40 | TELECONFERENCE WITH P. BROITMAN (DOL) RE: STATUS OF SETTLEMENT DISCUSSIONS, AND UPDATE TO CLIENT CONCERNING SAME (0.4). |
| HOGAN III AL | 12/31/07 | 0.50 | TELECONFERENCE WITH WORKING GROUP RE: AD HOC TRADE CLAIM RECONCILIATION STATUS (0.5). |
| | | **15.90** | |
| LYONS JK | 12/01/07 | 2.40 | REVIEW OF MULTIPLE STATEMENTS OF DISPUTED ISSUES, OTHER PLEADINGS AND OMNIBUS MATTERS (2.4). |
| LYONS JK | 12/02/07 | 2.10 | REVIEW AND FOLLOW UP OF PLAN PROVISIONS RE: CLAIMS, REVIEW OF CLAIMS AND EPCA ISSUES, AND RESPONSES (2.1). |
| LYONS JK | 12/03/07 | 7.50 | PREPARATION AND PARTICIPATION IN TOWER SETTLEMENT CALL, ANALYSIS OF FACTS AND LAW, AND CONFERENCE WITH CLIENT (3.3); REVIEW OF OTHER CLAIMS MATTERS INCLUDING BOSCH (0.2), LIGHTSOURCE (0.4), OMNIBUS STRATEGIES (1.3), AND OTHER CLAIMS SETTLEMENTS (2.3). |
| LYONS JK | 12/04/07 | 8.80 | TELECONFERENCES RE: VARIOUS CLAIMS AND ANALYSIS RE: THE SAME INCLUDING LIGHTSOURCE (2.2), BOSCH (1.1), TOWER (2.4), AND OTHER OMNIBUS MATTERS (3.1). |
| LYONS JK | 12/05/07 | 9.20 | PREPARATION FOR AND PARTICIPATION IN WEEKLY CLAIMS MEETING AND FOLLOW UP (4.5), CONFERENCE CALL AND PREPARATION RE: BOSCH (1.3), TOWER ANALYSIS AND REVIEW OF PLEADINGS (1.3), AND OTHER OMNIBUS MATTERS (2.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 12/06/07 | 7.60 | REVIEW AND STRATEGIES RE: VARIOUS CLAIMS MATTERS INCLUDING TOWER (1.4), BOSCH (1.1), TPL (1.0), AND OTHER SETTLEMENTS AND EPCA ISSUES (4.1). |
| LYONS JK | 12/07/07 | 6.30 | FOLLOW UP RE: VARIOUS CLAIMS MATTERS AND REVIEW OF CLARK STIPULATION AND OTHER PLEADINGS, ANALYSES AND ASSIGNED TASKS (6.3). |
| LYONS JK | 12/09/07 | 1.50 | FOLLOW UP ON VARIOUS CLAIMS ISSUES INCLUDING COMERICA, BOSCH AND OTHERS (1.5). |
| LYONS JK | 12/10/07 | 4.90 | PREPARATION FOR CLAIMS HEARING AND OTHER CLAIMS MATTERS (4.9). |
| LYONS JK | 12/11/07 | 9.30 | PREPARATION FOR AND PARTICIPATION IN CLAIMS HEARING AND FOLLOW UP (5.7), PREPARATION FOR TOWER MEDIATION (2.1), AND OTHER CLAIMS ISSUES (1.5). |
| LYONS JK | 12/12/07 | 5.20 | PREPARATION FOR AND PARTICIPATION IN TOWER MEDIATION (5.2). |
| LYONS JK | 12/13/07 | 4.30 | REVIEW OF VARIOUS CLAIMS MATTERS INCLUDING BOSCH, TPL, EPCA TARGETS, STIPULATIONS, AND OTHER MATTERS (4.3). |
| LYONS JK | 12/16/07 | 1.40 | FOLLOW UP RE: VARIOUS CLAIMS MATTERS INCLUDING EPCA TARGET AND OTHER MATTERS (1.4). |
| LYONS JK | 12/17/07 | 1.50 | FOLLOW UP RE: VARIOUS CLAIMS MATTERS (1.5). |
| LYONS JK | 12/18/07 | 1.10 | RESPONSES TO VARIOUS CLAIMS ISSUES (1.1). |
| LYONS JK | 12/19/07 | 1.30 | FOLLOW UP AND CALLS ON GENERAL CLAIMS MATTERS (1.3). |
| LYONS JK | 12/20/07 | 2.30 | REVIEW AND FOLLOW UP ON VARIOUS CLAIMS MATTERS INCLUDING RIGHTS ISSUES, CLAIMS, SETTLEMENTS AND OTHER MATTERS (2.3). |
| LYONS JK | 12/21/07 | 1.30 | CLAIMS FOLLOW UP ON VARIOUS MATTERS (1.3). |
| LYONS JK | 12/22/07 | 1.30 | REVIEW OF CLAIMS/EPCA MATTERS INCLUDING SERP ISSUES (1.3). |
| LYONS JK | 12/23/07 | 2.50 | DETAIL REVIEW OF SERP ISSUES AND CONFERENCES RE: THE SAME (2.5). |
| LYONS JK | 12/24/07 | 1.70 | FOLLOW UP RE: VARIOUS CLAIMS MATTERS INCLUDING SLPB AND OTHER MATTERS (1.7). |
| LYONS JK | 12/27/07 | 5.90 | REVIEW OF STIPULATIONS, BRIEFS, AND OTHER CLAIMS HEARING MATTERS (5.9). |
| LYONS JK | 12/28/07 | 5.90 | CLAIMS AND EPCA ISSUES INCLUDING FORMER OFFICERS, AD HOC COMMITTEE ISSUES AND REPORTING, AND OTHER CLAIMS SETTLEMENT AND MATTERS (5.9). |

B43E

| | | | |
|---|---|---|---|
| LYONS JK | 12/29/07 | 2.10 | REVIEW OF TOWER NOTICE, AND AD HOC COMMITTEE CLAIMS ANALYSIS (2.1). |
| LYONS JK | 12/30/07 | 2.20 | REVIEW OF AD HOC TRADE CLAIMS ISSUES AND LISTS (1.1) AND REVIEW OF OTHER CLAIMS SETTLEMENTS AND BRIEFS (1.1). |
| LYONS JK | 12/31/07 | 4.50 | REVIEW OF VARIOUS CLAIMS ISSUES, PLAN/CLAIMS TASKS, STRATEGY CALLS AND FOLLOW UP IN CLOUDING AD HOC COMMITTEE CLAIMS AND E-MAIL (4.5). |

**104.10**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 12/11/07 | 0.20 | REPORT ON CLAIMS HEARING, AND FOLLOWUP (0.2). |
| MARAFIOTI KA | 12/17/07 | 1.20 | TELECONFERENCE FROM COUNSEL TO CLAIMANT (0.1); TELECONFERENCE WITH D. UNRUE AND J. SHEEHAN RE: CLAIMS RECONCILIATION (1.0); REVIEW HHS RESPONSE TO CLAIM OBJECTION (0.1). |
| MARAFIOTI KA | 12/18/07 | 1.70 | WORK ON REPLY IN SUPPORT OF 23RD OMNIBUS CLAIMS OBJECTION (0.5) AND SUPPORTING ORDER (0.4) AND CORRESPONDENCE (0.2); TELECONFERENCE FROM D. ZINMAN RE: CLAIMS RECONCILIATION FOR AD HOC TRADE COMMITTEE MEMBERS (0.4) AND FOLLOWUP CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 12/19/07 | 1.30 | REVIEW AND REVISE 23D OMNIBUS OBJECTION RESPONSE EXHIBIT (0.4); REVIEW SUPPLEMENTAL REPLY RE: STATE OF MICHIGAN DEPARTMENT OF TREASURY (0.6); PREPARE FOR HEARING ON MOTION TO APPROVE REVISIONS TO NEW RULE 3007 (0.3). |
| MARAFIOTI KA | 12/20/07 | 1.50 | WORK ON 24TH OMNIBUS CLAIMS OBJECTION (0.7); NOTICE (0.3), EXHIBITS (0.3), AND ORDER (0.2). |
| MARAFIOTI KA | 12/21/07 | 0.30 | CORRESPONDENCE WITH AD HOC TRADE CLAIMANTS' COUNSEL RE: CLAIMS RECONCILIATION (0.3). |
| MARAFIOTI KA | 12/28/07 | 0.20 | CORRESPONDENCE EXCHANGE RE: AD HOC COMMITTEE CLAIMS (0.2). |
| MARAFIOTI KA | 12/31/07 | 0.50 | TELECONFERENCE WITH D. UNRUE RE: AD HOC CLAIMS RECONCILIATION (0.1); CORRESPONDENCE RE: OTHER CLAIMS RECONCILIATION (0.2); CORRESPONDENCE EXCHANGE WITH D. ZINMAN RE: AD HOC CLAIMS RECONCILIATION (0.1); MESSAGE FROM HAIN CAPITAL RE: CLAIMS RECONCILIATION (0.1). |

**6.90**

| | | | |
|---|---|---|---|
| MEISLER RE | 12/03/07 | 0.20 | REVIEW S. REESE AMENDED MOTION (0.2). |
| MEISLER RE | 12/04/07 | 0.20 | REVIEW AND CONSIDER CORRESPONDENCE RE: PBR CLAIMS (0.2). |

B43E

05-44481-rdd   Doc 19256-7   Filed 12/30/09   Entered 12/30/09 21:18:57   Exhibit
D-2(b)   Pg 5 of 120
Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| MEISLER RE | 12/11/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS CAP (0.3). |
| MEISLER RE | 12/18/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: REQUEST FOR RECONCILIATION OF CLAIMS (0.2). |
| MEISLER RE | 12/26/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS (0.2). |
| | | 1.10 | |
| **Total Partner** | | **132.70** | |
| MATZ TJ | 12/03/07 | 0.60 | REVIEW AND COMMENT ON REESE AMENDED MOTION TO RECONSIDERATION, DE NOVO HEARING (0.2); CORRESPONDENCE WITH J. WHARTON RE: SAME (0.1); TELECONFERENCE WITH CHAMBERS RE: REESE MOTION TO RECONSIDER (0.2); FORWARD SAME TO CHAMBERS (0.1). |
| MATZ TJ | 12/04/07 | 1.80 | REVIEW AND CONSIDER INTSEYS TECHNOLOGIES HEARING NOTICE (0.3); REVIEW AND REVISE AZIMUTH NORTH AMERICA ORDER DENYING CLAIM (0.7); TWO TELECONFERENCES WITH H. MAGALIFT RE: SAME (0.3); TELECONFERENCE WITH H. MAGALIFT RE: JPM/BRAZEWAY MOTION SCHEDULING (0.1); REVIEW CORRESPONDENCE FROM K. CRAFT RE: SAME (0.1); REVIEW REVISED AZIMUTH NORTH AMERICA ORDER (0.2);  FORWARD AZIMUTH ORDERS TO CHAMBERS (0.1). |
| MATZ TJ | 12/05/07 | 0.50 | EVALUATE RESPONSE TO TOWER AUTOMOTIVE CLAIM (0.3); CONSIDER CLAIMS PROCEDURE MATTER (0.2). |
| MATZ TJ | 12/10/07 | 0.30 | FILED AGENDA (0.1); TELECONFERENCE WITH CHAMBERS RE: CLAIMS HEARING (0.2). |
| MATZ TJ | 12/11/07 | 1.80 | PREPARATION AT COURT FOR CLAIMS HEARING (0.6); ATTENDING SIXTEENTH CLAIMS HEARING (0.6); TELECONFERENCE WITH CHAMBERS RE: CLAIMS STIPULATION (0.4); FURTHER CALL WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 12/13/07 | 0.50 | REVIEW AND COMMENT ON TECHNOLOGY PROPERTIES LTD. PROTECTIVE ORDER (0.2); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBERS RE: CLAIMS STIPULATIONS (0.2). |
| MATZ TJ | 12/14/07 | 0.70 | TELECONFERENCE WITH CHAMBERS RE: TECHNOLOGY PROPERTIES LTD PROTECTION ORDER (0.1); TELECONFERENCE WITH CHAMBERS RE: CADENCE,  AND RECITAL STIPULATIONS (0.2); REVIEW AND COMMENT ON AMENDED CLAIMS PROCEDURES STIPULATION (0.4). |

B43E

| MATZ TJ | 12/17/07 | 0.40 | TELECONFERENCE WITH CHAMBERS RE: REESE MOTION TO RECONSIDER (0.2); TELECONFERENCE WITH CHAMBERS RE: CHAMBERS DISCOVERY CONFERENCE (0.2). |
|---------|----------|------|---|
| MATZ TJ | 12/18/07 | 1.10 | TELECONFERENCE WITH CHAMBERS RE: CHAMBERS CONFERENCE (0.2); REVIEW AND COMMENT ON REPLY TO 23RD OMNIBUS CLAIMS OBJECTION RESPONSES (0.9). |
| MATZ TJ | 12/21/07 | 1.30 | REVIEW AND COMMENT ON 24TH OMNIBUS CLAIMS OBJECTION (1.3). |
| MATZ TJ | 12/31/07 | 0.30 | REVIEW AND FORWARD TO U.S. TRUSTEE NOTICE OF TAI SETTLEMENT (0.3). |
|  |  | **9.30** | |
| RAMLO K | 12/03/07 | 0.60 | CORRESPONDENCE WITH D. OLBRECHT RE: MEDIATION AND BRIEFING OF SBT CLAIM DISPUTE (0.1); PREPARATION FOR SAME (0.2); FOLLOW UP ON STATUS OF OHIO USE TAX AUDIT, DOCUMENT COLLECTION, AND LITIGATION SCHEDULE (0.3). |
| RAMLO K | 12/04/07 | 3.90 | REVIEW UNDERLYING DOCUMENTS RELATING TO OHIO USE TAX CLAIM (1.5); REVIEW AND COMMENT ON DRAFT LETTER TO OHIO RE: AUDIT FROM A. EHLER (0.5); TELECONFERENCES WITH W. LEUTHGE, A. EHLER RE: LITIGATION OF OHIO USE TAX CLAIM (0.5); REVIEW DRAFT NOTICE OF HEARING RE: OHIO CLAIM (0.1); WORK ON STRATEGY FOR LITIGATION SAME (0.7); FOLLOW UP ON STATUS OF MICHIGAN AND OTHER TAX CLAIMS (0.4); REVIEW MADISON COUNTY (INDIANA) MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES (0.2). |
| RAMLO K | 12/05/07 | 1.00 | TELECONFERENCE WITH W. LUETHGE, R. ARRIGO, F. KUBLICKI, A. EHLER RE: LITIGATION STRATEGY FOR OHIO USE TAX CLAIM (0.4); REVIEW MICHIGAN'S SUPPLEMENTAL RESPONSE RE: SBT CLAIM (0.4); REVIEW REVISIONS TO MONTGOMERY COUNTY TAX SETTLEMENT (0.1); CORRESPONDENCE WITH D. OLBRECHT RE: SBT CLAIM (0.1). |
| RAMLO K | 12/06/07 | 0.20 | ANALYSIS RE: MEDIATION AND REVISIONS TO BRIEFING SCHEDULE OF SBT CLAIMS (0.1); FOLLOW UP ON SCHEDULING OHIO USE TAX MEET AND CONFER (0.1). |
| RAMLO K | 12/07/07 | 2.90 | ANALYSIS RE: DISPARATE TREATMENT CLAIM BY MICHIGAN RE: SBT (0.2); CORRESPONDENCE WITH V. GARRY RE: MEET AND CONFER OF OHIO USE TAX CLAIM AND USE TAX SETTLEMENT (0.2);CORRESPONDENCE FROM A. EHLER RE: AUDIT SETTLEMENT (0.2); BEGIN TO REVISE SBT MEDIATION BRIEF (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 12/09/07 | 2.10 | TELECONFERENCE WITH D. OLBRECHT, S. GROB RE: MEDIATION (0.8); REVISE LETTER BRIEF TO MEDIATOR AND PREPARE FOR MEDIATION (1.1); REVIEW AND COMMENT ON CLAIMS STIPULATION WITH MICHIGAN (0.3). |
| RAMLO K | 12/10/07 | 5.90 | REVISE MEDIATION BRIEF FOR MICHIGAN SBT (2.6); CORRESPONDENCE TO P. HOUSNER RE: MEDIATION (0.3); CORRESPONDENCE TO D. OLBRECHT AND S. GROB RE: MEDIATION BRIEF (0.1); CORRESPONDENCE WITH A. EHLER RE: AUDIT MEETING (0.3); BEGIN REVIEWING RESEARCH ON DISPARATE TREATMENT AND OTHER ISSUES FOR SBT CLAIM (1.5); TELECONFERENCE WITH M. REISIG RE: MEDIATION (0.4); CORRESPONDENCE WITH W. LUETHGE RE: OHIO USE TAX MEET AND CONFER (0.2); CORRESPONDENCE P. HOUSNER RE: MEDIATION (0.5). |
| RAMLO K | 12/11/07 | 8.70 | CORRESPONDENCE FROM W. LUETHGE RE: OHIO USE TAX CLAIM (0.1); FURTHER REVIEW OF CASE LAW ON SBT ISSUES (1.2); REVISE SBT MEDIATION BRIEF (2.8); CORRESPONDENCE WITH M. REISIG RE: MEDIATION BRIEF (0.2); CORRESPONDENCE TO J. WHITSON RE: SAME (0.1); CORRESPONDENCE WITH P. HOUSNER RE: SAME (0.2); BEGIN DRAFTING DISCOVERY REQUESTS TO MICHIGAN RE: SBT (1.1); REVIEW SBT RETURNS, CASE LAW AND STATUTES AND WORK ON STRATEGY IN PREPARATION FOR MEDIATION (3.0). |
| RAMLO K | 12/12/07 | 12.40 | MEETING WITH J. WHITSON, D. OLBRECHT, S. GROB RE: SBT CLAIM, MEDIATION PREPARATION AND SETTLEMENT STRATEGY (1.2); ATTEND SBT MEDIATION (8.3); MEETING WITH D. OLBRECHT, S. GROB RE: ANALYSIS OF MICHIGAN PROPOSAL AND DEVELOPMENT OF COUNTERPROPOSALS (1.4); CORRESPONENCE FROM W. LUETHGE RE: STATUS OF MICHIGAN USE TAX AUDITS (0.1); CORRESPONDENCE TO P. HOUSNER RE: DISCOVERY (0.1); REVISE DISCOVERY REQUESTS TO MICHIGAN (1.3). |
| RAMLO K | 12/13/07 | 6.10 | CORRESPONDENCE FROM P. HOUSNER RE: DISCOVERY (0.1); CORRESPONDENCE FROM D. OLBRECHT RE: FURTHER ANALYSIS OF MICHIGAN PROPOSAL (0.2); REVIEW SPREADSHEETS ON MICHIGAN PROPOSAL AND DELPHI COUNTERPROPOSAL, AND DEVELOP ALTERNATIVE PROPOSALS AND SPREADSHEETS (1.3); TELECONFERENCE WITH D. OLBRECHT, S. GROB RE: MEDIATION AND SETTLEMENT STRATEGY (0.9); TELECONFERENCE WITH S. GROB RE: DISCOVERY ISSUES (1.2); REVISE DISCOVERY REQUESTS TO MICHIGAN AND ARRANGE FOR SERVICE (1.6); TELECONFERENCES WITH A. EHLER AND WITH W. LUETHGE RE: AUDIT MEETING (0.3); REVIEW NOTICE OF HEARING FOR MICHIGAN USE TAX CLAIMS (0.2); CORRESPONDENCE TO D. OLBRECHT AND S. GROB RE: LITIGATION OF MICHIGAN SBT CLAIM (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 12/14/07 | 1.10 | CORRESPONDENCE WITH S. GROB RE: SBT CLAIMS AND FURTHER INFORMATION FROM MICHIGAN (0.3); TELECONFERENCE WITH D. OLBRECHT RE: SAME (0.2); CORRESPONDENCE FROM W. LUETHGE RE: AUDIT MEETING (0.3); CORRESPONDENCE FROM V. GARRY RE: OHIO MEET AND CONFER (0.1); REVIEW EXECUTED SETTLEMENT FROM MONTGOMERY COUNTY (0.1); REVIEW REVISED NOTICE OF HEARING FOR MICHIGAN USE TAX CLAIMS (0.1). |
| RAMLO K | 12/17/07 | 8.10 | PREPARE FOR MEET AND CONFER WITH OHIO RE: USE TAX CLAIM (0.8); TELECONFERENCE WITH W. LUETHGE, W. ADAMSON, R. ARRIGO, A. EHLER RE: SAME (0.3); MEET AND CONFER WITH OHIO (V. GARRY, R. DAUM, C. FOX) RE: USE TAX CLAIM (0.6); TELECONFERENCE WITH W. LUETHGE AND A. EHLER RE: SAME AND LITIGATION AND SETTLEMENT STRATEGY (1.7); REVISE NOTICE OF HEARING ON MICHIGAN USE TAXES (0.3); REVIEW ADDITIONAL MATERIALS FROM CLIENT AND STRATEGY RE: LITIGATION OHIO USE CLAIM (0.6); REVISE SUPPLEMENTAL REPLY RE: SBT TAX CLAIM (3.8). |
| RAMLO K | 12/18/07 | 6.70 | PREPARE FOR CALL WITH A. EHLER RE: OHIO USE TAX EVIDENTIARY HEARING PREPARATION (0.7); TELECONFERENCES WITH A. EHLER RE: SETTLEMENT PROPOSAL (0.4); ANALYSIS AND SETTLEMENT STRATEGY RE: OHIO USE TAX (0.7); TELECONFERENCE WITH W. LUETHGE, W. ADAMSON RE: MICHIGAN USE TAX CLAIMS (0.5); CORRESPONDENCE TO J. SHEEHAN, S. SALRIN, D. UNRUE, AND K. CRAFT RE: OHIO USE TAX SETTLEMENT PROPOSAL (0.6); TELECONFERENCE WITH D. OLBRECHT AND S. GROB RE: REPLY AND SETTLEMENT (0.8); TELECONFERENCE WITH P. HOUSNER AND M. BARTINDALE RE: SETTLEMENT PROPOSALS (0.4); CORRESPONDENCE FROM W. LUETHGE RE: SETTLEMENT ANALYSIS (0.2); CORRESPONDENCE TO P. HOUSNER RE: SETTLEMENT PROPOSAL (0.1); REVISE SBT SUPPLEMENTAL REPLY BRIEF AND SUPPORTING DECLARATION (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

RAMLO K          12/19/07        12.40    PREPARE FOR CALL WITH D. OLBRECHT RE:
                                          SBT REPLY BRIEF (0.2); TELECONFERENCE
                                          WITH D. OLBRECHT RE: REPLY BRIEF AND
                                          SUPPORTING DECLARATION (0.5); REVISE
                                          REPLY AND DECLARATION (0.5);
                                          TELECONFERENCE WITH J. WHITSON, D.
                                          OLBRECHT, S. GROB AND RE: BRIEF AND
                                          DECLARATION (0.4); CORRESPONDENCE WITH
                                          P. HOUSNER RE: MICHIGAN USE TAX (0.1);
                                          PARTICIPATING IN WORKING GROUP CLAIMS
                                          CALL (1.0); TELECONFERENCES WITH V.
                                          GARRY RE: SETTLEMENT (0.2);
                                          TELECONFERENCES WITH W. LUETHGE AND A.
                                          EHLER RE: SETTLEMENT (0.3);
                                          TELECONFERENCE WITH P. HOUSNER RE:
                                          SETTLEMENT (0.2); REVIEW AND ANALYZE
                                          MICHIGAN PROOFS OF CLAIMS AND CLIENT
                                          INFORMATION ON USE TAX CLAIMS (2.2);
                                          CORRESPONDENCE WITH V. GARRY RE:
                                          SETTLEMENT PROPOSAL (0.3); REPLY SBT
                                          REPLY BRIEF (2.3); TELECONFERENCE WITH
                                          S. GROB RE: SAME (1.1); REVISE OHIO
                                          AUDIT SETTLEMENT AGREEMENT (3.1).

RAMLO K          12/20/07        11.80    CORRESPONDENCE WITH V. GARRY, A. EHLER,
                                          AND W. LUETHGE RE: SETTLEMENT OF OHIO
                                          USE TAX CLAIM (1.2); REVIEW AND ANALYZE
                                          PROPOSAL FROM MICHIGAN RE: SBT (0.8);
                                          REVISE AGREEMENT AND ARRANGE FOR
                                          EXECUTION (1.4); CONTINUED ANALYSIS OF
                                          MICHIGAN USE TAX ISSUES (2.4);
                                          CORRESPONDENCE TO J. SHEEHAN RE: OHIO
                                          SETTLEMENT (0.3); TELECONFERENCE WITH
                                          S. GROB RE: ANALYSIS OF MICHIGAN
                                          PROPOSAL (0.4); TELECONFERENCE WITH W.
                                          LUETHGE RE: SETTLEMENT (0.3);
                                          TELECONFERENCES WITH V. GARRY RE: SAME
                                          (0.5); TELECONFERENCE WITH A. EHLER RE:
                                          SAME (0.1); CORRESPONDENCE TO P.
                                          HOUSNER RE: SETTLEMENT OF SBT (0.6);
                                          TELECONFERENCES WITH D. OLBRECHT AND S.
                                          GROB RE: RESPONDING TO MICHIGAN SBT
                                          PROPOSAL (0.5); PREPARE ANALYSIS OF
                                          MICHIGAN SBT PROPOSALS AND LITIGATION
                                          RISKS (3.3).

RAMLO K          12/21/07         6.60    PREPARE FOR TELECONFERENCE WITH J.
                                          WHITSON RE: SBT SETTLEMENT (0.1);
                                          TELECONFERENCE WITH J. WHITSON, D.
                                          OLBRECHT RE: SETTLEMENT PROPOSALS
                                          (1.4); ANALYSIS RE: SAME (0.8);
                                          TELECONFERENCES WITH D. OLBRECHT AND S.
                                          GROB RE: FORM AND SUBSTANCE OF
                                          SETTLEMENT PROPOSALS (0.7);
                                          CORRESPONDENCE FROM J. SHEEHAN, D.
                                          UNRUE AND W. LUETHGE RE: PAYMENT TO OHIO
                                          RE: USE TAXES (0.3); CORRESPONDENCE
                                          FROM J. WHITSON RE: SETTLEMENT STRATEGY
                                          (0.3); TELECONFERENCES AND
                                          CORRESPONDENCE WITH P. HOUSNER RE:
                                          SETTLEMENT AND DISCOVERY RESPONSES
                                          (0.9); DRAFT MEMO ON SETTLEMENT AND
                                          DRAFT CORRESPONDENCE TO P. HOUSNER RE:
                                          SETTLEMENT (2.1).

05-44481-rdd   Doc 19256-7   Filed 12/30/09   Entered 12/30/09 21:18:57   Exhibit
                                    D-2(b)   Pg 10 of 120
                    Skadden, Arps, Slate, Meagher & Flom llp and affiliates

RAMLO K          12/26/07      1.00   REVISE MICHIGAN USE TAX DISPUTED ISSUES
                                      STATEMENT (1.0).

RAMLO K          12/27/07      1.00   FURTHER REVISE  MICHIGAN USE TAX
                                      DISPUTED ISSUES STATEMENT (0.3); REVISE
                                      MICHIGAN SETTLEMENT PROPOSAL (0.5);
                                      UPDATE CLAIMS STATUS CHART (0.2).

RAMLO K          12/28/07      1.30   TELECONFERENCE WITH M. BARTINDALE RE:
                                      DELPHI PROPOSAL TO SETTLE MICHIGAN SBT
                                      CLAIM (0.5); CORRESPONDENCE WITH S.
                                      GROB RE: SAME AND DRAFT SETTLEMENT
                                      PROPOSAL (0.1); TELECONFERENCE WITH S.
                                      GROB RE: REVISIONS TO SETTLEMENT
                                      PROPOSAL (0.7).

RAMLO K          12/29/07      1.70   CORRESPONDENCE WITH D. OLBRECHT RE:
                                      POTENTIAL TERMS OF COUNTERPROPOSAL TO
                                      MICHIGAN RE: SBT CLAIMS (0.4); REVISE
                                      SETTLEMENT AGREEMENT OF OHIO USE TAX
                                      CLAIM (1.3).

RAMLO K          12/30/07      2.10   REVISE OHIO USE TAX SETTLEMENT
                                      AGREEMENT AND STIPULATION (1.3); REVISE
                                      MICHIGAN SBT SETTLEMENT PROPOSAL (0.8).

                               97.60

    Total Counsel            106.90

BOLTON IS        12/03/07      3.20   DRAFT CHART OF ALL OMNIBUS OBJECTIONS
                                      RE: LOW VARIANCE CLAIMS (0.5); CONTINUE
                                      TO REVIEW AND REVISE STATEMENTS OF
                                      DISPUTED ISSUES RE: PIC AND AKEBONO POCS
                                      (1.0); REVIEW AND ANALYSIS RE: VARIOUS
                                      CLAIMS-RELATED PLEADINGS AND MATTERS
                                      (0.7); LEGAL RESEARCH AND ANALYSIS RE:
                                      MICHIGAN ESCHEATS LAW (1.0).

BOLTON IS        12/04/07      2.50   CONTINUE TO REVIEW AND REVISE TEMPLATE
                                      RE: STATEMENTS OF DISPUTED ISSUES
                                      (0.7); REVIEW AND ANALYSIS RE: PROOFS OF
                                      CLAIM (1.3); CORRESPONDENCE WITH TOGUT
                                      RE: SAME (0.5).

BOLTON IS        12/05/07      4.70   REVIEW AND REVISE CHART RE: CLAIMS
                                      HEARING DEADLINES (0.4); REVIEW AND
                                      ANALYSIS RE: PROOFS OF CLAIM (1.3);
                                      DRAFT MEET AND CONFER LETTERS RE: SAME
                                      (1.0); DRAFT STATEMENTS OF DISPUTED
                                      ISSUES RE: SAME (0.6); CORRESPONDENCE
                                      WITH CLAIMANTS' COUNSEL RE: SAME (1.4).

BOLTON IS        12/06/07      5.30   CONTINUE REVIEW AND ANALYSIS RE: LOW
                                      VARIANCE CLAIMS (1.2); CONTINUE REVIEW
                                      AND ANALYSIS RE: RASSINI S.A. DE C.V.
                                      POC (1.0);  CORRESPONDENCE WITH CLIENT
                                      RE: SAME (0.4); CORRESPONDENCE WITH
                                      CLAIMANT'S COUNSEL RE: SAME (0.4);
                                      CONTINUE REVIEW AND ANALYSIS RE:
                                      AKEBONO POC (1.3); CORRESPONDENCE WITH
                                      CLAIMANT'S COUNSEL RE: SAME (0.6);
                                      REVIEW AND ANALYSIS RE: CLAIMS-RELATED
                                      PLEADINGS (0.4).

B43E

| BOLTON IS | 12/07/07 | 2.70 | REVIEW AND ANALYSIS RE: VARIOUS POCS (1.0); DRAFT MEET AND CONFER LETTERS RE: SAME (1.4); REVIEW AND ANALYSIS RE: CLAIMS-RELATED PLEADINGS (0.3). |
|---|---|---|---|
| BOLTON IS | 12/10/07 | 1.60 | REVIEW AND ANALYSIS RE: CLAIMS-RELATED PLEADINGS (0.5); REVIEW AND ANALYSIS RE: RASSINI POC (0.3); CORRESPONDENCE WITH CLAIMANT'S COUNSEL RE: SAME (0.4); REVIEW AND ANALYSIS RE: AKEBONO POC (0.4). |
| BOLTON IS | 12/11/07 | 3.90 | CONTINUE REVIEW AND ANALYSIS RE: AKEBONO POC (1.3); CORRESPONDENCE WITH CLIENT RE: SAME (0.8); REVIEW AND ANALYSIS RE: CARLISLE POC (0.3); CORRESPONDENCE WITH CLAIMANT'S COUNSEL RE: SAME (0.3); CONTINUE REVIEW AND ANALYSIS RE: LOW VARIANCE CLAIMS (1.2). |
| BOLTON IS | 12/12/07 | 5.40 | CONTINUE REVIEW AND ANALYSIS RE: POCS AND OBJECTIONS (1.0); DRAFT AND REVIEW STATEMENTS OF DISPUTED ISSUES RE: SAME (1.3); CONTINUE REVIEW AND ANALYSIS RE: AKEBONO POC (1.0); MEET AND CONFER RE: SAME (1.4); REVIEW AND ANALYSIS RE: CLAIMS-RELATED PLEADINGS (0.7). |
| BOLTON IS | 12/13/07 | 4.30 | CONTINUE REVIEW AND ANALYSIS RE: METAL POWDER PRODUCTS POC AND OBJECTION THERETO (1.1); DRAFT STIP AND SETTLEMENT AGREEMENT RE: SAME (0.6); REVIEW CORRESPONDENCE FROM CLIENT RE: SAME (0.2); CONTINUE REVIEW AND ANALYSIS RE: LOW VARIANCE CLAIMS (1.2); DRAFT CORRESPONDENCE RE: SAME (0.1); CONTINUE REVIEW AND ANALYSIS RE: RASSINI S.A. DE C.V. POC AND OBJECTION THERETO (0.7); DRAFT AND REVIEW CORRESPONDENCE TO CLAIMANT'S COUNSEL RE: SAME (0.4). |
| BOLTON IS | 12/14/07 | 2.90 | CONTINUE REVIEW AND ANALYSIS RE: LOW VARIANCE CLAIMS (1.2); REVIEW AND DRAFT CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.3); CONTINUE RESEARCH AND ANALYSIS RE: AKEBONO POC (0.6); REVIEW CORRESPONDENCE WITH CLIENT RE: SAME (0.2); CONTINUE REVIEW AND ANALYSIS RE: RASSINI POC (0.4); SCHEDULE MEET AND CONFER RE: SAME (0.2). |
| BOLTON IS | 12/17/07 | 5.70 | CONTINUE TO REVIEW, REVISE, AND UPDATE RE: MASTER CALENDAR FOR CLAIMS HEARING AND RELATED MATTERS (2.4); DRAFT CHART RE: SUMMARY STATEMENTS OF DISPUTED ISSUES (1.8); REVIEW AND ANALYSIS RE: P&R INDUSTRIES POC (0.4); REVIEW AND ANALYSIS RE: EEOC POCS (0.5); DRAFT NOTICE TO FILE MOTION TO FILE LATE CLAIM RE: SAME (0.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

BOLTON IS       12/18/07     2.30   CONTINUE REVIEW AND ANALYSIS RE:
                                    RASSINI POC (0.3); CONDUCT MEET AND
                                    CONFER WITH CLAIMANT RE: SAME (0.8);
                                    BEGIN TO DRAFT TEMPLATE RE: DISCOVERY
                                    REQUESTS FOR UPCOMING CLAIMS HEARINGS
                                    (1.2).

BOLTON IS       12/19/07     5.20   REVIEW AND ANALYSIS RE: LOW VARIANCE
                                    CLAIMS (2.8); UPDATE AND REVIEW CHART
                                    RE: SETTLED CLAIMS (0.4); DRAFT,
                                    REVIEW, AND REVISE TEMPLATES RE:
                                    DISCOVERY REQUESTS (2.0).

BOLTON IS       12/20/07     4.20   CONTINUE TO DRAFT, REVIEW, AND REVISE
                                    RE: DISCOVERY TEMPLATES (2.8); REVIEW
                                    AND ANALYSIS RE: FUJIKURA POC (1.4).

BOLTON IS       12/21/07     5.40   CONTINUE TO DRAFT, REVIEW, AND REVISE
                                    RE: DISCOVERY TEMPLATES (1.6); DRAFT
                                    STIPULATIONS RE: VARIOUS LOW VARIANCE
                                    CLAIMS (3.4); DRAFT AND REVIEW
                                    CORRESPONDENCE WITH J. DELUCA RE: SAME
                                    (0.4).

BOLTON IS       12/24/07     3.80   CONTINUE REVIEW AND ANALYSIS RE:
                                    AKEBONO POC (1.6); CONTINUE TO DRAFT,
                                    REVIEW, AND REVISE DISCOVERY REQUESTS
                                    RE: SAME (1.8); CORRESPONDENCE WITH KCC
                                    RE: SERVING CLAIMANT'S COUNSEL WITH
                                    DISCOVERY REQUESTS (0.4).

BOLTON IS       12/27/07     4.20   REVIEW AND ANALYSIS RE: RIGHTS OFFERING
                                    SCHEDULE OF CLAIMS (1.8); CONFERENCE
                                    CALL RE: SAME (0.4); REVIEW AND ANALYSIS
                                    RE: DATWYLER POC (1.0); REVIEW
                                    CORRESPONDENCE FROM CLAIMANT'S COUNSEL
                                    RE: SAME (0.1); TELECONFERENCE WITH
                                    CLAIMANT'S COUNSEL RE: SAME (0.2);
                                    CONTINUE REVIEW AND ANALYSIS RE: LOW
                                    VARIANCE CLAIMS (0.3); DRAFT AND REVIEW
                                    CORRESPONDENCE WITH KCC RE: SAME (0.1);
                                    DRAFT CORRESPONDENCE TO CLIENT RE: SAME
                                    (0.3).

BOLTON IS       12/28/07     3.90   CONTINUE REVIEW AND ANALYSIS RE:
                                    AKEBONO POC (0.7); DRAFT SUPPLEMENTAL
                                    REPLY BRIEF RE: SAME (1.2); CONTINUE
                                    REVIEW AND ANALYSIS RE: RASSINI POC
                                    (0.4); DRAFT DISCOVERY REQUESTS RE:
                                    SAME (1.0); DRAFT AND REVIEW
                                    CORRESPONDENCE WITH CLAIMANT'S COUNSEL
                                    RE: SAME (0.2); REVIEW AND ANALYSIS RE:
                                    HEWLETT PACKARD SETTLEMENT (0.3); DRAFT
                                    CORRESPONDENCE TO CLAIMANT'S COUNSEL
                                    RE: SAME (0.1).

BOLTON IS       12/30/07     3.50   REVIEW AND ANALYSIS RE: AD HOC TRADE
                                    COMMITTEE CLAIMS (1.3); FOLLOW UP WITH
                                    WORKING GROUP RE: SAME (0.2); LEGAL
                                    ANALYSIS RE: EEOC POCS (0.8); CONTINUE
                                    ANALYSIS RE: AKEBONO POC (1.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOLTON IS | 12/31/07 | 0.90 | FOLLOW UP WITH WORKING GROUP RE: AD HOC TRADE COMMITTEE CLAIMS (0.2); REVIEW AND REVISE CHART RE: JANUARY 10 CLAIMS HEARING SETTLEMENTS (0.6); FOLLOW UP WITH CLIENT RE: SAME (0.1). |
| | | **75.60** | |
| CAMPANARIO ND | 12/03/07 | 2.70 | GATHER AND ANALYZE MATERIALS FROM BBK RESPONSE TO DISCOVERY REQUESTS BY NU-TECH PLASTICS ENGINEERING, INC. IN CONNECTION WITH NU-TECH'S PROOF OF CLAIM (2.7). |
| CAMPANARIO ND | 12/10/07 | 5.50 | PREPARE FOR DEPOSITION OF T. WEBER IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (5.5). |
| CAMPANARIO ND | 12/11/07 | 3.70 | DRAFT PROPOSED STIPULATION AND AGREED PROTECTIVE ORDER (0.6); REVISE DISCOVERY RESPONSES (2.4), AND GATHER RESPONSIVE DOCUMENTS (0.7) IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. |
| CAMPANARIO ND | 12/12/07 | 1.20 | PREPARE FOR DEPOSITION OF T. WEBER IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (1.2). |
| CAMPANARIO ND | 12/13/07 | 4.60 | PREPARE FOR DEPOSITION OF T. WEBER OF DELPHI IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (4.6). |
| CAMPANARIO ND | 12/14/07 | 3.70 | DEPOSITION PREPARATION SESSION WITH TINA WEBER OF DELPHI IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (2.7) AND DEFEND DEPOSITION (1.0). |
| CAMPANARIO ND | 12/16/07 | 4.80 | PREPARE FOR DEPOSITION OF J. COOPER OF NU-TECH IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. AND PREPARE OUTLINE OF SAME (4.8). |
| CAMPANARIO ND | 12/17/07 | 9.30 | PREPARE FOR DEPOSITIONS OF J. COOPER AND G. LEEMAN IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (9.3). |
| CAMPANARIO ND | 12/18/07 | 8.00 | TELECONFERENCES WITH K. FRANCIS (1.2) AND J.WEBER (0.5) RE: PREPARATION FOR DEPOSITIONS, REVIEW DOCUMENTS AND REVISE RESPONSES TO DISCOVERY REQUESTS (2.0), AND PREPARE FOR DEPOSITIONS OF J. COOPER AND G. LEEMAN (4.3), ALL IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. |
| CAMPANARIO ND | 12/19/07 | 6.60 | PREPARE FOR DEPOSITIONS OF G. LEEMAN AND J. COOPER IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (6.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CAMPANARIO ND    12/20/07    8.20    TAKE DEPOSITION OF G. LEEMAN AND J.
                                     COOPER IN CONNECTION WITH PROOF OF CLAIM
                                     BY NU-TECH PLASTICS ENGINEERING, INC.
                                     (8.2).

CAMPANARIO ND    12/21/07    3.50    DEFEND DEPOSITIONS OF K. FRANCIS AND J.
                                     WEBER IN CONNECTION WITH PROOF OF CLAIM
                                     OF NU-TECH PLASTICS ENGINEERING, INC.
                                     (3.5).

CAMPANARIO ND    12/22/07    0.80    FINALIZE RESPONSES TO DISCOVERY
                                     REQUESTS AND PREPARE DOCUMENTS FOR
                                     PRODUCTION IN CONNECTION WITH PROOF OF
                                     CLAIM BY NU-TECH PLASTICS ENGINEERING,
                                     INC. (0.8).

CAMPANARIO ND    12/26/07    0.30    REVIEW NU-TECH PLASTICS ENGINEERING,
                                     INC.'S RESPONSES TO DISCOVERY REQUESTS
                                     (0.3).

CAMPANARIO ND    12/27/07    0.90    REVIEW LETTER FROM OPPOSING COUNSEL RE:
                                     DISCOVERY AND PRODUCE SECOND ROUND OF
                                     DOCUMENTS IN CONNECTION WITH PROOF OF
                                     CLAIM BY NU-TECH PLASTICS ENGINEERING,
                                     INC. (0.9).

                             63.80

CONNORS CP       12/01/07    9.30    WORK ON PREFERENCE DEFENSE ISSUES RE:
                                     TOWER CLAIM (2.9); WORK ON WITNESS
                                     DECLARATIONS RE: TOWER CLAIM (3.1);
                                     WORK ON DOCUMENT PRODUCTION ISSUES RE:
                                     TOWER CLAIM (1.6); RESEARCH ISSUES RE:
                                     TOWER CLAIM (1.7).

CONNORS CP       12/02/07    8.30    WORK ON WITNESS DECLARATIONS RE: TOWER
                                     CLAIM (2.8); WORK ON ISSUES CONCERNING
                                     PREFERENCE DEFENSE RE: TOWER CLAIM
                                     (3.4); COMMUNICATE WITH POTENTIAL
                                     WITNESSES RE: TOWER CLAIM (0.9); WORK ON
                                     ISSUES RE: DOCUMENT AND INFORMATION
                                     GATHERING RE: TOWER CLAIM (1.2).

CONNORS CP       12/03/07   12.80    WORK ON PREFERENCE DEFENSE ISSUES RE:
                                     TOWER CLAIM (2.0); WORK ON DISCOVERY
                                     ISSUES AND REVIEW DOCUMENTS FOR
                                     DISCOVERY RE: TOWER CLAIM (3.6);
                                     PREPARE FOR CALL WITH OPPOSING COUNSEL
                                     RE: TOWER CLAIM (0.6); PARTICIPATE IN
                                     CALLS RE: SETTLEMENT ISSUES RE: TOWER
                                     CLAIM (0.7); REVISE DRAFT DECLARATIONS
                                     RE: TOWER CLAIM (2.1); REVISE DEBTORS
                                     INTERROGATORIES, REQUESTS FOR
                                     ADMISSION, AND DOCUMENT REQUESTS RE:
                                     TOWER CLAIM (3.8).

CONNORS CP       12/04/07   10.10    COMMUNICATE AND CORRESPOND WITH
                                     POTENTIAL WITNESSES RE: TOWER CLAIM
                                     (2.1); WORK ON MATTERS RELATED TO THE
                                     PREFERENCE DEFENSES AND ANALYSIS RE:
                                     TOWER CLAIM (2.3); REVIEW AND WORK ON
                                     DRAFT SUPPLEMENTAL REPLY RE: TOWER
                                     CLAIM (2.7); WORK ON PRETRIAL ISSUES RE:
                                     OHIO TAX CLAIM (1.5); WORK ON WITNESS
                                     DECLARATIONS RE: TOWER CLAIM (1.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CONNORS CP | 12/05/07 | 10.40 | WORK ON FINALIZING INTERROGATORIES, REQUESTS FOR ADMISSION, AND DOCUMENT REQUESTS RE: TOWER CLAIM (3.2); WORK ON PREFERENCE ANALYSIS RE: TOWER CLAIM (2.8); REVIEW AND ANALYZE DOCUMENTS IN CONNECTION WITH PREPARING SUPPLEMENT REPLY RE: TOWER CLAIM (2.3); RESEARCH ISSUES RE: TOWER CLAIM (2.1). |
| CONNORS CP | 12/06/07 | 14.50 | WORK ON DISCOVERY ISSUES RE: STATE OF MICHIGAN CLAIM (0.8); WORK ON FINALIZING DECLARATIONS OF FOUR WITNESSES RE: TOWER CLAIM (4.3); CONDUCT RESEARCH ON PREFERENCE DEFENSE ISSUES RE: TOWER CLAIM (2.2); WORK ON SUPPLEMENTAL REPLY RE: TOWER CLAIM (4.9); REVIEW AND ANALYZE DOCUMENTS RE: TOWER CLAIM (2.3). |
| CONNORS CP | 12/07/07 | 10.10 | WORK ON SUPPLEMENTAL REPLY RE: TOWER CLAIM (3.6); FINALIZE DECLARATIONS OF OUR WITNESSES AND FINANCIAL CONSULTANT RE: TOWER CLAIM (3.8); REVIEW AND ANALYZE DOCUMENTS RE: TOWER CLAIM (2.7). |
| CONNORS CP | 12/08/07 | 3.80 | FINALIZE DECLARATIONS FOR FILING RE: TOWER (1.2); WORK ON SUPPLEMENTAL REPLY RE: TOWER CLAIM (2.6). |
| CONNORS CP | 12/10/07 | 9.20 | WORK ON RESEARCH RE: SUPPLEMENTAL REPLY RE: TOWER (3.8); WORK ON FINALIZING SUPPLEMENTAL RE: TOWER (5.4). |
| CONNORS CP | 12/11/07 | 7.90 | WORK ON PREPARATION FOR TOMORROW'S MEDIATION RE: TOWER CLAIM, INCLUDING DISCUSSIONS WITH EXPERTS (7.9). |
| CONNORS CP | 12/12/07 | 7.10 | PREPARE FOR, PARTICIPATE IN, AND WORK ON FOLLOW ISSUES RE: SETTLEMENT FOLLOWING TOWER MEDIATION (7.1). |
| CONNORS CP | 12/17/07 | 9.20 | PREPARE FOR AND PARTICIPATE IN MEET AND CONFER RE: OHIO TAX CLAIM (5.1); WORK ON SETTLEMENT ISSUES RE: OHIO TAX CLAIM (1.2); WORK ON DISCOVERY ISSUES RE: OUTSTANDING CLAIMS (2.9). |
| CONNORS CP | 12/18/07 | 3.10 | WORK ON ISSUES RE: OHIO TAX SETTLEMENT AND ADDITIONAL FOLLOW-UP ISSUES (3.1). |
| CONNORS CP | 12/21/07 | 5.90 | FORMULATE STRATEGY RE: PRETRIAL ISSUES CONCERNING BRIX CLAIM AND PARTICIPATE IN MEET AND CONFER (4.8); PARTICIPATE IN FOLLOW UP DISCUSSIONS RE: BRIX MEET AND CONFER (1.1). |

**121.70**

B43E

| | | | |
|---|---|---|---|
| DIAZ LB | 12/03/07 | 11.50 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (0.9); RESPOND TO CLAIMANT INQUIRES (0.9); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.9); UPDATE AND REVISE TRACKING CHART FOR CLAIMS MATTERS (1.7); EDIT AND REVISE STATEMENTS OF DISPUTED ISSUES FOR LITIGATED CLAIMS MATTERS (6.1). |
| DIAZ LB | 12/04/07 | 8.70 | EDIT AND REVISE STATEMENTS OF DISPUTED ISSUES FOR LITIGATED CLAIMS MATTERS (6.7); TELECONFERENCES WITH D. UNRUE AND J. DELUCA (0.9); RESPOND TO CLAIMANT INQUIRES (1.1). |
| DIAZ LB | 12/05/07 | 10.00 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.5); RESPOND TO CLAIMANT INQUIRES (0.9); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.9); EDIT AND REVISE NOTICES OF HEARING FOR LITIGATED CLAIMS MATTERS (1.1); EDIT AND REVISE STATEMENTS OF DISPUTED ISSUES FOR LITIGATED CLAIMS MATTERS (2.9); WEEKLY CLAIMS CALL WITH D. UNRUE, J. DELUCA AND K. CRAFT (1.7). |
| DIAZ LB | 12/06/07 | 8.20 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (2.1); RESPOND TO CLAIMANT INQUIRES (0.8); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.7); PREPARATION FOR MEET AND CONFERS WITH CLAIMANT RE: CLAIMS PROCEDURES ORDER (2.5); STRATEGY CONFERENCE RE: OUTSTANDING CLAIMS ISSUES WITH K. CRAFT AND J. DELUCA AND C. MICHELS (1.1). |
| DIAZ LB | 12/07/07 | 8.60 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.3); RESPOND TO CLAIMANT INQUIRES (1.2); UPDATE AND REVISE TRACKING CHART FOR CLAIMS MATTERS (1.6); PREPARATION FOR CLAIMS HEARING INCLUDING DRAFTING DOCUMENTS TO BE USED AT HEARING (2.3); MEET AND CONFER WITH CLAIMANT AND RELATED PREPARATION (1.9); CONFERENCE CALL RE: US CUSTOMS CLAIM (0.3). |
| DIAZ LB | 12/10/07 | 11.20 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.4); RESPOND TO CLAIMANT INQUIRES (1.5); REVIEW AND EDIT SETTLEMENT AGREEMENTS AND STIPULATIONS (1.3); UPDATE AND EDIT TRACKING CHART FOR CLAIMS MATTERS (1.9); MEET AND CONFERS WITH VARIOUS CLAIMANT, CLAIMANT'S COUNSEL, AND D. UNRUE AND PREPARATION RE: CLAIMS PROCEDURES ORDER (5.1). |
| DIAZ LB | 12/11/07 | 5.30 | REVIEW STIPULATIONS AND SETTLEMENT AGREEMENTS AND EDIT (1.1); ATTEND CLAIMS HEARING AND RELATED PREPARATION (2.1); TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.0); RESPOND TO CLAIMANT INQUIRES (1.1). |

B43E

| DIAZ LB | 12/12/07 | 8.10 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (0.8); RESPOND TO CLAIMANT INQUIRES (1.1); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.1); MEET AND CONFER WITH CLAIMANT, CLAIMANT'S COUNSEL AND D. UNRUE AND RELATED PREPARATION (1.3); DRAFT LETTER MOTION TO COMPEL PRODUCTION OF DOCUMENTS (0.9); FINALIZE PROTECTIVE ORDER AND OTHER RELATED AGREEMENTS AND DOCUMENTS (1.7); REVIEW AND EDIT LETTER TO GOVERNMENT RE: COMPLAINT FILED BY CLAIMANT (1.2). |
|---|---|---|---|
| DIAZ LB | 12/13/07 | 9.10 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA AND CLAIMS ANALYST (2.1); RESPOND TO CLAIMANT INQUIRES (1.5); UPDATE CLAIMS TRACKING CHARTS (1.2); RESPOND TO CLAIMANT INQUIRES (1.1); EDIT AND REVISE STATEMENTS OF DISPUTED ISSUES FOR LITIGATED CLAIMS MATTERS (3.2). |
| DIAZ LB | 12/14/07 | 5.60 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.2); RESPOND TO CLAIMANT INQUIRES (1.4); UPDATE AND EDIT TRACKING CHART FOR CLAIMS MATTERS (1.5); ATTEND MEETING WITH PLAN INVESTOR COUNSEL AND D. UNRUE (1.5). |
| DIAZ LB | 12/17/07 | 11.50 | REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.7); UPDATE AND EDIT TRACKING CHART FOR CLAIMS MATTERS (1.4); ANALYZE MATERIALS FOR INCLUSION IN D. UNRUE DECLARATION (1.9); ATTEND AND PREPARE FOR MEET AND CONFERS FOR LITIGATED CLAIMS MATTERS (3.6); RESPOND TO CLAIMANT INQUIRES (1.6); TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.3). |
| DIAZ LB | 12/18/07 | 4.70 | ATTEND AND PREPARE FOR MEET AND CONFER WITH D. UNRUE, CLAIMANTS AND CLAIMANTS' COUNSEL (2.3); TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.3); RESPOND TO CLAIMANT INQUIRES (1.1). |
| DIAZ LB | 12/19/07 | 9.60 | RESPOND TO CLAIMANT INQUIRES (1.6); TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.3); ATTEND AND PREPARE FOR MEET AND CONFERS WITH D. UNRUE, J. DELUCA AND CLAIMANTS (5.2); WEEKLY CLAIMS MEETING WITH D. UNRUE AND K. CRAFT AND J. DELUCA (1.5). |
| DIAZ LB | 12/20/07 | 10.30 | TELECONFERENCES WITH D. UNRUE AND J. DELUCA (1.4); RESPOND TO CLAIMANT INQUIRES (1.3); REVIEW SETTLEMENT AGREEMENTS AND STIPULATIONS (1.4); ATTEND MEET AND CONFER WITH D. UNRUE, CLAIMANT AND CLAIMANT'S COUNSEL (1.2); ATTEND AND PREPARE FOR OMNIBUS HEARING (3.4); CONTINUE TO ANALYZE MATERIALS FOR D. UNRUE DECLARATION AND EDIT DRAFT OF DECLARATION (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

DIAZ LB        12/21/07    13.20   TELECONFERENCES WITH D. UNRUE AND J.
                                   DELUCA (1.6); RESPOND TO CLAIMANT
                                   INQUIRES (1.6); UPDATE AND EDIT
                                   TRACKING CHART FOR CLAIMS MATTERS
                                   (1.4); EDIT AND REVISE DISCOVERY FOR
                                   LITIGATED CLAIMS MATTERS (4.3); ATTEND
                                   AND PREPARATION FOR MEET AND CONFERS
                                   WITH D. UNRUE, W. COSNOWSKI AND
                                   CLAIMANTS (4.3).

DIAZ LB        12/23/07     5.90   EDIT AND REVISE BRIEFS AND DISCOVERY FOR
                                   LITIGATED CLAIMS MATTERS (5.9).

DIAZ LB        12/27/07    12.50   TELECONFERENCES WITH D. UNRUE AND J.
                                   DELUCA (1.1); RESPOND TO CLAIMANT
                                   INQUIRES (1.5); REVIEW SETTLEMENT
                                   AGREEMENTS AND STIPULATIONS (1.6);
                                   UPDATE AND EDIT TRACKING CHART FOR
                                   CLAIMS MATTERS (2.5); EDIT AND REVISE
                                   BRIEFS FOR LITIGATED CLAIMS MATTERS
                                   (5.8).

DIAZ LB        12/28/07    10.20   REVIEW SETTLEMENT AGREEMENTS AND
                                   STIPULATIONS (1.2); EDIT AND REVISE
                                   DISCOVERY REQUESTS FOR LITIGATED CLAIMS
                                   MATTERS (3.2); EDIT AND REVISE BRIEFS
                                   FOR LITIGATED CLAIMS MATTERS (4.3);
                                   RESPOND TO CLAIMANT INQUIRIES (1.5).

                          164.20

DUNCOMB BM     12/01/07     0.30   REVISE STATEMENT OF DISPUTED ISSUES
                                   (0.3).

DUNCOMB BM     12/03/07     1.00   WRITE E-MAIL RE: VARIANCE AND
                                   SETTLEMENT OF THE GOBAR CLAIM (0.5);
                                   DISCUSS ISSUES IN THE HUTZ CLAIM (0.3);
                                   RESEARCH LIABILITIES ISSUES FOR THE
                                   HUTZ CLAIM (0.2).

DUNCOMB BM     12/04/07    11.80   REVISE STATEMENTS OF DISPUTED ISSUE FOR
                                   JAN. 31 HEARING (1.2); REVIEW MATERIALS
                                   FOR RIVERSIDE CLAIMS CLAIM (1.1);
                                   REVIEW MATERIALS FOR DEPOSITIONS OF
                                   NU-TECH (1.4); PREPARE HEARING NOTICE
                                   FOR RIVERSIDE CLAIMS (0.6); PREPARE
                                   STATEMENT OF DISPUTED ISSUES FOR
                                   RIVERSIDE CLAIMS (3.2); CONTACT
                                   CLAIMANTS' COUNSEL RE: MEET AND CONFERS
                                   AND SETTLEMENT (0.8); RESEARCH
                                   ASSUMPTION AND REJECTION OF EXECUTORY
                                   CONTRACTS (0.5); PREPARE NOTICE OF
                                   HEARING FOR MOLEX CLAIM (0.5); OUTLINE
                                   OF HEARING TRANSCRIPTS RE: EXECUTORY
                                   CONTRACTS (2.5).

DUNCOMB BM     12/05/07     1.80   PREPARE STATEMENT OF DISPUTED ISSUES
                                   FOR MOLEX (1.8).

DUNCOMB BM     12/06/07     1.40   DRAFT MEET-AND-CONFER LETTERS FOR MOLEX
                                   AND RIVERSIDE CLAIMS (1.4).

DUNCOMB BM     12/07/07     1.50   REVISE MEET-AND-CONFER LETTERS (1.5).

DUNCOMB BM     12/08/07     0.50   DISTRIBUTE MEET-AND-CONFER LETTERS AND
                                   ATTACHMENTS (0.5).

B43E

| DUNCOMB BM | 12/09/07 | 0.90 | SCHEDULE FOR KEY SAFETY SYSTEMS MEET-AND-CONFER (0.4); PREPARATION FOR KENSA MEET AND CONFER (0.5). |
|---|---|---|---|
| DUNCOMB BM | 12/10/07 | 6.40 | SPEAK WITH COUNSEL FOR KEY SAFETY SYSTEMS ABOUT SETTLEMENT AND MEET AND CONFER (0.3); PREPARE MATERIALS FOR KENSA MEET AND CONFER (0.8); CONTACT MOLEX COUNSEL RE: SETTLEMENT AND MEET AND CONFER (0.1); DISCUSS ISSUES RE: STATE TAX CLAIMS (0.6); RESEARCH ISSUES ON TAX CLAIMS (2.2); KENSA MEET AND CONFER (0.9); GATHER MATERIALS FOR AND FORWARD THEM TO KENSA (0.3); COMPILE EXECUTIVE SUMMARIES FOR FEB. 7 & 8 CLAIMS HEARINGS (0.8); PROCEDURAL RESEARCH RE: HUTZ CLAIM (0.4). |
| DUNCOMB BM | 12/11/07 | 4.30 | RESEARCH RE: MICHIGAN TAX CLAIMS (1.2); REVISE STATEMENTS OF DISPUTED ISSUES FOR FEBRUARY HEARINGS (1.9); RESEARCH RELEVANT BANKRUPTCY FILINGS FOR HUTZ CLAIM (0.8); RESEARCH MICHIGAN RULES OF COURT (0.4). |
| DUNCOMB BM | 12/12/07 | 10.70 | DRAFT DISCOVERY REQUESTS FOR MICHIGAN TAX CLAIMS (4.3; DRAFT LETTER TO OSHA FOR AZIMUTH CLAIM (4.1); RESEARCH ISSUES RE: EXECUTORY CONTRACTS (2.3). |
| DUNCOMB BM | 12/13/07 | 9.90 | DRAFT HEARING NOTICE FOR TAX CLAIMS (0.9); DRAFT E-MAIL RE: AUTHORITY OF TAX INSTRUCTIONS (0.3); REVISE LETTER TO OSHA FOR AZIMUTH CLAIM (0.8); DRAFT ADJOURNMENT FOR EATON CLAIM (1.9); DRAFT SETTLEMENT AND STIPULATION FOR EATON CLAIM (1.3); TELECONFERENCE RE: MICHIGAN TAX ISSUES (1.4); REVISE DISCOVERY REQUESTS (1.5); PREPARE AND DISTRIBUTE DISCOVERY REQUESTS (1.8). |
| DUNCOMB BM | 12/14/07 | 8.10 | CREATE SPREADSHEET RE: MEET AND CONFERS FOR JANUARY AND FEBRUARY CLAIMS HEARINGS (3.3); EVALUATE MICHIGAN TAX CLAIMS (0.9); EDIT MICHIGAN TAX CLAIM NOTICE (0.8); SCHEDULE MEET AND CONFERS (0.7); RESEARCH FOR RIVERSIDE CLAIM (0.6); DISCUSS CLAIM WITH COUNSEL FROM RIVERSIDE CLAIM AND PREPARE MATERIALS FOR MEET AND CONFER CALL (1.2); CREATE SPREADSHEET RE: DELPHI CONTRACTS (0.6). |
| DUNCOMB BM | 12/16/07 | 1.40 | REVISE NOTICE FOR MICHIGAN TAX CLAIMS (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DUNCOMB BM | 12/17/07 | 9.60 | PREPARATION FOR MEET AND CONFER CALL WITH KEY SAFETY SYSTEMS (0.5); MEET AND CONFER CALL WITH KEY SAFETY SYSTEMS (0.4); WORK OUT SCHEDULING FOR KEY SAFETY SYSTEMS (1.0); ARRANGE FOR NOTICE OF MI TAX CLAIMS (0.5); COMPARE STIPULATION AND ORDER FOR AZIMUTH CLAIM (0.4); REVIEW MATERIALS FOR HUTZ CLAIM (1.0); REQUIREMENTS CONTRACT RESEARCH FOR NU-TECH CLAIM (3.2); WEEKLY CONFERENCE CALL (0.7); DISCUSS OSHA LETTER FOR AZIMUTH CLAIM (0.4); SCHEDULE ATTORNEY AVAILABILITY FOR DELPHI OVER THE HOLIDAYS (0.4); ADD STATEMENTS OF DISPUTED ISSUES TO TRACKING SPREADSHEET (0.6); DRAFT HEARING NOTICE FOR HUTZ CLAIM (0.5). |
| DUNCOMB BM | 12/18/07 | 7.80 | RESEARCH FOR AZIMUTH CLAIM (0.4); SCHEDULE MOLEX MEET AND CONFER (0.3); DRAFT ON HUTZ SUFFICIENCY BRIEF (2.1); CONFERENCE CALL RE: MICHIGAN TAX CLAIMS (0.7); DISCUSS KEY SAFETY SYSTEMS SETTLEMENT (0.5); DRAFT SCHEDULING ORDER DOCUMENT FOR BOSCH (2.7); RIVERSIDE MEET AND CONFER CALL AND FOLLOW-UP (1.1). |
| DUNCOMB BM | 12/19/07 | 4.70 | DRAFT GOBAR SETTLEMENT AND STIPULATION (1.5); DISCUSS MOLEX CLAIM (0.8); PREPARATION FOR MOLEX MEET AND CONFER (0.5); MEET AND CONFER CALL WITH MOLEX (0.7); DRAFT SETTLEMENT AGREEMENT AND STIPULATION FOR MOLEX (1.2). |
| DUNCOMB BM | 12/20/07 | 9.60 | TELECONFERENCE RE: MICHIGAN USE TAXES (0.7); DISCUSS SETTLEMENT WITH COUNSEL FOR KEY SAFETY SYSTEMS (0.3); DISCUSS SCHEDULING WITH COUNSEL FOR RIVERSIDE (0.1); REVISE GOBAR SETTLEMENT AND STIP (1.6); SETTLEMENT FOR KEY SAFETY SYSTEMS CLAIM (0.4); DRAFT STATEMENT OF DISPUTED ISSUES FOR MICHIGAN USE-TAX CLAIMS (4.8); DRAFT SETTLEMENT FOR MICHIGAN SBT TAX CLAIM (1.7). |
| DUNCOMB BM | 12/21/07 | 7.60 | DRAFT SETTLEMENT AND STIPULATION FOR KEY SAFETY SYSTEMS (2.2); TELECONFERENCE RE: RIVERSIDE'S REQUEST FOR AN EXTENSION (0.1); RETURN HOTLINE CALLS (0.7); DISCUSS RIVERSIDE'S CLAIM WITH OPPOSING COUNSEL (0.2); RESEARCH AND DRAFTING ON HUTZ SUFFICIENCY BRIEF (2.8); DRAFT DISCOVERY REQUESTS FOR KENSA CLAIM (1.6). |
| DUNCOMB BM | 12/22/07 | 0.80 | DRAFT DISCOVERY REQUESTS FOR KENSA CLAIM (0.8). |
| DUNCOMB BM | 12/24/07 | 5.60 | PREPARE DISCOVERY REQUESTS FOR KENSA CLAIM (5.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DUNCOMB BM | 12/27/07 | 4.90 | DRAFT EMAIL RESPONSE TO HENKEL DISCOVERY PROPOSAL (1.4); DRAFT KENSA REPLY BRIEF (1.7); RESEARCH AND DRAFT EMAIL RE: RIVERSIDE POC 8866 (0.5); EVALUATE ISSUES IN HUTZ AND KENSA CLAIM (0.6); UPDATE RIGHTS-OFFERING SPREADSHEET (0.4); CLAIMS TEAM CALL RE: RIGHTS OFFERING MOTION (0.3). |
| DUNCOMB BM | 12/28/07 | 0.60 | CALL RE: EXTENSION FOR KENSA BRIEF (0.3); SETTLEMENT AND STIPULATION UPDATE (0.3). |
| | | **111.20** | |
| GRANT K | 12/03/07 | 0.90 | TELECONFERENCES WITH APPRAISER RE: COMERICA VALUATION (0.5) AND EMAILS WITH M. GUNKELMAN AND S. CORCORAN RE: SAME (0.4). |
| GRANT K | 12/04/07 | 0.50 | EMAILS WITH COUNSEL FOR COMERICA, M. GUNKELMAN, AND APPRAISERS RE: COMERICA VALUATION (0.5). |
| GRANT K | 12/10/07 | 0.60 | TELECONFERENCE WITH R. MCDOWELL RE: COMERICA DISPUTE (0.2) AND EMAIL RE: SAME. (0.4). |
| GRANT K | 12/12/07 | 0.40 | TELECONFERENCE WITH R. MCDOWELL (0.2) AND EMAIL WITH M. GUNKLEMAN (0.2) RE: COMERICA DISPUTE. |
| GRANT K | 12/18/07 | 0.70 | TELECONFERENCE WITH R. MCDOWELL RE: COMERICA DISPUTE; (0.4) TELECONFERENCE WITH S. CORCORAN RE: SAME. (0.3). |
| | | **3.10** | |
| HILL LF | 12/03/07 | 4.60 | PARTICIPATE IN WEEKLY CLAIMS MEETING (0.4); TELECONFERENCE RE: CLAIM LITIGATION (0.7); RESEARCH AND REVIEW CLAIM RECONCILIATIONS (3.5). |
| HILL LF | 12/04/07 | 7.30 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (4.2); CONTINUE REVIEW AND RESEARCHING CLAIM RECONCILIATIONS TO SETTLE CLAIMS (3.1). |
| HILL LF | 12/05/07 | 6.70 | REVISE AND PREPARE NOTICES FOR FILING (4.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.2). |
| HILL LF | 12/06/07 | 10.90 | TELECONFERENCE RE: CLAIM LITIGATION (0.9); DRAFT, AND REVISE NOTICES FOR FILING (5.8); RESEARCH AND REVIEW CLAIM RECONCILIATIONS (4.2). |
| HILL LF | 12/07/07 | 10.60 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (4.7); RESEARCH AND REVIEW CLAIM RECONCILIATIONS (5.9). |
| HILL LF | 12/08/07 | 2.20 | REVIEW AND REVIEW SCRIPT (1.3); REVIEW AND RESPOND TO CORRESPONDENCE (0.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HILL LF | 12/09/07 | 4.00 | DRAFT, STATEMENT OF DISPUTED ISSUES (2.5); REVIEW AND REVISE CLAIMS HEARING AGENDA (1.5). |
| --- | --- | --- | --- |
| HILL LF | 12/10/07 | 9.50 | DRAFT MATERIALS FOR 12/11 CLAIMS HEARING (5.4); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (4.1). |
| HILL LF | 12/11/07 | 2.10 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.1). |
| HILL LF | 12/12/07 | 4.70 | REVISE LITIGATION RELATED CLAIMS DOCUMENTS (3.3); DRAFT REVIEW AND RESPOND TO CORRESPONDENCE (1.5). |
| HILL LF | 12/14/07 | 8.30 | REVISE SETTLEMENT AND STIPULATION DOCUMENTS (2.6); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (5.7). |
| HILL LF | 12/17/07 | 4.10 | MEET AND CONFER RE: FREUDENBERG (0.7); BEGIN DRAFTING OMNIBUS CLAIMS OBJECTION DOCUMENTS (2.1); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.3). |
| HILL LF | 12/18/07 | 9.70 | CONTINUE DRAFTING OMNIBUS CLAIMS OBJECTION DOCUMENTS (5.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE RE: CLAIMS MATTERS AND RESOLVING LITIGATION (4.2). |
| HILL LF | 12/19/07 | 8.40 | PARTICIPATE IN HENKEL MEET AND CONFER (1.0); CONTINUE DRAFTING OMNIBUS CLAIMS OBJECTION DOCUMENTS (3.5); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (3.9). |
| HILL LF | 12/20/07 | 7.30 | DRAFT SETTLEMENT AND STIPULATION DOCUMENTS (5.4); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.9). |
| HILL LF | 12/21/07 | 9.20 | MEET AND CONFER RE: CROWN ENTERPRISES (0.8); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (2.5); REVISE CLAIMS OMNIBUS OBJECTION DOCUMENTS FOR FILING (5.9). |
| HILL LF | 12/22/07 | 3.10 | DRAFT DISCOVERY RELATED DOCUMENTS (3.1). |
| HILL LF | 12/24/07 | 9.10 | DRAFT, REVIEW AND REVISE DISCOVERY REQUEST DOCUMENTS FOR SERVICE (9.1). |
| HILL LF | 12/26/07 | 0.50 | DRAFT AND RESPOND TO CORRESPONDENCE (0.5). |
| HILL LF | 12/27/07 | 5.90 | DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (4.2); REVIEW AND REVIEW CHARTS (1.7). |
| HILL LF | 12/29/07 | 0.50 | REVIEW AND RESPOND TO CORRESPONDENCE (0.5). |
| HILL LF | 12/30/07 | 2.60 | DRAFT NOTICES (1.1); REVIEW CLAIM LITIGATION PLEADINGS AND DRAFT SUMMARY (1.5). |

B43E

| HILL LF | 12/31/07 | 4.60 | DRAFT AND REVIEW DISCOVERY RELATED DOCUMENTS (3.1); DRAFT, REVIEW AND RESPOND TO CORRESPONDENCE (1.5). |

                              135.90

| HOWE EJ | 12/01/07 | 7.80 | CONTINUE DRAFTING REPLY BRIEF (7.1) AND REVIEW AND REVISE DISCOVERY REQUESTS (0.7) RE: CLAIM OF TOWER AUTOMOTIVE. |

| HOWE EJ | 12/02/07 | 4.20 | CONTINUE DRAFTING REPLY BRIEF RE: CLAIM OF TOWER AUTOMOTIVE (4.2). |

| HOWE EJ | 12/03/07 | 10.20 | CONTINUE LEGAL RESEARCH AND DRAFTING REPLY BRIEF RE: CLAIM OF TOWER AUTOMOTIVE (9.7); PREPARE NOTICES OF PRESENTMENT FOR FILING AND SERVICE RE: DECEMBER 11 CLAIMS HEARING (0.5). |

| HOWE EJ | 12/04/07 | 9.60 | REVISE STATEMENTS OF DISPUTED ISSUES AND PREPARE FOR FILING (1.8); REVIEW DISCOVERY (1.7) AND CONTINUE DRAFTING REPLY BRIEF (3.6) RE: TOWER CLAIM; COORDINATE FILING AND SERVICE OF NOTICES OF PRESENTMENT (0.8); DRAFT NOTICES OF HEARING FOR FEBRUARY 7 HEARING (1.1); BEGIN DRAFTING STATEMENT OF DISPUTED ISSUES RE: NSS TECH CLAIM (0.6). |

| HOWE EJ | 12/05/07 | 10.40 | REVISE REPLY BRIEF (1.5), REVIEW WITNESS DECLARATIONS (0.8), PARTICIPATE IN CONFERENCE CALL WITH EXPERT WITNESS (1.7), CONDUCT LEGAL RESEARCH (1.8), DRAFT DOCUMENT PRODUCTION MEMORANDUM FOR THE COMPANY (1.9), AND REVIEW PREFERENCE EXPOSURE ANALYSIS (1.3) RE: CLAIM OF TOWER AUTOMOTIVE; PARTICIPATE IN CONFERENCE CALL WITH REPRESENTATIVES FROM DELPHI AND FLAMBEAU RE: RESOLVING FLAMBEAU'S CLAIM (0.7); PREPARE SPECIAL PARTIES SERVICE LIST RE: NOTICES OF HEARINGS (0.7). |

| HOWE EJ | 12/06/07 | 11.60 | TELECONFERENCE WITH R. JAKUBIEC (1.2) AND DRAFT STATEMENT OF DISPUTED ISSUES (4.6) RE: CLAIM OF NSS TECH; REVIEW LOW VARIANCE CLAIMS (0.3); REVIEW PLEADINGS AND TELECONFERENCE WITH M. CARROLL RE: CLAIM OF CHERRY CORPORATION (0.4); COMPILE SPECIAL SERVICE PARTIES FOR NOTICES OF HEARING (1.6); LEGAL RESEARCH RE: CLAIM OF TOWER AUTOMOTIVE (3.5). |

| HOWE EJ | 12/07/07 | 9.80 | DRAFT MULTIPLE LETTERS TO CLAIMANTS' COUNSEL RE: SCHEDULING MEET AND CONFERS (1.7); REVIEW AND REVISE SUPPLEMENTAL REPLY (2.1), PERFORM LEGAL RESEARCH (1.5), AND PARTICIPATE IN TELECONFERENCE WITH L. MORRISS (0.7) RE: CLAIM OF TOWER AUTOMOTIVE; DRAFT STATEMENT OF DISPUTED ISSUES RE: CLAIM OF CHERRY CORPORATION (3.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 12/08/07 | 2.60 | REVISE SUPPLEMENTAL REPLY RE: CLAIM OF TOWER (2.6). |
| HOWE EJ | 12/09/07 | 1.60 | REVIEW AFFIDAVIT OF EXPERT RE: TOWER CLAIM (1.6). |
| HOWE EJ | 12/10/07 | 8.80 | PREPARE FOR (0.5) AND PARTICIPATE IN (0.3) MEET AND CONFER, AND FOLLOW UP EMAIL TO COUNSEL (0.3) RE: METALFORMING CLAIM; PREPARE FOR (0.5) AND PARTICIPATE IN (0.7) MEET AND CONFER, AND FOLLOW UP STRATEGY AND EMAIL TO D. UNRUE (0.9) RE: VALEO CLIMATE CONTROL CLAIM; REVISE REPLY BRIEF RE: CLAIM OF TOWER AUTOMOTIVE (2.1); REVIEW MOTION TO AMEND CLAIM FILED BY CONESTOGA AND BEGIN DRAFTING OBJECTION TO SAME (1.8); MULTIPLE TELECONFERENCES WITH M. CARROLL AND REVIEW MULTIPLE ISSUES RE: CHERRY STATEMENT OF DISPUTED ISSUES (1.7). |
| HOWE EJ | 12/11/07 | 10.70 | CONTINUE REVISIONS OF REPLY BRIEF RE: TOWER AUTOMOTIVE (4.7) AND LEGAL RESEARCH IN CONNECTION WITH SAME (2.3); TELECONFERENCE WITH T. SABLE AND S. DRUCKER, COUNSEL FOR VALEO CLIMATE CONTROL (0.3) AND FOLLOW UP EMAIL TO D. UNRUE RE: SAME (0.2); REVISE STATEMENT OF DISPUTED ISSUES RE: CLAIM OF NSS TECH (0.8); CONTINUE DRAFTING STATEMENT OF DISPUTED ISSUES RE: CHERRY CORPORATION (2.4). |
| HOWE EJ | 12/12/07 | 11.80 | COORDINATION OF FILING OF SUPPLEMENTAL REPLY (1.2), LEGAL RESEARCH IN CONNECTION WITH MEDIATION (0.7), AND DRAFT SETTLEMENT AGREEMENT AND STIPULATION (1.6) RE: CLAIM OF TOWER AUTOMOTIVE; REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF ITAUTEC (0.2); COORDINATE FILING AND SERVICE OF NSS TECH STATEMENT OF DISPUTED ISSUES (0.2); DRAFT SCRIPT FOR HEARING ON TWENTY-THIRD OMNIBUS CLAIMS OBJECTION (0.7); TELECONFERENCE WITH WALLY NASS (1.1), DRAFT STATEMENT OF DISPUTED ISSUES (5.5), AND DRAFT AND COORDINATE FILING OF NOTICE OF ADJOURNMENT (0.6) RE: CLAIM OF CHERRY CORPORATION. |
| HOWE EJ | 12/13/07 | 7.90 | REVIEW AND REVISE STATEMENT OF DISPUTED ISSUES RE: CLAIM OF CHERRY CORPORATION AND PREPARE SAME FOR FILING AND SERVICE (6.1); COORDINATE SCHEDULING OF MEET AND CONFER RE: SAME (0.4); MULTIPLE EMAILS TO AND FROM B. LOCRICCHIO RE: CLAIM OF NSS TECH (0.6); REVIEW COST RECOVERIES ISSUES RE: CLAIM OF SHERWIN WILLIAMS AND MULTIPLE EMAILS TO AND FROM M. CARROLL RE: SAME (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 12/14/07 | 6.40 | FOLLOW UP ON STATUS OF MULTIPLE MEET AND CONFERS (1.7); TELECONFERENCE WITH D. RE: CLAIM OF SHERWIN WILLIAMS (0.3); CONTINUE UPDATING SETTLEMENT PROCEDURES TRACKING (1.2); BEGIN DRAFTING NOTICE UNDER SETTLEMENT PROCEDURES RE: CLAIM OF TOWER (0.9); DRAFT SCRIPT RE: HEARING ON TWENTY-THIRD OMNIBUS CLAIMS OBJECTION (2.3). |
| HOWE EJ | 12/17/07 | 7.70 | COORDINATE SCHEDULING OF MULTIPLE MEET AND CONFERS (1.9); DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM FOR VALEO (1.6); TELECONFERENCE WITH AND FOLLOW UP EMAIL TO D. LOUGHLIN RE: CLAIM OF SHERWIN WILLIAMS (0.7); DRAFT NOTICE UNDER SETTLEMENT PROCEDURES ORDER RE: CLAIM OF TOWER AUTOMOTIVE (2.6); REVIEW FLAMBEAU PLEADINGS RE: UPCOMING MEET AND CONFER (0.5); REVIEW TEMPLATE FOR STATEMENTS OF DISPUTED ISSUES (0.4). |
| HOWE EJ | 12/18/07 | 6.50 | FOLLOW UP RE: STATUS OF VARIOUS CLAIMS NOTICED FOR HEARING (2.3); REVIEW AND ANALYZE MOTION OF CONESTOGA ROVERS (0.6); REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF VALEO CLIMATE CONTROLS (0.3); REVISE AND CIRCULATE SETTLEMENT AGREEMENT RE: CLAIM OF CLARION CORPORATION (0.2); EMAIL CORRESPONDENCE TO D. LOUGHLIN, COUNSEL FOR SHERWIN WILLIAMS, RE: SCHEDULING A MEET AND CONFER (0.2); MULTIPLE EMAILS TO D. MAZO AND B. LOCCORICHIO RE: CLAIM OF NSS TECH (0.4); EMAIL CORRESPONDENCE WITH J. GELFAND, COUNSEL FOR ITAUTEC AMERICA, RE: ITAUTEC SETTLEMENT PAPERS (0.3); PREPARE FOR (1.0) AND PARTICIPATE IN MEET AND CONFER (0.5) RE: CLAIM OF FLAMBEAU; UPDATE SETTLEMENT PROCEDURES TRACKING CHART (0.7). |
| HOWE EJ | 12/19/07 | 9.60 | REVISE OMNIBUS REPLY AND ORDER RE: TWENTY-THIRD OMNIBUS CLAIMS OBJECTION (3.8); DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF FLAMBEAU (1.3); REVISE MATERIALS FOR HEARING ON TWENTY THIRD OMNIBUS CLAIMS OBJECTION (1.9); PREPARATION FOR HEARING ON TWENTY THIRD OMNIBUS CLAIMS OBJECTION (2.6). |
| HOWE EJ | 12/20/07 | 2.00 | REVIEW EMAIL FROM J. DELUCA RE: CONESTOGA ROVERS' MOTION AND STRATEGIZE RE: SAME (0.3); EMAIL CORRESPONDENCE WITH R. PRANGE RE: CLAIM OF FLAMBEAU (0.4); REVIEW EXECUTIVE SUMMARY AND PROOF OF CLAIM AND EVALUATE CHERRY CORPORATION CANCELLATION CLAIM (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 12/21/07 | 4.90 | PREPARE FOR MEET AND CONFER (0.6), PARTICIPATE IN MEET AND CONFER (1.1), FOLLOW UP EMAILS RE: SAME (0.4), AND DRAFT SETTLEMENT AGREEMENT AND STIPULATION (1.7) RE: CLAIM OF CHERRY CORPORATION; PARTICIPATE IN CONFERENCE CALL WITH D. ALEXANDER ET AL RE: SERP CLAIMANTS (0.8) AND FOLLOW UP LETTER TO CLAIMANTS RE: SAME (0.3). |
| HOWE EJ | 12/27/07 | 6.20 | DRAFT DISCOVERY REQUESTS RE: CLAIM OF SHERWIN WILLIAMS (3.1) AND CLAIM OF NSS TECH (2.4); REVIEW MOTION OF CONESTOGA ROVERS (0.3); REVISE CHERRY CORPORATION SETTLEMENT AGREEMENT AND STIPULATION (0.4). |
| HOWE EJ | 12/28/07 | 7.90 | DRAFT REPLY BRIEF RE: CLAIM OF METALFORMING (2.7); DRAFT REPLY BRIEF RE: CLAIM OF SHERWIN WILLIAMS (3.8); REVISE AND CIRCULATE SETTLEMENT PAPERS RE: CLAIMS OF FLAMBEAU AND VALEO (0.2); CONTINUE DRAFTING DISCOVERY REQUESTS RE: NSS TECH (1.2). |
| HOWE EJ | 12/29/07 | 2.10 | UPDATE SETTLEMENT PROCEDURES TRACKING (0.8); FINALIZE DISCOVERY REQUESTS RE: CLAIM OF NSS TECH (1.3). |
| HOWE EJ | 12/31/07 | 3.50 | REVISE NOTICE UNDER SETTLEMENT PROCEDURES ORDER RE: CLAIM OF TOWER (0.8); DRAFT DISCOVERY REQUESTS (1.4) AND NOTICE OF ADJOURNMENT (0.7) RE: CLAIM OF SHERWIN WILLIAMS; BEGIN DRAFTING NOTICES OF PRESENTMENT RE: STIPULATIONS FOR JANUARY 10 HEARING (0.6). |

**163.80**

| | | | |
|---|---|---|---|
| KAHN MT | 12/01/07 | 0.20 | REVISE BRIX STATEMENT OF DISPUTED ISSUES (0.2). |
| KAHN MT | 12/03/07 | 4.20 | REVISE AB AUTOMOTIVE SETTLEMENT DOCUMENTS (0.6); DRAFT SUMMARY OF AB AUTOMOTIVE CLAIMS (0.6); CORRESPONDENCE WITH A. GELMAN RE: INFINEON SETTLEMENT DOCUMENTS (0.1); DRAFT NOTICES OF HEARING (0.5); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (1.0); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.3); ANALYZE PBR CLAIMS (0.5); REVISE BRIX STATEMENT OF DISPUTED ISSUES (0.1); REVISE SELECT SDI (0.1); CORRESPONDENCE WITH J. DICKERSON RE: ALPS AUTO CLAIM (0.1); TELECONFERENCE WITH CLAIMANT'S COUNSEL RE: SAME (0.1); CORRESPONDENCE WITH R. CARLSON RE: BRIX CLAIM (0.1); REVISE INTESYS SDI (0.1). |

B43E

| KAHN MT | 12/04/07 | 6.70 | TELECONFERENCES WITH DELPHI RE: BRIX CLAIM AND REVISE BRIX SDI RE: SAME (2.4); TELECONFERENCE WITH DELPHI RE: SELECT SDI AND REVISE SDI RE: SAME (0.3); REVISE INTESYS SDI (0.2); TELECONFERENCE WITH COUNSEL TO AB AUTOMOTIVE RE: STATUS OF SETTLEMENT (0.2); TELECONFERENCE WITH COUNSEL TO INFINEON RE: SETTLEMENT AGREEMENT (0.1); ANALYZE INFINEON COUNSEL'S COMMENTS TO SETTLEMENT AGREEMENT (0.2); ANALYZE TI GROUP AUTOMOTIVE CLAIM AND CALL TO COUNSEL RE: SAME (0.4); FURTHER ANALYZE TI GROUP AUTOMOTIVE CLAIM AND CORRESPOND WITH DELPHI RE: SAME (0.4); DRAFT NOTICES OF HEARING (0.6); CORRESPONDENCE WITH DELPHI RE: GENERAL PRODUCTS CLAIM (0.3); TELECONFERENCE WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.7); ANALYZE SETTLEMENT OFFER FROM ALPS AND CORRESPOND WITH DELPHI RE: SAME (0.1); DRAFT STIPULATION AND SETTLEMENT FOR HEWLETT (0.6); BEGIN DRAFTING SDI'S (0.4). |
|---|---|---|---|
| KAHN MT | 12/05/07 | 12.60 | RESEARCH RE: CLAIMS TRADERS AND CURE PAYMENTS (3.0); DRAFT ALPS SETTLEMENT DOCUMENTS (0.8); TELECONFERENCE WITH LATIGO FUND RE: SONY CLAIM (0.2); TELECONFERENCE WITH DELPHI RE: VICTORY CLAIM (0.2); CORRESPONDENCE WITH DELPHI RE: PBR KNOXVILLE (0.1); CORRESPONDENCE WITH M. CARROLL RE: TI GROUP CLAIM (0.2); CORRESPONDENCE WITH DELPHI RE: BRUSH WELLMAN CLAIMS (0.2); REVISE HARCO SETTLEMENT DOCUMENTS (0.4); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.5); REVISE BRIX SDI AFTER CALLS WITH DELPHI RE: ADDITIONAL INFORMATION ON THE CLAIM (2.0); CORRESPONDENCE WITH INTESYS RE: MEET AND CONFER (0.1); TELECONFERENCE WITH MJ CELCO'S COUNSEL RE: STATUS OF SETTLEMENT DOCUMENTS (0.2); CORRESPONDENCE WITH T. WEINER RE: BRUSH WELLMAN (0.1); CORRESPONDENCE WITH T. DICKERSON RE: ALPS CLAIM (0.1); DRAFT NOTICES OF HEARING (0.7); ANALYZE CORRESPONDENCE FROM J. ROBERTSON RE: BRUSH WELLMAN (0.3); DRAFT SPECIAL PARTIES LIST FOR NOTICE OF HEARING (0.4); REVISE AB AUTOMOTIVE SETTLEMENT DOCUMENTS (1.0); CORRESPONDENCE WITH DELPHI RE: ALPS SETTLEMENT OFFER (0.2); TELECONFERENCE WITH R. CARLSON AND FOLLOW-UP CORRESPONDENCE RE: BRUSH WELLMAN CLAIM (0.3); DRAFT NOTICE OF ADJOURNMENT FOR BRIX (0.2); ANALYZE LOW VARIANCE CLAIMS (0.4); DRAFT MEET AND CONFER LETTERS (1.0). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KAHN MT                12/06/07        9.00    TELECONFERENCE WITH J. BRETL RE: BRIX
                                               (0.5); ANALYZE BRIX CONTACTS AND CALL
                                               WITH R. CARLSON RE: BRIX (0.3); REVISE
                                               BRIX SDI (2.8); CORRESPONDENCE WITH
                                               LATIGO MASTER FUND RE: SONY CLAIM (0.2);
                                               CORRESPONDENCE WITH SONY RE: CLAIM
                                               (0.2); CORRESPONDENCE WITH J. BRETL RE:
                                               BRIX (0.1) CORRESPONDENCE WITH DELPHI
                                               RE: SONY CLAIM (0.1); REVISE PBR NOTICE
                                               OF HEARING (0.1); CORRESPONDENCE WITH
                                               R. CARLSON RE: BRUSH WELLMAN (0.1);
                                               TELECONFERENCE WITH BRUSH'S COUNSEL RE:
                                               SETTLEMENT (0.1); DRAFT EMAIL TO D.
                                               UNRUE RE: SONY SETTLEMENT OFFER (0.1);
                                               TELECONFERENCE WITH SONY RE: SETTLEMENT
                                               OFFER (0.3); CORRESPONDENCE WITH DELPHI
                                               RE: SONY OFFER (0.2); ANALYZE LOW
                                               VARIANCE FILE (0.5); CORRESPONDENCE
                                               WITH T. WEINER RE: BRUSH CLAIM (0.1);
                                               CALL AND CORRESPONDENCE WITH BRIX RE:
                                               MEET AND CONFER (0.1); CORRESPONDENCE
                                               WITH DELPHI RE: VICTORY CLAIM (0.1);
                                               CORRESPONDENCE WITH SONY RE: CONSENT TO
                                               NOTICE (0.1); CALL TO INFINEON RE:
                                               SETTLEMENT DOCUMENTS (0.1); DRAFT
                                               NOTICES OF HEARING (0.8); REVISE
                                               SERVICE LIST (0.3); TELECONFERENCE WITH
                                               A. WINCHELL REGARDING TI GROUP CLAIM
                                               (0.2); TELECONFERENCES WITH CLAIMANTS
                                               RE: SETTLEMENT OF THEIR CLAIMS (0.4);
                                               DRAFT MEET AND CONFER LETTERS (0.5);
                                               REVISE HEWLETT PACKARD SETTLEMENT
                                               DOCUMENTS (0.4); REVISE ALPS SETTLEMENT
                                               DOCUMENTS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KAHN MT    12/07/07    10.60   TELECONFERENCE WITH DELPHI RE: GENERAL
PRODUCTS CLAIM (0.3); CORRESPONDENCE
WITH DELPHI RE: GENERAL PRODUCTS CLAIM
AND CONTRACTS (0.2); ANALYZE CLAIMS AND
DRAFT SDI'S FOR GENERAL PRODUCTS PBR
AUSTRALIA, PBR KNOXVILLE, EMPRESAS
(5.0); CORRESPONDENCE WITH SONY'S
COUNSEL RE: NOTICE OF HEARING (0.2);
TELECONFERENCE WITH SONY'S COUNSEL RE:
SETTLING CLAIM (0.2); TELECONFERENCE
AND CORRESPONDENCE WITH DELPHI RE: SONY
CLAIM (0.2); CORRESPONDENCE WITH DELPHI
RE: SDI'S (0.2); MEET AND CONFER WITH
INTESYS (0.6); TELECONFERENCE WITH D.
UNRUE RE: SAME (0.2); ANALYZE TRADE
CLAIMS TO BE NOTICED (0.4);
CORRESPONDENCE WITH Z. AXELROD RE:
LONGACRE CLAIMS (0.1); DRAFT SETTLEMENT
AND STIPULATION FOR SELECT (0.7); CALL
AND CORRESPONDENCE WITH COUNSEL TO AB
AUTOMOTIVE RE: SETTLING CLAIMS (0.4);
CORRESPONDENCE WITH SONY COUNSEL RE:
EXTENSION OF CLAIMS PROCEDURES DATES
(0.1); TELECONFERENCE WITH J. ROBERTSON
RE: SETTLING BRUSH WELLMAN CLAIMS
(0.1); TELECONFERENCE WITH ALPS COUNSEL
RE: SETTLEMENT (0.1); PREPARE FOR
INTESYS MEET AND CONFER (0.2); ANALYZE
CLAIMS TEAM CORRESPONDENCE (0.4);
FOLLOW UP CORRESPONDENCE WITH DELPHI
RE: INTESYS CLAIM (0.2); CORRESPONDENCE
WITH J. BRETL RE: BRIX CLAIM (0.1);
REVISE MEET AND CONFER LETTERS AND SEND
TO COUNSEL (0.5); CORRESPONDENCE WITH
HARCO COUNSEL RE: STATUS OF SETTLEMENT
DOCUMENTS (0.1); CORRESPONDENCE WITH T.
WEINER RE: BRUSH WELLMAN (0.1).

KAHN MT    12/08/07    1.10   TELECONFERENCE WITH BRUSH WELLMAN'S
COUNSEL (0.1); ANALYZE STATUS OF CLAIMS
AND DUE DATES GOING FORWARD (0.4);
ANALYZE CLAIMS PROCEDURES ORDER (0.4);
DRAFT NOTICE OF HEARING FOR M.J. CELCO
(0.2).

KAHN MT    12/09/07    0.20   REVISE CLAIMS SUMMARY CHART (0.1);
REVISE BRIX SDI (0.1).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KAHN MT          12/10/07          5.00     TELECONFERENCE WITH T. WEINER RE: BRUSH
                                            WELLMAN (0.2); CORRESPONDENCE WITH T.
                                            WEINER RE: SAME (0.1); TELECONFERENCE
                                            WITH T. WHARTON RE: BRUSH WELLMAN (0.1);
                                            CORRESPONDENCE WITH J. ROBERTSON RE:
                                            BRUSH WELLMAN (0.2); DRAFT VICTORY SDI
                                            (1.1); TELECONFERENCES WITH CLAIMANTS
                                            RE: MEET AND CONFERS AND SETTLEMENT
                                            DISCUSSIONS INCLUDING GENERAL
                                            PRODUCTS, EMPRESAS, PBR, BRIX (1.0);
                                            CORRESPONDENCE WITH SONY RE: STATUS OF
                                            SETTLEMENT (0.1); CORRESPONDENCE WITH
                                            DELPHI RE: GENERAL PRODUCTS (0.1);
                                            REVISE SDI RE: SAME (0.2); ANALYZE
                                            CORRESPONDENCE FROM DELPHI RE: EMPRESAS
                                            (0.3); TELECONFERENCE WITH M. BECHTEL
                                            RE: SAME (0.3); TELECONFERENCE WITH D.
                                            CASSIDY RE: FUJITSU (0.1);
                                            CORRESPONDENCE WITH GENERAL PRODUCTS
                                            RE: AGREEMENT WITH DELPHI (0.2);
                                            CORRESPONDENCE WITH CLAIMANTS RE:
                                            STATUS OF THEIR CLAIMS (0.3);
                                            TELECONFERENCE WITH W. LOCRICCHIO RE:
                                            PBR AUSTRALIA (0.2); TELECONFERENCE
                                            WITH DELPHI RE: PBR AUSTRALIA (0.3);
                                            CORRESPONDENCE WITH INTESYS RE: MEET
                                            AND CONFER AND DISCOVERY SCHEDULE
                                            (0.2).

KAHN MT          12/11/07          4.70     REVISE GENERAL PRODUCTS SDI (0.2);
                                            REVISE EMPRESAS SDI (0.2);
                                            TELECONFERENCE WITH DELPHI RE: PBR
                                            AUSTRALIA CLAIM (0.6); TELECONFERENCE
                                            WITH COUNSEL TO PBR AUSTRALIA & PBR
                                            KNOXVILLE RE: SETTLEMENT (0.6);
                                            TELECONFERENCE WITH D. SCHILLI RE: AB
                                            AUTOMOTIVE CLAIMS (0.5);
                                            TELECONFERENCE WITH J. ROBERTSON RE:
                                            BRUSH WELLMAN CLAIMS (0.1);
                                            TELECONFERENCES WITH N. WHEATLEY RE:
                                            BRUSH WELLMAN CLAIMS (0.3);
                                            TELECONFERENCE AND CORRESPONDENCE WITH
                                            T. WEINER RE: BRUSH WELLMAN CLAIMS
                                            (0.3); TELECONFERENCE WITH ALPS COUNSEL
                                            RE: SETTLEMENT OF CLAIM (0.1); REVISE
                                            ALPS SETTLEMENT AND STIPULATION (0.3);
                                            CORRESPONDENCE WITH COUNSEL TO GENERAL
                                            PRODUCTS RE: CLAIM (0.1); ANALYZE
                                            CLAIMS TEAM CORRESPONDENCE (0.3);
                                            TELECONFERENCE WITH SONY RE: SETTLEMENT
                                            OF CLAIM (0.3); TELECONFERENCE WITH T.
                                            ATKINS RE: GENERAL PRODUCTS (0.1);
                                            CORRESPONDENCE WITH C. PANZER RE:
                                            HEWLETT-PACKARD CLAIM (0.1);
                                            CORRESPONDENCE WITH T. DICKERSON RE:
                                            ALPS CLAIM (0.1); CORRESPONDENCE WITH
                                            R. GORDON RE: TI GROUP (0.1); REVISE
                                            INFINEON SETTLEMENT DOCUMENTS (0.4).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KAHN MT            12/12/07        11.10    DRAFT AND REVISE PBR SDI'S (1.1); REVISE
                                            CHERRY SDI (0.2); CONTINUE TO DRAFT
                                            VICTORY SDI (1.8); TELECONFERENCE WITH
                                            PBR COUNSEL RE: DEADLINES (0.2);
                                            ANALYZE US STEEL SETTLEMENT OFFER
                                            (0.4); TELECONFERENCE WITH T. WEINER
                                            RE: SAME (0.2); CORRESPONDENCE WITH K.
                                            CRAFT RE: SAME (0.2); CORRESPONDENCE
                                            WITH D. UNRUE AND K. CRAFT RE: BRUSH
                                            WELLMAN (0.2); CORRESPONDENCE WITH J.
                                            ROBERTSON RE: COUNTER OFFER TO BRUSH
                                            WELLMAN OFFER (0.2); TELECONFERENCE
                                            WITH GENERAL PRODUCTS RE: REVISED MEET
                                            AND CONFER DATE AND CORRESPONDENCE RE:
                                            SAME (0.2); TELECONFERENCES WITH LOW
                                            VARIANCE CLAIMANTS RE: THEIR CLAIMS
                                            (1.0); CORRESPONDENCE WITH ALPS RE:
                                            SETTLEMENT (0.1); TELECONFERENCES WITH
                                            SONY RE: SETTLEMENT (0.3); REVISE
                                            SELECT SETTLEMENT DOCUMENTS (0.4);
                                            CORRESPONDENCE WITH R. EMANUEL RE: SAME
                                            (0.1); CORRESPONDENCE WITH INTESYS RE:
                                            MEDIATION (0.1); CORRESPONDENCE WITH
                                            DELPHI RE: SAME (0.1); ANALYZE CLAIMS
                                            TEAM CORRESPONDENCE (0.3); ANALYZE
                                            CORRESPONDENCE FROM BRUSH WELLMAN
                                            (0.1); CORRESPONDENCE WITH T. WEINER
                                            RE: SAME (0.1); TELECONFERENCE WITH FTI
                                            RE: VANDALIA CLAIM (0.1); REVISE
                                            RESPONSE WITHDRAWAL CHART (0.1);
                                            ANALYZE LOW VARIANCE LETTERS TO
                                            CLAIMANTS (0.2); TELECONFERENCE WITH
                                            DELPHI RE: GENERAL PRODUCTS (0.1);
                                            ANALYZE TERMS AND CONDITIONS FOR
                                            GENERAL PRODUCTS CLAIMS (0.4); REVISE
                                            BRIX SDI (0.3); REVISE EMPRESAS SDI
                                            (0.1); PREPARE SDI'S FOR FILING (0.1);
                                            DRAFT NOTICE OF ADJOURNMENT FOR VICTORY
                                            (0.2); REVISE VARIOUS SDI'S (0.5);
                                            TELECONFERENCE WITH DELPHI RE: GENERAL
                                            PRODUCTS (0.1); ANALYZE TERMS AND
                                            CONDITIONS FOR GENERAL PRODUCTS CLAIM
                                            (0.4); REVISE BRIX SDI (0.3); REVISE
                                            EMPRESAS SDI (0.1); PREPARE SDI'S FOR
                                            FILING (0.1); DRAFT NOTICE OF
                                            ADJOURNMENT FOR VICTORY (0.2); REVISE
                                            VARIOUS SDI'S (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KAHN MT | 12/13/07 | 5.50 | CORRESPONDENCE WITH D. UNRUE RE: BRUSH WELLMAN SETTLEMENT OFFER (0.2); CORRESPONDENCE WITH B. LOCCRICCHIO RE: PBR KNOXVILLE (0.1); CORRESPONDENCE WITH M. MAXWELL RE: SELECT INDUSTRIES (0.1); CORRESPONDENCE WITH A. SPAULDING RE: PBR AUSTRALIA CLAIM (0.2); CORRESPONDENCE WITH R. CARLSON RE: BRIX CLAIM (0.2); REVIEW AND REVISE PBR AUSTRALIA SDI (0.3); TELECONFERENCE WITH DELPHI RE: VICTORY PACKAGING CLAIM (0.2); CORRESPONDENCE WITH D. EVANS RE: PBR KNOXVILLE CLAIM (0.1); CORRESPONDENCE WITH INTESYS RE: CLAIMS PROCEDURES ORDER (0.1); CORRESPONDENCE WITH B. LOCCRICCHIO RE: US STEEL CLAIM (0.3); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.3); CORRESPONDENCE WITH BRIX RE: MEET AND CONFER (0.2); TELECONFERENCE WITH SONY RE: SETTLEMENT OF CLAIM (0.3); ANALYZE CORRESPONDENCE WITH BRUSH WELLMAN RE: DISCOVERY REQUESTS AND TELECONFERENCE WITH N. WHEATLEY RE: SAME (0.4); TELECONFERENCES AND CORRESPONDENCE WITH T. WEINER RE: BRUSH WELLMAN CLAIM (0.3); DRAFT LETTER TO BRUSH WELLMAN RE: THEIR DISCOVERY REQUESTS (0.5); DRAFT AND REVISE NOTICE ADJOURNMENT FOR VICTORY (0.4); DRAFT SPECIAL PARTIES LIST (0.2); ANALYZE DRAFT SDI FOR BRUSH WELLMAN (0.3); DRAFT SETTLEMENT DOCUMENTS FOR SONY (0.8). |
| KAHN MT | 12/14/07 | 3.30 | REVISE SETTLEMENT DOCUMENTS FOR SELECT, HEWLETT, ALPS, SONY (1.4); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.4); PARTICIPATE ON CLAIMS TEAM CALL (0.3); SET UP MEET AND CONFERS WITH CLAIMANTS (0.5); DRAFT LETTER TO BRUSH WELLMAN RE: SETTLEMENT OFFER (0.3); CORRESPONDENCE WITH T. WEINER RE: SAME (0.1); CORRESPONDENCE WITH T. WEINER RE: US STEEL (0.3). |

B43E

KAHN MT          12/17/07     3.90   TELECONFERENCES AND CORRESPONDENCE
                                     WITH R. KALNIT RE: KPMG SOW (0.5);
                                     TELECONFERENCE WITH J. WHITSON RE: SAME
                                     (0.1); TELECONFERENCE WITH US STEEL RE:
                                     SETTLEMENT OFFER (0.2); CORRESPONDENCE
                                     WITH T. WEINER RE: SAME (0.2); ANALYZE
                                     CLAIMS TEAM CORRESPONDENCE (0.4);
                                     CORRESPONDENCE WITH J. ROBERTSON RE:
                                     BRUSH WELLMAN CLAIMS (0.1); DRAFT BRUSH
                                     WELLMAN SETTLEMENT DOCUMENTS (0.5);
                                     CORRESPONDENCE WITH DELPHI RE: MEET AND
                                     CONFERS (0.2); CORRSPONDENCE WITH
                                     DELPHI RE: GENERAL PRODUCTS (0.2);
                                     CORRESPONDENCE WITH GENERAL PRODUCTS
                                     RE: CONTRACTS (0.1); TELECONFERENCE AND
                                     CORRESPONDENCE WITH R. CARLSON RE: BRIX
                                     CLAIM (0.1); ANALYZE CLAIMS TEAM
                                     CORRESPONDENCE (0.4); ANALYZE
                                     CORRESPONDENCE FROM CLAIMANTS RE:
                                     STATUS OF CLAIMS (0.2); CORRESPONDENCE
                                     WITH R. CARLSON RE: AB AUTOMOTIVE (0.1);
                                     REVISE SONY SETTLEMENT DOCUMENTS (0.2);
                                     ANALYZE KPMG SOW AND CORRESPONDENCE
                                     WITH J. WHITSON RE: SAME (0.4);
                                     CORRESPONDENCE WITH J. RESTER RE: KPMG
                                     SOW (0.1).

KAHN MT          12/18/07     4.10   PREPARE FOR AND PARTICIPATE IN MEET AND
                                     CONFER FOR EMPRESAS (1.1); ANALYZE
                                     MARK-UPS FROM AB AUTOMOTIVE'S COUNSEL
                                     (0.4); DRAFT EMPRESAS SETTLEMENT (0.5);
                                     CORRESPONDENCE WITH M. MAXWELL RE:
                                     BRUSH WELLMAN CLAIMS (0.3); ANALYZE
                                     CLAIMS TEAM CORRESPONDENCE (0.3);
                                     CORRESPONDENCE WITH T. ATKINS RE:
                                     GENERAL PRODUCTS (0.1); CORRESPONDENCE
                                     WITH T. WAVAER RE: OHIO EDISON (0.2);
                                     TELECONFERENCE WITH B. SILVERS RE:
                                     SELECT CLAIM (0.2); CORRSPONDENCE WITH
                                     GENERAL PRODUCTS RE: MEET AND CONFER
                                     (0.2); CORRESPONDENCE WITH E. GERSHBEIN
                                     RE: STATUS OF RECLAMATION NOTICES
                                     (0.1); CALL IN PREPARATION FOR BRIX MEET
                                     AND CONFERENCE (0.3); REVISE SETTLEMENT
                                     CHART (0.4).

B43E

| KAHN MT | 12/19/07 | 7.40 | PREPARE FOR AND PARTICIPATE IN MEET AND CONFERS WITH BRIX, PBR AUSTRALIA AND PBR KNOXVILLE AND GENERAL PRODUCTS (2.8); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.4); REVISE EMPRESAS SETTLEMENT DOCUMENTS (0.3); TELECONFERENCES AND CORRESPONDENCE WITH M. MAXWELL RE: BRUSH WELLMAN CLAIMS (0.3); UPDATE SETTLEMENT CHARTS (0.4); CORRESPONDENCE WITH INTESYS RE: DISCOVERY (0.1); TELECONFERENCE WITH A. BUCK RE: ALPS SETTLEMENT (0.1); TELECONFERENCE WITH A. GELMAN RE: SAME (0.1); REVISE INFINEON SETTLEMENT DOCUMENTS (0.5); DRAFT GENERAL PRODUCTS SETTLEMENT DOCUMENTS (0.5); DRAFT PBR KNOXVILLE SETTLEMENT DOCUMENTS (0.5); CORRESPONDENCE WITH ALPS RE: SETTLEMENT DOCUMENTS (0.1); REVISE GENERAL PRODUCTS SETTLEMENT DOCUMENTS (0.3); DRAFT MEET AND CONFER LETTER FOR VICTORY (0.3); REVISE PBR KNOXVILLE SETTLEMENT DOCUMENTS (0.4); DRAFT CORRESPONDENCE TO BRIX GROUP (0.1). |
|---|---|---|---|
| KAHN MT | 12/20/07 | 3.90 | CORRESPONDENCE WITH R. CARLSON RE: BRUSH WELLMAN (0.1); CORRESPONDENCE WITH R. CARLSON RE: BRIX (0.1); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.3); CORRESPONDENCE WITH GENERAL PRODUCTS RE: SETTLEMENT OF THE CLAIM (0.1); CORRESPONDENCE WITH T. DICKERSON RE: ALPS SETTLEMENT (0.1); ANALYZE CORRESPONDENCE FROM DELPHI RE: US STEEL CLAIM (0.1); TELECONFERENCES AND CORRESPONDENCE WITH L. BARR RE: DATWYLER CLAIM (0.3); TELECONFERENCE WITH D.DRAGICH RE: PBR AUSTRALIA (0.3); CORRESPONDENCE WITH D. DRAGICH RE: SAME (0.2); CORRESPONDENCE WITH E. GERSHBEIN RE: RECLAMATION NOTICES (0.3); CORRESPONDENCE WITH R. KALUIT RE: NEW KPMG SOW (0.1); DAFT NOTICE TO UCC RE: SAME (0.4); UPDATE SETTLEMENT CHART RE: STATUS (0.2); CORRESPONDENCE WITH BRIX RE: SETTLEMENT (0.2); TELECONFERENCE WITH OKI AMERICA RE: CLAIM (0.2); DRAFT NOTICES OF PRESENTMENT (0.9). |
| KAHN MT | 12/21/07 | 2.20 | TELECONFERENCE WITH J. BRETL RE: BRIX GROUP (0.3); CORRESPONDENCE WITH D. UNRUE RE: BRIX GROUP OFFER (0.2); CORRESPONDENCE WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.2); CORRESPONDENCE WITH DELPHI RE: PBR AUSTRALIA STATUS (0.1); DRAFT DISCOVERY REQUESTS FOR INTESYS (1.4). |
| KAHN MT | 12/24/07 | 2.30 | CORRESPONDENCE WITH BRIX GROUP RE: SETTLEMENT OFFER (0.3); CORRESPONDENCE WITH D. UNRUE RE: SAME (0.1); REVISE DISCOVERY REQUESTS FOR INTESYS (0.2); COORDINATE SERVICE WITH KCC (0.3); DRAFT SUPPLEMENTAL REPLY RE: INTESYS (1.4). |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| | | | |
|---|---|---|---|
| KAHN MT | 12/25/07 | 0.10 | CORRESPONDENCE WITH GREELEY RE: STATUS OF THEIR SETTLEMENT DOCUMENTS (0.1). |
| KAHN MT | 12/26/07 | 1.90 | CORRESPONDENCE WITH BRUSH WELLMAN RE: STATUS OF DISCOVERY AND SETTLEMENT DOCUMENTS (0.2); CORRESPONDENCE WITH T. WEINER RE: SAME (0.1); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.4); CORRESPONDENCE WITH KCC RE: SERVICE TO INTESYS (0.1); CORRESPONDENCE WITH INTESYS RE: MEDIATION (0.1); DRAFT CORRESPONDENCE TO J. ROBERTSON RE: DISCOVERY ISSUES IN RELATION TO SETTLEMENT DOCUMENTS (0.2); CORRESPONDENCE WITH BRIX RE: SETTLEMENT OFFER AND DISCOVERY DEADLINES (0.3); CORRESPONDENCE WITH KCC RE: MICRONAS RECLAMATION NOTICE (0.1); TELECONFERENCE AND CORRESPONDENCE WITH D. DRAGICH RE: EXTENSION OF DEADLINES FOR PBR AUSTRALIA (0.4). |
| KAHN MT | 12/27/07 | 1.40 | CALL AND CORRESPONDENCE WITH L. BARR RE: DATWYLER AND ROTHRIST CLAIMS (0.4); CORRESPONDENCE WITH SONY RE: STATUS OF SETTLEMENT DOCUMENTS (0.1); TELECONFERENCES WITH BRUSH WELLMAN RE: STATUS OF SETTLEMENT DOCUMENTS (0.4); REVISE SETTLEMENT CHART (0.5). |
| KAHN MT | 12/28/07 | 1.20 | CORRESPONDENCE WITH BRUSH WELLMAN RE: SETTLEMENT DOCUMENTS (0.2); CORRESPONDENCE WITH CLAIMANTS RE: THEIR SETTLEMENT DOCUMENTS (INCLUDING SONY, ALPS, GENERAL PRODUCTS) (0.8);.CORRESPONDENCE WITH D. DONABEDIAN RE: BRIX SETTLEMENT OFFER (0.2). |

**102.60**

**B43E**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          12/03/07      4.30    TELECONFERENCE WITH J. DELUCA RE: NEW
                                       JERSEY CLAIM (0.1); TELECONFERENCE WITH
                                       T. EHLER RE: OH CLAIM (0.1); MEET WITH
                                       WORKING GROUP RE: CLAIMS (0.4): REVIEW
                                       VARIOUS DOCUMENTS AND MATTERS RELATING
                                       TO OH TAX CLAIM (0.6); TELECONFERENCE
                                       WITH M. REISIG RE: MEDIATION (0.1);
                                       FOLLOW UP WITH D. OLBRECHT RE: SAME
                                       (0.1); REVIEW AND CONSIDER DOCUMENTS TO
                                       PROVIDE TO MEDIATOR (0.5); REVIEW
                                       SUMMARY OF TAX SETTLEMENTS AND PROVIDE
                                       SUMMARY UPDATE RE: SAME (0.4); DRAFT
                                       CORRESPONDENCE RE: NEW JERSEY TAX CLAIM
                                       (0.4) AND FOLLOW UP CORRESPONDENCE TO K.
                                       CRAFT RE: SAME (0.1); CONSIDER ISSUES
                                       RE: STATUS OF EMPLOYMENT TAX CLAIM AND
                                       RESEARCH RE: SAME (0.6); FOLLOW UP WITH
                                       D. TROUT RE: MONTGOMERY COUNTY
                                       SETTLEMENT DOCUMENTS AND COORDINATE RE:
                                       PREPARATION OF NOTICE OF PRESENTMENT
                                       (0.2); BEGIN TO WORK ON NOTICE FOR
                                       EVIDENTIARY HEARING ON OHIO CLAIM
                                       (0.4); REVIEW CLAIMS ORDERS AND PRIOR
                                       RELATED FILINGS IN CONNECTION WITH SAME
                                       (0.3).

PERL MW          12/04/07      5.40    CONSIDER VARIOUS ISSUES RE: CONTESTED
                                       HEARINGS FOR MICHIGAN AND OHIO TAX
                                       CLAIMS (0.3); REVIEW AND CONSIDER
                                       COMMENTS FROM MONTGOMERY COUNTY, OH
                                       (0.1); TELECONFERENCE WITH D. TROUT RE:
                                       SAME (0.1); TELECONFERENCE WITH M.
                                       REISIG RE: MEDIATION (0.1); REVIEW AND
                                       DRAFT NOTICE FOR EVIDENTIARY HEARING
                                       FOR OH CLAIM, INCLUDING REVIEW OF
                                       RELEVANT DOCKET ENTRIES (1.1); REVIEW
                                       DOCUMENTS RE: OH CLAIM (0.7) AND
                                       CONSIDER ISSUES RE: SAME (0.3); REVIEW
                                       DRAFT LETTER FORM T. EHLER RE: OH CLAIM
                                       AND CONSIDER NEXT STEPS IN CONNECTION
                                       WITH SAME (0.4); REVISE MONTGOMERY
                                       COUNTY SETTLEMENT DOCUMENTS (0.1) AND
                                       CORRESPOND WITH D. UNRUE, K. CRAFT, AND
                                       B. LUETHGE RE: SAME (0.1); FOLLOW UP
                                       CLAIMS RECONCILIATION ISSUES RE: TAX
                                       CLAIMS' (0.4); REVIEW AND COMPILE
                                       VARIOUS DOCUMENTS FOR MICHIGAN
                                       MEDIATION AND COORDINATE PREPARING SAME
                                       FOR MEDIATOR (1.2); CONTINUE TO FOLLOW
                                       UP AND COORDINATE RE: MEDIATION ON MI
                                       TAX CLAIMS (0.5).

B43E

| PERL MW | 12/05/07 | 7.30 | TELECONFERENCES WITH D. OLBRECHT RE: MI MEDIATION (0.3, 0.1); PARTICIPATE IN WEEKLY CLAIMS CALL WITH D. UNRUE, K. CRAFT, T. BEHNKE, AND WORKING GROUP GROUP (1.6); COORDINATE WITH WORKING GROUP RE: TAX CLAIMS DISCUSSION (0.2); REVIEW MATERIALS FOR UPCOMING CLAIMS HEARING (0.4); DRAFT CORRESPONDENCE TO P. HOUSNER RE: MI CLAIMS MEDIATION (0.2); DRAFT CORRESPONDENCE TO M. REISIG, INCLUDING REVIEW OF VARIOUS DOCUMENTS IN CONNECTION WITH MICHIGAN MEDIATION (1.5); PREPARE RELEVANT MEDIATION DOCUMENTS FOR MEDIATOR (0.6); REVISE SETTLEMENT DOCUMENTS FOR MONTGOMERY COUNTY, OH AND CORRESPOND WITH D. UNRUE, K. CRAFT, AND W. LUETHGE RE: SAME (0.2); CORRESPONDENCE WITH D. TROUT AND PREPARE FINAL SETTLEMENT DOCUMENTS FOR EXECUTION (0.2); FINALIZE NOTICE FOR EVIDENTIARY HEARING FOR OH CLAIM AND COORDINATE RE: FILING AND SERVICE OF SAME (0.3); REVIEW MI SUPPLEMENTAL RESPONSE AND CONSIDER NEXT STEPS RE: SAME (0.4); TELECONFERENCE WITH D. OLBRECHT RE: SAME (0.3); FOLLOW UP WITH D. OLBRECHT, S. GROG, AND WORKING GROUP RE: SAME (0.2); REVIEW NOTICE OF WITHDRAWAL FILED BY ILLINOIS DEPOT OF REVENUE AND COORDINATE RE: NEXT STEPS (0.1); REVIEW CLAIMS CHART AND FOLLOW UP RE: VARIOUS TAX CLAIMS MATTERS (0.7). |
| PERL MW | 12/06/07 | 6.10 | TELECONFERENCE WITH D. OLBRECHT RE: MEDIATION (0.1); EVALUATE MICHIGAN'S SUPPLEMENTAL RESPONSE TO CLAIMS OBJECTION AND CONSIDER RESPONSE POINTS (0.8); PREPARE FOR (0.1) AND PARTICIPATE IN TELECONFERENCE WITH D. OLBRECHT, S. GROB, AND WORKING GROUP RE: MICHIGAN SBT CONTESTED CLAIMS (1.2); COORDINAT RE: FOLLOW UP CALL RE: SAME (0.2); TELECONFERENCES WITH WORKING GROUP RE: STATUS OF SAME AND NEXT STEPS (0.3); PREPARE HARD COPY OF DOCUMENTS FOR M. RESISIG (MEDIATOR) FOR MEDIATION, INCLUDING REVIEW OF INDEX AND DOCUMENTS (0.8); DRAFT COVER LETTER RE: SAME (0.1); REVIEW CLAIM OBJECTION PROCEDURES ORDER RE: SUPPLEMENTAL FILINGS AND DISCOVERY DEADLINES AND FOLLOW UP RE: SAME (0.7); TELECONFERENCE WITH J. DELUCA RE: TAX CLAIMS (0.1); PREPARE MEET AND CONFER LETTER FOR OHIO CLAIM (0.2); CONTINUE WORKING IN VARIOUS MATTERS RE: MI AND OH TAX CLAIMS (0.6); CONSIDER DISCOVERY ISSUES AND DRAFT FOLLOW CORRESPONDENCE RE: SAME (0.9). |

B43E

| | | | |
|---|---|---|---|
| PERL MW | 12/07/07 | 4.80 | OUTLINE RESPONSE TO MI SUPPLEMENTAL REPLY (0.2); REVIEW AND FINALIZE MEET AND CONFER LETTER FOR OH CLAIM (0.2); TELECONFERENCE WITH P. HOUSNER RE: MI CLAIM (0.2); FOLLOW UP CORRESPONDENCE RE: SAME (0.2); REVIEW MI SUPPLEMENTAL RESPONSE AND CONSIDER RESPONSE ARGUMENTS RE: SAME (0.5); BEGIN DRAFTING LETTER RESPONSE RE: SAME, INCLUDING REVIEW OF VARIOUS DOCUMENTS (2.9); REVIEW RELEVANT PROVISIONS OF MICHIGAN SBT LAW (0.3); COORDINATE RE: VARIOUS MICHIGAN DOCUMENTS (0.3). |
| PERL MW | 12/08/07 | 0.50 | CONTINUE WORKING ON LETTER TO MEDIATOR IN RESPONSE TO MICHIGAN'S SUPPLEMENTAL RESPONSE (0.5). |
| PERL MW | 12/09/07 | 4.60 | TELECONFERENCE WITH D. OLBRECHT, S. GROB, AND WORKING GROUP RE: MI SBT CLAIMS (0.8); REVIEW MATERIALS IN CONNECTION WITH OH TAX CLAIM LITIGATION (1.2); CONTINUE TO WORK ON LETTER TO MEDIATOR IN RESPONSE TO MICHIGAN'S SUPPLEMENTAL RESPONSE (1.0); REVIEW REVISIONS TO SAME (0.3); WORK ON STIPULATION FOR MICHIGAN TAX CLAIMS (0.7); PREPARE SUMMARY OF DATES (AS REVISED) IN CONNECTION WITH MICHIGAN'S SBT CLAIMS LITIGATION AND CORRESPOND WITH D. OLBRECHT AND S. GROB RE: SAME (0.3); REVIEW AND UPDATE CHART FOR CLAIMS HEARING MATERIALS (0.3). |
| PERL MW | 12/10/07 | 2.60 | CONTINUE REVIEW OF MATERIALS IN CONNECTION WITH OH CLAIM LITIGATION (0.7); REVIEW LETTER TO MEDIATOR IN RESPONSE TO MICHIGAN'S SUPPLEMENTAL RESPONSE AND PREPARE MATERIALS (0.4); PREPARE DOCUMENTS FOR MEDIATIONS (0.4); FOR MEDIATION (0.5); TELECONFERENCES WITH D. OLBRECHT (0.4) AND S. GROB (0.2) RE: MICHIGAN CLAIMS. |
| PERL MW | 12/11/07 | 6.00 | TELECONFERENCE WITH S. GROB RE: COMMENTS TO LETTER TO MEDIATOR (0.1); FOLLOW UP RE: LETTER IN CONNECTION WITH MI CLAIMS (0.1); REVIEW CORRESPONDENCE RE: MI USE TAX CLAIMS AND FOLLOW UP RE: SAME (0.3); REVIEW POCS IN CONNECTION WITH SAME (0.2); WORK ON AND CONSIDER ISSUES RE: DISCOVERY REQUESTS (0.7); REVISE AND FINALIZE LETTER TO M. REISIG IN CONNECTION WITH MI MEDIATION (1.1); STRATEGIZE RE: MI MEDIATION (0.7) AND DISCOVERY REQUESTS (0.4); REVIEW DOCUMENTS AND PREPARE FOR MI CLAIMS MEDIATION (1.3); DRAFT TALKING POINTS FOR MEDIATION (0.7) AND REVIEW SAME (0.4). |

B43E

PERL MW        12/12/07      16.50   PREPARE FOR MI TAX CLAIM MEDIATION
                                     (0.7); MEET WITH J. WHITSON, D.
                                     OLBRECHT, S. GROB, AND WORKING GROUP RE:
                                     MI TAX CLAIM MEDIATION (1.5);
                                     PARTICIPATE IN MI CLAIMS MEDIATION WITH
                                     D. OLBRECHT, S. GROB, P. HOUSNER, M.
                                     BARTENDALE, M.A. NYE RE: MI SBT CLAIMS,
                                     INCLUDING VARIOUS BREAKOUT SESSIONS
                                     (8.0); FOLLOW UP WITH P. HOUSNER AND
                                     WORKING GROUP RE: MI CLAIMS ISSUES
                                     (0.5); PARTICIPATE IN POST-MEDIATION
                                     MEETINGS WITH D. OLBRECHT, S. GROB AND
                                     WORKING GROUP (2.9); CONSIDER NEXT
                                     STEPS IN CONNECTION WITH MI SBT CLAIMS
                                     AND POTENTIAL LITIGATION, INCLUDING
                                     MATTERS RELATING TO DISCOVERY AND
                                     SUPPLEMENTAL REPLY BRIEF (1.1);
                                     MULTIPLE FOLLOW UP TELECONFERENCES WITH
                                     WORKING GROUP RE: SAME (1.1); REVIEW AND
                                     REVISE DRAFT DISCOVERY REQUESTS (0.7).

PERL MW        12/13/07       6.30   CONTINUE TO REVIEW AND COMMENT ON
                                     DISCOVERY REQUESTS FOR MI SBT
                                     LITIGATION (0.4); REVIEW AND REVISE
                                     SAME (0.8) AND  WITH WORKING GROUP RE:
                                     SERVICE OF SAME (0.2); CONSIDER ISSUE
                                     RE: PRIORITY TAX CLAIM AND RESEARCH SAME
                                     (0.3); COORDINATE RE: FOLLOW UP
                                     RESEARCH AND NOTICE FOR MI CLAIMS,
                                     INCLUDING REVIEW OF PRECEDENT (0.2);
                                     REVISE AND UPDATE STIPULATION
                                     ADDRESSING ALL MICHIGAN TAX CLAIMS
                                     (0.7); REVIEW MICHIGAN PROOFS OF CLAIM
                                     AND SUMMARY SPREADSHEET RE: SAME (0.3);
                                     TELECONFERENCE WITH J. DELUCA RE: TAX
                                     CLAIMS MATTERS (0.2); TELECONFERENCE
                                     WITH M. SCHWARTS (U.S. CUSTOMS) RE:
                                     CLAIMS INQUIRY (0.1); CONSIDER NEXT
                                     STEPS IN CONNECTION WITH MICHIGAN SBT
                                     CLAIMS, INCLUDING DOCUMENTS TO BE
                                     DRAFTED AND EVIDENCE REQUIRED (0.8);
                                     TELECONFERENCE WITH M. REISIG RE:
                                     STATUS OF POST-MEDIATION TALKS AND
                                     PROVIDE UPDATE RE: SAME (0.2); FOLLOW
                                     MEETING WITH D. OLBRECHT RE: STATUS OF
                                     SAME (0.2); REVIEW VARIOUS TAX CLAIMS
                                     MATTERS (INCLUDING NEW JERSEY AND
                                     MONTGOMERY COUNTY, OH) (0.3);
                                     TELECONFERENCE WITH D. OLBRECHT, S.
                                     GROB, AND WORKING GROUP RE: NEXT STEPS
                                     FOR SBT CLAIMS (1.0); BEGIN TO CONSIDER
                                     ISSUES TO INCLUDE IN POTENTIAL
                                     STIPULATION OF UNCONTESTED FACTS (0.4);
                                     REVIEW AND COMMENT ON NOTICE FOR MI USE
                                     TAX CLAIMS (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PERL MW | 12/14/07 | 5.00 | TELECONFERENCE WITH D. OLBRECHT AND WORKING GROUP RE: MI TAX CLAIMS (0.2); REVIEW AND COMMENT OF NOTICE OF CLAIMS HEARING FOR MI USE TAX CLAIMS (0.2); MULTIPLE CORRESPONDENCES RE: MONTGOMERY COUNTY, OH SETTLEMENT DOCUMENTS (0.3); DRAFT AND WORK ON STIPULATION OF FACTS RE: MI SBT CLAIMS (2.1); WORK ON VARIOUS MATTERS IN CONNECTION WITH MI SBT TAX CLAIM LITIGATION (1.8) AND OH CLAIM LITIGATION (0.4). |
| PERL MW | 12/15/07 | 0.70 | CORRESPOND WITH D. UNRUE RE: MONTGOMERY COUNTY SETTLEMENT  DOCUMENTS (0.1); CONTINUE TO WORK ON STIPULATION OF UNCONTESTED FACTS FOR MI CONTESTED CLAIMS HEARING (0.6). |
| PERL MW | 12/17/07 | 11.30 | REVIEW AND COMMENT ON NOTICE OF HEARING FOR MICHIGAN USE TAX CLAIMS (0.2); REVISE SAME (0.4); REVIEW MI SBT NOTICES AND CONSIDER COMMENTS IN CONNECTION WITH SAME (0.3); COORDINATE FILING AND SERVICE OF SAME (0.2) CONTINUE TO WORK ON SUPPLEMENTAL REPLY FOR MICHIGAN SBT CLAIMS AND RELATED DOCUMENTS (4.6); TELECONFERENCE WITH B. LUETHGE, B. ADAMSON, T. EHLER AND WORKING GROUP TO PREPARE FOR OHIO TAX CLAIM MEET AND CONFER (0.3); PARTICIPATE IN MEET AND CONFER WITH B. LUETHGE, B. ADAMSON, R. ARRIGO, T. EHLER, V. GARRY, R. DAUM, AND C. FOX RE: OHIO TAX CLAIM (0.6); FOLLOW UP CALL WITH B. LUETHGE, B. ADAMSON, T. EHLER AND WORKING GROUP RE: STRATEGY AND NEXT STEPS RE: SAME (1.6); BEGIN DRAFTING DECLARATION OF J. WHITSON IN CONNECTION WITH SUPPLEMENTAL REPLY FOR MICHIGAN SBT TAX CLAIMS (1.1); CORRESPOND WITH D. OLBRECHT AND REVIEW ADDITIONAL INFORMATION IN CONNECTION WITH SAME (0.2); REVIEW AND PREPARE EXHIBITS FOR SAME (0.9); REVIEW AND COMPARE VARIOUS FORMS 1120 AND SBT FORMS (0.4); REVIEW PRECEDENT OF SUPPLEMENTAL REPLIES AND FOLLOW UP RE: SAME (0.5). |

B43E

```
PERL MW        12/18/07    8.60   DRAFT RIDER IN CONNECTION WITH
                                  SUPPLEMENTAL REPLY FOR MICHIGAN SBT
                                  CLAIMS (0.5); REVISE DECLARATION OF J.
                                  WHITSON IN CONNECTION WITH SUPPLEMENTAL
                                  REPLY FOR MICHIGAN SBT CLAIMS (0.4);
                                  CONTINUE TO WORK ON AND PREPARE EXHIBITS
                                  FOR SAME (0.6); CONTINUE TO REVIEW,
                                  REVISE, AND WORK SUPPLEMENTAL REPLY
                                  BRIEF AND RELATED MATTERS (3.5);
                                  PREPARE FOR (0.1) AND PARTICIPATE IN
                                  (0.5) TELECONFERENCE WITH B. ADAMSON,
                                  B. LUETHGE, AND WORKING GROUP RE:
                                  MICHIGAN USE TAX CLAIMS; FOLLOW UP WITH
                                  WORKING GROUP RE: SAME (0.2);
                                  TELECONFERENCE WITH D. OLBRECHT AND S.
                                  GROB RE: STATUS MICHIGAN SBT CLAIMS
                                  (0.8); TELECONFERENCE WITH D. OLBRECHT,
                                  S. GROB, P. HOUSNER, M. BARTENDALE, AND
                                  WORKING GROUP RE: MICHIGAN SBT CLAIMS
                                  (0.4); REVIEW FILE RE: SBT CLAIMS AND
                                  FOLLOW UP RE: SAME (0.9); PREPARE FILE
                                  AND PROVIDE TO P. HOUSNER (0.2); REVIEW
                                  POR LANGUAGE IN CONNECTION WITH OH CLAIM
                                  (0.1) AND DRAFT FOLLOW UP
                                  CORRESPONDENCE ERE SAME AND RELATED
                                  MATTERS (0.2); REVIEW ADDITIONAL
                                  COMMENTS TO SBT REPLY BRIEF (0.2).

PERL MW        12/19/07   10.50   CONSIDER ISSUES RE: MI SBT SUPPLEMENTAL
                                  REPLY (0.4); TELECONFERENCE WITH D.
                                  OLBRECHT AND WORKING GROUP RE: MI SBT
                                  CLAIMS (0.3); PARTICIPATE IN
                                  TELECONFERENCE WITH D. OLBRECHT, S.
                                  GROB, J. WHITSON, AND WORKING GROUP RE:
                                  SAME (0.4); FOLLOW UP CALL WITH S. GROB
                                  AND WORKING GROUP RE: SAME (0.8);
                                  PREPARE AND FINALIZE EXHIBITS FOR
                                  FILING INCLUDING REVIEW OF SBT FORMS AND
                                  INSTRUCTIONS (0.9); REVIEW CASE LAW AND
                                  FOLLOW UP RE: SAME (0.7); REVIEW AND
                                  REVISE SBT REPLY BRIEF AND DECLARATION
                                  IN CONNECTION WITH FILING OF SAME
                                  INCLUDING INCORPORATING VARIOUS
                                  COMMENTS (5.9); PREPARE PLAN EXCERPT IN
                                  CONNECTION WITH DISTRIBUTION OF TAX
                                  CLAIMS (0.1); EVALUATE: MI USE TAX
                                  ISSUES IN CONNECTION WITH CONTESTED
                                  CLAIMS (0.4); CONSIDER ISSUES RE:
                                  SERVICE, INCLUDING REVIEW OF VARIOUS
                                  ORDERS (0.6).
```

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          12/20/07      10.30   DRAFT OHIO AUDIT SETTLEMENT AGREEMENT
                                       IN CONNECTION WITH CONTESTED OHIO CLAIM
                                       (1.1); REVIEW TAX STIPULATIONS AND
                                       AGREED ORDERS AS ENTERED AND PROVIDE
                                       SAME TO B. LUETHGE, M. OWENS, AND T.
                                       RICHARDSON (0.5) AND FOLLOW UP INQUIRY
                                       RE: SAME (0.2); TELECONFERENCES WITH
                                       WORKING GROUP RE: NEXT STEPS RE: OHIO
                                       TAX CLAIM AND RELATED SETTLEMENT (0.3);
                                       PREPARE FOR (0.2) AND PARTICIPATE (0.7)
                                       IN TELECONFERENCE WITH W. ADAMSON RE: MI
                                       USE TAX CLAIMS; FOLLOW UP RE: MI USE TAX
                                       ISSUES IN PREPARATION OF DRAFTING
                                       STATEMENT OF DISPUTED ISSUES (0.9);
                                       FOLLOW UP TELECONFERENCE WITH W.
                                       ADAMSON RE: SAME (0.6); REVIEW CHANGES
                                       TO OHIO AUDIT SETTLEMENT AGREEMENT
                                       (0.2); DRAFT AND MEET AND CONFER LETTER
                                       FOR MI USE TAX CLAIMS (0.4); REVIEW
                                       DRAFT OF STATEMENT OF DISPUTED ISSUES
                                       FOR MI USE TAX CLAIMS (0.6); DRAFT
                                       SETTLEMENT AGREEMENT FOR RESOLUTION OF
                                       OHIO CLAIM, INCLUDING REVIEW AND
                                       INCORPORATION OF AUDIT AGREEMENT (2.1);
                                       TELECONFERENCE WITH R. FELETMYER RE:
                                       OHIO SETTLEMENT (0.1) AND FOLLOW UP RE:
                                       SAME (0.2); REVIEW SETTLEMENT
                                       PROCEDURES ORDER AND FOLLOW UP RE: SAME
                                       (1.1); CONTINUE WORKING ON MI AND OHIO
                                       CONTESTED CLAIMS MATTERS (0.4); REVIEW
                                       DOCUMENTS PROVIDED BY P. HOUSNER IN
                                       CONNECTION WITH MI SBT CLAIM (0.4);
                                       REVIEW DOCUMENTS PROVIDED BY W. ADAMSON
                                       RE: MI USE TAX CLAIM (0.3).

PERL MW          12/21/07       2.80   TELECONFERENCE WITH J. WHITSON, D.
                                       OLBRECHT, S. GROB AND WORKING GROUP RE:
                                       MICHIGAN SBT TAX CLAIMS AND NEXT STEPS
                                       (1.3); DRAFT SUMMARY RE: SAME (1.3);
                                       FOLLOW UP RE: MI USE TAX ISSUES (0.2).

PERL MW          12/23/07       6.30   REVISE AND DRAFT STATEMENT OF DISPUTED
                                       ISSUES FOR MICHIGAN USE TAX CLAIMS,
                                       INCLUDING REVIEW OF THE STATUTE AND
                                       OTHER RELATED MATERIALS (6.3).

PERL MW          12/24/07       2.60   CONTINUE TO WORK ON STATEMENT OF
                                       DISPUTED ISSUES FOR MICHIGAN USE TAX
                                       CLAIMS INCLUDING REVISIONS TO SAME
                                       (2.6).

PERL MW          12/26/07       3.00   TELECONFERENCE WITH WORKING GROUP RE:
                                       MI TAX CLAIMS (0.2); REVISE AND DRAFT
                                       SETTLEMENT AGREEMENT FOR MI SBT CLAIMS
                                       (2.2); REVIEW DOCUMENTS PROVIDE BY P.
                                       HOUSNER, INCLUDING CALCULATIONS AND
                                       VARIOUS MI CLAIMS IN CONNECTION WITH
                                       SAME (0.6).

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

PERL MW        12/27/07     2.50   REVIEW STATEMENT OF DISPUTED ISSUES FOR
                                   MI USE TAX CLAIMS (0.4); REVIEW CLAIM
                                   CHART AND UPDATE SETTLEMENT AMOUNTS FOR
                                   TAX CLAIMS (0.5); TELECONFERENCES WITH
                                   M. SCHWARTZ RE: U.S. CUSTOMS CLAIM (0.1,
                                   0.3); REVISE MI SBT SETTLEMENT
                                   AGREEMENT, INCLUDING STRATEGIZE RE:
                                   CHANGES TO SAME (1.2).

PERL MW        12/28/07     0.80   REVIEW FORM STIPULATIONS RE: MI AND OHIO
                                   TAX CLAIMS AND COORDINATE RE: DRAFTING
                                   OF SAME (0.3); TELECONFERENCE WITH S.
                                   GROB AND WORKING GROUP RE: MI SBT CLAIMS
                                   (0.5).

PERL MW        12/30/07     4.60   REVIEW COMMENTS TO MI AND OH SETTLEMENT
                                   DOCUMENTS AND REVISE SAME (1.2) FOLLOW
                                   UP RE: SAME (0.7); DRAFT STIPULATION
                                   RESOLVING OHIO TAX CLAIM (0.5); REVIEW
                                   ADDITIONAL PROOFS OF CLAIM AND FOLLOW UP
                                   RE: SAME (0.4); DRAFT STIPULATION
                                   RESOLVING SBT CLAIMS (1.1); CORRESPOND
                                   WITH W. LUTHGE, W. ADAMSOM, AND A. EHLER
                                   RE: OH CLAIM AND SETTLEMENT DOCUMENTS
                                   (0.3); CORRESPOND WITH D. OLBRECHT AND
                                   S. GROB RE: MI SETTLEMENT DOCUMENTS
                                   (0.1); FOLLOW UP RE: PAYMENT OF OHIO TAX
                                   CLAIM (0.2); REVIEW WITHDRAWAL OF
                                   HOWARD COUNTY AND FOLLOW UP RE: SAME
                                   (0.1).

PERL MW        12/31/07     2.90   DRAFT CORRESPONDENCE TO M. SCHWARTZ RE:
                                   U.S. CUSTOMS CLAIMS, INCLUDING REVIEW
                                   OF DOCKET AND ESTIMATION MOTION (0.6);
                                   REVIEW ILLINOIS DEPARTMENT OF REVENUE
                                   TAX CLAIM AGREEMENT AND FOLLOW UP RE:
                                   SAME (0.2); FOLLOW UP WITH W . LUETHGE
                                   RE: MOTION FOR PAYMENT OF
                                   ADMINISTRATIVE CLAIM FOR PROPERTY TAXES
                                   (0.1); REVISE STATEMENT OF DISPUTED
                                   ISSUES FOR MI USE TAX CLAIMS (0.2);
                                   CONSIDER NEXT STEPS RE: MULTIPLE TAX
                                   CLAIMS MATTERS (0.6); REVIEW AND REVISE
                                   NOTICE OF PRESENTMENT FOR MONTGOMERY
                                   COUNTY, OH TAX CLAIMS (0.4); CONSIDER
                                   SERVICE PARTIES RE: SAME (0.2); REVIEW
                                   NOTICE OF WITHDRAWAL OF HOWARD COUNTY
                                   AND TELECONFERENCE WITH M. OWENS RE:
                                   SAME (0.1); DRAFT CORRESPONDENCE TO P.
                                   HOUSNER RE: MI USE TAX MEET AND CONFER
                                   (0.1) AND REVIEW SETTLEMENT PROCEDURES
                                   ORDER RE: SAME (0.2); TELECONFERENCE
                                   WITH WORKING GROUP AND S. GROB RE:
                                   POTENTIAL CONTESTED HEARING ON MI SBT
                                   CLAIMS (0.2).

                              136.30

PLATT SJ       12/01/07     9.20   RESEARCH FOR LIGHTSOURCE SUPPLEMENTAL
                                   REPLY (8.4); FOLLOW UP ON
                                   RECONCILIATION OF VARIOUS CLAIMS (0.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PLATT SJ        12/02/07      4.40    BEGIN DRAFTING LIGHTSOURCE
                                      SUPPLEMENTAL REPLY (4.1); DRAFT
                                      SETTLEMENT DOCUMENTS FOR CONTRARIAN
                                      CLAIM (0.3).

PLATT SJ        12/03/07      5.80    REVISE SOVLAY SETTLEMENT DOCUMENTS
                                      (0.1); TELECONFERENCE WITH ANALYST RE:
                                      MILLIKEN CLAIM (0.2); ATTEND CLAIMS
                                      WORKING GROUP MEETING (0.4); REVIEW
                                      EXECUTIVE SUMMARY RE: MEAD CLAIM (0.1);
                                      FOLLOW UP ON VARIOUS CLAIMS SETTLEMENT
                                      MATTERS (0.3); REVISE VARIOUS
                                      SETTLEMENT DOCUMENTS (3.9); REVISE
                                      LIGHTSOURCE BRIEF (0.8).

PLATT SJ        12/04/07      2.90    FOLLOW UP ON OUTSTANDING CLAIM
                                      RECONCILIATION ISSUES (0.6); REVISE
                                      STATEMENTS OF DISPUTED ISSUES AND
                                      NOTICES (0.7); EMAILS TO OPPOSING
                                      COUNSEL RE: MEET AND CONFER (0.7);
                                      TELECONFERENCE RE: LIGHTSOURCE CLAIM
                                      (0.3); REVISE NOTICE AND BRIEF (0.6).

PLATT SJ        12/05/07      1.40    REVISE LIGHTSOURCE SUPPLEMENTAL REPLY
                                      (0.4); REVISE MEAD STATEMENT OF
                                      DISPUTED ISSUES (0.2); FOLLOW UP WITH
                                      OPPOSING COUNSEL RE: MILLENNIUM
                                      SETTLEMENT DOCUMENTS (0.1);
                                      TELECONFERENCES WITH VARIOUS CLAIMANTS
                                      RE: SETTLEMENT (0.7).

PLATT SJ        12/06/07      0.40    REVIEW CLAIMS TO RECEIVE SETTLEMENT
                                      LETTER (0.4).

PLATT SJ        12/07/07      0.50    REVIEW TOWER SUPPLEMENTAL RESPONSE
                                      (0.5).

PLATT SJ        12/08/07      3.10    DRAFT CARLISLE STATEMENT OF DISPUTED
                                      ISSUES (1.2); REVIEW AD HOC TRADE CLAIM
                                      LIST (1.9).

PLATT SJ        12/09/07      1.60    DRAFT SETTLEMENT DOCUMENTS FOR MEAD AND
                                      CEP/CARLISLE CLAIM (1.6).

PLATT SJ        12/10/07      2.30    FOLLOW UP ON CLAIM SETTLEMENTS AND
                                      REVISE DOCUMENTS (2.3).

PLATT SJ        12/11/07      1.10    TELECONFERENCE WITH COUNSEL FOR
                                      MILLIKEN (0.2); INVESTIGATE SERVICE OF
                                      AMENDED SCHEDULES IN RESPONSE TO
                                      CLAIMANT INQUIRY (0.2); REVISE
                                      SETTLEMENT DOCUMENTS (0.7).

PLATT SJ        12/12/07      4.30    DRAFT EMAILS RE: STATUS OF NORTHERN
                                      ENGRAVING SETTLEMENT DOCUMENTS (0.1);
                                      REVISE VARIOUS SETTLEMENT DOCUMENTS
                                      (3.6); FINALIZE CARLISLE STATEMENT OF
                                      DISPUTED ISSUES AND SPECIAL PARTIES
                                      LIST (0.6).

PLATT SJ        12/13/07      3.20    REVISE SETTLEMENT DOCUMENTS (0.1);
                                      REVISE TWENTY-THIRD OMNIBUS CLAIMS
                                      OBJECTION ORDER (0.2); DRAFT NOTICES OF
                                      ADJOURNMENT (1.6); FILE NOTICES (0.1);
                                      DRAFT KILROY SETTLEMENT DOCUMENTS
                                      (1.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| PLATT SJ | 12/14/07 | 1.00 | REVISE KILROY SETTLEMENT DOCUMENTS (0.6); TELECONFERENCE WITH COUNSEL FOR SOLVAY (0.4). |
|---|---|---|---|
| PLATT SJ | 12/15/07 | 0.40 | DRAFT REPLY TO RESPONSES TO TWENTY-THIRD OMNIBUS CLAIMS OBJECTION (0.4). |
| PLATT SJ | 12/17/07 | 6.80 | REVISE OMNIBUS REPLY AND ORDER (0.4); EMAILS RE: STATUS OF VARIOUS CLAIMS (0.6); DRAFT NOTICE OF ADJOURNMENT FOR VICTORY PACKAGING CLAIM (0.3); TELECONFERENCES WITH CLAIMANTS (0.5); DRAFT MILLIKEN SETTLEMENT DOCUMENTS (1.3); RESEARCH FOR AND REVISE LIGHTSOURCE BRIEF (2.1); FOLLOW UP ON VARIOUS CLAIMS SETTLEMENTS (0.4); REVIEW CONTRARIAN CLAIMS (0.4); BEGIN DRAFTING MOTLEY SETTLEMENT AGREEMENT (0.3); FINALIZE AND FILE NOTICES OF ADJOURNMENT (0.5). |
| PLATT SJ | 12/18/07 | 2.00 | RESEARCH RE: SCHEDULE AMENDMENTS AFFECTING ASM CAPITAL (0.2); TELECONFERENCES RE: LIGHTSOURCE CLAIM (0.7); DRAFT CONTRARIAN SETTLEMENT DOCUMENTS (0.6); CONTINUE DRAFTING MOTLEY SETTLEMENT AGREEMENT (0.2); TELECONFERENCE WITH COUNSEL FOR CONTRARIAN (0.3). |
| PLATT SJ | 12/19/07 | 2.50 | EMAIL RE: LIGHTSOURCE BRIEF (0.1); DRAFT MOTLEY SETTLEMENT DOCUMENTS (0.9); UPDATE CHART TRACKING SETTLEMENTS (0.5); PREPARE SETTLEMENT DOCUMENTS FOR CLIENT REVIEW (0.4); REVISE SETTLEMENT DOCUMENTS (0.6). |
| PLATT SJ | 12/20/07 | 2.10 | DRAFT TEMPLATE FOR SUPPLEMENT REPLIES RE: TRADE CLAIMS (2.1). |
| PLATT SJ | 12/21/07 | 2.90 | CONTINUE DRAFTING TEMPLATE FOR SUPPLEMENTAL REPLY RE: TRADE CLAIMS AND FOLLOW UPON VARIOUS SETTLEMENTS (2.9). |
| PLATT SJ | 12/23/07 | 1.20 | DRAFT SETTLEMENT AGREEMENT AND STIPULATION FOR BOSCH CLAIM (1.2). |
| PLATT SJ | 12/26/07 | 2.40 | FOLLOW UP ON STATUS OF OUTSTANDING SETTLEMENT DOCUMENTS (0.4); REVISE AND FILE VICTORY PACKAGING NOTICE OF PRESENTMENT (0.3); RESPOND TO INQUIRIES FROM CLAIMANTS (1.7). |
| PLATT SJ | 12/27/07 | 3.30 | DRAFT TEMPLATE DECLARATION FOR TRADE CLAIMS (3.3). |
| PLATT SJ | 12/28/07 | 1.50 | REVISE AND CIRCULATE SETTLEMENT DOCUMENTS TO OPPOSING COUNSEL (1.5). |
| PLATT SJ | 12/30/07 | 0.60 | REVIEW AD HOC TRADE CLAIMS (0.3); EMAIL TO COUNSEL FOR HYUNDAI (0.3). |

66.90

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| SUBER KM | 12/16/07 | 0.40 | PREPARE CORRESPONDENCE IN CONNECTION WITH CALSONIC KANSEI CLAIM NO. 11185 (0.2); CONFER WITH DELPHI TEAM MEMBERS RE:  CALSONIC KANSEI (0.2). |
| SUBER KM | 12/17/07 | 1.00 | CONTINUED TO REVIEW DOCUMENTATION IN CONNECTION WITH THE CALSONIC KANSEI PROOF OF CLAIM (1.0). |
| SUBER KM | 12/18/07 | 0.90 | RESEARCHED BACKGROUND INFORMATION IN CONNECTION WITH ALL CLAIMS FILED BY CALSONIC KANSEI AND/OR ITS AFFILIATES (0.5); DISTRIBUTED MATERIALS IN CONNECTION WITH PROOFS OF CLAIM FILED BY CALSONIC KANSEI AND ITS AFFILIATES (0.2); CORRESPONDENCE WITH TOGUT IN FURTHERANCE OF THE RESOLUTION OF CLAIM NO. 11185 (0.2). |
| SUBER KM | 12/19/07 | 0.90 | CONFERRED WITH TOGUT RE:  CLAIM NO. 11185 AND THE FORM OF THE JOINT STIPULATION ORDER (0.2); REVISED THE JOINT STIPULATION ORDER (0.4); DISTRIBUTED THE JOINT STIPULATION ORDER FOR FURTHER REVIEW AND COMMENT (0.1); DISTRIBUTED THE JOINT STIPULATION ORDER (0.2). |
| SUBER KM | 12/20/07 | 4.40 | CORRESPONDENCE WITH A. WINCHELL IN CONNECTION WITH THE RESOLUTION OF CLAIM NO. 11185 (0.1); CONFERRED WITH DELPHI AND TOGUT RE:  CLAIM NO. 11185 (1.0); REVIEWED THE DOCUMENTATION IN CONNECTION WITH RESOLUTION OF CLAIM NO. 11185 (0.7); CONTINUED TO REVIEW DOCUMENTATION IN CONNECTION WITH THE COMERICA PROOF OF CLAIM (1.4); PREPARED SUMMARY AND RECOMMENDATION RE: DELPHI'S ABILITY TO DISMANTLE THE PERSONALTY (1.2). |
| | | 7.60 | |
| TULLSON CT | 12/03/07 | 5.50 | REVIEW PLAN OF REORGANIZATION PRECEDENT AND ACCOMPANYING ORDER, LOW IMPACT CLAIMS LETTER (1.0); LOW IMPACT CLAIMS AND DRAFTING STIPULATION (1.1); CLAIMS TEAM CALL (0.4); PARTICIPATE IN WORKING GROUP CONFERENCE RE: LOW IMPACT CLAIMS STRATEGY (1.5); DRAFT OBJECTION TO SAMSUNG MOTION (0.5); TI AND TIP CLAIMS (0.3); DRAFT NOTICES OF PRESENTMENT (0.7). |
| TULLSON CT | 12/04/07 | 9.00 | LOW IMPACT CLAIMS COVER LETTER EDITS AND DRAFTING (0.4); DRAFT STATEMENTS OF DISPUTED ISSUES (4.1); DRAFT NOTICES OF PRESENTMENT, NOTICES OF HEARING, AND AZIMUTH ORDER (3.5), NEW CLAIMS, OBTAINING AND REVIEWING EXECUTIVE SUMMARIES (1.0). |
| TULLSON CT | 12/05/07 | 1.40 | DRAFT STATEMENTS OF DISPUTED ISSUES (1.0), RESEARCH RE: CANCELLATION CLAIMS (0.4). |

B43E

| TULLSON CT | 12/06/07 | 2.10 | LOW VARIANCE COVER LETTERS, DRAFTING MEET AND CONFER LETTERS (2.1). |
|---|---|---|---|
| TULLSON CT | 12/07/07 | 1.80 | EDITS TO STATEMENTS OF DISPUTED ISSUES, SETTLEMENT TALKS RE: CLAIMS (1.8). |
| TULLSON CT | 12/08/07 | 1.30 | EDITS, MAIL OUT, AND ADDRESS MEET AND CONFER LETTERS (1.3). |
| TULLSON CT | 12/10/07 | 6.50 | FOLLOW UP RE: MEET AND CONFERS (0.5); TRANSFER OF CITATION CLAIM (0.5); DRAFTING SAMSUNG OBJECTION (1.1); TEXAS INSTRUMENTS CLAIM ANALYSIS AND LOW VARIANCE CLAIMS CALLS (0.5); CLAIMS CONFERENCE RE: WITNESS RESEARCH, GATHERING EXECUTIVE SUMMARIES FOR JAW AND LD (2.9); RESEARCH MEMO RE: WITNESSES FOR MATERIALITY AND "SUBSTANCE OVER FORM" DOCTRINE RE: CONTRACT ENFORCEMENT (1.0). |
| TULLSON CT | 12/11/07 | 7.10 | EDITS OF AZIMUTH ORDER (0.6); RESEARCH REMOVAL OF STATE COURT PERSONAL INJURY ACTION, CORE VERSUS NON CORE ISSUE (2.9); LOW VARIANCE CLAIMS CALLS (1.9); EDIT STATEMENTS OF DISPUTED ISSUES, CALL RE: DEVO CLAIM (1.7). |
| TULLSON CT | 12/12/07 | 8.40 | DRAFT AND EDIT STATEMENTS OF DISPUTED ISSUES (3.9); TELECONFERENCES RE: TI CLAIM (1.8); DRAFT CANCELLATION LANGUAGE AND CONFERENCE RE: CANCELLATION CLAIMS (1.1); EDIT TPL ORDER AND DRAFT TI EMAIL (0.6), LOW VARIANCE CALLS (1.0). |
| TULLSON CT | 12/13/07 | 7.30 | DRAFT STATEMENTS OF DISPUTED ISSUES, ORGANIZE MEET AND CONFER FOR MORGAN ADVANCED (1.1); DRAFT SCRIPT FOR RULE 3007 HEARING (1.5); TELECONFERENCE RE: LOW IMPACT CLAIMS, RULE 3007 SCRIPT HEARING, DRAFTING NOTICE OF ADJOURNMENT (1.7); DRAFT STATEMENTS OF DISPUTED ISSUES, NOTICES OF ADJOURNMENT (2.1), FILING STATEMENTS OF DISPUTED ISSUES AND NOTICES OF ADJOURNMENTS (0.5); DRAFT OMNI 23 RESPONSE CHART (0.4). |
| TULLSON CT | 12/14/07 | 9.30 | DRAFT OMNI 23 SUMMARY RESPONSE CHART, SCHEDULING MEET AND CONFERS (7.4); EDITS TO SETTLEMENT AGREEMENTS AND STIPULATIONS (0.5); DRAFT 3007 HEARING MATERIALS (1.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

TULLSON CT          12/17/07          7.50     PEUGEOT MEET AND CONFER SCHEDULING,
                                                DRAFTING NOTICES OF ADJOURNMENT, OMNI
                                                23 CHART (1.7); SETTLEMENT TALKS,
                                                PREPARATION FOR MORGAN ADVANCED MEET
                                                AND CONFER (0.6); SETTLEMENT TALKS,
                                                DRAFTING SETTLEMENT AGREEMENT AND
                                                STIPULATION FOR PEUGEOT (1.1);
                                                GATHERING DOCUMENTS, CONFERENCE, AND
                                                DRAFTING FOR D. UNRUE DECLARATION
                                                (1.6); MORGAN ADVANCED MEET AND CONFER
                                                PREPARATION, CALL AND CONFERENCE (1.8);
                                                DRAFTING STATEMENT OF DISPUTED ISSUES,
                                                EDITS TO PEUGEOT SETTLEMENT DOCUMENTS
                                                (0.7).

TULLSON CT          12/18/07         10.40     TELECONFERENCE RE: AKZO NOBLE CLAIM
                                                (0.2), RESEARCH FOR UNRUE DECLARATION
                                                (1.5), OMNI 23 RESPONSE CHART (1.1),
                                                RESEARCH AND DRAFTING FOR UNRUE
                                                DECLARATION (0.9); TELECONFERENCE WITH
                                                AD HOC TRADE COMMITTEE AND REVIEWING
                                                DISCLOSURE STATEMENT FOR D. UNRUE
                                                DECLARATION (1.9), DRAFT D. UNRUE
                                                DECLARATION, CONFERENCE AND CALLS RE:
                                                AD HOC TRADE COMMITTEE, EDITS TO HEARING
                                                PLANNER CHART (3.7), RESEARCH FOR
                                                DRAFTING TPL DISCOVERY LETTER TO JUDGE
                                                DRAIN (1.1).

TULLSON CT          12/19/07          9.50     DRAFTING LETTER TO JUDGE DRAIN RE: TPL
                                                DISCOVERY, UPDATE CLAIMS CHART,
                                                DRAFTING LOW VARIANCE UPDATE EMAIL
                                                (3.2); DRAFTING AND EDITING D. UNRUE
                                                DECLARATION (2.1), EDITS TO AMERICAN
                                                RECYCLING STIPULATION (0.1); LOW
                                                VARIANCE CALLS AND SETTLEMENT TALKS,
                                                DRAFTING SETTLEMENT AGREEMENT AND
                                                STIPULATION FOR MORGAN ADVANCED (2.2);
                                                EMAIL TO HAIN CAPITAL CLAIMANTS (0.3);
                                                PREPARATION FOR D. UNRUE CALL (0.4);
                                                CONFERENCE CALL RE: D. UNRUE
                                                DECLARATION (1.2).

TULLSON CT          12/20/07          9.40     DRAFT AND EDIT D. UNRUE DECLARATION,
                                                RESCHEDULE TI MEET AND CONFER CALL
                                                (3.9), DRAFT AND EDIT D. UNRUE
                                                DECLARATION, ANSWER LOW VARIANCE CALLS
                                                (2.4), DRAFT AND EDIT UNRUE
                                                DECLARATION, CLAIMS CALL (3.1).

TULLSON CT          12/21/07          8.60     LOW VARIANCE CALL (0.2), PEUGEOT CALL
                                                (0.3); DRAFT EMAIL RE: PEUGEOT, UNRUE
                                                DECLARATION EDITS AND CONFERENCE (3.6),
                                                TI CALL AND PREPARATION (0.8), CALLS RE:
                                                LOW VARIANCE CLAIMS (1.0); CONFERENCE
                                                RE: TI CLAIM, LOW VARIANCE ISSUES
                                                (EXTENSIONS, ETC.) (1.4), LOW VARIANCE
                                                CLAIMS TRACKING CHART (1.3).

TULLSON CT          12/27/07          6.00     DRAFT LOW VARIANCE STIPULATIONS, DRAFT
                                                AND UPDATE LOW VARIANCE TRACKING CHART
                                                (3.7); DRAFT AND EDIT SAMSUNG OBJECTION
                                                (0.3);, DRAFT CPA ANNUITIES STIPULATION
                                                (0.7); DRAFT DECLARATION FOR SAMSUNG
                                                (0.7); RETURN HOTLINE CALLS (0.6).

B43E

```
TULLSON CT      12/28/07      6.80   EDIT CLAIMS CHART, OVERVIEW OF FRY'S
                                     METALS CLAIM (0.7); DRAFT BRIEF AND
                                     DECLARATION FOR FRY'S METALS (3.5);
                                     EDIT SAMSUNG DECLARATION (0.5); EDIT D.
                                     UNRUE DECLARATION FOR CONFIRMATION
                                     HEARING (2.1).

                            117.90

WHARTON JN      12/03/07     15.20   CONTINUE TO PREPARE FOR JAN. 31 (1.5)
                                     AND FEB. 7-8 (1.5) CLAIMS HEARINGS;
                                     CONTINUE WORK ON STATEMENTS OF DISPUTED
                                     ISSUES RE: CLAIMS OF CARLISLE
                                     ENGINEERED PRODUCTS (0.3), CTS CORP
                                     (0.3), CROWN ENTERPRISES (0.3), EATON
                                     CORPORATION (0.3), EMPRESAAS CA LE
                                     TIEXCALA (0.3), GENERAL PRODUCTS CORP
                                     (0.3), NSS TECHNOLOGIES (0.3), PBR
                                     AUSTRALIA (0.3), PBR KNOXVILLE (0.3),
                                     PEUGEOT JAPY (0.3), RASSINI SA DE CV
                                     (0.3), RIVERSIDE CLAIMS (0.3), SONY
                                     ERICSSON (0.3), TEXAS INSTRUMENTS
                                     (0.3), BRIX GROUP (0.3), CHERRY CORP
                                     (0.3), UNIVERSAL TOOL (0.3), AND
                                     VICTORY PACKAGING (0.3); REVIEW DOCKET
                                     RE: CLAIMS-RELATED PLEADINGS (0.2) AND
                                     CLAIMS-RELATED CORRESPONDENCE (0.2);
                                     PREPARE FOR DEC. 11 CLAIMS HEARING
                                     (0.7); WORK ON SETTLEMENT AGREEMENTS
                                     RE: CLAIMS OF AB AUTOMOTIVE (0.5), BRUSH
                                     WELLMAN (0.2), GOBAR SYSTEMS (0.2), AND
                                     MILLIKEN (0.2); WORK ON RESOLVING LOW
                                     VARIANCE CLAIMS (1.8); ANALYZE AND WORK
                                     ON RESOLUTION OF CLAIMS OF HENKEL
                                     CORPORATION (0.3), DUPONT (0.2), TI
                                     AUTOMOTIVE (0.3), GENERAL PRODUCTS CORP
                                     (0.2), BASF (0.2), INA CORP (0.2), STATE
                                     OF NEW JERSEY DEPT OF TAXATION (0.2),
                                     INFINEON (0.2), AND FREUDENBERG NOK
                                     (0.5); FORMULATE STRATEGY RE: 24TH
                                     OMNIBUS CLAIMS OBJECTION (0.5).
```

B43E

WHARTON JN        12/04/07      11.70    CONTINUE WORK ON RESOLVING LOW VARIANCE
                                         CLAIMS (0.6); REVIEW DOCKET FOR
                                         CLAIMS-RELATED PLEADINGS (0.2);
                                         ANALYZE CLAIMS HELD BY UNION MEMBERS
                                         (0.5); TELECONFERENCES WITH B.
                                         LOCRICCHIO (0.2) AND K. CRAFT (0.4) OF
                                         DELPHI RE: CLAIMS; CONTINUE WORK ON
                                         STATEMENTS OF DISPUTED ISSUES RE:
                                         CLAIMS OF CARLISLE ENGINEERED PRODUCTS
                                         (0.3), CROWN ENTERPRISES (0.3),
                                         EMPRESAS CA LE TIEXCALA (0.3), GENERAL
                                         PRODUCTS CORP (0.3), NSS TECHNOLOGIES
                                         (0.3), PBR AUSTRALIA (0.3), PBR
                                         KNOXVILLE (0.3), PEUGEOT JAPY (0.3),
                                         RASSINI SA DE CV (0.3), RIVERSIDE CLAIMS
                                         (0.3), SONY ERICSSON (0.3), TEXAS
                                         INSTRUMENTS (0.3), BRIX GROUP (0.3),
                                         CHERRY CORP (0.3), UNIVERSAL TOOL
                                         (0.3), AND VICTORY PACKAGING (0.3);
                                         CONTINUE WORK ON 24TH OMNIBUS CLAIMS
                                         OBJECTION (0.4); CONTINUE WORK ON
                                         CLAIMS OF BRIX GROUP (0.4), FREUDENBERG
                                         NOK (0.4), MEAD WESTVACO (0.3), CTS CORP
                                         (0.2), ROBERT BOSCH GMBH (0.3), BRUSH
                                         WELLMAN (0.2), INFINEON (0.2), GENERAL
                                         PRODUCTS CORP (0.2), AB AUTOMOTIVE
                                         (0.2), PBR AUSTRALIA (0.2), AND
                                         COMERICA (0.2); CONTINUE TO PREPARE FOR
                                         JAN. 31 (0.7) AND FEB. 7-8 (.8) CLAIMS
                                         HEARINGS; WORK ON NOTICES OF
                                         PRESENTMENT FOR DEC. 11 CLAIMS .HEARING
                                         (0.3).

WHARTON JN        12/05/07      15.30    TELECONFERENCE WITH D. UNRUE, J. RUHM,
                                         AND D. EVANS OF DELPHI, AND A. FRANKUM
                                         AND T. BEHNKE OF FTI RE: TREATMENT OF
                                         CURE CLAIMS (1.8); PREPARE FOR JAN. 31
                                         (1.5) AND FEB. 7-8 (3.2) CLAIMS
                                         HEARINGS; TELECONFERENCE WITH D. UNRUE
                                         AND J. DELUCA OF DELPHI AND A. FRANKUM
                                         AND T. BEHNKE OF FTI RE: WEEKLY CLAIMS
                                         MANAGEMENT MEETING (2.0); WORK ON
                                         CLAIMS OF ROBERT BOSCH GMBH (0.2) AND
                                         PIONEER AUTOMOTIVE (0.2); PREPARE
                                         NOTICES OF HEARING FOR FEB. 7-8 CLAIMS
                                         HEARING (2.5) AND STATEMENTS OF
                                         DISPUTED ISSUES FOR CARLISLE ENGINEERED
                                         PRODUCTS (0.2), CROWN ENTERPRISES
                                         (0.3), EMPRESAS (0.2), GENERAL PRODUCTS
                                         CORP (0.3), NSS TECHNOLOGIES (0.2), PBR
                                         AUSTRALIA (0.2), PBR KNOXVILLE (0.2),
                                         RASSINI (0.2), RIVERSIDE CLAIMS (0.2),
                                         TEXAS INSTRUMENTS (0.4), BRIX GROUP
                                         (0.4), AND CHERRY CORP (0.3); REVIEW
                                         DOCKET FOR CLAIMS-RELATED PLEADINGS
                                         (0.3) AND CLAIMS-RELATED
                                         CORRESPONDENCE (0.5).

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 12/06/07 | 13.10 | ANALYZE AND WORK ON RESOLVING CLAIMS OF TI AUTOMOTIVE (0.2), O&R PRECISION (0.2), ACTCO TOOL (0.2), BRIX GROUP (0.4), ALPS AUTOMOTIVE (0.2), CTS CORP (0.2), COLLINS & AIKMAN (0.2), PIC PRODUCTIVITY (0.2), AND ROBERT BOSCH (0.2); CONTINUE WORK ON STATEMENTS OF DISPUTED ISSUES FOR CLAIMS TO BE SET FOR HEARING ON FEB. 7 (2.4) AND PREPARE NOTICES OF HEARING RE: SAME (0.9); PREPARE FOR JAN. 31 (1.6) AND FEB. 7 (3.5) CLAIMS HEARINGS; TELECONFERENCE WITH C. MICHELS RE: CLAIMS (0.5); WORK ON RESOLVING LOW-VARIANCE CLAIMS (2.2). |
| WHARTON JN | 12/07/07 | 8.10 | REVIEW MEET AND CONFER LETTERS FOR FEB. 7-8 CLAIMS HEARING (0.7); WORK ON CLAIMS OF ENTERGY MISSISSIPPI (0.2), CONTRARIAN FUNDS (0.3), MILLENNIUM INDUSTRIES (0.2), CHERRY CORPORATION (0.2), PIC PRODUCTIVITY (0.3), C. CLARK (0.2), UNIVERSAL TOOL (0.2), AB AUTOMOTIVE (0.1), AND HENKEL CORP (0.4); TELECONFERENCE WITH J. DELUCA OF DELPHI RE: CLAIMS (0.1); PREPARE FOR DEC. 11 CLAIMS HEARING (0.3); FORMULATE STRATEGY RE: RESOLVING CLAIMS (1.3); CONTINUE WORK ON STATEMENTS OF DISPUTED ISSUES FOR CLAIMS OF CARLISLE ENGINEERED PRODUCTS (0.2), CROWN ENTERPRISES (0.2), EMPRESAS (0.2), GENERAL PRODUCTS CORP (0.4), NSS TECHNOLOGIES (0.2), PBR AUSTRALIA (0.2), PBR KNOXVILLE (0.2), RASSINI (0.2), RIVERSIDE CLAIMS (0.2), TEXAS INSTRUMENTS (0.2), BRIX GROUP (0.2), AND CHERRY CORP (0.2); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2); TELECONFERENCE WITH D. WINDERS, COUNSEL FOR CADENCE INNOVATIONS, RE: CLAIM (0.1); PREPARE FOR FEB. 7-8 CLAIMS HEARING (0.7). |
| WHARTON JN | 12/09/07 | 2.10 | CONTINUE WORK ON STATEMENTS OF DISPUTED ISSUES FOR CLAIMS OF CROWN ENTERPRISES (0.2), EMPRESAS (0.2), GENERAL PRODUCTS CORP (0.3), PBR AUSTRALIA (0.2), PBR KNOXVILLE (0.2), RIVERSIDE CLAIMS (0.2), TEXAS INSTRUMENTS (0.4), BRIX GROUP (0.2), AND CHERRY CORP (0.2). |

B43E

| WHARTON JN | 12/10/07 | 16.80 | REVIEW AGENDA FOR DEC. 11 CLAIMS HEARING (0.5); FORMULATE STRATEGY RE: MEET AND CONFERS FOR CLAIMS TO BE HEARD AT FEB. 7-8 CLAIMS HEARING (0.8); REVIEW STATEMENTS OF DISPUTED ISSUES FOR CLAIMS OF CARLISLE ENGINEERED PRODUCTS (0.3), CROWN ENTERPRISES (0.4), EMPRESAAS CA LE TIEXCALA (0.3), GENERAL PRODUCTS CORP (0.5), NSS TECHNOLOGIES (0.3), PBR AUSTRALIA (0.4), PBR KNOXVILLE (0.3), PEUGEOT JAPY (0.4), RASSINI SA DE CV (0.3), RIVERSIDE CLAIMS (0.3), TEXAS INSTRUMENTS (0.5), BRIX GROUP (0.6), CHERRY CORP (0.4); TELECONFERENCES WITH D. UNRUE OF DELPHI RE: CLAIMS (0.5); WORK ON CLAIMS OF CTS CORP (0.2), PIC PRODUCTIVITY (0.2), BRUSH WELLMAN (0.2), COMERICA (0.2), GENERAL PRODUCTS (0.5), VALEO (0.5), EATON CORP (0.5), TEXAS INSTRUMENTS (0.7), UNIVERSAL TOOL (0.4), VICTORY PACKAGING (0.4), RAWAC PLATING (0.5); CONTINUE TO PREPARE FOR DEC. 11 CLAIMS HEARING (1.2); REVIEW SETTLEMENT AGREEMENTS WITH CONTRARIAN FUNDS (0.7); CONTINUE TO PREPARE FOR FEB. 7-8 CLAIMS HEARING (2.9); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.4); CONTINUE TO WORK TO RESOLVE LOW VARIANCE CLAIMS (0.5). |
|---|---|---|---|
| WHARTON JN | 12/11/07 | 4.70 | TELECONFERENCE WITH C. WEBER, COUNSEL FOR FIRSTENERGY RE: CLAIM (0.2) AND WORK ON SETTLEMENT AGREEMENT RE: SAME (0.2); TELECONFERENCE WITH J. DERIAN OF DELPHI RE: SUPPLIER CLAIM (0.2); TELECONFERENCE WITH K. CRAFT OF DELPHI RE: CLAIMS (0.2); REVIEW SUFFICIENCY BRIEF RE: CLAIM OF LIGHTSOURCE (0.2); CONTINUE TO WORK TO RESOLVE LOW VARIANCE CLAIMS (0.2); WORK TO RESOLVE CLAIMS OF LIGHTSOURCE; CONTINUE WORK ON STATEMENTS OF DISPUTED ISSUES FOR CLAIMS OF CROWN ENTERPRISES (0.2), GENERAL PRODUCTS CORP (0.2), NSS TECHNOLOGIES (0.2), PBR AUSTRALIA (0.3), PBR KNOXVILLE (0.4), PEUGEOT JAPY (0.2), TEXAS INSTRUMENTS (0.2), CARLISLE ENGINEERED PRODUCTS (0.2), CTS CORP (0.2), BRIX GROUP (0.5), CHERRY CORP (0.3), UNIVERSAL TOOL (0.2), AND VICTORY PACKAGING (0.4). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| WHARTON JN | 12/12/07 | 14.10 | CONTINUE TO FORMULATE STRATEGY RE: TREATMENT OF CLAIMS IN RIGHTS OFFERING (0.5); CONTINUE TO PREPARE FOR FEB. 7-8 CLAIMS HEARING (2.1); CONTINUE WORK ON CLAIMS OF CHERRY CORP (0.2), CTS CORP (0.5), CROWN ENTERPRISES (0.2), MORGAN ADVANCED CERAMICS (0.2), AND UNIVERSAL TOOL (0.3); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2); WORK ON LETTERS TO BE SENT TO HOLDERS OF LOW VARIANCE CLAIMS (0.5); TELECONFERENCES WITH K. CRAFT (0.2), W. COSNOWSKI (0.2) AND C. BROWN (0.2) OF DELPHI RE: CLAIMS; REVIEW NOTICES OF ADJOURNMENT FOR VARIOUS CLAIMS (0.4); CONTINUE WORK ON STATEMENTS OF DISPUTED ISSUES FOR CLAIMS OF CARLISLE ENGINEERED PRODUCTS (0.3), CTS CORP (0.3), CROWN ENTERPRISES (0.4), EATON CORP (0.7), EMPRESAAS CA LE TIEXCALA (0.3), GENERAL PRODUCTS CORP (0.6), NSS TECHNOLOGIES (0.5), PBR AUSTRALIA (0.3), PBR KNOXVILLE (0.5), PEUGEOT JAPY (0.6), RASSINI SA DE CV (0.5), RIVERSIDE CLAIMS (0.5), SONY ERICSSON (0.3), TEXAS INSTRUMENTS (0.5), BRIX GROUP (0.7), CHERRY CORP (0.7), UNIVERSAL TOOL (0.3), AND VICTORY PACKAGING (0.4). |
|---|---|---|---|
| WHARTON JN | 12/13/07 | 7.10 | CONTINUE TO PREPARE FOR FEB. 7-8 CLAIMS HEARING (0.5); REVIEW STATEMENT OF DISPUTED ISSUES RE: CLAIMS OF ROBERT BOSCH GMBH (0.5); TELECONFERENCE WITH W. COSNOWSKI OF DELPHI RE: CLAIMS (0.2); CONTINUE WORK ON STATEMENTS OF DISPUTED ISSUES RE: CHERRY CORP (0.4), TEXAS INSTRUMENTS (0.4), PBR AUSTRALIA (0.4), PBR KNOXVILLE (0.4), AND BRIX GROUP (0.4); TELECONFERENCES WITH K. CRAFT (0.3) AND D. UNRUE (0.5) OF DELPHI RE: CLAIMS; WORK ON RESOLVING CLAIMS OF UNIVERSAL TOOL (0.2); REVIEW NOTICES OF ADJOURNMENT RE: CLAIMS HEARINGS (0.3); FORMULATE STRATEGY RE: LITIGATING CLAIMS (0.5); PREPARE FOR DEC. 20 OMNIBUS HEARING RE: CLAIMS MATTERS (0.5); CONTINUE WORK ON 24TH OMNIBUS CLAIMS OBJECTION (0.4); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2); UPDATE PRESENTATION FOR STATUTORY COMMITTEES RE: CLAIMS (0.4); REVIEW SETTLEMENT AGREEMENTS RE: CLAIMS OF SELECT INDUSTRIES (0.2), ALPS AUTOMOTIVE (0.2), AND HEWLETT-PACKARD (0.2). |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WHARTON JN | 12/14/07 | 6.60 | WORK ON CLAIMS OF BRUSH WELLMAN (0.3), ROBERT BOSCH GMBH (0.5), TECHNOLOGY PROPERTIES LTD. (0.4), AND UNIVERSAL TOOL (0.2); PREPARE FOR LITIGATION OF CLAIMS AT JAN. 31 (0.6) AND FEB. 7-8 (0.7) CLAIMS HEARINGS; REVIEW AND REVISE SETTLEMENT AGREEMENTS RE: CLAIMS OF EATON CORPORATION (0.2) AND KILROY REALTY (0.2); PREPARE FOR CONFERENCE CALL WITH PLAN INVESTORS' COUNSEL RE: CLAIMS (0.9); REVIEW DOCKET RE: CLAIMS-RELATED PLEADINGS (0.2); FORMULATE STRATEGY RE: COORDINATION OF CURE CLAIMS AND ALLOWED UNSECURED CLAIMS (0.8); TELECONFERENCE WITH D. UNRUE OF DELPHI AND D. BAUMSTEIN, M. SHEPHERD, AND J. RUE OF WHITE & CASE RE: CLAIMS (0.8); ATTEND WEEKLY CLAIMS MANAGEMENT MEETING WITH D. UNRUE, J. DELUCA, B. LOCRICCHIO, AND K. CRAFT OF DELPHI (0.8). |
| WHARTON JN | 12/15/07 | 1.80 | FORMULATE STRATEGY RE: UNLIQUIDATED CLAIMS (0.5); PREPARE FOR JAN. 31 (0.4) AND FEB. 7-8 (0.4) CLAIMS HEARINGS; REVIEW SETTLEMENT AGREEMENT WITH TOWER LIQUIDATING TRUST RE: CLAIM (0.2); PREPARE FOR CLAIMS STRATEGY MEETING ON MON. DEC. 17 (0.3). |
| WHARTON JN | 12/16/07 | 1.70 | FORMULATE STRATEGY RE: LITIGATING ROBERT BOSCH CLAIM (0.5); FORMULATE STRATEGY RE: LITIGATING CLAIMS (0.6); CONTINUE TO PREPARE FOR JAN. 31 (0.3) AND FEB. 7-8 (0.3) CLAIMS HEARINGS. |
| WHARTON JN | 12/17/07 | 9.80 | PREPARE FOR SENIOR CLAIMS STRATEGY MEETING (0.8); WORK ON OMNIBUS REPLY RE: 23RD OMNIBUS CLAIMS OBJECTION (0.8); FORMULATE STRATEGY RE: LITIGATING CLAIMS (1.7); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.3); WORK ON CLAIMS OF TECHNOLOGY PROPERTIES LTD. (0.8), ROBERT BOSCH GMBH (0.7); TELECONFERENCES WITH W. COSNOWSKI OF DELPHI AND B. PATEL OF BANNER & WITCOFF RE: BOSCH CLAIM (1.0); ATTEND CLAIMS STRATEGY MEETING WITH D. UNRUE, K. CRAFT, AND J. SHEEHAN OF DELPHI (1.1); TELECONFERENCE WITH D. UNRUE OF DELPHI AND R. MCDOWELL AND D. NOWACESKI, COUNSEL TO FREUDENBERG NOK AND L. SMITH AND C. BJORKLUND OF FREUDENBERG NOK RE: MEET AND CONFER FOR CLAIM (0.8); REVIEW NOTICES OF ADJOURNMENT FOR CLAIMS SET FOR HEARING (0.3); REVIEW NOTICE OF DISMISSAL RE: CADENCE CLAIM (0.4); REVIEW SETTLEMENT AGREEMENTS RE: CLAIMS OF PEUGEOT JAPY (0.2), MILLIKEN (0.2), AND VALEO (0.1); FORMULATE STRATEGY RE: UNLIQUIDATED CLAIMS (0.4); REVIEW NOTICE OF TOWER SETTLEMENT (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      12/18/07      5.40    CONTINUE WORK ON OMNIBUS REPLY RE: 23RD
                                      OMNIBUS CLAIMS OBJECTION (0.5); NOTICE
                                      OF DISMISSAL RE: CADENCE INNOVATIONS
                                      CLAIM (0.2) AND TELECONFERENCE WITH D.
                                      WENDERS, COUNSEL FOR CADENCE
                                      INNOVATIONS RE: SAME (0.1); FORMULATE
                                      STRATEGY RE: LITIGATING CLAIMS (1.8)
                                      AND RESOLVING LOW VARIANCE CLAIMS
                                      (0.7); ANALYZE CLAIMS HELD BY AD HOC
                                      TRADE CREDITORS COMMITTEE (0.8); WORK
                                      ON RESOLVING CLAIMS OF ROBERT BOSCH GMBH
                                      (0.4), TECHNOLOGY PROPERTIES (0.5), AND
                                      CALSONIC KANSEI (0.4).

WHARTON JN      12/19/07      8.40    CONTINUE WORK ON 24TH OMNIBUS CLAIMS
                                      OBJECTION (1.0); REVIEW COMMENTS ON
                                      SETTLEMENT AGREEMENT FROM COUNSEL FOR
                                      AB AUTOMOTIVE (0.2); REVIEW SETTLEMENT
                                      AGREEMENT RE: CLAIM OF EMPRESAS (0.1);
                                      CONTINUE TO FORMULATE STRATEGY RE: LOW
                                      VARIANCE CLAIMS (0.3); CONTINUE TO
                                      REVIEW STATUS OF CLAIMS HELD BY MEMBERS
                                      OF AD HOC TRADE CREDITORS COMMITTEE
                                      (0.3); REVIEW STATUS OF TOP 15 CLAIMS
                                      (0.3); REVIEW CLAIMS-RELATED
                                      CORRESPONDENCE (0.2) AND DOCKET FOR
                                      CLAIMS-RELATED PLEADINGS (0.2);
                                      PREPARE FOR WEEKLY CLAIMS MEETING
                                      (0.6); FORMULATE STRATEGY RE: CLAIMS
                                      ASSERTED BY UNION MEMBERS (0.4);
                                      TELECONFERENCE WITH D. UNRUE, J. DELUCA
                                      AND B. LOCRICCHIO OF DELPHI (0.7) RE:
                                      WEEKLY CLAIMS MEETING; TELECONFERENCE
                                      WITH D. UNRUE AND R. JAKUBIEWEC OF
                                      DELPHI RE: MOLEX CONNECTOR CORP CLAIM
                                      (0.3) AND MEET AND CONFER WITH COUNSEL
                                      FOR MOLEX (0.6); TELECONFERENCE WITH W.
                                      SMITH, COUNSEL FOR TECHNOLOGY
                                      PROPERTIES LTD. RE: CLAIM (0.2); WORK ON
                                      CLAIMS OF ROBERT BOSCH GMBH (0.6) AND
                                      TECHNOLOGY PROPERTIES (0.8); REVIEW
                                      SETTLEMENT AGREEMENTS RE: CLAIMS OF
                                      GENERAL PRODUCTS CORP (0.1), MOLEX
                                      CONNECTOR CORP (0.1), AND PBR KNOXVILLE
                                      (0.1); PREPARE FOR DEC. 20 OMNIBUS
                                      HEARING RE: CLAIMS (0.4); FORMULATE
                                      STRATEGY RE: AMENDING SCHEDULES (0.4);
                                      FORMULATE STRATEGY RE: CLAIMS OF BRIX
                                      GROUP (0.3) AND VICTORY PACKAGING
                                      (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        12/20/07        12.70    TELECONFERENCE WITH W. SMITH, COUNSEL
                                           TO TECHNOLOGY PROPERTIES (0.2) AND WORK
                                           ON STIPULATION RESOLVING CLAIM (0.8);
                                           PREPARE FOR MEET AND CONFER RE: CLAIM OF
                                           ROBERT BOSCH GMBH (0.7); TELECONFERENCE
                                           WITH D. UNRUE OF DELPHI RE: CLAIMS
                                           (0.5); FORMULATE STRATEGY RE: DISCOVERY
                                           WITH RESPECT TO LITIGATED CLAIMS (1.3);
                                           FORMULATE STRATEGY RE: CLAIM OF VICTORY
                                           PACKAGING (0.2); REVIEW STATUS OF
                                           CLAIMS HELD BY MEMBERS OF AD HOC TRADE
                                           CREDITORS COMMITTEE (0.5); CONTINUE TO
                                           PREPARE FOR JAN. 10 (0.8), JAN. 31
                                           (1.5), AND FEB. 7-8 (1.5) CLAIMS
                                           HEARINGS; REVIEW STATUS OF JP MORGAN
                                           CLAIMS (0.2); CONTINUE TO WORK ON
                                           SETTLEMENT OF LOW VARIANCE CLAIMS
                                           (0.6); CONTINUE TO WORK ON CLAIMS OF
                                           CONESTOGA ROVERS (0.2), BRIX GROUP
                                           (0.2), AND UNIVERSAL TOOL (0.2);
                                           CONTINUE WORK ON 24TH OMNIBUS CLAIMS
                                           OBJECTION (1.0); FORMULATE STRATEGY RE:
                                           LITIGATING CLAIMS (0.7); REVIEW DOCKET
                                           RE: CLAIMS-RELATED PLEADINGS (0.3);
                                           WORK ON DUE DILIGENCE RE: CURE AMOUNTS
                                           (0.7); TELECONFERENCES WITH J. RUHM OF
                                           DELPHI (0.2) AND E. WEBER OF FTI (0.4)
                                           RE: SAME.

WHARTON JN        12/21/07        10.40    REVIEW DISCOVERY REQUESTS WITH RESPECT
                                           TO CLAIMS THAT HAVE BEEN NOTICED FOR
                                           HEARING (0.5); TELECONFERENCES WITH W.
                                           COSNOWSKI OF DELPHI, G. TOERING,
                                           COUNSEL FOR ROBERT BOSCH GMBH, AND
                                           REPRESENTATIVES OF BOSCH RE: SETTLEMENT
                                           OF BOSCH'S CLAIM (2.5); TELECONFERENCES
                                           WITH W. COSNOWSKI OF DELPHI AND B. PATEL
                                           OF BANNER & WITCOFF RE: SAME (1.5);
                                           FORMULATE STRATEGY RE: SETTLEMENT OF
                                           BOSCH CLAIM (0.8) AND DRAFT SUMMARY RE:
                                           SAME (1.5); CONTINUE WORK ON 24TH
                                           OMNIBUS CLAIMS OBJECTION (1.7);
                                           CONTINUE TO FORMULATE STRATEGY RE: LOW
                                           VARIANCE CLAIMS (0.5); REVIEW DOCKET
                                           RE: CLAIMS-RELATED PLEADINGS (0.2);
                                           CONTINUE TO FORMULATE STRATEGY RE:
                                           RESOLVING CLAIMS (0.7); REVIEW STATUS
                                           OF CLAIMS HELD BY MEMBERS OF AD HOC TRADE
                                           CREDITORS' COMMITTEE (0.5).

WHARTON JN        12/24/07        7.10     WORK ON DISCOVERY FOR LITIGATION OF
                                           CLAIMS OF INTESYS (1.4), FREUDENBERG
                                           NOK (1.4), AKEBONO CORP (1.4), AND KENSA
                                           LLC (1.4); FORMULATE STRATEGY RE:
                                           CLAIMS HELD BY AD HOC TRADE CREDITORS
                                           COMMITTEE (1.2) AND CLAIM OF BRIX GROUP
                                           (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 12/26/07 | 4.80 | WORK ON RESOLVING CLAIMS OF INTESYS (0.2), FREUDENBERG NOK (0.2), BRIX GROUP (0.2), VICTORY PACKAGING (0.2), BRUSH WELLMAN (0.5), ROBERT BOSCH GMBH (0.2), AND TECHNOLOGY PROPERTIES LTD. (0.2); CONTINUE TO REVIEW CLAIMS HELD BY MEMBERS OF AD HOC TRADE CREDITORS COMMITTEE (0.5); TELECONFERENCE WITH T. BEHNKE OF FTI RE: CLAIMS (0.2); FORMULATE STRATEGY RE: RESOLVING CLAIMS (1.5); TELECONFERENCE WITH H. MAGALIFF OF TOGUT SEGAL & SEGAL AND D. UNRUE OF DELPHI RE: CLAIMS (0.2); PREPARE FOR JAN. 10 CLAIMS HEARING (0.7). |
| WHARTON JN | 12/27/07 | 5.60 | TELECONFERENCES WITH D. UNRUE OF DELPHI RE: CLAIMS (0.5); PREPARE BRIEFS FOR CLAIMS TO BE HEARD AT JAN. 31 CLAIMS HEARING (1.5); WORK ON CLAIMS OF FREUDENBERG NOK (0.2), BRUSH WELLMAN (0.3), AND CHERRY CORP. (0.2); TELECONFERENCE WITH H. MAGALIFF OF TOGUT SEGAL RE: CLAIMS (0.3); FORMULATE STRATEGY RE: UNLIQUIDATED CLAIMS (0.8) AND RESOLVING CLAIMS (1.8). |
| WHARTON JN | 12/28/07 | 3.20 | PREPARE FOR JANUARY 10 CLAIMS HEARING (1.2); REVIEW CLAIMS HELD BY MEMBERS OF AD HOC TRADE CREDITORS COMMITTEE (1.6); WORK ON CLAIMS OF SHERWIN WILLIAMS (0.2) AND CROWN ENTERPRISES (0.2). |
| WHARTON JN | 12/29/07 | 3.10 | CONTINUE TO REVIEW CLAIMS HELD BY MEMBERS OF AD HOC TRADE CREDITORS COMMITTEE (0.5); WORK ON STIPULATIONS RE: CLAIMS OF ROBERT BOSCH (0.4) AND TECHNOLOGY PROPERTIES (0.3); WORK ON CLAIM OF BRUSH WELLMAN (0.2); REVISE NOTICE RE: CLAIM OF TOWER AUTOMOTIVE (0.2); FORMULATE STRATEGY RE: RESOLVING CLAIMS (0.7); PREPARE FOR JAN. 10 CLAIMS HEARING (0.8). |
| WHARTON JN | 12/31/07 | 7.50 | DRAFT CORRESPONDENCE TO D. ZIMAN OF KASOWITZ BENSON ET AL, COUNSEL TO AD HOC TRADE CREDITORS COMMITTEE, RE: CLAIMS (0.5) AND ANALYZE CLAIMS HELD BY COMMITTEE MEMBERS (1.5); WORK ON STIPULATIONS RESOLVING CLAIMS OF R.BOSCH (0.4) AND TECHNOLOGY PROPERTIES (0.4); PREPARE FOR JANUARY 10 (0.7) AND JANUARY 31 (0.7) CLAIMS HEARINGS; REVIEW AND REVISE BRIEFS RE: CLAIMS OF AKEBONO CORP (0.5), INTESYS INC. (0.5), FRY'S METAL (0.5), AND METALFORMING TECHNOLOGIES INC. (0.5); TELECONFERENCES WITH D. UNRUE OF DELPHI RE: CLAIMS ISSUES (1.3). |

196.30

**Total Associate**                     **1,466.90**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CHAVALI A | 12/04/07 | 4.30 | FINALIZE AND FILE 11 NOTICES OF PRESENTMENTS, 3 NOTICES OF ADJOURNMENT AND 10 STATEMENT OF DISPUTED ISSUES (2.8); PREPARE DRAFT HEARING AGENDA FOR DEC 11 (1.5). |
| CHAVALI A | 12/05/07 | 2.70 | CONFIRM CLAIMS RELATED FILINGS; INVESTIGATE TOTAL NUMBER OF FILINGS AND ACCOUNT FOR MISSING MATTERS (1.6); FILE MEAD STATEMENT OF DISPUTED ISSUES (0.4); DISTRIBUTE FILED NOTICES (1.1). |
| CHAVALI A | 12/10/07 | 3.20 | PREPARE CLAIMS STIPULATIONS ON DISKS FOR SUBMISSION (1.8); PREPARE HEARING MATERIALS FOR CLAIMS HEARING (1.4). |
| CHAVALI A | 12/11/07 | 1.80 | ATTEND CLAIMS HEARING (1.2); SET UP AND ORGANIZE FILES FOR CLAIMS HEARING (0.6). |
| CHAVALI A | 12/14/07 | 1.00 | PREPARE STIPULATIONS ON DISK FOR SUBMISSION TO COURT (0.6); DISTRIBUTE PLEADINGS (0.4). |
| CHAVALI A | 12/17/07 | 2.20 | ASSIST WITH FILING OF NOTICES (2.2). |
| | | **15.20** | |
| DEMMA J | 12/04/07 | 3.10 | PREPARE DRAFT AGENDA FOR DECEMBER 11, 2007 HEARING (3.1). |
| DEMMA J | 12/05/07 | 4.50 | PREPARE/FILE VARIOUS NOTICES OF HEARING (2.3); UPDATE DECEMBER 11, 2007 HEARING AGENDA (1.6); UPDATE STIPULATION TRACKING CHART (0.6). |
| DEMMA J | 12/08/07 | 1.30 | UPDATE DECEMBER 11, 2007 CLAIMS AGENDA (1.3). |
| DEMMA J | 12/10/07 | 2.80 | UPDATE CLAIMS AGENDA (1.1); UPDATE STIPULATION TRACKING CHART (1.1); UPDATE CLAIMS OBJECTION FILES (0.6). |
| DEMMA J | 12/11/07 | 2.10 | UPDATE STIPULATION FILES (0.9); DISTRIBUTE RESPONSES TO TWENTY-THIRD OMNI (0.6); PREPARE/FILE VARIOUS NOTICES (0.6). |
| DEMMA J | 12/12/07 | 6.70 | PREPARE APPENDICES FOR TOWER AUTOMOTIVE REPLY BRIEF (1.6); COORDINATE PRODUCTION OF TOWER AUTOMOTIVE APPENDICES (0.6); UPDATE CLAIMS WITHDRAWAL CHART (1.4); PREPARE/FILE VARIOUS NOTICE OF PRESENTMENT AND NOTICES OF DISPUTED ISSUES (3.1). |
| DEMMA J | 12/13/07 | 3.80 | UPDATE WITHDRAWAL CHART (1.1); PREPARE/DISTRIBUTE RESPONSES TO TWENTY-THIRD OMNIBUS OBJECTION (0.6); PREPARE/FILE VARIOUS NOTICES OF ADJOURNMENT (2.1). |
| DEMMA J | 12/14/07 | 0.70 | PREPARE/DISTRIBUTE RESPONSES TO TWENTY-THIRD OMNIBUS OBJECTION (0.7). |
| DEMMA J | 12/18/07 | 0.90 | UPDATE STIPULATION FILES (0.9). |

B43E

| | | | |
|---|---|---|---|
| DEMMA J | 12/19/07 | 6.70 | COORDINATE SERVICE OF DEBTORS' REPLY TO TWENTY-THIRD OMNIBUS OBJECTION AND STATE OF MICHIGAN REPLY BRIEF (0.6); UPDATE TWENTY-THIRD OMNI RESPONSE FILES (0.7); PREPARE/FILE STATE OF MICHIGAN REPLY BRIEF (5.4). |
| DEMMA J | 12/20/07 | 3.80 | UPDATE STIPULATION FILES (1.1); UPDATE CLAIMS RESPONSE FILES (1.1); PREPARE STIPULATIONS AND SETTLEMENT AGREEMENTS FOR CLIENT REVIEW (1.6). |
| DEMMA J | 12/21/07 | 1.50 | UPDATE OMNIBUS RESPONSE FILES (1.1); PREPARE/FILES TWENTY-FOURTH OMNIBUS OBJECTION (0.4). |

**37.90**

| | | | |
|---|---|---|---|
| FIGUEROA T | 12/04/07 | 0.40 | PULL AND DISTRIBUTE SPECIFIC CLAIMS RELATED PLEADINGS TO ATTORNEY TEAM (0.4). |
| FIGUEROA T | 12/10/07 | 5.50 | PULL AND DISTRIBUTE CLAIMS RELATED PLEADINGS AND CLOSURES OBJECTIONS FOR ATTORNEY REVIEW (0.8); UPDATE MOTION SUMMARY CHART WITH THE PREVIOUS WEEK'S PLEADINGS (4.7). |
| FIGUEROA T | 12/19/07 | 0.80 | DISTRIBUTE SPECIFIC CLAIMS RELATED PLEADINGS (0.8). |
| FIGUEROA T | 12/20/07 | 1.10 | REVIEW PROOFS OF CLAIMS PRIOR TO THE HEARING (1.1). |

**7.80**

| | | | |
|---|---|---|---|
| KLIMEK MV | 12/10/07 | 3.40 | ASSIST WITH COMPILATION OF DEPOSITION PREPARATION BINDER WITH RESPECT TO NUTECH CLAIM (0.3); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, PLEADINGS, DISCOVERY, AND ATTORNEY WORK PRODUCT IN TOWER AUTO CLAIM (1.7); ASSIST WITH SUPPLEMENTAL DOCUMENT PRODUCTION WITH RESPECT TO SAME (1.4). |
| KLIMEK MV | 12/11/07 | 4.20 | CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, DOCUMENT PRODUCTION, PLEADINGS, AND ATTORNEY WORK PRODUCT IN TOWER AUTO CONTESTED CLAIM (4.2). |
| KLIMEK MV | 12/17/07 | 5.30 | ASSIST WITH DEPOSITION PREPARATION IN NUTECH MATTER (1.5); CONTINUE TO COMPILE RECORD OF CORRESPONDENCE, DISCOVERY, ATTORNEY WORK PRODUCT, AND PLEADINGS FOR CONTESTED CLAIMS FILES (3.8). |
| KLIMEK MV | 12/18/07 | 0.90 | ASSIST WITH DEPOSITION PREPARATION IN NUTECH CLAIM (0.9). |

**13.80**

| | | | |
|---|---|---|---|
| SHRAGO R | 12/06/07 | 2.90 | FILE NOTICES OF ADJOURNMENT/NOTICES OF HEARING AND COORDINATE SERVICE WITH KCC (2.9). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SHRAGO R | 12/11/07 | 2.00 | PREPARE MATERIALS FOR COURT (0.4); SET UP FOR HEARING AT COURT (0.8); ASSIST AT CLAIMS HEARING (0.6); DRAFT AND REVIEW CORRESPONDENCE RE: CLAIMS HEARING (0.2). |
| SHRAGO R | 12/17/07 | 1.70 | COMMUNICATE WITH CLAIMS TEAM RE: NOTICES OF HEARING (0.3); COMMUNICATE WITH KCC RE: NOTICES (0.2); FILE NOTICES AND COORDINATE SERVICE WITH KCC (1.2). |
| SHRAGO R | 12/28/07 | 0.40 | FILE AND COORDINATE SERVICE OF NOTICE OF ADJOURNMENT (0.4). |
| | | 7.00 | |
| **Total Legal Assistant** | | **81.70** | |
| ~~GALLAGHER T~~ | ~~12/03/07~~ | ~~2.20~~ | ~~MAINTAIN CLAIM IMAGEBASE (2.2).~~ |
| ~~GALLAGHER T~~ | ~~12/04/07~~ | ~~2.40~~ | ~~MAINTAIN FILES FOR TOWER AUTO (2.4).~~ |
| ~~GALLAGHER T~~ | ~~12/10/07~~ | ~~0.50~~ | ~~MAINTAIN CLAIM IMAGEBASE (0.5).~~ |
| ~~GALLAGHER T~~ | ~~12/13/07~~ | ~~0.50~~ | ~~MAINTAIN CLAIM IMAGEBASE (0.5).~~ |
| ~~GALLAGHER T~~ | ~~12/17/07~~ | ~~3.70~~ | ~~MAINTAIN CLAIMS IMAGEBASE (3.7).~~ |
| ~~GALLAGHER T~~ | ~~12/18/07~~ | ~~2.00~~ | ~~MAINTAIN CLAIMS IMAGEBASE (2.0).~~ |
| ~~GALLAGHER T~~ | ~~12/19/07~~ | ~~6.60~~ | ~~MAINTAIN CLAIMS IMAGEBASE (6.6).~~ |
| ~~GALLAGHER T~~ | ~~12/20/07~~ | ~~6.70~~ | ~~MAINTAIN CLAIMS IMAGEBASE (6.7).~~ |
| ~~GALLAGHER T~~ | ~~12/21/07~~ | ~~3.70~~ | ~~MAINTAIN CLAIMS IMAGEBASE (3.7).~~ |
| ~~GALLAGHER T~~ | ~~12/27/07~~ | ~~3.20~~ | ~~MAINTAIN CLAIMS IMAGEBASE (3.2).~~ |
| | | ~~31.50~~ | |
| RIVERA M | 12/12/07 | 2.30 | PREPARE EXHIBITS TO TOWER REPLY BRIEF (2.3). |
| | | 2.30 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WORSCHECK TM | 12/04/07 | 5.30 | PREPARE DOCUMENTS RE: PROPOSED SIXTEENTH CLAIMS HEARING AGENDA (5.3). |
| WORSCHECK TM | 12/05/07 | 6.60 | PREPARE DOCUMENTS RE: PROPOSED SIXTEENTH CLAIMS HEARING AGENDA (6.6). |
| WORSCHECK TM | 12/06/07 | 6.30 | PREPARE DOCUMENTS RE: PROPOSED SIXTEENTH CLAIMS HEARING AGENDA (6.3). |
| WORSCHECK TM | 12/11/07 | 3.60 | PREPARE DOCUMENTS RE: PROPOSED TWENTY-SIXTH OMNIBUS HEARING AGENDA (3.6). |
| WORSCHECK TM | 12/12/07 | 1.30 | PREPARE DOCUMENTS RE: PROPOSED TWENTY-SIXTH OMNIBUS HEARING AGENDA (1.3). |
| | | 23.10 | |
| Total Legal Assistant Support | | 56.90 | |
| TOTAL TIME | | 1,845.10 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP))                          Bill Date: 01/31/08
Claims Admin. (General)                            Bill Number: 1208196

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/07/07 | Lyons JK | -123.41 |
| Air/Rail Travel - vendor feed | 12/10/07 | Lyons JK | 1,454.58 |
| Air/Rail Travel - vendor feed | 12/10/07 | Diaz LB | 1,146.75 |
| Air/Rail Travel - vendor feed | 12/11/07 | Perl MW | 335.32 |
| Air/Rail Travel - vendor feed | 12/12/07 | Lyons JK | -550.88 |
| Air/Rail Travel - vendor feed | 12/12/07 | Lyons JK | 550.88 |
| Air/Rail Travel - vendor feed | 12/13/07 | Wharton JN | 335.32 |
| Air/Rail Travel - vendor feed | 12/14/07 | Campanario ND | 295.83 |
| Air/Rail Travel - vendor feed | 12/16/07 | Wharton JN | 291.23 |
| Air/Rail Travel - vendor feed | 12/18/07 | Diaz LB | 1,166.75 |
| Air/Rail Travel - vendor feed | 12/18/07 | Howe EJ | 1,245.20 |
| Air/Rail Travel - vendor feed | 12/19/07 | Wharton JN | -1,121.75 |
| Air/Rail Travel - vendor feed | 12/19/07 | Campanario ND | 172.11 |
| Air/Rail Travel - vendor feed | 12/19/07 | Wharton JN | 1,166.75 |
| Air/Rail Travel - vendor feed | 12/20/07 | Diaz LB | 153.91 |
| Air/Rail Travel - vendor feed | 12/21/07 | Campanario ND | 170.41 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$6,689.00** |
| In-house Reproduction | 12/04/07 | Copy Center, D | 34.30 |
| In-house Reproduction | 12/07/07 | Copy Center, D | 13.50 |
| In-house Reproduction | 12/07/07 | Copy Center, D | 996.66 |
| In-house Reproduction | 12/11/07 | Copy Center, D | 1,353.48 |
| In-house Reproduction | 12/14/07 | Copy Center, D | 5.60 |
| In-house Reproduction | 12/14/07 | Copy Center, D | 189.31 |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/14/07 | Copy Center, D | 23.10 |
| In-house Reproduction | 12/18/07 | Copy Center, D | 295.72 |
| In-house Reproduction | 12/21/07 | Copy Center, D | 233.41 |
| In-house Reproduction | 12/21/07 | Copy Center, D | 1.00 |
| In-house Reproduction | 12/25/07 | Copy Center, D | 87.51 |
| In-house Reproduction | 12/28/07 | Copy Center, D | 0.41 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3,234.00** |
| Lexis/Nexis | 12/01/07 | Platt SJ | 10.69 |
| Lexis/Nexis | 12/03/07 | Bolton IS | 139.80 |
| Lexis/Nexis | 12/07/07 | Hertzig DL | 133.00 |
| Lexis/Nexis | 12/17/07 | Platt SJ | 75.81 |
| Lexis/Nexis | 12/21/07 | Platt SJ | 135.70 |
| | | **TOTAL LEXIS/NEXIS** | **$495.00** |
| Westlaw | 12/01/07 | Platt SJ | 635.19 |
| Westlaw | 12/02/07 | Platt SJ | 33.35 |
| Westlaw | 12/03/07 | Platt SJ | 81.42 |
| Westlaw | 12/03/07 | Duncomb BM | 108.61 |
| Westlaw | 12/03/07 | Howe EJ | 276.62 |
| Westlaw | 12/04/07 | Platt SJ | 61.27 |
| Westlaw | 12/04/07 | Nelson VP | 154.54 |
| Westlaw | 12/04/07 | Tullson CT | 94.60 |
| Westlaw | 12/05/07 | Connors CP | 260.89 |
| Westlaw | 12/05/07 | Howe EJ | 173.64 |
| Westlaw | 12/06/07 | Howe EJ | 399.77 |
| Westlaw | 12/07/07 | Connors CP | 4.58 |
| Westlaw | 12/07/07 | Howe EJ | 110.34 |
| Westlaw | 12/10/07 | Connors CP | 43.80 |
| Westlaw | 12/10/07 | Duncomb BM | 532.31 |
| Westlaw | 12/10/07 | Tullson CT | 121.89 |
| Westlaw | 12/11/07 | Connors CP | 4.58 |
| Westlaw | 12/11/07 | Duncomb BM | 41.35 |
| Westlaw | 12/11/07 | Howe EJ | 74.74 |
| Westlaw | 12/11/07 | Tullson CT | 176.93 |
| Westlaw | 12/12/07 | Duncomb BM | 47.09 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 12/12/07 | Howe EJ | 43.09 |
| Westlaw | 12/12/07 | Quijije KM | 543.08 |
| Westlaw | 12/13/07 | Duncomb BM | 158.00 |
| Westlaw | 12/17/07 | Duncomb BM | 196.46 |
| Westlaw | 12/18/07 | Connors CP | 48.22 |
| Westlaw | 12/19/07 | Perl MW | 13.89 |
| Westlaw | 12/19/07 | Duncomb BM | 182.84 |
| Westlaw | 12/20/07 | Connors CP | 654.39 |
| Westlaw | 12/21/07 | Platt SJ | 10.30 |
| Westlaw | 12/21/07 | Duncomb BM | 88.60 |
| Westlaw | 12/27/07 | Perl MW | 13.71 |
| Westlaw | 12/30/07 | Perl MW | 30.91 |
| | | **TOTAL WESTLAW** | **$5,421.00** |
| Reproduction - color | 12/14/07 | Copy Center, D | 1.51 |
| Reproduction - color | 12/25/07 | Copy Center, D | 31.14 |
| Reproduction - color | 12/29/07 | Copy Center, D | 78.35 |
| | | **TOTAL REPRODUCTION - COLOR** | **$111.00** |
| Vendor Hosted Teleconferencing | 12/03/07 | Teleconferencing Services, LLC | 8.70 |
| Vendor Hosted Teleconferencing | 12/05/07 | Teleconferencing Services, LLC | 2.94 |
| Vendor Hosted Teleconferencing | 12/05/07 | Teleconferencing Services, LLC | 11.40 |
| Vendor Hosted Teleconferencing | 12/06/07 | Teleconferencing Services, LLC | 4.68 |
| Vendor Hosted Teleconferencing | 12/06/07 | Teleconferencing Services, LLC | 4.68 |
| Vendor Hosted Teleconferencing | 12/06/07 | Teleconferencing Services, LLC | 17.82 |
| Vendor Hosted Teleconferencing | 12/09/07 | Teleconferencing Services, LLC | 12.54 |
| Vendor Hosted Teleconferencing | 12/12/07 | Teleconferencing Services, LLC | 12.24 |
| Vendor Hosted Teleconferencing | 12/13/07 | Conference Plus Inc. | 11.14 |
| Vendor Hosted Teleconferencing | 12/17/07 | Teleconferencing Services, LLC | 11.04 |
| Vendor Hosted Teleconferencing | 12/17/07 | Teleconferencing Services, LLC | 14.88 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 12/17/07 | Teleconferencing Services, LLC | 10.12 |
| Vendor Hosted Teleconferencing | 12/17/07 | Teleconferencing Services, LLC | 14.16 |
| Vendor Hosted Teleconferencing | 12/17/07 | Teleconferencing Services, LLC | 6.96 |
| Vendor Hosted Teleconferencing | 12/18/07 | Teleconferencing Services, LLC | 14.04 |
| Vendor Hosted Teleconferencing | 12/18/07 | Teleconferencing Services, LLC | 17.34 |
| Vendor Hosted Teleconferencing | 12/18/07 | Teleconferencing Services, LLC | 13.62 |
| Vendor Hosted Teleconferencing | 12/18/07 | Teleconferencing Services, LLC | 5.16 |
| Vendor Hosted Teleconferencing | 12/18/07 | Teleconferencing Services, LLC | 6.18 |
| Vendor Hosted Teleconferencing | 12/18/07 | Teleconferencing Services, LLC | 6.84 |
| Vendor Hosted Teleconferencing | 12/19/07 | Teleconferencing Services, LLC | 31.32 |
| Vendor Hosted Teleconferencing | 12/19/07 | Teleconferencing Services, LLC | 2.94 |
| Vendor Hosted Teleconferencing | 12/19/07 | Teleconferencing Services, LLC | 5.82 |
| Vendor Hosted Teleconferencing | 12/19/07 | Teleconferencing Services, LLC | 13.62 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 14.46 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 42.36 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 2.58 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 5.94 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 3.84 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 5.52 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 1.74 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 57.00 |
| Vendor Hosted Teleconferencing | 12/21/07 | Teleconferencing Services, LLC | 24.30 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon- ferencing | 12/21/07 | Teleconferencing Services, LLC | 18.60 |
| Vendor Hosted Telecon- ferencing | 12/21/07 | Teleconferencing Services, LLC | 0.12 |
| Vendor Hosted Telecon- ferencing | 12/27/07 | Teleconferencing Services, LLC | 2.82 |
| Vendor Hosted Telecon- ferencing | 12/27/07 | Teleconferencing Services, LLC | 33.96 |
| Vendor Hosted Telecon- ferencing | 12/27/07 | Teleconferencing Services, LLC | 0.18 |
| Vendor Hosted Telecon- ferencing | 12/28/07 | Teleconferencing Services, LLC | 7.38 |
| Vendor Hosted Telecon- ferencing | 12/31/07 | Teleconferencing Services, LLC | 16.02 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$497.00** |
| Out-of-Town Travel | 12/11/07 | Connors CP | 17.75 |
| Out-of-Town Travel | 12/11/07 | Diaz LB | 603.27 |
| Out-of-Town Travel | 12/11/07 | Connors CP | 40.00 |
| Out-of-Town Travel | 12/12/07 | Lyons JK | 1,245.44 |
| Out-of-Town Travel | 12/12/07 | Lyons JK | 135.01 |
| Out-of-Town Travel | 12/12/07 | Connors CP | 671.32 |
| Out-of-Town Travel | 12/12/07 | Connors CP | 69.00 |
| Out-of-Town Travel | 12/13/07 | Perl MW | 164.51 |
| Out-of-Town Travel | 12/13/07 | Perl MW | 13.62 |
| Out-of-Town Travel | 12/13/07 | Perl MW | 477.23 |
| Out-of-Town Travel | 12/13/07 | Ramlo K | 73.00 |
| Out-of-Town Travel | 12/13/07 | Ramlo K | 181.86 |
| Out-of-Town Travel | 12/13/07 | Ramlo K | 432.02 |
| Out-of-Town Travel | 12/14/07 | Wharton JN | 238.61 |
| Out-of-Town Travel | 12/14/07 | Wharton JN | 237.15 |
| Out-of-Town Travel | 12/14/07 | Diaz LB | 107.03 |
| Out-of-Town Travel | 12/18/07 | Wharton JN | 196.76 |
| Out-of-Town Travel | 12/18/07 | Wharton JN | 494.97 |
| Out-of-Town Travel | 12/18/07 | Howe EJ | 881.38 |
| Out-of-Town Travel | 12/18/07 | Diaz LB | 16.00 |
| Out-of-Town Travel | 12/20/07 | Diaz LB | 911.79 |
| Out-of-Town Travel | 12/21/07 | Campanario ND | 404.56 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 12/21/07 | Campanario ND | 184.72 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$7,797.00** |
| Other Professional Fees | 12/14/07 | Jager Smith P.C. | 9,959.00 |
| | | **TOTAL OTHER PROFESSIONAL FEES** | **$9,959.00** |
| Messengers/ Courier | 12/02/07 | Real Courier | 11.10 |
| Messengers/ Courier | 12/02/07 | Arrow Messenger Svc | 24.97 |
| Messengers/ Courier | 12/03/07 | OSMIO | 27.24 |
| Messengers/ Courier | 12/03/07 | OSMIO | 12.10 |
| Messengers/ Courier | 12/04/07 | Dist Serv/Mail/Page, D | 117.35 |
| Messengers/ Courier | 12/04/07 | Dist Serv/Mail/Page, D | 74.05 |
| Messengers/ Courier | 12/04/07 | Dist Serv/Mail/Page, D | 75.57 |
| Messengers/ Courier | 12/05/07 | Dist Serv/Mail/Page, D | 27.81 |
| Messengers/ Courier | 12/06/07 | Dist Serv/Mail/Page, D | 17.19 |
| Messengers/ Courier | 12/06/07 | Dist Serv/Mail/Page, D | 17.19 |
| Messengers/ Courier | 12/06/07 | Dist Serv/Mail/Page, D | 17.19 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 37.62 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 66.52 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 27.84 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 27.84 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 27.84 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 26.89 |
| Messengers/ Courier | 12/09/07 | Real Courier | 6.35 |
| Messengers/ Courier | 12/10/07 | Dist Serv/Mail/Page, D | 14.34 |
| Messengers/ Courier | 12/10/07 | Dist Serv/Mail/Page, D | 6.87 |
| Messengers/ Courier | 12/10/07 | Dist Serv/Mail/Page, D | 140.98 |
| Messengers/ Courier | 12/10/07 | Dist Serv/Mail/Page, D | 149.15 |
| Messengers/ Courier | 12/10/07 | Dist Serv/Mail/Page, D | 41.96 |
| Messengers/ Courier | 12/10/07 | Dist Serv/Mail/Page, D | 12.65 |
| Messengers/ Courier | 12/11/07 | Dist Serv/Mail/Page, D | 158.52 |
| Messengers/ Courier | 12/11/07 | Dist Serv/Mail/Page, D | 98.31 |
| Messengers/ Courier | 12/11/07 | Dist Serv/Mail/Page, D | 98.31 |
| Messengers/ Courier | 12/11/07 | Dist Serv/Mail/Page, D | 49.17 |
| Messengers/ Courier | 12/16/07 | Arrow Messenger Svc | 68.95 |
| Messengers/ Courier | 12/21/07 | Dist Serv/Mail/Page, D | 54.99 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 12/21/07 | Dist Serv/Mail/Page, D | 13.98 |
| Messengers/ Courier | 12/21/07 | Dist Serv/Mail/Page, D | 23.99 |
| Messengers/ Courier | 12/21/07 | Dist Serv/Mail/Page, D | 27.46 |
| Messengers/ Courier | 12/21/07 | Dist Serv/Mail/Page, D | 36.35 |
| Messengers/ Courier | 12/22/07 | Dist Serv/Mail/Page, D | 6.87 |
| Messengers/ Courier | 12/30/07 | Arrow Messenger Svc | 24.85 |
| Messengers/ Courier | 12/31/07 | Apple Courier, Inc | 43.64 |
| | | **TOTAL MESSENGERS/ COURIER** | **$1,714.00** |
| Out-of-Town Meals | 12/10/07 | Diaz LB | 4.13 |
| Out-of-Town Meals | 12/10/07 | Diaz LB | 17.13 |
| Out-of-Town Meals | 12/11/07 | Connors CP | 12.24 |
| Out-of-Town Meals | 12/11/07 | Connors CP | 12.19 |
| Out-of-Town Meals | 12/11/07 | Lyons JK | 45.01 |
| Out-of-Town Meals | 12/11/07 | Diaz LB | 12.95 |
| Out-of-Town Meals | 12/11/07 | Diaz LB | 3.24 |
| Out-of-Town Meals | 12/11/07 | Diaz LB | 6.09 |
| Out-of-Town Meals | 12/11/07 | Perl MW | 7.73 |
| Out-of-Town Meals | 12/11/07 | Ramlo K | 90.02 |
| Out-of-Town Meals | 12/11/07 | Connors CP | 5.91 |
| Out-of-Town Meals | 12/11/07 | Connors CP | 3.79 |
| Out-of-Town Meals | 12/12/07 | Connors CP | 12.35 |
| Out-of-Town Meals | 12/12/07 | Perl MW | 44.43 |
| Out-of-Town Meals | 12/12/07 | Ramlo K | 23.57 |
| Out-of-Town Meals | 12/12/07 | Ramlo K | 32.58 |
| Out-of-Town Meals | 12/12/07 | Connors CP | 26.15 |
| Out-of-Town Meals | 12/12/07 | Lyons JK | 10.72 |
| Out-of-Town Meals | 12/13/07 | Wharton JN | 9.04 |
| Out-of-Town Meals | 12/13/07 | Wharton JN | 1.26 |
| Out-of-Town Meals | 12/13/07 | Ramlo K | 17.36 |
| Out-of-Town Meals | 12/13/07 | Perl MW | 24.18 |
| Out-of-Town Meals | 12/13/07 | Perl MW | 2.32 |
| Out-of-Town Meals | 12/13/07 | Perl MW | 3.05 |
| Out-of-Town Meals | 12/14/07 | Wharton JN | 23.57 |
| Out-of-Town Meals | 12/14/07 | Wharton JN | 12.08 |
| Out-of-Town Meals | 12/14/07 | Diaz LB | 5.40 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 12/16/07 | Wharton JN | 1.37 |
| Out-of-Town Meals | 12/17/07 | Wharton JN | 20.20 |
| Out-of-Town Meals | 12/17/07 | Wharton JN | 5.71 |
| Out-of-Town Meals | 12/17/07 | Wharton JN | 2.89 |
| Out-of-Town Meals | 12/18/07 | Diaz LB | 4.40 |
| Out-of-Town Meals | 12/18/07 | Howe EJ | 43.88 |
| Out-of-Town Meals | 12/18/07 | Wharton JN | 2.89 |
| Out-of-Town Meals | 12/18/07 | Wharton JN | 17.75 |
| Out-of-Town Meals | 12/18/07 | Wharton JN | 2.85 |
| Out-of-Town Meals | 12/19/07 | Diaz LB | 11.27 |
| Out-of-Town Meals | 12/19/07 | Diaz LB | 90.02 |
| Out-of-Town Meals | 12/19/07 | Howe EJ | 17.79 |
| Out-of-Town Meals | 12/19/07 | Campanario ND | 36.70 |
| Out-of-Town Meals | 12/20/07 | Diaz LB | 45.01 |
| Out-of-Town Meals | 12/20/07 | Diaz LB | 6.09 |
| Out-of-Town Meals | 12/20/07 | Howe EJ | 11.54 |
| Out-of-Town Meals | 12/20/07 | Howe EJ | 5.64 |
| Out-of-Town Meals | 12/20/07 | Campanario ND | 32.51 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$827.00** |
| Court Reporting | 12/18/07 | Network Reporting | 192.30 |
| Court Reporting | 12/26/07 | Karen R. Gruskin, CSR | 1,215.71 |
| Court Reporting | 12/28/07 | Network Reporting | 272.99 |
| | | **TOTAL COURT REPORTING** | **$1,681.00** |
| Telco-Non Astra | 12/12/07 | Telecommunications, D | 6.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$6.00** |
| CD Creation | 12/04/07 | ** * | 57.00 |
| CD Creation | 12/10/07 | Lesch AW | 57.00 |
| | | **TOTAL CD CREATION** | **$114.00** |
| Print Images to Paper (from Electronic Media) | 12/03/07 | Copy Center, D | 35.78 |
| Print Images to Paper (from Electronic Media) | 12/13/07 | DeJesus E | 35.22 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$71.00** |

B43E

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Production Export (with Bates and Legends) | 12/04/07 | Terry WC | 88.39 |
| Production Export (with Bates and Legends) | 12/10/07 | Lesch AW | 17.61 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$106.00** |
| Internal Catering-NY | 12/03/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 12/03/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 12/04/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 12/05/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 12/05/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 12/06/07 | Butler, Jr. J | 300.00 |
| Internal Catering-NY | 12/06/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 12/07/07 | Butler, Jr. J | 300.03 |
| Internal Catering-NY | 12/07/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 12/10/07 | Butler, Jr. J | 240.00 |
| Internal Catering-NY | 12/31/07 | Kitchen Dept. | -26,293.03 |
| | | **TOTAL  INTERNAL  CATERING-NY** | **$-23,593.00** |
| | | **TOTAL MATTER** | **$15,129.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

Delphi Corporation (DIP))                    Bill Date: 02/29/08
Claims Admin. (General)                      Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 01/03/08 | 0.90 | CONSIDER SERP CLAIMANTS' SETTLEMENT PROPOSAL (0.2); REVIEW MATERIALS RE: $1.45 BILLION CLAIMS CAP COMPLIANCE (0.4); REVIEW EMAILS AND RELATED MATERIALS RE: AD HOC TRADE CREDITORS' CLAIMS RECONCILIATION (0.3). |
| BUTLER, JR. J | 01/07/08 | 1.10 | TELECONFERENCE WITH D. ROSNER RE: AD HOC TRADE CREDITORS' REQUEST TO EXTEND CURE CLAIM RECONCILIATION DEADLINE AND OTHER RELIEF (0.8); REVIEW STATUS OF CLAIMS CAP COMPLIANCE AND RELATED MATTERS (0.3). |
| BUTLER, JR. J | 01/09/08 | 3.20 | REVIEW OSC MOTION AND ORDER RE: AD HOC TRADE CREDITORS' MOTION TO EXTEND CURE CLAIM RECONCILIATION DEADLINE AND OTHER RELIEF (0.3); PREPARE FOR JANUARY 10TH OSC HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: AD HOC TRADE CREDITORS' MOTION INCLUDING BEGIN TO REVIEW AND REVISE OBJECTION AND PREPARE FOR HEARING (2.9). |
| BUTLER, JR. J | 01/10/08 | 4.40 | REVIEW AND FINALIZE REPLY TO AD HOC TRADE CREDITORS' MOTION TO EXTEND CURE CLAIM RECONCILIATION DEADLINE AND OTHER RELIEF (1.8); PREPARE FOR (0.7) AND ATTEND (1.9) OSC HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAME. |
| BUTLER, JR. J | 01/24/08 | 0.40 | PREPARE FOR JANUARY 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT INCLUDING 24TH OMNIBUS CLAIMS OBJECTION (0.4). |
| BUTLER, JR. J | 01/25/08 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT INCLUDING 24TH OMNIBUS CLAIMS OBJECTION. |
|  |  | **10.40** |  |
| HOGAN III AL | 01/05/08 | 4.20 | WORK ON PREPARATION FOR NU TECH CONTESTED CLAIMS HEARING, INCLUDING DISCUSSION WITH LITIGATION TEAM RE: DOCUMENT PRODUCTION ISSUES, AND PREPARATION OF WITNESS MATERIALS, AS WELL AS REVIEW OF PLEADINGS AND KEY DOCUMENTS (4.2). |
| HOGAN III AL | 01/06/08 | 2.70 | CONTINUED PREPARATION FOR NU TECH CONTESTED CLAIMS HEARING (2.7). |
| HOGAN III AL | 01/07/08 | 2.20 | CONTINUE PREPARATION FOR NU TECH HEARING, INCLUDING FINAL REVIEW OF DEBTORS' TRIAL BRIEF, AND REVIEW OF NUTECH'S FINAL SUBMISSION (2.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

HOGAN III AL     01/08/08     0.70   CONTINUED PREPARATION FOR NU TECH
                                     CLAIMS HEARING (0.7).

HOGAN III AL     01/09/08     2.20   CONTINUE PREPARATIONS FOR NU TECH
                                     HEARING (2.2).

HOGAN III AL     01/10/08     5.10   FINALIZE PREPARATION FOR AND CONDUCT NU
                                     TECH CONTESTED CLAIM HEARING, AND
                                     TRAVEL TO AND FROM COURT (4.8);
                                     FOLLOW-UP CONFERENCE WITH NU TECH
                                     COUNSEL RE: SETTLEMENT ISSUES (0.3).

HOGAN III AL     01/23/08     0.90   DISCUSSION WITH DOL RE: RESOLUTION OF
                                     CHICAGO CLAIM, INCLUDING ALLOCATION OF
                                     POTENTIAL CASH CONTRIBUTIONS AND THE
                                     DELPHI ALLOWED CLAIM, AND DRAFT
                                     CONFIRMING COMMUNICATION RE: SAME
                                     (0.9).

HOGAN III AL     01/25/08     0.40   COMMUNICATE WITH DOL COUNSEL REGARDING
                                     FORM AND STRUCTURE OF SETTLEMENT OF
                                     CHICAGO CLAIM (0.4).

                             18.40

LYONS JK         01/02/08     6.80   CONFERENCES WITH D. ZINMAN RE:
                                     RECONCILIATION OF CLAIMS AND OTHER
                                     ISSUES AND COORDINATED STRATEGIES RE:
                                     THE SAME (3.4) AND CONFERENCE CALL RE:
                                     PLAN CONFIRMATION HEARING PREPARATION
                                     AND SUBSEQUENT TASKS (3.4).

LYONS JK         01/03/08     5.30   WEEKLY CLAIMS CALL (2.1) AND FOLLOW UP
                                     RE: VARIOUS MATTERS INCLUDING RETIREE
                                     HEALTH MATTERS AND OTHER ISSUES (3.2).

LYONS JK         01/04/08     6.10   REVIEW OF VARIOUS CLAIMS ISSUES
                                     INCLUDING CONFERENCE CALL WITH
                                     COMMITTEE RE: TOWER (1.1), BOSCH
                                     SETTLEMENT (0.3), TPL SETTLEMENT (0.8),
                                     AD HOC COMMITTEE CLAIMS RECONCILIATION
                                     AND CURE ISSUES (1.5), CLAIMS
                                     PRESENTATION (0.5), VARIOUS
                                     SETTLEMENTS (0.2), SERP AND HEALTH
                                     BENEFITS ANALYSIS (1.3), AND OTHER
                                     CLAIMS MATTERS (0.4).

LYONS JK         01/05/08     1.70   REVIEW OF AD HOC CLAIMS INFORMATION
                                     (0.3), RETIREE HEALTH BENEFITS
                                     INFORMATION (0.3), AND OTHER CLAIMS
                                     MATTERS (1.1).

LYONS JK         01/06/08     3.20   RETIREE HEALTH BENEFITS AND BASIC LIFE
                                     CALL AND ANALYZED THE SAME, AND
                                     STRATEGIES FOR CLAIMS RECONCILIATION
                                     (3.2).

LYONS JK         01/07/08     5.50   AD HOC TRADE COMMITTEE ISSUES AND
                                     RECONCILIATIONS AND OTHER CLAIMS
                                     SETTLEMENTS AND STRATEGIES (3.3), SERP
                                     ISSUES, GO-FORWARD BENEFITS, AND
                                     STRATEGIES AND OTHER MATTERS (2.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LYONS JK | 01/08/08 | 8.10 | REVIEW OF VARIOUS SETTLEMENTS, STIPULATIONS, AND DISCOUNT RIGHTS ISSUES (2.3); AD HOC RESOLUTION OF CLAIMS MATTERS (2.3) AND PREPARATION FOR LIGHTSOURCE AND CLAIMS HEARINGS (3.5). |
|---|---|---|---|
| LYONS JK | 01/09/08 | 13.90 | PREPARATION FOR OMNIBUS CLAIMS HEARING (2.1), REVIEW OF VARIOUS SETTLEMENTS, STIPULATIONS, RECONCILIATIONS AND OTHER EPCA CLAIMS ISSUES INCLUDING UNRUE DECLARATION (4.3), AND DRAFTED AND REVISED BRIEF IN OPPOSITION TO AD HOC COMMITTEE'S MOTION FOR RELIEF FROM CURE REQUIREMENTS UNDER PLAN (7.5). |
| LYONS JK | 01/10/08 | 15.30 | PREPARATION FOR AND PARTICIPATION IN CLAIMS HEARING (5.6), PREPARATION FOR LIGHTSOURCE HEARING AND OTHER CLAIMS MATTERS (5.5), AND REVISIONS TO BRIEF IN OPPOSITION TO AD HOC MOTION FOR RELIEF FROM CURE REQUIREMENTS UNDER PLAN (4.2). |
| LYONS JK | 01/11/08 | 4.50 | PREPARATION FOR AND PARTICIPATION IN CLAIMS HEARING RE: LIGHTSOURCE AND POST HEARING FOLLOW UP (4.5). |
| LYONS JK | 01/12/08 | 2.50 | PARTICIPATION IN CLAIMS STRATEGY/PLAN MEETING (2.5). |
| LYONS JK | 01/14/08 | 9.10 | EXTENSIVE DISCUSSIONS RE: DISCOUNT RIGHTS ESTIMATION/TEMPORARY ALLOWANCE ISSUES AND OBJECTIONS (4.4), AD HOC COMMITTEE CLAIMS RECONCILIATION ISSUES AND FOLLOW UP (2.2), VARIOUS SETTLEMENTS INCLUDING SERP SETTLEMENTS AND ESTIMATIONS (2.5). |
| LYONS JK | 01/15/08 | 11.30 | NUMEROUS NEGOTIATIONS WITH MULTIPLE CLAIMANTS INCLUDING SERP CLAIMANTS, TRADE CLAIMANTS AND OTHER CLAIMANTS SUBJECT TO DISCOUNT RIGHTS MOTION RE: CAPPED AMOUNTS AND REVIEW AND REVISIONS TO LANGUAGE (5.9); REVIEW OF UNRUE DECLARATION AND PREPARATION FOR HEARING ON DISCOUNT RIGHTS MOTION AND CLAIMS RELATED PLAN MATTERS (5.4). |
| LYONS JK | 01/16/08 | 12.60 | NEGOTIATIONS RE: DISCOUNT RIGHTS AMOUNTS WITH NUMEROUS CLAIMANTS (6.6); PREPARATION FOR HEARING ON DISCOUNT RIGHTS MOTION (3.9); REVIEW OF PLEADINGS AND FORM OF ORDER (2.1). |
| LYONS JK | 01/21/08 | 9.10 | REVIEW OF DISCOUNT RIGHTS SETTLEMENTS INCLUDING SERP AND OTHER CLAIMANT MATTERS (3.5); DISCOUNT RIGHTS ORDER AND FILE MATTERS (2.3) AND PREPARATION FOR HEARING (3.3). |
| LYONS JK | 01/22/08 | 5.30 | ATTENDANCE AT HEARING RE: DISCOUNT RIGHTS MOTION AND FOLLOW UP RE: DISCOUNT RIGHTS FILE ISSUES (5.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 01/23/08 | 4.50 | REVIEW OF DISCOUNT RIGHTS FILE ISSUES (2.1), ADDITIONAL SETTLEMENTS (1.1) AND PREPARATION FOR OMNIBUS AND CLAIMS HEARING (1.3). |
| LYONS JK | 01/24/08 | 8.70 | REVIEW OF VARIOUS CLAIMS MATTERS (2.1), FRY'S METALS REQUEST FOR ADVERSARY TEATMENT AND DEVELOPED RESPONSE (3.3), DISCOUNT RIGHTS AND CURE ISSUES (3.3). |
| LYONS JK | 01/25/08 | 10.30 | REVIEW OF VARIOUS SETTLEMENT AGREEMENTS (2.4), SERP CLAIMS MATTERS (2.1), PLAN INVESTOR MEETING AND PREPARATION (1.6), LETTER TO CHAMBERS RE: FRY'S METAL AND CONFERENCE CALL WITH COURT (4.2). |

**143.80**

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 01/03/08 | 0.20 | WORK ON CLAIMS RECONCILIATION ISSUES (0.2). |
| MARAFIOTI KA | 01/04/08 | 0.40 | WORK ON CLAIMS ISSUES IN CONNECTION WITH SUBSTANTIVE CONSOLIDATION (0.4). |
| MARAFIOTI KA | 01/05/08 | 0.10 | COMMUNICATIONS RE: BARNES PROOF OF CLAIM OBJECTION (0.1). |
| MARAFIOTI KA | 01/07/08 | 0.50 | CORRESPONDENCE FROM CLAIMANT (0 .1); TELECONFERENCE FROM RON GUCK (EQUISTAR CHEMICAL) RE: 20TH OMNIBUS CLAIMS OBJECTION AND FOLLOWUP CORRESPONDENCE (0.2); CORRESPONDENCE EXCHANGE RE: T & L AUTOMATIC (0.2). |
| MARAFIOTI KA | 01/14/08 | 0.40 | TELECONFERENCE WITH M. SCHWARTZ RE: U.S. CUSTOMS CLAIM (0.2) AND FOLLOWUP (0.2). |
| MARAFIOTI KA | 01/18/08 | 0.70 | REVIEW 24TH OMNIBUS CLAIMS OBJECTION (0.3), ORDER (0.2), NOTICE (0.1), AND EXHIBITS (0.1). |
| MARAFIOTI KA | 01/23/08 | 0.20 | WORK ON MISCELLANEOUS CLAIMS (0.2). |
| MARAFIOTI KA | 01/24/08 | 1.80 | WORK ON 24TH OMNIBUS CLAIMS OBJECTION REPLY (0.1), REVISED ORDER (0.2), OBJECTION RESPONSE CHART (0.9), AND EXHIBITS (0.6). |

**4.30**

| | | | |
|---|---|---|---|
| MEISLER RE | 01/02/08 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: RESOLUTION OF CLAIMS (0.3). |
| MEISLER RE | 01/03/08 | 1.60 | TELECONFERENCE WITH A. SCHWARTZ RE: RETIREE CLAIMS (1.0); WORK ON SETTLEMENT RE: SAME (0.6). |

**1.90**

**Total Partner**          **178.80**

| | | | |
|---|---|---|---|
| MATZ TJ | 01/02/08 | 0.30 | REVIEW DRAFT NOTICE OF SAME (0.2); TELECONFERENCE TO U.S. TRUSTEE RE: SAME (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 01/03/08 | 0.60 | TELECONFERENCE FROM CHAMBERS RE: 1/10, 1/11 CLAIMS HEARINGS, AGENDA (0.2); REVIEW STIPULATION, PRESENTMENTS AND 1/10 CLAIMS HEARING (0.4). |
| MATZ TJ | 01/04/08 | 0.60 | REVIEW AND COMMENT ON DRAFT 1/10 CLAIMS HEARING AGENDA (0.3); FORWARD SAME TO CHAMBERS (0.1); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 01/07/08 | 1.10 | TELECONFERENCE WITH CHAMBERS RE: EVIDENTIARY HEARING, SCHEDULING FOR 10TH/11TH (0.3); TELECONFERENCES WITH CHAMBERS RE: 10TH AND 11TH HEARING SCHEDULES (0.4); FORWARD SAME TO CHAMBERS, HEARING PLEADINGS (0.2); TELECONFERENCE WITH CHAMBERS RE: CLAIMS HEARING AGENDAS, STIPULATIONS (0.2). |
| MATZ TJ | 01/08/08 | 1.10 | TELECONFERENCE WITH CHAMBERS RE: NU-TECH HEARING (0.3); REVIEW AND COMMENT ON 1/10 HEARING AGENDA (0.6); TELECONFERENCE WITH CHAMBERS RE: CLAIMS MATERIALS FOR 1/10, 1/11 HEARINGS (0.2). |
| MATZ TJ | 01/09/08 | 0.40 | HEARING PREPARATION FOR 1/10 CLAIMS HEARING (0.4). |
| MATZ TJ | 01/10/08 | 3.40 | PREPARATION AT COURT FOR CLAIMS HEARING (0.5); ATTEND SAME (2.4); DISCUSSION WITH CHAMBERS RE: VARIOUS STIPULATIONS FOR ENTRY (0.2); PREPARATION FOR 1/11 CLAIMS HEARING (0.3). |
| MATZ TJ | 01/11/08 | 4.10 | PREPARATION AT COURT FOR HEARING (0.9); ATTENDING CLAIMS HEARING (3.2). |
| MATZ TJ | 01/15/08 | 0.40 | TELECONFERENCE WITH A. LEONHARD RE: BOSCH CLAIMS RESOLUTION (0.4). |
| MATZ TJ | 01/23/08 | 1.30 | REVIEW AND FORWARD TO CHAMBERS LIGHTSOURCE ORDER (0.3); REVIEW AND FORWARD TO CHAMBERS MORGAN ADVANCED ORDER (0.3); PARTICIPATE IN CHAMBERS STATUS CALL RE: CLAIMS STIPULATIONS, ORDERS (0.2); DISCUSSION WITH L. DIAZ RE: FRY METAL'S DISCOVERY DISPUTE, 1/31 CLAIMS HEARING (0.3); TELECONFERENCE WITH CHAMBERS RE: 1/31 HEARING (0.2). |
| MATZ TJ | 01/24/08 | 2.90 | REVIEW AND COMMENT ON 24TH OMNIBUS CLAIMS OBJECTION REPLY (0.9); TELECONFERENCE WITH CHAMBERS RE: FRY METAL'S INQUIRY (0.2); REVIEW CORRESPONDENCE FROM CHAMBERS RE: CHAMBERS CONFERENCE (0.2); REVIEW CORRESPONDENCE FROM M. MICHELI RE: CHAMBERS CONFERENCE (0.1); REVIEW FRY METAL'S PROCEDURAL MOTION (0.2); REVIEW AND COMMENT ON FRY'S LETTER TO CHAMBERS, PROCEDURAL ARGUMENT (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 01/25/08 | 2.30 | CORRESPONDENCE WITH K. GOLDSTEIN, M. MICHELLI RE: CHAMBERS CONFERENCE RE: FRY'S METALS (0.3); REVIEW AND REVISE MATERIALS FOR CHAMBERS CONFERENCE RE: FRY'S METALS (1.6); PARTICIPATE IN CHAMBERS CONFERENCE RE: FRY METALS (0.4). |
| | | **18.50** | |
| RAMLO K | 01/02/08 | 4.10 | TELECONFERENCE WITH D. OLBRECH, S. GROB RE: SBT SETTLEMENT DISCUSSIONS, DISCOVERY STATUS, AND HEARING PREPARATION (0.8); HEARING PREPARATION RE: SAME (0.3); TELECONFERENCE WITH P. HOUSNER RE: SETTLEMENT OF SBT, DISCOVERY, AND USE TAX CLAIMS (0.5); CORRESPONENCE TO D. OLBRECHT AND S. GROB RE: SBT (0.4); CORRESPONDENCE WITH J. WHITSON, D. OLBRECH, AND S. GROB RE: REVISIONS TO SETTLEMENT PROPOSAL (0.6); REVISE DISPUTED ISSUES STATEMENT FOR MICHIGAN USE TAXES (0.8); WORK ON SBT SETTLEMENT STRATEGY AND CORRESPONDENCE TO P. HOUSNER AND M. BARTINDALE RE: SETTLEMENT PROPOSAL (0.7). |
| RAMLO K | 01/03/08 | 4.20 | TELECONFERENCE WITH W. LUETHGE RE: OHIO AGREEMENT, MICHIGAN USE TAX AUDIT AND MEET AND CONFER, AND MADISON COUNTY MOTION (0.2); TELECONFERENCE WITH P. HOUSNER RE: MICHIGAN USE TAX MEET AND CONFER (0.3); TELECONFERENCE WITH S. GROB RE: SBT SETTLEMENT (0.3); CORRESPONDENCE TO P. HOUSNER RE: MEET AND CONFER (0.7); ANALYSIS RE: MICHIGAN SETTLEMENT STRATEGY (0.8); REVIEW MICHIGAN DISCOVERY RESPONSES (1.2); REVISE AGENDA FOR MICHIGAN MEET AND CONFER (0.5); REVIEW CORRESPONDENCE FROM R. ARIGO RE: MADISON COUNTY MOTION (0.2). |
| RAMLO K | 01/04/08 | 3.50 | TELECONFERENCES WITH J. WHITSON AND D. OLBRECHT RE: SBT EVIDENTIARY HEARING (0.4); TELECONFERENCES WITH W. LUETHGE AND W. ADAMSON RE: MICHIGAN USE TAX AUDIT (0.8); MEET AND CONFER WITH P. HOUSNER K. REISS, AND R. BOUCHET RE: SAME (1.0); TELECONFERENCE WITH D. OLBRECHT AND S. GROB RE: SETTLEMENT (0.5); REVISE NOTICE OF ADJOURNMENT (0.3); REVIEW ADDITIONAL MATERIALS DESIGNATED IN DISOVERY BY MICHIGAN (0.3); CORRESPONDENCE WITH S. GROB RE: SETTLEMENT PROPOSAL (0.2). |
| RAMLO K | 01/06/08 | 0.60 | REVIEW CORRESPONDENCE FROM D. UNRUE RE: NEWSPAPER ARTICLE ABOUT MICHIGAN TAX CLAIMS AND RESPONDING TO SAME (0.6). |
| RAMLO K | 01/15/08 | 0.30 | REVIEW MICHIGAN'S SUPPLEMENTAL RESPONSE RE: USE TAXES AND STRATEGY RE: DISCOVERY (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 01/16/08 | 0.20 | TELECONFERENCE WITH W. LUETHGE RE: MICHIGAN USE TAX SETLEMENT DISCUSSION (0.2). |
| RAMLO K | 01/21/08 | 0.30 | FOLLOWING UP ON STATUS OF OHIO AND MICHIGAN TAX SETTLEMENTS (0.3). |
| RAMLO K | 01/22/08 | 1.00 | CORRESPONDENCE FROM W. LUETHGE RE: MICHIGAN USE TAX SETTLEEMNT (0.1); CORRESPONDENCE WITH P. HOUSNER RE: SBT AND USE TAX SETTLEMENTS AND DISCOUNT RIGHTS OFFERING (0.6); TELECONFERENCE WITH P. HOUSNER RE: SAME (0.3). |
| RAMLO K | 01/23/08 | 1.60 | BEGIN REVIEW AND COMMENT ON DRAFT MICHIGAN USE TAX SETTLEMENT PAPERS (0.5); REVIEW AND ANALYZE MICHIGAN SBT SETTLEMENT PROPOSAL (0.5); CORRESPONDENCE WITH D. OLBRECHT RE: RECOMMENDATIONS AS TO SAME (0.6). |
| RAMLO K | 01/24/08 | 0.70 | FURTHER ANALYSIS OF MICHIGAN SBT PROPOSAL (0.3); CORRESPONDENCE WITH D. OLBRECHT RE: SAME (0.2); REVIEW G. MOORE CORRESPONDENCE RE: LIEN ISSUES AND ELMORE SETTLEMENT (0.2). |
| RAMLO K | 01/25/08 | 0.80 | COMPLETE REVIEW AND COMMENT ON MICHIGAN USE TAX SETTLEMENT PAPERS (0.4); ANALYSIS RE: REQUEST FOR INFORMATION ON OHIO TAX CLAIMS BY C. FERBER (0.2); FOLLOW UP ON STATUS OF OHIO USE TAX SETTLEMENT AGREEMENT AND STIPULATION (0.2). |
| | | 17.30 | |
| **Total Counsel** | | 35.80 | |
| BOLTON IS | 01/01/08 | 0.30 | REVISE SUPPLEMENTAL REPLY BRIEF RE: AKEBONO POC (0.3). |
| BOLTON IS | 01/02/08 | 6.00 | REVIEW AND ANALYSIS RE: SERP CLAIMS (0.8); DRAFT CHART RE: SAME (1.4); CONTINUE REVIEW AND ANALYSIS RE: RASSINI POC (0.6); FOLLOW UP WITH CLIENT RE: SAME (0.5); DRAFT STIPULATION RE: AMETEK POC (1.2); FOLLOW UP WITH CLIENT RE: SAME (0.2); DRAFT STIPULATION RE: AMETEK POC (1.2); FOLLOW UP WITH CLIENT RE: SAME (0.1). |
| BOLTON IS | 01/03/08 | 5.00 | WORKING GROUP MEETING RE: FORMULATION OF STRATEGY (0.5); CONTINUE REVIEW AND ANALYSIS RE: FORMER EXECUTIVE CLAIMANTS (1.0); REVISE CHART RE: SAME (0.4); CONFERENCE CALL WITH CLAIMANTS' COUNSEL RE: SAME (0.8); FOLLOW UP WITH D. ALEXANDER RE: SAME (0.8); PREPARE, REVISE, AND SERVE DISCOVERY REQUESTS ON CLAIMANTS' COUNSEL RE: RASSINI POC (1.2); FOLLOW UP WITH KCC RE: SAME (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BOLTON IS | 01/04/08 | 7.80 | CONTINUE REVIEW AND ANALYSIS RE: GCI AND CSI POCS (0.4); CONTINUE REVIEW AND ANALYSIS RE: FORMER EXECUTIVES' CLAIMS (INCLUDING SERP) (3.3); CONFERENCE CALL WITH CLAIMANTS' COUNSEL RE: SAME (0.8); FOLLOW UP WITH CLIENT RE: SAME (0.6); DRAFT EXCEL CHART RE: SAME (0.5); DRAFT PROPOSED PLAN AMENDMENT RE: SAME (0.4); DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.4); CONTINUE REVIEW AND ANALYSIS RE: RASSINI POC (0.2); FOLLOW UP WITH CLAIMANT'S COUNSEL RE: SAME (0.4); FOLLOW UP WITH CLIENT RE: SAME (0.2); REVIEW CORRESPONDENCE FROM CLAIMANTS' COUNSEL RE: DATWYLER POC (0.1); CONTINUE REVIEW AND ANALYSIS RE: AKEBONO POC (0.3); FOLLOW UP WITH CLIENT RE: SAME (0.2). |
|-----------|----------|------|------|
| BOLTON IS | 01/05/08 | 2.00 | CONTINUE REVIEW AND ANALYSIS RE: FORMER EXECUTIVES' CLAIMS (INCLUDING SERP) (1.0); CONTINUE REVIEW AND REVISE PRPOSED PLAN MODIFICATIONS RE: SAME (0.5);  FOLLOW UP WITH CLAIMANTS' COUNSEL RE: SAME (0.5). |
| BOLTON IS | 01/06/08 | 0.80 | REVIEW AND REVISE STIPULATION TRACKING CHART RE: UPCOMING CLAIMS HEARINGS (0.8). |
| BOLTON IS | 01/07/08 | 5.90 | CONTINUE TO DRAFT, REVIEW AND REVISE PROTECTIVE ORDER RE: SERP CLAIMANTS (1.0); REVIEW SERP, BASIC LIFE, BASIC HEALTH, SLBP, AND PULI PLAN LANGUAGE RE: SAME (1.2); STRATEGIZE AND FOLLOW UP WITH D. ALEXANDER, B. SAX, AND F. KUPLICKI RE: SAME (1.4); CONFERENCE CALL WITH COUNSEL FOR CLAIMANTS RE: SAME (0.6); FOLLOW UP WITH WORKING GROUP RE: DATWYLER POC (0.3); FOLLOW UP WITH COUNSEL FOR CLAIMANT RE: SAME (0.2); CONTINUE REVIEWING AND REVISING CHART RE: CLAIMS SETTLEMENTS (0.4); REVIEW SETTLEMENT AGREEMENT AND STIPULATION RE: RASSINI SETTLEMENT (0.3); FOLLOW UP WITH CLIENT RE: SAME (0.3); FOLLOW UP WITH COUNSEL FOR CLAIMANT RE: SAME (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

BOLTON IS        01/08/08        8.40    CONTINUE REVIEW AND ANALYSIS RE:
                                         RETIREE CLAIMANTS SETTLEMENT (0.8);
                                         DRAFT SETTLEMENT AGREEMENT AND
                                         STIPULATION RE: SAME (1.6); DRAFT
                                         STIPULATIONS AND PROTECTIVE ORDERS RE:
                                         SAME (0.5); FOLLOW UP WITH CLIENT RE:
                                         SAME (1.2); CONFERENCE CALL AND FOLLOW
                                         UP WITH COUNSEL FOR RETIREES RE: SAME
                                         (1.0); REVIEW AND ANALYSIS OF
                                         SETTLEMENT DOCUMENTS RE: RASSINI POC
                                         (0.2); FOLLOW UP WITH WORKING GROUP RE:
                                         SAME (0.2); DISTRIBUTE DOCUMENTS TO
                                         COUNSEL FOR CLAIMANT RE: SAME (0.1);
                                         CONTINUE TO REVIEW AND UPDATE CHARTS RE:
                                         CLAIMS SETTLEMENTS AND NEGOTIATIONS
                                         (0.4); FOLLOW UP WITH WORKING GROUP RE:
                                         SAME (0.2); REVIEW AND ANALYSIS RE:
                                         RETIREE BENEFITS (0.4); CONFERENCE CALL
                                         AND FOLLOW UP WITH K. BUTLER RE: SAME
                                         (1.0); DRAFT CORRESPONDENCE TO CLIENT
                                         RE: SAME (0.8).

BOLTON IS        01/09/08        5.00    CONTINUE REVIEW AND ANALYSIS RE:
                                         RETIREES CLAIMS (1.5); REVISE
                                         SETTLEMENT AGREEMENTS AND STIPULATIONS
                                         RE: SAME (1.2); FOLLOW UP WITH CLIENT
                                         RE: SAME (1.0); CONFERENCE CALL WITH
                                         COUNSEL FOR RETIREES RE: SAME (0.6);
                                         FOLLOW UP WITH COUNSEL FOR RETIREES RE:
                                         SAME (0.5); FOLLOW UP WITH COUNSEL FOR
                                         CLAIMANT RE: SAME (0.2).

BOLTON IS        01/10/08        5.50    CONTINUE REVIEW AND ANALYSIS RE:
                                         VARIOUS RETIREES' POCS (1.8); CONTINUE
                                         TO DRAFT, REVIEW, AND REVISE SETTLEMENT
                                         DOCUMENTS RE: SAME (1.6); FOLLOW UP WITH
                                         CLIENT RE: SAME (0.6); FOLLOW UP WITH
                                         COUNSEL FOR RETIREES RE: SAME (0.4);
                                         CONFERENCE CALL WITH COUNSEL RE: SAME
                                         (0.7); WORKING GROUP MEETING AND FOLLOW
                                         UP RE: FORMULATION OF STRATEGY FOR
                                         CONFIRMATION (0.4).

BOLTON IS        01/11/08        5.90    CONTINUE REVIEW AND ANALYSIS RE:
                                         VARIOUS RETIREES' POCS AND POTENTIAL
                                         OBJECTION TO PLAN (2.3); CONTINUE TO
                                         DRAFT, REVIEW, AND REVISIONS OF
                                         SETTLEMENT DOCUMENTS RE: SAME (1.5);
                                         FOLLOW UP WITH CLIENT RE: SAME (0.7);
                                         CONFERENCE CALL AN FOLLOW UP WITH
                                         COUNSEL FOR CLAIMANTS RE: SAME (0.7);
                                         CONTINUE REVIEW AND ANALYSIS RE:
                                         AKEBONO POC (0.2); FOLLOW UP WITH D.
                                         CASSIDY RE: SME (0.2); DRAFT NOTICE OF
                                         ADJOURNMENT RE: SAME (0.3).

BOLTON IS        01/12/08        2.80    CONTINUE TO REVIEW AND REVISE
                                         SETTLEMENT DOCUMENTS RE: VARIOUS
                                         RETIREES' CLAIMS (1.8); FOLLOW UP WITH
                                         COUNSEL FOR RETIREES RE: SAME (0.6);
                                         DRAFT CORRESPONDENCE TO CLIENT RE: SAME
                                         (0.4).

B43E

05-44481-rdd   Doc 19256-7   Filed 12/30/09   Entered 12/30/09 21:18:57   Exhibit
D-2(b)   Pg 80 of 120
Skadden, Arps, Slate, Meagher & Flom llp and affiliates

BOLTON IS      01/14/08     3.50   CONTINUE REVIEW AND ANALYSIS RE:
                                   VARIOUS RETIREES POCS (0.7); CONTINUE
                                   TO REVIEW AND REVISE SETTLEMENT
                                   DOCUMENTS RE: SAME (1.0); FOLLOW UP WITH
                                   CLAIMANTS COUNSEL RE: SAME (0.7);
                                   FOLLOW UP WITH CLIENT RE: SAME (0.7);
                                   CONTINUE REVIEW AND ANALYSIS RE:
                                   GOLDSWEIG POC (0.4).

BOLTON IS      01/15/08     9.00   CONTINUE REVIEW AND ANALYSIS RE:
                                   VARIOUS RETIREES POCS (3.8); DRAFT,
                                   REVIEW AND REVISE SETTLEMENT DOCUMENTS
                                   RE: SAME (2.0); FOLLOW UP WITH WATSON
                                   WYATT RE: SAME (0.6); FOLLOW UP WITH
                                   CLIENT RE: SAME (0.8); TELECONFERENCES
                                   WITH CLAIMANTS' COUNSEL RE: SAME (0.7);
                                   CONTINUE REVIEW AND ANALYSIS RE:
                                   RASSINI POC (0.5); REVIEW AND REVISE
                                   SETTLEMENT DOCUMENTS RE: SAME (0.4);
                                   FOLLOW UP WITH CLAIMANT'S COUNSEL RE:
                                   SAME (0.2).

BOLTON IS      01/16/08     8.20   CONTINUE REVIEW AND ANALYSIS RE:
                                   VARIOUS RETIREES (SERP) POCS (3.2);
                                   REVIEW AND REVISE SETTLEMENT DOCUMENTS
                                   RE: SAME (1.8); FOLLOW UP AND OBTAIN
                                   APPROVAL FROM CLIENT RE: SAME (0.6);
                                   FOLLOW UP WITH CLAIMANTS' COUNSEL RE:
                                   SAME (1.4); FOLLOW UP WITH RETIREES RE:
                                   SAME (1.2).

BOLTON IS      01/18/08     2.90   REVIEW AND ANALYSIS RE: HEWLETT PACKARD
                                   POC (0.7); DRAFT NOTICES OF PRESENTMENT
                                   RE: VARIOUS RETIREES AND RASSINI
                                   SETTLEMENTS (1.2); DRAFT EMAIL TO T.
                                   BEHNKE RE: SAME (0.2); TELECONFERENCE
                                   WITH B. PICKERING RE: PROVIDING SAME TO
                                   UCC FOR REVIEW (0.3); DRAFT AND REVIEW
                                   CORRESPONDENCE RE: SAME (0.5).

BOLTON IS      01/21/08     4.90   REVIEW AND REVISE SCRIPT RE: VERIZON
                                   WIRELESS MOTION FOR ADMINISTRATIVE
                                   EXPENSE (1.3); FOLLOW UP WITH WORKING
                                   GROUP RE: SAME (0.3); CONTINUE REVIEW
                                   AND ANALYSIS RE: RASSINI POC (0.8);
                                   REVIEW, REVISE, AND DRAFT NOTICE OF
                                   PRESENTMENT RE: SETTLEMENT OF SAME
                                   (0.7); DRAFT AND REVIEW CORRESPONDENCE
                                   WITH CLAIMANT'S COUNSEL RE: SAME (0.5);
                                   FORMULATION OF STRATEGY RE: UPCOMING
                                   CLAIMS HEARINGS (1.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| BOLTON IS | 01/22/08 | 7.00 | CONTINUE RESEARCH AND ANALYSIS RE: METAL POWDER PRODUCTS POC (1.2); DRAFT, REVIEW, AND REVISE SETTLEMENT DOCUMENTS RE: SAME (1.0); FOLLOW UP WITH CLIENT RE: SAME (0.4); REVIEW AND REVISE COLOR CODED CHART RE: SUMMARY OF CLAIMS (0.6); CONTINUE RESEARCH AND ANALYSIS RE: EEOC POCS (0.8); DRAFT EMAIL TO CLIENT RE: SAME (0.4); FOLLOW UP WITH CLIENT RE: SAME (0.2); DRAFT, REVIEW, AND REVISE NOTICES OF PRESENTMENT RE: VARIOUS RETIREES AND THEIR SPOUSES (0.6); RESEARCH AND ANALYSIS RE: EIKENBERRY POC (0.4); FOLLOW UP WITH CLIENT RE: SAME (0.2); FOLLOW UP WITH CLAIMANT'S COUNSEL RE: SAME (0.2); RESEARCH AND ANALYSIS RE: CORUS POC (0.5); FOLLOW UP WITH CLIENT RE: SAME (0.1); FOLLOW UP WITH CLAIMANT'S COUNSEL RE: SAME (0.4). |
| BOLTON IS | 01/23/08 | 6.40 | CONTINUE RESEARCH AND ANALYSIS RE: EEOC POCS (2.7); DRAFT EMAIL TO CLIENT RE: SAME (0.4); FOLLOW UP WITH CLIENT RE: SAME (0.2); TELECONFERENCES WITH VARIOUS RETIREE CLAIMANTS RE: GENERAL QUESTIONS AND CONCERNS (1.7); FINALIZE, FILE AND SERVE NOTICES OF PRESENTMENT RE: VARIOUS RETIREES AND THEIR SPOUSES (1.2); FOLLOW UP WITH KCC RE: SAME (0.2). |
| BOLTON IS | 01/24/08 | 1.60 | CONTINUE REVIEW AND ANALYSIS RE: SETTLEMENT OF RASSINI POC (1.0); FOLLOW UP WITH CLAIMANT'S COUNSEL RE: SAME (0.2); DRAFT, REVIEW, AND REVISE NOTICE OF PRESENTMENT RE: SAME (0.4). |
| BOLTON IS | 01/25/08 | 2.60 | COTINUE RESEARCH AND ANALYSIS RE: EEOC POC'S (2.6). |
| | | 101.50 | |
| CAMPANARIO ND | 01/02/08 | 8.20 | PREPARE FOR DEPOSITION OF T. PATRICK IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (8.2). |
| CAMPANARIO ND | 01/03/08 | 4.20 | PREPARE FOR AND TAKE DEPOSITION OF T. PATRICK IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (4.2). |
| CAMPANARIO ND | 01/04/08 | 8.50 | REVISE DECLARATION IN SUPPORT OF OBJECTION (3.8) AND REVIEW DEPOSITION TRANSCRIPS (4.7) RE: PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. |
| CAMPANARIO ND | 01/06/08 | 8.10 | DRAFT AMENDED SUPPLEMENTAL REPLY BRIEF IN CONNECTION WITH PROOF OF CLAIM BY NU-TECH PLASTICS ENGINEERING, INC. (8.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

CAMPANARIO ND    01/07/08    8.30    REVISE AMENDED SUPPLEMENTAL REPLY BRIEF
                                     IN CONNECTION WITH PROOF OF CLAIM BY
                                     NU-TECH PLASTICS ENGINEERING, INC. AND
                                     PREPARE BRIEF AND EXHIBITS FOR FILING
                                     AND SERVICE (8.3).

CAMPANARIO ND    01/08/08    7.60    PREPARE FOR HEARING ON PROOF OF CLAIM BY
                                     NU-TECH PLASTICS ENGINEERING, INC.
                                     (7.6).

CAMPANARIO ND    01/09/08    13.40   PREPARE FOR HEARING ON PROOF OF CLAIM BY
                                     NU-TECH PLASTICS ENGINEERING, INC.
                                     (13.4).

CAMPANARIO ND    01/10/08    4.60    PREPARE FOR HEARING ON PROOF OF CLAIM BY
                                     NU-TECH PLASTICS ENGINEERING, INC.
                                     (2.6) AND ATTEND SAME (2.0).

CAMPANARIO ND    01/11/08    15.70   LEGAL RESEARCH RE: ISSUES IDENTIFIED BY
                                     COURT FOR SUPPLEMENTAL BRIEF (9.8),
                                     BEGIN TO DRAFT SUPPLEMENTAL BRIEF
                                     (2.1), AND CONDUCT SETTLEMENT
                                     DISCUSSIONS (3.8) RE: PROOF OF CLAIM BY
                                     NU-TECH PLASTICS ENGINEERING, INC.

CAMPANARIO ND    01/12/08    9.90    CONTINUE DRAFTING SUPPLEMENTAL BRIEF
                                     REQUESTED BY COURT (3.5), CONDUCT
                                     SETTLEMENT DISCUSSIONS (4.1), AND DRAFT
                                     STIPULATION AND SETTLEMENT AGREEMENT
                                     (2.3) RE: PROOF OF CLAIM BY NU-TECH
                                     PLASTICS ENGINEERING, INC.

CAMPANARIO ND    01/14/08    0.30    REVISE SETTLEMENT AGREEMENT RE: PROOF
                                     OF CLAIM BY NU-TECH PLASTICS
                                     ENGINEERING, INC. (0.1) AND
                                     TELECONFERENCE WITH OPPOSING COUNSEL
                                     RE: SAME (0.2).

                             88.80

CONNORS CP       01/01/08    2.40    REVIEW AND REVISED SUPPLEMENTAL
                                     RESPONSES RE: CLAIMS OF AKEBONO,
                                     INTESYS, METALFORMING (2.4).

                             2.40

DIAZ LB          01/02/08    12.80   CONFERENCE CALLS WITH D. UNRUE, J.
                                     DELUCA AND DELPHI CLAIMS MANAGERS
                                     (1.2); UPDATE CLAIMS TRACKING CHART
                                     (0.7); RESPOND TO INQUIRIES BY
                                     CLAIMANTS (0.9); ALL CLAIMS MEETING
                                     WITH D. UNRUE, K. CRAFT AND J. DELUCA
                                     (1.7); REVISE DRAFT OF CONFIRMATION
                                     DECLARATION DURING CONFERENCE CALL WITH
                                     D. UNRUE (0.7); EDIT DEBTORS' RESPONSE
                                     TO MOTION TO VACATE ORDER (2.7); EDIT
                                     DECLARATION SUPPORTING DEBTORS'
                                     OBJECTION TO MOTION TO VACATE (1.2);
                                     EDIT BRIEFS FOR CONTESTED CLAIMS
                                     MATTERS INCLUDING INTESYS,
                                     METALFORMING AND AKEBONO (3.7).

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

DIAZ LB          01/03/08     11.90   CONFERENCE CALLS WITH D. UNRUE, J.
                                      DELUCA AND DELPHI CLAIMS MANAGERS
                                      (1.5); UPDATE CLAIMS TRACKING CHART
                                      (0.8); RESPOND TO INQUIRIES BY
                                      CLAIMANTS (0.6); CONFERENCE RE: OPEN
                                      CLAIMS ISSUES WITH D. UNRUE AND J.
                                      DELUCA AND DELPHI CLAIMS ANALYST (0.8);
                                      ANALYZE STATUTE OF LIMITATIONS ARGUMENT
                                      FOR PERSONAL INJURY CLAIMANT (1.3);
                                      ANALYZE DISCOVERY REQUESTS TO BE
                                      SUBMITTED TO OPPOSING COUNSEL FOR
                                      CONTESTED CLAIMS (1.3); EDIT SAMSUNG
                                      OBJECTION AND RELATED DECLARATION
                                      (3.7); REVISE STATEMENTS OF DISPUTED
                                      ISSUES FOR CONTESTED CLAIMS MATTERS
                                      (1.9).

DIAZ LB          01/04/08     11.30   CONFERENCE CALLS WITH D. UNRUE, J.
                                      DELUCA AND DELPHI CLAIMS MANAGERS
                                      (1.4); RESPOND TO INQUIRIES BY
                                      CLAIMANTS (1.3); CONFERENCE CALL RE: AD
                                      HOC COMMITTEE (0.8); WEEKLY CLAIMS TEAM
                                      MEETING WITH D. UNRUE, K. CRAFT AND J.
                                      DELUCA (2.1); REVISE UNRUE DECLARATION
                                      (3.8); REVIEW AND REVISE BRIEFS FOR
                                      CONTESTED CLAIMS MATTERS (1.9).

DIAZ LB          01/06/08      1.40   REVIEW STIPULATION AND SETTLEMENT
                                      AGREEMENTS FOR CLAIMS (1.4).

DIAZ LB          01/07/08      9.80   STRATEGY MEETING RE: OBJECTIONS TO PLAN
                                      AND RIGHTS OFFERING MOTION (1.0);
                                      REVISE D. UNRUE DECLARATION (2.1);
                                      ANALYZE AND REVISE DISCOVERY REQUESTS,
                                      STATEMENT OF DISPUTES, AND BRIEFS FOR
                                      CONTESTED MATTERS (4.7); CONFERENCE
                                      CALLS WITH D. UNRUE, J. DELUCA AND
                                      DELPHI CLAIMS MANAGERS (1.2); RESPOND
                                      TO INQUIRIES BY CLAIMANTS (0.8).

DIAZ LB          01/08/08      7.90   CONFERENCE CALLS WITH D. UNRUE, J.
                                      DELUCA AND DELPHI CLAIMS MANAGERS
                                      (1.2); UPDATE CLAIMS TRACKING CHART
                                      (1.4); CLAIMS STRATEGY MEETING WITH D.
                                      UNRUE AND J. DELUCA (1.1); REVIEW
                                      OMNIBUS CLAIMS OBJECTION (1.8); REVIEW
                                      AND EDIT CLAIMS AGENDA (2.4).

DIAZ LB          01/09/08     12.80   CONFERENCE CALLS WITH D. UNRUE, J.
                                      DELUCA AND DELPHI CLAIMS MANAGERS
                                      (1.2); RESPOND TO INQUIRIES BY
                                      CLAIMANTS (0.8); DRAFT CLAIMS HEARING
                                      DOCUMENTS AND OTHER RELATED CLAIMS
                                      HEARING PREPARATION (4.1); RESEARCH AND
                                      REVISE RESPONSE TO AD HOC COMMITTEE
                                      MOTION (6.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DIAZ LB | 01/10/08 | 19.60 | ATTEND HEARING RE: AD HOC COMMITTEE MOTION AND RELATED PREPARATION (2.8); RESEARCH AND REVISE DEBTORS' RESPONSE TO AD HOC COMMITTEE MOTION (5.3); EDIT UNRUE DECLARATION AND REVIEW WITH D. UNRUE (5.2); CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.3); UPDATE CLAIMS TRACKING CHART (1.1); RESPOND TO INQUIRIES BY CLAIMANTS (0.7); HEARING PREP FOR CLAIMS HEARING (2.3); EDIT CLAIMS AGENDA (0.9). |
| DIAZ LB | 01/11/08 | 7.40 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.4); RESPOND TO INQUIRIES BY CLAIMANTS (1.1); ATTEND CLAIMS HEARING AND RELATED PREPARATION (4.9). |
| DIAZ LB | 01/12/08 | 10.10 | ANALYSIS OF CURE RELATED ISSUES AND RELEVANT CASE LAW (3.3); ANALYZE RIGHTS OFFERING OBJECTIONS (6.8). |
| DIAZ LB | 01/13/08 | 9.90 | STRATEGY CALLS RE: RIGHTS OFFERING OBJECTION STRATEGY WITH D. UNRUE (2.3); REVIEW STIPULATION AND SETTLEMENT AGREEMENTS FOR CLAIMS (1.7); ANALYZE RIGHTS OFFERING OBJECTIONS (5.9). |
| DIAZ LB | 01/14/08 | 11.10 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.6); UPDATE CLAIMS TRACKING CHART (1.2); RESPOND TO INQUIRIES BY CLAIMANTS (1.1); CLAIMS STRATEGY MEETING WITH D. UNRUE AND J. DELUCA (1.2); ANALYZE RIGHTS OFFERING OBJECTIONS (3.9); CONTACT CLAIMANTS RE: SETTLEMENT OF RIGHTS OFFERING OBJECTIONS (2.1). |
| DIAZ LB | 01/15/08 | 15.60 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.4); RESPOND TO INQUIRIES BY CLAIMANTS (0.9); ANALYZE RIGHTS OFFERING OBJECTIONS (8.7); REVISE RIGHTS OFFERING EXHIBITS AND EDIT RELATED DOCUMENTS (2.9); CONTACT CLAIMANTS AND NEGOTIATE RE: OBJECTIONS TO RIGHTS OFFERING MOTION (1.7). |
| DIAZ LB | 01/16/08 | 9.50 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.5); UPDATE CLAIMS TRACKING CHART (0.6); RESPOND TO INQUIRIES BY CLAIMANTS (1.2); EDIT RIGHTS OFFERING EXHIBITS AND RELATED DOCUMENTS (4.6); EDIT OMNIBUS CLAIMS OBJECTION (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 01/17/08 | 10.50 | MEETINGS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.2); RESPOND TO INQUIRIES BY CLAIMANTS (1.1); REVIEW STIPULATION AND SETTLEMENT AGREEMENTS FOR CLAIMS (1.3); CONTACT SERP CLAIMANTS TO DISCUSS CALCULATIONS AND RIGHTS OFFERING MOTION (3.8); REVISE RIGHTS OFFERING EXHIBITS AND OTHER RELATED DOCUMENTS (1.8); REVISE AND EDIT OMNIBUS CLAIMS OBJECTION (1.3). |
| DIAZ LB | 01/18/08 | 2.30 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.4); RESPOND TO INQUIRIES BY CLAIMANTS (0.9). |
| DIAZ LB | 01/19/08 | 1.50 | REVIEW STIPULATION AND SETTLEMENT AGREEMENTS FOR CLAIMS (1.5). |
| DIAZ LB | 01/21/08 | 7.00 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.5); RESPOND TO INQUIRIES BY CLAIMANTS (0.9); PREPARATION FOR INTESYS MEDIATION (1.2); ANALYZE RESPONSES TO OMNI CLAIMS OBJECTION (2.3); NEGOTIATE CLAIM SETTLEMENTS WITH CLAIMANTS COUNSEL (1.1). |
| DIAZ LB | 01/22/08 | 9.50 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.3); UPDATE CLAIMS TRACKING CHART (0.7); RESPOND TO INQUIRIES BY CLAIMANTS (1.4); REVIEW, EDIT AND DRAFT STIPULATIONS AND SETTLEMENT AGREEMENTS FOR CLAIMS (2.2); ANALYZE RESPONSES TO OMNIBUS CLAIMS OBJECTION (2.7); ANALYZE AND EDIT DECLARATION FOR NOTICE ISSUE RE: MOTION TO RECONSIDER (1.2). |
| DIAZ LB | 01/23/08 | 9.10 | CONFERENCE CALLS WITH D. UNRUE, J. DELUCA AND DELPHI CLAIMS MANAGERS (1.3); RESPOND TO INQUIRIES BY CLAIMANTS (1.3); CONTINUE TO WORK ON U VISA APPLICATION (0.9); ANALYZE RESPONSES TO OMNIBUS CLAIMS OBJECTION AND EDIT RELATED DOCUMENTS (4.2); REVIEW AND EDIT REPLY AND EXHIBIT FOR OMNIBUS CLAIMS OBJECTION (1.4). |
| DIAZ LB | 01/24/08 | 11.00 | CONFERENCE CALLS WITH D. UNRUE AND J. DELUCA (1.3); UPDATE CLAIMS TRACKING CHART (0.6); RESPOND TO INQUIRIES BY CLAIMANTS (1.2); REVIEW STIPULATION AND SETTLEMENT AGREEMENTS FOR CLAIMS (1.1); REVISE OMNIBUS REPLY AND RELATED EXHIBITS (2.4); DRAFT DOCUMENTS FOR OMNI HEARING (1.3); ANALYZE AND PREPARE MATERIALS FOR CHAMBERS CONFERENCE RE: FRY'S METALS (3.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DIAZ LB | 01/25/08 | 8.70 | CONFERENCE CALL WITH D. UNRUE (1.5); RESPOND TO INQUIRIES BY CLAIMANTS (1.1); PREPARE AND ATTENDANCE OF OMNIBUS HEARING (2.4); PREPARE AND ATTENDANCE OF CHAMBERS CONFERENCE RE: SPECIALTY COATINGS (3.7). |

210.70

| | | | |
|---|---|---|---|
| DUNCOMB BM | 01/02/08 | 7.30 | COMMUNICATIONS RE: CANCELLATION CLAIM IN KENSA CLAIM (0.8); PREPARE NOTICES OF PRESENTMENT FOR MOLEX & KEY SAFETY SYSTEMS (1.0); REVIEW KENSA'S DISCOVERY REQUESTS (0.6); FILE SUFFICIENCY NOTICE FOR HUTZ CLAIM (0.4); SCHEDULE AND COMMUNICATIONS WITH COUNSEL FOR RIVERSIDE CLAIM (0.8); REVISE STIPULATIONS AND SETTLEMENTS FOR THE MOLEX AND KEY SAFETY SYSTEMS CLAIMS (0.7); WORK ON RIVERSIDE DISCOVERY REQUESTS AND INVESTIGATE CLAIMS (2.4); HOTLINE CALLS (0.6). |
| DUNCOMB BM | 01/03/08 | 4.30 | CLAIMS TEAM MEETING (0.5); RESEARCH AND COMMUNICATIONS RE: RETURNED MATERIALS IN KENSA CLAIM (0.5); INVESTIGATE FACTS FOR RIVERSIDE CLAIM (0.5); RESEARCH AND PREPARE DISCOVERY REQUESTS FOR RIVERSIDE CLAIM (2.5); REVIEW CLAIMS MATERIALS (0.3). |
| DUNCOMB BM | 01/04/08 | 3.00 | COMMUNICATIONS WITH KENSA RE: SETTLEMENT (0.4); PREPARE AND DISTRIBUTE STIPULATIONS AND SETTLEMENTS TO MOLEX AND KEY SAFETY SYSTEMS (0.7); DISCUSS ISSUES WITH RESPECT TO THE MOLEX CLAIM (0.4); COMMUNICATIONS WITH CLAIMS TEAM (0.5); SENDE-MAILS TO COUNSEL FOR RIVERSIDE AND KENSA CLAIMS RE: ADJOURNMENT (0.5); COMMUNICATIONS RE: RIVERSIDE AND KENSA CLAIMS (0.5). |
| DUNCOMB BM | 01/06/08 | 1.10 | PREPARE NOTICES OF ADJOURNMENT FOR KENSA & RIVERSIDE (1.1). |
| DUNCOMB BM | 01/07/08 | 3.90 | E-MAILS TO CLAIMS TEAM (0.8); REVISIONS TO KSSI SETTLEMENT AND STIPULATION (0.3); REVISE AND FILE NOTICE OF ADJOURNMENT (0.3); PREPARE CLAIMS-TRACKING SPREADSHEET (1.4); DISCUSS SETTLEMENT AND OTHER ISSUES FOR RIVERSIDE CLAIM (0.6); MEETING RE: HOTLINE CALLS (0.5). |
| DUNCOMB BM | 01/08/08 | 6.20 | REVIEW NU-TECH BRIEF (0.8); CREATE TABLE OF DEPOSITION TESTIMONY FOR CROSS EXAMINATION (1.0); RESEARCH FOR NU-TECH CLAIM RE: RULES OF EVIDENCE (3.0); RETURN HOTLINE CALLS (1.4). |

B43E

| | | | |
|---|---|---|---|
| DUNCOMB BM | 01/09/08 | 10.50 | RESEARCH FOR NU-TECH CLAIM RE: RULES OF EVICENCE AND PREPARE MEMO (2.5); DRAFT SCRIPT FOR CLAIMS HEARING (4.1); RETURN HOTLINE CALLS (2.8); DRAFT SUGGESTION OF BANKRUPTCY FOR ASBESTOS CASE IN MADISON COUNTY, IL (0.5); EVALUATE HUTZ CLAIM (0.6). |
| DUNCOMB BM | 01/10/08 | 13.50 | RESEARCH FOR HUTZ CLAIM (1.0); RESEARCH MI PREJUDGMENT INTEREST FOR NU-TECH CLAIM (0.5); RESEARCH RE: RULES OF COURT (0.5); RETURN HOTLINE CALLS (1.1); RESEARCH FOR HUTZ CLAIM AND PREPARE SUFFICIENCY BRIEF (10.4). |
| DUNCOMB BM | 01/11/08 | 4.00 | RETURN HOTLINE CALLS (0.3); RESEARCH RE: FILING DEADLINES IN STATE COURT FOR SUGGESTION OF BANKRUPTCY (1.6); PREPARE SUGGESTION OF BANKRUPTCY FOR FILING (0.4); REVISIONS TO HUTZ SUFFICIENCY BRIEF (0.9); EVALUATE CLAIMS (0.8). |
| DUNCOMB BM | 01/12/08 | 0.30 | SEND OUT UPDATED MOLEX SETTLEMENT AND STIPULATION (0.1); UPDATE CLAIMS HEARING CHART (0.2). |
| DUNCOMB BM | 01/14/08 | 1.60 | PREPARE HUTZ SETTLEMENT AGREEMENT (0.7); PREPARE HUTZ STIPULATION (0.9). |
| DUNCOMB BM | 01/16/08 | 0.60 | REVISIONS TO HUTZ SETTLEMENT AND STIPULATION (0.6). |
| DUNCOMB BM | 01/18/08 | 0.90 | DRAFT MOTION OF ADJOURNMENT FOR U.S. CUSTOMS CLAIM (0.7); CONTACT COUNSEL RE: NOTICE OF ADJOURNMENT (0.2). |
| DUNCOMB BM | 01/21/08 | 0.20 | UPDATE CLAIMS CHART (0.2). |
| DUNCOMB BM | 01/22/08 | 4.50 | OMNI NOTICE OF SUFFICIENCY HEARING FOR DUPLICATE CLAIMS; PREPARE NOTICE, EXHIBIT, AND SPECIAL SERVICE PARTIES LIST (4.0); REVISE AND FILE NOTICE (0.5). |
| DUNCOMB BM | 01/23/08 | 3.00 | RESPOND TO INQUIRY RE: CURE OBJECTIONS (0.8); RESPOND TO INQUIRIES RE: DUPLICATE CLAIMS (1.2); FORWARD FINALIZED VERSIONS OF SETTLEMENT AND STIP TO KSSI COUNSEL (0.3); RETURN HOTLINE CALLS (0.7). |
| DUNCOMB BM | 01/24/08 | 5.30 | REVISE RIVERSIDE REQUESTS FOR ADMISSIONS (0.5); RESPOND TO INQUIRY RE: EXECUTORY CONTRACT (0.2); UPDATE MOLEX NOTICE OF PRESENTMENT (0.8); RETURN HOTLINE CALLS (1.8); RESEARCH FOR RIVERSIDE CLAIM (0.7); EVALUATE CLAIM ISSUES (0.3); PREPARE AND FILE NOTICE OF ADJOURNMENT FOR RIVERSIDE (0.8); COMMUNICATION RE: CLAIMS ISSUES (0.2). |
| DUNCOMB BM | 01/25/08 | 1.40 | CONTACT COUNSEL FOR RIVERSIDE RE: ADJOURNMENT (0.1); FOLLOW-UP ON HOTLINE CALL (0.1); CHART FOR DUPLICATE CLAIMS (1.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**71.60**

| | | | |
|---|---|---|---|
| HILL LF | 01/02/08 | 0.30 | REVIEW EMAIL CORRESPONDENCE RE: DISCOVERY RELATED CLAIMS MATTERS (0.3). |
| HILL LF | 01/03/08 | 5.80 | DRAFT CLAIMS UPDATE (3.4); TELECONFERENCE WITH COUNSEL TO SETTLE CLAIM (0.3); RESEARCH CLAIM TO PREPARE SETTLEMENT TERMS OF CLAIM AND DRAFT CORRESPONDENCE RE: SUCH SETTLEMENT (1.1); REVIEW EMAILS RE: CLAIMS TEAM MATTERS (0.4); REVIEW EMAILS AND RESEARCH AND DRAFT RESPONSE TO EMAILS RE: DISCOVERY (0.6). |
| HILL LF | 01/04/08 | 2.80 | PARTICIPATED IN CALLS RE: FREUDENBERG CLAIMS (1.1); REVIEW AND RESEARCH FREUDENBERG CLAIMS (1.7). |
| HILL LF | 01/05/08 | 0.80 | REVIEW AND RESPOND TO EMAILS RE: FREUDENBERG SETTLEMENT (0.8). |
| HILL LF | 01/07/08 | 9.40 | TELECONFERENCE RE: FREUDENBERG CLAIM (0.8); BEGIN DRAFTING BRIEF RE: FREUDENBERG (7.1); REVIEW EMAILS AND RESEARCH AND DRAFT RESPONSES RE: CLAIM SETTLEMENT STATUS (1.5). |
| HILL LF | 01/08/08 | 8.40 | DRAFT AND REVIEW NOTICES OF ADJOURNMENT (1.1); REVIEW EMAILS RE: CLAIMS RECONCILIATION AND RESEARCH AND DRAFT RESPONSIVE EMAILS RE: STATUS OF RECONCILIATION (3.4); REVIEW AND MARK-UP CLAIMS HEARING AGENDA (3.9). |
| HILL LF | 01/09/08 | 11.70 | DRAFT AND REVISE RESPONSE TO EXPEDITED AD-HOC COMMITTEE MOTION (7.5); RESEARCH RE: EXPEDITED AD-HOC COMMITTEE MOTION (3.3); RESPOND TO TELEPHONIC INQUIRIES RE: CLAIM MATTERS (0.9). |
| HILL LF | 01/10/08 | 15.10 | CONTINUE REVISING RESPONSE TO EXPEDITED AD HOC COMMITTEE MOTION (2.5); CONTINUE DRAFTING BRIEF RE: FREUDENBERG (5.3); DRAFT AND REVISE NOTICES OF ADJOURNMENT (1.9); RESEARCH CLAIM STATUS AND DRAFT BRIEF RE: CROWN ENTERPRISES (4.7); RESPOND TO TELEPHONIC INQUIRIES RE: CLAIM MATTERS (0.7). |
| HILL LF | 01/11/08 | 11.60 | REVIEW EMAILS AND RESEARCH AND DRAFT RESPONSES TO INQUIRIES RE: CLAIMS RECONCILIATION (3.2); REVIEW AND REVISE NOTICES FOR FILING (1.1); BEGIN DRAFTING OMNIBUS CLAIMS OBJECTION AND RELATED DOCUMENTS (4.8); BEGIN REVIEWING BRIEF (2.5). |
| HILL LF | 01/17/08 | 1.40 | REVIEW EMAILS RE: STATUS OF CLAIMS RECONCILIATION (1.4). |
| HILL LF | 01/21/08 | 0.80 | RESEARCH AND RESPOND TO EMAILS RE: STATUS OF CLAIMS SETTLEMENT (0.8). |
| HILL LF | 01/22/08 | 0.90 | RESPOND TO EMAILS RE: STATUS OF CLAIMS RECONCILIATION AND SETTLEMENT (0.9). |

B43E

| | | | |
|---|---|---|---|
| HILL LF | 01/23/08 | 0.50 | REVIEW AND RESPOND TO EMAILS RE: CLAIMS SETTLEMENT (0.5). |
| HILL LF | 01/24/08 | 4.10 | REVIEW AND REVISE LETTER TO CHAMBERS RE: FRY'S METALS (0.8); REVISE OMNIBUS OBJECTION DOCUMENTS FOR HEARING (3.3). |
| HILL LF | 01/25/08 | 0.60 | REVISE LETTER TO CHAMBERS RE: FRY'S METALS (0.6). |

**74.20**

| | | | |
|---|---|---|---|
| HOWE EJ | 01/02/08 | 11.20 | DRAFT DISCOVERY (2.0) AND REVISE SUPPLEMENTAL REPLY (2.3) RE: CLAIM OF METALFORMING TECHNOLOGIES; UPDATE CLAIMS STATUS CHART (0.6); TELECONFERENCE WITH J. DELUCA RE: CONESTOGA ROVERS (0.3); DRAFT SUPPLEMENTAL REPLY RE: CLAIM OF NSS TECH (4.1); PREPARE NOTICES OF PRESENTMENT FOR JANUARY 10 CLAIMS HEARING (1.7); EMAIL FROM AND RETURN EMAIL TO COUNSEL FOR H. WOODSON (0.2). |
| HOWE EJ | 01/03/08 | 12.10 | PARTICIPATE IN CLAIMS WORKING GROUP STRATEGY SESSION (0.5); COORDINATE FILING AND SERVICE OF NOTICES OF PRESENTMENT RE: JANUARY 10 CLAIMS HEARING (5.1); DRAFT DECLARATION OF D. UNRUE IN SUPPORT OF METALFORMING SUPPLEMENTAL REPLY (1.7); REVIEW COMMENTS FROM VALEO TO SETTLEMENT AGREEMENT AND REVISE SAME (1.6); TELECONFERENCE WITH G. SELINGER, EMAIL TO SAME, AND TELECONFERENCE WITH D. EVANS RE: CLAIM OF CONESTOGA (0.7); CONTINUE DRAFTING SUPPLEMENTAL REPLY RE: CLAIM OF NSS TECH (1.4); REVIEW SETTLEMENT AGREEMENT RE: CLAIM OF KYOCERA AND DRAFT SUMMARY OF CHANGES TO SAME (0.8); REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF CHERRY CORPORATION (0.3). |
| HOWE EJ | 01/04/08 | 3.30 | DRAFT AND COORDINATE FILING AND SERVICE OF ADDITIONAL NOTICES OF PRESENTMENT (1.6); TELECONFERENCE WITH M. HESTER RE: SETTLEMENT TRACKING AND JCI (0.2); REVISE SUPPLEMENTAL REPLY RE: NSS TECH (1.0); TELECONFERENCE WITH COUNSEL FOR CREDITORS COMMITTEE RE: TOWER AUTOMOTIVE SETTLEMENT (0.3); REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF FLAMBEAU (0.2). |
| HOWE EJ | 01/05/08 | 1.80 | FINALIZE DRAFTING SUPPLEMENTAL REPLY RE: CLAIM OF NSS TECH (1.8). |
| HOWE EJ | 01/07/08 | 3.30 | REVIEW AND ANALYZE SPOUSAL CLAIMS ISSUES (0.9) AND DRAFT NOTICE OF SCHEDULING AMENDMENTS (1.5) RE: SERP CLAIMS; UPDATE CLAIMS TRACKING CHART (0.4); TELECONFERENCE WITH I. MARKUS RE: TWENTY-FOURTH OMNIBUS OBJECTION INQUIRY (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 01/08/08 | 5.40 | UPDATE DECEMBER SETTLEMENT PROCEDURES TRACKING REPORT (0.4); REVISE SETTLEMENT DOCUMENTS AND SEND TO OPPOSING COUNSEL RE: CLAIM OF CHERRY CORPORATION (1.0); REVIEW AND ANALYZE SERP SCHEDULE AMENDMENT ISSUES (1.3); DRAFT DECLARATION IN SUPPORT OF SUPPLEMENTAL REPLY RE: CLAIM OF NSS TECH (1.4); REVIEW PROPOSED REVISIONS OF FLAMBEAU SETTLEMENT AGREEMENT AND DRAFT COUNTERPROPOSAL LANGUAGE RE: SAME (1.3). |
| HOWE EJ | 01/09/08 | 2.10 | CONTINUE REVISIONS TO SUPPLEMENTAL REPLY RE: CLAIM OF NSS TECH (1.8); REVISE NOTICE OF SCHEDULE AMENDMENTS RE: SERP CLAIMS (0.3). |
| HOWE EJ | 01/10/08 | 1.50 | DRAFT SETTLEMENT PROCEDURES NOTICE TO NOTICE PARTIES RE: CLAIM OF BOSCH (1.5). |
| HOWE EJ | 01/11/08 | 0.90 | DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF CONESTOGA ROVERS (0.9). |
| HOWE EJ | 01/13/08 | 0.60 | REVISE SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF CONESTOGA ROVERS (0.6). |
| HOWE EJ | 01/14/08 | 1.70 | ANALYZE SCHEDULE AMENDMENT ISSUES RE: SERP CLAIMS (1.7). |
| HOWE EJ | 01/17/08 | 4.80 | FINALIZE AMENDMENT TO SCHEDULES RE: SERP CLAIMS AND COORDINATE FILING AND SERVICE OF SAME (4.1); REVIEW PROPOSED REVISIONS OF CHERRY CORPORATION TO SETTLEMENT AGREEMENT (0.7). |
| HOWE EJ | 01/18/08 | 1.20 | DRAFT SCRIPT FOR HEARING ON TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION (1.2). |
| HOWE EJ | 01/21/08 | 1.60 | UPDATE CLAIMS TRACKING CHART (0.4); REVISE SETTLEMENT AGREEMENTS RE: CLAIMS OF CHERRY CORPORATION (0.7) AND VALEO (0.5). |
| HOWE EJ | 01/22/08 | 1.60 | TELECONFERENCES WITH M. CARROL (0.2) AND C. CROWTHER (0.2) RE: CLAIM OF METALFORMING; DRAFT, FILE, AND COORDINATE SERVICE, OF NOTICE OF ADJOURNMENT RE: CLAIM OF SHERWIN WILLIAMS (0.5); TELECONFERENCE WITH S. DRUCKER RE: VALEO SETTLEMENT AGREEMENT (0.3); TELECONFERENCE WITH J. BLUMBERG RE: KYOCERA SETTLEMENT AGREEMENT (0.4). |
| HOWE EJ | 01/23/08 | 1.50 | DRAFT NOTICES OF PRESENTMENT RE: JANUARY 31 CLAIMS HEARING (0.8); REVISE SETTLEMENT AGREEMENT RE: CLAIM OF FLAMBEAU (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 01/24/08 | 3.50 | COORDINATE FILING AND SERVICE OF NOTICES OF PRESENTMENT FOR JANUARY 31 CLAIMS HEARING (1.5); REVISE SETTLEMENT AGREEMENTS RE: CLAIMS OF CLARION (0.6) AND VALEO (0.7); DRAFT SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF METALFORMING (0.7). |
| HOWE EJ | 01/25/08 | 7.40 | REVIEW RESPONSE OF EEOC, NOTICE TO FILE MOTION, AND BEGIN LEGAL RESEARCH RE: CLAIM OF EEOC (5.8); FINALIZE DRAFT OF SETTLEMENT AGREEMENT AND STIPULATION RE: CLAIM OF METALFORMING (0.7); TELECONFERENCE WITH D. MAZO RE: CLAIM OF NSS TECH (0.4); UPDATE CLAIMS TRACKING CHART (0.5). |
| | | 65.50 | |
| KAHN MT | 01/01/08 | 1.10 | REVISE INTESYS REPLY BRIEF (0.6); DRAFT DECLARATION FOR REPLY BRIEF (0.5). |
| KAHN MT | 01/02/08 | 5.80 | REVISE INTESYS SUPPLEMENTAL REPLY (0.3); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.4); CORRESPONDENCE WITH SELECT RE: STATUS OF SETTLEMENT DOCUMENTS (0.1); TELECONFERENCE WITH N.WHEATLEY RE: STATUS OF SETTLEMENT DOCUMENTS (0.2); DRAFT NOTICE PARTIES (0.3); REVISE INTESYS REPLY (0.6); UPDATE CLAIMS STATUS CHART (0.5); TELECONFERENCES WITH D. DONABEDIAN RE: BRIX OFFER (0.2);  ANALYZE AOS RE: RECLAMATION ELECTION NOTICE (0.2); DRAFT EMAIL SUMMARIZING BRIX CLAIM (0.2); DRAFT BRIX DISCOVERY REQUESTS (0.9); CORRESPONDENCE WITH DELPHI RE: STATUS OF ALPS SETTLEMENT (0.1); CORRESPONDENCE WITH D.UNRUE RE: BRIX SETTLEMENT OFFER (0.1); REVISE CLAIMS SETTLEMENT CHART (0.5); CALL WITH COUNSEL FOR DATWYLER AND ROTHRIST RE: STATUS OF CLAIMS (0.2); REVISE ROTHRIST SETTLEMENT DOCUMENTS (0.1); DRAFT BENECKE SETTLEMENT DOCUMENTS (0.5); DRAFT EMAIL TO K.CRAFT AND D.UNRUE RE: BRIX SETTLEMENT OFFER (0.1); DRAFT NOTICE OF ADJOURNMENT FOR VICTORY (0.3). |
| KAHN MT | 01/03/08 | 1.90 | PARTICIPATE ON CLAIMS TEAM CALL (0.4); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.4); CORRESPONDENCE WITH AB AUTOMOTIVE RE: STATUS OF SETTLEMENT DOCUMENTS (0.2); TELECONFERENCE WITH D. UNRUE RE: DECLARATION FOR REPLY (0.2); REVISE DECLARATION (0.2); CORRESPONDENCE WITH BRIX RE: ADJOURNING HEARING ON CLAIM (0.1); ANALYZE COMMENTS TO AB AUTOMOTIVE DOCUMENTS (0.3); CORRESPONDENCE WITH DELPHI RE: DEMAG PLASTICS CLAIM (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| KAHN MT | 01/04/08 | 3.40 | REVISE NOTICE OF ADJOURNMENT FOR BRIX CLAIM (0.2); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.3); DRAFT GOOD FAITH AND IMPLEMENTATION SECTIONS OF J. SHEEHAN DECLARATION (2.4); ANALYZE SONY MARK-UP TO SETTLEMENT DOCUMENTS (0.1); CORRESPONDENCE WITH DELPHI RE: DEMAG PLASTICS CLAIM (0.2); TELECONFERENCE WITH PBR AUSTRALIA RE: SETTLING CLAIM (0.2). |
| KAHN MT | 01/07/08 | 0.90 | ANALYZE CLAIMS TEAM CORRESPONDENCE (0.3); CORRESPONDENCE WITH CLAIMANTS RE: CURE NOTICE QUESTIONS (0.2); REVISE AND UPDATE SETTLEMENT STATUS CHART (0.4). |
| KAHN MT | 01/08/08 | 2.80 | DRAFT AND REVISE PBR AUSTRALIA SETTLEMENT DOCUMENTS (0.8); CORRESPONDENCE WITH BRUSH WELLMAN RE: SETTLEMENT DOCUMENTS (0.2); REVISE BRUSH WELLMAN SETTLEMENT DOCUMENTS (0.4); CORRESPONDENCE WITH AB AUTOMOTIVE RE: SETTLEMENT DOCUMENTS (0.1); REVISE SONY SETTLEMENT DOCUMENTS AND CORRESPONDENCE WITH SONY RE: SAME (0.1); TELECONFERENCE WITH ALPS AUTOMOTIVE (0.1); DRAFT SUMMARY OF BRUSH WELLMAN CLAIMS (0.2); REVISE AND UPDATE SETTLEMENT CHART (0.4); CORRESPONDENCE WITH INTESYS RE: MEDIATION (0.1); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.4). |
| KAHN MT | 01/09/08 | 5.60 | REVISE AB AUTO SETTLEMENT DOCUMENTS (1.0); TELECONFERENCE WITH M. MEYERS RE: ALPS SETTLEMENT DOCUMENTS (0.3); TELECONFERENCE WITH CLAIMANTS RE: STATUS OF SETTLEMENT DOCUMENTS (0.4); ANALYZE INTESYS DISCOVERY REQUESTS (0.5); CORRESPONDENCE WITH AB AUTOMOTIVE RE: STATUS OF SETTLEMENT DOCUMENTS (0.2); REVISE GENERAL PRODUCTS SETTLEMENT DOCUMENTS AND CORRESPONDENCE WITH GP'S COUNSEL RE: SAME (0.3); CORRESPONDENCE WITH DELPHI RE: INTESYS CLAIM (0.2); TELECONFERENCE WITH AB AUTOMOTIVE RE: SETTLEMENT DOCUMENTS (0.5); REVISE RECEPTER SETTLEMENT DOCUMENTS (0.2); TELECONFERENCES WITH MEDIATORS RE: INTESYS MEDIATION (0.3) CORRESPONDENCE WITH SONY RE: SETTLEMENT DOCUMENTS (0.1); CORRESPONDENCE WITH XEROX RE: CLAIM (0.2); TELECONFERENCE WITH ALPS RE: SETTLEMENT DOCUMENTS (0.2); ANALYZE CLAIMS TEAM CORRESPONDENCE (0.4); ANALYZE OBJECTIONS TO RIGHTS OFFERING MOTION AND DRAFT SUMMARIES RE: SAME (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KAHN MT          01/10/08      3.00    ANALYZE OBJECTIONS TO RIGHTS OFFERING
                                       MOTION AND DRAFT SUMMARIES RE: SAME
                                       (1.1); TELECONFERENCE WITH ALPS RE:
                                       STATUS OF SETTLEMENT DOCUMENTS (0.2);
                                       TELECONFERENCE TO BEAR STEARNS RE: ALPS
                                       SETTLEMENT DOCUMENTS (0.1);
                                       CORRESPONDENCE WITH E. VOGLER RE: SONY
                                       SETTLEMENT DOCUMENTS (0.2); ANALYZE
                                       CLAIMS TEAM CORRESPONDENCE (0.3.);
                                       CORRESPONDENCE WITH T. WEINER RE:
                                       SUPPLEMENT REPLY (0.3); CORRESPONDENCE
                                       WITH M. BECHTEL RE: INTESYS CLAIM (0.1);
                                       CORRESPONDENCE WITH INFINEON RE:
                                       SETTLEMENT DOCUMENTS (0.1);
                                       CORRESPONDENCE WITH AB AUTO RE:
                                       SETTLEMENT DOCUMENTS (0.1); REVISE SAME
                                       (0.5).

KAHN MT          01/11/08      2.80    UPDATE SETTLEMENT CHART (0.3);
                                       TELECONFERENCE WITH BRUSH WELLMAN RE:
                                       SETTLEMENT DOCUMENTS (0.2);
                                       CORRESPONDENCE WITH AB AUTOMOTIVE RE:
                                       SETTLEMENT DOCUMENTS (0.1);
                                       CORRESPONDENCE WITH EMPRESAS RE:
                                       SETTLEMENT DOCUMENTS (0.1); ANALYZE
                                       OBJECTIONS TO RIGHTS OFFERING MOTION
                                       AND DRAFT SUMMARIES RE: SAME (1.5);
                                       RETURN CALLS FROM CLAIMANTS (0.3);
                                       PARTICIPATE IN WORKING GROUP CALL RE:
                                       RIGHTS OFFERING MOTION OBJECTIONS
                                       (0.3).

KAHN MT          01/14/08      4.50    TELECONFERENCES AND CORRESPONDENCE TO
                                       CLAIMANTS TO RESOLVE THEIR OBJECTIONS
                                       TO THE RIGHTS OFFERING MOTION (0.3);
                                       ANALYZE OBJECTIONS TO THE RIGHTS
                                       OFFERING MOTION AND DRAFT SUMMARY RE:
                                       SAME (1.0); REVISE SUMMARIES OF
                                       OBJECTIONS TO THE PLAN (1.0);
                                       CORRESPONDENCE WITH KCC RE: CURE
                                       NOTICES (0.4); REVISE GENERAL PRODUCTS
                                       SETTLEMENT DOCUMENTS (0.4); REVISE
                                       BRUSH WELLMAN SETTLEMENT DOCUMENTS
                                       (0.5); REVISE EMPRESAS SETTLEMENT
                                       DOCUMENTS (0.3); ANALYZE CLAIMS TEAM
                                       CORRESPONDENCE (0.3); TELECONFERENCE
                                       WITH T. WEINER RE: RIGHTS OFFERING
                                       OBJECTIONS (0.2); CORRESPONDENCE WITH
                                       T. WEINER RE: SAME (0.1).

KAHN MT          01/15/08      1.80    DRAFT NOTICE OF ADJOURNMENT FOR INTESYS
                                       (0.4); TELECONFERENCES WITH CLAIMANTS
                                       RE: STATUS OF THEIR SETTLEMENT
                                       DOCUMENTS (0.4); REVISE HEARING CHART
                                       (0.1); ANALYZE CLAIMS TEAM
                                       CORRESPONDENCE (0.2); TELECONFERENCE
                                       WITH WESCO RE: RIGHTS OFFERING
                                       OBJECTION AND DRAFT CONTINUING EMAIL
                                       RE: SAME (0.4); ANALYZE STATUS OF
                                       ASBESTOS SETTLEMENTS (0.3).

B43E

05-44481-rdd   Doc 19256-7   Filed 12/30/09   Entered 12/30/09 21:18:57   Exhibit
D-2(b)   Pg 94 of 120
Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| KAHN MT | 01/16/08 | 2.40 | ANALYZE STATUS OF ASBESTOS CLAIMS SETTLEMENTS AND TELECONFERENCE WITH K. FARINAS RE: SAME (0.5); TELECONFERENCES WITH AB AUTOMOTIVE RE: SETTLEMENT DOCUMENTS (0.4); REVISE AB AUTOMOTIVE SETTLEMENT DOCUMENTS (1.4); CORRESPONDENCE WITH AB AUTOMOTIVE RE: SAME (0.1). |
|---|---|---|---|
| KAHN MT | 01/17/08 | 4.50 | COORDINATE INTESYS MEDIATION INCLUDING PREPARATION OF MATERIALS, CORRESPONDENCE WITH MEDIATOR (2.5); REVISE RT SUB SETTLEMENT DOCUMENTS AND TELECONFERENCE WITH DELPHI RE: SAME (0.8); CORRESPONDENCE WITH J. DELUCA RE: SAME (0.2); REVISE BRUSH WELLMAN SETTLEMENT DOCUMENTS (0.8); REVISE INFINEON SETTLEMENT DOCUMENTS (0.2). |
| KAHN MT | 01/18/08 | 2.10 | ANALYZE CLAIMS TEAM CORRESPONDENCE (0.3); CORRESPONDENCE WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.4); CORRESPONDENCE WITH MEDIATOR RE: INTESYS MEDIATION (0.4); CORRESPONDENCE WITH INTESYS RE: MEDIATION (0.3); PREPARE FOR INTESYS MEDIATION (0.7). |
| KAHN MT | 01/21/08 | 1.80 | COORDINATE AND PREPARE FOR MEDIATION (0.3); ANALYZE CORRESPONDENCE FROM INTESYS COUNSEL (0.1); CORRESPONDENCE WITH MEDIATOR RE: INTESYS MEDIATION (0.1); CORRESPONDENCE WITH DELPHI RE: SAME (0.1); REVISE CLAIM 9079 SETTLEMENT DOCUMENTS (0.3); REVISE SETTLEMENT CHART (0.3); REVIEW CLAIM 9079 SETTLEMENT DOCUMENTS (0.3); REVISE SETTLEMENT STATUS CHART (0.3). |
| KAHN MT | 01/22/08 | 1.20 | CORRESPONDENCE WITH INTESYS RE: PODS PROVIDED (0.1); CORRESPONDENCE WITH DELPHI RE: SAME (0.1); CORRESPONDENCE WITH N. WHEATLEY RE: SCHRADER BRIDGEPORT CLAIM (0.1); REVISE AB AUTOMOTIVE SETTLEMENT DOCUMENTS (0.5); TELECONFERENCE WITH M.MEYERS RE: ALPS AUTOMOTIVE SETTLEMENT DOCUMENTS (0.2); CORRESPONDENCE WITH C. VOGLER RE: SONY SETTLEMENT DOCUMENTS (0.1); REVISE NOTICE OF PRESENTMENT (0.1). |
| KAHN MT | 01/23/08 | 2.70 | DRAFT DISCOVERY RESPONSES FOR INTESYS (1.8); TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT OF THEIR CLAIMS (0.4); CORRESPONDENCE WITH INTESYS RE: MEDIATION AND STATUS OF CLAIMS (0.1); CORRESPONDENCE WITH CLAIMANTS RE: STATUS OF THE SETTLEMENT DOCUMENTS (0.4). |

72                                                                              B43E

| | | | |
|---|---|---|---|
| KAHN MT | 01/24/08 | 1.10 | CORRESPONDENCE WITH B. WELLMAN RE: STATUS OF SETTLEMENT DOCUMENTS (0.1); REVISE NOTICE OF PRESENTMENT FOR SONY (0.2); TELECONFERENCE WITH J. DELUCA RE: INTESYS DISCOVERY (0.3); REVISE EMPRESA SETTLEMENT DOCUMENTS (0.2); CORRESPONDENCE WITH COMPANY RE: SAME (0.1); TELECONFERENCE TO S. BOBO RE: SAME (0.2). |
| KAHN MT | 01/25/08 | 1.20 | TELECONFERENCE WITH M. MEYERS RE: ALPS SETTLEMENT DOCUMENTS (0.2); REVISE ALPS SETTLEMENT DOCUMENTS (0.5); REVISE CALVARY SETTLEMENT DOCUMENTS (0.3); CORRESPONDENCE WITH LONGACRE RE: SAME (0.1); CORRESPONDENCE WITH INFINEON RE: STATUS OF SETTLEMENT DOCUMENTS (0.1). |
| | | 50.60 | |
| MURPHY M | 01/07/08 | 3.20 | RETURN CALLS TO CURE NOTICE RECIPIENTS (3.2). |
| MURPHY M | 01/24/08 | 2.60 | RESEARCH COUNTERCLAIM ISSUES (2.6). |
| MURPHY M | 01/25/08 | 1.60 | RESEARCH RESPONSE TO CLAIMS OBJECTION (1.6). |
| | | 7.40 | |
| PERL MW | 01/02/08 | 6.00 | TELECONFERENCE WITH D. OLBRECHT AND S. GROB RE: MICHIGAN SBT TAX CLAIMS (0.8); TELECONFERENCE WITH P. HOUSNER RE: MICHIGAN SBT TAX CLAIMS (0.4) AND FOLLOW UP RE: SAME (0.2); REVIEW STATEMENT OF DISPUTED ISSUES FOR MICHIGAN USE TAXES AND CIRCULATE FOR ADDITIONAL COMMENTS (0.5); CONSIDER DOCUMENT RELEVANT TO SAME (0.3); REVIEW COMMENTS TO MICHIGAN SBT SETTLEMENT AGREEMENT (0.4), REVISE SAME (0.3) AND RESPOND TO MULTIPLE INQUIRIES RE: LANGUAGE IN SAME, INCLUDING REVIEW OF PROOFS OF CLAIM (0.9); ARRANGE MEET AND CONFER FOR MICHIGAN USE TAX CLAIMS (0.2); PREPARE PROPOSED MODIFIED BRIEFING SCHEDULE FOR CONTESTED HEARING ON MICHIGAN USE TAX CLAIMS (0.6); REVIEW PROCEDURES ORDER IN CONNECTION WITH SAME (0.3); FINALIZE STATEMENT OF DISPUTED ISSUES FOR FILING (0.3) AND COORDINATE RE: FILING AND SERVICE OF SAME (0.2); TELECONFERENCE WITH D. OLBRECHT RE: MICHIGAN SBT CLAIMS (0.1); PREPARE DRAFT SETTLEMENT DOCUMENTS AND CORRESPOND WITH P. HOUSNER RE: SAME (0.3); REVIEW VARIOUS MICHIGAN TAX CLAIMS DOCUMENTS (0.2). |

B43E

| PERL MW | 01/03/08 | 9.10 | STRATEGIZE WITH WORKING GROUP RE: MICHIGAN TAX CLAIMS MATTERS (0.2); TELECONFERENCE WITH P. HOUSNER RE: MICHIGAN TAX CLAIMS (0.4); FOLLOW UP RE: DISCOVERY REQUESTS (0.3); TELECONFERENCE WITH J. WHITSON AND D. OLBRECHT RE: PREPARATION FOR MICHIGAN SBT TAX HEARING (0.4); TELECONFERENCE WITH D. OLBRECHT AND S. GROB RE: MICHIGAN SBT TAX CLAIMS, INCLUDING CONSIDERATION OF POTENTIAL PROPOSAL (1.2); PREPARE INTERNAL AGENDA FOR MICHIGAN USE TAX MEET AND CONFER (1.3); REVIEW AND UPDATE MICHIGAN CLAIM SUMMARY RE: SAME (0.5); REVIEW RESPONSES TO DISCOVERY REQUESTS PROVIDED BY MICHIGAN (1.1), INCLUDING REVIEW OF RELATED MATERIALS (0.6); FOLLOW UP WITH S. GROB (0.3) AND WORKING GROUP (0.4) RE: SAME; STRATEGIZE RE: NEXT STEPS IN CONNECTION WITH MICHIGAN SBT CLAIMS, INCLUDING DISCOVERY RESPONSES (0.5); CONSIDER SCHEDULING ISSUES RE: EVIDENTIARY HEARING FOR MICHIGAN SBT CLAIMS AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.6); CORRESPONDENCE WITH D. UNRUE AND K. CRAFT RE: OHIO TAX CLAIM SETTLEMENT DOCUMENTS (0.2); CONSIDER DRAFT CORRESPONDENCE RE: MICHIGAN SBT CLAIMS (0.2); REVIEW AND CONSIDER CORRESPONDENCE FROM R. ARRIGO RE: MOTION FOR PAYMENT OF ADMINISTRATIVE TAX CLAIM (0.4); REVIEW MOTION AND STRATEGIZE RE: NEXT STEPS (0.3); DRAFT CORRESPONDENCE TO T. BEEMAN RE: SAME (0.2). |
| --- | --- | --- | --- |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | | |
|---|---|---|---|---|
| PERL MW | 01/04/08 | 5.90 | TELECONFERENCES WITH P. HOUSNER RE: MICHIGAN SBT CLAIMS (0.2, 0.6); FOLLOW UP TELECONFERENCES WITH D. OLBRECHT AND S. GROB RE: SAME (0.4, 0.6); TELECONFERENCE WITH W. ADAMSON RE: MICHIGAN USE TAX MATTERS (0.4); PREPARE FOR MICHIGAN USE TAX MEET AND CONFER, INCLUDING REVIEW OF AGENDA (0.4); TELECONFERENCE WITH W. LUETHGE AND W. ADAMSON RE: MICHIGAN USE TAX CLAIMS (0.4); TELECONFERENCE WITH WORKING GROUP RE: MICHIGAN CLAIMS AND CONSIDER NEXT STEPS (0.3); FOLLOW UP TELECONFERENCE WITH W. LUETHGE, W. ADAMSON AND WORKING GROUP RE: SAME (0.3); LEAD AND PARTICIPATE IN MEET AND CONFER WITH W. LUETHGE, W. ADAMSON, P. HOUSNER, M. BARTENDALE, M.A. NYE, K. REESE, AND B. BUCHAY RE: MICHIGAN USE TAX CLAIMS (0.7); FOLLOW UP WITH WORKING GROUP AND STRATEGIZE RE: NEXT STEPS IN CONNECTION WITH SAME (0.4); PROVIDE ASSISTANCE IN CONNECTION WITH MICHIGAN CLAIMS HEARING ADJOURNMENT (0.2); FOLLOW UP CORRESPONDENCE WITH P. HOUSNER RE: MODIFIED BRIEFING SCHEDULE FOR EVIDENTIARY HEARING ON MICHIGAN USE TAX CLAIMS (0.2); FOLLOW UP RE: OHIO SETTLEMENT DOCUMENTS (0.1); EVALUATE VARIOUS TAX CLAIMS MATTERS AND NEXT STEPS RE: SAME (0.7). |
| PERL MW | 01/06/08 | 1.10 | FOLLOW UP RE: VARIOUS TAX CLAIMS MATTERS (0.5); REVIEW OHIO SETTLEMENT DOCUMENTS AND CORRESPOND WITH V. GAARY RE: SAME (0.6). |
| PERL MW | 01/07/08 | 1.40 | TELECONFERENCE WITH M. SCHWARTZ RE: CUSTOMS CLAIM (0.1); UPDATE CLAIMS SETTLEMENT CHART (0.2); STRATEGIZE WITH WORKING GROUP RE: LIEN ISSUE IN CONNECTION WITH TAX CLAIM (0.4); REVIEW MICHIGAN CLAIMS AND FOLLOW UP RE: SAME (0.5); TELECONFERENCE WITH T. BEEMAN RE: PAYMENT OF ADMINISTRATIOVE CLAIM AND FOLLOW UP WITH R. ARRIGO RE: SAME (0.2). |
| PERL MW | 01/08/08 | 3.00 | TELECONFERENCE WITH M. SCHWARTS RE: U.S. CUSTOMS CLAIM (0.4); REVIEW FILE (0.2) AND DOCUMENTS AND SUGGESTIONS PROVIDED BY M. SCHWARTZ (0.5); DRAFT FOLLOW UP CORRESPONDENCE RE: NEXT STEPS IN CONNECTION WITH SAME (0.3); RESEARCH POC AND PRIORITY STATUS OF CLAIM (0.3); FOLLOW UP RE: TAX RELATED HOTLINE CALL (0.3); REVIEW, REVISE AND CIRCULATE SBT SETTLEMENT DOCUMENTS TO VARIOUS PARTIES (0.8); REVIEW AND COMMENT ON CLAIMS CHART (0.2). |
| PERL MW | 01/09/08 | 0.40 | TELECONFERENCE WITH S. GRIB RE: MI SBT TAX MATTERS (0.1); FOLLOW UP ON TAX CLAIMS MATTERS (0.3). |

B43E

05-44481-rdd   Doc 19256-7   Filed 12/30/09   Entered 12/30/09 21:18:57   Exhibit
D-2(b)   Pg 98 of 120
Skadden, Arps, Slate, Meagher & Flom llp and affiliates

PERL MW        01/10/08      1.50   PRELIMINARY REVIEW OF DISCOVERY
                                    MATERIALS FROM P. HOUSNER AND FOLLOW UP
                                    RE: SAME (0.6); DRAFT COVER LETTER TO D.
                                    OLBRECHT AND S. GRO RE: SAME (0.2);
                                    RESEARCH AND DRAFT RIDER RE: NOTICE OF
                                    CURE IN CONNECTION WITH AD HOC COMMITTEE
                                    MOTION (0.7).

PERL MW        01/11/08      0.20   REVIEW ESTIMATION HEARING NOTICE AND
                                    COORDINATE WITH WORKING GROUP RE: SAME
                                    (0.2).

PERL MW        01/12/08      0.20   FOLLOW UP RE: ESTIMATION HEARING FOR
                                    CUSTOMS CLAIMS (0.2).

PERL MW        01/14/08      0.70   REVIEW AND RESPOND TO MULTIPLE
                                    CORRESPONDNECES RE: CUSTOMS CLAIM
                                    (0.3); BEGIN REVIEW OF SUPPLEMENTAL
                                    REPLY ON MICHIGAN USE TAX CLAIMS (0.2);
                                    REVIEW COMMENTS ON OHIO SETTLEMENT
                                    DOCUMENTS AND STRATEGIZE RE: SAME
                                    (0.2).

PERL MW        01/15/08      1.20   REVISE OHIO USE TAX SETTLEMENT
                                    DOCUMENTS AND CORRESPOND WITH V. GARRY
                                    RE: SAME (0.4); CONTINUE TO REVIEW
                                    SUPPLMENTAL REPLY RE: MICHIGAN USE
                                    TAXES AND FOLLOW UP WITH W. LUETHGE AND
                                    W. ADAMSON RE: SAME (0.3); REVIEW,
                                    COMMENT, AND REVISE U.S. CUSTOMS
                                    STIPULTAON (0.3); FOLLOW UP WITH P.
                                    HOUSNER RE: MICHIGAN SBT ISSUES (0.2).

PERL MW        01/16/08      0.20   TELECONFERENCE WITH W. ADAMSON RE:
                                    MICHIGAN USE TAX CLAIMS (0.2).

PERL MW        01/17/08      0.20   CORRESPONDENCES RE: MICHIGAN TAX CLAIMS
                                    (0.2).

PERL MW        01/18/08      1.30   REVIEW PLEADINGS AND PREPARE HEARING
                                    PRESENTATION FOR MOTION FOR PAYMENT OF
                                    ADMINISTRATIVE EXPENSE (0.2); REVIEW
                                    AND COMMENT ON NOTICE FOR U.S. CUSTOMS
                                    ESTIMATION HEARING (0.2); FOLLOW UP
                                    WITH M. SCHWARTZ (0.1) AND WORKING GROUP
                                    (0.4) RE: SAME; TELECONFERNECE WITH W.
                                    ADAMSON RE: MICHIGAN CLAIMS (0.1);
                                    FOLLOW UP WITH D. UNRUE AND WORKING
                                    GROUP RE: SAME, INCLUDE REVIEW OF CLAIMS
                                    SUMMARIES (0.3).

PERL MW        01/21/08      5.10   CONSIDER COMMENTS TO STIPLATION CAPPING
                                    U.S. CUSTOMS CLAIM AND REVISE SAME
                                    (1.3); FOLLOW UP WITH WORKING GROUP RE:
                                    SAME (0.5); BEGIN DRAFTING SETTLEMENT
                                    AGREEMENT FOR MICHIGAN USE TAX CLAIMS
                                    (1.1); TELECONFERENCES WITH W. ADAMSON
                                    RE: MICHIGAN USE TAX CLAIMS (0.2); WORK
                                    ON MATTERS RELATING MICHIGAN TAX
                                    CLAIMS, INCLUDING ISSUES RELATING TO
                                    THE RIGHTS OFFERING MOTION AND FOLLOW UP
                                    RE: SAME (1.8); REVIEW AND PROVIDE
                                    UPDATES ON CLAIM SUMMARY CHART (0.2).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 01/22/08 | 3.30 | TELECONFERENCES WITH P. HOUSNER RE: MICHIGAN CLAIMS (0.2, 0.4); DRAFT FOLLOW UP CORRESPONDENCES RE: SAME, INCLUDING REVIEW OF CLAIMS SUMMARY (0.2, 0.3); WORK ON MATTERS RELATING TO TAX CLAIMS IN CONNECTION WITH RIGHTS OFFERING MOTION (1.1); CORRESPOND WITH D. OLBRECHT AND WORKING GROUP RE: PAYMENT OF TAXES ISSUE (0.2); REVIEW AND CORRESPOND WITH W. LUETHGE AND D. TROUT RE: TAX CLAIM STIPULATION (0.2); CONTINUE TO WORK ON MICHIGAN USE TAX SETTLEMENT AGREEMENT (0.4) AND FOLLOW UP RE: SAME (0.3). |
| PERL MW | 01/23/08 | 3.60 | CONTINUE TO DRAFT SETTLEMENT AGREEMENT AND STIPULATION FOR MICHIGAN CLAIMS, INCLUDING REVIEW OF RELEVANT DOCUMENTS (2.4); STRATEGIZE RE: TAX CLAIMS ISSUES AND CONSIDER NEXT STEPS (0.7); REVIEW AND COMMENT ON SUMMARY OF TAX CLAIMS SETTLEMENTS (0.2); CONSIDER REVISIONS FROM P. HOUSNER (0.2) TO MICHIGAN SBT SETTLEMENT PROPOSALS (0.1). |
| PERL MW | 01/24/08 | 0.70 | FOLLOW UP ON TAX CLAIMS MATTERS (0.7). |
| PERL MW | 01/25/08 | 2.10 | WORK ON AND FINALIZE STIPULATION CAPPING CLAIM OF U.S. CUSTOMS (0.6); TELECONFERENCE WITH C. FERBER RE: OHIO CLAIM (0.1) AND FOLLOW UP RE: SAME (0.5); WORK ON MICHIGAN USE TAX SETTLEMENT AND CORRESPOND WITH W. LUETHGE, W. ADAMSON, K. CRAFT, AND D. UNRUE RE: SAME (0.4); FOLLOW UP CORRESPONDENCES WITH D. UNRUE RE: MICHIGAN TAX CLAIMS (0.2); FOLLOW UP ON MICHIGAN AND OHIO TAX CLAIMS MATTERS (0.3). |
| | | 47.20 | |
| PLATT SJ | 01/02/08 | 3.30 | FINALIZE LIGHTSOURCE BRIEF (0.5); TELECONFERENCES WITH VARIOUS CLAIMANTS (1.2); DRAFT NOTICES OF PRESENTMENT (1.0); FOLLOW UP ON OUTSTANDING CLAIMS SETTLEMENTS (0.4); EMAIL RE: HYUNDAI CLAIMS (0.2). |
| PLATT SJ | 01/03/08 | 2.60 | REVIEW EMAILS RE: CLAIMS STATUS AND DEADLINES (0.2); RESPOND TO CLAIMANT INQUIRIES (2.1); DRAFT NOTICES OF PRESENTMENT (0.3). |
| PLATT SJ | 01/04/08 | 0.90 | FOLLOW UP RE: OUTSTANDING CLIAMS ISSUES (0.6); TELECONFERENCE WITH CLAIMANTS (0.3). |
| PLATT SJ | 01/06/08 | 0.20 | REVIEW EMAILS RE: STATUS OF VARIOUS CLAIMS (0.2). |
| PLATT SJ | 01/07/08 | 4.90 | FOLLOW UP ON OUTSTANDING CLAIMS SETTLEMENTS (2.7); REVISE AND CIRCULATE SETTLEMENT DOCUMENTS (1.7); UPDATE CLAIMS CHART (0.5). |

B43E

| | | | |
|---|---|---|---|
| PLATT SJ | 01/08/08 | 5.40 | TELECONFERENCE RE: MILLIKEN CLAIM (0.1); REVISE KILROY SETTLEMENT DOCUMENTS PER CONVERSATIONS WITH C. COMERFORD AND M. HESTER (2.5); REVIEW SUPPLEMENTAL RESPONSE FILED BY LIGHTSOURCE AND CONDUCT FOLLOW UP RESEARCH (2.6); UPDATE CLAIMS CHART (0.2). |
| PLATT SJ | 01/09/08 | 0.20 | PREPARE FOR LIGHTSOURCE HEARING (0.2). |
| PLATT SJ | 01/10/08 | 5.60 | BEGIN TO DRAFT LIGHTSOURCE SCRIP AND PREPARING FOR HEARING (4.3); REVISE CARLISLE SETTLEMENT DOCUMENTS (0.9); DRAFT CARLISLE NOTICE OF ADJOURNMENT (0.2); REVIEW HYUNDAI STIPULATION (0.2). |
| PLATT SJ | 01/11/08 | 0.30 | DRAFT LIGHTSOURCE ORDER (0.3). |
| PLATT SJ | 01/12/08 | 0.60 | UPDATE SETTLEMENT DOCUMENTS AND TRACKING CHART (0.6). |
| PLATT SJ | 01/13/08 | 0.40 | REVISE SETTLEMENT DOCUMENTS (0.4). |
| PLATT SJ | 01/14/08 | 0.40 | CIRCULATE CLAIMS SETTLEMENTS (0.4). |
| PLATT SJ | 01/21/08 | 3.40 | REVIEW EMAILS RE: OUTSTANDING SETTLEMENTS (1.2); DRAFT EMAIL RE: OUTSTANDING CLAIMS ISSUES (0.4); UPDATE CLAIMS STATUS CHART (0.3); FOLLOW UP ON LIGHTSOURCE ORDER (0.2); REVISE SETTLEMENT DOCUMENTS (1.3). |
| PLATT SJ | 01/22/08 | 2.30 | TELECONFERENCE WITH COUNSEL FOR BEAVER VALLEY (0.2); REVISE SETTLEMENT DOCUMENTS (0.6); TELECONFERENCE WITH CLAIMANT RE: RECLAMATION PROCEDURES AND FOLLOW UP (0.6); DRAFT NOTICES OF PRESENTMENT (0.9). |
| PLATT SJ | 01/23/08 | 3.60 | REVIEW AND RESPOND TO EMAIL FROM COUNSEL FOR MILLIKEN (0.1); INVESTIGATE AND RESPOND TO INQUIRY FROM ASM CAPITAL (1.3); DRAFT KILROY NOTICE OF PRESENTMENT (0.2); INVESTIGATE ANSWERS TO QUESTIONS RE: SERP CLAIMS (1.4); RESPOND TO HOTLINE TELECONFERENCES RE: SAME (0.4); REVISE SETTLEMENT DOCUMENTS (0.2). |
| PLATT SJ | 01/24/08 | 3.90 | TELECONFERENCES WITH CLAIMANTS RE: SETTLEMENT DOCUMENTS AND RECLAMATION AND CURE IMPLICATIONS (2.5); INVESTIGATE CURE AND RECLAMATION ISSUES WITH RESPECT TO CLAIMS (1.2); DRAFT NOTICE OF PRESENTMENT (0.2). |
| PLATT SJ | 01/25/08 | 1.00 | FOLLOW UP ON CLAIM SETTLEMENT DOCUMENTS (0.7); TELECONFERENCE WITH CLAIMS TRADER RE: DISTRIBUTION RECORD DATE (0.3). |

**39.00**

B43E

TULLSON CT      01/01/08      1.50   CHART FOR JANUARY 10 CLAIMS HEARING
                                     (1.0), RESPOND TO EMAILS FROM CLAIMANTS
                                     (0.5).

TULLSON CT      01/02/08     13.50   DRAFT AND EDIT NOTICES OF PRESENTMENT
                                     FOR LOW VARIANCE CLAIMS (1.3); DRAFT
                                     NOTICES OF PRESENTMENT, CONFERENCE RE:
                                     TI DISCOVERY, FOLLOW UP RE: MORGAN
                                     ADVANCED SETTLEMENT DOCUMENTS (1.2);
                                     DRAFT AND FILE NOTICE OF ADJOURNMENT, TI
                                     DISCOVERY, DRAFT FRY'S METALS BRIEF,
                                     TELECONFERENCE WITH JEANINE RE: FRY'S
                                     METALS, DRAFT SAMSUNG OBJECTION AND
                                     DECLARATION (4.9); DRAFT NOTICES OF
                                     PRESENTMENT, CALLS WITH OPPOSING
                                     COUNSEL RE: LOW VARIANCE CLAIMS, EDITS
                                     TO CROWN ENTERPRISES DISCOVERY REQUESTS
                                     (4.8); DRAFT AND EDIT SAMSUNG
                                     OBJECTION, FOLLOW UP RE: CTS
                                     CORPORATION ADJOURNMENT AND HEARING
                                     DATE (1.3).

TULLSON CT      01/03/08     13.90   REVISE SAMSUNG OBJECTION (0.6); DRAFT
                                     LOW VARIANCE NOTICES OF PRESENTMENT
                                     (0.9), CLAIMS TEAM CONFERENCE (0.5),
                                     FILE AND DRAFT AND REVISE LOW VARIANCE
                                     NOTICES OF PRESENTMENT (7.0); DRAFT TI
                                     DISCOVERY REQUESTS (2.5); REVISE UNRUE
                                     DECLARATION (2.4).

TULLSON CT      01/04/08     12.40   EDIT AND RESEARCH FOR UNRUE DECLARATION
                                     (5.2); DRAFTING AND EDITS TO TI
                                     DISCOVERY REQUESTS AND CONFERENCE RE:
                                     DOCUMENTS (2.0); DRAFT PEUGEOT AND
                                     MORGAN ADVANCED SETTLEMENT DOCUMENTS
                                     AND LOW VARIANCE NOTICES OF PRESENTMENT
                                     (3.0); NOTICE OF ADJOURNMENT FOR MI TAX
                                     CLAIMS (0.4); RESEARCH RE: FEASIBILITY,
                                     DRAFTING NORICE OF ADJOURNMENT AND TI
                                     DISCOVERY REQUESTS (1.8).

TULLSON CT      01/07/08     11.80   SMASUNG BRIEF EDITS, UNRUE DECLARATION
                                     EDITS, CONFERENCE RE: AND DRAFTING OF
                                     NEW NOTICE OF PRESENTMENT TEMPLATE (3);
                                     DRAFT AD HOC STIPULATION TEMPLATE,
                                     REACHING OUT TO SAMSUNG TO ADJOURN
                                     HEARING (1.2); MORGAN ADVANCED
                                     SETTLEMENT DOCUMENTS (0.5); HOTLINE
                                     CALLS AND DRAFTING NOTICES (2.2);
                                     WEEKLY CONFERENCE CALL (0.6); UPDATE
                                     CHART (0.4); DRAFTI RASSINI SETTLEMENT
                                     DOCUMENTS (1.2); DOUBLE-CHECKING
                                     HEARING CHART (0.5); UNRUE DECLARATION
                                     EDITS, RASSINI DOCUMENT CHANGES (2.2).

TULLSON CT      01/08/08      8.60   HOTLINE CALLS, UNRUE DECLARATION
                                     RESEARCH, REVISE LOW VARIANCE
                                     STIPULATIONS FOR JANUARY 11 HEARING
                                     (3.6); TI SETTLEMENT TALKS, HOTLINE
                                     CALLS, REVISIONS TO UNRUE DECLARATION,
                                     REVISE LOW VARIANCE STIPULATIONS (5.0).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TULLSON CT | 01/09/08 | 15.40 | UNRUE DECLARATIONS, HOTLINE CALLS, NEGOTIATIONS RE: TI SETTLEMENT (4.8); DRAFT STIPULATIONS, TI DOCUMENTS, ANSWER CURE CALLS, UPDATE COLOR CODED CHART, RESEARCH RE: CURE FOR AD HOC OBJECTION (10.6). |
| TULLSON CT | 01/10/08 | 13.40 | CURE RESEARCH FOR AD HOC OBJECTION (1.4); CURE CALLS, CURE RESEARCH, DRAFTING SETTLEMENT DOCUMENTS AND NOTICES OF ADJOURNMENT, DRAFTING ORDER, CHARTING RO OBJECTIONS, HOTLINE CALLS, EDIT LOW VARIANCE STIPULATIONS FOR PRESENTMENT (10.8); DRAFTING AND EDITING TI SETTLEMENT DOCUMENTS (1.2). |
| TULLSON CT | 01/11/08 | 3.20 | DRAFT NOTICE OF HEARING FOR CUSTOMS (0.5); CONFERENCE CALL RE: RIGHTS OFFERING AND CURE OBJECTIONS (0.4); CHARTING RIGHTS OFFERING OBJECTIONS AND MEETING RE: CONFIRMATION, CURE RESEARCH (2.3). |
| TULLSON CT | 01/13/08 | 5.90 | DRAFT RESPONSE TO AT&T CURE OBJECTION (3.1); CREATE CHART OF ALL PLAN RELATED OBJECTIONS FOR CONFICTS AND GENERAL USE (2.8). |
| TULLSON CT | 01/14/08 | 9.10 | FINISH OBJECTIONS CHART (1.2); REVISE OMNI 25 ORDER, NOTICE, AND OBJECTION, CURE RESEARCH (1.9); CUSTOMS STIPULATION, CURE RESEARCH (2.1); RESEARCH RE: THE DISCOVERABILITY OF BALLOTS (0.9); OMNI 25 EDITS, OBJECTION EDITS, RIGHTS OFFERING CHART SAMMARY AND UPDATE (2.2). |
| TULLSON CT | 01/15/08 | 7.30 | RESOLVE RIGHTS OFFERING OBJECTIONS, EDITS TO AD HOC ORDER, RIGHTS OFFERING CHART (1.6); DRAFTING STIPULATION, DRAFTING AND EDITING SIERRA SETTLEMENT DOCUMENTS, EDITS TO ORDER (2.3); DRAFTING OMNI 25 OBJECTION AND EDITS (3.4). |
| TULLSON CT | 01/16/08 | 5.20 | ANSWER HOTLINE CALLS (0.4); RESEARCH RE: DISCOVERY OF BALLOTS (1.0); HOTLINE CALLS, TI NEGOTIATIONS, DRAFTING VARIOUS NOTICES AND SETTLEMENT DOCUMENTS (3.8). |
| TULLSON CT | 01/17/08 | 1.80 | OMNI 24 SUMMARY RESPONSE CHART, ANSWERING CALLS RE: PROOFS OF CLAIM, HOTLINE CALLS (1.8). |
| TULLSON CT | 01/18/08 | 3.50 | DRAFT AND EDIT OMNI 25, OMNI 24 RESPONSE CHART (2.9), HOTLINE CALLS (0.6). |
| TULLSON CT | 01/20/08 | 2.80 | OMNI 24 SUMMARY RESPONSE CHART (2.8). |
| TULLSON CT | 01/21/08 | 6.00 | OMNI 24 SUMMARY RESPONSE CHART (3.5); UPDATE CHART (0.2); OMNI 24 CHART (0.8); SAMSUNG DECLARATION EDITS (0.3); HOTLINE CALLS (0.4); DRAFT NOTICE FOR FRY'S METALS (0.8). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| TULLSON CT | 01/22/08 | 3.40 | OMNI 24 CHART (1.2); DRAFT TOWER AMENDED ORDER, EMAIL RE: SPEED MOTOR.OMNI 24 CHART (2.2). |
| TULLSON CT | 01/23/08 | 8.40 | TI CLAIM SETTLEMENT, OMNI 24 CHART, DA INC. RESEARCH, FRY'S METALS (2.0); DRAFT EEOC SETTLEMENT SOCUMENTS, NEW OMNI 24 RESPONSES (1.0); PEUGEOT SETTLEMENT DOCUMENTS , TI CLAIM TALKS (1.0); DRAFT NOTICE OF WITHDRAWAL FOR ERISA CLAIMS (1.3); TELECONFERENCE RE: FRY'S METALS, DA INC EMIAL, EDIT ERISA NOTICE (1.4), TI SETTLEMENT DOCUEMENT REVISIONS, ERISA WITHDRAWAL EDITS (1.7). |
| TULLSON CT | 01/24/08 | 6.20 | DRAFT EEOC SETTLEMENT DOCUMENTS, FRY'S METALS LETTER TO CHAMBERS, RESEARCH RE: ADVERSARY PROCEEDINGS FOR FRY'S METALS (6.2). |
| TULLSON CT | 01/25/08 | 3.30 | FRY'S METALS CALL WITH CHAMBERS, DRAFT NOTICES OF ENTRY OF ORDER FOR OMNI 22, 23, AND 24 (2.4); DRAFT FRY'S METALS NOTICE OF ADJOURNMENT, EDIT NOTICES OF ENTRY OF ORDER (0.9). |
| | | **156.60** | |
| WHARTON JN | 01/01/08 | 4.60 | CONTINUE WORK ON SETTLEMENT AGREEMENT RE: CLAIM OF ROBERT BOSCH GMBH (0.6); REVIEW BRIEFS RE: CLAIMS OF AKEBONO CORP (0.6), INTESYS (0.6), METALFORMING TECHNOLOGIES (0.6), AND FRY'S METAL (0.6); PREPARE FOR JAN. 10 (0.8) AND JAN. 31 (0.8) CLAIMS HEARINGS. |
| WHARTON JN | 01/02/08 | 11.60 | REVIEW CASE ADMINISTRATION TASK LIST RE: CLAIMS MATTERS (0.3); TELECONFERENCE WITH D. ZINMAN AND D. FLIMAN OF KASOWITZ BENSON ET AL, COUNSEL TO AD HOC TRADE CREDITORS' COMMITTEE, RE: CLAIMS (0.4); TELECONFERENCE WITH A. MOSKOWITZ OF ASM CAPITAL RE: CLAIMS (0.2); WORK ON RESOLVING CLAIMS HELD BY MEMBERS OF AD HOC TRADE CREDITORS' COMMITTEE (1.2); REVIEW AND REVISE BRIEFS RE: CLAIMS OF AKEBONO CORP (0.3), INTESYS (0.7), FRY'S METALS (0.6), AND METALFORMING TECHNOLOGIES (0.4); FORMULATE STRATEGY RE: LITIGATING AND RESOLVING CLAIMS (1.5); WORK ON STIPULATIONS RE: CLAIMS OF ROBERT BOSCH (0.9) AND TECHNOLOGY PROPERTIES LTD. (0.5); FORMULATE STRATEGY RE: DISCOVERY ON LITIGATION OF DISPUTED CLAIMS (1.0); PREPARE FOR JAN. 10 (0.7), JAN. 31 (0.9), AND FEB. 7-8 (0.8) CLAIMS HEARINGS; WORK ON RESOLVING CLAIMS OF AB AUTOMOTIVE (0.2), FNOK (0.2), AND HYUNDAI (0.2); FORMULATE STRATEGY RE: LOW VARIANCE CLAIMS (0.3); REVIEW OBJECTION TO SAMSUNG MOTION FOR LEAVE TO FILE UNTIMELY CLAIM (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        01/03/08      9.20   PREPARE FOR (0.6) AND ATTEND WEEKLY
                                       CLAIMS MANAGEMENT CONFERENCE CALL WITH
                                       D. UNRUE, K. CRAFT, J. DELUCA, AND B.
                                       LOCRICCHIO OF DELPHI, N. BERGER OF TOGUT
                                       SEGAL,  AND A. FRANKUM OF FTI (2.2);
                                       CONTINUE WORK ON STIPULATION RE: CLAIM
                                       OF ROBERT BOSCH (0.2); FORMULATE
                                       STRATEGY RE: RESOLVING CLAIMS (0.5) AND
                                       CURE ANALYSIS (0.5); TELECONFERENCE
                                       WITH D. UNRUE OF DELPHI AND S. AUGUST OF
                                       SIERRA LIQUIDITY RE: CLAIMS HELD BY
                                       SIERRA LIQUIDITY (0.4); REVIEW
                                       DISCOVERY REQUEST RE: CLAIM OF RASSINI
                                       (0.3); TELECONFERENCE WITH W. COSNOWSKI
                                       OF DELPHI RE: TECHNOLOGY PROPERTIES
                                       CLAIM (0.2); REVIEW OBJECTION TO
                                       SAMSUNG MOTION TO FILE LATE CLAIM (0.2);
                                       PREPARE FOR JAN. 10 CLAIMS HEARING
                                       (1.0); TELECONFERENCES WITH D. UNRUE OF
                                       DELPHI RE: CLAIMS (0.5); FORMULATE
                                       STRATEGY RE: UNLIQUIDATED CLAIMS (0.3)
                                       AND RESPONDING TO CURE OBJECTIONS
                                       (0.3); TELECONFERENCE WITH S. KROCHECK
                                       OF ARGO PARTNERS RE: CLAIMS (0.1);
                                       REVIEW DOCKET FOR CLAIMS-RELATED
                                       PLEADINGS (0.4) AND CLAIMS-RELATED
                                       CORRESPONDENCE (0.3); WORK ON CLAIMS OF
                                       BRIX GROUP (0.3), INTESYS (0.2), FIRST
                                       ENERGY (0.2), AND MORGAN ADVANCED
                                       CERAMICS (0.2); FORMULATE STRATEGY RE:
                                       25TH OMNIBUS CLAIMS OBJECTION (0.3).

WHARTON JN        01/04/08      6.40   WORK ON CLAIMS OF FNOK (0.5);
                                       TELECONFERENCE WITH G. TOERING AND M.
                                       O'NEAL, COUNSEL TO ROBERT BOSCH GMBH,
                                       RE: STIPULATION RESOLVING CLAIM (0.3)
                                       AND FORMULATE STRATEGY RE: SAME (0.3);
                                       TELECONFERENCES WITH D. UNRUE (1.5), J.
                                       DELUCA AND D. EVANS (0.2), J. RUHM
                                       (0.2), AND K. CRAFT (0.1) OF DELPHI RE:
                                       CLAIMS; WORK ON RESOLVING CLAIMS OF
                                       MEMBERS OF AD HOC TRADE CREDITORS'
                                       COMMITTEE (1.9); TELECONFERENCE WITH D.
                                       UNRUE OF DELPHI AND S. AUGUST OF SIERRA
                                       LIQUIDITY RE: CLAIMS (0.4);
                                       TELECONFERENCES WITH E. GERSBHEIN OF
                                       KCC RE: CLAIMS (0.4); REVIEW FILE
                                       SUMMARIZING SIERRA LIQUIDITY'S CLAIMS
                                       (0.4); WORK ON DISCOVERY RE: TEXAS
                                       INSTRUMENTS CLAIMS (0.2).

WHARTON JN        01/05/08      2.10   WORK ON RESOLVING CLAIMS OF MEMBERS OF
                                       AD HOC TRADE COMMITTEE (0.7), FNOK
                                       (0.4), AND BARNES GROUP (0.2); PREPARE
                                       FOR JAN. 10 CLAIMS HEARING (0.8).

B43E

WHARTON JN        01/06/08        4.30   REVIEW NOTICES OF ADJOURNMENT FOR
                                         CLAIMS HEARINGS (0.2); REVIEW BRIEF RE:
                                         CLIAM OF NATIONAL SET SCREW (0.4);
                                         REVIEW CLAIMS OF AD HOC TRADE COMMITTEE
                                         MEMBERS (0.5); REVIEW SETTLEMENT
                                         AGREEMENTS RE: CLAIMS OF BASF (0.1),
                                         KILROY REALTY (0.2), KEY SAFETY SYSTEMS
                                         (0.2), FIRSTENERGY (0.2), STATE OF
                                         MICHIGAN (0.2), AND SONY ERICSSON
                                         (0.2); FORMULATE STRATEGY RE: MEDIATION
                                         WITH INTESYS RE: CLAIMS (0.2); REVIEW
                                         CLAIMS-RELATED CORRESPONDENCE (0.5);
                                         PREPARE FOR JAN. 10 (0.2), JAN. 31
                                         (0.3), AND FEB. 7-8 (0.3) CLAIMS
                                         HEARINGS; REVIEW CLAIMS OF ASM CAPITAL
                                         (0.3); REVIEW CASE ADMINISTRATION TASK
                                         LIST RE: CLAIMS-RELATED MATTERS (0.3).

WHARTON JN        01/07/08       13.10   TELECONFERENCES WITH G. TOERING AND M.
                                         O'NEAL, COUNSEL TO ROBERT BOSCH GMBH
                                         (0.3), M. MULROONEY OF LONGACRE MASTER
                                         FUND (0.3), A. MOSKOWITZ OF ASM CAPITAL
                                         (0.3), D. CASSIDY AND D. POOLE OF DELPHI
                                         (0.2), D. UNRUE OF DELPHI (0.2), B.
                                         BRAMAN, COUNSEL TO UNIVERSAL TOOL (0.2)
                                         RE: CLAIMS; CONTINUE TO REVIEW CLAIMS
                                         AND RESPOND TO INQUIRIES OF AD HOC
                                         COMMITTEE OF TRADE CREDITORS (3.3);
                                         WORK ON RESOLVING CLAIMS OF ASM CAPITAL
                                         (0.4), LONGACRE MASTER FUND (0.3),
                                         FIRST ENERGY (0.2), T&L AUTOMOTIVE
                                         (0.2), FURKAWA (0.2), SOKYMAT (0.4),
                                         EEOC (0.2), BRUSH WELLMAN (0.2),
                                         RASSINI (0.2), AND TECHNOLOGY
                                         PROPERTIES (0.5); FORMULATE STRATEGY
                                         RE: RESOLVING CLAIMS (0.4) AND
                                         UNLIQUIDATED CLAIMS (0.4); PREPARE FOR
                                         JAN. 10 CLAIMS HEARING (1.3); REVIEW
                                         DOCKET FOR CLAIMS-RELATED PLEADINGS
                                         (0.2) AND CLAIMS-RELATED
                                         CORRESPONDENCE (0.3); TELECONFERENCE
                                         WITH D. UNRUE, J. DELUCA, AND D. EVANS
                                         OF DELPHI, R. MCDOWELL AND D. NOWACESKI,
                                         COUNSEL TO FREUDNEBERG NOK, AND L. SMITH
                                         AND C. BJORKLUND OF FREUDENBERG NOK FOR
                                         MEET AND CONFER RE: CLAIM (0.6);
                                         TELECONFERENCE WITH D. UNRUE OF DELPHI
                                         RE: CLAIMS (1.9); TELECONFERENCE WITH
                                         D. UNRUE AND K. CRAFT OF DELPHI RE:
                                         CLAIMS ISSUES (0.4).

B43E

WHARTON JN        01/08/08        7.10    REVIEW STIPULATION RE: A. ELMORE CLAIM
                                          (0.2), SETTLEMENT AGREEMENT RE: CLAIMS
                                          OF R. MOTLEY (0.2), CARLISLE ENGINEERED
                                          PRODUCTS (0.1), KILROY REALTY (0.2),
                                          MORGAN ADVANCED CERAMICS (0.2), ALPS
                                          AUTOMOTIVE CLAIM (0.2), AND BRUSH
                                          WELLMAN (0.2); TELECONFERENCES WITH D.
                                          UNRUE OF DELPHI RE: CLAIMS (0.7);
                                          TELECONFERENCE WITH D. UNRUE AND T.
                                          ATKINS OF DELPHI RE: CERTAIN CLAIMS
                                          (0.4); WORK ON NOTICE OF SETTLEMENT RE:
                                          CLAIM OF ROBERT BOSCH GMBH (0.8);
                                          TELECONFERENCE WITH G. TOERING, BOSCH'S
                                          COUNSEL (0.3); REVIEW AFFIDAVITS OF
                                          SERVICE FOR CLAIMS-RELATED PLEADINGS
                                          (0.5); REVIEW DOCKET FOR CLAIMS-RELATED
                                          PLEADINGS (0.2) AND CLAIMS-RELATED
                                          CORRESPONDENCE (0.3); ANALYZE CLAIMS
                                          HELD BY AMROC (0.2) AND MEMBERS OF THE
                                          AD HOC TRADE COMMITTEE (2.0);
                                          TELECONFERENCE WITH R. YANNICK OF HAIN
                                          CAPITAL (0.4) RE: CLAIMS.

WHARTON JN        01/09/08       11.70    REVIEW AGENDA FOR JAN. 10 CLAIMS HEARING
                                          (0.4), BRIEF RE: CLAIM OF NATIONAL SET
                                          SCREW (0.4), NOTICE OF SETTLEMENT OF
                                          ROBERT BOSCH GMBH CLAIM (0.4),
                                          CLAIMS-RELATED CORRESPONDENCE (0.3),
                                          SETTLEMENT AGREEMENT RE: CLIAM OF
                                          UNIVERSAL TOOL & ENGINEERING (0.3),
                                          DRAFT STIPULATIONS WITH MEMBERS OF AD
                                          HOC TRADE CREDITORS' COMMITTEE RE:
                                          CLAIMS (3.6), SETTLEMENT AGREEMENTS RE:
                                          CLAIMS OF GENERAL PRODUCTS (0.3) AND AB
                                          AUTOMOTIVE (0.3) AND STIPULATIONS RE:
                                          CLAIMS OF TECHNOLOGY PROPERTIES LTD.
                                          (0.4) AND U.S. CUSTOMS SERVICE (0.2);
                                          FORMULATE STRATEGY RE: SERP CLAIMS OF
                                          FORMER EXECUTIVES (0.4); PREPARE FOR
                                          JANUARY 10 CLAIMS HEARING (0.8);
                                          TELECONFERENCE WITH O. NEDD OF LOVELLS,
                                          COUNSEL TO SOKYMAT, RE: CLAIM (0.2);
                                          WORK ON RESOLVING CLAIMS OF FREUDENBERG
                                          NOK (0.3); TELECONFERENCES WITH S.
                                          AUGUST OF SIERRA LIQUIDITY (0.2) AND D.
                                          FLIMAN OF KASOWITZ BENSON, COUNSEL TO AD
                                          HOC TRADE COMMITTEE (0.2) RE: CLAIMS;
                                          WORK ON OBJECTION TO MOTION OF AD HOC
                                          TRADE CREDITORS' COMMITTEE TO EXTEND
                                          CURE DEADLINE (2.8); TELECONFERENCE
                                          WITH R. YANNICK OF HAIN CAPITAL RE:
                                          CLAIMS (0.2).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN        01/10/08        6.40    REVIEW AND FINALIZE AGENDA FOR JAN. 11
                                          CLAIMS HEARING (0.4); WORK ON RESPONSE
                                          TO AD HOC TRADE COMMITTEE'S MOTION TO
                                          EXTEND CURE DEADLINE (2.7);
                                          TELECONFERENCE WITH A. MOSKOWITZ OF ASM
                                          CAPITAL (0.2) AND WORK ON STIPULATION
                                          RESOLVING ASM'S CLAIMS (0.2);
                                          TELECONFERENCES WITH W. COSNOWSKI OF
                                          DELPHI RE: CLAIMS (0.2); REVIEW
                                          STIPULATION AND SETTLEMENT AGREEMENT
                                          RE: CLAIM OF ROBERT BOSCH GMBH (0.2) AND
                                          TELECONFERENCE WITH G. TOERING, COUNSEL
                                          TO BOSCH, RE: SAME (0.2); REVIEW
                                          STIPULATION RE: CLAIMS OF TECHNOLOGY
                                          PROPERTIES LTD. (0.4); REVIEW NOTICES
                                          OF ADJOURNMENT (0.3); PREPARE FOR JAN.
                                          11 CLAIMS HEARING (0.3); REVIEW
                                          CLAIMS-RELATED CORRESPONDENCE (0.3);
                                          REVIEW BRIEF RE: CLAIM OF J. HUTZ (0.3);
                                          PREPARE NOTICE OF SETTLEMENT WITH
                                          ROBERT BOSCH GMBH (0.3); REVIEW
                                          SETTLEMENT AGREEMENTS RE: CLAIMS OF AB
                                          AUTOMOTIVE (0.2) AND TEXAS INSTRUMENTS
                                          (0.2).

WHARTON JN        01/11/08        5.40    REVIEW DOCKET FOR CLAIMS-RELATED
                                          PLEADINGS (0.3); REVIEW CLAIMS-RELATED
                                          CORRESPONDENCE (0.3); TELECONFERENCE
                                          WITH D. ZINMAN OF KASOWITZ BENSON,
                                          COUNSEL TO AD HOC TRADE COMMITTEE, RE:
                                          CLAIMS (0.2); WORK ON STIPULATION RE:
                                          TECHNOLOGY PROPERTIES CLAIM (0.2); WORK
                                          ON NOTICE OF SETTLEMENT WITH ROBERT
                                          BOSCH GMBH (0.5); WORK ON NOTICE OF
                                          BANKRUPTCY RE: STEBNER LITIGATION
                                          (0.4); REVIEW SETTLEMENT AGREEMENTS AND
                                          STIPULATIONS RE: CLAIMS OF TEXAS
                                          INSTRUMENTS (0.5) AND GENERAL PRODUCTS
                                          (0.2); REVIEW AFFIDAVITS OF SERVICE RE:
                                          CLAIMS-RELATED PLEADINGS (0.4);
                                          FORMULATE STRATEGY RE: LITIGATING
                                          CLAIMS (1.5); WORK ON 25TH OMNIBUS
                                          CLAIMS OBJECTION (0.5); REVIEW BRIEF
                                          RE: HUTZ CLAIM (0.4).

WHARTON JN        01/12/08        0.50    REVIEW SETTLEMENT AGREEMENTS RE: CLAIM
                                          OF NU-TECH (0.3) AND KILROY REALTY
                                          (0.2).

WHARTON JN        01/13/08        1.70    WORK ON STIPULATIONS RE: CLAIMS OF
                                          SIERRA LIQUIDITY FUNDS, LLC (0.3), 25TH
                                          OMNIBUS CLAIMS OBJECTION (0.5),
                                          INQUIRIES FROM HAIN CAPITAL (0.2) AND
                                          LONGACRE MASTER FUND (0.2) RE: CLAIMS,
                                          AND INQUIRY FROM D A INC. RE: CLAIM
                                          (0.2); REVIEW CASE ADMINISTRATION TASK
                                          LIST RE: CLIAMS MATTERS (0.3).

B43E

| WHARTON JN | 01/14/08 | 3.40 | TELECONFERENCE WITH D. UNRUE AND K. CRAFT OF DELPHI, T. BEHNKE OF FTI RE: CLAIMS ISSUES (1.3); WORK ON SCHEDULES AMENDING SERP CLAIMS (0.7); WORK ON SETTLEMENT AGREEMENTS RE: CLAIMS OF SIERRA LIQUIDITY (0.2), GENERAL PRODUCTS (0.2), AND RASSINI (0.2); FORMULATE STRATEGY RE: CONFIRMATION HEARING AND JAN. 25 OMNIBUS HEARING (0.8). |
|---|---|---|---|
| WHARTON JN | 01/15/08 | 5.50 | CONTINUE WORK ON SETTLEMENT AGREEMENTS AND STIPULATIONS RE: CLAIMS OF SIERRA LIQUIDITY (1.0), CONTRARIAN FUNDS (0.7), AND KILROY REALTY (0.4); WORK ON 25TH OMNIBUS CLAIMS OBJECTION (2.4); FORMULATE STRATEGY RE: FUTURE CLAIMS HEARINGS (1.0). |
| WHARTON JN | 01/16/08 | 2.20 | CONTINUE WORK ON 25TH OMNIBUS CLAIMS OBJECTION (1.3); FORMULATE STRATEGY RE: SERP CLAIMS (0.9). |
| WHARTON JN | 01/17/08 | 0.30 | PREPARE STIPULATION WITH ROBERT BOSCH GMBH RE: CLAIM (0.3). |
| WHARTON JN | 01/18/08 | 3.60 | FINISH WORK ON AND FILE 25TH OMNIBUS CLAIMS OBJECTION (2.3) AND FORMULATE STRATEGY RE: SERP CLAIMS (1.3). |
| WHARTON JN | 01/20/08 | 4.30 | REVIEW CASE ADMINISTRATION TASK LIST RE: CLAIMS MATTERS (0.3); WORK ON LITIGATING CLAIMS OF FREUDENBERG NOK (0.3); PREPARE FOR JAN. 25 OMNIBUS HEARING RE: 24TH OMNIBUS CLAIMS OBJECTION (1.0); FORMULATE STRATEGY RE: UPCOMING HEARINGS (1.5); PREPARE FOR MEDIATION OF INTESYS CLAIM (1.2). |
| WHARTON JN | 01/21/08 | 3.70 | FORMULATE STRATEGY RE: UPCOMING CLAIMS HEARINGS (1.4), EEOC CLAIMS (0.4), UNLIQUIDATED CLIAMS (0.7), DUPLICATE CLAIMS (0.6), AND CLAIM OF SOKYMAT (0.2); CONTINUE WORK ON STIPULATIONS RE: CLAIMS OF MEMBERS OF AD HOC TRADE CREDITORS COMMITTEE (0.4). |
| WHARTON JN | 01/22/08 | 6.50 | CONTINUE TO WORK ON RESOLUTION OF DUPLICATE CLAIMS (2.0), UNLIQUIDATED CLAIMS (1.0), CLAIMS OF MEMBERS OF AD HOC TRADE COMMITTEE (0.8); SOKYMAT CLAIMS (0.3), STIPULATION RESOLVING CLAIM OF TOWER AUTOMOTIVE (0.2), AND OMNIBUS REPLY TO OBJECTIONS TO 24TH OMNIBUS CLAIMS OBJECTION (0.7); REVIEW RESPONSES TO 24TH OMNIBUS CLAIMS OBJECTION (1.2); TELECONFERNECES WITH O. NEDD OF LOVELLS, COUNSEL TO SOKYMAT RE: CLAIM (0.1) AND D. DUNN OF AKIN GUMP, COUNSEL TO TOWER LIQUIDATING TRUST RE: CLAIM OF TOWER AUTOMOTIVE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

WHARTON JN      01/23/08      7.30   PREPARE FOR JAN. 31 CLIAMS HEARING
                                     (0.6); CONTINUE TO FORMULATE STRATEGY
                                     RE: DUPLICATE CLAIMS (0.3); REVIEW
                                     DOCKET FOR CLAIMS-RELATED PLEADINGS
                                     (0.2) AND CLAIMS-RELATED
                                     CORRESPONDENCE (0.2); REVIEW RESPONSES
                                     TO 24TH OMNIBUS CLAIMS OBJECTION (0.3)
                                     AND WORK ON REPLY TO SAME (0.8); REVIEW
                                     PROOFS OF CLAIM RELATING TO
                                     MULTI-DISTRICT LITIGATION (0.6);
                                     TELECONFERENCE WITH S. SPARROW, COUNSEL
                                     TO TAKATA HOLDINGS (0.2); WORK ON CLAIM
                                     OF SOKYMAT (0.3), EEOC (0.3), TAXING
                                     AUTHORITIES (0.3); WORK ON SETTLEMENT
                                     AGREEMENTS RE: CLAIMS OF FREUDENBERG
                                     NOK (0.3), UNIVERSAL TOOL (0.2),
                                     MEMBERS OF AD HOC TRADE COMMITTEE (0.6),
                                     AND AT&T (0.3); PREPARE FOR FEB. 7-8
                                     CLAIMS HEARINGS (0.4); FORMULATE
                                     STRATEGY RE: LITIGATING CLAIM OF BRIX
                                     GROUP (0.5) AND INTESYS (0.7); PREPARE
                                     AMENDED STIPULATION RESOLVING TOWER
                                     AUTOMOTIVE CLAIM (0.2).

WHARTON JN      01/24/08      5.40   PREPARE FOR JAN. 25 OMNIBUS HEARING RE:
                                     24TH OMNIBUS CLAIMS OBJECTION (1.2);
                                     PREPARE OMNIBUS REPLY TO RESPONSES TO
                                     24TH OMNIBUS CLAIMS OBJECTION (1.2);
                                     FORMULATE STRATEGY RE: LITIGATION OF
                                     CLAIMS OF INTESYS (0.3) AND BRIX GROUP
                                     (0.3); FORMULATE STRATEGY RE: RESOLVING
                                     CLAIMS OF RIVERSIDE CLAIMS (0.2),
                                     SOKYMAT (0.2), EEOC (0.3), AND FRY'S
                                     METAL (0.5); REVISE TEMPLATE SETTLEMENT
                                     AGREEMENT RE: ALLOWANCE OF CLAIMS
                                     (0.3); REVIEW STIPULATION RESOLVING
                                     CLAIM OF ALPS AUTOMOTIVE (0.2) AND
                                     SETTLEMENT AGREEMENT RE: CLAIM OF
                                     FIRSTENERGY (0.2); PREPARE FOR FEB. 7-8
                                     CLAIMS HEARING (0.5).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WHARTON JN | 01/25/08 | 8.40 | FORMULATE STRATEGY RE: UNLIQUIDATED CLAIMS (0.6), DUPLICATE CLAIMS (0.8), AND EEOC CLAIM (1.9); PREPARE FOR CALL WITH D. BAUMSTEIN OF WHITE & CASE (0.2); TELECONFERENCE WITH D. UNRUE AND K. CRAFT OF DELPHI, AND D. BAUMSTEIN OF WHITE & CASE (0.8); PREPARE ORDER RE: 24TH OMNIBUS CLAIMS OBJECTION (0.3); REVIEW SETTLEMENT AGREEMENT RE: CLAIMS OF INFINEON (0.1), TEXAS INSTRUMENTS (0.2), AND ALPS AUTOMOTIVE (0.2); REVIEW STIPULATION RE: CLAIMS OF US CUSTOMS (0.2); TELECONFERENCE WITH N. BERGER OF TOGUT SEGAL & SEGAL RE: CLAIMS (0.1); REVIEW AND ANALYZE CLAIMS OF AT&T (0.3), ASM CAPITAL (0.3), AND DEPARTMENT OF LABOR (0.5); PREPARE STIPULATIONS FOR TRANSMITTAL ON JAN. 31 (0.3); REVIEW DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2) AND CLAIMS-RELATED CORRESPONDENCE (0.2); WORK ON STIPULATIONS RE: CLAIMS OF MEMBERS OF AD HOC TRADE COMMITTEE (1.1); TELECONFERENCE WITH D. UNRUE AND B. SAX OF DELPHI RE: CLAIMS (0.1). |
| | | **134.70** | |
| **Total Associate** | | **1,050.20** | |
| DEMMA J | 01/02/08 | 8.00 | PREPARE JANUARY 10, 2008 CLAIMS AGENDA (6.6); PREPARE/FILE NOTICES OF PRESENTMENT FOR VARIOUS CLAIMAINTS (1.4). |
| DEMMA J | 01/03/08 | 12.60 | UPDATE JANUARY 10, 2008 CLAIMS AGENDA (10.6); PREPARE/FILE NOTICE OF ADJOURMENTS FOR VARIOUS CLAIMANTS (0.8); PREPARE/FILE DECLARATIONS OF DEAN UNRUE (0.6); PREPARE/FILE OBJECTION TO SAMSUNG ELECTRO-MECHANICS (0.6). |
| DEMMA J | 01/04/08 | 7.80 | UPDATE JANUARY 10, 2008 CLAIMS AGENDA (3.4); PREPARE STIPULATION TRACKING CHART (1.2); PREPARE/FILE NOTICES OF PRESENTMENT FOR VARIOUS CLAIMANTS (2.6); PREPARE/FILE NOTICES OF ADJOURNMENTS FOR VARIOUS CLAIMAINTS (0.6). |
| DEMMA J | 01/07/08 | 5.20 | PREPARE CHART OF CLAIMANTS ADJOURNED TO FUTURE DATES (1.1); PREPARE/FILE NOTICES OF ADJOURNMENT FOR KENSA AND RIVERSIDE (0.6); UPDATE JANUARY 10, 2008 HEARING AGENDA (2.7); PREPARE CASE LAW FOR JANUARY 10, 2008 HEARING (0.8). |
| DEMMA J | 01/08/08 | 7.40 | PREPARE CASE LAW FOR JANUARY 11, 2008 HEARING (1.1); PREPARE STIPULATION TRACKING CHART FOR JANUARY 10 & 11, 2008 HEARING (2.6); PREPARE DOCUMENTS FOR JANUARY 10, 2008 HEARING (3.1); UPDATE JANUARY 10, 2008 HEARING AGENDA (0.6). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| DEMMA J | 01/09/08 | 6.60 | UPDATE JANUARY 10, 2008 HEARING AGENDA (1.6); PREPARE/FILE JANUARY 10, 2008 AGENDA (0.6); UPDATE JANUARY 11, 2008 HEARING AGENDA (1.6); PREPARE STIPULATIONS FOR JANUARY 11, 2008 (1.6); PREPARE EXHIBITS TO DEAN UNRUE DECLARATION (0.6); PREPARE CASE LAW FOR JANUARY 11, 2008 HEARING (0.6). |
| DEMMA J | 01/10/08 | 2.30 | UPDATE JANUARY 11, 2008 AGENDA (1.1); PREPARE/FILE VARIOUS NOTICES OF ADJOURNMENT (1.2). |
| DEMMA J | 01/16/08 | 0.40 | PREPARE/FILE NOTICE OF ADJOURNMENT FOR INTESYS (0.4). |
| DEMMA J | 01/17/08 | 0.40 | FILE AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITY (0.4). |
| DEMMA J | 01/18/08 | 1.10 | PREPARE/FILE NOTICES OF ADJOURNMENT FOR JAMES HUTZ AND U.S. CUSTOMS (1.1). |
| DEMMA J | 01/22/08 | 1.30 | PREPARE/FILE NOTICE OF ADJOURNMENT FOR FRY'S METALS AND SHERWIN WILLIAM (1.3). |
| DEMMA J | 01/23/08 | 3.40 | PREPARE/FILE NOTICES OF PRESENTMENT FOR RUNKLE AND CERTAIN RETIREES (0.6); PREPARE/UPDATE STIPULATION TRACKING CHART FOR JANUARY 31, 2008 HEARING (2.8). |
| DEMMA J | 01/24/08 | 6.50 | PREPARE AGENDA FOR JANUARY 31, 2008 HEARING (5.1); PREPARE/FILE VARIOUS NOTICES OF PRESENTMENT (1.1); PREPARE/FILE TWENTY-FOURTH OMNIBUS OBJECTION REPLY (0.3). |
| DEMMA J | 01/25/08 | 1.20 | UPDATE JANUARY 31, 2008 AGENDA (0.6); UPDATE STIPULATION TRACKING CHART (0.6). |
| | | **64.20** | |
| SHRAGO R | 01/03/08 | 1.20 | TELECONFERENCE CHAMBERS RE: STIPULATIONS FROM 12/11 CLAIMS HEARING (0.2); FILE NOTICE OF HEARING AND NOTICES OF PRESENTMENT AND COORDINATE SERVICE WITH KCC (0.7); DRAFT AND REVIEW CORRESPONDENCE RE: FILINGS (0.3). |
| SHRAGO R | 01/04/08 | 1.10 | DRAFT AND REVIEW CORRESPONDENCE RE: FILINGS AND STIPULATIONS (0.5); REVIEW PROOFS OF CLAIM FOR 1/10/2007 HEARING (0.6). |
| SHRAGO R | 01/07/08 | 3.20 | ASSEMBLE DOCUMENTS FOR CHAMBERS (0.7); COORDINATE BINDER PROJECT (0.4); FILE REPLY TO NU-TECH AND COORDINATE SERVICE (1.3); ASSEMBLE NU-TECH BINDERS (0.5); DRAFT AND REVIEW CORRESPONDENCE RE: NU-TECH MATTER AND CLAIMS HEARINGS (0.3). |
| SHRAGO R | 01/08/08 | 4.30 | ASSEMBLE NU-TECH EXHIBIT BINDER (4.3). |

B43E

| SHRAGO R | 01/09/08 | 2.90 | REVIEW DOCUMENTS FOR 1/10/2008 CLAIMS HEARING (0.6); ASSEMBLE ADDITIONAL DOCUMENTS FOR HEARING (0.8); DISTRIBUTE PLEADINGS (0.4); ASSEMBLE LIGHTSOURCE EXHIBIT BINDERS (0.8); DRAFT AND REVIEW CORRESPONDENCE RE: 1/10/2008 CLAIMS HEARING (0.3). |
|---|---|---|---|
| SHRAGO R | 01/10/08 | 5.20 | PREPARE MATERIALS FOR COURT (0.9); SET UP COURTROOM FOR CLAIMS HEARING (1.6); ASSIST AT CLAIMS HEARING (2.4); REVIEW AND ASSEMBLE MATERIALS FOR 1/11/08 CLAIMS HEARING (0.3). |
| SHRAGO R | 01/11/08 | 4.60 | PREPARE MATERIALS FOR COURT (0.4); SET UP COURTROOM FOR HEARING (1.4); ASSIST AT HEARING (2.8). |
| SHRAGO R | 01/14/08 | 0.20 | FILE NOTICE OF ADJOURNMENT AND COORDINATE SERVICE WITH KCC (0.2). |
| SHRAGO R | 01/15/08 | 0.30 | SEND STIPULATION TO CHAMBERS (0.3). |
| SHRAGO R | 01/18/08 | 0.50 | FILE AND COORDINATE SERVICE OF TWENTY-FIFTH OMNIBUS CLAIMS OBJECTION (0.5). |
| SHRAGO R | 01/22/08 | 0.30 | FILE AND COORDINATE SERVICE OF NOTICE OF SUFFICIENCY HEARING (0.3). |

**23.80**

| ~~WOODFIELD J~~ | ~~01/09/08~~ | ~~4.20~~ | ~~UPDATE THE NU-TECH EXHIBIT BINDERS (4.2).~~ |
|---|---|---|---|

~~4.20~~

| ZYLICH AK | 01/04/08 | 4.70 | SEARCH DELPHI DOCKET FOR PROOF OF CLAIM DOCUMENTS AND DOCUMENTS RELATING TO CONTESTED OMNIBUS CLAIMS OBJECTION MATTERS (2.8); UPDATE MOTION SUMMARY CHART (1.9). |
|---|---|---|---|
| ZYLICH AK | 01/10/08 | 2.30 | ASSEMBLE DOCUMENTS PERTAINING TO THE 1/10/2008 AD HOC HEARING (2.3). |
| ZYLICH AK | 01/24/08 | 8.00 | PREPARE FILES CONTAINING ALL RELEVANT DOCUMENTS FOR TWENTY-FOURTH OMNIBUS OBJECTION HEARING (5.3); COMPILE DOCUMENTS FOR THE TWENTY FOURTH OBJECTION HEARING BINDER (2.7). |

**15.00**

**Total Legal Assistant**   **107.20**

| ROMAN JJ | 01/04/08 | 0.60 | DELIVER DOCUMENTS TO COURT RE: JOINT STIPULATION AND ORDER RE: CONTRARIAN FUNDS (0.6). |
|---|---|---|---|
| ROMAN JJ | 01/07/08 | 2.00 | DELIVER BOX TO JUDGE'S CHAMBERS RE: CLAIMS HEARING (1.4); PREPARE ADDITIONAL DOCUMENTS TO JUDGE'S CHAMBERS RE: CLAIMS (0.6). |
| ROMAN JJ | 01/09/08 | 0.90 | PREPARE NU-TECH JOINT EXHIBIT BINDERS AND DELIVER TO JUDGE'S CHAMBERS (0.9). |

B43E

| | | | |
|---|---|---|---|
| ROMAN JJ | 01/15/08 | 1.30 | REVIEW DOCUMENTS FOR HEARING BINDERS AND EXHIBITS RE: CLAIMS OBJECTIONS AND AGENDA (1.3). |
| ROMAN JJ | 01/25/08 | 2.20 | ASSIST WITH DELIVERY AND ASSEMBLY OF BINDERS AND EXIBITS FOR HEARING RE: OBJECTIONS AND SETTLEMENT ORDERS (2.2). |
| | | 7.00 | |
| WORSCHECK TM | 01/03/08 | 4.40 | PREPARE DOCUMENTS RE: PROPOSED SEVENTEENTH CLAIMS HEARING AGENDA (4.4). |
| WORSCHECK TM | 01/04/08 | 6.60 | PREPARE DOCUMENTS RE: PROPOSED SEVENTEENTH CLAIMS HEARING AGENDA (6.6). |
| WORSCHECK TM | 01/07/08 | 4.20 | PREPARE DOCUMENTS RE: PROPOSED SEVENTEENTH CLAIMS HEARING AGENDA (4.2). |
| WORSCHECK TM | 01/16/08 | 5.80 | PROPOSED TWENTY-SEVENTH OMNIBUS HEARING AGENDA (5.8). |
| WORSCHECK TM | 01/18/08 | 1.40 | PREPARE TWENTY-FOURTH OMNIBUS RESPONSES FOR ATTORNEY REVIEW (1.4). |
| | | 22.40 | |
| **Total Legal Assistant Support** | | 29.40 | |
| **TOTAL TIME** | | **1,401.40** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**                                    **Bill Date: 02/29/08**
**Claims Admin. (General)**                                      **Bill Number: 1208154**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/03/08 | Campanario ND | 296.01 |
| Air/Rail Travel - vendor feed | 01/08/08 | Demma J | 1,180.18 |
| Air/Rail Travel - vendor feed | 01/08/08 | Demma J | -1,135.17 |
| Air/Rail Travel - vendor feed | 01/08/08 | Campanario ND | 572.30 |
| Air/Rail Travel - vendor feed | 01/09/08 | Diaz LB | 1,156.89 |
| Air/Rail Travel - vendor feed | 01/09/08 | Lyons JK | 1,156.89 |
| Air/Rail Travel - vendor feed | 01/10/08 | Campanario ND | 600.94 |
| Air/Rail Travel - vendor feed | 01/10/08 | Campanario ND | -555.94 |
| Air/Rail Travel - vendor feed | 01/10/08 | Campanario ND | 567.59 |
| Air/Rail Travel - vendor feed | 01/12/08 | Lyons JK | 555.94 |
| Air/Rail Travel - vendor feed | 01/14/08 | Wharton JN | 1,111.89 |
| Air/Rail Travel - vendor feed | 01/14/08 | Diaz LB | 1,156.89 |
| Air/Rail Travel - vendor feed | 01/15/08 | Lyons JK | 1,161.13 |
| Air/Rail Travel - vendor feed | 01/18/08 | Wharton JN | 10.00 |
| Air/Rail Travel - vendor feed | 01/21/08 | Lyons JK | 1,373.77 |
| Air/Rail Travel - vendor feed | 01/22/08 | Lyons JK | 555.94 |
| Air/Rail Travel - vendor feed | 01/23/08 | Diaz LB | 1,176.89 |
| Air/Rail Travel - vendor feed | 01/23/08 | Diaz LB | -19.99 |
| Air/Rail Travel - vendor feed | 01/25/08 | Diaz LB | 709.85 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$11,632.00** |
| In-house Reproduction | 01/01/08 | Copy Center, D | 13.08 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/04/08 | Copy Center, D | 218.79 |
| In-house Reproduction | 01/08/08 | Copy Center, D | 211.79 |
| In-house Reproduction | 01/11/08 | Copy Center, D | 9.20 |
| In-house Reproduction | 01/11/08 | Copy Center, D | 688.66 |
| In-house Reproduction | 01/11/08 | Copy Center, D | 302.38 |
| In-house Reproduction | 01/15/08 | Copy Center, D | 1.50 |
| In-house Reproduction | 01/15/08 | Copy Center, D | 55.40 |
| In-house Reproduction | 01/15/08 | Copy Center, D | 8.60 |
| In-house Reproduction | 01/18/08 | Copy Center, D | 12.70 |
| In-house Reproduction | 01/18/08 | Copy Center, D | 2.40 |
| In-house Reproduction | 01/18/08 | Copy Center, D | 45.80 |
| In-house Reproduction | 01/22/08 | Copy Center, D | 82.50 |
| In-house Reproduction | 01/22/08 | Copy Center, D | 85.80 |
| In-house Reproduction | 01/25/08 | Copy Center, D | 1.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1,740.00** |
| Lexis/Nexis | 01/09/08 | Hill LF | 220.73 |
| Lexis/Nexis | 01/10/08 | Hill LF | 15.60 |
| Lexis/Nexis | 01/25/08 | Duncomb BM | 7.89 |
| Lexis/Nexis | 01/25/08 | Murphy M | 15.78 |
| | | **TOTAL LEXIS/NEXIS** | **$260.00** |
| Westlaw | 01/02/08 | Campanario ND | 64.34 |
| Westlaw | 01/03/08 | Perl MW | 14.65 |
| Westlaw | 01/04/08 | Tullson CT | 204.38 |
| Westlaw | 01/07/08 | Demma J | 108.76 |
| Westlaw | 01/07/08 | Campanario ND | 32.78 |
| Westlaw | 01/08/08 | Demma J | 184.88 |
| Westlaw | 01/08/08 | Duncomb BM | 154.77 |
| Westlaw | 01/09/08 | Campanario ND | 84.74 |
| Westlaw | 01/09/08 | Diaz LB | 594.98 |
| Westlaw | 01/09/08 | Duncomb BM | 306.38 |
| Westlaw | 01/09/08 | Tullson CT | 475.75 |
| Westlaw | 01/09/08 | Powell JE | 522.96 |
| Westlaw | 01/10/08 | Platt SJ | 187.74 |
| Westlaw | 01/10/08 | Duncomb BM | 556.59 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 01/11/08 | Campanario ND | 713.50 |
| Westlaw | 01/11/08 | Duncomb BM | 146.30 |
| Westlaw | 01/11/08 | Tullson CT | 154.71 |
| Westlaw | 01/12/08 | Campanario ND | 171.93 |
| Westlaw | 01/14/08 | Campanario ND | 160.55 |
| Westlaw | 01/14/08 | Duncomb BM | 183.44 |
| Westlaw | 01/14/08 | Tullson CT | 1,337.59 |
| Westlaw | 01/15/08 | Campanario ND | 4.92 |
| Westlaw | 01/16/08 | Tullson CT | 298.90 |
| Westlaw | 01/24/08 | Tullson CT | 8.76 |
| Westlaw | 01/25/08 | Duncomb BM | 65.47 |
| Westlaw | 01/25/08 | Murphy M | 17.23 |
| | | **TOTAL WESTLAW** | **$6,757.00** |
| Reproduction - color | 01/11/08 | Copy Center, D | 29.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$29.00** |
| Vendor Hosted Telecon-ferencing | 01/02/08 | Teleconferencing Services, LLC | 9.94 |
| Vendor Hosted Telecon-ferencing | 01/04/08 | Teleconferencing Services, LLC | 2.52 |
| Vendor Hosted Telecon-ferencing | 01/04/08 | Teleconferencing Services, LLC | 4.91 |
| Vendor Hosted Telecon-ferencing | 01/04/08 | Teleconferencing Services, LLC | 3.71 |
| Vendor Hosted Telecon-ferencing | 01/04/08 | Teleconferencing Services, LLC | 23.06 |
| Vendor Hosted Telecon-ferencing | 01/04/08 | Teleconferencing Services, LLC | 9.46 |
| Vendor Hosted Telecon-ferencing | 01/07/08 | Teleconferencing Services, LLC | 0.78 |
| Vendor Hosted Telecon-ferencing | 01/07/08 | Teleconferencing Services, LLC | 12.34 |
| Vendor Hosted Telecon-ferencing | 01/08/08 | Teleconferencing Services, LLC | 4.85 |
| Vendor Hosted Telecon-ferencing | 01/08/08 | Teleconferencing Services, LLC | 12.64 |
| Vendor Hosted Telecon-ferencing | 01/17/08 | Teleconferencing Services, LLC | 68.76 |
| Vendor Hosted Telecon-ferencing | 01/22/08 | Teleconferencing Services, LLC | 25.03 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL VENDOR HOSTED TELECONFERENCING | $178.00 |
| Air/Rail Travel (external) | 01/07/08 | Butler, Jr. J | 356.00 |
| | | TOTAL AIR/RAIL TRAVEL (EXTERNAL) | $356.00 |
| Out-of-Town Travel | 01/03/08 | Campanario ND | 67.55 |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 46.50 |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 24.00 |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 506.82 |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 31.50 |
| Out-of-Town Travel | 01/10/08 | Campanario ND | 821.03 |
| Out-of-Town Travel | 01/11/08 | Diaz LB | 684.97 |
| Out-of-Town Travel | 01/12/08 | Lyons JK | 180.00 |
| Out-of-Town Travel | 01/12/08 | Lyons JK | 1,899.80 |
| Out-of-Town Travel | 01/18/08 | Wharton JN | 1,305.55 |
| Out-of-Town Travel | 01/18/08 | Lyons JK | 180.00 |
| Out-of-Town Travel | 01/18/08 | Lyons JK | 1,625.53 |
| Out-of-Town Travel | 01/19/08 | Diaz LB | 1,740.74 |
| Out-of-Town Travel | 01/21/08 | Wharton JN | 40.00 |
| Out-of-Town Travel | 01/22/08 | Lyons JK | 61.00 |
| Out-of-Town Travel | 01/22/08 | Lyons JK | 417.64 |
| Out-of-Town Travel | 01/23/08 | Diaz LB | 435.19 |
| Out-of-Town Travel | 01/25/08 | Diaz LB | 433.18 |
| | | TOTAL OUT-OF-TOWN TRAVEL | $10,501.00 |
| Filing/Court Fees | 01/18/08 | Howe EJ | 250.00 |
| Filing/Court Fees | 01/18/08 | Howe EJ | 26.00 |
| | | TOTAL FILING/COURT FEES | $276.00 |
| Messengers/ Courier | 01/07/08 | OSMIO | 30.88 |
| Messengers/ Courier | 01/07/08 | OSMIO | 20.58 |
| Messengers/ Courier | 01/07/08 | OSMIO | 33.32 |
| Messengers/ Courier | 01/07/08 | OSMIO | 55.04 |
| Messengers/ Courier | 01/07/08 | OSMIO | 55.04 |
| Messengers/ Courier | 01/07/08 | OSMIO | 33.02 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 01/07/08 | OSMIO | 33.02 |
| Messengers/ Courier | 01/07/08 | OSMIO | 41.83 |
| Messengers/ Courier | 01/07/08 | OSMIO | 33.03 |
| Messengers/ Courier | 01/08/08 | Dist Serv/Mail/Page, D | 157.01 |
| Messengers/ Courier | 01/10/08 | Dist Serv/Mail/Page, D | 12.83 |
| Messengers/ Courier | 01/10/08 | Dist Serv/Mail/Page, D | 12.83 |
| Messengers/ Courier | 01/13/08 | Arrow Messenger Svc | 69.31 |
| Messengers/ Courier | 01/17/08 | Dist Serv/Mail/Page, D | 17.69 |
| Messengers/ Courier | 01/18/08 | Dist Serv/Mail/Page, D | 21.57 |
| | | **TOTAL MESSENGERS/ COURIER** | **$627.00** |
| Out-of-Town Meals | 01/03/08 | Campanario ND | 26.71 |
| Out-of-Town Meals | 01/07/08 | OSMIO | 33.01 |
| Out-of-Town Meals | 01/07/08 | Butler, Jr. J | 32.26 |
| Out-of-Town Meals | 01/09/08 | Diaz LB | 1.93 |
| Out-of-Town Meals | 01/09/08 | Diaz LB | 12.14 |
| Out-of-Town Meals | 01/09/08 | Diaz LB | 90.02 |
| Out-of-Town Meals | 01/10/08 | Campanario ND | 70.81 |
| Out-of-Town Meals | 01/11/08 | Diaz LB | 6.29 |
| Out-of-Town Meals | 01/11/08 | Lyons JK | 465.08 |
| Out-of-Town Meals | 01/12/08 | Lyons JK | 97.51 |
| Out-of-Town Meals | 01/14/08 | Wharton JN | 8.54 |
| Out-of-Town Meals | 01/14/08 | Wharton JN | 7.59 |
| Out-of-Town Meals | 01/14/08 | Diaz LB | 4.19 |
| Out-of-Town Meals | 01/14/08 | Diaz LB | 3.52 |
| Out-of-Town Meals | 01/15/08 | Wharton JN | 39.86 |
| Out-of-Town Meals | 01/15/08 | Wharton JN | 14.21 |
| Out-of-Town Meals | 01/15/08 | Diaz LB | 13.49 |
| Out-of-Town Meals | 01/15/08 | Diaz LB | 6.29 |
| Out-of-Town Meals | 01/15/08 | Diaz LB | 5.69 |
| Out-of-Town Meals | 01/16/08 | Wharton JN | 28.31 |
| Out-of-Town Meals | 01/16/08 | Wharton JN | 32.07 |
| Out-of-Town Meals | 01/16/08 | Wharton JN | 5.15 |
| Out-of-Town Meals | 01/16/08 | Diaz LB | 8.13 |
| Out-of-Town Meals | 01/16/08 | Lyons JK | 45.01 |
| Out-of-Town Meals | 01/17/08 | Lyons JK | 180.05 |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 01/18/08 | Wharton JN | 8.67 |
| Out-of-Town Meals | 01/18/08 | Wharton JN | 4.20 |
| Out-of-Town Meals | 01/18/08 | Diaz LB | 7.75 |
| Out-of-Town Meals | 01/18/08 | Diaz LB | 8.30 |
| Out-of-Town Meals | 01/18/08 | Lyons JK | 158.65 |
| Out-of-Town Meals | 01/21/08 | Lyons JK | 45.01 |
| Out-of-Town Meals | 01/21/08 | Wharton JN | 8.76 |
| Out-of-Town Meals | 01/22/08 | Lyons JK | 45.01 |
| Out-of-Town Meals | 01/24/08 | Diaz LB | 41.13 |
| Out-of-Town Meals | 01/24/08 | Diaz LB | 18.10 |
| Out-of-Town Meals | 01/25/08 | Diaz LB | 13.82 |
| Out-of-Town Meals | 01/25/08 | Diaz LB | 3.74 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$1,601.00** |
| Court Reporting | 01/07/08 | Network Reporting | 895.00 |
| | | **TOTAL COURT REPORTING** | **$895.00** |
| Outside Re-search/Internet Services | 01/07/08 | Pacer Service Center | 35.28 |
| Outside Re-search/Internet Services | 01/07/08 | Pacer Service Center | 69.51 |
| Outside Re-search/Internet Services | 01/07/08 | Pacer Service Center | 93.59 |
| Outside Re-search/Internet Services | 01/07/08 | Pacer Service Center | 39.99 |
| Outside Re-search/Internet Services | 01/07/08 | Pacer Service Center | 42.63 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$281.00** |
| Telco-Non Astra | 01/07/08 | Telecommunications, D | 6.00 |
| | | **TOTAL TELCO-NON ASTRA** | **$6.00** |
| Print Images to Paper (from Electronic Media) | 01/05/08 | Copy Center, D | 36.87 |
| Print Images to Paper (from Electronic Media) | 01/08/08 | Copy Center, D | 139.96 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 01/10/08 | Gumble WC | 22.07 |
| Print Images to Paper (from Electronic Media) | 01/15/08 | Copy Center, D | 50.55 |
| Print Images to Paper (from Electronic Media) | 01/15/08 | Copy Center, D | 50.55 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$300.00** |
| CLR/Disclosure | 01/07/08 | Global Securities | 17.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$17.00** |
| Wireless - Mobile/Cellular/Pager | 01/11/08 | Lyons JK | 154.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$154.00** |
| | | **TOTAL MATTER** | **$35,610.00** |

B43E