SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-3
CUSTOMER MATTERS (GM)
252.10 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                    Bill Date: 11/30/07
Customer Matters (GM)                                       Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/01/07 | 0.60 | PREPARE (AT COMPANY IN TROY WITH SENIOR MANAGEMENT TEAM) FOR OCTOBER 3RD SENIOR LEADERSHIP MEETING IN TROY BETWEEN REPRESENTATIVES OF DELPHI AND GM (0.6). |
| BUTLER, JR. J | 10/02/07 | 0.80 | PREPARE FOR OCTOBER 3RD SENIOR LEADERSHIP MEETING IN TROY BETWEEN REPRESENTATIVES OF DELPHI AND GM INCLUDING CONFERENCES WITH R. O'NEAL, J. SHEEHAN, J. BERTRAND AND S. CORCORAN AT COMPANY IN TROY REVIEW OF GM-UCC DISCUSSIONS (0.8). |
| BUTLER, JR. J | 10/03/07 | 4.30 | PREPARE FOR (EN ROUTE WITH J. SHEEHAN, D. RESNICK, B. SHAW AND S. CORCORAN) AND AT COMPANY IN TROY (WITH WORKING GROUP PLUS R. O'NEAL AND J. BERTRAND) (1.7) AND ATTEND (2.6) SENIOR LEADERSHIP MEETING IN TROY BETWEEN REPRESENTATIVES OF DELPHI AND GM. |
| BUTLER, JR. J | 10/14/07 | 0.70 | REVIEW AND CONSIDER GM SECOND LIEN TERM SHEET (0.5); EMAILS FROM/TO J. SHEEHAN RE SAME (0.2). |
| BUTLER, JR. J | 10/21/07 | 0.60 | REVIEW AND CONSIDER PLAN INVESTOR ISSUES LIST RE: GSA AND MRA (0.6). |
| BUTLER, JR. J | 10/24/07 | 1.10 | PREPARE FOR (0.3) AND ATTEND (0.4) MEETING WITH J. SHEEHAN, D. SHERBIN, S. CORCORAN AND K. CRAFT IN NEW YORK RE: GM SETTLEMENT AMENDMENT; REVIEW GSA AND MRA (0.4). |
| BUTLER, JR. J | 10/25/07 | 0.20 | TELECONFERENCE WITH WORKING GROUP RE: GSA/MRA AMENDMENTS (0.2). |
| BUTLER, JR. J | 10/26/07 | 0.80 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.2) WORKING GROUP TELECONFERENCE WITH J. SHEEHAN, D. SHERBIN, S. CORCORAN AND K. CRAFT RE: GSA/MRA AMENDMENTS; REVIEW AND COMMENT ON GM DOCUMENT OPEN ISSUES (0.4). |
| BUTLER, JR. J | 10/28/07 | 0.30 | CONTINUE TO REVIEW DRAFT AMENDMENTS TO GSA AND MRA (0.3). |
| BUTLER, JR. J | 10/29/07 | 0.40 | REVIEW AND FINALIZE AMENDMENTS TO GSA AND MRA (0.4). |
|  |  | **9.80** |  |
| COCHRAN EL | 10/01/07 | 0.70 | REVIEW POSSIBLE GSA/MRA CHANGES (0.7). |
| COCHRAN EL | 10/17/07 | 5.20 | REVIEW ISSUES RELATING TO REVISIONS TO GM AGREEMENTS (5.2). |
| COCHRAN EL | 10/18/07 | 4.80 | REVIEW ISSUES RELATING TO REVISED GM AGREEMENTS (4.8). |
| COCHRAN EL | 10/22/07 | 3.10 | REVIEW REVISED GM DOCUMENTATION (3.1). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| COCHRAN EL | 10/23/07 | 1.90 | REVIEW GM DOCUMENTATION (1.9). |
| COCHRAN EL | 10/24/07 | 7.60 | WORK ON REVISIONS TO GM DOCUMENTATION (7.6). |
| COCHRAN EL | 10/25/07 | 3.10 | WORK ON REVISED GM DOCUMENTATION (3.1). |
| COCHRAN EL | 10/27/07 | 2.10 | WORK ON REVISED GM DOCUMENTS (1.2); WORK ON REVISED GM DOCUMENTS (0.9). |
| COCHRAN EL | 10/29/07 | 1.30 | FINALIZE GM SETTLEMENT AMENDMENTS (1.3). |
| | | 29.80 | |
