SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                           :
    In re                                               :         Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,          :         Case No. 05-44481 (RDD)
                                                      :
             Reorganized Debtors.       :         (Jointly Administered)
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-4
EMPLOYEE MATTERS (LABOR UNIONS)
226.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP) | | | Bill Date: 11/30/07 |
| Employee Matters (Labor Unions) | | | Bill Number: 1186564 |

| NAME | DATE | HOURS | DESCRIPTION |
| --- | --- | --- | --- |
| BUTLER, JR. J | 10/04/07 | 0.30 | EMAILS FROM J. SHEEHAN AND TO/FROM B. CECOTTI, T. KENNEDY AND L. PETERSON RE UNION FINANCIAL ADVISOR MATTERS (0.3). |
| BUTLER, JR. J | 10/08/07 | 0.40 | TELECONFERENCE WITH B. CECOTTI (0.2) AND EMAILS TO/FROM T. KENNEDY (0.2) RE: UNION FINANCIAL ADVISOR MATTERS. |
| BUTLER, JR. J | 10/18/07 | 0.40 | CONTINUE TO WORK ON AND RESOLVE UAW AND IUE-CWA FINANCIAL ADVISOR MATTERS WITH B. CECOTTI AND T. KENNEDY (0.3); EMAILS TO/FROM J. SHEEHAN RE SAME (0.1). |
| | | **1.10** | |
| FURFARO JP | 10/02/07 | 3.10 | REVIEW OF DISCLOSURE STATEMENT/PLAN DOCUMENT RE: UAW ISSUES (1.2); REVIEW OF EMAILS WITH COUNSEL RE: SAME (0.9); REVISIONS TO FILINGS (0.8); REVIEW OF SOLICITATION NOTICE/REVISIONS (0.2). |
| FURFARO JP | 10/03/07 | 0.30 | REVIEW OF PLAN OBJECTION (0.1); REVIEW OF REVISED DISCLOSURE/PLAN (0.2). |
| FURFARO JP | 10/04/07 | 1.30 | REVIEW OF CBA/LABOR MATERIALS (1.3). |
| FURFARO JP | 10/08/07 | 1.00 | REVIEW OF DRAFT FILING (1.0). |
| FURFARO JP | 10/09/07 | 1.40 | REVIEW OF DRAFT DISCLOSURES/REVISIONS (1.2); UPDATE RE: SOLICITATION NOTICE/STIPULATION (0.2). |
| FURFARO JP | 10/11/07 | 3.70 | REVIEW OF DRAFT FILING/REVISIONS (1.1); REVIEW OF RELATED CBA MATERIALS (1.4); REVIEW OF CORRESPONDENCE/EMAILS RE: DOL MATTERS (1.2). |
| FURFARO JP | 10/12/07 | 0.90 | REVIEW OF LABOR ISSUES RE: SALE MOTION (0.9). |
| FURFARO JP | 10/13/07 | 0.50 | REVIEW OF EMAILS/ADVICE RE: LABOR ISSUES IN SALE MOTION (0.5). |
| FURFARO JP | 10/15/07 | 0.80 | REVIEW OF MOTION/ADVICE RE: SALE (0.8). |
| FURFARO JP | 10/17/07 | 0.60 | REVIEW OF PROPOSED REVISION TO SALE MOTION ORDER (0.6). |
| FURFARO JP | 10/23/07 | 4.30 | REVIEW OF DRAFT DOL STIPULATION/AGREEMENT (1.0); REVIEW OF DRAFT REPLY BRIEF (0.9); REVIEW OF DRAFT MOR (0.8); REVIEW OF DRAFT 10Q (0.9); REVIEW OF REVISED EPCA (0.7). |
| FURFARO JP | 10/24/07 | 3.10 | REVIEW OF RESEARCH/ISSUES RE: SETTLEMENT (1.5); REVIEW OF REVISED MOR (0.4); REVIEW OF REVISED 10Q (0.3); REVIEW OF EPCA REVISIONS (0.9). |
| FURFARO JP | 10/26/07 | 0.60 | REVIEW OF DRAFT MOR (0.6). |

| | | | |
|---|---|---|---|
| FURFARO JP | 10/29/07 | 2.10 | REVIEW OF DRAFT DISCLOSURES/REVISIONS (1.4); REVIEW OF PLAN AND DISCLOSURE FOR UNION REVIEW (0.7). |
