SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

|                                   |   |                         |
|-----------------------------------|---|-------------------------|
| In re                             | : | Chapter 11              |
|                                   | : |                         |
| DPH HOLDINGS CORP., et al.,       | : | Case No. 05-44481 (RDD) |
|                                   | : |                         |
|     Reorganized Debtors. | : | (Jointly Administered)  |
|                                   | : |                         |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-6
ASSET DISPOSITIONS (GENERAL)
2,156.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                    Bill Date: 11/30/07
Asset Dispositions (General)                               Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 10/01/07 | 0.30 | CONTINUE TO PREPARE FOR OCTOBER 3RD HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION INCLUDING CONFERENCE WITH S. CORCORAN AT COMPANY IN TROY RE: GM SUPPLY AGREEMENT ISSUE WITH PROSPECTIVE PURCHASER AND FURTHER ADJOURNMENT OF HEARING (0.3). |
| BUTLER, JR. J | 10/02/07 | 0.20 | CONTINUE TO PREPARE FOR OCTOBER 3RD ADJOURNED HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION INCLUDING REVIEW WITH COMPANY RE: STATUS AND NEXT STEPS (0.2). |
| BUTLER, JR. J | 10/03/07 | 0.20 | PREPARE FOR (0.1) AND ATTEND (0.1) ADJOURNED HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION. |
| BUTLER, JR. J | 10/06/07 | 0.40 | EMAILS FROM/TO D. SHERBIN AND S. CORCORAN RE STEERING DIVESTITURE MATTERS AND FOLLOW-UP ON SAME (0.4). |
| BUTLER, JR. J | 10/07/07 | 0.60 | PREPARE FOR (0.2) AND PARTICIPATE IN (0.4) TELECONFERENCE WITH S. CORCORAN AND WORKING GROUP RE: POSSIBLE INTERCOMPANY TRANSACTIONS RELATING TO STEERING DIVESTITURE. |
| BUTLER, JR. J | 10/08/07 | 0.40 | CONTINUE TO EVALUATE POSSIBLE INTERCOMPANY TRANSACTIONS RELATING TO STEERING DIVESTITURE INCLUDING CONFERENCES WITH S. CORCORAN AND WORKING GROUP AT COMPANY IN TROY RE: SAME (0.4). |
| BUTLER, JR. J | 10/12/07 | 0.30 | EMAILS TO/FROM S. CORCORAN RE DIVESTITURE RELATED MOTIONS AND TIMELINE CONSIDERATIONS (0.3). |
| BUTLER, JR. J | 10/14/07 | 1.10 | EMAILS TO/FROM S. CORCORAN AND B. ROSENBERG RE EXPEDITED TREATMENT REQUESTS FOR DIVESTITURE RELATED MOTIONS (0.4); CONTINUE TO REVIEW AND EVALUATE STEERING BUSINESS INTERCOMPANY TRANSACTION MOTIONS (0.5); EMAILS FROM S. CORCORAN AND J. WHITSON RE SAME (0.2). |
| BUTLER, JR. J | 10/15/07 | 1.90 | REVISE AND COMMENT ON CLOSURES AND INTERIORS SALES MOTION (0.4); REVIEW AND EVALUATE STEERING BUSINESS INTERCOMPANY TRANSACTION MOTIONS (0.6); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.9). |

B43E

| | | | |
|---|---|---|---|
| BUTLER, JR. J | 10/22/07 | 0.40 | CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION INCLUDING CONFERENCE WITH S. CORCORAN AT COMPANY IN TROY RE: GM SUPPLY AGREEMENT ISSUE WITH PROSPECTIVE PURCHASER (0.2); EMAILS FROM/TO M. BROUDE AND S. CORCORAN RE: EXPEDITED MOTIONS (0.2). |
| BUTLER, JR. J | 10/23/07 | 0.20 | CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: INTERIORS AND CLOSURES SALE (BIDDING PROCEDURES) AND STEERING ENTITIES MOTIONS INCLUDING REVIEW OF SALE AGREEMENT AND RELATED MATTERS (0.2). |
| BUTLER, JR. J | 10/24/07 | 0.40 | CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: INTERIORS AND CLOSURES SALE (BIDDING PROCEDURES) AND STEERING ENTITIES MOTIONS INCLUDING REVIEW OF SALE AGREEMENT AND RELATED MATTERS (0.4). |
| BUTLER, JR. J | 10/25/07 | 0.70 | PREPARE FOR (0.2) AND ATTEND (0.3) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: INTERIORS AND CLOSURES SALE (BIDDING PROCEDURES) AND STEERING ENTITIES MOTIONS; FOLLOW-UP ON SAGINAW CHASSIS ASSET SALE ISSUE (0.2). |
| BUTLER, JR. J | 10/26/07 | 0.20 | CONSIDER STEERING BREAK-UP FEE PROPOSAL (0.2). |
| | | **7.30** | |
| LYONS JK | 10/05/07 | 1.20 | REVIEW OF RELEVANT PORTIONS OF STEERING MSPAS AND STRATEGIES RE: STRUCTURE (1.2). |
| LYONS JK | 10/08/07 | 1.30 | CONFERENCE WITH T. DONO RE: STEERING AND CONFERENCE WITH M. THOMAS RE: STEERING BID (1.3). |
| LYONS JK | 10/12/07 | 1.10 | REVIEW OF STEERING MSPA AND OTHER ISSUES (1.1). |
| LYONS JK | 10/15/07 | 3.50 | TELECONFERENCE RE: STEERING AND WITH POTENTIAL BIDDER RE: BIDDING PROCEDURES AND EXCLUSIVITY AND REVIEW OF STEERING TRANSFER MOTIONS (3.5). |
| LYONS JK | 10/16/07 | 1.10 | REVIEW OF POST-EFFECTIVE DATE SALE MEMOS AND PRECEDENT (1.1). |
| | | **8.20** | |

B43E

| MARAFIOTI KA | 10/15/07 | 5.30 | REVIEW AND REVISE INTERIORS AND CLOSURES MOTION (2.1), BIDDING PROCEDURES (0.7), NOTICE OF MOTION (0.1), NOTICE OF SALE (0.1), NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS (0.1), BIDDING PROCEDURES ORDER (0.5), AND SALE ORDER (1.4); CORRESPONDENCE RE: THE FOREGOING (0.3). |
|---|---|---|---|
| MARAFIOTI KA | 10/17/07 | 0.50 | CONFER WITH B. SHAW RE: STEERING SALE (0.5). |
| | | **5.80** | |
| MEISLER RE | 10/01/07 | 0.30 | REVIEW STATUS OF DIVESTITURES (0.2); REVIEW AMENDMENT TO TRW MSPA (0.1). |
| MEISLER RE | 10/04/07 | 0.70 | REVIEW STATUS OF DIVESTITURES RE: POWER PRODUCTS (0.3); REVIEW STATUS OF TRW (0.2); REVIEW STATUS OF CLOSURES (0.2). |
| MEISLER RE | 10/05/07 | 3.70 | TELECONFERENCE WITH S. CORCORAN AND S. GALE RE: POTENTIAL STEERING STRUCTURING TRANSACTION (0.9); REVIEW AND CONSIDER STRUCTURING RE: SAME (1.5); DRAFT MEMO RE: SAME (1.3). |
| MEISLER RE | 10/07/07 | 0.20 | CONTINUE TO REVIEW STRATEGIES RE: STEERING TRANSACTION (0.2). |
| MEISLER RE | 10/08/07 | 3.00 | CONTINUE TO REVIEW AND CONSIDER STEERING NEWCO TRANSACTION (2.5); REVIEW AND CONSIDER UAW WAIVER LETTER RE: CLOSURES TRANSACTION (0.5). |
| MEISLER RE | 10/09/07 | 3.20 | CONTINUE TO WORK THROUGH ISSUES RE: STEERING STRUCTURE TRANSACTION (2.7); TELECONFERENCE WITH K. CRAFT RE: SAME (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: CLOSURES DIVESTITURE (0.3). |
| MEISLER RE | 10/10/07 | 1.90 | PREPARE FOR PROJECT RHODES CALL; (0.5); TELECONFERENCE WITH S. CORCORAN, S. GALE RE: PLANNING FOR EXPEDITED MOTION (0.9); FOLLOW UP (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: CLOSURES DIVESTITURE (0.2). |
| MEISLER RE | 10/11/07 | 1.80 | REVIEW AND CONSIDER CLOSURES LEASE ISSUE (0.2); REVIEW AND REVISE STEERING TRANSFER MOTION (1.6). |
| MEISLER RE | 10/12/07 | 6.50 | CONTINUE TO REVIEW AND COMMENT ON STEERING TRANSFER MOTION (2.0); CONTINUE TO REVIEW ISSUES WITH THE TRANSACTION (3.8); TELECONFERENCE WITH S. CORCORAN (0.7) RE: STEERING INTERCOMPANY TRANSACTION. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 10/13/07 | 2.90 | CONTINUE TO REVIEW AND CONSIDER INTERCOMPANY TRANSACTION RE: STEERING (1.2); REVIEW DRAFT MOTION RE: SAME (0.7); DRAFT RIDER RE: CLAIMS AGAINST DSHC (0.3); CONTINUE TO CONSIDER FURTHER ISSUES TO BE ADDRESSED RE: SAME (0.5); DRAFT CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 10/14/07 | 7.00 | TELECONFERENCE WITH S. GALE, AND S. CORCORAN RE: SAME (0.4); CONTINUE TO REVIEW AND REVISE MOTION (2.1) AND ORDER (0.4) RE: SAME; REVIEW AND CONSIDER APPLICABLE IRC AND ERISA PROVISIONS RE: SAME (2.6); REVIEW AND CONSIDER POTENTIAL MECHANISMS REQUIRED TO CONSUMMATE SAME (1.5). |
| MEISLER RE | 10/15/07 | 12.20 | CONTINUE TO REVIEW AND CONSIDER MECHANISMS TO EFFECTUATE STEERING INTERCOMPANY TRANSACTION (6.5); DRAFT CORRESPONDENCE RE: SAME (0.3); TELECONFERENCE WITH L. HASSEL RE: SAME (0.3); CONTINUE TO REVIEW AND REVISE MOTION (1.4); TELECONFERENCES WITH S. CORCORAN RE: SAME (0.6, 0.2); TELECONFERENCE WITH S. CORCORAN AND J. WHITSON RE: SAME (0.2); CONTINUE TO REVIEW AND REVISE MOTION TO FORM ENTITIES TO HOLD MEXICO LICENSE (2.4); REVIEW AND RESPOND TO CORRESPONDENCE RE: CLOSURES BID PROCEDURES (0.3). |
| MEISLER RE | 10/18/07 | 0.30 | TELECONFERENCE WITH D. BAUMSTEIN RE: FORMATION OF ENTITIES RE: MEXICAN ENTITY (0.3). |
| MEISLER RE | 10/21/07 | 0.40 | TELECONFERENCE WITH B. PICKERING RE: ENTITY FORMATION MOTION (0.2); DRAFT CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 10/22/07 | 0.70 | REVIEW DECLARATION IN SUPPORT OF ENTITY FORMATION (0.2); REVIEW AND CONSIDER STRATEGIES RE: CLOSURES BID PROCEDURES (0.3); REVIEW STATUS OF TRW BID PROCEDURES (0.2). |
| MEISLER RE | 10/25/07 | 0.30 | REVIEW AND CONSIDER CORRESPONDENCE RE: RENCO COMMENTS TO CLOSURES BID PROCEDURES ORDER (0.3). |
| MEISLER RE | 10/26/07 | 0.20 | DRAFT CORRESPONDENCE RE: TRW SALE (0.2). |
| MEISLER RE | 10/31/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CLOSURES BID PROCEDURES (0.2). |
| | | 45.50 | |
| **Total Partner** | | **66.80** | |
| BOLTON IS | 10/04/07 | 2.20 | RESEARCH AND ANALYSIS RE: VARIOUS ASSET SALE AGREEMENTS (2.2). |
| BOLTON IS | 10/08/07 | 1.10 | RESEARCH AND ANALYSIS RE: VARIOUS ASSET SALE AGREEMENTS (1.1). |

B43E

| | | | |
|---|---|---|---|
| BOLTON IS | 10/14/07 | 1.40 | BEGIN RESEARCH AND ANALYSIS OF PARENT/SUBSIDIARY LOAN ISSUES RE: STEERING TRANSACTION (1.4). |
| BOLTON IS | 10/15/07 | 3.70 | CONTINUE RESEARCH AND ANALYSIS OF PARENT/SUBSIDIARY ISSUES RE: STEERING TRANSACTION (3.7). |
| BOLTON IS | 10/24/07 | 1.40 | ANALYSIS AND DRAFT CHART RE: COMERICA VALUATION PROCEDURE (1.4). |
| | | **9.80** | |
| FERN BM | 10/01/07 | 1.90 | EMAILS TO/FROM G. PRUCEY AND D. UNRUE RE: BRAKE HOSE CLOSING (0.3); EMAILS TO/FROM D. UNRUE AND J. CARNEY RE: SALTILLO CURE ISSUES (0.2); ATTENTION TO DOCUMENTS RE: STATUS OF TRW SALE (0.4); EMAILS TO/FROM M. FUKUDA RE: CLOSURES TIMING (0.2); EMAILS TO/FROM K. CRAFT RE: TRW TIMING (0.2); FORMULATE STRATEGY RE: TIMING OF TRW BIDDING PROCEDURES (0.4); EMAILS TO/FROM R. BERRY RE: SALTILLO CLOSING (0.2). |
| FERN BM | 10/02/07 | 1.40 | REVIEW AND REVISE SCRIPT FOR TRW HEARING (0.5); EMAILS TO/FROM D. UNRUE AND M. FUKUDA RE: CATALYST CURE PAYMENTS (0.3); EMAILS TO/FROM M. FUKUDA AND N. SAHAI RE: DOWNER DECLARATION (0.3); ATTENTION TO ISSUES RE: HILCO RELEASE LETTER (0.3). |
| FERN BM | 10/03/07 | 2.80 | REVIEW ISSUES RE: TIMING OF ASEC CURE PAYMENTS (0.4); EMAIL TO N. SAHAI RE: DOWNER (0.2); EMAIL TO/FROM M. GUNKELMAN RE: HILCO (0.2); REVIEW AND REVISE CLOSURES SALE APPROVAL ORDER (1.4); EMAIL FROM M. FUKUDA RE: GLOVIA (0.2); REVIEW DOCUMENTS AND DATA RE: SAME (0.4). |
| FERN BM | 10/04/07 | 3.20 | REVIEW AND REVISE PROJECT APPOLLO BID LETTER (0.6); ADDITIONAL REVISIONS TO PROJECT APPOLLO BID LETTER (0.4); EMAIL TO N. SAHAI AND M. FUKUDA RE: SAME (0.2); EMAILS TO/FROM N. SAHAI RE: COMPETITIVE BIDDING PROCESS (0.4); FORMULATE STRATEGY RE: EXCLUSIVITY PROVISIONS (0.4); REVIEW DOCUMENTS AND DATA RE: GLOVIA AND MDIS (1.2). |
| FERN BM | 10/05/07 | 4.20 | REVIEW PRECEDENT RE: EXCLUSIVITY PROVISIONS (0.3); EMAIL TO/FROM T. DONO RE: RHODES BIDS (0.2); ATTENTION TO DOCUMENTS RE: SAME (0.5); BEGIN TO REVIEW AND CHART KEY PROVISIONS IN PROJECT RHODES BIDS (3.2). |
| FERN BM | 10/06/07 | 1.80 | CONTINUE TO REVIEW AND CHART KEY PROVISIONS IN PROJECT RHODES BIDS (1.8). |

**B43E**

| | | | |
|---|---|---|---|
| FERN BM | 10/07/07 | 2.30 | COMPLETE REVIEW AND COMPARISON OF PROJECT RHODES BIDS (1.9); FORMULATE STRATEGY RE: STEERING INTERCOMPANY TRANSFER MOTION (0.4). |
| FERN BM | 10/08/07 | 7.70 | CONSIDER ISSUES RE: PROJECT RHODES BIDS (0.4); EMAIL TO T. DONO RE: PROJECT RHODES COMPARISON CHART (0.2); FORMULATE STRATEGY RE: RHODES EXCLUSIVITY PROVISIONS (0.5); EMAIL FROM R. BERRY RE: SALTILLO CLOSING (0.2); REVIEW ISSUES RE: TIMING OF CLOSURES AGREEMENT (0.3); REVIEW AND ANALYZE MATERIALS RE: INTERCOMPANY STEERING TRANSACTION (0.8); REVIEW RESEARCH RE: EXCLUSIVITY PROVISIONS (0.6); EMAIL FROM M. FUKUDA RE: CLOSURES LABOR ISSUES (0.3); EVALUATE ISSUES RE: SAME (0.4); FORMULATE STRATEGY RE: INTERCOMPANY TRANSACTION (0.6); REVIEW MATERIALS RE: EXCLUSIVITY PROVISIONS IN ASSET SALES (2.2); EVALUATE ISSUES RE: CLOSURES CLOSING CONDITIONS (0.5); ANALYZE ISSUES RE: STEERING INTERCOMPANY TRANSACTION (0.4); FORMULATE STRATEGY RE: CLOSURES CONDITIONS TO CLOSING (0.3). |
| FERN BM | 10/09/07 | 7.70 | EVALUATE ISSUES RE: EXCLUSIVITY PROVISION IN PROJECT RHODES LETTER OF INTENT (0.3); FORMULATE STRATEGY RE: STEERING INTERCOMPANY TRANSFER MOTION (1.6); EMAIL TO A. VANDENBERGH AND M. FUKUDA RE: CLOSURES CLOSING CONDITION (0.4); FORMULATE STRATEGY RE: TIMELINES FOR TRW AND CLOSURES (1.2); REVIEW DOCUMENTS RE: SAME (0.3); EMAIL TO K. CRAFT RE: TRW BIDDING PROCEDURES (0.2); REVIEW AND REVISE CLOSURES ORDERS (1.6); EMAILS TO/FROM S. CORCORAN RE: TIMING OF CLOSURES SALE (0.3); REVIEW AND ANALYZE MATERIALS RE: DELPHI SERVICES HOLDING CORPORATION (0.5); FORMULATE STRATEGY AND EVALUATED ISSUES RE: INTERCOMPANY TRANSFER MOTION (0.9); EMAIL TO M. FUKUDA RE: CLOSURES OPEN ISSUES (0.2); ANALYZE ISSUES RE: SAME (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 10/10/07 | 13.00 | TELECONFERENCE WITH S. NIEMAN RE: CLOSURES SERVICE LIST (0.2); REVIEW AND COMMENT ON STEERING TRANSFER ORDER (0.5); EMAIL FROM M. FUKUDA RE: PURCHASE PRICE ALLOCATION (0.2); REVIEW AND COMMENT ON STEERING INTERCOMPANY TRANSFER MOTION (1.1); TELECONFERENCE WITH S. CORCORAN AND S. GALE RE: STEERING INTERCOMPANY TRANSFER ISSUES (0.8); FORMULATE STRATEGY RE: SAME (0.3); EMAIL TO M. FUKUDA RE: CLOSURES PURCHASE PRICE ALLOCATION (0.3); EMAILS AND TELECONFERENCE WITH D. BERBERICH RE: SAME (0.5); CONSIDER ISSUES RE: STATUS OF CLOSURES PLEADINGS (0.7); ANALYZE ISSUES RE: STEERING INTERCOMPANY TRANSFER (0.6); REVIEW AND REVISE VARIOUS CLOSURES PLEADINGS (1.8); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES OPEN ISSUES (0.3); REVIEW AND COMMENT ON LATEST DRAFT OF CLOSURES MSPA (2.5); REVIEW AND COMMENT ON CLOSURES DRAFT MOTION (2.3); REVIEW ISSUES AND DOCUMENTS RE: STEERING INTERCOMPANY TRANSFER AGREEMENT (0.9). |
|---|---|---|---|
| FERN BM | 10/11/07 | 9.50 | COMPLETE REVIEW OF DRAFT CLOSURES MOTION (0.6); CONSIDER ISSUES RE: STEERING INTERCOMPANY TRANSFER (0.7); REVIEW AND REVISE PRESENTATION SLIDES RE: STEERING INTERCOMPANY TRANSFER (0.2); CONSIDER ISSUES RE: CROOKS LEASE AND CLOSURES MOTION (0.4); REVIEW AND COMMENT ON DRAFT MOTION AND ORDER RE: STEERING INTERCOMPANY TRANSFER (1.3); FORMULATE STRATEGY RE: STEERING INTERCOMPANY TRANSFER AGREEMENT (1.5); ATTENTION TO ISSUES RE: CLOSURES TIMELINE (0.3); DRAFT RIDER TO CLOSURES MOTION RE: CROOKS LEASE (0.7); TELECONFERENCE WITH C. COMORFORD RE: SAME (0.2); REVISE CLOSURES RIDER (0.3); REVIEW AND COMMENT ON PROPOSED CHANGES TO INTERCOMPANY TRANSFER MOTION (1.6); REVIEW AND COMMENT ON CLOSURES NOTICES (0.5); REVIEW AND COMMENT ON BEARING TERM SHEET (1.2). |

B43E

| FERN BM | 10/12/07 | 8.50 | REVIEW ISSUES RE: STEERING INTERCOMPANY TRANSFER MOTION (0.5); COMPLETE REVIEW OF BEARINGS TERM SHEET (1.1); REVIEW MATERIALS RE: DSHC ASSETS AND LIABILITIES (0.4); REVISE STEERING INTERCOMPANY TRANSFER MOTION (0.8); EMAIL TO S. CORCORAN AND S. GALE RE: SAME (0.2); CONSIDER BANKRUPTCY AND TAX ISSUES RE: STEERING INTERCOMPANY TRANSFER (0.6); EMAILS AND TELECONFERENCES WITH S. GALE RE: STRUCTURE OF SAME (0.4); REVIEW AND COMMENT ON RHODES MSPA (0.5); EMAIL TO/FROM T. DONO RE: SAME (0.2); REVIEW AND COMMENT ON DIVESTITURE DISCUSSION IN 10-Q (0.4); ADDITIONAL REVIEW OF STEERING INTERCOMPANY TRANSFER PLEADINGS (2.0); TELECONFERENCE WITH T. DONO RE: STATUS OF PROJECT RHODES (0.3); TELECONFERENCE WITH M. FUKUDA AND A. VANDENBERGH RE: CLOSURES UPDATE (0.2): REVIEW CLOSURES CONTRACT SERVICE LIST (0.4); EVALUATE ISSUES RE: INTERCOMPANY TRANSFER MOTION (0.5). |
| FERN BM | 10/13/07 | 1.70 | REVIEW AND REVISE INTERCOMPANY ASSET TRANSFER MOTION (0.8); REVIEW SERVICES ISSUES RE: CLOSURES MOTION (0.6); REVIEW DATA RE: DSHC CREDITORS (0.3). |
| FERN BM | 10/14/07 | 7.30 | EMAILS TO/FROM J. WHITSON RE: INTERCOMPANY TRANSFER MOTION (0.3); EMAILS TO/FROM M. FUKUDA RE: CLOSURES OPEN ISSUES (0.6); REVIEW AND COMMENT ON STEERING INTERCOMPANY TRANSFER NOTICE (1.6); FORMULATE STRATEGY RE: CREATION OF INTERCOMPANY LIEN (0.8); CONSIDER ISSUES RE: TREATMENT OF CREDITORS IN INTERCOMPANY TRANSFER MOTION (1.5); FORMULATE STRATEGY RE: RESEARCH OF OPEN ISSUES FOR STEERING INTERCOMPANY TRANSFER (0.9); REVIEW REVISED PLEADINGS FOR STEERING INTERCOMPANY TRANSFER MOTION (1.2); EMAILS TO/FROM E. GERSHBEIN RE: SERVICE OF CLOSURES MOTION (0.4). |
| FERN BM | 10/15/07 | 12.10 | EMAILS TO/FROM M. FUKUDA AND E. GERSHBEIN RE: SERVICE OF CLOSURES MOTION (0.5); EVALUATE ISSUES RE: STEERING INTERCOMPANY TRANSFER MOTION (0.4); EMAILS TO/FROM B. SEIDEL RE: CLOSURES PLEADINGS (0.3); REVIEW AND COMMENT ON CLOSURES SALE MOTION (3.1); FORMULATE STRATEGY RE: MECHANICS OF LIEN AND INDEMNIFICATION PROVISIONS IN INTERCOMPANY TRANSFER AGREEMENT (1.4); REVIEW AND ANALYZE VARIOUS CHANGES TO CLOSURES MSPA (1.8); UPDATE PLEADINGS RE: SAME (1.1); REVIEW AND REVISE CLOSURES MOTION AND ORDERS (2.8); ORGANIZE AND PREPARE DOCUMENTS IN PREPARATION FOR FILING AND SERVING CLOSURES MOTION (0.7). |

B43E

| | | | |
|---|---|---|---|
| FERN BM | 10/16/07 | 5.70 | EMAIL FROM S. NIEMAN RE: CLOSURES CONTRACT LIST (0.2); REVIEW ISSUES RE: CLOSURES PRESS RELEASE (0.3); EMAILS TO/FROM B. SAX AND K. CRAFT RE: TRW (0.3); EMAILS TO/FROM R. GISE RE: TRW BIDDING PROCEDURES (0.3); ORGANIZE AND PRIORITIZE EMAILS AND DOCUMENTS RE: CLOSURES SALE AND MOTION (1.9); REVIEW AND ORGANIZE EXHIBITS TO CLOSURES MSPA (2.4); TELECONFERENCE WITH K. CRAFT RE: TRW OPEN ISSUES (0.3). |
| FERN BM | 10/17/07 | 3.60 | EMAILS TO/FROM A. VANDENBERGH RE: ECONOMIC ANALYSIS OF CLOSURES DEAL (0.2); REVIEW ISSUES RE: TRW BIDDING PROCEDURES (0.4); EMAILS TO/FROM R. GISE RE: SAME (0.2); REVISE TRW ORDERS AND BIDDING PROCEDURES (0.9); TELECONFERENCE WITH R. GISE RE: CLOSURES BIDDING PROCEDURES AND EVALUATED ISSUES RE: SAME (0.3); EMAILS FROM R. GISE RE: PROPOSED CHANGES TO CLOSURES BIDDING PROCEDURES (0.2); DISCUSS UAW'S PROPOSED CHANGES WITH M. FUKUDA AND B. SAX (0.5); ANALYZE CREDITORS' COMMITTEE'S PROPOSED CHANGE TO CLOSURES BIDDING PROCEDURES (0.4); EMAIL TO A. VANDENBERGH RE: CLOSURES BIDDERS (0.2); EMAIL TO M. FUKUDA AND S. CORCORAN RE: CREDITORS' COMMITTEE'S PROPOSAL (0.3). |
| FERN BM | 10/18/07 | 7.10 | EMAILS TO/FROM W. CANNON RE: CLOSURES BIDDING PROCEDURES (0.3); REVIEW AND COMPILE BID INCREMENT DATA FROM PREVIOUS DELPHI DIVESTITURES (1.2); EVALUATE ISSUES RE: LIENS ON CLOSURES ASSETS (0.2); EMAILS TO/FROM R. GISE RE: CLOSURES BIDDING PROCEDURES AND REVIEW ISSUES RE: SAME (0.4); TELECONFERENCE WITH B. SEIDEL RE: CLOSURES BIDDING PROCEDURES (0.2); REVIEW AND COMMENT ON PROPOSED CHANGES TO CLOSURES BIDDING PROCEDURES (0.5); EMAIL TO S. CORCORAN AND M. FUKUDA RE: SAME (0.2); EMAIL TO J. GORMAN RE: CLOSURES BIDDING PROCEDURES (0.2); REVIEW AND COMMENT ON SCRIPT FOR CLOSURES HEARING (1.4); REVISE SCRIPT FOR TRW HEARING (0.7); EMAIL TO T. DONO AND S. DANIELS RE: RHODES SERVICE ISSUES (0.2); FORMULATE STRATEGY RE: STATUS OF PROJECT RHODES (1.0); REVISE CLOSURES BIDDING PROCEDURES (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 10/19/07 | 5.40 | EMAIL TO R. GISE RE: CLOSURES BIDDING PROCEDURES (0.2); REVIEW US AEROTEAM OBJECTION TO TRW SALE MOTION AND ANALYZED ISSUES RE: SAME (0.4); REVIEW AND COMMENT ON REVISED CLOSURES SCRIPT (1.5); REVIEW ISSUES RE: TIMING OF DIVESTITURES (0.5); EMAILS TO/FROM M. FUKUDA AND A. VANDENBERGH RE: CLOSURES SALE HEARING (0.2); REVISE CLOSURES BIDDING PROCEDURES AND NOTICES (0.6); REVIEW AND COMMENT ON TRW SCRIPT (0.5); REVIEW EXHIBIT LIST FOR TRW HEARING AND ATTENTION TO ISSUES RE: SAME (0.4); EMAILS TO/FROM M. FUKUDA AND P. BOND RE: SERVICE LISTS FOR CLOSURES MOTION (0.3); BEGIN TO REVIEW RHODES ORDERS AND NOTICES (0.8). |
| --- | --- | --- | --- |
| FERN BM | 10/20/07 | 0.80 | REVIEW DRAFTS ON RHODES NOTICES (0.5); EMAIL TO/FROM P. ELLERMAN RE: CLOSURES NOTICES PROCEDURES (0.3). |
| FERN BM | 10/22/07 | 7.40 | FORMULATE STRATEGY IN PREPARATION FOR CLOSURES AND TRW HEARINGS (1.5); TELECONFERENCE WITH P. ELLERMAN RE: US AEROTEAM OBJECTION TO TRW SALE MOTION (0.2); TELECONFERENCE WITH K. CRAFT RE: US AEROTEAM (0.2); EMAIL TO P. ELLERMAN RE: SAME (0.3); REVISE RHODES NOTICES AND ORDERS (4.7); COMPLETE REVISIONS TO RHODES ORDERS AND NOTICES (0.5). |
| FERN BM | 10/23/07 | 8.20 | TELECONFERENCE WITH B. CANNON RE: CLOSURES BIDDING PROCEDURES (0.2); TELECONFERENCE WITH K. CRAFT RE: TRW APA (0.2); REVIEW AND REVISE TRW DECLARATION (0.7); REVIEW AND COMMENT ON CLOSURES DECLARATION (0.8); REVIEW AND REVISE VALEO DECLARATION (0.5); DRAFTED RHODES BIDDING PROCEDURES (2.8); EMAILS TO/FROM S. DANIELS RE: RHODES SERVICE ISSUES (0.3); REVIEW AND COMMENT ON DRAFT EXHIBITS FOR CLOSURES HEARING (1.4); EMAILS TO/FROM K. CRAFT RE: STATUS OF TRW AGREEMENT (0.4); REVIEW DOCUMENTS RE: TRW SALE (0.5); ATTENTION TO ISSUES RE: TRW BIDDING PROCEDURES (0.4). |

B43E

| FERN BM | 10/24/07 | 7.90 | MULTIPLE EMAILS AND TELECONFERENCE WITH K. CRAFT RE: TRW HEARING (0.5); REVIEW DOCUMENTS IN PREPARATION FOR HEARING ON CLOSURES MOTION (0.7); FORMULATE STRATEGY RE: DISCLOSURE OF INFORMATION ON AGENDA RE: TRW SALE (0.4); REVIEW AND COMMENT ON TRW HEARING SCRIPT (0.2); EMAIL TO A. VAN DENBERGH RE: CLOSURES PURCHASE PRICE ALLOCATION (0.2); EMAILS AND TELECONFERENCE WITH B. SEIDEL RE: CLOSURES BIDDING PROCEDURES (0.4); ATTENTION TO DOCUMENTS RE: SERVICE OF CLOSURES DOCUMENTS FOLLOWING ENTRY OF BIDDING PROCEDURES ORDER (0.5); REVIEW AND COMMENT ON REVISED SCRIPT FOR TRW (0.3); PREPARE FOR CLOSURES BIDDING PROCEDURES HEARING (2.9); EMAILS TO/FROM D. BERBERICH RE: PURCHASE PRICE ALLOCATION (0.3); REVIEW DOCUMENTS RE: SAME (0.4); REVIEW DOCUMENTS RE: TIMING OF POWER PRODUCTS SALE (0.4); TELECONFERENCE WITH N. SAHAI AND M. FUKUDA RE: POWER PRODUCTS (0.4); TELECONFERENCE WITH T. DONO RE: CARRIER (0.3). |
| FERN BM | 10/25/07 | 6.60 | TELECONFERENCE WITH M. FUKUDA RE: DAY ONE READINESS ISSUES FOR CLOSURES (0.2); TELECONFERENCE WITH M. DENSMORE RE: PROJECT APOLLO (0.2); EVALUATE TIMING ISSUES RE: UPCOMING DIVESTITURES (0.4); REVIEW AND ANALYZE PROPOSED CHANGES TO TRW PROCEDURES (0.5); TELECONFERENCE WITH B. SEIDEL RE: BIDDING PROCEDURES ORDER AND EVALUATED ISSUES RE: SAME (0.6); EVALUATE ISSUES RE: CLOSURES NOTICE PARTIES (0.3); REVISE RHODES SALE MOTION (3.2); DRAFT PROPOSAL ADDRESSING ISSUES RE: TIMING OF TRW CLOSING (0.5); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES BIDDING PROCEDURES ORDER (0.3); TELECONFERENCE AND EMAILS WITH K. CRAFT RE: ALTERNATIVE TRW BIDDING PROCEDURES (0.4). |
| FERN BM | 10/26/07 | 1.60 | ORGANIZE EXHIBITS TO BIDDING PROCEDURES ORDER IN PREPARATION FOR SUBMISSION TO COURT (0.5); TELECONFERENCE WITH T. DONO RE: STEERING (0.3); REVISE MATERIALS RE: SERVICE OF CLOSURES BIDDING PROCEDURES ORDER (0.8). |
| FERN BM | 10/28/07 | 1.00 | EMAILS TO/FROM T. DONO RE: RHODES BIDDING PROCEDURES (0.3); FORMULATE STRATEGY RE: FILING RHODES SALE MOTION (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FERN BM | 10/29/07 | 2.90 | REVIEW AND COMMENT ON POWER PRODUCTS TERM SHEET (1.4); REVIEW AND REVISE POWER PRODUCTS PROCESS LETTER (0.3); TELECONFERENCE WITH W. CANNON RE: CLOSURES BIDDING PROCEDURES (0.2); REVIEW AND COMMENT ON LANGUAGE IN 10-Q RE: DIVESTITURES (0.4); REVIEW DATA RE: LIST OF CLOSURES ASSUMABLE CONTRACTS (0.6). |
| FERN BM | 10/30/07 | 4.90 | EMAILS TO/FROM S. DANIELS RE: RHODES SERVICE LISTS (0.5); REVIEW PRECEDENT AND REFERENCE MATERIALS RE: COLLUSION AND DISCRIMINATION IN BIDDING PROCEDURES (1.7); PREPARE FOR (0.4) AND PARTICIPATE IN CONFERENCE CALL WITH F. BELLAR, A. VANDENBERGH, AND M. FUKUDA RE: CLOSURES BIDS (1.0); TELECONFERENCE WITH B. CANNON RE: CLOSURES BIDDING PROCEDURES (0.2); FORMULATE STRATEGY RE: SAME (0.5); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES AND POWER PRODUCTS (0.3); REVIEW AND COMMENT ON MATERIALS RE: SIEGRIED RETENTION (0.3). |
| FERN BM | 10/31/07 | 3.30 | EMAILS FROM J. SHEEHAN AND M. FUKUDA RE: CLOSURES CUSTOMER ISSUES (0.3); EMAILS TO/FROM K. BAMBACH RE: RHODES SERVICE ISSUES (0.4); TELECONFERENCE WITH J. RUHM RE: DIVESTITURE CURE LISTS (0.2); EMAILS FROM B. SEIDEL RE: CLOSURES BIDDING PROCEDURES ORDER (0.3); BEGIN TO REVIEW AND COMMENTS TO RHODES DRAFT MOTION (2.1). |
| | | **151.50** | |
| GARTNER M | 10/12/07 | 10.70 | RESEARCH, REVIEW, AND COMPILE ISSUES RE: CLAIMS RELATING TO AN ENTITY (10.7). |
| GARTNER M | 10/13/07 | 3.20 | REVIEW MATERIALS AND REVISE RIDER TO PROPOSED MOTION AND CORRESPOND RE: SAME (3.2). |
| GARTNER M | 10/14/07 | 2.80 | PERFORM RESEARCH INTO THE BASIS FOR AND EFFECT OF LIEN ON POSSIBLE TRANSACTION (2.8). |
| GARTNER M | 10/15/07 | 11.30 | PERFORM RESEARCH INTO THE BASIS FOR AND EFFECT OF LIEN ON POSSIBLE TRANSACTION AND AUTHORITY FOR TRANSACTION IN BANKRUPTCY CODE AND CORRESPONDENCE RE: SAME (11.3). |
| GARTNER M | 10/17/07 | 3.20 | DRAFT SCRIPT/PROFFER AND DECLARATION FOR MOTION (3.2). |
| GARTNER M | 10/18/07 | 0.50 | COORDINATE RE: SCRIPTS FOR HEARING (0.5). |
| GARTNER M | 10/23/07 | 2.10 | CREATE INDEX AND GATHER DOCUMENTS FOR HEARING (2.1). |
| | | **33.80** | |

B43E

| GRANT K | 10/08/07 | 1.00 | REVIEW CURRENT DRAFT OF PROPOSED VALUATION AGREEMENT WITH COMERICA (0.6); MEMO RE: SAME. (0.4). |
| GRANT K | 10/09/07 | 1.80 | CONTINUE TO WORK ON COMERICA VALUATION AGREEMENT AND EMAIL WITH S. CORCORAN RE: SAME. (1.8). |
| GRANT K | 10/15/07 | 5.00 | DRAFT MOTION AND ORDER RE: MEXICAN ASPECT OF STEERING TRANSACTION (3.9) RESEARCH RE: SAME (1.1). |
| GRANT K | 10/24/07 | 2.60 | ANALYZE POSSIBLE VALUATION SCENARIOS FOR COMERICA EQUIPMENT (1.2) AND DRAFT SUMMARY MEMO RE: SAME (1.1); TELECONFERENCES AND EMAIL WITH S. CORCORAN RE: SAME. (0.3). |

**10.40**

| HARDIN AS | 10/11/07 | 3.00 | WORKING GROUP CONFERENCE CALL RE: SALE OF STEERING BUSINESS (0.9); WORKING GROUPS EMAIL EXCHANGES RE: SAME (0.6); REVIEW PLEADINGS RE: SAME (0.8); REVIEW DRAFT AGREEMENT FROM K. SUBER (0.7). |
| HARDIN AS | 10/12/07 | 6.00 | REVIEW AND REVISE AGREEMENT RELATED TO DISPOSITION OF STEERING BUSINESS (4.5); REVIEW AND REVISE MOTION AND ORDER RELATED TO SAME (0.9); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.6). |

**9.00**

| KAHN MT | 10/14/07 | 3.00 | RESEARCH RE: LIEN STRUCTURE IN STEERING MOTION (3.0). |
| KAHN MT | 10/15/07 | 4.30 | RESEARCH RE: LIEN STRUCTURE IN STEERING MOTION (4.3). |

