SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
   In re                             :   Chapter 11
                                     :
DPH HOLDINGS CORP., et al.,          :   Case No. 05-44481 (RDD)
                                     :
        Reorganized Debtors.         :   (Jointly Administered)
                                     :
------------------------------------ x

EXHIBIT D-8
CREDITOR MEETINGS / STATUTORY COMMITTEES
182.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 11/30/07 |
| Creditor Meetings/ Statutory Committees | Bill Number: 1186564 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/08/07 | 0.10 | EMAIL TO B. ROSENBERG AND B. SCHELER RE: NOVEMBER 2007 JOINT STATUTORY COMMITTEE MEETING (0.1). |
| BUTLER, JR. J | 10/16/07 | 2.70 | RECEIVE AND BEGIN TO EVALUATE DEMAND LETTER FROM EQUITY COMMITTEE (0.4); TELECONFERENCES WITH R. O'NEAL (0.2) AND D. SHERBIN (0.3) RE: SAME AND NEXT STEPS; EMAILS FROM/TO J. SHEEHAN RE: SAME (0.2); TELECONFERENCE WITH J. SHEEHAN AND D. RESNICK RE: EQUITY COMMITTEE MATTERS (0.3); REVIEW AND FINALIZE STATUTORY COMMITTEE MEETING PRESENTATION MATERIALS (0.8); TELECONFERENCE WITH J. SHEEHAN RE: SAME (0.2); EMAIL FROM B. SHAW AND TO B. SCHELER, B. STEINGART AND V. MELWANI RE: EQUITY COMMITTEE PARTICIPATION IN OCTOBER 17TH STATUTORY COMMITTEE MEETING (0.3). |
| BUTLER, JR. J | 10/17/07 | 2.70 | PREPARE FOR (1.1) AND PARTICIPATE IN (0.9) STATUTORY COMMITTEE MEETING (WITH EQUITY COMMITTEE ONLY) IN NEW YORK; FOLLOW-UP MEETING WITH COMPANY REPRESENTATIVES (0.7). |
| BUTLER, JR. J | 10/30/07 | 0.40 | REVIEW LETTER FROM EQUITY COMMITTEE TO S. MILLER AND DRAFT RESPONSE (0.3); EMAILS FROM/TO S. MILLER RE: SAME (0.1). |
| | | **5.90** | |
| MARAFIOTI KA | 10/12/07 | 3.10 | REVIEW AND REVISE COMMITTEE PRESENTATION MATERIAL (3.1). |
| MARAFIOTI KA | 10/17/07 | 2.70 | PREPARE FOR COMMITTEE MEETINGS WITH COMPANY AND ROTHSCHILD (1.1); MEETING WITH EQUITY COMMITTEE (0.9) AND FOLLOWUP (0.7). |
| | | **5.80** | |
| MEISLER RE | 10/02/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CHANGE IN UCC COMPOSITION (0.1); REVIEW AND RESEARCH IN RESPONSE TO INQUIRY FROM M. RIELA (0.2). |
| MEISLER RE | 10/09/07 | 0.60 | REVIEW DRAFT SECTIONS OF STATUTORY COMMITTEE PRESENTATION (0.6). |
| MEISLER RE | 10/10/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE RE: JOINT STATUTORY COMMITTEE PRESENTATION (0.2); REVIEW AND RESPOND TO M. RIELA INQUIRY RE: MOTIONS UP FOR 10/25 HEARING (0.2). |
| MEISLER RE | 10/11/07 | 0.50 | REVIEW JOINT STATUTORY COMMITTEE PRESENTATION (0.3); WORK ON RESPONSE TO M. RIELA INQUIRY (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 10/16/07 | 2.30 | REVIEW PRESENTATION TO STATUTORY COMMITTEES (2.3). |
| MEISLER RE | 10/17/07 | 1.30 | PREPARE FOR STATUTORY COMMITTEE MEETINGS (1.3). |
| | | 5.40 | |
| **Total Partner** | | **17.10** | |
