SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
     In re                           :    Chapter 11
                                     :
DPH HOLDINGS CORP., et al.,          :    Case No. 05-44481 (RDD)
                                     :
          Reorganized Debtors.       :    (Jointly Administered)
                                     :
------------------------------------ x

EXHIBIT D-9
SUPPLIER MATTERS
251.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                    Bill Date: 11/30/07
Supplier Matters                                            Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 10/03/07 | 1.60 | REVIEW OF VARIOUS SUPPLIER PAYMENT TERMS ISSUES INCLUDING FUJIKOKI AND 3M (1.6). |
| LYONS JK | 10/23/07 | 1.10 | FOLLOW UP WITH VARIOUS PAYMENT TERMS ISSUES INCLUDING PIONEER (1.1). |
|  |  | **2.70** |  |
| MEISLER RE | 10/01/07 | 0.20 | REVIEW SEMBACH [FOREIGN SUPPLIER] INVOICES (0.1) AND DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 10/02/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: VALEO SETTLEMENT (0.2). |
| MEISLER RE | 10/04/07 | 0.30 | REVIEW VALEO SETTLEMENT (0.3). |
| MEISLER RE | 10/05/07 | 0.40 | REVIEW CORRESPONDENCE RE: VALEO SETTLEMENT (0.2); REVIEW RELIEF REQUESTED RE: SAME (0.2). |
| MEISLER RE | 10/26/07 | 1.20 | PREPARE FOR MEETING RE: POTENTIAL LITIGATION (0.3); TELECONFERENCE WITH J. PAPELIAN, D. SHERBIN, S. CORCORAN, T. DONNO, W. COSNOWSKI (0.9). |
| MEISLER RE | 10/31/07 | 3.50 | REVIEW AND CONSIDER MEMO RE: POTENTIAL LITIGATION (0.7); REVIEW CASE LAW RESEARCH (0.6) AND STATUTORY SECTIONS (0.4); RE: SAME (0.6); CONSIDER ALTERNATIVES (1.0); REVIEW AND RESPOND TO CORRESPONDENCE RE: DEMAND LETTER (0.2). |
|  |  | **5.80** |  |
| **Total Partner** |  | **8.50** |  |
| ~~MATZ TJ~~ | ~~10/02/07~~ | ~~0.60~~ | ~~REVIEW CORRESPONDENCE RE: VALERO MATTER POSSIBLE SETTLEMENT MOTION (0.6).~~ |
| ~~MATZ TJ~~ | ~~10/03/07~~ | ~~0.50~~ | ~~REVIEW AND COMMENT ON VALEO SETTLEMENT MOTION (0.5).~~ |
|  |  | ~~**1.10**~~ |  |
| ~~**Total Counsel**~~ |  | ~~**1.10**~~ |  |
| FERN BM | 10/02/07 | 0.70 | REVIEW AND ORGANIZE MATERIALS RE: VALEO SETTLEMENT (0.7). |
| FERN BM | 10/03/07 | 3.80 | REVIEW AND COMMENT ON VALEO SETTLEMENT AGREEMENT (0.9); EMAIL TO/FROM C. BROWN RE: SAME (0.2); REVISE DRAFTS OF VALEO MOTION (2.3); EMAIL TO C. BROWN RE: SAME (0.2); EMAIL FROM C. BROWN RE: STATUS OF VALEO SETTLEMENT (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 10/04/07 | 1.20 | REVISE VALEO MOTION AND ORDER (0.7); ADDITIONAL REVISIONS TO VALEO MOTION AND ORDER (0.5). |
| FERN BM | 10/05/07 | 1.30 | REVIEW AND REVISE VALEO PLEADINGS (0.7); ATTENTION TO DOCUMENTS IN PREPARATION FOR FILING VALEO MOTION (0.4); EMAILS TO/FROM S. CORCORAN RE: VALEO MOTION (0.2). |
