SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
    In re                                       :       Chapter 11
                                                 :
DPH HOLDINGS CORP., et al.,        :       Case No. 05-44481 (RDD)
                                                 :
          Reorganized Debtors.      :       (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-10
NONWORKING TRAVEL TIME
1,463.10 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP)                                    Bill Date: 11/30/07
Nonworking Travel Time                                      Bill Number: 1186564


NAME              DATE         HOURS    DESCRIPTION

BUTLER, JR. J     10/02/07     2.90     TO NEW YORK FROM TROY (2.9).

BUTLER, JR. J     10/03/07     6.70     TO TROY FROM NEW YORK (2.8); TO CHICAGO
                                        FROM TROY (3.9).

BUTLER, JR. J     10/07/07     3.40     TO DETROIT FROM CHICAGO (3.4).

BUTLER, JR. J     10/09/07     2.70     TO NEW YORK FROM TROY (2.7).

BUTLER, JR. J     10/12/07     2.80     TO CHICAGO FROM NEW YORK (2.8).

BUTLER, JR. J     10/14/07     4.70     TO NEW YORK FROM CHICAGO (4.7).

BUTLER, JR. J     10/19/07     4.30     TO CHICAGO FROM NEW YORK (4.3).

BUTLER, JR. J     10/22/07     7.20     TO DETROIT FROM CHICAGO (3.3); TO NEW
                                        YORK FROM DETROIT (3.9).

BUTLER, JR. J     10/25/07     5.80     TO FT. LAUDERDALE FROM NEW YORK (5.8).

BUTLER, JR. J     10/28/07     3.90     TO DETROIT FROM CHICAGO (3.9).

BUTLER, JR. J     10/30/07     3.80     TO CHICAGO FROM DETROIT (3.8).

                              48.20

HOGAN III AL      10/16/07     3.50     TO NEW YORK FROM CHICAGO (3.5).

HOGAN III AL      10/18/07     4.20     TO CHICAGO FROM NEW YORK (4.2).

HOGAN III AL      10/22/07     3.50     TO NEW YORK FROM CHICAGO (3.5).

HOGAN III AL      10/25/07     2.20     TO CHICAGO FROM NEW YORK (2.2).

                              13.40

LYONS JK          10/04/07     4.40     TO TROY FROM CHICAGO (4.4).

LYONS JK          10/05/07     4.30     TO CHICAGO FROM TROY (4.3).

LYONS JK          10/09/07     5.20     TO NEW YORK FROM CHICAGO (5.2).

LYONS JK          10/10/07     5.30     TO CHICAGO FROM NEW YORK (5.3).

LYONS JK          10/25/07     4.70     TO NEW YORK FROM CHICAGO (4.7).

LYONS JK          10/26/07     4.60     TO CHICAGO FROM NEW YORK (4.6).

                              28.50

MEISLER RE        10/10/07     4.50     TO TROY FROM CHICAGO (4.5).

MEISLER RE        10/11/07     4.00     TO CHICAGO FROM DETROIT (4.0).

MEISLER RE        10/14/07     2.80     TO NEW YORK FROM CHICAGO (2.8).

MEISLER RE        10/17/07     4.70     TO CHICAGO FROM NEW YORK (4.7).

MEISLER RE        10/22/07     4.30     TO NEW YORK FROM CHICAGO (4.3).

MEISLER RE        10/25/07     4.20     TO CHICAGO FROM NEW YORK (4.2).

