SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
|       Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-12
EMPLOYEE MATTERS (GENERAL)
219.10 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP) | | | Bill Date: 11/30/07 |
| Employee Matters (General) | | | Bill Number: 1186564 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/01/07 | 0.60 | REVIEW AND COMMENT ON CEO EXECUTIVE COMPENSATION MATTERS AT COMPANY IN TROY (0.6). |
| BUTLER, JR. J | 10/07/07 | 0.20 | PREPARE FOR OCTOBER 8TH MEETING AT COMPANY WITH R. O'NEAL, D. SHERBIN AND D. ALEXANDER RE: RSU ISSUANCE AND RELATED MATTERS (0.2). |
| BUTLER, JR. J | 10/08/07 | 0.80 | PREPARE FOR (0.2) AND ATTEND (0.5) MEETING AT COMPANY IN TROY WITH R. O'NEAL, D. SHERBIN AND D. ALEXANDER RE: RSU ISSUANCE; SEPARATE CONFERENCE WITH D. SHERBIN RE: SAME (0.1). |
| BUTLER, JR. J | 10/22/07 | 0.80 | PREPARE FOR (0.1) AND PARTICIPATE IN (0.7) MEETING AT COMPANY IN TROY WITH R. O'NEAL, M. WEBER, J. SHEEHAN, D. SHERBIN, K. BUTLER, M. LOEB AND D. ALEXANDER RE: RSU ISSUANCE AND EXECUTIVE COMPENSATION MATTERS. |
| BUTLER, JR. J | 10/29/07 | 0.60 | PREPARE FOR AND ATTEND MEETINGS AT COMPANY WITH D. ALEXANDER AND M. WEBER RE: EXECUTIVE COMPENSATION PROGRAM MATTERS (0.6). |
| BUTLER, JR. J | 10/30/07 | 0.40 | PREPARE FOR AND ATTEND MEETINGS AT COMPANY WITH D. ALEXANDER AND M. WEBER RE: EXECUTIVE COMPENSATION PROGRAM MATTERS (0.4). |
| | | **3.40** | |
| LEFF NM | 10/07/07 | 0.60 | REVIEW MEMO RE: STATUS FOR RSU'S (0.6). |
| LEFF NM | 10/10/07 | 1.50 | TELECONFERENCE WITH D. ALEXANDER RE: COMP. CLAIMS (1.5). |
| LEFF NM | 10/12/07 | 1.30 | REVIEW DIRECTOR PLANS (1.3). |
| LEFF NM | 10/13/07 | 0.80 | CONTROLLED GROUP LIABILITY ISSUE RE: SALE OF STEERING BUSINESS (0.8). |
| LEFF NM | 10/16/07 | 0.80 | REVIEW REVISED SERP (0.8). |
| LEFF NM | 10/18/07 | 0.80 | BEP ISSUE (0.8). |
| LEFF NM | 10/19/07 | 1.60 | BEP AND PBGS ISSUES (1.6). |
| LEFF NM | 10/23/07 | 0.40 | REVIEW BEP AND DISCLOSURE ISSUES (0.4). |
| LEFF NM | 10/24/07 | 2.70 | RSU AND LITIGATION SETTLEMENT ISSUES (2.7). |
| LEFF NM | 10/25/07 | 1.20 | REVIEW DISCLOSURES (1.2). |
| LEFF NM | 10/26/07 | 1.40 | REVIEW REVISED DISCLOSURE AND BEP (1.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| LEFF NM | 10/27/07 | 1.50 | REVIEW REVISED DISCLOSURE STATEMENT (1.5). |
| LEFF NM | 10/28/07 | 0.50 | CONTINUE REVISIONS TO DISCLOSURE (0.5). |
| LEFF NM | 10/29/07 | 2.40 | FINALIZE PLAN AND DISCLOSURE (2.4). |
| LEFF NM | 10/30/07 | 0.40 | DISCLOSURE ISSUES (0.4). |
| | | **17.90** | |
| LYONS JK | 10/11/07 | 2.10 | PREPARATION FOR AND CONFERENCE WITH CLIENT RE: PAYROLL ISSUE AND DASS LLC AND FOLLOW UP (2.1). |
| LYONS JK | 10/16/07 | 1.10 | PARTICIPATION IN TELECONFERENCE RE: TRANSFER ISSUES RE: DASS AND DAS LLC (1.1). |
| | | **3.20** | |
| MEISLER RE | 10/01/07 | 0.40 | REVIEW AND RESPOND TO CORRESPONDENCE RE: SERP CLAIMS (0.2); REVIEW AND RESPOND TO EDITS TO SUMMARY OF EXECUTIVE BENEFITS (0.2). |
