SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                               :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
            Reorganized Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-17
CUSTOMER MATTERS (REVIEWS / INVESTIGATIONS)
90.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                          Bill Date: 11/30/07
Customer Matters (Reviews/Investigations)                         Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/01/07 | 0.30 | REVIEW AND COMMENT ON PROPOSED CHANGES TO DRAFT GM TOLLING AND WAIVER ORDER (0.3). |
| BUTLER, JR. J | 10/02/07 | 0.80 | CONTINUE TO CONSIDER PROPOSED REVISIONS TO DRAFT GM TOLLING AND WAIVER ORDER AND TO DRAFT GM COMPLAINT (0.6); TELECONFERENCE WITH B. ROSENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 10/03/07 | 0.90 | CONTINUE TO CONSIDER PROPOSED REVISIONS TO DRAFT GM TOLLING AND WAIVER ORDER AND TO DRAFT GM COMPLAINT (0.9). |
| BUTLER, JR. J | 10/05/07 | 1.40 | FINALIZE GM TOLLING AND WAIVER ORDER AND RELATED COMPLAINT (1.2); TELECONFERENCE WITH S. CORCORAN RE: SAME (0.2). |
| | | **3.40** | |
| HOGAN III AL | 10/01/07 | 2.30 | CONTINUE TO ANALYZE NECESSARY FILING AND STIPULATION AND TOLLING AGREEMENT CONCERNING PRESERVATION OF ESTATE ACTIONS, AND COMMUNICATIONS WITH COUNSEL FOR STATUTORY COMMITTEES RE: SAME (2.3). |
| HOGAN III AL | 10/02/07 | 3.70 | CONTINUE TO WORK AND ANALYSIS OF GM PLEADINGS AND AGREEMENTS, INCLUDING DISCUSSIONS WITH COUNSEL FOR CREDITORS' COMMITTEE RE: STIPULATION AND TOLLING AGREEMENT (3.2); DISCUSSIONS W/ GM COUNSEL RE: SAME (0.5). |
| HOGAN III AL | 10/03/07 | 5.90 | CONTINUE PREPARATION FOR FILING OF ESTATE PRESERVATION PLEADING, INCLUDING MULTIPLE TELECONFERENCES WITH DELPHI PERSONNEL RE: COMMENTS TO SAME (3.7); CONFERENCES WITH COUNSEL FOR UCC RE: COMMENTS TO PRESERVATION PLEADING AND STIPULATION AND TOLLING AGREEMENT (1.4); CONFERENCE WITH WORKING GROUP RE: PREPARATION FOR LOGISTICAL ASPECTS OF PRESERVATION FILING TO ENSURE EFFECTIVENESS OF SAME (0.8). |
| HOGAN III AL | 10/04/07 | 1.30 | CONTINUE TO WORK ON, AND DISCUSSIONS WITH STATUTORY COMMITTEES RE: GM PRESERVATION PLEADINGS AND AGREEMENTS (1.3). |
| HOGAN III AL | 10/05/07 | 2.30 | FINALIZE PRESERVATION PLEADINGS AND COORDINATE SUBMISSION OF SAME (2.3). |
| | | **15.50** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 10/04/07 | 2.60 | REVIEW GM COMPLAINT (1.5), TOLLING AGREEMENT (1.0); CORRESPONDENCE MARK BROUDE RE: SAME (0.1). |
| MARAFIOTI KA | 10/05/07 | 0.50 | CORRESPONDENCE RE: GM COMPLAINT (0.2); REVIEW TOLLING AGREEMENT (0.3). |
| | | **3.10** | |
| **Total Partner** | | **22.00** | |
| GARNER LP | 10/01/07 | 6.50 | LEGAL RESEARCH RE: TOLLING AGREEMENT AND GM COMPLAINT (4.5); PREPARE FOR FILING OF AVOIDANCE ACTIONS (2.0). |
| GARNER LP | 10/02/07 | 5.20 | WORK ON GM STIPULATION (3.2); PREPARE FOR FILING OF AVOIDANCE ACTIONS (2.0). |
| GARNER LP | 10/03/07 | 11.30 | WORK ON GM TOLLING AGREEMENT AND COMPLAINT (11.3). |
| GARNER LP | 10/04/07 | 10.60 | REVIEW AND EDIT GM COMPLAINT AND TOLLING AGREEMENT (10.6). |
| GARNER LP | 10/05/07 | 8.50 | REVIEW AND EDIT GM TOLLING AGREEMENT AND COMPLAINT (8.5). |
| | | **42.10** | |
| **Total Counsel** | | **42.10** | |
| GUZZARDO J | 10/01/07 | 4.30 | LEGAL RESEARCH RE: TOLLING AGREEMENTS AND ASSISTANCE WITH DRAFTING OF SAME (4.3). |
| GUZZARDO J | 10/02/07 | 5.70 | LEGAL RESEARCH RE: TOLLING AGREEMENTS AND POTENTIAL CLAIMS AND DEFENSES OF UNDERLYING COMPLAINT; ASSISTANCE WITH DRAFTING OF SAME (5.7). |
| GUZZARDO J | 10/03/07 | 4.70 | LEGAL RESEARCH AND DRAFTING IN CONNECTION WITH TOLLING AGREEMENTS AND COMPLAINT (4.7). |
| GUZZARDO J | 10/05/07 | 4.70 | ASSISTANCE WITH FINALIZATION OF TOLLING AGREEMENT AND COMPLAINT (4.7). |
| GUZZARDO J | 10/09/07 | 1.30 | BOD PRESENTATION REVIEW IN CONNECTION WITH CLAIMS (1.3). |
| | | **20.70** | |
| HARDIN AS | 10/01/07 | 4.50 | COMPLETE PREPARATION OF MATERIALS RELATED TO GM SETTLEMENT DOCUMENTS (1.1); REVISE SAME (0.8); DRAFT EMAIL TO S. CORCORAN RE: SAME (0.2); WORKING GROUP MEETINGS RE: SAME (2.4). |
| | | **4.50** | |
| **Total Associate** | | **25.20** | |
| **TOTAL TIME** | | **89.30** | |

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

**Delphi Corporation (DIP)**                                           **Bill Date: 11/30/07**
**Customer Matters (Reviews/Investigations)**                          **Bill Number: 1186564**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| Westlaw | 10/16/07 | Garner LP | 36.00 |
| | | **TOTAL WESTLAW** | **$36.00** |
| | | **TOTAL MATTER** | **$36.00** |

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

**Delphi Corporation (DIP))**                                               **Bill Date: 01/10/08**
**Customer Matters (Reviews/Investigations)**                   **Bill Number: 1206100**

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 11/20/07 | 0.70 | CONSIDER ISSUES RE: GM CLAIM (0.7). |
| MARAFIOTI KA | 11/26/07 | 0.50 | ANALYZE GM CLAIM (0.5). |
|  |  | 1.20 |  |
| **Total Partner** |  | **1.20** |  |
| **TOTAL TIME** |  | **1.20** |  |

B43E