SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------- x


EXHIBIT D-18
LITIGATION (INSURANCE RECOVERY)
286.30 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**                                    **Bill Date: 11/30/07**
**Litigation (Insurance Recovery)**                             **Bill Number: 1186564**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BERKE JS | 10/12/07 | 6.00 | EARLY MORNING REVIEW OF MDL APPROVAL ISSUES (2.0); CONTINUE REVIEW OF MDL ISSUES (2.0); PARTICIPATE IN TELECONFERENCE ON MDL ISSUES (1.5); POST TELECONFERENCE CONSIDERATIONS (0.5). |
| BERKE JS | 10/23/07 | 2.40 | REVIEW MDL STRIP DOWN APPROVAL MOTION PAPERS (1.0); POST DISCUSSION CONSIDERATION OF NON CASH PAYMENT ISSUE IN MDL SETTLEMENT (1.4). |
| BERKE JS | 10/24/07 | 0.90 | REVIEW MDL SETTLEMENT ISSUES (0.9). |
|  |  | **9.30** |  |
| BUTLER, JR. J | 10/01/07 | 0.20 | CONTINUE TO WORK ON MDL SETTLEMENT APPROVAL MOTION MATTERS INCLUDING PREPARE FOR OCTOBER 3RD ADJOURNED HEARING AND EMAIL TO KEY STAKEHOLDERS RE: SAME (0.2). |
| BUTLER, JR. J | 10/02/07 | 0.80 | CONTINUE TO PREPARE FOR OCTOBER 3RD ADJOURNED HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: MDL SETTLEMENT APPROVAL MOTION INCLUDING WORKING GROUP TELECONFERENCE TO PREPARE FOR LITIGATION OF POTENTIAL OBJECTIONS TO SETTLEMENT (0.2); PREPARE FOR (0.1) AND PARTICIPATE IN (0.5) MEETING AT COMPANY IN TROY WITH B. DELLINGER, J. SHEEHAN, D. SHERBIN, T. TIMKO AND OTHERS RE: MDL ACCOUNTING MATTERS. |
| BUTLER, JR. J | 10/03/07 | 0.20 | PREPARE FOR (0.1) AND ATTEND (0.1) ADJOURNED HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: MDL SETTLEMENT APPROVAL MOTION. |
| BUTLER, JR. J | 10/15/07 | 1.10 | PREPARE FOR OCTOBER 16TH MEETING WITH MDL PLAINTIFFS IN NEW YORK CITY (0.4); EVALUATE CREDITORS' COMMITTEE PROPOSAL RE: APPROVAL PROCESS FOR MDL SETTLEMENT (0.3); CONFERENCE WITH J. SHEEHAN AND D. SHERBIN RE: SAME (0.2); TELECONFERENCE WITH B. ROSENBERG RE: SAME (0.2). |
| BUTLER, JR. J | 10/16/07 | 3.60 | PREPARE FOR (WITH D. SHERBIN) (0.4) AND ATTEND (2.3) MEETING WITH MDL PLAINTIFFS IN NEW YORK CITY; PREPARE PRESENTATION MATERIALS RE: SAME (0.7); TELECONFERENCE WITH B. ROSENBERG RE: SAME (0.2). |

B43E

BUTLER, JR. J    10/17/07    2.20    FOLLOW-UP ON OCTOBER 16TH MEETING WITH MDL PLAINTIFFS IN NEW YORK CITY (0.6); EMAILS FROM/TO M. ETKIN RE SAME (0.2); PURSUE BIFURCATION APPROACH WITH STAKEHOLDERS AND COMPANY REPRESENTATIVES IN NEW YORK CITY (1.1); EMAILS TO/FROM A. BRILLIANT, B. ROSENBERG, D. SHERBIN RE SAME (0.3).

BUTLER, JR. J    10/18/07    0.60    CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPCTY COURT RE MDL PRELIMINARY APPROVAL HEARING INCLUDING REVIEW AND REVISE DRAFT BIFURCATION ORDER (0.6).

BUTLER, JR. J    10/19/07    0.40    CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE MDL PRELIMINARY APPROVAL HEARING INCLUDING REVIEW COMMENTS TO DRAFT BIFURCATION ORDER (0.4).

BUTLER, JR. J    10/20/07    0.40    CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: MDL PRELIMINARY APPROVAL HEARING INCLUDING REVIEW COMMENTS ON DRAFT PRELIMINARY APPROVAL ORDER FROM LEAD PLAINTIFFS (0.4).

BUTLER, JR. J    10/23/07    0.60    CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: MDL PRELIMINARY APPROVAL HEARING INCLUDING WORK ON SETTLEMENT ISSUES AND RELATED BIFURCATION STRATEGY AND RELATED MATTERS (0.4); EMAILS FROM/TO D. SHERBIN RE: INDEPENDENT FIDUCIARY MATTERS (0.2).

BUTLER, JR. J    10/24/07    1.20    CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: MDL PRELIMINARY APPROVAL HEARING INCLUDING REVIEW AND FINALIZE DRAFT AMENDED ORDER (0.4) AND REVIEW AND FINALIZE OMNIBUS REPLY FOR CONTESTED HEARING (0.8).

BUTLER, JR. J    10/25/07    1.40    PREPARE FOR (0.4) AND ATTEND (1.0) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: MDL PRELIMINARY APPROVAL HEARING.

BUTLER, JR. J    10/29/07    0.20    REVIEW CREDITORS COMMITTEE FILING IN MDL PROCEEDINGS (0.2).

                                   **12.90**

FURFARO JP    10/12/07    1.20    REVIEW OF ISSUES RE: SETTLEMENT OF CLASS CLAIMS (1.2).

