SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-19
RETENTION / FEE MATTERS (SASM&F)
372.70 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | |
|---|---|
| Delphi Corporation (DIP) | Bill Date: 11/30/07 |
| Retention /Fee Matters (SASM&F) | Bill Number: 1186564 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/06/07 | 1.20 | REVIEW FEE COMMITTEE FIFTH PRELIMINARY REPORT (0.2); REVIEW ANALYSIS RE: SAME (0.4); DRAFT AND DISTRIBUTE SKADDEN RESPONSE TO FEE COMMITTEE (0.6). |
| BUTLER, JR. J | 10/21/07 | 0.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR JULY, 2007 (0.8). |
| BUTLER, JR. J | 10/22/07 | 1.30 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR JULY, 2007 (1.2); REVIEW DRAFT ORDER FROM JOINT FEE COMMITTEE (0.1). |
| BUTLER, JR. J | 10/27/07 | 1.80 | BEGIN TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR AUGUST, 2007 (1.8). |
| BUTLER, JR. J | 10/31/07 | 0.60 | CONTINUE TO REVIEW AND REVISE AUGUST, 2007 MONTHLY COMPENSATION PACKAGE (0.6). |
| | | **5.70** | |
| **Total Partner** | | **5.70** | |
| BOLTON IS | 10/26/07 | 1.70 | CREATE REVIEW AND REVISE CHART RE: SIXTH INTERIM FEE APP (1.7). |
| BOLTON IS | 10/28/07 | 0.60 | BEGIN TO DRAFT SIXTH INTERIM FEE APPLICATION (0.6). |
| BOLTON IS | 10/29/07 | 0.80 | CONTINUE REVIEW AND ANALYSIS RE: PLAN SECTION OF SIXTH INTERIM FEE APPLICATION (0.8). |
| BOLTON IS | 10/30/07 | 4.80 | CONTINUE TO DRAFT, REVIEW AND REVISE PLAN OF REORGANIZATION SECTION RE: SASM&F SIXTH INTERIM FEE APPLICATION (4.8). |
| | | **7.90** | |
| GARTNER M | 10/01/07 | 0.70 | PERFORM DISCLOSURE RESEARCH (0.7). |
| GARTNER M | 10/02/07 | 1.10 | PERFORM DISCLOSURE RESEARCH FOR OBJECTING PARTIES (1.1). |
| GARTNER M | 10/04/07 | 1.40 | PERFORM DISCLOSURE RESEARCH FOR POTENTIAL AVOIDANCE PARTIES AND CORRESPONDENCE RE: SAME (1.4). |
| GARTNER M | 10/05/07 | 4.00 | PERFORM DISCLOSURE RESEARCH FOR CLAIMANTS (1.7); BEGIN PLANNING AND ORGANIZATION FOR SUPPLEMENTAL DECLARATION (2.3). |
| GARTNER M | 10/08/07 | 1.30 | PERFORM DISCLOSURE RESEARCH (0.5) AND REVISE DOCUMENTS FOR SUPPLEMENTAL DISCLOSURE (0.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GARTNER M | 10/11/07 | 3.00 | PERFORM DISCLOSURE RESEARCH (0.9); PREPARE FOR FILING OF SUPPLEMENTAL DECLARATION AND CORRESPOND RE: SAME (2.1). |
| GARTNER M | 10/17/07 | 3.90 | PERFORM DISCLOSURE RESEARCH AND CORRESPOND RE: SAME (0.7); ORGANIZE AND UPDATE MATERIALS FOR SUPPLEMENTAL DECLARATION (3.2). |
| GARTNER M | 10/19/07 | 1.10 | PERFORM DISCLOSURE RESEARCH (1.1). |
| GARTNER M | 10/26/07 | 2.10 | REVIEW DISCLOSURE RESULTS FOR SUPPLEMENTAL DECLARATION (2.1). |
| | | **18.60** | |
| PERL MW | 10/01/07 | 10.40 | CONTINUE TO REVIEW AND RECONCILE LCC'S REPORT ON SKADDEN'S FIFTH INTERIM FEE APPLICATION (1.3); CONTINUE TO WORK ON RESPONSE TO LCC'S REPORT ON SKADDEN'S FIFTH INTERIM FEE APPLICATION, INCLUDING REVIEW OF DETAILED REPORTS AND PREPARATION OF CHART AND SUMMARY MATERIAL (9.1). |
| PERL MW | 10/02/07 | 1.30 | CONTINUE TO REVIEW AND REVISE SUMMARY CHART IN RESPONSE TO LEGAL COST CONTROL'S REPORT ON SKADDEN'S FIFTH INTERIM FEE APPLICATION (0.6); FINALIZE SET OF RELATED DOCUMENTS AND PREPARE AND COORDINATE DISTRIBUTION RE: SAME (0.7). |
| PERL MW | 10/08/07 | 0.20 | REVIEW SKADDEN'S RESPONSE TO FEE COMMITTEE ON FIFTH INTERIM FEE APPLICATION (0.2). |
