SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
    In re                 :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :    Case No. 05-44481 (RDD)
                                            :
        Reorganized Debtors.    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


EXHIBIT D-20
ENVIRONMENTAL MATTERS
126.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                   Bill Date: 11/30/07
Environmental Matters                                      Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~ALLEN JR~~ | ~~10/08/07~~ | ~~6.30~~ | ~~RESEARCH AND DRAFT LETTER TO KDHE (P. CASEY) RE: NRD CLAIM AGAINST DELPHI (6.3).~~ |
| ~~ALLEN JR~~ | ~~10/10/07~~ | ~~3.30~~ | ~~TELECONFERENCE WITH K. JONES RE: REVISIONS TO LETTER TO KDHE; REVISE LETTER AND EMAIL TO K. JONES; EMAIL TO KDHE (P. CASEY) RE: NRD CLAIM; RESEARCH RE: NRD (3.3).~~ |
| ~~ALLEN JR~~ | ~~10/15/07~~ | ~~0.60~~ | ~~REVIEW AND EDIT LETTER TO KDHE RE: NRD CLAIM (0.6).~~ |
|  |  | ~~10.20~~ |  |
| BERLIN K | 10/23/07 | 1.60 | REVIEW OF STATUS OF ALL CLAIMS AND E-MAILS RE: SAME (1.1); REVIEW OF LATEST CASE CALENDAR AND MOTION SUMMARY CHART (0.5). |
| BERLIN K | 10/24/07 | 1.50 | REVIEW OF CSX STIPULATION (0.2); REVIEW OF OCTOBER 17, 2007 PRESENTATION TO JOINT MEETING OF THE DELPHI STATUTORY COMMITTEES (1.3). |
| BERLIN K | 10/28/07 | 0.10 | REVIEW OF EMAIL ON KILROY DECISION (0.1). |
| BERLIN K | 10/29/07 | 0.50 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5). |
| BERLIN K | 10/31/07 | 0.20 | TELECONFERENCE WITH J. WHARTON RE: UNIVERSAL TOOL CASE (0.2). |
|  |  | 3.90 |  |
| MEISLER RE | 10/10/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE RE: VANDALIA SETTLEMENT (0.3). |
| MEISLER RE | 10/11/07 | 0.60 | TELECONFERENCE WITH K. JONES RE: VANDALIA INDEMNIFICATION (0.4); TELECONFERENCE WITH K. JONES AND M. KAHN RE: SAME (0.2). |
| MEISLER RE | 10/16/07 | 1.20 | REVIEW CORRESPONDENCE RE: VANDALIA CLAIM (0.2), REVIEW AND COMMENT ON SETTLEMENT AGREEMENT RE: SAME (0.7), REVIEW AND COMMENT ON STIPULATION RE: SAME (0.2); TELECONFERENCE WITH M. KAHN RE: VANDALIA (0.1). |
|  |  | 2.10 |  |
| **Total Partner** |  | **16.20** |  |
| AMODEO JA | 10/01/07 | 8.20 | REVIEW ENVIRONMENTAL CLAIMS; DRAFT SETTLEMENTS AND STIPULATIONS (8.2). |
| AMODEO JA | 10/09/07 | 4.20 | REVIEW ENVIRONMENTAL CLAIMS; DRAFT SETTLEMENTS (4.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| AMODEO JA | 10/10/07 | 2.80 | DRAFT SETTLEMENTS FOR ENVIRONMENTAL CLAIMS (2.8). |
| AMODEO JA | 10/11/07 | 3.90 | REVIEW FILES ON ENVIRONMENTAL CLAIMS BY DTSC, OHIO ENVIRONMENTAL PROTECTION AGENCY (3.9). |
| AMODEO JA | 10/17/07 | 3.20 | DRAFT STIPULATION FOR SCX CLAIM (3.2). |
| AMODEO JA | 10/18/07 | 2.10 | DRAFT STIPULATIONS FOR CST AND OTHER ENVIRONMENTAL CLAIMS (2.1). |
| AMODEO JA | 10/24/07 | 1.30 | FOLLOW-UP ON STIPULATION FOR CSX CLAIM (1.3). |
| | | 25.70 | |
| **Total Counsel** | | 25.70 | |
| **TOTAL TIME** | | **41.90** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  Bill Date: 11/30/07
**Environmental Matters**  Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 10/23/07 | Copy Center, D | 6.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$6.00** |
| Messengers/ Courier | 10/15/07 | Dist Serv/Mail/Page, D | 7.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| Print Images to Paper (from Electronic Media) | 10/02/07 | Copy Center, D | 42.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$42.00** |
