SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

EXHIBIT D-21
GLOBAL SUBSIDIARIES (NON-U.S.)
110.20 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                   Bill Date: 11/30/07
Global Subsidiaries (Non-US)                               Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HIESTAND NL | 10/30/07 | 1.60 | WORK ON DAVISON SETTLEMENT, FRENCH ADMINISTRATION (1.6). |
|  |  | **1.60** |  |
| MEISLER RE | 10/02/07 | 0.10 | REVIEW AND RESPOND TO CORRESPONDENCE RE: INTERNATIONAL RESTRUCTURING TRANSACTIONS (0.1). |
| MEISLER RE | 10/25/07 | 2.50 | REVIEW AND CONSIDER INTERNATIONAL CORPORATE RESTRUCTURING TRANSACTION (2.5). |
| MEISLER RE | 10/26/07 | 2.30 | PREPARE FOR WORKING GROUP CALL RE: TAX RESTRUCTURING (1.4); TELECONFERENCE WITH B. SPARKS RE SAME (0.4); FOLLOW UP (0.1); DRAFT INTERNAL CORRESPONDENCE RE: SAME (0.4). |
| MEISLER RE | 10/27/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: TAX RESTRUCTURING (0.2). |
| MEISLER RE | 10/28/07 | 0.40 | DRAFT CORRESPONDENCE RE: INTERNATIONAL RESTRUCTURINGS (0.2); DRAFT CORRESPONDENCE RE: BRAZILIAN ENTITIES (0.2). |
| MEISLER RE | 10/29/07 | 0.90 | TELECONFERENCE WITH B. SPARKS J. WHITSON RE: INTERNATIONAL TAX RESTRUCTURINGS (0.9). |
| MEISLER RE | 10/30/07 | 0.30 | TELECONFERENCE WITH J. SHEEHAN RE: INTERNATIONAL RESTRUCTURING TRANSACTION (0.2); FOLLOW UP RE: SAME (0.1). |
|  |  | **6.70** |  |
| **Total Partner** |  | **8.30** |  |
| PILKINGTON C | 10/09/07 | 1.10 | REVIEW OF REVISED MINI TASK LIST AND REVISED CASE ADMINISTRATION MATERIALS (1.1). |
| PILKINGTON C | 10/11/07 | 1.90 | REVIEW OF PRESENTATION MATERIALS FOR JOINT MEETING OF THE DELPHI STATUTORY COMMITTEES 11/09/07 (1.9). |
| PILKINGTON C | 10/16/07 | 1.70 | REVIEW REVISED CASE ADMINISTRATION BINDER MATERIALS AND TASK LIST, AND ALL ISSUES THERETO (1.3); ATTEND DELPHI STATUS/TASK LIST CALL (0.4). |
| PILKINGTON C | 10/23/07 | 10.00 | REVIEW OUTSTANDING TASKS LIST AND ANALYSIS OF ISSUES THERETO (10.0). |
| PILKINGTON C | 10/24/07 | 0.90 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.9). |
| PILKINGTON C | 10/26/07 | 0.90 | REVIEW FORTHCOMING EVENTS CALENDAR AND ANALYSIS ISSUES THERETO (0.9). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| PILKINGTON C | 10/30/07 | 1.10 | REVIEW/ANALYSIS REVISED CASE ADMINISTRATION MATERIALS (1.1). |
| PILKINGTON C | 10/31/07 | 1.20 | REVIEW/ANALYSIS OUTSTANDING TASK LIST/CASE CALENDAR AND ISSUES THERETO (1.2). |
| | | **18.80** | |
| SAMOLE RM | 10/30/07 | 2.10 | BEGIN REVIEWING DOCUMENTS RE: PROPOSED BRAZIL MERGER (2.1). |
| SAMOLE RM | 10/31/07 | 3.10 | CONTINUE WORK RE: BRAZIL REST. MOTION (3.1). |
| | | **5.20** | |
| **Total Associate** | | **24.00** | |
| **TOTAL TIME** | | **32.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP))                                       Bill Date: 01/10/08
Global Subsidiaries (Non-US)                                    Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 11/03/07 | 0.40 | FOLLOW-UP RE: BRAZIL MERGER TRANSACTION AND GENERAL INTERCOMPANY TRANSACTIONS GOING FORWARD INCLUDING EMAILS FROM/TO D. SHERBIN AND J. SHEEHAN (0.4). |
