SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

  - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
     In re                        :         Chapter 11
                                      :
DPH HOLDINGS CORP., et al.,      :         Case No. 05-44481 (RDD)
                                      :
          Reorganized Debtors.    :         (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-23
AUTOMATIC STAY (RELIEF ACTIONS)
57.90 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)                                    Bill Date: 11/30/07
Automatic Stay (Relief Actions)                             Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 10/16/07 | 1.20 | REVIEW OF GEBRE ACTION AND CONFERENCE WITH CLIENT RE: NOTICE OF STAY (1.2). |
|  |  | 1.20 |  |
| **Total Partner** |  | **1.20** |  |
| KAHN MT | 10/01/07 | 0.10 | SEND INTERNAL EMAIL RE: STATUS OF LIFT STAY SETTLEMENTS (0.1). |
| KAHN MT | 10/02/07 | 0.40 | ANALYZE STATUS OF LIFT STAY MOTIONS (0.4). |
| KAHN MT | 10/04/07 | 0.70 | REVISE ELMORE SETTLEMENT AGREEMENT (0.3); ANALYZE STATUS OF LIFT STAY MATTERS (0.4). |
| KAHN MT | 10/08/07 | 0.50 | CONTINUE TO ANALYZE ELMORE SETTLEMENT AND RESPOND WITH COMMENTS TO P. TOTTIS RE: SAME (0.5). |
| KAHN MT | 10/09/07 | 1.50 | TELECONFERENCE AND CORRESPONDENCE WITH P. TOTTIS RE: THE ELMORE AGREEMENT (0.3) ANALYZE DOCKET LIFT-STAY MATTERS (1.1); TELECONFERENCE WITH TOGUT RE: SAME (0.1). |
| KAHN MT | 10/11/07 | 1.30 | CORRESPONDENCE WITH P. TOTTIS RE: ELMORE MATTER (0.2); ANALYZE STATUS OF MANNS CLAIM AND TELECONFERENCE WITH C. SHAFFER RE: SAME (0.8); TELECONFERENCE WITH K. PFLAUM RE: ELMORE MATTER (0.3). |
| KAHN MT | 10/12/07 | 0.70 | ANALYZE LIFT STAY MOTIONS AND DRAFT SUMMARY OF STATUS RE: SAME (0.4); TELECONFERENCE WITH N. BERGER RE: SAME (0.3). |
| KAHN MT | 10/15/07 | 0.30 | REVISE ELMORE RELEASE (0.3). |
| KAHN MT | 10/16/07 | 0.90 | REVISE ELMORE RELEASE (0.3); TELECONFERENCE WITH K. RAMLO RE: STATUS OF LIFT STAY MATTERS (0.3); ANALYZE STATUS OF LIFT STAY MATTERS (0.3). |
| KAHN MT | 10/29/07 | 0.40 | ANALYZE RELEASE AGREEMENTS (0.4). |
| KAHN MT | 10/31/07 | 0.50 | ANALYZE AND REVISE PRO TANTO RELEASE RE: ELMORE (0.5). |
|  |  | 7.30 |  |
| **Total Associate** |  | **7.30** |  |
| ~~DEMMA J~~ | ~~10/02/07~~ | ~~2.20~~ | ~~PREPARE CHART OF WITHDRAWN LIFT-STAY MOTIONS (2.2).~~ |
|  |  | ~~2.20~~ |  |
| ~~**Total Legal Assistant**~~ |  | ~~**2.20**~~ |  |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

TOTAL TIME                                    10.70

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Delphi Corporation (DIP)**  Bill Date: 11/30/07
**Automatic Stay (Relief Actions)**  Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/26/07 | Copy Center, D | 1.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 4.00 |
|  |  | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$4.00** |
|  |  | **TOTAL MATTER** | **$5.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Automatic Stay (Relief Actions)

