SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-24
LEASES (REAL PROPERTY)
32.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

**Delphi Corporation (DIP)**  Bill Date: 11/30/07
**Leases (Real Property)**  Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 10/10/07 | 0.20 | TELECONFERENCE WITH C. COMERFORD RE: NEW YORK LEASE RENEWAL. (0.2). |
| GRANT K | 10/11/07 | 0.60 | UPDATED LEASE NOTICE FOR DOWNERS GROVE AND ATTENTION TO SERVING SAME (0.6). |
| GRANT K | 10/12/07 | 0.20 | EMAIL WITH K. SIMON RE: DOWNERS GROVE LEASE (0.2). |
| GRANT K | 10/19/07 | 0.60 | DRAFT LEASE NOTICE FOR SAGINAW, MI FACILITY (0.3); REVIEW TRANSACTION DOCUMENTS RE: SAME (0.3). |
|  |  | 1.60 |  |
| **Total Associate** |  | **1.60** |  |
| **TOTAL TIME** |  | **1.60** |  |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))　　　　　　　　　　　　　　　　　　　　Bill Date: 01/10/08
Leases (Real Property)　　　　　　　　　　　　　　　　　　　　　Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 11/05/07 | 1.30 | REVIEW LEASE REJECTION PROCEDURES ORDER AND DRAFTED REJECTION NOTICE FOR WESTFILED LOCATION (1.1); EMAIL WITH C. COMERFORD RE: SAME (0.2). |
| GRANT K | 11/07/07 | 2.10 | REVIEW WESTFIELD LEASE AND REJECTION ANALYSIS (2.1). |
| GRANT K | 11/09/07 | 0.40 | REVISE WESTFIELD REJECTION NOTICE (0.4). |
| GRANT K | 11/14/07 | 1.10 | EMAILS WITH R. FLETEMEYER RE: REJECTION OF WESTFIELD LEASE (1.1). |
| GRANT K | 11/15/07 | 1.30 | REVIEW LEASE AUTHORIZATION REQUEST AND PROPOSED LEASE RENEWAL FOR BRIGHTON, NY FACILITY (0.9); DRAFT LEASE NOTICE RE: SAME (0.4). |
| GRANT K | 11/16/07 | 0.50 | FINALIZE WESTFIELD LEASE REJECTION NOTICE AND ATTENTION TO SERVICE OF SAME (0.5). |
| GRANT K | 11/19/07 | 0.70 | ATTENTION TO FINALIZING AND SERVING DE MINIMUS NOTICE FOR BRIGHTON, NEW YORK LEASE (0.7). |
| GRANT K | 11/20/07 | 0.50 | TELECONFERENCE WITH C. COMERFORD RE: TERMINATION OF SHELBY LEASE (0.2) AND LISTING AGREEMENTS FOR OTHER PROPERTIES (0.3). |
| GRANT K | 11/29/07 | 0.90 | REVIEW LEASE RENEWAL AND LAR FOR SAGINAW FACILITY AND DRAFT LEASE NOTICE RE: SAME. (0.9). |
| GRANT K | 11/30/07 | 0.50 | TELECONFERENCE WITH C. COMERFORD, M. WEXLER, AND M. KAHN RE: COLUMBUS, OH SALE (0.2); REVIEW LISTING AGREEMENT RE: SAME (0.3). |
|  |  | **9.30** |  |
| **Total Associate** |  | **9.30** |  |
| **TOTAL TIME** |  | **9.30** |  |

