SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
        In re                         :    Chapter 11
                                      :
DPH HOLDINGS CORP., et al.,           :    Case No. 05-44481 (RDD)
                                      :
        Reorganized Debtors.          :    (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-25
EXECUTORY CONTRACTS (PERSONALTY)
348.90 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Executory Contracts (Personalty)  
Bill Date: 11/30/07  
Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 10/02/07 | 0.20 | TELECONFERENCE WITH K. CRAFT RE: EXECUTORY CONTRACTS (0.2). |
| MEISLER RE | 10/03/07 | 1.20 | REVIEW AND CONSIDER RESPONSE TO R. MCDOWELL RE: COMERICA LEASE (0.4); CONTINUE TO WORK THROUGH STRATEGY TO RESOLVE DISPUTE WITH COMERICA (0.5); TELECONFERENCE WITH R. MCDOWELL RE: COMERICA LEASE (0.1); FOLLOW UP RE: SAME (0.2). |
| MEISLER RE | 10/04/07 | 0.10 | CONTINUE ATTENTION TO COMERICA LEASE (0.1). |
| MEISLER RE | 10/05/07 | 0.30 | CONTINUE TO REVIEW AND CONSIDER ISSUE RE: DISPUTE WITH LESSOR (0.3). |
| MEISLER RE | 10/09/07 | 0.40 | TELECONFERENCE WITH K. CRAFT RE: CURE (0.1); TELECONFERENCE WITH D. UNRUE AND K. CRAFT CURE (0.3). |
| MEISLER RE | 10/10/07 | 0.30 | REVIEW CURE NOTICE TO COUNTERPARTIES WITH MULTIPLE ADDRESSES (0.2) AND DRAFT CORRESPONDENCE RE: SAME (0.1). |
| MEISLER RE | 10/12/07 | 0.30 | CONTINUE TO EVALUATE COMERICA LEASE (0.3). |
| MEISLER RE | 10/16/07 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: EXECUTORY CONTRACTS (0.2). |
| MEISLER RE | 10/17/07 | 0.80 | REVIEW AND CONSIDER INTERCOMPANY EXECUTORY CONTRACTS AND TREATMENT UNDER PLAN (0.8). |
| MEISLER RE | 10/25/07 | 0.50 | TELECONFERENCE WITH K. KUBY AND E. WEBER RE: CURE (0.5). |
| MEISLER RE | 10/29/07 | 0.80 | TELECONFERENCE WITH K. CRAFT RE: EXECUTIVE CONTRACTS AND CURE (0.5); CONSIDER ISSUES RE: SAME (0.3). |
| MEISLER RE | 10/30/07 | 0.40 | REVIEW AND CONSIDER ISSUES RE: CURE (0.4). |
|  |  | **5.50** |  |
| **Total Partner** |  | **5.50** |  |
| SUBER KM | 10/02/07 | 2.10 | REVISE MEMORANDUM IN PREPARATION FOR CONFERENCE CALL WITH COMERICA (2.1). |
| SUBER KM | 10/03/07 | 1.50 | CORRESPONDENCE WITH DELPHI TEAM RE: COMERICA LEASE (0.2); REVIEW AND REVISE VALUATION RESEARCH PROPOSAL (1.3). |
| SUBER KM | 10/04/07 | 3.50 | REVIEW AND REVISE COMERICA AGREEMENT (1.1); ADDITIONAL REVIEW AND REVISION OF COMERICA AGREEMENT (0.7); FINAL REVIEW, REVISION AND DISTRIBUTION OF SAME (1.7). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SUBER KM | 10/08/07 | 1.50 | REVISE MEMORANDUM RE: COMERICA LEASE AND PROOF OF CLAIM AND DISTRIBUTED THE SAME TO THE DELPHI TEAM (1.3); CONFER WITH DELPHI TEAM MEMBERS RE: COMERICA LEASE AND PROOF OF CLAIM (0.2). |
| SUBER KM | 10/09/07 | 1.30 | CONTINUE TO REVIEW DOCUMENTS RE: COMERICA LEASE AND PROOF OF CLAIM (1.3). |
