SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-26
CLAIMS ADMINISTRATION (RECLAMATION / TRUST FUNDS)
14.10 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                        Bill Date: 11/30/07
Claims Admin. (Reclamation/Trust Funds)                         Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| ~~MEISLER RE~~ | ~~10/01/07~~ | ~~0.50~~ | ~~WORK ON REVISIONS TO NOTICE TO BE PROVIDED TO HOLDERS OF RECLAMATION CLAIMS (0.5).~~ |
| ~~MEISLER RE~~ | ~~10/03/07~~ | ~~0.80~~ | ~~REVIEW AND REVISE RECLAMATION NOTICE (0.8).~~ |
|  |  | ~~1.30~~ |  |
| ~~Total Partner~~ |  | ~~1.30~~ |  |
| MATZ TJ | 10/02/07 | 0.90 | TELECONFERENCE WITH CHAMBERS RE: RECLAMATION ORDER (0.2); FURTHER TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); CORRESPONDENCE WITH CHAMBERS RE: SAME (0.2); FURTHER REVIEW OF RECLAMATION EXHIBITS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.2). |
| MATZ TJ | 10/03/07 | 0.60 | TELECONFERENCE WITH CHAMBERS RE: RECLAMATION EXHIBITS (0.2); TELECONFERENCE WITH CHAMBERS RE: SAME (0.1); REVIEW RECLAMATION EXHIBITS (0.2); FORWARD SAME TO CHAMBERS (0.1). |
| MATZ TJ | 10/09/07 | 0.20 | TELECONFERENCE WITH CHAMBERS RE: RECLAMATION PROCEDURES ORDER (0.2). |
|  |  | 1.70 |  |
| Total Counsel |  | 1.70 |  |
| KAHN MT | 10/03/07 | 1.00 | REVISE RECLAMATION NOTICE (1.0). |
| KAHN MT | 10/08/07 | 0.20 | ANALYZE DOCKET AND CORRESPONDENCE RE: RECLAMATION NOTICE (0.2). |
| KAHN MT | 10/19/07 | 1.80 | PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: RECLAMATION CLAIMS (1.8). |
| KAHN MT | 10/21/07 | 0.50 | PARTICIPATE IN WORKING GROUP TELECONFERENCE RE: RECLAMATION CLAIMS (0.5). |
| KAHN MT | 10/31/07 | 0.30 | TELECONFERENCE WITH KCC RE: RECLAMATION NOTICE MAILING (0.3). |
|  |  | 3.80 |  |
| WHARTON JN | 10/19/07 | 1.70 | TELECONFERENCE WITH J. RUHM AND D. EVANS OF DELPHI AND A. FRANKUM OF FTI RE: SERVICE OF RECLAMATION ELECTION NOTICE (1.5) AND TELECONFERENCE WITH J. RUHM AND A. FRANKUM RE: SAME (0.2). |
| WHARTON JN | 10/21/07 | 0.80 | FORMULATE STRATEGY RE: RECLAMATION ELECTION NOTICE TO BE INCLUDED IN SOLICITATION PACKAGE (0.8). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| WHARTON JN | 10/22/07 | 0.30 | CONTINUE TO FORMULATE STRATEGY RE: INCLUSION OF RECLAMATION ELECTION NOTICE IN SOLICITATION MATERIALS (0.3). |
| | | 2.80 | |
| **Total Associate** | | 6.60 | |
| **TOTAL TIME** | | <u>**9.60**</u> | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)** Bill Date: 11/30/07
Claims Admin. (Reclamation/Trust Funds) Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 10/09/07 | Copy Center, D | 10.97 |
| In-house Reproduction | 10/12/07 | Copy Center, D | 64.35 |
| In-house Reproduction | 10/23/07 | Copy Center, D | 32.02 |
| In-house Reproduction | 10/26/07 | Copy Center, D | 61.66 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$169.00** |
| | | **TOTAL MATTER** | **$169.00** |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                                  Bill Date: 01/31/08
Claims Admin. (Reclamation/Trust Funds)                    Bill Number: 1208196

