SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                               :      Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,        :      Case No. 05-44481 (RDD)
                                    :
              Reorganized Debtors.    :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-27
EMPLOYEE MATTERS (PENSION)
267.40 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                  Bill Date: 11/30/07
Employee Matters (Pension)                                Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
| --- | --- | --- | --- |
| BERKE JS | 10/01/07 | 1.00 | CONSIDERATION OF ERISA DOL STRATEGY (1.0). |
| BERKE JS | 10/02/07 | 2.00 | TELECONFERENCE WITH B. POLOVOY RE: DOL ERISA CLAIMS (1.0); CONSIDERATION OF DOL ERISA CLAIM STRATEGY (1.0). |
| BERKE JS | 10/04/07 | 3.00 | WORK ON ISSUES RELATING TO DOL ERISA CLAIMS (3.0). |
| BERKE JS | 10/10/07 | 2.00 | CONSIDERATIONS ON DOL CHICAGO ERISA CLAIM ISSUES (2.0). |
| BERKE JS | 10/11/07 | 2.00 | TELECONFERENCE RE: DOL ERISA CLAIMS (1.0); CONTINUE CONSIDERATION OF ISSUES RAISED IN TELECONFERENCE (1.0). |
| BERKE JS | 10/15/07 | 2.00 | REVIEW AND ANALYZE ISSUE OF DISCHARGEABILITY OR PRESERVATION OF DOL 501(L) ERISA PENALTY CLAIM (2.0). |
| BERKE JS | 10/16/07 | 1.00 | REVIEW AND STRATEGY RE: DEPT. OF LABOR PROPOSAL ON CHICAGO ERISA CLAIM (1.0). |
| BERKE JS | 10/19/07 | 6.00 | REVIEW PROPOSED STIPULATED FACTS BY BROITMAN ON DOL CHICAGO ERISA CLAIM (1.0); STRATEGY CONSIDERATIONS RE: CHICAGO ERISA CLAIM (1.0); TELECONFERENCE RE: CHICAGO ERISA CLAIM (1.0); CONTINUE WORK ON ERISA ISSUES (3.0). |
| BERKE JS | 10/23/07 | 1.50 | AFTERNOON BRIEFING WITH A. HOGAN RE: EMERGING IFS MATTER (0.5); TELECONFERENCE WITH IFS AND ARENT FOX (1.0). |
| BERKE JS | 10/24/07 | 4.50 | EVALUATE IFS ISSUES (0.8); REVIEW OF 2003-39 REGS AND MYRIAD ISSUES RAISED BY IFS TELECONFERENCE YESTERDAY (3.7). |
| BERKE JS | 10/25/07 | 6.60 | REVIEW OF STATUTE AND REGS FURNISHED BY ARENT FOX ON ISSUE OF PAYMENT OTHER THAN CASH POTENTIAL ISSUES IN CONNECTION WITH IFS DECISION OF PLAN PARTICIPATION IN MDL SETTLEMENT (4.0); TELECONFERENCE WITH F. KUPLICKI RE: IFS ISSUES (1.0); CONSIDERATION OF ISSUES FOR DECISION TREE (1.6). |
| BERKE JS | 10/26/07 | 1.80 | TELECONFERENCE IFS ISSUE (1.0); SECOND TELECONFERENCE ON IFS ISSUE (0.8). |
| BERKE JS | 10/29/07 | 4.70 | CONSIDERATION OF IFS ISSUES (0.9); REVIEW AND REVISE DECISION TREE MEMO (1.4); CONSIDERATION OF DOL DALLAS CLAIM ISSUES (1.0); CONSIDERATION OF DOL CHICAGO CLAIM ISSUES IN ANTICIPATION OF DOL MEETING (1.4). |

| | | | |
|---|---|---|---|
| BERKE JS | 10/30/07 | 5.50 | REVIEW AND REVISION COMMENTS TO MDL ERISA DECISION TREE (0.8); CONSIDERATION OF MDL BLOW UP PROVISION AND DOL CHICAGO CLAIM (1.0); PARTICIPATE IN MEETING WITH DOL RE: CHICAGO CLAIM (1.5); POST MEETING CONSIDERATION (0.9); REDRAFT DALLAS COMFORT LETTER (0.6); RECONSIDER ISSUES OF DALLAS SETTLEMENT AGREEMENT (0.7). |
| BERKE JS | 10/31/07 | 3.80 | WORK ON ISSUES RELATING TO DOL ERISA CLAIM (1.4); WORK ON DECISION TREE FOR MDL ISSUE OF PAYMENT OTHER THAN CASH (1.2); ATTENTION TO SETTLEMENT AGREEMENT AND COMFORT LETTER ON DOL DALLAS CLAIM (1.2). |
| | | **47.40** | |
| BUTLER, JR. J | 10/01/07 | 0.20 | REVIEW IRS CONDITION WAIVER FOR 2007 PLAN YEAR DATED SEPTEMBER 28, 2007 (0.2). |
| BUTLER, JR. J | 10/05/07 | 0.70 | REVIEW AND REVISE MOTION AND RELATED PLEADINGS RE: IRS CONDITIONAL FUNDING WAIVER FOR 2007 PLAN YEAR DATED SEPTEMBER 28, 2007 (0.7). |
