SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

EXHIBIT D-28
ASSET ANALYSIS AND RECOVERY
34.00 HOURS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
Delphi Corporation (DIP)                              Bill Date: 11/30/07
Asset Analysis and Recovery                           Bill Number: 1186564
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BUTLER, JR. J | 10/01/07 | 0.80 | EMAILS FROM/TO N. BERGER, D. SHERBIN. J. SHEEHAN AND L. WILLIAMS RE: AVOIDANCE ACTIONS TO BE RETAINED UNDER AVOIDANCE PROCEDURES ORDER AND NEXT STEPS (0.6); FOLLOW-UP AT COMPANY RE: SAME (0.2). |
| BUTLER, JR. J | 10/02/07 | 1.10 | EMAILS FROM/TO N. BERGER RE: UPDATE ON UCC EVALUATION OF AVOIDANCE ACTIONS TO BE RETAINED UNDER AVOIDANCE PROCEDURES ORDER AND NEXT STEPS (0.2); REVIEW MATERIALS FROM N. BERGER (0.3); FOLLOW-UP AT COMPANY RE: SAME (0.1); FOLLOW-UP ON TOGUT CONFLICTED ADVERSARIES (0.2); EMAILS FROM/TO AND TELECONFERENCE WITH R. O'NEAL (0.3). |
| BUTLER, JR. J | 10/03/07 | 0.60 | CONTINUE TO EVALUATE AVOIDANCE ACTIONS TO BE RETAINED UNDER AVOIDANCE PROCEDURES ORDER AND NEXT STEPS (0.4); FOLLOW-UP ON SEVERAL AVOIDANCE ACTION ISSUES WITH N. BERGER (0.2). |
|  |  | **2.50** |  |
| HOGAN III AL | 10/02/07 | 2.60 | ANALYZE AND PREPARE FOR FILING OF OTHER ESTATE PREFERENCE ACTIONS, INCLUDING DISCUSSION WITH CONFLICTS COUNSEL RE: SAME (2.6). |
|  |  | **2.60** |  |
| **Total Partner** |  | **5.10** |  |
| MATZ TJ | 10/01/07 | 0.20 | TELECONFERENCE WITH N. BERGER RE: TOLLING AGREEMENT MATTER (0.2). |
| MATZ TJ | 10/03/07 | 0.90 | CONSIDER AVOIDANCE ACTIONS AND PROCESS (0.3); TELECONFERENCE WITH N. BERGER RE: COMPLAINTS, PROCESS (0.2); FURTHER REVIEW OF COMPLAINT MATTER (0.4). |
| MATZ TJ | 10/04/07 | 4.30 | REVIEW VARIOUS ADVERSARY COMPLAINTS (0.6); PARTICIPATE IN MEETING AT TOGUT SEGAL RE: PREPARATION AND FILING OF SAME (1.5); REVIEW AND REVISE COMPLAINTS (1.5); TELECONFERENCE WITH N. BERGER RE: TOLLING AGREEMENT (0.2); FURTHER TELECONFERENCE WITH N. BERGER RE: SAME (0.2); TELECONFERENCE WITH CLERK'S OFFICE RE: SAME, FILING AND DELIVERY PROCEDURE (0.3). |
| MATZ TJ | 10/05/07 | 3.00 | DISCUSSION WITH N. BERGER RE: COMPLAINTS, FILING (0.2); REVIEW SAME (0.3); REVIEW AND PARTICIPATE IN COMPLAINT FILINGS, PROCESSING (2.5). |
| MATZ TJ | 10/21/07 | 0.20 | TELECONFERENCE WITH FROM B. PICKERING RE: MOTION TO CREATE TWO ENTITIES (0.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

