SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|        Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-29
REPORTS AND SCHEDULES
140.00 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Reports and Schedules

Bill Date: 11/30/07  
Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LYONS JK | 10/02/07 | 1.90 | REVIEW OF SCHEDULE AMENDMENT AND ISSUES AND DEVELOPED STRATEGIES RE: THE SAME (1.9). |
| LYONS JK | 10/11/07 | 1.10 | REVIEW OF AMENDED SCHEDULES AND ISSUES (1.1). |
|  |  | **3.00** |  |
| MARAFIOTI KA | 10/23/07 | 0.70 | REVIEW SEPTEMBER OPERATING REPORT (0.7). |
| MARAFIOTI KA | 10/29/07 | 1.60 | REVIEW AND REVISE SEPTEMBER OPERATING REPORT (1.6). |
| MARAFIOTI KA | 10/30/07 | 0.80 | CONTINUE REVISIONS TO SEPTEMBER OPERATING REPORT (0.8). |
| MARAFIOTI KA | 10/31/07 | 3.10 | FINAL REVISIONS TO SEPTEMBER OPERATING REPORT (2.8) AND CONFER WITH K. GRUPE RE: SAME (0.3). |
|  |  | **6.20** |  |
| **Total Partner** |  | **9.20** |  |
| MATZ TJ | 10/16/07 | 0.20 | CONSIDER FEE MATTER RE: FILED SCHEDULES (0.2). |
| MATZ TJ | 10/17/07 | 0.40 | CORRESPONDENCE WITH K. GRUPE RE: SEPTEMBER MONTHLY OPERATING REPORT (0.2); DRAFT CORRESPONDENCE TO CLERKS' OFFICE RE: SCHEDULE FEES (0.2). |
| MATZ TJ | 10/23/07 | 0.90 | REVIEW AND COMMENT ON DRAFT SEPTEMBER MONTHLY OPERATING REPORT (0.9). |
| MATZ TJ | 10/24/07 | 1.30 | CONTINUE TO REVIEW AND COMMENT ON SEPTEMBER MONTHLY OPERATING REPORT (0.8); FORWARD COMMENTS OF TO K. GUPE (0.1); REVIEW LABOR COMMENTS RE: SAME AND FORWARD TO K. GRUPE (0.4). |
| MATZ TJ | 10/25/07 | 0.40 | CORRESPONDENCE WITH K. GRUPE RE: SEPTEMBER MONTHLY OPERATING REPORT REVISIONS (0.2); REVIEWING SAME (0.2). |
| MATZ TJ | 10/26/07 | 0.40 | REVIEW CORRESPONDENCE FROM K. GRUPE RE: REVISED SEPTEMBER MONTHLY OPERATING REPORT (0.4). |
| MATZ TJ | 10/29/07 | 1.60 | UPDATE RE: SEPTEMBER MONTHLY OPERATING REPORT (0.1); REVIEW LABOR COMMENTS TO SAME (0.2); CORRESPONDENCE WITH K. GRUPE RE: SEPTEMBER MONTHLY OPERATING REPORT (0.2); FURTHER REVISIONS RE; SAME (0.3); CONTINUE REVISIONS TO SEPTEMBER MONTHLY OPERATING REPORT (0.8). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| MATZ TJ | 10/30/07 | 4.70 | TELECONFERENCE WITH K. GRUPE RE: SEPTEMBER MONTHLY OPERATING REPORT (0.2); PREPARE AND REVISE REVISIONS TO SAME (2.2); FORWARD SAME TO K. GRUPE (0.1); FURTHER REVISIONS TO DRAFT MONTHLY OPERATING REPORT (0.8); CONTINUE DRAFTING REVISIONS TO SEPTEMBER MONTHLY OPERATING REPORT (1.4). |
| MATZ TJ | 10/31/07 | 3.80 | CONTINUE REVISIONS TO THE SEPTEMBER MONTHLY OPERATING REPORT (3.2); TELECONFERENCE WITH K. GRUPE AND SKADDEN TEAM TO FINALIZE SEPTEMBER MONTHLY OPERATING REPORT (0.4); FINAL REVIEW OF SAME FOR FILING (0.2). |
| | | **13.70** | |
| **Total Counsel** | | **13.70** | |
| HARDIN AS | 10/29/07 | 0.80 | REVIEW AND REVISE MONTHLY OPERATING REPORT (0.8). |
| HARDIN AS | 10/30/07 | 1.60 | REVIEW AND REVISE MONTHLY OPERATING REPORT (1.6). |
