SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
     In re                                                       :    Chapter 11
                                                                 :
DPH HOLDINGS CORP., et al.,                                      :    Case No. 05-44481 (RDD)
                                                                 :
           Reorganized Debtors.                                  :    (Jointly Administered)
                                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-30
INTELLECTUAL PROPERTY
49.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)  
Intellectual Property  

Bill Date: 11/30/07  
Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FERN BM | 10/23/07 | 1.60 | REVIEW MATERIALS AND RESEARCH RE: RIGHTS UNDER CARRIER AGREEMENT (0.9); TELECONFERENCE WITH T. DONO RE: SAME (0.2); REVIEW MATERIALS RE: IPSO FACTOR CLAUSES (0.5). |
| FERN BM | 10/24/07 | 0.80 | REVIEW DOCUMENTS RE: IPSO FACTO CLAUSES (0.8). |
| FERN BM | 10/25/07 | 0.80 | REVIEW MATERIALS IN PREPARATION FOR CONFERENCE CALL RE: CARRIER AGREEMENTS (0.8). |
| FERN BM | 10/26/07 | 11.10 | TELECONFERENCE WITH D. SHERBIN, S. CORCORAN, J. PAPELIAN, T. DONO AND W. COSNOWSKI RE: CARRIER AGREEMENTS (0.9); POST-CALL EVALUATION OF ISSUES AND TASKS (0.4); RESEARCH CONTRACT INTEGRATION ISSUES (3.8); TELECONFERENCE WITH T. DONO RE: CARRIER SETTLEMENT AGREEMENT (0.4); DRAFT PLAN INVESTOR DISCLOSURE RE: CARRIER (0.6); REVISE CARRIER DISCLOSURE TO PLAN INVESTORS (0.5); ANALYZE ISSUES RE: CARRIER AGREEMENTS (2.4); BEGIN TO DRAFT CARRIER MEMO (1.7); REVIEW PROPOSED CHANGES TO CARRIER RIDER TO DISCLOSURE LETTER (0.4). |
| FERN BM | 10/28/07 | 2.50 | CONTINUE TO DRAFT MEMO RE: CARRIER AGREEMENTS (2.5). |
| FERN BM | 10/29/07 | 4.60 | COMPLETE DRAFT OF CARRIER MEMO (3.8); EVALUATE ISSUES RE: CARRIER MEMO (0.5); REVISE CARRIER MEMO (0.3). |
| FERN BM | 10/30/07 | 1.10 | EMAILS TO/FROM T. DONO RE: CARRIER AGREEMENT AND SCOPE OF SETTLEMENT PROCEDURES (0.6); EVALUATE ISSUES RE: SAME (0.5). |
| FERN BM | 10/31/07 | 4.70 | FORMULATE STRATEGY RE: CARRIER 365(N) ISSUES (1.3); REVIEW RESEARCH RE: REJECTION OF IP LICENSES (0.6); REVISE CARRIER REJECTION MEMO (1.1); DRAFT DECISION TREE RE: CARRIER-DELPHI ISSUES (1.7). |
|  |  | **27.20** |  |
| **Total Associate** |  | **27.20** |  |
| **TOTAL TIME** |  | **27.20** |  |

180

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates

**Delphi Corporation (DIP)**  Bill Date: 11/30/07
**Intellectual Property**  Bill Number: 1186564

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 10/26/07 | Fern BM | 164.19 |
| Lexis/Nexis | 10/29/07 | Fern BM | 215.81 |
| | | **TOTAL LEXIS/NEXIS** | **$380.00** |
| Westlaw | 10/24/07 | Fern BM | 44.52 |
| Westlaw | 10/26/07 | Fern BM | 50.67 |
| Westlaw | 10/29/07 | Fern BM | 22.97 |
| Westlaw | 10/31/07 | Fern BM | 13.84 |
| | | **TOTAL WESTLAW** | **$132.00** |
| Messengers/ Courier | 10/05/07 | OSMIO | 32.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| | | **TOTAL MATTER** | **$544.00** |

