SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

EXHIBIT D-31
LIQUIDATION / FEASIBILITY
88.50 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))                           Bill Date: 01/31/08
Liquidation/Feasibility                             Bill Number: 1208196

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HOGAN III AL | 12/11/07 | 1.10 | ANALYZE VALUATION ISSUES IN CONTEXT OF PLAN CONFIRMATION PREPARATIONS (1.1). |
| HOGAN III AL | 12/12/07 | 1.30 | CONTINUE ANALYSIS OF VALUATION ISSUES IN ANTICIPATION OF CONFIRMATION LITIGATION (1.3). |
| HOGAN III AL | 12/18/07 | 1.30 | CONFERENCE WITH VALUATION TEAM WORKING GROUP CONCERNING VALUATION STANDARDS ANRD REQUIRED EVIDENCE (1.3). |
|  |  | **3.70** |  |
| **Total Partner** |  | **3.70** |  |
| ~~RAMLO K~~ | ~~12/13/07~~ | ~~1.20~~ | ~~REVIEW MATERIALS ON VALUATION (1.2).~~ |
|  |  | ~~1.20~~ |  |
| ~~Total Counsel~~ |  | ~~1.20~~ |  |
| MURPHY M | 12/17/07 | 2.70 | RESEARCH VALUATION ISSUES RELATED TO PLAN CONFIRMATION (2.7). |
| MURPHY M | 12/18/07 | 7.30 | RESEARCH VALUATION ISSUES RELATED TO PLAN CONFIRMATION (7.3). |
| MURPHY M | 12/19/07 | 8.60 | RESEARCH VALUATION ISSUES RELATED TO PLAN CONFIRMATION (8.6). |
| MURPHY M | 12/20/07 | 4.60 | RESEARCH VALUATION ISSUES RELATED TO PLAN CONFIRMATION; REVIEW AND EDIT EXPERT DECLARATION (4.6). |
| MURPHY M | 12/21/07 | 1.00 | RESEARCH VALUATION ISSUES FOR CONFIRMATION; REVIEW ROTHSCHILD EDITS TO EXPERT DECLARATION (1.0). |
|  |  | **24.20** |  |
| VAN GELDER A | 12/10/07 | 0.60 | REVIEW VALUATION MATERIALS (0.6). |
| VAN GELDER A | 12/11/07 | 1.50 | READ CASE LAW WITH RESPECT TO VALUATION ISSUE IN CONNECTION WITH CONFIRMATION HEARING (1.5). |
| VAN GELDER A | 12/12/07 | 4.50 | RESEARCH LAW RELEVANT TO VALUATION IN CONNECTION WITH PREPARATION FOR CONFIRMATION HEARING (4.5). |
| VAN GELDER A | 12/13/07 | 3.10 | CONTINUE TO RESEARCH VALUATION ISSUES IN CONNECTION WITH WITH PREPARATION FOR CONFIRMATION HEARING (3.1). |
| VAN GELDER A | 12/14/07 | 5.10 | CONTINUE RESEARCH OF VALUATION STANDARDS IN CONNECTION WITH PREPARATION FOR CONFIRMATION HEARING (5.1). |

B43E

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

| | | | |
|---|---|---|---|
| VAN GELDER A | 12/15/07 | 3.60 | ANALYZE VALUATION MATERIALS AND CASE LAW IN CONNECTION WITH PREPARATION FOR CONFIRMATION HEARING (3.6). |
| VAN GELDER A | 12/16/07 | 3.30 | ANALYZE VALUATION MATERIAL AND BEGIN DRAFTING MEMORANDUM RE: THE SAME IN CONNECTION WITH CONFIRMATION HEARING PREPARATION (3.3). |
| VAN GELDER A | 12/17/07 | 7.20 | CONTINUE DRAFTING VALUATION MEMORANDUM AND ANALYZE CASE LAW IN CONNECTION WITH THE SAME (7.2). |
| VAN GELDER A | 12/18/07 | 4.80 | CONTINUING RESEARCHING VALUATION STANDARDS AND READ AND ANALYZE VALUATION MATERIALS AND CASE LAW (3.7); TELECONFERENCE WITH ROTHSCHILD RE: VALUATION DECLARATION AND DOCUMENT PRODUCTION (0.7); TELECONFERENCE WITH R. BERZINJI RE: THE SAME (0.4). |
| VAN GELDER A | 12/19/07 | 4.90 | ANALYZE ROTHSCHILD VALUATION REPORT IN CONNECTION WITH PREPARING D. RESNICK DECLARATION (1.0); CONFERENCE CALL WITH R. BERZINJI, B. SHAW RE: SAME (1.0); CONTINUING DRAFTING MEMO RELATED TO VALUATION STANDARDS AND ANALYZE CASE LAW IN CONNECTION WITH THE SAME (2.5); BEGIN DRAFTING RESNICK DECLARATION (0.4). |
| VAN GELDER A | 12/20/07 | 8.80 | DRAFT D. RESNICK DECLARATION RELATED TO VALUATION AND ANALYZE VALUATION REPORT IN CONNECTION WITH THE SAME (8.4); CONFER WITH R. BERZINJI, AND B. SHAW RE: SAME (0.4). |
| VAN GELDER A | 12/21/07 | 1.90 | TELECONFERENCE WITH W. WANG RE: ROTHSCHILD DOCUMENT PRODUCTION (0.4); TELECONFERENCE WITH B. SHAW RE: D. RESNICK DECLARATION (0.2); REVIEW ROTHSCHILD COMMENTS TO DRAFT RESNICK DECLARATION (0.3); EDIT D. RESNICK DECLARATION (1.0). |
| VAN GELDER A | 12/26/07 | 6.60 | CONTINUE DRAFTING MEMORANDUM RE: VALUATION STANDARDS AND READ AND ANALYZE CASE LAW RE: THE SAME (6.1); ATTENTION TO ROTHSCHILD DOCUMENT PRODUCTION (0.5). |
| VAN GELDER A | 12/27/07 | 4.20 | EDIT D. RESNICK DECLARATION (0.7); CONTINUE DRAFTING MEMORANDUM RE: VALUATION STANDARDS AND ANALYZE CASE LAW IN CONNECTION WITH THE SAME (3.5). |
| VAN GELDER A | 12/31/07 | 0.50 | ATTENTION TO PEER COMPANIES USED IN ROTHSCHILD VALUATION IN CONNECTION WITH DETERMINING DIFFERENCES IN PEER GROUPS USED BY VARIOUS EXPERTS (0.5). |
| | | **60.60** | |
| **Total Associate** | | **84.80** | |
| **TOTAL TIME** | | **89.70** | |

B43E