SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EXHIBIT D-32
CUSTOMER MATTERS (GENERAL)
15.40 HOURS

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP)                                          Bill Date: 11/30/07
Customer Matters (General)                                        Bill Number: 1186564

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BOLTON IS | 10/29/07 | 2.90 | REVIEW AND ANALYZE LETTER FROM D. POITRAS RE: HONDA WARRANTY CLAIMS (0.6); DRAFT, REVIEW, AND REVISE REPLY RE: SAME (1.5); CORRESPONDENCE WITH WORKING GROUP RE: SAME (0.8). |
|  |  | 2.90 |  |
| **Total Associate** |  | 2.90 |  |
| **TOTAL TIME** |  | **2.90** |  |

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

Delphi Corporation (DIP))  
Customer Matters (General)

Bill Date: 01/10/08  
Bill Number: 1206100

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MEISLER RE | 11/01/07 | 0.90 | REVIEW AND CONSIDER ISSUES RE: 365(N) IN CONNECTION WITH CUSTOMER CONTRACT (0.8); TELECONFERENCE WITH D. SHERBIN RE: SAME (0.1). |
| MEISLER RE | 11/02/07 | 0.90 | DRAFT LETTER IN RESPONSE TO CUSTOMER LETTER (0.5); DRAFT CORRESPONDENCE RE: SAME (0.1); REVIEW AND RESPOND TO CORRESPONDENCE RE: CUSTOMER DISPUTE (0.3). |
| MEISLER RE | 11/05/07 | 1.20 | REVIEW AND REVISE RESPONSE TO CUSTOMER LETTER (0.3); REVIEW AND RESPOND TO CORRESPONDENCE WITH D. POITRAS, COUNSEL TO CUSTOMER RE: SAME (0.2); TELECONFERENCE WITH D. POITRAS RE: SAME (0.1); TELECONFERENCE WITH S. CORCORAN, AND T. DONO RE: SETTLEMENT OF CUSTOMER DISPUTE (0.6). |
| MEISLER RE | 11/06/07 | 1.00 | REVIEW AND RESPOND TO CORRESPONDENCE WITH T. DONO RE: CUSTOMER DISPUTE (0.2); PREPARE FOR TELECONFERENCE WITH CUSTOMER'S COUNSEL (0.2); TELECONFERENCE WITH T. GOLDBERG, COUNSEL TO CUSTOMER RE: SAME (0.2); DRAFT FOLLOW UP CORRESPONDENCE RE: SAME (0.2); DRAFT INTERNAL CORRESPONDENCE RE: CUSTOMER CORRESPONDENCE (0.2). |
| MEISLER RE | 11/07/07 | 0.60 | TELECONFERENCE WITH S. CORCORAN AND T. DONO RE: CUSTOMER ISSUE (0.1); TELECONFERENCE WITH T. DONO RE: FOLLOW UP (0.1); DRAFT CORRESPONDENCE RE: SAME (0.3); DRAFT CORRESPONDENCE RE: CUSTOMER INQUIRY (0.1). |
| MEISLER RE | 11/08/07 | 0.40 | REVIEW AND CONSIDER CORRESPONDENCE RE: CUSTOMER ISSUES (0.4). |
| MEISLER RE | 11/09/07 | 1.80 | TELECONFERENCE WITH T. DONO RE: CUSTOMER ISSUES (0.1); TELECONFERENCE WITH T. GOLDBERG (COUNSEL TO CUSTOMER) (0.3); REVIEW AND CONSIDER SAME (0.3); DRAFT CORRESPONDENCE TO D. SHERBIN RE: SAME (0.1); TELECONFERENCE WITH T. DONO TO APPRISE HIM OF TELECONFERENCE WITH CUSTOMER'S COUNSEL (0.3); DRAFT CORRESPONDENCE TO D. SHERBIN, S. CORCORAN, AND T. DONO RE: CUSTOMER ISSUES AND POTENTIAL RESOLUTIONS (0.7). |
| MEISLER RE | 11/19/07 | 0.30 | REVIEW COUNTER PROPOSALS RE: SETTLEMENT OF CUSTOMER DISPUTE (0.3). |
| MEISLER RE | 11/21/07 | 1.00 | CONTINUE TO REVIEW AND COMMENT ON SETTLEMENT AGREEMENT RE: CUSTOMER DISPUTE (1.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MEISLER RE | 11/23/07 | 0.60 | REVIEW AND RESPOND TO CORRESPONDENCE RE: SETTLEMENT WITH CUSTOMER (0.4); CONTINUE TO REVIEW CORRESPONDENCE RE: SAME (0.2). |
| | | 8.70 | |
| **Total Partner** | | **8.70** | |
| **TOTAL TIME** | | **8.70** | |

B43E

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

Delphi Corporation (DIP))                                           Bill Date: 02/29/08
Customer Matters (General)                                          Bill Number: 1208154

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| HERRIOTT AV | 01/08/08 | 0.20 | REVIEW AND COMMENT ON PRESENTATION FOR EUROPEAN CUSTOMERS (0.2). |
| HERRIOTT AV | 01/09/08 | 1.30 | REVIEW AND PROVIDE COMMENTS TO PRESENTATION TO EUROPEAN CUSTOMERS FOR R. O'NEAL (1.0); CONFERENCE WITH S. CORCORAN RE: SAME (0.3). |
| HERRIOTT AV | 01/10/08 | 2.30 | REVIEW AND REVISE PRESENTATION TO EUROPEAN CUSTOMERS FOR R. O'NEAL (1.4); CONFERENCE WITH S. CORCORAN AND M. LOEB RE: SAME (0.9). |
|  |  | 3.80 |  |
| **Total Associate** |  | 3.80 |  |
| **TOTAL TIME** |  | **3.80** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Delphi Corporation (DIP))**     **Bill Date: 02/29/08**
**Customer Matters (General)**     **Bill Number: 1208154**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/18/08 | Copy Center, D | 64.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$64.00** |
| | | **TOTAL MATTER** | **$64.00** |

B43E