**Hearing Date And Time: To Be Determined**
**Objection Deadline: To Be Determined**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Reorganized Debtors. | |

**REVISED NOTICE OF SEVENTH AND FINAL APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, COUNSEL TO DEBTORS AND DEBTORS-IN-POSSESSION, SEEKING FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. §§ 330 AND 331**

PLEASE TAKE NOTICE that on December 30, 2009, Skadden, Arps, Slate, Meagher & Flom LLP filed the Seventh And Final Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors And Debtors-In-Possession, Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (the "Application") in accordance with (a) that certain Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals dated November 4, 2005 (as amended from time to time) and (b) Article 10.3 of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified, which was confirmed by the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order (Docket No. 18707), seeking an Order awarding final compensation for professional services provided to the Debtors in the amount of $90,556,038, together with reimbursement for actual and necessary expenses incurred in the amount of $5,756,849 during the period from October 8, 2005 through January 25, 2008, inclusive. Of these amounts, $19,430,197 of compensation for professional services provided to the Debtors, together with reimbursement for actual and necessary expenses incurred in the amount of $1,235,653 relate to the period from October 1, 2007 through January 25, 2008.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be scheduled (the "Fee Application Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 116, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors will provide notice of the Fee Application Hearing as may be required by the Federal Rules of Bankruptcy Procedure or as otherwise directed by this Court after the Court determines the hearing schedule for final fee applications.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Sixteenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Revising Certain Notice Procedures, entered December 11, 2009 (Docket No. 19178) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: John Brooks, David M. Sherbin, and John D. Sheehan), (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) the Office of the United States Trustee

for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian S. Masumoto), (iv) counsel for the former Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the agent under the Debtors' former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman and Robert H. Trust), (vi) counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian M. Resnick), and (vii) Valerie Venable, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina 28078, in each case so as to be received no later than the date to be established by the Court, which date will be set forth in the subsequent notice regarding scheduling of the Fee Application Hearing.

PLEASE TAKE FURTHER NOTICE that only those responses or objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Fee Application Hearing.  If no responses or objections to the Application are timely filed and served in accordance with the procedures set forth herein and the Case Management Orders, then the Bankruptcy Court may enter an order granting the Application without further notice.

Dated:   New York, New York
          December 31, 2009

          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

     - and -

By:   /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors