UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re:                                              :   Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :   Case No. 05-44481 (RDD)
                                                    :
                              Debtors.              :   (Jointly Administered)
                                                    :
                                                    :
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2009, I caused to be served the Notice of and the Seventh Interim and Final Application of KPMG LLP, as Tax and Transaction Services Advisors and Advisory and Valuation Services Advisors for the Debtors, for Entry of an Order (I) Allowing Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From October 1, 2007 through January 25, 2008 and all Subsequent Monthly Periods Through the Effective Date of October 6, 2009; (II) Allowing Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from October 8, 2005 Through October 6, 2009; (III) Authorizing and Directing the Debtors to Release Prior Holdback Amounts; and (IV) Authorizing and Directing the Debtors to Pay All Unpaid Fees and Expenses, upon (i) the persons and entities listed on Exhibit A annexed hereto by causing copies of same to be served via the Electronic Court Filing System; (ii) upon the persons and entities listed on Exhibit B annexed hereto by causing copies of same to be delivered via first class mail delivery, postage prepaid, addressed as indicated on the annexed Exhibit B; and (iii)

NYC_IMANAGE-1100249.1

upon the persons and entities listed on <u>Exhibit C</u> annexed hereto by causing copies of same to be delivered via overnight mail delivery, addressed as indicated on the annexed <u>Exhibit C</u>.

Dated: December 31, 2009
       New York, NY

KING & SPALDING LLP

<u>/s/ Roberta Trowbridge</u>
Roberta Trowbridge
Legal Assistant
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556-2100
Fax: (212) 556-2222

# EXHIBIT A

## Service by Electronic Mail on December 31, 2009

| | | |
|---|---|---|
| adalberto@canadas.com | klaw@bbslaw.com | maofiling@cgsh.com |
| javanzato@apslaw.com | lschwab@bbslaw.com | maofiling@cgsh.com |
| david.boyle@airgas.com | pcostello@bbslaw.com | tmaxson@cohenlaw.com |
| bkessinger@akebono-usa.com | tgaa@bbslaw.com | jvitale@cwsny.com |
| ddunn@akingump.com | jtaylor@binghammchale.com | bceccotti@cwsny.com |
| idizengoff@akingump.com | malerding@binghammchale.com | srosen@cb-shea.com |
| pgurfein@akingump.com | wmosby@binghammchale.com | Elliott@cmplaw.com |
| mgreger@allenmatkins.com | wmosby@binghammchale.com | jwisler@cblh.com |
| craig.freeman@alston.com | mrichards@blankrome.com | mlee@contrariancapital.com |
| dconnolly@alston.com | rmcdowell@bodmanllp.com | jstanton@contrariancapital.com |
| dwender@alston.com | chill@bsk.com | wraine@contrariancapital.com |
| steven.keyes@aam.com | csullivan@bsk.com | solax@contrariancapital.com |
| gogimalik@andrewskurth.com | sdonato@bsk.com | Pretekin@coollaw.com |
| lwalzer@angelogordon.com | mtrentadue@boselaw.com | sjohnston@cov.com |
| mtf@afrct.com | cdelatorre@boselaw.com | swalsh@chglaw.com |
| aleinoff@amph.com | amcmullen@bccb.com | dpm@curtinheefner.com |
| Cohen.Mitchell@arentfox.com | rjones@bccb.com | rsz@curtinheefner.com |
| Hirsh.Robert@arentfox.com | massimiliano_cini@brembo.it | ceilbott@curtis.com |
| dladdin@agg.com | dludman@brownconnery.com | krk4@daimlerchrysler.com |
| joel_gross@aporter.com | schristianson@buchalter.com | wsavino@damonmorey.com |
| cgalloway@atsautomation.com | mary.caloway@bipc.com | davidpmartin@erisacase.com |
| eray@balch.com | william.schorling@bipc.com | davidpmartin@bellsouth.net |
| kim.robinson@bfkn.com | mhall@burr.com | rmeth@daypitney.com |
| william.barrett@bfkn.com | jeannine.damico@cwt.com | rbeacher@daypitney.com |
| alan.mills@btlaw.com | john.rapisardi@cwt.com | cchiu@daypitney.com |
| david.powlen@btlaw.com | joseph.zujkowski@cwt.com | glenn.siegel@dechert.com |
| john.gregg@btlaw.com | jonathan.greenberg@BASF.COM | james.moore@dechert.com |
| mark.owens@btlaw.com | kburke@cahill.com | carol_sowa@denso-diam.com |
| michael.mccrory@btlaw.com | jrobertson@calfee.com | gdiconza@dlawpc.com |
| pmears@btlaw.com | dhriggio@gmail.com | john.persiani@dinslaw.com |
| wendy.brewer@btlaw.com | rcalinoff@candklaw.com | richard.kremen@dlapiper.com |
| ffm@bostonbusinesslaw.com | brcy@carsonfischer.com | andrew.kassner@dbr.com |
| tom@beemanlawoffice.com | rweisberg@carsonfischer.com | david.aaronson@dbr.com |
| js@colawfirm.com | brcy@carsonfischer.com | janice.grubin@dbr.com |
| michelle@colawfirm.com | cahn@clm.com | jhlemkin@duanemorris.com |
| hannah@blbglaw.com | ddeutsch@chadbourne.com | dmdelphi@duanemorris.com |
| sean@blbglaw.com | japplebaum@clarkhill.com | wmsimkulak@duanemorris.com |
| wallace@blbglaw.com | sdeeby@clarkhill.com | dparker@dykema.com |
| murph@berrymoorman.com | rgordon@clarkhill.com | mmsmith@dykema.com |

