LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                 ) ss.:
COUNTY OF NEW YORK  )

       Lauren Gaskill, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

       2.     On December 31, 2009, I caused true and correct copies of (i) Final Fee and Expense Application of Jefferies & Company, Inc. Investment Banker to the Official Committee of Unsecured Creditors and (ii) Final Fee Application of Mesirow Financial Consulting, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 19, 2005

through January 25, 2008, to be served upon the parties identified in Exhibit A hereto in the

manner indicated therein.

/s/ Lauren Gaskill
Lauren Gaskill

Sworn to before me this
31st day of December, 2009

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2013

NY\1604878.1

**Exhibit A**

**VIA FED-EX**

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Brian Masumoto
United States Trustee
33 Whitehall St
21st Fl
New York, NY 10004-2112

**Exhibit B**

**VIA HAND DELIVERY**

Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY  10004

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 | Paul W. Anderson<br>Flextronics International USA, Inc.<br>2090 Fortune Drive<br>San Jose, CA 95131 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | WL Ross & Co., LLC<br>600 Lexington Avenue<br>19th Floor<br>New York, NY  10022<br>Attn: Stephen Toy |
| Dykema Gossett PLLC<br>Brendan G. Best, Esq.<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI  48304 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |

NY\1604878.1

| | |
|---|---|
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY 10036 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Richard Duker<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Avenue, 4th Floor<br>New York, NY 10017 |
| Susan Atkins<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>277 Park Ave, 8th Floor<br>New York, NY 10172 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL   60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |

NY\1604878.1

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothschild Inc
1251 Ave Of The Americas
New York, NY 10020

Harvey R. Miller, Esq.
Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
620 Eigth Avenue
New York, NY 10018-1405

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Pickrel-Shaeffer & Ebeling
Sarah B. Carter, Esq.
2700 Kettering Tower
Dayton, OH  45423

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

| | |
|---|---|
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |
| Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530-9194 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Attn: Brad Eric Scheler<br>     Bonnie Steingart<br>     Vivek Melwani<br>     Jennifer L. Rodburg<br>     Richard J. Slivinski |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ 07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 |

NY\1604878.1

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Jason, Inc.
411 E. Wisconsin Avenue
Suite 2120
Milwaukee, WI 53202
Attn: Beth Klimczak
      General Counsel

Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street
Suite 1403
Miami, FL 33130

Dykema Gossett PLLC
Gregory J. Jordan
10 Wacker
Suite 2300
Chicago, IL 60606

**Via E-Mail**

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
adalberto@canadas.com
aee@hurwitzfine.com
aenglund@orrick.com
agelman@sachnoff.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amccollough@mcguirewoods.com
amcmullen@bccb.com
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
arosenberg@paulweiss.com
jbrass@paulweiss.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
attorneystella@sszpc.com
austin.bankruptcy@publicans.com
axs@maddinhauser.com
ayala.hassell@eds.com
bankrupt@modl.com
pwcarey@modl.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bhoover@goldbergsegalla.com
bkessinger@akebono-usa.com

bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com
charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
davidpmartin@erisacase.com
davidpmartin@bellsouth.net

dbaty@honigman.com
dbrown@klettrooney.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddeutsch@chadbourne.com
ddragich@foley.com
ddraper@terra-law.com
ddunn@akingump.com
derrien@coollaw.com
dgheiman@jonesday.com
diconzam@gtlaw.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
dquaid@tcfhlaw.com
efiledocketgroup@fagelhaber.com
driggio@candklaw.com
drosenzweig@fulbright.com
dwdykhouse@pbwt.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egeekie@schiffhardin.com
eglas@mccarter.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com
elizabeth.flaagan@hro.com

