# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 17, 2007 |

## STATEMENT OF MONTHLY INTERIM
## COMPENSATION AND EXPENSES

To:    The Notice Parties as defined in the Order under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

Name of Applicant:    Jones Lang LaSalle Americas, Inc.

Authorized to Provide Professional Services to:    Delphi Corporation, *et al.*

Dates of retention:    Initial Retention: December 1, 2005
(retroactive to November 3, 2005)

Supplemental Retention: October 23, 2007,
(retroactive to June 1, 2007)

Period for which compensation and expense reimbursement is sought:    October 1, 2007 through October 31, 2007

Amount of compensation and expense reimbursement sought for period:    $12,031.88

Summary of Monthly Fee and Expense Statements:

| Date Served | Period Covered | REQUESTED | | PAID[1] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/14/05 | 11/01/05 – 11/31/05 | $44,948.34 | -0- | $25,393.12 | -0- |
| 12/14/05 | 12/01/05 – 12/31/05 | $52,827.75 | -0- | $52,827.75 | -0- |
| 02/28/06 | 01/01/06 – 01/31/06 | $52,827.75 | -0- | $44,070.53 | -0- |
| 03/31/06 | 02/01/06 – 02/28/06 | $54,327.75 | $2,314.64 | $41,653.87 | $2,314.64 |

[1] These amounts reflect monthly interim payments and do not reflect payments made pursuant to periodic interim fee applications submitted by the Applicant.

{ JLL / 004 / 00011979.DOC /}

| Date Served | Period Covered | REQUESTED | | PAID[1] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 04/28/06 | 03/01/06 – 03/31/06 | $54,327.75 | $1,670.77 | $43,462.20 | $1,670.77 |
| 05/31/06 | 04/01/06 – 04/31/06 | $57,327.75 | $282.42 | $45,862.20 | $252.45 |
| 06/30/06 | 05/01/06 – 05/31/06 | $60,615.11 | $295.37 | $54,553.60 | $295.37 |
| 07/28/06 | 06/01/06 – 06/31/06 | $51,573.44 | -0- | $41,258.75 | -0- |
| 08/31/06 | 07/01/06 – 07/31/06 | $63,198.44 | -0- | $50,558.75 | -0- |
| 09/29/06 | 08/01/06 – 08/31/06 | $63,198.44 | -0- | $63,198.44 | -0- |
| 10/31/06 | 09/01/06 – 09/30/06 | $63,243.26 | -0- | $37,954.92 | -0- |
| 11/30/06 | 10/01/06 – 10/31/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 12/29/06 | 11/01/06 – 11/30/06 | $63,243.26 | -0- | $50,594.61 | -0- |
| 01/31/07 | 12/01/06 – 12/31/06 | $63,243.26 | $740.04 | $50,594.61 | $740.04 |
| 2/28/07 | 01/01/07 – 01/31/07 | $65,404.37[2] | -0- | $50,594.61 | -0- |
| 03/31/07 | 02/1/07 – 02/28/07 | $65,404.37 | -0- | $52,323.50 | -0- |
| 04/30/07 | 03/01/07 – 03/31/07 | $65,404.37 | -0- | 52,323.49 | -0- |
| 05/31/07 | 04/01/07 – 04/30/07 | $60,876.24 | $8,719.40 | $48,700.99 | -0- |
| 06/29/07 | 05/01/07 – 05/31/07 | $56,348.12 | $2,401.36 | $45,246.49 | $2,401.36 |
| 07/31/07[3] | 06/01/07 – 06/30/07 | $56,014.47 | $10,209.32 | $44,811.57 | $10,209.32 |
| 08/31/07 | 07/01/07 – 07/31/07 | $19,871.26 | -0- | $5,071.50 | -0- |
| 09/28/07 | 08/01/07 – 08/31/07 | $19,871.26 | -0- | Pending | -0- |
| 10/31/07 | 09/01/07 – 09/30/07 | $12,031.88 | -0- | Pending | -0- |
| 11/29/07 | 10/01/07 – 10/31/07 | $12,031.88 | -0- | Pending | -0- |

PLEASE TAKE NOTICE that Jones Lang LaSalle Americas, Inc. (the "Applicant") has

today served this Notice of Statement of Monthly Interim Compensation and Expenses for

---

[2] The Applicant filed its monthly statement for services rendered during January 2007 on February 28, 2007. Subsequently, on March 16, 2007, the Applicant filed an amended monthly statement for January, 2007, reflecting the Applicant's adjustment of its rates of professional compensation for 2007, retroactive to January 1, 2007.

[3] The Applicant submitted its monthly statement for services rendered during June 2007 on July 31, 2007. Subsequently, on October 5, 2007, the Applicant submitted an amended monthly statement for June, 2007, amended solely to include an exhibit detailing certain travel-related expenses. The Applicant received no objection to either the original monthly statement or the amended monthly statement.

October 1, 2007 through October 31, 2007 (the "Monthly Statement") pursuant to the First

through Sixth Orders Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals (collectively, the "Compensation Order"), by

which Applicant seeks (i) allowance of $12,031.88 for services rendered from October 1, 2007

through October 31, 2007 (the "Statement Period") and (ii) payment of interim compensation for

the Statement Period in the amount of $9,625.50, unless an objection to such compensation is

timely interposed.

