IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., *et al.*, f/k/a | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF JAMES C. BECKER
### PURSUANT TO 11 U.S.C. § 504 AND FED. R. BANKR. P. 2016

| | |
|---|---|
| COUNTY OF WAYNE | ) |
| | ) ss: |
| STATE OF MICHIGAN | ) |

James C. Becker, being duly sworn, deposes and states as follows:

1. I am a Managing Director of the firm of Jones Lang LaSalle Americas, Inc. ("JLL"), real estate administrative and transaction services provider for Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

2. I submit this affidavit (the "Affidavit") pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure in support of Jones Lang LaSalle Americas, Inc.'s Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Real Estate Administrative and Transaction Services Provider to Delphi Corporation and its Related Debtor Entities (the "Final Application").

3. By order dated December 1, 2005 (Docket No. 1385), JLL was retained as the Debtors' real estate administrative and transaction services provider, retroactive to November 3, 2005.

4. By order dated October 23, 2007 (Docket No. 10702) the court approved the modification of the scope of JLL's retention as the Debtor's real estate administrative and transaction services provider, retroactive to July 1, 2007.

{ JLL / 004 / 00013135.DOC /}

5.  In addition to its prior monthly and interim requests previously filed in the Debtor's cases, JLL has sought interim monthly payments from the Debtors for services rendered during the period between October 1, 2007 and December 31, 2007 pursuant to the Order under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Compensation Order").

6.  To date, JLL has received $9,625.50 in fees and reimbursement of expenses for the time period of October 1, 2007 through October 31, 2007 (the "October Statement") and $9,625.50 in fees for the time period of November 1, 2007 through November 30, 2007 (the "November Statement").

7.  On April 21, 2008, JLL received payment in the full amount of $12,031.28 sought for compensation earned during the time period of December 1, 2007 through December 31, 2007 in (the "December Statement").

8.  Except as permitted pursuant to 11 U.S.C. § 504(b)(1), no agreement or understanding exists between JLL and any person for a division of compensation or reimbursement received or to be received herein or in connection with the within cases.

FURTHER AFFIANT SAYETH NOT.

_____
James C. Becker

Subscribed and sworn to before me this
28th day of December ___, 2009.

_____
NOTARY PUBLIC

My Commission expires on February 23rd, 2011

{ JLL / 004 / 00013135.DOC /}                                           -2-