**Hearing Date and Time: TBD**
**Objection Deadline: TBD**

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile
*Counsel for Jones Lang LaSalle Americas, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS, *et al.*, | ) | Case No. 05-44481 (RDD) |
| f/k/a DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## SUMMARY SHEET FOR
## JONES LANG LASALLE AMERICAS, INC.'S FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. ("JLL") |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of Retention: | Original Retention:<br>December 1, 2006 (retroactive to November 3, 2005) |
| | Supplemental Retention:<br>October 23, 2007 (retroactive to July 1, 2007) |
| Final application period for which approval of total previously-awarded compensation and expense reimbursement is sought: | November 3, 2005 through December 31, 2007 |
| Period for which additional compensation and expense reimbursement is sought: | October 1, 2007 through December 31, 2007 |
| Amount of total previously-awarded compensation for which approval is sought: | $1,259,205.45 |
| Amount of previous holdback for which payment is sought: | $144,701.33 |

| | |
|---|---|
| Amount of total previously-awarded expense reimbursement for which approval is sought: | $61,316,27 |
| Amount of additional compensation requested: | $36,095.64 |
| Amount of additional expenses requested: | $0.00 |
| Aggregate amount paid to date for services rendered and expenses incurred during the final application period | $1,211,916.03 |

This is a(n): _____ interim _____ monthly application __X__ final application.

JLL has filed six prior fee applications in this case.  As of the date hereof, JLL has been awarded interim allowance and payment of compensation and reimbursement of expenses for the First through Sixth Application Periods totaling $1,320,521.72 and has received payments totaling $1,211,911.03, including monthly interim payments relating to the period of October 1, 2007 through December 31, 2007.