**Hearing Date and Time: TBD**
**Objection Deadline: TBD**

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **DPH HOLDINGS CORP.**, *et al.*, f/k/a ) | **Case No. 05-44481 (RDD)** |
| **DELPHI CORPORATION**, *et al.*, ) | **(Jointly Administered)** |
| ) | |
| **Debtors.** ) | |

**NOTICE OF JONES LANG LASALLE AMERICAS, INC.'S
FINAL APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331**

**PLEASE TAKE NOTICE** that Jones Lang LaSalle Americas, Inc. ("JLL") has filed Jones Lang LaSalle Americas, Inc.'s Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331 (the "Final Application"). The Final Application seeks: (i) final allowance of previously-awarded interim compensation in the amount of $1,259,205.45 and reimbursement of expenses in the amount of $61,316.27; (ii) final allowance of additional compensation in the amount of $36,095.64 for professional services performed as the real estate administrative and transaction services provider to Delphi Corporation and its related Debtor entities (collectively, the "Debtors") during the period of October 1, 2007 through December 31, 2007 (the "Final Application Period"), for which JLL has not previously applied; and (iii) payment of the amount of $199,425.78 remaining due after application of all monthly and periodic interim compensation and expense reimbursements received to date.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order granting the Final Application (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bank. P. 2002(m), 9006, 9007 and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures entered on October 14, 2005 (Docket No. 245) and supplemental orders entered on March 28, 2006 (Docket No. 2883), March 28, 2006 (Docket No. 2995), April 20, 2006 (Docket No. 3296), May 3, 2006 (Docket No. 3589), May 5, 2006 (Docket No. 3629), May 11, 2006 (Docket No. 3730), May 19, 2006 (Docket No. 3824), October 25, 2006 (Docket No. 5401) and October 26, 2006 (Docket No. 5418) (the "Case Management Orders"), (c) must state with particularity the legal and factual bases for the objection, (d) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (registered users of the Bankruptcy court's case filing system must file electronically, and all other parties in interest must file on a 3.5 inch disk, preferably in PDF, WordPerfect or Word format), (e) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (f) must be served upon: (i) Frank/Gecker LLP, 325 North LaSalle Street, Suite 625, Chicago, Illinois 60654, Att'n Joseph D. Frank; (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n David M. Sherbin and John D. Sheehan; (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Att'n John Wm. Butler, Jr.; (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Att'n Kenneth S. Ziman; (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Att'n Marlane Melican; (vi) counsel for the Official Committee of Unsecured

Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Att'n Robert J. Rosenberg and Mark A. Broude; (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n Diana G. Adams; and (viii) counsel for the Official Committee of Equity Security Holders, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004 (Att'n Bonnie Steingard), **in each case so as to be received no later than the deadline, if any, established by the Bankruptcy Court at a later date.** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the hearing. If no objections to the Final Application are timely filed, the Bankruptcy Court may enter an order granting the Final Application without further notice.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON FINAL APPROVAL OF THE APPLICATION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED.** A copy of the Final Application can be obtained either by (a) accessing the document on the Bankruptcy Court's website or at www.delphidocket.com, or (b) contacting Jeremy C. Kleinman of Frank/Gecker LLP at (312) 276-1407 or jkleinman@fgllp.com.

Dated: December 31, 2009

> By:  */s/ Joseph D. Frank*
> Joseph D. Frank (JF-6085)
> Jeremy C. Kleinman (JK-0080)
> FRANK/GECKER LLP
> 325 North LaSalle Street, Suite 625
> Chicago, Illinois  60654
> Telephone:  (312) 276-1400
> Facsimile:   (312) 276-0035
> jfrank@fgllp.com; jkleinman@fgllp.com