Joseph D. Frank (IL No. 6216085)
Jeremy C. Kleinman (IL No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

*Counsel for Jones Lang LaSalle Americas, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., *et al.*, | ) | Case No. 05-44481 (RDD) |
| f/k/a DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **CERTIFICATE OF SERVICE**

I, Joseph D. Frank, an attorney, hereby certify that on December 31, 2009, I caused copies of **Jones Lang LaSalle Americas, Inc.'s Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "Final Application") and the **Notice of Jones Lang LaSalle Americas, Inc.'s Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "Notice") to be served upon each of the parties listed below in the manner indicated, with a copy to chambers via Federal Express.

I further certify that on December 31, 2009, pursuant to the Interim Compensation Orders, notice of the filing of Final Application and Notice was provided via the Court's electronic noticing system to the parties listed on the attached Electronic Mail Notice List or by first-class U.S. mail, postage prepaid (when no email address has been provided) to parties listed on the "2002 List," as provided at www.delphidocket.com.

{ JLL / 004 / 00020574.DOC /}

| | |
|---|---|
| *Via Electronic Mail*<br>David M. Sherbin<br>Vice President and General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>david.sherbin@delphi.com | *Via Federal Express*<br>Kathleen Bambach<br>Michele Piscitelli<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098 |
| *Via Electronic Mail*<br>John D. Sheehan<br>Vice President & CRO Officer<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan  48098<br>john.sheehan@delphi.com | *Via Electronic Mail*<br>Bonnie Steingard<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York  10004<br>steinbo@friedfrank.com |
| *Via Electronic Mail*<br>Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York  10004<br>Att'n:  Alicia M. Leonhard<br>alicia.m.leonhard@usdoj.gov | *Via Federal Express*<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York  10017<br>Att'n:  Robert J. Rosenberg |
| *Via Federal Express*<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York  10017<br>Att'n:  Marissa Wesley | *Via Federal Express*<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York  10017<br>Att'n:  Marlane Milican |
| *Via Electronic Mail*<br>Valerie Venable, Credit Manager<br>GE Plastics, Americas<br>9930 Kincey Avenue<br>Huntersville, North Carolina  28078<br>valerie.venable@ge.com | *Via Electronic Mail*<br>Skadden, Arps, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606<br>Att'n:  John Wm. Butler, Jr.<br>jbutler@skadden.com |

Dated:  December 31, 2009            By:    */s/ Joseph D. Frank*

                                                            Joseph D. Frank (IL No. 6216085)
                                                            Jeremy C. Kleinman (IL No. 6270080)
                                                            FRANK/GECKER LLP
                                                            325 North LaSalle Street, Suite 625
                                                            Chicago, Illinois  60654
                                                            (312) 276-1400 – telephone
                                                            (312) 276-0035 – facsimile

                                                            *Counsel to Jones Lang LaSalle Americas, Inc.*

# Mailing Information for Case 05-44481-rdd

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Anne Marie Aaronson    aaronsoa@pepperlaw.com
- David B. Aaronson    david.aaronson@dbr.com
- Elizabeth Abdelmasieh    elizabeth@regencap.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Franklin C. Adams    franklin.adams@bbklaw.com
- Jennifer L. Adamy    bankruptcy@goodwin.com
- David J. Adler    dadler@mccarter.com
- Michael J. Alerding    malerding@binghammchale.com
- Joseph W. Allen    jallen@jaeckle.com
- Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- Bruce D. Atherton    batherton@bathertonlaw.com
- Allison R. Bach    abach@dickinsonwright.com
- Stephen M. Bales    sbales@zieglermetzger.com
- C. David Bargamian    dbargamian@bsdd.com
- Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com
- William J. Barrett    william.barrett@bfkn.com
- David S. Barritt    barritt@chapman.com
- Douglas P. Bartner    dbartner@shearman.com, mtorkin@shearman.com;ned.schodek@shearman.com;yuichi.haraguchi@shearman.com;atenzer@shearman.com;danielle.kalish@shearman.com
- Donald F. Baty    dbaty@honigman.com
- Douglas P. Baumstein    dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com
- Peter Nils Baylor    pnb@nutter.com
- Ronald Scott Beacher    rbeacher@daypitney.com
- W. Robinson Beard    jkirk@stites.com
- Thomas M. Beeman    tom@beemanlawoffice.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Ryan B. Bennett    rbennett@kirkland.com, pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weiland@kirkland.com
- Neil Matthew Berger    neilberger@teamtogut.com, abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;dsmith@teamtogut.com;kackerman@teamtogut.com;mhamersky@teamtogut.com;mdubatowka@teamtogut.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Richard J. Bernard    rbernard@bakerlaw.com, darivera@bakerlaw.com
- Jeffrey Bernstein    jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com
- Brendan G. Best    ssalinas@dykema.com
- Brendan G. Best    ssalinas@dykema.com
- Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Florence Bonaccorso-Saenz    florence.saenz@la.gov
- Charles E. Boulbol    rtrack@msn.com
- Jordan Brackett    jbrackett@fklaw.com, vgarvey@fklaw.com

