# EXHIBIT "A"

# EXHIBIT A

DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
T: (213) 330-7700
Karol K. Denniston (CA SBN 141667)
Jennifer L. Nassiri (CA SBN 209796)
Natasha Johnson (CA SBN 260562)

Corporate, Employment and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, : | |
| : | Case No. 05-44481 (RDD) |
| Debtors. : | |
| : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION WITH RESPECT TO DLA PIPER LLP (US), CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SIXTH AND FINAL APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER U.S.C. §§ 330 AND 331**

Jennifer L. Nassiri, on behalf of DLA Piper LLP (US) ("<u>DLA Piper</u>"), corporate, employment, and intellectual property counsel to MobileAria, Inc. ("<u>MobileAria</u>"), an affiliate of Delphi Corporation ("<u>Delphi</u>") and a debtor and debtor-in-possession in the above-captioned cases (collectively with Delphi and certain of its U.S. subsidiaries and affiliates, the "<u>Debtors</u>") hereby certifies, pursuant to General Rule M-104 Re: Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases and M-151 Re: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Cases (the "<u>Local Guidelines</u>") that:

1.  I am the professional designated by DLA Piper with the responsibility in MobileAria's case for compliance with the Local Guidelines.

2.  I have read DLA Piper's sixth and final application (the "<u>Final Application</u>") for final allowance of compensation of expenses incurred on behalf of, MobileAria for the period May 1, 2006 through August 15, 2007 (the "<u>Final Compensation Period</u>").

3.  To the best of my knowledge, information and belief, formed after reasonable inquiry, the Final Application complies with the Local Guidelines.

4.  To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought in the Final Application fall within the Local Guidelines.

5.  The fees and disbursements sought in the Final Application are billed at rates and in accordance with practices customarily employed by DLA Piper and customarily accepted by DLA Piper's clients.

6.  To the best of my knowledge, information and belief, and with respect to any reimbursable services and disbursements for which reimbursement is sought, DLA Piper does not make a profit on such services or reimbursements.

7.  To the best of my knowledge, information and belief, and with respect to any reimbursable services and disbursements for which reimbursement is sought, DLA Piper does not include in the amount for which reimbursement is sough the amortization of the cost of any investment, equipment, or capital outlay.

8.  All Monthly Statements submitted by DLA Piper pursuant to the Interim Compensation Order (i) contained a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a description of the services rendered and the breakdown of the disbursements incurred and otherwise complied in all respects with the Interim Compensation Order, and (ii) were provided to the Notice Parties in accordance with the Interim Compensation Order.

9. Copies of the Final Application have been served upon the "Notice Parties" as designated in this Court's November 4, 2005 *Order Establishing Procedures For Interim Compensation and Reimbursement Of Expenses* [Docket No. 869].

Dated: Los Angeles, California     DLA PIPER LLP (US)
        December 31, 2009

> By: /s/ Jennifer L. Nassiri
> Karol K. Denniston (CA SBN 141667)
> Jennifer L. Nassiri (CA SBN 206936)
> Natasha L. Johnson (CA SBN 260562)
> 550 South Hope Street, Suite 2300
> Los Angeles, CA 90071-2678
> (213) 330-7700
>
> Corporate, Employment, and Intellectual Property Counsel for Debtor MobileAria, Inc.

WEST\21852315.3     17