Hearing Date and Time: To Be Determined
Objection Deadline: To Be Determined

DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
T: (213) 330-7700
Karol K. Denniston (CA SBN 141667)
Jennifer L. Nassiri (CA SBN 209796)
Natasha Johnson (CA SBN 260562)

Corporate, Employment, and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                                   ::
                                                        :    Chapter 11
DELPHI CORPORATION, et al.,                             :
                                                        :    Case No. 05-44481 (RDD)
                              Debtors.                   :
                                                        :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF DLA PIPER LLP (US), CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SIXTH AND FINAL APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER U.S.C. §§ 330 AND 331

**PLEASE TAKE NOTICE** that on December 31, 2009, DLA Piper LLP (US) ("DLA Piper") filed its application (the "Final Application") as corporate, employment, and intellectual property counsel to MobileAria, Inc. ("MobileAria"), an affiliate of Delphi Corporation ("Delphi") and a debtor and debtor-in-possession in the above-captioned cases (collectively with Delphi and certain of its U.S. subsidiaries and affiliates, the "Debtors"), for final allowance of compensation in the amount of $308,947.25 for professional services rendered by DLA Piper during the period beginning May 1, 2006 through and including August 15, 2007 (the "Final Compensation Period").

**PLEASE TAKE FURTHER NOTICE** that the Final Application may be viewed on the Court's website or the Debtors' "virtual docket" website; provided that, if a party-in-interest cannot access the Final Application on either website, upon request, DLA Piper shall provide a copy of the Final Application to such party-in-interest.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Final Application will be held on a date to be determined by the Court (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE**  that responses or objections, if any, to the Final Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notices, Case Management, and Administrative Procedures, entered by this Court on October 19, 2008 (the "Ninth Supplemental Case Management Order") [Docket No. 10661], (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n:  General Counsel, (ii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n:  Alicia M. Leonhard, Esq., (iii) counsel for the Creditors' Committee, Latham & Watkins LLP, 885 Third Avenue, New

York, New York 10022-4802, Att'n:  Robert J. Rosenberg, Esq., (iv) counsel for the agent under

the Debtors' prepetition credit facility, Simpson Thacker & Bartlett LLP, 425 Lexington Avenue,

New York, New York 10017, Att'n:  Marissa Wesley, Esq., (v) counsel for the agent under the

Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York,

New York 10017, Att'n:  Donald Bernstein, Esq., (vi) counsel to the Debtors, Skadden, Arps,

Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606, Att'n:  John

Wm. Butler, Jr., Esq., (vii) counsel to the Debtors Skadden, Arps, Slate, Meagher & Flom LLP,

Four Times Square, New York, New York 10036, Att'n:  Kayalyn Marafioti, Esq., (viii) counsel

for equity security holders, Fried, Frank, Harris, Shriver & Jacobson, One New York Plaza, New

York, New York 10004, Att'n: Bonnie Steingart, Esq., and (ix) the members of the Fee Review

Committee, GE Plastics America, 9930 Kincey Avenue, Huntersville, NC 28078, Att'n:  Ms.

Valeria Venable, Legal Cost Control, Inc. 255 Kings Highway East, Haddonfield, New Jersey

08033, Att'n: John J. Marguess and counsel for GE Plastics America, Harrington Dragich PLLC,

21043 Mack Avenue, Grosse Point Woods, Michigan 48236, Att'n: David G. Dragich, in each

case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on a date to be**

**determined (the "Objection Deadline").**

///

///

///

///

///

///

///

///

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections made as set forth herein and in accordance with the Ninth Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing.  If no responses or objections to the Final Application are timely filed and served in accordance with the procedures set forth herein and in the Ninth Supplemental Case Management Order, the Bankruptcy Court may enter an order granting the Final Application without further notice.

Dated:    Los Angeles, California             DLA PIPER LLP (US)
          December 31, 2009


                                  By:  /s/ Jennifer L. Nassiri
                                       Karol K. Denniston (CA SBN 141667)
                                       Jennifer L. Nassiri (CA SBN 206936)
                                       Natasha L. Johnson (CA SBN 260562)
                                       550 South Hope Street, Suite 2300
                                       Los Angeles, CA 90071
                                       (213) 330-7700

                                       Corporate, Employment, and Intellectual
                                       Property Counsel for Debtor MobileAria, Inc.