**Hearing Date and Time:  To be determined**
**Objection Deadline:  To be determined**

DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA 90071
T: (213) 330-7700
Karol K. Denniston (CA SBN 141667)
Jennifer L. Nassiri (CA SBN 209796)
Natasha L. Johnson (CA SBN 260562)

Corporate, Employment, and Intellectual Property
Counsel for Debtor MobileAria, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
In re:                                                                    :    Chapter 11
                                                                          :    Case No.  05-44481 (RDD)
DELPHI CORPORATION, INC., et al.,                                         :    (Jointly Administered)
                              Debtors.                                    :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     Jennifer L. Nassiri, an attorney, hereby certified that on December 31, 2009, she caused to be served, via email, a true and correct copy of the **DLA PIPER LLP (US), CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SIXTH AND FINAL APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER U.S.C. §§ 330 AND 331** upon those parties that constitute the "Master Service List" and the "2002 List" as provided on the database at www.delphidocket.com, except for (i) Professional Technologies Services, John V. Gorman, P.O. Box #304, Frankenmuth, MI 48734; (ii) Internal Revenue Service, Attn:  Insolvency Department, 477 Michigan Avenue, Mail Stop 15, Detroit, MI 48226; (iii) Beth Klimczak, Gen Cnsl., Jason Inc., 411 E. Michigan Avenue, Ste. 2120, Milwaukee, WI 53202; (iv) Stephen Toy, L Ross & Co. LLC; 600 Lexington Avenue, 19th Fl., New York, NY 10022; (v) Susheel Kirpalani, James C. Tecce and Scott C. Shelly, Quinn Emanuel et al, 51 Madison Avenue, 22nd Floor, New York, NY 10010, which parties were served via First Class, U.S. Mail, postage prepaid; and via overnight delivery, a copy of the **DLA PIPER LLP (US), CORPORATE, EMPLOYMENT, AND INTELLECTUAL PROPERTY COUNSEL FOR DEBTOR MOBILEARIA, INC.'S SIXTH AND FINAL APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER U.S.C. §§ 330 AND 331** upon those parties that constitute the "Notice Parties," pursuant to the Interim Compensation Order.  Registered members of the Court's CMECF system that are participants in these proceedings received electronic notice of this filing.

Dated:     Los Angeles, CA
           December 31, 2009                    /s/ Jennifer L. Nassiri, Esq
                                                              Jennifer L. Nassiri, Esq.

WEST\21853350.2