IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                            :
      In re                                    :     Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,         :     Case No. 05-44481 (RDD)
                                            :
                                            :     (Jointly Administered)
          Reorganized Debtors.          :
------------------------------ x

## AFFIDAVIT OF SERVICE

     I, Mark D. Campana, a non-attorney, do hereby certify that on December 30, 2009, I caused the documents listed below to be served on the parties set forth on the Service List, attached hereto as Exhibit A, via overnight courier:

1) Seventh And Final Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors And Debtors-In-Possession, Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 19256)

2) Notice Of Seventh And Final Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors And Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 19257)

Dated: December 31, 2009

                                              /s/   Mark D. Campana
                                              Mark D. Campana

Subscribed and sworn to (or affirmed) before
me on this 31st day of December, 2009.

Signature : /s/ David E. Barnes

Commission Expires: *10/24/2011*

# EXHIBIT A

Delphi Corporation
Skadden Final Fee Application
Special Parties Service List
Exhibit A

| KEY | NAME | COMPANY | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIPCODE | TELEPHONE | FAX NO | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | John Brooks | DPH Holdings Corp | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | | john.brooks@delphi.com |
| 2 | David Sherbin | DPH Holdings Corp | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | david.sherbin@delphi.com |
| 3 | John D. Sheehan | DPH Holdings Corp | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | john.sheehan@delphi.com |
| 4 | Brian S. Masumoto | Office of the United States Trustee Southern District of New York | 33 Whitehall Street | Suite 2100 | New York | NY | 10004-2112 | 212-510-0500 | | |
| 5 | Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022-4802 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com |
| 6 | Kenneth S. Ziman and Robert H. Trust | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com;rtrust@ |
| 7 | Donald Bernstein and Brian Resnick | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 / 212-450-4213 | 212-450-3092 / 212-450-3213 | donald.bernstein@dpw.com |
| 8 | Valerie Venable Credit Manager | SABIC Innovative Plastics | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 704-992-4933 | valerie.venable@ge.com |