**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>**DELPHI CORPORATION,** *et al.* | Chapter 11<br>Case No. 05-44481 [RDD]<br>(Jointly Administered) |
| **DELPHI CORPORATION,** *et al.*,<br><br>          Plaintiffs,<br><br>   -against-<br><br>**SHUERT INDUSTRIES INC.**,<br><br>     .     Defendant. | Adv. Pro.<br>No. 07-02623 [RDD] |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Norman D. Orr, to be admitted, ***pro hac vice***, to represent Shuert Industries, Inc., the defendant in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Norman D. Orr is admitted to practice, ***pro hac vice***, in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: January 4, 2010
       White Plains, New York

                            /s/Robert D. Drain
                            UNITED STATES BANKRUPTCY JUDGE