John A. Simon
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Ave, Suite 2700
Detroit, MI  48226-3489
Tel:  (313) 234-7100
Fax:  (313) 234-2800

Joanne Lee
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Ernst & Young LLP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
    In re                             :    Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :    Case No. 05-44481 (RDD)
                                      :
                    Debtors.          :    (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 30, 2009, I caused to be electronically filed with the United States Bankruptcy Court for the Southern District of New York, the SEVENTH INTERIM AND FINAL APPLICATION OF ERNST & YOUNG LLP, TAX ADVISORS TO DEBTORS, FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES, using the ECF system which will send notification of such filing to registered users in the case; and caused to be served via overnight delivery on the Notice Parties as listed on the attached service list.

Dated: January 4, 2010

                                                                   By:    /s/ John A. Simon
                                                                        John A. Simon
                                                                        FOLEY & LARDNER LLP
                                                                        One Detroit Center
                                                                        500 Woodward Ave, Suite 2700
                                                                        Detroit, MI  48226-3489
                                                                        Tel:  (313) 234-7100

Fax: (313) 234-2800

Joanne Lee
FOLEY & LARDNER LLP
321 N. Clark Street, Ste. 2800
Chicago, IL 60610
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Ernst & Young LLP*

2

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell LLP | Marlane Melican Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | | john.brooks@delphi.com | Reorganized Debtors |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022-4802 | | | | Counsel to the Official Committee of Unsecured Creditors |
| McTigue Law Firm | Cornish F. Hitchcock, J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Simpson Thacher & Bartlett LLP | Marissa Wesley | 425 Lexington Avenue | | New York | NY | 10017 | | | | Counsel to the agent under the Debtors' Prepetition Credit Facility |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6959 | jcohen@stahlcowen.com tcornell@stahlcowen.com | Counsel to the Delphi Retiree Committee |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

1/4/2010 1:44 PM
delphi notice parties.xls