GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C.  20006
Telephone:  (202) 857-0620
Lonie A. Hassel
Special Employee Benefits Counsel for Debtors and Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : **Chapter 11** |
| | : |
| **DELPHI CORPORATION, et al.,** | : **Case No. 05-44481 (RDD)** |
| | : |
| Debtors. | : **(Jointly Administered)** |

---------------------------------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that (i) on January 4, 2010, I caused the MOTION FOR ENLARGEMENT OF TIME TO FILE THE FINAL FEE APPLICATION OF GROOM LAW GROUP, CHARTERED to be electronically filed using the ECF system and notification of such filing to be sent to registered ECF users in the case, and (ii) on January 5, 2010, a true and correct copy of the MOTION FOR ENLARGEMENT OF TIME TO FILE THE FINAL FEE APPLICATION OF GROOM LAW GROUP, CHARTERED was served via overnight delivery service on:

David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**Delphi Corporation**

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 N. Wacker Drive, Ste. 2700
Chicago, IL 60606

**Counsel for Debtors**

Brian Masumoto
The Office of the U.S. Trustee for the Southern District of New York
33 Whitehall, Ste. 2100
New York, NY 10004

**United States Trustee**

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004

**Counsel for the Committee of Equity Security Holders**

John D. Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Valerie Venable
GE Plastics, Americas Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC 28078

**Members of the Joint Fee Review Committee**

Robert J. Rosenberg and Mark A. Broude
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

**Counsel for the Official Committee of Unsecured Creditors**

Marlene Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

**Counsel for the Agent Under the Debtors' Postpetition Credit Facility**

Kenneth S. Ziman and Marissa Wesley
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, New York 10017

**Counsel for the Agent Under the Debtors' Prepetition Credit Facility**

Dated: January 5, 2010

      /s/ Lonie A. Hassel
Lonie A. Hassel, Esq.
GROOM LAW GROUP, CHARTERED