UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et. al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

────────────────────────────────x

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Upon the Motion to Substitute Counsel, dated December 14, 2009, filed on behalf of Vanguard Distributors, Inc., a creditor and party in interest herein, it is hereby

**ORDERED** that the law firm of Drinker Biddle & Reath LLP is permitted to withdraw as counsel of record for Vanguard Distributors, Inc., and Janice Grubin and her law firm of Todtman, Nachamie, Spizz & Johns, P.C. is substituted as its counsel of record for Vanguard Distributors, Inc. for all purposes in these cases.

Dated: January 5, 2010
White Plains, New York

/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge

251760 v1