UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DPH HOLDINGS CORP., et al

                                    Debtor.

In re: Case No. 05-44481
Chapter 11

------------------------------------------------------------x
DELPHI CORPORATION, et al

                                    Plaintiff

       v.

PRO TECH MACHINE,

                                    Defendant

Adversary Proceeding
Case No. 07-02690-rdd

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Susan M. Cook_____, a member in good standing of the bar in the State of Michigan_____, or of the bar of the U.S. District Court for the Eastern___ District of Michigan_____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Pro Tech Machine_____, a Creditor/Defendant_____ in the above referenced [✓] case [✓] adversary proceeding.

My:   address is 916 Washington Avenue, Suite 309, Bay City, Michigan 48708_____

       e-mail address is smcook@lambertleser.com; telephone number is 989-893-3518_____

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: 01/05/10

        New York, New York    _____