Dennis J. Raterink (P52678)
Michigan Assistant Attorney General
(Pro Hac Vice)
Labor Division
P.O. Box 30736
Lansing, Michigan 48909
(517) 373-1176
Attorney for Michigan Self-Insurers' Security Fund

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In Re:                                              Chapter 11

DPH HOLDINGS CORP., et al.,                         Case No. 05-44481 (RDD)

       Reorganized Debtors.                         (Jointly Administered)

_____


**MICHIGAN SELF-INSURERS' SECURITY FUND'S STATEMENT OF ISSUES**
**AND DESIGNATION OF RECORD ON APPEAL**

Appellant Michigan Self-Insurers' Security Fund (SISF), by and through its counsel, Mike Cox, Attorney General, and Dennis J. Raterink, Assistant Attorney General, submits the following statement of issues and designates the following items to be included in the record in connection with the appeal from the Order Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007 (I) Denying Michigan Self-Insurers' Security Fund's Motion to Permit Late Filed Claim and (II) Disallowing and Expunging Proof of Claim Numbers 19501, 19502, 19541, and 19542 (the "Order"), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain) on December 23, 2009.

    **I.**    **STATEMENT OF ISSUES ON APPEAL**

        1.    Did the Bankruptcy Court commit reversible error in concluding that the

1

doctrine of "excusable neglect" under Bankruptcy Rule 9006(b) did not apply to the SISF's failure to file a timely proof of claim?

      2.    Did the Bankruptcy Court commit reversible error in concluding that the fact that the SISF made an erroneous determination that it did not possess a claim did not warrant a finding of "excusable neglect," simply because the reason for the delay was "within the reasonable control" of the SISF?

      3.    Did the Bankruptcy Court commit reversible error in determining that allowing the SISF's late claim would create prejudice to the debtor, when the only prejudice demonstrated by Debtor was prejudice to other creditors?

## II.    DESIGNATION OF RECORD ON APPEAL

The SISF hereby designates the following items to be included in the record on appeal:

|   | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | October 8, 2005 | 12 | Debtor's Motion for order under 11 U.S.C. §105(a), 363, 507, 1107 and 1108 (I) authorizing debtors to pay prepetition wages and salaries to employees and independent contractors, (II) authorizing debtors to pay prepetition benefits and continue maintenance of human capital benefit programs in the ordinary course, and (III) directing banks to honor prepetition checks for payment of prepetition human capital obligations. |
| 2 | October 13, 2005 | 198 | Order (I) authorizing debtors to pay prepetition wages and salaries to employees and independent contractors, (II) authorizing debtors to pay prepetition benefits and continue maintenance of human capital benefit programs in the ordinary course, and (III) directing banks to honor prepetition checks for payment of prepetition human capital obligations. |

| 3 | March 17, 2006 | 2866 | Motion for Order Under 11 U.S.C. §§ 107(b), 501, 502, and 1111(a) and FED. R. BANKR. P. 1009, 2002(a)(7), 3003(c)(3), AND 5005(a) Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice |
| --- | --- | --- | --- |
| 4 | April 12, 2006 | 3206 | Order Under 11 U.S.C. §§ 107(b), 501, 502, and 1111(a) and FED. R. BANKR. P. 1009, 2002(a)(7), 3003(c)(3), AND 5005(a) Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice |
| 5 | December 10, 2007 | 11388 | Debtors' First Amended Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession |
| 6 | December 10, 2007 | 11386 | Debtors' First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession |
| 7 | January 25, 2008 | 12359 | Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. §§ 1129(a) and (b) and FED. R. BANKR. P. 3020 Confirming First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified |
| 8 | October 3, 2008 | 14310 | Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization |
| 9 | June 1, 2009 | 16646 | Motion to Approve Debtors' (A) Supplement to Motion for Order (I) Approving Modifications to Debtors' First Amended Joint Plan of Reorganization (As Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date. |
| 10 | July 29, 2009 |  | Proof of Claim No. 19502 |

| | | | |
|---|---|---|---|
| 11 | July 29, 2009 | | Proof of Claim No. 19501 |
| 12 | July 30, 2009 | 18707 | Order Approving Modifications Under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors, and Debtors-In-Possession, as Modified and (II) Confirmation Order |
| 13 | October 6, 2009 | 18958 | Notice of (A) Order Approving Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession and (B) Occurrence of Effective Date. |
| 14 | October 15, 2009 | 18983 | Reorganized Debtors' Thirty-sixth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and FED. R. BANKR. P. 3007 to (I) Modify and Allow Claim and (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books and Records Claims, (C) Untimely Claims, and (D) Pension, Benefit, and OPEB Claims |
| 15 | November 9, 2009 | 19048 | Motion of Michigan Self-Insurers' Security Fund to Permit Late Filed Claim Pursuant to FED. R. BANK. P. 9006(b) |
| 16 | November 10, 2009 | 19053 | Response of Michigan Self-Insurers' Security Fund to Thirty-sixth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and FED. R. BANKR. P. 3007 to (I) Modify and Allow Claim and (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books and Records Claims, (C) Untimely Claims, and (D) Pension, Benefit, and OPEB Claims |
| 17 | December 11, 2009 | 19179 | Reorganized Debtors' Objection to Motion of Michigan Self-Insurers' Security Fund to Permit Late Filed Claim Pursuant to FED. R. BANK. P. 9006(b) |
| 18 | December 17, 2009 | 19192 | Reply of Michigan Self-Insurers' Security Fund to Reorganized Debtors' Objection to Motion of Michigan Self-Insurers' Security Fund to Permit Late Filed Claim Pursuant to FED. R. BANK. P. 9006(b) |

4

| 19 | December 18, 2009 |       | Transcript of Hearing on Motion of Michigan Self-Insurers' Security Fund to Permit Late Filed Claim Pursuant to FED. R. BANK. P. 9006(b)(Transcript has been ordered) |
|----|-------------------|-------|---|
| 20 | December 23, 2009 | 19237 | Order Pursuant to 11 U.S.C. § 503(b) and FED. R. BANKR. P. 3007 (I) Denying Michigan Self-Insurers' Security Fund's Motion to Permit Late Filed Claim and (II) Disallowing and Expunging Proof of Claim Numbers 19501, 19502, 19541, AND 19542 |

        Respectfully submitted,

        Michael A. Cox
        Attorney General


        /s/ Dennis J. Raterink (P52678)
        Assistant Attorney General
        Attorneys for Michigan Self-Insurers' Security Fund
        Labor Division
        P.O. Box 30736
        Lansing, Michigan 48909
        (517) 373-1176

Dated: January 6, 2010        raterinkd@michigan.gov

**CERTIFICATE OF SERVICE (efile)**

I hereby certify that on January 6, 2010, I electronically filed a Michigan Self-Insurers' Security Fund's Statement of Issues and Designation of Record on Appeal with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Dennis J. Raterink
Assistant Attorney General
Attorney for Self-Insurers' Security Fund
Labor Division
P.O. Box 30736
Lansing, Michigan 48909
Telephone: (517) 373-1176
raterinkd@michigan.gov
(P52678)