Robert V. Sartin, Esq.
Frost Brown Todd LLC
250 W. Main Street, Suite 2800
Lexington, Kentucky  40507
Tel:  (859) 231-0000

*Attorney for Toyota Motor Engineering &*
*Manufacturing North America, Inc., Toyota*
*Motor Corporation and Toyota Motor Sales*
*U.S.A., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

**WITHDRAWAL OF TOYOTA MOTOR ENGINEERING & MANUFACTURING
NORTH AMERICA, INC., TOYOTA MOTOR CORPORATION AND TOYOTA
MOTOR SALES, U.S.A., INC.'S LIMITED OBJECTION TO DEBTORS' NOTICE OF
ASSUMPTION AND ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY
CONTRACTS OR UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO DIP
HOLDCO 3, LLC UNDER MODIFIED PLAN OF REORGANIZATION**

Pursuant to the Order Approving Certain Agreements with and Resolving Certain

Objections of Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor

Corporation, and Toyota Motor Sales, U.S.A., Inc. to (A) Assumption and Assignment of

Executory Contracts and Unexpired Leases and (B) Cure Amounts entered by this Court on

December 29, 2009 [Docket No. 19247], Toyota Motor Engineering & Manufacturing North

America, Inc., for itself and its manufacturing subsidiaries and affiliates ("TEMA"), Toyota

Motor Corporation ("TMC") and Toyota Motor Sales, U.S.A., Inc. ("TMS"; collectively with

TEMA and TMC, "Toyota"), by and through its undersigned counsel, hereby withdraws with prejudice its Limited Objection to Debtors' Notice of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to DIP Holdco 3, LLC Under Modified Plan of Reorganization filed by Toyota on August 5, 2009 [Docket No. 18742].

Dated:  January 5, 2010

Respectfully Submitted,

FROST BROWN TODD LLC

/s/ Robert V. Sartin
Robert V. Sartin, Esq.
250 W. Main Street, Suite 2800
Lexington, KY  40507
Tel:  (859) 231-0000
Fax:  (859) 231-0011
E-mail:  rsartin@fbtlaw.com

*Attorney for Toyota Motor Engineering & Manufacturing North America, Inc. Toyota Motor Corporation and Toyota Motor Sales U.S.A., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Robert V. Sartin, hereby certify that the foregoing was electronically filed using the

Court's CM/ECF filing system, which will send notice of this filing pursuant to the Court's ECF

system.

/s/ Robert V. Sartin
Robert V. Sartin, Esq.
250 W. Main Street, Suite 2800
Lexington, KY  40507
Tel:  (859) 231-0000
Fax:  (859) 231-0011
E-mail:  rsartin@fbtlaw.com

*Attorney for Toyota Motor Engineering &
Manufacturing North America, Inc. Toyota
Motor Corporation and Toyota Motor Sales
U.S.A., Inc.*
