O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR ENLARGEMENT OF TIME TO FILE THE SEVENTH
AND FINAL APPLICATION OF O'MELVENY & MYERS LLP
FOR ORDER AUTHORIZING AND APPROVING
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

     O'Melveny & Myers LLP ("O'Melveny") requests issuance of an order enlarging the

time within which O'Melveny can file its Seventh and Final Fee Application and treating

O'Melveny's Seventh and Final Fee Application filed on January 8, 2010 as timely filed.  In

support of this motion, O'Melveny represents:

1

1. O'Melveny has been retained as special labor counsel for Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors, and debtors-in-possession in the above-captioned case (collectively, the "Debtors").

2. Pursuant to this Court's order dated July 30, 2009, approving modifications to the First Amended Joint Plan of Reorganization ("Plan Modification Order"), final fee applications seeking professional fees and reimbursement of expenses were due on the last day of the second full month after the Effective Date of the modified reorganization plan.

3. The two attorneys at O'Melveny responsible for fee applications were unable to prepare and file the seventh and final fee application, as one attorney has left the firm and the other attorney is on leave from the firm. O'Melveny believes that its failure to file the final fee application was due to excusable circumstances.

4. Upon discovering on January 6, 2010 that final fee applications were due on December 31, 2009, O'Melveny has immediately prepared and filed the final fee application on January 8, 2010.

Based on the representations above, O'Melveny respectfully requests issuance of an order, the proposed form of which is attached hereto as Exhibit "A," enlarging the time within which O'Melveny can file its Seventh and Final Fee Application and treating O'Melveny's fee application filed on January 8, 2010 as timely filed.

DATED:  January 8, 2010

          ROBERT A. SIEGEL (RS 0922)
          TOM A. JERMAN (TJ 1129)
          O'MELVENY & MYERS LLP


          By ___/s/ Tom A. Jerman_____
               Tom A. Jerman
               Attorney for Delphi Corporation, et al.,
               Debtors and Debtors-in-Possession