Exhibit "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER ENLARGING TIME TO FILE THE SEVENTH AND FINAL FEE APPLICATION OF O'MELVENY & MYERS LLP AND TREATING THE SEVENTH AND FINAL FEE APPLICATION OF O'MELVENY & MYERS LLP AS TIMELY FILED

Upon the motion (the "Motion") dated January 8, 2010, wherein O'Melveny & Myers LLP requested an order for enlargement of time to file its seventh and final application for order authorizing and approving compensation and reimbursement of expenses, and this Court having reviewed the Motion; and this Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2), and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED.

2.      The January 8, 2010 filing of O'Melveny & Myers LLP's Seventh and Final Fee Application is timely filed.

Date: _____, 2010
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE