# NEMAHA COUNTY TREASURER

**607 NEMAHA, SENECA, KS 66538**
**Phone 785-336-2106 Fax 785-336-6000**



THE GARDEN CITY GROUP, INC.
DEC 9 2009

December 2, 2009

US BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: CLAIMS PROCESSING DEPT
1 BOWLING GREEN
NEW YORK, NY   10004-1408

RE: Delphi Corporation
Case # 05-44640

To Whom it May Concern:

We would like to withdraw our claim filed on 6/8/06. These taxes have been paid. Enclosed is a paid receipt dated 12-1-09.

If you have any question regarding this matter, please feel free to contact our office.

Sincerely,

Rose Wilhelm
Nemaha Co Treasurer

RECEIVED DEC - 7 2009 U.S. BANKRUPTCY COURT, SDNY

```
3080/10095          NEMAHA COUNTY TREASURER                           12/01/2009
ROSE                     Summary Tax Receipt                          Page    1
Receipt Information
1825 2005/3-5300 DELPHI AUTOMOTIVE SYSTEMS LLC LEASED EQUIPMENT         4,524.70
    Tax Unit 007 City-SENECA CITY % RICHARD KOLBY
2005 taxes paid in full.
    K-64 class 2.5         4,524.70

Payment Information
CHECK 0 DELPHI AUTOMOTIVE SYSTEMS LLC                                   4,524.70
```

*Pd by General Motors LLC*
*Ck# 5012232*

```
        DELPHI AUTOMOTIVE SYSTEMS LLC
        TAX STAFF
        RICHARD KOLBY
        P O BOX 5082
        TROY MI 48007-5082
```

**NEMAHA COUNTY TREASURER**
P.O. BOX 233
SENECA, KANSAS 66538-1794



US BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATT: CLAIMS PROCESSING DEPT
1 BOWLING GREEN
NEW YORK, NY 10004 1408