Exhibit "D"

## O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA 90071

NOVEMBER 30, 2007

DELPHI CORPORATION                                    INVOICE NUMBER:           708207
DAVID SHERBIN, ESQ.                                   MATTER NUMBER:       0207998-00001
5725 DELPHI DRIVE
TROY, MI 48098

Requesting Attorney: ROBERT A. SIEGEL                 Tax Identification No: 95-1066597

### REMITTANCE COPY

RE:    SECTION 1113/1114 ADVICE

FEES ............................................................................................................$        648.00

TOTAL SUPPORT SERVICES AND CHARGES...................................................$        158.06

TOTAL AMOUNT OF THIS INVOICE .............................................................$        806.06

LESS 20% HOLDBACK FEE.............................................................................$       (129.60)

**BALANCE DUE**..................................................................................................$        **676.46**

*Please Remit Payment to:*

By Mail:
    O'Melveny & Myers LLP –P.O. Box 894436, Los Angeles, CA 90189-4436
By Wire Transfer:
    Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224
    Please include invoice number or matter number in Advice

For questions please contact Rachel Chan (213) 430-6459

# O'MELVENY & MYERS LLP

400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA  90071

November 30, 2007

**DAVID SHERBIN, ESQ.**
WORLD HEADQUARTERS AND CUSTOMER CENTER
DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

INVOICE NUMBER: 708207
MATTER NUMBER:  0207998-00001

Requesting Attorney: ROBERT A. SIEGEL          Tax Identification No: 95-1066597
================================================================================

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2007

SECTION 1113/1114 ADVICE
_____

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|

**Group: Attorney**

| DATE | NAME | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 10/02/07 | J KASTIN | REVIEW OAK CREEK EMPLOYEES' OBJECTION TO MOTION TO APPROVE DISCLOSURE STATEMENT | .20 |
| 10/02/07 | TA JERMAN | REVIEW / ANALYZE OBJECTION TO COMPANY MOTION | .40 |
| 10/30/07 | J KASTIN | REVIEW OMNIBUS OBJECTIONS TO THE UNIONS' CLAIMS; CORRESPONDENCE WITH R.D. KOHUT REGARDING SAME | .40 |
| * * Subtotal: | | **ATTORNEY HOURS** | 1.00 |

TOTAL CHARGEABLE HOURS ------------------------------------------------   1.00

FEES ----------------------------------------------------------------   $648.00 *

```
Client:   DELPHI CORPORATION                                  NOVEMBER 30, 2007
Matter:   SECTION 1113/1114 ADVICE                            Invoice 708207
File No.: 0207998-00001                                       Page No.   2
========================================================================
```

**SUPPORT SERVICES AND CHARGES**

---

**SUPPORT SERVICES AND CHARGES**

---

```
        COPYING                                     142.30
        ONLINE RESEARCH                              15.76
                                                ------------
                                                ------------
    TOTAL SUPPORT SERVICES AND CHARGES -----------------------------   $158.06 *



    TOTAL CURRENT INVOICE----------------------------------------------   $806.06 *
```

**Outstanding Invoices as of December 5, 2007**

```
    Invoice   Date      Inv. Amount    Payments      Adj       Balance
    -------  --------   -----------    --------    -------    -----------

    635645  11/30/05     87,004.34         .00        .00      87,004.34
    704746  10/30/07        909.40         .00        .00         909.40

    TOTAL PRIOR DUE  ----------------------------------------------   $87,913.74 *

    TOTAL AMOUNT DUE -----------------------------------------------   $88,719.80 **
```

*Please Remit Payment to:*

By Mail:
 *O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA  90189-4436*
By Wire Transfer:
 *Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224*
 *Please include invoice number or matter number in Advice*

*For questions please contact Rachel Chan at (213) 430-6459.*

```
Client:   DELPHI CORPORATION                                NOVEMBER 30, 2007
Matter:   SECTION 1113/1114 ADVICE                          Invoice 708207
File No.: 0207998-00001                                     Page No.    3
================================================================================
```

