Exhibit "E"

## Summary Chart

*In re: Delphi Corporation, et al.*

**CASE NO. 05-44481 (CHAPTER 11)**

**Name of Applicant:  O'Melveny & Myers LLP**

**Role:  Special Labor Counsel to Debtors**

**Current Application:  Seventh and Final**     **Fees Requested:**     $7,988.00
                                                **Expenses Requested:** $1,007.23

**RETAINER PAID:  $300,000.00**

**A.     Summary of Timekeepers**

| Timekeeper | Year Admitted | Department | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Tom A. Jerman | 1981 | Adversarial/Labor | $795.00 | 2.20 | $1,749.00 |
| Jessica Kastin | 2002 | Adversarial/Labor | $550.00 | 4.50 | $2,475.00 |
| Stacy Hauf | 2006 | Adversarial | $360.00 | 8.90 | $3,204.00 |
| | | | | | |
| **Attorney Total** | | | | **15.60** | **$7,428.00** |
| **Attorney Blended Rate** | | | | | **$476.16** |
| | | | | | |
| **Paraprofessionals** | | | | | |
| Michael Montalto | | Adversarial | $35.00 | 0.50 | $17.50 |
| Michelle Woo | | Adversarial | $175.00 | 3.10 | $542.50 |
| | | | | | |
| **Paraprofessional Total** | | | | **3.60** | **$560.00** |
| **Paraprofessional Blended Rate** | | | | | **$155.56** |
| **Attorney and Paraprofessional Total** | | | | | **$7,988.00** |
| **Blended Hourly Rate of Attorneys and Paraprofessionals** | | | | | **$416.05** |