Exhibit "F"

**Expenses By Type**

| Cost Code | Billed Amount | Category |
|---|---|---|
| E101E | $745.70 | Copying (Copitrak - Internal) |
| E101L | $17.10 | Lasertrak Printing |
| E106M | $15.76 | Online Research (Miscellaneous) |
| E107 | $225.97 | Delivery Services/Messengers |
| E130AR | $2.70 | Scanning Services (Accuroute) |
| **Total Seventh and Final Period Expenses** | **$1,007.23** | |