**Hearing Date and Time:  To Be Determined**
**Objection Deadline:  To Be Determined**

O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, <u>et al.</u>,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**NOTICE OF FILING OF SEVENTH AND FINAL APPLICATION OF
O'MELVENY & MYERS LLP FOR ORDER AUTHORIZING AND APPROVING
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

PLEASE TAKE NOTICE that on January 8, 2010, O'Melveny & Myers LLP filed the Seventh and Final Application of O'Melveny & Myers LLP for Order Authorizing and Approving Compensation and Reimbursement of Expenses (the "Application") for the period from October 1, 2007 through January 25, 2008 (the "Final Application Period"), together with its exhibits.

PLEASE TAKE FURTHER NOTICE that O'Melveny & Myers LLP is requesting compensation from the debtors and debtors-in-possession (the "Debtors") in the above-captioned case in the amount of $7,988.00 for services rendered, and reimbursement of actual and necessary expenses in the amount of $1,007.23 for the Final Application Period. The aggregate amount of fees and expenses requested for approval pursuant to the Application is $8,995.23.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be scheduled (the "Fee Application Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must: (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e), as supplemented, (the "Case Management Order") (Docket No. 245), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of

the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: David Sherbin, John Brooks, and John D. Sheehan), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Suite 2700, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman and Robert H. Trust), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg), (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian S. Masumoto), (vii) counsel to the Equity Committee, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York, 10004 (Attn: Bonnie Steingart), (viii) member of the Delphi Fee Review Committee, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina 28078 (Attn: Valerie Venable), and (ix) special labor counsel to the Debtors, O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006 (Att'n: Tom Jerman), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on a date to be determined.**

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order, as supplemented, will be considered by the Bankruptcy Court at the Hearing.  If no responses or objections to the Application are timely filed and served in accordance with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an order granting the Application without further notice.


DATED:  Washington, D.C.
            January 8, 2010

                               ROBERT A. SIEGEL (RS 0922)
                               TOM A. JERMAN (TJ 1129)
                               O'MELVENY & MYERS LLP


                               By ___/s/ Tom A. Jerman_____
                                    Tom A. Jerman
                                    Attorney for Delphi Corporation, et al.,
                                    Debtors and Debtors-in-Possession