O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
     In re                              :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                         Debtors.       :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE OF SEVENTH AND FINAL APPLICATION OF
O'MELVENY & MYERS LLP FOR ORDER AUTHORIZING AND APPROVING
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing

Procedures For Interim Compensation and Reimbursement Of Expenses Of Professionals, filed

on November 4, 2005, as supplemented ("Interim Compensation Order"), copies of O'Melveny

& Myers LLP's Seventh and Final Interim Application for Order Authorizing and Approving

Compensation and Reimbursement of Expenses was served, on this the 8th day of January 2010,

by overnight delivery, on:

| | |
|---|---|
| John Brooks<br>DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>248-813-2143 | David Sherbin<br>DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>248-813-2000 |
| John D. Sheehan<br>DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>248-813-2000 | Brian S. Masumoto<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004<br>212-510-0500 |
| John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>312-407-0730 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>212-906-1370 |
| Kenneth S. Ziman and Robert H. Trust<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>212-455-2000 | Donald Bernstein and Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, New York 10017<br>212-450-4092 |
| Valerie Venable<br>SABIC Innovative Plastics<br>9930 Kincey Avenue<br>Huntersville, North Carolina 28078<br>704-992-5075 | Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>212-859-8004 |

I further certify that, pursuant to the Interim Compensation Order, notice of the filing of said Application has been provided, via electronic mail, to both the "Master Service List" and the "2002 List," as provided on the database at www.delphidocket.com, as of the date hereof.

DATED:    New York, New York
          January 8, 2010

                              O'MELVENY & MYERS LLP


                              By    /s/ Keith Whitman            .
                                      Keith Whitman

2