O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
(202) 383-5300
Robert A. Siegel (RS 0922)
Tom A. Jerman (TJ 1129)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    In re                         :      Chapter 11
                                              :
DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                                              :
                            Debtors.    :      (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE OF MOTION FOR ENLARGEMENT OF TIME TO FILE
THE SEVENTH AND FINAL APPLICATION OF O'MELVENY & MYERS LLP
FOR ORDER AUTHORIZING AND APPROVING
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing

Procedures For Interim Compensation and Reimbursement Of Expenses Of Professionals, filed

on November 4, 2005, as supplemented ("Interim Compensation Order"), copies of O'Melveny

& Myers LLP's Motion for Enlargement of Time to File the Seventh and Final Application of

O'Melveny & Myers LLP for Order Authorizing and Approving Compensation and

Reimbursement of Expenses (the "Motion") was served, on this the 8th day of January 2010, by overnight delivery, on:

John Brooks
DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
248-813-2143

David Sherbin
DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
248-813-2000

John D. Sheehan
DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
248-813-2000

Brian S. Masumoto
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
212-510-0500

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
312-407-0730

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
212-906-1370

Kenneth S. Ziman and Robert H. Trust
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
212-455-2000

Donald Bernstein and Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
212-450-4092

Valerie Venable
SABIC Innovative Plastics
9930 Kincey Avenue
Huntersville, North Carolina 28078
704-992-5075

Bonnie Steingart
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
212-859-8004

2

I further certify that, pursuant to the Interim Compensation Order, notice of the filing of said Motion has been provided, via electronic mail, to both the "Master Service List" and the "2002 List," as provided on the database at www.delphidocket.com, as of the date hereof.

DATED:   New York, New York
         January 8, 2010

                            O'MELVENY & MYERS LLP

                            By   /s/ Keith Whitman
                                  Keith Whitman