UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :
    In re                            :   Chapter 11
                                     :
DPH HOLDINGS CORP., et al.,          :   Case No. 05-44481 (RDD)
                                     :
                                     :   (Jointly Administered)
        Reorganized Debtors.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

ORDER UNDER 11 U.S.C. § 105 ENLARGING TIME FOR PROFESSIONALS TO FILE
FINAL REQUESTS FOR PAYMENT OF PROFESSIONAL CLAIMS

("ORDER ENLARGING TIME TO FILE FINAL FEE APPLICATIONS")

Upon the expedited motion, dated January 11, 2010 (the "Motion"), of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors"), for an order under 11 U.S.C. § 105 enlarging the time for professionals to file final requests for payment of professional claims ("Final Fee Applications"); and upon the record of the January 21, 2009 hearing held on the Motion; and this Court having determined that the relief requested in the Motion and granted herein is in the best interests of the Reorganized Debtors, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is GRANTED.

      3.      Notwithstanding anything to the contrary in section 10.3(a) of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified), professionals shall be permitted to file all Final Fee Applications on or prior to February 1, 2010.

      4.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: White Plains, New York
       January __, 2010

      _____
      UNITED STATES BANKRUPTCY JUDGE