A. Spencer Gilbert III
Gilbert PLLC
4500 I-55 North, Suite 246  (39211)
Post Office Box 13187
Jackson, Mississippi  39236
Telephone: (601) 982-2122
Facsimile: (601) 982-2123
sgilbert@asgilbert.com

*Attorney for Mississippi Workers' Compensation
  Individual Self-insurer Guaranty Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In re :                                               :         Chapter 11
                                                      :
        DPH HOLDINGS CORP., et al.,                   :         Case No. 05-44481 (RDD)
                                                      :
                                Debtors.              :         (Jointly Administered)
                                                      :
------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, A. Spencer Gilbert III, a member in good standing of the bar of the State of Mississippi, request admission, *pro hac vice,* pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York, to represent Mississippi Workers' Compensation Individual Self-insurer Guaranty Association before The Honorable Robert D. Drain in the above referenced case.

My address is 4500 I-55 North, Suite 246 (39211), Post Office Box 13187, Jackson, Mississippi 39236; my e-mail is sgilbert@asgilbert.com; telephone number (601) 982-2122.

I agree to pay the fee of $25.00 upon approval of this Court admitting me to practice *pro hac vice*.

Dated: January 13, 2010

/s/ A. Spencer Gilbert III
A. Spencer Gilbert III
GILBERT PLLC
4500 I-55 North, Suite 246 (39211)
Post Office Box 13187
Jackson, Mississippi 39236
Telephone: (601) 982-2122
Facsimile: (601) 982-2123
sgilbert@asgilbert.com

*Attorney for Mississippi Workers' Compensation
  Individual Self-insurer Guaranty Association*