UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In re :                                                              :         Chapter 11
:
    DPH HOLDINGS CORP., et al.,       :         Case No. 05-44481 (RDD)
:
                               Debtors.        :         (Jointly Administered)
:
---------------------------------------------------------x

### ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

      Upon the motion of A. Spencer Gilbert III, for admission to practice, *pro hac vice,* in this bankruptcy case, it is hereby

      ORDERED, that A. Spencer Gilbert III is admitted to practice, *pro hac vice,* in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated:    January ___, 2010
             New York, New York

                                                            _____
                                                             UNITED STATES BANKRUPTCY JUDGE