K&L GATES LLP
Edward M. Fox, Esq.
599 Lexington Avenue
New York, New York 10022
Telephone (212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
DELPHI CORPORATION, *et al.*,                       :        Case No. 05-44481 (RDD)
                                                    :
                        Debtors.                    :        (Jointly Administered)
                                                    :
-------------------------------------------------------X

**RESPONSE OF WILMINGTON TRUST COMPANY, AS
INDENTURE TRUSTEE TO FORTIETH OMNIBUS CLAIMS OBJECTION**

    Wilmington Trust Company, an indenture trustee ("WTC") for the $2 Billion of senior debt issued by Delphi Corporation, responds to the Reorganized Debtors' Fortieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Books and Records Claims, (B) Fully Satisfied Claims, and (C) Objected-to Claims to be Disallowed, (II) Modify and Allow Certain (A) Partially Satisfied Claims, (B) Claims to be Further Modified, (C) Objected to Claims to be Modified and Allowed, and (III) Allow Certain Claims (the "Fortieth Omnibus Claims Objection").

    1.    On or about July 24, 2006, Wilmington Trust Company, as indenture trustee, filed a proof of claim against the estate of Delphi Corporation in the amount of $2,044,593,402.77 (the "Senior Bond Claim").

NY-723198 v1

- 2 -

2.  By the Fortieth Omnibus Claims Objection, Delphi Corporation and its affiliated debtors in these jointly administered chapter 11 cases (collectively, the "Debtors") appear to seek entry of an order <u>allowing</u> the Senior Bond Claim in the amount of $2,044,593,402.77, as filed.

3.  WTC has no objection to allowance of the Senior Bond Claim in the amount of $2,044,593,402.77 and otherwise expressly reserves all of its rights in connection with the proof, allowance and payment of the Senior Bond Claim.

Dated: New York, New York
       January 14, 2010

                                      K&L GATES LLP

                                      By:  */s/ Edward M. Fox*
                                          Edward M. Fox (EF1619)
                                          A Member of the Firm
                                    Attorneys for Wilmington Trust Company, as
                                    Indenture Trustee
                                    599 Lexington Avenue
                                    New York, New York  10022
                                    (212) 536-3900