UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al                    Case No. 05-44481 (RDD)
                                             Chapter 11 proceeding

          Debtor.                            [Jointly Administered]
_____/


# WITHDRAWAL OF MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE TO CONTRACT COUNTERPARTY WITH MULTIPLE ADDRESSES OF TRANSMITTAL OF CURE AMOUNT NOTICE

NOW COMES MacArthur Corporation and it hereby withdraws its Objection to Debtor's Notice to Contract Counterparty with Multiple Addresses of Transmittal of Cure Amount Notice [Docket No. 11768].


Dated: January 13, 2010            /s/ Thomas Barrett
                                   Thomas Barrett
                                   MacArthur Corporation
                                   3190 Tri-Park Drive
                                   Grand Blanc MI 48439
                                   (810) 606-1777


F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Withdrawal of Objection to Cure Amount 11768.wpd