UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al                    Case No. 05-44481 (RDD)
                                             Chapter 11 proceeding

        Debtor.                              [Jointly Administered]
_____/


**WITHDRAWAL OF MACARTHUR CORPORATION'S OBJECTION TO DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION**

   NOW COMES MacArthur Corporation and it hereby withdraws its Objection to Debtor's Notice of Cure Amount with Respect to Executory Contract to be Assumed and Assigned Under Plan of Reorganization [Docket No. 12444].


Dated: January 13, 2010                /s/ Thomas Barrett
                                       Thomas Barrett
                                       MacArthur Corporation
                                       3190 Tri-Park Drive
                                       Grand Blanc MI 48439
                                       (810) 606-1777

F:\APPS\DMH\M\MacArthur Corp\Delphi\Pleadings\Withdrawal of Objection to Cure Amount 12444.wpd