MORGAN, LEWIS & BOCKIUS LLP                           Hearing Date: January 21, 2010
Attorneys for Hitachi Chemical (Singapore) Pte. Ltd.  Hearing Time: 10:00 a.m.
101 Park Avenue
New York, New York  10178
(212) 309-6000
Menachem O. Zelmanovitz
Robert M. Scannell

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
                                                       :
                                                       :    Chapter 11
    In re                                              :
                                                       :    Case No. 05-44481 (RDD)
DPH HOLDINGS CORP., et al.,                            :
                                                       :    (Jointly Administered)
                                                       :
        Reorganized Debtors.                           :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I, Robert M. Scannell, do hereby certify that I am, and at all times during the service was, not less than 18 years of age and not a party to the matter concerning which service was made. I further certify that on January 14, 2010, I caused a true and correct copy of the **RESPONSE OF HITACHI CHEMICAL (SINGAPORE) PTE. LTD. TO REORGANIZED DEBTORS' FORTIETH OBJECTION TO CLAIMS** (Docket # 19311) to be served via e-mail and CM/ECF transmission, and with a hardcopy delivered by Federal Express on:

Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois  60606

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois  60606

John K. Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois  60606

DB1/64228070.1

   I further certify that on January 14, 2010, I caused the same to be served by facsimile and Federal Express on:

President
DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098

   I further certify that on January 14, 2010, I caused the same to be served upon all interested parties in this action via CM/ECF transmission.

   I further certify that on January 14, 2010 I had a copy delivered to the chambers of The Honorable Robert D. Drain United States Bankruptcy Judge United States Bankruptcy Court Southern District of New York 300 Quarropas Street, Courtroom 118 White Plains, New York 10601-4140.

Dated: January 14, 2010

                /s/ Robert M. Scannell
                Robert M. Scannell

DB1/64228070.1