UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
:
    In re                                     :          Chapter 11
:
DPH HOLDING CORP, et al       :          Case No. 05-44481 (RDD)
:
    Reorganized Debtors         :          (Jointly administered)
:
:
:
:
-------------------------------------------------------x

## CREDITOR TWIN CORPORATION'S RESPONSE TO DEBTOR'S NOTICE OF OBJECTION TO CLAIM

1. **Title of the Claim Objection**: Reorganized Debtors' Fortieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain (A) Books and Records Claims, (B) Fully Satisfy Claims, and (C) Objected-to Claims to be Disallowed, (II) Modify and Allow Certain (A) Partially Satisfied Claims, (B) Claims to be Further Modified, (C) Objected-to Claim to be Modified and Allowed, and (III) Allow Certain Claims.

2. **Name of Claimant:** Twin Corporation.

3. **Brief Description of the Basis for the Claim:** Goods sold on account to Debtor pre-petition.

4. **Reason Why the Claim Should Not Be Disallowed or Expunged**: Creditor Twin Corporation properly filed a proof of claim with the court setting forth the debt owed as $56,537.23. Further, Twin Corporation attached the account statements showing the balance owed by Debtor as $56,537.23. All of the goods identified in the statements for services attached to the proof of claim were delivered and Creditor received no complaint of defect regarding said goods.

5. **The Amount of the Claim that is Contingent or Unliquidated**: None.

6. **The Address to Which the Debtor Must Reply to the Response**:

    Dennis M. Haley
    Winegarden Haley Lindholm & Robertson, PLC
    G-9460 S. Saginaw Street, Ste A
    Grand Blanc MI 48439

January 14, 2010                                    /s/ Dennis M. Haley
                                                    Winegarden Haley Lindholm &
                                                    Robertson, PLC
                                                    G-9460 S. Saginaw Street, Ste A
                                                    Grand Blanc MI 48439