THOMPSON HINE LLP
An Ohio Limited Liability Partnership
Lauren McEvoy (4635751)
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Lauren.McEvoy@thompsonhine.com
212.344.5680 (telephone)
212.344.6101 (facsimile)

    and

Lawrence T. Burick (0010404)
10 West Second Street
2000 Courthouse Plaza N.E.
Dayton, Ohio  45402-1758
Phone:  937.443.6625
Fax No.:  937.443.6635
larry.burick@thompsonhine.com

Special Counsel to Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
|     Debtors | : | (Jointly administered) |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 15, 2010, I served the Seventh Interim and Final Fee Application of Thompson Hine LLP as Special Counsel for intellectual property matters for Debtors for interim and final court approval, allowance and payment of compensation for services rendered and expenses advanced from October 1, 2007 through January 25, 2008, with exhibits, and for Final Approval and Payment of all Fees and Expenses from October 8, 2005

through January 25, 2008 ("Seventh Application") by overnight mail upon the following Notice

Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc.

#869):

    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    (Att'n: David M. Sherbin, Esq., General Counsel)

    Fee Committee Member
    Delphi Corporation
    5725 Delphi Drive
    Troy, MI 48098
    (Att'n:  John D. Sheehan, V.P. & Chief Restructuring Officer)

    Fee Committee Member
    GE Plastics, Americas
    9930 Kincey Avenue
    Huntersville, NC. 28078
    (Att'n:  Valeria Venable, GE Plastics, Americas Credit Manager)

    Fee Committee
    Legal Cost Control, Inc.
    255 Kings Highway East
    Haddonfield, NJ 08033
    (Att'n:  Joe Sykes)

    Counsel to the Debtors
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (Att'n: John Wm. Butler, Jr., Esq.)

    Counsel for the agent under the Debtors' prepetition credit facility
    Simpson Thacher & Bartlett LLP
    425 Lexington Avenue
    New York, New York 10017
    (Att'n:  Marissa Wesley, Esq.)

Counsel for the agent under the Debtors' postpetition credit facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Att'n: Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors ("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
(Att'n: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
(Att'n:  Alicia M. Leonhard, Esq.)

/s/ Lawrence T. Burick
Lawrence T. Burick (#0010404)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorney for Thompson Hine LLP,
Special Counsel to Debtors

522811.1