D. Bradley Young

SANYO Electronic Device (USA) Corporation

2055 Sanyo Avenue

San Diego, CA 92154

(619) 661-4134

(619) 661-4107

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>DELPHI CORPORATION, et al.,<br>　　　　Debtors. | Chapter 11<br>Case No.: 05-44481 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF OBJECTION OF SANYO ELECTRONIC DEVICE (USA) CORPORATION WITH RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR <u>ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION</u>

SANYO Electronic Device (USA) Corporation ("SANYO"), by and through its undersigned counsel, based upon representations made concerning payments to be made to SANYO, hereby withdraws its objection docketed at D.I. 12375.

Dated this 13th day of January 2010

Respectfully submitted,

*[signature]*
D. Bradley Young, Esq.

*[RECEIVED JAN 14 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK stamp]*

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2010, I served the following document upon the parties indicated on the attached service list via federal express, priority overnight mail:

*Notice of Withdrawal of Objection of Sanyo Electronic Device (USA) Corporation with Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization*

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green
Room 632
New York, New York 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John K. Lyons
        Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   Kayalyn Marafioti
        Gregory Fox
Four Times Square
New York, New York 10036

Davis Polk & Wardell
Attn:   Donald Bernstein
        Brian Resnick
450 Lexington Avenue
New York, New York 10017

Latham & Watkins LLP
Attn:   Robert J. Rosenberg
        Mark A. Broude
885 Third Avenue
New York, New York 10022

Cadwalader, Wickersham & Taft LLP
Attn:   John J. Rapisardi
        Oren B. Haker
One World Financial Center
New York, New York 10007

United States Department of Justice
Attn:   Matthew Schwartz
        Joseph Cordaro
86 Chambers Street, 3rd Floor
New York, New York 10007

Weil, Gotshal & Manges LLP
Attn:   Jeffrey Tanenbaum
        Robert Lemons
767 Fifth Avenue
New York, New York 10153

Schulte Roth & Zabel LLP
Attn:   Adam C. Harris
        David J. Karp
919 Third Avenue
New York, New York 10022

Office of the United States Trustee for the Southern District of New York
Attn:   Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York 10004

_____
Maria Sarda, Paralegal