**Hearing Date: January 21, 2010**
                                    **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
  In re                                        :     Chapter 11
                                                :
DPH HOLDINGS CORP., et al.,          :     Case No. 05-44481 (RDD)
                                                :
                  Reorganized Debtors.  :     (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTY-FIRST OMNIBUS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New
                                     York, 300 Quarropas Street, Room 118, White Plains, New York
                                     10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-First Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (5 Matters)

    D.    Contested Matters (None)

    E.    Adversary Proceedings (2 Matters)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**∗

    See footnote.

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

    1.  **" Fortieth Omnibus Claims Objection"** - Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (Docket No. 19222)

    *Responses filed:*    *Response Of Hitachi Chemical (Singapore) Pte. Ltd. To Reorganized Debtors' Fortieth Objection To Claims (Docket No. 19311)*

    *Response Of Wilmington Trust Company, As Indenture Trustee To Fortieth Omnibus Claims Objection (Docket No. 19312)*

---

∗  Motions found at the following docket numbers that appeared on previous Proposed Omnibus Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. Sections 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Debtors' Motion for an Order Authorizing the Examination of, and Directing, Barclays Bank PLC, to Produce Documents Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docket No. 3823]; Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912]; ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No. 6990]; and Furukawa Administrative Expenses Motion [Docket No. 18706]. In addition, the following adversary proceedings have also been withdrawn from the agenda and would need to be re-noticed to be reinstated on a future Proposed Omnibus Hearing Agenda: National Union Fire Insurance Company Of Pittsburgh, Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement; and Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

|  |  |
|---|---|
|  | *Skokie Castings, Inc.'s Response To Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (Docket No. 19317)* |
|  | *Creditor Twin Corporation's Response To Debtor's Notice Of Objection To Claim (Docket No. 19318)* |
|  | *Precautionary Response of UPG de MEXICO S de RL de CV to Debtors' Fortieth Omnibus Claim Objection (Docket No. 19327)* |
|  | *Response of Goodyear Canada Inc. to the Debtors' Fortieth Omnibus Objection to Modify and Allow Certain Claims to be Further Modified (Claim No. 7325) (Docket No. 19328)* |
|  | *Response of Deutsche Bank Securities Inc. to Reorganized Debtors' Fortieth Omnibus Objection as it Relates to Proof of Claim No. 14664 (Docket No. 19329)* |
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

2. **"Forty-First Omnibus Claims Objection"** - Reorganized Debtors' Forty-First Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (A) Severance Claims And (B) Books And Records Claims Asserting Administrative Expenses (Docket No. 19223)

3

|   |   |
|---|---|
| *Responses filed:* | Shanghai Inteva Automotive Door Systems Company, Ltd.'s Response To Reorganized Debtors' Forty-First Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Federal Rule Of Bankruptcy Procedure 3007 To Expunge Certain (A) Severance Claims And (B) Books And Records Claims Asserting Administrative Expenses (Docket No. 19309) |
| *Reply filed:* | An omnibus reply will be filed. |
| *Related filings:* | None. |
| *Status:* | The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089). |

3. **"Groom Law Group's Motion for Enlargement of Time"** - Motion For Enlargement Of Time To File The Final Fee Application Of Groom Law Group, Chartered (Docket No. 19292)

|   |   |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | None. |
| *Status:* | The hearing with respect to this matter will be proceeding. |

4. **"O'Melveny & Myers LLP's Motion for Enlargement of Time"** - Motion For Enlargement Of Time To File The Seventh And Final Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 19297)

|   |   |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | None. |
| *Status:* | The hearing with respect to this matter will be proceeding. |

    5. **"Enlargement of Time for Professionals to File Final Requests for Payment of Professional Claims Motion"** - Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)

| | |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | None. |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.**    **Contested Matters**

    None.

**E.**    **Adversary Proceedings**

    6. **"ACE American Insurance and Pacific Insurance Company Summary Judgment Motion"** - Plaintiffs ACE American Insurance Company And Pacific Employers Insurance Company's Motion For Summary Judgment (Adv. Pro. No. 09-01510) (Adv. Pro. Docket No. 38)

| | |
|---|---|
| *Responses filed:* | None. |
| *Reply filed:* | None. |
| *Related filings:* | *Letter by Lewis R. Olshin re: Request For A Pre-Motion Conference Under Local Bankruptcy Rule 7056-1 (Adv. Pro. Docket No. 21)* |
| | *Notice Of Plaintiffs ACE American Insurance Company And Pacific Employers Insurance Company's Motion For Summary Judgment (Adv. Pro. Docket No. 37)* |
| | *Plaintiffs ACE American Insurance Company And Pacific Employers Insurance Company's Statement Of Undisputed Material Facts Pursuant To Rule 7056-1 Of The Local Rules For The United State Bankruptcy Court For The Southern District Of New York (Adv. Pro. Docket No. 39)* |
| | *Plaintiffs ACE American Insurance Company And Pacific Employers Insurance Company's* |

