**Hearing Date: January 21, 2010**
                                                    **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
  In re                                      :     Chapter 11
                                                    :
DPH HOLDINGS CORP., et al.,           :     Case No. 05-44481 (RDD)
                                                    :
                  Reorganized Debtors.  :     (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED TWENTY-NINTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                      300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Twenty-Ninth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (None)

    D.    Contested Matters (1 Matter)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **CSX Transportation Motion To Compel** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

        *Responses filed:*    None.

        *Reply filed:*    None.

        *Related filings:*    None.

        *Status:*    *This matter has been adjourned to the February 25, 2010 claims hearing.*

**C.**    **Uncontested, Agreed, Or Settled Matters**

    None.

**D.**    **Contested Matters**

    2.    **"Sufficiency Hearing Regarding Claims Of Sharyl Y. Carter"** - Sufficiency Hearing Regarding Claims Of Sharyl Y. Carter As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response Of Sharyl Y. Carter To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18457)* |
| | *Sharyl Y. Carter Supplemental Response And Reply For Proof Of Claim Nos. 16849 And 16852 (Docket No. 19197)* |
| *Reply filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Sharyl Y. Carter To Debtors' Objections To Proofs Of Claim Nos. 16849 And 16850 Filed By Sharyl Y. Carter (Docket No. 19161)* |
| | *Reorganized Debtors' Second Supplemental Reply to Response of Sharyl Y. Carter to Debtors' Objection to Proof of Claim Number 16850 Filed by Sharyl Y. Carter (Docket No. 19303)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number 16850 Filed By Sharyl Y. Carter (Docket No. 19243)* |

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Proof Of Claim Number 16849 Filed By Sharyl Yvette Carter Identified In The Thirty-Fourth Omnibus Claims Objection (Docket No. 19272)*

*Status:*   *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
January 20, 2010

      SKADDEN, ARPS, SLATE, MEAGHER
        & FLOM LLP

By: /s/  John Wm. Butler, Jr.
   John Wm. Butler, Jr.
   John K. Lyons
   Albert L. Hogan III
   Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

By: /s/  Kayalyn A. Marafioti
   Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors