**Hearing Date: January 21, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF FORTY-FIRST
OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
TO EXPUNGE CERTAIN (A) SEVERANCE CLAIMS AND (B) BOOKS AND RECORDS
CLAIMS ASSERTING ADMINISTRATIVE EXPENSES

("REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF
FORTY-FIRST OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors") hereby submit this Omnibus Reply In Support Forty-First Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (A) Severance Claims And (B) Books And Records Claims Asserting Administrative Expenses (the "Forty-First Omnibus Claims Objection" or the "Objection"),[1] and respectfully represent as follows:

1.    The Reorganized Debtors filed the Forty-First Omnibus Claims Objection on December 21, 2009, seeking entry of an order an order pursuant to section 503(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging certain Administrative Claims because (a) they were filed by former employees asserting liabilities for severance payments and the holders of such Administrative Claims have been paid their severance in full or (b) they assert liabilities and dollar amounts that are not reflected on the Reorganized Debtors' books and records.[2]

2.    The Reorganized Debtors sent to each claimant whose proof of administrative expense is subject to an objection pursuant to the Forty-First Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of administrative expense that is subject to an objection and the basis for such objection.  Responses to the Forty-First Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on January 14, 2010.

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Forty-First Omnibus Claims Objection.

[2]    Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and records.

3.    As of January 19, 2010 at 6:00 p.m. (prevailing Eastern time), the Debtors had received one response (the "Response") to the Forty-First Omnibus Claims Objection, covering one Administrative Claim.  Attached hereto as <u>Exhibit A</u> is a chart summarizing the Response and listing the Administrative Claim for which the Response was filed.  Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims (Docket No. 6089) entered on December 6, 2006 (the "Claims Objection Procedures Order") and the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims entered on October 22, 2009 (Docket No. 18998) (the "Administrative Claims Objection Procedures Order"), the hearing with respect to the Administrative Claim covered by the Response will be adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the disposition of each such Administrative Claim.

4.    Attached hereto as <u>Exhibit B</u> is a revised proposed order (the "Revised Proposed Order")[3] in respect of the Forty-First Omnibus Claims Objection which reflects the adjournment of the hearing regarding the Administrative Claim for which the Response was filed.  Such adjournment will be without prejudice to the Reorganized Debtors' right to assert that the Response was untimely or otherwise deficient under the Claims Objection Procedures Order or the Administrative Claims Objection Procedures Order.

---

[3]    Attached hereto as <u>Exhibit C</u> is a copy of the Revised Proposed Order marked to show revisions to the form of proposed order that was submitted with the Forty-First Omnibus Claims Objection.

5.      In addition to the Response, the Reorganized Debtors also received informal letters, e-mails, and telephone calls from various parties questioning the relief requested in the Forty-First Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto (the "Informal Responses").  The Reorganized Debtors believe that all the concerns expressed by the Informal Responses have been adequately resolved.

6.      Except for those Administrative Claim with respect to which the hearing has been adjourned to a future date, the Reorganized Debtors believe that the Revised Proposed Order adequately addresses the issues raised by the respondent.  Thus, the Reorganized Debtors request that this Court grant the relief requested by the Reorganized Debtors and enter the Revised Proposed Order.

WHEREFORE the Reorganized Debtors respectfully request that this Court (a) enter the Revised Proposed Order, (b) adjourn the hearing with respect to the Administrative Claim for which the Response was filed pursuant to the Claims Objection Procedures Order and the Administrative Claims Objection Procedures Order, and (c) grant the Reorganized Debtors such other and further relief as is just.

Dated:    New York, New York
          January 20, 2010

                                  SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP

                                  By:   /s/ John Wm. Butler, Jr.
                                      John Wm. Butler, Jr.
                                      John K. Lyons
                                      Ron E. Meisler
                                  155 North Wacker Drive
                                  Chicago, Illinois 60606

                                      - and -

                                  By:   /s/ Kayalyn A. Marafioti
                                      Kayalyn A. Marafioti
                                  Four Times Square
                                  New York, New York 10036

                                  Attorneys for DPH Holdings Corp., et al.,
                                      Reorganized Debtors

# Exhibit A

**Exhibit A**

**In re DPH Holdings Corp., et al., Case No. 05-44481 (RDD)**

*Responses To The Reorganized Debtors' Forty-First Omnibus Claims Objection (the "Objection")*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Shanghai Inteva Automotive Door Systems, Ltd. (Docket No. 19309) | 19139 | Shanghai Inteva Automotive Door Systems, Ltd. f/k/a Shanghai Delphi Automotive Door Systems, Ltd ("SDADS"), disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense no. 19139.  SDADS asserts that its timely filed claim serves as prima facie evidence of the validity and amount of the claim. | Books And Records Claims | Adjourn |

---

[1]    This chart reflects all Responses received by the Reorganized Debtors as of January 20, 2010 at 12:00 p.m. (prevailing Eastern time).

[2]    This chart reflects all resolutions or proposals as of January 20, 2010 at 12:00 p.m. (prevailing Eastern time).

# Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

        In re                      :      Chapter 11
                                    :

DPH HOLDINGS CORP., et al.,     :      Case No. 05-44481 (RDD)
                                    :

           Reorganized Debtors.    :      (Jointly Administered)
                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
TO EXPUNGE CERTAIN (A) SEVERANCE CLAIMS AND (B) BOOKS
AND RECORDS CLAIMS ASSERTING ADMINISTRATIVE EXPENSES

("FORTY-FIRST-OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Forty-First Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And

Fed. R. Bankr. P. 3007 To Expunge Certain (A) Severance Claims And (B) Books And Records

Claims Asserting Administrative Expenses (the "Forty-First Omnibus Claims Objection")[1] of

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned

cases (collectively, the "Reorganized Debtors"), dated December 21, 2009; and upon the record

of the hearing held on the Forty-First Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Forty-First Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim for an administrative expense under section 503(b)(1) of the Bankruptcy Code (each, an "Administrative Claim") listed on Exhibits A and B hereto was properly and timely served with a copy of the Forty-First Omnibus Claims Objection, a personalized Notice Of Objection To Claim, the proposed order granting the Forty-First Omnibus Claims Objection, and notice of the deadline for responding to the Forty-First Omnibus Claims Objection. No other or further notice of the Forty-First Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Forty-First Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334. The Forty-First Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of these cases and the Forty-First Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The Administrative Claims listed on Exhibit A are Administrative Claims filed by former employees of the Debtors asserting liabilities for severance payments that have already been satisfied in full (the "Severance Claims").

D.    The Administrative Claims listed on Exhibit B are Administrative Claims that assert liabilities and dollar amounts for which the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books and records (the "Books and Records Claims").

E.    Exhibit D hereto sets forth each of the Administrative Claims referenced on Exhibits A and B in alphabetical order by claimant and cross-references each such Administrative Claim by (i) proof of administrative expense number and (ii) basis of objection.

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each Severance Claim listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.

2.    Each Books and Records Claim listed on Exhibit B hereto is hereby disallowed and expunged in its entirety.

3.    With respect to the Administrative Claim for which a Response to the Forty-First Omnibus Claims Objection has been filed and served, as listed on Exhibit C, and which Response has not been resolved by the parties, the hearing regarding the objection to such Administrative Claim shall be adjourned to a future date to be noticed by the Reorganized Debtors consistent with and subject to the Claims Objection Procedures Order and the Administrative Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Reorganized Debtors' right to assert that the Response was untimely or otherwise deficient under the Claims Objection Procedures Order or the Administrative Claims Objection Procedures Order.

4.    Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Administrative Claims that are the subject of the Forty-First-Omnibus Claims Objection.

5.    This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Administrative Claims subject to the Forty-First Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

6.    Each of the objections by the Reorganized Debtors to each Administrative Claim addressed in the Forty-First Omnibus Claims Objection and attached hereto as Exhibits A

and <u>B</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This

order shall be deemed a separate order with respect to each Administrative Claim that is the

subject of the Forty-First Omnibus Claims Objection.  Any stay of this order shall apply only to

the contested matter which involves such Administrative Claim and shall not act to stay the

applicability or finality of this order with respect to the other contested matters covered hereby.

       7.     Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Supplemental Case Management Order.


Dated: New York, New York
      January ___, 2010



_____
    UNITED STATES BANKRUPTCY JUDGE

In re DPH Holdings Corp., et al.                                   Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BILLY RAY COLWELL | 19962 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,085.00<br><br>$7,085.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CHRISTINA KATHRYN LITTLE | 19959 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,195.00<br><br>$3,195.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| DAVID ALLEN SMITH | 19878 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $22,250.00<br><br>$22,250.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| DAVID G ERMER | 18231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,025.00<br><br>$20,025.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| DAVID R WALTERS | 17597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $32,250.00<br><br>$32,250.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DAVID SCOTT HODGES | 16878 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $89,250.00<br><br>$89,250.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| DAVID SCOTT HODGES | 18495 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $44,625.00<br><br>$44,625.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DONALD J ENZINNA | 17523 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,745.00<br><br>$25,745.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                          Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GARY L DAVIS | 19911 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,324.50<br><br>$10,324.50 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| GARY L ZENT | 19819 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,574.00<br><br>$23,574.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| GEORGE E BRAND | 17957 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $35,950.00<br><br>$35,950.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| GERTRAUD E ESLAIRE | 19583 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,520.00<br><br>$40,520.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| GERTRAUD E ESLAIRE | 19965 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,520.00<br><br>$40,520.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| HORACE SCRUGGS | 18260 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,520.00<br><br>$25,520.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| HORACE SCRUGGS | 20002 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,700.00<br><br>$14,700.00 | 11/02/2009 | DELPHI CORPORATION (05-44481) |
| JAMES DAVID TUCKER | 19980 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,287.50<br><br>$8,287.50 | 11/05/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                                    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAMES P STEIGER | 17704 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$30,960.00<br><br>$30,960.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| JEFFREY C SPENCER | 19171 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$35,700.00<br><br>$35,700.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JODIE M HOFF | 19961 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,935.00<br><br>$4,935.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| JOHN D FUNK | 19826 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$17,677.50<br><br>$17,677.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH R DOUGLASS | 19914 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$9,240.00<br><br>$9,240.00 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| KEITH A KOZLOWSKI | 19947 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$14,420.00<br><br>$14,420.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE J SPROCKETT | 19807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$36,877.50<br><br>$36,877.50 | 10/12/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE J SPROCKETT | 19871 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$36,877.50<br><br>$36,877.50 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                                    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINDA L FRITTS | 19948 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $15,992.50<br><br>$15,992.50 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| MARIE M NEY | 19912 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,900.00<br><br>$17,900.00 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| RANDALL HACHENSKI | 19876 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,187.05<br><br>$23,187.05 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND M AMARA | 18124 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $19,545.00<br><br>$19,545.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| RENEE L WAAG | 19839 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,052.00<br><br>$7,052.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD J GIBSON | 19915 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,780.50<br><br>$7,780.50 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT NELSON MINKLER | 19865 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,987.50<br><br>$14,987.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| ROY H GRIFFIN III | 19886 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,520.00<br><br>$8,520.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEVEN PHILLIP NEIMAN | 17930 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $33,750.00<br><br>$33,750.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN A LOCKHART | 18132 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,740.00<br><br>$25,740.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS C BYRNE | 18416 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $31,450.00<br><br>$31,450.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| TODD JAMMER | 19829 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,750.00<br><br>$18,750.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| VICTOR MENDEZ | 19892 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,302.50<br><br>$17,302.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| Total: | 37 | | $872,465.55 | | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                                    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ABEAM CONSULTING USA LTD<br>8445 FREEPORT PKWY STE 525<br>IRVING, TX 75063 | 18531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$12,730.00<br><br>$12,730.00 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| ABILITY WORKS INC<br>ATTN LEE ALDERMAN<br>PO BOX 1698<br>JACKSON, MS 39215-1698 | 17720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$13,237.67<br><br>$13,237.67 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| BONNIE THIELE<br>1903 MEADOWLARK DR<br>JANESVILLE, WI 56546-1408 | 17325 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| BRANDENBURG INDUSTRIAL SERVICES<br>COLLEEN E MCMANUS<br>MUCH SHELIST DENENBERG<br>AMENT & RUBENSTEIN PC<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | 17055 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$392,597.38<br><br>$392,597.38 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| BURNS & MCDONNELL INC<br>ATTN PAUL SINCLAIR<br>C O POLSINELLI SHUGHART PC<br>120 W 12TH ST<br>KANSAS CITY, MO 64105 | 18536 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$123,798.21<br><br>$123,798.21 | 07/13/2009 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| BURNS & MCDONNELL, INC<br>ATTN PAUL SINCLAIR<br>POLSINELLI SHUGHART PC<br>120 W 12TH ST<br>KANSAS CITY, MO 64105 | 17154 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$123,798.21<br><br>$123,798.21 | 07/01/2009 | DELPHI CORPORATION<br>(05-44481) |
| C & N MANUFACTURING INC<br>33722 JAMES J POMPO DR<br>FRASER, MI 48026 | 17509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$17,962.00<br><br>$17,962.00 | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHUN CHANG<br>PARKLAND DESIGN CORP<br>1405 LYELL AVE<br>ROCHESTER, NY 14606 | 17884 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,510.90<br><br>$20,510.90 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| COLUMBIA MARKING TOOLS<br>27430 LUCKINO DR<br>CHESTERFIELD, MI 48047 | 17079 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,095.00<br><br>$1,095.00 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| COMAIRCO EQUIPMENT<br>240 FRENCH RD<br>BUFFALO, NY 14227 | 17077 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $150.00<br><br>$150.00 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| CUSTOM SERVICE SOLUTIONS INC<br>18 EFNER DR<br>HILTON, NY 14468 | 17843 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,287.00<br><br>$5,287.00 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| CYLINDER SERVICE INC<br>900 MAPLE ST<br>ROCHESTER, NY 14611 | 17068 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,924.27<br><br>$4,924.27 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| DAVID L PERKINS<br>PO BOX 2016<br>LAWRENCEVILLE, GA 30046 | 17716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $500.00<br><br>$500.00 | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| DAYTON CAPSCREW CORP<br>5747 WEBSTER ST<br>DAYTON, OH 45414 | 16963 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $425.81<br><br>$425.81 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                      Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ENGINEERED SYSTEMS INC<br>23900 HAGGERTY RD<br>FARMINGTON HILLS, MI 48335-2618 | 18010 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION<br>(05-44481) |
| ERATECH ENVIRONMENTAL INC<br>ATTN DOUG KOHNEN<br>3508 WILMINGTON PIKE<br>KETTERING, OH 45429 | 17047 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $697.50<br>$697.50 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| FANUC ROBOTICS AMERICA INC<br>ATTN M VALLIERES<br>3900 W HAMLIN RD<br>ROCHESTER HILLS, MI 48309-3253 | 17688 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $348.00<br>$348.00 | 07/08/2009 | DELPHI CORPORATION<br>(05-44481) |
| FESSLER & BOWMAN INC<br>4099 EAGLES NEST CT<br>FLUSHING, MI 48433 | 17194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $139,971.58<br>$139,971.58 | 07/01/2009 | DELPHI CORPORATION<br>(05-44481) |
| JESCO PRODUCTS CO INC<br>6592 ARROW DR<br>STERLING HEIGHTS, MI 48314 | 17076 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $4,829.94<br>$4,829.94 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| JMR SYSTEMS INC<br>42 E DERRY RD<br>DERRY, NH 03038-1658 | 16884 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2009 | DELPHI CORPORATION<br>(05-44481) |
| KEYSTONE COMPONENTS INC<br>MIKE<br>1960 CASE PKWY SOUTH<br>TWINSBURG, OH 44087 | 17404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $431.00<br>$431.00 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |

\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                      Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAUREL MACHINE & FOUNDRY CO<br>PO DRAWER 1049<br>LAUREL, MS 39441 | 17026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $366.25<br>$366.25 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| LOMAR MACHINE & TOOL CO<br>ATTN BARBARA GEISMAN<br>135 MAIN ST<br>HORTON, MI 49246 | 17224 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $17,103.40<br>$17,103.40 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MARKETWIRE INC<br>100 N SEPULVEDA BLVD STE 300<br>EL SEGUNDO, CA 90245-5656 | 17468 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,972.00<br>$3,972.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| METFORM INC<br>RAY BURBEE<br>467 F WARDS CORNER RD<br>LOVELAND, OH 45140 | 16916 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,235.00<br>$6,235.00 | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL BRUEWER<br>103 S 5TH ST<br>MIAMISBURG, OH 45342 | 17710 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $500,000.00<br>$500,000.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| NEWCOMB SPRING CORP DBA RESORTES NEWCOMB<br>DAVID DUBROW CONTROLLER<br>5408 PANOLA INDUSTRIAL BLVD<br>DECATUR, GA 30035 | 16883 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $780.00<br>$780.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| NORBERT J SHAY DMD<br>150 NEWTON ST<br>BROOKLINE, MA 02445 | 17638 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,250.00<br>$1,250.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OHIO INDUSTRIAL SUPPLY INC<br>1220 MARKET AVE S<br>CANTON, OH 44707 | 17590 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $287.97<br><br>$287.97 | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |
| ORTHO DESIGN INC<br>5710 DIXIE HWY<br>SAGINAW, MI 48601 | 17016 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,600.00<br><br>$20,600.00 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| PANALPINA MANAGEMENT LTD<br>AND PANALPINA INC<br>ATTN LAWRENCE SCHWAB<br>THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 19181 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,664,668.94<br><br>$9,664,668.94 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| PARKWAY PLASTICS INC<br>612 PARKWAY DR<br>W BRANCH, MI 48661 | 16920 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $33,066.70<br><br>$33,066.70 | 06/25/2009 | DELPHI CORPORATION<br>(05-44481) |
| PIEDMONT NATURAL GAS<br>COMPANY<br>BANKRUPTCY<br>4339 S TRYON ST<br>CHARLOTTE, NC 28217-1733 | 17729 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $81.59<br><br>$81.59 | 07/08/2009 | DELPHI CORPORATION<br>(05-44481) |
| PITTSFIELD OF INDIANA INC<br>PO BOX 1027<br>ANN ARBOR, MI 48106 | 16892 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,637.00<br><br>$1,637.00 | 06/26/2009 | DELPHI CORPORATION<br>(05-44481) |
| RJ STUCKEL CO INC<br>211 SEEGERS AVE<br>ELK GROVE VILLAGE, IL 60007 | 17023 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,800.00<br><br>$1,800.00 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-First Omnibus Claims Objection

## EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROCHESTER GAS & ELECTRIC CORPORATION 89 EAST AVE ROCHESTER, NY 14649 | 17196 | Secured: Priority: Administrative: Unsecured: Total: | $10,677.46 $10,677.46 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| SHARON H RICHARDSON MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN PO BOX 13187 JACKSON, MS 39236 | 19560 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 08/13/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHARON H RICHARDSON MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN PO BOX 13187 JACKSON, MS 39236 | 19569 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |
| SORALUCE HERMANOS SA ZONA INDUSTRIAL PO BOX 30 AZKOITIA GIPUZKOA, 20720 SPAIN | 17025 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TRANSPORTATION PO BOX 30648 LANSING, MI 48909 | 17027 | Secured: Priority: Administrative: Unsecured: Total: | $530.84 $530.84 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| SYNTECH ABRASIVES 8325 H ARROWRIDGE BLVD CHARLOTTE, NC 28273 | 17653 | Secured: Priority: Administrative: Unsecured: Total: | $4,721.00 $4,721.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| TRUEFIT SOLUTIONS INC 800 CRANBERRY WOODS DR STE 120 CRANBERRY TOWNSHIP, PA 16066 | 16889 | Secured: Priority: Administrative: Unsecured: Total: | $450.00 $450.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT B - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VISION ENGINEERING INC<br>JOSEPHINE IORIO<br>570 DANBURY RD<br>NEW MILFORD, CT 06776 | 17046 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,965.63<br><br>$1,965.63 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| WEILER WELDING COMPANY INC<br>324 E SECOND ST<br>DAYTON, OH 45402-172 | 17588 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,144.30<br><br>$1,144.30 | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |
| WENDLING SHEET METAL INC<br>2633 CARROLLTON RD<br>SAGINAW, MI 48604 | 17089 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,950.00<br><br>$8,950.00 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |

Total:     45                    $11,143,582.55

---

*     "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                                        **Forty-First Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - ADJOURNED BOOKS AND RECORDS CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SDADS SHANGHAI INTEVA<br>AUTOMOTIVE DOOR SYSTEMS<br>COMPANY LTD<br>DEREK L WRIGHT ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654 | 19139 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $238,474.30<br>$238,474.30 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| | **Total:** **1** | | **$238,474.30** | | |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19336   Filed 01/20/10   Entered 01/20/10 13:55:56   Main Document
Pg 26 of 34

Forty-First Omnibus Claims Objection

Exhibit D - Claimants And Related Administrative Claims Subject To Forty-First Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ABEAM CONSULTING USA LTD | 18531 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ABILITY WORKS INC | 17720 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BILLY RAY COLWELL | 19962 | EXHIBIT A - SEVERANCE CLAIMS |
| BONNIE THIELE | 17325 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BRANDENBURG INDUSTRIAL SERVICES | 17055 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BURNS & MCDONNELL INC | 18536 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BURNS & MCDONNELL, INC | 17154 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| C & N MANUFACTURING INC | 17509 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| CHRISTINA KATHRYN LITTLE | 19959 | EXHIBIT A - SEVERANCE CLAIMS |
| CHUN CHANG | 17884 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| COLUMBIA MARKING TOOLS | 17079 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| COMAIRCO EQUIPMENT | 17077 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| CUSTOM SERVICE SOLUTIONS INC | 17843 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| CYLINDER SERVICE INC | 17068 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DAVID ALLEN SMITH | 19878 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID G ERMER | 18231 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID L PERKINS | 17716 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DAVID R WALTERS | 17597 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID SCOTT HODGES | 16878 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID SCOTT HODGES | 18495 | EXHIBIT A - SEVERANCE CLAIMS |
| DAYTON CAPSCREW CORP | 16963 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DONALD J ENZINNA | 17523 | EXHIBIT A - SEVERANCE CLAIMS |
| ENGINEERED SYSTEMS INC | 18010 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ERATECH ENVIRONMENTAL INC | 17047 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| FANUC ROBOTICS AMERICA INC | 17688 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| FESSLER & BOWMAN INC | 17194 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GARY L DAVIS | 19911 | EXHIBIT A - SEVERANCE CLAIMS |
| GARY L ZENT | 19819 | EXHIBIT A - SEVERANCE CLAIMS |
| GEORGE E BRAND | 17957 | EXHIBIT A - SEVERANCE CLAIMS |
| GERTRAUD E ESLAIRE | 19583 | EXHIBIT A - SEVERANCE CLAIMS |
| GERTRAUD E ESLAIRE | 19965 | EXHIBIT A - SEVERANCE CLAIMS |
| HORACE SCRUGGS | 18260 | EXHIBIT A - SEVERANCE CLAIMS |
| HORACE SCRUGGS | 20002 | EXHIBIT A - SEVERANCE CLAIMS |
| JAMES DAVID TUCKER | 19980 | EXHIBIT A - SEVERANCE CLAIMS |
| JAMES P STEIGER | 17704 | EXHIBIT A - SEVERANCE CLAIMS |
| JEFFREY C SPENCER | 19171 | EXHIBIT A - SEVERANCE CLAIMS |
| JESCO PRODUCTS CO INC | 17076 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| JMR SYSTEMS INC | 16884 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| JODIE M HOFF | 19961 | EXHIBIT A - SEVERANCE CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19336   Filed 01/20/10   Entered 01/20/10 13:55:56   Main Document
Pg 27 of 34

Forty-First Omnibus Claims Objection

Exhibit D - Claimants And Related Administrative Claims Subject To Forty-First Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JOHN D FUNK | 19826 | EXHIBIT A - SEVERANCE CLAIMS |
| JOSEPH R DOUGLASS | 19914 | EXHIBIT A - SEVERANCE CLAIMS |
| KEITH A KOZLOWSKI | 19947 | EXHIBIT A - SEVERANCE CLAIMS |
| KEYSTONE COMPONENTS INC | 17404 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| LAUREL MACHINE & FOUNDRY CO | 17026 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| LAWRENCE J SPROCKETT | 19807 | EXHIBIT A - SEVERANCE CLAIMS |
| LAWRENCE J SPROCKETT | 19871 | EXHIBIT A - SEVERANCE CLAIMS |
| LINDA L FRITTS | 19948 | EXHIBIT A - SEVERANCE CLAIMS |
| LOMAR MACHINE & TOOL CO | 17224 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MARIE M NEY | 19912 | EXHIBIT A - SEVERANCE CLAIMS |
| MARKETWIRE INC | 17468 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| METFORM INC | 16916 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MICHAEL BRUEWER | 17710 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| NEWCOMB SPRING CORP DBA RESORTES NEWCOMB | 16883 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| NORBERT J SHAY DMD | 17638 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| OHIO INDUSTRIAL SUPPLY INC | 17590 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ORTHO DESIGN INC | 17016 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PANALPINA MANAGEMENT LTD AND PANALPINA INC | 19181 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PARKWAY PLASTICS INC | 16920 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PIEDMONT NATURAL GAS COMPANY | 17729 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PITTSFIELD OF INDIANA INC | 16892 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| RANDALL HACHENSKI | 19876 | EXHIBIT A - SEVERANCE CLAIMS |
| RAYMOND M AMARA | 18124 | EXHIBIT A - SEVERANCE CLAIMS |
| RENEE L WAAG | 19839 | EXHIBIT A - SEVERANCE CLAIMS |
| RICHARD J GIBSON | 19915 | EXHIBIT A - SEVERANCE CLAIMS |
| RJ STUCKEL CO INC | 17023 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ROBERT NELSON MINKLER | 19865 | EXHIBIT A - SEVERANCE CLAIMS |
| ROCHESTER GAS & ELECTRIC CORPORATION | 17196 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ROY H GRIFFIN III | 19886 | EXHIBIT A - SEVERANCE CLAIMS |
| SDADS SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY LTD | 19139 | EXHIBIT C - ADJOURNED BOOKS AND RECORDS CLAIM |
| SHARON H RICHARDSON | 19560 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| SHARON H RICHARDSON | 19569 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| SORALUCE HERMANOS SA | 17025 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| STATE OF MICHIGAN DEPARTMENT OF TRANSPORTATION | 17027 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| STEVEN PHILLIP NEIMAN | 17930 | EXHIBIT A - SEVERANCE CLAIMS |
| SUSAN A LOCKHART | 18132 | EXHIBIT A - SEVERANCE CLAIMS |
| SYNTECH ABRASIVES | 17653 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| THOMAS C BYRNE | 18416 | EXHIBIT A - SEVERANCE CLAIMS |
| TODD JAMMER | 19829 | EXHIBIT A - SEVERANCE CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19336   Filed 01/20/10   Entered 01/20/10 13:55:56   Main Document
Pg 28 of 34

Forty-First Omnibus Claims Objection

Exhibit D - Claimants And Related Administrative Claims Subject To Forty-First Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TRUEFIT SOLUTIONS INC | 16889 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| VICTOR MENDEZ | 19892 | EXHIBIT A - SEVERANCE CLAIMS |
| VISION ENGINEERING INC | 17046 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| WEILER WELDING COMPANY INC | 17588 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| WENDLING SHEET METAL INC | 17089 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |

# Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                In re                        :        Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                  :        Case No. 05-44481 (RDD)
                                            :
                Reorganized Debtors.         :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
TO EXPUNGE CERTAIN (A) SEVERANCE CLAIMS AND (B) BOOKS
AND RECORDS CLAIMS ASSERTING ADMINISTRATIVE EXPENSES

("FORTY-FIRST-OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Forty-First Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed.

R. Bankr. P. 3007 To Expunge Certain (A) Severance Claims And (B) Books And Records Claims

Asserting Administrative Expenses (the "Forty-First Omnibus Claims Objection")[1] of DPH

Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases

(collectively, the "Reorganized Debtors"), dated December 21, 2009; and upon the record of the

hearing held on the Forty-First Omnibus Claims Objection; and after due deliberation thereon;

and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim for an administrative expense under section 503(b)(1)

of the Bankruptcy Code (each, an "Administrative Claim") listed on Exhibits A and B hereto was

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Forty-First Omnibus Claims Objection.

properly and timely served with a copy of the Forty-First Omnibus Claims Objection, a personalized Notice Of Objection To Claim, the proposed order granting the Forty-First Omnibus Claims Objection, and notice of the deadline for responding to the Forty-First Omnibus Claims Objection.  No other or further notice of the Forty-First Omnibus Claims Objection is necessary.

       B.      This Court has jurisdiction over the Forty-First Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Forty-First Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Forty-First Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

       C.      The Administrative Claims listed on <u>Exhibit A</u> are Administrative Claims filed by former employees of the Debtors asserting liabilities for severance payments that have already been satisfied in full (the "Severance Claims").

       D.      The Administrative Claims listed on <u>Exhibit B</u> are Administrative Claims that assert liabilities and dollar amounts for which the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books and records (the "Books and Records Claims").

       E.      <u>Exhibit ~~C~~D</u> hereto sets forth each of the Administrative Claims referenced on <u>Exhibits A</u> and <u>B</u> in alphabetical order by claimant and cross-references each such Administrative Claim by (i) proof of administrative expense number ~~or schedule number~~ and (ii) basis of objection.

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

---

<em>(cont'd from previous page)</em>

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

2    DeltaView comparison of pcdocs://chisr01a/699964/7 and pcdocs://chisr01a/699964/8. Performed on 1/20/2010.

1.      Each Severance Claim listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.

2.      Each Books and Records Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

3.      With respect to the Administrative Claim for which a Response to the Forty-First Omnibus Claims Objection has been filed and served, as listed on Exhibit C, and which Response has not been resolved by the parties, the hearing regarding the objection to such Administrative Claim shall be adjourned to a future date to be noticed by the Reorganized Debtors consistent with and subject to the Claims Objection Procedures Order and the Administrative Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Reorganized Debtors' right to assert that the Response was untimely or otherwise deficient under the Claims Objection Procedures Order or the Administrative Claims Objection Procedures Order.

4.      3. Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Administrative Claims that are the subject of the Forty-First-Omnibus Claims Objection.

5.      4. This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Administrative Claims subject to the Forty-First Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

5. Each of the objections by the Reorganized Debtors to each Administrative Claim addressed in the Forty-First Omnibus Claims Objection and attached hereto as <u>Exhibits A</u> and <u>B</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Administrative Claim that is the subject of the Forty-First

Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Administrative Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

      6.      6. Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Supplemental Case Management Order.


Dated: New York, New York
       January ____, 2010


_____
    UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Wednesday, January 20, 2010 11:23:54 AM

| Input: | |
|--------|--|
| Document 1 | pcdocs://chisr01a/699964/7 |
| Document 2 | pcdocs://chisr01a/699964/8 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: |
|---------|
| Insertion |
| Deletion |
| <Moved from> |
| >Moved to < |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|-------------|--|
| | Count |
| Insertions | 3 |
| Deletions | 8 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 11 |