SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
Albert L. Hogan, III
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                          : Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               : Case No. 05-44481 (RDD)
                                          :
                                          : (Jointly Administered)
        Reorganized Debtors.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN RECORD ON APPEAL IN APPEAL BY MICHIGAN SELF-
INSURERS' SECURITY FUND

In accordance with rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), hereby submit their designation of additional items to be included in the record on appeal in Michigan Self-Insurers' Security Fund's appeal from this Court's Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 (I) Denying Michigan Self-Insurers' Security Fund's Motion to Permit Late Filed Claim and (II) Disallowing and Expunging Proof of Claim Numbers 19501, 19502, 19541, and 19542, dated December 23, 2009 (Docket No. 19237) (the "Order").

1.  On December 29, 2009, Michigan Self-Insurers' Security Fund (the "Michigan Security Fund") filed a Notice Of Appeal (Docket No. 19248) from the Order. On January 6, 2010, Michigan Security Fund filed Michigan Self-Insurers' Security Fund's Statement Of Issues And Designation Of Record On Appeal (Docket No. 19291). Three of the items designated by the Michigan Security Fund do not appear as docket entries in these cases – Michigan Security Fund's proof of claim number 19502 (item 10), Michigan Security Fund's proof of claim number 19501 (item 11), and the transcript of the hearing held on December 18, 2009 (item 19). Copies of those three items are attached to this filing as Exhibit A, Exhibit B, and Exhibit C, respectively.[1]

2.  In accordance with Bankruptcy Rule 8006, the Reorganized Debtors designate the following additional items to be included in the record on appeal:

---

[1] With exceptions not relevant here, "a party filing a designation of items to be included in a record on appeal shall cause to be filed on the CM/ECF system, unless previously filed, a copy of each item designated and attached to the designation." Bankr. S.D.N.Y. R. 8007-1(a).

2

| Designation No. | Date | Docket No. | Description |
|---|---|---|---|
| D-1 | 4/28/2006 | 3501 | Affidavit Of Service Of Evan Gershbein For Bar Date Notice |
| D-2 | 2/29/2008 | 13272 | Transcript of February 29, 2008 Claims Hearing |
| D-3 | 6/16/2009 | 17030 | First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) |
| D-4 | 6/16/2009 | 17031 | Supplement to First Amended Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (as Modified) |
| D-5 | 7/15/2009 | 18264 | State of Michigan Workers' Compensation Agency and Funds Administration's Limited Objection to Debtors'(A) Supplement to Motion for Order (I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date |
| D-6 | 7/18/2009 | n/a | Declaration Of Keith D. Stipp In Support Of Modifications To Debtors' First Amended Joint Plan Of Reorganization (Redacted) |
| D-7 | 7/29/2009 | 18829 | Transcript of Plan Modification Hearing on July 29, 2009 |
| D-8 | 7/30/2009 | 18830 | Transcript of Plan Modification Hearing on July 30, 2009 |
| D-9 | 7/31/2009 | n/a | Proof of Claim No. 19541 |
| D-10 | 7/31/2009 | n/a | Proof of Claim No. 19542 |
| D-11 | 10/6/2009 | 18958 | Notice of (A) Order Approving Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession and (B) Occurrence of Effective Date |
| D-12 | 10/6/2009 | 18960 | Complaint Filed by ACE American Insurance Company and Pacific Employers Insurance Company Against Delphi Corporation, State of Michigan Workers' Compensation Insurance Agency, and State of Michigan Funds Administration (Adversary Case 09-01510) |

Copies of undocketed items D-6, D-9, and D-10 designated by the Reorganized Debtors are attached to this filing as Exhibit D through Exhibit F, respectively.

Dated: New York, New York
January 20, 2010

        SKADDEN, ARPS, SLATE, MEAGHER &
         FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    Albert L. Hogan III
    John K. Lyons
    Ron E. Meisler
    155 North Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
    Four Times Square
    New York, New York 10036
    (212) 735-3000

    Attorneys for DPH Holdings Corp., et al.,
     Reorganized Debtors