| HOGAN III AL | 10/11/07 | 2.60 | PREPARE FOR AND PARTICIPATE IN CONFERENCE WITH DOL COUNSEL RE: POTENTIAL RESOLUTION OF ASEC CLAIM, AND OVERALL MDL COMFORT ISSUE (1.8); FOLLOW-UP ANALYSIS AND DISCUSSIONS WITH WORKING GROUP RE: SAME (0.8). |
| | | 2.60 | |
| MARAFIOTI KA | 10/09/07 | 0.50 | CONFERENCE WITH CLIENT AND ROTHSCHILD RE: GM NOTE (0.5). |
| MARAFIOTI KA | 10/18/07 | 0.80 | REVIEW GM SETTLEMENT DOCUMENT (0.8). |
| MARAFIOTI KA | 10/22/07 | 1.20 | REVIEW PROPOSED CHANGES TO FIRST AMENDED GM SETTLEMENT AGREEMENT (0.4) AND RESTRUCTURING AGREEMENT ((0.4) CONSIDER ISSUES RE: RESTRUCTURING AGREEMENT (0.4). |
| MARAFIOTI KA | 10/23/07 | 0.60 | WORK ON ISSUES RE: SERIES C PREFERRED (0.6). |
| MARAFIOTI KA | 10/24/07 | 1.90 | MEETING WITH COUNSEL TO APPALOOSA RE: GM SETTLEMENT AGREEMENT AND RESTRUCTURING AGREEMENT (1.9). |
| MARAFIOTI KA | 10/27/07 | 4.50 | TELECONFERENCE WITH GM, WEIL, DELPHI RE: DEAL DOCUMENTS (2.0); FOLLOWUP TELECONFERENCE WITH COMPANY (1.0); SECOND TELECONFERENCE WITH GM, WEIL AND COMPANY RE: SAME (0.9); FURTHER FOLLOWUP TELECONFERENCE WITH COMPANY (0.2); RELATED CORRESPONDENCE (0.4). |
| MARAFIOTI KA | 10/29/07 | 0.10 | CORRESPONDENCE FROM WEIL RE: SECOND LIEN FINANCING TERM SHEET (0.1). |
| | | 9.60 | |
| **Total Partner** | | **51.80** | |
| ARKUSS B | 10/31/07 | 3.70 | CREATE TRANSACTIONS DOCUMENT BINDER; CREATING CONFORMED MRA AND GSA (3.7). |
| | | 3.70 | |
| GANITSKY DI | 10/02/07 | 2.90 | REVIEW OF GM DOCUMENTATION RE: VARIOUS MATTERS AT REQUEST OF E. COCHRAN (2.9). |
| GANITSKY DI | 10/04/07 | 0.70 | REVIEW GM NOTE DOCUMENTS AND PARTICIPATED IN CALLS RE: SAME (0.7). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| GANITSKY DI | 10/10/07 | 0.60 | MATTERS RE: GM AND REGISTRATION RIGHTS AND RELATED CALLS (0.6). |
| GANITSKY DI | 10/11/07 | 1.50 | REVIEW SERIES C AND RELATED MATTERS RE: REVISED PLAN (1.5). |
| GANITSKY DI | 10/12/07 | 0.50 | MATTERS RE: SERIES C TERM SHEET (0.5). |
| GANITSKY DI | 10/15/07 | 1.30 | REVIEW GM DEFINITION ISSUES (1.3). |
| GANITSKY DI | 10/16/07 | 3.70 | WORK ON NUMEROUS TRANSACTIONAL MATTERS INCLUDING REVIEW OF MRA AND GSA AS WELL AS CALL RE: SAME WITH WEIL AND BEGIN DRAFTING AMENDMENTS TO SAME (3.7). |
| GANITSKY DI | 10/17/07 | 6.20 | WORK ON NUMEROUS MATTERS RE: TRANSACTION INCLUDING DRAFTING AND REVISING AMENDMENTS TO MRA AND GSA (3.6); TELECONFERENCE WITH WEIL, GM, WHITE CASE AND CLIENTS RE: VARIOUS MATTERS (2.6). |
| GANITSKY DI | 10/19/07 | 2.10 | SENIOR STRATEGY CALL (0.8); REVIEW GSA AND MRA AND RELATED TELECONFERENCE (0.5); REVIEW CORRESPONDENCE (0.8). |
| GANITSKY DI | 10/21/07 | 0.80 | REVIEW GM MATTERS (0.8). |
| GANITSKY DI | 10/23/07 | 3.50 | TELECONFERENCE WITH GM, WEIL AND WHITE AND CASE (1.2); REVISE AMENDMENTS TO GSA AND MRA (1.6); TELECONFERENCE RE: TRUST ACT (0.7). |
| GANITSKY DI | 10/24/07 | 3.00 | WORK ON NUMEROUS MATTERS RE: TRANSACTION INCLUDING CALLS WITH WEIL AND WHITE CASE (1.3); TURNING OF GM AGREEMENTS AS WELL AS REVIEW OF SUCH AGREEMENTS (1.7). |
| GANITSKY DI | 10/26/07 | 5.50 | TELECONFERENCES WITH GM, WHITE CASE, CLIENT AND INTERNAL STRATEGY CALLS (4.7); WORK ON TURNING GM DOCS (0.8). |
| GANITSKY DI | 10/27/07 | 0.50 | WORK ON SUMMARY OF GM AMENDMENTS (0.5). |
| | | **32.80** | |
| HALPER A | 10/10/07 | 5.50 | ATTEND AND ASSIST (INCLUDING REVISING DRAFTS AND OTHER GENERAL ASSISTANCE) IN MEETING RELATED TO SERIES C PREFERRED STOCK, GM TERM SHEET AND GM NOTE (5.5). |
| HALPER A | 10/11/07 | 1.50 | REVIEW SERIES C TERM SHEETS AND OTHER DOCUMENTS (1.5). |
| HALPER A | 10/28/07 | 1.30 | REVIEW AND REVISE GM SETTLEMENT AGREEMENT (1.3). |
| | | **8.30** | |
| HARDIN AS | 10/02/07 | 1.00 | REVIEW EMAIL FROM D. FIDLER RE: FINANCIAL SERVICES AGREEMENT (0.1); EMAIL EXCHANGE WITH R. LEMONS RE: IP ORDER (0.2); REVIEW SAME (0.7). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HARDIN AS | 10/04/07 | 5.60 | PREPARE MATERIALS RELATED TO GM SETTLEMENT (4.5); WORKING GROUP TELECONFERENCE RE: SAME (0.3); WORKING GROUP TELECONFERENCE RE: SAME (0.8). |
| HARDIN AS | 10/08/07 | 0.50 | WORKING GROUP EMAIL EXCHANGE RE: AMENDED AND RESTATED AGREEMENT SERVICES AGREEMENT WITH/ GM (0.5). |
| HARDIN AS | 10/09/07 | 4.10 | WORKING GROUP MEETING RE: PROPOSED CHANGES TO GM SETTLEMENT DOCUMENTS (0.5); REVISE SAME (0.7); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.4); WORKING GROUP CONFERENCE CALLS RE: SAME (2.5). |
| HARDIN AS | 10/13/07 | 0.60 | WORKING GROUP EMAIL EXCHANGE RE: AMENDED AND RESTATED AGREEMENT WITH/ GM (0.6). |
| HARDIN AS | 10/16/07 | 2.60 | WORKING GROUP CONFERENCE CALLS RE: GM SETTLEMENT DOCUMENTS (2.6). |
| HARDIN AS | 10/17/07 | 1.70 | PREPARE MATERIALS RELATED TO GM SETTLEMENT DOCUMENTS (1.1); WORKING GROUP CONFERENCE CALL RE: AMENDMENTS TO GM SETTLEMENT DOCUMENTS AND RELATED MATTERS (0.6). |
| HARDIN AS | 10/18/07 | 5.20 | WORKING GROUP CONFERENCE CALL AMENDMENTS TO GM SETTLEMENT DOCUMENTS (1.1); DRAFT AND REVISE SAME (1.5); DRAFT AND REVISE AGREEMENT RELATED TO SAME (1.5); REVISE DISCLOSURE RE: GM SETTLEMENT DOCUMENTS (0.9); EMAIL EXCHANGE RE: SAME (0.2). |
| HARDIN AS | 10/19/07 | 3.30 | TELECONFERENCE WITH S. CORCORAN RE: AMENDMENTS TO GM SETTLEMENT DOCUMENTS (0.6); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.4); REVISE AND DISTRIBUTE AMENDMENTS TO GM SETTLEMENT DOCUMENTS (1.1); REVIEW COMMENTS FROM PLAN INVESTORS RE: RESTRUCTURING AGREEMENT (0.3); REVIEW AND REVISE AMENDMENTS TO GM SETTLEMENT DOCUMENTS (0.9). |
| HARDIN AS | 10/22/07 | 0.40 | REVIEW COMMENTS TO AMENDMENTS TO GM SETTLEMENT DOCUMENTS (0.4). |
| HARDIN AS | 10/23/07 | 4.00 | PREPARE FOR TELECONFERENCE RE: AMENDMENTS TO GM SETTLEMENT DOCUMENTS (0.5); DRAFT EMAIL TO S. CORCORAN RE: SAME (0.2); WORKING GROUP TELECONFERENCE RE: AMENDMENTS TO GM SETTLEMENT DOCUMENTS (0.3); WORKING GROUP TELECONFERENCE RE: SAME (0.4); REVIEW AND PREPARE RESPONSE TO COMMENTS FROM PLAN INVESTORS ON GM SETTLEMENT DOCUMENTS (1.1); WORKING GROUP MEETING RE: SAME (1.5). |
| HARDIN AS | 10/24/07 | 4.10 | WORKING GROUP TELECONFERENCE RE: AMENDMENTS TO GM SETTLEMENT DOCUMENTS (0.6); WORKING GROUP MEETING RE: PLAN INVESTORS' COMMENTS ON GM SETTLEMENT DOCUMENTS (3.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HARDIN AS | 10/25/07 | 2.60 | WORKING GROUP TELECONFERENCE RE: PLAN AGREEMENTS WITH GM (1.1); REVIEW AND REVISE SAME (0.7); (WORKING GROUP TELECONFERENCE RE: SAME (0.8). |
| HARDIN AS | 10/26/07 | 1.10 | REVISE SERVICES AGREEMENT BETWEEN DELPHI AND GM (0.4); DRAFT EMAIL TO WORKING GROUP RE: SAME (0.3); TELECONFERENCE WITH F. FROMM RE: SAME (0.2); DRAFT FOLLOW-UP EMAIL TO WORKING GROUP RE: SAME (0.2). |
| HARDIN AS | 10/30/07 | 0.40 | EMAIL EXCHANGE WITH R. LEMONS RE: AGREEMENT WITH GM (0.4). |
| | | **37.20** | |
| SAMOLE RM | 10/02/07 | 0.20 | REVIEW COURT ORDER (0.2). |
| SAMOLE RM | 10/09/07 | 0.80 | REVIEW WARRANTY SETTLEMENT AGREEMENT TO RESPOND TO PLAN INVESTORY QUESTION (0.8). |
| SAMOLE RM | 10/10/07 | 1.10 | DRAFT CONFIDENTIALITY EMAIL TO PLAN INVESTOR COUNSEL (0.3); REVIEW HEARING TRANSCRIPT RE: EXHIBITS TO WARRANTY SETTLEMENT MOTION (0.6); TELECONFERENCE WITH J. RUE RE: SAME (0.2). |
| | | **2.10** | |
| SUBER KM | 10/01/07 | 0.10 | REVIEW CORRESPONDENCE IN CONNECTION WITH AMENDED AND RESTATED FINANCIAL SERVICES AGREEMENT (0.1); REVIEW AMENDED AND RESTATED FINANCIAL SERVICES AGREEMENT. |
| SUBER KM | 10/03/07 | 0.70 | REVIEW PROOFED MASTER RESTRUCTURING AGREEMENT ON DOCKET (0.7). |
| SUBER KM | 10/04/07 | 0.50 | REVIEW GM SETTLEMENT DOCUMENTATION INDEX (0.5). |
| SUBER KM | 10/05/07 | 1.20 | REVIEW AND MARK-UP THE AMENDED AND RESTATED FINANCIAL SERVICES SUPPLY AGREEMENT (1.2). |
| SUBER KM | 10/08/07 | 0.30 | REVIEW AND REVISE FINANCIAL SERVICES SUPPLY AGREEMENT (0.3). |
| SUBER KM | 10/16/07 | 1.70 | CONFER WITH DELPHI TEAM MEMBERS RE: NEXT STEPS WITH RESPECT TO DOCUMENTATION IN CONNECTION WITH GM SETTLEMENT (0.2); REVIEW MRA AND GSA FOR ACTION ITEMS WITH DATES THAT MAY OCCUR PRIOR TO THE EFFECTIVENESS OF THE DOCUMENTS (1.5). |
| SUBER KM | 10/17/07 | 4.60 | REVIEW AMENDMENTS TO THE MRA AND GSA (0.6); CONTINUE TO REVIEW THE MRA AND GSA FOR ACTIONS THAT MAY BE REQUIRED PRIOR TO THE EFFECTIVE DATES OF THE DOCUMENTS (4.0). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| SUBER KM | 10/24/07 | 0.70 | BEGIN PREPARATION OF EXHIBITS TO MRA AND GSA IN CONNECTION WITH FILING OF AMENDMENTS TO THE MRA AND GSA (0.7). |
|---|---|---|---|
| SUBER KM | 10/25/07 | 3.50 | CONTINUE TO ASSEMBLE THE EXHIBITS TO THE MRA AND THE GSA IN ANTICIPATION OF FILING THE AMENDMENTS TO THE MRA AND GSA (2.0); REVIEW AMENDMENTS TO THE MRA AND THE GSA (1.5). |
| SUBER KM | 10/28/07 | 0.70 | SUPERVISED REVIEW OF THE EXHIBITS TO THE MRA IN ANTICIPATION OF ANY EXHIBITS, WHICH MAY BE REQUIRED FOR FILING WITH THE AMENDMENT TO THE MRA (0.6); DISTRIBUTE EXHIBIT 5.01(A)(XII) TO DELPHI TEAM FOR INCLUSION WITH OCTOBER 29, 2007 FILINGS (0.1). |
| SUBER KM | 10/31/07 | 0.40 | ORGANIZE THE GM SETTLEMENT DOCUMENTATION IN PREPARATION FOR ADDITIONAL FILINGS THAT MAY BE REQUIRED (0.4). |
| | | 14.40 | |
| **Total Associate** | | 98.50 | |
| **TOTAL TIME** | | <u>**150.30**</u> | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  
Customer Matters (GM)

Bill Date: 11/30/07  
Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/05/07 | Copy Center, D | 4.23 |
| In-house Reproduction | 10/12/07 | Copy Center, D | 0.40 |
| In-house Reproduction | 10/23/07 | Copy Center, D | 10.05 |
| In-house Reproduction | 10/26/07 | Copy Center, D | 38.11 |
| In-house Reproduction | 10/30/07 | Copy Center, D | 2.21 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$55.00** |
| Westlaw | 10/01/07 | Guzzardo J | 473.70 |
| Westlaw | 10/20/07 | Ramlo K | 33.30 |
| | | **TOTAL WESTLAW** | **$507.00** |
| Air/Rail Travel (external) | 10/03/07 | Butler, Jr. J | 238.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$238.00** |
| Out-of-Town Travel | 10/03/07 | Butler, Jr. J | 12.00 |
| Out-of-Town Travel | 10/03/07 | Butler, Jr. J | 102.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$114.00** |
| Messengers/ Courier | 10/19/07 | Dist Serv/Mail/Page, D | 23.71 |
| Messengers/ Courier | 10/19/07 | Dist Serv/Mail/Page, D | 36.29 |
| | | **TOTAL MESSENGERS/ COURIER** | **$60.00** |
| Out-of-Town Meals | 10/03/07 | Butler, Jr. J | 19.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$19.00** |
| Print Images to Paper (from Electronic Media) | 10/22/07 | Azarcon EP | 51.76 |
| Print Images to Paper (from Electronic Media) | 10/22/07 | Azarcon EP | 19.04 |
| Print Images to Paper (from Electronic Media) | 10/22/07 | Azarcon EP | 51.76 |
| Print Images to Paper (from Electronic Media) | 10/22/07 | Azarcon EP | 19.04 |
| Print Images to Paper (from Electronic Media) | 10/22/07 | Azarcon EP | 206.93 |
| Print Images to Paper (from Electronic Media) | 10/22/07 | Azarcon EP | 174.47 |

335

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA) | $523.00 |
| | | **TOTAL MATTER** | **$1,516.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP))  
Customer Matters (GM)

Bill Date: 01/10/08  
Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/09/07 | 0.30 | REVIEW REVISED GSA AND WAIVER LETTER (0.3). |
| BUTLER, JR. J | 11/25/07 | 0.40 | PREPARE FOR NOVEMBER 26TH MEETING WITH DELPHI AND GM REPRESENTATIVES IN NEW YORK CITY RE GSA/POR AMENDMENTS (0.4). |
| BUTLER, JR. J | 11/26/07 | 2.10 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.3) MEETING WITH DELPHI AND GM REPRESENTATIVES IN NEW YORK CITY RE: GSA/POR AMENDMENTS; TELECONFERENCE WITH J. TANENBAUM RE: SAME (0.5). |
| BUTLER, JR. J | 11/28/07 | 0.40 | CONTINUE TO REVIEW GSA AND MRA MATTERS INCLUDING SERIES C CHANGE OF CONTROL ISSUES (0.4). |
| BUTLER, JR. J | 11/29/07 | 0.30 | REVIEW GSA AND MRA MATTERS INCLUDING SERIES C CHANGE OF CONTROL ISSUES (0.3). |
|  |  | **3.50** |  |
| **Total Partner** |  | **3.50** |  |
| ARKUSS B | 11/15/07 | 4.80 | CONFORM MRA AND GSA (4.8). |
|  |  | **4.80** |  |
| GANITSKY DI | 11/07/07 | 0.60 | REVIEW TRANSACTION FACILIATION AGREEMENT (0.6). |
| GANITSKY DI | 11/19/07 | 1.30 | REVIEW GSA AND MRA RE: IMPACT OF CERTAIN SCENARIOS (1.3). |
|  |  | **1.90** |  |
| HALPER A | 11/16/07 | 2.70 | REVIEW CONFORMED GM DOCUMENTS AND COORDINATE PRODUCTION OF RELATED BOUND VOLUMES (2.7). |
|  |  | **2.70** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| HARDIN AS | 11/12/07 | 1.80 | WORKING GROUP CONFERENCE CALLS RE: AGREEMENTS RELATED TO PLAN (1.8). |
| | | **1.80** | |
| SUBER KM | 11/15/07 | 2.60 | REVIEW EMAIL CORRESPONDENCE IN CONNECTION WITH REVISIONS TO THE GM SETTLEMENT (2.6). |
| SUBER KM | 11/16/07 | 3.10 | CONFER WITH DELPHI TEAM MEMBERS RE: THE GM SETTLEMENT DOCUMENTATION (0.4); REVIEW AND COMPILE DOCUMENTATION TO CONFORM GM SETTLEMENT DOCUMENTATION TO PRESENT AMENDMENTS TO THE MRA AND GSA (2.7). |
| | | **5.70** | |
| **Total Associate** | | **16.90** | |
| **TOTAL TIME** | | **20.40** | |

236

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP))**  Bill Date: 01/10/08
**Customer Matters (GM)**  Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/19/07 | Kowalski RL | 4.12 |
| In-house Reproduction | 11/20/07 | Copy Center, D | 118.88 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$123.00** |
| Reproduction - color | 11/17/07 | Copy Center, D | 26.50 |
| Reproduction - color | 11/17/07 | Copy Center, D | 1.50 |
| Reproduction - color | 11/20/07 | Copy Center, D | 28.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$56.00** |
| Vendor Hosted Teleconferencing | 10/30/07 | Teleconferencing Services, LLC | 6.49 |
| Vendor Hosted Teleconferencing | 11/18/07 | Teleconferencing Services, LLC | 52.51 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$59.00** |
| Internal Catering-NY | 11/30/07 | Kitchen Dept. | -9,926.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$-9,926.00** |
| | | **TOTAL MATTER** | **$-9,688.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP))                                    Bill Date: 01/31/08
Customer Matters (GM)                                        Bill Number: 1208196

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/01/07 | 0.20 | CONTINUE TO REVIEW PROPOSED CHANGES TO GSA AND MRA (0.2). |
| BUTLER, JR. J | 12/02/07 | 0.50 | REVIEW OF DECEMBER 3RD POTENTIAL AMENDMENT FILING RE: GSA AND MRA (0.3); CONTINUE TO FOLLOW-UP ON OPEN ISSUES AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 12/03/07 | 0.90 | FINAL REVIEW OF DECEMBER 3RD POTENTIAL AMENDMENT FILING RE: GSA AND MRA (0.2); FOLLOW-UP ON TIMING OF WORKING CAPITAL BACKSTOP PAYMENT RE: STEERING DIVESTITURE AND RELATED MATTERS (0.2); TELECONFERENCES WITH J. TANENBAUM RE: ALL OF THE ABOVE (0.2, 0.3). |
|  |  | **1.60** |  |
| COCHRAN EL | 12/01/07 | 2.10 | WORK ON REVISED GSA/MRA (2.1). |
| COCHRAN EL | 12/03/07 | 2.40 | WORK ON REVISED GM DOCUMENTS (2.4). |
| COCHRAN EL | 12/10/07 | 0.70 | WORK ON EXECUTION OF GSA/MRA (0.7). |
|  |  | **5.20** |  |
| **Total Partner** |  | **6.80** |  |
| ARKUSS B | 12/05/07 | 1.50 | CONFORMING GSA AND MRA (1.5). |
| ARKUSS B | 12/07/07 | 0.90 | PREPARE MRA AND GSA FOR DELIVERY (0.9). |
|  |  | **2.40** |  |
| FERN BM | 12/04/07 | 1.70 | TELECONFERENCE WITH S. CORCORAN RE: AMENDMENT TO MRA (0.4); REVIEW AND EVALUATED POTENTIAL MODIFICATIONS TO MRA (1.3). |
| FERN BM | 12/05/07 | 13.20 | REVIEW AND COMMENT ON PROPOSED CHANGES TO MRA (1.1); PARTICIPATE IN CONFERENCE CALL WITH K. STIPP, S. CORCORAN, S. DANIELS, AND T. DONO RE: REVISED MRA (4.5); REVISE MRA (1.3); TELECONFERENCE WITH G. KAMINSKI, C. CHRISTMAN, K. STIPP, T. DONO, AND S. DANIELS RE: GM MRA (1.1); POST-CALL TELECONFERENCE WITH K. STIPP AND T. DONO (0.5); REVISE DRAFT MRA (1.2); ANALYZE ISSUES RE: MRA (2.4); ADDITIONAL REVISIONS TO MRA (1.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| FERN BM | 12/06/07 | 4.20 | TELECONFERENCE WITH G. KAMINSKI, C. CHRISTIAN, T. DONO, S. DANIELS, AND K. STIPP RE: MRA (1.2); REVIEW AND COMMENT ON REVISED MRA (0.8); TELECONFERENCE WITH GM RE: MRA (0.4); TELECONFERENCE WITH T. DONO, S. DANIELS, K. STIPP RE: MRA (0.9); TELECONFERENCE WITH G. KAMINSKI AND F. GORMAN RE: MRA (0.4); TELECONFERENCE WITH T. DONO AND S. DANIELS RE: FINANCIAL DRAFT OF MRA (0.5). |
| | | **19.10** | |
| GANITSKY DI | 12/05/07 | 2.50 | TURN GM DOCS BASED ON COMMENTS RECEIVED AND CIRCULATE SAME (0.6); TELECONFERENCES WITH F. FRANK AND LATHAM RE: STATUS (0.5); TURN DOCUMENT FOR SIGNING ON DECEMBER 6 (1.4). |
| GANITSKY DI | 12/07/07 | 4.20 | TURN REVISED SET OF GM DOCUMENTS AS WELL AS WAIVER LETTER AND PRODUCE NECESSARY BLACKLINES FOR IN COURT NEGOTIATIONS AS WELL AS PREPARE REVISED SET OF SIG PAGES (2.8); FURTHER REVISIONS TO DOCUMENTS BASED ON DISCUSSIONS IN COURT BETWEEN WEIL AND SASMF AS WELL AS POSSIBLE BLACKLINES (1.4). |
| GANITSKY DI | 12/09/07 | 1.30 | ASSISTANCE WITH FILING OF DOCUMENTATIONS INCLUDING RESOLVING ISSUES AND CORRESPONDENCE RE: APPROPRIATE DOCUMENTS AND BLACKLINES TO BE FILED (1.3). |
| GANITSKY DI | 12/10/07 | 4.80 | REVIEW IN DETAIL EXHIBITS TO BE FILED WITH MRA AND GSA (2.7); FINAL REVIEW OF ORDERS TO BE ENTERED AND ASSISTANCE IN PREPARATION OF DOCS FOR FILING (1.3); REVIEW AND COMMENT ON SELECTED PORTIONS OF MOTION (0.8). |
| GANITSKY DI | 12/11/07 | 0.70 | TELECONFERENCE WITH WORKING GROUP RE: WARRANTS AND S-1 AND RELATED FOLLOW UPS (0.7). |
| | | **13.50** | |
| HALPER A | 12/03/07 | 9.60 | COORDINATE DISTRIBUTION TO J. OPIE (0.2), REVIEW AND REVISE GM DOCUMENTS, INCLUDING ENGAGED IN PHONE CONVERSATIONS WITH WEIL, WHITE AND CASE, THEIR RESPECTIVE CLIENTS AND J. SHEEHAN, S. CORCORAN (9.4). |
| HALPER A | 12/05/07 | 4.10 | CREATE CONFORMED GSA AND MRA (4.1). |
| HALPER A | 12/07/07 | 4.10 | NEGOTIATE GM SETTLEMENT AGREEMENTS WITH V. VRON AND T. WAXMAN (0.6); COORDINATE REVISIONS TO GM AGREEMENTS (2.4); CREATE CONFORMED GSA/MRA (1.1). |
| | | **17.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HARDIN AS | 12/20/07 | 3.60 | WORKING GROUP EMAIL EXCHANGE RE: WITHDRAWAL OF LOSS CONTRACT REJECTION MOTION (0.5); DRAFT AND REVISE ORDER FOR WITHDRAWAL OF SAME (1.2); EMAIL EXCHANGE AND TELECONFERENCE WITH M. KESSLER RE: SAME (0.3); REVIEW PRECEDENTS FOR STIPULATED ORDERS CONCERNING SAME (0.4); DRAFT AND CIRCULATE STIPULATED ORDER RE: SAME (1.2). |
| HARDIN AS | 12/21/07 | 1.80 | DRAFT AND REVISE STIPULATION WITH GM RE: WITHDRAWAL OF LOSS CONTRACTS MOTION (1.5); TELECONFERENCES AND EMAIL EXCHANGE WITH M. KESSLER RE: SAME (0.3). |
| | | **5.40** | |
| SUBER KM | 12/09/07 | 4.30 | PREPARE CONFORMED GM SETTLEMENT DOCUMENTATION FOR DECEMBER 10 FILING (4.3). |
| SUBER KM | 12/10/07 | 4.30 | CONFER WITH DELPHI TEAM MEMBERS RE: GM SETTLEMENT DOCUMENTATION (0.2); CONFER WITH DELPHI TEAM MEMBERS RE: GM SETTLEMENT DOCUMENTATION (1.6); REVIEW GM SETTLEMENT DOCUMENTATION WITH DELPHI TEAM MEMBERS; MODIFY CONFORMED SETTLEMENT DOCUMENTATION (2.0); RESPOND TO QUESTIONS IN CONNECTION WITH THE GM SETTLEMENT DOCUMENTATION (0.5). |
| | | **8.60** | |
| **Total Associate** | | **66.80** | |
| **TOTAL TIME** | | **73.60** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP))**                                                        **Bill Date: 01/31/08**
**Customer Matters (GM)**                                                          **Bill Number: 1208196**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 12/03/07 | OSMIO | 96.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$96.00** |
| | | **TOTAL MATTER** | **$96.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP))                              Bill Date: 02/29/08
Customer Matters (GM)                                  Bill Number: 1208154
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| COCHRAN EL | 01/11/08 | 1.90 | REVIEW ISSUES RELATING TO GSA RELEASES (1.4); REVIEW ISSUES RELATING TO GM PLANNED INVESTOR PRESENTATION (0.5). |
| COCHRAN EL | 01/12/08 | 1.20 | REVIEW GM RELEASE ISSUES (1.2). |
| COCHRAN EL | 01/14/08 | 2.50 | REVIEW ISSUES RE: GM SETTLEMENT AND THIRD PARTY RELEASES (1.9); REVIEW FINANCING ISSUES (0.6). |
|  |  | **5.60** |  |
| **Total Partner** |  | **5.60** |  |
| GANITSKY DI | 01/13/08 | 1.20 | WORK OPN POSSIBLE AMENDMENT TO GSA AND REVIEW OF GSA (1.2). |
|  |  | **1.20** |  |
| HARDIN AS | 01/07/08 | 0.60 | ATTENTION TO WITHDRAWAL OF GM CONTRACT REJECTION MOTION (0.2); EMAIL EXCHANGE WITH S. SINGH RE: SAME (0.2); TELECONFERENCE WITH V. VRON RE: SAME (0.2). |
| HARDIN AS | 01/08/08 | 0.40 | EMAIL EXCHANGE WITH M. KESSLER AND V. VRON RE: WITHDRAWAL OF CONTRACT REJECTION MOTION (0.4). |
|  |  | **1.00** |  |
| **Total Associate** |  | **2.20** |  |
| **TOTAL TIME** |  | **7.80** |  |