| FURFARO JP | 10/31/07 | 1.30 | REVISIONS TO DRAFT DISCLOSURES (0.3); REVIEW OF CLAIMS/OBJECTIONS (1.0). |
| | | **25.00** | |
| ~~MEISLER RE~~ | ~~10/30/07~~ | ~~1.00~~ | ~~REVIEW AND CONSIDER OBJECTION TO CLAIMS ASSERTED BY HOURLY EMPLOYEES THAT WERE WAIVED OR MODIFIED PURSUANT TO UNION SETTLEMENT (1.0).~~ |
| | | ~~1.00~~ | |
| **Total Partner** | | **27.10** | |
| KOHUT RD | 10/01/07 | 2.60 | DRAFT REVISED UNION AND NON-REPRESENTED EMPLOYEE SOLICITATION NOTICES (1.8); PARTICIPATION ON DELPHI WEEKLY CALL (0.5); CORRESPONDENCE RE: UNION SERVICE ADDRESSES (0.3). |
| KOHUT RD | 10/02/07 | 7.00 | DRAFT REVISED UNION AND NON-REPRESENTED EMPLOYEE SOLICITATION NOTICES (1.6); REVIEW OF UAW COMMENTS TO PLAN AND DISCLOSURE STATEMENT (2.8); SUMMARIZATION OF SAME (1.2); DISCUSSION RE: SAME (0.8); CORRESPONDENCE WITH UAW ON SAME (0.6). |
| KOHUT RD | 10/03/07 | 2.40 | REVISIONS TO SOLICITATION NOTICES (1.9), REVIEW OF REVISIONS TO PLAN AND DISCLOSURE STATEMENT (0.4); CORRESPONDENCE RE: UNION SERVICE ISSUES (0.1). |
| KOHUT RD | 10/04/07 | 1.60 | REVISIONS TO SOLICITATION NOTICES (1.4); INTERNAL FORWARDING OF UNION-RELATED ORDERS (0.2). |
| KOHUT RD | 10/05/07 | 0.80 | CORRESPONDENCE ON UNION SERVICE OF PROCESS ISSUES (0.8). |
| KOHUT RD | 10/08/07 | 0.30 | REVIEW OF 10-Q (0.3). |
| KOHUT RD | 10/09/07 | 1.80 | REVIEW AND REVISIONS TO LABOR SECTIONS OF 10-Q (1.8). |
| KOHUT RD | 10/10/07 | 5.20 | REVIEW AND REVISIONS TO LABOR SECTIONS OF 10-Q (4.6); GATHER AND REVIEW OF LABOR AGREEMENTS (0.6). |
| KOHUT RD | 10/11/07 | 3.40 | UNION UPDATE CORRESPONDENCE (0.4); REVIEW AND REVISIONS TO LABOR SECTIONS OF 10-Q (1.6); DOL CONFERENCE CALL (1.1); CORRESPONDENCE WITH B. SAX RE: UNION COUNSEL CONTACT INFORMATION (0.3). |
| KOHUT RD | 10/12/07 | 3.30 | LEGAL RESEARCH ON COLLECTIVE BARGAINING ISSUES (3.3). |
| KOHUT RD | 10/13/07 | 1.80 | LEGAL RESEARCH ON COLLECTIVE BARGAINING ISSUES (1.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KOHUT RD | 10/15/07 | 0.40 | LEGAL RESEARCH ON COLLECTIVE BARGAINING ISSUES (0.4). |
| KOHUT RD | 10/17/07 | 0.40 | COLLECTIVE BARGAINING ISSUES ANALYSIS (0.4). |
| KOHUT RD | 10/22/07 | 2.30 | 10-Q REVIEW (2.3). |
| KOHUT RD | 10/23/07 | 2.80 | MOR REVIEW (1.6); EPCA REVIEW (1.2). |
| KOHUT RD | 10/24/07 | 2.20 | MOR REVIEW AND DRAFTING (1.3); 10-Q REVIEW (0.9). |
| KOHUT RD | 10/25/07 | 0.70 | MOR REVIEW (0.3); 10-Q REVIEW (0.4). |
| KOHUT RD | 10/26/07 | 0.30 | REVIEW OF MOR (0.3). |
| KOHUT RD | 10/29/07 | 2.10 | REVIEW OF MOR (0.6); REVIEW OF 10-Q (0.8); RESPONSE TO UAW INQUIRY RE: CHANGES TO PLAN AND DISCLOSURE STATEMENT (0.7). |
| KOHUT RD | 10/30/07 | 1.40 | REVIEW OF MOR (0.4); REVIEW OF 10-Q (0.6); CORRESPONDENCE WITH UAW INQUIRY RE: CHANGES TO PLAN AND DISCLOSURE STATEMENT (0.4). |
| KOHUT RD | 10/31/07 | 4.10 | REVIEW OF OMNIBUS OBJECTIONS TO UNION CLAIMS (3.3); REVIEW OF MOR (0.3); REVIEW OF 10-Q (0.5). |
| | | 46.90 | |
| **Total Associate** | | **46.90** | |
| ~~KLIMEK MV~~ | ~~10/15/07~~ | ~~1.60~~ | ~~COMPILE AND DISTRIBUTE TRANSCRIPTS PERTAINING TO 1113/1114 AND ATTRITION PROGRAM MOTIONS (1.6).~~ |
| ~~KLIMEK MV~~ | ~~10/16/07~~ | ~~0.60~~ | ~~CONTINUE TO COMPILE FOR ATTORNEY REVIEW 1113/1114 DEPOSITION TRANSCRIPTS (0.6).~~ |
| | | ~~2.20~~ | |
| ~~SHRAGO R~~ | ~~10/01/07~~ | ~~0.30~~ | ~~REVIEW UAW TRACKING CHART (0.3).~~ |
| ~~SHRAGO R~~ | ~~10/02/07~~ | ~~0.30~~ | ~~REVIEW RETURNED MAIL FILES (0.2); COMMUNICATE WITH KCC RE: RETURNED MAIL (0.1).~~ |
| ~~SHRAGO R~~ | ~~10/05/07~~ | ~~1.00~~ | ~~UPDATE UAW RETURNED MAIL TRACKING SHEET (0.8); COMMUNICATE WITH KCC RE: UAW RETURNED MAIL (0.2).~~ |
| ~~SHRAGO R~~ | ~~10/10/07~~ | ~~0.70~~ | ~~ASSEMBLE UAW SETTLEMENT AGREEMENT BINDER (0.7).~~ |
| ~~SHRAGO R~~ | ~~10/29/07~~ | ~~0.30~~ | ~~DISTRIBUTE PLEADINGS FROM THE DOCKET (0.3).~~ |
| | | ~~2.60~~ | |
| **Total Legal Assistant** | | **4.80** | |
| **TOTAL TIME** | | **78.80** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**     Bill Date: 11/30/07
**Employee Matters (Labor Unions)**     Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/26/07 | Copy Center, D | 3.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3.00** |
| Westlaw | 10/12/07 | Kohut RD | 106.14 |
| Westlaw | 10/15/07 | Kohut RD | 295.09 |
| Westlaw | 10/24/07 | Kohut RD | 251.94 |
| Westlaw | 10/25/07 | Kohut RD | 144.62 |
| Westlaw | 10/30/07 | Kohut RD | 131.21 |
| | | **TOTAL WESTLAW** | **$929.00** |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 26.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$26.00** |
| Print Images to Paper (from Electronic Media) | 10/18/07 | Dixon DC | 4.96 |
| Print Images to Paper (from Electronic Media) | 10/18/07 | Dixon DC | 24.80 |
| Print Images to Paper (from Electronic Media) | 10/18/07 | Dixon DC | 14.96 |
| Print Images to Paper (from Electronic Media) | 10/18/07 | Dixon DC | 96.54 |
| Print Images to Paper (from Electronic Media) | 10/18/07 | Dixon DC | 87.74 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$229.00** |
| CLR/Disclosure | 10/01/07 | Global Securities | 58.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$58.00** |
| | | **TOTAL MATTER** | **$1,245.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  Bill Date: 01/10/08
Employee Matters (Labor Unions)  Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FURFARO JP | 11/01/07 | 1.30 | REVIEW OF CLAIMS OBJECTIONS/CBA PROVISIONS (0.9); REVIEW OF REVISED DISCLOSURES (0.4). |
| FURFARO JP | 11/02/07 | 1.00 | REVIEW OF DRAFT DISCLOSURE (0.7); REVIEW OF ISSUES OUTLINE RE: ERISA/DOL (0.3). |
| FURFARO JP | 11/06/07 | 0.50 | REVIEW OF DRAFT NOTICES/REVISIONS (0.3); REVIEW OF DRAFT DISCLOSURE (0.2). |
| FURFARO JP | 11/07/07 | 0.40 | REVIEW OF DRAFT MANAGEMENT PRESENTATION/REVISIONS (0.4). |
| FURFARO JP | 11/12/07 | 0.90 | REVIEW OF DOCUMENTS RE: EPCA REVISIONS (0.9). |
| FURFARO JP | 11/13/07 | 1.20 | REVIEW OF UNION CLAIMS/RESPONSE (1.2). |
| FURFARO JP | 11/14/07 | 2.10 | REVIEW OF DRAFT MOTIONS RE: UAW/IUE CLAIMS (1.3); REVIEW OF CBA PROVISIONS (0.8). |
| FURFARO JP | 11/15/07 | 1.90 | REVIEW OF ISSUES RE: OPPOSITION TO EMPLOYEE CLAIMS (1.0); REVIEW OF UAW POSITION/DISCUSSION WITH B. SAX (0.7); FOLLOWUP TO ADVICE (0.2). |
| FURFARO JP | 11/16/07 | 0.30 | REVIEW OF ISSUE RE: EMPLOYEE CLAIMS/NOTICES (0.3). |
| FURFARO JP | 11/20/07 | 1.00 | REVIEW OF SOLICITATION NOTICE/REVISIONS (0.3); REVIEW OF CLAIMS ISSUE/NOTICE FOR BALLOTING (0.3); REVIEW OF DRAFT MOR/REVISIONS (0.4). |
| FURFARO JP | 11/21/07 | 1.10 | REVIEW OF DOL ISSUE RE: CLAIMS/POTENTIAL LITIGATION (0.3); REVIEW OF SETTLEMENT ANALYSIS/UPDATE (0.8). |
| FURFARO JP | 11/26/07 | 5.00 | REVIEW OF IUE OBJECTION (0.3); REVIEW OF DOL MATERIALS RE: CLAIM ANALYSIS (1.1); REVIEW OF BALLOT INSERT/REVISIONS (0.9); REVIEW OF SOLICITATION NOTICES AS FILED (0.8); REVISIONS TO DRAFT/COMPARISON WITH UAW PROPOSALS (1.2); TELECONFERENCE WITH UAW COUNSEL B. CECCOTTI (0.7). |
| FURFARO JP | 11/27/07 | 2.40 | REVIEW/REVISE NOTICES FOR DISCLOSURE/BALLOTING (1.8); REVIEW OF ADDITIONAL NOTICE FOR EMPLOYEES (0.2); CONFERENCE WITH B. SAX RE: SAME (0.1); REVIEW OF INSERT FOR BRIEF/REVISIONS (0.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FURFARO JP | 11/28/07 | 2.00 | REVIEW/REVISE DRAFT DOCUMENTS RE: DISCLOSURE STATEMENT/PLAN (2.0). |
| FURFARO JP | 11/30/07 | 1.10 | CASE ADMINISTRATION WITH PARTNERS (0.5); REVIEW/REVISE NOTICES (0.6). |
| | | **22.20** | |
| **Total Partner** | | **22.20** | |
| KOHUT RD | 11/05/07 | 0.60 | UAW CORRESPONDENCE AND REVIEW OF SOLICITATION NOTICE (0.6). |
| KOHUT RD | 11/06/07 | 2.00 | REVIEW OF AND COMMENT TO KEY MESSAGES BRIEF (2.0). |
| KOHUT RD | 11/09/07 | 1.20 | DOCUMENT REQUEST DOCUMENT COLLECTION (1.2). |
| KOHUT RD | 11/19/07 | 1.20 | REVIEW OF UAW SOLICITATION NOTICE COMMENTS (0.8); CORRESPONDENCE ON SAME (0.4). |
| KOHUT RD | 11/20/07 | 2.20 | INTERNAL CORRESPONDENCE RE: UAW INDIVIDUAL CLAIMANT NOTICE (1.6); EXTERNAL CORRESPONDENCE RE: UAW INDIVIDUAL CLAIMANT NOTICE (0.6). |
| KOHUT RD | 11/21/07 | 0.40 | UAW CLAIMS INTERNAL CORRESPONDENCE (0.4). |
| KOHUT RD | 11/26/07 | 10.90 | REVIEW OF UAW'S PROPOSED NOTICE TO INDIVIDUAL UAW CLAIMHOLDERS (1.2); INTERNAL CORRESPONDENCE ON SAME (0.7); REVISIONS TO SAME (0.6); REVIEW OF UAW'S SOLICITATION NOTICE TO ALL PRESENT AND FORMER UNION-REPRESENTED EMPLOYEES (1.4); INTERNAL CORRESPONDENCE ON SAME (0.6); EXTERNAL CORRESPONDENCE ON SAME (0.7); ARRANGING OF CONFERENCE CALL WITH UAW (0.3); PARTICIPATION ON CONFERENCE CALL WITH UAW (0.9); CORRESPONDENCE ON DOL ISSUES (0.4); REVISIONS TO SOLICITATION NOTICES FOR DELPHI'S UNION-REPRESENTED EMPLOYEES AND RETIREES AND CERTAIN NON-REPRESENTED EMPLOYEES (3.6); REVIEW OF IUE-CWA'S OBJECTION TO THE EPCA (0.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KOHUT RD | 11/27/07 | 11.10 | REVIEW OF UAW'S PROPOSED NOTICE AND REVISED PROPOSED NOTICE TO ALL PRESENT AND FORMER UNION-REPRESENTED EMPLOYEES (0.7); INTERNAL CORRESPONDENCE ON SAME (0.5); REVISIONS TO SAME (2.0); CORRESPONDENCE WITH UAW ON SAME (0.4); REVIEW OF UAW'S SOLICITATION NOTICE TO INDIVIDUAL UAW CLAIMHOLDERS (0.2); INTERNAL CORRESPONDENCE ON SAME (0.4); REVISIONS TO SAME (0.5); CORRESPONDENCE WITH B. SAX ON NOTICES (0.6); PARTICIPATION ON CONFERENCE CALL WITH UAW (0.5); INTERNAL CORRESPONDENCE ON RESULTS OF CONFERENCE CALL (0.3); REVIEW OF SOLICITATION PROCEDURES MOTION (0.2); REVIEW OF NOTICE TO CURRENT AND FORMER EMPLOYEES RE: MULTIPLE SOLICITATION DOCUMENTS (0.6); UNION CORRESPONDENCE RE: SAME (0.8); REVISIONS TO SAME (0.4) REVIEW OF OMNIBUS REPLY (0.3); DRAFT AND REVISIONS TO SAME ON SECTION DEALING WITH UNION NOTICES (1.7); REVISIONS TO SOLICITATION NOTICES FOR DELPHI'S UNION-REPRESENTED EMPLOYEES AND RETIREES AND CERTAIN NON-REPRESENTED EMPLOYEES (1.0). |
| KOHUT RD | 11/28/07 | 10.20 | DRAFT AND REVISIONS TO OMNIBUS REPLY SECTION DEALING WITH UNION NOTICES (2.3); INTERNAL CORRESPONDENCE AND CORRESPONDENCE WITH B. SAX ON SAME (0.5); REVIEW OF UAW'S PROPOSED REVISED SOLICITATION NOTICE TO ALL PRESENT AND FORMER UNION-REPRESENTED EMPLOYEES (0.6); INTERNAL CORRESPONDENCE ON SAME (0.2); REVISIONS TO SAME (0.7); CORRESPONDENCE WITH UAW ON SAME (0.3); REVIEW OF UAW'S SOLICITATION NOTICE TO INDIVIDUAL UAW CLAIMHOLDERS (0.3); REVIEW OF NOTICE TO CURRENT AND FORMER EMPLOYEES RE: MULTIPLE SOLICITATION DOCUMENTS (0.3); REVISIONS TO SAME (0.4); CORRESPONDENCE WITH UNIONS ON SAME (0.4); CORRESPONDENCE RE: INDIVIDUAL UNION MEMBERS CLAIMS (0.4); REVISIONS TO SOLICITATION NOTICES FOR DELPHI'S UNION-REPRESENTED EMPLOYEES AND RETIREES AND CERTAIN NON-REPRESENTED EMPLOYEES (2.6); CORRESPONDENCE WITH B. SAX, UNION AND GM COUNSEL ON SAME (1.2). |
| KOHUT RD | 11/29/07 | 2.40 | UNION NOTICE CORRESPONDENCE WITH UNIONS (0.4); INTERNAL CORRESPONDENCE ABOUT UNION CLAIMS (0.2); REVIEW OF UNION AND NON-REP SOLICITATION NOTICES (1.3); REVIEW OF PROPOSE ERISA REGULATION ON PTES (0.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| KOHUT RD | 11/30/07 | 2.80 | CORRESPONDENCE WITH UNIONS RE: SOLICITATION, MULTIPLE SOLICITATION DOCUMENT AND INDIVIDUALS CLAIMHOLDERS NOTICES (1.4); INTERNAL CORRESPONDENCE ON SAME (0.4); REVISIONS TO SOLICITATION AND MULTIPLE SOLICITATION DOCUMENT NOTICES (1.0). |
| --- | --- | --- | --- |
| | | 45.00 | |
| **Total Associate** | | **45.00** | |
| ~~WORSCHECK TM~~ | ~~11/29/07~~ | ~~0.90~~ | ~~ASSIST WITH PREPARATION OF DELPHI HOURLY RATE EMPLOYEES PENSION PLAN BINDER (0.9).~~ |
| ~~WORSCHECK TM~~ | ~~11/30/07~~ | ~~0.30~~ | ~~UPDATE PLEADINGS INDEX (0.3).~~ |
| | | ~~1.20~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~**1.20**~~ | |
| **TOTAL TIME** | | **68.40** | |

138

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

**Delphi Corporation (DIP))**                                           **Bill Date: 01/10/08**
**Employee Matters (Labor Unions)**                    **Bill Number: 1206100**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 11/09/07 | Copy Center, D | 69.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$69.00** |
| Reproduction - color | 11/16/07 | Copy Center, D | 209.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$209.00** |
| Vendor Hosted Teleconferencing | 10/25/07 | Teleconferencing Services, LLC | 24.49 |
| Vendor Hosted Teleconferencing | 11/15/07 | Teleconferencing Services, LLC | 6.81 |
| Vendor Hosted Teleconferencing | 11/27/07 | Teleconferencing Services, LLC | 7.70 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$39.00** |
| Messengers/ Courier | 11/21/07 | Vendor Refunds | -1,273.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$-1,273.00** |
| Internal Catering-NY | 11/30/07 | Kitchen Dept. | -7,138.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$-7,138.00** |
| CLR/Disclosure | 10/11/07 | Global Securities | 16.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$16.00** |
| | | **TOTAL MATTER** | **$-8,078.00** |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| Delphi Corporation (DIP)) | Bill Date: 01/31/08 |
|---|---|
| Employee Matters (Labor Unions) | Bill Number: 1208196 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FURFARO JP | 12/19/07 | 1.20 | REVIEW OF OPPOSITION TO MANAGEMENT COMPENSATION/CBA PROVISIONS RE: SAME (0.9); REVIEW OF REVISED (0.3). |
| FURFARO JP | 12/21/07 | 1.40 | REVIEW OF UNION FILINGS RE: PLAN OF REORGANIZATION (1.4). |
| FURFARO JP | 12/26/07 | 1.50 | REVIEW OF DRAFT CONFIRMATION ORDER AND RELATED UNION DOCUMENTS (1.5). |
| FURFARO JP | 12/28/07 | 2.60 | REVIEW OF DRAFT BANKRUPTCY ORDER/RELATED EMPLOYMENT PROVISIONS (0.8); REVIEW OF RESEARCH/EMAILS RE: BENEFITS PROVISIONS FOR ORDER (1.1); REVIEW OF DRAFT NON-DISCLOSURE AGREEMENT/REVISIONS (0.7). |
|  |  | 6.70 |  |
| **Total Partner** |  | 6.70 |  |
| MACDONALD N | 12/04/07 | 2.30 | PREPARE FOR HEARING IN CONNECTION WITH WTC SPECIAL ATTRITION PROGRAM APPEALS, AND ATTEND SAME (2.3). |
|  |  | 2.30 |  |
| **Total Counsel** |  | 2.30 |  |
| **TOTAL TIME** |  | **9.00** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP))  
Employee Matters (Labor Unions)

Bill Date: 01/31/08  
Bill Number: 1208196

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/14/07 | Copy Center, D | 9.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$9.00** |
| Vendor Hosted Teleconferencing | 12/04/07 | Teleconferencing Services, LLC | 3.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$3.00** |
| Messengers/ Courier | 12/11/07 | Dist Serv/Mail/Page, D | 13.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$13.00** |
| | | **TOTAL MATTER** | **$25.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                                    Bill Date: 02/29/08
Employee Matters (Labor Unions)                              Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
| --- | --- | --- | --- |
| FURFARO JP | 01/02/08 | 2.70 | REVIEW OF ORDER/REVISIONS (0.9); REVIEW OF MOTION RE: STAY OF LITIGATION/RESPONSE (1.1); REVIEW OF 1114 ISSUE (0.7). |
| FURFARO JP | 01/07/08 | 2.70 | CONFERENCE WITH B. SAX, F. KUPLICKI RE: BENEFITS ISSUES AND EMPLOYEE CLAIMS (0.6); REVIEW OF DRAFT DECLARATION/REVISIONS (1.1); PREPARE COURT PAPERS RE: OPPOSITION TO EMPLOYEES MOTION TO LIFT STAY (1.0). |
| FURFARO JP | 01/08/08 | 1.20 | REVIEW OF NEW EMPLOYEE CLAIMS (0.2); REVIEW OF REVISED DECLARATION (0.6); REVIEW OF CORRES. RE: EMPLOYEES' CLAIMS ON MOTION TO LIFT STAY (0.4). |
| FURFARO JP | 01/09/08 | 0.90 | REVIEW OF DRAFT RESPONSE RE: STAY MOTION (0.9). |
| FURFARO JP | 01/11/08 | 1.60 | REVIEW OF UAW AGREEMENT/ORDER RE: APPROVAL OF CLAIM (0.4); REVIEW OF ISSUES/RESPONSES TO PBGC (0.3); REVIEW OF DRAFT REPLY BRIEF RE: EMPLOYEE CLAIMS (0.9). |
| FURFARO JP | 01/14/08 | 1.70 | REVIEW OF DRAFT COURT PAPERS/RESEARCH (1.7). |
| FURFARO JP | 01/15/08 | 3.50 | REVIEW OF RESEARCH FOR RESPONDING BRIEF (1.7); REVIEW OF DRAFT MEMO/REVISIONS (1.8). |
| FURFARO JP | 01/17/08 | 0.90 | REVIEW OF DECLARATION/REVISIONS TO MEMO OF LAW (0.9). |
| FURFARO JP | 01/18/08 | 1.00 | REVIEW OF DECLARATION/MEMO OF LAW (1.0). |
| FURFARO JP | 01/22/08 | 1.20 | REVIEW OF UAW CLAIMS MATERIALS/MOU (1.2). |
| FURFARO JP | 01/23/08 | 2.10 | REVIEW OF ORDER/MOU RE: CLAIM ANALYSIS (1.2); REVIEW OF UAW ISSUES RE: PAYMENT/RESOLUTION OF CLAIMS (0.9). |
| FURFARO JP | 01/24/08 | 1.00 | REVIEW OF ISSUES RE: PAYMENT OF ALLOWED CLAIMS (1.0). |
| FURFARO JP | 01/25/08 | 2.10 | REVIEW OF CLAIMS CALCULATION (0.6); REVIEW OF STATUS OF FILINGS (0.8); REVIEW OF MATERIAL RE: VEBA (0.7). |
|  |  | **22.60** |  |
| MARAFIOTI KA | 01/03/08 | 0.50 | TELECONFERENCE RE: EMPLOYEES SEEKING STAY RELIEF (0.5). |
| MARAFIOTI KA | 01/21/08 | 0.10 | CORRESPONDENCE RE: LIFT STAY MOTION (0.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 01/23/08 | 0.80 | TELECONFERENCE FROM B. CECCOTTI RE: UAW ISSUES (0.5) AND FOLLOWUP (0.3). |
| MARAFIOTI KA | 01/24/08 | 1.10 | TELECONFERENCE FROM R. HOUK, STATE OF MICHIGAN, RE: WORKERS COMPENSATION ISSUES (0.2) AND CONSIDER ISSUES RE: SAME (0.7); CORRESPONDENCE WITH F. KUPLICKI (0.2). |
| MARAFIOTI KA | 01/25/08 | 0.10 | CORRESPONDENCE RE: STATE OF MICHIGAN DEPARTMENT OF LABOR (0.1). |
| | | 2.60 | |
| **Total Partner** | | **25.20** | |
| BODEN ADAMS J | 01/10/08 | 3.90 | WORK ON OBJECTION TO MOTION TO LIFT STAY; REVISE DRAFT BRIEF (3.9). |
| BODEN ADAMS J | 01/11/08 | 4.40 | WORK ON OPPOSITION BRIEF TO MOTION TO LIFT STAY; RESEARCH FOR BRIEF (4.4). |
| BODEN ADAMS J | 01/14/08 | 4.20 | REVIEW DRAFT BRIEF FOR COMMENTS; RESEARCH CASELAW FOR BRIEF (4.2). |
| BODEN ADAMS J | 01/15/08 | 3.40 | RESEARCH RE: OBJECTION TO MOTION TO VACATE STAY FOR ALABAMA LITIGATION; REVIEW DRAFT MOTION (3.4). |
| | | 15.90 | |
| ~~HARDIN AS~~ | ~~01/02/08~~ | ~~0.40~~ | ~~WORKING GROUP EMAIL EXCHANGE RE: LIFT STAY MOTION (0.4).~~ |
| ~~HARDIN AS~~ | ~~01/07/08~~ | ~~0.80~~ | ~~WORKING GROUP CONFERENCE CALL RE: LIFT STAY MOTION AND RELATED MATTERS (0.8).~~ |
| ~~HARDIN AS~~ | ~~01/21/08~~ | ~~0.20~~ | ~~TELECONFERENCE WITH A. THALER RE: LIFT STAY MOTION (0.2).~~ |
| | | ~~1.40~~ | |
| KOHUT RD | 01/03/08 | 0.70 | MOTION TO STAY CALL (0.7). |
| KOHUT RD | 01/07/08 | 1.60 | CONFERENCE CALL WITH B. SAX RE: RETIREE BENEFITS ISSUES AND DELPHI EMPLOYEE MOTION TO LIFT STAY (0.6); PREPARATION FOR CALL (0.3); REVIEW OF LABOR CLAIMS (0.7). |
| KOHUT RD | 01/09/08 | 4.20 | REVIEW OF COLLECTIVE BARGAINING AGREEMENT PROVISIONS (3.2); REVIEW OF AUTOMATIC STAY MATERIALS (1.0). |
| KOHUT RD | 01/10/08 | 4.30 | DRAFT OF AUTOMATIC STAY OBJECTION (4.3). |
| KOHUT RD | 01/11/08 | 3.60 | DRAFT OF AUTOMATIC STAY OBJECTION (3.6). |
| KOHUT RD | 01/14/08 | 4.90 | DRAFT OF AUTOMATIC STAY OBJECTION (3.1); LEGAL RESEARCH ON SAME (1.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KOHUT RD | 01/15/08 | 5.90 | DRAFT OF AUTOMATIC STAY OBJECTION (3.4); LEGAL RESEARCH ON SAME (1.9); DISCUSSION ON PLAN ISSUES WITH B. SAX (0.6). |
| KOHUT RD | 01/16/08 | 1.80 | CORRESPONDENCE ON LEGAL STRATEGY ON STAY OBJECTION (0.7); DISCUSSION WITH OPPOSING COUNSEL ON STAY OBJECTION (0.5) AND SUMMARY/TRANSMITTAL OF DISCUSSION (0.6). |
| KOHUT RD | 01/17/08 | 4.10 | DRAFT OF STAY OBJECTION TRANSMITTAL DECLARATION (1.2); TELECONFERENCE WITH L. HASSEL RE: STAY OBJECTION (0.1); REVIEW AND REVISIONS TO STAY OBJECTION (2.8). |
| KOHUT RD | 01/18/08 | 1.90 | STAY OBJECTION CORRESPONDENCE (0.6); HEARING FOLLOW-UP (1.0); MOTION CORRESPONDENCE WITH B. SAX AND J. PETERSON (0.3). |
| KOHUT RD | 01/24/08 | 3.20 | REVIEW OF UNION SETTLEMENT AGREEMENTS AND ORDER FOR POST-CONFIRMATION, PRE-EMERGENCE ISSUES (3.2). |
| | | 36.20 | |
| **Total Associate** | | 53.50 | |
| **TOTAL TIME** | | <u>78.70</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**  Bill Date: 02/29/08
**Employee Matters (Labor Unions)**  Bill Number: 1208154

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| In-house Reproduction | 01/11/08 | Copy Center, D | 0.50 |
| In-house Reproduction | 01/15/08 | Copy Center, D | 0.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Lexis/Nexis | 01/23/08 | Curran C | 276.00 |
| | | **TOTAL LEXIS/NEXIS** | **$276.00** |
| Westlaw | 01/10/08 | Driscoll BC | 166.83 |
| Westlaw | 01/11/08 | Boden Adams J | 1,169.34 |
| Westlaw | 01/11/08 | Driscoll BC | 240.95 |
| Westlaw | 01/14/08 | Kohut RD | 240.18 |
| Westlaw | 01/15/08 | Boden Adams J | 210.21 |
| Westlaw | 01/23/08 | Curran C | 107.49 |
| | | **TOTAL WESTLAW** | **$2,135.00** |
| Vendor Hosted Teleconferencing | 01/07/08 | Teleconferencing Services, LLC | 9.72 |
| Vendor Hosted Teleconferencing | 01/24/08 | Teleconferencing Services, LLC | 3.28 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$13.00** |
| Print Images to Paper (from Electronic Media) | 01/13/08 | Copy Center, D | 9.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$9.00** |
| | | **TOTAL MATTER** | **$2,434.00** |

B43E