**7.30**

| KALOUDIS D | 10/01/07 | 2.50 | REVIEW NOTICES OF ASSUMPTION/ASSIGNMENT RE: CATALYST NOTICES (0.7); TELECONFERENCE WITH M. FUKUDA RE: SAME (0.1); REVIEW FLORIDA TAX COLLECTOR'S OBJECTION (0.2); DRAFT HEARING SCRIPT RE: ADJOURNMENT (1.5). |
| KALOUDIS D | 10/02/07 | 0.30 | REVIEW OBJECTION (0.1); TELECONFERENCE WITH FLORIDA TAX COLLECTOR RE: OBJECTION (0.2). |
| KALOUDIS D | 10/08/07 | 5.80 | REVIEW STEERING BIDS (2.1); REVIEW CHART ANALYSIS OF BIDS RE: STEERING (0.7); REVISE SALE MOTION, BIDDING PROCEDURES, BIDDING PROCEDURES MOTION, SALE ORDER AND RELATED NOTICES (CURE, ASSUMPTION, SALE) RE: CLOSURES (2.9); REVIEW EMAIL FROM CLIENT RE: CLOSURES (0.1). |

| KALOUDIS D | 10/09/07 | 2.90 | TELECONFERENCE WITH FLORIDA TAX COLLECTOR RE: TRW SALE OBJECTION (0.2); REVIEW EMAILS RE: CLOSURES STATUS (0.2); REVIEW REVISED CLOSURES APA (0.7); EMAIL TO KCC RE: CATALYST NOTICE PARTIES (0.2); ATTENTION TO INTERIOR/CLOSURES PLEADINGS (1.6). |
|---|---|---|---|
| KALOUDIS D | 10/10/07 | 6.20 | FURTHER REVIEW CLOSURES/INTERIOR ASSET PURCHASER AGREEMENT (0.9); ANALYZE NEW COMPANY ISSUES RE: RENCO (0.2); UPDATE INTERIORS/CLOSURES PLEADINGS (SALE MOTION, BIDDING PROCEDURES ORDER, BIDDING PROCEDURES, SALE ORDER, AND NOTICES- QUALIFIED BIDDER'S ASSUMPTION/ASSIGNMENT NOTICE, PURCHASERS ASSUMPTION/ASSIGNMENT NOTICE, CURE NOTICE, SALE NOTICE) (4.7); ATTENTION TO SPECIAL NOTICE PARTIES ISSUES (0.4). |
| KALOUDIS D | 10/11/07 | 6.20 | INCORPORATE COMMENTS AND UPDATE INTERIORS/CLOSURES PLEADINGS (SALE MOTION, BIDDING PROCEDURES ORDER, BIDDING PROCEDURES, SALE ORDER, AND NOTICES- QUALIFIED BIDDER'S ASSUMPTION/ASSIGNMENT NOTICE, PURCHASERS ASSUMPTION/ASSIGNMENT NOTICE, CURE NOTICE, SALE NOTICE) (4.5); REVIEW ALL CASE LAW IN MOTION (1.5); EMAIL TO D. UNRUE RE: CLOSURES CURE ESTIMATE (0.1); REVIEW EMAIL CORRESPONDENCE RE: CURE ESTIMATES (0.1). |
| KALOUDIS D | 10/12/07 | 3.30 | EMAIL TO A. DECHE RE: TRW NOTICE OF SALE PUBLICATION (0.3); CONTINUE TO REVISE INTERIORS/CLOSURES PLEADINGS (SALE MOTION, BIDDING PROCEDURES ORDER, BIDDING PROCEDURES, SALE ORDER, AND NOTICES- QUALIFIED BIDDER'S ASSUMPTION/ASSIGNMENT NOTICE, PURCHASERS ASSUMPTION/ASSIGNMENT NOTICE, CURE NOTICE, SALE NOTICE) (3.0). |
| KALOUDIS D | 10/13/07 | 4.50 | REVIEW REVISED ASSET PURCHASE AGREEMENT (0.6); REVISE INTERIORS/CLOSURES SALE PLEADINGS TO REFLECT REVISED AGREEMENT (2.5); BEGIN TO REVIEW SPECIAL PARTY LIST (0.7); REVIEW NOTICES (PURCHASER'S ASSUMPTION/ASSIGNMENT, QUALIFIED BIDDERS' ASSUMPTION/ASSIGNMENT, CURE NOTICE, SALE NOTICE (0.7). |
| KALOUDIS D | 10/14/07 | 6.40 | REVIEW AND REVISE SPECIAL PARTY SERVICE LISTS (2.0); SEND EMAIL TO KCC RE: SAME (0.3); REVIEW REVISED CLOSURES ASSET PURCHASE AGREEMENT (0.9); REVIEW AND REVISE SALE MOTION (2.0); REVIEW AND REVISE BIDDING PROCEDURES ORDER AND BIDDING PROCEDURES (0.7); SEND EMAIL TO COMPANY RE: SAME (0.2); REVIEW EMAIL CORRESPONDENCE RE: SERVICE ISSUES (0.3). |

23                                                                    B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| KALOUDIS D | 10/15/07 | 12.40 | SEND DRAFT PLEADINGS TO CLIENT (0.2); FOLLOW UP ON SERVICE DEADLINE ISSUES (0.2); CONTINUE TO REVISE AND FINALIZE FOR FILING INTERIORS/CLOSURES PLEADINGS (SALE MOTION, BIDDING PROCEDURES ORDER, BIDDING PROCEDURES, SALE ORDER, AND NOTICES- QUALIFIED BIDDER'S ASSUMPTION/ASSIGNMENT NOTICE, PURCHASERS ASSUMPTION/ASSIGNMENT NOTICE, CURE NOTICE, SALE NOTICE) (4.7); REVIEW REVISED DRAFTS OF CLOSURES MASTER SALE AGREEMENT (1.2); COMPARE DRAFTS TO PLEADINGS (1.5); SEND EMAIL TO COMPANY RE: SAME (0.2); INCORPORATE COMMENTS TO INTERIORS/CLOSURES SALE MOTION FROM COMPANY (1.7); TELECONFERENCE WITH KCC RE: FILING (0.2); TELECONFERENCE WITH M. FUKUDA RE: FILING DEADLINES (0.1); REVIEW REVISED LIST OF SPECIAL NOTICE PARTIES RE: INTERIORS/CLOSURES SALE MOTION (0.7); DRAFT EMAIL RE: FINAL INTERIORS/CLOSURES PLEADINGS FOR FILING (0.6); REVIEW EXHIBITS TO PLEADINGS (0.5); EMAIL TO KCC RE: FINAL SERVICE (0.3); REVIEW FILED PLEADINGS (0.3). |
| KALOUDIS D | 10/16/07 | 1.00 | REVIEW CLOSURES PRESS RELEASE (0.2); EMAIL INQUIRY RE: SAME (0.2); TELECONFERENCE WITH COMPANY RE: SPECIAL NOTICE PARITIES (0.2); REVIEW STATUS OF CLOSURES SPECIAL NOTICE PARTIES (0.4). |
| KALOUDIS D | 10/17/07 | 1.30 | TELECONFERENCE WITH COMPANY RE: CLOSURES SPECIAL NOTICE PARTIES (0.1); FOLLOW UP TELECONFERENCE WITH COMPANY RE: CLOSURES SPECIAL NOTICE PARTIES (0.2); REVIEW SPECIAL PARTIES LIST RE: CLOSURES (0.3); REVIEW SCHEDULES (0.7). |
| KALOUDIS D | 10/18/07 | 1.40 | TELECONFERENCE WITH P. BOND RE: LIENS (0.2); REVISE BIDDING PROCEDURES CLOSURES SCRIPT (1.2). |

24

B43E

KALOUDIS D          10/19/07      5.80   TELECONFERENCE WITH J. KUENZER RE:
                                         LIENS (0.2); REVIEW NOTICE PARTIES RE:
                                         CLOSURES BP ORDER (0.6); DRAFT EMAIL M.
                                         FUKUDA AND K. CRAFT RE: FURNISHING LIENS
                                         (0.3); REVISE TRW BIDDING PROCEDURES
                                         HEARING SCRIPT (0.6);   REVISE
                                         DECLARATION OF J. SHEEHAN IN SUPPORT OF
                                         TRW BIDDING PROCEDURES (0.2);   REVISE
                                         TRW BIDDING PROCEDURES HEARING EXHIBITS
                                         (0.3); REVISE CLOSURES BIDDING
                                         PROCEDURES HEARING SCRIPT (1.3);
                                         ANALYZE OUTSTANDING ISSUES FOR BIDDING
                                         PROCEDURES HEARING RE: CLOSURES AND TRW
                                         (0.3); REVIEW TRW OBJECTIONS (0.3);
                                         REVIEW COURT ORDER RE: NEW HEARING DATES
                                         (0.1); REVISE CLOSURES BIDDING
                                         PROCEDURES SCRIPT TO REFLECT NEW DATE
                                         (0.2); REVIEW CLOSURES BIDDING
                                         PROCEDURES ORDER TO REFLECT NEW DATE
                                         (0.1); REVIEW TRW HEARING MATERIALS
                                         (0.3); TELECONFERENCE WITH A. DECHE RE:
                                         PUBLICATION OF SALE NOTICES (0.1);
                                         DRAFT EMAIL TO A. DECHE RE:PUBLICATION
                                         OF TRW AND CLOSURES SALE NOTICES IN
                                         VARIOUS PUBLICATIONS (0.2); REVISE LIST
                                         OF OUTSTANDING ITEMS RE: TRW/CLOSURES
                                         BP HEARING (0.4); PREPARE CLOSURES
                                         HEARING BINDER (0.3).

KALOUDIS D          10/22/07      6.60   REVISE HEARING SCRIPT (0.2); PREPARE
                                         TRW HEARING BINDERS RE: TRW SCRIPT,
                                         ORDERS, AND EXHIBITS (1.4);   PREPARE
                                         CLOSURES HEARING BINDERS RE: CLOSURES
                                         SCRIPT, ORDERS, AND EXHIBITS (1.8);
                                         REVIEW COURT DOCKET RE: CLOSURES (0.1);
                                         DRAFT EMAIL TO COMPANY RE: LIEN PARTIES
                                         (0.1); PREPARE AND REVIEW BLACKLINES OF
                                         TRW BIDDING PROCEDURES ORDER, BIDDING
                                         PROCEDURES, AND SALE NOTICE (0.6);
                                         PREPARE AND REVIEW BLACKLINES OF
                                         CLOSURES BIDDING PROCEDURES ORDER,
                                         BIDDING PROCEDURES, AND SALE NOTICE
                                         (0.8); REVIEW DOCKET FOR OBJECTIONS
                                         (0.2); FURTHER REVISE J. SHEEHAN
                                         DECLARATION IN SUPPORT OF CLOSURES
                                         BIDDING PROCEDURES (1.3); SEND CLOSURES
                                         DRAFT DECLARATION TO K. CRAFT (0.1).

B43E

| KALOUDIS D | 10/23/07 | 9.10 | EMAIL KCC RE: CLOSURES SERVICE LIST (0.2); REVIEW NOTICE LISTS (0.3); REVISE CLOSURES DECLARATION TO REFLECT K. CRAFT, M. FUKUDA (1.4); SEND PROPOSED DECLARATION TO K. RAMLO (0.2); REVISE TRW DECLARATION (0.3); REVIEW TEDDER WITHDRAWAL OF OBJECTION TO TRW SALE (0.2); UPDATE CLOSURES HEARING MATERIALS (0.9); REVIEW EXHIBITS TO CLOSURES HEARING MATERIALS (0.5); FOLLOW UP TELECONFERENCE WITH KCC RE: CLOSURES NOTICE (0.2); FOLLOW UP WITH EMAILS TO KCC RE: CLOSURES NOTICE (0.3); REVIEW UPDATED CLOSURES NOTICE LIST (0.6); FURTHER REVISE CLOSURES HEARING SCRIPT (0.9); FURTHER REVISE CLOSURES EXHIBIT LIST (1.3); FURTHER REVIEW OF BIDDING PROCEDURES ORDER (0.7); DRAFT TRW ADJOURNMENT SCRIPT (0.9); REVIEW CORRESPONDENCE RE: TRW ADJOURNMENT (0.2). |
|---|---|---|---|
| KALOUDIS D | 10/24/07 | 3.20 | EMAIL WITH A. DERCHE RE: PUBLICATION (0.3); REVIEW ALL CLOSURES MATERIALS FOR HEARING RE: CLOSURES BIDDING PROCEDURES HEARING (1.5); SEND FOLLOW UP EMAILS TO KCC RE: SERVICE OF CLOSURES DOCUMENTS (0.5); REVIEW EMAIL CORRESPONDENCE RE: TRW ADJOURNMENT (0.3); REVISE TRW SCRIPT (0.4); INCORPORATE COMMENTS RECEIVED TO TRW SCRIPT (0.2). |
| KALOUDIS D | 10/25/07 | 4.20 | PREPARE FOR HEARING (1.4); ATTEND HEARING (2.5); REVIEW EMAIL CORRESPONDENCE RE: CLOSURES (0.3). |
| KALOUDIS D | 10/26/07 | 9.00 | EMAIL KCC RE: SERVICE OF CLOSURES DOCUMENTS (0.3); EMAIL TO COMPANY RE: SERVICE OF CLOSURES DOCUMENTS (0.4); REVIEW COURT ORDER APPROVING CLOSURES BIDDING PROCEDURES (0.4); COMPARE CLOSURES BIDDING PROCEDURES ORDER, SALE NOTICE, AND BIDDING PROCEDURES TO VERSIONS SUBMITTED TO COURT (1.7); SEND EMAIL CORRESPONDENCE TO CLIENT RE: CLOSURES BIDDING PROCEDURES ORDER (0.3); SEND EMAIL CORRESPONDENCE TO COUNSEL FOR INTEVA RE: CLOSURES BIDDING PROCEDURES ORDER (0.2); REVIEW EMAIL FROM SAME (0.1); REVISE STEERING ORDER (0.3); REVISE CLOSURES SALE NOTICE (0.3); SEND FINAL SALE NOTICE FOR PUBLICATION TO COMPANY AND PUBLISHERS (0.3); FOLLOW UP TELECONFERENCE WITH KCC RE: SERVICE OF CLOSURES DOCUMENTS (BIDDING PROCEDURES, BIDDING PROCEDURES ORDER, AGREEMENT, MOTION) (0.2); ANALYZE OUTSTANDING SERVICE ISSUES (1.2); REVIEW NOTICE LIST PARTIES (0.8); REVIEW EMAIL CORRESPONDENCE RE: STEERING BUSINESS SALE (0.1); BEGIN REVIEW OF APA (1.3); BEGIN REVISING STEERING SALE MOTION (1.1). |

B43E

| | | | |
|---|---|---|---|
| KALOUDIS D | 10/29/07 | 6.00 | TELECONFERENCE WITH KCC RE: SERVICE OF CLOSURES DOCUMENTS (0.1); SEND EMAIL CORRESPONDENCE TO KCC  RE: SERVICE OF CLOSURES DOCUMENTS (0.3); ANALYZE OUTSTANDING NOTICE ISSUES  RE: SERVICE OF CLOSURES DOCUMENTS (0.8); TELECONFERENCE WITH COUNSEL TO MERCEDES RE: CLOSURES CONTRACTS (0.2); REVIEW CLOSURES ASSET PURCHASE AGREEMENT RE: PRODUCT WARRANTY LIABILITIES (0.3); RESPOND TO EMAIL CORRESPONDENCE RE: CLOSURES NOTICES OF ASSUMPTION/ASSIGNMENT (0.2); REVIEW REVISED STEERING ASSET PURCHASE AGREEMENT (2.0); REVISE MOTION APPROVING BIDDING PROCEDURES AND SALE OF STEERING BUSINESS (2.1). |
| KALOUDIS D | 10/30/07 | 4.60 | DRAFT EMAIL CORRESPONDENCE TO M. FUKUDA RE: CLOSURES CONTRACT FOR ASSUMPTION (0.3); DRAFT EMAIL CORRESPONDENCE TO COMPANY RE: PUBLICATION OF CLOSURES SALE NOTICE IN VARIOUS PUBLICATIONS (0.2); DRAFT EMAIL CORRESPONDENCE TO KCC RE: SERVICE OF CLOSURES BIDDING PROCEDURES, ORDER AND MOTION (0.2); REVIEW EMAIL CORRESPONDENCE RE: CONTRARIAN STIPULATION (0.1); CONTINUE TO REVIEW REVISED ASSET PURCHASE AGREEMENT AND REVISE STEERING MOTION (3.7); REVIEW EMAIL FROM HOTLINE INQUIRY (0.1). |
| KALOUDIS D | 10/31/07 | 7.00 | DRAFT MOTION FOR APPROVAL OF BIDDING PROCEDURES AND SALE OF STEERING BUSINESS (4.5); REVIEW SALE APPROVAL ORDER, BIDDING PROCEDURES ORDER, BIDDING PROCEDURES (1.2); REVIEW EMAIL CORRESPONDENCE FROM COMPANY RE: INTERIORS/CLOSURES CONTRACTS FOR ASSIGNMENT (0.3); EMAIL TO KCC RE: SERVICE OF CLOSURES BIDDING PROCEDURES ORDER, MOTION, AND AGREEMENT (0.2); REVIEW EMAIL CORRESPONDENCE RE: STEERING SPECIAL NOTICE PARTIES (0.5); RESPOND TO CREDITOR INQUIRY RECEIVED ON HOTLINE (0.2); REVIEW AOS RE: CLOSURES EXPEDITED MOTION (0.1). |

**109.70**

| | | | |
|---|---|---|---|
| PERL MW | 10/08/07 | 6.10 | REVIEW SUMMARY MATERIALS RE: TRANSFER OF ASSETS AND ENTITIES IN CONNECTION WITH STEERING SALE (0.6); STRATEGIZE WITH WORKING GROUP RE: SAME (0.4); DRAFT MOTION FOR APPROVAL OF SAME, INCLUDING PREPARATION OF RELEVANT CHARTS (4.6); DRAFT ORDER FOR SAME (0.5). |

| PERL MW | 10/09/07 | 1.90 | TELECONFERENCE WITH WORKING GROUP RE: INTERCOMPANY TRANSFER MOTION RE: STEERING TRANSACTION (0.8); FOLLOW UP RE: SAME (0.3) AND FOLLOW UP TELECONFERENCE WITH WORKING GROUP RE: SAME (0.2); COORDINATE RE: ORGANIZATIONAL DOCUMENTS FOR DELPHI ENTITY (0.2) AND REVIEW SCHEDULES AND STATEMENTS IN CONNECTION WITH SAME (0.4). |
|---|---|---|---|
| PERL MW | 10/10/07 | 2.20 | PARTICIPATE IN CONFERENCE CALL WITH S. GALE, S. CORCORAN, AND WORKING GROUP RE: INTERCOMPANY TRANSFER MOTION RE: STEERING (0.8); CONTINUE TO WORK ON AND REVISE (1.4). |
| PERL MW | 10/11/07 | 5.50 | MEET WITH WORKING GROUP RE: COMMENTS TO INTERCOMPANY TRANSFER MOTION RE: STEERING (0.5); REVIEW AND REVISE MOTION AND ORDER (5.0). |
| PERL MW | 10/12/07 | 5.90 | REVISE MOTION AND ORDER FOR INTERCOMPANY TRANSFER RE: STEERING MOTION (5.6); TELECONFERENCES WITH WORKING GROUP RE: SAME (0.3). |
| PERL MW | 10/14/07 | 9.10 | REVIEW AND REVISE MOTION AND ORDER FOR INTERCOMPANY TRANSFER IN CONNECTION WITH STEERING TRANSACTION (1.7); BEGIN WORKING ON ORDER TO SHOW CAUSE AND RELATED AFFIDAVIT IN CONNECTION WITH SAME (3.4); CHECK CASE LAW IN MOTION (0.4); TELECONFERENCES WITH WORKING GROUP RE: SAME (0.5, 0.5, 0.3.,0.2); CONTINUE TO REVIEW AND REVISE SAME (2.5). |
| PERL MW | 10/15/07 | 14.30 | CONTINUE WORKING ON STEERING INTERCOMPANY TRANSFER MOTION AND ORDER (1.9); DRAFT NOTICE FOR SAME (0.2); REVISE NOTICES (0.3); COORDINATE WITH WORKING GROUP RE: RESEARCH IN CONNECTION WITH SAME (1.4); PREPARE REVISED MOTIONS FOR INTERCOMPANY TRANSACTION (1.6); CONTINUE TO WORK ON AND REVISE STEERING INTERCOMPANY TRANSFER MOTION, INCLUDING RELATED RESEARCH AND FOLLOW UP (7.3); REVISE ENTITY FORMATION MOTION (0.7); COORDINATE FILING AND SERVICE RE: SAME (0.2); ASSIST WITH FILING AND SERVICE ISSUES, INCLUDING COORDINATING WITH KCC (0.7). |
| PERL MW | 10/16/07 | 0.60 | FOLLOW UP ON MATTERS RELATING TO ENTITY FORMATION MOTION (0.5); CIRCULATE SAME TO CLIENT AND WORKING GROUP (0.1). |
| PERL MW | 10/17/07 | 1.50 | REVIEW MOTION AND PREPARE SCRIPT FOR HEARING ON MOTION TO FORM NEW ENTITIES IN CONNECTION WITH STEERING BUSINESS (1.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 10/18/07 | 2.40 | DRAFTS J. SHEEHAN DECLARATION RE: ENTITY FORMATION MOTION, INCLUDING REVIEW OF MOTION AND SCRIPT (1.0); REVISE SCRIPT RE: SAME (0.1); TELECONFERENCE WITH D. BAUMSTEIN RE: ENTITY FORMATION MOTION (0.4) AND FOLLOW UP WITH WORKING GROUP RE: SAME (0.4); DRAFT CORRESPONDENCE RE: SAME (0.5). |
| PERL MW | 10/19/07 | 1.60 | TELECONFERENCE WITH S. DANIELS RE: MEXICAN ENTITY MOTION RE: STEERING (0.3); TELECONFERENCE WITH J. GUGLIELMO RE: SAME (0.2); DRAFT CORRESPONDENCE TO T. DONO AND S. DANIELS RE: SAME (0.4); REVIEW MOTION AND STRATEGIZE RE: QUESTIONS PRESENTED BY THE UCC IN CONNECTION WITH SAME (0.7). |
| PERL MW | 10/21/07 | 0.30 | REVIEW CORRESPONDENCES AND FOLLOW UP WITH J. GUGLIELMO AND D. BAUMSTEIN RE: MEXICAN ENTITY MOTION (0.3). |
| PERL MW | 10/22/07 | 0.20 | TELECONFERENCE WITH D. BAUMSTEIN RE: ENTITY FORMATION MOTION (0.1); REVIEW AGENDA ENTRY AND PROVIDE COMMENTS TO SAME (0.1). |
| PERL MW | 10/23/07 | 1.90 | REVISE SCRIPT FOR ENTITY FORMATION MOTION (0.9); REVIEW, PROVIDE COMMENTS AND COORDINATE RE: PREPARATION OF CLOSURE AND INTERIORS SALE MOTION EXHIBIT BINDER FOR HEARING (1.0). |
| PERL MW | 10/24/07 | 0.30 | FINALIZE CLOSURES HEARING BINDER FOR HEARING AND CHAMBERS (0.3). |
| PERL MW | 10/26/07 | 0.30 | REVIEW ENTITY FORMATION ORDER AND CIRCULATE SAME TO CLIENT (0.2); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.1). |
| | | **54.10** | |
| SUBER KM | 10/11/07 | 7.80 | REVIEW CORRESPONDENCE IN CONNECTION WITH DIVESTITURE OF GLOBAL STEERING BUSINESS (0.3); REVIEW DOCUMENTATION IN CONNECTION WITH DIVESTITURE OF GLOBAL STEERING BUSINESS (2.8) ; CONFER WITH DELPHI TEAM MEMBERS RE: DIVESTITURE OF GLOBAL STEERING BUSINESS (0.4); BEGIN TO DRAFT INTERCOMPANY AGREEMENT IN CONNECTION WITH DIVESTITURE OF GLOBAL STEERING BUSINESS (4.3). |
| | | **7.80** | |
| **Total Associate** | | **393.40** | |
| DEMMA J | 10/15/07 | 4.80 | PREPARE SPECIAL PARTY SERVICE LIST RE: INTERCOMPANY TRANSFER MOTION (3.1); PREPARE/FILE INTERCOMPANY TRANSFER MOTION (1.7). |
| | | **4.80** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| SHRAGO R | 10/19/07 | 0.50 | RETRIEVE TRW EXHIBIT BINDERS (0.3); REVISE ORDER (0.2). |
| SHRAGO R | 10/22/07 | 0.50 | SEARCH FOR TRW EXHIBIT BINDERS (0.5). |
| SHRAGO R | 10/29/07 | 0.30 | DISTRIBUTE PLEADINGS FROM DOCKET (0.3). |
| | | 1.30 | |
| **Total Legal Assistant** | | **6.10** | |
| ~~WORSCHECK TM~~ | ~~10/16/07~~ | ~~1.40~~ | ~~PREPARE SALE DOCUMENTS BINDERS FOR ATTORNEY REVIEW (1.4).~~ |
| | | ~~1.40~~ | |
| ~~Total Legal Assistant Support~~ | | ~~1.40~~ | |

**TOTAL TIME**                                      **467.70**

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**                                    **Bill Date: 11/30/07**
**Asset Dispositions (General)**                               **Bill Number: 1186564**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/17/07 | Meisler RE | 554.46 |
| Air/Rail Travel - vendor feed | 10/17/07 | Meisler RE | 563.30 |
| Air/Rail Travel - vendor feed | 10/23/07 | Meisler RE | 1,079.26 |
| Air/Rail Travel - vendor feed | 10/23/07 | Meisler RE | 1,018.19 |
| Air/Rail Travel - vendor feed | 10/23/07 | Meisler RE | -1,034.25 |
| Air/Rail Travel - vendor feed | 10/25/07 | Meisler RE | 534.04 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,715.00** |
| In-house Reproduction | 10/09/07 | Copy Center, D | 2.20 |
| In-house Reproduction | 10/09/07 | Copy Center, D | 73.12 |
| In-house Reproduction | 10/12/07 | Copy Center, D | 6.30 |
| In-house Reproduction | 10/19/07 | Copy Center, D | 237.38 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$319.00** |
| Lexis/Nexis | 10/11/07 | Burgos BP | 246.94 |
| Lexis/Nexis | 10/11/07 | White T | 85.17 |
| Lexis/Nexis | 10/15/07 | Bolton IS | 2,464.80 |
| Lexis/Nexis | 10/16/07 | Bolton IS | 549.09 |
| | | **TOTAL LEXIS/NEXIS** | **$3,346.00** |
| Westlaw | 10/10/07 | Burgos BP | 76.40 |
| Westlaw | 10/10/07 | Sandler AL | 98.01 |
| Westlaw | 10/11/07 | Burgos BP | 518.55 |
| Westlaw | 10/11/07 | White T | 9.72 |
| Westlaw | 10/11/07 | Moyo E | 101.51 |
| Westlaw | 10/14/07 | Perl MW | 22.90 |
| Westlaw | 10/15/07 | Perl MW | 37.21 |
| Westlaw | 10/15/07 | Grant K | 23.70 |
| | | **TOTAL WESTLAW** | **$888.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 10/15/07 | Messenger Express | 32.50 |
| Messengers/ Courier | 10/15/07 | Messenger Express | 51.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$84.00** |
| Court Reporting | 08/10/07 | TSG Reporting, Inc | 150.00 |
| | | **TOTAL COURT REPORTING** | **$150.00** |
| Print Images to Paper (from Electronic Media) | 10/04/07 | Copy Center, D | 33.16 |
| Print Images to Paper (from Electronic Media) | 10/09/07 | Word Processing, D | 22.08 |
| Print Images to Paper (from Electronic Media) | 10/09/07 | Word Processing, D | 22.40 |
| Print Images to Paper (from Electronic Media) | 10/17/07 | Copy Center, D | 21.36 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$99.00** |
| CLR/Disclosure | 10/31/07 | Office Admin, D | 1.00 |
| CLR/Disclosure | 10/31/07 | Office Admin, D | 50.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$51.00** |
| Wireless - Mo- bile/Cellular/Pager | 10/15/07 | Meisler RE | 11.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$11.00** |
| | | **TOTAL MATTER** | **$7,663.00** |

B43E

**Delphi Corporation (DIP))**
**Asset Dispositions (General)**

**Bill Date: 01/10/08**
**Bill Number: 1206100**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERLIN K | 11/15/07 | 1.30 | REVIEW OF STEERING SALE APPROVAL LANGUAGE (1.3). |
| | | **1.30** | |
| BUTLER, JR. J | 11/16/07 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS SALE (BIDDING PROCEDURES) MOTION. |
| BUTLER, JR. J | 11/28/07 | 0.30 | CONTINUE TO PREPARE FOR NOVEMBER 29TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION INCLUDING CHRYSLER OBJECTION (0.3). |
| BUTLER, JR. J | 11/29/07 | 1.40 | PREPARE FOR (0.2) AND ATTEND (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SAGINAW CHASSIS ASSET SALE MOTION (1.0). |
| | | **2.10** | |
| LYONS JK | 11/03/07 | 0.90 | REVIEW OF INDEMNITY ISSUES RE: BEARINGS AND OTHER ISSUES (0.9). |
| LYONS JK | 11/09/07 | 2.30 | ANALYSIS OF BEARINGS TRANSACTION AND DE MINIMIS SALE ORDER AND FOLLOW UP ON STEERING (2.3). |
| LYONS JK | 11/12/07 | 2.10 | FOLLOW UP ON STEERING PLEADINGS AND ORDERS AND CONFERENCE WITH K&E (2.1). |
| LYONS JK | 11/13/07 | 3.30 | ADVICE TO CLIENT RE: STEERING TIMING ISSUES AND RIGHTS OFFERING (3.3). |
| LYONS JK | 11/14/07 | 3.60 | ADDITIONAL FOLLOW UP RE: STEERING TIMING ISSUES, BEARINGS MATTER, AND OTHER DIVESTITURE QUESTIONS (3.6). |
| LYONS JK | 11/16/07 | 2.20 | ADDITIONAL STEERING FOLLOW UP RE: ALLOCATION OF PROCEEDS AND OTHER MATTERS (2.2). |
| LYONS JK | 11/30/07 | 1.20 | CONFERENCE RE: STEERING AND UPDATE RE: THE SAME (1.2). |
| | | **15.60** | |
| MARAFIOTI KA | 11/15/07 | 1.00 | WORK ON REPLY TO OBJECTION TO US AEROTEAM TO MOTION TO SELL SAGINAW CHASSIS ASSETS (0.9); REVIEW US AEROTEAM NOTICE OF WITHDRAWAL AND FOLLOWUP (0.1). |
| MARAFIOTI KA | 11/19/07 | 0.10 | CORRESPONDENCE RE: SANDUSKY BEARINGS BUSINESS (0.1). |
| | | **1.10** | |

B43E

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/06/07 | 0.20 | REVIEW ISSUES RE: ASSUMPTION AND ASSIGNMENT OF CONTRACTS IN CONNECTION WITH PROJECT RHODES (0.1); RESPOND TO CORRESPONDENCE RE: CLOSURES (0.1). |
| MEISLER RE | 11/07/07 | 0.30 | TELECONFERENCE WITH S. CORCORAN RE: PROJECT RHODES (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: CLOSURES (0.2). |
| MEISLER RE | 11/09/07 | 0.80 | REVIEW, CONSIDER, AND RESPOND TO CORRESPONDENCE FROM COUNSEL TO INTEVA (0.2); CONSIDER WORKING CAPITAL ADJUSTMENTS RE: MRA DUE TO PROJECT RHODES (0.3); TELECONFERENCE WITH T. DONO RE: PROJECT RHODES (0.1); REVIEW UPDATE RE: CHASSIS ASSET SALE (0.2). |
| MEISLER RE | 11/13/07 | 3.30 | PREPARE FOR HEARING RE: TRW SALE (0.9); REVIEW CLOSURES TRANSACTION, INCLUDING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS (0.8); REVIEW STATUS OF PROJECT RHODES, INCLUDING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS (1.5); TELECONFERENCE WITH S. CORCORAN RE: DIVESTITURES (0.1). |
| MEISLER RE | 11/14/07 | 2.30 | REVIEW INQUIRY RE: DIVESTITURE (0.3); REVIEW AND COMMENT ON TRW AMENDMENT (1.0); REVIEW AND RESPOND TO CORRESPONDENCE RE: CATALYST CONTRACTS (0.2); REVIEW AND CONSIDER ISSUE RE: PROJECT RHODES (0.8). |
| MEISLER RE | 11/15/07 | 3.20 | REVIEW AND COMMENT ON REPLY TO SAGINAW CHASIS ASSET DIVESTITURE (0.6); REVIEW PLEADINGS AND ASSET PURCHASE AGREEMENT RE: SAME TO PREPARE FOR HEARING (1.6); REVIEW AND COMMENT ON DECLARATION RE: SAME (0.3); TELECONFERENCE WITH K. CRAFT RE: AMENDMENT TO ASSET PURCHASE AGREEMENT (0.2); REVIEW AND CONSIDER PROJECT RHODES MATTER (0.3); REVIEW AND CONSIDER REQUEST BY CLAIMS TRADERS FOR CURE PAYMENT (0.2). |
| MEISLER RE | 11/20/07 | 0.40 | REVIEW DE MINIMIS ASSET SALE NOTICE RE: ASHIMORI (0.3); DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 11/27/07 | 1.00 | TELECONFERENCE WITH K. CRAFT RE: ASSUMPTION AND ASSIGNMENT RE: CLOSURES (0.1); REVIEW PLEADINGS TO PREPARE FOR HEARING RE: TRW (0.9). |
| MEISLER RE | 11/29/07 | 1.10 | REVIEW AND CONSIDER CURE ISSUES RE: CLOSURES (0.5); REVIEW INTERNAL MEMO RE: PROJECT RHODES (0.6). |
| MEISLER RE | 11/30/07 | 0.50 | REVIEW TFA RE: PROJECT RHODES (0.5). |
| | | **13.10** | |

**Total Partner**          **33.20**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MATZ TJ | 11/19/07 | 0.10 | TELECONFERENCE WITH D. DRAGICH RE: CLOSURES SALE (0.1). |
| MATZ TJ | 11/21/07 | 0.30 | REVIEW CORRESPONDENCE RE: EXTENSIONS TO SALE DEADLINES (0.2); TELECONFERENCE WITH CHAMBERS TO CONFIRM SAME (0.1). |
| MATZ TJ | 11/26/07 | 0.30 | TELECONFERENCE WITH CHAMBERS RE: EXTENSIONS TO CLAIMS HEARING DEADLINES (0.2); CORRESPONDENCE WITH C. GROSSMAN RE: SAME (0.1). |
| MATZ TJ | 11/28/07 | 0.40 | TELECONFERENCE WITH CHAMBERS RE: SAGINAW DISPOSITION (0.2); TELECONFERENCE WITH CHAMBERS RE: SAGINAW DISPOSITION (0.2). |
| MATZ TJ | 11/29/07 | 0.40 | REVIEW AND COMMENT ON MEMORANDUM RE: GM/DELPHI TF AGREEMENT (0.4). |
| | | 1.50 | |
| **Total Counsel** | | 1.50 | |
| BOLTON IS | 11/15/07 | 1.00 | RESEARCH AND ANALYSIS RE: VARIOUS SALE ORDERS AND AGREEMENTS (0.7); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.3). |
| BOLTON IS | 11/28/07 | 2.40 | REVIEW AND ANALYSIS OF CURE NOTICES AND NOTICES OF ASSUMPTION AND ASSIGNMENT RE: BEARINGS SALE (2.0); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.4). |
| | | 3.40 | |
| DUNCOMB BM | 11/20/07 | 6.60 | RESEARCH RE: BREAK-UP FEES (6.6). |
| DUNCOMB BM | 11/21/07 | 3.90 | DRAFT PROPOSED MOTION (3.9). |
| | | 10.50 | |
| FERN BM | 11/01/07 | 5.20 | TELECONFERENCE WITH B. SEIDEL RE: CLOSURES BIDDING PROCEDURES ORDER (0.3); REVIEW AND COMMENT ON AMENDMENT TO TRW APA (0.4); REVIEW AND COMMENT ON DRAFT TO RHODES MOTION (4.3); TELECONFERENCE WITH TUSCALOOSA COUNTY TAX COLLECTOR RE: CLOSURES SALE (0.2). |
| FERN BM | 11/02/07 | 9.10 | TELECONFERENCE WITH M. DENSMORE RE: BEARINGS (0.2); COMPLETE REVIEW OF RHODES MOTION (2.5); EMAILS TO/FROM K. BAMBACH RE: RHODES SERVICE ISSUES (0.3); REVIEW AND COMMENT ON BEARINGS MSPA (2.8); FORMULATE STRATEGY RE: TIMING OF PROJECT RHODES (0.5); ORGANIZE, PRIORITIZE, AND DELEGATE TASKS RE: BEARINGS DIVESTITURE (0.9); EMAILS TO/FROM M. DENSMORE RE: SAME (0.2); EMAIL TO T. DONO AND S. DANIELS RE: RHODES MOTION (0.3); REVIEW AND COMMENT ON RHODES ORDERS AND BIDDING PROCEDURES (1.2); EMAILS TO/FROM S. CHO RE: STEERING ORDERS (0.2). |

B43E

| FERN BM | 11/03/07 | 1.10 | ANALYZE INDEMNIFICATION ISSUES RE: BEARINGS MSPA (0.5); MULTIPLE EMAILS FROM K. BAMBACH RE: RHODES NOTICE PARTIES (0.6). |
|---|---|---|---|
| FERN BM | 11/05/07 | 1.40 | REVIEW AND COMMENT ON RHODES MOTION (0.9); EMAIL TO R. GISE RE: TRW BIDDING PROCEDURES (0.3); EMAIL TO M. DENSMORE RE: BEARING BACKGROUND INFORMATION (0.2). |
| FERN BM | 11/06/07 | 2.20 | EMAILS WITH M. FUKUDA RE: EXPEDITED SALE HEARING FOR CLOSURES (0.3); REVIEW ISSUES RAISED BY MERCEDES RE: CLOSURES (0.2); EMAIL FROM R. GISE RE: TRW BIDDING PROCEDURES (0.2); PREPARE FOR NOVEMBER 16 BIDDING PROCEDURES HEARING RE: TRW (0.4); EMAILS FROM K. BAMBACH AND T. DONO RE: SERVICE OF RHODES SALE MOTION (0.3); EMAIL FROM B. SEIDEL RE: CLOSURES BIDDING AND NOTICE PROCEDURES (0.3); REVIEW EMAILS AND DOCUMENTS RE: STATUS OF PROJECT RHODES (0.5). |
| FERN BM | 11/07/07 | 5.10 | EMAILS TO/FROM M. FUKUDA RE: CLOSURES BIDDING PROCEDURES (0.3); TELECONFERENCE WITH J. RUHM RE: CLOSURES CURE LISTS (0.3); EMAILS TO/FROM M. FUKUDA AND A. VANDENBERGH RE: SAME (0.4); EMAILS TO/FROM A. VANDENBERGH AND M. FUKUDA RE: EXPIRED CONTRACTS (0.3); EVALUATE ISSUES RE: CLOSURES CONTRACT LIST (0.5); FORMULATE STRATEGY RE: TIMING OF PROJECT RHODES SALE (0.4); FORMULATE STRATEGY RE: BEARINGS SALE PLEADINGS (0.6); REVIEW AND COMMENT ON SUPPLIER COMMUNICATION DOCUMENTS FOR DIVESTITURES (0.5); EMAILS TO/FROM R. EMANUAL RE: SAME (0.3); REVIEW AND COMMENT ON TRW SCRIPT (0.8); ADDITIONAL REVISIONS TO TRW SCRIPT (0.7). |
| FERN BM | 11/08/07 | 4.40 | EMAILS TO/FROM J. GORMAN RE: VARIOUS ASSET SALES (0.3); PREPARE FOR (0.5) AND PARTICIPATE IN CONFERENCE CALL WITH K. BAMBACH AND T. DONO RE: RHODES CONTRACTS (0.6); EMAILS TO/FROM J. RUHN RE: CLOSURES CURE LISTS (0.2); EVALUATE CHANGES TO INTERIORS/CLOSURES CURE LISTS (0.7); EMAILS TO/FROM S. GALE RE: BEARING NOTICE LISTS (0.2); EMAILS TO C. COMORFORD RE: POWER PRODUCTS TERM SHEET (0.2); REVIEW DOCUMENTS IN PREPARATION FOR CLOSURES ASSUMPTION NOTICE (0.5); REVIEW AND COMMENTED ON COVER LETTER RE: DAMPER BUSINESS (0.7); REVIEW AND COMMENT ON AMENDMENT TO TRW APA (0.5). |

B43E

| FERN BM | 11/09/07 | 4.60 | EMAIL TO B. SEIDEL RE: CLOSURES BIDDING PROTECTIONS (0.4); EMAIL TO B. SEIDEL RE: TIMING OF CLOSURES NOTICES (0.2); REVIEW TEXT OF 10-Q RE: STATUS OF DIVESTITURES (0.3); EMAIL TO R. BERRY RE: SAME (0.2); FORMULATE STRATEGY IN PREPARATION FOR TRW HEARING (0.4); REVIEW STATUS OF OPEN ISSUES IN STEERING AND TRW DIVESTITURES (0.5); REVIEW AND COMMENT ON SUSPENSIONS TERM SHEET (1.8); REVIEW AND COMMENT ON REVISIONS TO TRW NOTICES, ORDERS, AND BIDDING PROCEDURES (0.8). |
|---|---|---|---|
| FERN BM | 11/12/07 | 10.60 | REVIEW AND ANALYZE K&E'S COMMENTS TO PROJECT RHODES ORDERS (1.1); EMAILS TO/FROM P. ELLERMAN RE: USAT'S OBJECTION TO TRW SALE MOTION (0.4); EVALUATE ISSUES RE: TIMING OF DIVESTITURES (0.5); REVIEW AND ANALYZE LATEST DRAFTS OF RHODES MSPA (2.6); FORMULATE STRATEGY RE: CLOSURES AND TRW NOTICE ISSUES (0.7); EMAILS TO/FROM R. GISE RE: TRW (0.3); PREPARE FOR (0.4) AND PARTICIPATE IN TELECONFERENCE WITH R. WYNNE AND S. CHO RE: PROJECT RHODES (1.0); ANALYZE ISSUES RAISED BY BUYERS COUNSEL RE: RHODES ORDERS (0.5); REVISE TRW ORDERS AND BIDDING PROCEDURES TO REFLECT AMENDED AGREEMENT (0.8); ANALYZE ISSUES RE: RHODES MSPA (0.4); BEGIN TO DRAFT SUMMARY OF MODIFICATIONS TO TRW APA (1.9). |
| FERN BM | 11/13/07 | 6.50 | EMAIL FROM M. DENSMORE RE: BEARINGS TIMING (0.2); REVIEW EMAILS RE: STATUS OF RHODES TRANSACTION (0.3); REVISE RHODES ORDERS PER K&E COMMENTS (1.3); ANALYZE ISSUES RE: DIVESTITURE ACTIVITY DURING EFFECTIVE PERIOD OF REGISTRATION STATEMENT (0.5); REVIEW AND COMMENT ON POWER PRODUCTS MSPA (0.8); CREATE TIMELINE AND CALENDAR RE: DIVESTITURE DEADLINES (0.6); EMAILS TO/FROM M. SUTTER RE: CLOSURES REAL ESTATE (0.3); FORMULATE STRATEGY RE: RHODES OPEN ISSUES (1.7); FORMULATE STRATEGY RE: TIMING OF VARIOUS DIVESTITURES (0.8). |

**B43E**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 11/14/07 | 14.60 | COMPLETE REVIEW OF POWER PRODUCTS MSPA (0.9); REVIEW AND COMMENT ON INTEVA SIDE LETTER (0.4); TELECONFERENCE WITH M. DENSMORE RE: TIMING OF KETTERING DIVESTITURE (0.3); REVIEW AND FORMULATE STRATEGY RE: RHODES, CLOSURES, TRW, AND APOLLO (0.7); UPDATE TRW ORDER AND BIDDING PROCEDURES (0.4); EMAIL TO R. GISE RE: SAME (0.2); TELECONFERENCE WITH T. DONO RE: STATUS OF PROJECT RHODES (0.8); EMAILS TO/FROM M. FUKUDA RE: CLOSURES SIDE LETTER (0.3); REVIEW FINAL VERSION OF TRW AMENDMENT (0.9); COMPLETE DRAFT OF REPLY RE: TRW BIDDING PROCEDURES HEARING (4.2); ANALYZE ISSUES IN PREPARATION FOR TRW HEARING (0.4); REVIEW AND COMMENT ON SCRIPT FOR TRW HEARING (1.1); REVISE TRW REPLY (3.0); UPDATE TRW ORDER AND BIDDING PROCEDURES (0.4); FORMULATE STRATEGY RE: RHODES ORDERS (0.6). |
| --- | --- | --- | --- |
| FERN BM | 11/15/07 | 7.10 | ANALYZE AND REVISE PROPOSED CHANGES TO RHODES ORDERS (1.4); REVISE TRW REPLY (3.1); ORGANIZE DOCUMENTS IN PREPARATION FOR TRW REPLY (0.5); COMPLETE REVISIONS TO TRW REPLY (0.7); TELECONFERENCE WITH S. CHO RE: RHODES ORDERS (0.2); EMAIL TO R. WYNNE AND S. CHO RE: SAME (0.4); TELECONFERENCE WITH T. DONO RE: RHODES TIMING (0.3); EVALUATE ISSUES RE: CLOSURES ASSUMPTION/ASSIGNMENT NOTICES (0.3); EMAIL TO A. VANDENBERGH AND M. FUKUDA RE: SAME (0.2). |
| FERN BM | 11/16/07 | 7.70 | EMAILS TO/FROM A. VANDENBERGH RE: CLOSURES DATA ROOM (0.3); REVIEW VARIOUS CONTRACTS AND SECURED NECESSARY DATA FROM CLOSURES DATA ROOM (1.2); REVIEW AND REVISE RHODES BIDDING PROCEDURES (0.5) AND EMAIL TO S. CHO RE: SAME (0.2); REVIEW AND COMMENT ON RHODES MOTION (2.1); REVIEW AND COMMENT ON CLOSURES ASSUMPTION AND CURE LISTS (1.7); EVALUATE DATA IN PREPARATION FOR FILING CLOSURES CURE NOTICES (0.9); PREPARE DOCUMENTS IN PREPARATION FOR TRW SALE NOTICE PLEADINGS (0.8). |
| FERN BM | 11/17/07 | 1.00 | REVIEW EMAILS RE: STATUS OF CLOSURES NOTICES (0.4); EMAIL FROM S. CHO RE: RHODES BIDDING PROCEDURES (0.3); EMAILS TO/FROM D. BERBERICH RE: TRW SALE (0.3). |

B43E

| FERN BM | 11/19/07 | 2.90 | REVIEW MATERIALS RE: CLOSURES ASSUMPTION/ASSIGNMENT NOTICES (0.3); EMAILS TO/FROM M. DENSMORE RE: INTERESTED BIDDER FOR BEARINGS (0.3); TELECONFERENCE WITH G. SHAH RE: CLOSURES CURE NOTICES (0.4); ANALYZE ISSUES RE: GE CURE CLAIM FOR CLOSURES/INTERIORS (0.5); EMAIL TO M. FUKUDA AND A. VANDENBERGH RE: SAME (0.3); ORGANIZE AND ASSIGN TASKS FOR VARIOUS DIVESTITURES (0.7); REVIEW AND COMMENT ON RHODES CURE NOTICE (0.4). |
|---------|----------|------|---|
| FERN BM | 11/20/07 | 8.80 | ANALYZE ISSUES RE: CLOSURES CURE NOTICES (0.7); FORMULATE STRATEGY RE: SAME (0.4); COMPILE LIST OF BUYERS FOR VARIOUS DIVESTITURES (0.3); REVIEW AND COMMENT ON SCRIPT FOR TRW SALE HEARING (1.3); REVIEW AND COMMENT N TRW EXHIBIT LIST (0.2); REVIEW TERMS OF CLOSURES MSPA (0.3); UPDATE RHODES BIDDING PROCEDURES (0.5); REVIEW AND COMMENT ON KETTERING APA (2.8); EMAIL TO M. DENSMORE RE: SAME (0.2); REVIEW ISSUES RE: ADEQUATE ASSURANCE UNDER CLOSURES MSPA (0.7); EMAIL TO B. SEIDEL RE: SAME (0.2); TELECONFERENCE WITH T. DONO RE: PROJECT RHODES (0.3); ANALYZE OPEN ISSUES RE: RHODES ORDERS (0.9). |
| FERN BM | 11/21/07 | 4.00 | REVIEW RESEARCH RE: ADEQUATE ASSURANCE OF FUTURE PERFORMANCE (1.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2); TELECONFERENCE WITH B. SAX RE: TRW SALE (0.2); TELECONFERENCE WITH S. BOBO RE: JOHNSON CONTROLS AND CLOSURES (0.2); EMAILS TO/FROM G. SHAH, M. FUKUDA AND D. UNRUE RE: CLOSURES CURE ISSUES (0.5); REVIEW AND COMMENT ON SHEEHAN DECLARATION TO TRW SALE (0.4); TELECONFERENCE WITH J. ABERMAN RE: CLOSURES DEADLINES (0.2); EVALUATE ISSUES RE: OBJECTIONS TO CLOSURES NOTICES (0.5); REVIEW CHANGES TO TRW SALE ORDER (0.3); EMAILS TO/FROM C. GROSSMAN RE: CLOSURES NOTICES OBJECTION DEADLINE (0.3). |
| FERN BM | 11/25/07 | 0.70 | REVIEW AND EVALUATE MULTIPLE EMAILS FROM D. UNRUE RE: SDADS CURE ISSUES FOR CLOSURES SALE (0.4); SUMMARIZE LIST OF PARTIES BEING GIVEN EXTENSION FOR CLOSURES OBJECTION DEADLINE (0.3). |
| FERN BM | 11/26/07 | 3.50 | EVALUATE ISSUES RE: SDADS POS AND CURE AMOUNTS (0.5); EMAIL TO M. FUKUDA AND D. UNRUE RE: SAME (0.3); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES CURE ISSUES (0.3); EMAILS FROM B. SAX RE: UAW ISSUES RELATED TO TRW SALE (0.3); BEGIN TO REVIEW AND COMMENT ON MARK-UP TO BEARINGS MSPA (2.1). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 11/27/07 | 8.00 | REVIEW AND ORGANIZE VARIOUS OBJECTIONS TO CLOSURES SALE (0.6); EVALUATE OPEN ISSUES RE: TRW SALE (0.3); EMAIL TO K. CRAFT AND S. DERAEDT RE: TRW BID DEADLINE (0.2); PREPARE DOCUMENTS IN PREPARATION FOR TRW SALE HEARING (0.9); EMAIL TO B. SEIDEL RE: CLOSURES OBJECTIONS (0.3); EMAIL TO M. FUKUDA, D. UNRUE AND OTHERS RE: CLOSURES NOTICE ISSUES (0.4); REVISE SHEEHAN DECLARATION FOR TRW SALE (0.3); REVIEW AND PREPARE DOCUMENTS IN PREPARATION FOR TRW SALE HEARING (1.2); MULTIPLE EMAILS TO/FROM M. FUKUDA RE: CLOSURES NOTICE ISSUES (0.4); EMAILS TO/FROM S. DANIELS RE: STEERING TIMELINE (0.5); REVISE FEE APPLICATION RIDER RE: DIVESTITURES (0.6); EVALUATE OPEN ISSUES RE: CLOSURES CURE AND ASSUMPTION LISTS (1.4); REVIEW OBJECTIONS FILED IN CONNECTION WITH CLOSURES SALE (0.9). |
| FERN BM | 11/28/07 | 9.80 | REVIEW CURE DATA PROVIDED BY D. UNRUE AND ANALYZED ISSUES RE: SAME (0.7); REVIEW ASSERTED BY CHERRY GMBH OBJECTION (0.2); EMAILS TO/FROM A. VANDENBERGH RE: CHRYSLER (0.2); EMAILS TO/FROM G. SHAH, M. FUKUDA, D. UNRUE RE: CLOSURES NOTICES ISSUES (0.4); REVIEW DRAFT OF TRANSACTION FACILITATION AGREEMENT IN CONNECTION WITH PROJECT RHODES (0.3); EMAIL TO J. SELANDERS RE: CHRYSLER OBJECTION (0.2); TELECONFERENCE WITH M. FUKUDA AND G. SHAH RE: CLOSURES NOTICE ISSUES (0.3); COMPLETE REVIEW OF BEARINGS MSPA (2.0); ADDITIONAL ANALYSIS OF BEARINGS MSPA (0.4); REVIEW AND ORGANIZE DOCUMENTS IN PREPARATION FOR TRW HEARING (0.9); MULTIPLE EMAILS WITH M. FUKUDA, G. SHAH, D. UNRUE AND J. RUHM RE: CLOSURES ASSUMED CONTRACT LIST (0.6); ASSIST COMPANY IN RESOLVING ISSUES RE: CLOSURES NOTICES (1.3); VARIOUS EMAILS WITH A. VANDENBERGH, M. FUKUDA, G. SHAH AND D. UNRUE RE: CLOSURES NOTICING ISSUES (0.5); ADDITIONAL ASSISTANCE TO DELPHI RE: COMPILATION OF CLOSURES NOTICES (1.8). |
| FERN BM | 11/29/07 | 5.70 | EVALUATE ISSUES RE: PAYMENT OF CURES IN DIVESTITURES (0.4); ADDITIONAL REVIEW OF ISSUES AND COLLECTION OF INFORMATION IN PREPARATION FOR FILING AND SERVING CLOSURES NOTICES (4.2); REVIEW AND COMMENT ON CLOSURES SUMMARY OBJECTION CHART (0.8); REVIEW MEMO RE: TRANSACTION FACILITATION AGREEMENT (0.3). |

B43E

| FERN BM | 11/30/07 | 7.90 | EVALUATE ISSUES RE: FILING CLOSURES NOTICES (1.1); REVIEW AND ANALYZE TERMS AND ISSUES RE: PROJECT RHODES AND TRANSACTION FACILITATION AGREEMENT (0.9); TELECONFERENCE WITH M. FUKUDA AND A. VANDENBERGH RE: CLOSURES OBJECTIONS (0.4); EMAIL TO B. SEIDEL RE: CLOSURES NOTICES AND OBJECTIONS (0.3); EMAIL TO J. SELANDER RE: SUPPLEMENTAL CLOSURES NOTICES (0.2); PREPARE FOR (0.5) AND PARTICIPATE IN CONFERENCE CALL WITH S. DANIELS, T. DONO AND B. SHAW RE: PROJECT RHODES (1.4); REVIEW AND COMMENT ON LANGUAGE TO KETTERING MSPA (0.4); BEGIN REVISING PROJECT RHODES MOTION (1.8); ANALYZE ISSUES RE: BEARINGS MSPA (0.5); REVIEW BUYERS COMMENTS TO RHODES ORDERS (0.4). |
|---|---|---|---|
| | | **131.90** | |
| GRANT K | 11/15/07 | 0.30 | TELECONFERENCE WITH S. BERGER RE: DE MINIMIS STOCK SALE AND REVIEWED ORDER RE: SAME (0.3). |
| GRANT K | 11/19/07 | 1.30 | REVIEW CORRESPONDENCE RELATED TO ASHIMORI STOCK SALE AND EMAIL RE: SAME (1.3). |
| GRANT K | 11/20/07 | 1.40 | DRAFT NOTICE FOR SALE OF SHARES OF ASHIMORI (1.1); EMAIL WITH CLIENT RE: SAME (0.3). |
| GRANT K | 11/21/07 | 1.50 | EMAIL WITH S. BURGER (0.2) AND RESEARCH RE: ASHIMORI STOCK SALE (0.9); EMAILS WITH C. COMERFORD RE: SALE OF PROPERTY IN COLUMBUS, OH. (0.4). |
| GRANT K | 11/26/07 | 0.90 | ATTENTION TO FINALIZING AND SERVING NOTICE OF SALE OF DE MINIMIS ASSETS RELATING TO ASHIMORI STOCK (0.7) AND EMAILS WITH S. BERGER RE: SAME (0.2). |
| | | **5.40** | |
| HARDIN AS | 11/28/07 | 5.30 | WORKING GROUP EMAIL EXCHANGE RE: DIVESTITURE OF STEERING BUSINESS (0.3); REVIEW MATERIALS RE: SAME (0.5); (DRAFT MEMO RE: SAME (4.5). |
| HARDIN AS | 11/30/07 | 1.00 | EMAIL EXCHANGE WITH R. MEISLER AND B. FERN RE: AGREEMENT WITH GM RELATED TO DIVESTITURE TRANSACTION (0.7); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.3). |
| | | **6.30** | |
| HOWE EJ | 11/02/07 | 2.70 | REVIEW BEARINGS MSA IN PREPARATION FOR DRAFTING SALE MOTION (2.7). |
| HOWE EJ | 11/05/07 | 8.30 | CONTINUE DRAFTING BEARINGS SALE MOTION AND BID PROCEDURES (8.3). |
| HOWE EJ | 11/06/07 | 6.40 | CONTINUE DRAFTING BEARINGS SALE MOTION, SALE ORDER, AND BIDDING PROCEDURES (6.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOWE EJ | 11/07/07 | 7.60 | CONTINUE DRAFTING SALE MOTION, ORDER, AND BIDDING PROCEDURES RE: BEARINGS SALE (7.6). |
| HOWE EJ | 11/08/07 | 5.20 | CONTINUE DRAFTING SALE PLEADINGS RE: BEARINGS SALE (5.2). |
| HOWE EJ | 11/16/07 | 1.30 | REVIEW BEARINGS SALE MOTION AND NOTICES (1.3). |
| HOWE EJ | 11/27/07 | 1.50 | REVIEW BUYER MARKUP OF BEARINGS MSA (1.5). |
| HOWE EJ | 11/28/07 | 1.90 | REVIEW COMMENTS TO BEARINGS MSA (1.9). |
| | | **34.90** | |
| KAHN MT | 11/14/07 | 2.30 | ANALYZE DIVESTITURE AGREEMENT AND DRAFT TENNECO SALE DOCUMENTS INCLUDING MOTION, ORDER AND NOTICE (2.3). |
| KAHN MT | 11/15/07 | 1.70 | DRAFT AND REVISE TENNECO BIDDING PROCEDURES AND SALE MOTION (1.7). |
| KAHN MT | 11/16/07 | 0.10 | ANALYZE DEAL STATUS UPDATES (0.1). |
| KAHN MT | 11/28/07 | 0.50 | REVISE SALE MOTION, ORDER BIDDING PROCEDURES FOR KETTERING SALE (0.5). |
| KAHN MT | 11/30/07 | 3.80 | PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: COLUMBUS SALE (0.2); CONTINUE TO DRAFT RETENTION DOCUMENTS RE: SAME (3.6). |
| | | **8.40** | |
| KALOUDIS D | 11/01/07 | 6.70 | REVIEW AND REVISE STEERING CURE NOTICE, ASSUMPTION/ASSIGNMENT NOTICE TO PURCHASER, ASSUMPTION/ASSIGNMENT NOTICE TO QUALIFIED BIDDER, AND SALE NOTICE (2.0); REVIEW COMMENTS RECEIVED TO SALE MOTION (0.6); BEGIN INCORPORATING COMMENTS RECEIVED TO STEERING PLEADINGS (3.3); REVIEW EMAIL RE: STEERING CURE (0.1); REVIEW MOTION RE; SAME (0.1); REVIEW THIRD AMENDMENT TO TRW ASSET PURCHASER AGREEMENT (0.4); REVIEW AFFIDAVIT OF SERVICE RE: CLOSURES (0.2). |
| KALOUDIS D | 11/02/07 | 6.20 | REVISE STEERING MOTION RE: WORKFORCE PROVISIONS (1.0); REVIEW AND REVISE STEERING BIDDING PROCEDURES (1.2); REVIEW AND REVISE STEERING BIDDING PROCEDURES ORDER (0.4); REVIEW EMAILS FROM COMPANY RE: STEERING (0.3); CONTINUE TO INCORPORATE COMMENTS RECEIVED TO STEERING SALE PLEADINGS (3.2); REVIEW CLOSURES FINAL ANCILLARY AGREEMENT (0.1). |
| KALOUDIS D | 11/03/07 | 0.50 | REVIEW EMAILS RE: STEERING NOTICE PARTIES (0.5). |

15                                                        B43E

### Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KALOUDIS D | 11/05/07 | 6.40 | REVIEW AND REVISE STEERING NOTICES (ASSUMPTION/ASSIGNMENT TO QUALIFIED BIDDER, SALE NOTICE, ASSUMPTION/ASSIGNMENT TO PURCHASER AND CURE NOTICE) (2.6); REVIEW LISTS OF NOTICE PARTIES RE: STEERING (1.0); TELECONFERENCE WITH K. BAMBAUCH RE: SAME (0.8); ANALYZE ISSUES RE: SAME (0.9); INCORPORATE COMMENTS RECEIVED TO STEERING NOTICES (1.1). |
| KALOUDIS D | 11/06/07 | 2.90 | TELECONFERENCE WITH P.O'HEARN RE: MERCEDES (0.4); EMAIL TO B. FERN RE: SAME (0.1); REVIEW CORRESPONDENCE FROM COMPANY RE: STEERING NOTICE PARTIES (0.3); REVIEW UPDATED NOTICE INFORMATION (1.2); REVISE STEERING SALE MOTION RE: BACKGROUND SECTION (0.4); REVIEW REVISED STEERING ASSET PURCHASE AGREEMENT (0.5). |
| KALOUDIS D | 11/07/07 | 3.50 | CONFER WITH B. FRIAN RE: STATUS OF DIVESTITURES (0.4); REVISE TRW BIDDING PROCEDURES HEARING SCRIPT (1.0); SEND SAME FOR REVIEW (0.1); REVIEW NEW INFORMATION RE: STEERING NOTICE PARTIES (0.2); REVIEW CLOSURES PUBLICATION ISSUES (0.3); EMAIL TO A. DECHOW RE: CLOSURES PUBLICATION NOTICE (0.2); INCORPORATE COMMENTS TO TRW BIDDING PROCEDURES SCRIPT (0.5); REVIEW AND ANALYZE CLOSURES TIMING ISSUES (0.5); TELECONFERENCE WITH KCC RE: NOTICE ISSUES - STEERING AND CLOSURES (0.3). |
| KALOUDIS D | 11/08/07 | 3.70 | REVISE STEERING PLEADINGS (SALE MOTION AND ALL NOTICES) (2.5); ATTENTION TO STEERING NOTICE PARTY ISSUES (0.6); FINALIZE TRW BIDDING PROCEDURES SCRIPT FOR 11/16 HEARING (0.3); SEND SAME TO TEAM (0.1); REVIEW REVISED AMENDMENT TO TRW APA (0.2). |
| KALOUDIS D | 11/09/07 | 6.10 | REVIEW AND REVISE TRW PLEADINGS (BIDDING PROCEDURES ORDER, BIDDING PROCEDURES, AND SALE ORDER) (2.0); ANALYZE OUTSTANDING ISSUES RE: TRW BIDDING PROCEDURES HEARING (0.4); REVIEW AND REVISE STEERING SALE PLEADINGS (SALE MOTION AND NOTICES) (2.8); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES AND MERCEDES CONTRACTS (0.2); REVIEW CLOSURES APA RE: SAME (0.2); EMAIL TO DELPHI RE: CLOSURES NOTICE PARTIES FOR CURE NOTICE (0.2); ATTENTION TO CLOSURES CURE NOTICES (0.3). |
| KALOUDIS D | 11/12/07 | 3.10 | REVIEW CONTRACT LISTS RE: CLOSURES CURE NOTICES AND ASSUMPTION/ASSIGNMENT NOTICES (1.6); EMAIL TO KCC RE: CLOSURES NOTICES OF ASSUMPTION (0.6); REVIEW STEERING NOTICE PARTIES (0.4); DRAFT EMAIL TO COUNSEL FOR MERCEDES RE: CONTRACTS (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D        11/13/07        0.30    EMAIL TO P. OHEARN RE: MERCEDES AND
                                          CLOSURES (0.3).

KALOUDIS D        11/14/07        8.30    ANALYZE OUTSTANDING ISSUES RE:
                                          DIVESTITURES (0.2); REVIEW APA POWER
                                          PRODUCTS (1.1); REVISE TRW SCRIPT
                                          (1.2); REVISE J. SHEEHAN DECLARATION IN
                                          SUPPORT OF TRW BIDDING PROCEDURES
                                          (0.4); REVISE EXHIBIT LIST (0.4); EMAIL
                                          TO TEAM RE: SAME (0.2); TELECONFERENCE
                                          WITH KCC RE: TRW RESPONSE, BIDDING
                                          PROCEDURES ORDER AND STEERING MOTION
                                          (0.2); EMAIL TO KCC TRW RESPONSE (0.2);
                                          FURTHER REVISE TRW BIDDING PROCEDURES
                                          HEARING SCRIPT (0.4); PREPARE BIDDING
                                          PROCEDURES HEARING BINDERS (0.2); EMAIL
                                          TO KCC RE: CLOSURES CURE NOTICES (0.5);
                                          REVIEW CURE NOTICES (1.1); REVIEW CURE
                                          NOTICE CURE LIST (0.5); REVIEW DRAFTS
                                          TRW RESPONSE OF SUMMARY OF DEBTORS
                                          MODIFICATIONS (0.5); DRAFT LIST OF
                                          OUTSTANDING DIVESTITURE ISSUES (0.3);
                                          REVIEW COMMENTS TO J. SHEEHAN
                                          DECLARATION IN SUPPORT OF TRW BIDDING
                                          PROCEDURES (0.2); FURTHER REVISE
                                          STEERING SALE MOTION (0.7).

KALOUDIS D        11/15/07        9.40    EMAIL TO K. CRAFT RE: J. SHEEHAN
                                          DECLARATION IN SUPPORT OF TRW BIDDING
                                          PROCEDURES (0.1); TELECONFERENCE WITH
                                          S.DEREAT RE: CANADA (0.1); EMAIL TO
                                          DELPHI TAX GROUP RE: TRW CANADA ISSUES
                                          (0.2); FOLLOW UP TELECONFERENCE WITH S.
                                          DEREAT RE: SAME (0.2); ATTENTION TO TRW
                                          BIDDING PROCEDURES HEARING EXHIBITS
                                          (0.8); FURTHER REVISE TRW BIDDING
                                          PROCEDURES HEARING SCRIPT (0.5);
                                          INCORPORATE COMMENTS RECEIVED TO J.
                                          SHEEHAN DECLARATION IN SUPPORT OF TRW
                                          BIDDING PROCEDURES (0.4); DRAFT
                                          CALENDAR OF KEY DATES RE: TRW (0.2);
                                          EMAIL TO KCC RE: TRW REPLY (0.2);
                                          TELECONFERENCE WITH KCC RE: TRW SALE
                                          PLEADINGS (0.2); ATTENTION TO SERVICE
                                          OF TRW SALE PACKAGE (SALE MOTION,
                                          BIDDING PROCEDURES ORDER, AMENDMENT)
                                          (1.8); TELECONFERENCE WITH A. DECHOW
                                          RE: TRW PUBLICATION OF NOTICE IN VARIOUS
                                          PUBLICATIONS (0.2); FOLLOW UP EMAIL TO
                                          A. DECHOW RE: SAME (0.1); ATTENTION TO
                                          REVISED DOCUMENTS FOR TRW HEARING
                                          EXHIBITS (0.5); REVIEW FINAL TRW
                                          RESPONSE OF SUMMARY OF MODIFICATIONS
                                          (0.3); FOLLOW UP ON SERVICE OF RESPONSE
                                          (0.3); TELECONFERENCE WITH B. JACKSON
                                          RE: TRW PUBLICATION NOTICE (0.2);
                                          FOLLOW UP WITH KCC RE: TRW NOTICE (0.5);
                                          TELECONFERENCE WITH KCC RE: CLOSURES
                                          CURE NOTICES AND ASSUMPTION/ASSIGNMENT
                                          NOTICES (0.3); BEGIN REVIEW OF CLOSURES
                                          NOTICES OF ASSUMPTION/ASSIGNMENT
                                          (2.0); FOLLOW UP ON FINAL BIDDING
                                          PROCEDURES HEARING ISSUES (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          11/16/07       12.40     COMPARE TRW BIDDING PROCEDURES ORDER
                                             ENTERED AGAINST ORDER SUBMITTED (0.6);
                                             REVIEW DRAFT OF CLOSURES CURE NOTICES
                                             AND ASSUMPTION NOTICES (3.1);
                                             TELECONFERENCE WITH KCC RE: SAME (0.1);
                                             PROVIDE COMMENTS RE: CLOSURES CURE
                                             NOTICES/ASSUMPTION/ASSIGNMENT NOTICES
                                             (0.3); ANALYZE OUTSTANDING MOTION ISSUE
                                             RE: STEERING SALE MOTION (0.2); DRAFT
                                             E-MAIL TO DELPHI RE: BIDDING PROCEDURES
                                             ORDER (0.2); DRAFT E-MAIL TO DELPHI RE:
                                             TRW BIDDING PROCEDURES ORDER NOTICE OF
                                             PUBLICABLITION (0.2); CONFER WITH KCC
                                             RE: SERVICE OF TRW SALE PACKAGE (MOTION,
                                             AGREEMENTS, ORDERS) (0.5); REVIEW AND
                                             FINALIZE CLOSURES CURE NOTICES AND
                                             ASSUMPTION/ASSIGNMENT NOTICES (3.3);
                                             ANALYZE SERVICE ISSUES RE: CLOSURES
                                             CURE NOTICES AND ASSUMPTION/ASSIGNMENT
                                             NOTICES (0.8); UPDATE DIVESTITURE
                                             ISSUES LIST (0.3); REVIEW POWER
                                             PRODUCTS BACKGROUND (0.5); BEGIN
                                             DRAFTING POWER PRODUCTS SALE PLEADINGS
                                             (MOTION, SALE ORDER, BIDDING PROCEDURES
                                             ORDER, AND NOTICES) (1.6); DRAFT E-MAIL
                                             TO P. OHEARN RE: CLOSURES CURE NOTICES
                                             AND ASSUMPTION/ASSIGNMENT NOTICES
                                             (0.1); DRAFT E-MAIL TO COUNSEL FOR
                                             PURCHASER RE: CLOSURES CURE NOTICES AND
                                             ASSUMPTION/ASSIGNMENT NOTICES (0.1);
                                             DRAFT E-MAIL TO M.FUKUDA RE: CLOSURES
                                             CURE NOTICES AND ASSUMPTION/ASSIGNMENT
                                             NOTICES(0.1); REVIEW AND REVISE SALE
                                             MOTION RE: STEERING BUSINESS (0.4).

B43E

KALOUDIS D        11/19/07      9.40   DRAFT EMAIL TO KCC RE: CLOSURES CURE
                                       NOTICES AND ASSUMPTION/ASSIGNMENT
                                       NOTICES (0.4); TELECONFERENCE WITH A.
                                       DECHOW RE: TRW NOTICE OF PUBLICATION
                                       (0.1); FOLLOW UP RE: NOTICE OF
                                       PUBLICATION (0.4); REVIEW TRW EXHIBIT
                                       LIST/UAW REQUEST (0.1); TELECONFERENCE
                                       WITH K.CRAFT RE: SAME (0.1); EMAIL TO K.
                                       CRAFT RE: TRW EXHIBIT LIST/UAW'S
                                       REQUEST (0.1); TELECONFERENCE WITH R.
                                       GUISE RE: TRW EXHIBIT LIST/UAW REQUEST
                                       (0.1); REVIEW AND COMPILE DOCUMENTS IN
                                       RESPONSE TO UAW REQUEST RE: TRW (1.0);
                                       FURTHER REVISE SALE MOTION RE: STEERING
                                       BUSINESS (0.5); TELECONFERENCE WITH D.
                                       DRAGICH RE: CLOSURES CURE NOTICES AND
                                       ASSUMPTION/ASSIGNMENT NOTICES (0.2);
                                       REVIEW NOTICES RE: SAME (0.2); REVIEW
                                       TRW BIDDING PROCEDURES ORDER (0.2);
                                       FOLLOW UP TELECONFERENCE WITH D.
                                       DRAGICH RE: CLOSURES CURE NOTICES AND
                                       ASSUMPTION/ASSIGNMENT NOTICES (0.2);
                                       ANALYZE ISSUES RE: SAME (0.2); DRAFT
                                       EMAIL TO COMPANY RE: D. DRAGICH REQUEST
                                       (0.2); TELECONFERENCE WITH B. DUNCOUMB
                                       RE: STEERING BREAK UP FEE (0.2); ANALYZE
                                       ISSUES RE: SAME (0.2); DRAFT TRW SALE
                                       HEARING SCRIPT (2.8); ATTENTION TO
                                       CATALYST AUCTION ISSUE (0.2); DRAFT TRW
                                       SALE HEARING EXHIBIT LIST (0.6); REVIEW
                                       AND REVISE J.SHEEHAN'S DECLARATION IN
                                       SUPPORT OF TRW SALE HEARING (0.7);
                                       REVIEW AND REVISE CURE NOTICE RE:
                                       STEERING BUSINESS (0.7).

KALOUDIS D        11/20/07      8.80   INCORPORATE COMMENTS TO TRW SALE
                                       HEARING SCRIPT (0.9); FINALIZE DRAFT
                                       DECLARATION OF J. SHEEHAN IN SUPPORT OF
                                       TRW SALE HEARING (1.1); REVIEW AND
                                       REVISE TRW EXHIBIT LIST (0.6); REVIEW
                                       E-MAIL FROM K.CRAFT RE: CLOSURES
                                       CONTRACT (0.1); ATTENTION TO CLOSURES
                                       SUPPLEMENTAL CURE NOTICE AND
                                       ASSUMPTION/ASSIGNMENT NOTICES (2.8);
                                       REVISE CLOSURES PRE-PETITION CONTRACT
                                       LIST (1.7); TELECONFERENCE WITH KCC RE:
                                       SAME (0.2); FOLLOW UP TELECONFERENCE
                                       WITH B. DUNCOUMB RE: STEERING BREAK UP
                                       FEE (0.2); REVIEW RESEARCH RE: SAME
                                       (0.2); REVIEW TRW SALE PACKAGE
                                       AFFIDAVIT OF SERVICE (0.2); REVIEW
                                       AFFIDAVIT OF SERVICE FOR CLOSURES CURE
                                       NOTICES AND ASSUMPTION/ASSIGNMENT
                                       NOTICES (0.2); SEND EMAIL TO KCC RE:
                                       SAME (0.1); TELECONFERENCE WITH COUNSEL
                                       FOR PIEKER (0.1); REVIEW PIEKER NOTICE
                                       OF ASSUMPTION (0.3); REVIEW EMAIL RE:
                                       PIEKER (0.1).

| KALOUDIS D | 11/21/07 | 7.00 | DRAFT EMAIL CORRESPONDENCE TO M.FUKUDA RE: PIEKER (0.2); TELECONFERENCE WITH COUNSEL FOR DECATUR PLASTICS (0.1); REVIEW E-MAIL RE: SAME (0.1); ATTENTION TO UAW EXTENSION (0.2); ANALYZE ISSUE RE: MERCEDES CONTRACTS (0.1); FOLLOW UP TELECONFERENCE WITH DECATUR'S COUNSEL RE: CLOSURES OBJECTION (0.1); ATTENTION TO MERCEDES OBJECTION RE: CLOSURES (0.2); REVIEW OBJECTIONS TO CLOSURES CURE NOTICES AND ASSUMPTION/ASSIGNMENT NOTICES (0.9); REVIEW DOCKET RE: SAME (0.4); BEGIN DRAFTING CLOSURES OBJECTION CHART (1.0); REVIEW AND REVISE TRW SALE HEARING DECLARATION (0.3); REVIEW AND REVISE TRW SALE HEARING EXHIBIT LIST (0.3); REVIEW AND REVISE TRW SALE APPROVAL ORDER (0.3); SUBMIT TRW HEARING MATERIALS (0.3); REVIEW AND ANALYZE BREAK UP FEE ISSUE RE: STEERING (0.5); INCORPORATE COMMENTS AND FURTHER REVISE TRW SALE APPROVAL ORDER (0.3); TELECONFERENCE WITH T. JACKSON RE: CLOSURES NOTICES (0.2); TELECONFERENCE WITH KCC RE: SUPPLEMENTAL CURE NOTICES (0.1); UPDATE DIVESTITURE ISSUE LIST (0.3); REVIEW CLOSURES SUPPLEMENTAL CURE NOTICES (0.6); REVIEW CURE INFORMATION FROM D. UNRUE RE: CLOSURES CURE NOTICES (0.3); SEND SAME TO KCC RE: SUPPLEMENTAL CURE NOTICES (0.2). |
|---|---|---|---|
| KALOUDIS D | 11/26/07 | 7.70 | REVIEW EMAIL FROM COUNSEL FOR MERCEDES RE: CLOSURES (0.2); ANALYZE CLOSURES BID DEADLINE AND NOTICES OF ASSUMPTION FOR QUALIFIED BIDDER (0.2); REVIEW EMAIL FROM COMPANY RE: CONTRACTS (0.2); SEND EMAIL TO A. DECHOW RE: TRW/CLOSURES NOTICE OF SALE (0.2); CONTINUE TO REVIEW SUPPLEMENTAL CURE NOTICES RE: CLOSURES (2.5); TELECONFERENCE WITH KCC RE: SUPPLEMENTAL CURE NOTICE (0.3); PROVIDE COMMENTS TO SAME (0.3); REVIEW STEERING NOTICE PARTIES (0.5); TELECONFERENCE WITH TO K. BAMABACH RE: SAME (0.2); REVIEW EMAIL FROM COMPANY RE: STEERING NOTICES (0.5); REVIEW NOTICES OF PUBLICATION RE: TRW AND CLOSURES (0.3); REVIEW OBJECTIONS TO CLOSURES (0.6); REVIEW EMAIL RE: UAW (0.2); BEGIN TO DRAFT CHART OF OBJECTIONS (0.4); FURTHER REVIEW AND REVISE SUPPLEMENTAL CURE NOTICES (1.1). |

```
KALOUDIS D        11/27/07     10.40   SEND DRAFT TRW DECLARATION TO K. CRAFT
                                       (0.2); TELECONFERENCE WITH B. DUNCOUMB
                                       RE: STEERING RESEARCH (0.2); REVIEW
                                       TABLE OF ANALYSIS OF BREAK UP FEES IN 2ND
                                       CIRCUIT (1.3); REVISE TRW SALE HEARING
                                       EXHIBIT LIST (0.3); EMAIL FROM COMPANY
                                       RE: CLOSURES CONTRACTS (0.1):
                                       TELECONFERENCE WITH J. GANSBURG RE:
                                       CATALYST CONTRACT (0.1); REVIEW
                                       CATALYST LETTER OF ASSUMPTION FROM SAME
                                       (0.1); EMAIL TO A. DECHOW RE: TRW (0.1);
                                       EMAIL TO PUBLICATION AGENT RE: TRW
                                       (0.2); FOLLOW UP TELECONFERENCE TO
                                       PUBLICATION AGENT RE: TRW (0.1);
                                       ATTENTION TO AFFIDAVIT OF PUBLICATION
                                       (0.7); FURTHER REVISE TRW SALE HEARING
                                       SCRIPT (0.3); INCORPORATE COMMENTS TO
                                       TRW SALE HEARING SCRIPT (0.1); FOLLOW UP
                                       ON TRW EXHIBITS FOR SALE HEARING (0.4);
                                       TELECONFERENCE WITH T. JACKSON RE:
                                       CLOSURES SALE (0.1); REVIEW EMAIL FROM
                                       COMPANY RE: PIEKER (0.1); ANALYZE
                                       STEERING TIMELINE ISSUES (0.2); FOLLOW
                                       UP ON STEERING NOTICE PARTY ISSUES
                                       (0.1); TELECONFERENCE WITH M. FUKUDA
                                       RE: GE (0.1); TELECONFERENCE WITH P.
                                       BOND AND S. NEIMAN RE: SUPPLEMENTAL
                                       CLOSURES NOTICE OF ASSUMPTION (0.2);
                                       FOLLOW UP CALL WITH M. FUKUDA RE: GE SABI
                                       (0.2): TELECONFERENCE WITH KCC RE:
                                       SUPPLEMENTAL CLOSURES NOTICE OF
                                       ASSUMPTION (0.2); REVIEW ISSUES RE:
                                       SUPPLEMENTAL CLOSURES NOTICE OF
                                       ASSUMPTION (0.5); REVIEW GE CONTRACTS
                                       (0.2); CONTINUE TO DRAFT CHART OF
                                       OBJECTIONS RE: CLOSURES NOTICE OF
                                       ASSUMPTION/ASSIGNMENT AND CURE NOTICES
                                       (2.1); REVIEW TRW DECLARATION (0.1);
                                       ANALYZE CORRESPONDENCE FROM COMPANY RE:
                                       CLOSURES CONTRACTS (0.1); REVIEW FOLLOW
                                       UP INFORMATION RE: TRW NOTICE OF SALE
                                       (0.3); REVIEW EMAIL FROM D. UNRUE RE:
                                       CLOSURES CURE ISSUES (0.2); REVIEW
                                       RESEARCH RE: BREAK UP FEE AND STEERING
                                       (1.5).
```

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KALOUDIS D | 11/28/07 | 10.20 | ANALYZE CHERRY OBJECTION TO CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT (0.2); ATTENTION TO SUPPLEMENTAL (1.6); TELECONFERENCE WITH COMPANY RE: CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT (0.6); TELECONFERENCE WITH J. RUHM (0.6); FOLLOW UP ON TRW EXHIBITS FOR SALE HEARING (0.1); FOLLOW UP ON TRW PUBLICATION OF NOTICE OF SALE (0.3); REVIEW NEW LIST OF CONTRACTS RE: CLOSURES SUPPLEMENTAL NOTICE OF ASSUMPTION/ASSIGNMENT (3.7); EMAIL TO COMPANY RE: STATUS OF CLOSURES (0.4); ANALYZE SDS/KDAS CONTRACTS (0.5); CONTINUE TO REVIEW AND REVISE DRAFTS OF SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT (1.8); FOLLOW UP CALLS WITH KCC RE: NOTICES (0.4). |
| KALOUDIS D | 11/29/07 | 11.10 | TELECONFERENCE WITH COMPANY RE: OUTSTANDING ISSUES FOR SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (0.3); TELECONFERENCE WITH KCC RE: OUTSTANDING ISSUES FOR SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (0.7); TELECONFERENCE WITH M. FUKUDA RE: OUTSTANDING ISSUES FOR SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (0.1); TELECONFERENCE WITH S. NEIMAN RE: OUTSTANDING ISSUES FOR SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (0.2);  TELECONFERENCE WITH CURE TEAM RE: OUTSTANDING ISSUES FOR SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (0.3); TELECONFERENCE WITH P. BOND RE: OUTSTANDING ISSUES FOR SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (0.3); REVIEW AND REVISE SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (3.3); REVIEW CORRESPONDENCE FROM COMPANY RE: CLOSURES (2.3); REVISE CHART SUMMARY OF CLOSURES OBJECTIONS (1.5); INCORPORATE COMMENTS TO SAME (0.6); REVIEW EMAIL CORRESPONDENCE RE: OBJECTION CHART (0.1); FOLLOW UP CALLS WITH KCC RE: SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (0.6); FINALIZE SUPPLEMENTAL NOTICES FOR FILING (0.5); FOLLOW UP ON ISSUES RE: FILING OF NOTICES (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KALOUDIS D | 11/30/07 | 8.80 | FOLLOW UP ON OUTSTANDING ISSUES FOR SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (2.3); EMAIL SUPPLEMENTAL CLOSURES NOTICE OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES TO OBJECTORS (1.1); REVIEW AND REVISE STEERING PLEADINGS (4.3); FOLLOW UP WITH B. DUNCOUMB RE: STEERING BREAK UP FEE RESEARCH (0.5); REVIEW RESEARCH AND PROPOSED LANGUAGE (0.6). |
| | | 142.90 | |
| MURPHY M* | 11/02/07 | 2.70 | REVIEW DOCUMENTS AND PREPARE FOR MEETING (2.7). |
| MURPHY M* | 11/04/07 | 1.90 | PREPARE DOCUMENTS RE: SALE OF DIVISION OF COMPANY (1.9). |
| MURPHY M* | 11/05/07 | 6.30 | PREPARE DOCUMENTS RE: SALE OF DIVISION OF COMPANY (6.3). |
| MURPHY M* | 11/06/07 | 1.00 | CREATE NOTICE DOCUMENTS FOR SALE OF DIVISION OF COMPANY (0.7); DRAFT BIDDING PROCEDURES ORDER FOR SALE OF DIVISION OF COMPANY (0.3). |
| MURPHY M* | 11/07/07 | 1.50 | DRAFT BIDDING PROCEDURES ORDER FOR SALE OF DIVISION OF COMPANY (1.5). |
| MURPHY M* | 11/08/07 | 1.80 | REVIEW NOTICE DOCUMENTS RELATED TO SALE OF DIVISION OF COMPANY (1.8). |
| | | 15.20 | |
| PERL MW | 11/15/07 | 1.10 | REVIEW MATERIALS IN CONNECTION WITH TRW HEARING AND PROVIDE GUIDANCE RE: SAME (0.6); REVIEW SCRIPT AND RECEIVE UPDATE RE: TRANSACTION (0.3); ATTENTION TO DECLARATION (0.2). |
| PERL MW | 11/16/07 | 0.50 | REVIEW VARIOUS TRW DOCUMENTS PREPARED FOR OMNIBUS HEARING (0.2); FINAL REVIEW OF TRW MATERIALS AND OTHER RELATED HEARING DOCUMENTS (0.3). |
| | | 1.60 | |
| **Total Associate/Law Clark** | | **360.50** | |
| CHAVALI A | 11/28/07 | 3.50 | LOCATE STEERING SALE AGREEMENT (1.3); UPDATE TRW EXHIBIT BINDERS (2.2). |
| | | 3.50 | |
| DEMMA J | 11/15/07 | 2.20 | PREPARE/FILE TRW REPLY (0.6); UPDATE TRW SPECIAL PARTY SERVICE LIST (1.6). |
| | | 2.20 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FIGUEROA T | 11/15/07 | 10.30 | GATHER DOCUMENTS AND ASSEMBLE TRW EXHIBIT BINDER (5.7); PREPARE REDWELD OF ALL TRW EXHIBITS (3.3); PRINT AND PREPARE TRW REPLY AND DISTRIBUTE TO DELPHI ATTORNEY TEAM (0.7); PREPARE PACKAGE OF REPLIES TO DELIVER TO CHAMBERS (0.6). |
| | | 10.30 | |
| SHRAGO R | 11/16/07 | 1.10 | FILE NOTICES (1.1). |
| SHRAGO R | 11/19/07 | 0.50 | ASSEMBLE TRW EXHIBITS (0.5). |
| SHRAGO R | 11/30/07 | 1.20 | PREPARE NOTICES FOR FILING (0.4); FILE NOTICES OF CURE AMOUNT AND ASSUMPTION AND/OR ASSIGNMENT (0.8). |
| | | 2.80 | |
| **Total Legal Assistant** | | **18.80** | |
| ~~ROMAN JJ~~ | ~~11/07/07~~ | ~~2.10~~ | ~~CONTINUE WORK RE: ORGANIZATION OF HEARING MATERIALS WITH EXHIBITS (2.1).~~ |
| ~~ROMAN JJ~~ | ~~11/28/07~~ | ~~1.60~~ | ~~ASSIST WITH PREPARATION AND DELIVERY OF HEARING MATERIALS RE: SAGINAW CHASSIS BUSINESS SALE (1.6).~~ |
| | | ~~3.70~~ | |
| ~~Total Legal Assistant Support~~ | | ~~3.70~~ | |
| **TOTAL TIME** | | **417.70** | |

\* Law clerks are law school graduates who are not presently admitted
to practice.

.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**
**Asset Dispositions (General)**

**Bill Date: 01/10/08**
**Bill Number: 1206100**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 08/07/07 | Lyons JK | -501.71 |
| Air/Rail Travel - vendor feed | 11/27/07 | Fern BM | 1,146.78 |
| Air/Rail Travel - vendor feed | 11/27/07 | Fern BM | -6.57 |
| Air/Rail Travel - vendor feed | 11/30/07 | Fern BM | 560.89 |
| Air/Rail Travel - vendor feed | 11/30/07 | Fern BM | 704.81 |
| Air/Rail Travel - vendor feed | 11/30/07 | Meisler RE | 704.80 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,609.00** |
| In-house Reproduction | 10/16/07 | Copy Center, D | 19.74 |
| In-house Reproduction | 11/02/07 | Copy Center, D | 10.23 |
| In-house Reproduction | 11/06/07 | Copy Center, D | 0.51 |
| In-house Reproduction | 11/06/07 | Copy Center, D | 4.01 |
| In-house Reproduction | 11/16/07 | Copy Center, D | 0.20 |
| In-house Reproduction | 11/20/07 | Copy Center, D | 5.30 |
| In-house Reproduction | 11/23/07 | Copy Center, D | 4.41 |
| In-house Reproduction | 11/30/07 | Copy Center, D | 43.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$88.00** |
| Lexis/Nexis | 11/21/07 | Fern BM | 37.00 |
| | | **TOTAL LEXIS/NEXIS** | **$37.00** |
| Westlaw | 11/19/07 | Duncomb BM | 135.05 |
| Westlaw | 11/20/07 | Duncomb BM | 242.80 |
| Westlaw | 11/21/07 | Fern BM | 4.58 |
| Westlaw | 11/21/07 | Duncomb BM | 4.58 |
| Westlaw | 11/21/07 | Grant K | 66.99 |
| | | **TOTAL WESTLAW** | **$454.00** |
| Vendor Hosted Teleconferencing | 10/07/07 | Teleconferencing Services, LLC | 0.42 |
| Vendor Hosted Teleconferencing | 10/07/07 | Teleconferencing Services, LLC | 0.12 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 10/10/07 | Teleconferencing Services, LLC | 7.35 |
| Vendor Hosted Telecon-ferencing | 10/14/07 | Teleconferencing Services, LLC | 0.30 |
| Vendor Hosted Telecon-ferencing | 10/15/07 | Teleconferencing Services, LLC | 5.37 |
| Vendor Hosted Telecon-ferencing | 10/15/07 | Teleconferencing Services, LLC | 7.77 |
| Vendor Hosted Telecon-ferencing | 11/12/07 | Teleconferencing Services, LLC | 10.67 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$32.00** |
| Air/Rail Travel (external) | 10/24/07 | Kaloudis D | 135.06 |
| Air/Rail Travel (external) | 10/24/07 | Kaloudis D | 378.94 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$514.00** |
| Out-of-Town Travel | 10/25/07 | Kaloudis D | 50.00 |
| Out-of-Town Travel | 11/27/07 | Fern BM | 32.00 |
| Out-of-Town Travel | 11/30/07 | Fern BM | 37.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$119.00** |
| Messengers/ Courier | 11/07/07 | OSMIO | 32.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| Out-of-Town Meals | 10/21/07 | Kaloudis D | 17.65 |
| Out-of-Town Meals | 10/23/07 | Kaloudis D | 20.86 |
| Out-of-Town Meals | 10/25/07 | Kaloudis D | 25.00 |
| Out-of-Town Meals | 11/13/07 | Meisler RE | 11.87 |
| Out-of-Town Meals | 11/28/07 | Fern BM | 24.62 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$100.00** |
| Outside Re-search/Internet Services | 11/30/07 | Parcels Inc. | 55.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$55.00** |
| Print Images to Paper (from Electronic Media) | 11/14/07 | Copy Center, D | 8.12 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/15/07 | Copy Center, D | 16.88 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$25.00** |
| Internal Catering-NY | 11/30/07 | Kitchen Dept. | -361.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$-361.00** |
| | | **TOTAL MATTER** | **$3,704.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**
**Asset Dispositions (General)**

**Bill Date: 01/31/08**
**Bill Number: 1208196**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUTLER, JR. J | 12/11/07 | 0.30 | FOLLOW-UP ON STEERING BIDDING PROCEDURES PLEADINGS INCLUDING EMAILS FROM/TO S. CORCORAN (0.3). |
| BUTLER, JR. J | 12/13/07 | 1.30 | REVIEW AND EVALUATE OBJECTIONS TO CLOSURES SALE AND NEXT STEPS (0.9); CONSIDER AND EVALUATE STEERING ALTERNATIVE BIDDER MATTERS (0.4). |
| BUTLER, JR. J | 12/14/07 | 1.10 | CONTINUE TO REVIEW AND EVALUATE OBJECTIONS TO CLOSURES SALE AND NEXT STEPS (0.8); PREPARE FOR AND PRATICIPATE IN WORKING GROUP MEETING RE SAME (0.3). |
| BUTLER, JR. J | 12/16/07 | 0.60 | CONTINUE TO FOLLOW-UP ON CLOSURES AND STEERING DISPOSITION MATTERS (0.6). |
| BUTLER, JR. J | 12/17/07 | 0.90 | CONTINUE TO FOLLOW-UP ON CLOSURES AND STEERING DISPOSITION MATTERS INCLUDING REVIEW OF SUN CAPITAL OBJECTION TO STEERING SALE (0.4); EMAILS FROM/TO S. DANIELS AND B. SHAW RE SAME (0.2); REVIEW SUPPLEMENTAL NOTICES FOR CLOSURES TRANSACTION (0.3). |
| BUTLER, JR. J | 12/18/07 | 0.70 | CONTINUE TO FOLLOW-UP ON STEERING DISPOSITION MATTERS INCLUDING REVIEW OF SUN CAPITAL MATTERS (0.4) AND EMAILS AND TELECONFERENCES WITH S. CORCORAN, S. DANIELS AND T. DONO RE SAME (0.3). |
| BUTLER, JR. J | 12/19/07 | 1.40 | CONTINUE TO PREPARE FOR DECEMBER 20TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: CLOSURES SALE HEARING AND STEERING BIDDING PROCEDURES HEARING INCLUDING STRATEGY UPDATE TELECONFERENCE WITH R. O'NEAL, J. BERTRAND, J. SHEEHAN, S. CORCORAN ET. AL. (0.4), REVIEW DRAFT REPLIES TO CLOSURES AND STEERING DIVESTITURE MOTIONS (0.3), ATTEND CLIENT PREPARATION SESSION IN NEW YORK CITY WITH J. SHEEHAN, T. DONO, A. VANDENBERG, S. CORCORAN, K. CRAFT, B. SHAW ET. AL. (0.7). |
| BUTLER, JR. J | 12/20/07 | 0.60 | PREPARE FOR (0.4) AND ATTEND (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: STEERING BIDDING PROCEDURES HEARING. |
| | | **6.90** | |
| HIESTAND NL | 12/21/07 | 1.50 | REVIEW MATTERS, INCLUDING AUCTION ISSUES (1.5). |
| | | **1.50** | |

5

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 12/27/07 | 2.20 | REVIEW MAE LETTER AND WORK ON DRAFT OF SAME, AND ISSUES SURROUNDING SALES TRANSACTION INTEVA LETTER (2.2). |
| HOGAN III AL | 12/28/07 | 2.00 | CONFERENCE WITH WORKING GROUP ON INTEVA MAE ISSUE, AND EDIT DRAFT LETTER IN CONNECTION WITH SAME (2.0). |
| | | **4.20** | |
| LYONS JK | 12/06/07 | 2.40 | REVIEW AND CONFERENCES RE: STEERING TRANSACTION INCLUDING TRANSACTION FACILITATION AGREEMENT (2.4). |
| LYONS JK | 12/07/07 | 3.40 | REVIEW OF STEERING PLEADINGS, STRATEGIES AND OTHER FOLLOW UP MATTERS (3.4). |
| LYONS JK | 12/08/07 | 2.30 | PREPARATION FOR AND CONFERENCE RE: STEERING ISSUES AND OTHER MATTERS (2.3). |
| | | **8.10** | |
| MARAFIOTI KA | 12/09/07 | 3.10 | REVIEW AND REVISE MOTION FOR BIDDING PROCEDURES IN CONNECTION WITH SALE, AND SALE OF STEERING BUSINESS (2.0), PROPOSED BIDDING PROCEDURES ORDER (0.4), AND PROPOSED SALE ORDER (0.7). |
| MARAFIOTI KA | 12/10/07 | 1.90 | WORK ON FINALIZING STEERING BUSINESS PLEADINGS; PROCEDURES (0.9), NOTICE OF SALE AT AUCTION (0.1), NOTICE OF CURE (0.1), NOTICES OF ASSUMPTION & ASSIGNMENT TO BUYERS (0.2) AND QUALIFIED BIDDERS (0.2), MOTION (0.3), AND ORDER (0.1). |
| MARAFIOTI KA | 12/18/07 | 1.00 | WORK ON REPLY IN SUPPORT OF INTERIORS AND CLOSURES SALE MOTION (1.0). |
| MARAFIOTI KA | 12/19/07 | 3.30 | RESEARCH ISSUES IN CONNECTION WITH STEERING MOTION (1.5); REVIEW AND REVISE REPLY IN SUPPORT OF MOTION (1.6); CORRESPONDENCE EXCHANGE RE: POSSIBLE PWC REPRESENTATION OF PLATINUM (0.2). |
| | | **9.30** | |
| MEISLER RE | 12/03/07 | 1.00 | REVIEW STRATEGY FOR DECEMBER 20TH SALE HEARING AND ADEQUATE ASSURANCE OBJECTIONS TO INTERIOR AND CLOSURES DIVESTITURE (0.4); REVIEW AND CONSIDER TIMING ISSUES RELATED TO CERTAIN DIVESTITURES TO OBTAIN 363 SALE ORDER (0.6). |
| MEISLER RE | 12/05/07 | 0.30 | REVIEW PROJECT FREE THROW TRANSACTION (0.3). |
| MEISLER RE | 12/08/07 | 1.60 | PARTICIPATE ON WORKING GROUP CALL WITH S. CORCORAN RE: INTERNATIONAL JV (1.0); FOLLOW UP RE: SAME (0.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 12/09/07 | 1.60 | CONTINUE TO REVIEW CURE OBJECTIONS TO CLOSURES DIVESTITURE (0.4); TELECONFERENCE WITH WORKING GROUP RE: CURE OBJECTIONS (1.2). |
| MEISLER RE | 12/10/07 | 0.50 | REVIEW AND RESPOND TO INQUIRIES RE: CURE OBJECTIONS TO CLOSURES SALE (0.1); REVIEW AND CONSIDER CORRESPONDENCE RE: STEERING DIVESTITURE (0.4). |
| MEISLER RE | 12/12/07 | 3.40 | REVIEW NEW CURE OBJECTIONS RE: CLOSURES AND INTERIORS (1.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.5); REVIEW AND COMMENT ON SUPPLEMENTAL CURE NOTICES (0.3); REVIEW CORRESPONDENCE RE: RESOLUTION OF MBUSI CURE OBJECTION (0.3); PREPARE FOR TELECONFERENCE RE: STEERING (0.5); TELECONFERENCE WITH T. TIMKO, S. CORCORAN AND M. LOEB RE: SALE OF STEERING (0.5). |
| MEISLER RE | 12/13/07 | 4.90 | TELECONFERENCE WITH M. FUKUDA RE: DIVESTITURES (0.4); TELECONFERENCE WITH G. SHAH, E. WEBER, K. CRAFT RE: LANGUAGE OF POS MEMORIALIZING POSTPETITION AGREEMENT AND OTHER EXECUTORY CONTRACT MATTERS RE: CLOSURES AND INTERIORS DIVESTITURE (0.5); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.3); CONTINUE TO WORK ON STRATEGY TO RESOLVE CURE OBJECTIONS RE: CLOSURES AND INTERIORS DIVESTITURE (0.5); REVIEW MEMOS RE: SAME (0.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.9); TELECONFERENCE WITH B. SHAW RE: STEERING DIVESTITURE (0.2); REVIEW AND CONSIDER SAME (1.0); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.5); REVIEW AND RESPOND TO CORRESPONDENCE RE: DE MINIMIS ASSET SALE ORDER (0.3). |
| MEISLER RE | 12/14/07 | 2.00 | CONTINUE TO WORK ON RESOLVING CURE OBJECTIONS TO CLOSURES DIVESTITURE (1.3); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1); TELECONFERENCE S. CORCORAN, T. DONO RE: UNSOLICITED BID RE: STEERING DIVESTITURE (0.4); NOTES TO FILE RE: SAME (0.2). |
| MEISLER RE | 12/15/07 | 2.10 | REVIEW ADEQUATE ASSURANCE OBJECTIONS (0.4); REVIEW CORRESPONDENCE RE: SAME (0.1); TELECONFERENCE WITH S. CORCORAN AND M. FUKUDA RE: ADEQUATE ASSURANCE OBJECTION RE: INTERIOR AND CLOSURES SALE (0.6); DRAFT LETTER TO B. SEIDEL, COUNSEL TO PURCHASER RE: SAME (0.8); CORRESPOND WITH M. FUKUDA RE: SAME (0.2). |
| MEISLER RE | 12/16/07 | 1.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: REDUCTION IN BREAK UP FEE RE: STEERING DIVESTITURE (0.3); REVIEW AND COMMENT ON REPLY TO CLOSURES SALE MOTION (1.0). |

B43E

MEISLER RE        12/17/07      4.20   COMMENT ON REVISED NOTICES RE: EXPIRED
                                       CONTRACTS AND POSTPETITION CONTRACT RE:
                                       INTERIOR AND CLOSURES (0.3); CONTINUE
                                       TO ASSIST RE: RESOLUTION OF CURE
                                       OBJECTIONS (1.0); CONTINUE TO REVIEW
                                       AND COMMENT ON REPLY RE: CLOSURES (1.2);
                                       REVIEW SUN CAPITAL LIMITED RESPONSE
                                       (0.3); CONSIDER RAMIFICATIONS RE: SAME
                                       (1.1); REVIEW AND RESPOND TO
                                       CORRESPONDENCE WITH A. VANDENBERGH RE:
                                       DE MINIMIS SALE ORDER (0.1); REVIEW
                                       INTEVA CORRESPONDENCE RE: SALE HEARING
                                       AND ADEQUATE ASSURANCE (0.2).

MEISLER RE        12/18/07     10.60   TELECONFERENCE WITH S. CORCORAN RE:
                                       STEERING SALE (0.2); TELECONFERENCE
                                       WITH M. FUKUDA AND S. CORCORAN RE:
                                       INTERIOR AND CLOSURES (0.2);
                                       TELECONFERENCE WITH T. DONO RE:
                                       STEERING (0.1); WORKING GROUP CALL WITH
                                       S. CORCORAN, B. SHAW, AND T. DONO RE:
                                       STEERING AND SUN (0.9); TELECONFERENCES
                                       WITH R. WYNN AND S. CHO, COUNSEL TO
                                       PLATINUM RE: SUN CAPITAL BID (0.2, 0.1);
                                       TELECONFERENCES WITH S. CORCORAN RE:
                                       SAME (0.8, 0.2); WORKING GROUP CALL WITH
                                       B. SHAW, T. DONO, S. CORCORAN, AND S.
                                       DANIELS RE: SAME (0.5); TELECONFERENCE
                                       WITH M. WARNER RE: UCC PERSPECTIVE RE:
                                       SUN (0.5); TELECONFERENCE WITH R. WYNNE
                                       AND S. CHO RE; STEERING (0.1); DRAFT
                                       MEMO RE: SAME (4.3); CONTINUE TO REVIEW
                                       REPLY TO CLOSURES AND INTERIOR
                                       DIVESTITURE (0.4); REVIEW REVISION TO
                                       SUPPLEMENTAL NOTICE RE: INTERIOR AND
                                       CLOSURES CONTRACTS (0.1); REVIEW AND
                                       RESPOND TO CORRESPONDENCE RE: CURE
                                       OBJECTIONS (0.5); REVIEW AND RESPOND TO
                                       CORRESPONDENCE TO RESOLVE SIEMENS CURE
                                       OBJECTION (0.5); REVIEW AND REVISE
                                       CORRESPONDENCE TO B. SEIDEL, COUNSEL TO
                                       INTEVA, RESPONDING TO HIS DECEMBER 17TH
                                       LETTER (0.5); REVIEW AND RESPOND TO
                                       CORRESPONDENCE RE: STEERING BID
                                       PROCEDURES (0.5).

| | | | |
|---|---|---|---|
| MEISLER RE | 12/19/07 | 6.70 | PREPARE FOR TELECONFERENCE WITH R. O'NEAL (0.2); TELECONFERENCE WITH R. O'NEAL, D. SHERBIN, S. CORCORAN, A. VANDENBERGH RE: SUN CAPITAL BID (0.4); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.1); TELECONFERENCE WITH B. SHAW RE: SUN CAPITAL'S LIMITED RESPONSE TO STEERING DIVESTITURE (0.1); REVIEW AND COMMENT ON REPLY RE: STEERING (1.4); TELECONFERENCE WITH M. WARNER RE: STATUS OF SUN CAPITAL (0.1); REVIEW AND COMMENT ON SHEEHAN DECLARATION RE: STEERING (0.5); REVIEW D. KRASNER DECLARATION (0.6); PREPARE FOR BID PROCEDURES HEARING RE: STEERING (0.5); PREPARE FOR SALE HEARING RE: CLOSURES (0.5); TELECONFERENCE WITH B. SEIDEL RE: DEBTORS' DECEMBER 18 LETTER (0.2); TELECONFERENCE WITH B. SEIDEL RE: SALE ORDER CLOSURES (0.2); TELECONFERENCE WITH COUNSEL TO SIEMENS RE: RESOLVING OBJECTION TO CURE RE: CLOSURES (0.1); ATTENTION TO SAME (0.5); TELECONFERENCE WITH B. SEIDEL RE: RESOLUTION OF SIEMENS' CURE OBJECTION (0.2); TELECONFERENCE WITH A. GELMAN (COUNSEL TO SIEMENS) AND B. SEIDEL RE: SAME (0.2); TELECONFERENCE WITH A. GELMAN RE: SAME (0.2); TELECONFERENCE WITH A. GELMAN AND J. PARIS RE: RESOLUTION OF SIEMENS' AND GOLDMAN'S CURE OBJECTIONS (0.3); REVIEW RESEARCH RE: SAME (0.4). |
| MEISLER RE | 12/20/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE WITH J. PARIS RE: GOLDMAN CURE OBJECTION TO CLOSURES DIVESTITURE (0.2); REVIEW CORRESPONDENCE RE: OUTCOME OF HEARING (0.2). |
| MEISLER RE | 12/21/07 | 0.20 | REVIEW JUDGE DRAIN'S CHANGES TO STEERING BID PROCEDURES ORDER (0.2). |
| MEISLER RE | 12/26/07 | 1.00 | REVIEW AND CONSIDER LETTER FROM RENCO (0.2); REVIEW AND REVISE RESPONSIVE LETTER TO RENCO (0.4); REVIEW JUDGE DRAIN'S COMMENTS TO CLOSURES SALE ORDER (0.2); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.1); DRAFT CORRESPONDENCE RE: CURE OBJECTION TO CLOSURES DIVESTITURE (0.1). |
| MEISLER RE | 12/27/07 | 2.70 | CONTINUE TO REVIEW AND REVISE RESPONSIVE LETTER TO INTEVA'S DECEMBER 26TH LETTER (0.2); TELECONFERENCE WITH M. FUKUDA RE: POWER PRODUCTS (0.1) AND INTEVA RESPONSIVE LETTER (0.1); TELECONFERENCE WITH S. CORCORAN, M. FUKUDA, AND A. VANDENBERGH RE: SAME (0.7); CONTINUE TO REVISE RESPONSE RE: SAME (1.5); REVIEW CORRESPONDENCE RE: CURE OBJECTIONS TO CLOSURES DIVESTITURE (0.1). |

9                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        12/28/07      0.50   REVIEW AND CONSIDER POSSIBLE TIMELINE
                                       FOR UPCOMING DIVESTITURES (0.3); DRAFT
                                       CORRESPONDENCE RE: INTEVA RESPONSE
                                       LETTER (0.2).

                               **45.00**

PANAGAKIS GN      12/11/07      2.80   WORK ON FINAL FORM OF PUSH BACK ORDER AND
                                       CALLS WITH LENDER AND OBJECTORS RE: SAME
                                       (2.8).

                                **2.80**

**Total Partner**              **77.80**

GARNER LP         12/11/07      2.30   BEGIN REVIEW OF CURE CLAIMS ISSUES AND
                                       BACKGROUND MATERIALS FOR APPROVAL OF
                                       SALE OF CLOSURES BUSINESS (2.3).

GARNER LP         12/12/07      5.30   REVIEW AND ANALYZE OBJECTIONS TO
                                       DEBTORS' CURE CLAIMS IN CONNECTION WITH
                                       CLOSURES SALE AND PREPARE FOR APPROVAL
                                       HEARING (5.3).

GARNER LP         12/13/07      6.20   REVIEW AND ANALYZE CURE CLAIMS ISSUES
                                       FOR APPROVAL OF SALE OF CLOSURES (6.2).

GARNER LP         12/14/07      3.20   REVIEW AND ANALYZE CURE CLAIMS ISSUES
                                       FOR APPROVAL OF SALE OF CLOSURES (3.2).

GARNER LP         12/17/07      1.20   REVIEW AND COMMENT ON CLOSURES SALE
                                       REPLY BRIEF (1.2).

GARNER LP         12/18/07      0.60   REVIEW AND COMMENT ON CLOSURES SALE
                                       REPLY BRIEF (0.6).

                               **18.80**

MATZ TJ           12/11/07      1.50   CORRESPONDENCE WITH S. CORCORAN RE:
                                       STEERING EXHIBITS (0.3);
                                       CORRESPONDENCE WITH CHAMBERS RE: SAME
                                       (0.2); CALL WITH CHAMBERS RE: STEERING
                                       EXHIBITS (0.2); FURTHER CALL WITH
                                       CHAMBERS RE: STEERING EXHIBITS (0.1);
                                       FURTHER DISCUSSION WITH CHAMBERS,
                                       CLERKS OFFICE RE: STEERING EXHIBITS
                                       (0.7).

                                **1.50**

**Total Counsel**              **20.30**

BOLTON IS         12/14/07      1.80   RESEARCH AND ANALYSIS OF SUPPLIER
                                       AGREEMENT ASSUMPTION PROCEDURES
                                       AGREEMENT RE: AKZO NOEL (1.3); DRAFT AND
                                       REVIEW CORRESPONDENCE WITH WORKING
                                       GROUP RE: SAME (0.5).

BOLTON IS         12/16/07      1.20   BEGIN RESEARCH AND ANALYSIS RE:
                                       INTERIOR AND CLOSURES DIVESTITURE -
                                       AKZO CURE NOTICE (1.2).

BOLTON IS         12/17/07      0.40   CONTINUE RESEARCH AND ANALYSIS RE:
                                       INTERIOR AND CLOSURES DIVESTITURE -
                                       AKZO CURE NOTICE (0.4).

BOLTON IS        12/18/07      4.50    REVIEW AND ANALYSIS RE: INTERIORS AND
                                       CLOSURES DIVESTITURE (0.6); DRAFT,
                                       REVIEW, AND REVISE LETTER TO B. SEIDEL
                                       RE: SAME (2.8); DRAFT AND REVIEW
                                       CORRESPONDENCE WITH CLIENT RE: SAME
                                       (0.2); TELECONFERENCE WITH M. FUKUDA
                                       RE: SAME (0.2); DRAFT LETTERS TO SUN AND
                                       PLATINUM RE: STEERING TRANSACTION
                                       (0.7).

                              7.90

CAZERS PL        12/18/07      5.40    CONDUCT LEGAL RESEARCH, REVIEW
                                       PLEADINGS RE: INTERIOR SALE (5.4).

                              5.40

FERN BM          12/02/07      2.10    REVIEW AND COMMENT ON MARK-UP TO RHODES
                                       MSPA (0.7); REVIEW AND COMMENTS ON
                                       MARK-UP TO BEARINGS MSPA (1.4).

FERN BM          12/03/07      9.40    EMAILS TO/FROM M. DENSMORE RE: BEARINGS
                                       MSPA (0.4); TELECONFERENCE WITH T. DONO
                                       RE: RHODES MSPA AND ORDERS (0.6); REVIEW
                                       AND COMMENT ON RHODES ASSUMPTION NOTICE
                                       (0.5); ANALYZE COURT'S CHANGES TO TRW
                                       SALE ORDER (0.8); EMAIL TO K. CRAFT AND
                                       S. DERAEDT RE: SAME (0.3); REVIEW AND
                                       REVISE RHODES ORDERS (0.9); REVIEW AND
                                       REVISE RHODES MOTION (2.2); EMAILS
                                       TO/FROM M. FUKUDA RE: CLOSURES NOTICES
                                       (0.3); EMAILS TO/FRO J. SELANDERS AND A.
                                       VANDENBERGH RE: CHRYSLER OBJECTION
                                       (0.3); FORMULATE STRATEGY RE:
                                       OBJECTIONS TO CLOSURES NOTICES (0.5);
                                       BEGIN TO REVIEW AND COMMENT ON PROJECT
                                       MAGNA TERM SHEET (0.4); TELECONFERENCE
                                       WITH M. DENSMORE RE: BEARINGS (0.3);
                                       TELECONFERENCE WITH T. DONO RE: RHODES
                                       SALE APPROVAL ORDER (0.3); REVIEWED AND
                                       COMMENTED ON DELPHI'S MARK-UP TO
                                       BEARINGS MSPA (0.4); FORMULATE STRATEGY
                                       RE: DIVESTITURE CURES AND PLAN OF
                                       REORGANIZATION (0.9); EVALUATE ISSUES
                                       RAISED BY GM RE: CLOSURES CURE NOTICES
                                       (0.3).

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 12/04/07 | 6.60 | PREPARE FOR (0.4) AND PARTICIPATE IN STRATEGY CALL RE: CLOSURES OBJECTIONS (0.5); REVISE RHODES ORDERS (0.3) AND EMAIL TO S. CHO RE: SAME (0.2); TELECONFERENCE WITH V. VRON RE: GM CONTRACTS (0.2); REVIEWED DOCUMENTS BASED ON ISSUES RAISED BY GM (0.5); EMAIL TO M. FUKUDA RE: SAME (0.3); MULTIPLE EMAILS TO/FROM S. CHO RE: RHODES NOTICEES (0.6); FORMULATE STRATEGY RE: RHODES SALE PROCESS (0.4); REVIEW AND COMMENT ON DIVESTITURE-RELATED SUPPLIER COMMUNICATION (0.4); EMAILS TO/FROM B. SEIDEL RE: CLOSURES OBJECTION (0.3); REVIEW AND COMMENT ON MAGNA TERM SHEET (1.6); TELECONFERENCE WITH S. CHO RE: PROJECT RHODES (0.2); ANALYZE ISSUES RE: CLOSURES CURE OBJECTIONS (0.4); REVIEW EMAIL FROM S. DANIELS RE: STATUS OF RHODES (0.3). |
| FERN BM | 12/05/07 | 0.90 | EMAIL TO/FROM V. VRON RE: CLOSURES NOTICES (0.2); EMAIL TO/FROM T. DONO RE: DISCLOSURE OF RHODES INFORMATION (0.4); REVIEWED AND COMMENTED ON BUYERS' CHANGES TO RHODES NOTICES (0.3). |
| FERN BM | 12/06/07 | 5.50 | EMAILS TO/FROM M. FUKUDA RE: POWER PRODUCT TERM SHEET (0.4); REVIEW AND COMMENT ON POWER PRODUCT TERM SHEET (0.5); EMAIL TO A. VANDENBERGH RE: CHRYSLER OBJECTION (0.2); FORMULATE STRATEGY RE: PROJECT RHODES (0.5); EVALUATE STATUS OF CLOSURES OBJECTION (0.9); EMAILS TO/FROM B. SHAW (0.2) S. DANIELS AND T. DONO (0.2) RE: RHODES MOTION; EVALUATED ISSUES RE: LANGUAGE IN RHODES SALE ORDER (0.7); FORMULATE STRATEGY RE: CLOSURES CURE OBJECTIONS (0.7); TELECONFERENCE WITH J. RUHM RE: CLOSURES CURES (0.2); EVALUATE OPEN BANKRUPTCY ISSUES IN RHODES MSPA (0.6); REVIEW STATUS OF CLOSURES OBJECTION (0.4). |
| FERN BM | 12/07/07 | 9.60 | TELECONFERENCE WITH T. DONO RE: OPEN ISSUES IN RHODES MSPA (0.3); REVISE RHODES ORDERS (0.8); EMAIL TO S. CHO RE: SAME (0.2); REVISE RHODES SALE MOTION (4.5); EVALUATE STATUS OF CLOSURES OBJECTIONS (0.4); EMAIL TO M. FUKUDA, A. VANDENBERGH, J. RUHM, G. SHAH RE: SAME (0.3); EMAILS TO/FROM S. CORCORAN AND A. VANDENBERGH RE:: CHRYSLER ISSUES (0.4); EMAILS AND TELECONFERENCE WITH J. SELANDERS RE: CHRYSLER OBJECTION (0.3); ANALYZE OPEN ISSUES RE: CLOSURES OBJECTIONS (0.8); EMAILS TO/FROM S. CHO RE: REVISED RHODES DOCUMENTS (0.4); ADDITIONAL REVISIONS TO RHODES MOTION (1.2). |

B43E

| | | | |
|---|---|---|---|
| FERN BM | 12/08/07 | 5.80 | EMAILS TO/FROM B. SHAW RE: RHODES MOTION (0.4); REVISED RHODES MOTION (0.7); TELECONFERENCE WITH S. CORCORAN AND T. DONO RE: RHODES MOTION (1.5); TELECONFERENCE WITH T. DONO AND S. DANIELS RE: STATUS OF RHODES AGREEMENT (0.4); EVALUATE ISSUES RE: CLOSURES OBJECTIONS (0.3); REVISE RHODES MOTION (2.1); EMAILS TO S. CHO (0.2) AND G. KAMINSKI RE: SAME (0.2). |
| FERN BM | 12/09/07 | 2.10 | EVALUATE ISSUES RE: STATUS OF RHODES SALE MOTION (0.9); EMAILS TO/FROM T DONO AND S. DANIELS RE: SAME (0.4); FORMULATE STRATEGY RE: RHODES MOTION (0.5); EVALUATED STATUS OF CLOSURES OBJECTION (0.3). |
| FERN BM | 12/10/07 | 14.00 | REVIEW AND REVISE RHODES MOTION (4.7); REVIEW AND REVISE RHODES NOTICES AND OTHER PLEADINGS (1.9); EVALUATE ISSUES RE: RHODES SALE HEARING DATE (0.6); ADDITIONAL REVISIONS TO RHODES MOTION (3.1); TELECONFERENCE WITH S. CHO RE: RHODES MOTION (0.3); PREPARE RHODES DOCUMENTS IN PREPARATION FOR FILING SALE MOTION (0.9); EMAIL TO B. SEIDEL RE: CLOSURES OBJECTIONS (0.2); TELECONFERENCE WITH G. KAMINSKI, T. DONO, AND S. DANIELS RE: TIMINGS OF RHODES AUCTION (0.2); REVIEW COMMUNICATION TO OBJECTION TO CLOSURES ASSIGNMENT OF CONTRACTS (0.2); TELECONFERENCE WITH S. CORCORAN AND T. DONO RE: STEERING FILING (0.3); EVALUATE ISSUES AND IMPLEMENTED STRATEGY RE: CORRECTING STEERING EXHIBIT (1.6). |
| FERN BM | 12/11/07 | 9.70 | CONTINUE TO ADDRESSING ISSUES RE: CORRECTION OF STEERING EXHIBIT (2.3); TELECONFERENCE WITH B. SHAW, S. DANIELS AND T. DONO RE: AUCTION PROCESS (1.0); REVIEW CLOSURES SUMMARY OBJECTION CHART (0.6); FORMULATE STRATEGY RE: CLOSURES OBJECTIONS (0.5); TELECONFERENCE WITH G. SHAH RE: CLOSURES OBJECTIONS (0.6); TELECONFERENCE WITH A. VANDENBERGH AND M. FUKUDA RE: DAY 1 READINESS (0.8); REVIEW ISSUES RE: OPEN CLOSURES OBJECTIONS (1.1); TELECONFERENCE WITH S. DRUCKER RE: VALEO (0.2); EMAILS TO/FROM J. RUHM RE: CLOSURES REVISED CURE AMOUNTS (0.3); ADDITIONAL EMAILS FOR G. SHAH AND J. RUHM RE: OPEN CURE ISSUES (0.4); WORK TO RESOLVE NUMEROUS CLOSURES OBJECTIONS (1.2); REVIEW NEWLY-FILED CLOSURES OBJECTIONS (0.4); ADDITIONAL EVALUATION OF ISSUES RAISED IN CLOSURES OBJECTIONS (0.3). |

B43E

| | | | |
|---|---|---|---|
| FERN BM | 12/12/07 | 10.90 | PREPARE FOR (0.4) AND PARTICIPATE IN CONFERENCE CALL WITH A. VANDENBERGH AND J. RUHM RE: CLOSURES OBJECTIONS (1.1); FORMULATE STRATEGY RE: CLOSURES SUPPLEMENTAL NOTICES (0.6); CONTINUE WORKING TO RESOLVE VARIOUS CLOSURES OBJECTIONS (0.7); EMAILS TO/FROM S. DANIELS RE: BRAKE HOSE CURE NOTICE (0.2); CONTINUE WORKING TO RESOLVE VARIOUS CLOSURES OBJECTIONS (4.3); TELECONFERENCE WITH S. DRUCKER AND T. SABLE RE: VALEO (0.5); DRAFT CLOSURES SUPPLEMENTAL NOTICES (1.2); TELECONFERENCE WITH M. FUKUDA RE: CLOSURES OBJECTIONS (0.4); FORMULATE STRATEGY RE: CLOSURES OBJECTIONS (0.5); EMAIL TO T. DONO AND S. DANIELS RE: 180 CLAUSES (0.3); REVISE CLOSURES SUPPLEMENTAL NOTICES (0.7). |
| FERN BM | 12/13/07 | 11.70 | EMAILS TO/FROM S. DANIELS RE: STEERING DILIGENCE (0.3); EMAILS TO/FROM S. CORCORAN AND M. FUKUDA RE: SABIC (0.6); CONTINUE TO WORK TO RESOLVE VARIOUS OBJECTIONS TO CLOSURES NOTICES (4.2); TELECONFERENCE WITH G. SHAH RE: CLOSURES CURE OBJECTIONS (0.5); TELECONFERENCE WITH S. DANIELS, B. SHAW, AND K. STIPP RE: STEERING (0.3); TELECONFERENCE WITH T. DONO RE: SAME (0.2); TELECONFERENCE WITH A. GELMAN RE: SIEMENS (0.4); TELECONFERENCE WITH S. CORCORAN RE: SABIC (0.3); FORMULATE STRATEGY RE: CLOSURES OBJECTIONS (0.7); TELECONFERENCE WITH D. DRAGICH RE: SABIC (0.3); EVALUATE ISSUES RAISED BY SABIC (1.1); DRAFT MATERIALS FOR STEERING BIDDING PROCEDURES HEARING (2.6); FORMULATE STRATEGY RE: CLOSURES SUPPLEMENTAL NOTICES (0.2). |
| FERN BM | 12/14/07 | 8.20 | PREPARE FOR (0.6) AND PARTICIPATE IN CALL WITH A. VANDENBERGH, M. FUKUDA AND G. SHAH RE: CLOSURES OBJECTIONS (1.0); TELECONFERENCE WITH S. CORCORAN, S. DANIELS, AND T. DONO RE: STEERING BIDS (0.5); CONTINUE TO WORKING TO RESOLVE CLOSURES OBJECTIONS (3.7); MULTIPLE EMAILS TO/FROM G. SHAH RE: OUTSTANDING CURE ISSUES (0.7); FORMULATE STRATEGY RE: CLOSURES IN PREPARATION FOR 12/20 HEARING (0.8); EVALUATE ISSUES RE: CLOSURES POS (0.5); EMAIL TO T. DONO AND S. DANIELS RE: STEERING CURE ISSUES (0.4). |
| FERN BM | 12/15/07 | 0.20 | REVIEW LETTER TO B. SEIDEL RE: ADEQUATE ASSURANCE OF FUTURE PERFORMANCE (0.2). |
| FERN BM | 12/16/07 | 0.60 | EMAILS TO/FROM G. SHAH RE: SUPPLEMENTAL CLOSURES NOTICE (0.3); EMAILS TO/FROM T. DONO RE: STEERING BID PROTECTIONS (0.3). |

**B43E**

| FERN BM | 12/17/07 | 8.70 | REVISE STEERING BIDDING PROCEDURES ORDER AND BIDDING PROCEDURES BASED ON DEAL WITH UCC (0.7); FORMULATE STRATEGY RE: VARIOUS DELPHI PURCHASE ORDER ISSUES (0.6); REVIEW AND REVISE RESPONSE TO CLOSURES OBJECTIONS (0.8); TELECONFERENCE WITH B. ERENS AND A. SCHAEFFER RE: BEARINGS MSPA (0.5); EMAIL TO T. DONO RE: STEERING ORDER (0.3); EMAIL TO B. SEIDEL RE; HEARING ON CLOSURES SALE (0.5); DRAFT DECLARATION IN SUPPORT OF STEERING BIDDING PROCEDURES HEARING (0.9); TELECONFERENCE WITH J. O'NEILL AND D. DRAGICH RE: SABIC (0.3); EVALUATE ISSUES RE: SABIC OBJECTION (0.6); TELECONFERENCE WITH R. WYNNE RE: SUN CAPITAL OBJECTION (0.2); WORK TO RESOLVE VARIOUS CLOSURES OBJECTIONS (1.4); REVIEW AND ANALYZE SUN CAPITAL OBJECTION (0.4); REVIEW AND COMMENT ON KETTERING MSPA (0.3); FORMULATE STRATEGY IN PREPARATION FOR 12/20 DIVESTITURES (1.2). |

| FERN BM | 12/18/07 | 12.30 | EVALUATE STATUS OF VARIOUS CLOSURES OBJECTIONS (0.5); TELECONFERENCE WITH D. DRAGICH RE: SABIC (0.3); TELECONFERENCE WITH T. DONO RE: STEERING (0.3); TELECONFERENCE WITH S. CORCORAN, B. SHAW, S. DANIELS, AND T. DONO RE: STEERING AND SUN PROPOSAL (0.9); REVISE CLOSURES SUPPLEMENTAL NOTICES (0.8); TELECONFERENCE WITH C. SCHAFFER RE: SABIC (0.3); EMAILS TO/FROM K. KOLB RE: CHRYSLER OBJECTION (0.3); EVALUATE OPEN ISSUES RE: CHRYSLER (0.4); TELECONFERENCE WITH D. DRAGIC RE: SABIC (0.2); REVIEW, REVISE AND PREPARE SUPPLEMENTAL CLOSURES NOTICES FOR FILING (2.9); REVISE J. SHEEHAN DECLARATION IN SUPPORT OF STEERING MOTION (2.4); TELECONFERENCE WITH M. FUKUDA AND A. VANDENBERGH RE: CLOSURES OBJECTIONS (1.7); TELECONFERENCE WITH C. SCHAEFFER RE: SABIC (0.3); REVISE CLOSURES PLEADINGS IN PREPARATION FOR SALE HEARING (1.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM        12/19/07    13.90    EVALUATE ISSUES RE: CLOSURES
                                    SUPPLEMENTAL NOTICE (0.4); REVIEW AND
                                    COMMENT ON CLOSURES REPLY (1.2); REVISE
                                    J. SHEEHAN STEERING DECLARATION (0.7);
                                    REVIEW AND COMMENT ON CLOSURES REVISED
                                    SALE ORDER (0.5); REVISE J. SHEEHAN
                                    STEERING DECLARATION (0.4); REVISE
                                    MATERIALS FOR STEERING MOTION (0.8);
                                    REVIEW AND COMMENT ON REPLY TO SUN'S
                                    LIMITED RESPONSE (0.7); EMAIL TO/FROM
                                    A. SCHAEFFER RE: BEARINGS MSPA (0.3);
                                    REVIEW AND REVISE DOCUMENTS RE:
                                    CLOSURES REPLY (1.4); REVIEW AND REVISE
                                    DOCUMENTS RE: STEERING REPLY (1.3);
                                    EMAILS TO/FROM S. CHO RE: STEERING ORDER
                                    (0.4); REVIEW AND REVISE CLOSURES AND
                                    STEERING DECLARATIONS (2.8); PREPARE
                                    STEERING DOCUMENTS FOR HEARING (1.1);
                                    PARTICIPATE IN STRATEGY SESSION RE:
                                    SALE MATTERS (1.9).

FERN BM        12/20/07     5.40    REVISE STEERING BIDDING PROCEDURES
                                    (0.3); PREPARE FOR HEARING RE: STEERING
                                    AND CLOSURES (1.5); ATTEND OMNIBUS
                                    HEARING IN SUPPORT OF STEERING AND
                                    CLOSURES (1.4); FORMULATE STRATEGY RE:
                                    CLOSURES SALE ORDER (0.7); PREPARE
                                    CLOSURES ORDER FOR FILING (0.5);
                                    PREPARE STEERING ORDER FOR FILING
                                    (0.4); VARIOUS EMAILS FROM M. FUKUDA, J.
                                    O'NEILL, AND C. SCHAEFFER RE: SABIC
                                    (0.6).

FERN BM        12/21/07     5.70    TELECONFERENCE WITH T. DONO AND S.
                                    DANIELS RE: SERVICE OF STEERING MOTION
                                    (1.4); REVISE LIST OF STEERING
                                    SUPPLIERS (0.3); REVIEW AND ANALYZE
                                    CHANGES TO STEERING AND CLOSURES ORDERS
                                    (0.8); EMAIL TO S. CORCORAN, M. FUKUDA,
                                    AND T. DONO RE: SAME (0.3); ANALYZE
                                    ISSUES RE: STEERING BIDDING PROCEDURES
                                    (0.4); EMAILS TO/FROM S. DANIELS RE:
                                    WANXIANG (0.5); TELECONFERENCE WITH S.
                                    DANIELS RE: SAME (0.2); EMAIL FROM B.
                                    WILDERN RE: BEARINGS (0.3); REVIEW
                                    DOCUMENTS AND DATA IN PREPARATION FOR
                                    SERVICE OF STEERING SALE DOCUMENTS
                                    (1.5).

FERN BM        12/22/07     0.40    EMAILS TO/FROM S. DANIELS RE: STEERING
                                    BIDDING PROCEDURES ORDER (0.4).

FERN BM        12/26/07     2.40    ANALYZE ISSUES RE: STEERING ORDER
                                    (0.3); REVIEW AND ANALYZE DECEMBER 26
                                    LETTER FROM INTEVA TO DELPHI RE: GM
                                    VOLUMES (0.5); FORMULATE STRATEGY RE:
                                    SAME (0.5); DRAFT RESPONSE TO INTEVA
                                    LETTER (0.6); REVISE INTEVA RESPONSE
                                    LETTER (0.5).

FERN BM        12/27/07     1.10    REVIEW VARIOUS EMAILS RE: SERVICE OF
                                    STEERING DOCUMENTS (0.6); REVIEW
                                    REVISED INTEVA LETTER (0.2); FORMULATE
                                    STRATEGY RE: SERVICE OF STEERING
                                    DOCUMENTS (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FERN BM | 12/28/07 | 4.00 | REVIEW DOCUMENTS AND VARIOUS LISTS RE: SERVICE OF STEERING SALE DOCUMENTS (0.6); CONTINUE TO WORK TO EFFECTUATE SERVICE OF STEERING DOCUMENTS (0.9); FORMULATE STRATEGY RE: DIVESTITURE TIMELINES (0.6); FORMULATE STRATEGY RE: INTEVA RESPONSE LETTER (0.4); REVISE INTEVA RESPONSE LETTER (0.3); EMAIL TO M. FUKUDA RE: DIVESTITURE TIMELINE (0.3); EMAILS TO/FROM S. CORCORAN RE: INTEVA LETTER (0.4); PREPARE DELPHI LETTER TO INTEVA FOR SERVICE (0.5). |
|---|---|---|---|
| FERN BM | 12/31/07 | 4.90 | EMAILS TO/FROM S. DANIELS RE: STEERING PUBLICATION NOTICE (0.2); REVIEW AND ORGANIZE VARIOUS EMAILS AND DOCUMENTS RE: SABIC AND VALEO OBJECTIONS (0.4); FORMULATE STRATEGY RE: POWER PRODUCTS MSPA AND MOTION (0.9); REVIEW AND COMMENT ON MARK-UP TO BEARINGS MSPA (2.2); FORMULATE STRATEGY RE: STEERING BIDDING PROCEDURES (0.3); MULTIPLE EMAILS TO/FROM B. SHAW RE: STEERING BIDDING PROCEDURES (0.9). |
| | | **156.10** | |
| ~~GANITSKY DI~~ | ~~12/09/07~~ | ~~0.30~~ | ~~REVIEW CONSENT RE: STEERING TRANSACTION (0.3).~~ |
| ~~GANITSKY DI~~ | ~~12/10/07~~ | ~~0.70~~ | ~~DISCUSSIONS RE: STEERING APPROVAL AND CONSENT AND ALTERNATIVES AS WELL AS EPCA REVIEW (0.7).~~ |
| | | ~~1.00~~ | |
| GUZZARDO J | 12/11/07 | 2.60 | CONFERENCE CALL AND FOLLOW UP RE: INTERIORS CURE CLAIMS AND AUTOMODULAR MOTION (2.6). |
| GUZZARDO J | 12/12/07 | 0.40 | REVIEW OF LITIGATION PREP MATERIALS IN CURE CLAIMS FOR INTERIORS SALE (0.4). |
| | | **3.00** | |
| HARDIN AS | 12/13/07 | 8.10 | REVIEW MATERIALS AND DRAFT MEMO RE: INTERIORS & CLOSURES DIVESTITURE (8.1). |
| HARDIN AS | 12/14/07 | 6.50 | RESEARCH AND REVIEW MATERIALS RELATED TO SALE OF INTERIORS AND CLOSURES BUSINESS (6.5). |
| HARDIN AS | 12/15/07 | 3.30 | RESEARCH, REVIEW AND DRAFT MATERIALS RELATED TO SALE OF INTERIORS AND CLOSURES BUSINESS (3.3). |
| HARDIN AS | 12/16/07 | 2.80 | REVIEW AND PREPARE MATERIALS RELATED TO INTERIORS & CLOSURES DIVESTITURE (2.8). |
| HARDIN AS | 12/17/07 | 5.20 | CONTINUE RESEARCH, DRAFT AND REVISE MEMO RELATED TO SALE OF INTERIORS AND CLOSURES SALE (5.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HARDIN AS | 12/18/07 | 6.70 | REVIEW PLEADINGS AND OTHER MATERIALS RELATED TO STEERING DIVESTITURE (1.4); RESEARCH AND BEGIN DRAFTING REPLY AND RELATED MATERIALS TO OBJECTION TO DIVESTITURE (5.3). |
| HARDIN AS | 12/19/07 | 9.90 | REVIEW AND COMMENT ON DECLARATION IN SUPPORT OF STEERING DISPOSITION (0.3); RESEARCH, DRAFT AND REVISE REPLY TO OBJECTION TO STEERING BIDDING PROCEDURES MOTION (6.5); WORKING GROUP CONFERENCE CALLS RE: SAME (0.8); TELECONFERENCES AND EMAIL EXCHANGES WITH T. DONO RE: SAME (0.9) PREPARE FILING OF SAME (1.1); WORKING GROUP EMAIL EXCHANGE RE: FINAL REPLY (0.3). |
| | | **42.50** | |
| HERRIOTT AV | 12/18/07 | 6.90 | ASSIST WITH PREPARATION OF MATERIALS FOR MANAGEMENT REVIEW RE: PROPOSAL FROM ALTERNATE BIDDER FOR STEERING ASSETS (4.9); CONFERENCE WITH B. SAX, S. CORCORAN, AND D. SHERBIN RE: SAME (0.8); CONFERENCE WITH S. CORCORAN, T. DONO, AND S. DANIELS RE: SAME (1.2). |
| HERRIOTT AV | 12/19/07 | 0.50 | REVIEW AND PROVIDE COMMENTS TO STEERING REPLY (0.5). |
| | | **7.40** | |
| HILL LF | 12/11/07 | 3.40 | BEGIN REVIEWING CLOSURE SALE DOCUMENTS (3.4). |
| HILL LF | 12/12/07 | 6.10 | DRAFT MATERIALS FOR CLOSURES HEARING (3.7); REVIEW CLOSURES DOCUMENTS (2.4). |
| HILL LF | 12/13/07 | 12.70 | DRAFT DECLARATION FOR CLOSURES (3.1); CONTINUE DRAFTING MATERIALS FOR CLOSURE SALE HEARING (9.6). |
| | | **22.20** | |
| KAHN MT | 12/02/07 | 1.10 | DRAFT MEMO RE: HOLDCAR SHAREHOLDER AGREEMENT (1.1). |
| KAHN MT | 12/08/07 | 2.20 | CONTINUE DRAFTING MEMO RE: HOLDCAR SHAREHOLDER AGENT (2.2). |
| KAHN MT | 12/10/07 | 1.50 | REVISE HOLDCAR SHAREHOLDER AGREEMENT MEMO (1.5). |
| | | **4.80** | |
| KALOUDIS D | 12/03/07 | 5.80 | ANALYZE RESEARCH RE: STEERING BIDDING PROCEDURES ISSUE (2.5); INCORPORATE COMMENTS TO STEERING NOTICES (1.2); INCORPORATE COMMENTS TO STEERING SALE MOTION (2.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KALOUDIS D | 12/04/07 | 4.60 | EMAIL TO M. FUKUDA RE: CLOSURES (0.3); TELECONFERENCE WITH D. MURDOCH RE: CLOSURES (0.2); FOLLOW UP ON MERCEDES OBJECTION (0.3); FOLLOW UP ON ANALYSIS RE: PPG (0.5); FOLLOW UP ON DECATUR AND LORENTSON OBJECTIONS (1.2); FOLLOW UP ON ISSUES RE; ALABAMA POWER (0.3); REVIEW STEERING REVISED APA (1.0); REVIEW STEERING MOTION (0.8). |
|---|---|---|---|
| KALOUDIS D | 12/05/07 | 12.90 | REVIEW PLEADING RELATED TO CHERRY CLAIM RE: CHERRY/CLOSURES OBJECTION (0.2); REVISE STEERING BIDDING PROCEDURES AND NOTICES INCORPORATING K&E COMMENTS (2.1); FOLLOW UP ANALYSIS RE: STEERING SALE MOTION AND APA (1.5); TELECONFERENCE WITH COUNSEL FOR SABIC (0.2); TELECONFERENCE WITH COUNSEL FOR JOHNSON CONTROLS (0.2); TELECONFERENCE WITH COUNSEL FOR SIEMENS (0.2); DRAFT CHART OF OBJECTIONS (2.1); RESEARCH RE: CLAIMS TRADER AND STANDING WITH RESPECT TO CURE AMOUNTS (3.1); TELECONFERENCE WITH D.GOING RE: CLOSURES (0.1); ANALYZE OBJECTION RE: SPARTECH (0.2); TELECONFERENCE WITH L&W ENGINEERING (0.1); EMAIL TO DELPHI RE: L&W ENGINEEING (0.1); REVIEW CONTRACT RE: SAME (0.1); ANALYZE OBJECTIONS AND FURTHER REVISE CHART OF OBJECTIONS (2.7). |
| KALOUDIS D | 12/06/07 | 9.40 | REVIEW AND REVISE STATUS CHART (1.5); TELECONFERENCE WITH COUNSEL FOR MACARTHUR RE: CLOSURES (0.1); TELECONFERENCE WITH T. SELYSON RE: ALCOA (0.1); FOLLOWUP WITH SAME RE: ALCOA (0.1); EMAIL TO TEAM RE: ADJOURNMENT OF ALCOA (0.1); TELECONFERENCE WITH D. GOING RE; ANTIVA (0.2); DRAFT STATUS UPDATES RE: POTENTIAL OBJECTORS - MACARTHUR, ALOCA, ANTICA (0.7); TELECONFERENCE WITH L& W ENGINEERING (0.1); EMAIL AGREEMENT TO SAME (0.1); REVISE STATUS CHART OF OBJECTORS (0.9); REVISE CHART OF BY OBJECTION (1.8); EMAIL TO DELPHI RE: CHART (0.2); TELECONFERENCE WITH COUNSEL FOR MERCEDES (0.2); TELECONFERENCE WITH D. GRANGICH RE; SABIC (0.2); REVIEW SETTLEMENT AGREEMENT AND RELATED EMAILS RE: CHERRY (0.3); REVIEW REVISED CURE ESTIMATES AND COMPARE TO ALL OBJECTIONS (0.7); REVIEW EMAIL RE: CONFIDENTIALITY AGREEMENTS AND STEERING (0.1); REVIEW REVISED STEERING MOTION (0.2); REVIEW REVISED STEERING APA (1.1); REVIEW DOCUMENTS FROM DELPHI RE: MACARTHUR (0.5); TELECONFERENCE WITH SIEMENS COUNSEL (0.1); SEND FOLLOW UP EMAILS TO SAME (0.1). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          12/07/07        11.40    REVIEW G. SHAW'S COMMENTS TO CHART OF
                                             OBJECTIONS (0.3); TELECONFERENCE WITH
                                             M. FUKUDA RE; OBJECTIONS (0.2);
                                             TELECONFERENCE TO K. CRAFT AND A.
                                             VANDEBERGH RE: CLOSURES (0.2); REVISE
                                             CHART TO REFLECT NEW INFORMATION
                                             RECEIVED FROM DELPHI (1.1);
                                             TELECONFERENCE WITH J. RUHM, B. SHAW RE:
                                             STATUS OF CLOSURES OBJECTIONS (0.7);
                                             FURTHER REVISE CHART (0.8);
                                             TELECONFERENCE TO COUNSEL FOR CHERRY
                                             RE: OBJECTION (0.1); TELECONFERENCE TO
                                             COUNSEL FOR SEIMENS (0.1);
                                             TELECONFERENCE TO COUNSEL FOR ALCOA
                                             (0.2); TELECONFERENCE WITH S. BOBO RE:
                                             OBJECTION FILED BY JOHNSON CONTOLS
                                             (0.2); ANALYZE OBJECTIONS
                                             INCORPORATING NEW INFORMATION RECEIVED
                                             (1.5); TELECONFERENCE WITH KCC RE:
                                             STEERING (0.2); SEND NOTICE INFORMATION
                                             RE: STEERING (0.4); REVIEW EMAILS FROM
                                             DELPHI RE: CHRYSLER (0.3); REVIEW
                                             EMAILS FROM DELPHI RE: OBJECTIONS
                                             (0.3); REVIEW REVISED STEERING SALE
                                             MOTION (0.7); TELECONFERENCE WITH KCC
                                             RE: NOTICE (0.1); TELECONFERENCE WITH
                                             A. VANDEBERGH RE: OBJECTIONS (0.3);
                                             REVIEW NEW OBJECTIONS (0.9); DRAFT
                                             SUMMARY OF NEW OBJECTIONS (1.5); REVIEW
                                             REVISED STEERING APA (1.3).

KALOUDIS D          12/09/07         8.40    PREPARE FOR TELECONFERENCE RE:
                                             OBJECTIONS (0.5); REVISE STEERING SALE
                                             MOTION (1.5); FURTHER REVIEW MOTION
                                             (1.6); EMAIL TO W.SHAW RE: TFA AND
                                             STEERING MSPA (0.5); START DRAFTING
                                             RESPONSE RE: CLOSURES (0.9); SEND EMAIL
                                             TO B. SHAW RE: STEERING (0.2);
                                             INCORPORATE COMMENTS RECEIVED FROM  B.
                                             SHAW, AND T. DANIELS RE: STEERING (3.2).

B43E

| | | | |
|---|---|---|---|
| KALOUDIS D | 12/10/07 | 15.60 | TELECONFERENCE WITH POHEARN RE: CLOSURES (0.2); TELECONFERENCE WITH B. KNOX RE: CLOSURES (0.3); DRAFT FOLLOW UP LIST OF QUESTIONS FOR DELPHI (1.3); EMAIL TO G. SHAW (0.2); TELECONFERENCE WITH G. SHAW RE: SAME (0.3); EMAIL TO M. FUKUDA RE: CLOSURES (0.2); EMAIL TO M. FUKUDA RE: NEW OBJECTIONS (0.2); REVIEW AND REVISE STEERING MOTION, NOTICES, BIDDING PROCEDURES, BIDDING PROCEDURES ORDER, SALE ORDER (4.1); EMAIL TO COUNSEL FOR SABIC RE: CLOSURES OBJECTION (0.2); TELECONFERENCE WITH SIEMENS COUNSEL (0.2); REVIEW NEW OBJECTIONS FILED (1.2); REVIEW DELPHI DOCKET RE: CLOSURES OBJECTIONS (0.4); UPDATE NEW CHART RE: NEW OBJECTIONS (2.1); SEND EMAILS TO OBJECTING PARTIES REQUESTING CONTACT INFORMATION WITH RESPECT TO ADEQUATE ASSURANCE OF FUTURE PERFORMANCE (1.2); REVIEW REVISED STEERING PAPA'S (0.6); FINALIZE STEERING PLEADINGS FOR FILING (1.4); ATTENTION TO SERVICE ISSUES RE: STEERING (0.7); SEND FOLLOW UP LIST OF QUESTIONS TO DELPHI RE; CLOSURES (0.8). |
| KALOUDIS D | 12/11/07 | 11.80 | TELECONFERENCE WITH LITIGATORS RE: DELPHI OBJECTIONS (1.0); REVIEW AND UPDATE CHART OF OBJECTORS (3.9); DRAFT AND REVISE CHART OF OBJECTIONS (2.7); DRAFT ANALYSIS LIST OF ALL OUTSTANDING ISSUES (2.2); TELECONFERENCES WITH COUNSEL FOR OBJECTORS RE: LORENTSON, SIEMENS, DECATUR, AKZO, LEAR (1.5); REVIEW FILED STEERING SALE MOTION (0.3); FOLLOW UP ON SERVICE ISSUES RE: STEERING (0.2). |
| KALOUDIS D | 12/12/07 | 13.50 | TELECONFERENCE WITH M. FUKUDA RE: OBJECTIONS (1.4); DRAFT LIST OF FOLLOW UP QUESTIONS FOR COMPANY RE: NEW OBJECTIONS (3.5); REVISE CHART OF OBJECTIONS (2.4); REVISE DRAFT OF CHART BY OBJECTORS (2.7); TELECONFERENCES WITH J. GREGG RE: ARMADA (0.2); ANALYZE ARMADA ISSUES (0.4); TELECONFERENCE WITH F. MCGUINN RE: IRON MOUNTAIN (0.5); ANALYZE ISSUES RE: SABIC (1.3); TELECONFERENCE WITH COUNSEL RE: SABIC (0.2); TELECONFERENCE WITH B. STARCHER RE: AKZO NOBEL (0.2); ANALYZE STATUS OF CASCO OBJECTTION (0.3); TELECONFERENCE WITH D. GOING RE: SPARTECH (0.2); ANALYZE OUTSTANDING ISSUES RE: SPARTECH (0.2). |

| KALOUDIS D | 12/13/07 | 9.10 | TELECONFERENCE WITH COUNSEL FOR NOVA (0.2); FOLLOW UP ANALYSIS RE: NOVA (0.4); TELECONFERENCE WITH COUNSEL FOR LEAR (0.3); TELECONFERENCE WITH COUNSEL FOR MAY & SCOFIELD (0.2); TELECONFERENCE TO COUNSEL FOR MERCEDES (0.3); REVIEW PROPOSED LANGUAGE FOR RESPONSE (0.9); TELECONFERENCE WITH COUNSEL RE: AKZO (0.2); TELECONFERENCE WITH KCC RE: PPG AND AKZO (0.3); FOLLOW UP ON CLOSURES PUBLICATION (0.3); FURTHER REVIEW AND ANALYSIS OF CHART OF NOTICES OF ASSUMPTION AND CURE NOTICES (1.5); REVIEW AND REVISE CHART OF OBJECTORS (2.5); REVIEW AND REVISE CHART OF OBJECTIONS (1.3); FOLLOW UP EMAIL TO DELPHI RE: CLOSURES (0.7). |
|---|---|---|---|
| KALOUDIS D | 12/14/07 | 10.30 | TELECONFERENCE WITH DELPHI RE: SABIC (0.2); REVIEW SABIC PURCHASE ORDERS (0.6); TELECONFERENCE WITH M.FUKUDA RE: MERCEDES (0.4); TELECONFERENCE WITH DELPHI RE: STATUS OF OBJECTIONS (1.1); PREPARE FOR CONFERENCE CALL (0.5); TELECONFERENCE WITH COUNSEL FOR LEAR CORP (0.2); ANALYZE ISSUES RE: OBJECTIONS (0.8); REVISE MATERIALS FOR CLOSURES SALE HEARING (1.2); EMAILS AND CALLS WITH COUNSEL FOR DECATUR AND LORENTSON (1.5); TELECONFERENCE WITH B.KADARI RE: DECATUR (0.3); EMAILS AND CALLS WITH COUNSEL FOR LORENTSON (0.6); DRAFT EMAIL TO COUNSEL FOR PPG RE: PURCHASE ORDERS (0.4); TELECONFERENCE WITH COUNSEL FOR WESCO (0.2): REVIEW EMAIL RE: COOPER (0.2); REVIEW DRAFT RESPONSE TO CLOSURES OBJECTIONS (0.5); REVIEW PURCHASE ORDERS SENT BY DELPHI (0.6); TELECONFERENCE WITH P. BOND RE: PURCHASE ORDERS (0.3); EMAIL SAME TO SIEMENS (0.3); REVIEW AKNOWLEDGMENT FORMS RE: VALEO (0.4). |
| KALOUDIS D | 12/15/07 | 0.30 | EMAIL TO COUNSEL FOR MERCEDES (0.3). |
| KALOUDIS D | 12/16/07 | 6.40 | REVIEW EMAIL CORRESPONDENCE RE: PURCHASE ORDERS AND CLOSURES OBJECTIONS (0.8); REVIEW AND REVISE STATUS CHART OF CLOSURES OBJECTIONS (1.2); FOLLOW UP ON STATUS OF VALEO (0.2); REVIEW AKZO NOBEL ORDERS AND AGREEMENTS (1.1); REVIEW CONTRARIAN OBJECTION (0.2); CIRCULATE OBJECTION TO TEAM (0.3); REVIEW PURCHASE ORDERS RE: MACARTHUR, NOVA, LEAR AND SPARTECH (0.6); REVIEW PUBLICATION ISSUES (0.4); DRAFT CLOSURES HEARING PREP LIST (0.4); ANALYZE ISSUES RE: LEAR CORP OBJECTION (0.3); REVIEW AKZO NOBEL PURCHASE ORDERS (0.3); EMAIL TO A. VANDEBERGH RE: NOVA AND COOPER (0.2); REVIEW CHARTS RE: SAME (0.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          12/17/07        11.60    REVIEW AND REVISE CHART OF CLOSURES
                                             OBJECTORS (1.2); TELECONFERENCE WITH
                                             COUNSEL FOR AKZO NOBELS (0.2);
                                             TELECONFERENCE WITH COUNSEL FOR SIEMENS
                                             (0.3); TELECONFERENCE WITH COUNSEL FOR
                                             MAY & SCOFIELD (0.3); TELECONFERENCE
                                             WITH A. WINCHELL RE: LEAR (0.3);
                                             TELECONFERENCE WITH COUNSEL FOR COOPER
                                             (0.2); REVIEW AKZO ORDER AND AGREEMENT
                                             (0.4); REVIEW EMAIL FROM B. SEIDEL RE:
                                             MERCEDES (0.1); EMAIL TO B. SEIDEL RE:
                                             REVISED MERCEDES LANGUAGE TO DEBTORS'
                                             RESPONSE TO OBJECTIONS (0.3); EMAIL TO
                                             P. O'HEARN RE: SAME (0.2); DRAFT
                                             MERCEDES LANGUAGE (0.4); DRAFT EMAIL TO
                                             M. FUKUDA RE: SIEMENS (0.3);
                                             TELECONFERENCE WITH B. SEIDEL RE:
                                             SIEMENS (0.1); FOLLOW UP EMAIL TO
                                             COUNSEL FOR SPARTECH (0.2):
                                             TELECONFERENCE WITH COUNSEL FOR SIEMENS
                                             (0.3); TELECONFERENCE WITH COUNSEL FOR
                                             WESCO (0.3); DRAFT EMAIL OF OPEN ITEMS
                                             TO DELPHI RE: MACARTHUR, NOVA, AND
                                             SPARTECH (1.4): TELECONFERENCE WITH
                                             COUNSEL FOR MACARTHUR (0.2); FOLLOW UP
                                             EMAIL TO COUNSEL FOR MACARTHUR RE:
                                             PURCHASE ORDERS (0.3); TELECONFERENCE
                                             WITH COUNSEL FOR CASCO (0.3);
                                             TELECONFERENCE WITH COUNSEL FOR
                                             LORENTSON (0.2); SEND EMAIL TO SAME RE:
                                             PROPOSED LANGUAGE FOR DEBTORS' RESPONSE
                                             TO CLOSURES OBJECTIONS (0.3); REVIEW
                                             AND REVISE DRAFT RESPONSE TO CLOSURES
                                             OBJECTIONS (0.4); TELECONFERENCE WITH
                                             KCC RE: ADDITIONAL NOTICES (0.3);
                                             FURTHER REVIEW PROPOSED RESPONSE TO
                                             CLOSURES OBJECTIONS (0.3); SEND FOLLOW
                                             UP EMAIL TO COUNSEL FOR SIEMENS RE:
                                             INVOICES (0.3); CIRCULATE DRAFT REPLY
                                             (0.3); SEND EMAIL TO M. FUKUDA RE: REPLY
                                             (0.1); REVIEW OBJECTION TO STEERING
                                             BIDDING PROCEDURES MOTION (0.4);
                                             FURTHER REVIEW AND REVISE CHART OF
                                             OBJECTORS RE: CLOSURES (1.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D          12/18/07        13.30   SEND EMAILS TO COUNSEL FOR VARIOUS
                                            OBJECTORS RE: ADJOURNMENT OF OBJECTIONS
                                            TO CLOSURES ASSUMPTION NOTICES/CURE
                                            NOTICES (0.8); PREPARE FOR CONFERENCE
                                            CALL RE; OBJECTIONS (0.8);
                                            TELECONFERENCE WITH M. FUKUDA, A.
                                            VANDERBERG RE: STATUS OF CLOSURES
                                            OBJECTIONS (1.1); UPDATE CHART OF
                                            OBJECTORS (0.6); TELECONFERENCE WITH
                                            COUNSEL FOR SIEMENS (0.1); EMAIL TO
                                            COUNSEL FOR INTEVA RE: SIEMENS (0.1);
                                            EMAIL TO DELPHI RE: SIEMENS PURCHASE
                                            ORDER (0.2); TELECONFERENCE WITH
                                            COUNSEL FOR CASCO RE: OBJECTION (0.2);
                                            REVIEW DELPHI DOCKET RE: NOTICE OF
                                            WITHDRAWAL OF OBJECTIONS (0.4);
                                            TELECONFERENCE WITH COUNSEL FOR MAY &
                                            SCOFIELD RE: OBJECTION (0.2); FOLLOW UP
                                            ON STATUS OF WITHDRAWAL RE: SAME (0.2);
                                            TELECONFERENCE WITH COUNSEL FOR GOLDMAN
                                            RE: CLOSURES (0.2); TELECONFERENCE WITH
                                            COUNSEL FOR MACARTHUR (0.2); FOLLOW UP
                                            ON WITHDRAWAL OF MACARTHUR OBJECTION
                                            (0.2): TELECONFERENCE WITH COUNSEL FOR
                                            LEAR CORP. AND COOPER (0.2);
                                            TELECONFERENCE WITH COUNSEL FOR NOVA
                                            (0.1); TELECONFERENCE WITH COUNSEL FOR
                                            AKZO (0.2); TELECONFERENCE WITH COUNSEL
                                            FOR DECATUR AND LORENTSON RE: PROPOSED
                                            LANGUAGE TO RESPONSE (0.2); FOLLOW UP
                                            EMAILS TO COUNSEL FOR DECATUR AND
                                            LORENTSON (0.2); TELECONFERENCE WITH
                                            COUNSEL FOR SPARTECH (0.1); DRAFT EMAIL
                                            TO DELPHI RE: STATUS OF PURCHASE ORDERS
                                            WITH NOVA (0.4); REVIEW AND REVISE J.
                                            SHEEHAN'S DECLARATION RE: CLOSURES SALE
                                            HEARING (1.1); REVIEW AND REVISE
                                            CLOSURES SALE HEARING EXHIBIT LIST
                                            (0.9); ANALYZE ISSUES LIST OF CURE
                                            AMOUNTS RE: EXHIBIT TO CLOSURES SALE
                                            ORDER (1.4); REVIEW EMAILS RE: SABIC
                                            (0.4); REVIEW DRAFT OF RESPONSE TO
                                            CLOSURES OBJECTIONS (0.4); ATTENTION TO
                                            STATUS OF SUPPLEMENTAL ADDITIONAL
                                            NOTICES OF ASSUMPTION/CURE NOTICES
                                            (0.6); TELECONFERENCE WITH KCC RE: SAME
                                            (0.2); REVIEW CHRYSLER RESOLUTION
                                            (0.3); ANALYZE OUTSTANDING ISSUES WITH
                                            RESPECT TO OBJECTIONS (1.3).

B43E

KALOUDIS D        12/19/07      15.90   TELECONFERENCE WITH J. PARIS RE:
                                        GOLDMAN OBJECTION (0.2):
                                        TELECONFERENCE WITH J. PARIS, A. GELMAN
                                        RE: SIEMENS/GOLDMAN OBJECTION (0.4);
                                        TELECONFERENCE WITH D. GOING RE;
                                        SPARTECH (0.2); REVIEW SIEMENS AND
                                        SPARTECH FILES (0.2); FOLLOW UP CALLS
                                        WITH COUNSEL FOR SIEMENS (0.3):
                                        TELECONFERENCE WITH B. SEIEDEL RE:
                                        SIEMENS (0.1); DRAFT CHART RE: SIEMENS
                                        (0.4); REVISE CLOSURES SALE APPROVAL
                                        ORDER (1.3); CIRCULATE ORDER TO B.
                                        SEIDEL (0.1); REVISE CLOSURES SALE
                                        HEARING SCRIPT (1.8): FURTHER REVISE
                                        SCRIPT (0.8); REVIEW AND REVISE J.
                                        SHEEHAN'S DECLARATION IN SUPPORT OF
                                        CLOSURES SALE (0.9); INCORPORATE
                                        COMMENTS TO SAME FROM K.CRAFT (0.5);
                                        REVIEW AND REVISE CLOSURES SALE HEARING
                                        EXHIBIT LIST (1.1); REVIEW DRAFT
                                        RESPONSE TO CLOSURES OBJECTIONS (1.1);
                                        REVIEW DELPHI DOCKET RE; NOTICE OF
                                        WITHDRAWAL OF OBJECTION FILED BY
                                        CLOSURES OBJECTORS (0.4); REVISE CHART
                                        OF OBJECTORS (1.7); INCORPORATE
                                        COMMENTS TO SAME (0.8); FINALIZE
                                        RESPONSE FOR FILING (0.8); SEND FILED
                                        RESPONSE TO COUNSEL FOR MERCEDES (0.2);
                                        SEND FILED RESPONSE TO COUNSEL FOR
                                        DECATUR AND LORENTSON (0.1); SEND EMAIL
                                        TO B. SEIDEL RE: CLOSURES RESPONSE
                                        (0.1); REVIEW SUPPLEMENTAL CURE NOTICES
                                        AND NOTICES OF ASSUMPTION (0.5); FINAL
                                        REVIEW OF STATUS OF OBJECTIONS (0.2);
                                        DRAFT LIST OF ADJOURNED OBJECTIONS AS
                                        EXHIBIT TO SALE ORDER (0.4); REVIEW
                                        EMAIL CORRESPONDENCE RE: SABIC
                                        OBJECTION (0.2); REVIEW FINAL SIGNED
                                        DECLARATION OF J. SHEEHAN RE: CLOSURES
                                        SALE HEARING (0.2); SEND FINAL
                                        MATERIALS FOR CLOSURES SALE HEARING
                                        (DECLARATION, ORDER, EXHIBIT LIST, AND
                                        SCRIPT) (0.7); SEND EMAIL TO D. GOING
                                        RE: SPARTECH (0.2).

KALOUDIS D        12/20/07       2.90   EMAIL RE: STEERING SERVICE (0.1);
                                        REVIEW CLOSURES ORDER (0.4); COMPARE
                                        CLOSURES ORDER TO CATALYST ORDER (0.5);
                                        REVISE CLOSURES ORDER (0.2); PREPARE
                                        CLOSURES ORDER FOR CHAMBERS (0.4):
                                        REVIEW STEERING ORDER (0.3);
                                        TELECONFERENCE WITH KCC RE: SERVICE OF
                                        STEERING SERVICE (0.2); REVIEW NOTICE
                                        LISTS RE: STEERING (0.8).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KALOUDIS D | 12/21/07 | 5.90 | TELECONFERENCE WITH T. DONO, RE: STEERING SERVICE AND CONTRACTS (1.4); REVIEW STEERING ORDER (0.5); REVIEW CLOSURES SALE ORDER (0.4); COMPARE STEERING BIDDING PROCEDURES AND CLOSURES SALE ORDER AGAINST PREVIOUS ENTERED DIVESTITURE ORDERS (0.6); ANALYZE TO PUBLICATION OF STEERING NOTICE OF SALE (0.2); TELECONFERENCE WITH KCC RE: SERVICE OF STEERING SALE PACKAGES (0.3); ASSIST WITH SERVICE OF STEERING SALE PACKAGES (2.5). |
|---|---|---|---|
| KALOUDIS D | 12/27/07 | 2.90 | CONTINUE TO FOLLOW UP ON SERVICE OF STEERING SALE PACKAGES (2.9). |
| KALOUDIS D | 12/28/07 | 1.70 | EMAIL TO COMPANY RE: STEERING NOTICE OF SALE (0.2); TELECONFERENCE WITH A. DECHOW RE: PUBLICATION OF STEERING NOTICE OF SALE (0.1); EMAIL TO KCC RE: STEERING SERVICE OF SALE PACKAGES (0.3); REVIEW CLOSURES OBJECTIONS (0.3); EMAIL TO S. CHO RE: STEERING (0.3); REVIEW LIST OF ADJOURNMENTS (0.2); EMAIL TO B. STARCHER RE: AKZO (0.3). |
| KALOUDIS D | 12/31/07 | 5.90 | TELECONFERENCE WITH COUNSEL FOR NOVA CHEMICALS (0.1); REVIEW EMAIL CORRESPONDENCE AND REVIEW STATUS OF 15 ADJOURNED OBJECTIONS RE: CLOSURES (3.9); REVIEW AND REVISE CHART OF OBJECTORS RE: CLOSURES (1.9). |

**179.60**

| MURPHY M | 12/11/07 | 4.70 | CLOSURES OBJECTIONS RESEARCH (4.7). |
|---|---|---|---|
| MURPHY M | 12/12/07 | 6.40 | RESEARCH RELATED TO OBJECTIONS TO CLOSURES DIVISION SALE (6.4). |
| MURPHY M | 12/14/07 | 1.00 | COMPILE ADDRESSES AND P.O. NUMBERS INTO SPREADSHEET (1.0). |

**12.10**

| PERL MW | 12/03/07 | 0.30 | PRELIMINARY REVIEW OF CURE CLAIMS OBJECTION SUMMARY CHART FOR CLOSURES AND INTERIORS (0.3). |
|---|---|---|---|
| PERL MW | 12/04/07 | 1.90 | REVIEW CURE CLAIM OBJECTION CHART (0.5); PREPARE FOR (0.2) AND MEET WITH ORKING GROUP (0.5) RE: CURE CLAIMS; REVIEW VARIOUS CURE CLAIMS OBJECTIONS, INCLUDING NOTICES OF ASSUMPTION AND PROPOSED CURE AMOUNTS (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

PERL MW          12/05/07      3.10   REVIEW VARIOUS CURE CLAIMS OBJECTIONS
                                      TO INTERIORS AND CLOSURES SALE (0.5);
                                      TELECONFERENCE WITH S. DRUCKER
                                      (HONNIGMAN MILLER) RE: VALEO CURE CLAIM
                                      (0.2); REVIEW CURE NOTICES AND CONSIDER
                                      ISSUES RAISED IN OBJECTIONS (0.7);
                                      TEKECONFERENCE WITH J. GREGG RE: ARMADA
                                      RUBBER CURE CLAIM (0.1); TELECONFERENCE
                                      WITH J. GLEIT AND D. FILMAN RE:
                                      CONTRARIAN CURE CLAIM (0.1); REVIEW
                                      OBJECTIONS AND UPDATE SUMMARY CHART
                                      WITH OUTSTANDING ISSUES (1.2); DRAFT
                                      CORRESPONDENCE RE: CURE CLAIMS,
                                      INCLUDING RELEVANT DOCUMENTS FOR FOLLOW
                                      UP RE: SAME (0.3).

PERL MW          12/06/07      2.20   REVIEW CORRESPONDENCE FROM D. FILMAN
                                      RE: CONTRARIAN CURE CLAIM (0.1); UPDATE
                                      SUMMARY CHART RE: CURE OBJECTIONS IN
                                      CONNECTION WITH CLOSURE AND INTERIORS
                                      SALE (0.3); PARTICIPATE IN TEAM
                                      STRATEGY CALL RE: SAME (0.7); CONTINUE
                                      WORKING ON VARIOUS CURE CLAIMS RELATED
                                      MATTERS, INCLUDING REVIEW OF VARIOUS
                                      CURE DOCUMENTS AND SPREADSHEETS AND
                                      FOLLOW UP RE: SAME (1.1).

PERL MW          12/07/07      1.60   REVIEW VARIOUS CURE CLAIMS OBJECTIONS
                                      (0.2); REVIEW COMMENTS TO CURE CLAIMS
                                      OBJECTIONS (0.2) AND CONSIDER NEXT
                                      STEPS RE: SAME (0.3); TELECONFERENCE
                                      WITH J. RUHM AND WORKING GROUP RE: CURE
                                      CLAIM OBJECTIONS AND CURE AMOUNTS
                                      (0.7); FOLLOW UP RE: SAME (0.1);
                                      TELECONFERENCE WITH J. GLEIT RE:
                                      CONTRARIAN OBJECTION (0.1).

PERL MW          12/09/07      1.90   TELECONFERENCE WITH WORKING GROUP RE:
                                      CURE CLAIMS (1.2); REVIEW SUMMARY
                                      OBJECTION CHART AND ADDITIONAL
                                      OBJECTIONS FILED (0.7).

PERL MW          12/10/07      3.10   REVIEW CORRESPONDENCE AND RELATED
                                      DOCUMENTS RE: IRON MOUNTAIN CURE CLAIM
                                      (0.5); TELECONFERENCES WITH F. MCGINN
                                      (0.2) RE: SAME; FOLLOW UP RE: VALEO CURE
                                      CLAIM (0.2); REVIEW ADDITIONAL
                                      DOCUMENTS AND FOLLOW UP RE: SAME (0.7);
                                      REVIEW ADDITIONAL CURE CLAIMS MATERIALS
                                      AND PREPARE LIST OF OUTSTANDING MATTERS
                                      IN CONNECTION WITH SAME (0.8); CONTINUE
                                      WORKING ON VARIOUS MATTERS RE: CURE
                                      CLAIMS OBJECTIONS (0.7).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| PERL MW | 12/11/07 | 3.10 | TELECONFERENCE WITH WORKING GROUP RE: POTENTIAL LITIGATION OF CURE CLAIMS OBJECTIONS (0.5); TELECONFERENCE WITH G. SHAH AND WORKING GROUP RE: CURE CLAIMS OBJECTIONS (0.7); CONTINUE TO WORK ON AND FOLLOW UP RE: VARIOUS MATTERS IN CONNECTION WITH CURE CLAIMS OBJECTION, INCLUDING REVIEW OF DOCUMENTS AND CORRESPONDENCES (1.4); TELECONFERENCE WITH S. DRUCKER RE: VALEO CURE CLAIM (0.3); FOLLOW UP WITH WORKING GROUP RE: CURE CLAIMS ISSUES (0.2). |
| PERL MW | 12/13/07 | 0.60 | TELECONFERENCE WITH WORKING GROUP RE: STATUS OF CURE CLAIMS (0.2); REVIEW CORRESPONDENCES AND FOLLOW U P ON VARIOUS CURE CLAIMS MATTERS (0.4). |
| PERL MW | 12/14/07 | 0.10 | FOLLOW UP WITH J. GLEIT RE: CONTRARIAN CURE CLAIM OBJECTION (0.1). |
| | | **17.90** | |
| PLATT SJ | 12/17/07 | 1.60 | DRAFT EXHIBIT LIST FOR INTERIORS AND CLOSURES SALE HEARING (1.6). |
| PLATT SJ | 12/18/07 | 4.10 | CONTINUE DRAFTING EXHIBIT LIST FOR INTERIORS AND CLOSURES SALE HEARING (2.9); DRAFT EXHIBIT LIST FOR STEERING SALE (0.5); PREPARE FOR HEARING ON DIVESTITURES (0.7). |
| PLATT SJ | 12/19/07 | 9.90 | REVISE EXHIBITS LISTS AND SCRIPTS AND COMPILE DOCUMENTS IN PREPARATION FOR HEARING ON INTERIORS AND CLOSURES AND STEERING MOTIONS, AND ATTEND HEARING PREPARATION SESSION (9.9). |
| PLATT SJ | 12/20/07 | 4.60 | PREPARE FOR AND ATTEND OMNIBUS HEARING (4.6). |
| | | **20.20** | |
| SAMOLE RM | 12/12/07 | 9.50 | RESEARCH RE: CLOSURES OBJECTIONS (9.5). |
| SAMOLE RM | 12/13/07 | 8.10 | CONTINUE REVIEWING CLOSURES OBJECTIONS AND RELATED DOCUMENTS (8.1). |
| SAMOLE RM | 12/17/07 | 9.60 | REVIEW CLOSURES KEY DOCUMENTS (2.1); BEGIN DRAFTING REPLY BRIEF (7.5). |
| SAMOLE RM | 12/18/07 | 10.50 | CONTINUE DRAFTING CLOSURES REPLY BRIEF (10.5). |
| SAMOLE RM | 12/19/07 | 8.60 | FINALIZE REPLY BRIEF (6.5); COORDINATE FILING (2.1). |
| | | **46.30** | |

B43E

| SUBER KM | 12/04/07 | 3.90 | BEGIN TO REVIEW OF CORRESPONDENCE AND DOCUMENTATION IN CONNECTION WITH PROJECT FREETHROW (2.1); CONFER WITH DELPHI TEAM MEMBERS RE: PROJECT FREETHROW (0.4); CONFER WITH DELPHI TEAM MEMBERS RE: PROJECT FREETHROW (0.2); CONFER WITH DELPHI TEAM MEMBERS RE: PROJECT FREETHROW (0.2); REVIEW THE DE MINIMIS ASSET SALE ORDER IN CONNECTION (1.0). |
| SUBER KM | 12/06/07 | 1.50 | CONFER WITH DELPHI RE: PROJECT FREETHROW (0.8); REVIEW DOCUMENTATION IN CONNECTION WITH PROJECT FREETHROW (0.7). |
| SUBER KM | 12/07/07 | 4.10 | CONFER WITH DELPHI RE: PROJECT FREETHROW (0.4); COORDINATE DISTRIBUTION OF MATERIALS IN PREPARATION FOR PROJECT FREETHROW CONFERENCE CALL (0.3); PREPARE DOCUMENTATION IN CONNECTION WITH PROJECT FREETHROW (1.0); BEGIN TO DRAFT MEMORANDUM IN CONNECTION WITH PROJECT FREETHROW (2.4). |
| SUBER KM | 12/08/07 | 6.60 | TELECONFERENCE WITH S. CORCORAN, M. HARRISON RE: PROJECT FREETHROW (1.2); REVIEW DOCUMENTATION IN CONNECTION WITH PROJECT FREETHROW AND CREATE SUMMARY OF THE TRANSACTIONS (2.4); REVIEW SETTLEMENT PROCEDURES ORDER IN CONNECTION WITH PROJECT FREETHROW (0.5); REVIEW APPLICABLE DIP ORDERS AND BANKRUPTCY CODE PROVISIONS (0.9); DRAFT SUMMARY MEMORANDUM RE: CALSONIC KANSEI CORPORATION JOINT VENTURES (1.6). |
| SUBER KM | 12/09/07 | 2.50 | RESEARCH THE PROOF OF CLAIM OF CALSONIC KANSEI CORPORATION IN CONNECTION WITH THE UNWINDING OF THE JOINT VENTURE (0.7); REVISE THE SUMMARY MEMORANDUM RE: CALSONIC KANSEI JOINT VENTURE (1.3); OBTAIN CALSONIC KANSEI CORPORATION PROOF OF CLAIM (0.2); RESPOND TO QUESTIONS IN CONNECTION WITH CALSONIC KANSEI CORPORATION PROOF OF CLAIM (0.3). |
| SUBER KM | 12/10/07 | 2.20 | REVISE MEMORANDUM RE: CALSONIC KANSEI AND PROJECT FREETHROW (2.2. |
| SUBER KM | 12/11/07 | 0.70 | REVISE THE MEMORANDUM RE: CALSONIC KANSEI NEGOTIATIONS (0.7). |
| | | 21.50 | |
| **Total Associate** | | **547.90** | |
| CHAVALI A | 12/18/07 | 3.80 | GATHER DOCUMENTS FOR STEERING, CLOSURES BINDERS (3.8). |
| | | 3.80 | |
| DEMMA J | 12/10/07 | 2.10 | PREPARE/FILE STEERING MOTION (2.1). |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| DEMMA J | 12/19/07 | 0.60 | PREPARE/FILE OMNIBUS REPLY RE: INTERIORS AND CLOSURES BUSINESSES SALE (0.6). |
|---|---|---|---|
| | | **2.70** | |
| FIGUEROA T | 12/11/07 | 3.20 | DISTRIBUTE SPECIFIC CLAIMS RELATED PLEADINGS AND OBJECTIONS TO CURE NOTICES FOR ATTORNEY REVIEW (0.7); PREPARE SPIRAL BOUND OF ALL OBJECTIONS TO CURE NOTICES FOR ATTORNEY DISTRIBUTION (2.5). |
| FIGUEROA T | 12/18/07 | 0.90 | FILE SUPPLEMENTAL CLOSURES NOTICES (0.9). |
| | | **4.10** | |
| SHRAGO R | 12/27/07 | 1.90 | DRAFT AND REVIEW CORRESPONDENCE RE: UNRESOLVED OBJECTIONS (0.2); ASSEMBLE BINDER OF OBJECTIONS TO INTERIORS/CLOSURES MATTERS (1.7). |
| SHRAGO R | 12/28/07 | 0.50 | DRAFT AND REVIEW CORRESPONDENCE RE: INTERIORS AND CLOSURES OBJECTIONS (0.5). |
| SHRAGO R | 12/31/07 | 1.70 | ASSEMBLE INTERIORS/CLOSURES CORRESPONDENCE BINDER (1.7). |
| | | **4.10** | |

**Total Legal Assistant**        **14.70**

**TOTAL TIME**        <u>**660.70**</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**
**Asset Dispositions (General)**

**Bill Date: 01/31/08**
**Bill Number: 1208196**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/01/07 | Meisler RE | 579.02 |
| Air/Rail Travel - vendor feed | 12/17/07 | Samole RM | 1,342.97 |
| Air/Rail Travel - vendor feed | 12/17/07 | Samole RM | -1,297.99 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$624.00** |
| In-house Reproduction | 12/14/07 | Copy Center, D | 188.15 |
| In-house Reproduction | 12/18/07 | Copy Center, D | 3.00 |
| In-house Reproduction | 12/18/07 | Copy Center, D | 184.94 |
| In-house Reproduction | 12/21/07 | Copy Center, D | 128.80 |
| In-house Reproduction | 12/25/07 | Copy Center, D | 142.11 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$647.00** |
| Non-standard/Outside Reproduction | 12/31/07 | 24 Seven Discovere, L.L.C. | 2,684.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$2,684.00** |
| Lexis/Nexis | 12/14/07 | Hardin AS | 267.59 |
| Lexis/Nexis | 12/17/07 | Hardin AS | 243.35 |
| Lexis/Nexis | 12/18/07 | Hardin AS | 304.62 |
| Lexis/Nexis | 12/18/07 | Bolton IS | 619.93 |
| Lexis/Nexis | 12/19/07 | Hardin AS | 5.46 |
| Lexis/Nexis | 12/19/07 | Woodfield J | 16.05 |
| | | **TOTAL LEXIS/NEXIS** | **$1,457.00** |
| Westlaw | 12/03/07 | Kaloudis D | 205.57 |
| Westlaw | 12/11/07 | Murphy M | 378.38 |
| Westlaw | 12/12/07 | Murphy M | 281.13 |
| Westlaw | 12/18/07 | Cazers PL | 490.86 |
| Westlaw | 12/19/07 | Woodfield J | 75.20 |
| Westlaw | 12/19/07 | Cazers PL | 236.81 |
| Westlaw | 12/21/07 | Cazers PL | 41.05 |
| | | **TOTAL WESTLAW** | **$1,709.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 12/15/07 | Copy Center, D | 20.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$20.00** |
| Vendor Hosted Telecon-ferencing | 12/04/07 | Teleconferencing Services, LLC | 0.30 |
| Vendor Hosted Telecon-ferencing | 12/04/07 | Teleconferencing Services, LLC | 0.42 |
| Vendor Hosted Telecon-ferencing | 12/08/07 | Teleconferencing Services, LLC | 26.84 |
| Vendor Hosted Telecon-ferencing | 12/09/07 | Teleconferencing Services, LLC | 13.42 |
| Vendor Hosted Telecon-ferencing | 12/12/07 | Teleconferencing Services, LLC | 16.19 |
| Vendor Hosted Telecon-ferencing | 12/13/07 | Teleconferencing Services, LLC | 9.57 |
| Vendor Hosted Telecon-ferencing | 12/15/07 | Teleconferencing Services, LLC | 7.52 |
| Vendor Hosted Telecon-ferencing | 12/18/07 | Teleconferencing Services, LLC | 7.08 |
| Vendor Hosted Telecon-ferencing | 12/19/07 | Teleconferencing Services, LLC | 10.05 |
| Vendor Hosted Telecon-ferencing | 12/20/07 | Conference Plus Inc. | 16.54 |
| Vendor Hosted Telecon-ferencing | 12/26/07 | Teleconferencing Services, LLC | 2.89 |
| Vendor Hosted Telecon-ferencing | 12/27/07 | Teleconferencing Services, LLC | 13.18 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$124.00** |
| Air/Rail Travel (external) | 12/20/07 | Fern BM | 732.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$732.00** |
| Out-of-Town Travel | 12/18/07 | Fern BM | 36.00 |
| Out-of-Town Travel | 12/18/07 | Fern BM | 34.00 |
| Out-of-Town Travel | 12/20/07 | Fern BM | 36.00 |
| Out-of-Town Travel | 12/20/07 | Fern BM | 685.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$791.00** |
| Messengers/ Courier | 12/28/07 | Dist Serv/Mail/Page, D | 21.57 |
| Messengers/ Courier | 12/28/07 | Dist Serv/Mail/Page, D | 6.87 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 12/28/07 | Dist Serv/Mail/Page, D | 21.56 |
| | | **TOTAL MESSENGERS/ COURIER** | **$50.00** |
| Out-of-Town Meals | 12/18/07 | Meisler RE | 35.60 |
| Out-of-Town Meals | 12/18/07 | Fern BM | 6.46 |
| Out-of-Town Meals | 12/20/07 | Fern BM | 6.94 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$49.00** |
| Outside Re-search/Internet Services | 12/11/07 | ChoicePoint Inc. | 867.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$867.00** |
| Print Images to Paper (from Electronic Media) | 12/20/07 | Silva FM | 22.35 |
| Print Images to Paper (from Electronic Media) | 12/31/07 | Haskin GM | 13.33 |
| Print Images to Paper (from Electronic Media) | 12/31/07 | Haskin GM | 13.32 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$49.00** |
| | | **TOTAL MATTER** | **$9,803.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP))                          Bill Date: 02/29/08
Asset Dispositions (General)                       Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/02/08 | 0.20 | EMAILS FROM/TO A. VANDENBERGH RE: INTEVA SETTLEMENT PROPOSAL AND EVALUATE SAME (0.2). |
| BUTLER, JR. J | 01/03/08 | 0.20 | TELECONFERENCE WITH B. SHAW RE: POSSIBLE EXTENSION OF DUE DILIGENCE PERIOD AND DEFERRAL OF AUCTION DATE IN STEERING TRANSACTION (0.2). |
| BUTLER, JR. J | 01/04/08 | 0.50 | PARTICIPATE IN CONFERENCES AT COMPANY IN TROY WITH J. SHEEHAN, J. BERTRAND, S. CORCORAN ET AL RE: DISPUTE WITH INTERIORS AND CLOSURES PURCHASER (0.2); PARTICIPATE IN CONFERENCES AT COMPANY IN TROY WITH M. LOEB, S. CORCORAN, M. WILLIAMS, B. SHAW ET AL RE: STEERING POTENTIAL BIDDERS, DUE DILIGENCE AND AUCTION TIMETABLE AND RELATED MATTERS (0.3). |
| BUTLER, JR. J | 01/14/08 | 0.70 | EMAILS TO/FROM B. ROSENBERG RE: EXPEDITED TREATMENT OF BEARINGS SALE MOTION AND MOTION TO AMEND CLOSURES SALE APPROVAL ORDER (0.3); FOLLOW-UP ON BOTH MOTIONS (0.4). |
| BUTLER, JR. J | 01/15/08 | 0.80 | REVIEW OPEN BEARINGS SALE MOTION ISSUES AND ASSIST WITH RESPECT TO SAME (0.8). |
| BUTLER, JR. J | 01/24/08 | 1.00 | PREPARE FOR JANUARY 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT INCLUDING REVIEW OF CLAIMS SETTLEMENT FOR INTERIORS AND CLOSURES SALE (0.3), PREPARATION FOR AMENDMENT TO INTERIORS AND CLOSURES SALE ORDER (0.3) AND PREPARE FOR BEARINGS SALE HEARING (0.4). |
| BUTLER, JR. J | 01/25/08 | 1.00 | PREPARE FOR (0.6) AND ATTEND (0.4) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: BEARING SALES BIDDING PROCEDURES ORDER AND MODIFICATION OF INTERIORS AND CLOSURES SALE ORDER AND SETTLEMENT OF REMAINING OBJECTIONS. |
|  |  | **4.40** |  |
| LYONS JK | 01/02/08 | 0.60 | REVIEW OF STEERING DIVESTITURE ISSUES AND COORDINATED ADVICE (0.6). |
| LYONS JK | 01/07/08 | 2.30 | NUMEROUS CONFERENCE CALLS RE: STEERING CONTRACTS, BEARINGS AND OTHER DIVESTITURE ISSUES INCLUDING OMITTED CONTRACTS (2.3). |
| LYONS JK | 01/20/08 | 3.50 | CONFERENCE CALL RE: BEARINGS AND COMMITTEE'S POTENTIAL OBJECTION (1.1) AND DEVISED STRATEGIES RE: RESOLUTION (2.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LYONS JK | 01/22/08 | 5.00 | NEGOTIATIONS RE: COMMITTEE POTENTIAL OBJECTION TO BEARINGS BID PROTECTIONS MOTION AND REVIEW AND REVISIONS TO CONSENSUAL LANGUAGE RESOLVING OBJECTION (2.2); CONFERENCES WITH RESILIENCE, DELPHI AND THE COMMITTEE RE: THE SAME (2.8). |
| LYONS JK | 01/23/08 | 9.40 | ADDITION CONFERENCES RE: BEARINGS RESOLUTION AND FINALIZED ORDER (2.3) AND NUMEROUS CONFERENCE CALLS RE: STEERING ISSUES AND STRATEGIES, RENCO BID, VALUATION, SENIOR MANAGEMENT MEETING AND OTHER ISSUES (7.1). |
| LYONS JK | 01/24/08 | 2.10 | STEERING DIVESTITURE FOLLLOW UP, REVIEW OF PRESS RELEASE AND BEARINGS ISSUES (2.1). |
| | | **22.90** | |
| MARAFIOTI KA | 01/15/08 | 3.90 | REVIEW AND REVISE MOTION FOR ORDER APPROVING BIDDING PROCEDURES AND SLAE OF BEARINGS BUSINESS (1.0) AND RELATED BIDDING PROCEDURES ORDER (0.3), BIDDING PROCEDURES (0.5), SALE ORDER (0.3), NOTICE (0.1), NOTICE OF AUCTION (0.1), NOTICE OF CURE (0.1), NOTICE OF ASSUMPTION/ASSIGNMENT TO BUYER (0.1), AND NOTICE OF ASSUMPTION/ASSIGNMENT TO QUALIFIED BIDDER (0.1); RELATED CORRESPONDENCE (0.1); REVIEW AND REVISE EXPEDITED MOTION TO SETTLE AND AMEND PRIOR SALE ORDER RE: CLOSURES BUSINESS (0.9) AND RELATED ORDER (0.3). |
| MARAFIOTI KA | 01/24/08 | 1.50 | WORK ON SUPPLEMENTAL OMNIBUS INTERIORS SALE REPLY RE: CURE NOTICES (1.1); WORK ON INTEVA ORDER (0.3); CORRESPONDENCE RE: JANUARY 28 AUCTION (0.1). |
| | | **5.40** | |
| MEISLER RE | 01/02/08 | 0.90 | TELECONFERENCE WITH A. VANDENBERGH RE: RENCO/CLOSURES SALE (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.2); REVIEW CORRESPONDENCE RE: POWER PRODUCTS DIVESTITURE (0.1); DRAFT INTERNAL CORRESPONDENCE RE: GUIDANCE TO RESOLVE CURE OBJECTIONS IN CONNECTION WITH INTERIOR AND CLOSURES SALE (0.3); DRAFT INTERNAL CORRESPONDENCE RE: MODIFICATIONS TO SALE ORDER (0.2). |
| MEISLER RE | 01/03/08 | 0.60 | TELECONFERENCE WITH A. VANDENBERGH AND M FUKUDA RE: LETTER FROM INTEVA (0.3); REVIEW BEARINGS AGREEMENT RE: BIDDER'S MARK UP (0.3). |
| MEISLER RE | 01/04/08 | 0.80 | REVISE RESPONSE TO INTEVA LETTER (0.5); WORK ON STEERING DIVESTITURE (0.3). |
| MEISLER RE | 01/08/08 | 0.70 | REVIEW MATERIALS FROM S. CORCORAN RE: PRESENTATION TO R. O'NEAL (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MEISLER RE        01/09/08        1.10   PREPARE FOR CALL WITH SIEMENS RE:
                                         RESOLVE CURE OBJECTIONS TO INTERIOR AND
                                         CLOSURE DIVESTITURE (0.4);
                                         TELECONFERENCE WITH COUNSEL TO SIEMENS
                                         AND GOLDMAN RE: SAME (0.4);
                                         TELECONFERENCE WITH S. CORCORAN RE:
                                         RENCO (0.2) AND R. O'NEAL PRESENTATION
                                         (0.1).

MEISLER RE        01/11/08        2.20   REVIEW AND REVISE MOTION TO AMEND SALE
                                         ORDER RE: INTERIOR AND CLOSURES (1.1);
                                         REVIEW AND REVISE ORDER RE: SAME (0.6);
                                         REVIEW PROMISSORY NOTE (0.2); REVIEW
                                         BEARINGS DIVESTITURE (0.2); REVIEW
                                         KETTERING DIVESTITURE (0.1).

MEISLER RE        01/15/08        2.10   REVIEW AND COMMENT ON MOTION (1.4) AND
                                         PROPOSED ORDER (0.6) RE: AMENDMENT TO
                                         INTERIOR AND CLOSURES TRANSACTION;
                                         TELECONFERENCE WITH B. SEIDEL RE: AMEND
                                         AND RESTATE SALE ORDER RE: CLOSURES
                                         (0.1).

MEISLER RE        01/20/08        0.90   REVIEW OF CURE OBJECTIONS TO INTERIOR
                                         AND CLOSURES DIVESTITURE (0.9).

MEISLER RE        01/21/08        0.50   EVALUATE CLOSURES CURE OBJECTIONS
                                         (0.5).

MEISLER RE        01/22/08        0.60   REVIEW STATUS OF DIVESTITURES SCHEDULED
                                         FOR HEARING ON 1/25 (0.6).

MEISLER RE        01/23/08        1.20   REVIEW SUMMARY OF CURE OBJECTIONS RE:
                                         INTERIOR AND CLOSURES SALE (0.4);
                                         REVIEW AND COMMENT ON SABIC STIPULATION
                                         RE: RESOLUTION OF CURE OBJECTION (0.5);
                                         REVIEW J. SHEEHAN DECLARATION IN
                                         SUPPORT OF SALE AMENDMENTS RE: INTERIOR
                                         AND CLOSURES (0.3).

MEISLER RE        01/24/08        0.50   REVIEW AND RESPOND TO CORRESPONDENCE
                                         RE: CURE OBJECTIONS TO INTERIOR AND
                                         CLOSURES SALE (0.2); REVIEW AND RESPOND
                                         TO CORRESPONDENCE RE: TIMING OF CLOSING
                                         INTERIOR AND CLOSURES SALE (0.2);
                                         REVIEW CORRESPONDENCE RE: RESOLUTION OF
                                         OBJECTION RE: INTERIOR AND CLOSURES
                                         SALE (0.1).

                                 12.10

Total Partner                    44.80

MATZ TJ           01/07/08        0.30   TELECONFERENCE WITH D. COHEN OF ALWAYS
                                         PRECISION RE: STEERING DISPOSITION
                                         (0.2); REVIEW AND COMMENT ON DRAFT
                                         CORRESPONDENCE RE: SAME (0.1).

MATZ TJ           01/08/08        0.50   REVIEW INTERIORS AND CLOSURES CONTRACT
                                         ASSUMPTIONS (0.2); CONSIDER MATTERS RE:
                                         SAME (0.3).

MATZ TJ           01/14/08        0.60   CONSIDER INTERIORS AND CLOSURES
                                         OBJECTION, RESOLUTION (0.6).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 01/24/08 | 1.10 | FOLLOW UP ON RESOLUTION OF INTERIORS AND CLOSURES 12/20 OBJECTIONS (0.4); REVIEW OMNIBUS REPLY RE: INTERIOR AND CLOSURES OBJECTIONS (0.4); REVIEW AND FORWARD SABIC STIPULATION TO CHAMBERS (0.3). |
| | | **2.50** | |
| **Total Counsel** | | **2.50** | |
| CAZERS PL | 01/02/08 | 3.40 | CONDUCT LEGAL RESEARCH RE: DIVESTITURES, DRAFT EMAIL (3.4). |
| CAZERS PL | 01/03/08 | 7.70 | CONFERENCE STATUS CALL; REVIEW BINDERS, CONDUCT LEGAL RESEARCH RE: TRANSFEREE STANDING (7.7). |
| CAZERS PL | 01/08/08 | 4.80 | CONDUCT AND REVIEW LEGAL RESEARCH; REVIEW PLEADINGS (4.8). |
| CAZERS PL | 01/09/08 | 2.10 | REVIEW PLEADINGS RE: EFFECTIVE DATE, DRAFT EMAILS (2.1). |
| CAZERS PL | 01/10/08 | 3.20 | CONDUCT AND REVIEW LEGAL RESEARCH RE: 365 CONTRACT CLAUSE (3.2). |
| | | **21.20** | |
| FERN BM | 01/02/08 | 9.30 | FORMULATE STRATEGY RE: SABIC OBJECTION (0.3); REVIEW AND COMMENT ON BEARINGS ORDERS AND BIDDING PROCEDURES (2.6); TELECONFERENCE WITH J. RUHM RE: INTERIORS/CLOSURES DIVESTITURE (0.2); BEGIN TO DRAFT MARK-UP TO BEARINGS MSPA (0.7); EMAILS TO/FROM S. DANIELS RE: EMERGENCE TIMELINE (0.2); TELECONFERENCE WITH M. FUKUDA RE: POWER PRODUCTS AND CLOSURES (0.2); REVIEW STATUS OF STEERING BIDDING PROCEDURES (0.4); EVALUATE STATUS OF CLOSURES SALE (0.3); EMAILS TO/FROM A. DECHOW RE: STEERING PUBLICATION NOTICE (0.4); EMAILS TO/FROM J. RUHM RE: STEERING CURES (0.3); EMAIL TO S. DRUCKER RE: VALEO (0.2); EMAIL TO/FROM E. ADAMS RE: SERVICE OF CLOSURES SALE ORDER (0.4); BEGIN TO DRAFT MOTION TO AMEND CLOSURES SALE APPROVAL ORDER (3.1). |
| FERN BM | 01/03/08 | 9.30 | DRAFT AMENDED CLOSURES SALE ORDER (1.1); REVIEW AND ANALYZE COMMITMENT LETTER RE: CLOSURES SALE (1.3); DRAFT CLOSURES DRAFT SIDE LETTER AMENDING MSPA (0.9); TELECONFERENCE WITH M. FUKUDA, S. CORCORAN, AND A. VANDENBERGH RE: RENCO DISCUSSIONS (0.7); CONTINUE DRAFTING MOTION TO AMEND CLOSURE SALE APPROVAL ORDER (2.2); REVIEW AND ANALYZE DOCUMENTS RE: PPG OBJECTION TO CLOSURES MOTION (0.8); FORMULATE STRATEGY RE: BEARINGS MSPA (0.5); DRAFT PROPOSED CHANGES TO BEARINGS MSPA (1.8). |

B43E

| | | | |
|---|---|---|---|
| FERN BM | 01/04/08 | 5.10 | REVIEW AND REVISE DELPHI LETTER TO INTEVA (0.6); REVIEW AND COMMENT ON SLIDES RE: CLOSURES SLAE (0.5); ADDITIONAL REVIEW OF LETTER TO INTEVA (0.8); ADDITIONAL REVISIONS TO INTEVA LETTER (0.7); ADDITIONAL REVISIONS TO BEARINGS MSPA AND EMAIL TO B. ERENS RE: SAME (0.5); REVIEW 1/4 LETTER FROM INTEVA TO DELPHI (0.3); TELECONFERENCE WITH T. DONO RE: STEERING UPDATE (0.4); TELECONFERENCE WITH S. CORCORAN, M. FUKUDA, AND A. VANDENBERGH RE: INTEVA PROPOSAL (0.6); REVISE INTEVA PROPOSAL (0.3); ANALYZE STATUS OF DIVESTITURE WITH INTEVA (0.4). |
| FERN BM | 01/07/08 | 5.40 | MULTIPLE EMAILS TO C. COMERFORD AND OTHERS RE: STEERING REAL ESTATE CONTRACTS (0.4); REVIEW AND REVISE STEERING CONTRACT NOTICE LISTS (1.5); CONTINUE TO DRAFT PLEADINGS RE: MOTION TO AMEND CLOSURES SALE ORDER (1.4); REVIEW AND ANALYZE STEERING CURE INFORMAITON (0.4); FORMULATE STRATEGY RE: KETTERING MSPA (0.5); ANALYZE ISSUES RE: SABIC OBJECTION (0.3); BEGIN TO REVIEW AND COMMENT ON KETTERING MSPA (0.9). |
| FERN BM | 01/08/08 | 6.10 | TELECONFERENCE WITH M. FUKUDA RE: COMMITMENT LETTER (0.2); FORMULATE STRATEGY RE: STEERIGN CONTRACT NOTICES (1.3); EMAIL TO M. SUTTER RE: STEERING MSPA (0.2); PREPARE FOR (0.5) AND PARTICIPATE IN TELECONFERENCE WITH S. DANIELS, T. DONO AND G. SHAH RE: STEERING CONTRACTS (1.0); FORMULATE STRATEGY RE: ASSUMPTION/ASSIGNMENT OF NOTICES FOR STEERING (0.3); EMAILS TO/FROM J. SELANDERS RE: CHRYSLER AND STEERING (0.2); REVIEW AND COMMENT ON PRESENTATION MATERIALS RE: DELPHI DIVESTITURES (0.6); ADDITIONAL REVIEW AND COMMENT ON KETTERING MSPA (1.8). |

**B43E**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
FERN BM          01/09/08     9.30   FORMULATE STRATEGY RE: STEERING BIDDING
                                     PROCEDURES (0.5); EMAIL TO S. CORCORAN,
                                     A. VANDENBERGH AND M. FUKUDA RE:
                                     INTEVA'S CLOSING CONDITIONS (0.3);
                                     REVIEW AND COMMENT ON BEARINGS NOTICES
                                     (1.5); TELECONFERENCE WITH N. SAHAI RE:
                                     DIVESTITURE TIMELINES (0.4);
                                     TELECONFERENCE WITH M. DENSMORE RE:
                                     BEARINGS AND KETTERING (0.8); EMAILS TO
                                     F. BELLAR, S. OLSEN, AND M. DENSMORE RE:
                                     STATUS OF BEARINGS AND REQUEST FOR
                                     INFORMATION (0.5); PREPARE FOR
                                     CONFERENCE CALL WITH BUYERS RE:
                                     BEARINGS MSPA (0.6); DRAFT COMMENTS TO
                                     KETTERING MSPA (3.0); FORMULATE
                                     STRATEGY RE: BEARINGS PLEADINGS (0.4);
                                     TELECONFERENCE WITH B. SEIDEL RE:
                                     STEERING MSPA (0.2); REVIEW AND ANALYZE
                                     DIVESTITURE-RELATED ITEMS IN UCC
                                     PRESENTATION (0.3); REVIEW MARICOPA
                                     COUNTY OBJECTION TO STEERING SALE
                                     (0.2); REVIEW MATERIALS SENT TO
                                     COMMITTEES RE: INTEVA NEGOTIATIONS
                                     (0.3); EVALUTE ISSUES RE: STEERING MSPA
                                     (0.3).

FERN BM          01/10/08     8.30   EMAILS TO/FROM M. DENSMORE AND S.
                                     CORCORAN RE: BEARINGS MSPA AND TIMELINE
                                     (0.4); TELECONFERENCE WITH S. OLSEN RE:
                                     STATUS OF BEARINGS TRANSACTION (0.3);
                                     EVALUATE ISSUES RE: SPARTECH OBJECTION
                                     TO CLOSURES NOTICES (0.6); REVIEW AND
                                     REVISE BEARINGS BIDDING PROCEDURES
                                     (2.1); EMAILS TO/FROM M. FUKUDA RE:
                                     AMENDING CLOSURES SALE APPROVAL ORDER
                                     (0.2); FORMULATE STRATEGY RE: SAME
                                     (0.5); ANALZYE MSPA RE: CLOSURES
                                     CONTRACTS (0.7); CONTINUE TO DRAFT
                                     MOTION TO AMEND CLOSURES SALE APPROVAL
                                     ORDER (2.8); REVISE CLOSURES AMENDED
                                     ORDER (0.4); EMAIL TO S. DRUCKER AND T.
                                     SABLE RE: VALEO (0.3).
```

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 01/11/08 | 13.90 | TELECONFERENCE WITH M. DENSMORE RE: BEARINGS AND KETTERING (0.3); TELECONFERENCE WITH T. DONO RE: STEERING (0.2); EMAIL TO J. CARNEY AND M. DENSMORE RE: KETTERING NOTICE LISTS (0.3); COMPLETE DRAFT OF MOTION TO AMEND CLOSURES SALE ORDER (2.1); TELECONFERENCE WITH S. DANIELS, T. DONO, AND B. SHAW RE: STEERING BIDDING PROCEDURES (1.0); REVISE CLOSURES MOTION AND ORDER (0.6); TELECONFERENCE WITH G. SHAH RE: STEERING (0.2); EVALUATE ISSUES RE: BEARINGS PURCHASE PRICE (0.4); TELECONFERENCE WITH R. WYNNE RE: STEERING (0.2); FORMULATE STRATEGY RE: BEARINGS MSPA (0.5); BEGIN TO REVIEW AND COMMENT ON BEARINGS SALE MOTION (2.3); TELECONFERENCE WITH B. ERENS AND A. SCHAEFFER RE: BEARINGS MSPA (1.0); TELECONFERENCE WITH M. DENSMORE RE: SAME (0.7); FORMULATE STRATEGY RE: TIMING OF DIVESTITURES (0.4); EMAILS TO/FROM A. SCHAAEFFER RE: EXHIBITS TO ORDERS (0.4); REVISE MOTION TO AMEND CLOSURES SALE ORDER (0.5); REVIEW MARKED-UP COPY OF KETTERING APA (0.6); CONTINUE TO REVIEW/COMMENT ON BEARINGS MOTION (2.2). |
| FERN BM | 01/12/08 | 3.60 | TELECONFERENCE WITH M. DENSMORE RE: BEARINGS MSPA (0.2); REVIEW AND COMMENT ON BUYERS PROPOSED CHANGES TO BEARINGS MSPA (1.9); EMAILS TO/FROM M. DENSMORE RE: REVISED BEARINGS MSPA (0.4); REVIEW AND COMMENT ON KETTERING NOTICES AND PROCEDURES (1.1). |
| FERN BM | 01/13/08 | 3.90 | EMAILS TO/FROM A. SCHAEFFER AND M. DENSMORE RE: BEARINGS NEGOTIATIONS (0.3); REVIEW AND ANALYZE BEARINGS ISSUES LIST (0.4); REVIEW AND COMMENTON KETTERING SALE AND BID PROCEDURES ORDERS (1.8); REVIEW AND REVISE PLEADINGS RE: MOTION TO AMEND CLOSURES SALE ORDER (1.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| FERN BM | 01/14/08 | 10.50 | EMAILS TO/FROM S. DANIELS RE: STEERING (0.2); REVIEW AND REVISE DRAFT BEARINGS MOTION (1.3); EMAILS TO/FROM S. CORCORAN RE: CLOSURES (0.3); REVIEW AND REVISE MOTION TO AMEND CLOSURES SALE APPROVAL ORDER (1.4); TELECONFERENCE WITH B. SHAW AND S. DANIELS RE: STEERING BIDDING PROCEDURES (0.5); EMAILS TO/FROM T. DONO RE: RENCO AND STEERING (0.3); FORMULATE STRATEGY RE: TIMING OF VARIOUS DIVESTITURES (0.4); REVIEW AND COMMENT ON STEERING ESCROW AGREEMENT (0.3); REVIEW AND REVISE BEARINGS PLEADINGS (2.3); EMAIL TO B. SEIDEL RE: CLOSURES ORDER (0.4); EMAILS TO/FROM B. SEIDEL RE: MOTION TO AMEND CLOSURES SALE ORDER (0.3); EMAILS TO/FROM E. GERSHBEIN RE: TIMING OF FILINGS (0.4); FORMULATE STRATEGY RE: TIMING OF BEARINGS FILING (0.7); EVALUATED ISSUES RE: CLOSURES NOTICE (0.8); REVIEW INFORMATION RE: STEERING CURE DATA (0.9). |
|---|---|---|---|
| FERN BM | 01/15/08 | 15.30 | TELECONFERENCE WITH S. CORCORAN, S. DANIELS, B. SHAW AND T. DONO RE: STEERING BIDDING PROCEDURES (1.3); TELECONFERENCE WITH S. CORCORAN RE: CLOSURES MOTION (0.3); REVIEW AND REVISE CLOSURES AMENDMENT MOTION (4.7); REVIEW AND COMMENT ON BEARINGS PLEADINGS (2.8); VARIOUS EMAILS TO/FROM M. FUKUDA AND A. VANDENBERGH RE: CLOSURES MOTION (0.9); ADDITIONAL REVISIONS TO CLOSURES MOTION AND ORDER (1.7); MULTIPLE EMAILS AND TELECONFERENCES WITH E. GERSHBEING RE: SERVICE OF BEARINGS PLEADINGS (1.3); TELECONFERENCE WITH S. FRIEDMAN RE: BEARINGS ORDERS (0.4); ADDITIONAL NEGOTIATIONS WITH S. FRIEDMAN RE: BEARINGS ORDERS (0.6); TELECONFERENCE WITH S. CORCORAN, F. BELLAR, S. OLSEN, AND M. DENSMORE RE: BEARINGS DEAL (0.8); FINAL REVIEW OF BEARINGS AGREEMENT AND PREPARE FOR FILING (0.5). |
| FERN BM | 01/16/08 | 3.10 | REVIEW AND ANALYZE STEERING CONTRACT ISSUES (0.4); EMAILS TO/FROM B. CECCOTTI RE: BEARINGS BIDDING PROCEDURES (0.5); TELECONFERENCE WITH S. OLSEN RE: UAW REQUIREMENT (0.2); TELECONFERENCE WITH B. SHAW AND S. DANIELS RE: STEERING (0.4); FORMULATE STRATEGY RE: SAME (0.5); EMAILS TO/FROM J. SELANDERS RE: BEARINGS AND CHRYSLER (0.2); REVIEW MATERIALS FROM PRIOR AUCTIONS (0.6); EMAILS TO S. DANIELS, T. DONO, AND B. SHAW RE: AUCTION BID SHEETS (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM          01/17/08       8.70   EMAILS TO/FROM S. OLSEN AND M. DENSMORE
                                        RE: UAW ISSUES WITH BEARINGS (0.4);
                                        TELECONFERENCE WITH J. GORMAN RE:
                                        INTERIORS MOTION (0.2); TELECONFERENCE
                                        WITH R. WYNNE RE: STEERING JOINT VENTURE
                                        (0.2); FORMULATE STRATEGY RE: SAME
                                        (0.5); TELECONFERENCE WITH G. SHAH RE:
                                        STEERING NOTICES (0.2); DRAFT SCRIPT
                                        RE: AMENDED CLOSURES SALE ORDER (2.6);
                                        EVALUATE ISSUES RE: BEARINGS BIDDING
                                        PROCEDURES (0.5); FORMULATE STRATEGY
                                        RE: STEERING BIDDING PROCEDURES (0.6);
                                        EMAILS TO/FROM S. DANIELS RE: ESCROW
                                        AGREEMENT (0.4); TELECONFERENCE AND
                                        EMAILS WITH M. DENSMORE RE: BEARINGS
                                        MSPA (0.4); BEGIN DRAFTING STEERING
                                        AUCTION EXHIBIT LIST (1.1); BEGIN
                                        DRAFTING HEARING MATERIALS FOR STEERING
                                        AUCTION (1.6).

FERN BM          01/18/08       9.30   MULTIPLE EMALS TO/FROM S. DANIELS RE:
                                        STEERING ESCROW AGREEMENT (0.4);
                                        TELECONFERENCE WITH S. DANIELS, M.
                                        RYAN, A. RENNERT, AND I. RENNERT RE:
                                        STEERING BIDDING PROCEDURES (0.3);
                                        REVIEW AND COMMENT ON VARIOUS
                                        DIVESTITURE HEARING MATERIALS FOR 1/25
                                        HEARING (0.9); REVIEW AND ANALYE
                                        RENCO'S BID FOR STEERING BUSINESS
                                        (2.8); FORMULATE STRATEGY RE: RENCO'S
                                        BID (0.7); TELECONFERNECE WITH A.
                                        VANDENBERGH AND M. FUKUDA RE: CLOSURES
                                        CLOSING (0.3); EMAIL TO B. CECCOTTI AND
                                        R. GISE RE: STEERING BID (0.2); REVIEW
                                        AND COMMENT ON STEERING CONTRACT
                                        NOTICES (1.2); TELECONFERNCE WITH A.
                                        SCHAEFFER RE: BEARINGS MSPA (0.3);
                                        TELECONFERENCE WITH S. DANIELS AND B.
                                        SHAW RE: RENCO'S STEERING BID (1.1);
                                        FORMULATE STRATEGY IN PREPARATION FOR
                                        STEERING AUCTION (0.6); EMAILS TO/FROM
                                        M. RYAN RE: STEERING BID (0.3); REVIEW
                                        PROPOSED CHANGES TO BEARINGS DEAL MADE
                                        BY CREDTIORS' COMMITTEE (0.2).

FERN BM          01/19/08       1.60   EMAILS TO/FROM A. SCHAEFFER RE: UCC
                                        COMMENTS TO BEARINGS DEAL (0.3);
                                        EVALUTE ISSUES RE: BEARINGS DEAL IN
                                        PREPARATION FOR 1/25 HEARINGS (0.5);
                                        FORMULATE STRATEGY RE: STEERING AUCTION
                                        (0.8).

FERN BM          01/20/08       1.50   EMAILS TO/FROM M. RYAN RE: STEERING
                                        (0.3); TELECONFERENCE WITH B. SHAW AND
                                        S. DANIELS RE: STEERING BID (0.5);
                                        TELECONFERENCE WITH W. HOLZER, B.
                                        ERENS, AND A. SCHAEFFER RE: BEARINGS
                                        MSPA AND BIDDING PROCEDURES (0.4);
                                        FORMULATE STRATEGY RE: SAME (0.3).

| FERN BM | 01/21/08 | 11.40 | PREPARE FOR (0.5) AND PARTICIPATE IN CONFERENCE CALL WITH I. RENNERT, M. RYAN, R. FAY, S. DANIELS, B. SHAW AND T. DONO RE: RENCO'S STEERING BID (0.9); TELECONFERENCE WITH S. OLSEN AND M. DENSMORE RE: BEARINGS DEAL (0.3); TELECONFERENCE WITH R. WYNNE AND B. SPIEGEL RE: STEERING BIDDING PROCEDURES (0.8); ADDRESS ISSUES RE: DIVESTITURES AND EFFECT ON RIGHTS OFFERING (0.5); TELECONFERENCE WITH M. RIELA RE: BEARINGS DEAL (0.3); BEGIN TO PREPARE FOR STEERING AUCTION (2.9); TELECONFERENCE WITH S. GALE, S. DANIELS, B. SHAW RE: STEERING JOINT VENTURE ISSUES (1.3); FORMULATE STRATEGY RE: STEERING JV FORMATION (0.8); TELECONFERENCE WITH S. DANIELS RE: SAME (0.6); ASSESS DIVESTITURE STAFFING ISSUES (0.4); TELECONFERENCE WITH M. RIELA, W. HOLZER, AND B. ERENS RE: BEARINGS MSPA (0.5); EVALUATE ISSUES RE; STEERING BIDDING PROCEDURES (0.7); REVISE BEARINGS BIDDING PROCEDURES AND ORDER (0.4); DRAFT SUMMARY RE: STATUS OF BEARINGS NEGOTIATIONS (0.5). |

| FERN BM | 01/22/08 | 11.50 | EMAILS TO/FROM S. OLSEN RE: DISCUSSIONS WITH CREDITORS' COMMITTEE (0.3); EVALUATE ISSUES RE: BEARINGS MSPA (0.4); TELECONFERNECE WITH T. DONO RE: STEERING JV (0.3); REVIEW PRECEDENT RE: LEAD BIDDER CONCEPT (1.8); FORMULATE STRATEGY IN PREPARATION FOR STEERING AUCTION (0.5); REVIEW AND EVALUATE REVISED PROPOSAL RE: BEARINGS BIDDING PROCEDURES (0.6); REVIEW AND COMMENT ON BEARINGS DECLARATION AND EXHIBIT LIST (1.1); REVIEW AND COMMENT ON REVISED BEARINGS BIDDING PROCEDURES AND ORDER (0.4); EVALUATE ISSUES RE: STEERING JOINT VENTURE (1.3); REVIEW REVISED PROPOSAL FROM RENCO (0.3); EVALUATE ISSUES RE: SAME (0.9); DRAFT MULTIPLE LETTERS RE: STEERING QUALIFIED BIDS (0.8); TELECONFERENCE WITH S. DAIELS, B. SHAW, AND T. DONO RE: STEERING BIDS (0.8); EVALUATE ISSUES RE: STEERING CONTRACT NOTICES (0.4); EMAIL FROM M. RIELA RE: BEARINGS NEGOTIATIONS (0.2); REVIEW AND COMMENT ON DECLARATION IN SUPPORT OF CLOSURES MOTION (0.9); REVISE RENCO LETTERS RE: STEERING BIDS (0.5). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FERN BM      01/23/08      13.50   CONFERENCE CALL BETWEEN RENCO AND
                                   DELPHI PRINCIPALS AND ADVISORS RE:
                                   STEERING BID (1.3); FORMULATE STRATEGY
                                   RE: EVALUATION OF STEERING BID (0.8);
                                   REVIEW AND ANALYZE PROPOSED CHANGES TO
                                   BEARINGS BIDDING PROCEDURES AND ORDER
                                   (0.6); DRAFT SUMMARY CHART RE: ANALYSIS
                                   OF RENCO'S STEERING BID (0.9):
                                   TELECONFERENCE WITH R. WYNNE AND B.
                                   SPIEGEL RE: STEERING BIDDING PROCEDURES
                                   (0.4); FORMULATE STRATEGY RE: STEERING
                                   BID REVISION (1.1); TELECONFERENCE WITH
                                   T. DONO, S. DANIELS, D. KRASNER AND
                                   OTHERS RE: PE JOINT VENTURE STRUCTURE
                                   (0.5); DRAFT EXHIBIT LIST FOR CLOSURES
                                   MOTION (0.8); REVIEW CLOSURES CURE LIST
                                   (0.3); TELECONFERENCE WITH S. DANIELS,
                                   T. DONO, AND B. SHAW RE: RENCO BID (1.5);
                                   REVIEW AND COMMENT ON BEARINGS NOTICE
                                   (0.4); REVISE PLATINUM AND RENCO
                                   LETTERS RE: QUALIFIED BID DETERMINATION
                                   (0.7); REVIEW AND COMMENT ON BEARINGS
                                   NOTICE LIST (0.3); REVIEW ISSUES RE:
                                   STEERING CONTRACT NOTICES (0.5); REVIEW
                                   AND COMMENT ON BEARINGS SCRIPT FOR
                                   HEARING (1.0); EVALUATE AND OTHERWISE
                                   WORKED ON MATTERS RE: STEERING BID
                                   EVALUATIONS (2.4).

FERN BM      01/24/08      12.60   EMAILS TO/FROM S. DANIELS RE: STEERING
                                   BID (0.3); EVALUATE ISSUES RE: STATUS OF
                                   STEERING (0.4); EMAIL TO R. GISE RE:
                                   STEERING (0.2); TELECONFERENCE WITH T.
                                   DONO RE: STEERING (0.3); REVISE
                                   CLOSURES SCRIPT (1.3); PREPARE EXHIBITS
                                   FOR OMNIBUS HEARING (1.2); EMAILS
                                   TO/FROM S. DANIELS RE: STEERING DATES
                                   (0.5); REVIEW DIVESTITURE DOCUMENTS IN
                                   PREPARATION FOR HEARING (0.7);
                                   TELECONFERENCE WITH J. GORMAN AND B.
                                   SEIDEL RE: INTERIORS CLOSING (0.3);
                                   REVIEW AND COMMENT ON EXHIBITS FOR
                                   DIVESTITTURE MATTERS (0.6); EMAILS
                                   TO/FROM J. SULLIVAN RE: TIMKEN NOTICES
                                   (0.7); REVIEW DATA RE: SAME (0.2);
                                   REVIEW AND COMMENT ON STEERING PRESS
                                   RELEASE (0.2); ATTEND OMNIBUS HEARING
                                   PREP MEETING (2.2); DRAFT ORDER RE:
                                   CLOSURES AMENDMENT AND SETTLEMENT
                                   (1.9); EMAIL TO B. SEIDEL RE: SAME
                                   (0.2); REVISE CLOSURES SCRIPT (0.6);
                                   REVISE CLOSURES EXHBIIT LIST (0.3);
                                   EVALUTE ISSUES RE: CLOSURES CONTRACT
                                   OBJECTIONS (0.5).

B43E

```
FERN BM          01/25/08     5.50   PREPARE FOR OMNIBUS HEARING (2.1);
                                     ATTEND OMNIBUS HEARING ON
                                     DIVESTITURE-RELATED MATTERS (0.9);
                                     CONFERENCE WITH B. ERENS RE: BEARINGS
                                     NOTICES (0.2); EVALUATE ISSUES RE: SAME
                                     (0.3); EMAILS TO/FROM T. DONO RE:
                                     CHRYSLER (0.3); REVIEW ISSUES RE:
                                     BEARINGS ORDER (0.3); TELECONFERENCE
                                     WITH S. DANIELS RE: STEERING NOTICES
                                     (0.2); FORMULATE STRATEGY RE: SAME
                                     (0.4); REVIEW CHRYSLER CONFIDENTIALITY
                                     AGREEMENT (0.3); DRAFT TALKING POINTS
                                     RE: STEERING CONTRACTS (0.5).

                            178.70

GARTNER M        01/23/08     2.10   COORDINATE PREPARATION FOR POTENTIAL
                                     AUCTION AND COORESPONDENCE RE: SAME
                                     (2.1).

                              2.10

HARDIN AS        01/02/08     4.60   CONSIDER ISSUE RELATED TO INTERIORS &
                                     CLOSURES DIVESTITURE ISSUE (0.3);
                                     TELECONFERENCE WITH D. DRAGGICH RE:
                                     SAME (0.2); DRAFT EMAIL TO M. FUKUDA RE:
                                     SAME (0.2); WORKING GROUP EMAIL
                                     EXCHANGE RE: RESOLUTION OF OBJECTIONS
                                     (0.5); REVIEW MATERIALS RELATED TO SALE
                                     OF INTERIORS BUSINESS AND OBJECTIONS
                                     RELATED TO ASSUMPTION/ASSIGNMENT/CURE
                                     (3.1); WORKING GROUP CONFERENCE CALL
                                     RE: SAME (0.3).

HARDIN AS        01/03/08     0.90   REVIEW RESOLUTION OF OBJECTIONS (0.4);
                                     EMAIL EXCHANGE RE: SETTLEMENT ISSUES
                                     (0.5).

HARDIN AS        01/07/08     4.80   WORKING GROUP CONFERENCE CALL RE:
                                     RESOLUTION OF ISSUES RELATED TO
                                     INTERIORS DIVESTITURE (0.9); WORKING
                                     GROUP EMAIL EXCHANGE RE: ISSUES RELATED
                                     TO SAME (1.3); REVIEW MATERIALS RELATED
                                     TO SAME (2.6).

HARDIN AS        01/08/08     7.80   EMAIL EXCHANGE WITH C. SCHAEFFER RE:
                                     ISSUES RELATED TO INTERIORS DIVESTITURE
                                     (0.3); TELECONFERENCE WITH C. SCHAEFFER
                                     RE: SAME (0.8); WORKING GROUP
                                     CONFERENCE CALL RE: SAME (1.1); EMAIL
                                     EXCHANGE WITH J. O'NEIL RE: SAME (0.3);
                                     DRAFT MATERIALS RE: SAME (2.2); REVIEW
                                     MATERIALS RELATED TO SAME (3.1).
```

HARDIN AS          01/09/08      7.90   EMAIL EXCHANGE WITH J. O'NEILL RE:
                                        OBJECTION TO ASSUMPTION/CURE NOTICE
                                        (0.5); EMAIL EXCHANGE WITH C. SCHAFER
                                        RE: SAME (0.2); TELECONFERENCE WITH C.
                                        SCHAEFFER RE: ASSUMPTION/CURE (0.8);
                                        TELECONFERENCE WITH D. DRAGGICH RE:
                                        SAME (0.3); TELECONFERENCE WITH P.
                                        CAZERS RE: SAME (0.2); DRAFT AND REVISE
                                        SETTLEMENT AGREEMENT IN CONNECTION WITH
                                        INTERIORS SALE (5.2); WORKING GROUP
                                        EMAIL EXCHANGE RE: OBJECTION TO CURE
                                        AMOUNT IN CONNECTION WITH INTERIORS &
                                        CLOSURES DIVESTITURE (0.7).

HARDIN AS          01/10/08      0.90   EMAIL EXCHANGE WITH J. O'NEILL RE:
                                        STIPULATION RELATED TO DISVESTITURE
                                        (0.2); MEETING WITH K. CRAFT RE: SAME
                                        (0.3); WORKING GROUP EMAIL EXCHANGE RE:
                                        TERMS OF INTERIORS & CLOSURES
                                        TRANSACTION (0.4).

HARDIN AS          01/11/08      3.00   EMAIL EXCHANGE AND TELECONFERENCE WITH
                                        J. O'NEIL RE: RESOLUTION OF
                                        ASSUMPTION/CURE DISPUTE RELATED TO
                                        INTERIORS & CLOSURES (0.6); WORKING
                                        GROUP EMAIL EXCHANGE RE: SAME (0.4);
                                        EMAIL EXCHANGE AND TELECONFERENCES RE:
                                        SAME (1.6); WORKING GROUP EMAIL
                                        EXCHANGE RE: RESOLUTION OF VARIOUS
                                        DISPUTES RELATED TO INTERIORS &
                                        CLOSURES (0.4).

HARDIN AS          01/14/08      7.70   REVISE MATERIALS RELATED TO SAME (0.8);
                                        WORKING GROUP EMAIL EXCHANGE RE: SAME
                                        (0.4); TELECONFERENCES AND EMAIL
                                        EXCHANGE WITH J. O'NEILL RE: SABIC
                                        STIPULATION (1.1); WORKING GROUP
                                        CONFERENCE CALL RE: RESOLUTION OF
                                        OBJECTIONS (0.4); TELECONFERENCE AND
                                        EMAIL EXCHANGE WITH R. MCDOWELL RE:
                                        SETTLEMENT TERMS (0.4); REVIEW
                                        MATERIALS RELATED TO VARIOUS ASPECTS OF
                                        INTERIORS SALE (0.8); PREPARE MATERIALS
                                        RELATED TO RESOLUTION OF OBJECTIONS
                                        (3.8).

HARDIN AS          01/15/08     10.90   PREPARE FOR HEARING ON OBJECTIONS TO
                                        ASSUMPTION/ASIGNMENT/CURE (3.2);
                                        REWRITE STIPULATION WITH OBJECTOR TO
                                        ASSUMPTION/ASSIGNMENT/CURE (3.0);
                                        WORKING GROUP CONFERENCE CALLS RE: SAME
                                        (0.8); WORKING GROUP EMAIL EXCHANGES
                                        RE: SAME (0.6); REVIEW MATERIALS
                                        RELATED TO SAME (3.3).

HARDIN AS          01/19/08      5.30   WORKING GROUP CONFERENCE CALL AND
                                        RELATED EMAIL EXCHANGE RE: OBJECTIONS
                                        TO INTERIORS SALE (1.8); REVIEW
                                        MATERIALS RELATED TO SAME (3.5).

| HARDIN AS | 01/20/08 | 4.90 | WORKING GROUP CONFERENCE CALL RE: RESOLUTION OF OBJECTIONS TO INTERIORS SALE (1.3); PREPARATION AND OTHER ACTIVITIES RELATED TO SAME (3.2); EMAIL EXCHANGE AND TELECONFERENCE RE: SAME (0.4). |
|---|---|---|---|
| HARDIN AS | 01/21/08 | 7.20 | TELECONFERENCE WITH J. O'NEILL RE: STIPULATION RELATED TO DIVESTITURE (0.2); PREPARE FOR JANUARY 25 OMNIBUS HEARING (3.4); REVIEW AND PREPARE MATERIALS RELATED TO INTERIORS SALE (3.6). |
| HARDIN AS | 01/22/08 | 3.80 | TELECONFERENCES AND EMAIL EXCHANGES WITH J. O'NEILL RE: SABIC STIPULATION (1.6); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.6); REVISE OMNIBUS REPLY TO OBJECTIONS (1.3); TELECONFERENCE WITH C. SCHAEFER RE: SETTLEMENT TERMS (0.3). |
| HARDIN AS | 01/23/08 | 9.40 | REVISE MATERIALS RELATED TO OMNIBUS REPLY TO OBJECTIONS (1.1); TELECONFERENCE AND EMAIL EXCHANGE WITH C. SCHAEFER RE: SABIC STIPULATION (0.4); WORKING GROUP EMAIL EXCHANGE RE: SALE OBJECTION (0.4); TELECONFERENCE WITH P. COCHRANE RE: SAME (0.2); DRAFT EMAIL TO P. COCHRANE RE: SAME (0.5); TELECONFERENCES WITH J. O'NEILL RE: SABIC STIPULATION (1.1); EMAIL EXCHANGE WITH K. CRAFT RE: SETTLEMENT TERMS (0.6); TELECONFERENCES AND EMAIL EXCHANGE WITH D. GOING RE: SETTLEMENT TERMS (0.9); REVISE OMNIBUS REPLY AND RELATED DOCUMENTS (1.9); REVISE MATERIALS FOR OMNIBUS HEARING RELATED TO INTERIORS DIVESTITURE (0.7); CONFERENCE CALL WITH G. SHAH AND D. CASSIDY RE: SETTLEMENT TERMS (0.3); TELECONFERENCE AND EMAIL EXCHANGE WITH A. WINCHELL RE: SAME (0.4); WORKING GROUP CONFERENCE CALL RE: RESOLUTION OF OBJECTIONS (0.4); REVISE STIPULATION RESOLVING OBJECTION (0.5). |

**B43E**

| | | | |
|---|---|---|---|
| HARDIN AS | 01/24/08 | 15.00 | DRAFT EMAIL TO R. MCDOWELL RE: CURE CLAIMS (0.2); WORKING GROUP EMAIL EXCHANGE RE: THIRD PARTY APPROVAL OF SETTLEMENTS RELATED TO OBJECTIONS TO ASSUMPTION/ASSIGNMENT/CURE AMOUNTS RELATED TO INTERIORS & CLOSURES DIVESTITURE (0.8); DRAFT EMAIL RE: FILING OF STIPULATION RE: SETTLEMENT WITH LEAR CORP. (0.1); DRAFT EMAIL TO A. WINCHELL RE: SAME (0.2); DRAFT EMAIL TO K. CRAFT RE: SAME (0.2); DRAFT EMAIL TO D. GOING RE: SPARTECH OBJECTION (0.2); EMAIL EXCHANGE WITH A. GELMAN RE: SETTLEMENT OF SIEMANS AG OBJECTION (0.5); EMAIL EXCHANGE WITH B. STARCHER RE: AKZO NOBEL OBJECTION (0.4); EMAIL EXCHANGE AND TELECONFERENCE WITH D. GOING RE: SPARTECH OBJECTION (0.7); EMAIL EXCHANGE WITH K. CRAFT RE: RESOLUTION OF SABIC OBJECTION (0.4); TELECONFERENCES WITH J. O'NEILL RE: SAME (0.6); TELECONFERENCES WITH R. MCDOWELL RE: SETTLEMENT TERMS (0.4); TELECONFERENCE WITH D. UNRUE RE: SAME (0.2); REVIEW DOCUMENTS RELATED TO SAME (1.2); REVISE AND PREPARE OMNIBUS REPLY TO OBJECTIONS FOR FILING (2.2); PREPARE MATERIALS RELATED TO SAME FOR OMNIBUS HEARING (2.5); EMAIL EXCHANGE WITH P. COCHRANE RE: OBJECTION TO SALE (0.2); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.2); REVISE STIPULATION RE: SETTLEMENT OF SABIC OBJECTION AND SUBMIT SAME TO CHAMBERS (1.4); TELECONFERENCE WITH C. CHAEFER RE: SETTLEMENT TERMS (0.1); TELECONFERENCES WITH G. SHAH RE: SAME (0.4); TELECONFERENCES AND EMAIL EXCHANGE WITH B. SEIDEL RE: SETTLEMENT TERMS (0.6); WORKING GROUP CONFERENCE CALLS AND EMAIL EXCHANGES RE: SUPPLEMENTAL SALE ORDER (1.3). |
| HARDIN AS | 01/25/08 | 8.20 | PREPARE PROPOSED ORDER AND OTHER RELATED MATERIALS CONCERNING RESOLUTION OF OBJECTIONS TO SALE OF INTERIORS & CLOSURES BUSINESS (2.9); PREPARE FOR HEARING CONCERNING SAME (2.8); ATTEND HEARING AND CONDUCT RELATED FOLLOW-UP (2.5). |
| | | **102.30** | |
| HOWE EJ | 01/04/08 | 1.20 | REVIEW COMMENTS TO PROPOSED SALE AGREEMENT (0.5) AND REVISE SALE MOTION (0.7) RE: BEARINGS SALE. |
| HOWE EJ | 01/07/08 | 2.10 | REVISE SALE MOTION AND RELATED PLEADINGS RE: BEARINGS SALE (2.1). |
| HOWE EJ | 01/08/08 | 1.30 | CONTINUE TRACKING CHANGES TO SALE AGREEMENT AND REVISING SALE MOTION AND RELATED PLEADINGS RE: BEARINGS SALE (1.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HOWE EJ | 01/09/08 | 5.70 | CONTINUE REVIEW AND REVISION OF SALE MOTION AND RELATED PLEADINGS RE: BEARINGS SALE (5.7). |
| HOWE EJ | 01/10/08 | 9.20 | CONTINUE DRAFTING SALE MOTION AND RELATED PLEADINGS RE: BEARINGS SALE (9.2). |
| HOWE EJ | 01/11/08 | 5.80 | FINALIZE DRAFT OF SALE MOTION AND RELATED PLEADINGS (4.5), AND PARTICIPATE IN CONFERENCE CALL WITH BUYER'S COUNSEL AND M. DENSMORE (1.3) RE: BEARINGS SALE. |
| HOWE EJ | 01/12/08 | 5.20 | REVISE SALE MOTION AND RELATED PLEADINGS RE: BEARINGS SALE (5.2). |
| HOWE EJ | 01/13/08 | 2.90 | CONTINUE REVISING SALE MOTION AND RELATED PLEADINGS BEARINGS SALE (2.9). |
| HOWE EJ | 01/14/08 | 2.60 | CONTINUE REVISING SALE MOTION AND RELATED PLEADINGS RE: BEARINGS SALE (2.6). |
| HOWE EJ | 01/15/08 | 11.10 | FINALIZE SALE MOTION AND RELATED PLEADINGS AND PREPARE SAME FOR FILING AND SERVICE RE: BEARINGS SALE (11.1). |
| HOWE EJ | 01/16/08 | 4.10 | REVIEW SERVICE ISSUES RE: SALE MOTION AND BEGIN DRAFTING SCRIPT FOR HEARING ON SAME RE: BEARINGS SALE (4.1). |
| HOWE EJ | 01/18/08 | 3.40 | DRAFT SCRIPT FOR HEARING ON BEARINGS BIDDING PROCEDURES (3.4). |
| HOWE EJ | 01/21/08 | 4.20 | REVIEW AND ANALYZE CREDITOR COMMITTEE ISSUES, REVISE BIDDING PROCEDURES AND BIDDING PROCEDURES ORDER, BEGIN REVIEW PRECEDENT RE: DECLARATIONS IN SUPPORT OF BIDDING PROCEDURES AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO BUYER AND CREDITORS COMMITTEE RE: BEARING SALE (4.2). |
| HOWE EJ | 01/22/08 | 3.80 | REVISE BIDDING PROCEDURES AND BIDDING PROCEDURES ORDER RE: AGREEMENT WITH BUYER AND CREDITOR COMMITTEE (3.2) AND REVIEW DECLARATION IN SUPPORT OF BIDDING PROCEDURES (0.6). |
| HOWE EJ | 01/23/08 | 5.40 | REVISE SCRIPT FOR HEARING ON BIDDING PROCEDURES, REVISE BIDDING PROCEDURES ORDER AND NOTICE OF REVISION TO SAME RE: BEARINGS SALE (5.4). |
| HOWE EJ | 01/24/08 | 1.70 | REVISE DECLARATION OF J. SHEEHAN IN SUPPORT OF BIDDING PROCEDURES (0.5) AND COORDINATE PREPARATION OF EXHIBIT BINDER FOR HEARING ON SAME (1.2) RE: BEARINGS SALE. |
| HOWE EJ | 01/25/08 | 0.30 | COORDINATE SUBMISSION OF BEARINGS BIDDING PROCEDURES TO CHAMBERS (0.3). |

**70.00**

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KAHN MT | 01/08/08 | 0.50 | REVISE KETTERING SALE DOCUMENTS (0.5). |
| KAHN MT | 01/09/08 | 0.40 | REVISE KETTERING SALE DOCUMENTS (0.4). |
| KAHN MT | 01/11/08 | 5.70 | TELECONFERENCE WITH J. CARNEY RE: KETTERING SALE (0.2); ANALYZE APA (1.0); REVISE SALE DOCUMENTS (4.5). |
| KAHN MT | 01/14/08 | 0.20 | ANALYZE CORRESPONDENCE RE: STATUS OF KETTERING SALE (0.2). |
| | | **6.80** | |
| KALOUDIS D | 01/02/08 | 1.40 | ATTENTION TO STEERING LIST OF CONTRACTS FOR ASSUMPTION AND/OR ASSIGNMENT AND CURE NOTICES (1.4). |
| KALOUDIS D | 01/03/08 | 1.50 | ANALYZE STATUS OF OBJECTIONS TO CLOSURES NOTICES OF ASSUMPTION/ASSIGNMENT AND CURE NOTICES (1.5). |
| KALOUDIS D | 01/04/08 | 2.70 | ANALYZE OUTSTANDING ISSUES WITH RESPECT TO CLOSURES OBJECTIONS (1.5); TELECONFERENCE WITH RE: STATUS OF OBJECTIONS (0.4); UPDATE CHART OF OBJECTORS RE: CLOSURES (0.8). |
| KALOUDIS D | 01/07/08 | 8.60 | TELECONFERENCE WITH DELPHI RE: SABIC (1.1); EMAIL TO COUNSEL FOR NOVA RE: OBJETION TO CLOSURES ASSUMPTION/ASSIGNMENT NOTICE (0.3); TELECONFERENCE WITH COUNSEL FOR NOVA (0.2); TELECONFERENCE WITH A. WINCHELL RE: LEAR CORP OBJECTION (0.4): EMAIL TO DELPHI RE: LEAR (0.3); FOLLOW UP EMAIL TO DELPHI RE: SPARTECH RECONCILIATION ISSUES (0.4); TELECONFERENCE WITH COUNSEL FOR PPG RE: CLAIM (0.2); REVIEW PPG FILE (0.2); EMAIL TO DELPHI RE: RECONCILATION OF PPG CURE (0.2); ANAYLYZE ISSUES WITH RESPECT TO STEERING ASSUMPTION AND/OR ASSIGNMENT AND CURE NOTICES (1.2); EMAIL TO A. DECHOW RE: STEERING PUBLICATION NOTICES (0.2): EMAIL TO COUSNENL FOR COOPER-STANDARD RE: CLOSURES OBJECTION (0.4); TELECONFERENCE WITH COUNSEL FOR GOLDMAN (0.3); REVIEW AND REVISE CHART OF OBJECTORS (1.9); DRAFT EMAIL TO CURE TEAM RE: PPG (0.3); TELECONFERENCE WITH KCC RE: SABIC (0.2); TELECONFERENCE WITH D. COHEN ER: STEERING (0.2): TELECONFERENCE WITH R. CIPALLARO RE: EXHIBIT (0.2): EMAIL TO SAME RE: CLOSURES EXHIBITS (0.1); EMAIL TO DELPHI RE; LEAR AND SIEMENS ACKNOWLEDGMENT FORMS (0.3). |

B43E

```
KALOUDIS D        01/08/08      8.10   TELECONFERENCE WITH M.FUKUDA, C.
                                       SHAEFFER, G. SHAU, D. UNRUE, A.
                                       WINDCHELL RE: CLOSURES (1.4); REVIEW
                                       COMMENTS TO SABIC STIPULATION (0.5);
                                       FOLLOW UP ANALYSIS RE: LEAR (0.4);
                                       TELECONFERENCE WTIH COUNSEL FOR
                                       SPARTECH (0.2); TELECONFERENCE WITH B.
                                       SEIDEL RE: AKZO (0.1); FOLLOW UP EMAIL
                                       TO B.SEIDEL RE; AKZO (0.1): EMAIL TO
                                       COUNSEL RE: LEAR (0.1); EMAIL TO COUNSEL
                                       FOR COOPER (0.1); TELECONFERENCE WITH
                                       COUNSEL SIEMENS (0.2); TELECONFERENCE
                                       WITH J. PARIS RE: GOLDMAN/SIEMENS
                                       (0.2); PREPARE FOR TELECONFERENCE WITH
                                       COMPANY RE: STEERING (0.2);
                                       TELECONFERENCE WITH T. DONO, S. DANIELS
                                       RE: STEERING (0.9); TELECONFERENCE WITH
                                       KCC RE: STEERING NOTICES (0.2); EMAIL TO
                                       KCC RE: STEERING (0.2); REVIEW SPARTECH
                                       POS (0.3); TELECONFERENCE WITH COUNSEL
                                       FOR NOVA (0.2); REVIEW RESEARCH RE: SAME
                                       (0.4); TELECONFERENCE WITH PPG'S
                                       COUNSEL RE: CLOSURES OBJECTION (0.1);
                                       TELECONFERENCE WITH S. SULLIVAN RE:LEAR
                                       (0.2); TELECONFERENCE WITH J. DULICH
                                       RE: LEAR (0.2); TELECONFERENCE WITH G.
                                       ROOSE RE: LEAR (0.1); EMAIL FROM COUNSEL
                                       RE: WESCO OBJECTION TO CLOSURES
                                       ASSSUMPTION NOTICE (0.1); ANALYZE FILE
                                       NOTICES RE: SIEMENS (0.6); DRAFT EMAIL
                                       TO NOVA RE: WITHDRAWAL (0.3); EMAIL TO
                                       A. WINDCHELL RE: LEAR (0.4); EMAIL TO
                                       COMPANY RE: SIEMENS (0.4).
```

KALOUDIS D        01/09/08        11.30   DRAFT AND REVISE LITIGATION LIST (1.9);
                                          TELECONFERENCE WITH A.GELMAN, A. PILLE,
                                          J. PARIS RE: GOLDMAN/SIEMENS OBJECTIONS
                                          (0.4); SEND EMAIL TO GOLDMAN RE: POS
                                          (0.2); RESEARCH SIEMENS POS (0.2);
                                          TELECONFERENCE WITH D. UNRUE RE:
                                          SIEMENS (0.2); TELECONFERENCE WITH J.
                                          RUHM RE: SIEMENS (0.2); TELECONFERENCE
                                          WITH G. SHAU RE: SIEMENS (0.1); FOLLOW
                                          UP EMAIL TO COMPANY RE: SIEMENS (0.3);
                                          REVIEW REJECTION LETTER FROM SIEMENS
                                          (0.3); EMAIL SAME TO K. CRAFT RE:
                                          SIEMENS (0.1); EMAIL TO G. SHAU RE:
                                          SIEMENS (0.1); DRAFT EMAIL TO M. OLESKO
                                          RE: SIEMENS (0.1); SEND POS TO LEAR
                                          COUNSEL (0.4); TELECONFERENCE WITH
                                          LEAR, A. WINCHELL RE: LEAR (0.4);
                                          TELECONFERENCE WITH J. DELUCA RE: LEAR
                                          (0.1); ATTENTION TO LEAR CONFERENCE
                                          CALL ISSUES (0.5); PREPARE FOR LEAR
                                          CONFERENCE CALL (0.2): TELECONFERENCE
                                          WITH J. RUHM RE: PPG (0.2);
                                          TELECONFERENCE WITH COUNSEL FOR PPG
                                          (0.2); TELECONFERENCE WITH COUNSEL FOR
                                          WESCO (0.1); REVIEW CONDITIONAL
                                          WITHDRAWAL FROM SAME (0.2);
                                          TELECONFERENCE WITH D. GOING RE:
                                          SPARECH (0.2); TELECONFERENCE WITH B.
                                          BABIAN RE: SPARTECH (0.2); REVIEW EMAIL
                                          CORRESPONDENCE FROM DELPHI RE: SPARTECH
                                          (0.2); FOLLOW UP ON ADEQUATE ASSURANCE
                                          ISSUES (0.2); TELECONFERENCE WITH M.
                                          FUKUDA, C. SHAFFER, RE: SABIC (1.0);
                                          REVIEW COMMENTS TO SABIC (0.2); PREPARE
                                          FOR TELECONFERENCE RE: SABIC (0.2);
                                          FOLLOW UP ON STATUS OF VALEO OBJECTION
                                          (0.2);  FOLLOW UP RE: SIEMENS (0.1);
                                          REVIEW OBJECITON FROM MARICOPA RE:
                                          STEERING SALE (0.2); REVIEW
                                          SUPPLEMENTAL NOTICES (0.3); FOLLOW UP
                                          ON STATUS OF NOVA OBJECTION (0.3); DRAFT
                                          EMAIL TO COUNSEL FOR COOPER-STANDARD
                                          (0.3); FOLLOW UP TELECONFERENCE WITH J.
                                          DELUCA RE: LEAR (0.1); TELECONFERENCE
                                          WITH D.COHEN RE: ALWAYS PRECISION
                                          (0.2); TELECONFERENCE WITH J. RUHM RE:
                                          PPG (0.2); DISCUSS WITH P. EAZEK RE: 180
                                          CLAUSE (0.2); REVISE SABIC STIPULATION
                                          RE: POC AND CLAIMS OBJECTION (0.6).

**B43E**

| | | | |
|---|---|---|---|
| KALOUDIS D | 01/10/08 | 10.90 | RESEARCH AND ANALYZE ALL ISSUES RELATED TO SPARTECH (1.8); TELECONFERENCE WITH COUNSEL RE: SPARTECH (0.4); FOLLOW UP CALLS WITH B. BABIAN (0.5); TELECONFERENCE WITH J. DELUCA RE: LEAR (0.2); TELECONFERENCE WITH M. FUKUDA, C. SHAFFER, RE: SABIC STIPULATION (0.5); REVIEW SPARTECH SPREADSHEETS (0.4); REVIEW REVISED SABIC STIPULATION (0.5); FOLLOW UP ON STATUS OF VALEO (0.3); EMAIL TO COUNSEL FOR GOLDMAN (0.3); FOLLOW UP ON STEERING NOTICES (1.1); RESEARCH ISSUES RE: 180 CLAUSE (2.9); REVIEW POS BETWEEN DELPHI AND LEAR (0.5); FOLLOW UP WITH J. RUHM RE: PPG (0.3); FOLLOW UP EMAIL TO K. CRAFT RE: SIEMENS (0.3); FOLLOW UP ON AKZO NOBEL ADEQUATE ASSURANCE ISSUES (0.9). |
| KALOUDIS D | 01/11/08 | 9.90 | TELECONFERENCE TO COUNSEL FOR NOVA CHEMICALS RE: OBJECTION (0.1): TELECONFERENCE WITH D. MURDOCH RE; PPG (0.1); ANALYZE AND STRATEGIZE STATUS OF CLOSURES OBJECTIONS (2.7); FOLLOW UP TELECONFERENCE WITH COUNSEL FOR WESCO (0.2); REVIEW EMAIL CORRESPONDENCE FROM COMPANY RE: OBJECTIONS (1.4); REVIEW NOTICE OF WITHDRAWAL FILED BY WESCO (0.6); TELECONFERENCE WITH COUNSEL FOR LEAR (0.6); TELECONFERENCE WITH B. BABIAN RE: SPARTECH (0.6); TELECONFERENCE WITH B. SEIDEL RE: ADEQUATE ASSURANCE ISSUES (0.3); EMAIL TO A. DECHOW RE: STEERING NOTICE(0.1); TELECONFERENCE WITH A. GELMAN RE: SIEMENS (0.3); TELECONFERENCE WITH A. WINCHELL RE: LEAR (0.3); ANALYZE FOLLOW UP ISSUES RE: LEAR (0.6); CONFER WITH PLAN/RIGHTS ESTIMATION TEAM RE: LEAR OBJECTIONS (0.3); REVIEW EMAIL CORRESPONDENCE RE: VALEO (0.2); DRAFT STATUS UPDATES (1.3); TELECONFERENCE WITH COUNSEL FOR GOLDMAN RE: JOINDER TO OBJECTIONS (0.2). |

B43E

| | | | |
|---|---|---|---|
| KALOUDIS D | 01/14/08 | 10.60 | TELECONFERENCE WITH SIEMENS RE: OBJECTION (0.2); TELECONFERENCE TO J. PARIS RE: GOLDMAN (0.2); TELECONFERENCE TO B. SEIDEL RE: ADEQUATE ASSURANCE ISSUES (0.2); FOLLOW UP TELECONFERENCE WITH B. SEIDEL RE: ADEQUATE ASSURANCE (0.2); TELECONFERENCE TO AKZO NOBEL (0.2); FOLLOW UP TELECONFERENCE TO COUNSEL FOR NOVA CHEMICALS (0.2); TELECONFERENCE WITH J. RUHM ER: SIEMENS (0.2): TELECONFERENCE WITH J. RUHM RE: PPG (0.2); REVIEW NOTICE OF WITHDRAWAL FROM NOVA CHEMICALS (0.2); CIRCULATE NOTICE OF WITHDRAWAL TO TEAM (0.2): TELECONFERENCE WITH B. BABIAN RE: SPARTECH (0.2); TELECONFERENCE WITH D.GOING RE: SPARTECH (0.2); TELECONFERENCE WITH D. GOING RE: SPARTECH (0.2); REVIEW MEMO FROM B. BABIAN RE: SPARTECH (0.3); FORWARD MEMO TO COUNSEL FOR SPARTECH (0.2); REVIEW REVISED SABIC STIPULATION (0.2); REVIEW AND REVISE DRAFT CHART OF OBJECTORS (1.5); TELECONFERENCE WITH A. VENDEBERGH RE: SIEMENS (0.2); TELECONFERENCE WITH A. WINCHELL RE: LEAR (0.2); FOLLOW UP EMAIL TO A. WINCHELL RE: LEAR (0.2); TELECONFERENCE WITH N. BERGER RE: SIEMENS (0.2); EMAIL MSPA/SALE ORDER TO TEAM (0.1); DRAFT PLAN CURE NOTICE/ASSUMPTION NOTICE (1.5); FOLLOW UP ON STEERING PUBLICATION OF NOTICE OF SALE (0.2); DRAFT NOTICE OF LIST OF OBJECTORS (0.8); TELECONFERENCE WITH E. WEBER RE; PLAN NOTICES (0.2); REVIEW EMAIL FROM E. WEBER RE: PLAN NOTICES (0.5); EMAIL TO D. CASSIDY RE: STATUS OF SABIC MEETINGS (0.2): TELECONFERENCE WITH J. RUHM RE: STATUS OF SABIC (0.2); CONFER WITH KCC RE: STEERING NOTICES (0.4); REVISE REVOCATION NOTICE AND ADDITIONAL ASSUMPTION NOTICES (0.5); DRAFT EMAIL TO K. CRAFT RE: REVOCATION NOTICE AND ADDITIONAL ASSUMPTION NOTICES (0.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
KALOUDIS D        01/15/08      11.40   REVIEW REVISED STIP RE: SABIC (0.4);
                                        TELECONFERENCE WITH J. RUHM RE: PPG
                                        (0.2); TELECONFERENCE WITH D. UNRUE RE:
                                        PPG (0.2); EMAIL TO PPG RE: NOTICES OF
                                        WITHDRAWAL (0.4); REVIEW SIEMENS POS
                                        (1.1); TELECONFERENCE WITH E. GERSHBEIN
                                        RE: CLOSURES (0.2); TELECONFERENCE WITH
                                        E.WEBER RE: REVOCATION NOTICE (0.1):
                                        TELECONFERENCE WITH G. SHAU RE: SIEMENS
                                        (0.1); TELECONFERENCE WITH D. GOING RE:
                                        SPARTECH (0.1); TELECONFERENCE WITH B.
                                        BABIAN RE: SPARTECH (0.2);
                                        TELECONFERENCE TO A. VANDENBERG RE:
                                        SPARTECH (0.1); TELECONFERENCE WITH J.
                                        PARIS RE: SIEMENS/GOLDMAN (0.2);
                                        TELECONFERENCE WITH A. GELMAN RE:
                                        SIEMENS/GOLDMAN (0.2); REVIEW
                                        CORRESPONDENCE RE: STEERING SERVICE
                                        (0.4); REVIEW CORRESPONDENCE RE:
                                        STEERING CONTRACTS (0.5); REVIEW LISTS
                                        RE: ADDITIONAL CONTRCTS FOR ASSUMPTION
                                        (0.6); :EMAIL TO B. SEIDEL RE: ADEQUATE
                                        ASSURANCE OF FUTURE PERFORMANCE (0.4);
                                        REVIEW CLOSURES MSPA RE: ADEQUATE
                                        ASSURANCE (0.6); TELECONFERENCE WITH A.
                                        MACRINO RE: SIEMENS (0.2);
                                        TELECONFERENCE WITH A. WINCHELL ER:
                                        LEAR (0.3); ANALYZE CORREPSONDENCE RE:
                                        LEAR (0.3); REVIEW PROPOSED STIPULATION
                                        (0.5); DRAFT DEBTORS' RESPONSE TO
                                        CLOSURES OBJECTIONS (1.2); EMAILS TO
                                        SABIC (0.7); TELECONFERENCE WITH J.
                                        GOLDBERG RE: EQUITY CORPORATE (0.2);
                                        REVIEW DOCKET RE: SAME (0.5); FOLLOW UP
                                        TELECONFERENCE WITH COUNSEL FOR EQUITY
                                        CORPORATE (0.2); DRAFT EMAIL TO K. CRAFT
                                        RE: SIEMENS (0.2); REVIEW EMAILS FROM
                                        COMPANY RE: SIEMENS (0.2); BEGIN
                                        DRAFTING FOR HEARING SCRIPT (0.9).
```

B43E

```
KALOUDIS D        01/16/08      11.50   REVIEW, REVISE, AND FINAL REVOCATION
                                        NOTICES (2.9); TELECONFERENCE WITH G.
                                        SHAU RE: TERMINATION FOR CONVENIENCE
                                        (0.2); FOLLOW UP TELECONFERENCE WITH G.
                                        SHAU RE: (0.2); TELECONFERENCE WITH R.
                                        MILLINS RE: SIEMENS (0.2); EVALUATE
                                        LITIGATION ISSUES RE: SIEMENS (0.7):
                                        TELECONFERENCE WITH GOLDMAN AND
                                        MILLLINS (0.3); TELECONFERENCE WITH E.
                                        WEBER RE: REVOCATION POS (0.2); REVIEW
                                        LIST FROM SAME (0.3); TELECONFERENCE
                                        WITH A. MACRINO RE: SIEMENS (0.2);
                                        TELECONFERENCE WITH M. OLEZKO RE:
                                        SIEMENS (0.3); TELECONFERENCE WITH R.
                                        MCDOWELL RE: LEAR (0.2); TELECONFERENCE
                                        WITH A. WINCHELL RE: LEAR (0.2); FOLLOW
                                        UP TELECONFERENCE WITH A. WINCHELL RE:
                                        LEAR (0.3); REVIEW DRAFT STIPULATION
                                        AND ANALYZE RELATED ISSUE RE: LEAR
                                        (0.7); ANALYZE PO ISSUES RE: LEAR (0.2);
                                        TELECONFERENCE WITH B. BABIAN RE;
                                        SPARTECH (0.2); REVIEW CONDITIONAL
                                        WITHDRAWAL RE: SPARTECH (0.3);
                                        TELECONFERENCE WITH M.FUKUDA RE: SABIC
                                        (0.3): REVIEW COMMENTS TO SABIC
                                        STIUPLATION (0.4); TELECONFERENCE WITH
                                        A. VANDENBERG RE: STATUS OF OBJECTIONS
                                        (0.3); EVALUATE STEERING
                                        ASSUMPTION/ASSIGNMENT AND CURE NOTICES
                                        (1.7); REVIEW PPG WITHDRAWAL (0.2);
                                        DRAFT EMAIL TO SIEMENS COUNSEL RE:
                                        CLOSURES (0.2); DRAFT EMAIL TO GOLDMAN
                                        RE: CLOSURES (0.4); TELECONFERENCE TO
                                        B.SIEDEL RE: ADEQUATE ASSURANCE ISSUES
                                        (0.2); TELECONFERENCE TO B. STARCHER
                                        RE: ADEQUATE ASSURANCE (0.2).
```

| | | | |
|---|---|---|---|
| KALOUDIS D | 01/17/08 | 7.10 | TELECONFERENCE WITH B. SEIDEL RE: ADEQUATE ASSURANCE OF FUTURE PERFORMANCE (0.3); TELECONFERENCE WITH A. GELMAN RE: SIEMENS (0.2); TELECONFERENCE WITH S. DIVILLE RE: SIEMENS (0.2); TELECONFERENCE WITH G. SHAU RE: SIEMENS (0.2); REVIEW AND ANALYZE EMAIL CORRESPONDENCE FROM COMPANY RE: SIEMENS (0.5); TELECONFERENCE WITH D. GOING RE: SPARTECH (0.3); FOLLOW UP TELECONFERENCE WITH B. BABIAN RE; SPARECH (0.2); TELECONFERENCE WITH KCC RE: ADDITIONAL CURE NOTICES (0.6); TELECONFERENCE WITH E. WEBER RE: ADDITIONAL CURE NOTICES (0.2); REVIEW EMAIL CORRESPONDENCE R: ADDITIONAL CURE NOTICES (0.2); TELECONFERENCE WITH G. SHAU RE: TERMINATION LETTER (0.2); REVIEW EMAIL CORRESPONDENCE RE: TERMINATION LETTER (0.1); REVIEW RESEARCH RE: ADEQUATE ASSURANCE (0.2); TELECONFERENCES WITH KCC RE: AFFIDAVITS OF SERVICE OF VARIOUS NOTICES (0.2); REVIEW DRAFTS OF AFFIDAVITS OF SERVICE (0.3); TELECONFERENCE WITH KCC RE: STEERING NOTICES (0.2); ANALYZE STATUS OF STEERING NOTICES (0.7); EMAIL TO M. FUKUDA RE: STATUS OF OBJECTIONS (0.3); UPDATE CHART OF ADJOURNED CLOSURES OBJECITONS (1.2); FOLLOW UP ANALYSIS OF STEERING NOTICES (0.8). |
| KALOUDIS D | 01/18/08 | 7.00 | TELECONFERENCE WITH R. MILLIN RE: SIEMENS (0.3); TELECONFERENCE WITH A. GELMAN RE: SIEMENS (0.3); DRAFT FOLLOW UP CORRESPONDENCE TO COUNSEL FOR SIEMENS (0.2): TELECONFERENCE WITH BROWN RUDNICK RE: GOLDMAN OBJECTION (0.3); ANALYZE AND FOLLOW UP ON RECONCILIATION OF SPARTECH OBJECTION (1.5); TELECONFERENCE TO COUNSEL FOR AKZO NOBEL (0.2); TELECONFERENCE WITH COUNSEL FOR LEAR (0.2); FOLLOW UP ON STATUS OF STIPULATION RE: LEAR (0.3); TELECONFERENCE WITH M.FUKUDA RE: PAYMENT OF SPARTECH (0.2); REVISE CHART BY OBJECTION (1.5); BEGIN TO DRAFT DEBTORS' RSEPONSE TO ADJOURNED OBJECTIONS (1.8); TELECONFERENCE WITH J. RUHM RE: SIEMENS (0.2). |
| KALOUDIS D | 01/19/08 | 0.50 | REVIEW REVISED CHART OF OBJECTIONS (0.5). |
| KALOUDIS D | 01/20/08 | 5.10 | REVIEW PRECEDENT AND START DRAFT DEBTORS' RESPONSE TO ADJOURNED OBJECTIONS AND EXHIBIT CHART REFLECTING STATUS OF OBJECTIONS (3.9); REVIEW EMAIL CORESPONDENCE FROM DELPHI RE: CLOSURES OBJECTIONS (1.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

KALOUDIS D       01/21/08      9.00   TELECONFERENCE WITH J. RUHM RE: SIEMENS
                                      (0.2); TELECONFERENCE WITH E. WEBER RE:
                                      STEERING (0.2); TELECONFERENCE WITH KCC
                                      RE: STEERING (0.4); REVIEW AND REVISE
                                      DRAFTS OF NOTICES
                                      ASSUMPTION/ASSIGNMENT AND CURE NOTICES
                                      (2.7); FOLLOW UP ON LEAR RE: ADEQUATE
                                      ASSURANCE (0.2); FOLLOW UP WITH A.
                                      GELMAN RE: ADEQUATE ASSURANCE (0.2);
                                      DRAFT HEARING SCRIPT WITH RE: ADJOURNED
                                      CLOSURES OBJECTIONS TO
                                      ASSUMPTION/ASSIGNMENT NOTICES AND CURE
                                      NOTICES (2.0); REVISE CHART BY
                                      OBJECTION AS EXHIBIT TO DEBTORS'
                                      SUPPLEMENTAL REPLY AND CHART BY NATURE
                                      OF OBJECTION (1.9); INCORPORATE
                                      COMMENTS RECEIVED TO CHARTS (0.6);
                                      DRAFT LIST OF ACTION ITEMS FOR STEERING
                                      AUCTION (0.4); FOLLOW UP EMAIL TO A.
                                      WINCHELL RE: LEAR (0.2).

KALOUDIS D       01/22/08     13.20   REVIEW AND ANALYZE DRAFT OF STEERING
                                      NOTICES OF ASSUMPTION/ASSIGNMENT AND
                                      CURE NOTICES (1.9); REVIEW DOCKET FOR
                                      NOTICES OF WITHDRAWAL FILED (0.5);
                                      TELECONFERENCE WITH R. MILLIN RE:
                                      SIEMENS (0.3); FOLLOW UP TELECONFERENCE
                                      WITH J. RUHM RE: SIEMENS (0.2); FOLLOW
                                      UP TELECONFERENCE WITH A. HARDIN RE:
                                      SIEMENS (0.4); TELECONFERENCE WITH R.
                                      MILLIN AND A. GELMAN RE: SIEMENS (0.3);
                                      FURTHER REVIEW AND UPDATE CHART BY
                                      OBJECTOR (1.3); TELECONFERENCE WITH D.
                                      GOING RE: SPARTECH (0.1):
                                      TELECONFERENCE WITH B. SIEDEL RE: LEAR,
                                      AKZO (0.2); TELECONFERENCE WITH R.
                                      MACDOWELL RE: LEAR (0.2);
                                      TELECONFERENCE TO B. STARCHER RE: AKZO
                                      (0.2); SEND EMAIL TO A. WINCHELL RE:
                                      LEAR (0.2); DRAFT EMAIL CORREPONDENCE
                                      TO D. GOING RE: SPARTECH (0.3); DRAFT
                                      AND REVISE DEBTORS' OMNIBUS RESPONSE TO
                                      CLOSURES OBJECTIONS (3.3); FURTHER
                                      REVISE DEBTORS' OMNIBUS RESPONSE (1.9);
                                      FURTHER REVISE AND UPDATE CHART BY
                                      OBJECTOR (0.5); BEGIN TO DRAFT CURE
                                      SCHEDULE (0.6); RESEARCH SUPPLEMENTAL
                                      NOTICES ISSUES (0.8).

B43E

```
KALOUDIS D       01/23/08     13.30  REVISE CHART BY OBJECTOR (0.9); REVISE
                                     CHART BY NATURE OF OBJECTION (1.1);
                                     REVIEW AND REVISE DEBTORS' OMNIBUS
                                     REPLY TO OBJECTIONS (2.3); REVIEW AND
                                     REVISE SCHEDULE OF CURE AMOUNTS (0.8);
                                     REVIEW DOCKET RE: STATUS OF WITHDRAWALS
                                     (0.4): TELECONFERENCE WITH M. OLESKO
                                     RE: SPARTECH (0.3); TELECONFERENCE WITH
                                     J. RUHM RE: SPARTECH (0.3);
                                     TELECONFERENCE WITH R. MILLIN RE:
                                     SIEMENS (0.3); TELECONFERENCE RE:
                                     SPARTECH (0.4); EMAIL TO B. STARCHER RE:
                                     AKZO NOBEL (0.2): TELECONFERENCE WITH
                                     B. STARCHER RE: AKZO NOBEL (0.2); EMAIL
                                     TO B. SEIDEL RE: STATUS OF ADEQUATE
                                     ASSURANCE REQUESTS FOR LEAR AND AKZO
                                     (0.3): TELECONFERENCE WITH A. GELMAN
                                     RE; SIEMENS (0.2); REVIEW PLAN RE: CURE
                                     PAYMENTS (0.5); TELECONFERENCE WITH D.
                                     GOING RE: SPARTECH (0.1); FOLLOW UP
                                     TELECONFERENCE WITH SAME RE: SPARTECH
                                     (0.3); ANALYZE ISSUES RE: SPARTECH
                                     (0.3); REVIEW BIDDING PROCEDURES ORDER
                                     AND CURE NOTICES RE: PRECLUSION OF
                                     FUTURE CLAIMS (0.4); TELECONFERENCE
                                     WITH B. SEIDEL RE: ADEQUATE ASSURANCE
                                     (0.2); TELECONFERENCE WITH A. WINCHELL
                                     RE: LEAR (0.2); TELECONFERENCE WITH R.
                                     MACDOWELL RE: LEAR (0.1); FINALIZE ALL
                                     STEERING NOTICES FOR ASSUMPTION AND
                                     CURE NOTICES (3.5).
```

**B43E**

| KALOUDIS D | 01/24/08 | 15.30 | TELECONFERENCE WITH D. GOING RE: SPARTECH (0.2): FINALIZE DEBTOR'S OMNIBUS REPLY TO CLOSURES OBJECTIONS TO ASSUMPTION AND CURE NOTICES (3.1); REVIEW, REVISE, AND FINALIZE CHART OF OBJECTIONS AS EXHIBIT 1 TO DEBTORS' OMNIBUS REPLY (1.4); TELECONFERENCE WITH B. SEIDEL RE: LEAR (0.2); TELECONFERENCE WITH R. MACDOWELL RE: LEAR (0.2); SEND DRAFT OMNIBUS REPLY TO D. GOING (0.2); ATTENTION AND ANALYSIS TO STATUS OF STEERING ASSUMPTION/CURE NOTICES (1.6); TELECONFERENCE WITH G. SHAU RE: STEERING (0.2): EMAIL TO G. SHAW RE: STEERING LISTS (0.2); DRAFT EXHIBIT TO CLOSURES SALE ORDER RE: CURE PAYMENTS (0.6); SEND DRAFT SCHEDULE TO J. RUHM AND G. SHAU (0.2); TELECONFERENCE WITH J. RUHM AND G. SHAU RE: SCHEDULE OF CURE PAYMENTS (0.4); ATTENTION TO SERVICE LIST FOR DEBTORS' OMNIBUS RESPONSE (0.5); FURTHER REVISE REPLY (0.4): TELECONFERENCE WITH CLIENT RE: AMENDED REPLY (0.1); REVISE CHART BY NATURE OF OBJECTIONS (0.8); ANALYZE CLOSURES APA RE: CONTRACTS ASSUMPTIONS (0.8); DRAFT CHART OF REASONS FOR REMOVAL OF CERTAIN POS (0.5); DRAFT LANGUAGE RE: APA SUFFICIENCY OF ASSETS (0.2); REVIEW LIST OF ADJOURNED OBJECTIONS (0.2); RESEARCH ADEQUATE ASSURANCE REQUIREMENTS AND OBJECTION BASED ON CHANGING OF CONTRACT TERMS (1.2); FOLLOW UP ON SERVICE OF OMNIBUS REPLY (0.1); REVIEW PREVIOUS SALE ORDERS ENTERED BY COURT RE: CLOSURES (0.3); REVIEW AND FINALIZE HEARING SCRIPT RE: CLOSURES OBJECTIONS (1.7). |
|---|---|---|---|
| KALOUDIS D | 01/25/08 | 3.10 | REVIEW DRAFT PROPOSED ORDER OVERRULING CLOSURES OBJECTIONS AND RELATED EXHIBITS (1.1); REVIEW COURT ORDER AUTHORIZING CLOSURES AMENDMENT AS ENTERED (0.4); ANALYZE COURT ORDER ENTERED OVERRULING CLOSURES OBJECTIONS (0.4); REVIEW AOS FOR STEERING CURE NOTICES (0.4); FOLLOW UP ON XEROX STEERING NOTICE ISSUE (0.2); RESPOND TO INQUIRY RE: STEERING NOTICES (0.3); FOLLOW UP ON OUTSTANDING STEERING ISSUES (0.3). |
| | | **161.50** | |
| MURPHY M | 01/02/08 | 2.30 | UPDATE NOTICE DOCUMENTS FOR ASSET DIVESTITURE (2.3). |
| MURPHY M | 01/03/08 | 2.40 | UPDATE BEARING NOTICE DOCUMENTS (2.4). |
| MURPHY M | 01/04/08 | 0.70 | UPDATE NOTICES FOR SALE OF BEARINGS DIVISION (0.7). |
| MURPHY M | 01/10/08 | 2.30 | CREATE NOTICE DOCUMENTS FOR ASSET DIVESTITURE (2.3). |

31                                                                                                    B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MURPHY M | 01/17/08 | 0.20 | PREPARE DOCUMENTS FOR ASSET DIVESTITURE (0.2). |
| MURPHY M | 01/18/08 | 3.40 | PREPARE PROCEDURES ORDER FOR ASSET SALE (3.4). |
| MURPHY M | 01/22/08 | 3.00 | PREPARE PROCEDURES HEARING DOCUMENTS (3.0). |
| MURPHY M | 01/23/08 | 1.60 | REVIEW UPDATED BEARINGS EXHIBIT LIST AND UPDATE EXHIBIT ODCUMENTS (1.6). |
| MURPHY M | 01/24/08 | 0.60 | ASSEMBLE BINDER MATERIALS; PREPARE FOR HEARING (0.6). |

**16.50**

| | | | |
|---|---|---|---|
| PERL MW | 01/22/08 | 2.90 | REVIEW INTERIORS AND CLOSURES SALE PLEADINGS (0.8) AND DRAFT DECLARATION OF J. SHEEHAN RE: SAME (1.9); FOLLOW UP RE: SAME (0.2). |

**2.90**

**Total Associate**          **562.00**

| | | | |
|---|---|---|---|
| DEMMA J | 01/15/08 | 2.20 | PREPARE/FILE MOTION TO AMEND CLOSURES SALE APPROVAL ORDER (0.6) AND PREPARE/FILE BEARINGS SALE MOTION (1.6). |
| DEMMA J | 01/23/08 | 1.50 | PREPARE/FILE NOTICE OF PROPOSED BEARING SALE ORDER (0.6); PREPARE/FILE NOTICE OF CURE AMOUNT AND NOTICE OF ASSUMPTION (0.3); PREPARE INTERIORS AND CLOSURES EXHIBIT BINDER FOR JANUARY 25, 2008 OMNIBUS HEARING (0.6). |
| DEMMA J | 01/24/08 | 0.60 | PREPARE BEARINGS SALE EXHIBIT BINDER FOR JANUARY 25, 2008 OMNIBUS HEARING (0.6). |

**4.30**

| | | | |
|---|---|---|---|
| SHRAGO R | 01/02/08 | 0.90 | COMMUNICATE WITH J. WOODFIELD RE: SERVICE OF INTERIORS/CLOSURES SALE ORDER (0.4); DISTRIBUTE PLEADINGS (0.3); DRAFT AND REVIEW CORRESPONDENCE RE: INTERIORS/CLOSURES OBJECTIONS (0.2). |
| SHRAGO R | 01/03/08 | 0.90 | DRAFT SPECIAL PARTIES LIST AND COORDINATE SERVICE OF CLOSURES SALE ORDER WITH KCC (0.6); SEARCH DOCKET FOR GOLDMAN TRANSFER AGREEMENT (0.2); DRAFT AND REVIEW CORRESPONDENCE RE: INTERIORS/CLOSURES MATERIALS (0.1). |
| SHRAGO R | 01/09/08 | 0.30 | COORDINATE DOCUMENT DISTRIBUTION (0.3). |
| SHRAGO R | 01/24/08 | 0.80 | ASSEMBLE NOTICE OF WITHDRAWAL BINDER (0.8). |

**2.90**

B43E

| WOODFIELD J | 01/02/08 | 1.00 | ~~CREATE THE LIST OF OBJECTORS OF THE INTERIORS AND CLOSURES BUSINESSES SALE MOTION FOR SERVICE PURPOSES (1.0).~~ |
|---|---|---|---|
| | | 1.00 | |
| ZYLICH AK | 01/23/08 | 3.90 | ~~COMPILE DOCUMENTS FOR THE "EXHIBIT LIST - MOTION TO APPROVE COMPROMISE WITH INTEVA AND TO AMEND SALE ORDER" (3.9).~~ |
| | | 3.90 | |

**Total Legal Assistant**       12.10

**TOTAL TIME**                   621.40

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**
**Asset Dispositions (General)**

**Bill Date: 02/29/08**
**Bill Number: 1208154**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/24/08 | Fern BM | 555.73 |
| Air/Rail Travel - vendor feed | 01/25/08 | Fern BM | 602.27 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,158.00** |
| In-house Reproduction | 01/01/08 | Copy Center, D | 147.44 |
| In-house Reproduction | 01/01/08 | Copy Center, D | 8.80 |
| In-house Reproduction | 01/01/08 | Copy Center, D | 114.23 |
| In-house Reproduction | 01/04/08 | Copy Center, D | 136.24 |
| In-house Reproduction | 01/11/08 | Copy Center, D | 0.20 |
| In-house Reproduction | 01/18/08 | Copy Center, D | 14.10 |
| In-house Reproduction | 01/18/08 | Copy Center, D | 43.71 |
| In-house Reproduction | 01/22/08 | Copy Center, D | 162.15 |
| In-house Reproduction | 01/25/08 | Copy Center, D | 50.51 |
| In-house Reproduction | 01/25/08 | Copy Center, D | 12.62 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$690.00** |
| Lexis/Nexis | 01/24/08 | Hardin AS | 28.00 |
| | | **TOTAL LEXIS/NEXIS** | **$28.00** |
| Westlaw | 01/02/08 | Cazers PL | 132.67 |
| Westlaw | 01/03/08 | Cazers PL | 167.55 |
| Westlaw | 01/04/08 | Cazers PL | 346.41 |
| Westlaw | 01/07/08 | Cazers PL | 133.41 |
| Westlaw | 01/08/08 | Cazers PL | 213.39 |
| Westlaw | 01/09/08 | Cazers PL | 204.73 |
| Westlaw | 01/10/08 | Cazers PL | 81.71 |
| Westlaw | 01/10/08 | Kaloudis D | 421.51 |
| Westlaw | 01/17/08 | Cazers PL | 258.89 |
| Westlaw | 01/24/08 | Kaloudis D | 355.73 |
| | | **TOTAL WESTLAW** | **$2,316.00** |
| Reproduction - color | 01/04/08 | Copy Center, D | 99.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL REPRODUCTION - COLOR** | **$99.00** |
| Vendor Hosted Telecon-ferencing | 01/08/08 | Teleconferencing Services, LLC | 21.43 |
| Vendor Hosted Telecon-ferencing | 01/16/08 | Teleconferencing Services, LLC | 17.23 |
| Vendor Hosted Telecon-ferencing | 01/17/08 | Conference Plus Inc. | 4.25 |
| Vendor Hosted Telecon-ferencing | 01/19/08 | Teleconferencing Services, LLC | 1.26 |
| Vendor Hosted Telecon-ferencing | 01/20/08 | Teleconferencing Services, LLC | 7.50 |
| Vendor Hosted Telecon-ferencing | 01/20/08 | Teleconferencing Services, LLC | 8.22 |
| Vendor Hosted Telecon-ferencing | 01/20/08 | Teleconferencing Services, LLC | 1.26 |
| Vendor Hosted Telecon-ferencing | 01/21/08 | Teleconferencing Services, LLC | 24.85 |
| Vendor Hosted Telecon-ferencing | 01/21/08 | Teleconferencing Services, LLC | 29.17 |
| Vendor Hosted Telecon-ferencing | 01/22/08 | Teleconferencing Services, LLC | 0.60 |
| Vendor Hosted Telecon-ferencing | 01/22/08 | Teleconferencing Services, LLC | 17.23 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$133.00** |
| Out-of-Town Travel | 01/24/08 | Fern BM | 36.96 |
| Out-of-Town Travel | 01/25/08 | Fern BM | 342.09 |
| Out-of-Town Travel | 01/25/08 | Fern BM | 36.95 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$416.00** |
| Messengers/ Courier | 01/05/08 | United Parcel Service | 23.19 |
| Messengers/ Courier | 01/07/08 | OSMIO | 33.08 |
| Messengers/ Courier | 01/07/08 | OSMIO | 50.73 |
| | | **TOTAL MESSENGERS/ COURIER** | **$107.00** |
| Out-of-Town Meals | 01/25/08 | Fern BM | 41.07 |
| Out-of-Town Meals | 01/25/08 | Fern BM | 6.93 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$48.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 01/07/08 | Pacer Service Center | 5.11 |
| Outside Re-search/Internet Services | 01/07/08 | Pacer Service Center | 213.89 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$219.00** |
| Wireless - Mo-bile/Cellular/Pager | 01/15/08 | Meisler RE | 7.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$7.00** |
| | | **TOTAL MATTER** | **$5,221.00** |

B43E