| MATZ TJ | 10/16/07 | 0.70 | PREPARATIONS RE: STATUTORY COMMITTEE MEETINGS 10/17 (0.3); CORRESPONDENCE WITH H. BAER RE: SAME (0.2); CORRESPONDENCE WITH R. SLIVINSKI RE: SAME (0.2). |
| MATZ TJ | 10/17/07 | 3.40 | REVIEW COMMITTEE PRESENTATION MATERIALS (0.4); FINAL PREPARATIONS RE: COMMITTEE MEETINGS (0.6); DISCUSSION WITH M. BROUDE, B. PICKERING RE: SAME (0.3); PARTICIPATE IN MEETINGS WITH S. MILLER, J. SHEEHAN, D. RESNICK, B. SHAW, J. GUGLIELIMO RE: UNSECURED CREDITORS AND EQUITY COMMITTEE MATTERS (1.2); ATTEND PRESENTATION TO EQUITY COMMITTEE (0.4); DISCUSSION WITH R. SLIVINSKI RE: PRESENTATION (0.3); PREPARATIONS RE: 11/20 STATUTORY COMMITTEE MEETINGS (0.2). |
| | | 4.10 | |
| **Total Counsel** | | **4.10** | |
| HERRIOTT AV | 10/03/07 | 2.20 | BEGIN DRAFT OF OCTOBER JOINT COMMITTEE PRESENTATION (2.2). |
| HERRIOTT AV | 10/08/07 | 1.00 | CONTINUE DRAFT OF JOINT COMMITTEE PRESENTATION (1.0). |
| HERRIOTT AV | 10/09/07 | 2.00 | CONTINUE DRAFT OF JOINT COMMITTEE PRESENTATION (2.0). |
| HERRIOTT AV | 10/10/07 | 5.30 | CONTINUE DRAFT OF JOINT COMMITTEE PRESENTATION (5.3). |
| HERRIOTT AV | 10/11/07 | 3.50 | BEGIN REVIEWING AND REVISING JOINT COMMITTEE PRESENTATION (3.5). |
| HERRIOTT AV | 10/12/07 | 1.80 | CONTINUE TO REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (1.8). |
| HERRIOTT AV | 10/13/07 | 0.70 | REVIEW AND REVISE OCTOBER JOINT COMMITTEE PRESENTATION (0.7). |
| HERRIOTT AV | 10/14/07 | 2.20 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (2.0); CONFERENCE WITH J. SHEEHAN RE: SAME (0.1); CONFERENCE WITH D. UNRUE RE: SAME (0.1). |
| HERRIOTT AV | 10/15/07 | 8.50 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION FOR OCTOBER MEETING (8.5). |
| HERRIOTT AV | 10/16/07 | 1.20 | REVIEW AND FINALIZE JOINT COMMITTEE PRESENTATION (1.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HERRIOTT AV | 10/23/07 | 1.30 | ASSIST WITH CREATION OF WATERFALL SHOWING RIGHTS OFFERING MECHANISM (1.3). |
| | | **29.70** | |
| SUBER KM | 10/16/07 | 1.10 | REVIEW MATERIALS FOR THE STATUTORY COMMITTEES' MEETING (0.2); REVIEW CORRESPONDENCE IN CONNECTION WITH MEETING PREPARATION (0.9). |
| SUBER KM | 10/17/07 | 3.00 | PREPARE FOR THE STATUTORY COMMITTEES' MEETING (2.7); DISTRIBUTE MATERIALS TO FRIED, FRANK (0.3). |
| | | **4.10** | |
| **Total Associate** | | **33.80** | |
| FIGUEROA T | 10/16/07 | 2.80 | ASSIST WITH PREPARATION FOR THE OCTOBER 17, 2007 JOINT MEETING OF THE DELPHI STATUTORY COMMITTEES (2.8). |
| FIGUEROA T | 10/17/07 | 2.10 | ASSIST WITH PREPARATION FOR THE OCTOBER 17, 2007 JOINT MEETING OF THE DELPHI STATUTORY COMMITTEES (2.1). |
| FIGUEROA T | 10/18/07 | 2.20 | PREPARE FOR DISTRIBUTION THE BOUND COPIES OF THE OCTOBER 17, 2007 PRESENTATION TO THE JOINT MEETING OF THE DELPHI STATUTORY COMMITTEES AND PREPARE PACKAGES TO BE DELIVERED TO THE DELPHI TEAM (2.2). |
| | | **7.10** | |
| ~~ZSOLDOS AF~~ | ~~10/08/07~~ | ~~0.40~~ | ~~COORDINATE DISTRIBUTION OF PRESENTATIONS (0.4).~~ |
| ~~ZSOLDOS AF~~ | ~~10/15/07~~ | ~~0.80~~ | ~~COORDINATE PRODUCTION OF PRESENTATION (0.8).~~ |
| ~~ZSOLDOS AF~~ | ~~10/16/07~~ | ~~0.70~~ | ~~COORDINATE PRODUCTION OF PRESENTATIONS (0.7).~~ |
| ~~ZSOLDOS AF~~ | ~~10/17/07~~ | ~~1.10~~ | ~~PREPARE FOR JOINT STATUTORY COMMITTEE (1.1).~~ |
| | | ~~3.00~~ | |
| **Total Legal Assistant** | | **10.10** | |
| **TOTAL TIME** | | **65.10** | |

136                                                                                                              B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)　　　　　　　　　　　　　　　　　　　Bill Date: 11/30/07
Creditor Meetings/ Statutory Committees　　　　　　　　　　　Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/09/07 | Meisler RE | 1,410.45 |
| Air/Rail Travel - vendor feed | 10/09/07 | Meisler RE | -1,365.45 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$45.00** |
| Reproduction - color | 10/15/07 | Copy Center, D | 347.50 |
| Reproduction - color | 10/19/07 | Copy Center, D | 12,877.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$13,225.00** |
| Air/Rail Travel (external) | 10/14/07 | Butler, Jr. J | 443.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$443.00** |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 53.32 |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 40.00 |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 33.33 |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 977.89 |
| Out-of-Town Travel | 10/17/07 | Meisler RE | 1,367.46 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,472.00** |
| Messengers/ Courier | 10/05/07 | OSMIO | 326.15 |
| Messengers/ Courier | 10/05/07 | OSMIO | 3,770.68 |
| Messengers/ Courier | 10/17/07 | Dist Serv/Mail/Page, D | 127.17 |
| | | **TOTAL MESSENGERS/ COURIER** | **$4,224.00** |
| Out-of-Town Meals | 10/14/07 | Butler, Jr. J | 55.16 |
| Out-of-Town Meals | 10/14/07 | Butler, Jr. J | 55.16 |
| Out-of-Town Meals | 10/16/07 | Meisler RE | 9.27 |
| Out-of-Town Meals | 10/16/07 | Meisler RE | 19.48 |
| Out-of-Town Meals | 10/17/07 | Meisler RE | 7.92 |
| Out-of-Town Meals | 10/17/07 | Meisler RE | 23.01 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$170.00** |
| Internal Catering-NY | 10/17/07 | Butler, Jr. J | 1,239.98 |

308

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Internal Catering-NY | 10/17/07 | Butler, Jr. J | 384.02 |
| Internal Catering-NY | 10/17/07 | Butler, Jr. J | 320.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,944.00** |
| | | **TOTAL MATTER** | **$22,523.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Creditor Meetings/ Statutory Committees

Bill Date: 01/10/08  
Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/04/07 | 0.40 | PREPARE FOR NOVEMBER 5TH MEETING WITH REPRESENTATIVES OF DELPHI AND CREDITORS COMMITTEE IN NEW YORK INCLUDING EMAILS FROM/TO AND TELECONFERENCES WITH D. RESNICK AND J. SHEEHAN (0.4). |
| BUTLER, JR. J | 11/05/07 | 2.10 | PREPARE FOR (0.3) AND ATTEND (1.3) MEETING WITH REPRESENTATIVES OF DELPHI AND CREDITORS COMMITTEE IN NEW YORK SAME; PREPARE FOR (0.1) AND PARTICIPATE IN (0.4) TELECONFERENCE WITH SAME. |
| BUTLER, JR. J | 11/07/07 | 0.40 | BEGIN TO CONSIDER PRESENTATION MATERIALS FOR NOVEMBER 20TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK (0.3); REVIEW UPDATE RE: LAW DEBENTURE GROUP (SUBORDINATED INDEBTURE TRUSTEE) AND NEXT STEPS (0.1). |
| | | **2.90** | |
| MARAFIOTI KA | 11/05/07 | 0.20 | CORRESPONDENCE RE: COMMON INTEREST AGREEMENT WITH MESIROW (0.2). |
| MARAFIOTI KA | 11/06/07 | 0.40 | REVIEW AND REVISE JOINT INTEREST AGREEMENT (0.3); CORRESPONDENCE TO UST RE: SAME (0.1). |
| MARAFIOTI KA | 11/07/07 | 0.70 | TELECONFERENCE WITH R. STARK RE: TOPRS (0.4); FOLLOWUP CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 11/08/07 | 0.30 | CORRESPONDENCE EXCHANGE WITH UST RE: MESIROW (0.1) AND WORK ON ISSUES RE: JOINT INTEREST AGREEMENT (0.2). |
| MARAFIOTI KA | 11/14/07 | 2.20 | REVIEW AND REVISE COMMITTEE PRESENTATION BOOK (2.2). |
| MARAFIOTI KA | 11/19/07 | 1.60 | REVISE PORTIONS OF COMMITTEE PRESENTATION (0.4); PREPARE FOR CREDITORS' AND EQUITY COMMITTEE MEETINGS (1.2). |
| MARAFIOTI KA | 11/20/07 | 4.70 | PREPARE FOR COMMITTEE MEETINGS (0.9); ATTEND MEETING OF JOINT COMMITTEES (1.5); MEETING WITH CREDITORS' COMMITTEE ALONE (0.9); MEETING WITH EQUITY COMMITTEE ALONE (0.5); FOLLOWUP MEETINGS WITH COMPANY AND ROTHSCHILD (0.9). |
| | | **10.10** | |
| MEISLER RE | 11/09/07 | 0.30 | REVIEW SECTION OF STATUTORY COMMITTEES PRESENTATION RE: BRAZILIAN TRANSACTION (0.2); REVIEW SECTION OF STATUTORY COMMITTEES PRESENTATION RE: DIP EXTENSION (0.1). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| MEISLER RE | 11/19/07 | 2.70 | REVIEW AND COMMENT ON STATUTORY COMMITTEE PRESENTATION (2.7). |
| | | 3.00 | |
| **Total Partner** | | **16.00** | |
| MATZ TJ | 11/19/07 | 1.20 | CORRESPONDENCE WITH R. SLIVINSKI, H. BAER RE: 11/20 STATUTORY COMMITTEE MEETINGS (0.2); PREPARATION RE: STATUTORY COMMITTEE MEETINGS (0.4); BRIEF REVIEW OF FINAL STATUTORY COMMITTEE PRESENTATION (0.4); PREPARATION FOR 11/20 PRESENTATION (0.2). |
| MATZ TJ | 11/20/07 | 5.60 | PARTICIPATE IN MEETING WITH CLIENT, ROTHSCHILD, FTI RE: STATUTORY COMMITTEE PRESENTATION (1.1); ATTEND MONTHLY STATUTORY COMMITTEE PRESENTATION (1.6); ATTEND CLIENT BRIEFING (0.2); PARTICIPATE IN GROUP DISCUSSION WITH UNSECURED CREDITORS COMMITTEE, CLIENT, SKADDEN TEAM, ROTHSCHILD AND FTI (0.9); PARTICIPATE IN FURTHER CLIENT BRIEFING (0.2); DISCUSSION WITH EQUITY COMMITTEE, DELPHI, SKADDEN, ROTHSCHILD, FTI RE: SAME (0.5); FOLLOW-UP DISCUSSION WITH S. MILLER, R. EISSENBERG, A. TOGUT, D. RESNICK RE: COMMITTEE PRESENTATION (1.1). |
| | | **6.80** | |
| **Total Counsel** | | **6.80** | |
| HERRIOTT AV | 11/05/07 | 1.60 | BEGIN PREPARING FOR NOVEMBER JOINT COMMITTEE MEETING (1.6). |
| HERRIOTT AV | 11/07/07 | 4.30 | CONTINUE DRAFT OF NOVEMBER JOINT COMMITTEE PRESENTATION (4.3). |
| HERRIOTT AV | 11/09/07 | 1.40 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION FOR NOVEMBER MEETING (1.4). |
| HERRIOTT AV | 11/12/07 | 1.00 | REVIEW AND REVISE NOVEMBER JOINT COMMITTEE PRESENTATION (1.0). |
| HERRIOTT AV | 11/14/07 | 3.20 | REVIEW AND REVISE NOVEMBER JOINT COMMITTEE PRESENTATION (3.1); CONFERENCE WITH J. GUGLIELMO RE: SAME (0.1). |
| HERRIOTT AV | 11/15/07 | 3.10 | REVIEW AND REVISE NOVEMBER JOINT COMMITTEE PRESENTATION AND SUBMIT TO BOARD FOR REVIEW (3.1). |
| HERRIOTT AV | 11/19/07 | 2.50 | REVIEW, REVISE AND FINALIZE JOINT COMMITTEE PRESENTATION FOR NOVEMBER 20 (2.5). |
| HERRIOTT AV | 11/20/07 | 1.00 | CONDUCT FOLLOW UP FROM JOINT COMMITTEE MEETING (1.0). |
| | | **18.10** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| PLATT SJ | 11/07/07 | 0.90 | PREPARE JOINT COMMITTEE PRESENTATION (0.9). |
| PLATT SJ | 11/09/07 | 2.60 | PREPARE JOINT CREDITORS COMMITTEE PRESENTATION (2.6). |
| PLATT SJ | 11/12/07 | 2.90 | CONTINUE TO PREPARE AND REVISE JOINT COMMITTEE PRESENTATION (2.9). |
| PLATT SJ | 11/13/07 | 2.30 | PREPARE AND REVISE JOINT COMMITTEE PRESENTATION (2.3). |
| PLATT SJ | 11/14/07 | 6.90 | PREPARE AND REVISE JOINT STATUTORY COMMITTEE PRESENTATION (6.9). |
| PLATT SJ | 11/15/07 | 1.50 | CONTINUE TO REVISE JOINT STATUTORY COMMITTEE PRESENTATION (1.5). |
| | | **17.10** | |
| SUBER KM | 11/19/07 | 2.80 | REVIEW UCC PRESENTATION BOOK; CONFERRED WITH DELPHI TEAM MEMBERS RE: UCC PRESENTATION BOOK; CONFER WITH DELPHI TEAM MEMBERS RE: STATUTORY COMMITTEES' MEETING PREPARATIONS (2.8). |
| SUBER KM | 11/20/07 | 3.30 | PREPARED FOR THE STATUTORY COMMITTEES' MEETING (1.7); ATTENDED SAME (1.4); DEBRIEF ISSUES, WHICH AROSE DURING THE STATUTORY COMMITTEES' MEETING, WITH DELPHI TEAM MEMBERS (0.2). |
| | | **6.10** | |
| **Total Associate** | | **41.30** | |
| DEMMA J | 11/09/07 | 2.30 | UPDATE PRESENTATION MATERIALS FOR JOINT COMMITTEE MEETING (2.3). |
| DEMMA J | 11/13/07 | 2.10 | UPDATE PRESENTATION MATERIALS FOR STATUTORY COMMITTEE MEETING (2.1). |
| | | **4.40** | |
| FIGUEROA T | 11/20/07 | 4.10 | ASSIST WITH JOINT STATUTORY COMMITTEE MEETING PRESENTATION (1.7); ATTEND JOINT STATUTORY COMMITTEE MEETING (1.2); PREPARE DISTRIBUTION OF SAME (1.2). |
| | | **4.10** | |
| **Total Legal Assistant** | | **8.50** | |
| **TOTAL TIME** | | **72.60** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**          **Bill Date: 01/10/08**
**Creditor Meetings/ Statutory Committees**          **Bill Number: 1206100**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 11/26/07 | Demma J | 1,170.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,170.00** |
| In-house Reproduction | 11/23/07 | Copy Center, D | 20.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$20.00** |
| Reproduction - color | 11/14/07 | Copy Center, D | 67.50 |
| Reproduction - color | 11/23/07 | Copy Center, D | 5,017.00 |
| Reproduction - color | 11/25/07 | Copy Center, D | 20.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$5,105.00** |
| Vendor Hosted Teleconferencing | 11/20/07 | Teleconferencing Services, LLC | 284.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$284.00** |
| Messengers/ Courier | 11/21/07 | Vendor Refunds | -4,008.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$-4,008.00** |
| Print Images to Paper (from Electronic Media) | 11/29/07 | Quiles E | 28.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$28.00** |
| Internal Catering-NY | 11/20/07 | Butler, Jr. J | 1,240.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$1,240.00** |
| Wireless - Mobile/Cellular/Pager | 11/15/07 | Meisler RE | 2.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$2.00** |
| | | **TOTAL MATTER** | **$3,841.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**                                                  **Bill Date: 01/31/08**
**Creditor Meetings/ Statutory Committees**         **Bill Number: 1208196**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HERRIOTT AV | 12/11/07 | 0.20 | BEGIN TO PREPARE FOR JANUARY JOINT COMMITTEE MEETING (0.2). |
| HERRIOTT AV | 12/28/07 | 0.70 | DRAFT PRELIMINARY DRAFT OF JOINT COMMITTEE PRESENTATION FOR JANUARY (0.7). |
| HERRIOTT AV | 12/31/07 | 1.10 | CONTINUE DRAFT OF JOINT COMMITTEE PRESENTATION (1.1). |
| | | 2.00 | |
| **Total Associate** | | **2.00** | |
| **TOTAL TIME** | | **2.00** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**  Bill Date: 01/31/08
**Creditor Meetings/ Statutory Committees**  Bill Number: 1208196

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/01/07 | Meisler RE | 561.97 |
| Air/Rail Travel - vendor feed | 12/01/07 | Meisler RE | -561.97 |
| Air/Rail Travel - vendor feed | 12/14/07 | Diaz LB | 290.94 |
| Air/Rail Travel - vendor feed | 12/14/07 | Diaz LB | 44.06 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$335.00** |
| Wireless - Mobile/Cellular/Pager | 12/15/07 | Meisler RE | 1.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$1.00** |
| | | **TOTAL MATTER** | **$336.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                                         Bill Date: 02/29/08
Creditor Meetings/ Statutory Committees                           Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 01/03/08 | 1.30 | BEGIN TO REVIEW AND COMMENT ON DRAFT JOINT STATUTORY COMMITTEE PRESENTATION FOR JANUARY 10TH MEETING IN NEW YORK CITY (1.3). |
| BUTLER, JR. J | 01/05/08 | 0.80 | CONTINUE TO REVIEW AND COMMENT ON DRAFT OF JOINT STATUTORY COMMITTEE PRESENTATION FOR JANUARY 10TH MEETING IN NEW YORK CITY (0.7); EMAILS FROM/TO B. ROSENBERG RE: SAME (0.1). |
| BUTLER, JR. J | 01/06/08 | 1.60 | CONTINUE TO REVIEW AND REVISE DRAFT OF JOINT STATUTORY COMMITTEE PRESENTATION FOR JANUARY 10TH MEETING IN NEW YORK CITY INCLUDING REVIEW EMAILS FROM S. CORCORAN (1.6). |
| BUTLER, JR. J | 01/09/08 | 0.80 | CONTINUE TO PREPARE FOR JANUARY 10TH JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY INCLUDING REVIEW AND FINALIZE PRESENTATION MATERIALS (0.8). |
| BUTLER, JR. J | 01/10/08 | 2.10 | PREPARE FOR (0.3) AND PARTICIPATE IN (1.8) JOINT STATUTORY COMMITTEE MEETING IN NEW YORK CITY. |
| | | **6.60** | |
| MARAFIOTI KA | 01/04/08 | 1.40 | REVIEW AND REVISE COMMITTEE PRESENTATION MATERIAL (1.4). |
| MARAFIOTI KA | 01/10/08 | 2.00 | ATTEND STATUTORY COMMITTEE MEETINGS WITH COMPANY AND ADVISORS (1.8); FOLLOWUP WITH COMPANY (0.2). |
| | | **3.40** | |
| **Total Partner** | | **10.00** | |
| MATZ TJ | 01/04/08 | 0.80 | REVIEW AND COMMENT ON 1/10 STATUTORY COMMITTEE PRESENTATION (0.8). |
| MATZ TJ | 01/06/08 | 0.20 | DRAFT CORRESPONDENCE TO D. SHERBIN RE: STATUTORY COMMITTEE MEETINGS (0.2). |
| MATZ TJ | 01/07/08 | 0.70 | CORRESPONDENCE WITH H. BEAR RE: COMMITTEE MEETINGS (0.1); CORRESPONDENCE WITH R. SLIVINSKI RE: SAME (0.1); FURTHER CORRESPONDENCE WITH H. BEAR RE: 1/10 COMMITTEE MEETING (0.3); FURTHER CORRESPONDENCE TO R. SLIVINSKI RE: SAME (0.1); DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.1). |
| | | **1.70** | |
| **Total Counsel** | | **1.70** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HERRIOTT AV | 01/02/08 | 4.20 | CONTINUE DRAFT OF JANUARY JOINT COMMITTEE PRESENTATION (4.2). |
| HERRIOTT AV | 01/03/08 | 5.50 | CONTINUE TO DRAFT PRESENTATION FOR THE JOINT MEETING OF THE STATUTORY COMMITTEES (5.5). |
| HERRIOTT AV | 01/04/08 | 1.40 | CONTINUE DRAFTING PRESENTATION FOR JOINT COMMITTEE MEETING ON JANUARY 10 (1.4). |
| HERRIOTT AV | 01/06/08 | 3.50 | DRAFT, REVIEW AND REVISE JOINT COMMITTEE PRESENTATION AND REVIEW VARIOUS MATERIALS IN CONJUNCTION WITH PRESENTATION (3.5). |
| HERRIOTT AV | 01/07/08 | 3.00 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION FOR JANUARY 10 COMMITTEE MEETING (3.0). |
| HERRIOTT AV | 01/08/08 | 2.80 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION FOR JANUARY 10 JOINT COMMITTEE MEETING (2.8). |
| HERRIOTT AV | 01/09/08 | 1.70 | REVIEW AND REVISE JOINT COMMITTEE PRESENTATION (1.7). |
| | | **22.10** | |
| SUBER KM | 01/10/08 | 3.70 | PREPARE FOR THE STATUTORY COMMITTEES MEETING (1.5); CONFER WITH COUNSEL FROM LATHAM & WAKTINS RE: QUESTIONS IN CONNECTION WITH THE SOLICITATION PROCEDURES ORDER AND THE VOTING DEADLINE (0.1); PROVIDE LATHAM & WAKTINS WITH THE REQUISITE DOCUMENTATION (0.2); ATTEND STATUTORY COMMITTEES' MEETING (1.4); SUPERVISE HANDLING OF CONFIDENTIAL INFORMATION AND MATERIALS (0.3); CONFER WITH DELPHI TEAM MEMBERS IN CONNECTION WITH THE VOTING DEADLINE (0.2). |
| | | **3.70** | |
| **Total Associate** | | **25.80** | |
| DEMMA J | 01/03/08 | 1.20 | PREPARE UPDATED FEE AND EXPENSES FOR JANUARY STATUTORY MEETING (1.2). |
| | | **1.20** | |
| ZYLICH AK | 01/07/08 | 2.10 | PREPARE FEE CHART FOR JANUARY 10, 2008 COMMITTEE MEETING (2.1). |
| ZYLICH AK | 01/08/08 | 1.20 | ASSIST IN PREPARING DRAFT PRESENTATION FOR JANUARY 10, 2008 UCC MEETING (1.2). |
| ZYLICH AK | 01/09/08 | 2.10 | COORDINATE PRODUCTION OF UCC PRESENTATION BINDER (0.3); ASSIST IN FINAL REVIEW OF UCC PRESENTATION BINDER (1.1); PREPARE COMMITTEE MEETING SIGN-IN SHEET (0.3); COORDINATE WITH SECURITY RE: MEETING ATTENDEES (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| ZYLICH AK | 01/10/08 | 1.70 | PREPARE MEETING ROOM FOR UCC MEETING (1.3); ASSIST WITH GATHERING MATERIALS AFTER THE UCC MEETING (0.4). |
| | | 7.10 | |
| **Total Legal Assistant** | | 8.30 | |
| **TOTAL TIME** | | <u>**45.80**</u> | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**  Bill Date: 02/29/08
Creditor Meetings/ Statutory Committees  Bill Number: 1208154

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/11/08 | Copy Center, D | 7.58 |
| In-house Reproduction | 01/15/08 | Copy Center, D | 12.97 |
| In-house Reproduction | 01/25/08 | Copy Center, D | 29.45 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$50.00** |
| Reproduction - color | 01/08/08 | Copy Center, D | 60.00 |
| Reproduction - color | 01/11/08 | Copy Center, D | 4,680.50 |
| Reproduction - color | 01/16/08 | Copy Center, D | 927.50 |
| | | **TOTAL REPRODUCTION - COLOR** | **$5,668.00** |
| Vendor Hosted Teleconferencing | 01/10/08 | Teleconferencing Services, LLC | 29.76 |
| Vendor Hosted Teleconferencing | 01/10/08 | Teleconferencing Services, LLC | 297.80 |
| Vendor Hosted Teleconferencing | 01/15/08 | Teleconferencing Services, LLC | 778.44 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$1,106.00** |
| Air/Rail Travel (external) | 01/07/08 | Butler, Jr. J | 356.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$356.00** |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 506.97 |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 31.51 |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 46.51 |
| Out-of-Town Travel | 01/07/08 | Butler, Jr. J | 24.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$609.00** |
| Print Images to Paper (from Electronic Media) | 01/14/08 | Copy Center, D | 419.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$419.00** |
| Internal Catering-NY | 01/10/08 | Butler, Jr. J | 384.02 |
| Internal Catering-NY | 01/10/08 | Butler, Jr. J | 999.98 |
| Internal Catering-NY | 01/10/08 | Butler, Jr. J | 384.02 |
| Internal Catering-NY | 01/10/08 | Butler, Jr. J | 999.98 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL INTERNAL CATERING-NY** | **$2,768.00** |
| CLR/Disclosure | 01/14/08 | Global Securities | 111.35 |
| CLR/Disclosure | 01/16/08 | Global Securities | 121.65 |
| | | **TOTAL CLR/DISCLOSURE** | **$233.00** |
| | | **TOTAL MATTER** | **$11,209.00** |

B43E