| FERN BM | 10/11/07 | 0.80 | ATTENTION TO ISSUES RE: VALEO DILIGENCE (0.5); EMAILS TO/FROM M. RIELA AND B. PICKERING RE: VALEO MOTION (0.3). |
| FERN BM | 10/15/07 | 0.40 | TELECONFERENCE WITH C. BROWN IN PREPARATION FOR VALEO DILIGENCE CALL (0.2); TELECONFERENCE WITH C. BROWN, M. RIELA, AND M. THACHER RE: VALEO DILIGENCE (0.2). |
| FERN BM | 10/16/07 | 0.40 | REVIEW MATERIALS IN PREPARATION FOR HEARING ON VALEO MOTION (0.4). |
| FERN BM | 10/18/07 | 0.70 | REVIEW AND COMMENT ON VALEO SCRIPT AND DECLARATION (0.7). |
| FERN BM | 10/25/07 | 1.60 | REVIEW MATERIALS RE: ASHIMORI TRANSACTION (0.5); REVIEW MATERIALS RE: PREVIOUS SCOPE OF DISCLOSURE FOR ASHIMORI TRANSACTION (1.1). |
| FERN BM | 10/30/07 | 0.40 | EMAILS TO/FROM R. BERRY RE: ASHIMORI (0.4). |
| FERN BM | 10/31/07 | 0.30 | EMAILS TO/FROM R. BERRY RE: ASHIMORI Q&A (0.3). |
| | | **11.60** | |
| MURPHY M* | 10/24/07 | 8.20 | RESEARCH SECTION 365(E)(1) TO DETERMINE WHETHER CLIENT COULD TERMINATE SUPPLY AGREEMENT (8.2). |
| MURPHY M* | 10/25/07 | 6.10 | RESEARCH EFFECT OF CONTRACT REJECTION ON EXCLUSIVITY AGREEMENT (6.1). |
| MURPHY M* | 10/29/07 | 1.00 | FIND CASE SUPPORT RE: CONTRACT REJECTION IN PROPOSITION IN 365(G) (1.0). |
| | | **15.30** | |
| ~~PERL MW~~ | ~~10/02/07~~ | ~~0.40~~ | ~~REVIEW CORRESPONDENCE FROM C. BROWN RE: VALEO MATTER (0.2) AND COORDINATE WITH WORKING GROUP RE: SAME (0.2).~~ |
| ~~PERL MW~~ | ~~10/23/07~~ | ~~0.60~~ | ~~REVIEW, PROVIDE COMMENTS AND COORDINATE RE: PREPARATION OF VALEO SETTLEMENT MOTION EXHIBIT BINDER FOR HEARING (0.6).~~ |
| ~~PERL MW~~ | ~~10/24/07~~ | ~~0.20~~ | ~~FINALIZE VALEO EXHIBIT BINDER FOR HEARING AND CHAMBERS (0.2).~~ |
| | | ~~1.20~~ | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 10/04/07 | 0.20 | REVIEW INQUIRY FROM BUYER RE: SUPPLIER NEGOTIATIONS (0.2). |
| WHARTON JN | 10/10/07 | 0.30 | REVIEW CORRESPONDENCE FROM SUPPLIER RE: CONTRACT NEGOTIATIONS (0.3). |
| WHARTON JN | 10/24/07 | 0.70 | TELECONFERENCE WITH M. WARD OF DELPHI AND E. WEBER OF FTI RE: SUPPLIER NEGOTIATIONS (0.2) AND FORMULATE STRATEGY RE: SAME (0.5). |
| WHARTON JN | 10/26/07 | 0.40 | REVIEW CORRESPONDENCE RE: SUPPLIER NEGOTIATIONS (0.4). |
| WHARTON JN | 10/29/07 | 1.10 | WORK ON SUPPLIER NEGOTIATION STRATEGY (0.5); TELECONFERENCES WITH M. WARD AND L. GAVIN OF DELPHI AND E. WEBER OF FTI RE: SUPPLIER NEGOTIATION ISSUE (0.4) AND K. CRAFT OF DELPHI RE: SAME (0.2). |
| WHARTON JN | 10/31/07 | 2.70 | REVIEW PLAN RE: ISSUES AFFECTING SUPPLIERS AND UPDATE MEMO SUMMARIZING SAME (2.3); TELECONFERENCE WITH E. MONTGOMERY OF DELPHI RE: SUPPLIER NEGOTIATION (0.2) AND FORMULATE STRATEGY RE: SAME (0.2). |
| | | 5.40 | |
| **Total Associate/Law Clerk** | | 33.50 | |
| **TOTAL TIME** | | **43.10** | |

\* Law clerks are law school graduates who are not presently admitted to practice.

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

**Delphi Corporation (DIP)**                                             **Bill Date: 11/30/07**
**Supplier Matters**                                                         **Bill Number: 1186564**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Westlaw | 10/26/07 | Murphy M | 354.07 |
| Westlaw | 10/29/07 | Murphy M | 53.93 |
|  |  | **TOTAL WESTLAW** | **$408.00** |
|  |  | **TOTAL MATTER** | **$408.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 01/10/08 |
|---|---|---|---|
| Supplier Matters | | | Bill Number: 1206100 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 11/01/07 | 0.80 | REVIEW AND FOLLOW UP TO RETURN TO PAYMENT TERMS INITIATIVE (0.8). |
| LYONS JK | 11/05/07 | 1.30 | DISCUSSIONS RE: PIONEER AND RETURN TO TERMS INITIATIVE (1.3). |
| LYONS JK | 11/20/07 | 1.30 | PROVIDE SUPPORT TO GSM RE: PIONEER RETURN TO TERMS AND NILES (1.3). |
| LYONS JK | 11/27/07 | 2.10 | REVIEW OF TYCO EXPIRATION ISSUES AND FOLLOW UP (2.1). |
| | | 5.50 | |
| **Total Partner** | | **5.50** | |
| ~~HERRIOTT AV~~ | ~~11/14/07~~ | ~~0.20~~ | ~~FOLLOW UP RE: SUPPLIER ISSUE (0.2).~~ |
| ~~HERRIOTT AV~~ | ~~11/20/07~~ | ~~0.80~~ | ~~FOLLOW UP ON PIONEER SUPPLIER MATTER (0.8).~~ |
| ~~HERRIOTT AV~~ | ~~11/27/07~~ | ~~0.20~~ | ~~ADDRESS MISCELLANEOUS SUPPLIER MATTER (0.2).~~ |
| | | ~~1.20~~ | |
| WHARTON JN | 11/01/07 | 3.50 | UPDATE Q&A FOR SUPPLIERS RE: PROPOSED PLAN AMENDMENTS (2.5); ATTEND WEEKLY MEETING WITH BUYERS TO DISCUSS NEGOTIATIONS WITH SUPPLIERS (1.0). |
| WHARTON JN | 11/05/07 | 0.80 | CONTINUE TO REVISE LETTER TO SUPPLIER RE: NEGOTIATIONS OVER CONTRACT EXTENSION (0.8). |
| WHARTON JN | 11/07/07 | 0.30 | ANALYZE SUPPLIER NEGOTIATION INQUIRY (0.3). |
| WHARTON JN | 11/28/07 | 0.40 | CONTINUE TO REVIEW CORRESPONDENCE WITH SUPPLIER RE: CONTRACT RENEGOTIATION (0.3) AND TELECONFERENCE WITH E. WEBER OF FTI RE: SAME (0.1). |
| | | 5.00 | |
| **Total Associate** | | **6.20** | |
| **TOTAL TIME** | | **11.70** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 01/31/08 |
|---|---|---|---|
| Supplier Matters | | | Bill Number: 1208196 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 12/13/07 | 3.40 | WORK ON ISSUES RE: OBJECTION TO MOTION OF AUTOMODULAR TO COMPEL ASSUMPTION OR REJECTION AND ALLOW ADMINISTRATIVE PAYMENT (3.4). |
| | | **3.40** | |
| MEISLER RE | 12/04/07 | 0.10 | TELECONFERENCE WITH K. CRAFT RE: SUPPLIER GARNISHMENT QUESTION (0.1). |
| MEISLER RE | 12/08/07 | 0.70 | REVIEW AND CONSIDER AUTOMODULAR MOTION (0.7). |
| MEISLER RE | 12/09/07 | 1.10 | REVIEW AND CONSIDER SUPPORTING DOCUMENTS TO AUTOMODULAR MOTION (0.5); TELECONFERENCE WITH K. CRAFT RE: OBJECTING TO AUTOMODULAR MOTION (0.6). |
| MEISLER RE | 12/10/07 | 0.10 | REVIEW AND RESPOND TO INQUIRIES RE: AUTOMODULAR LITIGATION (0.1). |
| MEISLER RE | 12/11/07 | 1.90 | REVIEW AND CONSIDER STRATEGY RE: AUTOMODULAR (0.5); REVIEW AND COMMENT ON OBJECTION AUTOMODULAR'S MOTION (1.4). |
| MEISLER RE | 12/13/07 | 1.60 | CONTINUE TO WORK ON AUTOMODULAR OBJECTION (1.3); REVIEW AND RESPOND TO CORRESPONDENCE RE: SAME (0.3). |
| MEISLER RE | 12/14/07 | 0.60 | REVIEW STATUS OF AUTOMODULAR MOTION (0.4); RESPOND TO CORRESPONDENCE (0.2). |
| MEISLER RE | 12/16/07 | 1.00 | REVIEW AND COMMENT ON PRESENTATION RE: CLAUSE IN POS REFLECTING POSTPETITION CONTRACT AND WAIVER OF CURE (1.0). |
| MEISLER RE | 12/31/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: AUTOMODULAR DISCOVERY AND MOTION TO COMPEL ASSUMPTION OR REJECTION OF CONTRACT (0.3). |
| | | **7.40** | |
| **Total Partner** | | **10.80** | |
| GARNER LP | 12/12/07 | 0.50 | CONSIDERATION OF AUTOMODULAR OBJECTION AND CONTRACT (0.5). |
| GARNER LP | 12/14/07 | 1.80 | CONSIDERATION OF RESPONSE TO AUTOMODULAR OBJECTION (1.8). |
| | | **2.30** | |
| MACDONALD N | 12/11/07 | 3.80 | TELECONFERENCES TO DISCUSS PENDING CONTESTED MATTERS (1.2); REVIEW PLEADINGS AND DOCUMENTS CONCERNING PENDING AUTOMODULAR CONTESTED MATTER (2.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MACDONALD N | 12/12/07 | 9.20 | REVIEW AND REDRAFT PROPOSED RESPONSE TO MOTION TO COMPEL ASSUMPTION OR REJECTION OF CONTACT (8.1); REVIEW DOCUMENTS RELATED TO SAME (1.1). |
| MACDONALD N | 12/13/07 | 9.80 | REVIEW DOCUMENTS RELATED TO AUTMODULAR'S MOTION TO COMPEL ASSUMPTION OR REJECTION OF CONTRACT (9.1); MEETING WITH CO-COUNSEL TO DISCUSS LITIGATION STRATEGY RELATED TO PENDING HEARING (0.7). |
| MACDONALD N | 12/14/07 | 8.20 | MEET AND CONFER WITH OPPOSING COUNSEL RE: PENDING HEARING (2.4); CONTINUE REVIEW OF DOCUMENTS RELATED TO SAME (2.7); LEGAL RESEARCH RELATED TO SAME (3.1). |
| MACDONALD N | 12/18/07 | 11.40 | REVIEW REQUESTS FOR PRODUCTION OF DOCUMENTS, IDENTIFY CUSTODIANS OF RECORDS OR PERSONS WITH KNOWLEDGE AND DRAFT MEMO RE: SAME (3.3); DRAFT RESPONSES TO REQUESTS FOR PRODUCTION AND DRAFT CHART RE: SAME (3.7); MEET WITH CO-COUNSEL TO DISCUSS MATTERS RELATED TO SAME (0.9); CONTINUE REVIEW OF AUTOMODULAR-RELATED DOCUMENTS (2.2); REVIEW DOCUMENTS IN PREPARATION FOR PRODUCTION (1.3). |
| MACDONALD N | 12/19/07 | 10.00 | REVIEW AUTOMODULAR CONTRACTS AND COMMUNICATIONS (1.3); DRAFT DOCUMENT DISCOVERY REQUESTS FOR AUTOMODULAR DISPUTE (1.0); RESPOND TO DOCUMENT DISCOVERY REQUESTS AND DRAFT MEET AND CONFER AGREEMENT LETTER AND RELATED COMMUNICATIONS AND ANALYSES (7.7). |
| MACDONALD N | 12/20/07 | 5.80 | TELECONFERENCE WITH M. WILLIAMS AT DELPHI RE: DOCUMENT PRODUCTION (0.9); TELECONFERENCE WITH D. MCLEAN RE: AUTOMODULAR MATTER (1.8); DRAFT AUTOMODULAR REQUESTS FOR PRODUCTION OF DOCUMENTS (3.1). |
| MACDONALD N | 12/31/07 | 8.20 | RESPOND TO AUTOBODULAR DISCOVERY REQUESTS (8.2). |
| | | **66.40** | |
| **Total Counsel** | | **68.70** | |
| FERN BM | 12/15/07 | 0.70 | DRAFT PRESENTATION RE: BANKRUPTCY-RELATED CLAUSE IN DELPHI POS (0.7). |
| FERN BM | 12/16/07 | 1.60 | REVISE DELPHI PO PRESENTATION (1.6). |
| | | **2.30** | |
| PLATT SJ | 12/03/07 | 0.40 | REVIEW AUTOMODULAR MOTION (0.2); BEGIN RESEARCH RE: SAME (0.2). |
| PLATT SJ | 12/04/07 | 3.80 | CONTINUE RESEARCH FOR OBJECTION TO AUTOMODULAR MOTION (3.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| PLATT SJ | 12/08/07 | 4.40 | DRAFT OBJECTION TO AUTOMODULAR MOTION (4.4). |
| PLATT SJ | 12/09/07 | 1.10 | TELECONFERENCE RE: AUTOMODULAR CLAIM AND REVISE OBJECTION ACCORDINGLY (1.1). |
| PLATT SJ | 12/10/07 | 0.90 | BEGIN DRAFTING DECLARATION IN SUPPORT OF OBJECTION TO AUTOMODULAR MOTION (0.9). |
| PLATT SJ | 12/11/07 | 3.90 | TELECONFERENCE WITH G. CONLEY AND D. MCLEAN RE: AUTOMODULAR (0.4); TELECONFERENCE WITH COUNSEL FOR AUTOMODULAR (0.1); REVISE AUTOMODULAR OBJECTION (3.4). |
| PLATT SJ | 12/12/07 | 7.40 | INVESTIGATE FACTS AND REVISE OBJECTION TO AUTOMODULAR MOTION (7.4). |
| PLATT SJ | 12/13/07 | 5.00 | REVISE AUTOMODULAR OBJECTION AND FINALIZE FOR FILING (3.8); DRAFT AUTOMODULAR SCRIPT (1.2). |
| PLATT SJ | 12/14/07 | 4.10 | PREPARE FOR, PARTICIPATE IN , AND FOLLOW UP ON CALLS WITH COUNSEL FOR AUTOMODULAR (4.1). |
| PLATT SJ | 12/18/07 | 0.30 | EMAIL TO D. MCLEAN RE: AUTOMODULAR DISCOVERY (0.3). |
| PLATT SJ | 12/19/07 | 2.20 | TELECONFERENCE WITH D. MCLEAN (0.1); REVIEW EMAILS RE: AUTOMODULAR DISCOVERY (2.1). |
| PLATT SJ | 12/20/07 | 2.80 | EMAILS TO AND TELECONFERENCE WITH D. MCLEAN AND G. CONLEY RE: AUTOMODULAR DISCOVERY (2.8). |
| PLATT SJ | 12/21/07 | 1.40 | REVIEW ADDITIONAL DOCUMENTS RE: AUTOMODULAR (1.2); FINALIZE DISCOVERY REQUESTS TO AUTOMODULAR (0.2). |
| PLATT SJ | 12/26/07 | 2.10 | REVIEW AND BEGIN RESPONSES TO AUTOMODULAR DISCOVERY REQUESTS (2.1). |
| PLATT SJ | 12/31/07 | 0.50 | CONSIDER AUTOMODULAR DISCOVERY (0.5). |
| | | 40.30 | |
| **Total Associate** | | **42.60** | |
| ~~SHRAGO R~~ | ~~12/31/07~~ | ~~1.80~~ | ~~DRAFT CONFIRMATION AGENDA (1.8).~~ |
| | | ~~1.80~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**1.80**~~ | |
| RIVERA M | 12/03/07 | 3.30 | CODE SUPPLIER CORRESPONDENCE (3.3). |
| RIVERA M | 12/05/07 | 3.40 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.4). |
| RIVERA M | 12/06/07 | 2.30 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (2.3). |
| RIVERA M | 12/07/07 | 3.40 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| RIVERA M | 12/10/07 | 3.80 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.8). |
| RIVERA M | 12/11/07 | 4.50 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (4.5). |
| RIVERA M | 12/14/07 | 3.00 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (3.0). |
| RIVERA M | 12/17/07 | 5.90 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (5.9). |
| RIVERA M | 12/20/07 | 6.10 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (6.1). |
| RIVERA M | 12/26/07 | 5.70 | PREPARE AND CODE SUPPLIER CORRESPONDENCE FOR DATABASE (5.7). |
| | | 41.40 | |
| **Total Legal Assistant Support** | | 41.40 | |
| **TOTAL TIME** | | **165.30** | |

B43E

**S**KADDEN, **A**RPS, **S**LATE, **M**EAGHER & **F**LOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**  Bill Date: 01/31/08
**Supplier Matters**  Bill Number: 1208196

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | ---: |
| Air/Rail Travel - vendor feed | 12/18/07 | Platt SJ | 1,170.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,170.00** |
| In-house Reproduction | 12/28/07 | Copy Center, D | 73.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$73.00** |
| Westlaw | 12/12/07 | Platt SJ | 33.00 |
| | | **TOTAL WESTLAW** | **$33.00** |
| Vendor Hosted Teleconferencing | 12/09/07 | Teleconferencing Services, LLC | 0.41 |
| Vendor Hosted Teleconferencing | 12/09/07 | Teleconferencing Services, LLC | 3.08 |
| Vendor Hosted Teleconferencing | 12/11/07 | Teleconferencing Services, LLC | 4.32 |
| Vendor Hosted Teleconferencing | 12/20/07 | Teleconferencing Services, LLC | 23.19 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$31.00** |
| Messengers/ Courier | 12/10/07 | Dist Serv/Mail/Page, D | 7.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| | | **TOTAL MATTER** | **$1,314.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Supplier Matters

Bill Date: 02/29/08  
Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MACDONALD N | 01/03/08 | 3.50 | CONTINUE REVIEW AND REVISION OF AUTOMODULAR RESPONSES TO REQUESTS FOR PRODUCTION (2.8); TELECONFERENCE WITH COUNSEL FOR AUTOMODULAR (0.7). |
| MACDONALD N | 01/06/08 | 5.80 | CONTINUE DRAFTING RESPONSES TO AUTOMODULAR REQUESTS FOR PRODUCTION/ADMISSION, ETC. (3.7); TELECONFERENCE WITH OPPOSING COUNSEL RE: REQUESTS FOR PRODUCTION OF DOCUMENTS (2.1). |
| MACDONALD N | 01/07/08 | 0.70 | CONTINUE REVISION OF RESPONSES TO AUTOMODULAR REQUESTS FOR PRODUCTION/ADMISSION, ETC. (0.7). |
| MACDONALD N | 01/09/08 | 2.30 | REVIEW AND REVISE AUTOMODULAR DISCOVERY RESPONSES (2.3). |
|  |  | **12.30** |  |
| **Total Counsel** |  | **12.30** |  |
| MURPHY M | 01/04/08 | 1.50 | SUPPLIER DOCUMENT REVIEW (1.5). |
|  |  | **1.50** |  |
| PLATT SJ | 01/03/08 | 1.80 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL FOR AUTOMODULAR (1.8). |
| PLATT SJ | 01/05/08 | 0.90 | PREPARE AUTOMODULAR DISCOVERY RESPONSES (0.9). |
| PLATT SJ | 01/06/08 | 1.50 | REVISE AUTOMODULAR DISCOVERY RESPONSES (1.5). |
| PLATT SJ | 01/07/08 | 3.70 | PREPARE AUTOMODULAR DISCOVERY RESPONSES (2.9); PREPARE AUTODULAR PROTECTIVE ORDER (0.8). |
| PLATT SJ | 01/08/08 | 2.10 | PREPARE AUTOMODULAR DOCUMENTS FOR PRODUCTION (2.1). |
| PLATT SJ | 01/09/08 | 1.60 | REVIEW AUTOMODULAR DISCOVERY (1.6). |
| PLATT SJ | 01/22/08 | 1.30 | REVIEW AUTOMODULAR DOCUMENT PRODUCTION (0.8); DRAFT EMAIL TO D. MCLEAN RE: SAME (0.5). |
| PLATT SJ | 01/23/08 | 0.90 | DRAFT AND REVIEW EMAILS RE: AUTOMODULAR DISCOVERY (0.9). |
| PLATT SJ | 01/24/08 | 0.90 | REVISE AUTOMODULAR HEARING MATERIAL (0.9). |
| PLATT SJ | 01/25/08 | 3.90 | CONTINUE TO REVIEW AUTOMODULAR DISCOVERY AND FORMULATE ARGUMENTS FOR SUPPLEMENTAL OBJECTION (3.9). |
|  |  | **18.60** |  |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

| | | | |
|---|---|---|---|
| **Total Associate** | | 20.10 | |
| RIVERA M | 01/03/08 | 1.50 | CODE SUPPLIER CORRESPONDENCE (1.5). |
| RIVERA M | 01/04/08 | 2.80 | CODE SUPPLIER CORRESPONDENCE (2.8). |
| | | 4.30 | |
| **Total Legal Assistant Support** | | 4.30 | |
| **TOTAL TIME** | | **36.70** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**  Bill Date: 02/29/08
**Supplier Matters**  Bill Number: 1208154

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/01/08 | Copy Center, D | 70.74 |
| In-house Reproduction | 01/08/08 | Copy Center, D | 37.88 |
| In-house Reproduction | 01/11/08 | Copy Center, D | 74.05 |
| In-house Reproduction | 01/25/08 | Copy Center, D | 62.33 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$245.00** |
| Vendor Hosted Teleconferencing | 01/03/08 | Teleconferencing Services, LLC | 4.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.00** |
| | | **TOTAL MATTER** | **$249.00** |

B43E