                              24.50
```

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 10/10/07 | 7.00 | TO NEW YORK FROM CHICAGO (3.4); TO CHICAGO FROM NEW YORK (3.6). |
| PANAGAKIS GN | 10/15/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| PANAGAKIS GN | 10/18/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **16.70** | |
| **Total Partner** | | **131.30** | |
| GARNER LP | 10/22/07 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| GARNER LP | 10/25/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| | | **10.30** | |
| MACDONALD N | 10/20/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| MACDONALD N | 10/25/07 | 3.20 | TO CHICAGO FROM NEW YORK (3.2). |
| | | **8.10** | |
| RAMLO K | 10/04/07 | 2.40 | TO LOS ANGELES FROM NEW YORK (2.4). |
| RAMLO K | 10/21/07 | 2.00 | TO NEW YORK FROM LOS ANGELES (2.0). |
| RAMLO K | 10/22/07 | 1.50 | TO NEW YORK FROM LOS ANGELES (1.5). |
| RAMLO K | 10/26/07 | 4.00 | TO LOS ANGELES FROM NEW YORK (4.0). |
| | | **9.90** | |
| **Total Counsel** | | **28.30** | |
| CAMPANARIO ND | 10/22/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| CAMPANARIO ND | 10/25/07 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| | | **10.00** | |
| CONNORS CP | 10/02/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| CONNORS CP | 10/04/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| | | **9.30** | |
| DIAZ LB | 10/17/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |
| DIAZ LB | 10/19/07 | 4.50 | TO CHICAGO FROM TROY (4.5). |
| DIAZ LB | 10/23/07 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| DIAZ LB | 10/26/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **19.50** | |
| GARTNER M | 10/04/07 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| | | **4.20** | |
| GUZZARDO J | 10/21/07 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| GUZZARDO J | 10/25/07 | 5.80 | TO CHICAGO FROM NEW YORK (5.8). |
| | | **11.30** | |
| HOWE EJ | 10/02/07 | 4.60 | TO TROY FROM CHICAGO (4.6). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| HOWE EJ | 10/04/07 | 4.90 | TO CHICAGO FROM TROY (4.9). |
| HOWE EJ | 10/17/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| HOWE EJ | 10/19/07 | 4.30 | TO CHICAGO FROM TROY (4.3). |
| | | **18.30** | |
| KALOUDIS D | 10/18/07 | 5.60 | TO NEW YORK FROM LOS ANGELES (5.6). |
| KALOUDIS D | 10/25/07 | 6.00 | TO LOS ANGELES FROM NEW YORK (6.0). |
| | | **11.60** | |
| PERL MW | 10/23/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| PERL MW | 10/25/07 | 5.70 | TO CHICAGO FROM NEW YORK (5.7). |
| | | **10.50** | |
| SAMOLE RM | 10/21/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| SAMOLE RM | 10/25/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **9.40** | |
| STUART NL | 10/04/07 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| STUART NL | 10/09/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| STUART NL | 10/12/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| STUART NL | 10/15/07 | 5.60 | TO NEW YORK FROM CHICAGO (5.6). |
| STUART NL | 10/18/07 | 5.80 | TO CHICAGO FROM NEW YORK (5.8). |
| | | **25.20** | |
| WHARTON JN | 10/09/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| WHARTON JN | 10/10/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| WHARTON JN | 10/17/07 | 3.80 | TO TROY FROM CHICAGO (3.8). |
| WHARTON JN | 10/19/07 | 4.30 | TO CHICAGO FROM DETROIT (4.3). |
| WHARTON JN | 10/24/07 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| WHARTON JN | 10/26/07 | 5.40 | TO CHICAGO FROM NEW YORK(5.4). |
| | | **28.30** | |
| **Total Associate** | | **157.60** | |
| DEMMA J | 10/23/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| DEMMA J | 10/26/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **9.60** | |
| **Total Legal Assistant** | | **9.60** | |
| **TOTAL TIME** | | **326.80** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Nonworking Travel Time  
Bill Date: 01/10/08  
Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/04/07 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| BUTLER, JR. J | 11/09/07 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |
| BUTLER, JR. J | 11/11/07 | 3.80 | TO DETROIT FROM CHICAGO (3.8). |
| BUTLER, JR. J | 11/12/07 | 3.70 | TO CHICAGO FROM DETROIT (3.7). |
| BUTLER, JR. J | 11/14/07 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| BUTLER, JR. J | 11/17/07 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| BUTLER, JR. J | 11/18/07 | 4.30 | TO DETROIT FROM CHICAGO (4.3). |
| BUTLER, JR. J | 11/19/07 | 2.30 | TO MORRISTOWN FROM TROY (1.5); TO BOSTON FROM MORRISTOWN (0.8). |
| BUTLER, JR. J | 11/25/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
|  |  | **37.30** |  |
| HOGAN III AL | 11/05/07 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
| HOGAN III AL | 11/08/07 | 3.90 | TO CHICAGO FROM NEW YORK (3.9). |
| HOGAN III AL | 11/14/07 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| HOGAN III AL | 11/16/07 | 3.00 | TO CHICAGO FROM NEW YORK (3.0). |
| HOGAN III AL | 11/18/07 | 1.80 | TO NEW YORK FROM CHICAGO (1.8). |
| HOGAN III AL | 11/20/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| HOGAN III AL | 11/24/07 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| HOGAN III AL | 11/29/07 | 2.90 | TO CHICAGO FROM NEW YORK (2.9). |
|  |  | **27.70** |  |
| LYONS JK | 11/05/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| LYONS JK | 11/07/07 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| LYONS JK | 11/15/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| LYONS JK | 11/16/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| LYONS JK | 11/28/07 | 4.20 | TO TROY FROM CHICAGO (4.2). |
| LYONS JK | 11/29/07 | 4.60 | TO CHICAGO FROM TROY (4.6). |
|  |  | **27.20** |  |
| MEISLER RE | 11/13/07 | 3.50 | TO NEW YORK FROM CHICAGO (3.5). |
| MEISLER RE | 11/16/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| MEISLER RE | 11/26/07 | 4.30 | TO NEW YORK FROM CHICAGO (4.3). |
| MEISLER RE | 11/30/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
|  |  | **18.40** |  |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| **Total Partner** | | 110.60 | |
| GARNER LP | 11/05/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| GARNER LP | 11/07/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| GARNER LP | 11/25/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| GARNER LP | 11/29/07 | 5.70 | TO CHICAGO FROM NEW YORK (5.7). |
| | | **20.40** | |
| MACDONALD N | 11/18/07 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| MACDONALD N | 11/23/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| MACDONALD N | 11/25/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| MACDONALD N | 11/28/07 | 2.80 | TO AND FROM CHATHAM NJ (2.8). |
| MACDONALD N | 11/29/07 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **20.40** | |
| RAMLO K | 11/13/07 | 3.50 | TO TROY FROM LOS ANGELES (3.5). |
| RAMLO K | 11/14/07 | 3.50 | TO LOS ANGELES FROM TROY (3.5). |
| RAMLO K | 11/25/07 | 4.50 | TO NEW YORK FROM LOS ANGELES (4.5). |
| RAMLO K | 11/28/07 | 3.30 | TO LOS ANGELES FROM NEW YORK (3.3). |
| | | **14.80** | |
| **Total Counsel** | | 55.60 | |
| CAMPANARIO ND | 11/24/07 | 4.10 | TO NEW YORK FROM MINNEAPOLIS (4.1). |
| CAMPANARIO ND | 11/29/07 | 4.00 | TO CHICAGO FROM NEW YORK (4.0). |
| | | **8.10** | |
| DIAZ LB | 11/05/07 | 4.10 | TO TROY FROM CHICAGO (4.1). |
| DIAZ LB | 11/11/07 | 4.20 | TO CHICAGO FROM TROY (4.2). |
| DIAZ LB | 11/15/07 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| DIAZ LB | 11/16/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| DIAZ LB | 11/27/07 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| DIAZ LB | 11/29/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **27.70** | |
| FERN BM | 11/27/07 | 3.30 | TO NEW YORK FROM CHICAGO (3.3). |
| FERN BM | 11/30/07 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| | | **8.00** | |
| GARTNER M | 11/26/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| | | **4.50** | |
| GRANT K | 11/25/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| GRANT K | 11/28/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

```
                                 9.80
GUZZARDO J        11/04/07       3.50   TO NEW YORK FROM CHICAGO (3.5).
GUZZARDO J        11/07/07       4.80   TO CHICAGO FROM NEW YORK (4.8).
GUZZARDO J        11/18/07       4.80   TO NEW YORK FROM CHICAGO (4.8).
GUZZARDO J        11/20/07       5.40   TO CHICAGO FROM NEW YORK (5.4).
GUZZARDO J        11/25/07       4.70   TO NEW YORK FROM CHICAGO (4.7).
GUZZARDO J        11/28/07       4.20   TO CHICAGO FROM NEW YORK (4.2).
                                27.40
HERRIOTT AV       11/26/07       4.60   TO NEW YORK FROM CHICAGO (4.6).
HERRIOTT AV       11/28/07       4.80   TO CHICAGO FROM NEW YORK (4.8).
                                 9.40
MURPHY M          11/25/07       5.20   TO NY FROM CHICAGO (5.2).
MURPHY M          11/28/07       4.00   TO CHICAGO FROM NEW YORK (4.0).
                                 9.20
PERL MW           11/14/07       5.40   TO NEW YORK FROM CHICAGO (5.4).
PERL MW           11/16/07       3.50   TO CHICAGO FROM NEW YORK (3.5).
PERL MW           11/26/07       4.80   TO NEW YORK FROM CHICAGO (4.8).
PERL MW           11/29/07       3.60   TO CHICAGO FROM NEW YORK (3.6).
                                17.30
PLATT SJ          11/25/07       4.60   TO NEW YORK FROM CHICAGO (4.6).
PLATT SJ          11/29/07       4.20   TO CHICAGO FROM NEW YORK (4.2).
                                 8.80
SAMOLE RM         11/28/07       5.20   TO CHICAGO FROM NEW YORK (5.2).
                                 5.20
STUART NL         11/25/07       4.60   TO NEW YORK FROM CHICAGO (4.6).
STUART NL         11/29/07       5.40   TO CHICAGO FROM NEW YORK (5.4).
                                10.00
VAN GELDER A      11/14/07       4.80   TO NEW YORK FROM CHICAGO (4.8).
VAN GELDER A      11/16/07       5.50   TO CHICAGO FROM NEW YORK (5.5).
                                10.30
WHARTON JN        11/05/07       4.60   TO TROY FROM CHICAGO (4.6).
WHARTON JN        11/07/07       4.30   TO CHICAGO FROM TROY (4.3).
WHARTON JN        11/27/07       3.90   TO NEW YORK FROM CHICAGO (3.9).
WHARTON JN        11/29/07       4.80   TO CHICAGO FROM NEW YORK (4.8).
                                17.60
```

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---:|---|
| **Total Associate** | | **173.30** | |
| DEMMA J | 11/26/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| DEMMA J | 11/29/07 | 5.70 | TO CHICAGO FROM NEW YORK (5.7). |
| | | 10.30 | |
| KLIMEK MV | 11/25/07 | 5.10 | TRAVEL TO NEW YORK FROM CHICAGO (5.1). |
| KLIMEK MV | 11/29/07 | 5.30 | TRAVEL TO CHICAGO FROM NEW YORK (5.3). |
| | | 10.40 | |
| **Total Legal Assistant** | | **20.70** | |
| **TOTAL TIME** | | **360.20** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP))                                    Bill Date: 01/31/08
Nonworking Travel Time                                       Bill Number: 1208196


NAME               DATE          HOURS    DESCRIPTION

BUTLER, JR. J      12/02/07       4.30    TO DETROIT FROM CHICAGO (4.3).
BUTLER, JR. J      12/04/07       4.50    TO CHICAGO FROM DETROIT (4.5).
BUTLER, JR. J      12/05/07       4.30    TO NEW YORK FROM CHICAGO (4.3).
BUTLER, JR. J      12/07/07       5.20    TO CHICAGO FROM NEW YORK (5.2).
BUTLER, JR. J      12/16/07       4.60    TO DETROIT FROM CHICAGO (4.6).
BUTLER, JR. J      12/17/07       4.00    TO LOS ANGELES FROM DETROIT (4.0).
BUTLER, JR. J      12/19/07       3.70    TO NEW YORK FROM LOS ANGELES (3.7).
BUTLER, JR. J      12/20/07       5.20    TO CHICAGO FROM NEW YORK (5.2).
                                 35.80

HOGAN III AL       12/04/07       2.30    TO TROY FROM CHICAGO (2.3).
HOGAN III AL       12/05/07       2.00    TO NEW YORK FROM TROY (2.0).
HOGAN III AL       12/07/07       3.20    TO CHICAGO FROM NEW YORK (3.2).
HOGAN III AL       12/19/07       2.20    TO NEW YORK FROM CHICAGO (2.2).
                                  9.70

LYONS JK           12/10/07       5.40    TO NEW YORK FROM CHICAGO (5.4).
LYONS JK           12/12/07       5.10    TO CHICAGO FROM NEW YORK (5.1).
                                 10.50

MEISLER RE         12/05/07       4.70    TO NEW YORK FROM CHICAGO (4.7).
MEISLER RE         12/07/07       5.00    TO CHICAGO FROM NEW YORK (5.0).
                                  9.70

Total Partner                    65.70

GARNER LP          12/03/07       4.30    TO NEW YORK FROM CHICAGO (4.3).
GARNER LP          12/07/07       5.20    TO CHICAGO FROM NEW YORK (5.2).
                                  9.50

MACDONALD N        12/02/07       4.20    TO NEW YORK FROM CHICAGO (4.2).
MACDONALD N        12/07/07       4.20    TO CHICAGO  FROM NEW YORK (4.2).
                                  8.40

RAMLO K            12/02/07       3.80    TO NEW YORK FROM LOS ANGELES (3.8).
RAMLO K            12/07/07       4.20    TO LOS ANGELES FROM NEW YORK (4.2).
RAMLO K            12/11/07       2.40    TO TROY FROM SAN FRANCISCO (2.4).
RAMLO K            12/13/07       3.40    TO LOS ANGELES FROM TROY (3.4).
```

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

|  |  | 13.80 |  |
|---|---|---|---|
| **Total Counsel** |  | **31.70** |  |
| BOLTON IS | 12/04/07 | 4.80 | TO TROY FROM CHICAGO (4.8). |
|  |  | **4.80** |  |
| CAMPANARIO ND | 12/03/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| CAMPANARIO ND | 12/07/07 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| CAMPANARIO ND | 12/14/07 | 8.90 | TO TROY FROM CHICAGO (4.2); TO CHICAGO FROM TROY (4.7). |
| CAMPANARIO ND | 12/19/07 | 4.30 | TO TROY FROM CHICAGO (4.3). |
| CAMPANARIO ND | 12/21/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
|  |  | **28.10** |  |
| CONNORS CP | 12/11/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| CONNORS CP | 12/12/07 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
|  |  | **8.80** |  |
| DIAZ LB | 12/10/07 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| DIAZ LB | 12/11/07 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| DIAZ LB | 12/14/07 | 8.60 | TO TROY FROM CHICAGO (4.1); TO CHICAGO FROM TROY (4.5). |
| DIAZ LB | 12/18/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| DIAZ LB | 12/20/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
|  |  | **29.20** |  |
| FERN BM | 12/18/07 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| FERN BM | 12/20/07 | 5.60 | TO CHICAGO FROM NEW YORK (5.6). |
|  |  | **10.10** |  |
| GARTNER M | 12/01/07 | 4.00 | TO CHICAGO FROM NEW YORK (4.0). |
| GARTNER M | 12/04/07 | 4.20 | TO NEW YORK FROM CHICAGO FOR HEARING (4.2). |
| GARTNER M | 12/08/07 | 3.80 | TO CHICAGO FROM NEW YORK (3.8). |
| GARTNER M | 12/13/07 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| GARTNER M | 12/15/07 | 4.00 | TO CHICAGO FROM NEW YORK (4.0). |
|  |  | **20.20** |  |
| GRANT K | 12/04/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| GRANT K | 12/08/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| GRANT K | 12/13/07 | 5.10 | TO PENNSYLVANIA FROM CHICAGO (5.1). |
| GRANT K | 12/15/07 | 5.90 | TO CHICAGO FROM PENNSYLVANIA (5.9). |
|  |  | **20.80** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GUZZARDO J | 12/07/07 | 9.50 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **9.50** | |
| HERRIOTT AV | 12/05/07 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| HERRIOTT AV | 12/06/07 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **10.00** | |
| HOWE EJ | 12/18/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| HOWE EJ | 12/20/07 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| | | **10.20** | |
| PARK YM | 12/17/07 | 3.40 | TO NEW YORK FROM BOSTON (3.4). |
| PARK YM | 12/18/07 | 3.60 | TO BOSTON FROM NEW YORK (3.6). |
| | | **7.00** | |
| PERL MW | 12/11/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| PERL MW | 12/13/07 | 4.40 | TO CHICAGO FROM TROY (4.4). |
| | | **8.90** | |
| PLATT SJ | 12/04/07 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| PLATT SJ | 12/07/07 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| PLATT SJ | 12/18/07 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| PLATT SJ | 12/20/07 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| | | **17.60** | |
| SAMOLE RM | 12/02/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| SAMOLE RM | 12/07/07 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **9.90** | |
| STUART NL | 12/04/07 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| STUART NL | 12/08/07 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| | | **9.20** | |
| WHARTON JN | 12/13/07 | 4.50 | TO TROY FROM CHICAGO (4.5). |
| WHARTON JN | 12/14/07 | 4.70 | TO CHICAGO FROM TROY (4.7). |
| WHARTON JN | 12/16/07 | 5.10 | TO TROY FROM CHICAGO (5.1). |
| WHARTON JN | 12/18/07 | 4.80 | TO CHICAGO FROM TROY (4.8). |
| | | **19.10** | |
| **Total Associate** | | **223.40** | |
| DEMMA J | 12/04/07 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| DEMMA J | 12/07/07 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| | | **10.00** | |
| KLIMEK MV | 12/04/07 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
KLIMEK MV         12/07/07      5.60   TO CHICAGO FROM NEW YORK (5.6).
                                10.90

Total Legal Assistant           20.90

TOTAL TIME                     341.70
```

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

```
Delphi Corporation (DIP))                                Bill Date: 02/29/08
Nonworking Travel Time                                   Bill Number: 1208154


NAME                  DATE         HOURS     DESCRIPTION

BUTLER, JR. J         01/03/08      4.40     TO DETROIT FROM CHICAGO (4.4).
BUTLER, JR. J         01/05/08      4.20     TO CHICAGO FROM DETROIT (4.2).
BUTLER, JR. J         01/07/08      4.80     TO NEW YORK FROM CHICAGO (4.8).
BUTLER, JR. J         01/11/08      5.20     TO CHICAGO FROM NEW YORK (5.2).
BUTLER, JR. J         01/15/08      4.40     TO NEW YORK FROM CHICAGO (4.4).
BUTLER, JR. J         01/19/08      5.20     TO CHICAGO FROM NEW YORK (5.2).
BUTLER, JR. J         01/20/08      4.70     TO NEW YORK FROM CHICAGO (4.7).
BUTLER, JR. J         01/22/08      5.10     TO CHICAGO FROM NEW YORK (5.1).
BUTLER, JR. J         01/24/08      4.70     TO NEW YORK FROM CHICAGO (4.7).
BUTLER, JR. J         01/25/08      5.30     TO CHICAGO FROM NEW YORK (5.3).
                                   48.00

HOGAN III AL          01/03/08      3.50     TO TROY FROM CHICAGO (3.5).
HOGAN III AL          01/04/08      3.00     TO CHICAGO FROM TROY (3.0).
HOGAN III AL          01/09/08      3.30     TO NEW YORK FROM CHICAGO (3.3).
HOGAN III AL          01/21/08      3.10     TO NEW YORK FROM CHICAGO (3.1).
HOGAN III AL          01/22/08      3.00     TO CHICAGO FROM NEW YORK (3.0).
                                   15.90

LYONS JK              01/09/08      4.60     TO NEW YORK FROM CHICAGO (4.6).
LYONS JK              01/11/08      4.50     TO NEW YORK FROM CHICAGO (4.5).
LYONS JK              01/12/08      4.60     TO CHICAGO FROM NEW YORK (4.6).
LYONS JK              01/15/08      5.10     TO NEW YORK FROM CHICAGO (5.1).
LYONS JK              01/18/08      5.20     TO CHICAGO FROM NEW YORK (5.2).
LYONS JK              01/21/08      4.60     TO NEW YORK FROM CHICAGO (4.6).
LYONS JK              01/22/08      5.30     TO CHICAGO FROM NEW YORK (5.3).
                                   33.90

MEISLER RE            01/13/08      4.80     TO NEW YORK FROM CHICAGO (4.8).
MEISLER RE            01/18/08      4.30     TO CHICAGO FROM NEW YORK (4.3).
MEISLER RE            01/21/08      4.00     TO CHICAGO FROM NEW YORK (4.0).
MEISLER RE            01/22/08      5.30     TO CHICAGO FROM NEW YORK (5.3).
                                   18.40

PANAGAKIS GN          01/03/08      3.30     TO TROY FROM CHICAGO (3.3).
PANAGAKIS GN          01/04/08      3.20     TO CHICAGO FROM TROY (3.2).
```

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PANAGAKIS GN | 01/11/08 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| PANAGAKIS GN | 01/13/08 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **15.80** | |
| **Total Partner** | | **132.00** | |
| GARNER LP | 01/11/08 | 5.40 | TO NEW YORK FROM CHICAGO (5.4). |
| GARNER LP | 01/19/08 | 4.30 | TO CHICAGO FROM NEW YORK (4.3). |
| GARNER LP | 01/21/08 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| GARNER LP | 01/23/08 | 4.60 | TO CHICAGO FROM NEW YORK (4.6). |
| | | **18.70** | |
| MACDONALD N | 01/11/08 | 4.20 | TO NEW YORK FROM CHICAGO (4.2). |
| MACDONALD N | 01/19/08 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| | | **8.60** | |
| RAMLO K | 01/13/08 | 3.20 | TO NEW YORK FROM LOS ANGELES (3.2). |
| RAMLO K | 01/19/08 | 2.20 | TO LOS ANGELES FROM NEW YORK (2.2). |
| | | **5.40** | |
| **Total Counsel** | | **32.70** | |
| BOLTON IS | 01/13/08 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| BOLTON IS | 01/19/08 | 4.20 | TO CHICAGO FROM NEW YORK (4.2). |
| | | **8.80** | |
| CAMPANARIO ND | 01/03/08 | 9.10 | TO TROY FROM CHICAGO (4.8); TO CHICAGO FROM TROY (4.3). |
| CAMPANARIO ND | 01/08/08 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| CAMPANARIO ND | 01/10/08 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
| CAMPANARIO ND | 01/15/08 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| CAMPANARIO ND | 01/23/08 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| | | **28.90** | |
| CONNORS CP | 01/12/08 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| CONNORS CP | 01/19/08 | 4.40 | TO CHICAGO FROM NEW YORK (4.4). |
| | | **8.40** | |
| DIAZ LB | 01/09/08 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| DIAZ LB | 01/11/08 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| DIAZ LB | 01/14/08 | 4.90 | TO NEW YORK FORM CHICAGO (4.9). |
| DIAZ LB | 01/18/08 | 5.50 | TO NEW YORK FROM CHICAGO (5.5). |
| DIAZ LB | 01/25/08 | 6.60 | TO CHICAGO FROM NY (5.6). |
| | | **27.10** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DUNCOMB BM | 01/14/08 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| DUNCOMB BM | 01/18/08 | 4.10 | TO CHICAGO FROM NEW YORK (4.1). |
| | | **8.10** | |
| FERN BM | 01/24/08 | 4.00 | TO NEW YORK FROM CHICAGO (4.0). |
| FERN BM | 01/25/08 | 3.70 | TO CHICAGO FROM NEW YORK (3.7). |
| | | **7.70** | |
| GARTNER M | 01/13/08 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| GARTNER M | 01/18/08 | 4.50 | TO CHICAGO FROM NEW YORK (4.5). |
| | | **8.60** | |
| GRANT K | 01/13/08 | 4.60 | TO NEW YORK FROM CHICAGO (4.6). |
| GRANT K | 01/18/08 | 5.20 | TO CHICAGO FROM NEW YORK (5.2). |
| GRANT K | 01/21/08 | 4.50 | TO NEW YORK FROM CHICAGO (4.5). |
| GRANT K | 01/22/08 | 5.10 | TO CHICAGO FROM NEW YORK (5.1). |
| | | **19.40** | |
| GUZZARDO J | 01/13/08 | 4.60 | TRAVEL TO NEW YORK FROM CHICAGO (4.6). |
| GUZZARDO J | 01/19/08 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| GUZZARDO J | 01/21/08 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| GUZZARDO J | 01/23/08 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **20.40** | |
| HERRIOTT AV | 01/14/08 | 4.10 | TO NEW YORK FROM CHICAGO (4.1). |
| HERRIOTT AV | 01/18/08 | 4.90 | TO CHICAGO FROM NEW YORK (4.9). |
| HERRIOTT AV | 01/21/08 | 5.10 | TO NEW YORK FROM CHICAGO (5.1). |
| HERRIOTT AV | 01/22/08 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **19.40** | |
| HILL LF | 01/13/08 | 5.30 | TO NEW YORK FROM CHICAGO (5.3). |
| HILL LF | 01/18/08 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
| | | **10.70** | |
| PERL MW | 01/13/08 | 4.70 | TO NEW YORK FROM CHICAGO (4.7). |
| PERL MW | 01/18/08 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| | | **10.00** | |
| PLATT SJ | 01/13/08 | 3.80 | TO NEW YORK FROM CHICAGO (3.8). |
| PLATT SJ | 01/18/08 | 3.20 | TO CHICAGO FROM NEW YORK (3.2). |
| | | **7.00** | |
| SAMOLE RM | 01/13/08 | 4.80 | TO NYFROM CHICAGO  (4.8). |
| SAMOLE RM | 01/18/08 | 4.80 | TO CHICAGO FROM NEW YORK (4.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

|  |  | 9.60 |  |
| --- | --- | --- | --- |
| STUART NL | 01/18/08 | 4.70 | TO CHICAGO FROM NEW YORK (4.7). |
| STUART NL | 01/21/08 | 4.90 | TO NEW YORK FROM CHICAGO (4.9). |
| STUART NL | 01/23/08 | 5.40 | TO CHICAGO FROM NEW YORK (5.4). |
|  |  | **15.00** |  |
| VAN GELDER A | 01/12/08 | 3.00 | TO NEW YORK FROM CHICAGO (3.0). |
| VAN GELDER A | 01/18/08 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
|  |  | **8.50** |  |
| WHARTON JN | 01/14/08 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| WHARTON JN | 01/18/08 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
|  |  | **10.30** |  |
| **Total Associate** |  | **227.90** |  |
| CHOW PP | 01/14/08 | 4.40 | TO NEW YORK FROM CHICAGO (4.4). |
| CHOW PP | 01/18/08 | 5.80 | TO CHICAGO FROM NEW YORK (5.8). |
|  |  | **10.20** |  |
| DEMMA J | 01/14/08 | 4.80 | TO NEW YORK FROM CHICAGO (4.8). |
| DEMMA J | 01/18/08 | 5.30 | TO CHICAGO FROM NEW YORK (5.3). |
| DEMMA J | 01/22/08 | 5.20 | TO NEW YORK FROM CHICAGO (5.2). |
| DEMMA J | 01/25/08 | 5.50 | TO CHICAGO FROM NEW YORK (5.5). |
|  |  | **20.80** |  |
| KLIMEK MV | 01/14/08 | 5.30 | TO NEW YORK CITY FROM CHICAGO (5.3). |
| KLIMEK MV | 01/18/08 | 5.50 | FROM NEW YORK CITY TO CHICAGO (5.5). |
|  |  | **10.80** |  |
| **Total Legal Assistant** |  | **41.80** |  |
| **TOTAL TIME** |  | **434.40** |  |