| MEISLER RE | 10/02/07 | 0.90 | REVIEW CORRESPONDENCE FROM D. ALEXANDER AND S. GEBBIA RE: MEMO ON RSUS (0.1); TELECONFERENCE WITH D. ALEXANDER RE: EDITS TO MEMO ON RSUS FOR D. SHERBIN (0.2); DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.1); TELECONFERENCE WITH D. SHERBIN RE: RSU/SERP MEMO (0.2); ATTENTION TO SAME (0.3). |
| MEISLER RE | 10/03/07 | 0.40 | REVIEW AND REVISE EXECUTIVE COMPENSATION MEMO (0.4). |
| MEISLER RE | 10/05/07 | 0.90 | TELECONFERENCE WITH D. SHERBIN RE: RSUS (0.5); FOLLOW UP WORK RE: SAME (0.2); REVIEW AND RESPOND TO CORRESPONDENCE RE: AIP ORDER (0.2). |
| MEISLER RE | 10/06/07 | 2.00 | REVIEW AND REVISE RSU MEMO (2.0). |
| MEISLER RE | 10/09/07 | 0.90 | BEGIN TO REVIEW DEFERRED COMPENSATION (0.5); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW AND REVISE MEMO RE: RSUS (0.3). |
| MEISLER RE | 10/11/07 | 1.00 | TELECONFERENCE WITH D. UNRUE, T. BEHNKE, A. FRANKUM RE: OBJECTING TO HOURLY CLAIMS WAIVED BY THE MOU (0.5); BEGIN TO REVIEW DEFERRED COMPENSATION ISSUES (0.5). |
| MEISLER RE | 10/17/07 | 0.70 | REVIEW AND CONSIDER TREATMENT UNDER POR OF BEP AND DEFERRED COMPENSATION (0.7). |
| | | **7.20** | |
| **Total Partner** | | **31.70** | |
| MACDONALD N | 10/01/07 | 4.10 | REVIEW HEARING TRANSCRIPT AND DOCUMENTS RELATED TO SAME (4.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MACDONALD N | 10/10/07 | 6.10 | REVIEW DOCUMENTS RELATED TO EXECUTIVE COMPENSATION PLAN AND AMENDMENTS THERETO (6.1). |
| | | 10.20 | |
| **Total Counsel** | | **10.20** | |
| HALPER A | 10/24/07 | 2.70 | REVIEW DELPHI ISSUE RELATING TO RESTRICTED STOCK UNITS AND TRADING WINDOWS (2.7). |
| | | 2.70 | |
| PARK YM | 10/05/07 | 0.50 | REVIEW RSU LANGUAGE (0.5). |
| PARK YM | 10/07/07 | 1.00 | REVIEW RSU LANGUAGE (1.0). |
| PARK YM | 10/09/07 | 2.00 | REVIEW PUBLIC FILINGS FOR SALARIED EMPLOYEE COMPENSATION ITEMS (2.0). |
| PARK YM | 10/10/07 | 3.50 | TELECONFERENCE RE: SALARIED EMPLOYEES (2.5); REVIEW OF DEFERRED COMPENSATION INFORMATION (1.0). |
| PARK YM | 10/16/07 | 2.00 | REVISE NEW SERP (2.0). |
| PARK YM | 10/18/07 | 1.50 | REVIEW OF BEP HISTORY (1.5). |
| | | 10.50 | |
| **Total Associate** | | **13.20** | |
| ~~SHRAGO R~~ | ~~10/18/07~~ | ~~1.20~~ | ~~LOCATE FIRST ATTRITION PROGRAM DEPOSITIONS (1.2).~~ |
| | | ~~1.20~~ | |
| ~~ZSOLDOS AF~~ | ~~10/03/07~~ | ~~0.70~~ | ~~DISTRIBUTE KECP EXHIBIT BINDERS (0.7).~~ |
| ~~ZSOLDOS AF~~ | ~~10/04/07~~ | ~~2.10~~ | ~~CREATE EXECUTIVE COMPENSATION BINDER (2.1).~~ |
| | | ~~2.80~~ | |
| ~~**Total Legal Assistant**~~ | | ~~**4.00**~~ | |
| **TOTAL TIME** | | **59.10** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**     Bill Date: 11/30/07
**Employee Matters (General)**     Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 10/09/07 | Meisler RE | 291.17 |
| Air/Rail Travel - vendor feed | 10/22/07 | Campanario ND | 1,112.83 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,404.00** |
| In-house Reproduction | 10/05/07 | Copy Center, D | 18.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$18.00** |
| Westlaw | 10/18/07 | Kaloudis D | 590.00 |
| | | **TOTAL WESTLAW** | **$590.00** |
| Messengers/ Courier | 10/14/07 | Arrow Messenger Svc | 62.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$62.00** |
| Print Images to Paper (from Electronic Media) | 09/27/07 | Morel BA | 110.00 |
| Print Images to Paper (from Electronic Media) | 09/27/07 | Morel BA | 110.00 |
| Print Images to Paper (from Electronic Media) | 09/27/07 | Morel BA | 110.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$330.00** |
| Wireless - Mobile/Cellular/Pager | 10/15/07 | Meisler RE | 1.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$1.00** |
| | | **TOTAL MATTER** | **$2,405.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | Bill Date: 01/10/08 |
|---|---|---|---|
| Delphi Corporation (DIP)) | | | Bill Number: 1206100 |
| Employee Matters (General) | | | |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/05/07 | 0.60 | REVIEW UPDATE MATERIALS FROM D. ALEXANDER (0.2); TELECONFERENCE WITH K. BUTLER RE: SAME (0.2); EMAILS FROM/TO D. SHERBIN RE: RSUS ISSUANCE (0.2). |
| BUTLER, JR. J | 11/07/07 | 0.40 | REVIEW REVISED WATSON WYATT REPORT TO UPDATE RE: PLAN INVESTOR DISCUSSIONS (0.3); EMAILS FROM/TO N. BUBNOVICH RE: SAME (0.1). |
| | | **1.00** | |
| LEFF NM | 11/01/07 | 0.40 | TELECONFERENCE RE: SERP PAYOUT (0.4). |
| LEFF NM | 11/05/07 | 0.30 | REVIEW SERP ISSUES (0.3). |
| LEFF NM | 11/07/07 | 0.40 | REVIEW EMPLOYEE COMMUNICATIONS (0.4). |
| LEFF NM | 11/09/07 | 0.30 | REVIEW SERP AND RSU ISSUES (0.3). |
| LEFF NM | 11/12/07 | 1.00 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH WORKING GROUP RE: RSU'S (1.0). |
| | | **2.40** | |
| MEISLER RE | 11/12/07 | 1.40 | PREPARE FOR TELECONFERENCE RE: RESTRICTED STOCK (0.3); TELECONFERENCE WITH WORKING GROUP RE: SAME (0.7); FOLLOW UP RE: SAME (0.4). |
| MEISLER RE | 11/13/07 | 0.80 | TELECONFERENCE WITH D. ALEXANDER, M. SWASTEK RE: EXECUTIVE COMPENSATION (0.5); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.3). |
| | | **2.20** | |
| **Total Partner** | | **5.60** | |
| PARK YM | 11/01/07 | 1.00 | REVIEW OF SERP ISSUE (0.5); REVIEW OF TAX ISSUE RE: SERP (0.5). |
| PARK YM | 11/05/07 | 4.50 | REVIEW OF OBJECTIONS (4.5). |
| PARK YM | 11/07/07 | 1.00 | REVIEW OF EMPLOYEE COMMUNICATIONS (1.0). |
| PARK YM | 11/10/07 | 0.40 | REVIEW OF RSUS (0.4). |
| PARK YM | 11/12/07 | 2.80 | REVIEW OF RSU PROGRAM (2.8). |
| PARK YM | 11/13/07 | 1.40 | REVIEW OF RSU PROGRAM (0.9); REVIEW OF DISCLOSURE STATEMENT (0.5). |
| PARK YM | 11/15/07 | 1.20 | REVIEW OF DISCLOSURE STATEMENT (1.2). |
| PARK YM | 11/16/07 | 0.80 | REVIEW OF RSU PROGRAM (0.8). |
| PARK YM | 11/19/07 | 2.60 | REVIEW OF SUPPLEMENTAL PLANS (2.6). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

|  |  |
|---|---|
|  | 15.70 |
| **Total Associate** | 15.70 |
| **TOTAL TIME** | **21.30** |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP))**   Bill Date: 01/10/08
**Employee Matters (General)**   Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 11/12/07 | Teleconferencing Services, LLC | 8.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| Internal Catering-NY | 11/30/07 | Kitchen Dept. | -360.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$-360.00** |
| CLR/Disclosure | 10/08/07 | Global Securities | 55.59 |
| CLR/Disclosure | 10/09/07 | Global Securities | 30.41 |
| | | **TOTAL CLR/DISCLOSURE** | **$86.00** |
| | | **TOTAL MATTER** | **$-266.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 01/31/08 |
|---|---|---|---|
| Employee Matters (General) | | | Bill Number: 1208196 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/11/07 | 0.40 | BEGIN TO PREPARE FOR DECEMBER 14TH MEETING IN CHICAGO WITH M. WEBER, K. BUTLER, N. BUBNOVICH ET AL RE: EXECUTIVE COMPENSATION MATTERS (0.4). |
| BUTLER, JR. J | 12/14/07 | 2.60 | PREPARE FOR (0.6) AND ATTEND (2.0) MEETING IN CHICAGO WITH M. WEBER, K. BUTLER, N. BUBNOVICH ET AL RE: EXECUTIVE COMPENSATION MATTERS. |
| BUTLER, JR. J | 12/19/07 | 0.60 | TELECONFERENCE WITH M. WEBER RE: EXECUTIVE COMPENSATION DESIGN DISCUSSIONS WITH CREDITORS' COMMITTEE AND NEXT STEPS (0.3); FOLLOW-UP WITH J. SHEEHAN RE: SAME (0.1); EMAILS FROM/TO D. SHERBIN RE: SAME AND RE: DECEMBER 21ST COMPENSATION COMMITTEE MEETING (0.2). |
| BUTLER, JR. J | 12/24/07 | 0.70 | CONTINUE TO EVALUATE SUPPLEMENTAL LIFE BENEFIT (0.4); EMAILS FROM/TO J. SHEEHAN RE: SAME (0.3). |
| BUTLER, JR. J | 12/26/07 | 1.80 | PREPARE FOR DECEMBER 27TH MEETING WITH N. BUBNOVICH IN CHICAGO INCLUDING REVIEW OF DRAFT REPORTS (1.2); CONTINUE TO EVALUATE SUPPLEMENTAL LIFE BENEFIT (0.6). |
| BUTLER, JR. J | 12/27/07 | 5.70 | PREPARE FOR (0.4) AND PARTICIPATE IN (3.1) MEETING WITH N. BUBNOVICH IN CHICAGO AND SEVERAL TELECONFERENCES WITH M. WEBER AND S. GEBBIA RE: EXECUTIVE COMPENSATION PROGRAM DESIGN MATTERS; REVIEW AND EVALUATE SUPPLEMENTAL LIFE BENEFIT COVERAGE AND EMAIL TO M. WEBER, S. GEBBIA ET. AL. RE: SAME (2.2). |
| | | **11.80** | |
| HOGAN III AL | 12/14/07 | 2.40 | MEETING WITH WORKING GROUP CONCERNING MANAGEMENT COMPENSATION PLAN AND POTENTIAL LITIGATION (1.4); REVIEW UAW DISCOVERY REQUESTS IN CONNECTION WITH SAME, AND PLAN FOR CONTESTED MATTER (1.0). |
| HOGAN III AL | 12/27/07 | 1.20 | CONFERENCE WITH SENIOR WORKING GROUP RE: EXECUTIVE COMPENSATION PLAN ISSUES (1.2). |
| | | **3.60** | |
| LEFF NM | 12/04/07 | 0.80 | TELECONFERENCE WITH M. WEBER AND D. ALEXANDER RE: INCENTIVE PLAN GRANTS (0.8). |
| LEFF NM | 12/07/07 | 1.60 | REVIEW FORMS OF EQUITY AWARD AGREEMENT (1.6). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LEFF NM | 12/10/07 | 0.80 | REVIEW FINALIZED DISCLOSURE AND COMMENTS ON EXECUTIVE COMPENSATION PROGRAMS (0.8). |
| LEFF NM | 12/11/07 | 0.80 | REVIEW PEARL MEYER COMMENTS; TELECONFERENCE WITH S. RASKIN (0.8). |
| LEFF NM | 12/12/07 | 1.30 | REVIEW PM COMMENTS AND RESPONSE; TELECONFERENCE WITH S. RASKIN (1.3). |
| LEFF NM | 12/13/07 | 1.80 | PREPARE FOR CALL TOMORROW; REVIEW CHANGES (1.8). |
| LEFF NM | 12/14/07 | 3.80 | CONFERENCE CALL WITH N. BUBNOVICH, M. WEBER RE: VARIOUS COMP. ISSUES; TELECONFERENCES RE: EMPLOYMENT CONTRACTS (3.8). |
| LEFF NM | 12/16/07 | 0.20 | REVIEW UAW DOCUMENT REPORT (0.2). |
| LEFF NM | 12/17/07 | 1.30 | TELECONFERENCE WITH M. WEBER; REVIEW R. O'NEAL EMPLOYMENT CONTRACT; TELECONFERENCE WITH M. WEBER (1.3). |
| LEFF NM | 12/19/07 | 1.80 | TELECONFERENCE WITH S. RASKIN AND M. WEBER; FOREIGN PLAN ISSUES (1.8). |
| LEFF NM | 12/20/07 | 0.90 | TELECONFERENCE WITH S. RASKIN; TELECONFERENCE WITH D. ALEXANDER; REVIEW LTIP ISSUES (0.9). |
| LEFF NM | 12/21/07 | 2.50 | ATTEND COMP. COMM. MEETING AND FOLLOWUP (2.5). |
| LEFF NM | 12/26/07 | 0.80 | REVIEW P. MEYER 409A MATERIALS RE: EMPLOYMENT CONTRACTS (0.8). |
| LEFF NM | 12/27/07 | 1.20 | EMPLOYMENT CONTRACTS; POR ISSUES (1.2). |
| LEFF NM | 12/28/07 | 5.80 | COMP. COMM. CONFERENCE CALL; FINALIZE EMPLOYMENT CONTRACTS AND EXHIBITS (5.8). |
| | | **25.40** | |
| **Total Partner** | | **40.80** | |
| ~~NGONGA AT~~ | ~~12/11/07~~ | ~~9.80~~ | ~~DRAFT COMPARISONS CHART FOR EMPLOYMENT AND CHANGE IN CONTROL AGREEMENT (9.8).~~ |
| ~~NGONGA AT~~ | ~~12/12/07~~ | ~~4.60~~ | ~~DRAFT COMPARISON CHART FOR EMPLOYMENT AND CHANGE IN CONTROL AGREEMENT (4.6).~~ |
| | | ~~14.40~~ | |
| PARK YM | 12/04/07 | 1.80 | RESEARCH RE: VESTING (1.8). |
| PARK YM | 12/07/07 | 1.40 | RESEARCH RE: REGISTRATION OF COMPENSATION EQUITY (1.4). |
| PARK YM | 12/10/07 | 1.10 | REVIEW OF PEARL MEYER COMMENTS (0.4); REVIEW OF EXHIBITS FOR DISCLOSURE STATEMENT (0.7). |
| PARK YM | 12/11/07 | 0.80 | REVIEW OF EMPLOYMENT AND CHANGE IN CONTROL AGREEMENTS (0.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| PARK YM | 12/12/07 | 4.30 | REVIEW OF CEO AGREEMENTS (1.5); DRAFT COMPARISON CHART (2.8). |
|---|---|---|---|
| PARK YM | 12/13/07 | 0.90 | REVIEW OF COMPARISON CHART (0.5); REVIEW OF DB SERP (0.4). |
| PARK YM | 12/14/07 | 2.30 | CONFERENCE CALL RE: COMPENSATION ACTION ITEMS (1.2); CONFERENCE CALLS RE: CEO AGREEMENT (1.1). |
| PARK YM | 12/17/07 | 2.50 | REVIEW OF PEARL MEYER COMMENTS (2.5). |
| PARK YM | 12/18/07 | 4.00 | MEETING WITH PEARL MEYER (2.8); REVIEW OF PEARL MEYER COMMENTS (1.0). |
| PARK YM | 12/19/07 | 2.60 | REVIEW NON-US EQUITY AWARDS (2.1); REVIEW DOCUMENT REQUEST RE: OBJECTIONS (0.5). |
| PARK YM | 12/20/07 | 0.70 | REVIEW OF SERP LANGUAGE (0.4); REVIEW OF PEARL MEYER MEETING (0.3). |
| PARK YM | 12/21/07 | 2.20 | REVIEW OF CEO CONTRACTS (2.2). |
| PARK YM | 12/26/07 | 2.40 | REVIEW OF CEO AGREEMENTS (2.4). |
| PARK YM | 12/27/07 | 3.70 | REVIEW OF SERP AND AGREEMENT LANGUAGE FOR EXHIBIT 8.1(A) (0.4); REVIEW OF CEO AGREEMENTS (3.3). |
| PARK YM | 12/28/07 | 7.20 | PREPARATIONS FOR FILING EXHIBIT 7.8 (4.4); REVIEW OF EXHIBIT 8.1(A) (0.5); REVIEW OF CEO AGREEMENT (2.3). |
|  |  | **37.90** |  |
| **Total Associate** |  | **52.30** |  |
| **TOTAL TIME** |  | **93.10** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**  Bill Date: 01/31/08
**Employee Matters (General)**  Bill Number: 1208196

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Reproduction - color | 12/14/07 | Copy Center, D | 2,683.00 |
| Reproduction - color | 12/18/07 | Copy Center, D | 2,073.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$4,756.00** |
| Vendor Hosted Teleconferencing | 12/12/07 | Teleconferencing Services, LLC | 5.65 |
| Vendor Hosted Teleconferencing | 12/14/07 | Teleconferencing Services, LLC | 19.95 |
| Vendor Hosted Teleconferencing | 12/14/07 | Teleconferencing Services, LLC | 1.40 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$27.00** |
| Out-of-Town Travel | 12/18/07 | Park YM | 456.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$456.00** |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Haskin GM | 295.15 |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Jett DM | 698.29 |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Starling L | 320.35 |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Joefield D | 331.15 |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Joefield D | 331.15 |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Joefield D | 331.15 |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Mariso PH | 235.88 |
| Print Images to Paper (from Electronic Media) | 12/17/07 | Mariso PH | 235.88 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$2,779.00** |
| | | **TOTAL MATTER** | **$8,018.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Employee Matters (General)

Bill Date: 02/29/08  
Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEFF NM | 01/01/08 | 1.20 | REVIEW FINAL EXHIBITS (1.2). |
| LEFF NM | 01/04/08 | 0.80 | TELECONFERENCE WITH RASKIN (0.8). |
| LEFF NM | 01/08/08 | 3.20 | REVIEW AND REVISE BRIEF AND N.B. AFFIDAVIT (3.2). |
| LEFF NM | 01/10/08 | 1.40 | TELECONFERENCE RE: NAYLOR AFFIDAVIT (1.4). |
| LEFF NM | 01/13/08 | 1.20 | PREPARE FOR AND ATTEND COMP. COMM. MEETING (1.2). |
| LEFF NM | 01/14/08 | 1.60 | REVIEW PROXY DISCLOSURE (1.6). |
| LEFF NM | 01/16/08 | 3.60 | 402, 8-K ISSUE; REVIEW BRIEF (3.6). |
| LEFF NM | 01/18/08 | 3.10 | REVIEW DISCLOSURES AND RELATED ISSUES (3.1). |
| LEFF NM | 01/20/08 | 1.30 | REVIEW DISCLOSURES (1.3). |
| LEFF NM | 01/23/08 | 2.70 | CONFERENCE CALLS RE: DISCLOSURES, EMERGENCE BONUSES AND COMPENSATIOM COMMITTEE MEETING (2.7). |
| LEFF NM | 01/24/08 | 2.40 | REVIEW REVISED DISCLOSURES (2.4). |
|  |  | **22.50** |  |
| MARAFIOTI KA | 01/23/08 | 1.40 | CONSIDER COMPENSATION ISSUES (0.8); CORRESPONDENCE EXCHANGE WITH F. KUPLICKI RE: STATE OF MICHIGAN DEPARTMENT OF LABOR (0.4) AND FOLLOW UP (0.2). |
| MARAFIOTI KA | 01/24/08 | 0.40 | TELECONFERENCE WITH D. SHERBIN RE: COMPENSATION ISSUES (0.1), TELECONFERENCE WITH T. LAURIA RE: SAME (0.1), TELECONFERENCE WITH W. GOTSHAL RE: SAME (0.1), AND WORK ON ISSUES RE: SAME (0.1). |
|  |  | **1.80** |  |
| **Total Partner** |  | **24.30** |  |
| DALE SS | 01/18/08 | 5.40 | REVIEW SERP, DC SERP, LTIP AND STIP (1.6); DRAFT SUMMARIES OF LTIP, STIP, SERP AND DC SERP FOR FORM 8-K (3.8). |
| DALE SS | 01/20/08 | 1.90 | REVIEW NEW EMPLOYMENT AGREEMENT AND NEW CIC AGREEMENT (1.9). |
|  |  | **7.30** |  |
| PARK YM | 01/04/08 | 0.50 | RESEARCH RE: PENSION PLAN FUNDING (0.5). |
| PARK YM | 01/07/08 | 0.20 | REVIEW SERP LANGUAGE (0.2). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PARK YM | 01/08/08 | 3.80 | REVIEW OF BUBNOVICH DECLARATION (3.8). |
| PARK YM | 01/09/08 | 1.00 | RESEARCH SERP ISSUE (1.0). |
| PARK YM | 01/10/08 | 1.80 | REVIEW OF NAYLOR DECLARATION (1.3); REVISE LTIP (0.5). |
| PARK YM | 01/13/08 | 1.50 | COMPENSATION COMMITTEE MEETING (1.5). |
| PARK YM | 01/14/08 | 2.80 | REVIEW OF CD8A (2.8). |
| PARK YM | 01/16/08 | 2.40 | REVIEW COMPENSATION COMMITTEE MEMO (0.3); REVIEW OF OBJECTIONS RE: COMPENSATION PLANS (2.1). |
| PARK YM | 01/17/08 | 2.60 | PREPARE FOR 8-K (2.6). |
| PARK YM | 01/18/08 | 1.50 | DRAFT 8-K (1.5). |
| PARK YM | 01/19/08 | 2.80 | DRAFT FORM 8-K RE: PLANS (2.8). |
| PARK YM | 01/21/08 | 3.80 | DRAFT 8-K (3.8). |
| PARK YM | 01/22/08 | 2.50 | DRAFT 8-K RE: PLANS (2.5). |
| PARK YM | 01/23/08 | 2.00 | REVIEW OF 8-K (0.5); REVIEW OF 10-K (0.8); REVIEW OF ERISA ISSUE (0.4); TELECONFERENCE RE: BONUSES (0.3). |
| PARK YM | 01/24/08 | 2.70 | REVIEW OF 10-K (2.2); REVIEW OF LTIP (0.5). |
| PARK YM | 01/25/08 | 0.50 | REVIEW OF FORM 8-K (0.5). |
| | | 32.40 | |
| **Total Associate** | | 39.70 | |
| **TOTAL TIME** | | <u>64.00</u> | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))** Bill Date: 02/29/08
**Employee Matters (General)** Bill Number: 1208154

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 01/18/08 | Ngonga AT | 42.00 |
| | | **TOTAL WESTLAW** | **$42.00** |
| Vendor Hosted Teleconferencing | 01/11/08 | Teleconferencing Services, LLC | 3.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$3.00** |
| Outside Research/Internet Services | 01/07/08 | Pacer Service Center | 2.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2.00** |
| CLR/Disclosure | 01/18/08 | Global Securities | 67.46 |
| CLR/Disclosure | 01/21/08 | Global Securities | 148.38 |
| CLR/Disclosure | 01/23/08 | Global Securities | 210.05 |
| CLR/Disclosure | 01/24/08 | Global Securities | 50.11 |
| | | **TOTAL CLR/DISCLOSURE** | **$476.00** |
| | | **TOTAL MATTER** | **$523.00** |

B43E