FURFARO JP    10/23/07    0.40    REVIEW OF SETTLEMENT ISSUES RE: MDL (0.4).

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FURFARO JP      10/25/07      4.90   CONFERENCE WITH A. ST. MARTIN, F.
                                     KUPLICKI RE: ERISA/DOL ISSUES IN
                                     CONNECTION WITH MDL SETTLEMENT (1.7);
                                     REVIEW OF RESEARCH (1.4); REVIEW OF
                                     DECISION MEMO/REVISIONS (1.3);
                                     REVISIONS TO EPCA (0.5).

FURFARO JP      10/29/07      1.50   REVIEW OF DRAFT MDL MEMO/RESEARCH
                                     (1.2); REVIEW OF INDEPENDENT FIDUCIARY
                                     CORRESPONDENCE. (0.3).

                             8.00

HOGAN III AL    10/02/07      0.80   COMMUNICATE WITH COUNSEL FOR INSURANCE
                                     CARRIERS AND D&OS RE: STATUS OF
                                     BANKRUPTCY PROCEEDINGS (0.3);
                                     CONFERENCE WITH CO-COUNSEL (SHEARMAN)
                                     RE: MDL APPROVAL PROCESS (0.5).

HOGAN III AL    10/09/07      0.60   CONFERENCE WITH WORKING GROUP RE: MDL
                                     APPROVAL PROCESS, AND STRATEGY FOR
                                     APPROVAL HEARING (0.6).

HOGAN III AL    10/10/07      0.70   ADDRESS REQUEST FOR INFORMATION FROM
                                     INSURANCE CARRIER RE: STATUS OF MDL
                                     APPROVAL MOTION (0.3); TELECONFERENCE
                                     WITH COUNSEL FOR MDL PLAINTIFFS RE:
                                     STATUS OF BANKRUPTCY APPROVAL PROCESS
                                     (0.4).

HOGAN III AL    10/11/07      2.70   REVIEW POTENTIAL STATE STREET OBJECTION
                                     IN MDL DISTRICT COURT, AND POTENTIAL
                                     RESOLUTION OF THE OBJECTION VIA
                                     MODIFICATION TO SETTLEMENT STIPULATION
                                     TO ENSURE DEBTOR IS NOT PREJUDICED IN
                                     ANY AS A RESULT OF THE MODIFICATIONS
                                     (1.4); REVIEW MDL PLAINTIFFS
                                     COMMUNICATION RE: DISCLOSURE STATEMENT
                                     AND PLAN OBJECTIONS AND ISSUES, AND
                                     COMMUNICATE WITH THEM RE: SCHEDULING OF
                                     BANKRUPTCY COURT PROCEEDINGS (1.3).

HOGAN III AL    10/12/07      5.30   PARTICIPATE IN SENIOR STRATEGY
                                     CONFERENCE (0.6); PREPARE FOR AND
                                     PARTICIPATE IN CONFERENCE WITH WORKING
                                     GROUP RE: PREPARATION FOR MDL APPROVAL
                                     MOTION, AND FOLLOW-UP ANALYSIS OF
                                     STRATEGY FOR DEALING WITH OBJECTIONS TO
                                     SAME (4.3); COMMUNICATE WITH CO-COUNSEL
                                     AND CLIENT CONCERNING CONFIDENTIALITY
                                     ORDER ISSUES IN MDL COURT (0.4).

HOGAN III AL    10/15/07      0.80   PREPARE FOR AND ORGANIZE MEETING WITH
                                     MDL PLAINTIFFS RE: BANKRUPTCY APPROVAL
                                     PROCESS (0.8).

HOGAN III AL    10/16/07      3.50   MULTIPLE CONFERENCES WITH MDL COUNSEL
                                     IN PREPARATION FOR CONFERENCE RE:
                                     BANKRUPTCY PROCESS (0.8); PREPARE FOR
                                     AND PARTICIPATE IN CONFERENCE
                                     CONCERNING MDL APPROVAL STRATEGY AND
                                     BIFURCATION APPROACH (2.2); REVIEW NEW
                                     MDL DISTRICT COURT ORDER RE: MEDIATORY
                                     AUTHORITY (0.2); FOLLOW-UP
                                     COMMUNICATIONS WITH MDL COUNSEL RE:
                                     BIFURCATED APPROVAL APPROACH (0.3).

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 10/17/07 | 2.90 | DRAFT AND EDIT MDL PRELIMINARY APPROVAL ORDER, AND PLAN FOR CONTESTED HEARING RE: SAME (2.6); COMMUNICATE WITH COUNSEL FOR THIRD PARTY MDL DEFENDANT RE: PRODUCTION OF DOCUMENTS (0.3). |
| HOGAN III AL | 10/18/07 | 3.40 | CONTINUE TO WORK ON MDL PRELIMINARY APPROVAL ORDER, AND MULTIPLE CONFERENCES WITH STAKEHOLDERS RE: PROPOSED AMENDMENTS TO SAME (3.4). |
| HOGAN III AL | 10/19/07 | 7.90 | REVIEW IFS INDEPENDENT FIDUCIARY ISSUES AND DISCUSS SAME WITH CO-COUNSEL (0.6); CONTINUE WORK ON MDL PRELIMINARY APPROVAL ORDER AND HEARING PREPARATION, INCLUDING MULTIPLE TELECONFERENCES WITH COUNSEL FOR CREDITORS COMMITTEE, AND AD HOC TRADE COMMITTEE, AS WELL AS BONDHOLDER GROUP (6.4); REVIEW OBJECTIONS FILED BY BONDHOLDER GROUP (0.9). |
| HOGAN III AL | 10/21/07 | 2.00 | CONFERENCE WITH COUNSEL FOR CREDITORS' COMMITTEE AND AD HOC TRADE COMMITTEE RE: RESOLUTION TO OPEN ISSUES ON MDL APPROVAL ORDER (0.8); FOLLOW-UP WORK ON PREPARATION FOR HEARING ON SAME (1.2). |
| HOGAN III AL | 10/22/07 | 2.70 | TELECONFERENCE WITH COUNSEL FOR ERISA PLAINTIFFS AND SECURITIES PLAINTIFFS RE: BANKRUPTCY COURT APPROVAL PROCESS, AND STATUS OF OBJECTIONS TO PRELIMINARY APPROVAL (1.0); CONTINUED WORK ON MDL APPROVAL ORDER, AND RESOLUTION OF ISSUES WITH CREDITORS' COMMITTEE AND AD HOC TRADE COMMITTEE (1.7). |
| HOGAN III AL | 10/23/07 | 4.30 | REVIEW MDL PRELIMINARY APPROVAL DRAFT REPLY AND EDIT SAME (1.1); CONDUCT MEET AND CONFER DISCUSSION WITH COUNSEL FOR BONDHOLDERS GROUP CONCERNING MDL PRELIMINARY APPROVAL MOTION (1.1); CONDUCT DISCUSSIONS WITH MDL PLAINTIFFS RE: MODIFICATIONS TO DRAFT ORDER, AND VERIFY WITH OTHER STAKEHOLDERS (0.8); REVIEW STATUS OF IFS (PLAN FIDUCIARY) INVESTIGATION, AND PREPARE FOR CONFERENCE WITH COUNSEL FOR SAME (0.8); CONFERENCE WITH COUNSEL FOR UNDERWRITERS CONCERNING MDL PRELIMINARY APPROVAL ORDER (0.5). |
| HOGAN III AL | 10/24/07 | 9.70 | CONTINUE PREPARATIONS FOR OMNIBUS HEARING, INCLUDING FINALIZATION OF MDL REPLY, AND COORDINATION OF PREPARATION OF HEARING MATERIALS (6.5); CONFERENCE WITH COUNSEL FOR IFS RE: PLAN'S OPT-OUT / OBJECTION DETERMINATION IN THE MDL ACTION, AND FOLLOW-UP DISCUSSION WITH CLIENT AND CO-COUNSEL RE: SAME (3.2). |
| HOGAN III AL | 10/25/07 | 4.20 | PREPARE FOR AND ATTEND OMNIBUS HEARING, AND MDL PRELIMINARY APPROVAL HEARING (4.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HOGAN III AL | 10/26/07 | 0.80 | REVIEW STATUS OF IFS DETERMINATION, AND CONFERENCE WITH CO-COUNSEL RE: SAME (0.8). |
| HOGAN III AL | 10/29/07 | 0.90 | CONFERENCE WITH CO-COUNSEL RE: STATUS OF OBJECTIONS IN MDL COURT (0.6); REVIEW POTENTIAL MEDIATOR DECLARATION IN CONNECTION WITH MDL APPROVAL MOTION AND COMMENT ON SAME (0.3). |
| HOGAN III AL | 10/31/07 | 0.90 | CONFERENCE WITH MDL PLAINTIFFS RE: ISSUES WITH RIGHTS OFFERING AND DISCLOSURE STATEMENT (0.9). |
| | | **54.10** | |
| MARAFIOTI KA | 10/02/07 | 0.60 | ANALYSIS OF MDL ISSUES (0.6). |
| MARAFIOTI KA | 10/12/07 | 1.90 | DEVELOP STRATEGY RE: MDL LITIGATION (1.9). |
| MARAFIOTI KA | 10/17/07 | 0.20 | REVIEW CORRESPONDENCE RE: MDL SETTLEMENT (0.2). |
| MARAFIOTI KA | 10/18/07 | 0.50 | CONSIDER ISSUES RE: MDL PRELIMINARY APPROVAL ORDER (0.5). |
| MARAFIOTI KA | 10/19/07 | 4.80 | REVIEW PROPOSED REVISIONS OF GODWIN PROCTER (0.3), LATHAM (0.3), K. BENSON (0.3) TO MDL ORDER ; RELATED CORRESPONDENCE (0.3); TELECONFERENCE WITH GOODWIN RE: ORDER (0.9); WORK ON REVISIONS TO ORDER (2.4); ADDITIONAL CORRESPONDENCE RE: ORDER (0.1); TELECONFERENCE WITH A. BRILLIANT RE: ORDER (0.2). |
| MARAFIOTI KA | 10/20/07 | 0.10 | CORRESPONDENCE RE: MDL ORDER (0.1). |
| MARAFIOTI KA | 10/21/07 | 2.10 | TELECONFERENCE WITH M. BROUDE RE: MDL ORDER (0.6); FOLLOWUP ANALYSIS RE: MDL ISSUES (0.7); RELATED CORRESPONDENCE (0.2); ANALYZE RULE 2019 ISSUES IN CONNECTION WITH MDL OBJECTIONS (0.6). |
| MARAFIOTI KA | 10/22/07 | 1.50 | REVIEW SERIES OF PROPOSED CHANGES TO MDL ORDER (0.8); REVIEW OBJECTION OF GOODWIN PROCTER CLIENTS TO MDL PRELIMINARY SETTLEMENT (0.6); CORRESPONDENCE RE: SAME (0.1). |
| MARAFIOTI KA | 10/23/07 | 0.70 | REVIEW GOODWIN CLIENTS' COMMENTS ON MDL ORDER (0.3) AND CORRESPONDENCE RE: SAME (0.4). |
| MARAFIOTI KA | 10/24/07 | 0.80 | REVIEW AND REVISE REPLY TO OBJECTIONS TO MDL PRELIMINARY SETTLEMENT (0.8). |
| | | **13.20** | |
| PANAGAKIS GN | 10/12/07 | 0.80 | CONSIDERATION OF MDL AND RELATED CLAIMS ISSUES (0.8). |
| PANAGAKIS GN | 10/31/07 | 0.50 | FOLLOW-UP RE: MDL SETTLEMENT (0.5). |
| | | **1.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| **Total Partner** | | **98.80** | |
| GARNER LP | 10/23/07 | 1.00 | REVIEW AND COMMENT ON MDL SETTLEMENT MOTION PAPERS (1.0). |
| GARNER LP | 10/24/07 | 1.10 | REVIEW MDL MOTION MATERIALS (1.1). |
| | | **2.10** | |
| MATZ TJ | 10/17/07 | 0.40 | REVIEW 10/3 TRANSCRIPT RE: MDL INSURANCE SETTLEMENT MOTION (0.4). |
| MATZ TJ | 10/22/07 | 0.20 | TELECONFERENCE WITH L. WILLIAMS RE: MDL MOTION (0.2). |
| MATZ TJ | 10/24/07 | 0.90 | REVIEW MDL AND SCHEDULE ORDER AND 5 EXHIBIT BINDERS (0.8); FORWARD SAME TO CHAMBERS (0.1). |
| MATZ TJ | 10/25/07 | 0.30 | REVISE FINAL MDL ORDER (0.2); FORWARD SAME TO CHAMBERS (0.1). |
| | | **1.80** | |
| **Total Counsel** | | **3.90** | |
| CAMPANARIO ND | 10/01/07 | 5.60 | CONFERENCE WITH T. BEHNKE AND E. MCKEIGHAN OF FTI RE: MDL-RELATED CLAIMS (1.0); LEGAL RESEARCH RE: PROOF OF CLAIM BY UNITED STATES DEPARTMENT OF LABOR (4.6). |
| CAMPANARIO ND | 10/02/07 | 0.30 | DRAFT SCRIPT FOR OCTOBER 3 HEARING ON MULTIDISTRICT LITIGATION SETTLEMENT APPROVAL MOTION (0.3). |
| CAMPANARIO ND | 10/03/07 | 2.60 | REVISE PROPOSED ORDER GRANTING MULTIDISTRICT SETTLEMENT APPROVAL MOTION (2.6). |
| CAMPANARIO ND | 10/08/07 | 0.90 | REVIEW OBJECTION TO MULTIDISTRICT LITIGATION SETTLEMENT BY STATE STREET IN DISTRICT COURT (0.9). |
| CAMPANARIO ND | 10/09/07 | 1.80 | DRAFT RESPONSE TO POTENTIAL OBJECTION TO MULTIDISTRICT LITIGATION SETTLEMENT (1.8). |
| CAMPANARIO ND | 10/10/07 | 2.80 | CONTINUE DRAFTING RESPONSE TO POTENTIAL OBJECTIONS TO MULTIDISTRICT LITIGATION SETTLEMENT APPROVAL MOTION (2.8). |
| CAMPANARIO ND | 10/11/07 | 4.00 | CONTINUE DRAFTING RESPONSE TO POTENTIAL OBJECTIONS TO MULTIDISTRICT LITIGATION SETTLEMENT APPROVAL MOTION (2.1); LEGAL RESEARCH RE: ABSOLUTE PRIORITY RULE (1.9). |
| CAMPANARIO ND | 10/12/07 | 2.30 | ANALYZE STRATEGY FOR PROCEEDING WITH MOTION TO APPROVE MULTIDISTRICT LITIGATION SETTLEMENTS (2.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| CAMPANARIO ND | 10/16/07 | 3.90 | FORMULATE LITIGATION STRATEGY RE: MOTIONS SET FOR HEARING ON OCTOBER 25 (3.2); ANALYZE FTI DOCUMENTS CONCERNING PROOFS OF CLAIM AFFECTED BY MULTIDISTRICT LITIGATION SETTLEMENT (0.7). |
| CAMPANARIO ND | 10/17/07 | 6.80 | DRAFT AND REVISE PRELIMINARY APPROVAL ORDER RE: MOTION TO APPROVE MULTIDISTRICT LITIGATION SETTLEMENT (6.3); REVIEW FTI DOCUMENTS CONCERNING PROOFS OF CLAIM AFFECTED BY MULTIDISTRICT LITIGATION SETTLEMENT (0.5). |
| CAMPANARIO ND | 10/18/07 | 3.20 | REVIEW COMMENTS TO MULTIDISTRICT LITIGATION SETTLEMENT PRELIMINARY APPROVAL ORDER AND REVISE SAME (3.2). |
| CAMPANARIO ND | 10/19/07 | 4.60 | REVIEW COMMENTS TO MULTIDISTRICT LITIGATION SETTLEMENT PRELIMINARY APPROVAL ORDER AND REVISE SAME (3.8) AND REVIEW OBJECTIONS TO MOTION TO APPROVE MULTIDISTRICT LITIGATION SETTLEMENT (0.8). |
| CAMPANARIO ND | 10/20/07 | 1.40 | PREPARE SUMMARY OF OBJECTIONS TO MOTION TO APPROVE MULTIDISTRICT LITIGATION SETTLEMENT AND RESPONSES (1.4). |
| CAMPANARIO ND | 10/21/07 | 7.70 | TELECONFERENCES WITH CREDITORS' COMMITTEE, AD HOC TRADE COMMITTEE, CONCERNING MULITIDISTRICT LITIGATION SETTLEMENT PRELIMINARY APPROVAL ORDER (2.4) AND REVISE SAME (0.5); DRAFT DISCOVERY REQUESTS IN CONNECTION WITH POTENTIAL MOTION (4.8). |
| CAMPANARIO ND | 10/22/07 | 6.40 | DRAFT REPLY BRIEF IN SUPPORT OF MOTION TO APPROVE MULTIDISTRICT LITIGATION (6.4). |
| CAMPANARIO ND | 10/23/07 | 11.70 | COMPLETE DRAFT OF REPLY BRIEF AND REVISE SAME (5.4); REVISE DECLARATION (2.0); DRAFT INDEX OF HEARING EXHIBITS AND COMPILE EXHIBITS (2.9); LEGAL RESEARCH RE: FEDERAL RULES OF BANKRUPTCY PROCEDURE (1.4), ALL IN CONNECTION WITH MOTION TO APPROVE MULTIDISTRICT LITIGATION SETTLEMENT. |
| CAMPANARIO ND | 10/24/07 | 8.30 | REVISE REPLY BRIEF AND PROPOSED ORDER, FINALIZE EXHIBIT LIST AND EXHIBITS, DRAFT SCRIPT, AND PREPARE FOR HEARING, ALL IN CONNECTION WITH MOTION TO APPROVE MULTIDISTRICT LITIGATION SETTLEMENT (8.3). |
| CAMPANARIO ND | 10/25/07 | 3.90 | PREPARE FOR OMNIBUS HEARING (1.4) AND ATTEND SAME (2.5). |
| | | 78.20 | |
| DUNCOMB BM* | 10/18/07 | 0.60 | REVIEW MDL CLAIMS SPREADSHEET (0.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DUNCOMB BM* | 10/22/07 | 5.50 | DISCUSS MDL ISSUES WITH OTHER ATTORNEYS (0.7); DRAFT SHEEHAN DECLARATION (3.5); RESEARCH RELATING TO OBJECTORS HOLDINGS (1.3). |
| DUNCOMB BM* | 10/23/07 | 0.70 | REVIEW MOTIONS RELATING TO OBJECTORS 2019 STATUS AND MDL REPLY BRIEF (0.7). |
| DUNCOMB BM* | 10/29/07 | 0.50 | CONSIDER ISSUES IN THE MULTIDISTRICT LITIGATION (0.5). |
| | | **7.30** | |
| GRANT K | 10/12/07 | 2.40 | CONTINUED RESEARCH RE: MDL SETTLEMENT (2.4). |
| | | **2.40** | |
| ~~PERL MW~~ | ~~10/23/07~~ | ~~0.40~~ | ~~REVIEW, PROVIDE COMMENTS AND COORDINATE RE: PREPARATION OF MDL SETTLEMENT MOTION EXHIBIT BINDER FOR HEARING (0.4).~~ |
| ~~PERL MW~~ | ~~10/24/07~~ | ~~1.20~~ | ~~REVIEW AND UPDATE MDL MOTION EXHIBIT BINDER FOR HEARING (0.4); COORDINATE TO HAVE REPLY AND BINDERS PROVIDED TO CHAMBERS (0.7); SUPERVISE AND ASSIST FILING OF REPLY (0.1).~~ |
| | | ~~1.60~~ | |
| STUART NL | 10/12/07 | 5.40 | REVIEW ORDERS ADDRESSING MDL CLAIMS (1.1); REVIEW AND RESEARCH RE: MDL CLAIMS, ORDERS, AND SETTLEMENTS (4.3). |
| STUART NL | 10/14/07 | 2.20 | RESEARCH RE: MDL APPROVAL IN CONNECTION WITH PLAN (2.2). |
| | | **7.60** | |
| **Total Associate/Law Clerk** | | **97.10** | |
| ~~DEMMA J~~ | ~~10/24/07~~ | ~~1.80~~ | ~~PREPARE/FILE REPLY BRIEF IN SUPPORT OF MOTION APPROVING MULTIDISTRICT LITIGATION (0.6); UPDATE MULTI-DISTRICT LITIGATION EXHIBIT BINDER FOR OCTOBER 25, 2007 OMNIBUS HEARING (0.6); PREPARE DECLARATIONS FOR OCTOBER 25, 2007 OMNIBUS HEARING (0.6).~~ |
| | | ~~1.80~~ | |
| ~~Total Legal Assistant~~ | | ~~1.80~~ | |
| **TOTAL TIME** | | <u>**201.60**</u> | |

\* Law clerks are law school graduates who are not presently admitted to practice.

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP)**
**Litigation (Insurance Recovery)**

**Bill Date: 11/30/07**
**Bill Number: 1186564**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/09/07 | Copy Center, D | 204.44 |
| In-house Reproduction | 10/19/07 | Copy Center, D | 6.90 |
| In-house Reproduction | 10/23/07 | Copy Center, D | 22.82 |
| In-house Reproduction | 10/26/07 | Copy Center, D | 61.84 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$296.00** |
| Air/Rail Travel (external) | 10/14/07 | Butler, Jr. J | 443.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$443.00** |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 53.35 |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 40.01 |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 33.34 |
| Out-of-Town Travel | 10/14/07 | Butler, Jr. J | 978.30 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,105.00** |
| Messengers/ Courier | 10/18/07 | Dist Serv/Mail/Page, D | 23.63 |
| Messengers/ Courier | 10/19/07 | Dist Serv/Mail/Page, D | 93.81 |
| Messengers/ Courier | 10/20/07 | Dist Serv/Mail/Page, D | 160.72 |
| Messengers/ Courier | 10/21/07 | Arrow Messenger Svc | 46.84 |
| | | **TOTAL MESSENGERS/ COURIER** | **$325.00** |
| Out-of-Town Meals | 10/14/07 | Butler, Jr. J | 55.00 |
| Out-of-Town Meals | 10/14/07 | Butler, Jr. J | 55.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$110.00** |
| Outside Re-search/Internet Services | 10/04/07 | Pacer Service Center | 9.12 |
| Outside Re-search/Internet Services | 10/04/07 | Pacer Service Center | 97.88 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$107.00** |
| | | **TOTAL MATTER** | **$2,386.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**
**Litigation (Insurance Recovery)**

**Bill Date: 01/10/08**
**Bill Number: 1206100**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 11/01/07 | 2.90 | CONFERENCE WITH CLIENT RE: PROGRESS OF DOL DISCUSSIONS WITH OTHER POTENTIAL DEFENDANTS, AND STRATEGY FOR EXPLORING RESOLUTION OPTIONS WITH SAME (0.5); REVIEW GELLER OBJECTION IN MDL DISTRICT COURT, AND CONFERENCE WITH CO-COUNSEL RE: STRATEGY FOR DEALING WITH SAME (0.8); TELECONFERENCE WITH ERISA COUNSEL RE: STATUS OF BANKRUPTCY PROCEEDINGS (0.2); PREPARE FOR AND CONDUCT CONFERENCE WITH MDL SECURITIES PLAINTIFFS RE: POTENTIAL RIGHTS OFFERING MECHANICS, AND ISSUES WITH RESPECT TO SAME (1.4). |
| HOGAN III AL | 11/12/07 | 0.30 | REVIEW COMMUNICATIONS FROM CO-COUNSEL RE: MDL SETTLEMENTS, AND ANALYZE ISSUES WITH DISTRICT COURT APPROVAL MOTION (0.3). |
| HOGAN III AL | 11/26/07 | 1.20 | ANALYZE MDL SETTLEMENT AND CONSIDER POTENTIAL MECHANISMS FOR ADJUSTMENT TO SAME (1.2). |
| HOGAN III AL | 11/27/07 | 2.20 | CONTINUED ANALYSIS OF MDL SETTLEMENT, AND ISSUES WITH RESPECT TO MODIFICATION OF SAME, INCLUDING AGREEMENT MODIFICATION AND/OR CLASS NOTIFICATION ISSUES (2.2). |
| HOGAN III AL | 11/28/07 | 2.20 | CONTINUE ANALYSIS OF MDL SETTLEMENT ISSUE, AND CONFERENCE WITH COUNSEL FOR MDL PLAINTIFFS IN CONNECTION WITH SAME (2.2). |
| HOGAN III AL | 11/29/07 | 3.20 | TELECONFERENCE WITH COUNSEL FOR UNDERWRITERS RE: BANKRUPTCY PROCEDURES IN CONNECTION WITH INDEMNIFICATION AGREEMENT (0.5);  CONTINUE ANALYSIS OF MDL ISSUE CONCERNING ADJUSTMENT OF SETTLEMENT, INCLUDING MULTIPLE COMMUNICATIONS WITH CO-COUNSEL WITH RESPECT TO SAME (2.7). |
|  |  | 12.00 |  |
| **Total Partner** |  | **12.00** |  |
| ~~GASAWAY M~~ | ~~11/01/07~~ | ~~1.20~~ | ~~CONFERENCE CALL WITH MDL PLAINTIFFS TO DISCUSS RIGHTS OFFERING MECHANICS (1.2).~~ |
|  |  | ~~1.20~~ |  |
| ~~Total Counsel~~ |  | ~~1.20~~ |  |
| VAN GELDER A | 11/27/07 | 5.40 | RESEARCH NOTICE REQUIREMENTS FOLLOWING AMENDMENTS TO CLASS SETTLEMENT AGREEMENT AND DRAFT MEMORANDUM RE: THE SAME (5.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| VAN GELDER A | 11/29/07 | 1.70 | CONTINUE TO RESEARCH NOTICE REQUIREMENTS FOR CLASS ACTION SETTLEMENTS; UPDATE MEMORANDUM ON THE SAME (1.7). |
| --- | --- | --- | --- |
| | | **7.10** | |
| **Total Associate** | | **7.10** | |
| **TOTAL TIME** | | **20.30** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP))                     Bill Date: 01/10/08
Litigation (Insurance Recovery)               Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 11/25/07 | Hogan III AL | 1,371.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,371.00** |
| In-house Reproduction | 11/29/07 | Morel BA | 286.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$286.00** |
| Vendor Hosted Telecon- ferencing | 11/30/07 | Genesys Conferencing | 231.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$231.00** |
| Out-of-Town Travel | 11/29/07 | Hogan III AL | 3,356.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$3,356.00** |
| Out-of-Town Meals | 11/07/07 | Hogan III AL | 6.00 |
| Out-of-Town Meals | 11/15/07 | Hogan III AL | 6.00 |
| Out-of-Town Meals | 11/18/07 | Hogan III AL | 6.00 |
| Out-of-Town Meals | 11/24/07 | Hogan III AL | 6.00 |
| Out-of-Town Meals | 11/25/07 | Hogan III AL | 6.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$30.00** |
| Court Reporting | 11/30/07 | TSG Reporting, Inc | 2,183.65 |
| Court Reporting | 11/30/07 | TSG Reporting, Inc | 2,059.35 |
| | | **TOTAL COURT REPORTING** | **$4,243.00** |
| Internal Catering-NY | 11/30/07 | Kitchen Dept. | -173.00 |
| | | **TOTAL INTERNAL CATERING-NY** | **$-173.00** |
| | | **TOTAL MATTER** | **$9,344.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**
**Litigation (Insurance Recovery)**

**Bill Date: 01/31/08**
**Bill Number: 1208196**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 12/03/07 | 6.60 | PREPARE FOR CONFERENCE WITH JUDGE ROSEN RE: POTENTIAL MODIFICATIONS TO MDL SETTLEMENT, INCLUDING INTERNAL CONFERENCE WITH SHEAR MAN CO-COUNSEL (2.2); TELEPHONE DISCUSSIONS WITH M. ETKIN RE: SAME (0.7); PARTICIPATE IN CHAMBERS CONFERENCE WITH JUDGE (0.4); DRAFT LETTER TO JUDGE ROSEN RE: MECHANICS OF SETTLEMENT (2.2); REVIEW AND EDIT DISCLOSURE STATEMENT LANGUAGE RE: MDL SETTLEMENT (1.1). |
| HOGAN III AL | 12/04/07 | 2.30 | COMPLETE PREPARATIONS FOR AND PARTICIPATE IN HEARING IN DISTRICT COURT CONCERNING MDL SETTLEMENT MODIFICATIONS (2.3). |
| HOGAN III AL | 12/07/07 | 0.50 | CONFERENCES WITH COUNSEL FOR MDL PLAINTIFFS RE: MODIFICATION TO SETTLEMENT AND STIPULATION WITH RESPECT TO SAME (0.5). |
| HOGAN III AL | 12/10/07 | 3.10 | WORK ON DRAFTING AND EDITING MDL STIPULATION, AND TELEPHONE CONFERENCES WITH CO-COUNSEL AND CLIENT CONCERNING SAME (2.7); REVIEW DISCLOSURE STATEMENT EDITS CONCERNING MDL SETTLEMENT (0.4). |
| HOGAN III AL | 12/11/07 | 1.80 | CONTINUED WORK ON MDL NOTICE AND STIPULATION, INCLUDING EDITING STIPULATION AND DISCUSSION WITH COUNSEL FOR LEAD PLAINTIFFS (1.5); COMMUNICATE WITH COUNSEL FOR UNDERWRITERS RE: STATUS OF MDL ISSUES (0.3). |
| HOGAN III AL | 12/12/07 | 0.80 | REVIEW COMMENTS TO MDL STIPULATION FROM LEAD PLAINTIFFS COUNSEL, AND TELEPHONE CONFERNECE WITH SAME (0.8). |
| HOGAN III AL | 12/13/07 | 1.30 | REVIEW NEW MDL STIP SUGGESTIONS FROM LEAD PLAINTIFFS AND DISCUSS SAME WITH CO-COUNSEL AND CLIENT (1.3). |
| HOGAN III AL | 12/14/07 | 0.60 | TELECONFERENCE WITH COUNSEL FOR LEAD PLAINTIFFS RE: NOTICE AND STIPULATION RE: MDL MODIFICATION (0.6). |
| HOGAN III AL | 12/17/07 | 1.80 | WORK ON RESOLVING MDL STIPULATION ISSUES, INCLUDING VERIFYING CONTRIBUTING MECHANICS WITH RESPECT TO SAME (1.8). |
| | | **18.80** | |
| **Total Partner** | | **18.80** | |
| MATZ TJ | 12/13/07 | 0.20 | TELECONFERENCE WITH CHAMBERS RE: MDL STIPULATION RE: FEES (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MATZ TJ | 12/14/07 | 1.00 | FOLLOW UP CALL FROM CHAMBERS RE: MDL FEE STIPULATION (0.2); REVIEW SAME (0.2); REVIEW MDL PAYMENT STIPULATION; (0.3); TELECONFERENCE WITH H. MCCOLUM OF PEPPER HAMILTON RE: SAME (0.2); TELECONFERENCE WITH CHAMBERS RE: MDL STIPULATION (0.1). |
| --- | --- | --- | --- |
| MATZ TJ | 12/21/07 | 0.20 | TELECONFERENCE WITH P. HAMILTON RE: MDL STIPULATION (0.2). |
| | | **1.40** | |
| **Total Counsel** | | **1.40** | |
| CAMPANARIO ND | 12/10/07 | 1.20 | REVIEW STIPULATION CONCERNING MODIFICATION TO MULTIDISTRICT LITIGATION SECURITIES ACTIONS (0.7); REVIEW PLAN EXHIBITS CONCERNING MULTIDISTRICT LITIGATION SETTLEMENT (0.5). |
| CAMPANARIO ND | 12/11/07 | 4.90 | ANALYZE SOLICITATION ISSUES CONCERNING MULTIDISTRICT LITIGATION (1.6); ANALYZE AND REVISE STIPULATION CONCERNING MODIFICATIONS TO SETTLEMENT OF MULTIDISTRICT LITIGATION SECURITIES ACTIONS (3.3). |
| | | **6.10** | |
| **Total Associate** | | **6.10** | |
| **TOTAL TIME** | | **26.30** | |

B43E

**Delphi Corporation (DIP))**　　　　　　　　　　　　　　　**Bill Date: 02/29/08**
**Litigation (Insurance Recovery)**　　　　　　　　　　　**Bill Number: 1208154**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HOGAN III AL | 01/02/08 | 0.90 | COMMUNICATION WITH MDL PLAINTIFFS RE: STATUS OF MDL APPROVAL, AND PREPARATION OF MODIFICATION PAPERS (0.5); REVIEW WTC PROPOSAL ON OBJECTION PROTOCOL, AND DRAFT RESPONSE TO SAME (0.4). |
| HOGAN III AL | 01/07/08 | 1.40 | MULTIPLE DISCUSSIONS WITH MDL SECURITIES LEAD PLAINTIFF RE: MODIFICATION STIPULATION, AND EDIT SAME (1.4). |
| HOGAN III AL | 01/09/08 | 0.70 | DISCUSSION WITH GM COUNSEL RE: MDL STIPULATION AND PAYMENT AGREEMENT (0.7). |
| HOGAN III AL | 01/10/08 | 0.30 | COMMUNICATE WITH MDL LEAD PLAINTIFFS RE: MODIFICATION STIPULATION, AND STATUS OF CONFIRMATION ORDER) (0.3). |
| HOGAN III AL | 01/14/08 | 0.30 | DISCUSSIONS WITH MDL LEAD PLAINTIFFS RE: STIPULATION, AND CONFIRMATION ORDER ISSUES (0.3). |
| HOGAN III AL | 01/24/08 | 1.00 | CONTINUE WORK ON FINALIZING ORDERS, INCLUDING DISCUSSIONS WITH MDL LEAD PLAINTIFFS (0.7); REVIEW AND ANALYZE CLAIM RE: REGULATORY CLASS ACTION ISSUE (0.3). |
| HOGAN III AL | 01/25/08 | 0.30 | DISCUSSION WITH CO-COUNSEL RE: FINAL RESOLUTION OF POTENTIAL DERIVATIVE CLAIMS (0.3). |
|  |  | **4.90** |  |
| MARAFIOTI KA | 01/15/08 | 1.10 | REVIEW MDL OBJECTION (0.1); REVIWE MDL SUPPLEMENTAL REPLY (0.4); REVIEW FINAL MDL SETTLEMENT APPROVAL ORDER (0.5);CORRESPONDENCE RE: MDL ORDER (0.1). |
|  |  | **1.10** |  |
| **Total Partner** |  | **6.00** |  |
| MATZ TJ | 01/16/08 | 0.60 | REVIEW AND COMMENT ON MDL MOTION (0.6). |
| MATZ TJ | 01/23/08 | 1.30 | PREPARE AND DELIVER MDL FINAL ORDER TO CHAMBERS (1.3). |
| MATZ TJ | 01/25/08 | 0.30 | MONITOR DOCKET RE: MDL ORDER (0.2); DISTRIBUTE FINAL DOCKETED MDL ORDER (0.1). |
|  |  | **2.20** |  |
| RAMLO K | 01/13/08 | 0.50 | REVIEW MDL-RELATED OBJECTIONS AND PLAN OBJECTION (0.5). |

　　　　　　　　　　　　　　　　　　　　　　　　　　　**B43E**

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| RAMLO K | 01/14/08 | 0.70 | REVISE REPLY TO OBJECTION TO MDL SETTLEMENT APPROVAL MOTION (0.7). |
|---|---|---|---|
| RAMLO K | 01/15/08 | 0.70 | FURTHER REVISE MDL REPLY (0.7). |
| RAMLO K | 01/21/08 | 0.20 | REVIEW REVISED DRAFT MDL SETTLEMENT ORDER (0.2). |
| | | 2.10 | |
| **Total Counsel** | | **4.30** | |
| CAMPANARIO ND | 01/13/08 | 1.20 | REVIEW BONDHOLDERS OBJECTION TO MDL SETTLEMENT MOTION AND OUTLINE RESPONSE TO SAME (1.2). |
| CAMPANARIO ND | 01/14/08 | 11.30 | LEGAL RESEARCH RE: BONDHOLDERS' OBJECTION TO MOTION TO APPROVE MULTIDISTRICT AND INSURANCE SETTLEMENT AND DRAFT REPLY BRIEF RE: SAME (11.3). |
| CAMPANARIO ND | 01/15/08 | 9.10 | REVISE SUPPLEMENTALY REPLY BRIEF IN SUPPORT OF MOTION TO APPROVE MULTIDISTRICT LITIGATION AND INSURANCE SETTLEMENT (4.9) AND DRAFT PROPOSED ORDER IN CONNECTION WITH SAME (3.7); TELECONFERENCE WITH COUNSEL FOR DIRECTORS AND OFFICERS RE: MODIFICATION TO SECURITIES STIPULATION PORTION OF MULTIDISTRICT LITIGATION SETTLEMENT (0.5). |
| CAMPANARIO ND | 01/17/08 | 8.00 | REVISE ORDER APPROVING MULTIDISTRICT LITIGATION SETTLEMENT (2.7); DISCUSSIONS WITH COUNSEL RE: EXECUTION OF SECURITIES STIPULATION MODIFICATION IN CONNECTION WITH MULTIDISTRICT LITIGATION SETTLEMENT (5.3). |
| CAMPANARIO ND | 01/22/08 | 0.30 | REVISE ORDER APPROVING MULTIDISTIRCT LITIGATION SETTLEMENT (0.3). |
| | | 29.90 | |
| VAN GELDER A | 01/08/08 | 2.50 | DRAFT PORTION OF S. MILLER DECLARATION RELATED TO MDL SETTLEMENT AND REVIEW RELEVANT BACKGROUND MATERIALS WITH RESPECT TO THE SAME (2.5). |
| | | 2.50 | |
| **Total Associate** | | **32.40** | |
| **TOTAL TIME** | | **42.70** | |