| PERL MW | 10/16/07 | 0.20 | STRATEGIZE WITH WORKING GROUP RE: PREPARATION FOR FEE APPLICATION HEARING (0.2). |
| PERL MW | 10/29/07 | 0.60 | COORDINATE WITH WORKING GROUP RE: PREPARATION FOR SKADDEN'S 6TH INTERIM FEE APPLICATION (0.6). |
| PERL MW | 10/30/07 | 0.70 | STRATEGIZE AND DRAFT CORRESPONDENCE TO WORKING GROUP RE: FEE APPLICATION PREPARATION (0.4); FOLLOW UP RE: SAME (0.3). |
| PERL MW | 10/31/07 | 0.80 | COORDINATE WITH WORKING GROUP RE: FEE APPLICATION PREPARATION (0.5); DRAFT EMAIL RE: SAME (0.3). |
| | | **14.20** | |
| PLATT SJ | 10/16/07 | 1.50 | REVIEW DISCLOSURE RESEARCH AND BEGIN PREPARING SUMMARY CHART (1.5). |
| PLATT SJ | 10/17/07 | 0.20 | CONTINUE DISCLOSURE RESEARCH (0.2). |
| PLATT SJ | 10/19/07 | 0.30 | REVIEW AND COMPILE DISCLOSURE RESEARCH (0.3). |
| PLATT SJ | 10/23/07 | 5.50 | REVIEW SKADDEN COMPENSATION PACKAGE FOR JULY (5.5). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PLATT SJ | 10/30/07 | 0.80 | REVIEW DISCLOSURE RESEARCH FOR SIXTH SUPPLEMENTAL DECLARATION (0.8). |
| | | **8.30** | |
| WHARTON JN | 10/02/07 | 0.70 | REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: PARTIES RESPONDING TO CLAIMS OBJECTIONS (0.7). |
| WHARTON JN | 10/04/07 | 0.30 | CONTINUE TO REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: CREDITORS (0.3). |
| WHARTON JN | 10/05/07 | 0.60 | REVIEW CLAIMS-RELATED CORRESPONDENCE (0.4) AND DOCKET FOR CLAIMS-RELATED PLEADINGS (0.2). |
| WHARTON JN | 10/08/07 | 0.80 | REVIEW RESULTS OF CONNECTIONS AND DISCLOSURE RESEARCH RE: CLAIMANTS FILING RESPONSES TO CLAIMS OBJECTIONS (0.8). |
| WHARTON JN | 10/09/07 | 0.90 | REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: PARTIES FILING RESPONSES TO CLAIMS OBJECTIONS (0.9). |
| WHARTON JN | 10/11/07 | 0.40 | CONTINUE CONNECTIONS AND DISCLOSURE RESEARCH RE: CLAIMANTS FILING RESPONSES (0.4). |
| WHARTON JN | 10/16/07 | 0.30 | CONTINUE TO REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: CREDITORS FILING RESPONSES TO CLAIMS OBJECTIONS (0.3). |
| WHARTON JN | 10/22/07 | 0.30 | CONTINUE TO REVIEW CONNECTIONS AND DISCLOSURE RESEARCH RE: CREDITORS FILING RESPONSES TO CLAIMS OBJECTIONS (0.3). |
| | | **4.30** | |
| **Total Associate** | | **53.30** | |
| ZSOLDOS AF | 10/12/07 | 6.00 | UPDATE MASTER DISCLOSURE LIST WITH ENTITIES RUN IN THE PAST FEW MONTHS (4.5); CHECK FOR DUPLICATES AND RE-RUNS FROM ABOVE LIST (1.5). |
| | | **6.00** | |
| **Total Legal Assistant** | | **6.00** | |
| **TOTAL TIME** | | **65.00** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  **Bill Date: 11/30/07**
**Retention /Fee Matters (SASM&F)**  **Bill Number: 1186564**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/02/07 | Copy Center, D | 29.26 |
| In-house Reproduction | 10/05/07 | Copy Center, D | 107.74 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$137.00** |
| Messengers/ Courier | 10/02/07 | Dist Serv/Mail/Page, D | 67.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$67.00** |
| | | **TOTAL MATTER** | **$204.00** |

329

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Retention /Fee Matters (SASM&F)

Bill Date: 01/10/08  
Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/09/07 | 1.30 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE FOR AUGUST, 2007 (1.3). |
| BUTLER, JR. J | 11/10/07 | 3.20 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE FOR AUGUST, 2007 (2.8); BEGIN TO WORK ON MONTHLY COMPENSATION PACKAGE FOR SEPTEMBER, 2007 (0.4). |
| BUTLER, JR. J | 11/17/07 | 1.70 | CONTINUE TO WORK ON MONTHLY COMPENSATION PACKAGE FOR SEPTEMBER, 2007 (1.7). |
| BUTLER, JR. J | 11/23/07 | 0.60 | COMPLETE WORK ON MONTHLY COMPENSATION PACKAGE FOR SEPTEMBER, 2007 AND DRAFT TRANSMITTAL LETTER (0.3); BEGIN TO REVIEW SIXTH FEE APPLICATION MATTERS (0.3). |
| BUTLER, JR. J | 11/30/07 | 3.10 | REVISE AND FINALIZE SIXTH FEE APPLICATION (2.3); REVIEW AND FINALIZE SIXTH SUPPLEMENTAL DISCLOSURE AFFIDAIVIT (0.8). |
|  |  | **9.90** |  |
| MARAFIOTI KA | 11/28/07 | 0.50 | BEGIN TO REVIEW AND REVISE 6TH INTERIM FEE APPLICATION (0.5). |
| MARAFIOTI KA | 11/29/07 | 0.60 | CONTINUE REVIEW OF 6TH INTERIM FEE APPLICATION (0.6). |
| MARAFIOTI KA | 11/30/07 | 2.20 | REVIEW AND REVISE 6TH INTERIM FEE APPLICATION (1.8) AND 6TH SUPPLEMENTAL BUTLER DECLARATION (0.4). |
|  |  | **3.30** |  |
| MEISLER RE | 11/26/07 | 6.70 | BEGIN TO REVIEW AND COMMENT ON 6TH INTERIM FEE APPLICATION (6.7). |
| MEISLER RE | 11/27/07 | 5.60 | CONTINUE TO REVIEW AND COMMENT ON 6TH INTERIM FEE APPLICATION (5.6). |
| MEISLER RE | 11/28/07 | 2.30 | REVIEW AND COMMENT ON FIFTH SUPPLEMENTAL DECLARATION (1.8); REVIEW LOGISTICS FOR FILING OF FEE APPLICATION (0.5). |
| MEISLER RE | 11/29/07 | 1.60 | CONTINUE TO REVIEW AND CONSIDER SUPPLEMENTAL DECLARATION (1.4); REVIEW AND COMMENT ON NOTICE OF FEE APPLICATION (0.2). |
| MEISLER RE | 11/30/07 | 5.40 | REVISE FEE APPLICATION AND FINALIZE (4.0); REVISE AND FINALIZE DECLARATION (1.4). |

215

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

|  |  | 21.60 |  |
|---|---|---|---|
| **Total Partner** |  | **34.80** |  |
| BOLTON IS | 11/01/07 | 3.60 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APPLICATION (3.6). |
| BOLTON IS | 11/02/07 | 3.20 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APPLICATION (3.2). |
| BOLTON IS | 11/05/07 | 4.20 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APPLICATION (4.2). |
| BOLTON IS | 11/06/07 | 4.50 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APPLICATION (4.5). |
| BOLTON IS | 11/07/07 | 3.60 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APPLICATION (3.6). |
| BOLTON IS | 11/08/07 | 4.20 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH AMENDED FEE APP (4.2). |
| BOLTON IS | 11/09/07 | 4.40 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH AMENDED FEE APP (3.0); CONTINUE TO REVIEW AND REVISE PLAN MATTER RE: SAME (1.4). |
| BOLTON IS | 11/14/07 | 3.20 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (2.2); CORRESPONDENCE WITH WORKING GROUP RE: SAME (1.0). |
| BOLTON IS | 11/16/07 | 3.40 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (3.4). |
| BOLTON IS | 11/17/07 | 1.30 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (1.3). |
| BOLTON IS | 11/18/07 | 4.70 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (4.7). |
| BOLTON IS | 11/19/07 | 1.60 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (1.6). |
| BOLTON IS | 11/22/07 | 2.00 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (0.8); DRAFT INTELLECTUAL PROPERTY RIDER RE: SAME (1.2). |
| BOLTON IS | 11/23/07 | 2.40 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (2.4). |
| BOLTON IS | 11/26/07 | 4.20 | CONTINUE REVIEW, ANALYSIS, AND REVISION RE: SASM&F SIXTH INTERIM FEE APP (4.2). |
| BOLTON IS | 11/28/07 | 3.60 | CONTINUE TO DRAFT, REVIEW, AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (3.6). |
| BOLTON IS | 11/29/07 | 3.80 | CONTINUE TO DRAFT, REVIEW, AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (3.8). |
| BOLTON IS | 11/30/07 | 1.20 | CONTINUE TO REVIEW AND REVISE RE: SASM&F SIXTH INTERIM FEE APP (1.2). |
|  |  | **59.10** |  |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| GARTNER M | 11/08/07 | 4.80 | REVIEW DISCLOSURE RESULTS FOR SIXTH SUPPLEMENTAL DECLARATION (4.8). |
| GARTNER M | 11/09/07 | 8.80 | REVIEW DISCLOSURE RESULTS FOR SIXTH SUPPLEMENTAL DECLARATION (8.8). |
| GARTNER M | 11/12/07 | 3.60 | REVIEW DISCLOSURE RESULTS IN PREPARATION FOR SIXTH SUPPLEMENTAL DECLARATION (3.6). |
| GARTNER M | 11/13/07 | 2.40 | REVIEW DISCLOSURE RESULTS AND BEGIN PREPARING CHARTS FOR SIXTH SUPPLEMENTAL DECLARATION (2.4). |
| GARTNER M | 11/14/07 | 3.20 | REVIEW DISCLOSURE RESULTS AND PREPARE CHART IN PREPARATION FOR FILING OF SIXTH SUPPLEMENTAL DECLARATION (3.2). |
| GARTNER M | 11/15/07 | 2.80 | REVIEW DISCLOSURE RESULTS AND PREPARE CHARTS IN PREPARATION FOR FILING OF SIXTH SUPPLEMENTAL DECLARATION (2.8). |
| GARTNER M | 11/16/07 | 7.40 | REVIEW DISCLOSURE RESULTS AND PREPARE CHARTS IN PREPARATION FOR FILING OF SIXTH SUPPLEMENTAL DECLARATION (7.4). |
| GARTNER M | 11/19/07 | 6.20 | REVIEW AND PREPARE MATERIALS FOR SIXTH SUPPLEMENTAL DECLARATION (6.2). |
| GARTNER M | 11/20/07 | 10.20 | REVIEW DISCLOSURE RESULTS IN PREPARATION FOR SIXTH SUPPLEMENTAL DECLARATION (10.2). |
| GARTNER M | 11/23/07 | 10.50 | REVIEW RESULTS PREPARE FOR SIXTH SUPPLEMENTAL DECLARATION (10.5). |
| GARTNER M | 11/29/07 | 10.30 | ATTEND TO SOLICITATION AND DISCLOSURE/SUPPLEMENTAL DECLARATION MATTERS (10.3). |
| GARTNER M | 11/30/07 | 7.40 | REVIEW, FINALIZE AND FILE SIXTH SUPPLEMENTAL DECLARATION (6.4); PREPARE DISCLOSURE REVIEW FOR ADDITIONAL PARTIES (1.0). |
| | | **77.60** | |
| ~~HILL LF~~ | ~~11/09/07~~ | ~~1.10~~ | ~~DRAFT FEE APPLICATION (1.1).~~ |
| | | ~~1.10~~ | |
| PERL MW | 11/05/07 | 1.70 | WORK ON FEE APPLICATION PREPARATION AND DRAFTING (1.1); REVIEW AND PROVIDE COMMENTS TO DRAFT SECTION OF FEE APPLICATION (0.6). |
| PERL MW | 11/06/07 | 0.40 | PRELIMINARY REVIEW OF VARIOUS DRAFTS OF RIDERS FOR FEE APPLICATION AND ASSIST WORKING GROUP WITH SAME (0.4). |
| PERL MW | 11/07/07 | 0.80 | REVIEW AND PROVIDE COMMENTS ON DRAFT SECTIONS OF SAKDDEN'S SIXTH INTERIM FEE APPLICATION (0.8). |
| PERL MW | 11/12/07 | 0.60 | REVIEW AND PROVIDE COMMENTS TO SECTION OF SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.6). |

| PERL MW | 11/14/07 | 2.50 | BEGIN TO REVIEW AND PROVIDE COMMENTS TO SKADDEN'S SIXTH INTERIM FEE APPLICATION (2.3); TELECONFERENCE WITH WORKING GROUP RE: MONTHLY FEE STATEMENTS (0.2). |
|---|---|---|---|
| PERL MW | 11/16/07 | 1.90 | CONTINUE TO REVIEW AND PROVIDE COMMENTS TO SKADDEN'S SIXTH INTERIM FEE APPLICATION (1.9). |
| PERL MW | 11/17/07 | 2.70 | REVIEW AND PROVIDE COMMENTS TO SKADDEN'S SIXTH INTERIM FEE APPLICATION (2.7). |
| PERL MW | 11/18/07 | 4.30 | CONTINUE TO REVIEW AND PROVIDE COMMENTS TO SKADDEN'S SIXTH INTERIM FEE APPLICATION AND FOLLOW UP RE: SAME (4.3). |
| PERL MW | 11/19/07 | 0.50 | PROVIDE ADDITIONAL COMMENTS IN CONNECTION WITH SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.4); CORRESPOND RE: PREPARATION OF FEE APPLICATION NOTICE (0.1). |
| PERL MW | 11/20/07 | 1.20 | COORDINATE RE: DATA FOR SAKDDEN'S SIXTH INTERIM FEE APPLICATION (0.4); STRATEGIZE WITH WORKING GROUP RE: FEE APPLICATION PREPARATION (0.3) AND FOLLOW UP RE: SAME (0.5). |
| PERL MW | 11/21/07 | 7.20 | REVIEW DATA AND CREATE VARIOUS TABLES FOR INCLUSION IN SKADDEN'S SIXTH INTERIM FEE APPLICATION (6.7); STRATEGIZE WITH WORKING GROUP RE: VARIOUS FEE APPLICATION MATTERS (0.5). |
| PERL MW | 11/22/07 | 0.40 | REVIEW SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.4). |
| PERL MW | 11/23/07 | 3.20 | REVIEW AND PROVIDE COMMENTS ON SAKDDEN'S SIXTH INTERIM FEE APPLICATION (0.6); REVIEW VARIOUS CALCULATIONS AND UPDATE FEE APPLICATION (1.4); CONTINUE TO WORK ON SKADDEN'S SIXTH INTERIM FEE APPLICATION (1.2). |
| PERL MW | 11/26/07 | 6.30 | REVISE AND UPDATE FEE APPLICATION DATA (4.9) AND RELATED DATA CHARTS (0.8) FOR INCLUSION IN FEE APPLICATION AND UPDATE AND FEE APPLICATION WITH SAME (0.6). |
| PERL MW | 11/27/07 | 13.40 | CONSIDER COMMENTS TO SKADDEN'S FEE APPLICATION (0.5); REVISE SKADDEN'S SIXTH INTERIM FEE APPLICATION (2.3); CONTINUE TO REVIEW, REVISE, AND WORK ON SKADDEN'S SIXTH INTERIM FEE APPLICATION, INCLUDING FOLLOW UP ON VARIOUS COMMENTS (9.3); CONSIDER ISSUES RE: CLAIMS DATA (1.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PERL MW | 11/28/07 | 4.70 | REVIEW TIME DETAIL EXHIBITS FOR FEE APPLICATION FILING (2.7); FOLLOW UP WITH WORKING GROUP RE: COMMENTS TO SAME (0.2); FOLLOW UP TELECONFERENCE RE: FEE STATISTICS (0.2); COORDINATE WITH WORKING GROUP RE: VARIOUS FEE APPLICATION MATTERS (1.3); REVIEW COMMENTS AND REVISE SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.1); REVIEW AND PROVIDE COMMENTS ON NOTICE OF FILING OF SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.2). |
| PERL MW | 11/29/07 | 3.70 | COORDINATE WITH WORKING GROUP RE: LOGISTICS AND DETAILS RE: FEE APP FILING AND SERVICE (1.4); REVIEW NOTICE AND CONSIDER ISSUE RE: SAME (0.2); REVIEW AND COMMENT ON DRAFT OF SKADDEN'S SIXTH INTERIM FEE APPLICATION (2.1). |
| PERL MW | 11/30/07 | 7.30 | CONTINUE TO REVIEW AND REVISE SKADDEN'S SIXTH INTERIM FEE APPLICATION (1.6); REVIEW TIME DETAIL EXHIBITS AND FOLLOW UP TELECONFERENCE RE: SAME (0.2); PREPARE CERTIFICATION IN CONNECTION WITH FILING (0.1); REVIEW AND UPDATE SERVICE LIST RE: SAME (0.1); CONTINUE TO REVIEW AND REVISE SKADDEN'S SIXTH INTERIM FEE APPLICATION AND CONSIDER RELATED INQUIRIES (3.8); REVIEW AND CONSIDER COMMENTS RE: SAME (0.7); CORRESPONDENCE RE: ACCOMMODATION ISSUE AND FOLLOW UP RE: SAME (0.4); FINALIZE DOCUMENTS AND COORDINATE RE: FILING OF SAME (0.4). |
| | | **62.80** | |
| PLATT SJ | 11/01/07 | 0.20 | DISCLOSURE RESEARCH FOR SIXTH SUPPLEMENTAL DECLARATION (0.2). |
| PLATT SJ | 11/02/07 | 0.50 | REVIEW DISCLOSURE RESEARCH (0.5). |
| PLATT SJ | 11/07/07 | 1.30 | REVIEW DISCLOSURE RESEARCH (1.3). |
| PLATT SJ | 11/11/07 | 5.90 | REVIEW SKADDEN'S AUGUST COMPENSATION PACKAGE (5.9). |
| PLATT SJ | 11/16/07 | 1.90 | REVIEW DISCLOSURE RESEARCH (1.9). |
| PLATT SJ | 11/18/07 | 6.20 | BEGIN REVIEWING SKADDEN MONTHLY COMPENSATION PACKAGE FOR SEPTEMBER (6.2). |
| PLATT SJ | 11/19/07 | 1.20 | CONTINUE TO REVIEW SKADDEN COMPENSATION PACKAGE FOR SEPTEMBER (1.2). |
| PLATT SJ | 11/21/07 | 0.90 | REVIEW DISCLOSURE RESEARCH AND REVISE CHART FOR SIXTH SUPPLEMENTAL DECLARATION (0.9). |
| PLATT SJ | 11/26/07 | 1.60 | REVIEW DISCLOSURE RESEARCH (1.6). |
| PLATT SJ | 11/27/07 | 6.00 | REVIEW DISCLOSURE RESEARCH (3.2); REVISE SIXTH SUPPLEMENTAL DECLARATION (2.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

|  |  |  |  |
|---|---|---|---|
|  |  | 25.70 |  |
| SUBER KM | 11/28/07 | 0.90 | REVIEW FEE APPLICATION FILING PROCEDURES WITH DELPHI TEAM MEMBERS (0.9). |
| SUBER KM | 11/29/07 | 1.00 | CONFER WITH DELPHI TEAM MEMBERS RE: SIXTH INTERIM FEE APPLICATION (1.0). |
| SUBER KM | 11/30/07 | 3.60 | REVIEW EXHIBIT D OF THE SIXTH INTERIM FEE APPLICATION (1.5); WORK WITH LEGAL ASSISTANTS TO FILE THE SIXTH INTERIM FEE APPLICATION (0.5); DRAFT AFFIDAVIT OF SERVICE IN CONNECTION WITH THE SIXTH INTERIM FEE APPLICATION FOR REVIEW BY DELPHI TEAM MEMBERS (1.5); DISTRIBUTE NOTICE OF HEARING TO KCC FOR SERVICE ON APPROPRIATE SERVICE LISTS (0.1). |
|  |  | 5.50 |  |
| **Total Associate** |  | **231.80** |  |
| ~~CHAVALI A~~ | ~~11/30/07~~ | ~~2.60~~ | ~~FILE DECLARATION (0.5); FILE SKADDEN FEE APPLICATION (0.8); DISTRIBUTE FILED PLEADINGS (1.3).~~ |
|  |  | ~~2.60~~ |  |
| DEMMA J | 11/08/07 | 3.10 | UPDATE FEE APPLICATION INFORMATION (3.1). |
| DEMMA J | 11/20/07 | 2.10 | PREPARE EXHIBITS FOR FEE APPLICATION (2.1). |
| DEMMA J | 11/28/07 | 0.60 | COORDINATE SERVICE OF SIXTH INTERIM FEE APPLICATION (0.6). |
|  |  | 5.80 |  |
| FIGUEROA T | 11/26/07 | 0.60 | REVIEW TASKS TO BE COMPLETED FOR ASSEMBLING SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.6). |
| FIGUEROA T | 11/27/07 | 3.80 | UPDATE SKADDEN'S SIXTH INTERIM FEE APPLICATION (2.6); PREPARE EXHIBIT COVER PAGES AND EXHIBITS (1.2). |
| FIGUEROA T | 11/28/07 | 1.10 | UPDATE EXHIBIT COVER SHEETS TO SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.5); ASSEMBLE EXHIBITS (0.6). |
| FIGUEROA T | 11/29/07 | 4.90 | PREPARE FOR FILING AND SERVICE OF SKADDEN'S SIXTH INTERIM FEE APPLICATION (4.9). |
| FIGUEROA T | 11/30/07 | 6.70 | PREPARE FOR FILING AND SERVICE OF SKADDEN'S SIXTH INTERIM FEE APPLICATION (6.7). |
|  |  | 17.10 |  |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| **Total Legal Assistant** | | 25.50 | |
| ~~ROMAN JJ~~ | ~~11/27/07~~ | ~~2.60~~ | ~~PREPARE SIXTH FEE APPLICATION BREAKDOWNS (2.6).~~ |
| | | ~~2.60~~ | |
| ~~Total Legal Assistant Support~~ | | ~~2.60~~ | |
| **TOTAL TIME** | | **294.70** | |

221                                                                B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

Delphi Corporation (DIP))  Bill Date: 01/10/08
Retention /Fee Matters (SASM&F)  Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/02/07 | Copy Center, D | 33.92 |
| In-house Reproduction | 11/06/07 | Copy Center, D | 34.02 |
| In-house Reproduction | 11/16/07 | Copy Center, D | 74.55 |
| In-house Reproduction | 11/23/07 | Copy Center, D | 20.41 |
| In-house Reproduction | 11/30/07 | Copy Center, D | 132.88 |
| In-house Reproduction | 11/30/07 | Copy Center, D | 30.22 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$326.00** |
| Lexis/Nexis | 11/28/07 | Bolton IS | 74.00 |
| | | **TOTAL LEXIS/NEXIS** | **$74.00** |
| Out-of-Town Travel | 11/29/07 | Perl MW | 2,966.89 |
| Out-of-Town Travel | 11/30/07 | Meisler RE | 3,048.11 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$6,015.00** |
| Messengers/ Courier | 11/23/07 | Dist Serv/Mail/Page, D | 121.96 |
| Messengers/ Courier | 11/23/07 | Dist Serv/Mail/Page, D | 147.76 |
| Messengers/ Courier | 11/23/07 | Dist Serv/Mail/Page, D | 23.93 |
| Messengers/ Courier | 11/29/07 | Dist Serv/Mail/Page, D | 157.71 |
| Messengers/ Courier | 11/29/07 | Dist Serv/Mail/Page, D | 31.28 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 39.39 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 33.17 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 39.39 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 33.17 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 33.17 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 45.38 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 36.89 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 36.89 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 39.39 |
| Messengers/ Courier | 11/30/07 | Dist Serv/Mail/Page, D | 57.52 |
| | | **TOTAL MESSENGERS/ COURIER** | **$877.00** |
| Out-of-Town Meals | 11/26/07 | Perl MW | 3.50 |
| Out-of-Town Meals | 11/26/07 | Perl MW | 7.51 |
| Out-of-Town Meals | 11/26/07 | Perl MW | 44.71 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 11/26/07 | Meisler RE | 5.38 |
| Out-of-Town Meals | 11/26/07 | Meisler RE | 5.06 |
| Out-of-Town Meals | 11/27/07 | Perl MW | 24.80 |
| Out-of-Town Meals | 11/27/07 | Perl MW | 13.81 |
| Out-of-Town Meals | 11/27/07 | Meisler RE | 22.99 |
| Out-of-Town Meals | 11/28/07 | Perl MW | 35.29 |
| Out-of-Town Meals | 11/28/07 | Perl MW | 28.27 |
| Out-of-Town Meals | 11/29/07 | Perl MW | 15.01 |
| Out-of-Town Meals | 11/29/07 | Perl MW | 44.46 |
| Out-of-Town Meals | 11/29/07 | Perl MW | 4.95 |
| Out-of-Town Meals | 11/30/07 | Meisler RE | 35.06 |
| Out-of-Town Meals | 11/30/07 | Meisler RE | 7.11 |
| Out-of-Town Meals | 11/30/07 | Meisler RE | 27.09 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$325.00** |
| CLR/Disclosure | 11/30/07 | Office Admin, D | 30.00 |
| CLR/Disclosure | 11/30/07 | Office Admin, D | 3.00 |
| | | **TOTAL CLR/DISCLOSURE** | **$33.00** |
| | | **TOTAL MATTER** | **$7,650.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP))**  Bill Date: 01/31/08
**Retention /Fee Matters (SASM&F)**  Bill Number: 1208196

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 12/01/07 | 0.80 | REVIEW HOLDBACK INFORMATION FROM FIFTH INTERIM FEE APPLICATION (0.2) AND CORRESPOND WITH WORKING GROUP RE: SAME (0.4); FOLLOW UP WITH WORKING GROUP RE: MONTHLY STATEMENTS (0.1) AND MATTERS RELATING TO SIXTH INTERIM FEE APPLICATION (0.1). |
| BUTLER, JR. J | 12/07/07 | 2.00 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR OCTOBER, 2007 (2.0). |
| BUTLER, JR. J | 12/09/07 | 2.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR OCTOBER, 2007 (2.8). |
| BUTLER, JR. J | 12/10/07 | 1.80 | CONTINUE TO REVIEW AND REVISE MONTHLY COMPENSATION PACKAGE FOR OCTOBER, 2007 (1.8). |
| BUTLER, JR. J | 12/11/07 | 0.40 | FINALIZE MONTHLY COMPENSATION PACKAGE FOR OCTOBER, 2007 (0.3); DRAFT TRANSMITTAL LETTER (0.1). |
|  |  | **7.80** |  |
| **Total Partner** |  | **7.80** |  |
| GARTNER M | 12/03/07 | 2.10 | PERFORM DISCLOSURE RESEARCH AND REVIEW RESULTS (2.1). |
| GARTNER M | 12/04/07 | 0.30 | PERFORM DISCLOSURE RESEARCH (0.3). |
|  |  | **2.40** |  |
| PERL MW | 12/02/07 | 0.10 | REVIEW AFFIDAVIT OF SERVICE AND CORRESPOND WITH WORKING GROUP RE: SAME (0.1). |
| PERL MW | 12/03/07 | 0.80 | REVIEW HOLDBACK INFORMATION FROM FIFTH INTERIM FEE APPLICATION (0.2) AND CORRESPOND WITH WORKING GROUP RE: SAME (0.4); FOLLOW UP WITH WORKING GROUP RE: MONTHLY STATEMENTS (0.1) AND MATTERS RELATING TO SIXTH INTERIM FEE APPLICATION (0.1). |
| PERL MW | 12/04/07 | 0.20 | REVIEW AFFIDAVIT OF SERVICE AND CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.1); FOLLOW UP RE: HOLDBACK FOR SKADDEN'S FIFTH INTERIM FEE PERIOD (0.1). |
| PERL MW | 12/10/07 | 3.30 | REVIEW MONTHLY COMPENSATION PACKAGE FOR OCTOBER 2007 (3.3). |
|  |  | **4.40** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SUBER KM | 12/01/07 | 1.30 | DRAFT THE AFFIDAVIT OF SERVICE FOR THE SIXTH INTERIM FEE APPLICATION (1.0); DISTRIBUTE THE AFFIDAVIT OF SERVICE TO DELPHI TEAM MEMBERS FOR REVIEW AND COMMENT (0.2); CORRESPOND WITH KCC RE: SERVICE OF THE SIXTH INTERIM FEE APPLICATION (0.1). |
| SUBER KM | 12/02/07 | 2.10 | CONFER WITH DELPHI TEAM MEMBERS RE: AFFIDAVIT OF SERVICE FOR THE SIXTH INTERIM FEE APPLICATION (0.2); REVIEW THE SIXTH INTERIM FEE APPLICATION (1.6); DISTRIBUTE CORRESPONDENCE RE: THE SIXTH INTERIM FEE APPLICATION (0.3). |
| | | 3.40 | |
| **Total Associate** | | **10.20** | |
| FIGUEROA T | 12/03/07 | 1.30 | DRAFT AFFIDAVIT OF SERVICE FOR SERVICE OF SKADDEN'S SIXTH INTERIM FEE APPLICATION (0.6); PREPARE ADDITIONAL COPIES OF THE FEE APPLICATION TO DISTRIBUTE (0.7). |
| | | 1.30 | |
| **Total Legal Assistant** | | **1.30** | |
| **TOTAL TIME** | | **19.30** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

**Delphi Corporation (DIP))** **Bill Date: 01/31/08**
**Retention /Fee Matters (SASM&F)** **Bill Number: 1208196**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/03/07 | DeJesus E | 349.47 |
| In-house Reproduction | 12/03/07 | DeJesus E | 349.47 |
| In-house Reproduction | 12/03/07 | Alexander LD | 119.88 |
| In-house Reproduction | 12/03/07 | Alexander LD | 4.40 |
| In-house Reproduction | 12/03/07 | Alexander LD | 3.30 |
| In-house Reproduction | 12/03/07 | DeJesus E | 142.79 |
| In-house Reproduction | 12/04/07 | Copy Center, D | 1,148.11 |
| In-house Reproduction | 12/04/07 | Copy Center, D | 66.20 |
| In-house Reproduction | 12/06/07 | Walter SC | 577.16 |
| In-house Reproduction | 12/06/07 | Walter SC | 865.74 |
| In-house Reproduction | 12/06/07 | Walter SC | 865.74 |
| In-house Reproduction | 12/06/07 | Walter SC | 865.74 |
| In-house Reproduction | 12/21/07 | Copy Center, D | 39.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5,397.00** |
| Messengers/ Courier | 12/03/07 | OSMIO | 38.75 |
| Messengers/ Courier | 12/03/07 | OSMIO | 33.32 |
| Messengers/ Courier | 12/03/07 | OSMIO | 33.33 |
| Messengers/ Courier | 12/03/07 | OSMIO | 33.32 |
| Messengers/ Courier | 12/03/07 | Dist Serv/Mail/Page, D | 21.08 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 56.31 |
| Messengers/ Courier | 12/07/07 | Dist Serv/Mail/Page, D | 65.89 |
| | | **TOTAL MESSENGERS/ COURIER** | **$282.00** |
| Print Images to Paper (from Electronic Media) | 12/02/07 | Copy Center, D | 91.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$91.00** |
| | | **TOTAL MATTER** | **$5,770.00** |

B43E