| | | **TOTAL MATTER** | **$55.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP))  Bill Date: 01/10/08
Environmental Matters  Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 11/06/07 | 0.70 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5); TELECONFERENCE WITH M. HESTER RE: MISCELLANEOUS ISSUES (0.2). |
| BERLIN K | 11/07/07 | 0.20 | REVIEW OF CSX STIPULATION AND TELECONFERENCE WITH J. GROSS RE: SAME (0.2). |
| BERLIN K | 11/13/07 | 1.20 | TELECONFERENCE WITH M. HESTER AND K. LARSON RE: PERMIT TRANSFER ISSUES (0.7); REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5). |
| BERLIN K | 11/19/07 | 0.60 | REVIEW OF LATEST MOTION SUMMARY CHART AND CASE CALENDAR (0.6). |
| BERLIN K | 11/27/07 | 0.50 | REVIEW OF CASE CALENDAR AND MOTION SUMMARY CHART (0.5). |
|  |  | 3.20 |  |
| **Total Partner** |  | 3.20 |  |
| **TOTAL TIME** |  | **3.20** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**  Bill Date: 01/10/08
**Environmental Matters**  Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 11/09/07 | Copy Center, D | 97.56 |
| Reproduction - color | 11/09/07 | Copy Center, D | 22.52 |
| Reproduction - color | 11/13/07 | Copy Center, D | 638.92 |
| | | **TOTAL REPRODUCTION - COLOR** | **$759.00** |
| | | **TOTAL MATTER** | **$759.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

```
Delphi Corporation (DIP))                                    Bill Date: 01/31/08
Environmental Matters                                        Bill Number: 1208196
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| AMODEO JA | 12/13/07 | 3.00 | REVIEW ENVIRONMENTAL CLAIMS FOR SETTLEMENT (3.0). |
| AMODEO JA | 12/18/07 | 7.10 | RESEARCH ON LATE FEES AS PART OF CLAIM (4.1); REVIEW PENDING ENVIRONMENTAL CLAIMS (3.0). |
| AMODEO JA | 12/19/07 | 3.00 | RESEARCH LATE FEES AS PART OF CLAIM (3.0). |
| AMODEO JA | 12/20/07 | 7.10 | REVIEW STATUS OF PENDING ENVIRONMENTAL CLAIMS (7.1). |
| AMODEO JA | 12/21/07 | 0.80 | TELECONFERENCES RE: ENVIRONMENTAL PERMIT FEE (0.8). |
| | | **21.00** | |
| **Total Counsel** | | **21.00** | |
| **TOTAL TIME** | | **21.00** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**  **Bill Date: 01/31/08**
**Environmental Matters**  **Bill Number: 1208196**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 12/17/07 | Amodeo JA | 195.48 |
| Westlaw | 12/18/07 | Amodeo JA | 525.98 |
| Westlaw | 12/19/07 | Amodeo JA | 471.54 |
| | | **TOTAL WESTLAW** | **$1,193.00** |
| Messengers/ Courier | 12/21/07 | Dist Serv/Mail/Page, D | 24.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$24.00** |
| | | **TOTAL MATTER** | **$1,217.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Environmental Matters  

Bill Date: 02/29/08  
Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BERLIN K | 01/02/08 | 0.70 | REVIEW OF E-MAIL FROM P. SINCLAIR RE: MILL CREEK SETTLEMENT ISSUES; AND REVIEW DOCUMENTS RE: SAME (0.4); REVIEW OF INTERIORS/CLOSURE SALE APPROVAL ORDER AND E-MAIL RE: SAME (0.3). |
| BERLIN K | 01/07/08 | 2.40 | TELECONFERENCE WITH J. AMODEO RE: MILL CREEK ISSUES (0.2); REVIEW OF KANSAS NRD DOCUMENTS (2.2). |
| BERLIN K | 01/08/08 | 1.50 | CONTINUED REVIEW OF KANSAS NRD DOCUMENTS AND TELECONFERENCE WITH J. ARHEN RE: SAME (1.2); TELECONFERENCE WITH M. HESTER RE: SAME AND GENERAL CLAIMS (0.3). |
| BERLIN K | 01/09/08 | 6.40 | REVIEW STATUS OF ALL ENVIRONMENTAL CLAIMS AND MEMORANDUM (3.3); TELECONFERENCE WITH J. ALLEN RE: NRD RESPONSE LETTER AND REVIEW OF SAME (0.5); TELECONFERENCE WITH C. GILL RE: MICHIGAN CLAIM (0.3); REVIEW OF RELEASE ISSUES RAISED BY C. GILL AND PLAN LANGUAGE AND CONFERENCE M. HESTER RE: SAME (1.8); REVIEW MILL CREEK CONSENT ORDER (0.5). |
| BERLIN K | 01/10/08 | 5.30 | NUMEROUS TELECONFERENCES WITH M. HESTER, C. GILL, A. TENNENBAUM AND F. BIROS RE: RELEASE ISSUES AND REVIEW OF DOCUMENTS AND LEGAL ISSUES RE: SAME (5.3). |
| BERLIN K | 01/11/08 | 2.70 | CONTINUE TO REVIEW OF RELEASE ISSUES AND TELECONFERENCE WITH WEIL GOTSHAL RE: SAME (2.7). |
| BERLIN K | 01/13/08 | 0.70 | TELECONFERENCE WITH M. HESTER AND REVIEW OF STATUS OF GM ISSUES (0.7). |
| BERLIN K | 01/15/08 | 3.00 | PREPARE FOR TELECONFERENCE WITH M. HESTER ET. AL., RE: ALL CLAIMS ISSUES AND FOLLOW-UP TELECONFERENCE WITH SAME WORKING GROUP (2.8); TELECONFERENCE WITH C. GILL RE: MICHIGAN CLAIM (0.2). |
| BERLIN K | 01/16/08 | 0.90 | REVIEW OF MILL CREEK ORDER (0.2); TELECONFERENCE WITH B. SHIRKORA AND M. HESTER RE: OPEN CLAIMS (0.3); TELECONFERENCE WITH WORKING GROUP RE: MICHIGAN STOCK ISSUE AND E-MAIL RE: SAME (0.4). |
| BERLIN K | 01/17/08 | 0.20 | REVIEW OF OLATHE SETTLEMENT DRAFT (0.2). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| BERLIN K | 01/23/08 | 2.50 | REVIEW OF REVOLVING CREDIT AGREEMENT AND APPLICABLE ENVIRONMENTAL ISSUES (2.1); TELECONFERENCE WITH M. HESTER, AND M. HESTER AND J. OSWALD RE: SAME (0.4). |
| | | **26.30** | |
| MARAFIOTI KA | 01/11/08 | 1.70 | TELECONFERENCE WITH J. TANENBAUM, M. KESSLER, F. FROMM, V. VRON RE: ENVIRONMENTAL RELEASES (0.5) AND FOLLOWUP ANALYSIS (0.4); REVIEW MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY PLAN OBJECTION (0.4) AND CONSIDER ISSUES RE: SAME (0.4). |
| | | **1.70** | |
| **Total Partner** | | **28.00** | |
| AMODEO JA | 01/02/08 | 9.10 | REVIEW ENVIRONMENTAL CLAIMS; DEVELOP CHART OF STATUS (9.1). |
| AMODEO JA | 01/04/08 | 3.30 | REVIEW ENVIRONMENTAL CLAIMS; PREPARE STATUS CHART (3.3). |
| AMODEO JA | 01/07/08 | 3.20 | REVIEW DRAFT SETTLEMENT OF KILROY CLAIM, CLAIM BY CITY OF OLATHE (3.2). |
| AMODEO JA | 01/09/08 | 2.90 | REVIEW STATUS OF ENVIRONMENTAL CLAIMS; DRAFT FUNDING AGREEMENT RELATED TO OLATHE CLAIM (2.9). |
| AMODEO JA | 01/15/08 | 6.20 | PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH M. HESTER RE: CLAIMS STATUS; FOLLOW-UP REVIEW OF PLAN PROVISIONS; DRAFT SETTLEMENT OF OLATHE CLAIM (6.2). |
| AMODEO JA | 01/16/08 | 5.80 | TELECONFERENCE WITH M. HESTER RE: STATUS OF CLAIMS; REVISE DRAFT FUNDING AGREEMENT WITH CITY OF OLATHE; DRAFT SETTLEMENT OF MDEQ CLAIM (5.8). |
| AMODEO JA | 01/21/08 | 7.20 | REVISE SETTLEMENT AGREEMENTS AND STIPULATIONS FOR ENVIRONMENTAL CLAIMS (7.2). |
| AMODEO JA | 01/22/08 | 4.90 | REVISE DRAFT SETTLEMENT AGREEMENT FOR ENVIRONMENTAL CLAIMS (4.9). |
| | | **42.60** | |
| **Total Counsel** | | **42.60** | |
| **TOTAL TIME** | | **70.60** | |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP))**          **Bill Date: 02/29/08**
**Environmental Matters**          **Bill Number: 1208154**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/04/08 | Copy Center, D | 73.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$73.00** |
| Messengers/ Courier | 01/04/08 | Dist Serv/Mail/Page, D | 10.00 |
|  |  | **TOTAL MESSENGERS/ COURIER** | **$10.00** |
|  |  | **TOTAL MATTER** | **$83.00** |

B43E