| BUTLER, JR. J | 11/04/07 | 0.30 | FOLLOW-UP RE: BRAZIL MERGER TRANSACTION AND GENERAL INTERCOMPANY TRANSACTIONS GOING FORWARD (0.3). |
| BUTLER, JR. J | 11/05/07 | 0.30 | CONFERENCE WITH J. SHEEHAN IN NEW YORK RE: BRAZIL MERGER TRANSACTION AND GENERAL INTERCOMPANY TRANSACTIONS GOING FORWARD (0.3). |
| BUTLER, JR. J | 11/07/07 | 0.20 | CONTINUE TO EVALUATE BRAZIL MERGER TRANSACTION (0.2). |
| | | **1.20** | |
| HIESTAND NL | 11/14/07 | 1.80 | REVIEW FAMA SHAREHOLDER AGREEMENT ISSUES; BRAZILIAN AND POLAND MATTERS (1.8). |
| HIESTAND NL | 11/15/07 | 0.80 | REVIEW AND DISCUSS SHAREHOLDER ISSUES (0.8). |
| HIESTAND NL | 11/16/07 | 0.30 | REVIEW PLAN ISSUES (0.3). |
| HIESTAND NL | 11/20/07 | 1.20 | REVIEW UCC MATERIALS, BRAZIL MERGER (1.2). |
| | | **4.10** | |
| MARAFIOTI KA | 11/07/07 | 0.80 | REVIEW AND REVISE BRAZILIAN SUBSIDIARY MERGER MOTION (0.8). |
| MARAFIOTI KA | 11/08/07 | 0.50 | CONSIDER BRAZILIAN SUBSIDIARY MERGER ISSUES (0.5). |
| | | **1.30** | |
| MEISLER RE | 11/07/07 | 0.60 | TELECONFERENCE WITH R. BERRY RE: ANALYSIS OF TERMS OF JV AGREEMENT (0.1); DRAFT CORRESPONDENCE RE: SAME (0.5). |
| MEISLER RE | 11/11/07 | 0.50 | REVIEW AND CONSIDER MEMO RE: RIGHT OF FIRST REFUSAL ISSUE WITH RESPECT TO PURCHASE OF JV INTEREST (0.5). |
| MEISLER RE | 11/14/07 | 0.40 | REVIEW ANALYSIS AND CORRESPONDENCE RE: JV (0.2); DRAFT CORRESPONDENCE TO M. KAHN RE: SAME (0.2). |
| MEISLER RE | 11/15/07 | 0.50 | CONTINUE TO REVIEW AND CONSIDER JV MATTER (0.5). |
| MEISLER RE | 11/20/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: MERGER OF BRAZILIAN SUBSIDIARIES (0.2). |
| | | **2.20** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| **Total Partner** | | **8.80** | |
| KAHN MT | 11/07/07 | 1.00 | ANALYZE HOLDCAR SHAREHOLDER AGREEMENT (1.0). |
| KAHN MT | 11/08/07 | 2.00 | ANALYZE HOLDCAR SHAREHOLDER AGREEMENT AND DRAFT SUMMARY RE: SAME (2.0). |
| KAHN MT | 11/09/07 | 3.00 | CONTINUE TO ANALYZE HOLDCAR SHAREHOLDER AGREEMENT AND DRAFT ANALYSIS OF SAME (3.0). |
| KAHN MT | 11/10/07 | 3.50 | CONTINUE TO ANALYZE HOLDCAR SHAREHOLDER AGREEMENT AND DRAFT ANALYSIS RE: SAME (3.5). |
| KAHN MT | 11/11/07 | 0.40 | CONTINUE TO ANALYZE HOLDCAR SHAREHOLDER AGREEMENT AND DRAFT ANALYSIS RE: SAME (0.4). |
| KAHN MT | 11/12/07 | 1.80 | CORRESPONDENCE WITH L. HIESTAND RE: ANALYSIS OF SHAREHOLDER AGREEMENT (0.2); CONTINUE TO ANALYZE AND REVISE ANALYSIS OF SHAREHOLDER AGREEMENT (1.5); CORRESPONDENCE WITH R. BERRY RE: SAME (0.1). |
| KAHN MT | 11/13/07 | 4.50 | CONTINUE TO ANALYZE HOLDCAR SHAREHOLDER AGREEMENT WITH RESPECT TO CORRESPONDENCE FROM R.BERRY AND RESEARCH RE: SAME (4.5). |
| KAHN MT | 11/14/07 | 5.70 | CONTINUE TO ANALYZE HOLDCAR SHAREHOLDER AGREEMENT AND REVISE ANALYSIS WITH ADDITIONAL RESEARCH (5.7). |
| | | **21.90** | |
| PILKINGTON C | 11/06/07 | 0.70 | REVIEW OUTSTANDING TASK LIST AND CASE CALENDAR AND ANALYSIS ALL ISSUES THERETO (0.7). |
| PILKINGTON C | 11/13/07 | 2.10 | REVIEW/ANALYSIS OF REVISED CASE CALENDAR AND CASE ADMINISTRATION MATERIALS (1.3); REVIEW AMENDED OUTSTANDING TASKS LIST AND ISSUES THERETO (0.8). |
| PILKINGTON C | 11/20/07 | 1.70 | REVIEW FORTHCOMING CASE CALENDAR/TASK LIST AND ISSUES THERETO (0.8); REVIEW REVISED CASE ADMINISTRATION MATERIALS (0.9). |
| PILKINGTON C | 11/27/07 | 1.90 | REVIEW FORTHCOMING MATTERS/ISSUES PER CASE CALENDAR AND OUTSTANDING TASK LIST (1.1); ANALYSIS REVISED CASE ADMINISTRATION MATERIALS (0.8). |
| | | **6.40** | |
| SAMOLE RM | 11/02/07 | 4.60 | BEGIN DRAFTING BRAZIL MOTION (4.1); TELECONFERENCE WITH COMPANY RE: SAME (0.5). |
| SAMOLE RM | 11/05/07 | 2.80 | CONTINUE TO DRAFT ON BRAZIL MOTION (2.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SAMOLE RM | 11/06/07 | 7.40 | WORK WITH COMPANY RE: BRAZIL TRANSACTION (7.4). |
| SAMOLE RM | 11/07/07 | 7.40 | REVISE BRAZIL MOTION (6.1); TELECONFERENCE WITH M BROUDE RE: SAME (0.3); TELECONFERENCE WITH L. HASSEL RE: SAME (0.5); TELECONFERENCE WITH COUNSEL IN BRAZIL RE: SAME (0.2); TELECONFERENCE WITH B. SPARKS RE: SAME (0.3). |
| SAMOLE RM | 11/08/07 | 4.60 | REVISE BRAZIL MOTION (4.1); ATTENTION TO POTENTIAL FILE ISSUES (0.5). |
| SAMOLE RM | 11/09/07 | 1.70 | CREATE BOARD PRESENTATION RE: BRAZIL MERGER (1.7). |
| SAMOLE RM | 11/15/07 | 2.70 | REVIEW CERTIFICATES RE: DIVIDEND REPATRIATION (2.7). |
| | | 31.20 | |
| **Total Associate** | | 59.50 | |
| **TOTAL TIME** | | **68.30** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP))**                                                         Bill Date: 01/10/08
**Global Subsidiaries (Non-US)**                                    Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/23/07 | Copy Center, D | 6.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$6.00** |
| Lexis/Nexis | 11/13/07 | Kahn MT | 544.67 |
| Lexis/Nexis | 11/14/07 | Kahn MT | 132.33 |
| | | **TOTAL LEXIS/NEXIS** | **$677.00** |
| Reproduction - color | 11/12/07 | Copy Center, D | 9.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$9.00** |
| Messengers/ Courier | 11/25/07 | Dist Serv/Mail/Page, D | 24.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$24.00** |
| | | **TOTAL MATTER** | **$716.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 02/29/08 |
|---|---|---|---|
| Global Subsidiaries (Non-US) | | | Bill Number: 1208154 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| PILKINGTON C | 01/02/08 | 1.40 | REVIEW TASK LIST AND ANALYSIS OF FORTHCOMING EVENTS/ISSUES THERETO (1.4). |
| PILKINGTON C | 01/03/08 | 0.50 | REVIEW TASK LIST AND ANALYSIS OF FORTHCOMING EVENTS/ISSUES AHEAD OF CONFERENCE CALL (0.5). |
| PILKINGTON C | 01/04/08 | 1.60 | REVIEW REVISED CASE ADMINISTRATION MATERIALS (1.6) . |
| PILKINGTON C | 01/08/08 | 1.80 | REVIEW OUTSTANDING TASK LIST AND CONFIRMATION HEARING TASK LIST AND ANALYSIS ISSUES THERETO (0.6); REVIEW REVISED CASE CALENDAR, HEARING PLANNER, MOTION SUMMARY AND DOCKET UPDATE (1.2). |
| PILKINGTON C | 01/10/08 | 1.20 | REVIEW PRESS RELEASES/ISSUES RE. EXIT FROM CH. 11 AND EXIT FINANCING (1.2). |
| PILKINGTON C | 01/14/08 | 1.30 | REVIEW PRESS RELEASES/INFO RE. CH 11 EMERGENCE (1.3). |
| PILKINGTON C | 01/15/08 | 0.90 | REVIEW MINI TASK LIST AND CONFIRMATION TAKS LIST AND ANALYSIS OF ISSUES THERETO (0.9). |
| PILKINGTON C | 01/22/08 | 0.90 | REVIEW OUTSTANDING TASK LIST AND ANALYSIS OF ISSUES THERETO (0.9). |
| | | **9.60** | |
| **Total Associate** | | **9.60** | |
| **TOTAL TIME** | | **9.60** | |