Bill Date: 01/10/08  
Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KAHN MT | 11/01/07 | 0.40 | DRAFT MONTHLY INTERNAL REPORT RE: STATUS OF CLAIMS FOR RELIEF FROM STAY (0.1); CORRESPONDENCE WITH J. MCDONALD RE: SAME (0.1); CORRESPONDENCE WITH P. TOTTIS RE: ELMORE CLAIM (0.2). |
| KAHN MT | 11/09/07 | 0.20 | TELECONFERENCE WITH P. TITTIES AND K. PHLAUM RE: ELMORE MATTER (0.2). |
| KAHN MT | 11/12/07 | 0.80 | TELECONFERENCE WITH P. TOTTIS, K. PHLAUM RE: ELMORE RELEASES (0.8). |
| KAHN MT | 11/15/07 | 0.10 | CORRESPONDENCE WITH L. DIAZ RE: STATUS OF ELMORE CLAIM (0.1). |
| KAHN MT | 11/27/07 | 0.10 | CORRESPONDENCE WITH P. TOTTIS RE: ELMORE CLAIM (0.1). |
| KAHN MT | 11/28/07 | 0.20 | CORRESPONDENCE WITH P. TOTTIS RE: ELMORE CLAIM (0.2). |
| KAHN MT | 11/29/07 | 0.30 | TELECONFERENCE WITH P. TOTTIS RE: REVISION TO ELMORE SETTLEMENT AND RELEASE (0.3). |
| | | **2.10** | |
| **Total Associate** | | **2.10** | |
| **TOTAL TIME** | | **2.10** | |

25

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**  Bill Date: 01/10/08
**Automatic Stay (Relief Actions)**  Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/23/07 | Copy Center, D | 1.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Internal Catering-NY | 11/30/07 | Kitchen Dept. | -592.00 |
|  |  | **TOTAL INTERNAL CATERING-NY** | **$-592.00** |
|  |  | **TOTAL MATTER** | **$-591.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  Bill Date: 01/31/08
Automatic Stay (Relief Actions)  Bill Number: 1208196

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FURFARO JP | 12/10/07 | 0.90 | REVIEW OF MOTION RE: NEW EMPLOYEE LITIGATION (0.9). |
| FURFARO JP | 12/12/07 | 0.40 | REVIEW OF EMPLOYEE CLAIMS/RESPONSE (0.4). |
| FURFARO JP | 12/14/07 | 0.80 | REVIEW OF MOTION RE: LIFT OF STAY/DISCUSSION WITH B. SAX (0.8). |
|  |  | **2.10** |  |
| **Total Partner** |  | **2.10** |  |
| MATZ TJ | 12/11/07 | 1.10 | REVIEW MUELLER, GANGIS AND LIVINGSTON LIFT STAY MOTION (0.3); TELECONFERENCE WITH M. FARRINA (COUNSEL) RE: SAME (0.2); TELECONFERENCE WITH B. SAX RE: SAME (0.1); DRAFT CORRESPONDENCE TO B. SAX RE: MUELLER, GANGIS, LIVINGSTON LIFT STAY MOTION (0.2); FURTHER TELECONFERENCE WITH B. SAX RE: SAME (0.3). |
| MATZ TJ | 12/13/07 | 0.60 | TELECONFERENCE WITH B. SAX RE: 3 EMPLOYEES LIFT STAY MOTION BACKGROUND (0.6). |
| MATZ TJ | 12/14/07 | 0.60 | PARTICIPATE IN CALL WITH B. SAX, J. PETERSON, J. FURFARO, RE: MUELLER, GARGIS AND LIVINGSTON LIFT STAY, ERISA CLAIM AND BACKGROUND (0.6). |
|  |  | **2.30** |  |
| **Total Counsel** |  | **2.30** |  |
| CAZERS PL | 12/11/07 | 3.60 | READ PLEADINGS, CONDUCT RESEARCH, DRAFT EMAILS (3.6). |
| CAZERS PL | 12/12/07 | 6.20 | DRAFT PLEADING CONDUCT LEGAL RESEARCH RE EMPLOYEE AUTOMATIC STAY (6.2). |
| CAZERS PL | 12/13/07 | 5.90 | DRAFT OBJECTION TO MOTION TO LIFT STAY (5.9). |
|  |  | **15.70** |  |
| HARDIN AS | 12/11/07 | 1.40 | REVIEW LIFT STAY MOTION RELATED TO EMPLOYEE MATTER (0.3); WORKING GROUP CONFERENCE CALL RE: SAME (0.4); WORKING GROUP EMAIL EXCHANGE RE: SAME (0.7). |
| HARDIN AS | 12/12/07 | 1.60 | WORKING GROUP EMAIL EXCHANGE RE: EMPLOYEE-RELATED LIFT-STAY MOTION (0.4); TELECONFERENCE WITH M. FARINA RE: SAME (0.4); REVIEW DRAFT PLEADING RELATED TO SAME (0.8). |
| HARDIN AS | 12/19/07 | 0.20 | DRAFT EMAIL TO M. FARINA RE: LIFT-STAY APPLICATION (0.2). |

31                                                               B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

|              |          | 3.20 |                                                                                                                                                                                    |
|--------------|----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| KAHN MT      | 12/03/07 | 0.60 | CORRESPONDENCE WITH J. MCDONALD RE: LIFT STAY CHART (0.1); CIRCULATE LIFT STAY CHART (0.1); TELECONFERENCE WITH MANNS' COUNSEL RE: SETTLEMENT DOCUMENTS (0.4).                      |
| KAHN MT      | 12/04/07 | 0.30 | TELECONFERENCE WITH ELMORE'S COUNSEL RE: SETTLEMENT AND RELEASE (0.3).                                                                                                             |
| KAHN MT      | 12/05/07 | 0.80 | TELECONFERENCE WITH COUNSEL TO ELMORE RE: TERMS OF SETTLEMENT AND RELEASE (0.3); ANALYZE AGREEMENT FOR FOLLOW-UP CALL (0.5).                                                       |
| KAHN MT      | 12/06/07 | 0.40 | FOLLOW-UP CALL WITH COUNSEL TO ELMORE (0.4).                                                                                                                                       |
|              |          | 2.10 |                                                                                                                                                                                    |
| ~~KOHUT RD~~ | ~~12/10/07~~ | ~~0.50~~ | ~~REVIEW OF EMPLOYEE MOTION TO STAY (0.5).~~ |
| ~~KOHUT RD~~ | ~~12/11/07~~ | ~~0.60~~ | ~~SUMMARIZATION AND FORWARDING OF EMPLOYEE MOTION TO STAY (0.6).~~ |
|              |          | ~~1.10~~ |                                                                                                                                                                                |
| **Total Associate** | | 22.10 | |
| ~~CHAVALI A~~ | ~~12/11/07~~ | ~~1.30~~ | ~~LOCATE AND DISTRIBUTE DEBTORS OBJECTIONS RE: LIFT STAY MOTIONS (1.3).~~ |
|              |          | ~~1.30~~ |                                                                                                                                                                                |
| ~~SHRAGO R~~ | ~~12/12/07~~ | ~~1.40~~ | ~~SEARCH DOCKET FOR RESPONSES TO MOTIONS TO LIFT AUTOMATIC STAY (0.7); FIND HEARING TRANSCRIPTS MOTIONS' HEARINGS (0.4); SEARCH FOR LABOR UNION ADDRESS LISTS (0.3).~~ |
|              |          | ~~1.40~~ |                                                                                                                                                                                |
| ~~**Total Legal Assistant**~~ | | ~~2.70~~ | |
| **TOTAL TIME** | | <u>**29.20**</u> | |

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP))**  **Bill Date: 01/31/08**
**Automatic Stay (Relief Actions)**  **Bill Number: 1208196**

| **Disbursement** | **Date** | **Vendor/Employee/Dept.** | **Amount** |
|---|---|---|---|
| In-house Reproduction | 12/11/07 | Copy Center, D | 1.52 |
| In-house Reproduction | 12/11/07 | Copy Center, D | 6.48 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$8.00** |
| Westlaw | 12/12/07 | Cazers PL | 23.87 |
| Westlaw | 12/13/07 | Cazers PL | 83.13 |
| | | **TOTAL WESTLAW** | **$107.00** |
| | | **TOTAL MATTER** | **$115.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                                              Bill Date: 02/29/08
Automatic Stay (Relief Actions)                                        Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 01/09/08 | 0.30 | REVIEW AUTOMODULAR DISCOVERY (0.3). |
| MEISLER RE | 01/11/08 | 0.40 | CONTINUE TO ANALYZE AND CONSIDER MPEG LIFT STAY MOTION (0.4). |
| MEISLER RE | 01/21/08 | 0.90 | REVIEW AND COMMENT ON MPEG STIPULATION (0.5) AND MPEG RESPONSE SUMMARIZING RESOLUTION (0.4). |
| MEISLER RE | 01/23/08 | 0.60 | REVIEW AND COMMENT ON RESPONSE RE: MPEG SETTLEMENT (0.6). |
| MEISLER RE | 01/24/08 | 0.20 | TELECONFERENCE WITH E. HOWE RE: MPEG (0.2). |
|  |  | **2.40** |  |
| **Total Partner** |  | **2.40** |  |
| HOWE EJ | 01/18/08 | 3.20 | DRAFT STIPULATION RESOLVING LIFT STAY MOTION OF AUDIO MPEG (2.3) AND DRAFT SCRIPT FOR HEARING ON SAME (0.9). |
| HOWE EJ | 01/21/08 | 2.30 | DRAFT RESPONSE TO AUDIO MPEG LIFT STAY MOTION (2.3). |
| HOWE EJ | 01/22/08 | 3.10 | REVISE STIPULATION AND FORWARD SAME TO M. DOWD (1.4) AND DRAFT RESPONSE (1.7) RE: AUDIO MPEG LIFT STAY MOTION. |
| HOWE EJ | 01/23/08 | 3.80 | CONTINUE REVISION OF STIPULATION AND RESPONSE RE: LIFT STAY MOTION OF AUDIO MPEG (3.8). |
| HOWE EJ | 01/24/08 | 4.00 | FINALIZE STIPULATION WITH M. DOWD AND COORDINATE SUBMISSION OF SAME TO CHAMBERS (2.8); PARTICIPATE IN CONFERENCE CALL WITH M. DOWD, J. PAUL, AND J. FUNK (0.8), AND FOLLOW UP TELECONFERENCE WITH M. DOWD (0.4) RE: AUDIO MPEG LIFT STAY MOTION. |
| HOWE EJ | 01/25/08 | 0.50 | EMAIL CORRESPONDENCE WITH M. DOWD RE: AUDIO MPEG RESOLUTION (0.5). |
|  |  | **16.90** |  |
| KAHN MT | 01/02/08 | 0.20 | CORRESPONDENCE WITH J. MCDONALD RE: LIFT STAY MATTERS (0.2). |
| KAHN MT | 01/07/08 | 1.00 | DRAFT ELMORE STIPULATION (0.8); CORRESPONDENCE WITH P. TOTTIS RE: SAME (0.2). |
| KAHN MT | 01/09/08 | 0.10 | CORRESPONDENCE WITH J. MCDONALD RE: LIFT STAY MATTERS (0.1). |
| KAHN MT | 01/15/08 | 0.10 | CORRESPONDENCE WITH P. TOTTIS RE: ELMORE SETTLEMENT (0.1). |

34                                                                              B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| KAHN MT | 01/16/08 | 0.20 | TELECONFERENCE WITH P. TOTTIS RE: ELMORE SETTLEMENT (0.2). |
| KAHN MT | 01/23/08 | 0.40 | PARTICIPATE ON CONFERENCE CALL WITH DELPHI AND CHUBB RE: ELMORE LIEN ISSUES (0.4). |
| KAHN MT | 01/24/08 | 0.60 | ANAYLZE CORRESPONDENCE RE: LIENS (0.4); CORRESPONDENCE WITH P. TOTTIS RE: SAME (0.2). |
| | | 2.60 | |
| **Total Associate** | | 19.50 | |
| **TOTAL TIME** | | **21.90** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)) Bill Date: 02/29/08
Automatic Stay (Relief Actions) Bill Number: 1208154

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 01/14/08 | Boden Adams J | 802.00 |
| | | **TOTAL WESTLAW** | **$802.00** |
| Vendor Hosted Teleconferencing | 01/24/08 | Teleconferencing Services, LLC | 16.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$16.00** |
| | | **TOTAL MATTER** | **$818.00** |

B43E