**Skadden, Arps, Slate, Meagher & Flom llp and affiliates**

**Delphi Corporation (DIP))**     **Bill Date: 01/10/08**
**Leases (Real Property)**     **Bill Number: 1206100**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 11/30/07 | Teleconferencing Services, LLC | 3.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$3.00** |
| | | **TOTAL MATTER** | **$3.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP)) | | | Bill Date: 01/31/08 |
| Leases (Real Property) | | | Bill Number: 1208196 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 12/28/07 | 0.80 | ANALYSIS RE: ASSUMPTION AND REJECTION OF LEASES UNDER PLAN (0.8). |
| RAMLO K | 12/29/07 | 1.30 | REVIEW COURT REVISIONS TO PROPOSED SOLICITATION PROCEDURES ORDER RELATING TO ASSUMPTION AND CURE, PROPOSED PLAN, AND PROPOSED CONFIRMATION ORDER, AND ANALYZE NEED FOR SECTION 365(D)(4) EXTENSION (1.3). |
| RAMLO K | 12/30/07 | 0.50 | FURTHER ANALYSIS RE: 365(D)(4) ISSUES (0.5). |
| RAMLO K | 12/31/07 | 0.90 | REVIEW CASE LAW ON 365(D)(4) EXTENSION MOTION AND BEGIN REVISING MOTION RE: SAME (0.9). |
| | | **3.50** | |
| **Total Counsel** | | **3.50** | |
| GRANT K | 12/03/07 | 0.50 | ATTENTION TO FINALIZING AND SERVING DE MINIMIS LEASE NOTICE WITH RESPECT TO SAGINAW LOCATION (0.5). |
| GRANT K | 12/04/07 | 1.10 | REVIEW LEASE AND LAR FOR WASHINGTON, D.C. LEASE (0.6) AND DRAFT LEASE NOTICE RE: SAME (0.5). |
| GRANT K | 12/11/07 | 0.40 | FINALIZE AND SERVE WASHINGTON, DC DE MINIMUS LEASE NOTICE (0.4). |
| GRANT K | 12/18/07 | 0.80 | REVIEW LEASE RENEWAL AND LAR FOR KOKOMO LEASE; (0.4) DRAFT NOTICE RE: SAME (0.4). |
| GRANT K | 12/20/07 | 0.40 | FINALIZE DE MINIMUS LEASE NOTICE FOR KOKOMO, INDIANA FACILITY AND ATTENTION TO SERVICE OF SAME (0.4). |
| | | **3.20** | |
| HILL LF | 12/28/07 | 4.90 | RESEARCH 365(D)(4) AND CONFIRMATION AND DRAFT SUMMARY (4.9). |
| HILL LF | 12/29/07 | 0.10 | REVIEW AND RESPOND TO CORRESPONDENCE (0.1). |
| HILL LF | 12/30/07 | 2.90 | CONTINUE DRAFTING 365(D)(4) MOTION (2.8); DRAFT CORRESPONDENCE (0.1). |
| HILL LF | 12/31/07 | 5.40 | CONTINUE DRAFTING 365(D)(4) MOTION AND RELATED DOCUMENTS (5.2); DRAFT CORRESPONDENCE (0.2). |
| | | **13.30** | |
| **Total Associate** | | **16.50** | |
| **TOTAL TIME** | | **20.00** | |

B43E

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

Delphi Corporation (DIP))  Bill Date: 02/29/08
Leases (Real Property)  Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~MEISLER RE~~ | ~~01/02/08~~ | ~~0.40~~ | ~~REVIEW AND CONSIDER 365(D)(4) EXTENSION (0.4).~~ |
| ~~MEISLER RE~~ | ~~01/04/08~~ | ~~0.70~~ | ~~REVIEW AND CONSIDER 365(D)(4) ORDER (0.3); REVIEW AND COMMENT ON LANGUAGE TO CONFIRMATION ORDER RE: SAME (0.4).~~ |
| | | ~~1.10~~ | |
| ~~Total Partner~~ | | ~~1.10~~ | |
| RAMLO K | 01/01/08 | 1.20 | REVISE 365(D)(4) MOTION (1.2). |
| RAMLO K | 01/02/08 | 0.40 | FURTHER ANALYSIS RE: LEASE ISSUES AND REVIEW DRAFT 365(D)(4) MOTION (0.4). |
| | | 1.60 | |
| **Total Counsel** | | **1.60** | |
| **TOTAL TIME** | | **2.70** | |