| SUBER KM | 10/24/07 | 0.50 | ADDRESS QUESTIONS IN CONNECTION WITH COMERICA PROOF OF CLAIM AND VALUATION ISSUE (0.5). |
| | | **10.40** | |
| WHARTON JN | 10/01/07 | 1.10 | TELECONFERENCE WITH D. UNRUE, K. CRAFT, D. EVANS OF DELPHI AND E. WEBER AND K. KUBY OF FTI RE: CONTRACT CURE NOTICES (0.6) AND FORMULATE STRATEGY RE: SAME (0.5). |
| WHARTON JN | 10/08/07 | 0.80 | TELECONFERENCE WITH D. UNRUE AND K. CRAFT OF DELPHI, AND A. FRANKUM, K. KUBY, AND E. WEBER OF FTI RE: CONTRACT CURE NOTICES (0.5) AND FORMULATE STRATEGY RE: SAME (0.3). |
| | | **1.90** | |
| **Total Associate** | | **12.30** | |
| **TOTAL TIME** | | **17.80** | |

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP)**     Bill Date: 11/30/07
**Executory Contracts (Personalty)**     Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 10/03/07 | Dist Serv/Mail/Page, D | 33.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$33.00** |
| | | **TOTAL MATTER** | **$33.00** |

317

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 01/10/08 |
|---|---|---|---|
| Executory Contracts (Personalty) | | | Bill Number: 1206100 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAMLO K | 11/02/07 | 1.70 | REVIEW CURE NOTICE PROCEDURES CHART (0.2); SOLICITATION WORKING GROUP TELECONFERENCE RE: CURE NOTICES (D. UNRUE, K. CRAFT, J. REHM, D. EVANS, E. WEBER, J. BUCKBEE (0.8); REVISE FORM CURE NOTICE (0.3); PLANNING RE: CURE PROCEDURES (0.4). |
| RAMLO K | 11/15/07 | 0.70 | FURTHER ANALYSIS RE: CURE NOTICES AND POTENTIAL DISPUTES (0.5); CORRESPONDENCE WITH E. WEBER RE: SOLICITATION SCHEDULE AS TO CURE NOTICES (0.2). |
| RAMLO K | 11/20/07 | 0.20 | CORRESPONDENCE WITH D. UNRUE RE: MAILING DATE OF CURE NOTICES (0.2). |
| | | **2.60** | |
| **Total Counsel** | | **2.60** | |
| GRANT K | 11/02/07 | 0.70 | TELECONFERENCE WITH FTI, KCC, DELPHI, AND SKADDEN TEAMS RE: CURE NOTICES (0.7). |
| GRANT K | 11/06/07 | 1.90 | REVIEW FILE AND CORRESPONDENCE RE: ATEL DISPUTE (1.9). |
| GRANT K | 11/07/07 | 1.00 | REVISE COMERICA VALUATION LETTERS (0.7) AND TELECONFERENCE AND EMAIL WITH S. CORCORAN RE: SAME (0.3). |
| GRANT K | 11/12/07 | 1.30 | REVISE COMERICA VALUATION LETTERS (0.9) AND TELECONFERENCE WITH S. CORCORAN (0.2) AND EMAIL WITH R. MCDOWELL (0.2) RE: SAME. |
| GRANT K | 11/14/07 | 0.50 | REVISE LETTER EXTENDING TERMINATION DEADLINE FOR PBR AND EMAIL RE: SAME (0.5). |
| GRANT K | 11/15/07 | 0.70 | EMAILS WITH D. DRAGICH RE: PBR EXTENSION LETTER (0.3); DRAFT SUMMARY RE: COMERICA CLAIM AND VALUATION PROCESS (0.4). |
| GRANT K | 11/16/07 | 0.50 | DRAFT APPRAISAL TIMELINE RE: COMERICA (0.5). |
| GRANT K | 11/19/07 | 0.70 | FINALIZE PBR EXTENSION LETTER (0.5); EMAILS WITH D. DRAGICH RE: SAME (0.2). |
| GRANT K | 11/20/07 | 0.20 | EMAIL WITH S. CORCORAN RE: COMERICA VALUATION (0.2). |
| GRANT K | 11/26/07 | 1.30 | TELECONFERENCE WITH M. GUNKELMAN, R. JOK, & J. LYONS RE: COMERICA VALUATION (0.4) AND REVIEW OF EXISTING APPRAISALS RE: SAME (0.9). |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| GRANT K | 11/29/07 | 0.20 | TELECONFERENCE WITH D. KNILL RE: COMERICA DISPUTE. (0.2). |
| GRANT K | 11/30/07 | 1.40 | FURTHER ANALYSIS OF COMERICA DISPUTE (0.8) AND TELECONFERENCE WITH R. MCDOWELL AND J. LYONS RE: SAME (0.3); TELECONFERENCE WITH J. TRADER OF VALUATION RESEARCH RE: SAME. (0.3). |
| | | 10.40 | |
| **Total Associate** | | 10.40 | |
| **TOTAL TIME** | | **13.00** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP))  Bill Date: 01/10/08
Executory Contracts (Personalty)  Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/26/07 | Azarcon EP | 1,434.44 |
| In-house Reproduction | 11/27/07 | Copy Center, D | 2,314.56 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$3,749.00** |
| Reproduction - color | 11/27/07 | Copy Center, D | 435.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$435.00** |
| Vendor Hosted Teleconferencing | 11/26/07 | Teleconferencing Services, LLC | 6.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$6.00** |
| Messengers/ Courier | 11/25/07 | Arrow Messenger Svc | 65.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$65.00** |
| Print Images to Paper (from Electronic Media) | 11/02/07 | Copy Center, D | 13.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$13.00** |
| | | **TOTAL MATTER** | **$4,268.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

Delphi Corporation (DIP))  
Executory Contracts (Personalty)

Bill Date: 01/31/08  
Bill Number: 1208196

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 12/05/07 | 0.40 | REVIEW ANALYSIS OF SDNY CASES RE: COMPEL ASSUMPTION OF EXECUTORY CONTRACTS (0.4). |
| MEISLER RE | 12/18/07 | 0.80 | REVIEW STATUS OF CONTRACT REVIEW TO NOTICES TO BE ISSUED ON DECEMBER 21, 2007 PER PLAN (0.8). |
| MEISLER RE | 12/21/07 | 0.40 | REVIEW CORRESPONDENCE RE: EXECUTORY CONTRACT REVIEW (0.4). |
|  |  | **1.60** |  |
| **Total Partner** |  | **1.60** |  |
| WHARTON JN | 12/11/07 | 0.80 | TELECONFERENCE WITH M. HESTER, D. CASSIDY, E. RUHL, AND D. POOLE OF DELPHI RE: UTILITIES CONTRACTS (0.8). |
| WHARTON JN | 12/13/07 | 0.40 | REVIEW EXECUTORY CONTRACTS TO DETERMINE ASSUMPTION STATUS (0.4). |
| WHARTON JN | 12/16/07 | 0.50 | PREPARE FOR REVIEW OF ASSUMABLE EXECUTORY CONTRACTS (0.5). |
| WHARTON JN | 12/17/07 | 1.20 | REVIEW EXECUTORY CONTRACTS FOR ASSUMPTION (0.8) AND TELECONFERENCES WITH K. CRAFT OF DELPHI (0.1) AND E. WEBER OF FTI (0.3) RE: SAME. |
| WHARTON JN | 12/18/07 | 4.90 | CONTINUE TO REVIEW ASSUMABLE EXECUTORY CONTRACTS (3.0) AND MEET WITH E. WEBER OF FTI RE: SAME (0.7); TELECONFERENCES WITH K. CRAFT (0.2), S. JOHNSON AND J. SHAEPER (0.5), T. GAVIN (0.3), AND T. DERKSEN (0.2) OF DELPHI RE: SAME. |
| WHARTON JN | 12/19/07 | 1.60 | CONTINUE REVIEW OF EXECUTORY CONTRACTS FOR ASSUMPTION (1.3) AND TELECONFERENCE WITH E. WEBER OF FTI AND G. SHAH OF DELPHI RE: SAME (0.3). |
| WHARTON JN | 12/20/07 | 0.90 | CONTINUE REVIEW OF ASSUMABLE EXECUTORY CONTRACTS (0.7) AND TELECONFERENCE WITH E. WEBER OF FTI RE: SAME (0.2). |
|  |  | **10.30** |  |
| **Total Associate** |  | **10.30** |  |
| **TOTAL TIME** |  | **11.90** |  |

136

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**  Bill Date: 01/31/08
**Executory Contracts (Personalty)**  Bill Number: 1208196

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 12/11/07 | Teleconferencing Services, LLC | 4.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.00** |
| | | **TOTAL MATTER** | **$4.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                                   Bill Date: 02/29/08
Executory Contracts (Personalty)                            Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 01/02/08 | 0.40 | DRAFT CORRESPONDENCE RE: ASSUMPTION OF CONTRACTS UNDER THE PLAN (0.2); REVIEW AND RESPOND TO CORRESPONDENCE FROM COUNSEL TO SUPPLIER RE: CURE DISPUTE (0.2). |
| MEISLER RE | 01/03/08 | 1.50 | TELECONFERENCE WITH K. CRAFT RE: CURE AND NEW CONTRACTS FOUND (0.1); REVIEW AND RESPOND RE: CURE CONTRACT ISSUES (1.4). |
| MEISLER RE | 01/04/08 | 0.80 | REVIEW AND RESPOND TO CURE INQUIRIES (0.8). |
| MEISLER RE | 01/05/08 | 1.40 | REVIEW AND CONSIDER ISSUES RE: NOTICE AND CURE (0.9); REVIEW CASE LAW RE: SAME (0.5). |
| MEISLER RE | 01/07/08 | 2.40 | CONTINUE TO REVIEW AND CONSIDER IMPLEMENTATION OF PROCEDURES RE: CURE CONTRACTS (1.3); TELECONFERENCE WITH B. SHAW RE: CURE (0.3); FOLLOW UP (0.1); WORKING GROUP CALL RE: CURE CONTRACTS (0.4); FOLLOW UP RE: SAME (0.3). |
| MEISLER RE | 01/08/08 | 0.20 | REVIEW AND RESPOND TO CORRESPONDENCE RE: CURE OBJECTIONS (0.2). |
| MEISLER RE | 01/09/08 | 2.50 | TELECONFERENCE WITH A. GELMAN RE: SIEMENS' INQUIRY RE: PLAN TREATMENT OF EXECUTORY CONTRACTS (0.2); TELECONFERENCE WITH E. WEBER RE: CURE AND CONTRACT ASSUMPTIONS PER PLAN (0.4); REVIEW AND CONSIDER NOTICE REQUIREMENTS UNDER RULE 6006 (0.5); REVIEW REQUEST BY AD HOC TRADE COMMITTEE RE: CURE AND COMMENT ON PLEADINGS TO OBJECT RE: SAME (1.0); REVIEW AND CONSIDER IMPLICATIONS OF SOLICITATION PROCEDURES ORDER RE: SAME (0.4). |
| MEISLER RE | 01/10/08 | 0.60 | CONTINUE TO WORK ON OBJECTION AD HOC TRADE COMMITTEE MOTION (0.4); PARTICIPATE IN WORKING GROUP MEETING RE: RESOLUTION OF ISSUES WITH CURE CONTRACTS (0.2). |
| MEISLER RE | 01/11/08 | 0.50 | CONTINUE TO WORK ON CURE DISPUTES (0.5). |
| MEISLER RE | 01/12/08 | 1.60 | CONTINUE TO REVIEW AND CONSIDER CURE ISSUES RE: CURE ELECTION FORMS (0.8); TELECONFERENCE WITH E. GERSHBEIN, E. WEBER RE: CURE CONTRACTS (0.6); TELECONFERENCE WITH E. WEBER RE: CURE (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 01/14/08 | 2.80 | TELECONFERENCE WITH D. UNRUE, K. CRAFT, AND FTI RE: CURE (0.5); FOLLOW UP RE: CURE OBJECTIONS (0.2); CONTINUE TO REVIEW AND CONSIDER RETURNED CURE ELECTION FORMS THAT ARE NON-CONFORMING (2.1). |
| | | **14.70** | |
| **Total Partner** | | **14.70** | |
| CAZERS PL | 01/04/08 | 8.20 | CONDUCT LEGAL RESEARCH RE: 365 EXECUTORY CONTRACT MODIFICATIONS; DRAFT EMAIL, REVIEW RESEARCH; CONDUCT LEGAL RESEARCH RE: REQUIREMENT FOR DRAFT CONFIRMATION ORDER; REVIEW PLEADINGS AND DOCKET; CONDUCTED LEGAL RESEARCH RE: STANDING FOR TRANSFEREE OF CLAIM (8.2). |
| CAZERS PL | 01/07/08 | 6.10 | CONDUCT AND REVIEW LEGAL RESEARCH RE: CURE AMOUNTS (6.1). |
| CAZERS PL | 01/17/08 | 6.10 | CONDUCTED LEGAL RESEARCH RE: 365, DRAFT NOTES AND EMAILS (6.1). |
| | | **20.40** | |
| GARTNER M | 01/01/08 | 2.10 | RETURN CALLS RE: CURE AMOUNT NOTICE QUESTIONS AND CORRESPOND RE: RESPONSE (2.1). |
| GARTNER M | 01/02/08 | 3.40 | RESPOND TO CALLS AND QUESTIONS RE: CURE AMOUNT NOTICES (3.4). |
| GARTNER M | 01/03/08 | 3.50 | COORDINATE CURE ELECTION NOTICE QUESTION RESPONSES AND CORESPONDENCE RE: SAME (3.5). |
| GARTNER M | 01/04/08 | 3.10 | RESPOND TO INQUIRIES RE: CURE ELECTION NOTICES, AND COORDINATE RESPONSES TO CURE QUESTIONS (3.1). |
| GARTNER M | 01/05/08 | 3.20 | REVIEW AND PREPARE RESPONSES TO VARIOUS CURE QUESTIONS (3.2). |
| GARTNER M | 01/06/08 | 2.10 | REVIEW AFFIDAVIT OF SERVICE FOR CURE ELECTION NOTICE (2.1). |
| GARTNER M | 01/07/08 | 17.30 | REVIEW AND CORRESPONDENCE RE: AFFIDVIT OF SERVICE FOR CURE ELECTION NOTICES (2.6); PREPARE, REVIEW AND CORRESPONDENCE RE: CALL CENTER CURE SCRIPT (4.7); RESPOND TO AND COORDINATE RESPONSES TO CURE AMOUNT NOTICE QUESTIONS (6.1); COORDINATE VOTING AND BALLOTING ISSUES AND COORDINATE AND TRANSMIT INTERIM BALLOTING REPORT (3.9). |
| GARTNER M | 01/08/08 | 6.70 | RESPOND TO CURE INQUIRIES, COORDINATE AND ORGANIZE RESPONSES TO CURE AMOUNT QUESTIONS, AND COORESPONDENCE RE: SAME (6.7). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| GARTNER M | 01/09/08 | 7.80 | RESPOND TO CURE INQUIRIES, COORDINATE AND ORGANIZE RESPONSES TO CURE AMOUNT QUESTIONS, AND COORESPONDENCE RE: SAME (7.8). |
| GARTNER M | 01/10/08 | 9.80 | CONTINUE TO COORDINATE AND ORGANIZE RESPONSES TO CURE AMOUNT QUESTIONS, AND CORRESPONDENCE RE: SAME; RESPOND TO PARTIES WITH QUESTIONS RE: EXECUTORY CONTRACTS (9.8). |
| GARTNER M | 01/11/08 | 4.20 | RESPOND TO CURE INQUIRIES, COORDINATE AND ORGANIZE RESPONSES TO CURE AMOUNT QUESTIONS, REVIEW OBJECTIONS, AND CORRESPONDENCE RE: SAME (4.2). |
| GARTNER M | 01/12/08 | 4.20 | REVIEW CURE INFORMATION FROM CURE ELECTION NOTICES, PREPARE DATA AND CORRESPOND RE: SAME (4.2). |
| GARTNER M | 01/13/08 | 3.20 | CONSIDER CURE AND ASSUMPTION ISSUES (3.2). |
| GARTNER M | 01/14/08 | 13.40 | REVIEW AND CORRESPONDENCE RE: AFFIDVIT OF SERVICE FOR CURE ELECTION NOTICES (2.6); PREPARE, REVIEW AND CORRESPONDENCE RE: CALL CENTER CURE SCRIPT (4.7); RESPOND TO AND COORDINATE RESPONSES TO CURE AMOUNT NOTICE QUESTIONS (6.1). |
| GARTNER M | 01/22/08 | 4.40 | BEGIN TO DEVELOP PROCEDURES FOR RESOLUTION OF CURE DISPUTES (4.4). |
| GARTNER M | 01/23/08 | 1.90 | COORESPOND RE: ONGOING CURE DISPUTE ISSUES (1.9). |
| GARTNER M | 01/24/08 | 4.60 | ORGANIZE CURE DISPUTE MATTERS AND CORRESPOND RE: PLAN FOR DISPUTE RESOLUTION GOING FORWARD (4.6). |
| GARTNER M | 01/25/08 | 5.40 | ORGANIZE CURE DISPUTE MATTERS AND CORRESPOND RE: PLAN FOR DISPUTE RESOLUTION GOING FORWARD (5.4). |
| | | **100.30** | |
| HARDIN AS | 01/10/08 | 2.10 | ATTEND HEARING ON MATTER RELATED TO PLAN TREATMENT OF CURE CLAIMS (2.1). |
| | | **2.10** | |
| HOWE EJ | 01/03/08 | 1.10 | REVIEW AND EVALUATE MULTIPLE CURE ISSUES (1.1). |
| HOWE EJ | 01/04/08 | 0.90 | TELECONFERENCE WITH J. SULLIVAN RE: TIMKEN CURE ISSUES (0.3) AND FOLLOW UP ANALYSIS OF SAME (0.6). |
| HOWE EJ | 01/05/08 | 0.50 | RESPOND TO MULTIPLE CONTRACT CURE INQUIRIES (0.5). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HOWE EJ | 01/17/08 | 0.60 | TELECONFERENCE WITH G. DIAZ RE: ASSUMPTION ISSUES FOR DUPONT MEXICO CONTRACTS (0.4); REVIEW EMAIL COORESPONDANCE FROM H. STEELE RE: HOOVER ASSUMPTION ISSUES (0.2). |
| | | 3.10 | |
| KAHN MT | 01/04/08 | 4.40 | CORRESPONDENCE WITH KCC RE: CURE NOTICES (0.2); CORRESPONDENCE WITH FTI RE: CURE NOTICES (0.2); RESEARCH RE: CURE NOTICES AND DRAFT SUMMARY RE: SAME (3.0); CORRESPONDENCE WITH K. CRAFT RE: HITACHI CURE NOTICES (0.1); TELECONFERENCE WITH FTI RE: CURE NOTICES (0.2); ANALYZE CORRESPONDENCE FROM HITACHI (0.1); ANALYZE HITACHI POCS (0.2); ANALYZE DOCKET RE: HITACHI FILINGS (0.4). |
| KAHN MT | 01/06/08 | 2.70 | DRAFT AND REVISE MEMO ON CURE NOTICES (2.7). |
| KAHN MT | 01/07/08 | 5.00 | DRAFT AND REVISE MEMO ON CURE NOTICES (4.8); CALL AND CORRESPONDENCE WITH HITACHI RE: CURE NOTICES (0.2). |
| KAHN MT | 01/08/08 | 1.30 | REVISE MEMO ON CURE NOTICES (1.3). |
| KAHN MT | 01/09/08 | 3.60 | CORRESPONDENCE WTIH AB AUTO RE: CURE NOTICES (0.2); RESEARCH AND REVISE CURE NOTICE MEMO (3.4). |
| KAHN MT | 01/10/08 | 8.90 | RESEARCH AND REVISE NOTICE OF CURE MEMO (3.8); TELECONFERENCE WITH CLAIMANTS RE: CURE NOTICES (0.8); ANALYZE CURE NOTICES (3.5); CORRESPONDENCE WITH KCC RE: SAME (0.8). |
| KAHN MT | 01/11/08 | 6.60 | CORRESPONDENCE AND CALLS WITH KCC RE: CURE NOTICES (0.3); CORRESPONDENCE WITH FTI RE: CURE NOTICE ISSUES (0.2); TELECONFERENCES WITH CLAIMANTS RE: CURE NOTICES (0.5); RESEARCH ADDITIONAL ISSUES FOR NOTICE OF CURE MEMO AND REVISE MEMO (3.3); ANALYZE CURE NOTICES (2.0); CORRESPONDENCE RE: SAME WITH KCC (0.3.). |
| KAHN MT | 01/12/08 | 4.90 | TELECONFERENCE WITH FTI AND KCC RE: CURE NOTICES (0.7); TELECONFERENCE AND CORRESPONDENCE WITH E. GERSHBEIN REGARIDNG CURE NOTICES (0.5); ANALYZE FTI CHART OF CURE NOTICES (0.2); ANALYZE CURE NOTICES (3.4); CORRESPONDENCE WITH KCC RE: SAME (0.1). |
| KAHN MT | 01/13/08 | 2.70 | ANALYZE POSTPETITION BALLOTS (2.6). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KAHN MT | 01/14/08 | 8.40 | ANALYZE SOLICITATION PROCEDURES MOTION AND ORDER RE: CURE ISSUES (0.3); ANALYZE OBJECTIONS TO CURE NOTICE (0.6); DRAFT SUMMARY OF CLAIMS TRADERS CURES NOTICES AND PREPARE SUMMARY BINDER OF ANALYSIS OF SAME (2.9); TELECONFERENCES AND CORRESPONDENCE WITH KCC RE: CURE NOTICES (0.6); ANALYZE CURE NOTICES (4.0). |
| KAHN MT | 01/15/08 | 5.60 | ANALYZE CURE BALLOTS (2.9); CALLS AND CORRESPONDENCE WITH KCC RE: SAME (0.5); COORDINATE BINDER REFLECTING NONCONFORMING BALLOTS (0.4); ANALYZE CORRESPONDENCE FROM CLAIMANT RE: ITS CURE NOTICE AND RE: SAME (0.2); ANALYZE CURE NOTICES RE: CURE AMOUNTS (0.2); CORRESPONDENCE AND CALL WITH FTI RE: CURE NOTICE OBJECTIONS (0.4); REVISE SUMMARIES OF CURE NOTICE OBJECTIONS, INCLUDING CORRESPONDENCE WITH THE COMPANY RE: SAME (1.0). |
| KAHN MT | 01/16/08 | 0.60 | ANALYE CORRESPONDENCE FROM FTI RE: AMERICAN AXLE CURE OBJECTION (0.1); CORRESPONDENCE WITH WESCO RE: WITHDRAWAL OBJECTION (0.1); TELECONFERENCE WITH V. ROSS RE: AMERICAN AXLE OBJECTION (0.2); TELECONFERENCE WITH D. EVANS RE: METHODE OBJECTION (0.2). |
| KAHN MT | 01/18/08 | 0.20 | CORRESPONDENCE WITH DELPHI RE: FERRO CORPORATION (0.2). |
| KAHN MT | 01/22/08 | 3.10 | TELECONFERENCE WITH CURE TEAM RE: UPCOMING DEALINES AND ISSUES (0.4); ANALYZE VARIOUS CURE ISSUES (1.2); TELECONFERENCES WITH CLAIMANTS RE: CURE ISSUES (0.5); ANALYZE CURE DEADLINES, OBJECTIONS, AND CORRESPONDENCE FROM D. UNRUE RE: CURE ISUES (1.0). |
| KAHN MT | 01/23/08 | 4.00 | PARTICIPATE IN WEEKLY CLAIMS CALL WITH DELPHI RE: CURE NOTICES (1.5); ANALYZE CURE ISSUES (1.2); CALLS WITH CLAIMANTS RE: CURE QUESTIONS (0.5); CORRESPONDENCE WITH KCC RE: CURE NOTICES (0.2); ANALYZE CURE TEAM CORRESPONDENCE (0.2); ANALYZE AND REVISE CURE OBJECTION TIME LINE (0.3); CORRESPONDENCE WITH CURE TEAM RE: CURE DEADLINES (0.1). |
| | | **62.00** | |
| MURPHY M | 01/08/08 | 1.10 | RETURN CALLS TO CURE CLAIMANTS (1.1). |
| MURPHY M | 01/09/08 | 7.60 | PREPARE FOR CALL UNDER FB6/CALL FB (0.6); RETURN CALLS REGARDING CURE (7.0). |
| MURPHY M | 01/10/08 | 7.40 | RESOLVE CURE ISSUES (7.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MURPHY M | 01/11/08 | 15.70 | RESPOND TO CURE INQUIRIES (2.3); RESEARCH AND RESPOND TO CURE OBJECTION (13.4). |
| MURPHY M | 01/13/08 | 2.00 | UPDATE CURE ISSUES CHART FOR FOLLOW UP BY FTI (2.0). |
| MURPHY M | 01/14/08 | 6.70 | RESEARCH CURE OBJECTION ISSUES (4.5); CREATE CURE INDEMNIFICATION (0.8); UPDATE CURE ISSUE CHART FOR FTI (0.4); VARIOUS CURE TASKS AND CALLS (1.0). |
| MURPHY M | 01/15/08 | 3.70 | CURE ISSUES RESOLUTION (2.1); UPDATE AND EXPAND CURE RESOLUTION CHART (1.6). |
| MURPHY M | 01/16/08 | 5.10 | RESPOND TO CURE INQUIRIES (5.1). |
| MURPHY M | 01/17/08 | 6.40 | UPDATE CURE ISSUES CHART/RESPOND TO AND RESEARCH CURE INQUIRIES (6.4). |
| MURPHY M | 01/21/08 | 1.30 | RESOLVE CURE ISSUES AND RESPOND TO INQUIRIES (1.3). |
| MURPHY M | 01/23/08 | 2.20 | RESOLVE CURE ISSUES (0.2); REVIEW CURE OBJECTIONS AND OTHER COMPLAINTS FROM COUNTERPARTIES (2.0). |
| MURPHY M | 01/24/08 | 4.80 | RESOLVE CURE ISSUES (2.2); CHECK DOCKET FOR NEW CURE OBJECTIONS AND REVIEW CURE OBJECTIONS (0.3); REVIEW NEW CURE DISPUTES AND UPDATE CURE CHART (2.3). |
| MURPHY M | 01/25/08 | 5.40 | RETURN CURE CALLS AND RESOLVE CURE ISSUES (5.4). |
| | | **69.40** | |
| PLATT SJ | 01/02/08 | 4.90 | RESPOND TO AND RESEARCH RE: INQUIRIES RE: CURE NOTICES (4.9). |
| PLATT SJ | 01/08/08 | 1.40 | RESPOND TO INQUIRIES RE: PROPOSED CURE AMOUNTS (1.4). |
| | | **6.30** | |
| TULLSON CT | 01/11/08 | 6.10 | RESEARCH AND MEMO RE: CURE PAYMENTS TO ASSIGNEES (6.1). |
| TULLSON CT | 01/12/08 | 8.40 | RESEARCH AND MEMO RE: CURE PAYMENTS (8.4). |
| TULLSON CT | 01/14/08 | 5.10 | CURE PAYMENTS RESEARCH AND MEMO, RESEARCH RE: APPEALS, SUPREMACY CLAUSE, STATUS OF ORDER AS LAW (5.1). |
| TULLSON CT | 01/15/08 | 0.50 | CURE PAYMENTS MEMO (0.5). |
| | | **20.10** | |
| WHARTON JN | 01/06/08 | 0.30 | REVIEW AFFIDAVIT OF SERVICE RE: CURE NOTICES (0.3). |
| WHARTON JN | 01/07/08 | 0.40 | CONTINUE TO WORK ON AFFIDAVIT OF SERVICE RE: CURE NOTICES (0.4). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 01/08/08 | 0.70 | REVIEW AFFIDAVIT OF SERVICE RE: CURE NOTICES (0.3); FORMULATE STRATEGY RE: RESPONSES TO OBJECTIONS (0.4). |
| WHARTON JN | 01/09/08 | 0.70 | FORMULATE STRATEGY RE: TREATMENT OF CURE CLAIMS (0.4) AND RESPOND TO INQUIRIES FROM SUPPLIERS RE: CURE ISSUES (0.3). |
| WHARTON JN | 01/10/08 | 0.30 | RESPOND TO INQUIRIES RE: CURE NOTICES (0.3). |
| WHARTON JN | 01/11/08 | 0.30 | REVIEW ORDER DENYING MOTION OF AD HOC TRADE COMMITTEE TO EXTEND CURE DEADLINE (0.3). |
| WHARTON JN | 01/22/08 | 1.20 | ANALYZE CURE DISPUTE ISSUES (0.8) AND TELECONFERENCES WITH E. WEBER OF FTI (0.2) AND D. UNRUE OF DELPHI (0.2) RE: CURE ISSUES. |
| WHARTON JN | 01/23/08 | 0.20 | ANALYZE CURE INQUIRY FROM R. MCDOWELL, COUNSEL TO FREUDENBERG NOK (0.2). |
| WHARTON JN | 01/24/08 | 2.90 | FORMULATE STRATEGY RE: RECONCILIATION OF CURE CLAIMS (2.2); TELECONFERENCE WITH D. UNURE OF DELPHI RE: CURE (0.4); ANALYZE INQUIRIES RE: CURES FOR OMITTED EXECUTORY CONTRACTS (0.3). |
| WHARTON JN | 01/25/08 | 0.80 | FORMULATE STRATEGY RE: IMPACT OF CURE CLAIMS ON ALLOWED CLAIMS (0.8). |
| | | 7.80 | |
| **Total Associate** | | 291.50 | |
| **TOTAL TIME** | | <u>306.20</u> | |