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WHARTON JN | 12/03/07 | 0.40 | CONTINUE WORK ON RECLAMATION ELECTION NOTICE (0.4). |
| WHARTON JN | 12/06/07 | 0.40 | CONTINUE WORK ON RECLAMATION ELECTION NOTICE (0.4). |
| WHARTON JN | 12/10/07 | 1.40 | CONTINUE WORK ON RECLAMATION ELECTION NOTICE (1.4). |
| WHARTON JN | 12/11/07 | 0.50 | TELECONFERENCE WITH R. EMANUEL AND D. BLACKBURN OF DELPHI RE: STATUS OF RECLAMATION CLAIMS PROCESS (0.5). |
| | | 2.70 | |
| **Total Associate** | | **2.70** | |
| ~~WORSCHECK TM~~ | ~~12/19/07~~ | ~~2.20~~ | ~~REVIEW RECLAMATION CLAIM FILES (2.2).~~ |
| ~~WORSCHECK TM~~ | ~~12/20/07~~ | ~~2.80~~ | ~~CONTINUE TO REVIEW RECLAMATION CLAIM FILES (2.8).~~ |
| ~~WORSCHECK TM~~ | ~~12/21/07~~ | ~~1.10~~ | ~~CONTINUE TO REVIEW RECLAMATION CLAIM FILES (1.1).~~ |
| | | ~~6.10~~ | |
| ~~**Total Legal Assistant Support**~~ | | ~~**6.10**~~ | |
| **TOTAL TIME** | | **8.80** | |

**S**KADDEN, **A**RPS, **S**LATE, **M**EAGHER & **F**LOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**                                              **Bill Date: 01/31/08**
**Claims Admin. (Reclamation/Trust Funds)**                                **Bill Number: 1208196**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/07/07 | Copy Center, D | 295.91 |
| In-house Reproduction | 12/11/07 | Copy Center, D | 64.42 |
| In-house Reproduction | 12/14/07 | Copy Center, D | 38.71 |
| In-house Reproduction | 12/18/07 | Copy Center, D | 25.31 |
| In-house Reproduction | 12/21/07 | Copy Center, D | 349.02 |
| In-house Reproduction | 12/25/07 | Copy Center, D | 89.63 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$863.00** |
| | | **TOTAL MATTER** | **$863.00** |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

Delphi Corporation (DIP))  Bill Date: 02/29/08
Claims Admin. (Reclamation/Trust Funds)  Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WHARTON JN | 01/04/08 | 0.50 | TELECONFERENCE WITH A. SEGUIN OF DELPHI RE: TREATMENT OF RECLAMATION CLAIMS (0.5). |
| WHARTON JN | 01/21/08 | 0.40 | ANALYZE RESULTS OF RESPONSES TO RECLAMATION ELECTION NOTICES (0.4). |
| WHARTON JN | 01/22/08 | 0.60 | CONTINUE TO ANALYZE RESULTS OF RECLAMATION ELECTION NOTICES AND FORMULATE STRATEGY RE: SAME (0.6). |
| WHARTON JN | 01/24/08 | 0.80 | CONTINUE TO ANLAYZE RESULTS OF RECLAMATION ELECTION NOTICES (0.8). |
| WHARTON JN | 01/25/08 | 0.80 | TELECONFERENCE WITH R. EMANUEL OF DELPHI RE: RECLAMATION CLAIMS (0.3); FORMULATE STRATEGY RE: IMPACT OF RECLAMATION ELECTION NOTICES ON CLAIMS (0.5). |
|  |  | 3.10 |  |
| **Total Associate** |  | 3.10 |  |
| **TOTAL TIME** |  | **3.10** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP))                                    Bill Date: 02/29/08
Claims Admin. (Reclamation/Trust Funds)                      Bill Number: 1208154

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/04/08 | Copy Center, D | 151.32 |
| In-house Reproduction | 01/11/08 | Copy Center, D | 258.87 |
| In-house Reproduction | 01/15/08 | Copy Center, D | 253.37 |
| In-house Reproduction | 01/25/08 | Copy Center, D | 128.44 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$792.00** |
| | | **TOTAL MATTER** | **$792.00** |

B43E