| BUTLER, JR. J | 10/22/07 | 0.30 | CONTINUE TO REVIEW IRS CONDITION WAIVER FOR 2007 PLAN YEAR DATED SEPTEMBER 28, 2007 RE: TIMETABLE AND OTHER MATTERS (0.3). |
| BUTLER, JR. J | 10/23/07 | 0.60 | REVIEW DOL ENFORCEMENT ACTION AND LETTERS TO DIRECTORS AND OFFICERS (0.3); FOLLOW-UP RE: SAME WITH D. SHERBIN (0.3). |
| BUTLER, JR. J | 10/24/07 | 0.30 | CONTINUE TO PREPARE FOR OCTOBER 25TH OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECOND IRS WAIVER MOTION (0.3). |
| BUTLER, JR. J | 10/25/07 | 0.40 | PREPARE FOR (0.2) AND ATTEND (0.2) OMNIBUS HEARING BEFORE JUDGE DRAIN IN NEW YORK BANKRUPTCY COURT RE: SECOND IRS WAIVER MOTION. |
| | | **2.50** | |
| FURFARO JP | 10/12/07 | 0.70 | REVIEW OF DOCUMENTS RE: DOL MATTERS (0.7). |
| FURFARO JP | 10/15/07 | 2.00 | REVIEW OF CLAIMS DOCUMENTS (1.3); REVIEW OF DOL MATERIAL/ADVICE (0.7). |
| FURFARO JP | 10/16/07 | 0.70 | REVIEW OF EMAILS/ADVICE RE: DOL MATTERS (0.7). |
| FURFARO JP | 10/17/07 | 0.80 | REVIEW OF DOL ISSUE RE: CLAIMS RESOLUTION (0.8). |
| FURFARO JP | 10/22/07 | 1.50 | REVIEW OF PROPOSED DOL STIPULATION (0.6); REVIEW OF DRAFT FILING/REVISIONS (0.9). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FURFARO JP | 10/26/07 | 2.10 | PREPARATION OF ANALYSIS RE: ERISA/DOL ISSUES FOR CLIENT/RESEARCH (2.1). |
| FURFARO JP | 10/27/07 | 0.50 | REVIEW OF REVISED MEMO (0.5). |
| FURFARO JP | 10/29/07 | 0.40 | REVIEW OF DRAFT DOL CLOSING LETTER (0.4). |
| FURFARO JP | 10/30/07 | 1.10 | REVIEW OF DOL LETTER/REVISIONS (0.5); REVIEW OF REVISED ERISA/DOL MEMO (0.6). |
| FURFARO JP | 10/31/07 | 0.20 | REVIEW OF REVISED DOL LETTER (0.2). |
| | | **10.00** | |
| HIESTAND NL | 10/12/07 | 1.20 | PREPARE FOR AND ATTEND MEETING (1.2). |
| HIESTAND NL | 10/18/07 | 0.60 | PBGC ISSUES (0.6). |
| | | **1.80** | |
| HOGAN III AL | 10/01/07 | 2.40 | CONFERENCE WITH WORKING GROUP RE: STATUS OF RESPONSE TO DOL ECONOMIC ANALYSIS, AND POTENTIAL RESOLUTION OF DOL PENALTY ISSUES (2.2); COMMUNICATE WITH ERISA COUNSEL RE: BANKRUPTCY SCHEDULING AND COORDINATION WITH DISTRICT COURT PROCEEDINGS (0.2). |
| HOGAN III AL | 10/12/07 | 1.10 | CONTINUE ANALYSIS OF POTENTIAL DOL (ASEC CLAIM) RESOLUTION, AND ANALYSIS OF PENALTY ISSUES WITH RESPECT TO SAME (0.8); COMMUNICATE WITH DOL COUNSEL RE: SAME (0.3). |
| HOGAN III AL | 10/15/07 | 1.90 | CONTINUE ANALYSIS OF POTENTIAL SETTLEMENT OF DOL (ASEC) CLAIM, AND RELATED MDL ISSUES (1.9). |
| HOGAN III AL | 10/17/07 | 0.60 | CONFERENCE WITH WORKING GROUP RE: DOL CLAIM RESOLUTION STRATEGY (0.6). |
| HOGAN III AL | 10/19/07 | 1.50 | PARTICIPATE IN SENIOR STRATEGY CONFERENCE (0.8); CONFERENCE WITH WORKING GROUP RE: DOL CLAIM, AND POTENTIAL ACTION AGAINST THIRD PARTIES AND INDIVIDUALS WITH RESPECT TO SAME (0.4); FOLLOW-UP DISCUSSION WITH CLIENT RE: STATUS OF DATA ANALYSIS (0.3). |
| HOGAN III AL | 10/23/07 | 2.20 | REVIEW AND ADDRESS DOL COMMUNICATIONS TO INDIVIDUAL DIRECTORS RE: CHICAGO CLAIM (2.2). |
| HOGAN III AL | 10/25/07 | 1.70 | PLAN AND PREPARE FOR MEETING WITH DOL RE: CHICAGO CLAIM AND POTENTIAL RESOLUTION OF SAME (1.7). |
| HOGAN III AL | 10/26/07 | 1.30 | CONTINUE TO REVIEW ECONOMIC ANALYSIS AND PREPARE FOR DOL RESOLUTION MEETING (1.3). |
| HOGAN III AL | 10/29/07 | 5.30 | PREPARE FOR DOL MEETING, INCLUDING REVIEW OF ANALYSIS WITH CONSULTING EXPERT, AND CREATING OF TALKING POINT SLIDES (5.3). |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| HOGAN III AL | 10/30/07 | 4.70 | CONTINUE PREPARATIONS FOR, AND CONDUCT MEETING WITH DOL COUNSEL AND REPRESENTATIVES CONCERNING CHICAGO CLAIM, AND POTENTIAL RESOLUTION OF SAME (4.7). |
| HOGAN III AL | 10/31/07 | 1.00 | FOLLOW-UP ANALYSIS AND COMMUNICATION S WITH DOL COUNSEL RE: POTENTIAL RESOLUTION OF CHICAGO CLAIM (1.0). |
| | | **23.70** | |
| ~~LAWSON MA~~ | ~~10/24/07~~ | ~~1.80~~ | ~~ANALYSIS OF POTENTIAL SETTLEMENT UNDER ERISA (1.8).~~ |
| ~~LAWSON MA~~ | ~~10/25/07~~ | ~~1.20~~ | ~~CONFERENCE WITH J. BERKE ET AL RE: ERISA ISSUES WITH RESPECT TO SETTLEMENT; PREPARATION OF DECISION TREE (1.2).~~ |
| ~~LAWSON MA~~ | ~~10/26/07~~ | ~~2.80~~ | ~~RESEARCH; REVIEW/EDIT DECISION TRE RE: SETTLEMENT PROPOSAL (2.8).~~ |
| ~~LAWSON MA~~ | ~~10/29/07~~ | ~~0.80~~ | ~~REVIEW/EDIT DECISION TREE RE: SETTLEMENT NEGOTIATIONS (0.8).~~ |
| | | ~~**6.60**~~ | |
| MARAFIOTI KA | 10/02/07 | 0.10 | CORRESPONDENCE FROM FIDUCIARY CONSULTANTS (0.1). |
| MARAFIOTI KA | 10/03/07 | 0.20 | CORRESPONDENCE EXCHANGE RE: INQUIRIES OF FIDUCIARY CONSULTANTS RE: PENSION ISSUES (0.2). |
| MARAFIOTI KA | 10/04/07 | 1.40 | WORK ON SECOND FINANCING WAIVER MOTION (1.1); RELATED CORRESPONDENCE (0.3). |
| MARAFIOTI KA | 10/05/07 | 1.50 | REVIEW AND REVISE SECOND LIEN WAIVER NOTICE OF MOTION (0.1), ORDER (0.3); MOTION (0.5); RELATED CORRESPONDENCE (0.2); REVIEW PENSION WAIVER (0.4). |
| MARAFIOTI KA | 10/17/07 | 3.20 | TELECONFERENCE WITH J. SHEEHAN, K. COBB, W. SOLLEE, L. HASSEL RE: PENSION ISSUES IN CONNECTION WITH INTERCOMPANY TRANSFER MOTION (0.5); TELECONFERENCE WITH COBB AND HASSEL RE: SAME (0.2); TELECONFERENCE WITH K. COBB, I. HASSEL, C. WOLFE, K. MORRIS, AND J. SEGAL RE: SAME (0.4); FOLLOWUP TELECONFERENCE WITH K. COBB AND I. HASSEL (0.1); ANALYZE PBGC ISSUES (1.4); TELECONFERENCE WITH I. HASSEL (0.1); CORRESPONDENCE EXCHANGE WITH CLIENT (0.5). |
| MARAFIOTI KA | 10/18/07 | 1.00 | TELECONFERENCE WITH K. COBB RE: INTERCOMPANY TRANSFER MOTION (0.1); CONSIDER PBGC ISSUES IN CONNECTION WITH SAME (0.9). |
| MARAFIOTI KA | 10/19/07 | 1.10 | REVIEW CORRESPONDENCE RE: PBGC ISSUES (0.1); REVIEW PROPOSED ADEQUATE PROTECTION PROVISIONS AND REVISIONS TO SAME (1.0). |

| | | | |
|---|---|---|---|
| MARAFIOTI KA | 10/22/07 | 0.40 | PREPARE FOR HEARING ON SECOND IRS WAIVER (0.4). |
| MARAFIOTI KA | 10/31/07 | 1.70 | TELECONFERENCE WITH K. MORRIS, J. SEGAL, AND B. STANGER (0.2); TELECONFERENCE WITH J. SEGAL (0.1); CORRESPONDENCE TO CLIENT RE: PBGC INQUIRIES (0.6); MESSAGE FROM L. HASSEL RE: SAME (0.1); REVIEW EPCA AND DISCLOSURE LETTER PROVISIONS RE: PBGC LIENS (0.7). |
| | | 10.60 | |
| **Total Partner** | | **102.60** | |
| RAMLO K | 10/01/07 | 0.60 | REVIEW CORRESPONDENCE FROM K. COBB AND PENSION FUNDING WAIVERS AND BEGAN PREPARATION OF MOTION (0.6). |
| RAMLO K | 10/02/07 | 0.40 | BEGIN REVISING MOTION TO APPROVE PENSION FUNDING WAIVER (0.4). |
| RAMLO K | 10/03/07 | 3.80 | REVIEW PRIOR PENSION WAIVERS AND RELATED MATERIALS AND REVISE MOTION TO APPROVE PENSION FUND WAIVER AND PROPOSED ORDER (3.8). |
| RAMLO K | 10/04/07 | 1.60 | REVIEW AND FURTHER REVISE MOTION TO APPROVE IRS PENSION FUNDING WAIVER (1.6). |
| RAMLO K | 10/05/07 | 4.50 | REVIEW IRS MODIFICATIONS TO FIRST SET OF PENSION FUNDING WAIVERS (0.4); CORRESPONDENCE FROM J. SHEEHAN RE: REVISIONS TO PENSION FUNDING MOTION (0.2); CORRESPONDENCE FROM W. SOLLEE RE: REVISIONS TO SAME (0.2); FURTHER REVISIONS TO PENSION FUNDING WAIVER MOTION (2.8); TELECONFERENCES WITH K. COBB RE: SAME (0.4); TELECONFERENCE WITH W. SOLLEE RE: SAME (0.2); TELECONFERENCE WITH J. SHEEHAN RE: MOTION (0.1); CORRESPONDENCE WITH J. SHEEHAN RE: CONTRIBUTIONS TO PENSION PLANS OF SUBSIDIARIES (0.2). |
| RAMLO K | 10/11/07 | 0.20 | REVIEW IRS PUBLISHED VERSIONS OF PENSION FUNDING RULINGS (0.2). |
| RAMLO K | 10/16/07 | 1.10 | REVIEW AND BEGIN PREPARING DECLARATION AND EXHIBITS LISTS FOR PENSION WAIVERS (1.1). |
| RAMLO K | 10/17/07 | 0.50 | REVISE SHEEHAN DECLARATION AND SCRIPT FOR PENSION WAIVER MOTION (0.5). |
| RAMLO K | 10/18/07 | 0.60 | FURTHER REVISE IRS PENSION FUNDING WAIVER SCRIPT, EXHIBIT LISTS, AND DECLARATION (0.6). |
| RAMLO K | 10/21/07 | 1.10 | REVIEW PBGC LIEN NOTICES WITH RESPECT TO FOREIGN SUBSIDIARY MEMBERS OF CONTROLLED GROUP (0.3); FURTHER REVISIONS TO REPLY BRIEF (0.8). |

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| | | | |
|---|---|---|---|
| RAMLO K | 10/28/07 | 0.50 | REVISE DISCLOSURE OF STATUS OF PENSION FUNDING MATTERS (0.5). |
| | | **14.90** | |
| **Total Counsel** | | **14.90** | |
| CAMPANARIO ND | 10/02/07 | 2.20 | CONTINUE LEGAL RESEARCH RE: PROOF OF CLAIM BY UNITED STATES DEPARTMENT OF LABOR (2.2). |
| CAMPANARIO ND | 10/03/07 | 5.40 | CONTINUE LEGAL RESEARCH RE: PROOF OF CLAIM BY UNITED STATES DEPARTMENT OF LABOR (2.8) AND DRAFT STIPULATION RE: SAME (2.6). |
| CAMPANARIO ND | 10/11/07 | 2.90 | TELECONFERENCE WITH U.S. DEPARTMENT OF LABOR CONCERNING THEIR PROOFS OF CLAIM AND DISCUSS STRATEGY RE: SAME (2.5) AND REVIEW CORRESPONDENCE CONCERNING SAME (0.4). |
| CAMPANARIO ND | 10/12/07 | 6.80 | LEGAL RESEARCH RE: SETTLEMENT AGREEMENTS (6.4); PREPARE SCHEDULE FOR LITIGATION OF PROOF OF CLAIM BY DEPARTMENT OF LABOR (0.4). |
| CAMPANARIO ND | 10/15/07 | 7.10 | CONTINUE LEGAL RESEARCH RE: SETTLEMENT AGREEMENTS (5.8); TELECONFERENCE WITH DEPARTMENT OF LABOR RE: SETTLEMENT OF PROOFS OF CLAIM AND FORMULATE STRATEGY RE: SAME (1.3). |
| CAMPANARIO ND | 10/16/07 | 4.90 | DRAFT STIPULATION AND SETTLEMENT AGREEMENT RE: PROOF OF CLAIM BY UNITED STATES DEPARTMENT OF LABOR (4.9). |
| CAMPANARIO ND | 10/18/07 | 0.40 | REVIEW PROPOSED STIPULATION CONCERNING PROOF OF CLAIM BY UNITED STATES DEPARTMENT OF LABOR (0.4). |
| CAMPANARIO ND | 10/30/07 | 3.60 | REVIEW SETTLEMENT PRESENTATION AND COMMENTS ON SETTLEMENT PAPERS AND REVISE SETTLEMENT PAPERS CONCERNING PROOFS OF CLAIM BY UNITED STATES DEPARTMENT OF LABOR (3.6). |
| | | **33.30** | |
| DUNCOMB BM* | 10/01/07 | 5.80 | RESEARCH RELATING TO DOJ PENALTY ON ERISA SETTLEMENT (5.8). |
| DUNCOMB BM* | 10/02/07 | 3.80 | RESEARCH RELATING TO DOJ PENALTY PROVISION AND ERISA SETTLEMENT (3.8). |
| DUNCOMB BM* | 10/12/07 | 1.80 | RESEARCH WHETHER DOL PENALTY IS DISCHARGEABLE IN BANKRUPTCY (1.3); RESEARCH RE: DISCHARGES FROM BANKRUPTCY (0.5). |
| DUNCOMB BM* | 10/15/07 | 4.80 | RESEARCH SUBORDINATION ISSUE RELATING TO DOL CLAIM (4.8). |
| | | **16.20** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| FERN BM | 10/01/07 | 1.70 | REVIEW AND ANALYZE IRS SECOND WAIVER LETTER (0.4); ATTENTION TO ISSUES RE: SCOPE OF INFORMATION PROVIDED IN SECOND WAIVER MOTION (0.5); REVIEW MATERIALS RE: TIMING OF PENSION CONTRIBUTION (0.3); REVIEW AND COMMENT ON 2ND WAIVER MOTION AND ORDER (0.5). |
| FERN BM | 10/02/07 | 2.80 | REVIEW AND COMMENT ON SECOND FUNDING WAIVER MOTION (1.9); ATTENTION TO ISSUES RE: TERMS OF SECOND WAIVER MOTION (0.4); FORMULATE STRATEGY RE: SECOND FUNDING WAIVER MOTION (0.5). |
| FERN BM | 10/03/07 | 2.10 | REVIEW AND COMMENT ON MARK-UP TO SECOND WAIVER MOTION (0.7); REVIEW PROPOSED CHANGES TO SECOND WAIVER MOTION (0.6); ADDITIONAL REVIEW OF PROPOSED CHANGES TO SECOND FUNDING WAIVER MOTION (0.8). |
| FERN BM | 10/04/07 | 2.00 | REVIEW AND COMMENT ON K. COBB'S PROPOSED CHANGES TO MOTION (0.5); REVIEW AND REVISE DRAFT OF FUNDING MOTION (0.7); ATTENTION TO ISSUES RE: SAME (0.2); REVIEW PROPOSED CHANGES TO FUNDING MOTION (0.3); FORMULATE STRATEGY RE: SECOND FUNDING WAIVER MOTION (0.3). |
| FERN BM | 10/05/07 | 2.20 | REVIEW AND COMMENT ON PROPOSED CHANGES TO FUNDING WAIVER MOTION (0.9); ATTENTION TO VARIOUS ISSUES RE: SCOPE OF LETTERS OF CREDIT CURRENTLY HELD BY PBGC (0.6); REVIEW AND COMMENT ON PENSION MOTION (0.7). |
| FERN BM | 10/17/07 | 1.80 | REVIEW AND COMMENT ON SCRIPT FOR SECOND FUNDING WAIVER MOTION (1.1); REVIEW AND COMMENT ON SHEEHAN DECLARATION IN SUPPORT OF SECOND FUNDING WAIVER MOTION (0.7). |
| FERN BM | 10/19/07 | 2.70 | RESEARCH RE: PBGC AND FOREIGN CONTROLLED GROUP (2.7). |
| | | **15.30** | |
| KAHN MT | 10/01/07 | 1.50 | ANALYZE FINAL TERM SHEET AND REVISE SECOND WAIVER MOTION, NOTICE AND ORDER (1.5). |
| KAHN MT | 10/02/07 | 0.50 | REVISE SECOND WAIVER MOTION (0.5). |
| KAHN MT | 10/03/07 | 1.40 | REVISE SECOND WAIVER MOTION (1.4). |
| KAHN MT | 10/04/07 | 2.00 | REVISE SECOND WAIVER MOTION (2.0). |
| KAHN MT | 10/05/07 | 4.40 | PREPARE FOR SECOND WAIVER FILING INCLUDING REVISE MOTION; PREPARE EXHIBITS TO MOTION; REVISE NOTICE AND ORDER TO MOTION (4.4). |
| KAHN MT | 10/11/07 | 2.20 | DRAFT PROFFER FOR SECOND WAIVER MOTION (2.2). |
| KAHN MT | 10/12/07 | 1.00 | REVISE PROFFER FOR SECOND WAIVER MOTION (1.0). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| KAHN MT | 10/17/07 | 0.60 | REVISE SECOND WAIVER PROFFER (0.4); ANALYZE CORRESPONDENCE RE: PBGC (0.2). |
| KAHN MT | 10/18/07 | 10.40 | DRAFT EXHIBIT LIST FOR SECOND WAIVER MOTION (0.4); RESEARCH RE: EXTRATERRITORIALITY LIMIT OF PBGC LIEN (10.0). |
| KAHN MT | 10/19/07 | 3.60 | RESEARCH RE: IRS LIENS WITH RESPECT TO PBGC AND EXTRATERRITORIALITY (3.6). |
| KAHN MT | 10/23/07 | 0.20 | COORDINATE EXHIBIT BINDER FOR SECOND WAIVER MOTION (0.2). |
| KAHN MT | 10/24/07 | 0.70 | PREPARE AND FINALIZE EXHIBITS FOR HEARING ON SECOND WAIVER (0.5); REVISE DECLARATION FOR SECOND WAIVER MOTION (0.2). |
| KAHN MT | 10/26/07 | 0.10 | ANALYZE SECOND WAIVER ORDER FOR ANY REVISIONS (0.1). |
| KAHN MT | 10/30/07 | 0.30 | ANALYZE MOR RE: PBGC SECTION TO CONFIRM CONSISTENCY WITH 10-Q (0.3). |
| | | **28.90** | |
| KOHUT RD | 10/12/07 | 0.80 | REVIEW OF DOL MATERIALS (0.8). |
| KOHUT RD | 10/15/07 | 4.20 | LEGAL RESEARCH ON DOL ISSUES (4.2). |
| KOHUT RD | 10/16/07 | 0.90 | CORRESPONDENCE ON DOL ISSUES (0.9). |
| KOHUT RD | 10/19/07 | 0.30 | REVIEW OF DOL CORRESPONDENCE (0.3). |
| KOHUT RD | 10/23/07 | 1.10 | DOL MATERIALS REVIEW (1.1). |
| KOHUT RD | 10/24/07 | 2.40 | DOL PTE RESEARCH (1.6) AND CORRESPONDENCE (0.8). |
| KOHUT RD | 10/25/07 | 7.70 | DOL SETTLEMENT CORRESPONDENCE AND TELECONFERENCES (1.8); LEGAL RESEARCH OF PROHIBITED TRANSACTIONS (2.7); DRAFTING OF ISSUES ANALYSIS (3.2). |
| KOHUT RD | 10/26/07 | 6.40 | LEGAL RESEARCH OF ERISA PROHIBITED TRANSACTIONS AND EXEMPTIONS (2.4); EMAIL AND TELEPHONIC CORRESPONDENCE RE: SAME WITH INTERNAL AND EXTERNAL COUNSEL (1.2); DRAFTING AND REVISIONS TO ISSUES ANALYSIS SUMMARY (2.8). |
| KOHUT RD | 10/29/07 | 2.80 | DRAFT AND REVISIONS TO ERISA ISSUES ANALYSIS SUMMARY (2.2); DOL TELECONFERENCE (0.6). |
| KOHUT RD | 10/30/07 | 2.80 | DRAFTING AND REVISIONS TO ERISA ISSUES ANALYSIS SUMMARY (0.5); REVISIONS TO DOL PROPOSED COMFORT LETTER (2.3). |
| KOHUT RD | 10/31/07 | 2.30 | REVIEW AND REVISIONS TO DOL SETTLEMENT AGREEMENT (2.3). |
| | | **31.70** | |
| **Total Associate/Law Clerk** | | **125.40** | |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| ~~DEMMA J~~ | ~~10/05/07~~ | ~~2.10~~ | ~~PREPARE/FILE IRS PENSION WAIVER MOTION (2.1).~~ |
|---|---|---|---|
| | | ~~2.10~~ | |
| ~~Total Legal Assistant~~ | | ~~2.10~~ | |

**TOTAL TIME**          **245.00**

\* Law clerks are law school graduates who are not presently admitted to practice.

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

Delphi Corporation (DIP)  Bill Date: 11/30/07
Employee Matters (Pension)  Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/19/07 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Lexis/Nexis | 10/18/07 | Roe GL | 11.54 |
| Lexis/Nexis | 10/19/07 | Fern BM | 78.46 |
| | | **TOTAL LEXIS/NEXIS** | **$90.00** |
| Westlaw | 10/01/07 | Campanario ND | 77.99 |
| Westlaw | 10/01/07 | Duncomb BM | 1,101.93 |
| Westlaw | 10/02/07 | Duncomb BM | 299.38 |
| Westlaw | 10/04/07 | Campanario ND | 152.40 |
| Westlaw | 10/11/07 | Campanario ND | 68.69 |
| Westlaw | 10/12/07 | Campanario ND | 195.91 |
| Westlaw | 10/12/07 | Duncomb BM | 663.21 |
| Westlaw | 10/15/07 | Campanario ND | 215.39 |
| Westlaw | 10/15/07 | Duncomb BM | 241.71 |
| Westlaw | 10/17/07 | Duncomb BM | 109.21 |
| Westlaw | 10/18/07 | Roe GL | 436.01 |
| Westlaw | 10/19/07 | Ramlo K | 616.47 |
| Westlaw | 10/20/07 | Ramlo K | 144.84 |
| Westlaw | 10/21/07 | Campanario ND | 10.30 |
| Westlaw | 10/21/07 | Ramlo K | 84.98 |
| Westlaw | 10/23/07 | Campanario ND | 768.14 |
| Westlaw | 10/29/07 | Campanario ND | 275.90 |
| Westlaw | 10/31/07 | Campanario ND | 136.54 |
| | | **TOTAL WESTLAW** | **$5,599.00** |
| Out-of-Town Travel | 10/16/07 | Hogan III AL | 38.98 |
| Out-of-Town Travel | 10/18/07 | Hogan III AL | 1,002.02 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,041.00** |
| Messengers/ Courier | 10/05/07 | OSMIO | 7.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| Out-of-Town Meals | 10/16/07 | Hogan III AL | 45.00 |

**S**KADDEN, **A**RPS, **S**LATE, **M**EAGHER & **F**LOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 10/17/07 | Hogan III AL | 90.00 |
| Out-of-Town Meals | 10/18/07 | Hogan III AL | 45.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$180.00** |
| Print Images to Paper (from Electronic Media) | 10/02/07 | Copy Center, D | 43.54 |
| Print Images to Paper (from Electronic Media) | 10/22/07 | Koukpamou P | 59.43 |
| Print Images to Paper (from Electronic Media) | 10/30/07 | Copy Center, D | 36.03 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$139.00** |
| | | **TOTAL MATTER** | **$7,057.00** |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| Delphi Corporation (DIP)) | | | Bill Date: 01/10/08 |
| Employee Matters (Pension) | | | Bill Number: 1206100 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 11/01/07 | 1.80 | TELECONFERENCE WITH L. HASSEL TO PREPARE FOR PBGC TELECONFERENCE (0.3); TELECONFERENCE WITH K. MORRIS, J. SEGAL, B. BANGERT, S. CORCORAN, AND L. HASSEL RE: PBGC ISSUES (0.4); FOLLOWUP CALLS (0.1), K. COBB (0.2) AND HASSEL (0.2); RELATED CORRESPONDENCE (0.2); CONSIDER ISSUES RE: PBGC ESCROW (0.4). |
| MARAFIOTI KA | 11/06/07 | 0.50 | CORRESPONDENCE FROM L. HASSEL RE: PBGC ISSUES (0.3); TELECONFERENCE WITH HASSEL RE: SAME (0.2). |
| MARAFIOTI KA | 11/19/07 | 0.20 | UPDATE RE: PBGC ISSUES (0.2). |
| MARAFIOTI KA | 11/20/07 | 0.20 | CONSIDER PBGC OBJECTIONS TO PLAN (0.2). |
| MARAFIOTI KA | 11/28/07 | 1.20 | REVIEW ESCROW AGREEMENT WITH JP MORGAN/PBGC/DELPHI (0.6) AND TELECONFERENCE WITH K. COBB RE: SAME (0.1); CONSIDER TAX ISSUES IN CONNECTION WITH PBGC FUNDING WAIVERS (0.5). |
| | | 3.90 | |
| **Total Partner** | | 3.90 | |
| **TOTAL TIME** | | **3.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**  Bill Date: 01/10/08
**Employee Matters (Pension)**  Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 11/01/07 | Teleconferencing Services, LLC | 7.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP))**               Bill Date: 01/31/08
**Employee Matters (Pension)**              Bill Number: 1208196

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 12/17/07 | 1.00 | TELECONFERENCE WITH L. HASSEL RE: EPCA PROVISION RE: PBGC (0.1) AND CONSIDER ISSUES RE: SAME (0.9). |
| MARAFIOTI KA | 12/18/07 | 0.10 | ANALYZE PBGC ISSUES (0.1). |
|  |  | **1.10** |  |
| MEISLER RE | 12/03/07 | 0.30 | REVIEW AND RESPOND TO CORRESPONDENCE FROM K. COBB RE: PBGC (0.3). |
| MEISLER RE | 12/21/07 | 2.10 | PREPARE FOR CALL RE: TREATMENT OF SERP CLAIMS (0.5); PARTICIPATE ON WORKING GROUP CALL RE: SERP CLAIMS (0.8); REVIEW AND REVISE NOTICE TO SERP CLAIMANTS RE: SAME (0.3); TELECONFERENCES WITH RETIREE (D. GOLDSWEIG) RE: SERP CLAIM QUESTIONS (0.3, 0.2). |
| MEISLER RE | 12/22/07 | 0.10 | DRAFT CORRESPONDENCE RE: SERP CLAIMS (0.1). |
| MEISLER RE | 12/26/07 | 0.50 | TELECONFERENCE WITH A. SCHWARTZ RE: CLAIMS OF RETIREES (0.3); REVIEW CORRESPONDENCE FROM FIDUCIARY COUNSELORS RE: PENSION CLAIMS (0.2). |
| MEISLER RE | 12/27/07 | 0.20 | REVIEW AND REVISE NOTICES TO RETIREES (0.2). |
| MEISLER RE | 12/28/07 | 0.30 | TELECONFERENCE WITH D. GOLDSWEIG RE: SERP CLAIMS (0.3). |
|  |  | **3.50** |  |
| **Total Partner** |  | **4.60** |  |
| **TOTAL TIME** |  | **4.60** |  |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 02/29/08 |
|---|---|---|---|
| Employee Matters (Pension) | | | Bill Number: 1208154 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 01/04/08 | 0.20 | BEGIN REVIEW OF PBGC CORRESPONDENCE (0.2). |
| MARAFIOTI KA | 01/08/08 | 1.60 | REVIEW PBGC CORRESPONDENCE RE: PLAN ISSUES (0.6); TELECONFERENCE WITH K. COBB AND L. HASSEL RE: SAME AND RE: FIDUCIARY COUNSELORS' RULE 3018 MOTION (0.5); FOLLOWUP (0.1); CONSIDER POSSIBLE PLAN REVISIONS (0.4). |
| MARAFIOTI KA | 01/09/08 | 0.30 | REVIEW CHANGE TO CONFIRMATION ORDER REQUESTED BY PBGC (0.1) AND CONSIDER ISSUES RE: SAME (0.2). |
| MARAFIOTI KA | 01/10/08 | 0.20 | CONSIDER ISSUES RE: PBGC (0.2). |
| MARAFIOTI KA | 01/14/08 | 0.20 | CONSIDER NEW PROVISION IN CONFIRMATION ORDER RE: PBGC (0.2). |
| | | **2.50** | |
| MEISLER RE | 01/02/08 | 0.80 | TELECONFERENCE WITH S. GEBBIA RE: SERP CLAIMS (0.2); DRAFT CORRESPONDENCE RE: RETIREE CLAIMS (0.3); REVIEW SUMMARY OF VARIANCE BETWEEN DEBTORS' ESTIMATE AND ASSERTED CLAIMS (0.3). |
| MEISLER RE | 01/03/08 | 0.70 | REVIEW SERP NOTICE (0.5); CONSIDER BENEFITS AND DISADVANTAGES (0.2). |
| MEISLER RE | 01/04/08 | 0.50 | TELECONFERENCE WITH A. SCHWARZ AND H. FREEMAN RE: RETIREE CLAIMS (0.4); DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.1). |
| MEISLER RE | 01/07/08 | 1.70 | CONTINUE TO REVIEW STIPULATION AND AGREED PROTECTIVE ORDER RE: RESOLUTION OF RETIREE CLAIMS (0.4); PREPARE FOR CONFERENCE CALL RE: SAME (0.2); TELECONFERENCE WITH A. SCHWARTZ AND H. SHER RE: RETIREE CLAIMS (0.8); PARTICIPATE IN WORKING GROUP MEETING RE: RESOLVING SERP CLAIMS (0.3). |
| MEISLER RE | 01/08/08 | 1.00 | PREPARE FOR CALL WITH D. GOLDSWEIG RE: RETIREE CLAIMS (0.3); TELECONFERENCE WITH D. GOLDSWEIG RE: SAME (0.3); REVIEW DOCUMENTS RE: SAME (0.4). |
| MEISLER RE | 01/09/08 | 1.30 | REVIEW AND CONSIDER RESOLUTION RE: RETIREES CLAIMS (0.5); TELECONFERENCE WITH B. SAX RE: SERP CLAIMS (0.2); CONFERENCE WITH I. BOLTON RE: SAME (0.2); REVIEW STIPULATION AND PROTECTIVE ORDER RE: RESOLUTION OF RETIREE CLAIMS (0.2); REVIEW PROPOSED MODIFICATIONS TO PLAN RE: SAME (0.2). |

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

| | | | |
|---|---|---|---|
| MEISLER RE | 01/10/08 | 3.00 | REVIEW CORRESPONDENCE RE: SERP RETIREES (0.2); TELECONFERENCE WITH B. SAX RE: COMMUNICATION TO SERP RETIREES (0.2); TELECONFERENCE WITH D. ALEXANDER RE: RETIREE CLAIMS (0.2); TELECONFERENCE WITH A SCHWARTZ RE: RETIREE CLAIMS (0.3); REVIEW CLAIM CALCULATIONS (0.8); REVIEW AND COMMENT ON SETTLEMENT AGREEMENT (0.9); REVIEW AND COMMENT ON STIPULATION (0.4). |
| MEISLER RE | 01/11/08 | 2.40 | TELECONFERENCE WITH C. HODGES (WATSON WYATT), D. ALEXANDER, AND OTHERS AT DLEPHI RE: RETIREE CALCULATION (0.4); TELECONFERENCE WITH D. ALEXANDER RE: POTENTIAL SETTLEMENT WITH RETIREES (0.3); TELECONFERENCE WITH A. SCHWARTZ AND H. SHER RE: SETTLEMENT DISCUSSIONS RE: RETIREE CLAIMS (0.4); CONTINUE TO REVIEW AND COMMENT ON STIPULATIONS (0.5) AND SETTLEMENT AGREEMENTS (0.6) RE: RETIREES; DRAFT CORRESPONDENCE RE: SAME (0.2). |
| MEISLER RE | 01/12/08 | 1.30 | CONTINUE TO REVIEW AND CONSIDER RETIREES SETTLEMENT (1.3). |
| MEISLER RE | 01/14/08 | 0.40 | TELECONFERENCE WITH D. UNRUE, K. CRAFT, AND FTI RE: RESOLUTION OF CERTAIN SERP CLAIMS (0.4). |
| MEISLER RE | 01/15/08 | 1.20 | CONTINUE TO RESOLVE CLAIMS ASSERTED BY RETIREES (0.4); TELECONFERENCE WITH K. CRAFT RE: SAME (0.1); TELECONFERENCE WITH D. ALEXANDER AND E. DILLARD RE: DISPUTES OVER CALCULATIONS (0.7). |
| MEISLER RE | 01/16/08 | 1.00 | CONFERENCE WITH J. SHEEHAN RE: RESOLUTION OF RETIREES' CLAIMS (0.2); WORK ON SAME (0.6); TELECONFERENCE WITH A. SCHWARTZ RE: SAME (0.2). |
| | | 15.30 | |
| **Total Partner** | | **17.80** | |
| FEINBERG AS | 01/21/08 | 3.70 | TAX ANALYSIS RE: TAX DISCLOSURE IN FORM S-1 (3.7). |
| | | 3.70 | |
| ~~HALPER A~~ | ~~01/09/08~~ | ~~1.20~~ | ~~REVIEW PBGC COMMENTS AND ISSUES (1.2).~~ |
| | | ~~1.20~~ | |
| KAHN MT | 01/23/08 | 1.10 | DRAFT AND REVISE THIRD PENSION WAIVER MOTION (1.1). |
| | | 1.10 | |
| **Total Associate** | | **6.00** | |
| **TOTAL TIME** | | **23.80** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates**

**Delphi Corporation (DIP))**     **Bill Date: 02/29/08**
**Employee Matters (Pension)**     **Bill Number: 1208154**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 01/07/08 | Pacer Service Center | 3.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$3.00** |
| Wireless - Mobile/Cellular/Pager | 01/15/08 | Meisler RE | 18.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$18.00** |
| | | **TOTAL MATTER** | **$21.00** |

B43E