                                           8.60

| | | | |
|---|---|---|---|
| RAMLO K | 10/01/07 | 1.40 | CORRESPONDENCE WITH A. KELLEY RE: TRANSFERS TO POTENTIAL AVOIDANCE DEFENDANT (0.3); TELECONFERENCE WITH N. BERGER AND J. LEE RE: AVOIDANCE ACTIONS, 5% SHAREHOLDERS, M&A TRANSACTIONS, AND DEFERRED COMPENSATION (0.2); REVISE TOLLING AGREEMENT FOR POTENTIAL AVOIDANCE DEFENDANT AND CORRESPONDENCE TO COUNSEL RE: SAME (0.9). |
| RAMLO K | 10/02/07 | 0.70 | REVIEW CORRESPONDENCE AND DRAFT AVOIDANCE COMPLAINTS RE: 5% SHAREHOLDERS AND M&A TRANSACTIONS FROM N. BERGER (0.3); CORRESPONDENCE FROM M. BROUDE AND D. SHERBIN RE: SAME (0.1); REVIEW CORRESPONDENCE AND REVISED TOLLING AGREEMENT FROM POTENTIAL DEFENDANT (0.3). |
| RAMLO K | 10/03/07 | 1.40 | REVIEW CORRESPONDENCE FROM J. GUGLIELMO RE: AVOIDANCE ACTIONS RELATING TO M&A ACTIVITY (0.1): CORRESPONDENCE WITH J. GUGLIELMO AND N. BERGER RE: POTENTIAL DEFENDANT INQUERY (0.4); REVIEW PROPOSED TOLLING AGREEMENT AND CORRESPONDENCE WITH A. KELLEY RE: SAME (0.5); TELECONFERENCE WITH A. KELLEY (0.1); REVISE TOLLING AGREEMENT (0.2); ANALYSIS RE: UPDATE TO CREDITORS' COMMITTEE (0.1). |
| RAMLO K | 10/04/07 | 2.70 | TELECONFERENCE WITH W. GIBSON RE: AVOIDANCE ACTIONS (0.1); REVIEW MATERIALS AND ESCROW AGREEMENT RE: SAME (0.4); TELECONFERENCE WITH N. BERGER RE: TOLLING AGREEMENTS AND STATUS OF AVOIDANCE ACTION FILINGS (0.1); CORRESPONDENCE TO S. CORCORAN RE: STATUS OF AVOIDANCE ACTIONS (0.2); CORRESPONDENCE TO D. SHERBIN RE: MODIFICATIONS TO FORM TOLLING AGREEMENT (0.3); REVISE PROPOSED TOLLING AGREEMENT (0.8); CORRESPONDENCE WITH A. KELLEY RE: TOLLING AGREEMENT (0.2); CORRESPONDENCE WITH S. FREEMAN RE: TOLLING AGREEMENT (0.4); CORRESPONDENCE TO D. SHERMAN RE: TOLLING AGREEMENTS (0.2). |
| RAMLO K | 10/05/07 | 1.10 | CORRESPONDENCE WITH A. KELLEY RE: TOLLING AGREEMENT REVISIONS AND EXECUTION OF AGREEMENT (0.7); CORRESPONDENCE FROM D. SHERBIN RE: TOLLING AGREEMENTS (0.1); CONFER WITH N. BERGER RE: SAME (0.3). |
| RAMLO K | 10/06/07 | 0.30 | CORRESPONDENCE WITH N. BERGER AND K. KUBY RE: TOLLING AGREEMENT WITH POTENTIAL DEFENDANT (0.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| RAMLO K | 10/07/07 | 0.60 | REVIEW CORRESPONDENCE AND DATA FROM K. KUBY AND J. ROBINSON (0.3); CORRESPONDENCE WITH N. BERGER RE: PROPOSED ABANDONMENT OF PREFERENCE ACTION (0.1); CORRESPONDENCE WITH A. KELLEY RE: TOLLING AGREEMENT (0.2). |
| RAMLO K | 10/08/07 | 1.30 | CORRESPONDENCE FROM A. KELLEY RE: TOLLING AGREEMENT (0.1); CONFER WITH K. KUBY AND N. BERGER RE: SAME (0.2); TELECONFERENCE WITH A. KELLEY RE: SAME (0.1); RESEARCH RE: TOLLING AGREEMENT EXECUTION REQUIREMENTS (0.3); TELECONFERENCES WITH K. KUBY AND N. BERGER RE: TOLING AGREEMENTS (0.4); CORRESPONDENCE WITH N. BERGER RE: FILINGS COMPLAINTS (0.2). |
| RAMLO K | 10/09/07 | 0.20 | CORRESPONDENCE WITH D. SHERBIN RE: TOLLING AGREEMENTS (0.2). |
| | | 9.70 | |
| **Total Counsel** | | **18.30** | |
| CONNORS CP | 10/08/07 | 2.50 | WORK ON RESEARCH RE: TOLLING AGREEMENTS IN CONNECTION WITH PREFERENCE ACTIONS (2.5). |
| | | 2.50 | |
| **Total Associate** | | **2.50** | |
| ZSOLDOS AF | 10/04/07 | 2.20 | REVIEW AVOIDANCE ACTIONS FILING PROCEDURES WITH TOGUT LEGAL ASSISTANTS (1.1); REVIEW COMPLAINTS (1.1). |
| ZSOLDOS AF | 10/05/07 | 5.30 | MEETINGS AND CORRESPONDENCE THROUGHOUT THE DAY RE: COMPLAINTS TO BE FILED (1.1); FINALIZE COMPLAINTS BEFORE FILING (0.8); PREPARE UNDER SEAL DOCUMENTS AND CIRCULATE FOR REVIEW (1.7); ELECTRONICALLY FILE COMPLAINTS (1.4); DISTRIBUTE PLEADINGS AS FILED (0.3). |
| ZSOLDOS AF | 10/09/07 | 0.60 | FINALIZE VARIOUS COMPLAINTS UNDER SEAL AND SEND TO TOGUT FOR SUBMISSION TO COURT (0.6). |
| | | 8.10 | |
| **Total Legal Assistant** | | **8.10** | |
| **TOTAL TIME** | | **34.00** | |

9

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Delphi Corporation (DIP)  Bill Date: 11/30/07
Asset Analysis and Recovery  Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Filing/Court Fees | 10/05/07 | Zsoldos AF | 750.00 |
| | | **TOTAL FILING/COURT FEES** | **$750.00** |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 42.46 |
| Outside Research/Internet Services | 10/04/07 | Pacer Service Center | 11.54 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$54.00** |
| | | **TOTAL MATTER** | **$804.00** |

B43E