| HARDIN AS | 10/31/07 | 3.50 | REVIEW AND REVISE MONTHLY OPERATING REPORT (3.5). |
| | | **5.90** | |
| PILKINGTON C | 10/29/07 | 2.10 | REVIEW/COMMENTS ON SEPTEMBER 2007 MONTHLY OPERATING REPORT (2.1). |
| PILKINGTON C | 10/30/07 | 0.80 | REVIEW/ANALYSIS REVISED CASE ADMINISTRATION MATERIALS (1.1). |
| PILKINGTON C | 10/31/07 | 0.70 | REVIEW REVISED MOR (0.7). |
| | | **3.60** | |
| STUART NL | 10/31/07 | 2.80 | MOR DRAFTING (2.8). |
| | | **2.80** | |
| SUBER KM | 10/30/07 | 10.30 | REVIEW AND REVISE THE SEPTEMBER MONTHLY OPERATING REPORT (7.2); CONFER WITH DELPHI TEAM MEMBERS RE: COMMENTARIES TO THE SEPTEMBER MONTHLY OPERATING REPORT (2.0); CONFER WITH THE CLIENT AND RESPONDED TO QUESTIONS FROM THE CLIENT IN CONNECTION WITH THE SEPTEMBER MONTHLY OPERATING REPORT (1.1). |
| SUBER KM | 10/31/07 | 7.00 | REVIEW AND REVISE THE SEPTEMBER MONTHLY OPERATING REPORT BASED ON COMMENTS FROM DELPHI TEAM MEMBERS (6.2); CONFER WITH THE CLIENT RE: COMMENTS TO THE SEPTEMBER MONTHLY OPERATING REPORT (0.5); REVIEW CORRESPONDENCE IN CONNECTION WITH THE SEPTEMBER MONTHLY OPERATING REPORT (0.3). |
| | | **17.30** | |

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

| | | | |
|---|---|---|---|
| Total Associate | | 29.60 | |
| ~~DEMMA J~~ | ~~10/12/07~~ | ~~2.10~~ | ~~PREPARE/FILE NOTICES OF AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES (2.1).~~ |
| | | ~~2.10~~ | |
| ~~SHRAGO R~~ | ~~10/03/07~~ | ~~0.20~~ | ~~SEND MOR AND A/R AGING TO US TRUSTEE (0.2).~~ |
| ~~SHRAGO R~~ | ~~10/31/07~~ | ~~0.90~~ | ~~FILE SEPTEMBER MOR (0.4); DISTRIBUTE MOR AND RECEIPT (0.2); EDIT A/R AGING (0.2); PREPARE DOCUMENTS TO BE SENT TO U.S. TRUSTEE (0.1).~~ |
| | | ~~1.10~~ | |
| ~~Total Legal Assistant~~ | | ~~3.20~~ | |
| **TOTAL TIME** | | **55.70** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                                          Bill Date: 01/10/08
Reports and Schedules                                              Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 11/01/07 | 0.20 | WORK ON ISSUES RE: OPERATING REPORT (0.2). |
| MARAFIOTI KA | 11/19/07 | 1.20 | REVIEW AND REVISE OCTOBER OPERATING REPORT (1.2). |
| MARAFIOTI KA | 11/26/07 | 0.10 | CORRESPONDENCE RE: OPERATING REPORT (0.1). |
| MARAFIOTI KA | 11/28/07 | 0.10 | CONSIDER OPERATING REPORT QUESTION (0.1). |
| MARAFIOTI KA | 11/30/07 | 0.20 | REVIEW REVISIONS TO OPERATING REPORT (0.2). |
|  |  | **1.80** |  |
| **Total Partner** |  | **1.80** |  |
| MATZ TJ | 11/20/07 | 1.00 | CORRESPONDENCE WITH K. GRUPE RE: OCTOBER MONTHLY OPERATING REPORT (0.3); CORRESPONDENCE WITH SKADDEN REVIEWERS RE: SAME (0.1); TELECONFERENCE WITH K. GRUPE RE: SAME (0.3); REVIEW OF SAME (0.3). |
| MATZ TJ | 11/21/07 | 1.80 | REVIEW AND COMMENT ON DRAFT OCTOBER MONTHLY OPERATING REPORT (1.2); REVIEW SKADDEN COMMENTS ON SAME FOR K. GRUPE (0.6). |
| MATZ TJ | 11/26/07 | 0.50 | REVIEW CORRESPONDENCE FROM K. GRUPE RE: OCTOBER MONTHLY OPERATING REPORT COMMENTS (0.2); DRAFT RESPONSE TO K. GRUPE RE: SAME (0.3). |
| MATZ TJ | 11/27/07 | 0.60 | CORRESPONDENCE WITH K. GRUPE RE: REVISIONS TO OCTOBER MONTHLY OPERATING REPORT (0.2); CONSIDERING SAME (0.4). |
| MATZ TJ | 11/29/07 | 0.80 | REVIEW AND FINALIZE PROPOSED REVISIONS TO OCTOBER MONTHLY OPERATING REPORT (0.8). |
| MATZ TJ | 11/30/07 | 1.60 | FURTHER REVISIONS TO OCTOBER MONTHLY OPERATING REPORT (0.8); REVIEW REVISIONS TO FINALIZE SAME (0.4); TELECONFERENCE WITH K. GRUPE RE: SAME (0.2); FINAL REVISIONS TO SAME FOR FILING (0.2). |
|  |  | **6.30** |  |
| **Total Counsel** |  | **6.30** |  |
| HALPER A | 11/26/07 | 0.60 | REVIEW MONTHLY OPERATING REPORT (0.6). |
| HALPER A | 11/29/07 | 0.30 | REVIEW MOR (0.3). |
| HALPER A | 11/30/07 | 0.40 | REVIEW AND REVISE MOR (0.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  |  |
|---|---|---|---|
|  |  | 1.30 |  |
| HARDIN AS | 11/21/07 | 0.60 | WORKING GROUP EMAIL EXCHANGE RE: MONTHLY OPERATING REPORT (0.3); INITIAL REVIEW OF SAME (0.3). |
| HARDIN AS | 11/29/07 | 2.50 | REVIEW AND REVISE MONTHLY OPERATING REPORT (2.5). |
|  |  | **3.10** |  |
| JJINGO MJ | 11/27/07 | 3.10 | REVIEW OCTOBER MOR AND MAKE CHANGES AS NECESSARY (3.1). |
|  |  | **3.10** |  |
| SAMOLE RM | 11/26/07 | 1.40 | DRAFT SECTION OF MOR (1.4). |
| SAMOLE RM | 11/27/07 | 1.20 | REVISE SECTION FOR MONTHLY OPERATING REPORT RE: INTERCOMPANY TRANSFER (1.2). |
|  |  | **2.60** |  |
| SUBER KM | 11/20/07 | 3.00 | REVIEW OCTOBER MOR (3.0). |
| SUBER KM | 11/21/07 | 2.70 | SOLICIT PRELIMINARY COMMENTS FROM DELPHI TEAM MEMBERS RE: THE OCTOBER MOR (0.4); INCORPORATED DELPHI TEAM MEMBER COMMENTS INTO A CUMULATIVE BLACKLINE AND DISTRIBUTED THE SAME TO CLIENT PERSONNEL (2.3). |
| SUBER KM | 11/26/07 | 1.00 | REVIEW CORRESPONDENCE RE: OCTOBER MONTHLY OPERATING REPORT (0.2); CONFER WITH OTHER DELPHI TEAM MEMBERS RE: OCTOBER MONTHLY OPERATING REPORT (0.4); REVIEW DISTRIBUTION LIST FOR THE MONTHLY OPERATING REPORT (0.2); DISTRIBUTE THE DRAFT OCTOBER MONTHLY OPERATING REPORT FOR COMMENT BY DELPHI TEAM MEMBERS (0.2). |
| SUBER KM | 11/27/07 | 2.00 | RESPOND TO QUESTIONS FROM DELPHI TEAM MEMBERS RE: THE OCTOBER MOR (0.2); ORGANIZE COMMENTS RECEIVED FROM DELPHI TEAM MEMBERS (0.4); REVIEW AND MARKED-UP DRAFT 4 OF THE OCTOBER MOR (1.4). |
| SUBER KM | 11/28/07 | 1.00 | REVIEW OCTOBER MOR IN PREPARATION FOR 11/30 FILING; REVISED OCTOBER MOR BASED ON COMMENTS RECEIVED FROM DELPHI TEAM MEMBERS (1.0). |
| SUBER KM | 11/29/07 | 3.50 | CONTINUE TO REVISE THE OCTOBER MOR BASED ON COMMENTS FROM DELPHI TEAM MEMBERS (2.5); CONFER WITH DELPHI TEAM MEMBERS RE: OCTOBER MOR (1.0). |
| SUBER KM | 11/30/07 | 1.50 | RESPOND TO CORRESPONDENCE IN CONNECTION WITH THE OCTOBER MOR (1.5). |
|  |  | **14.70** |  |
| **Total Associate** |  | **24.80** |  |
| **TOTAL TIME** |  | **32.90** |  |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**            Bill Date: 01/10/08
**Reports and Schedules**            Bill Number: 1206100

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 11/01/07 | Dist Serv/Mail/Page, D | 13.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$13.00** |
| | | **TOTAL MATTER** | **$13.00** |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 01/31/08 |
|---|---|---|---|
| Reports and Schedules | | | Bill Number: 1208196 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MARAFIOTI KA | 12/17/07 | 1.50 | WORK ON NOVEMBER OPERATING REPORT (1.5). |
| MARAFIOTI KA | 12/19/07 | 0.60 | CONTINUE TO WORK ON NOVEMBER OPERATING REPORT (0.6). |
| MARAFIOTI KA | 12/20/07 | 0.80 | CONTINUE REVISIONS TO NOVEMBER OPERATING REPORT (0.8). |
| MARAFIOTI KA | 12/21/07 | 1.10 | WORK ON REVISIONS TO OPERATING REPORT FOR NOVEMBER (1.1). |
| MARAFIOTI KA | 12/31/07 | 1.30 | REVIEW AND REVISE FINAL VERSION OF NOVEMBER OPERATING REPORT (1.0); CORRESPONDENCE RE: SAME (0.1); WORK ON FILING ISSUES RE: SAME (0.2). |
| | | 5.30 | |
| **Total Partner** | | **5.30** | |
| MATZ TJ | 12/13/07 | 0.40 | TELECONFERENCE WITH K. GRUPE RE: NOVEMBER MONTHLY OPERATING REPORT, REVISIONS, PROCESS (0.4). |
| MATZ TJ | 12/14/07 | 0.70 | PRELIMINARY REVIEW AND COMMENT ON DRAFT NOVEMBER MONTHLY OPERATING REPORT (0.7). |
| MATZ TJ | 12/18/07 | 0.80 | TELECONFERENCE WITH A. KULIKOWSKI RE: NOVEMBER MONTHLY OPERATING REPORT (0.3); REVIEW REVISIONS TO SAME (0.5). |
| MATZ TJ | 12/19/07 | 1.30 | CONTINUE TO REVIEW AND COMMENT ON DRAFT NOVEMBER MONTHLY OPERATING REPORT (0.9); TELECONFERENCE WITH A. KULIKOWSKI RE: REVISIONS TO SAME (0.1); FURTHER REVIEW OF SAME (0.3). |
| MATZ TJ | 12/21/07 | 0.60 | REVIEW FURTHER REVISIONS TO NOVEMBER MONTHLY OPERATING REPORT (0.4); TELECONFERENCE WITH A. KULIKOWSKI RE: NOVEMBER MONTHLY OPERATING REPORT (0.2). |
| MATZ TJ | 12/27/07 | 1.30 | CONTINUE TO REVIEW AND COMMENT ON PROPOSED PLAN EXHIBITS (1.3). |
| MATZ TJ | 12/31/07 | 2.60 | REVIEW AND FINALIZE NOVEMBER MONTHLY OPERATING REPORT REVISIONS (1.6); COORDINATE AND SUPERVISE TO FILING OF SAME (0.2); CONSIDER AND DRAFT 1/17 CONFIRMATION HEARING AGENDA (0.8). |
| | | 7.70 | |
| **Total Counsel** | | **7.70** | |
| HALPER A | 12/14/07 | 1.20 | REVIEW MOR (1.2). |
| HALPER A | 12/17/07 | 0.90 | REVIEW MOR AND COMMENTS (0.9). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| HALPER A | 12/19/07 | 0.40 | REVIEW MOR (0.4). |
| | | **2.50** | |
| HARDIN AS | 12/18/07 | 0.30 | WORKING GROUP EMAIL EXCHANGE RE: MONTHLY OPERATING REPORT (0.3. |
| HARDIN AS | 12/21/07 | 0.70 | REVIEW AND COMMENT ON MONTHLY OPERATING REPORT (0.7). |
| | | **1.00** | |
| STUART NL | 12/18/07 | 0.40 | REVIEW AND COMMENT ON MOR (0.4). |
| STUART NL | 12/19/07 | 1.60 | REVIEW AND COMMENT ON MOR (1.6). |
| | | **2.00** | |
| SUBER KM | 12/03/07 | 1.00 | RESPOND TO REQUEST FROM DELPHI FOR SUPPORTING DOCUMENTATION IN CONNECTION WITH DISCLOSURES IN THE OCTOBER 2007 MONTHLY OPERATING REPORT (1.0). |
| SUBER KM | 12/04/07 | 0.40 | REVIEW THE PROPOSED TIMELINE FOR THE NOVEMBER 2007 MONTHLY OPERATING REPORT (0.4). |
| SUBER KM | 12/14/07 | 2.90 | REVIEW THE INITIAL DRAFT OF THE NOVEMBER MONTHLY OPERATING REPORT (2.5); RESPOND TO QUESTIONS FROM DELPHI TEAM MEMBERS IN CONNECTION WITH THE NOVEMBER MONTHLY OPERATING REPORT (0.4). |
| SUBER KM | 12/17/07 | 1.60 | REVIEW COMMENTS RECEIVED IN CONNECTION WITH THE NOVEMBER 2007 MONTHLY OPERATING REPORT (1.0); REVIEW CORRESPONDENCE IN CONNECTION WITH THE NOVEMBER 2007 MONTHLY OPERATING REPORT (0.6). |
| SUBER KM | 12/18/07 | 2.30 | REVIEWED THE NOVEMBER 2007 MONTHLY OPERATING REPORT (2.3). |
| SUBER KM | 12/19/07 | 1.40 | CREATED COMPOSITE MARK-UP OF THE NOVEMBER 2007 MONTHLY OPERATING REPORT (1.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| SUBER KM | 12/21/07 | 4.70 | REVIEW AND REVISE NOVEMBER MOR (4.7). |
| SUBER KM | 12/27/07 | 1.00 | REVIEW COMMENTS RECEIVED ON THE NOVEMBER MONTHLY OPERATING REPORT (0.4); PREPARE MARK-UP OF THE NOVEMBER MONTHLY OPERATING REPORT (0.4); DISTRIBUTE COMMENTS TO THE NOVEMBER MONTHLY OPERATING REPORT TO DELPHI (0.2). |
| SUBER KM | 12/31/07 | 2.60 | REVIEW THE DRAFT NOVEMBER MOR (1.9); CONFER WITH THE CLIENT RE: FILING OF THE NOVEMBER MONTHLY OPERATING REPORT (0.3); SUPERVISE FILING OF THE NOVEMBER MONTHLY OPERATING REPORT (0.4). |
| | | 17.90 | |
| **Total Associate** | | 23.40 | |
| **TOTAL TIME** | | **36.40** | |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                                        Bill Date: 02/29/08
Reports and Schedules                                            Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| COCHRAN EL | 01/03/08 | 1.50 | REVIEW MOR/8K ISSUES (1.5). |
| | | **1.50** | |
| MARAFIOTI KA | 01/03/08 | 0.30 | CORRESPONDENCE EXCHANGE RE: REVISIONS TO OPERATING REPORT (0.3). |
| MARAFIOTI KA | 01/04/08 | 1.00 | WORK ON OPERATING REPORT (0.6) AND RELATED 8K (0.1); TELECONFERENCE WITH M. LOEB RE: SAME (0.3). |
| | | **1.30** | |
| **Total Partner** | | **2.80** | |
| MATZ TJ | 01/03/08 | 0.90 | CONSIDER AMENDED NOVEMBER MONTHLY OPERATING REPORT FILING (0.5). |
| MATZ TJ | 01/23/08 | 0.20 | TELECONFERENCE WITH K. GRUPE RE: DECEMBER MONTHLY OPERATING REPORT (0.2). |
| | | **1.10** | |
| **Total Counsel** | | **1.10** | |
| HALPER A | 01/24/08 | 0.70 | REVIEW MOR (0.7). |
| HALPER A | 01/25/08 | 0.60 | REVIEW MOR (0.6). |
| | | **1.30** | |
| JJINGO MJ | 01/24/08 | 2.80 | REVIEW NOVEMBER MOR AND CONSIDER NECESSARY CHANGES (2.8). |
| | | **2.80** | |
| SUBER KM | 01/02/08 | 1.50 | BEGIN TO ORGANIZE THE SUPPORTING DOCUMENTATION IN CONNECTION WITH THE NOVEMBER 2007 MONTHLY OPERATING REPORT (1.5). |
| SUBER KM | 01/03/08 | 0.90 | REVIEW THE EPCA AND DISCLOSURE STATEMENT TRANSCRIPTS TO AID IN REVIEW OF DISCLOSURES TO BE MADE IN THE DECEMBER 2007 MONTHLY OPERATING REPORT AND THE 2007 10-K (0.7); DRAFT CORRESPONDENCE TO SKADDEN TEAM MEMBERS RE: DECEMBER 2007 MONTHLY OPERATING REPORT (0.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| SUBER KM | 01/04/08 | 3.30 | REVIEW MATERIALS IN CONNECTION SUBMITTING THE AMENDED NOVEMBER 2007 MONTHLY OPERATING REPORT (2.0); CONFER WITH DELPHI STAFF MEMBERS RE: THE STATUS OF THE AMENDED NOVEMBER 2007 MONTHLY OPERATING REPORT (0.1); REVIEW AMENDED NOVEMBER 2007 MONTHLY OPERATING REPORT (0.3); SUPERVISE THE FILING OF THE AMENDED NOVEMBER 2007 MONTHLY OPERATING REPORT (0.2); REVIEW THE 8-K TO BE FILED IN CONNECTION WITH THE AMENDED NOVEMBER 2007 MONTHLY OPERATING REPORT (0.4); CONFER WITH DELPHI TEAM MEMBERS RE: FILING OF THE AMENDED NOVEMBER 2007 MONTHLY OPERATING REPORT (0.3). |
| SUBER KM | 01/07/08 | 0.30 | RESPOND TO QUESTIONS FROM DELPHI TEAM MEMBERS RE: THE AMENDED NOVEMBER 2007 MONTHLY OPERATING REPORT (0.3). |
| SUBER KM | 01/12/08 | 1.00 | CONTINUE TO ORGANIZE THE SUPPORTING DOCUMENTATION FOR THE NOVEMBER 2007 MONTHLY OPERATING REPORT (1.0). |
| SUBER KM | 01/24/08 | 2.20 | REVIEW CORRESPONDENCE IN CONNECTION WITH THE DECEMBER 2007 MONTHLY OPERATING REPORT (0.2); CORRESPOND WITH DELPHI TEAM MEMBERS RE: REVISIONS TO THE FINANCING SECTION OF THE MONTHLY OPERATING REPORT (0.2); REVIEW THE DECEMBER 2007 MONTHLY OPERATING REPORT (0.9); REVIEW COMMENTS RECEIVED RE: THE DECEMBER MONTHLY OPERATING REPORT (0.4); CONFER WITH DELPHI TEAM MEMBERS RE: ARCHIVING OF CONFIRMATION HEARING (ELETRONIC) EXHIBITS (0.5). |
| SUBER KM | 01/25/08 | 1.00 | CONFER WITH DELPHI TEAM MEMBERS RE: DECEMBER 2007 MONTHLY OPERATING REPORT (0.6); DISTRIBUTE THE DECEMBER 2007 MONTHLY OPERATING REPORT TO DELPHI TEAM MEMBERS IN ORDER TO SOLICIT COMMENTS (0.2); REVIEW CORRESPONDENCE IN CONNECTION WITH THE DECEMBER 2007 MONTHLY OPERATING REPORT (0.2). |
| | | 10.20 | |
| **Total Associate** | | 14.30 | |
| ~~SHRAGO R~~ | ~~01/02/08~~ | ~~0.40~~ | ~~COORDINATE DELIVERY OF MOR, A/R AGING AND NOTICE OF SETTLEMENT AGREEMENT TO U.S. TRUSTEE (0.4).~~ |
| ~~SHRAGO R~~ | ~~01/04/08~~ | ~~0.80~~ | ~~FILE AND DISTRIBUTE AMENDED MOR FOR NOVEMBER TO A. KULIKOWSKI, SKADDEN TEAM, AND U.S. TRUSTEE (0.8).~~ |
| | | ~~1.20~~ | |
| ~~Total Legal Assistant~~ | | ~~1.20~~ | |
| **TOTAL TIME** | | **19.40** | |

B43E

**Skadden, Arps, Slate, Meagher & Flom LLP and affiliates**

**Delphi Corporation (DIP))** **Bill Date: 02/29/08**
Reports and Schedules **Bill Number: 1208154**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/25/08 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Messengers/ Courier | 01/04/08 | Dist Serv/Mail/Page, D | 19.20 |
| Messengers/ Courier | 01/07/08 | Dist Serv/Mail/Page, D | 12.80 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| | | **TOTAL MATTER** | **$33.00** |

B43E