320

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

| Delphi Corporation (DIP)) | | | Bill Date: 01/10/08 |
|---|---|---|---|
| Intellectual Property | | | Bill Number: 1206100 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FERN BM | 11/01/07 | 1.30 | FORMULATE STRATEGY RE: CARRIER AGREEMENT (0.5); TELECONFERENCE WITH T. DONO RE: CARRIER (0.3); EVALUATE ISSUES RE: CARRIER SETTLEMENT (0.5). |
| FERN BM | 11/02/07 | 0.40 | EMAILS TO/FROM T. DONO RE: CARRIER SETTLEMENT DISCUSSIONS (0.4). |
| FERN BM | 11/05/07 | 1.20 | PREPARE FOR CONFERENCE CALL RE: CARRIER (0.6); TELECONFERENCE WITH S. CORCORAN AND T. DONO RE: CARRIER SETTLEMENT DISCUSSIONS (0.6). |
| FERN BM | 11/09/07 | 3.60 | MULTIPLE TELECONFERENCES WITH T. DONO RE: CARRIER SETTLEMENT DISCUSSIONS (0.6); TELECONFERENCE WITH T. GOLDBERG RE: CARRIER SETTLEMENT AGREEMENT (0.3); DRAFT PROPOSED CHANGES TO CARRIER AGREEMENT (1.6); REVIEW AND REVISE TERMS TO CARRIER SETTLEMENT AGREEMENT (1.1). |
| FERN BM | 11/10/07 | 0.70 | DRAFT PROPOSED LANGUAGE TO CARRIER SETTLEMENT AGREEMENT (0.5); EMAILS TO D. SHERBIN, S. CORCORAN AND T. DONO RE: SAME (0.2). |
| FERN BM | 11/13/07 | 0.70 | REVIEW AND ANALYZE CARRIER'S COMMENTS TO SETTLEMENT AGREEMENT (0.7). |
| FERN BM | 11/14/07 | 0.50 | REVISE CARRIER SETTLEMENT AGREEMENT (0.5). |
| FERN BM | 11/15/07 | 0.50 | REVISE CARRIER SETTLEMENT AGREEMENT (0.3); EMAILS TO T. GOLDBERG, K. WILLIAMS, AND T. DONO RE: REVISED CARRIER AGREEMENT (0.2). |
| FERN BM | 11/19/07 | 1.10 | FORMULATE STRATEGY RE: CARRIER (0.4); DRAFT PROPOSED LANGUAGE FOR CARRIER AGREEMENT (0.5); TELECONFERENCE WITH T. GOLDBERG RE: CARRIER SETTLEMENT AGREEMENT (0.2). |
| FERN BM | 11/20/07 | 0.20 | EMAILS TO/FROM T. GOLDBERG RE: CARRIER UPDATE (0.2). |
| FERN BM | 11/21/07 | 2.80 | TELECONFERENCE WITH T. DONO RE: CARRIER (0.2); EMAIL TO S. CORCORAN AND T. DONO RE: OPEN ISSUES IN CARRIER AGREEMENT (0.3); REVISE CARRIER AGREEMENT (0.2) AND EMAIL TO T. GOLDBERG RE: SAME (0.2); TELECONFERENCE WITH T. DONO RE: CARRIER AGREEMENT (0.4); EVALUATE REVISIONS TO CARRIER AGREEMENT (1.1); EMAILS TO T. GOLDBERG AND K. WILLIAMS RE: SAME (0.4). |
| FERN BM | 11/22/07 | 0.70 | EMAILS FROM K. WILLIAMS RE: CARRIER AGREEMENT (0.3); ANALYZE ISSUES RE: SAME (0.4). |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| FERN BM | 11/23/07 | 2.40 | TELECONFERENCE WITH T. GOLDBERG RE: CHANGES TO CARRIER AGREEMENT (0.4); TELECONFERENCE WITH T. DONO RE: SAME (0.4); EMAILS FROM K. WILLIAMS RE: REVISED CARRIER PROPOSAL (0.3); ADDITIONAL TELECONFERENCE WITH T. DONO RE: CARRIER SETTLEMENT STRATEGY (0.5); ANALYZE OPEN ISSUES IN CARRIER SETTLEMENT AGREEMENT (0.6); EMAIL FROM T. DONO RE: DELPHI COUNTER-PROPOSAL (0.2). |
| FERN BM | 11/26/07 | 5.50 | REVIEW CARRIER'S PROPOSED CHANGES TO SETTLEMENT AGREEMENT (0.4); TELECONFERENCE WITH T. DONO RE: CARRIER REVISED PROPOSAL (0.3); TELECONFERENCE WITH T. DONO, T. GOLDBERG, AND K. WILLIAMS RE: CARRIER SETTLEMENT AGREEMENT (0.5); REVIEW AND COMMENT ON CARRIER'S PROPOSED CHANGES TO SETTLEMENT AGREEMENT (0.4); TELECONFERENCE WITH T. DONO RE: CARRIER SETTLEMENT STRATEGY (0.3); ANALYSIS OF ADDITIONAL PROPOSED LANGUAGE FROM CARRIER FOR SETTLEMENT AGREEMENT (0.5); ADDITIONAL TELECONFERENCE WITH T. DONO, T. GOLDBERG AND K. WILLIAMS RE: NEGOTIATIONS OF CARRIER AGREEMENT (0.7); REVISE CARRIER SETTLEMENT AGREEMENT (0.9); FORMULATE STRATEGY RE: CARRIER SETTLEMENT AGREEMENT (1.1); DRAFT RIDER TO CARRIER SETTLEMENT AGREEMENT (0.4). |
| FERN BM | 11/27/07 | 0.70 | ASSESSED OPEN ISSUES IN CARRIER AGREEMENT (0.5); TELECONFERENCE WITH T. DONO RE: SAME (0.2). |
| | | 22.30 | |
| **Total Associate** | | 22.30 | |
| **TOTAL TIME** | | **22.30** | |

B43E