ssalinas@dykema.com
ayala.hassell@eds.com
bem@eorrlaw.com
akatz@entergy.com
MRussell@ebglaw.com
gettelman@e-hlaw.com
eflaagan@faegre.com
lscarcella@farrellfritz.com
pcollins@farrellfritz.com
charles@filardi-law.com
tdonovan@finkgold.com
jmurch@foley.com
jsimon@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
drosenzweig@fulbright.com
mparker@fulbright.com
dcimo@gjb-law.com
dcrapo@gibbonslaw.com
bhoover@goldbergsegalla.com
abrilliant@goodwinproctor.com
cdruehl@goodwinproctor.com
bmehlsack@gkllaw.com
pbilowz@goulstonstorrs.com
jsabella@gelaw.com
jeisenhofer@gelaw.com
mrr@previant.com
mdebbeler@graydon.com
diconzam@gtlaw.com
heyens@gtlaw.com
ckm@greensfelder.com
jpb@greensfelder.com
leoscar@hahnlaw.com
cpeer@hahnlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
rjclark@hancocklaw.com
ddragich@hdolaw.com
hleinwand@aol.com

judith.elkin@haynesboone.com
lenard.parkins@haynesboone.com
kenric.kattner@haynesboone.com
prubin@herrick.com
ken.higman@hp.com
Ramona.neal@hp.com
sharon.petrosino@hp.com
mpendell@haslaw.com
echarlton@hiscockbarclay.com
ggraber@hodgsonruss.com
jkreher@hodgsonruss.com
sgross@hodgsonruss.com
amoog@hhlaw.com
ecdolan@hhlaw.com
sagolden@hhlaw.com
dbaty@honigman.com
tsable@honigman.com
lmurphy@honigman.Com
sdrucker@honigman.com
lgretchko@howardandhoward.com
lmcbryan@hwmklaw.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
sholmes@hunton.com
aee@hurwitzfine.com
Ben.Caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
heather@inplaytechnologies.com
rgriffin@iuoe.org
bruzinsky@jw.com
hforrest@jw.com
pbarr@jaffelaw.com
JRS@Parmenterlaw.com
wschultz@jasoninc.com
rpeterson@jenner.com
gerdekomarek@bellsouth.net
cball@jonesday.com
pjbenvenutti@jonesday.com
mcorrea@jonesday.com
sjfriedman@jonesday.com

john.sieger@kattenlaw.com
rsmolev@kayescholer.com
kcookson@keglerbrown.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
ggotto@kellerrohrback.com
cwolfe@kelleydrye.com
mstone@kelleydrye.com
lmagarik@kjmlabor.com
sjennik@kjmlabor.com
tkennedy@kjmlabor.com
degan@kslaw.com
sdabney@kslaw.com
jstempel@kirkland.com
efox@klng.com
pepope@nisource.com
sosimmerman@kwgd.com
jay.selanders@kutakrock.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
adbruski@lambertleser.com
smcook@lambertleser.com
mark.broude@lw.com
michael.riela@lw.com
mitchell.seider@lw.com
robert.rosenberg@lw.com
mkohayer@aol.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
kwalsh@lockelord.com
tmcfadden@lockelord.com
gschwed@loeb.com
whawkins@loeb.com
bnathan@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com

2

| | | |
|---|---|---|
| metkin@lowenstein.com | greenj@millercanfield.com | arosenberg@paulweiss.com |
| scargill@lowenstein.com | swansonm@millercanfield.com | cweidler@paulweiss.com |
| vdagostino@lowenstein.com | fusco@millercanfield.com | ddavis@paulweiss.com |
| egc@lydenlaw.com | pjricotta@mintz.com | emccolm@paulweiss.com |
| axs@maddinhauser.com | pricotta@mintz.com | jbrass@paulweiss.com |
| jlanden@madisoncap.com | Jeff.Ott@molex.com | sshimshak@paulweiss.com |
| lmc@ml-legal.com | agottfried@morganlewis.com | housnerp@michigan.gov |
| vmastromar@aol.com | mzelmanovitz@morganlewis.com | kmayhew@pepehazard.com |
| gsantella@masudafunai.com | resterkin@morganlewis.com | lawallf@pepperlaw.com |
| dadler@mccarter.com | lberkoff@moritthock.com | jaffeh@pepperlaw.com |
| eglas@mccarter.com | bankruptcy@morrisoncohen.com | caseyl@pepperlaw.com |
| jsalmas@mccarthy.ca | rurbanik@munsch.com | varughesen@pepperlaw.com |
| lsalzman@mccarthy.ca | jwielebinski@munsch.com | scarter@pselaw.com |
| gravert@mwe.com | drukavina@munsch.com | jmanheimer@pierceatwood.com |
| jmsullivan@mwe.com | sandy@nlsg.com | kcunningham@pierceatwood.com |
| sselbst@mwe.com | Knathan@nathanneuman.com | rjp@pbandg.com |
| shandler@mwe.com | l.moore@pnc.com | karen.dine@pillsburylaw.com |
| mquinn@mwe.com | marty_noland@nrel.gov | margot.erlich@pillsburylaw.com |
| sopincar@mcdonaldhopkins.com | george.cauthen@nelsonmullins.com | mark.houle@pillsburylaw.com |
| sriley@mcdonaldhopkins.com | tracy.richardson@dol.lps.state.nj.us | richard.epling@pillsburylaw.com |
| jbernstein@mdmc-law.com | bbeckworth@nixlawfirm.com | robin.spear@pillsburylaw.com |
| amccollough@mcguirewoods.com | jangelovich@nixlawfirm.com | bsmoore@pbnlaw.com |
| dblanks@mcguirewoods.com | susanwhatley@nixlawfirm.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | eabdelmasieh@nmmlaw.com | jh@previant.com |
| tslome@msek.com | dgheiman@jonesday.com | mgr@previant.com |
| hkolko@msek.com | cahope@chapter13macon.com | enrique.bujidos@es.pwc.com |
| lpeterson@msek.com | jay.hurst@oag.state.tx.us | xst@qad.com |
| mmeyers@mlg-pc.com | msutter@ag.state.oh.us | jharris@quarles.com |
| emeyers@mrrlaw.net | michaelz@orbotech.com | jdawson@quarles.com |
| rrosenbaum@mrrlaw.net | mmoody@orourkeandmoody.com | knye@quarles.com |
| mdtcbkc@miamidade.gov | aenglund@orrick.com | rlp@quarles.com |
| miag@michigan.gov | fholden@orrick.com | apille@reedsmith.com |
| raterinkd@michigan.gov | jguy@orrick.com | elazarou@reedsmith.com |
| miag@michigan.gov | Rdaversa@orrick.com | jkaczka@republicengineered.com |
| jdonahue@miheritage.com | rwyron@orrick.com | jlapinsky@republicengineered.com |
| trenda@milesstockbridge.com | mseidl@pszjlaw.com | jshickich@riddellwilliams.com |
| totoole@milchev.com | Rfeinstein@pszjlaw.com | jcrotty@rieckcrotty.com |
| Ashelley@milchev.com | Ischarf@pszjlaw.com | holly@regencap.com |
| vjones@millermartin.com | dalowenthal@pbwt.com | amathews@robinsonlaw.com |
| sarbt@millerjohnson.com | dwdykhouse@pbwt.com | cnorgaard@ropers.com |
| wolfordr@millerjohnson.com | spaethlaw@phslaw.com | gregory.kaden@ropesgray.com |

tslome@rsmllp.com
rtrack@msn.com
agelman@sachnoff.com
cschulman@sachnoff.com
cbelmonte@ssbb.com
pbosswick@ssbb.com
rcarrillo@ssbb.com
dweiner@schaferandweiner.com
hborin@schaferandweiner.com
mnewman@schaferandweiner.com
mwernette@schaferandweiner.com
shellie@schaferandweiner.com
rheilman@schaferandweiner.com
egeekie@schiffhardin.com
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com
david.karp@srz.com
james.bentley@srz.com
michael.cook@srz.com
barryster@att.net
pbaisier@seyfarth.com
rdremluk@seyfarth.com
whanlon@seyfarth.com
bshaw100@shawgussis.com
bharwood@sheehan.com
lawtoll@comcast.net
ewaters@sheppardmullin.com
msternstein@sheppardmullin.com
tcohen@sheppardmullin.com
twardle@sheppardmullin.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
bankruptcy@goodwin.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
vhamilton@sillscummis.com
skimmelman@sillscummis.com
cfortgang@silverpointcapital.com
kmiller@skfdelaware.com
fyates@sonnenschein.com
mmachen@sonnenschein.com

opinkas@sonnenschein.com
rrichards@sonnenschein.com
lloyd.sarakin@am.sony.com
emarcks@ssd.com
cmeyer@ssd.com
sarah.morrison@doj.ca.gov
hwangr@michigan.gov
przekopshaws@michigan.gov
jmbaumann@steeltechnologies.com
rkidd@srcm-law.com
shapiro@steinbergshapiro.com
jposta@sternslaw.com
jspecf@sternslaw.com
cs@stevenslee.com
cp@stevenslee.com
mshaiken@stinsonmoheck.com
robert.goodrich@stites.com
madison.cashman@stites.com
wbeard@stites.com
loucourtsum@stites.com
cpajak@stutman.com
egoldberg@stutman.com
ipachulski@stutman.com
jdavidson@stutman.com
ferrell@taftlaw.com
miller@taftlaw.com
jteitelbaum@tblawllp.com
rbaskin@tblawllp.com
agbanknewyork@ag.tn.gov
jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
robert.morris@timken.com
mcolabianchi@thelen.com
rhett.campbell@tklaw.com
ira.herman@tklaw.com
john.brannon@tklaw.com
lnewman@tcfhlaw.com
dquaid@tcfhlaw.com
efiledocketgroup@fagelhaber.com
tguerriero@us.tiauto.com

jlevi@toddlevi.com
bmcdonough@teamtogut.com
jwilson@tylercooper.com
matthew.schwartz@usdoj.gov
hzamboni@underbergkessler.com
mkilgore@UP.com
djury@usw.org
tscobb@vorys.com
RGMason@wlrk.com
robert.welhoelter@wallerlaw.com
gtoering@wnj.com
mcruse@wnj.com
growsb@wnj.com
mwarner@warnerstevens.com
lekvall@wgllp.com
gpeters@weltman.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
tlauria@whitecase.com
featon@miami.whitecase.com
barnold@whdlaw.com
jmoennich@wickenslaw.com
dneier@winston.com
cschreiber@winston.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
agrumbine@wcsr.com
mbusenkell@wcsr.com
rkisicki@woodsoviatt.com
skrause@zeklaw.com

# EXHIBIT B

## SERVICE BY FIRST CLASS MAIL

Barnes & Thornburg LLP
Peter A. Clark
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

Cohen, Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
101 Park Avenue
New York, NY 10178-0061

Davis, Polk & Wardwell LLP
Brian Resnick
450 Lexington Avenue
New York, NY 10017

Delphi Automotive LLP
Sean Corcoran
Karen Craft
5725 Delphi Drive
Troy, MI 48098

Flextronics International
Carrie L. Schiff
305 Interlocken Parkway
Broomfield, CO 80021

Flextronics International USA, Inc.
Paul W. Anderson
2090 Fortune Drive
San Jose, CA 95131

Fried, Frank, Harris, Shriver & Jacobson
Bonnie Steingart
Jennifer L Rodburg
Richard J Slivinski
One New York Plaza
New York, NY  10004

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY  10036

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Hodgson Russ LLP
Garry M. Graber
60 East 42nd St. 37th Floor
New York, NY  10165-0150

Honigman Miller Schwartz and Cohn LLP
Frank L. Gorman, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave
Mail Stop 15
Detroit, MI  48226

Internal Revenue Service
Attn: Insolvency Department
Maria Valerio
290 Broadway 5th Floor
New York, NY  10007

Jefferies & Company, Inc,
William Q. Derrough
520 Madison Avenue 12th Floor
New York, NY  10022

JPMorgan Chase Bank, N.A.
Richard Duker
270 Park Avenue
New York, NY  10017

JPMorgan Chase Bank, N.A.
Susan Atkins,
Gianni Russello
277 Park Ave 8th Fl.
New York, NY  10172

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer
Gordon Z. Novod
1177 Avenue of the Americas
New York, NY  10036

Kurtzman Carson Consultants
Sheryl Betance
2335 Alaska Ave.
El Segundo, CA  90245

Law Debenture Trust of New York
Daniel R. Fisher
Patrick J. Healy
400 Madison Ave. 4th Fl.
New York, NY  10017

McDermott Will & Emery LLP
Jason J. DeJonker
David D. Cleary
Mohsin N. Khambati
227 West Monroe Street, Suite 5400
Chicago, IL  60606

McDermott Will & Emery LLP
227 West Monroe Street, Suite 5400
Chicago, IL  60606

McTigue Law Firm
Cornish F. Hitchcock
5301 Wisconsin Ave., N.W. Suite 350
Washington, DC  20015

McTigue Law Firm
J. Brian McTigue
5301 Wisconsin Ave., N.W. Suite 350
Washington, DC  20015

Mesirow Financial
Leon Szlezinger
666 Third Ave., 21st Floor
New York, NY  10017

Milbank Tweed Hadley & McCloy LLP
Gregory A Bray Esq.
Thomas R Kreller Esq.
James E Till Esq
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

New York State Office of Attorney General
Eugene J. Leff
Assistant Attorney General & Deputy Bureau Chief
120 Broadway, 26th Floor
New York, NY  10271

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY  10281

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY  10271

O'Melveny & Myers LLP
Robert Siegel
400 South Hope Street
Los Angeles, CA  90071

O'Melveny & Myers LLP
Tom A. Jerman
Rachel Janger
1625 Eye Street, NW
Washington, DC  20006

05-44481-rdd    Doc 19263    Filed 12/31/09    Entered 12/31/09 12:08:27    Main Document
Pg 13 of 16

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Stephen J. Shimshak
Philip A Weintraub
1285 Avenue of the Americas
New York, NY 10019-6064

Pension Benefit Guaranty Corporation
Israel Goldowitz
Karen L. Morris
John Menke
Ralph L. Landy
Beth A. Bangert
1200 K Street, N.W., Suite 340
Washington, DC 20005

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Robert W. Dremluk
620 Eighth Ave.
New York, NY 10018-1405

Shearman & Sterling LLP
Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Skadden, Arps, Slate, Meagher & Flom LLP
John K. Lyons
Ron E. Meisler
155 N Wacker Drive, Suite 2700
Chicago, IL 60606-1720

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105

Spencer Fane Britt & Browne LLP
Nicholas Franke
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO  63105

Stahl Cowen Crowley Addis LLC
Jon D. Cohen
Trent P. Cornell
55 West Monroe Street, Suite 1200
Chicago, IL  60603

Stevens & Lee, P.C.
Chester B. Salomon
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY  10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY  10119

United States Trustee
Brian Masumoto
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Harvey R. Miller
Jeffrey L. Tanenbaum, Esq.
Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

# EXHIBIT C

## SERVICE BY OVERNIGHT MAIL DELIVERY

| | |
|---|---|
| Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | David M. Sherbin<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| John D. Sheehan<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Joe Sykes<br>Legal Cost Control<br>255 Kings Highway East<br>Haddonfield, NJ 08033 |
| Kayalyn A, Marafioti<br>Thomas J. Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 | DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel |
| John W. Butler, Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606 | Marissa Wesely<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard<br>33 Whitehall Street<br>New York, NY 10004 |