NY\1604878.1

| | | |
|---|---|---|
| Elliott@cmplaw.com | Jeff.Ott@molex.com | Knathan@nathanneuman.com |
| emarcks@ssd.com | jeffery.gillispie@infineon.com | knorthup@kutchinrufo.com |
| emccolm@paulweiss.com | jeisenhofer@gelaw.com | knye@quarles.com |
| emeyers@mrrlaw.net | jengland@linear.com | krk4@daimlerchrysler.com |
| enrique.bujidos@es.pwc.com | jforstot@tpw.com | krosen@lowenstein.com |
| ephillips@thurman-phillips.com | jgtougas@mayerbrown.com | kwalsh@lordbissell.com |
| eray@balch.com | jguerrier@dreierllp.com | lawallf@pepperlaw.com |
| ewaters@sheppardmullin.com | jguy@orrick.com | lawtoll@comcast.net |
| ferrell@taftlaw.com | jh@previant.com | lberkoff@moritthock.com |
| ffm@bostonbusinesslaw.com | mgr@previant.com | lcurcio@tpw.com |
| fholden@orrick.com | jharris@quarles.com | lekvall@wgllp.com |
| fstevens@foxrothschild.com | jhlemkin@duanemorris.com | lenard.parkins@haynesboone.com |
| ftrikkers@rikkerslaw.com | jkp@qad.com | kenric.kattner@haynesboone.com |
| fusco@millercanfield.com | jkreher@hodgsonruss.com | lgretchko@howardandhoward.com |
| fyates@sonnenschein.com | jlanden@madisoncap.com | lisa.moore2@nationalcity.com |
| gdiconza@dlawpc.com | jlapinsky@republicengineered.com | lloyd.sarakin@am.sony.com |
| george.cauthen@nelsonmullins.com | jlevi@toddlevi.com | lmagarik@kjmlabor.com |
| gerdekomarek@bellsouth.net | jmanheimer@pierceatwood.com | lmcbryan@hwmklaw.com |
| gettelman@e-hlaw.com | jmbaumann@steeltechnologies.com | lmurphy@honigman.Com |
| ggotto@kellerrohrback.com | jminias@stroock.com | lnewman@fagelhaber.com |
| ggreen@fagelhaber.com | jmoennich@wickenslaw.com | lpeterson@msek.com |
| gjarvis@ggelaw.com | jmsullivan@mwe.com | lpinto@wcsr.com |
| gkurtz@ny.whitecase.com | jmurch@foley.com | lsarko@kellerrohrback.com |
| guzzi@whitecase.com | joel_gross@aporter.com | claufenberg@kellerrohrback.com |
| dbaumstein@ny.whitecase.com | john.brannon@tklaw.com | eriley@kellerrohrback.com |
| gogimalik@andrewskurth.com | john.gregg@btlaw.com | lschwab@bbslaw.com |
| gpeters@weltman.com | john.persiani@dinslaw.com | lwalzer@angelogordon.com |
| gravert@mwe.com | john.sieger@kattenlaw.com | madison.cashman@stites.com |
| greenj@millercanfield.com | jonathan.greenberg@BASF.COM | maofiling@cgsh.com |
| greg.bibbes@infineon.com | jorenstein@aoblaw.com | maofiling@cgsh.com |
| gregory.kaden@ropesgray.com | jposta@sternslaw.com | marc.hirschfield@ropesgray.com |
| growsb@wnj.com | jspecf@sternslaw.com | margot.erlich@pillsburylaw.com |
| gsantella@masudafunai.com | jrhunter@hunterschank.com | mark.houle@pillsburylaw.com |
| gschwed@loeb.com | jrobertson@calfee.com | mark.owens@btlaw.com |
| gtoering@wnj.com | JRS@Parmenterlaw.com | marvin.clements@state.tn.us |
| hannah@blbglaw.com | jsalmas@mccarthy.ca | massimiliano_cini@brembo.it |
| hborin@schaferandweiner.com | lsalzman@mccarthy.ca | mbane@kelleydrye.com |
| heather@inplaytechnologies.com | jshickich@riddellwilliams.com | mbusenkell@eckertseamans.com |
| heyens@gtlaw.com | jsimon@foley.com | mcruse@wnj.com |
| Hirsh.Robert@arentfox.com | jsmairo@pbnlaw.com | mdallago@morrisoncohen.com |
| hkolko@msek.com | jstempel@kirkland.com | mdebbeler@graydon.com |
| hleinwand@aol.com | jtaylor@binghammchale.com | metkin@lowenstein.com |
| holly@regencap.com | malerding@binghammchale.com | mfarquhar@winstead.com |
| housnerp@michigan.gov | wmosby@binghammchale.com | mgreger@allenmatkins.com |
| houston_bankruptcy@publicans.com | jtaylor@binghammchale.com | mhall@burr.com |
| hwangr@michigan.gov | wmosby@binghammchale.com | miag@michigan.gov |
| hzamboni@underbergkessler.com | judith.elkin@haynesboone.com | miag@michigan.gov |
| idizengoff@akingump.com | jvitale@cwsny.com | michael.cook@srz.com |
| ilevee@lowenstein.com | bceccotti@cwsny.com | michael.mccrory@btlaw.com |
| ira.herman@tklaw.com | jwilson@tylercooper.com | michaelz@orbotech.com |
| jaffeh@pepperlaw.com | jwisler@cblh.com | miller@taftlaw.com |
| james.bentley@srz.com | jzackin@sillscummis.com | mkilgore@UP.com |
| jangelovich@nixlawfirm.com | karen.dine@pillsburylaw.com | mkohayer@aol.com |
| janice.grubin@dbr.com | kcookson@keglerbrown.com | mlee@contrariancapital.com |
| japplebaum@clarkhill.com | kcunningham@pierceatwood.com | jstanton@contrariancapital.com |
| javanzato@apslaw.com | ken.higman@hp.com | wraine@contrariancapital.com |
| jay.hurst@oag.state.tx.us | khansen@stroock.com | solax@contrariancapital.com |
| jay.selanders@kutakrock.com | khopkins@milesstockbridge.com | mmachen@sonnenschein.com |
| jbernstein@mdmc-law.com | kim.robinson@bfkn.com | mmassad@hunton.com |
| jcrotty@rieckcrotty.com | klaw@bbslaw.com | mmeyers@mlg-pc.com |
| jdonahue@miheritage.com | kmayhew@pepehazard.com | mmharner@jonesday.com |
| jeannine.damico@cwt.com | kmiller@skfdelaware.com | mmoody@okmlaw.com |

| | | |
|---|---|---|
| mnewman@schaferandweiner.com | rnsteinwurtzel@swidlaw.com | tch@previant.com |
| mparker@fulbright.com | robert.goodrich@stites.com | tcohen@sheppardmullin.com |
| mrichards@blankrome.com | robert.morris@timken.com | tdonovan@finkgold.com |
| mrichman@foley.com | robert.welhoelter@wallerlaw.com | tgaa@bbslaw.com |
| mrr@previant.com | robin.spear@pillsburylaw.com | tguerriero@us.tiauto.com |
| mscott@riemerlaw.com | rpeterson@jenner.com | thaler@tglawfirm.com |
| mseidl@pszjlaw.com | rrichards@sonnenschein.com | timothy.mehok@hellerehrman.com |
| mshaiken@stinsonmoheck.com | rrosenbaum@mrrlaw.net | tkennedy@kjmlabor.com |
| msomerstein@kelleydrye.com | rsmolev@kayescholer.com | tlauria@whitecase.com |
| msternstein@sheppardmullin.com | rsz@curtinheefner.com | featon@miami.whitecase.com |
| msutter@ag.state.oh.us | rthibeaux@shergarner.com | tmaxson@cohenlaw.com |
| mtf@afrct.com | rthibeaux@shergarner.com | tmcfadden@lordbissell.com |
| mtrentadue@boselaw.com | rtrack@msn.com | tom@beemanlawoffice.com |
| cdelatorre@boselaw.com | rurbanik@munsch.com | tomschank@hunterschank.com |
| murph@berrymoorman.com | jwielebinski@munsch.com | tracy.richardson@dol.lps.state.nj.us |
| mviscount@foxrothschild.com | drukavina@munsch.com | trenda@milesstockbridge.com |
| mwarner@warnerstevens.com | rusadi@cahill.com | tsable@honigman.com |
| mwinthrop@winthropcouchot.com | rweisberg@carsonfischer.com | tscobb@vssp.com |
| myarnoff@sbclasslaw.com | rwyron@orrick.com | tslome@rsmllp.com |
| mzelmanovitz@morganlewis.com | sabelman@cagewilliams.com | twardle@sheppardmullin.com |
| nhp4@cornell.edu | sagolden@hhlaw.com | vdagostino@lowenstein.com |
| niizeki.tetsuhiro@furukawa.co.jp | sandy@nlsg.com | vhamilton@sillscummis.com |
| pabutler@ssd.com | sarah.morrison@doj.ca.gov | skimmelman@sillscummis.com |
| pbaisier@seyfarth.com | sarbt@millerjohnson.com | vmastromar@aol.com |
| pbarr@jaffelaw.com | wolfordr@millerjohnson.com | wachstein@coollaw.com |
| pbilowz@goulstonstorrs.com | scargill@lowenstein.com | wallace@blbglaw.com |
| pbosswick@ssbb.com | schnabel@klettrooney.com | wbeard@stites.com |
| pcostello@bbslaw.com | schristianson@buchalter.com | loucourtsum@stites.com |
| pgurfein@akingump.com | sdabney@kslaw.com | wendy.brewer@btlaw.com |
| pjanovsky@zeklaw.com | bdimos@kslaw.com | whanlon@seyfarth.com |
| pjricotta@mintz.com | sdeeby@clarkhill.com | whawkins@loeb.com |
| pricotta@mintz.com | sdonato@bsk.com | william.barrett@bfkn.com |
| pmears@btlaw.com | sdrucker@honigman.com | wkohn@schiffhardin.com |
| Pretekin@coollaw.com | sean@blbglaw.com | wmsimkulak@duanemorris.com |
| prubin@herrick.com | sfreeman@lrlaw.com | wsavino@damonmorey.com |
| raterinkd@michigan.gov | sgoldber@quarles.com | bruzinsky@jw.com |
| rbeacher@daypitney.com | sgross@hodgsonruss.com | dkillen@jw.com |
| cchiu@daypitney.com | sgross@hodgsonruss.com | hforrest@jw.com |
| rcarrillo@gsblaw.com | shandler@mwe.com | jteitelbaum@morganlewis.com |
| rcharles@lrlaw.com | mquinn@mwe.com | rbaskin@tblawllp.com |
| rcovino@lordbissell.com | shandler@sbclasslaw.com | ipachulski@stutman.com |
| rdaversa@mayerbrown.com | shapiro@steinbergshapiro.com | jdavidson@stutman.com |
| rdremluk@seyfarth.com | sharon.petrosino@hp.com | |
| resterkin@morganlewis.com | sholmes@hunton.com | |
| Rfeinstein@pszjlaw.com | sjennik@kjmlabor.com | |
| Ischarf@pszjlaw.com | sjfriedman@jonesday.com | |
| RGMason@wlrk.com | sjohnston@cov.com | |
| rgordon@clarkhill.com | skrause@zeklaw.com | |
| rgriffin@iuoe.org | smcook@lambertleser.com | |
| rheilman@schaferandweiner.com | snirmul@gelaw.com | |
| rhett.campbell@tklaw.com | sokeefe@winthropcouchot.com | |
| richard.epling@pillsburylaw.com | sopincar@mcdonaldhopkins.com | |
| richard.kremen@dlapiper.com | sosimmerman@kwgd.com | |
| rjclark@hancocklaw.com | spaethlaw@phslaw.com | |
| rjones@bccb.com | sriley@mcdonaldhopkins.com | |
| rjp@pbandg.com | srosen@cb-shea.com | |
| rjsidman@vssp.com | sselbst@mwe.com | |
| rkidd@srcm-law.com | sshimshak@paulweiss.com | |
| rlp@quarles.com | steven.keyes@aam.com | |
| rmcdowell@bodmanllp.com | susanwhatley@nixlawfirm.com | |
| rmeth@daypitney.com | swalsh@chglaw.com | |
| rnorton@reedsmith.com | tbrink@lordbissell.com | |

NY\1604878.1