Delphi Corporation and its related debtor entities (collectively, the "Debtors") previously

retained the Applicant as Real Estate Administrative and Transaction Services Provider to the

Debtors, pursuant to that certain Real Estate Services Agreement between Delphi Automotive

Systems LLC and Jones Lang LaSalle Americas, Inc., dated October 2, 2005, as amended by that

certain First Amendment to Real Estate Services Agreement dated November 9, 2005 (the

"Engagement Agreement"). The Debtors' initial employment of the Applicant was approved by

the Court on December 1, 2005, retroactive to November 3, 2005.

Subsequently, the Debtors provided notice to the Applicant of their intention to terminate

the Engagement Agreement. In connection therewith, the Debtors requested that the Applicant

enter into a consulting agreement, pursuant to which the Applicant would continue to provide

lease administration and transaction management services within a more limited geographic

scope. On or about July 1, 2007, the Debtor and the Applicant entered into a Consulting

Agreement (the "Consulting Agreement") that contemplated that the Applicant would dedicate

the services of two of the Applicant's professionals exclusively to the Debtors and would

maintain the Delphi+ Lease Administration database. In addition, the Applicant and the Debtors

entered into two listing agreements (the "Listing Agreements") pursuant to which the Applicant

serves as the Debtor's listing agent with respect to certain properties in Michigan and Ohio.[4]  On

October 23, 2007, the Court entered its Order Under 11 U.S.C. §§ 327(a) and 328 and Fed. R.

Bankr. P 2014(a) Modifying the Scope of Employment and Retention of Jones Lang LaSalle

Americas, Inc., as Real Estate Administrative and Transaction Services Provider to the Debtors

(the "Supplemental Order"), approving the modified scope of the Applicant's retention

retroactive to July 1, 2007.

Subsequently, the Debtors informed the Applicant that, as of August 28, 2007, they no

longer required the services of the Applicant's dedicated Lease Analyst, Janice Lanoo, and no

longer required access to the Delphi+ Lease Administration Database previously maintained by

the Applicant.

During the current Statement Period, the Applicant dedicated 100% of Transaction

Manager Brian Collins' services to assist the Debtors with respect to their ongoing real estate

transaction requirements.  Mr. Collins is stationed on-site at the Debtors' headquarters in Troy,

Michigan and, throughout the Statement Period, provided support to the Debtors' Operations

Support Group and corporate real estate organization and undertook additional real estate-related

activities and services as directed by the Debtors relating to leases, and building and lease

acquisitions and dispositions.  As set forth in the Consulting Agreement, the Applicant is entitled

to compensation for the monthly services rendered by Brian Collins in the monthly amount of

$12,031.88.  An invoice for the services rendered by Brian Collins is attached hereto as **Exhibit

A**.

---

[4] The Listing Agreements provide that the Applicant will be entitled to compensation for services rendered
thereunder from the proceeds of the disposition of the subject properties.  Accordingly, the Applicant does not seek
interim compensation for these services in this Monthly Statement.

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Statement, if any, must be served upon the undersigned counsel on or before December 17, 2007 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties identified in the Compensation Order so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, so long as no objection has been served in the time and manner required in this notice, the Debtors shall pay to the Applicant an amount equal to the lesser of (i) 80% of the fees requested in this Monthly Statement, or (ii) 80% percent of the fees not subject to an objection. All fees in this Monthly Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and may be subject to objection at such time.

PLEASE TAKE FURTHER NOTICE that Applicant reserves the right to correct, supplement or amend this request for interim compensation until a final application is filed.

Dated: November 29, 2007                JONES LANG LASALLE AMERICAS, INC.

                                        By: _____
                                                One of its attorneys

Joseph D. Frank (IL ARDC # 6216085)
Jeremy C. Kleinman (IL ARDC # 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

# EXHIBIT A



*Jones Lang LaSalle Americas, Inc.*
*Attn: Carla Comes*
*33845 Treasury Center*
*Chicago, IL 60694-1700*
*(312) 228-2838*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attention: Mark Kamischke

Date: November 27, 2007

Invoice No. **17865**

Services of:

Brian Collins / Detroit, MI :       October 1, 2007- October 31, 2007       $       12,031.88

**Amount Currently Due and Payable: $**       **12,031.88**

Make check payable to **Jones Lang LaSalle Americas, Inc.**

**Mail to:** Jones Lang LaSalle Americas, Inc.
33845 Treasury Center
Chicago, IL 60694-3800

If you have any questions regarding this invoice please contact  **Carla Comes 312-228-2819**

## CERTIFICATE OF SERVICE

I, Jeremy C. Kleinman, an attorney, hereby certify that on November 29, 2007, I caused

the attached **Statement of Monthly Interim Compensation and Reimbursement of Expenses**

to be served by electronic mail or Federal Express overnight delivery, as indicated, on the parties

listed below:

*Via Electronic Mail*
David M. Sherbin
Vice President and General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
david.sherbin@delphi.com

*Via Federal Express*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.

*Via Electronic Mail*
John D. Sheehan
Vice President and
Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
john.sheehan@delphi.com

*Via Electronic Mail*
Valerie Venable
Credit Manager
GE Plastics, Americas
9931 Kincey Avenue
Huntersville, North Carolina 28078
valerie.venable@ge.com

*Via Electronic Mail*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard
alicia.m.leonhard@usdoj.gov

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York 10017
Att'n: Robert J. Rosenberg

*Via Federal Express*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Att'n: Marissa Wesley

*Via Federal Express*
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Marlane Milican