- Eliza K. Bradley    ebradley@robergelaw.com
- William M. Braman    wbraman@meplegal.com
- Wendy D. Brewer    wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com
- Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
- Adam D. Bruski    adbruski@lambertleser.com
- Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
- Jacob Buchdahl    jbuchdahl@susmangodfrey.com
- Deborah M. Buell    maofiling@cgsh.com
- Martin G. Bunin    marty.bunin@alston.com
- Kevin J. Burke    kburke@cahill.com
- Brent Adam Burns    bburns@babfirm.com
- Michael G. Busenkell    mbusenkell@wcsr.com
- John Wm. Butler    jbutler@skadden.com
- Aaron R. Cahn    cahn@clm.com
- Robert A. Calinoff    rcalinoff@candklaw.com
- Judy B. Calton    jcalton@honigman.com
- Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com
- Scott Cargill    scargill@lowenstein.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- D. Christopher Carson    ccarson@burr.com
- Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com
- Erin M. Casey    erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com
- Linda J. Casey    caseyl@pepperlaw.com, jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- Michael Cassell    mcassell@lefkowitzhogan.com
- Katherine R. Catanese    kcatanese@foley.com
- Ben T. Caughey    ben.caughey@icemiller.com
- George B. Cauthen    george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Sarah B. Chapman Carter    scarter@pselaw.com
- Erik G. Chappell    egc@lydenlaw.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- J. Mark Chevallier    mchevallier@mcslaw.com
- Conrad Chiu    cchiu@daypitney.com
- Gloria M. Chon    gloria.chon@kkue.com
- David D. Cleary    mkhambat@dl.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Michael A. Cohen    macohen@kirkland.com
- Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
- Magdeline D. Coleman    magdeline.coleman@bipc.com, donna.curcio@bipc.com
- Mark B. Conlan    mconlan@gibbonslaw.com
- Dennis J. Connolly    dconnolly@alston.com
- Susan M. Cook    smcook@lambertleser.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Trent P. Cornell    tcornell@stahlcowen.com
- Patrick M. Costello    pcostello@bbslaw.com, Timothe@bbslaw.com
- Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
- David N. Crapo    dcrapo@gibbonslaw.com

- Tyson A. Crist    tcrist@szd.com
- Maureen A. Cronin    macronin@debevoise.com, mao-ecf@debevoise.com;mbrice@debevoise.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Gary H. Cunningham    gcunningham@gmhlaw.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Jeannine D'Amico    jeannine.damico@cwt.com
- Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com
- Michael R. Dal Lago    bankruptcy@morrisoncohen.com
- Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- Carina M. De La Torre    cdelatorre@boselaw.com
- James J. DeCristofaro    james.decristofaro@lovells.com
- Karen Veronica DeFio    kdefio@bsk.com
- J. Michael Debbeler    mdebbeler@graydon.com
- Robert Dehney    rdehney@mnat.com, cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.com
- Karol K. Denniston    karol.denniston@dlapiper.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Gianni Dimos    gianni.dimos@pillsburylaw.com
- Karen Dine    karen.dine@pillsburylaw.com
- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com
- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Daniel D. Doyle    ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com
- David G. Dragich    ddragich@harringtondragich.com
- David B. Draper    ddraper@terra-law.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Seth A. Drucker    sdrucker@honigman.com
- David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com
- Frank L. Eaton    featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com
- Erica L. Edman    eedman@pillsburywinthrop.com
- Daniel Egan    degan@kslaw.com
- Weston T. Eguchi    weguchi@orrick.com
- Gayle Ehrlich    gehrlich@sandw.com
- Robert L. Eisenbach    reisenbach@cooley.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Judith Elkin    judith.elkin@haynesboone.com
- Paige Leigh Ellerman    ellerman@taftlaw.com, docket@taftlaw.com
- Bruce N. Elliott    elliott@cmplaw.com
- Kristin Elliott    kelliott@kelleydrye.com
- Rex H. Elliott    loris@cooperelliott.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Margot Erlich    margot.erlich@pillsburylaw.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Marc Falcone    mfalcone@paulweiss.com
- Eugene I. Farber    efarber747@aol.com
- Kathleen A. Farinas    kf@lgrslaw.com

- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Bonnie Glantz Fatell    fatell@blankrome.com
- Oscar B. Fears    bfears@law.ga.gov
- Benjamin D. Feder    KDWBankruptcyDepartment@kelleydrye.com
- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Eric Fisher    fishere@butzel.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com
- Daniel A. Fliman    dfliman@kasowitz.com
- Paul C. Foley    foley@mountaindearborn.com
- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com
- Edward M. Fox    edward.fox@klgates.com
- Shawn Randall Fox    sfox@mcguirewoods.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com
- Mark S. Frankel    mfrankel@couzens.com
- Thomas M. Franklin    tmflaw@swbell.net
- Edward A. Friedman    efriedman@fklaw.com, vgarvey@fklaw.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com
- Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com
- Patricia B. Fugee    pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com
- Lars H. Fuller    lfuller@rothgerber.com
- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- James Gadsden    bankruptcy@clm.com
- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Joanne Gelfand    joanne.gelfand@akerman.com
- Yann Geron    ygeron@foxrothschild.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Karen Giannelli    kgiannelli@gibbonslaw.com
- Leo J. Gibson    lgibson@bsdd.com
- Celeste R. Gill    gillc1@michigan.gov, sherwoodj@michigan.com
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Eduardo J. Glas    eglas@mccarter.com
- Jeffrey R. Gleit    jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com
- Larry Ivan Glick    larryglick@erols.com
- Ronald L. Glick    rlg@stevenslee.com
- Dean M. Gloster    dgloster@fbm.com
- Matthew Alexander Gold    courts@argopartners.net
- Eric D. Goldberg    egoldberg@Stutman.com
- Scott R. Goldberg    sgoldber@quarles.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com
- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Gary A. Gotto    ggotto@krplc.com
- Garry M. Graber    ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com
- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

- Warren R. Graham    wrg@dmlegal.com
- Jonathan S. Green    greenj@millercanfield.com
- Wendy B. Green    wgreen@formanlaw.com
- John T. Gregg    jgregg@btlaw.com
- Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
- David M. Grogan    dgrogan@slk-law.com
- Stephen H. Gross    sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Janice Beth Grubin    jgrubin@tnsj-law.com, snobles@tnsj-law.com
- Kevin Grzelak    phcdelphi@priceheneveld.com
- Peter J. Gurfein    pgurfein@akingump.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Dennis M. Haley    dhaley@winegarden-law.com
- Michael Leo Hall    mhall@burr.com
- Alan D. Halperin    ahalperin@halperinlaw.net, spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- William J. Hanlon    whanlon@seyfarth.com
- Kristopher M. Hansen    insolvency2@stroock.com
- Jill M. Hartley    jh@previant.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Bruce A. Harwood    bharwood@sheehan.com, ntoli@sheehan.com;nhbankruptcycourt@sheehan.com
- Lonie A. Hassel    lah@groom.com
- William M. Hawkins    whawkins@loeb.com, sorszula@loeb.com;jjensen@dimontelaw.com
- Nava Hazan    nhazan@mwe.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Brian S. Hermann    bhermann@paulweiss.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- Shannon E. Hoff    mstinson@burr.com
- Marie Polito Hofsdal    mhofsdal@daypitney.com
- Albert L. Hogan    al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com
- Michelle R. Holl    mholl@mayerbrownrowe.com
- John R. Humphrey    jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Mark S. Indelicato    eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com
- Michael G. Insalaco    minsalaco@zeklaw.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com
- Roger G. Jones    rjones@bccb.com
- Richard Josephson    basargent@stoel.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Allen G. Kadish    kadisha@gtlaw.com, cusumanod@gtlaw.com
- Robert G. Kamenec    rkamenec@plunkettcooney.com
- Dana P. Kane    lsi@liquiditysolutions.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- William M. Katich    wkatich@atg.state.il.us

- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
- Patrick J. Keating    pkeating@bdblaw.com
- David Kennedy    david.kennedy2@usdoj.gov
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Michael P. Kessler    ilusion.rodriguez@weil.com;garrett.fail@weil.com;robert.lemons@weil.com;jae.kim@weil.com
- Jocelyn Keynes    jkeynes@halperinlaw.net
- Jocelyn Keynes    jk@stevenslee.com
- Ron Kilgard    BankruptcyECF@krplc.com
- Tami Hart Kirby    tkirby@porterwright.com
- Myron Kirschbaum    mkirschbaum@kayescholer.com
- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com
- Jeremy C. Kleinman    jkleinman@fgllp.com
- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- Brandi P. Klineberg    bklineberg@moritthock.com
- Howard Koh    hkoh@meisterseelig.com
- Seth F. Kornbluth    skornbluth@herrick.com
- Alan M. Koschik    akoschik@brouse.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Stuart A. Krause    skrause@zeklaw.com
- Julia S. Kreher    jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Duane Kumagai    dkumagai@rutterhobbs.com
- David R. Kuney    dkuney@sidley.com, kjacobs@sidley.com;emcdonnell@sidley.com
- Glenn M. Kurtz    gkurtz@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com
- Robinson B. Lacy    Lacyr@sullcrom.com
- Darryl S. Laddin    bkrfilings@agg.com
- Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov
- Stuart A. Laven    slaven@bfca.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com
- Harlan Mitchell Lazarus    hmllaw@att.net, hmllaw@att.net
- Thomas A. Lee    notices@becket-lee.com
- David S. Lefere    davidl@bolhouselaw.com
- Eugene Leff    eleff@oag.state.ny.us
- Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com
- David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com
- Joseph H. Lemkin    jhlemkin@duanemorris.com, tjsantorelli@duanemorris.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com
- Jonathan Levine    jlevine@andrewskurth.com, jlevine@akllp.com
- Kenneth M. Lewis    klewis@tblawllp.com
- Kim Martin Lewis    kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg    barryster@att.net
- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com
- David Liebov    liebovd@sullcrom.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com, mikhailevich.jessica@dorsey.com
- Dennis W. Loughlin    dloughlin@wnj.com, robinclark@wnj.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
- A. Peter Lubitz    plubitz@nyc.rr.com
- Donald K. Ludman    dludman@brownconnery.com
- Matthew J. Lund    kovskyd@pepperlaw.com
- John H. Maddock    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us
- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- Donald W. Mallory    dmallory@ctks.com, ddcass@ctks.com
- Richard Mancino    maosbny@willkie.com, rmancino@willkie.com
- Jacob A. Manheimer    jmanheimer@pierceatwood.com, mpottle@pierceatwood.com
- Kayalyn A. Marafioti    kmarafio@skadden.com
- Alan E. Marder    lgomez@msek.com
- Andrew L. Margulis    amargulis@ropers.com
- Kenneth S. Marks    kmarks@susmangodfrey.com, pwallace@susmangodfrey.com
- Ilan Markus    ilan.markus@leclairryan.com
- John J. Marquess    jjm@legalcost.com
- Madison L. Martin    nashvillebankruptcyfilings@stites.com
- Richard Gary Mason    rgmason@wlrk.com, calert@wlrk.com
- Victor J. Mastromarco    vmastromar@aol.com
- Deborah A. Mattison    dmattison@wcqp.com
- Kristin B. Mayhew    abothwell@pepehazard.com
- Alan S. Maza    mazaa@sec.gov
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Daniel P. Mazo    dpm@curtinheefner.com, rsz@curtinheefner.com
- Aaron G. McCollough    amccollough@mcguirewoods.com
- Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
- Robert F. McDonough    rmcdonough@polsinelli.com, ahatch@polsinelli.com;tbackus@polsinelli.com
- Ralph E. McDowell    rmcdowell@bodmanllp.com
- Douglas J. McGill    douglas.mcgill@dbr.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Scott S. McKessy    smckessy@reedsmith.com
- Terence McLaughlin    maosbny@willkie.com, tmclaughlin@willkie.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com
- Greta A. McMorris    gmcmorris@stinsonmoheck.com
- Austin L. McMullen    amcmullen@babc.com
- Patrick E. Mears    patrick.mears@btlaw.com
- Derek F. Meek    dmeek@burr.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Timothy Mehok    timothy.mehok@hellerehrman.com
- Richard G. Menaker    rmenaker@mhjur.com
- Richard M. Meth    msteen@daypitney.com, rmethecf@gmail.com;spmicklich@daypitney.com
- G. Christopher Meyer    cmeyer@ssd.com
- Sally Meyer    smeyer@madisonliquidity.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Robert N. Michaelson    rmichaelson@klgates.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Brian Parker Miller    parker.miller@alston.com
- Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com
- W. Timothy Miller    miller@taftlaw.com, adams@taftlaw.com;docket@taftlaw.com
- Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com
- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- James P. Moloy    jmoloy@dannpecar.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com
- Audrey E. Moog    amoog@hhlaw.com
- Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com
- Brian F. Moore    bmoore@mccarter.com

- Gene T. Moore    gtmlaw@bellsouth.net
- James O. Moore    james.moore@dechert.com, james.moore@dechert.com
- Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com
- Sarah E. Morrison    sarah.morrison@doj.ca.gov
- Whitney L. Mosby    wmosby@binghammchale.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com
- Alisa Mumola    alisa@contrariancapital.com
- Jill L. Murch    jmurch@foley.com, khall@foley.com
- James P. Murphy    murph@berrymoorman.com
- Stephen M. Nagle    stephen.nagle@oag.state.ny.us
- Bruce S. Nathan    bnathan@lowenstein.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Michael R. Nestor    bankfilings@ycst.com
- Marie L. Nienhuis    pmitchell@bcblaw.net
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Richard P. Norton    rnorton@hunton.com
- Kasey C. Nye    kasey.nye@quarles.com
- Michael P. O'Connor    mpolaw@aol.com
- Michael O'Hayer    mkohayer@aol.com
- Judy A. O'Neill    joneill@foley.com
- Martin P. Ochs    martin@oglaw.net
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Norman D. Orr    norman.orr@kkue.com
- Patrick J. Orr    porr@klestadt.com
- Lawrence E. Oscar    leoscar@hahnlaw.com, hlpcr@hahnlaw.com
- Karen Ostad    kostad@mofo.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Isaac M. Pachulski    ipachulski@stutman.com
- Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com
- Charles Palella    cpalella@kurzman.com
- Ingrid S. Palermo    ipalermo@bsk.com
- Sapna W. Palla    spalla@kayescholer.com, bmintz@kayescholer.com;rcappiello@kayescholer.com;maosbny@kayescholer.com;tlangsdorf@kayescholer.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Lenard M. Parkins    lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com
- Richard J. Parks    rjp@pietragallo.com, kas2@pietragallo.com
- Felton E. Parrish    fparrish@kslaw.com
- Susan P. Persichilli    susan.persichilli@bipc.com
- Geoffrey J. Peters    colnyecf@weltman.com
- Lowell Peterson    lpeterson@msek.com
- Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com
- Robert A. Peurach    rpeurach@gdakmak.com
- Ed Phillips    ephillips@thurman-phillips.com
- Christine A.M. Pierpont    cpierpont@ssd.com
- Shone Pierre    florence.saenz@la.gov
- Oscar N. Pinkas    opinkas@sonnenschein.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Constantine Pourakis    cp@stevenslee.com
- Mark T. Power    MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhessen.com;nrigano@hahnhessen.com;jorbach@hahnhessen.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov

- Dennis E. Quaid   dquaid@fagelhaber.com
- Amanda Raboy   araboy@cov.com
- Paul A. Rachmuth   prachmuth@reedsmith.com
- Thomas B. Radom   radom@butzel.com
- John J. Rapisardi   john.rapisardi@cwt.com, megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com
- Dennis Jay Raterink   raterinkd@michigan.gov
- Gary Ravert   gravert@mwe.com
- Eric T. Ray   eray@balch.com
- Jo Christine Reed   jcreed@sonnenschein.com, rmillner@sonnenschein.com
- Steven J. Reisman   sreisman@curtis.com, ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com
- Kenneth A. Reynolds   kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Kenneth A. Reynolds   kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Walter Reynolds   wreynolds@porterwright.com
- Jeffrey N. Rich   jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards   mrichards@blankrome.com
- Tracy E. Richardson   tracy.richardson@dol.lps.state.nj.us
- Paul J. Ricotta   pricotta@mintz.com
- Craig Philip Rieders   crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
- Sandra A. Riemer   sriemer@phillipsnizer.com, ddore@phillipsnizer.com
- Marianne Goldstein Robbins   MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Matthew R. Robbins   mrr@previant.com
- Elizabeth A. Roberge   eroberge@robergelaw.com
- Ronald L. Rose   rrose@dykema.com
- Scott D. Rosen   srosen@cb-shea.com
- Heath D. Rosenblat   hrosenblat@kayscholer.com
- Paul M. Rosenblatt   prosenblatt@kilpatrickstockton.com
- Jeffrey A. Rosenthal   maofiling@cgsh.com, aweaver@cgsh.com
- David A. Rosenzweig   DRosenzweig@Fulbright.com
- David S. Rosner   dfliman@kasowitz.com;courtnotices@kasowitz.com
- David E. Roth   pdarby@bradleyarant.com
- Ira Rubin   norma@bizwoh.rr.com
- Robert B. Rubin   brubin@burr.com
- Lyle D. Russell   lylerussell@magnusoft.com
- Maura I. Russell   dangiulo@dreierllp.com, ECFNotices@dreierllp.com
- E. Todd Sable   tsable@honigman.com
- Chester B. Salomon   csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com
- Brian D. Salwowski   bsalwowski@atg.state.in.us
- Diane W. Sanders   austin.bankruptcy@publicans.com
- William A. Sankbeil   was@krwlaw.com
- Thomas P. Sarb   ecfsarbt@millerjohnson.com
- Robert V. Sartin   rsartin@fbtlaw.com, chruska@fbtlaw.com
- William F. Savino   wsavino@damonmorey.com, alunday@damonmorey.com
- Louis A. Scarcella   lscarcella@farrellfritz.com
- Thomas J. Schank   tomschank@hunterschank.com, mcraig@hunterschank.com
- Ilan D. Scharf   ischarf@pszjlaw.com
- Michael L. Schein   mschein@vedderprice.com, ecfnydocket@vedderprice.com
- James R. Scheuerle   jrs@parmenterlaw.com, lms@parmenterlaw.com
- Andrew W. Schilling   aschilling@fklaw.com, vgarvey@fklaw.com
- William H. Schorling   william.schorling@bipc.com, donna.curcio@bipc.com
- Christopher P. Schueller   christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- Sheila R. Schwager   srs@hteh.com
- Andrea B. Schwartz   andrea.b.schwartz@usdoj.gov

{ JLL / 004 / 00020574.DOC /}       - 9 -

- Bryan I. Schwartz    bschwartz@lplegal.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Lon J. Seidman    filings@spallp.com, lseidman@silvermanacampora.com
- Howard Seife    arosenblatt@chadbourne.com
- Jay Selanders    jay.selanders@kutakrock.com
- Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com;jwinters@whitecase.com
- Robert J. Sidman    rjsidman@vorys.com, bkbowers@vorys.com
- Robert Sidorsky    sidorsky@butzel.com
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- John D. Silk    silk@rbmchicago.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
- John A. Simon    jsimon@foley.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Joseph E. Simpson    jsimpson@hselaw.com
- Thomas R. Slome    lgomez@msek.com
- Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Jesse L. Snyder    jforstot@tpwlaw.com;mmuller@tpwlaw.com
- Marc P. Solomon    msolomon@burr.com
- Sean C. Southard    ssouthard@klestadt.com
- Paul H. Spaeth    spaethlaw@phslaw.com
- Robyn J. Spalter    notice@regencap.com
- Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
- Douglas E. Spelfogel    dspelfogel@foley.com
- Michael A. Spero    jspecf@sternslaw.com
- Byron C. Starcher    byron.starcher@nelsonmullins.com
- Catherine Steege    csteege@jenner.com, jeffrey_cross@discovery.com
- Matthew B. Stein    mstein@sonnenschein.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Andrew W. Stern    astern@sidley.com
- Malani Sternstein    msternstein@sheppardmullin.com
- Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Joseph G. Strines    joseph.strines@dplinc.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Charles C. Swanekamp    cswanekamp@jaeckle.com, mbialy@jaeckle.com;smigaj@jaeckle.com
- Marc N. Swanson    swansonm@millercanfield.com
- Paul Sweeney    psweeney@loganyumkas.com, jbeckman@loganyumkas.com
- Dona Szak    dszak@ajamie.com
- Robert Szwajkos    rsz@curtinheefner.com
- Douglas T. Tabachnik    dtabachnik@dttlaw.com
- Jeffrey L. Tanenbaum    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
- Roger L. Tarbutton    roger.tarbutton@jocogov.org

- Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- Richard S. Toder    rtoder@morganlewis.com
- Gordon J. Toering    gtoering@wnj.com
- Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com
- Sheldon S. Toll    lawtoll@comcast.net
- Michael A. Trentadue    mtrentadue@boselaw.com
- Martin B. Tucker    mtucker@fbtlaw.com
- Debra S. Turetsky    dturetsky@reedsmith.com
- Ann Marie Uetz    auetz@foley.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Robert Usadi    mmcloughlin@cahill.com
- Nina M. Varughese    varughesen@pepperlaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Lori V. Vaughan    lvaughan@foley.com
- Frank F. Velocci    frank.velocci@dbr.com
- James J. Vincequerra    jvincequerra@wolfblock.com
- Gary Vist    gvist@masudafunai.com, docketing@masudafunai.com
- Joseph J. Vitale    jvitale@cwsny.com
- Arthur T. Walsh    omclaw@aol.com
- Sean M. Walsh    swalsh@gmhlaw.com
- Michael D. Warner    bankruptcy@warnerstevens.com
- W. Clark Watson    cwatson@balch.com
- Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com
- William P. Weintraub    wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
- Allison H. Weiss    aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com
- Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com
- Robert J. Welhoelter    rjwelho@gmail.com, chris.cronk@wallerlaw.com;chris.siderys@wallerlaw.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- David A. Wender    david.wender@alston.com
- Michael R. Wernette    mwernette@schaferandweiner.com
- Robert A White    rwhite@murthalaw.com
- Amy Williams-Derry    awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com
- Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com
- Jeffrey C. Wisler    jcw@cblhlaw.com
- Craig A. Wolfe    cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Kelly A. Woodruff    kwoodruff@fbm.com, svillalobos@fbm.com
- Zhiyuan Xu    mxu@schiffhardin.com
- David Farrington Yates    fyates@sonnenschein.com
- Stephen L. Yonaty    syonaty@chwattys.com
- German Yusufov    pcaocvbk@pcao.pima.gov
- Helen A. Zamboni    hzamboni@underbergkessler.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com