SECTION 1113/1114 ADVICE
_____

THE FOLLOWING IS A SUMMARY OF THE TIME DEDICATED TO THIS MATTER BY THE FIRM'S PROFESSIONAL STAFF:

|  | HOURS | RATE | FEES |
|---|---|---|---|
| **Group: Attorney** | | | |
| TOM A. JERMAN | .40 | 795.00 | $318.00 |
| JESSICA KASTIN | .60 | 550.00 | $330.00 |
| * * Subtotal: | 1.00 | | $648.00 |
| * * GRAND TOTAL: | 1.00 | | $648.00 |

Client:   DELPHI CORPORATION                                                      11/30/07
Matter:   SECTION 1113/1114 ADVICE
File No.: 0207998-00001

================================================================================

| DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| **COPYING** | | | |
| 10/01/07 | 51 | COPYING (COPITRAK-INTERNAL) CALDWELL TERRI Pages: 51 | 5.10 |
| 10/09/07 | 478 | COPYING (COPITRAK-INTERNAL) NINO  LINDA Pages: 478 | 47.80 |
| 10/09/07 | 12 | LASERTRAK PRINTING Pages: 12 | 1.20 |
| 10/09/07 | 7 | LASERTRAK PRINTING Pages: 7 | 0.70 |
| 10/09/07 | 3 | LASERTRAK PRINTING Pages: 3 | 0.30 |
| 10/09/07 | 3 | LASERTRAK PRINTING Pages: 3 | 0.30 |
| 10/16/07 | 253 | COPYING (COPITRAK-INTERNAL) NINO  LINDA Pages: 253 | 25.30 |
| 10/17/07 | 9 | COPYING (COPITRAK-INTERNAL) NINO  LINDA Pages: 9 | 0.90 |
| 10/25/07 | 34 | LASERTRAK PRINTING Pages: 34 | 3.40 |
| 10/30/07 | 567 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 567 | 56.70 |
| 10/30/07 | 6 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 6 | 0.60 |
| * * SUBTOTAL: | COPYING | | 142.30 |
| **ONLINE RESEARCH** | | | |
| 10/04/07 | 1 | ONLINE RESEARCH (MISCELLANEOUS) SVC CTR LIB CHGS  S HAUF (7/14-7/31) | 15.76 |
| * * SUBTOTAL: | ONLINE RESEARCH | | 15.76 |
| **TOTAL** | | | **158.06** |

# O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA 90071

DECEMBER 31, 2007

DELPHI CORPORATION  
DAVID SHERBIN, ESQ.  
5725 DELPHI DRIVE  
TROY, MI 48098

INVOICE NUMBER: 712143  
MATTER NUMBER: 0207998-00001

Requesting Attorney: ROBERT A. SIEGEL          Tax Identification No: 95-1066597

## REMITTANCE COPY

RE:    SECTION 1113/1114 ADVICE

| | |
|---|---|
| FEES | $ 4,369.00 |
| TOTAL SUPPORT SERVICES AND CHARGES | $ 330.00 |
| TOTAL AMOUNT OF THIS INVOICE | $ 4,699.00 |
| LESS 20% HOLDBACK FEE | $ (873.80) |
| **BALANCE DUE** | **$ 3,825.20** |

*Please Remit Payment to:*

By Mail:
   O'Melveny & Myers LLP –P.O. Box 894436, Los Angeles, CA 90189-4436
By Wire Transfer:
   Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224
   Please include invoice number or matter number in Advice

For questions please contact Rachel Chan (213) 430-6459

# O'MELVENY & MYERS LLP

400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA 90071

December 31, 2007

INVOICE NUMBER: 712143
MATTER NUMBER: 0207998-00001

DAVID SHERBIN, ESQ.
WORLD HEADQUARTERS AND CUSTOMER CENTER
DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

Requesting Attorney: ROBERT A. SIEGEL

Tax Identification No: 95-1066597

==============================================================================

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2007

SECTION 1113/1114 ADVICE

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| 7 : FEE/EMPLOYMENT APPLICATIONS | | | |
| 11/01/07 | S HAUF | PREPARE FEE APPLICATION EXHIBITS | .20 |
| 11/07/07 | M WOO | PREPARE FEE APPLICATION EXHIBITS | 2.90 |
| 11/19/07 | J KASTIN | CORRESPONDENCE WITH S. HAUF AND SKADDEN REGARDING SIXTH INTERIM FEE APPLICATION | .20 |
| 11/20/07 | M WOO | UPDATE FEE APPLICATION EXHIBIT | .20 |
| 11/20/07 | S HAUF | DRAFT FEE APPLICATION AND EXHIBITS | 3.30 |
| 11/21/07 | S HAUF | DRAFT FEE APPLICATION AND EXHIBITS | 3.60 |
| 11/28/07 | J KASTIN | REVIEW AND REVISE FEE APPLICATION; CORRESPONDENCE WITH S. HAUF REGARDING SAME | .40 |
| 11/28/07 | S HAUF | DRAFT FEE APPLICATION | .20 |
| 11/29/07 | S HAUF | FINALIZE FEE APPLICATION AND EXHIBITS FOR FILING | 1.60 |
| 11/30/07 | J KASTIN | COORDINATE FILING AND SERVICE OF SIXTH INTERIM FEE APPLICATION | .50 |

```
Client:   DELPHI CORPORATION                                DECEMBER 31, 2007
Matter:   SECTION 1113/1114 ADVICE                          Invoice 712143
File No.: 0207998-00001                                     Page No.    2
================================================================================

        DATE      NAME              DESCRIPTION                              HOURS
_____


11/30/07 M MONTALTO        FILE FEE APPLICATION VIA ECF SYSTEM                 .50
                                                                            ------
    * * Subtotal:                                                            13.60

                                                                            ------
TOTAL CHARGEABLE HOURS ---------------------------------------------         13.60


FEES -----------------------------------------------------------------   $4,369.00 *




SUPPORT SERVICES AND CHARGES
_____

        COPYING                                    327.30
        SCANNING SERVICES                            2.70
                                                ----------
                                                ----------
TOTAL SUPPORT SERVICES AND CHARGES ------------------------------          $330.00 *



TOTAL CURRENT INVOICE-------------------------------------------------   $4,699.00 *
```

**Outstanding Invoices as of December 28, 2007**

```
Invoice   Date       Inv. Amount     Payments       Adj        Balance
-------   --------   -----------    ----------   ---------   ----------

 635645   11/30/05     87,004.34          .00         .00     87,004.34
 708207   11/30/07        806.06          .00         .00        806.06

TOTAL PRIOR DUE   ---------------------------------------------         $87,810.40 *

TOTAL AMOUNT DUE  ---------------------------------------------         $92,509.40 **
```

*Please Remit Payment to:*

By Mail:
  *O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA   90189-4436*
By Wire Transfer:
  *Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224*
  *Please include invoice number or matter number in Advice*

*For questions please contact Rachel Chan at (213) 430-6459.*

```
Client:   DELPHI CORPORATION                              DECEMBER 31, 2007
Matter:   SECTION 1113/1114 ADVICE                        Invoice 712143
File No.: 0207998-00001                                   Page No.    3
========================================================================
```

SECTION 1113/1114 ADVICE

---

THE FOLLOWING IS A SUMMARY OF THE TIME DEDICATED TO THIS MATTER BY THE FIRM'S PROFESSIONAL STAFF:

|  |  | HOURS | RATE | FEES |
|---|---|---|---|---|
| **7 : FEE/EMPLOYMENT APPLICATIONS** | | | | |
| STACY HAUF | ASSOCIATE | 8.90 | 360.00 | $3,204.00 |
| JESSICA KASTIN | ASSOCIATE | 1.10 | 550.00 | $605.00 |
| MICHAEL MONTALTO | COURT SERVICES | .50 | 35.00 | $17.50 |
| MICHELLE WOO | PARALEGAL | 3.10 | 175.00 | $542.50 |
| * * Subtotal: | | 13.60 | | $4,369.00 |
| | | | | |
| * * GRAND TOTAL: | | 13.60 | | $4,369.00 |

Client:    DELPHI CORPORATION                                                                12/31/07
Matter:    SECTION 1113/1114 ADVICE
File No.:  0207998-00001
================================================================================

| DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| **COPYING** | | | |
| 11/01/07 | 195 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 195 | 19.50 |
| 11/01/07 | 516 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 516 | 51.60 |
| 11/07/07 | 11 | LASERTRAK PRINTING Pages: 11 | 1.10 |
| 11/07/07 | 10 | LASERTRAK PRINTING Pages: 10 | 1.00 |
| 11/07/07 | 13 | LASERTRAK PRINTING Pages: 13 | 1.30 |
| 11/12/07 | 292 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 292 | 29.20 |
| 11/13/07 | 15 | COPYING (COPITRAK-INTERNAL) NEGLIA ROSS Pages: 15 | 1.50 |
| 11/19/07 | 3 | COPYING (COPITRAK-INTERNAL) CALDWELL TERRI Pages: 3 | 0.30 |
| 11/26/07 | 52 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 52 | 5.20 |
| 11/26/07 | 568 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 568 | 56.80 |
| 11/26/07 | 40 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 40 | 4.00 |
| 11/26/07 | 1,009 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 1009 | 100.90 |
| 11/26/07 | 4 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 4 | 0.40 |
| 11/27/07 | 2 | COPYING (COPITRAK-INTERNAL) CALDWELL TERRI Pages: 2 | 0.20 |
| 11/29/07 | 190 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 190 | 19.00 |
| 11/29/07 | 11 | LASERTRAK PRINTING Pages: 11 | 1.10 |
| 11/29/07 | 13 | LASERTRAK PRINTING Pages: 13 | 1.30 |
| 11/29/07 | 10 | LASERTRAK PRINTING Pages: 10 | 1.00 |
| 11/29/07 | 4 | LASERTRAK PRINTING Pages: 4 | 0.40 |
| 11/30/07 | 155 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 155 | 15.50 |
| 11/30/07 | 120 | COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 120 | 12.00 |
| 11/30/07 | 40 | LASERTRAK PRINTING Pages: 40 | 4.00 |
| * * SUBTOTAL: COPYING | | | **327.30** |
| | | | |
| **SCANNING SERVICES** | | | |
| 11/01/07 | 3 | SCANNING SERVICES (ACCUROUTE) Nino, Linda Pages: 3 | 0.30 |
| 11/29/07 | 12 | SCANNING SERVICES (ACCUROUTE) Nino, Linda Pages: 12 | 1.20 |
| 11/29/07 | 12 | SCANNING SERVICES (ACCUROUTE) Nino, Linda Pages: 12 | 1.20 |
| * * SUBTOTAL: SCANNING SERVICES | | | **2.70** |
| | | | |
| **TOTAL** | | | **330.00** |

# O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA 90071

JANUARY 31, 2007

| | |
|---|---|
| DELPHI CORPORATION | INVOICE NUMBER: 714536 |
| DAVID SHERBIN, ESQ. | MATTER NUMBER: 0207998-00001 |
| 5725 DELPHI DRIVE | |
| TROY, MI 48098 | |

Requesting Attorney: ROBERT A. SIEGEL       Tax Identification No: 95-1066597

## REMITTANCE COPY

RE:    SECTION 1113/1114 ADVICE

| | |
|---|---|
| FEES .............................................................................................$ | 2,971.00 |
| TOTAL SUPPORT SERVICES AND CHARGES ...........................$ | 519.17 |
| TOTAL AMOUNT OF THIS INVOICE ............................................$ | 3,490.17 |
| LESS 20% HOLDBACK FEE........................................................$ | (594.20) |
| **BALANCE DUE**..............................................................................$ | **2,895.97** |

*Please Remit Payment to:*

By Mail:
    *O'Melveny & Myers LLP –P.O. Box 894436, Los Angeles, CA 90189-4436*
By Wire Transfer:
    *Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224*
    *Please include invoice number or matter number in Advice*

For questions please contact Rachel Chan (213) 430-6459

# O'MELVENY & MYERS LLP

400 SOUTH HOPE STREET
15TH FLOOR
LOS ANGELES, CA 90071

January 31, 2008

**DAVID SHERBIN, ESQ.**
WORLD HEADQUARTERS AND CUSTOMER CENTER
DELPHI CORPORATION
5725 DELPHI DRIVE
TROY, MI 48098

INVOICE NUMBER: 714536
MATTER NUMBER: 0207998-00001

Requesting Attorney: ROBERT A. SIEGEL                       Tax Identification No: 95-1066597
================================================================================

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2007

SECTION 1113/1114 ADVICE

| DATE | NAME | DESCRIPTION | HOURS |
|---|---|---|---|
| **10 : LITIGATION MATTERS (1113/1114)** | | | |
| 12/21/07 | J KASTIN | REVIEW THE IUE-CWA'S OBJECTIONS TO DELPHI'S PROPOSED COMPENSATION PROGRAMS | .40 |
| 12/28/07 | J KASTIN | RESEARCH CASE LAW ADDRESSING REQUIREMENTS OF SECTION 1129(A)(13) OF THE BANKRUPTCY CODE; REVIEW COURT DOCUMENTS REGARDING MODIFICATION OF RETIREE BENEFITS FOR UNREPRESENTED RETIREES; CORRESPIONDENCE WITH T. JERMAN REGARDING SAME | 2.40 |
| 12/28/07 | TA JERMAN | RESEARCH REGARDING 1129(A)(13) ISSUES | 1.40 |
| 12/28/07 | TA JERMAN | DRAFT / REVISE MEMO TO B. SAX REGARDING 1129(A)(13) ISSUES | .40 |
| * * Subtotal: | | | 4.60 |

TOTAL CHARGEABLE HOURS ----------------------------------------    4.60

FEES ------------------------------------------------------------    $2,971.00 *

```
Client:   DELPHI CORPORATION                                    JANUARY 31, 2008
Matter:   SECTION 1113/1114 ADVICE                              Invoice 714536
File No.: 0207998-00001                                         Page No.   2
================================================================================
```

**SUPPORT SERVICES AND CHARGES**

```
        COPYING                                      293.20
        FACSIMILE (OUTGOING FAXES)                      .00
        DELIVERY SERVICES/MESSENGERS                 225.97
                                                -----------
                                                -----------
TOTAL SUPPORT SERVICES AND CHARGES ------------------------------       $519.17 *



TOTAL CURRENT INVOICE-------------------------------------------      $3,490.17 *
```

**Outstanding Invoices as of January 29, 2008**

```
  Invoice   Date      Inv. Amount   Payments       Adj       Balance
  -------   -----     -----------   --------     -------    ---------

  635645   11/30/05     87,004.34       .00         .00     87,004.34
  708207   11/30/07        806.06    676.46         .00        129.60
  712143   12/31/07      4,699.00       .00         .00      4,699.00

TOTAL PRIOR DUE    -------------------------------------------      $91,832.94 *

TOTAL AMOUNT DUE  -------------------------------------------      $95,323.11 **
```

*Please Remit Payment to:*

By Mail:
 *O'Melveny & Myers LLP - P.O. Box 894436, Los Angeles, CA   90189-4436*
By Wire Transfer:
 *Citibank, N.A., NY, ABA #021000089, Beneficiary: O'Melveny & Myers LLP, #4078-0224
  Please include invoice number or matter number in Advice*

*For questions please contact Rachel Chan at (213) 430-6459.*

```
Client:   DELPHI CORPORATION                                   JANUARY 31, 2008
Matter:   SECTION 1113/1114 ADVICE                             Invoice 714536
File No.: 0207998-00001                                        Page No.   3
================================================================================
```

SECTION 1113/1114 ADVICE
_____


THE FOLLOWING IS A SUMMARY OF THE TIME DEDICATED TO THIS MATTER BY THE FIRM'S
PROFESSIONAL STAFF:

```
                                          HOURS      RATE       FEES
10  : LITIGATION MATTERS (1113/1114)
   TOM A. JERMAN          PARTNER          1.80     795.00    $1,431.00
   JESSICA KASTIN         ASSOCIATE        2.80     550.00    $1,540.00
                                         --------             -----------
      * * Subtotal:                        4.60               $2,971.00


         * * GRAND TOTAL:                  4.60               $2,971.00
```

Client:    DELPHI CORPORATION                                                    01/31/08
Matter:    SECTION 1113/1114 ADVICE
File No.:  0207998-00001
================================================================================
**DATE**        **QUANTITY**         **DESCRIPTION**                                          **AMOUNT**


**COPYING**
| DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/04/07 | 351 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 351 | 35.10 |
| 12/05/07 | 218 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 218 | 21.80 |
| 12/05/07 | 322 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 322 | 32.20 |
| 12/05/07 | 30 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) CALDWELL TERRI Pages: 30 | 3.00 |
| 12/07/07 | 167 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 167 | 16.70 |
| 12/07/07 | 127 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 127 | 12.70 |
| 12/10/07 | 37 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 37 | 3.70 |
| 12/12/07 | 508 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 508 | 50.80 |
| 12/12/07 | 508 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 508 | 50.80 |
| 12/14/07 | 153 | COPYING (COPITRAK - INTERNAL) COPYING (COPITRAK-INTERNAL) NINO LINDA Pages: 153 | 15.30 |
| 12/20/07 | 171 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 171 | 17.10 |
| 12/21/07 | 63 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 63 | 6.30 |
| 12/27/07 | 277 | COPYING (COPITRAK - INTERNAL) NINO LINDA Pages: 277 | 27.70 |

\* \* SUBTOTAL:  COPYING                                                                **293.20**


**FACSIMILE (OUTGOING FAXES)**
| DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 09/17/07 | 3 | JERMAN TOM A. Pages: 3 Tel: 9396416 | 0.00 |

\* \* SUBTOTAL:  FACSIMILE (OUTGOING FAXES)                                              **0.00**


**DELIVERY SERVICES/MESSENGERS**
| DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 790393143855 FDX 241568090 John Sheehan Delphi Corporation DOCUMENTS | 28.13 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 790393149577 FDX 241568090 John Butler Skadden, Arps, Slate, Meagher DOCUMENTS | 31.06 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 790884783545 FDX 241568090 David | 28.13 |

Client:   DELPHI CORPORATION                                                    01/31/08
Matter:   SECTION 1113/1114 ADVICE
File No.: 0207998-00001
================================================================================

| DATE | QUANTITY | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| 11/30/07 | 1 | Sherbin Delphi Corporation DOCUMENTS DELIVERY SERVICES/MESSENGERS Tracking # 790884823255 FDX 241568090 Alicia Leonhard Office of the U S Trustee DOCUMENTS | 18.42 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 790884870206 FDX 241568090 Kenneth Ziman Simpson, Thatcher & Bartlett L DOCUMENTS | 18.42 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 790884892005 FDX 241568090 Mark Broude Latham & Watkins LLP DOCUMENTS | 18.42 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 791445058602 FDX 241568090 Valerie Venable GE Plastics America DOCUMENTS | 28.13 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 791445064630 FDX 241568090 Bonnie Steingart Fried, Frank Harris, Shriver DOCUMENTS | 18.42 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 798819827419 FDX 241568090 Donald Bernstein Davis Polk & Wardell DOCUMENTS | 18.42 |
| 11/30/07 | 1 | DELIVERY SERVICES/MESSENGERS Tracking # 798819842280 FDX 241568090 John Marquess Legal Cost Control, Inc DOCUMENTS | 18.42 |
| * * SUBTOTAL: | DELIVERY SERVICES/MESSENGERS | | 225.97 |
| TOTAL | | | 519.17 |