5

|  |  |
|---|---|
|  | *Memorandum Of Law In Support Of Motion For Summary Judgment  (Adv. Pro. Docket No. 40)* |
|  | *Plaintiffs ACE American Insurance Company And Pacific Employers Insurance Company's Statement Of Undisputed Material Facts Pursuant To Rule 7056-1 Of The Local Rules For The United States Bankruptcy Court For The Southern District Of New York (Docket No. 41)* |
| *Status:* | *The hearing with respect to this matter has been tentatively rescheduled for a hearing to be conducted on February 1, 2010 for the reasons set forth on the record on January 12, 2010.* |

7.  **"Michigan Defendants' Joint Motion to Stay Order and Adversary Proceeding, Pending Appeal"** – Joint Motion Of State Of Michigan Workers' Compensation Agency And Funds Administration To Stay Order And Adversary Proceeding Pending Appeal (Adv. Pro. No. 09-01510) (Adv. Pro. Docket No. 62)

| | |
|---|---|
| *Responses filed:* | *A response will be filed.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Complaint For Declaratory Judgment (Adv. Pro. Docket No. 1)* |
|  | *Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention (Adv. Pro. Docket No. 15)* |
|  | *Notice Of Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention ( Adv. Pro. Docket No. 16)* |
|  | *Defendants Michigan Workers' Compensation Agency And Michigan Funds Administration Joint Memorandum Of Law In Support Of Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, Abstention  (Adv. Pro. Docket No. 17)* |
|  | *Certification Of Records Michigan Workers' Compensation Agency Records (Adv. Pro. Docket No. 18)* |
|  | *Letter By Susan Przekop-Shaw Re: Exhibit C In Support Of Defendants Michigan Workers' Compensation Agency And Michigan Funds* |

6

*Administration Joint Memorandum Of Law In Support Of Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, Abstention (Adv. Pro. Docket No. 20)*

*Stipulation And Order Regarding Briefing On Motion To Dismiss Of Defendants Michigan Workers' Compensation Agency And State Of Michigan Funds Administration (Adv. Pro. Docket No. 23)*

*(I) Answer To Complaint And (II) Counterclaims And Crossclaim By DPH Holdings Corp. (Formerly Known As Delphi Corporation) (Adv. Pro. Docket No. 26)*

*Plaintiff's Brief In Opposition To Motion To Dismiss Of State Of Michigan Workers' Compensation Insurance Agency And State Of Michigan Funds Administration (Adv. Pro. Docket No. 28)*

*Declaration Of Lewis R. Olshin ( Adv. Pro. Docket No. 29)*

*Memorandum Of DPH Holdings Corp. (Formerly Delphi Corporation) In Opposition To Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention (Adv. Pro. Docket No. 30)*

*Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Amended Motion To Dismiss Plaintiff's Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim, Lack Of Jurisdiction, And In The Alternative, For Abstention (Adv. Pro. Docket No. 43)*

*Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Amended Motion To Dismiss Plaintiff's Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim, Lack Of Jurisdiction, And In The Alternative, For Abstention (Adv. Pro. Docket No. 44)*

*Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Reply To Memorandum Of DPH Holdings Corp. (Formerly Delphi Corporation) In Opposition To Defendants Michigan Workers' Compensation*

*Agency's And Michigan Funds Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention (Adv. Pro. Docket No. 45)*

*Joint Reply To Plaintiffs' Brief In Opposition To Motion To Dismiss Of State Of Michigan Workers' Compensation Agency And State Of Michigan Funds Administration (Adv. Pro. Docket No. 46)*

*Plaintiffs' Reply To Memorandum Of DPH Holdings Corp. (Formerly, Delphi Corporation) In Opposition To Defendants Michigan Workers' Compensation Agency's And Michigan Fund Administration's Joint Motion To Dismiss For Lack Of Jurisdiction And In The Alternative, For Abstention (Adv. Pro. Docket No. 51)*

*Corrected Joint Reply To Plaintiffs' Brief In Opposition To Motion To Dismiss Of State Of Michigan Workers' Compensation Agency And State Of Michigan Funds Administration (Adv. Pro. Docket No. 53)*

*Plaintiffs' Brief In Response To The (I) Joint Reply And (II) Amended Motion To Dismiss Of State Of Michigan Workers' Compensation Agency And State Of Michigan Funds Administration (Adv. Pro. Docket No. 54)*

*Declaration Of Lewis R. Olshin In Support Of Plaintiffs' Response of ACE American Insurance Company (Adv. Pro. Docket No. 55)*

*Supplemental Memorandum Of DPH Holdings Corp. (Formerly Delphi Corporation) In Opposition To Defendants Michigan Workers' Compensation Agency's And Michigan Funds Administration's Joint Amended Motion To Dismiss Plaintiff's Adversary Complaint And DPH Holdings Crossclaim For Failure To State A Claim, Lack Of Jurisdiction, And In The Alternative, For Abstention (Adv. Pro. Docket No. 57)*

*Transcript Regarding Hearing Held on 1/8/2010 at 2:19 p.m. (Image Not Available) (Adv. Pro. Docket No. 61)*

*Status:*    *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
January 20, 2010

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr.
   John K. Lyons
   Albert L. Hogan III
   Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
   Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors