Hearing Date: January 21, 2010
Hearing Time: 10:00 a.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                          :

      In re                              :     Chapter 11
                                          :

DPH HOLDINGS CORP., et al.,       :     Case No. 05-44481 (RDD)
                                          :

                                          :     (Jointly Administered)
                   Reorganized Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF FORTIETH OMNIBUS
OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO (I)
EXPUNGE CERTAIN (A) BOOKS AND RECORDS CLAIMS, (B) FULLY SATISFIED
CLAIMS, AND (C) OBJECTED-TO CLAIMS TO BE DISALLOWED, (II) MODIFY AND
ALLOW CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B) CLAIMS TO BE
FURTHER MODIFIED, (C) OBJECTED-TO CLAIMS TO BE MODIFIED AND
ALLOWED, AND (III) ALLOW CERTAIN CLAIMS

("REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF
FORTIETH OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized

debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors")

hereby submit this Omnibus Reply In Support Of Fortieth Omnibus Objection Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records

Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify

And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, And (C)

Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (the

"Fortieth Omnibus Claims Objection" or the "Objection"),[1] and respectfully represent as follows:

1.    The Reorganized Debtors filed the Fortieth Omnibus Claims Objection on

December 21, 2009, seeking entry of an order (a) disallowing and expunging certain Claims

because they (i) assert liabilities and dollar amounts that are not reflected on the Reorganized

Debtors' books and records,[2] (ii) assert liabilities or dollar amounts that have been fully satisfied

and are not owed by the Reorganized Debtors as the result of cure payments that the Reorganized

Debtors have made in connection with the assumption, pursuant to section 365 of the Bankruptcy

Code, of certain executory contracts or unexpired leases (each, a "Contract Assumption"), or (iii)

assert liabilities or dollar amounts that are not owed by the Reorganized Debtors because of cure

payments that the Reorganized Debtors have made on account of a Contract Assumption, (b)

modifying and allowing certain Claims, and (c) allowing certain Claims.

2.    The Reorganized Debtors sent to each claimant whose proof of claim is

subject to an objection pursuant to the Fortieth Omnibus Claims Objection a personalized Notice

---

[1]     Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Fortieth
Omnibus Claims Objection.

[2]     Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and
records.

Of Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an objection and the basis for such objection.  Responses to the Fortieth Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on January 14, 2010.

3.      As of January 12, 2010 at 12:00 p.m. (prevailing Eastern time), the Reorganized Debtors had received eight responses (collectively, the "Responses") to the Fortieth Omnibus Claims Objection, covering nine Claims in the aggregate.  Attached hereto as <u>Exhibit A</u> is a chart summarizing each of the Responses and listing the nine Claims for which a Response was filed.  Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims (Docket No. 6089) entered on December 6, 2006 (the "Claims Objection Procedures Order"), the hearing with respect to each of the nine Claims covered by the Responses will be adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the disposition of each such Claim.

4.      In addition, the Reorganized Debtors are withdrawing the Fortieth Omnibus Claims Objection with respect to proof of claim number 7506 filed by AT&T Corporation.

5.      Attached hereto as <u>Exhibit B</u> is a revised proposed order (the "Revised Proposed Order")[3] in respect of the Fortieth Omnibus Claims Objection which reflects the adjournment of the hearings on the Claims for which Responses were filed.  Such adjournment

---

[3]      Attached hereto as <u>Exhibit C</u> is a copy of the Revised Proposed Order marked to show revisions to the form of proposed order that was submitted with the Fortieth Omnibus Claims Objection.

will be without prejudice to the Reorganized Debtors' right to assert that any of such Responses was untimely or otherwise deficient under the Claims Objection Procedures Order.

6.       In addition to the Responses, the Reorganized Debtors also received informal letters, e-mails, and telephone calls from various parties questioning the relief requested in the Fortieth Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto (the "Informal Responses").  The Reorganized Debtors believe that all the concerns expressed by the Informal Responses have been adequately resolved.

7.       Except for those Claims with respect to which the hearings have been adjourned to future dates, the Reorganized Debtors believe that the Revised Proposed Order adequately addresses the issues raised by the respondents.  Thus, the Debtors request that the Court grant the relief requested by the Reorganized Debtors and enter the Revised Proposed Order.

WHEREFORE the Reorganized Debtors respectfully request that this Court (a) enter the Revised Proposed Order, (b) adjourn the hearing with respect to all Claims for which a Response was filed pursuant to the Claims Objection Procedures Order, and (c) grant the Reorganized Debtors such other and further relief as is just.

Dated:    New York, New York
          January 20, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ John Wm. Butler, Jr
      John Wm. Butler, Jr.
      John K. Lyons
      Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:   /s/ Kayalyn A. Marafioti
      Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

# Exhibit A

**Exhibit A**

**In re DPH Holdings Corp., et al., Case No. 05-44481 (RDD)**

***Responses To The Reorganized Debtors' Fortieth Omnibus Claims Objection (the "Objection")***
***Organized By Respondent[1]***

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | Hitachi Chemical (Singapore) Pte. Ltd. (Docket No. 19311) | 416 | Hitachi Chemical (Singapore) Pte. Ltd (f/k/a Hitachi Chemical Asia-Pacific Pte. Ltd. "HCS") disagrees with the Reorganized Debtors' Objection to modify and allow proof of claim no. 416.  HCS asserts that its claim should not be transferred from the estate of Delphi Corporation to the estate of Delphi Automotive, LLC. | Exhibit F Claims (Objected-To Claims To Be Modified And Allowed) | Adjourn |
| 2. | Wilmington Trust Company (Docket No. 19312) | 10271 | Wilmington Trust Company, an indenture trustee ("WTC"), disagrees with the Reorganized Debtors' Objection to allow proof of claim no. 10271.  WTC has no objection to the allowance of claim no. 10271, but expressly reserves all rights in connection with the proof, allowance and payment of the claim. | Exhibit G Claims (Allowed Claims) | Adjourn |
| 3. | Skokie Castings, Inc. (f/k/a Castwell Products, Inc.) (Docket No. 19317) | 1771 | Skokie Castings, Inc. ("Skokie Castings" f/k/a Castwell Products, Inc.) disagrees with the Reorganized Debtors' Objection to modify and allow proof of claim no. 1771. Skokie Castings asserts that it has not received a cure payment of $10,000.00, which forms the basis for the proposed reduction of the claim from $188,429.84 to | Exhibit D Claims (Partially Satisfied Claims) | Adjourn |

---

[1]    This chart reflects all Responses received by the Reorganized Debtors as of January 20, 2010 at 12:00 p.m. (prevailing Eastern time).

[2]    This chart reflects all resolutions or proposals as of January 20, 2010 at 12:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | | | $178,429.84. Accordingly, Skokie Casting seeks to have proof of claim no. 1771 allowed in the amount of $188,429.84. | | |
| 4. | Twin Corporation (Docket No. 19318) | 8523 | Twin Corporation ("Twin") disagrees with the Reorganized Debtors' Objection to further modify and allow proof of claim no. 8523 in the amount of $25,649.26. Twin asserts that its properly filed claim serves as sufficient evidence of the validity and amount of its claim. Twin asserts that the claim should be allowed in the asserted amount of $56,537.23. | Exhibit E Claims (Claims To Be Further Modified) | Adjourn |
| 5. | UPG De Mexico S De Rl De Cv (Docket No. 19327) | 13546 | UPG De Mexico S De Rl De Cv ("UPG") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of claim no. 13546. UPG files a precautionary response seeking to adjourn any hearing on claim no. 13546 while the Reorganized Debtors and UPG finalize a global settlement regarding all UPG claims. | Exhibit C Claims (Objected-To Claims To Be Disallowed) | Adjourn |
| 6. | Goodyear Canada, Inc. (Docket No. 19328) | 7325 | Goodyear Canada, Inc. ("Goodyear") disagrees with the Reorganized Debtors' Objection to further modify and allow proof of claim no. 7325. Goodyear asserts that it has not received a cure payment of $15,872.00, which forms the basis for the proposed reduction of the claim from $363,079.29 to $347,207.29. Accordingly, Goodyear seeks to have proof of claim no. 7325 allowed in the amount of $363,079.29 until the cure payment is received. | Exhibit E Claims (Claims To Be Further Modified) | Adjourn |
| 7. | Deutsche Bank Securities Inc. (Docket No. 19329) | 14664 | Deutsche Bank Securities Inc. ("DBSI") disagrees with the Reorganized Debtors' Objection to modify and allow proof of claim no. 14664. DBSI asserts that the claim no. 14664 should be allowed in the amount of $2,201,257.72. | Exhibit D Claims (Partially Satisfied Claims) | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 8. | Henkel Corporation and Henkel Electronics (Docket No. 19332) | 10656, 10681 | Henkel Corporation and Henkel Electronics (collectively, "Henkel") disagree with the Reorganized Debtors' Objection to modify and allow proofs of claim nos. 10656 and 10681. Henkel files a precautionary response seeking to adjourn any hearing on claim nos. 10656 and 10681 while the Reorganized Debtors and Henkel complete a global settlement regarding all Henkel claims. | Exhibit F Claims (Objected-To Claims To Be Modified And Allowed) | Adjourn |

# Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re                         :       Chapter 11
                                   :

DPH HOLDINGS CORP., et al.,       :       Case No. 05-44481 (RDD)
                                   :
                                   :       (Jointly Administered)

            Reorganized Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO (I) EXPUNGE CERTAIN (A) BOOKS AND RECORDS CLAIMS, (B) FULLY
SATISFIED CLAIMS, AND (C) OBJECTED-TO CLAIMS TO BE DISALLOWED,
(II) MODIFY AND ALLOW CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B)
CLAIMS TO BE FURTHER MODIFIED, AND (C) OBJECTED-TO CLAIMS TO
<u>BE MODIFIED AND ALLOWED, AND (III) ALLOW CERTAIN CLAIMS</u>

("FORTIETH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied

Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A)

Partially Satisfied Claims, (B) Claims To Be Further Modified, And (C) Objected-To Claims To

Be Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims

Objection" or the "Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized

debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), dated December

21, 2009; and upon the record of the hearing held on the Fortieth Omnibus Claims Objection;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
     Fortieth Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C, D, E, F, G, H-1, H-2, H-3, H-4, and H-5 hereto

was properly and timely served with a copy of the Fortieth Omnibus Claims Objection, a

personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates

For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"),

the proposed order granting the Fortieth Omnibus Claims Objection, and notice of the deadline

for responding to the Fortieth Omnibus Claims Objection.  No other or further notice of the

Fortieth Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Fortieth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Fortieth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Fortieth Omnibus Claims

Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A assert liabilities or dollar amounts for

which the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books

and records (the "Exhibit A Claims").

D.      The Claims listed on Exhibit B assert liabilities and dollar amounts for

which the Debtors are no longer liable pursuant to the Reorganized Debtors' books and records

---

[2]      Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.

because such Claims have been satisfied in full by Cure Payments made by the Reorganized

Debtors (the "Exhibit B Claims").

E.    The Claims listed on <u>Exhibit C</u> assert liabilities or dollar amounts to which

the Debtors or Reorganized Debtors have previously objected and for which the Debtors are no

longer liable pursuant to the Reorganized Debtors' books and records because such Claims have

been satisfied in full by Cure Payments made by the Reorganized Debtors (the "Exhibit C

Claims").

F.    The Claims listed on <u>Exhibit D</u> assert liabilities or dollar amounts that

have been partially satisfied by Cure Payments made by the Reorganized Debtors.  The

Reorganized Debtors propose to modify and allow each such Claim either because the amount,

class, and the Debtor against which the Claim is proposed to be allowed matches the

Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable

compromise (the "Exhibit D Claims").

G.    The Claims listed on <u>Exhibit E</u> assert liabilities or dollar amounts that

have been previously modified by a prior order and have been partially satisfied by Cure

Payments made by the Reorganized Debtors.   The Reorganized Debtors propose to further

modify and allow each such Claim either because the amounts, class, and the Debtor against

which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records

or the proposed allowance constitutes a reasonable compromise (the "Exhibit E Claims").

H.    The Claims listed on <u>Exhibit F</u> assert liabilities or dollar amounts to which

the Debtors or Reorganized Debtors have previously objected and have been partially satisfied

by Cure Payments made by the Reorganized Debtors. The Reorganized Debtors propose to

modify and allow such claims either because the amount, class, and the Debtor against which the

Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit F Claims").

        I.        The Claims listed on <u>Exhibit G</u> assert liabilities or dollar amounts that the Reorganized Debtors propose to allow either because the proposed allowed amount, class, and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit G Claims").

        J.        <u>Exhibit I</u> hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on <u>Exhibits D</u>, <u>E</u>, <u>F</u>, and <u>G</u>.  <u>Exhibit J</u> sets forth each of the Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E</u>, <u>F</u>, and <u>G</u> in alphabetical order by Claimant and cross-references each such Claim by (i) proof of claim number and (ii) basis of objection.

        NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

        1.        Each Exhibit A Claim listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.

        2.        Each Exhibit B Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

        3.        Each Exhibit C Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety.

        4.        Each Exhibit D Claim listed on <u>Exhibit D</u> hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"

column of Exhibit D and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit D Claims are deemed withdrawn.

5.      Each Exhibit E Claim listed on Exhibit E hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit E and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit E Claims are deemed withdrawn.

6.      Each Exhibit F Claim listed on Exhibit F hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit F and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit F Claims are deemed withdrawn.

7.      Each Exhibit G Claim listed on Exhibit G hereto is hereby allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit G and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit G Claims are deemed withdrawn.

8.      With respect to each Claim for which a Response to the Fortieth Omnibus Claims Objection has been filed and served, as listed on Exhibits H-1, H-2, H-3, H-4, and H-5, and which Response has not been resolved by the parties, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Reorganized Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Reorganized Debtors' right to assert that any such Response was untimely or otherwise deficient under the Claims Objection Procedures Order.

9.      Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Fortieth Omnibus Claims Objection except as such claims may have been settled and allowed.

10.     This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Fortieth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

11.     Each of the objections by the Reorganized Debtors to each Claim addressed in the Fortieth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D, E, F, and G constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Fortieth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

12.     Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
           January ___, 2010


_____
          UNITED STATES BANKRUPTCY JUDGE

**In re DPH Holdings Corp., et al.**                    **Fortieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COLLINS & AIKMAN<br>RICK ONISKO<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 15339 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,481,668.72<br>$1,481,668.72 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HURST BYRON G<br>C/O DAVID R SALYER ESQ<br>E S GALLON & ASSOCIATES<br>40 WEST 4TH ST STE 2200<br>DAYTON, OH 45402 | 2285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,000.00<br>$10,000.00 | 03/14/2006 | DELPHI CORPORATION (05-44481) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES<br>MATTHEW PAROLY<br>999 REPUBLIC DR<br>ALLEN PARK, MI 48101 | 12391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $148,049.72<br><br><br>$211,457.85<br>$359,507.57 | 07/28/2006 | DELPHI CORPORATION (05-44481) |

|  | Total: | 3 | $1,851,176.29 |
|---|---|---|---|

05-44481-rdd    Doc 19338    Filed 01/20/10    Entered 01/20/10 15:20:08    Main Document

In re DPH Holdings Corp., et al.              Pg 18 of 142              Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AGAPE PLASTICS INC EFT O 11474 FIRST AVE NW GRAND RAPIDS, MI 49544 | 3964 | Secured: Priority: Administrative: Unsecured: Total: | $12,566.40 $12,566.40 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| AMERICAN TECHNICAL CERAMICS 1 NORDEN LN HUNTINGTON STATION, NY 11746-2102 | 3358 | Secured: Priority: Administrative: Unsecured: Total: | $11,214.73 $11,214.73 | 04/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| AMG INDUSTRIES INC 200 COMMERCE DR MT VERNON, OH 43050 | 5252 | Secured: Priority: Administrative: Unsecured: Total: | $1,886.40 $1,886.40 | 05/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS 12 W 37TH ST 9TH FL NEW YORK, NY 10018 | 7657 | Secured: Priority: Administrative: Unsecured: Total: | $11,080.20 $11,080.20 | 06/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ASM CAPITAL II LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 5427 | Secured: Priority: Administrative: Unsecured: Total: | $31,350.84 $31,350.84 | 05/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUMA TEC SA DE CV C/O MICHAEL G CRUSE WARNER NORCROSS & JUDD LLP 2000 TOWN CENTER STE 2700 SOUTHFIELD, MI 48075 | 10383 | Secured: Priority: Administrative: Unsecured: Total: | $33,417.69 $33,417.69 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF MEXICANA SA DE CV MS LAURA RANGEL AMERICAN POSTAL CENTER 501 N BRIDGE ST HIDALGO, TX 78557 | 6333 | Secured: Priority: Administrative: Unsecured: Total: | $51,588.18 $51,588.18 | 05/19/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| BOURNS INC ATTN MARY RODGERS 1200 COLUMBIA AVE RIVERSIDE, CA 92507 | 6683 | Secured: Priority: Administrative: Unsecured: Total: | $43,850.88 $43,850.88 | 05/23/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**In re DPH Holdings Corp., et al.**                     Fortieth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $849.39<br>$849.39 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,370.20<br>$1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5085 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,011.99<br>$1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $31,423.21<br>$31,423.21 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS BANKO PO BOX 309 PORTLAND, OR 97207-0309 | 5086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $7,831.58<br>$7,831.58 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| COMMERCIAL PACKAGING INC 6548 W HIGGINS CHICAGO, IL 60656-2161 | 3304 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $230.00<br>$230.00 | 04/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| COMPUTER PATENT ANNUITIES LP GILL DAVID ACCOUNTS RECEIVABLE MANAGER CPA HOUSE 11 15 SEATON PLACE ST HELIER JERSEY, JE1 1BL CHANNEL ISLANDS | 15379 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $617,204.24<br>$617,204.24 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |

In re DPH Holdings Corp., et al.                                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC ALPA JIMENEZ CONTRARIAN FUNDS LLC 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 12668 | Secured: Priority: Administrative: Unsecured: Total: | $184,138.31 $184,138.31 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC 1565 HOTEL CIRCLE S STE 310 SAN DIEGO, CA 92108 | 2117 | Secured: Priority: Administrative: Unsecured: Total: | $4,381.59 $4,381.59 | 02/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EIMO AMERICAS 1551 SAWGRASS CORPORATE PKWY STE 300 SUNRISE, FL 33323 | 5887 | Secured: Priority: Administrative: Unsecured: Total: | $184,673.70 $184,673.70 | 05/15/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| FREUDENBERG NOK GENERAL PARTNERSHIP RALPH E MCDOWELL BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11603 | Secured: Priority: Administrative: Unsecured: Total: | $358,851.00 $80,742.02 $60,066.20 $499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK INC RALPH E MCDOWELL BODMAN LLP 6TH FL AT FORD FIELD 1901 ST ANTOINE ST DETROIT, MI 48226 | 11602 | Secured: Priority: Administrative: Unsecured: Total: | $1,759.31 $2,878.86 $4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP EFT 2975 PEMBROKE RD HOPKINSVILLE, KY 42240 | 5463 | Secured: Priority: Administrative: Unsecured: Total: | $17,971.26 $17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 2020 | Secured: Priority: Administrative: Unsecured: Total: | $131,166.32 $131,166.32 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.      Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 16670 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $822.47<br><br><br>$822.47 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 1565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$47,879.16<br>$47,879.16 | 01/17/2006 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL RECTIFIER CORPORATION<br>RICHARD BRUNETTE AND THERESA WARDLE<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | 14215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$453.25<br>$453.25 | 07/31/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| KOA SPEER ELECTRONICS INC<br>SCOTT W RICE CHAIRMAN & PRESIDENT<br>BOLIVAR DR<br>PO BOX 547<br>BRADFORD, PA 16701 | 16686 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$61,091.71<br><br><br>$61,091.71 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOA SPEER ELECTRONICS INC<br>SCOTT W RICE CHAIRMAN & PRESIDENT<br>BOLIVAR DR<br>PO BOX 547<br>BRADFORD, PA 16701 | 16687 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$84,902.01<br><br><br>$84,902.01 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOKOMO GAS AND FUEL COMPANY<br>JASON M TORF<br>SCHIFF HARDIN LLP<br>6600 SEARS TOWER<br>CHICAGO, IL 60606 | 11622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$248,629.34<br>$248,629.34 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | 11924 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$28,390.99<br><br>$52,411.01<br>$80,802.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

## EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINEAR TECHNOLOGY CORPORATION JAMES M SULLIVAN MCDERMOTT WILL & EMERY 50 ROCKEFELLER PLZ NEW YORK, NY 10020-1605 | 16681 | Secured: Priority: Administrative: Unsecured: Total: | $116,070.80 $116,070.80 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 7289 | Secured: Priority: Administrative: Unsecured: Total: | $104,313.33 $104,313.33 | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 726 | Secured: Priority: Administrative: Unsecured: Total: | $10,022.00 $10,022.00 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 5970 | Secured: Priority: Administrative: Unsecured: Total: | $78,321.60 $78,321.60 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS JEFFREY L CARESS ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 15493 | Secured: Priority: Administrative: Unsecured: Total: | $5,762.88 $5,762.88 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1898 | Secured: Priority: Administrative: Unsecured: Total: | $3,086.40 $3,086.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 1902 | Secured: Priority: Administrative: Unsecured: Total: | $3,190.40 $3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 1907 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,425.10<br><br><br>$6,425.10 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 1901 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,190.40<br><br><br>$3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| MACAUTO USA INC<br>80 EXCEL DR<br>ROCHESTER, NY 14621 | 9431 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$961,318.16<br>$961,318.16 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MANDO AMERICA CORPORATION<br>SKYE SUH PLC<br>32000 NORTHWESTERN HWY STE 260<br>FARMINGTON HILLS, MI 48334 | 1569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$291,268.45<br>$291,268.45 | 01/17/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| NATIONAL SEMICONDUCTOR CORP<br>2900 SEMICONDUCTOR DR. G2 335<br>SANTA CLARA, CA 95051 | 5390 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$995.20<br>$995.20 | 05/09/2006 | DELPHI CORPORATION (05-44481) |
| NISSAN TRADING CORP USA<br>ATTN ALAN KALB<br>34405 W 12 MILE RD STE 225<br>FARMINGTON HILLS, MI 48331 | 293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,288.76<br>$1,288.76 | 11/03/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| OETIKER INC<br>3305 WILSON ST<br>MARLETTE, MI 48453-0217 | 722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$12,643.20<br>$12,643.20 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| PLAINFIELD MOLDING INC<br>24035 RIVER WALK CT<br>PLAINFIELD, IL 60544 | 12439 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$15,964.33<br>$15,964.33 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

In re DPH Holdings Corp., et al.                                        Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RICHCO INC<br>8145 RIVER DR<br>MORTON GROVE, IL 60053 | 520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$193.34<br>$193.34 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| SHIN ETSU POLYMER AMERICA INC<br>5600 MOWRY SCHOOL RD STE 320<br>NEWARK, CA 94560 | 11596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$20,393.52<br>$20,393.52 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 11706 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,011.37<br><br><br>$210,932.12<br>$235,943.49 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SUMIDA TRADING PTE LTD<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE | 2215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,499.20<br>$2,499.20 | 03/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THE FURUKAWA ELECTRIC CO LTD<br>C/O PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | 16555 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$48,067.68<br>$48,067.68 | 02/26/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THERMOTECH SA DE CV<br>1302 S 5TH ST<br>HOPKINS, MN 55343 | 6096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$14,647.45<br>$14,647.45 | 05/16/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| THIERICA INC<br>900 CLANCY AVE NE<br>GRAND RAPIDS, MI 49503 | 11536 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,591.80<br>$4,591.80 | 07/27/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

**In re DPH Holdings Corp., et al.**　　　　　　　　　　　　**Fortieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TR BUTTERFIELD TRAIL CORP<br>NDH PROPERTY MANAGEMENT SERVICES<br>7400 VISCOUNT<br>STE 240<br>EL PASO, TX 79925 | 12342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$32,627.13<br>$32,627.13 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| | **Total:** **52** | | **$4,380,909.06** | | |

**In re DPH Holdings Corp., et al.**                                          **Fortieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C - EXHIBIT C CLAIM (OBJECTED-TO CLAIM TO BE DISALLOWED)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN AIKOKU ALPHA INC<br>ATTN GARY VIST ESQ<br>C/O MASUDA FUNAI EIFERT &<br>MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | 16796 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $429,525.84<br><br><br>$429,525.84 | 01/29/2008 | DELPHI CORPORATION (05-44481) |
| | **Total:    1** | | **$429,525.84** | | |

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2468**
Date Filed: 04/03/2006
Docketed Total: $517,747.63
Filing Creditor Name:
3M COMPANY
OFFICE OF GENERAL COUNSEL
BLDG 220 9E 02
ST PAUL, MN 55144

Claim Holder Name
3M COMPANY
OFFICE OF GENERAL COUNSEL
BLDG 220 9E 02
ST PAUL, MN 55144

Docketed Total: $517,747.63

Allowed Total: $434,298.11

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $517,747.63 | 05-44640 | | | $434,298.11 |
| | | | **$517,747.63** | | | | **$434,298.11** |

**Claim: 16370**
Date Filed: 10/16/2006
Docketed Total: $1,059,143.24
Filing Creditor Name:
A BERGER PRECISION LTD
28 REGAN RD
BRAMPTON, ON L7A 1A7
CANADA

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $1,059,143.24

Allowed Total: $1,058,927.24

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,059,143.24 | 05-44640 | | | $1,058,927.24 |
| | | | **$1,059,143.24** | | | | **$1,058,927.24** |

**Claim: 1741**
Date Filed: 02/01/2006
Docketed Total: $1,669,714.54
Filing Creditor Name:
ALLEGRO MICRO SYSTEMS INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

Claim Holder Name
ALLEGRO MICRO SYSTEMS INC
115 NORTHEAST CUTOFF
WORCESTER, MA 01615

Docketed Total: $1,669,714.54

Allowed Total: $1,444,523.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,669,714.54 | 05-44481 | | | $1,444,523.00 |
| | | | **$1,669,714.54** | | | | **$1,444,523.00** |

**Claim: 8455**
Date Filed: 06/23/2006
Docketed Total: $171,798.50
Filing Creditor Name:
ALMETALS CO
51035 GRAND RIVER
WIXOM, MI 48393

Claim Holder Name
ALMETALS CO
51035 GRAND RIVER
WIXOM, MI 48393

Docketed Total: $171,798.50

Allowed Total: $2,384.41

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $171,798.50 | 05-44640 | | | $2,384.41 |
| | | | **$171,798.50** | | | | **$2,384.41** |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12159**
Date Filed:    07/28/2006
Docketed Total:    $7,450.00
Filing Creditor Name:
ALPHA PRODUCTS INC
351 IRVING DR
OXNARD, CA 93030

Claim Holder Name
ALPHA PRODUCTS INC
351 IRVING DR
OXNARD, CA 93030
Docketed Total:    $7,450.00

Allowed Total:    $3,725.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $7,450.00 | 05-44567 | | | $3,725.00 |
| | | | **$7,450.00** | | | | **$3,725.00** |

**Claim: 9151**
Date Filed:    07/10/2006
Docketed Total:    $925,476.40
Filing Creditor Name:
ARC AUTOMOTIVE INC
1729 MIDPARK RD
KNOXVILLE, TN 37921

Claim Holder Name
ARC AUTOMOTIVE INC
1729 MIDPARK RD
KNOXVILLE, TN 37921
Docketed Total:    $925,476.40

Allowed Total:    $465,879.47

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $925,476.40 | | UNL | 05-44640 | | | $465,879.47 |
| | **$925,476.40** | | **UNL** | | | | **$465,879.47** |

**Claim: 2343**
Date Filed:    03/20/2006
Docketed Total:    $11,295.20
Filing Creditor Name:
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Claim Holder Name
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797
Docketed Total:    $11,295.20

Allowed Total:    $5,695.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $11,295.20 | 05-44640 | | | $5,695.20 |
| | | | **$11,295.20** | | | | **$5,695.20** |

**Claim: 12195**
Date Filed:    07/28/2006
Docketed Total:    $4,140,179.97
Filing Creditor Name:
ATEL LEASING CORPORATION
AS AGENT FOR CREDITOR
600 CALIFORNIA ST 6TH FL
SAN FRANCISCO, CA 94108

Claim Holder Name
ATEL LEASING CORPORATION AS
AGENT FOR CREDITOR
600 CALIFORNIA ST 6TH FL
SAN FRANCISCO, CA 94108
Docketed Total:    $3,888,438.54

Allowed Total:    $177,355.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $582,300.00 | | $3,306,138.54 | 05-44640 | | | $177,355.57 |
| | **$582,300.00** | | **$3,306,138.54** | | | | **$177,355.57** |

\*      See Exhibit I for a listing of debtor entities by case number.
\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12840**
Date Filed:    07/28/2006
Docketed Total:    $662,721.49
Filing Creditor Name:
  BARNES GROUP INC
  TYLER COOPER & ALCORN LLP
  185 ASYLUM ST
  CITY PLACE I 35TH FL
  HARTFORD, CT 06103-3488

Claim Holder Name

  LONGACRE MASTER FUND LTD
  810 SEVENTH AVE 33RD FL
  NEW YORK, NY 10019

Docketed Total:    **$662,721.49**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $662,721.49 |
| | | | **$662,721.49** |

Allowed Total:    **$602,680.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $602,680.62 |
| | | | **$602,680.62** |

---

**Claim: 1704**
Date Filed:    01/30/2006
Docketed Total:    $874,448.21
Filing Creditor Name:
  CAPRO LTD
  155 S LIMERICK RD
  LIMERICK, PA 19468-1699

Claim Holder Name

  BEAR STEARNS INVESTMENT
  PRODUCTS INC
  CO JPMORGAN CHASE BANK NA
  LEGAL DEPT
  1 CHASE MANHATTAN PLAZA 26TH
  FL
  NEW YORK, NY 10081

Docketed Total:    **$874,448.21**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $299,723.41 | | $574,724.80 |
| | **$299,723.41** | | **$574,724.80** |

Allowed Total:    **$856,371.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $856,371.97 |
| | | | **$856,371.97** |

---

**Claim: 4018**
Date Filed:    05/01/2006
Docketed Total:    $714,065.68
Filing Creditor Name:
  CENTURY MOLD & TOOL CO
  DI MONTE & LIZAK LLC
  216 W HIGGINS RD
  PARK RIDGE, IL 60068

Claim Holder Name

  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:    **$714,065.68**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $714,065.68 |
| | | | **$714,065.68** |

Allowed Total:    **$664,259.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $664,259.24 |
| | | | **$664,259.24** |

---

*    See Exhibit I for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12687**
Date Filed:   07/28/2006
Docketed Total:   $1,510,230.74
Filing Creditor Name:
   CONTRARIAN FUNDS LLC AS
   ASSIGNEE OF CADILLAC RUBBER
   & PLASTICS INC
   ATTN ALPA JIMENEZ
   411 WEST PUTNAM AVENUE STE
   225
   GREENWICH, CT 06830

Claim Holder Name
   CONTRARIAN FUNDS LLC AS
   ASSIGNEE OF CADILLAC RUBBER &
   PLASTICS INC
   ATTN ALPA JIMENEZ
   411 WEST PUTNAM AVENUE STE 225
   GREENWICH, CT 06830

Docketed Total:   **$1,510,230.74**

Allowed Total:   **$918,818.26**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | $486,583.11 | $1,023,647.63 | | 05-44640 | | | $918,818.26 |
| | | **$486,583.11** | **$1,023,647.63** | | | | | **$918,818.26** |

**Claim: 10386**
Date Filed:   07/24/2006
Docketed Total:   $315,699.49
Filing Creditor Name:
   CONTRARIAN FUNDS LLC AS
   ASSIGNEE OF COLUMBIA
   INDUSTRIAL SALES CORP
   411 W PUTNAM AVE STE 225
   GREENWICH, CT 06830

Claim Holder Name
   CONTRARIAN FUNDS LLC AS
   ASSIGNEE OF COLUMBIA
   INDUSTRIAL SALES CORP
   411 W PUTNAM AVE STE 225
   GREENWICH, CT 06830

Docketed Total:   **$315,699.49**

Allowed Total:   **$156,862.79**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $315,699.49 | | 05-44640 | | | $156,862.79 |
| | | | **$315,699.49** | | | | | **$156,862.79** |

**Claim: 12689**
Date Filed:   07/28/2006
Docketed Total:   $176,114.66
Filing Creditor Name:
   CONTRARIAN FUNDS LLC AS
   ASSIGNEE OF FLOW DRY
   TECHNOLOGY LTD
   ATTN ALPA JIMENEZ
   411 WEST PUTNAM AVENUE STE
   225
   GREENWICH, CT 06830

Claim Holder Name
   CONTRARIAN FUNDS LLC AS
   ASSIGNEE OF FLOW DRY
   TECHNOLOGY LTD
   ATTN ALPA JIMENEZ
   411 WEST PUTNAM AVENUE STE 225
   GREENWICH, CT 06830

Docketed Total:   **$176,114.66**

Allowed Total:   **$78,486.32**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | $42,727.58 | $133,387.08 | | 05-44640 | | | $78,486.32 |
| | | **$42,727.58** | **$133,387.08** | | | | | **$78,486.32** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    05-44481-rdd    Doc 19338    Filed 01/20/10    Entered 01/20/10 15:20:08    Main Document    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)      Pg 31 of 142

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10388<br>Date Filed: 07/24/2006<br>Docketed Total: $141,675.49<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $141,675.49 | Allowed Total: $111,540.19 |
| | **Case Number\***    Secured    Priority    Unsecured<br>05-44640                          $141,675.49<br><br>                                  $141,675.49 | **Case Number\***    Secured    Priority    Unsecured<br>05-44640                          $111,540.19<br><br>                                  $111,540.19 |
| Claim: 9796<br>Date Filed: 07/18/2006<br>Docketed Total: $572,033.91<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $572,033.91 | Allowed Total: $5,476.50 |
| | **Case Number\***    Secured    Priority    Unsecured<br>05-44640              $8,179.67    $563,854.24<br><br>                    $8,179.67    $563,854.24 | **Case Number\***    Secured    Priority    Unsecured<br>05-44640                          $5,476.50<br><br>                                  $5,476.50 |
| Claim: 12673<br>Date Filed: 07/28/2006<br>Docketed Total: $73,596.89<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON AUTOMOTIVE ELECTRONICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON AUTOMOTIVE ELECTRONICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $73,596.89 | Allowed Total: $47,959.08 |
| | **Case Number\***    Secured    Priority    Unsecured<br>05-44640                          $73,596.89<br><br>                                  $73,596.89 | **Case Number\***    Secured    Priority    Unsecured<br>05-44640                          $47,959.08<br><br>                                  $47,959.08 |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9791**
Date Filed:  07/18/2006
Docketed Total:    $299,745.20
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 425
  GREENWICH, CT 06830

Claim Holder Name
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF SP DIV NMC LLC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE  STE 425
  GREENWICH, CT 06830

Docketed Total:    $299,745.20

Allowed Total:    $297,288.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,367.21 | $294,377.99 |
| | | **$5,367.21** | **$294,377.99** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $297,288.34 |
| | | | **$297,288.34** |

**Claim: 12695**
Date Filed:  07/28/2006
Docketed Total:    $120,459.00
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG
  KUNHWA CO LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG
  KUNHWA CO LTD
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:    $120,459.00

Allowed Total:    $528.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $120,459.00 |
| | | | **$120,459.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $528.00 |
| | | | **$528.00** |

**Claim: 12696**
Date Filed:  07/28/2006
Docketed Total:    $109,002.60
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH
  INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH INC
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:    $109,002.60

Allowed Total:    $11,383.19

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $15,865.76 | $93,136.84 |
| | | **$15,865.76** | **$93,136.84** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,383.19 |
| | | | **$11,383.19** |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12694**
Date Filed:   07/28/2006
Docketed Total:   $91,243.71
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH
  SA DE CV
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF TRELLEBORG YSH SA
  DE CV
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $91,243.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,243.71 |
| | | | **$91,243.71** |

Allowed Total:   $5,593.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,593.21 |
| | | | **$5,593.21** |

---

**Claim: 7371**
Date Filed:   06/02/2006
Docketed Total:   $694,417.04
Filing Creditor Name:
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF WESTWOOD
  ASSOCIATES INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Claim Holder Name
  CONTRARIAN FUNDS LLC AS
  ASSIGNEE OF WESTWOOD
  ASSOCIATES INC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $694,417.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $694,417.04 |
| | | | **$694,417.04** |

Allowed Total:   $570,735.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $570,735.18 |
| | | | **$570,735.18** |

---

**Claim: 8807**
Date Filed:   06/30/2006
Docketed Total:   $4,687.50
Filing Creditor Name:
  CUSTOM PRODUCTS CORP
  457 STATE ST
  NORTH HAVEN, CT 06473

Claim Holder Name
  CUSTOM PRODUCTS CORP
  457 STATE ST
  NORTH HAVEN, CT 06473

Docketed Total:   $4,687.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $4,687.50 |
| | | | **$4,687.50** |

Allowed Total:   $2,343.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $2,343.75 |
| | | | **$2,343.75** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| Claim: 10906 | Claim Holder Name | |
| Date Filed:  07/25/2006 | | |
| Docketed Total:  $234,133.66 | LONGACRE MASTER FUND LTD       Docketed Total:  **$234,133.66** | Allowed Total:  **$126,124.21** |
| Filing Creditor Name: | 810 SEVENTH AVE 33RD FL | |
| DATWYLER RUBBER & PLASTICS | NEW YORK, NY 10019 | |
| NELSON MULLINS RILEY & | | |
| SCARBOROUGH | | |
| PO BOX 11070 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| COLUMBIA, SC 29211-1070 | 05-44640                                  $234,133.66 | 05-44640                                  $126,124.21 |
| | **$234,133.66** | **$126,124.21** |

| Claim: 10907 | Claim Holder Name | |
| Date Filed:  07/25/2006 | | |
| Docketed Total:  $929,544.79 | LONGACRE MASTER FUND LTD       Docketed Total:  **$929,544.79** | Allowed Total:  **$401,688.36** |
| Filing Creditor Name: | 810 SEVENTH AVE 33RD FL | |
| DATWYLER RUBBER & PLASTICS | NEW YORK, NY 10019 | |
| NELSON MULLINS RILEY & | | |
| SCARBOROUGH | | |
| PO BOX 11070 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| COLUMBIA, SC 29211-1070 | 05-44640                                  $929,544.79 | 05-44640                                  $401,688.36 |
| | **$929,544.79** | **$401,688.36** |

| Claim: 16284 | Claim Holder Name | |
| Date Filed:  09/05/2006 | | |
| Docketed Total:  $34,134.78 | AMROC INVESTMENTS LLC       Docketed Total:  **$34,134.78** | Allowed Total:  **$4,852.44** |
| Filing Creditor Name: | 535 MADISON AVE 15TH FL | |
| DAWLEN CORP | NEW YORK, NY 10022 | |
| 2029 MICOR DR | | |
| PO BOX 884 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| JACKSON, MI 49203 | 05-44640                                  $34,134.78 | 05-44640                                  $4,852.44 |
| | **$34,134.78** | **$4,852.44** |

| Claim: 7244 | Claim Holder Name | |
| Date Filed:  06/01/2006 | | |
| Docketed Total:  $12,223.86 | CONTRARIAN FUNDS LLC       Docketed Total:  **$12,223.86** | Allowed Total:  **$8,584.04** |
| Filing Creditor Name: | 411 W PUTNAM AVE S 225 | |
| DICKEY GRABLER CO | GREENWICH, CT 06830 | |
| 10302 MADISON | | |
| CLEVELAND, OH 44102 | Case Number*   Secured   Priority   Unsecured | Case Number*   Secured   Priority   Unsecured |
| | 05-44640                                  $12,223.86 | 05-44640                                  $8,584.04 |
| | **$12,223.86** | **$8,584.04** |

*     See Exhibit I for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 8374**
Date Filed:   06/22/2006
Docketed Total:    $1,302.72
Filing Creditor Name:
    DYNACAST DEUTSCHLAND
    GMBH & CO KG
    HUNTON & WILLIAMS LLC
    RIVERFRONT PLZ EAST TOWER
    951 E BYRD ST
    RICHMOND, VA 23219

Claim Holder Name
    DYNACAST DEUTSCHLAND GMBH    Docketed Total:    $1,302.72
    & CO KG
    HUNTON & WILLIAMS LLC
    RIVERFRONT PLZ EAST TOWER
    951 E BYRD ST
    RICHMOND, VA 23219

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,302.72 |
| | | | $1,302.72 |

Allowed Total:    $653.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $653.31 |
| | | | $653.31 |

---

**Claim: 10596**
Date Filed:   07/25/2006
Docketed Total:    $123,481.26
Filing Creditor Name:
    E I DU PONT DE NEMOURS AND
    COMPANY DUPONT
    DUPONT LEGAL D 4026
    1007 MARKET ST
    WILMINGTON, DE 19898

Claim Holder Name
    LATIGO MASTER FUND LTD    Docketed Total:    $123,481.26
    590 MADISON AVE 9TH FL
    NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $123,481.26 |
| | | | $123,481.26 |

Allowed Total:    $95,819.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $95,819.18 |
| | | | $95,819.18 |

---

**Claim: 15141**
Date Filed:   07/31/2006
Docketed Total:    $438,605.19
Filing Creditor Name:
    EIKENBERRY & ASSOCIATES INC
    PO BOX 2676
    KOKOMO, IN 46904-2676

Claim Holder Name
    EIKENBERRY & ASSOCIATES INC    Docketed Total:    $438,605.19
    PO BOX 2676
    KOKOMO, IN 46904-2676

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $204,708.80 | | $233,896.39 |
| | $204,708.80 | | $233,896.39 |

Allowed Total:    $113,798.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $113,798.89 |
| | | | $113,798.89 |

---

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    05-44481-rdd    Doc 19338    Filed 01/20/10    Entered 01/20/10 15:20:08    Main Document    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)                                              Pg 36 of 142

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 2063**
Date Filed: 02/21/2006
Docketed Total: $108,786.45
Filing Creditor Name:
EMERSON & CUMING INC
46 MANNING RD
BILLERICA, MA 01821

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $108,786.45

Allowed Total: $100,024.07

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $108,786.45 | 05-44640 | | | $100,024.07 |
| | | | **$108,786.45** | | | | **$100,024.07** |

**Claim: 2695**
Date Filed: 04/19/2006
Docketed Total: $11,921.75
Filing Creditor Name:
ENDURA PLASTICS & SIERRA
LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $11,921.75

Allowed Total: $5,677.40

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $11,921.75 | 05-44624 | | | $5,677.40 |
| | | | | 05-44640 | | | $0.00 |
| | | | **$11,921.75** | | | | **$5,677.40** |

**Claim: 8946**
Date Filed: 07/05/2006
Docketed Total: $653,356.73
Filing Creditor Name:
EPCOS INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

Claim Holder Name
EPCOS INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

Docketed Total: $653,356.73

Allowed Total: $505,747.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $653,356.73 | 05-44640 | | | $505,747.68 |
| | | | **$653,356.73** | | | | **$505,747.68** |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**CLAIM TO BE ALLOWED**

Claim: 14126
Date Filed:   07/31/2006
Docketed Total:   $376,357.61
Filing Creditor Name:
  FCI AUTOMOTIVE
  DEUTSCHLAND GMBH
  PIERCE ATWOOD LLP
  ONE MONUMENT SQ
  PORTLAND, ME 04101-1110

**CLAIM AS DOCKETED**

Claim Holder Name

  FCI AUTOMOTIVE DEUTSCHLAND GMBH
  PIERCE ATWOOD LLP
  ONE MONUMENT SQ
  PORTLAND, ME 04101-1110

Docketed Total:   $376,357.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $376,357.61 |
| | | | $376,357.61 |

**CLAIM AS ALLOWED**

Allowed Total:   $166,841.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $166,841.77 |
| | | | $166,841.77 |

---

**CLAIM TO BE ALLOWED**

Claim: 14130
Date Filed:   07/31/2006
Docketed Total:   $407,299.95
Filing Creditor Name:
  FCI USA INC
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

**CLAIM AS DOCKETED**

Claim Holder Name

  FCI USA INC
  PIERCE ATWOOD LLP
  ONE MONUMENT SQUARE
  PORTLAND, ME 04101-1110

Docketed Total:   $407,299.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $407,299.95 |
| | | | $407,299.95 |

**CLAIM AS ALLOWED**

Allowed Total:   $616,573.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $616,573.40 |
| | | | $616,573.40 |

---

**CLAIM TO BE ALLOWED**

Claim: 9951
Date Filed:   07/19/2006
Docketed Total:   $79,244.79
Filing Creditor Name:
  FERRO ELECTRONIC MATERIALS
  1000 LAKESIDE AVE
  CLEVELAND, OH 44114

**CLAIM AS DOCKETED**

Claim Holder Name

  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $79,244.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $79,244.79 |
| | | | $79,244.79 |

**CLAIM AS ALLOWED**

Allowed Total:   $73,210.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $73,210.94 |
| | | | $73,210.94 |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12212**
Date Filed:    07/28/2006
Docketed Total:    $800,348.45
Filing Creditor Name:
  FLAMBEAU INC
  801 LYNN AVE
  BARABOO, WI 53913

Claim Holder Name

  FLAMBEAU INC
  801 LYNN AVE
  BARABOO, WI 53913

Docketed Total:    $800,348.45

Allowed Total:    $370,783.68

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $800,348.45 | | | 05-44640 | | | $370,783.68 |
| | **$800,348.45** | | | | | | **$370,783.68** |

**Claim: 11542**
Date Filed:    07/27/2006
Docketed Total:    $72,759.50
Filing Creditor Name:
  FLEX TECHNOLOGIES INC
  PO BOX 400
  GUNDY DR
  MIDVALE, OH 44653

Claim Holder Name

  FLEX TECHNOLOGIES INC
  PO BOX 400
  GUNDY DR
  MIDVALE, OH 44653

Docketed Total:    $72,759.50

Allowed Total:    $37,188.07

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $72,759.50 | 05-44640 | | | $37,188.07 |
| | | | **$72,759.50** | | | | **$37,188.07** |

**Claim: 8508**
Date Filed:    06/26/2006
Docketed Total:    $22,258.80
Filing Creditor Name:
  FLOW DRY TECHNOLOGY LTD
  379 ALBERT RD
  BROOKVILLE, OH 45309-924

Claim Holder Name

  FLOW DRY TECHNOLOGY LTD
  379 ALBERT RD
  BROOKVILLE, OH 45309-924

Docketed Total:    $22,258.80

Allowed Total:    $7,556.56

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $22,258.80 | | | 05-44640 | | | $7,556.56 |
| | **$22,258.80** | | | | | | **$7,556.56** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12024**
Date Filed:  07/28/2006
Docketed Total:  $6,517,990.78
Filing Creditor Name:
  FREESCALE SEMICONDUCTOR
  INC
  LEWIS AND ROCA LLP
  40 N CENTRAL AVE
  PHOENIX, AZ 85004

Claim Holder Name
  FREESCALE SEMICONDUCTOR INC
  LEWIS AND ROCA LLP
  40 N CENTRAL AVE
  PHOENIX, AZ 85004

Docketed Total:  **$6,517,990.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,517,990.78 |
| | | | **$6,517,990.78** |

Allowed Total:  **$6,611,381.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $145,822.00 |
| 05-44610 | | | $0.00 |
| 05-44640 | | | $6,465,559.90 |
| | | | **$6,611,381.90** |

---

**Claim: 16570**
Date Filed:  03/12/2007
Docketed Total:  $337,154.09
Filing Creditor Name:
  GCI TECHNOLOGIES INC
  1301 PRECISION DR
  PLANO, TX 75074

Claim Holder Name
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE S 225
  GREENWICH, CT 06830

Docketed Total:  **$337,154.09**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 |
| | | **$5,981.92** | **$331,172.17** |

Allowed Total:  **$105,945.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $105,945.75 |
| | | | **$105,945.75** |

---

**Claim: 10192**
Date Filed:  07/21/2006
Docketed Total:  $5,295.00
Filing Creditor Name:
  GE CONSUMER & INDUSTRIAL F
  K A GE LIGHTING
  11256 CORNELL PARK DR STE 500
  CINCINNATI, OH 45242

Claim Holder Name
  GE CONSUMER & INDUSTRIAL F K A
  GE LIGHTING
  11256 CORNELL PARK DR STE 500
  CINCINNATI, OH 45242

Docketed Total:  **$5,295.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,295.00 |
| | | | **$5,295.00** |

Allowed Total:  **$950.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $950.00 |
| | | | **$950.00** |

---

\*  See Exhibit I for a listing of debtor entities by case number.
\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 15140**
Date Filed:   07/31/2006
Docketed Total:     $230,129.45
Filing Creditor Name:
  GMD INDUSTRIES LLC DBA
  PRODUCTION SCREW MACHINE
  COOLIGE WALL CO LPA
  33 W 1ST ST STE 600
  DAYTON, OH 45402

Claim Holder Name

GMD INDUSTRIES LLC DBA
PRODUCTION SCREW MACHINE
COOLIGE WALL CO LPA
33 W 1ST ST STE 600
DAYTON, OH 45402

Docketed Total:     **$230,129.45**

Allowed Total:     **$128,908.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | $136,420.72 | $93,708.73 | 05-44640 | | | $128,908.50 |
| | | **$136,420.72** | **$93,708.73** | | | | **$128,908.50** |

**Claim: 15429**
Date Filed:   07/31/2006
Docketed Total:     $431,794.32
Filing Creditor Name:
  GOBAR SYSTEMS INC
  TAFT STETTINIUS & HOLLISTER
  LLP
  425 WALNUT STREET STE 1800
  CINCINNATI, OH 45202

Claim Holder Name

GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202

Docketed Total:     **$431,794.32**

Allowed Total:     **$427,955.37**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $431,794.32 | 05-44640 | | | $427,955.37 |
| | | | **$431,794.32** | | | | **$427,955.37** |

**Claim: 831**
Date Filed:   11/23/2005
Docketed Total:     $3,847.71
Filing Creditor Name:
  GRUNER AG
  BURGLESTRASSE 15 17
  WEHINGEN, 78564
  GERMANY

Claim Holder Name

GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Docketed Total:     **$3,847.71**

Allowed Total:     **$1,783.17**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $3,847.71 | 05-44567 | | | $1,783.17 |
| | | | **$3,847.71** | | | | **$1,783.17** |

*        See Exhibit I for a listing of debtor entities by case number.

**        "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.     05-44481-rdd     Doc 19338     Filed 01/20/10     Entered 01/20/10 15:20:08     Main Document     Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

Pg 41 of 142

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 13967**
Date Filed: 07/31/2006
Docketed Total: $283,429.97
Filing Creditor Name:
HUTCHINSON FTS INC
C/O HALPERIN BATTAGLIA
RAICHT LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019

Claim Holder Name
HUTCHINSON FTS INC
C/O HALPERIN BATTAGLIA
RAICHT LLP
555 MADISON AVE 9TH FLOOR
NEW YORK, NY 10019

Docketed Total: $283,429.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $283,429.97 |
| | | | $283,429.97 |

Allowed Total: $205,360.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $205,360.53 |
| | | | $205,360.53 |

---

**Claim: 12166**
Date Filed: 07/28/2006
Docketed Total: $177,730.00
Filing Creditor Name:
IER INDUSTRIES INC
8271 BAVARIA RD E
MACEDONIA, OH 44056

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $177,730.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $140,413.63 | $37,316.37 | UNL |
| | $140,413.63 | $37,316.37 | UNL |

Allowed Total: $168,071.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $168,071.05 |
| | | | $168,071.05 |

---

**Claim: 5563**
Date Filed: 05/10/2006
Docketed Total: $10,363.27
Filing Creditor Name:
INDAK MANUFACTURING CORP
EFT
1915 TECHNY RD
NORTHBROOK, IL 60062-5382

Claim Holder Name
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF INDAK
MANUFACTURING CORP
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $10,363.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $10,363.27 |
| | | | $10,363.27 |

Allowed Total: $7,973.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,973.56 |
| | | | $7,973.56 |

---

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 12400**
Date Filed: 07/28/2006
Docketed Total: $95,890.67
Filing Creditor Name:
 INFINEON TECHNOLOGIES AG
 SACHNOFF & WEAVER LTD
 10 S WACKER DR 40TH FL
 CHICAGO, IL 60606

Claim Holder Name
 INFINEON TECHNOLOGIES AG
 SACHNOFF & WEAVER LTD
 10 S WACKER DR 40TH FL
 CHICAGO, IL 60606

Docketed Total: $95,890.67

Allowed Total: $72,058.30

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44610 | | | $95,890.67 | 05-44610 | | | $72,058.30 |
| | | | **$95,890.67** | | | | **$72,058.30** |

**Claim: 11968**
Date Filed: 07/28/2006
Docketed Total: $6,491,471.33
Filing Creditor Name:
 INFINEON TECHNOLOGIES
 NORTH AMERICA CORP
 SACHNOFF & WEAVER LTD
 10 S WACKER DR 40TH FL
 CHICAGO, IL 60606

Claim Holder Name
 INFINEON TECHNOLOGIES NORTH
 AMERICA CORP
 SACHNOFF & WEAVER LTD
 10 S WACKER DR 40TH FL
 CHICAGO, IL 60606

Docketed Total: $6,491,471.33

Allowed Total: $6,331,621.10

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $6,491,471.33 | 05-44640 | | | $6,331,621.10 |
| | | | **$6,491,471.33** | | | | **$6,331,621.10** |

**Claim: 12178**
Date Filed: 07/28/2006
Docketed Total: $177,026.50
Filing Creditor Name:
 INFINEON TECHNOLOGIES
 NORTH AMERICA CORP
 SACHNOFF & WEAVER LTD
 10 S WACKER DR 40TH FL
 CHICAGO, IL 60606

Claim Holder Name
 INFINEON TECHNOLOGIES NORTH
 AMERICA CORP
 SACHNOFF & WEAVER LTD
 10 S WACKER DR 40TH FL
 CHICAGO, IL 60606

Docketed Total: $177,026.50

Allowed Total: $2,556.27

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $177,026.50 | 05-44567 | | | $2,556.27 |
| | | | **$177,026.50** | | | | **$2,556.27** |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

### Claim 1790

Claim: 1790
Date Filed:    02/06/2006
Docketed Total:    $195,077.21
Filing Creditor Name:
KEY SAFETY SYSTEMS &
SUBSIDIARIES
KEY SAFETY SYSTEMS INC
7000 NINETEEN MILE RD
STERLING HEIGHTS, MI 48314

Claim Holder Name
KEY SAFETY SYSTEMS &
SUBSIDIARIES
KEY SAFETY SYSTEMS INC
7000 NINETEEN MILE RD
STERLING HEIGHTS, MI 48314

Docketed Total:    $195,077.21

Allowed Total:    $61,279.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $195,077.21 |
| | | | $195,077.21 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,279.69 |
| | | | $61,279.69 |

### Claim 15792

Claim: 15792
Date Filed:    08/02/2006
Docketed Total:    $140,983.79
Filing Creditor Name:
KEYSTONE POWDERED METAL
COMPANY
BUCHANAN INGERSOLL &
ROONEY PC
1 CHASE MANHATTAN PLAZA
35TH FLR
NEW YORK, NY 10007

Claim Holder Name
KEYSTONE POWDERED METAL
COMPANY
BUCHANAN INGERSOLL & ROONEY
PC
1 CHASE MANHATTAN PLAZA
35TH FLR
NEW YORK, NY 10007

Docketed Total:    $140,983.79

Allowed Total:    $19,279.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $140,983.79 |
| | | | $140,983.79 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,279.37 |
| | | | $19,279.37 |

### Claim 15483

Claim: 15483
Date Filed:    07/31/2006
Docketed Total:    $66,952.29
Filing Creditor Name:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total:    $66,952.29

Allowed Total:    $64,388.47

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $66,952.29 |
| | | | $66,952.29 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $64,388.47 |
| | | | $64,388.47 |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15476**
Date Filed:   07/31/2006
Docketed Total:   $248,551.45
Filing Creditor Name:
   LIQUIDITY SOLUTIONS INC DBA
   REVENUE MANAGEMENT AS
   ASSIGNEE OF FAIRWAY SPRING
   CO INC
   ONE UNIVERSITY PLAZA SUITE
   312
   HACKENSACK, NJ 07601

Claim Holder Name
   SPCP GROUP LLC AS AGENT FOR
   SILVER POINT CAPITAL FUND LP
   AND SILVER POINT CAPITAL
   OFFSHORE FUND LTD
   2 GREENWICH PLZ 1ST FL
   GREENWICH, CT 06830

Docketed Total:   $248,551.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $248,551.45 |
| | | | **$248,551.45** |

Allowed Total:   $244,087.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $244,087.26 |
| | | | **$244,087.26** |

---

**Claim: 9463**
Date Filed:   07/13/2006
Docketed Total:   $108,415.00
Filing Creditor Name:
   LYDALL THERMAL ACOUSTICAL
   SALES LLC FKA LYDALL WESTEX
   1241 BUCK SHOALS RD
   PO BOX 109
   HAMPTONVILLE, NC 27020

Claim Holder Name
   LYDALL THERMAL ACOUSTICAL
   SALES LLC FKA LYDALL WESTEX
   1241 BUCK SHOALS RD
   PO BOX 109
   HAMPTONVILLE, NC 27020

Docketed Total:   $108,415.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $108,415.00 |
| | | | **$108,415.00** |

Allowed Total:   $15,341.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,341.00 |
| | | | **$15,341.00** |

---

**Claim: 16616**
Date Filed:   06/22/2007
Docketed Total:   $414,063.61
Filing Creditor Name:
   MAC ARTHUR CORPORATION
   WINEGARDEN HALEY
   LINDHOLM & ROBERSTON PLC
   G 9460 S SAGINAW ST STE A
   GRAND BLANC, MI 48439

Claim Holder Name
   JPMORGAN CHASE BANK NA
   4 NEW YORK PLAZA FL 16
   NEW YORK, NY 10004-2413

Docketed Total:   $414,063.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $414,063.61 |
| | | | **$414,063.61** |

Allowed Total:   $339,363.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $339,363.99 |
| | | | **$339,363.99** |

---

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 5115**
Date Filed:   05/08/2006
Docketed Total:   $210,634.01
Filing Creditor Name:
  MACHINED PRODUCTS CO
  2121 LANDMEIER RD
  ELK GROVE VILLAGE, IL 60007

Claim Holder Name
  MACHINED PRODUCTS CO
  2121 LANDMEIER RD
  ELK GROVE VILLAGE, IL 60007

Docketed Total:   $210,634.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $210,634.01 |
| | | | **$210,634.01** |

Allowed Total:   $71,857.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,857.54 |
| | | | **$71,857.54** |

---

**Claim: 4501**
Date Filed:   05/02/2006
Docketed Total:   $48,815.08
Filing Creditor Name:
  MIDTOWN CLAIMS LLC
  65 EAST 55TH ST 19TH FL
  NEW YORK, NY 10022

Claim Holder Name
  MIDTOWN CLAIMS LLC
  65 EAST 55TH ST 19TH FL
  NEW YORK, NY 10022

Docketed Total:   $48,815.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,815.08 |
| | | | **$48,815.08** |

Allowed Total:   $43,925.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,925.24 |
| | | | **$43,925.24** |

---

**Claim: 15211**
Date Filed:   07/31/2006
Docketed Total:   $1,352,891.10
Filing Creditor Name:
  MILLENNIUM INDUSTRIES
  CORPORATION
  CLARK HILL PLC
  500 WOODWARD AVE STE 3500
  DETROIT, MI 48226-3435

Claim Holder Name
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830

Docketed Total:   $1,352,891.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $704,727.68 | $648,163.42 |
| | | **$704,727.68** | **$648,163.42** |

Allowed Total:   $41,467.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,467.60 |
| | | | **$41,467.60** |

---

**Claim: 3738**
Date Filed:   05/01/2006
Docketed Total:   $50,374.12
Filing Creditor Name:
  MOLDTECH INC
  1900 COMMERCE PKY
  LANCASTER, NY 14086

Claim Holder Name
  MOLDTECH INC
  1900 COMMERCE PKY
  LANCASTER, NY 14086

Docketed Total:   $50,374.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,374.12 |
| | | | **$50,374.12** |

Allowed Total:   $40,800.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,800.82 |
| | | | **$40,800.82** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2402**
Date Filed:    03/24/2006
Docketed Total:    $2,537,512.52
Filing Creditor Name:
    MOTOROLA INC AKA
    MOTOROLA AIEG
    MCDERMOTT WILL & EMERY LLP
    227 W MONROE ST
    CHICAGO, IL 60606

Claim Holder Name

LONGACRE MASTER FUND LTD        Docketed Total:    $2,537,512.52
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $750,487.44 | | $1,787,025.08 |
| | **$750,487.44** | | **$1,787,025.08** |

Allowed Total:    $260,400.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $260,400.00 |
| | | | **$260,400.00** |

---

**Claim: 2221**
Date Filed:    03/07/2006
Docketed Total:    $60,110.00
Filing Creditor Name:
    NICHIA AMERICA
    CORPORATION
    3775 HEMPLAND RD
    MOUNTVILLE, PA 17554

Claim Holder Name

NICHIA AMERICA CORPORATION        Docketed Total:    $60,110.00
3775 HEMPLAND RD
MOUNTVILLE, PA 17554

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $60,110.00 |
| | | | **$60,110.00** |

Allowed Total:    $29,480.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,480.00 |
| | | | **$29,480.00** |

---

**Claim: 7571**
Date Filed:    06/06/2006
Docketed Total:    $152,953.02
Filing Creditor Name:
    NORTHERN ENGRAVING
    CORPORATION
    803 S BLACK RIVER ST
    SPARTA, WI 54656

Claim Holder Name

LONGACRE MASTER FUND LTD        Docketed Total:    $152,953.02
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152,953.02 |
| | | | **$152,953.02** |

Allowed Total:    $130,013.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $130,013.86 |
| | | | **$130,013.86** |

---

*       See Exhibit I for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 9771**
Date Filed:   07/18/2006
Docketed Total:   $977,354.65
Filing Creditor Name:
  NSS TECHNOLOGIES INC FKA
  NATIONAL SET SCREW CORP
  C O ROBERT SZWAJKOS ESQ
  CURTIN & HEEFNER LLP
  250 N PENNSYLVANIA
  MORRISVILLE, PA 19067

Claim Holder Name

BEAR STEARNS INVESTMENT
PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total:   **$977,354.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $977,354.65 |
| | | | **$977,354.65** |

Allowed Total:   **$191,266.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $191,266.99 |
| | | | **$191,266.99** |

---

**Claim: 16393**
Date Filed:   10/26/2006
Docketed Total:   $84,892.57
Filing Creditor Name:
  OFFSHORE INTERNATIONAL
  INCORPORATED
  QUARLES & BRADY STREICH
  LANG LLP
  ONE S CHURCH AVE STE 1700
  TUCSON, AZ 85701

Claim Holder Name

OFFSHORE INTERNATIONAL
INCORPORATED
QUARLES & BRADY STREICH LANG
LLP
ONE S CHURCH AVE STE 1700
TUCSON, AZ 85701

Docketed Total:   **$84,892.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $84,892.57 |
| | | | **$84,892.57** |

Allowed Total:   **$42,446.29**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $42,446.29 |
| | | | **$42,446.29** |

---

**Claim: 16318**
Date Filed:   09/14/2006
Docketed Total:   $1,428,927.86
Filing Creditor Name:
  OKI AMERICA INC
  785 N MARY AVE
  SUNNYVALE, CA 94085

Claim Holder Name

OKI AMERICA INC
785 N MARY AVE
SUNNYVALE, CA 94085

Docketed Total:   **$1,428,927.86**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | UNL | | $1,428,927.86 |
| | **UNL** | | **$1,428,927.86** |

Allowed Total:   **$465,873.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $465,873.65 |
| | | | **$465,873.65** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 11568<br>Date Filed:   07/27/2006<br>Docketed Total:   $30,102.47<br>Filing Creditor Name:<br>  ON SEMICONDUCTOR<br>  COMPONENTS INDUSTRIES LLC<br>  ONE RENAISSANCE SQUARE<br>  TWO N CENTRAL AVE<br>  PHOENIX, AZ 85004-2391 | Claim Holder Name<br><br>  SPCP GROUP LLC AS AGENT FOR<br>  SILVER POINT CAPITAL FUND LP<br>  AND SILVER POINT CAPITAL<br>  OFFSHORE FUND LTD<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 06830<br><br>Docketed Total:   $30,102.47 | Allowed Total:   $29,961.47 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $30,102.47 | 05-44567 | | | $29,961.47 |
| | | | **$30,102.47** | | | | **$29,961.47** |

| | | |
|---|---|---|
| Claim: 11190<br>Date Filed:   07/26/2006<br>Docketed Total:   $87,844.88<br>Filing Creditor Name:<br>  PARLEX CORPORATION<br>  KUTCHIN & RUFO  PC<br>  155 FEDERAL ST 17TH FL<br>  BOSTON, MA 02110 | Claim Holder Name<br><br>  SPCP GROUP LLC AS AGENT FOR<br>  SILVER POINT CAPITAL FUND LP<br>  AND SILVER POINT CAPITAL<br>  OFFSHORE FUND LTD<br>  TWO GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 06830<br><br>Docketed Total:   $87,844.88 | Allowed Total:   $74,795.17 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44610 | | | $87,844.88 | 05-44640 | | | $74,795.17 |
| | | | **$87,844.88** | | | | **$74,795.17** |

| | | |
|---|---|---|
| Claim: 14347<br>Date Filed:   07/31/2006<br>Docketed Total:   $5,486,881.18<br>Filing Creditor Name:<br>  PHILIPS SEMICONDUCTORS INC<br>  KIRKPATRICK & LOCKHART<br>  NICHOLSON GRAHAM LLP<br>  599 LEXINGTON AVE<br>  NEW YORK, NY 10022 | Claim Holder Name<br><br>  SPCP GROUP LLC AS AGENT FOR<br>  SILVER POINT CAPITAL FUND LP<br>  AND SILVER POINT CAPITAL<br>  OFFSHORE FUND LTD<br>  2 GREENWICH PLZ 1ST FL<br>  GREENWICH, CT 06830<br><br>Docketed Total:   $5,486,881.18 | Allowed Total:   $1,917,474.40 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,486,881.18 | 05-44640 | | | $1,917,474.40 |
| | | | **$5,486,881.18** | | | | **$1,917,474.40** |

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

### EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10580**
Date Filed:  07/25/2006
Docketed Total:   $203,432.68
Filing Creditor Name:
PHILLIPS PLASTICS
CORPORATION
1201 HANLEY RD
HUDSON, WI 54016

Claim Holder Name

CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Docketed Total:        $203,432.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $203,432.68 | | |
| | $203,432.68 | | |

Allowed Total:        $172,471.39

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $172,471.39 |
| | | | $172,471.39 |

---

**Claim: 12438**
Date Filed:  07/28/2006
Docketed Total:   $11,330.41
Filing Creditor Name:
PLAINFIELD STAMP ILLINOIS
INC
1351 NORTH DIVISION ST
PLAINFIELD, IL 60544

Claim Holder Name

PLAINFIELD STAMP ILLINOIS INC
1351 NORTH DIVISION ST
PLAINFIELD, IL 60544

Docketed Total:        $11,330.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $11,330.41 |
| | | | $11,330.41 |

Allowed Total:        $5,867.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,867.91 |
| | | | $5,867.91 |

---

**Claim: 4268**
Date Filed:  05/01/2006
Docketed Total:   $144,807.94
Filing Creditor Name:
QUALITY SCREW & NUT CO
1745 PAYSHPERE CIRCLE
ADD CHG 071205 LC
CHICAGO, IL 60674

Claim Holder Name

QUALITY SCREW & NUT CO
1745 PAYSHPERE CIRCLE
ADD CHG 071205 LC
CHICAGO, IL 60674

Docketed Total:        $144,807.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,807.94 |
| | | | $144,807.94 |

Allowed Total:        $138,972.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $138,972.84 |
| | | | $138,972.84 |

---

*       See Exhibit I for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.   05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document   Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)   Pg 50 of 142

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15231**
Date Filed: 07/31/2006
Docketed Total: $614,058.16
Filing Creditor Name:
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Claim Holder Name
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500
Docketed Total: $614,058.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $614,058.16 |
| | | | **$614,058.16** |

Allowed Total: $333,450.27

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $333,450.27 |
| | | | **$333,450.27** |

---

**Claim: 2739**
Date Filed: 04/24/2006
Docketed Total: $102,734.69
Filing Creditor Name:
QUINCY SPRING LEWIS SPRING
& SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614
Docketed Total: $102,734.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $102,734.69 |
| | | | **$102,734.69** |

Allowed Total: $64,447.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $64,447.31 |
| | | | **$64,447.31** |

---

**Claim: 11264**
Date Filed: 07/27/2006
Docketed Total: $673,272.82
Filing Creditor Name:
REPUBLIC ENGINEERED
PRODUCTS INC
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND, OH 44114

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $673,272.82

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $673,272.82 |
| | | | **$673,272.82** |

Allowed Total: $179,774.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $179,774.97 |
| | | | **$179,774.97** |

---

**Claim: 11527**
Date Filed: 07/27/2006
Docketed Total: $45,258.00
Filing Creditor Name:
ROTAFORM LLC
VON BRIESEN & ROPER
411 E WISCONSIN AVE STE 700
MILWAUKEE, WI 53202

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total: $45,258.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,258.00 |
| | | | **$45,258.00** |

Allowed Total: $37,322.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,322.00 |
| | | | **$37,322.00** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1216**
Date Filed:   12/19/2005
Docketed Total:   $48,089.03
Filing Creditor Name:
  SFS INTEC INC
  SPRING ST & VAN REED RD
  PO BOX 6326
  WYOMISSING, PA 19610

Claim Holder Name
  HAIN CAPITAL INVESTORS LLC
  301 ROUTE 17 6TH FL
  RUTHERFORD, NJ 07070

Docketed Total:   **$48,089.03**

Allowed Total:   **$19,911.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $48,089.03 |
| | | | **$48,089.03** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,911.66 |
| | | | **$19,911.66** |

**Claim: 2274**
Date Filed:   03/13/2006
Docketed Total:   $222,238.45
Filing Creditor Name:
  SHERWIN WILLIAMS
  AUTOMOTIVE FINISHES CORP
  4440 WARRENSVILLE CENTER RD
  WARRENSVILLE HEIGHTS, OH
  44128

Claim Holder Name
  SHERWIN WILLIAMS AUTOMOTIVE
  FINISHES CORP
  4440 WARRENSVILLE CENTER RD
  WARRENSVILLE HEIGHTS, OH 44128

Docketed Total:   **$222,238.45**

Allowed Total:   **$56,390.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $222,238.45 |
| | | | **$222,238.45** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $56,390.89 |
| | | | **$56,390.89** |

**Claim: 11247**
Date Filed:   07/27/2006
Docketed Total:   $641,832.63
Filing Creditor Name:
  SKF USA INC
  PEPPER HAMILTON LLP
  HERCULES PLZ STE 5100
  1313 MARKET ST
  WILMINGTON, DE 19899

Claim Holder Name
  SKF USA INC
  PEPPER HAMILTON LLP
  HERCULES PLZ STE 5100
  1313 MARKET ST
  WILMINGTON, DE 19899

Docketed Total:   **$641,832.63**

Allowed Total:   **$29,777.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $85,147.54 | $556,685.09 |
| | | **$85,147.54** | **$556,685.09** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,777.40 |
| | | | **$29,777.40** |

---

*        See Exhibit I for a listing of debtor entities by case number.

**      "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11274**
Date Filed: 07/27/2006
Docketed Total: $176,158.38
Filing Creditor Name:
SMALL PARTS INC
PO BOX 7002
LOGANSPORT, IN 46947

Claim Holder Name
SMALL PARTS INC
PO BOX 7002
LOGANSPORT, IN 46947

Docketed Total: $176,158.38

Allowed Total: $100,458.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $176,158.38 |
| | | | $176,158.38 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $100,458.41 |
| | | | $100,458.41 |

**Claim: 14137**
Date Filed: 07/31/2006
Docketed Total: $2,752,068.75
Filing Creditor Name:
SPCP GROUP LLC AS ASSIGNEE
OF FUJIKOKI AMERICA INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name
SPECIAL SITUATIONS INVESTING
GROUP INC
C/O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

Docketed Total: $2,752,068.75

Allowed Total: $2,707,356.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,752,068.75 |
| | | | $2,752,068.75 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,707,356.75 |
| | | | $2,707,356.75 |

**Claim: 14489**
Date Filed: 07/31/2006
Docketed Total: $3,750,708.82
Filing Creditor Name:
SPCP GROUP LLC AS ASSIGNEE
OF INTERMET CORPORATION
SILVER POINT CAPITAL
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Claim Holder Name
SPCP GROUP LLC AS ASSIGNEE OF
INTERMET CORPORATION
SILVER POINT CAPITAL
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $3,750,708.82

Allowed Total: $3,724,793.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,750,708.82 |
| | | | $3,750,708.82 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,724,793.18 |
| | | | $3,724,793.18 |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.   05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document   Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)           Pg 53 of 142

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 14134**
Date Filed: 07/31/2006
Docketed Total: $511,656.31
Filing Creditor Name:
  SPCP GROUP LLC AS ASSIGNEE
  OF KEY PLASTICS LLC
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name
  SPCP GROUP LLC AS ASSIGNEE OF
  KEY PLASTICS LLC
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Docketed Total: $511,656.31

Allowed Total: $164,793.93

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $511,656.31 | 05-44640 | | | $164,793.93 |
| | | | **$511,656.31** | | | | **$164,793.93** |

**Claim: 14147**
Date Filed: 07/31/2006
Docketed Total: $5,430,121.66
Filing Creditor Name:
  SPCP GROUP LLC AS ASSIGNEE
  OF TEXTRON FASTENING
  SYSTEMS INC
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Claim Holder Name
  GOLDMAN SACHS CREDIT
  PARTNERS LP
  C/O GOLDMAN SACHS & CO
  30 HUDSON 17TH FL
  JERSEY CITY, NJ 07302

Docketed Total: $5,430,121.66

Allowed Total: $4,998,144.79

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $5,430,121.66 | 05-44640 | | | $4,998,144.79 |
| | | | **$5,430,121.66** | | | | **$4,998,144.79** |

**Claim: 26**
Date Filed: 10/17/2005
Docketed Total: $162.00
Filing Creditor Name:
  SPERRY & RICE MFG CO LLC
  9146 US 52
  BROOKVILLE, IN 47012

Claim Holder Name
  LIQUIDITY SOLUTIONS INC
  ONE UNIVERSITY PLAZA STE 312
  HACKENSACK, NJ 07601

Docketed Total: $162.00

Allowed Total: $40.50

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $162.00 | 05-44640 | | | $40.50 |
| | | | **$162.00** | | | | **$40.50** |

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9772**
Date Filed:   07/18/2006
Docketed Total:   $72,034.20
Filing Creditor Name:
  SPS TECHNOLOGIES
  WATERFORD COMPANY FKA
  TERRY MACHINE COMPANY
  C O ROBERT SZWAJKOS ESQUIRE
  CURTIN & HEEFNER LLP
  250 N PENNSYLVANIA AVE
  MORRISVILLE, PA 19067

Claim Holder Name
  BEAR STEARNS INVESTMENT PRODUCTS INC
  CO JPMORGAN CHASE BANK NA
  LEGAL DEPT
  1 CHASE MANHATTAN PLAZA 26TH FL
  NEW YORK, NY 10081

Docketed Total:   **$72,034.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| | | | **$72,034.20** |

Allowed Total:   **$63,774.83**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $63,774.83 |
| | | | **$63,774.83** |

---

**Claim: 12257**
Date Filed:   07/28/2006
Docketed Total:   $217,822.60
Filing Creditor Name:
  STANLEY ELECTRIC SALES OF AMERICA INC
  AFRCT LLP
  199 S LOS ROBLES AVE STE 600
  PASADENA, CA 91101

Claim Holder Name
  SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Docketed Total:   **$217,822.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| | | **$21,450.40** | **$196,372.20** |

Allowed Total:   **$217,587.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $217,587.60 |
| | | | **$217,587.60** |

---

**Claim: 10011**
Date Filed:   07/20/2006
Docketed Total:   $2,009.90
Filing Creditor Name:
  TERMAX CORP
  DEPARTMENT 4137
  CAROL STREAM, IL 60122-4137

Claim Holder Name
  TRADE DEBT NET
  281 TRESSER BLVD STE 1501
  STAMFORD, CT 06901

Docketed Total:   **$2,009.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,009.90 |
| | | | **$2,009.90** |

Allowed Total:   **$99.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $99.50 |
| | | | **$99.50** |

---

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 10180**
Date Filed:   07/21/2006
Docketed Total:   $1,670,436.79
Filing Creditor Name:
THE CHERRY CORPORATION
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST
CHICAGO, IL 60606-5096

Claim Holder Name
HAIN CAPITAL HOLDINGS LLC        Docketed Total:    $1,670,436.79
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $1,670,436.79 | | |
| | **$1,670,436.79** | | |

Allowed Total:    $1,440,545.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,440,545.65 |
| | | | **$1,440,545.65** |

---

**Claim: 2649**
Date Filed:   04/13/2006
Docketed Total:   $68,059.78
Filing Creditor Name:
THE FURUKAWA ELECTRIC CO
LTD
SQUIRE SANDERS & DEMPSEY
LLP
600 HANSEN WY
PALO ALTO, CA 94304-1043

Claim Holder Name
LONGACRE MASTER FUND LTD        Docketed Total:    $68,059.78
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47452 | | | $68,059.78 |
| | | | **$68,059.78** |

Allowed Total:    $34,029.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-47452 | | | $34,029.89 |
| | | | **$34,029.89** |

---

**Claim: 14319**
Date Filed:   07/31/2006
Docketed Total:   $5,239,434.98
Filing Creditor Name:
THE TIMKEN COMPANY
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44706-0927

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR        Docketed Total:    $5,239,434.98
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $732,657.37 | $1,803,986.64 | $2,702,790.97 |
| | **$732,657.37** | **$1,803,986.64** | **$2,702,790.97** |

Allowed Total:    $2,847,130.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,847,130.71 |
| | | | **$2,847,130.71** |

---

\*       See Exhibit I for a listing of debtor entities by case number.
\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

### Claim: 11743

Date Filed: 07/27/2006
Docketed Total: $1,777,501.48
Filing Creditor Name:
TI GROUP AUTOMOTIVE SYSTEMS LLC
GENERAL COUNSEL & COMPANY SECRETARY
TI AUTOMOTIVE
12345 E NINE MILE RD
WARREN, MI 48089-2614

Claim Holder Name
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $1,777,501.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,777,501.48 |
| | | | **$1,777,501.48** |

Allowed Total: $1,299,418.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,299,418.83 |
| | | | **$1,299,418.83** |

### Claim: 2625

Date Filed: 04/13/2006
Docketed Total: $202,626.18
Filing Creditor Name:
TINNERMAN PALNUT ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $202,626.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $202,626.18 |
| | | | **$202,626.18** |

Allowed Total: $193,770.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,770.44 |
| | | | **$193,770.44** |

### Claim: 2627

Date Filed: 04/13/2006
Docketed Total: $1,923.00
Filing Creditor Name:
TINNERMAN PALNUT ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212-2344

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $1,923.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44547 | | | $1,923.00 |
| | | | **$1,923.00** |

Allowed Total: $384.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $384.60 |
| | | | **$384.60** |

### Claim: 2636

Date Filed: 04/13/2006
Docketed Total: $4,770.00
Filing Creditor Name:
TINNERMAN PALNUT ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212-2344

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $4,770.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $4,770.00 |
| | | | **$4,770.00** |

Allowed Total: $2,385.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,385.00 |
| | | | **$2,385.00** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9435**
Date Filed: 07/13/2006
Docketed Total: $37,488.17
Filing Creditor Name:
  TOPCRAFT PRECISION MOLDERS
  EFT
  301 IVYLAND RD
  WARMINSTER, PA 18974

Claim Holder Name
  TOPCRAFT PRECISION MOLDERS
  EFT
  301 IVYLAND RD
  WARMINSTER, PA 18974
Docketed Total: $37,488.17

Allowed Total: $29,113.78

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $37,488.17 | 05-44640 | | | $29,113.78 |
| | | | **$37,488.17** | | | | **$29,113.78** |

---

**Claim: 12239**
Date Filed: 07/28/2006
Docketed Total: $599,351.09
Filing Creditor Name:
  TOSHIBA AMERICA ELECTRONIC
  COMPONENTS INC
  WEILAND GOLDEN SMILEY
  WANG EKVALL & STROK
  650 TOWN CENTER DR STE 950
  COSTA MESA, CA 92626

Claim Holder Name
  TOSHIBA AMERICA ELECTRONIC
  COMPONENTS INC
  WEILAND GOLDEN SMILEY WANG
  EKVALL & STROK
  650 TOWN CENTER DR STE 950
  COSTA MESA, CA 92626
Docketed Total: $599,351.09

Allowed Total: $174,838.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $599,351.09 | 05-44640 | | | $174,838.00 |
| | | | **$599,351.09** | | | | **$174,838.00** |

---

**Claim: 12377**
Date Filed: 07/28/2006
Docketed Total: $1,792.00
Filing Creditor Name:
  TROSTEL LIMITED FORMERLY
  KNOWN AS TROSTEL ALBERT
  PACKING
  901 MAXWELL ST
  LAKE GENEVA, WI 53147

Claim Holder Name
  CONTRARIAN FUNDS LLC
  411 W PUTNAM AVE STE 225
  GREENWICH, CT 06830
Docketed Total: $1,792.00

Allowed Total: $896.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $1,792.00 | 05-44567 | | | $896.00 |
| | | | **$1,792.00** | | | | **$896.00** |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 8340<br>Date Filed: 06/22/2006<br>Docketed Total: $2,348.64<br>Filing Creditor Name:<br>TWOSON ESP INC<br>PO BOX 131<br>718 MASSACHU SSETTS AVE<br>MATTHEWS, IN 46957 | Claim Holder Name<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Docketed Total: **$2,348.64** | Allowed Total: **$1,174.32** |
| Claim: 11233<br>Date Filed: 07/26/2006<br>Docketed Total: $134,780.90<br>Filing Creditor Name:<br>TWOSON TOOL CO INC<br>PO BOX 591<br>MUNCIE, IN 47308 | Claim Holder Name<br><br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Docketed Total: **$134,780.90** | Allowed Total: **$116,565.04** |
| Claim: 10233<br>Date Filed: 07/21/2006<br>Docketed Total: $287,522.77<br>Filing Creditor Name:<br>UFE INC<br>PO BOX 7<br>STILLWATER, MN 55082-0007 | Claim Holder Name<br><br>UFE INC<br>PO BOX 7<br>STILLWATER, MN 55082-0007<br><br>Docketed Total: **$287,522.77** | Allowed Total: **$285,962.77** |
| Claim: 11640<br>Date Filed: 07/27/2006<br>Docketed Total: $6,183,936.00<br>Filing Creditor Name:<br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | Claim Holder Name<br><br>VICTORY PACKAGING LP<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027<br><br>Docketed Total: **$6,183,936.00** | Allowed Total: **$3,180,058.44** |

**Claim 8340 detail:**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44567 | | | $2,348.64 | | 05-44567 | | | $1,174.32 |
| | | | **$2,348.64** | | | | | **$1,174.32** |

**Claim 11233 detail:**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $134,780.90 | | 05-44640 | | | $116,565.04 |
| | | | **$134,780.90** | | | | | **$116,565.04** |

**Claim 10233 detail:**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $287,522.77 | | 05-44640 | | | $285,962.77 |
| | | | **$287,522.77** | | | | | **$285,962.77** |

**Claim 11640 detail:**

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | UNL | $6,183,936.00 | | 05-44640 | | | $3,180,058.44 |
| | | **UNL** | **$6,183,936.00** | | | | | **$3,180,058.44** |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9454**
Date Filed:   07/13/2006
Docketed Total:    $23,391.86
Filing Creditor Name:
   VISHAY AMERICAS INC
   1 GREENWHICH PL
   SHELTON, CT 06484

Claim Holder Name
   VISHAY AMERICAS INC
   1 GREENWHICH PL
   SHELTON, CT 06484

Docketed Total:    **$23,391.86**

Allowed Total:    **$14,166.86**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $23,391.86 | 05-44567 | | | $14,166.86 |
| | | | **$23,391.86** | | | | **$14,166.86** |

**Claim: 7205**
Date Filed:   05/31/2006
Docketed Total:    $26,066.24
Filing Creditor Name:
   WALCO CORPORATION
   PO BOX 9
   GLENSHAW, PA 15116

Claim Holder Name
   LIQUIDITY SOLUTIONS INC AS
   ASSIGNEE OF WALCO
   CORPORATION
   ONE UNIVERSITY PLAZA STE 312
   HACKENSACK, NJ 07601

Docketed Total:    **$26,066.24**

Allowed Total:    **$5,424.28**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $26,066.24 | 05-44640 | | | $5,424.28 |
| | | | **$26,066.24** | | | | **$5,424.28** |

**Claim: 10076**
Date Filed:   07/20/2006
Docketed Total:    $0.00
Filing Creditor Name:
   WOCO INDUSTRIETECHNIK
   GMBH
   25800 NORTHWESTERN HWY 1000
   SOUTHFIELD, MI 48075-1000

Claim Holder Name
   WOCO INDUSTRIETECHNIK GMBH
   25800 NORTHWESTERN HWY 1000
   SOUTHFIELD, MI 48075-1000

Docketed Total:    **UNL**

Allowed Total:    **$77,084.27**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | UNL | 05-44640 | | | $77,084.27 |
| | | | **UNL** | | | | **$77,084.27** |

**Claim: 16447**
Date Filed:   12/08/2006
Docketed Total:    $76,844.72
Filing Creditor Name:
   WRIGHT PLASTIC PRODUCTS CO
   LLC
   201 CONDENSERY RD
   SHERIDAN, MI 48884

Claim Holder Name
   CONTRARIAN FUNDS LLC
   411 W PUTNAM AVE S 225
   GREENWICH, CT 06830

Docketed Total:    **$76,844.72**

Allowed Total:    **$91,270.07**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $76,844.72 | 05-44567 | | | $91,270.07 |
| | | | **$76,844.72** | | | | **$91,270.07** |

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 7282**<br>Date Filed: 06/01/2006<br>Docketed Total: $44,400.00<br>Filing Creditor Name:<br>  XILINX INC<br>  ONE UNIVERSITY PLAZA STE 312<br>  HACKENSACK, NJ 07601 | Claim Holder Name<br>  LIQUIDITY SOLUTIONS INC AS<br>  ASSIGNEE OF XILINX INC<br>  ONE UNIVERSITY PLZ STE 312<br>  HACKENSACK, NJ 07601 | Docketed Total: $44,400.00 | | | Allowed Total: $30,750.00 | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $44,400.00 | 05-44640 | | | $30,750.00 |
| | | | **$44,400.00** | | | | **$30,750.00** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 13183**<br>Date Filed: 07/31/2006<br>Docketed Total: $1,484,512.92<br>Filing Creditor Name:<br>  YAZAKI NORTH AMERICA INC<br>  6801 N HAGGERTY RD<br>  CANTON, MI 48187-3538 | Claim Holder Name<br>  YAZAKI NORTH AMERICA INC<br>  6601 HAGGERTY RD<br>  CANTON, MI 48187 | Docketed Total: $1,084,784.98 | | | Allowed Total: $202,242.27 | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,084,784.98 | 05-44640 | | | $202,242.27 |
| | | | **$1,084,784.98** | | | | **$202,242.27** |

| Claim Holder Name<br>  YAZAKI NORTH AMERICA INC<br>  6801 N HAGGERTY RD<br>  CANTON, MI 48187-3538 | Docketed Total: $399,727.94 | | | Allowed Total: $28,864.18 | | | |
|---|---|---|---|---|---|---|---|

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $399,727.94 | | UNL | 05-44567 | | | $28,864.18 |
| | **$399,727.94** | | **UNL** | 05-44640 | | | $0.00 |
| | | | | | | | **$28,864.18** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 3375**<br>Date Filed: 04/28/2006<br>Docketed Total: $2,678.08<br>Filing Creditor Name:<br>  ZIERICK MFG CO<br>  131 RADIO CIRCLE<br>  MOUNT KISCO, NY 10549 | Claim Holder Name<br>  ZIERICK MFG CO<br>  131 RADIO CIRCLE<br>  MOUNT KISCO, NY 10549 | Docketed Total: $2,678.08 | | | Allowed Total: $102.00 | | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $2,678.08 | 05-44567 | | | $102.00 |
| | | | **$2,678.08** | | | | **$102.00** |

\*      See Exhibit I for a listing of debtor entities by case number.

\*\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| | | **Total Claims To Be Allowed: 110** |
| | | **Total Amount As Docketed:**      $81,103,830.31 |
| | | **Total Amount As Allowed:**      $51,812,464.98 |

\*       See Exhibit I for a listing of debtor entities by case number.

\*\*      "UNL" denotes an unliquidated claim.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11413**
Date Filed: 07/27/2006
Docketed Total: $617,679.20
Filing Creditor Name:
ACCURATE THREADED
FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507

Claim Holder Name
ACCURATE THREADED FASTENERS INC ATF INC
SACHNOFF & WEAVER LTD
10 S WACKER DR
CHICAGO, IL 60606-7507
Docketed Total: $617,679.20

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $617,679.20 |
| | | | **$617,679.20** |

Allowed Total: $231,086.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $231,086.97 |
| | | | **$231,086.97** |

---

**Claim: 123**
Date Filed: 10/25/2005
Docketed Total: $127,102.34
Filing Creditor Name:
ADVENT TOOL & MOLD INC
999 RIDGEWAY AVE
ROCHESTER, NY 14615

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total: $127,102.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $127,102.34 |
| | | | **$127,102.34** |

Allowed Total: $111,018.85

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $111,018.85 |
| | | | **$111,018.85** |

---

**Claim: 4232**
Date Filed: 05/01/2006
Docketed Total: $32,587.26
Filing Creditor Name:
ALCOTEC WIRE CO
2750 AERO PK DR
TRAVERSE CITY, MI 49686-9103

Claim Holder Name
ALCOTEC WIRE CO
2750 AERO PK DR
TRAVERSE CITY, MI 49686-9103
Docketed Total: $32,587.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,587.26 |
| | | | **$32,587.26** |

Allowed Total: $3,665.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,665.92 |
| | | | **$3,665.92** |

---

**Claim: 1683**
Date Filed: 01/26/2006
Docketed Total: $78,385.24
Filing Creditor Name:
ALLIANCE PLASTICS EFT
3123 STATION RD
ERIE, PA 16510

Claim Holder Name
ASM CAPITAL II LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797
Docketed Total: $78,385.24

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,385.24 |
| | | | **$78,385.24** |

Allowed Total: $56,610.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,610.31 |
| | | | **$56,610.31** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

| | Claim Holder Name | |
|---|---|---|
| Claim: 15139<br>Date Filed: 07/31/2006<br>Docketed Total: $59,414.30<br>Filing Creditor Name:<br>  AMERICAN COIL SPRING<br>  COMPANY<br>  MILLER JOHNSON<br>  PO BOX 306<br>  GRAND RAPIDS, MI 49501-0306 | AMERICAN COIL SPRING<br>COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306<br><br>Docketed Total: $59,414.30 | Allowed Total: $51,402.10 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,414.30 | 05-44640 | | | $51,402.10 |
| | | | **$59,414.30** | | | | **$51,402.10** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 15203<br>Date Filed: 07/31/2006<br>Docketed Total: $110,591.58<br>Filing Creditor Name:<br>  AMI INDUSTRIES INC<br>  5093 N RED OAK RD<br>  LEWISTON, MI 49756 | CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total: $110,591.58 | Allowed Total: $8,868.88 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $110,591.58 | 05-44640 | | | $8,868.88 |
| | | | **$110,591.58** | | | | **$8,868.88** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 8725<br>Date Filed: 06/28/2006<br>Docketed Total: $57,311.51<br>Filing Creditor Name:<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF SINCLAIR & RUSH<br>  INC<br>  535 MADISON AVE 15TH FL<br>  NEW YORK, NY 10022 | AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $57,311.51 | Allowed Total: $40,529.86 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $57,311.51 | 05-44640 | | | $40,529.86 |
| | | | **$57,311.51** | | | | **$40,529.86** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 11196<br>Date Filed: 07/26/2006<br>Docketed Total: $59,444.55<br>Filing Creditor Name:<br>  AMROC INVESTMENTS LLC AS<br>  ASSIGNEE OF TOMPKINS<br>  PRODUCTS INC EFT<br>  ATTN DAIV S LEINWAND<br>  535 MADISON AVE 15TH FL<br>  NEW YORK, NY 10022 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $59,444.55 | Allowed Total: $5,732.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $59,444.55 | 05-44640 | | | $5,732.00 |
| | | | **$59,444.55** | | | | **$5,732.00** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12346<br>Date Filed: 07/28/2006<br>Docketed Total: $215,079.82<br>Filing Creditor Name:<br>ANGELL DEMMEL NORTH<br>AMERICA INC<br>1516 STANLEY AVE<br>DAYTON, OH 45404 | Claim Holder Name<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | Docketed Total: | | $215,079.82 | | Allowed Total: | | $185,481.47 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $46,948.73 | $168,131.09 | 05-44640 | | | $185,481.47 |
| | | | **$46,948.73** | **$168,131.09** | | | | **$185,481.47** |
| Claim: 4458<br>Date Filed: 05/02/2006<br>Docketed Total: $11,070.00<br>Filing Creditor Name:<br>ARMADA RUBBER<br>MANUFACTURING COMPANY<br>PO BOX 579<br>ARMADA, MI 48005-0579 | Claim Holder Name<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | $11,070.00 | | Allowed Total: | | $9,100.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | $1,210.00 | $9,860.00 | 05-44640 | | | $9,100.00 |
| | | | **$1,210.00** | **$9,860.00** | | | | **$9,100.00** |
| Claim: 13825<br>Date Filed: 07/31/2006<br>Docketed Total: $330,238.12<br>Filing Creditor Name:<br>ARNESES ELECTRICOS<br>AUTOMOTRICES S A DE C V<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>ONE LIBERTY PLZ<br>NEW YORK, NY 10006 | Claim Holder Name<br><br>BANK OF AMERICA N A<br>1 BRYANT PARK<br>NEW YORK, NY 10035 | Docketed Total: | | $330,238.12 | | Allowed Total: | | $327,390.54 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $330,238.12 | 05-44640 | | | $327,390.54 |
| | | | | **$330,238.12** | | | | **$327,390.54** |
| Claim: 2164<br>Date Filed: 03/01/2006<br>Docketed Total: $369,751.60<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Claim Holder Name<br><br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797 | Docketed Total: | | $369,751.60 | | Allowed Total: | | $360.00 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $369,751.60 | 05-44640 | | | $360.00 |
| | | | | **$369,751.60** | | | | **$360.00** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2318**
Date Filed:   03/16/2006
Docketed Total:   $135,690.16
Filing Creditor Name:
  ASM CAPITAL
  7600 JERICHO TPKE STE 302
  WOODBURY, NY 11797

Claim Holder Name

ASM CAPITAL
7600 JERICHO TPKE STE 302
WOODBURY, NY 11797

Docketed Total:   $135,690.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $135,690.16 |
| | | | **$135,690.16** |

Allowed Total:   $126,503.74

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,815.44 |
| 05-44567 | | | $110,688.30 |
| | | | **$126,503.74** |

---

**Claim: 2090**
Date Filed:   02/21/2006
Docketed Total:   $467,697.04
Filing Creditor Name:
  ASM CAPITAL
  7600 JERICHO TURNPIKE STE 302
  WOODBURY, NY 11797

Claim Holder Name

ASM CAPITAL
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

Docketed Total:   $467,697.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $467,697.04 |
| | | | **$467,697.04** |

Allowed Total:   $442,461.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $442,461.61 |
| | | | **$442,461.61** |

---

**Claim: 1165**
Date Filed:   12/14/2005
Docketed Total:   $1,280,342.50
Filing Creditor Name:
  ATMEL CORPORATION
  2325 ORCHARD PKWY
  SAN JOSE, CA 95131

Claim Holder Name

ATMEL CORPORATION
2325 ORCHARD PKWY
SAN JOSE, CA 95131

Docketed Total:   $1,280,342.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,280,342.50 |
| | | | **$1,280,342.50** |

Allowed Total:   $674,272.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $627,760.00 |
| 05-44539 | | | $46,512.00 |
| | | | **$674,272.00** |

\*   See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

| | Claim Holder Name | |
|---|---|---|
| Claim: 1081 | | |
| Date Filed:   12/02/2005 | AUSTRIAMICROSYSTEMS AG | Docketed Total:   $60,182.00 | Allowed Total:   $30,091.00 |
| Docketed Total:   $60,182.00 | AUSTIAMICROSYSTEMS AG | |
| Filing Creditor Name: | SCHLOSS PREMSLAETTEN | |
| AUSTRIAMICROSYSTEMS AG | UNTERPREMSTAELTEN, A 8141 | |
| AUSTIAMICROSYSTEMS AG | AUSTRIA | |
| SCHLOSS PREMSLAETTEN | | |
| UNTERPREMSTAELTEN, A 8141 | | |
| AUSTRIA | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $60,182.00 | 05-44640 | | | $30,091.00 |
| | | | **$60,182.00** | | | | **$30,091.00** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 8141 | | |
| Date Filed:   06/19/2006 | AUSTRIAMICROSYSTEMS AG | Docketed Total:   $34,290.00 | Allowed Total:   $885.00 |
| Docketed Total:   $34,290.00 | SCHLOSS PREMSTAETTEN | |
| Filing Creditor Name: | UNTERPREMSTAELTEN, A-8141 | |
| AUSTRIAMICROSYSTEMS AG | AUSTRIA | |
| SCHLOSS PREMSTAETTEN | | |
| UNTERPREMSTAELTEN, A-8141 | | |
| AUSTRIA | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $34,290.00 | 05-44640 | | | $885.00 |
| | | | **$34,290.00** | | | | **$885.00** |

| | Claim Holder Name | |
|---|---|---|
| Claim: 5453 | | |
| Date Filed:   05/10/2006 | AVERY DENNINSON | Docketed Total:   $154,424.36 | Allowed Total:   $98,950.93 |
| Docketed Total:   $154,424.36 | CORPORATION | |
| Filing Creditor Name: | AVERY DENNISON CORPORATION | |
| AVERY DENNINSON | 7590 AUBURN RD | |
| CORPORATION | PAINESVILLE, OH 44077 | |
| AVERY DENNISON | | |
| CORPORATION | | |
| 7590 AUBURN RD | | |
| PAINESVILLE, OH 44077 | | |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $154,424.36 | 05-44640 | | | $98,950.93 |
| | | | **$154,424.36** | | | | **$98,950.93** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9755**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9755<br>Date Filed: 07/18/2006<br>Docketed Total: $119,379.15<br>Filing Creditor Name:<br>AVX CORP<br>801 17TH AVE S<br>MYRTLE BEACH, SC 29577-424 | Claim Holder Name<br>AVX CORP<br>801 17TH AVE S<br>MYRTLE BEACH, SC 29577-424<br>Docketed Total: $119,379.15 | Allowed Total: $9,368.13 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $11,894.48 | $107,484.67 | 05-44640 | | | $8,948.30 |
| | | | | 05-44567 | | | $419.83 |
| | | **$11,894.48** | **$107,484.67** | | | | **$9,368.13** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11459<br>Date Filed: 07/27/2006<br>Docketed Total: $156,246.02<br>Filing Creditor Name:<br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062 | Claim Holder Name<br>BAILEY MFG CO LLC<br>10987 BENNETT STATE RD<br>FORESTVILLE, NY 14062<br>Docketed Total: $156,246.02 | Allowed Total: $115,161.48 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $156,246.02 | 05-44640 | | | $115,161.48 |
| | | | **$156,246.02** | | | | **$115,161.48** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10558<br>Date Filed: 07/24/2006<br>Docketed Total: $620,518.73<br>Filing Creditor Name:<br>BATESVILLE TOOL & DIE INC<br>177 SIX PINE RANCH RD<br>BATESVILLE, IN 47006 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br>Docketed Total: $620,518.73 | Allowed Total: $589,587.21 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $620,518.73 | 05-44640 | | | $589,587.21 |
| | | | **$620,518.73** | | | | **$589,587.21** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1791<br>Date Filed: 02/06/2006<br>Docketed Total: $8,866.55<br>Filing Creditor Name:<br>BEKAERT CORPORATION<br>1395 S MARIETTA PKWY<br>MARIETTA, GA 30067 | Claim Holder Name<br>BEKAERT CORPORATION<br>1395 S MARIETTA PKWY<br>MARIETTA, GA 30067<br>Docketed Total: $8,866.55 | Allowed Total: $1,361.73 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44624 | | $8,866.55 | | 05-44624 | | | $1,361.73 |
| | | **$8,866.55** | | | | | **$1,361.73** |

*    See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7206**
Date Filed:    05/31/2006
Docketed Total:    $31,570.05
Filing Creditor Name:
BELLMAN MELCOR INC
18333 S 76TH AVE
PO BOX 188
TINLEY PK, IL 60477

Claim Holder Name
MADISON NICHE OPPORTUNITIES LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202

Docketed Total:    $31,570.05

Allowed Total:    $16,805.20

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $31,570.05 | 05-44640 | | | $16,805.20 |
| | | | **$31,570.05** | | | | **$16,805.20** |

**Claim: 12448**
Date Filed:    07/28/2006
Docketed Total:    $33,219.20
Filing Creditor Name:
BERGQUIST COMPANY
18930 WEST 78TH ST
CHANHASSEN, MN 55317

Claim Holder Name
BERGQUIST COMPANY
18930 WEST 78TH ST
CHANHASSEN, MN 55317

Docketed Total:    $33,219.20

Allowed Total:    $3,307.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $33,219.20 | 05-44640 | | | $3,307.00 |
| | | | **$33,219.20** | | | | **$3,307.00** |

**Claim: 1389**
Date Filed:    12/30/2005
Docketed Total:    $10,302.88
Filing Creditor Name:
BONA VISTA PROGRAMS INC
1220 E LAGUNA
PO BOX 2496
KOKOMO, IN 46904-2496

Claim Holder Name
BONA VISTA PROGRAMS INC
1220 E LAGUNA
PO BOX 2496
KOKOMO, IN 46904-2496

Docketed Total:    $10,302.88

Allowed Total:    $10,157.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $10,302.88 | 05-44640 | | | $10,157.80 |
| | | | **$10,302.88** | | | | **$10,157.80** |

**Claim: 16300**
Date Filed:    09/12/2006
Docketed Total:    $54,069.91
Filing Creditor Name:
BRAININ ADVANCE INDUSTRIES INC
111 S MAIN ST STE C11
PO BOX 9095
BRECKENRIDGE, CO 80424

Claim Holder Name
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202

Docketed Total:    $54,069.91

Allowed Total:    $5,628.57

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $54,069.91 | 05-44640 | | | $5,628.57 |
| | | | **$54,069.91** | | | | **$5,628.57** |

In re DPH Holdings Corp., et al.   05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document   Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)                                                    Pg 69 of 142

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 1908**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 1908<br>Date Filed:   02/08/2006<br>Docketed Total:   $6,425.10<br>Filing Creditor Name:<br>  BUEHLER MOTOR INC<br>  175 SOUTHPORT DRIVE STE 900<br>  MORRISVILLE, NC 27560 | Claim Holder Name<br><br>  LONGACRE MASTER FUND LTD<br>  810 SEVENTH AVE 33RD FL<br>  NEW YORK, NY 10019 | | Docketed Total: | $6,425.10 | | | Allowed Total: | $92.40 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $6,425.10 | | 05-44640 | | | $92.40 |
| | | | **$6,425.10** | | | | | **$92.40** |
| Claim: 16247<br>Date Filed:   08/18/2006<br>Docketed Total:   $579,130.61<br>Filing Creditor Name:<br>  C THORREZ INDUSTRIES INC<br>  4909 W MICHIGAN AVE<br>  JACKSON, MI 49201 | Claim Holder Name<br><br>  LONGACRE MASTER FUND LTD<br>  810 SEVENTH AVE 33RD FL<br>  NEW YORK, NY 10019 | | Docketed Total: | $579,130.61 | | | Allowed Total: | $126,534.31 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $579,130.61 | 05-44640 | | | $126,534.31 |
| | | | | **$579,130.61** | | | | **$126,534.31** |
| Claim: 8373<br>Date Filed:   06/22/2006<br>Docketed Total:   $778,532.62<br>Filing Creditor Name:<br>  CAPSONIC AUTOMOTIVE INC<br>  460 S SECOND ST<br>  ELGIN, IL 60123 | Claim Holder Name<br><br>  REDROCK CAPITAL PARTNERS LLC<br>  475 17TH ST STE 544<br>  DENVER, CO 80202 | | Docketed Total: | $778,532.62 | | | Allowed Total: | $567.39 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $778,532.62 | 05-44640 | | | $567.39 |
| | | | | **$778,532.62** | | | | **$567.39** |
| Claim: 7659<br>Date Filed:   06/08/2006<br>Docketed Total:   $298,168.53<br>Filing Creditor Name:<br>  CAPSONIC GROUP LLC<br>  460 S 2ND ST<br>  ELGIN, IL 60123 | Claim Holder Name<br><br>  REDROCK CAPITAL PARTNERS LLC<br>  475 17TH ST STE 544<br>  DENVER, CO 80202 | | Docketed Total: | $298,168.53 | | | Allowed Total: | $292,724.45 |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | | $298,168.53 | 05-44640 | | | $292,724.45 |
| | | | | **$298,168.53** | | | | **$292,724.45** |

\*   See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16277<br>Date Filed: 08/29/2006<br>Docketed Total: $659,587.74<br>Filing Creditor Name:<br>CERTIFIED TOOL &<br>MANUFACTURING<br>1201 ESTES AVE<br>ELK GROVE VILLAGE, IL<br>60007-5401 | **Claim Holder Name**<br><br>LONGACRE MASTER FUND LTD    Docketed Total:    **$545,737.74**<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                                  $545,737.74<br>                                                      **$545,737.74** | Allowed Total:    **$0.00**<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                                  $0.00<br>                                                      **$0.00** |
|  | **Claim Holder Name**<br><br>LONGACRE MASTER FUND LTD    Docketed Total:    **$113,850.00**<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640    $113,850.00<br>         **$113,850.00** | Allowed Total:    **$635,344.35**<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                                  $635,344.35<br>                                                     **$635,344.35** |
| Claim: 7170<br>Date Filed: 05/31/2006<br>Docketed Total: $21,222.25<br>Filing Creditor Name:<br>COMPONENT PLASTICS INC<br>700 TOLLGATE RD<br>ELGIN, IL 60123 | **Claim Holder Name**<br><br>COMPONENT PLASTICS INC    Docketed Total:    **$21,222.25**<br>700 TOLLGATE RD<br>ELGIN, IL 60123<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                                                  $21,222.25<br>                                                     **$21,222.25** | Allowed Total:    **$18,982.25**<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                                                  $18,982.25<br>                                                    **$18,982.25** |
| Claim: 14247<br>Date Filed: 07/31/2006<br>Docketed Total: $45,870.92<br>Filing Creditor Name:<br>CONTINENTAL MIDLAND LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | **Claim Holder Name**<br><br>CONTINENTAL MIDLAND LLC    Docketed Total:    **$45,870.92**<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606<br><br>Case Number*   Secured    Priority    Unsecured<br>05-44481                                                  $45,870.92<br>                                                     **$45,870.92** | Allowed Total:    **$30,452.74**<br><br><br><br>Case Number*   Secured    Priority    Unsecured<br>05-44640                                                  $30,452.74<br>                                                     **$30,452.74** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12685<br>Date Filed:  07/28/2006<br>Docketed Total:  $91,628.77<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total:  $91,628.77 | Allowed Total:  $64,801.77 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $91,628.77 | 05-44640 | | | $64,801.77 |
| | | | | **$91,628.77** | | | | **$64,801.77** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10402<br>Date Filed:  07/24/2006<br>Docketed Total:  $220,188.26<br>Filing Creditor Name:<br>COOPER BUSSMANN INC<br>175 HANSEN COURT<br>WOOD DALE, IL 60191 | Claim Holder Name<br>COOPER BUSSMANN INC<br>175 HANSEN COURT<br>WOOD DALE, IL 60191<br><br>Docketed Total:  $220,188.26 | Allowed Total:  $45,441.87 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $220,188.26 | 05-44640 | | | $45,441.87 |
| | | | | **$220,188.26** | | | | **$45,441.87** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16018<br>Date Filed:  08/09/2006<br>Docketed Total:  $3,352.00<br>Filing Creditor Name:<br>DAJACO INDUSTRIES INC<br>49715 LEONA<br>CHESTERFIELD, MI 48051 | Claim Holder Name<br>DAJACO INDUSTRIES INC<br>49715 LEONA<br>CHESTERFIELD, MI 48051<br><br>Docketed Total:  $3,352.00 | Allowed Total:  $1,300.00 |

| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| | 05-44481 | | | $3,352.00 | 05-44481 | | | $1,300.00 |
| | | | | **$3,352.00** | | | | **$1,300.00** |

*     See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2747**
Date Filed:   04/24/2006
Docketed Total:   $71,255.39
Filing Creditor Name:
  DATWYLER I O DEVICES
  AMERICAS
  NELSON MULLINS RILEY &
  SCARBOROUGH LLP
  PO BOX 11070
  COLUMBIA, SC 29211-1070

Claim Holder Name
  DATWYLER I O DEVICES AMERICAS
  NELSON MULLINS RILEY &
  SCARBOROUGH LLP
  PO BOX 11070
  COLUMBIA, SC 29211-1070

Docketed Total:   $71,255.39

Allowed Total:   $53,085.76

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $71,255.39 |
| | | | **$71,255.39** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $53,085.76 |
| | | | **$53,085.76** |

---

**Claim: 15226**
Date Filed:   07/31/2006
Docketed Total:   $87,775.20
Filing Creditor Name:
  DELTA PRODUCTS
  CORPORATION
  4405 CUSHING PKWY
  FREMONT, CA 94538

Claim Holder Name
  DELTA PRODUCTS CORPORATION
  4405 CUSHING PKWY
  FREMONT, CA 94538

Docketed Total:   $87,775.20

Allowed Total:   $80,539.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,775.20 |
| | | | **$87,775.20** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $80,539.55 |
| | | | **$80,539.55** |

---

**Claim: 1586**
Date Filed:   01/17/2006
Docketed Total:   $16,269.10
Filing Creditor Name:
  DEVRIES INTERNATIONAL INC
  1645 REYNOLDS AVE
  IRVINE, CA 92614

Claim Holder Name
  DEVRIES INTERNATIONAL INC
  1645 REYNOLDS AVE
  IRVINE, CA 92614

Docketed Total:   $16,269.10

Allowed Total:   $15,489.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,269.10 |
| | | | **$16,269.10** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,489.10 |
| | | | **$15,489.10** |

---

**Claim: 14401**
Date Filed:   07/31/2006
Docketed Total:   $4,652.71
Filing Creditor Name:
  DOTT INDUSTRIES INC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Claim Holder Name
  DOTT INDUSTRIES INC
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

Docketed Total:   $4,652.71

Allowed Total:   $3,294.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $4,652.71 | | |
| | **$4,652.71** | | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,294.59 |
| | | | **$3,294.59** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 14402<br>Date Filed: 07/31/2006<br>Docketed Total: $18,385.92<br>Filing Creditor Name:<br> DOTT INDUSTRIES INC<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS, MI 48304 | Claim Holder Name<br><br> DOTT INDUSTRIES INC<br> 40950 WOODWARD AVE STE 100<br> BLOOMFIELD HILLS, MI 48304    Docketed Total:   $18,385.92<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567  $18,385.92<br>  $18,385.92 | Allowed Total:   $2,903.04<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44567  $2,903.04<br>  $2,903.04 |
| Claim: 7343<br>Date Filed: 06/02/2006<br>Docketed Total: $59,296.80<br>Filing Creditor Name:<br> DOW CORNING CORP<br> 2200 W SALZBURG RD<br> MIDLAND, MI 48686 | Claim Holder Name<br><br> DOW CORNING CORP<br> 2200 W SALZBURG RD<br> MIDLAND, MI 48686    Docketed Total:   $59,296.80<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $59,296.80<br>  $59,296.80 | Allowed Total:   $17,184.49<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $17,184.49<br>  $17,184.49 |
| Claim: 7341<br>Date Filed: 06/02/2006<br>Docketed Total: $34,468.09<br>Filing Creditor Name:<br> DOW CORNING CORPORATION<br> 2200 W SALZBURG RD<br> MIDLAND, MI 48686 | Claim Holder Name<br><br> DOW CORNING CORPORATION<br> 2200 W SALZBURG RD<br> MIDLAND, MI 48686    Docketed Total:   $34,468.09<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $34,468.09<br>  $34,468.09 | Allowed Total:   $26,554.57<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $26,554.57<br>  $26,554.57 |
| Claim: 116<br>Date Filed: 10/25/2005<br>Docketed Total: $289,004.91<br>Filing Creditor Name:<br> DRAKA AUTOMOTIVE GMBH<br> DICKESTR 23<br> WUPPERTAL, D 42369<br> GERMANY | Claim Holder Name<br><br> DRAKA AUTOMOTIVE GMBH<br> DICKESTR 23<br> WUPPERTAL, D 42369<br> GERMANY    Docketed Total:   $289,004.91<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44481  $289,004.91<br>  $289,004.91 | Allowed Total:   $11,929.34<br><br>Case Number*  Secured  Priority  Unsecured<br>05-44640  $11,929.34<br>  $11,929.34 |

\*    See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9916**
Date Filed: 07/19/2006
Docketed Total: $86,129.80
Filing Creditor Name:
DYBROOK PRODUCTS INC
5232 TOD AVE S W UNIT 23
WARREN, OH 44481-972

Claim Holder Name

AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

Docketed Total: $86,129.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $86,129.80 |
| | | | **$86,129.80** |

Allowed Total: $56,728.06

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $56,728.06 |
| | | | **$56,728.06** |

---

**Claim: 8376**
Date Filed: 06/22/2006
Docketed Total: $131,187.07
Filing Creditor Name:
DYNACAST CANADA INC
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

Claim Holder Name

DYNACAST CANADA INC
HUNTON & WILLIAMS LLC
RIVERFRONT PLZ EAST TOWER
951 E BYRD ST
RICHMOND, VA 23219

Docketed Total: $131,187.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,221.49 | | $127,965.58 |
| | **$3,221.49** | | **$127,965.58** |

Allowed Total: $115,316.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $68.19 |
| 05-44640 | | | $115,248.23 |
| | | | **$115,316.42** |

---

**Claim: 1464**
Date Filed: 01/09/2006
Docketed Total: $122,867.13
Filing Creditor Name:
ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Claim Holder Name

ERWIN QUARDER INC
5101 KRAFT AVE SE
GRAND RAPIDS, MI 49512

Docketed Total: $122,867.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $122,867.13 |
| | | | **$122,867.13** |

Allowed Total: $18,036.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,036.90 |
| | | | **$18,036.90** |

---

**Claim: 9461**
Date Filed: 07/13/2006
Docketed Total: $52,740.26
Filing Creditor Name:
EVOX RIFA INC
1900 N ROSELLE RD STE 405
SCHAUMBURG, IL 60195-3172

Claim Holder Name

EVOX RIFA INC
1900 N ROSELLE RD STE 405
SCHAUMBURG, IL 60195-3172

Docketed Total: $52,740.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $52,740.26 |
| | | | **$52,740.26** |

Allowed Total: $22,878.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $22,878.00 |
| | | | **$22,878.00** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16751**
Date Filed:    12/05/2007
Docketed Total:    $250,422.69
Filing Creditor Name:
  F&G MULTI SLIDE INC
  130 INDUSTRIAL DR
  FRANKLIN, OH 45005

Claim Holder Name
  F&G MULTI SLIDE INC
  130 INDUSTRIAL DR
  FRANKLIN, OH 45005

Docketed Total:    $250,422.69

Allowed Total:    $237,791.47

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $250,422.69 | | 05-44640 | | | $237,791.47 |
| | | | **$250,422.69** | | | | | **$237,791.47** |

---

**Claim: 2350**
Date Filed:    03/21/2006
Docketed Total:    $222,736.28
Filing Creditor Name:
  FEDERAL SCREW WORKS
  20229 9 MILE RD
  SAINT CLAIR SHORES, MI
  48080-1775

Claim Holder Name
  FEDERAL SCREW WORKS
  20229 9 MILE RD
  SAINT CLAIR SHORES, MI 48080-1775

Docketed Total:    $222,736.28

Allowed Total:    $43,226.19

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | $4,013.35 | $218,722.93 | | 05-44640 | | | $43,226.19 |
| | | **$4,013.35** | **$218,722.93** | | | | | **$43,226.19** |

---

**Claim: 12839**
Date Filed:    07/28/2006
Docketed Total:    $492,938.78
Filing Creditor Name:
  FUJITSU COMPONENTS
  AMERICA INC
  250 E CARIBBEAN DR
  SUNNYVALE, CA 94086

Claim Holder Name
  FUJITSU COMPONENTS AMERICA INC
  250 E CARIBBEAN DR
  SUNNYVALE, CA 94086

Docketed Total:    $492,938.78

Allowed Total:    $253,703.19

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $492,938.78 | | 05-44640 | | | $253,703.19 |
| | | | **$492,938.78** | | | | | **$253,703.19** |

---

**Claim: 6993**
Date Filed:    05/30/2006
Docketed Total:    $1,535.40
Filing Creditor Name:
  GAPI USA
  300 HULS DR
  CLAYTON, OH 45315

Claim Holder Name
  GAPI USA
  300 HULS DR
  CLAYTON, OH 45315

Docketed Total:    $1,535.40

Allowed Total:    $652.50

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44481 | | | $1,535.40 | | 05-44481 | | | $652.50 |
| | | | **$1,535.40** | | | | | **$652.50** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 10199**
Date Filed:   07/21/2006
Docketed Total:   $341,525.93
Filing Creditor Name:
  GE CONSUMER & INDUSTRIAL F
  K A GE SUPPLY
  11256 CORNELL PARK DR STE 500
  CINCINNATI, OH 45242

Claim Holder Name

  GE CONSUMER & INDUSTRIAL F K A
  GE SUPPLY
  11256 CORNELL PARK DR STE 500
  CINCINNATI, OH 45242

Docketed Total:   $341,525.93

Allowed Total:   $284,394.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $341,525.93 |
| | | | **$341,525.93** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $284,394.80 |
| | | | **$284,394.80** |

---

**Claim: 9219**
Date Filed:   07/10/2006
Docketed Total:   $290,762.87
Filing Creditor Name:
  GREYSTONE OF LINCOLN INC
  7 WELLINGTON RD
  LINCOLN, RI 02865

Claim Holder Name

  SPCP GROUP LLC AS AGENT FOR
  SILVER POINT CAPITAL FUND LP
  AND SILVER POINT CAPITAL
  OFFSHORE FUND LTD
  2 GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

Docketed Total:   $290,762.87

Allowed Total:   $264,541.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $290,762.87 |
| | | | **$290,762.87** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $264,541.61 |
| | | | **$264,541.61** |

---

**Claim: 16746**
Date Filed:   11/13/2007
Docketed Total:   $41,723.84
Filing Creditor Name:
  H & L TOOL COMPANY INC
  32701 DEQUINDRE RD
  MADISON HEIGHTS, MI 48071

Claim Holder Name

  H & L TOOL COMPANY INC
  32701 DEQUINDRE RD
  MADISON HEIGHTS, MI 48071

Docketed Total:   $41,723.84

Allowed Total:   $32,682.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $7,002.35 | $34,721.49 |
| | | **$7,002.35** | **$34,721.49** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,682.97 |
| | | | **$32,682.97** |

---

*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 7603**
Date Filed: 06/07/2006
Docketed Total: $2,614.68
Filing Creditor Name:
H & M COMPANY INC
200 CHIHUAHUA ST
SAN ANTONIO, TX 78207-6330

Claim Holder Name
H & M COMPANY INC
200 CHIHUAHUA ST
SAN ANTONIO, TX 78207-6330
Docketed Total: $2,614.68

Allowed Total: $872.27

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $2,614.68 | 05-44567 | | | $872.27 |
| | | | **$2,614.68** | | | | **$872.27** |

**Claim: 668**
Date Filed: 11/18/2005
Docketed Total: $356,407.35
Filing Creditor Name:
HARRINGTON TOOL AND DIE
INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA

Claim Holder Name
HARRINGTON TOOL AND DIE INC
2555 MATTE BLVD
BROSSARD, QC J4Y 2H1
CANADA
Docketed Total: $356,407.35

Allowed Total: $130,033.90

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $356,407.35 | 05-44640 | | | $130,033.90 |
| | | | **$356,407.35** | | | | **$130,033.90** |

**Claim: 1307**
Date Filed: 12/27/2005
Docketed Total: $5,374.05
Filing Creditor Name:
HECKETHORN
MANUFACTURING CO INC
2005 FORREST ST
DYERSBURG, TN 38024

Claim Holder Name
DEBT ACQUISITION COMPANY OF AMERICA V LLC
1565 HOTEL CIRCLE S STE 310
SAN DIEGO, CA 92108
Docketed Total: $5,374.05

Allowed Total: $1,728.00

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $5,374.05 | 05-44481 | | | $1,728.00 |
| | | | **$5,374.05** | | | | **$1,728.00** |

**Claim: 7706**
Date Filed: 06/09/2006
Docketed Total: $50,895.80
Filing Creditor Name:
HENNESSEY CAPITAL
SOLUTIONS
ASSIGNEE PLASTIC SOLUTIONS
INC
23261 WOODWARD AVE
HUNTINGTON WOODS, MI
48070-1362

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $50,895.80

Allowed Total: $12,236.35

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $50,895.80 | | | 05-44640 | | | $12,236.35 |
| | **$50,895.80** | | | | | | **$12,236.35** |

*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 3827**
Date Filed: 05/01/2006
Docketed Total: $31,046.14
Filing Creditor Name:
HENRY COUNTY RURAL ELECTRIC ME
HENRY COUNTY REMC
201 N 6TH ST
NEW CASTLE, IN 47362

Claim Holder Name
LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HENRY COUNTY REMC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601
Docketed Total: $31,046.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $31,046.14 |
| | | | $31,046.14 |

Allowed Total: $15,224.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,224.53 |
| | | | $15,224.53 |

**Claim: 2186**
Date Filed: 03/03/2006
Docketed Total: $41,085.40
Filing Creditor Name:
HOSIDEN AMERICA CORPORATION
MASUDA FUNAI ET AL
203 N LASALLE ST STE 2500
CHICAGO, IL 60601

Claim Holder Name
FAIR HARBOR CAPITAL LLC
875 AVE OF THE AMERICAS STE 2305
NEW YORK, NY 10001
Docketed Total: $41,085.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,085.40 |
| | | | $41,085.40 |

Allowed Total: $37,733.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $37,733.60 |
| | | | $37,733.60 |

**Claim: 15220**
Date Filed: 07/31/2006
Docketed Total: $321,256.00
Filing Creditor Name:
HUTCHINSON SEAL CORPORATION
PO BOX 1886
GRAND RAPIDS, MI 49501

Claim Holder Name
HAIN CAPITAL INVESTORS LLC
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total: $321,256.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $321,256.00 |
| | | | $321,256.00 |

Allowed Total: $169,753.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $169,753.45 |
| | | | $169,753.45 |

**Claim: 480**
Date Filed: 11/10/2005
Docketed Total: $203,405.32
Filing Creditor Name:
HYLAND MACHINE COMPANY
1900 KUNTZ RD
DAYTON, OH 45404

Claim Holder Name
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018
Docketed Total: $203,405.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $203,405.32 |
| | | | $203,405.32 |

Allowed Total: $11,280.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $11,280.00 |
| | | | $11,280.00 |

\*    See Exhibit I for a listing of debtor entities by case number.

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9565**
Date Filed: 07/17/2006
Docketed Total: $4,890.13
Filing Creditor Name:
  ILLINOIS TOOL WORKS INC
  ANCHOR FASTENERS
  26101 FARGO AVE
  CLEVELAND, OH 44146-1305

Claim Holder Name
  ILLINOIS TOOL WORKS INC
  ANCHOR FASTENERS
  26101 FARGO AVE
  CLEVELAND, OH 44146-1305
Docketed Total: $4,890.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $4,890.13 | |
| | | **$4,890.13** | |

Allowed Total: $2,115.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,115.60 |
| | | | **$2,115.60** |

---

**Claim: 6615**
Date Filed: 05/22/2006
Docketed Total: $7,907.92
Filing Creditor Name:
  ILLINOIS TOOL WORKS INC
  ITW DELTAR ENGINEERED
  FASTENER
  1700 1ST AVE
  CHIPPEWA FALLS, WI 54729

Claim Holder Name
  ILLINOIS TOOL WORKS INC
  ITW DELTAR ENGINEERED
  FASTENER
  1700 1ST AVE
  CHIPPEWA FALLS, WI 54729
Docketed Total: $7,907.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,907.92 |
| | | | **$7,907.92** |

Allowed Total: $7,423.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,423.87 |
| | | | **$7,423.87** |

---

**Claim: 9569**
Date Filed: 07/17/2006
Docketed Total: $72,359.10
Filing Creditor Name:
  ILLINOIS TOOL WORKS INC
  ITW DELTAR TEKFAST
  21555 S HARLEM AVE
  FRANKFORT, IL 60423

Claim Holder Name
  ILLINOIS TOOL WORKS INC
  ITW DELTAR TEKFAST
  21555 S HARLEM AVE
  FRANKFORT, IL 60423
Docketed Total: $72,359.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $44,411.35 | $27,947.75 |
| | | **$44,411.35** | **$27,947.75** |

Allowed Total: $61,077.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,077.77 |
| | | | **$61,077.77** |

---

\*   See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9574**

Date Filed: 07/17/2006

Docketed Total: $106,700.48

Filing Creditor Name:
ILLINOIS TOOL WORKS INC
ITW DRAWFORM
500 FAIRVIEW
ZEELAND, MI 49464

Claim Holder Name

ILLINOIS TOOL WORKS INC
ITW DRAWFORM
500 FAIRVIEW
ZEELAND, MI 49464

Docketed Total: $106,700.48

Allowed Total: $87,321.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $102,936.28 | $3,764.20 |
| | | $102,936.28 | $3,764.20 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $87,321.04 |
| | | | $87,321.04 |

**Claim: 9567**

Date Filed: 07/17/2006

Docketed Total: $151,274.89

Filing Creditor Name:
ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

Claim Holder Name

ILLINOIS TOOL WORKS INC
ITW SHAKEPROOF AUTOMOTIVE
PROD
PO BOX 92052
CHICAGO, IL 60675

Docketed Total: $151,274.89

Allowed Total: $38,404.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $151,274.89 | |
| | | $151,274.89 | |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $38,404.71 |
| | | | $38,404.71 |

**Claim: 12246**

Date Filed: 07/28/2006

Docketed Total: $18,691.05

Filing Creditor Name:
ILLINOIS TOOL WORKS INC
TRANS TECH AMERICA
475 N GARY AVE
CAROL STREAM, IL 60188-490

Claim Holder Name

ILLINOIS TOOL WORKS INC
TRANS TECH AMERICA
475 N GARY AVE
CAROL STREAM, IL 60188-490

Docketed Total: $18,691.05

Allowed Total: $9,652.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $18,691.05 |
| | | | $18,691.05 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,652.50 |
| | | | $9,652.50 |

*  See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

### Claim 1699

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1699<br>Date Filed: 01/30/2006<br>Docketed Total: $117,572.06<br>Filing Creditor Name:<br>INDUSTRIAL DIELECTRICS INC<br>PO BOX 357<br>NOBLESVILLE, IN 46060 | Claim Holder Name<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Docketed Total: $117,572.06 | Allowed Total: $97,811.66 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $117,572.06 | | 05-44640 | | | $97,811.66 |
| | | | **$117,572.06** | | | | | **$97,811.66** |

### Claim 10279

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10279<br>Date Filed: 07/24/2006<br>Docketed Total: $1,456,361.79<br>Filing Creditor Name:<br>INTEGRATED SILICON<br>SOLUTION EF INC<br>2231 LAWSON LN<br>SANTA CLARA, CA 95054 | Claim Holder Name<br><br>INTEGRATED SILICON SOLUTION<br>EF INC<br>2231 LAWSON LN<br>SANTA CLARA, CA 95054<br><br>Docketed Total: $1,456,361.79 | Allowed Total: $1,267,237.10 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,456,361.79 | | 05-44640 | | | $1,267,237.10 |
| | | | **$1,456,361.79** | | | | | **$1,267,237.10** |

### Claim 13788

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 13788<br>Date Filed: 07/31/2006<br>Docketed Total: $1,423,472.76<br>Filing Creditor Name:<br>INTERNATIONAL RECTIFIER<br>CORPORATION<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | Claim Holder Name<br><br>INTERNATIONAL RECTIFIER<br>CORPORATION<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071<br><br>Docketed Total: $1,423,472.76 | Allowed Total: $66,745.04 |

| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,423,472.76 | | 05-44640 | | | $66,745.04 |
| | | | **$1,423,472.76** | | | | | **$66,745.04** |

*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1541**
Date Filed: 01/17/2006
Docketed Total: $114,460.81
Filing Creditor Name:
ITT CANNON NEWTON
2881 EAST BAYARD STREET
SENECA FALLS, NY 13148

Claim Holder Name
ITT CANNON NEWTON
2881 EAST BAYARD STREET
SENECA FALLS, NY 13148

Docketed Total: $114,460.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $114,460.81 |
| | | | **$114,460.81** |

Allowed Total: $54,346.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $54,346.05 |
| | | | **$54,346.05** |

---

**Claim: 9573**
Date Filed: 07/17/2006
Docketed Total: $159,690.14
Filing Creditor Name:
ITW DELTAR INSERT MOLDED
PRODUCTS
9629 W 197TH ST
MOKENA, IL 60448

Claim Holder Name
ITW DELTAR INSERT MOLDED
PRODUCTS
9629 W 197TH ST
MOKENA, IL 60448

Docketed Total: $159,690.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $159,690.14 | |
| | | **$159,690.14** | |

Allowed Total: $94,514.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $94,514.87 |
| | | | **$94,514.87** |

---

**Claim: 10421**
Date Filed: 07/24/2006
Docketed Total: $53,587.08
Filing Creditor Name:
ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477

Claim Holder Name
ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477

Docketed Total: $53,587.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $26,219.78 | $27,367.30 |
| | | **$26,219.78** | **$27,367.30** |

Allowed Total: $38,803.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $38,803.44 |
| | | | **$38,803.44** |

---

**Claim: 1688**
Date Filed: 01/27/2006
Docketed Total: $65,530.04
Filing Creditor Name:
ITW SHAKEPROOF INDUSTRIAL
PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Claim Holder Name
ITW SHAKEPROOF INDUSTRIAL
PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

Docketed Total: $65,530.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $65,530.04 |
| | | | **$65,530.04** |

Allowed Total: $29,406.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,406.38 |
| | | | **$29,406.38** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 14915<br>Date Filed:  07/31/2006<br>Docketed Total:   $468,786.87<br>Filing Creditor Name:<br>  JAMESTOWN CONTAINER CORP<br>  SPECIALTY PRODUCTS DIV<br>  2345 WALDEN AVE<br>  BUFFALO, NY 14225 | Claim Holder Name<br><br>  AMROC INVESTMENTS LLC          Docketed Total:          $468,786.87<br>  535 MADISON AVE 15TH FL<br>  NEW YORK, NY 10022<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                $468,786.87<br>                                                        **$468,786.87** | Allowed Total:          $393,821.03<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                $393,821.03<br>                                                        **$393,821.03** |
| Claim: 8133<br>Date Filed:  06/16/2006<br>Docketed Total:   $1,005,284.25<br>Filing Creditor Name:<br>  JIFFY TITE CO INC<br>  4437 WALDEN AVE<br>  LANCASTER, NY 14086 | Claim Holder Name<br><br>  AMROC INVESTMENTS LLC          Docketed Total:          $1,005,284.25<br>  535 MADISON AVE 15TH FL<br>  NEW YORK, NY 10022<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                $1,005,284.25<br>                                                        **$1,005,284.25** | Allowed Total:          $995,991.07<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                $995,991.07<br>                                                        **$995,991.07** |
| Claim: 533<br>Date Filed:  11/14/2005<br>Docketed Total:   $27,398.92<br>Filing Creditor Name:<br>  JOHN GUEST AUTOMOTIVE INC<br>  10 BLOOMFIELD AVE<br>  PO BOX 625<br>  PINE BROOK, NJ 07058 | Claim Holder Name<br><br>  ASM CAPITAL LP          Docketed Total:          $27,398.92<br>  7600 JERICHO TURNPIKE STE 302<br>  WOODBURY, NY 11797<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                $27,398.92<br>                                                        **$27,398.92** | Allowed Total:          $540.00<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44481                                                $540.00<br>                                                        **$540.00** |
| Claim: 15565<br>Date Filed:  07/31/2006<br>Docketed Total:   $112,181.25<br>Filing Creditor Name:<br>  KAC HOLDINGS INC DBA<br>  KESTER<br>  KESTER<br>  800 W THORNDALE AVE<br>  ITASCA, IL 60143-1341 | Claim Holder Name<br><br>  KAC HOLDINGS INC DBA KESTER          Docketed Total:          $112,181.25<br>  KESTER<br>  800 W THORNDALE AVE<br>  ITASCA, IL 60143-1341<br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                $112,181.25<br>                                                        **$112,181.25** | Allowed Total:          $58,202.55<br><br><br>Case Number*      Secured      Priority      Unsecured<br>05-44640                                                $58,202.55<br>                                                        **$58,202.55** |

\*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 642**
Date Filed: 11/17/2005
Docketed Total: $1,703,785.68
Filing Creditor Name:
KAUMAGRAPH FLINT
CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Claim Holder Name
KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

Docketed Total: $1,703,785.68

Allowed Total: $1,125,779.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,703,785.68 |
| | | | **$1,703,785.68** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,125,779.66 |
| | | | **$1,125,779.66** |

---

**Claim: 105**
Date Filed: 10/25/2005
Docketed Total: $233,508.18
Filing Creditor Name:
KEATS MANUFACTURING CO
350 W HOLBROOK DR
WHEELING, IL 60090

Claim Holder Name
KEATS MANUFACTURING CO
350 W HOLBROOK DR
WHEELING, IL 60090

Docketed Total: $233,508.18

Allowed Total: $39,373.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $233,508.18 |
| | | | **$233,508.18** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,339.05 |
| 05-44567 | | | $3,034.10 |
| | | | **$39,373.15** |

---

**Claim: 104**
Date Filed: 10/25/2005
Docketed Total: $25,760.03
Filing Creditor Name:
KEATS SOUTHWEST INC
350 W HOLBROOK DR
WHEELING, IL 60090

Claim Holder Name
KEATS SOUTHWEST INC
350 W HOLBROOK DR
WHEELING, IL 60090

Docketed Total: $25,760.03

Allowed Total: $9,051.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $25,760.03 |
| | | | **$25,760.03** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,051.14 |
| | | | **$9,051.14** |

---

**Claim: 12210**
Date Filed: 07/28/2006
Docketed Total: $34,446.55
Filing Creditor Name:
KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Claim Holder Name
KEMET ELECTRONICS CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total: $34,446.55

Allowed Total: $14,465.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $34,446.55 |
| | | | **$34,446.55** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,465.05 |
| | | | **$14,465.05** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

---

**CLAIM TO BE ALLOWED**

Claim: 12211
Date Filed: 07/28/2006
Docketed Total: $881,156.41
Filing Creditor Name:
  KEMET ELECTRONICS
  CORPORATION
  PO BOX 5928
  GREENVILLE, SC 29606

**CLAIM AS DOCKETED**

Claim Holder Name

KEMET ELECTRONICS
CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

Docketed Total: $881,156.41

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $881,156.41 |
| | | | **$881,156.41** |

**CLAIM AS ALLOWED**

Allowed Total: $152,937.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152,937.45 |
| | | | **$152,937.45** |

---

**CLAIM TO BE ALLOWED**

Claim: 14534
Date Filed: 07/31/2006
Docketed Total: $3,629,694.59
Filing Creditor Name:
  L&W ENGINEERING CO
  40950 WOODWARD AVE STE 100
  BLOOMFIELD HILLS, MI 48304

**CLAIM AS DOCKETED**

Claim Holder Name

TPG CREDIT MANAGMENT LP
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

Docketed Total: $3,629,694.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $3,629,694.59 | | |
| | **$3,629,694.59** | | |

**CLAIM AS ALLOWED**

Allowed Total: $543,640.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $543,640.44 |
| | | | **$543,640.44** |

---

**CLAIM TO BE ALLOWED**

Claim: 9832
Date Filed: 07/18/2006
Docketed Total: $268,853.90
Filing Creditor Name:
  LDI INCORPORATED
  4311 PATTERSON
  GRAND RAPIDS, MI 49512

**CLAIM AS DOCKETED**

Claim Holder Name

LDI INCORPORATED
4311 PATTERSON
GRAND RAPIDS, MI 49512

Docketed Total: $268,853.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $268,853.90 |
| | | | **$268,853.90** |

**CLAIM AS ALLOWED**

Allowed Total: $192,950.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $192,950.99 |
| | | | **$192,950.99** |

---

**CLAIM TO BE ALLOWED**

Claim: 11925
Date Filed: 07/28/2006
Docketed Total: $317,117.86
Filing Creditor Name:
  LEXINGTON RUBBER GROUP INC
  LEXINGTON CONNECTOR SEALS
  1510 RIDGE RD
  VIENNA, OH 44473-970

**CLAIM AS DOCKETED**

Claim Holder Name

LEXINGTON RUBBER GROUP INC
LEXINGTON CONNECTOR SEALS
1510 RIDGE RD
VIENNA, OH 44473-970

Docketed Total: $317,117.86

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $263,044.57 | $54,073.29 |
| | | **$263,044.57** | **$54,073.29** |

**CLAIM AS ALLOWED**

Allowed Total: $31,398.46

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,398.46 |
| | | | **$31,398.46** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1994**
Date Filed:   02/14/2006
Docketed Total:      $35,738.64
Filing Creditor Name:
  LIFETIME INDUSTRIES INC
  BURCH PORTER & JOHNSON PLLC
  130 N COURT AVE
  MEMPHIS, TN 38103

Claim Holder Name
  LIFETIME INDUSTRIES INC
  BURCH PORTER & JOHNSON PLLC
  130 N COURT AVE
  MEMPHIS, TN 38103

Docketed Total:      $35,738.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $35,738.64 |
| | | | **$35,738.64** |

Allowed Total:      $5,669.94

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,669.94 |
| | | | **$5,669.94** |

---

**Claim: 16307**
Date Filed:   09/12/2006
Docketed Total:      $362,371.05
Filing Creditor Name:
  LORD CORPORATION
  2000 W GRANDVIEW BLVD
  ERIE, PA 16514

Claim Holder Name
  LORD CORPORATION
  2000 W GRANDVIEW BLVD
  ERIE, PA 16514

Docketed Total:      $362,371.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $362,371.05 |
| | | | **$362,371.05** |

Allowed Total:      $10,359.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,359.59 |
| | | | **$10,359.59** |

---

**Claim: 15926**
Date Filed:   07/26/2006
Docketed Total:      $404,986.61
Filing Creditor Name:
  M A COM INC
  PO BOX 3608 MS38 26
  HARRISBURG, PA 17105

Claim Holder Name
  M A COM INC
  PO BOX 3608 MS38 26
  HARRISBURG, PA 17105

Docketed Total:      $404,986.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $404,986.61 |
| | | | **$404,986.61** |

Allowed Total:      $125,651.26

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $125,651.26 |
| | | | **$125,651.26** |

---

**Claim: 10186**
Date Filed:   07/21/2006
Docketed Total:      $130,579.71
Filing Creditor Name:
  MAGNESIUM ALUMINUM CORP
  3425 SERVICE RD
  CLEVELAND, OH 44111

Claim Holder Name
  AMROC INVESTMENTS LLC
  535 MADISON AVE 15TH FL
  NEW YORK, NY 10022

Docketed Total:      $130,579.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $130,579.71 |
| | | | **$130,579.71** |

Allowed Total:      $89,510.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $89,510.49 |
| | | | **$89,510.49** |

*      See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 11453**

Date Filed: 07/27/2006

Docketed Total: $236,298.73

Filing Creditor Name:
  MARIAN INC FKA MARIAN
  RUBBER PRODUCTS
  MARIAN INC
  1011 E ST CLAIR ST
  INDIANAPOLIS, IN 46202

Claim Holder Name

  MARIAN INC FKA MARIAN RUBBER
  PRODUCTS
  MARIAN INC
  1011 E ST CLAIR ST
  INDIANAPOLIS, IN 46202

Docketed Total: $236,298.73

Allowed Total: $186,642.58

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $25,605.91 | | $210,692.82 | 05-44640 | | | $186,642.58 |
| | **$25,605.91** | | **$210,692.82** | | | | **$186,642.58** |

**Claim: 523**

Date Filed: 11/14/2005

Docketed Total: $557,641.90

Filing Creditor Name:
  MARKETING SPECIALTIES MSI
  PACKAGING
  5010 W 81ST ST
  INDIANAPOLIS, IN 46268

Claim Holder Name

  MARKETING SPECIALTIES MSI
  PACKAGING
  5010 W 81ST ST
  INDIANAPOLIS, IN 46268

Docketed Total: $557,641.90

Allowed Total: $278,782.37

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $557,641.90 | 05-44640 | | | $278,782.37 |
| | | | **$557,641.90** | | | | **$278,782.37** |

**Claim: 5306**

Date Filed: 05/08/2006

Docketed Total: $53,842.15

Filing Creditor Name:
  MATSUO ELECTRONICS OF
  AMERICA
  2134 MAIN ST STE 100
  HUNTINGTON BEACH, CA 92648

Claim Holder Name

  MATSUO ELECTRONICS OF
  AMERICA
  2134 MAIN ST STE 100
  HUNTINGTON BEACH, CA 92648

Docketed Total: $53,842.15

Allowed Total: $20,019.25

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $53,842.15 | 05-44640 | | | $20,019.25 |
| | | | **$53,842.15** | 05-44610 | | | $0.00 |
| | | | | | | | **$20,019.25** |

\*    See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.     05-44481-rdd     Doc 19338     Filed 01/20/10     Entered 01/20/10 15:20:08     Main Document     Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)                                              Pg 88 of 142

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9576**
Date Filed:  07/17/2006
Docketed Total:  $64,897.96
Filing Creditor Name:
  MEDALIST INDUSTRIES INC
  MEDALIST INDL FASTENER DIV
  2700 YORK RD
  ELK GROVE VILLAGE, IL 60007

Claim Holder Name
  MEDALIST INDUSTRIES INC
  MEDALIST INDL FASTENER DIV
  2700 YORK RD
  ELK GROVE VILLAGE, IL 60007          Docketed Total:     $64,897.96

Allowed Total:     $44,746.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $53,088.55 | $11,809.41 |
| | | $53,088.55 | $11,809.41 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,746.93 |
| | | | $44,746.93 |

---

**Claim: 11455**
Date Filed:  07/27/2006
Docketed Total:  $358,636.72
Filing Creditor Name:
  METAL FLOW CORPORATION
  11694 JAMES ST
  HOLLAND, MI 49424

Claim Holder Name
  LONGACRE MASTER FUND LTD
  810 SEVENTH AVE 33RD FL
  NEW YORK, NY 10019          Docketed Total:     $358,636.72

Allowed Total:     $334,323.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $358,636.72 |
| | | | $358,636.72 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $334,323.99 |
| | | | $334,323.99 |

---

**Claim: 3755**
Date Filed:  05/01/2006
Docketed Total:  $89,760.00
Filing Creditor Name:
  METAL MATIC INC
  629 SECOND ST SE
  MINNEAPOLIS, MN 55414-2106

Claim Holder Name
  ORE HILL HUB FUND LTD
  650 FIFTH AVE 9TH FL
  NEW YORK, NY 10019          Docketed Total:     $89,760.00

Allowed Total:     $43,303.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $89,760.00 |
| | | | $89,760.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $43,303.48 |
| | | | $43,303.48 |

---

**Claim: 8682**
Date Filed:  06/27/2006
Docketed Total:  $323,679.01
Filing Creditor Name:
  METAL TECHNOLOGIES INC
  1401 S GRANDSTAFF DR
  AUBURN, IN 46706

Claim Holder Name
  LONGACRE MASTER FUND LTD
  810 SEVENTH AVE 33RD FL
  NEW YORK, NY 10019          Docketed Total:     $323,679.01

Allowed Total:     $8,296.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $323,679.01 |
| | | | $323,679.01 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,296.48 |
| | | | $8,296.48 |

---

\*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Row 1:**

CLAIM TO BE ALLOWED:
Claim: 7578
Date Filed: 06/06/2006
Docketed Total: $833,534.00
Filing Creditor Name:
MICRON SEMICONDUCTOR PROD INC
MICRON SEMICONDUCTOR PROD INC
8000 S FEDERAL WAY
PO BOX 6
BOISE, ID 83707

CLAIM AS DOCKETED:
Claim Holder Name
SPCP GROUP LLC
TWO GREENWICH PLAZA 1ST FL
GREENWICH, CT 06830
Docketed Total: $833,534.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $833,534.00 |
| | | | **$833,534.00** |

CLAIM AS ALLOWED:
Allowed Total: $390,744.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $390,744.00 |
| | | | **$390,744.00** |

**Row 2:**

CLAIM TO BE ALLOWED:
Claim: 6932
Date Filed: 05/26/2006
Docketed Total: $12,279.00
Filing Creditor Name:
MICROSEMI CORP
2381 MORSE AVE
IRVINE, CA 92614

CLAIM AS DOCKETED:
Claim Holder Name
MICROSEMI CORP
2381 MORSE AVE
IRVINE, CA 92614
Docketed Total: $12,279.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,279.00 |
| | | | **$12,279.00** |

CLAIM AS ALLOWED:
Allowed Total: $7,500.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $7,500.00 |
| | | | **$7,500.00** |

**Row 3:**

CLAIM TO BE ALLOWED:
Claim: 6577
Date Filed: 05/22/2006
Docketed Total: $258,352.13
Filing Creditor Name:
MID CONTINENT SPRING CO EFT
PO BOX 649
HOPKINSVILLE, KY 42241-0649

CLAIM AS DOCKETED:
Claim Holder Name
MID CONTINENT SPRING CO EFT
PO BOX 649
HOPKINSVILLE, KY 42241-0649
Docketed Total: $258,352.13

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $258,352.13 |
| | | | **$258,352.13** |

CLAIM AS ALLOWED:
Allowed Total: $253,604.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $253,604.40 |
| | | | **$253,604.40** |

*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12244<br>Date Filed: 07/28/2006<br>Docketed Total: $3,512.31<br>Filing Creditor Name:<br>MID STATES RUBBER PRODUCTS<br>INC<br>NTE 0008090953218<br>1230 S RACE ST<br>PO BOX 370<br>PRINCETON, IN 47670 | Claim Holder Name<br><br>MID STATES RUBBER PRODUCTS<br>INC<br>NTE 0008090953218<br>1230 S RACE ST<br>PO BOX 370<br>PRINCETON, IN 47670<br><br>Docketed Total: $3,512.31 | Allowed Total: $3,105.74 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $3,512.31 | | | 05-44640 | | | $3,105.74 |
| | **$3,512.31** | | | | | | **$3,105.74** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11688<br>Date Filed: 07/27/2006<br>Docketed Total: $529,365.38<br>Filing Creditor Name:<br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | Claim Holder Name<br><br>MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042<br><br>Docketed Total: $80,487.44 | Allowed Total: $496,490.18 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $80,487.44 | 05-44640 | | | $496,490.18 |
| | | | **$80,487.44** | | | | **$496,490.18** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9550<br>Date Filed: 07/17/2006<br>Docketed Total: $135,856.48<br>Filing Creditor Name:<br>MUELLER INDUSTRIES INC<br>2199 LAPEER AVE<br>PORT HURON, MI 48060 | Claim Holder Name<br><br>MUELLER INDUSTRIES INC<br>2199 LAPEER AVE<br>PORT HURON, MI 48060<br><br>Docketed Total: $135,856.48 | Allowed Total: $42,790.45 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $135,856.48 | 05-44481 | | | $42,790.45 |
| | | | **$135,856.48** | | | | **$42,790.45** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16418<br>Date Filed: 11/17/2006<br>Docketed Total: $107,272.55<br>Filing Creditor Name:<br>NATIONAL MOLDING<br>CORPORATION<br>5 DUBON COURT<br>FARMINGDALE, NY 11735 | Claim Holder Name<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $107,272.55 | Allowed Total: $41,178.20 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $107,272.55 | 05-44640 | | | $41,178.20 |
| | | | **$107,272.55** | | | | **$41,178.20** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7550**
Date Filed:    06/06/2006
Docketed Total:    $185,979.44
Filing Creditor Name:
NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151

Claim Holder Name
NEWARK ELECTRONICS    Docketed Total:    $185,979.44
PO BOX 94151
PALATINE, IL 60094-4151

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,979.44 |
| | | | **$185,979.44** |

Allowed Total:    $106,467.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $6,037.59 |
| 05-44567 | | | $331.84 |
| 05-44640 | | | $88,909.44 |
| 05-44624 | | | $70.97 |
| 05-44507 | | | $10,470.92 |
| 05-44482 | | | $646.52 |
| | | | **$106,467.28** |

---

**Claim: 878**
Date Filed:    11/28/2005
Docketed Total:    $351,634.04
Filing Creditor Name:
ONKYO INDUSTRIAL
COMPONENTS INC
38701 7 MILE RD STE 295
LIVONIA, MI 48152-7038

Claim Holder Name
ONKYO INDUSTRIAL COMPONENTS    Docketed Total:    $351,634.04
INC
38701 7 MILE RD STE 295
LIVONIA, MI 48152-7038

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $351,634.04 |
| | | | **$351,634.04** |

Allowed Total:    $214,128.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $214,128.30 |
| | | | **$214,128.30** |

---

**Claim: 13459**
Date Filed:    07/25/2006
Docketed Total:    $370,568.92
Filing Creditor Name:
PAR FOAM PRODUCTS INC
239 VAN RENSSELAER ST
BUFFALO, NY 14210

Claim Holder Name
LONGACRE MASTER FUND LTD    Docketed Total:    $370,568.92
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $370,568.92 |
| | | | **$370,568.92** |

Allowed Total:    $360,692.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,692.12 |
| | | | **$360,692.12** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 16557**
Date Filed: 02/28/2007
Docketed Total: $435,185.00
Filing Creditor Name:
  PENN ALUMINUM
  INTERNATIONAL INC
  FAGELHABER LLC
  55 E MONROE ST
  40TH FLR
  CHICAGO, IL 60603

Claim Holder Name

PENN ALUMINUM
INTERNATIONAL INC
FAGELHABER LLC
55 E MONROE ST
40TH FLR
CHICAGO, IL 60603

Docketed Total:    $435,185.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $435,185.00 |
| | | | **$435,185.00** |

Allowed Total:    $335,336.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $335,336.01 |
| | | | **$335,336.01** |

---

**Claim: 1156**
Date Filed: 12/13/2005
Docketed Total: $5,754.73
Filing Creditor Name:
  PENN ENGINEERING &
  MANUFACTURING CORP
  5190 OLD EASTON RD
  DANBORO, PA 18916

Claim Holder Name

PENN ENGINEERING &
MANUFACTURING CORP
5190 OLD EASTON RD
DANBORO, PA 18916

Docketed Total:    $5,754.73

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $5,754.73 |
| | | | **$5,754.73** |

Allowed Total:    $4,387.53

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,387.53 |
| | | | **$4,387.53** |

---

**Claim: 4278**
Date Filed: 05/01/2006
Docketed Total: $3,010.00
Filing Creditor Name:
  PIHER INTERNATIONAL CORP
  1640 NORTHWIND BLVD
  LIBERTYVILLE, IL 60048

Claim Holder Name

PIHER INTERNATIONAL CORP
1640 NORTHWIND BLVD
LIBERTYVILLE, IL 60048

Docketed Total:    $3,010.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,010.00 |
| | | | **$3,010.00** |

Allowed Total:    $1,505.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,505.00 |
| | | | **$1,505.00** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.   05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document   Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)          Pg 93 of 142

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 5988**
Date Filed: 05/16/2006
Docketed Total: $223,768.64
Filing Creditor Name:
  PLASTOMER CORP
  PO BOX 67000 DEPT 15601
  DETROIT, MI 48267-0156

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $223,768.64

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $223,768.64 |
| | | | **$223,768.64** |

Allowed Total: $211,580.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $810.00 |
| 05-44640 | | | $210,770.00 |
| | | | **$211,580.00** |

---

**Claim: 5388**
Date Filed: 05/09/2006
Docketed Total: $157,798.33
Filing Creditor Name:
  PONTIAC COIL INC
  5800 MOODY DR
  CLARKSTON, MI 48348-4768

Claim Holder Name
PONTIAC COIL INC
5800 MOODY DR
CLARKSTON, MI 48348-4768

Docketed Total: $157,798.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $157,798.33 |
| | | | **$157,798.33** |

Allowed Total: $58,803.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $58,803.92 |
| | | | **$58,803.92** |

---

**Claim: 9024**
Date Filed: 07/05/2006
Docketed Total: $84,777.15
Filing Creditor Name:
  PRECISION HARNESS INC
  340 TRANSFER DR STE A
  INDIANAPOLIS, IN 46214

Claim Holder Name
PRECISION HARNESS INC
340 TRANSFER DR STE A
INDIANAPOLIS, IN 46214

Docketed Total: $84,777.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $84,777.15 |
| | | | **$84,777.15** |

Allowed Total: $48,442.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,442.81 |
| | | | **$48,442.81** |

---

**Claim: 16609**
Date Filed: 06/04/2007
Docketed Total: $193,633.16
Filing Creditor Name:
  PRECISION RESOURCE INC KY
  DIV
  25 FOREST PARKWAY
  SHELTON, CT 06484

Claim Holder Name
PRECISION RESOURCE INC KY DIV
25 FOREST PARKWAY
SHELTON, CT 06484

Docketed Total: $193,633.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,633.16 |
| | | | **$193,633.16** |

Allowed Total: $191,073.16

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $191,073.16 |
| | | | **$191,073.16** |

---

\*   See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.    05-44481-rdd    Doc 19338    Filed 01/20/10    Entered 01/20/10 15:20:08    Main Document    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

Pg 94 of 142

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 16661**
Date Filed: 10/10/2005
Docketed Total: $56,146.15
Filing Creditor Name:
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

Claim Holder Name
PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

Docketed Total: $56,146.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $56,146.15 | |
| | | **$56,146.15** | |

Allowed Total: $51,632.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,632.59 |
| | | | **$51,632.59** |

---

**Claim: 124**
Date Filed: 10/25/2005
Docketed Total: $23,878.34
Filing Creditor Name:
PROMOTECH KUNSTSTOFF UND
METTALLVERARBEITUNGSGES
MBH
UNTERLOCHEN 44
SCHALCHEN, 5231
AUSTRIA

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $23,878.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $23,878.34 |
| | | | **$23,878.34** |

Allowed Total: $16,782.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $16,782.17 |
| | | | **$16,782.17** |

---

**Claim: 10194**
Date Filed: 07/21/2006
Docketed Total: $15,361.12
Filing Creditor Name:
RB & W CORPORATION EFT
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CANADA

Claim Holder Name
RB & W CORPORATION EFT
5190 BRADCO BLVD
MISSISSAUGA, ON L4W 1G7
CANADA

Docketed Total: $15,361.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $15,361.12 |
| | | | **$15,361.12** |

Allowed Total: $5,121.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,121.28 |
| | | | **$5,121.28** |

---

**Claim: 5966**
Date Filed: 05/16/2006
Docketed Total: $18,475.70
Filing Creditor Name:
RED SPOT CORP
PO BOX 418
EVANSVILLE, IN 47703-0418

Claim Holder Name
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

Docketed Total: $18,475.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $18,475.70 |
| | | | **$18,475.70** |

Allowed Total: $1,545.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,545.00 |
| | | | **$1,545.00** |

---

*    See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2748**
Date Filed: 04/24/2006
Docketed Total: $141,705.00
Filing Creditor Name:
  RF MICRO DEVICES INC
  7628 THORNDIKE RD
  GREENSBORO, NC 27409

Claim Holder Name
  RF MICRO DEVICES INC
  7628 THORNDIKE RD
  GREENSBORO, NC 27409      Docketed Total: $141,705.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $141,705.00 |
| | | | **$141,705.00** |

Allowed Total: $3,892.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,892.83 |
| | | | **$3,892.83** |

---

**Claim: 521**
Date Filed: 11/14/2005
Docketed Total: $1,859.48
Filing Creditor Name:
  RICHCO INC
  8145 RIVER DR
  MORTON GROVE, IL 60053

Claim Holder Name
  RICHCO INC
  8145 RIVER DR
  MORTON GROVE, IL 60053      Docketed Total: $1,859.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,859.48 |
| | | | **$1,859.48** |

Allowed Total: $250.10

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $250.10 |
| | | | **$250.10** |

---

**Claim: 14265**
Date Filed: 07/31/2006
Docketed Total: $43,152.38
Filing Creditor Name:
  ROBIN INDUSTRIES INC
  CLEVELAND DIVISION
  ROBIN INDUSTRIES INC
  1265 W 65 ST
  CLEVELAND, OH 44102

Claim Holder Name
  SPCP GROUP LLC AS AGENT FOR
  SILVER POINT CAPITAL FUND LP
  AND SILVER POINT CAPITAL
  OFFSHORE FUND LTD
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830      Docketed Total: $43,152.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $4,266.38 | | $38,886.00 |
| | **$4,266.38** | | **$38,886.00** |

Allowed Total: $22,072.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,072.38 |
| | | | **$22,072.38** |

---

**Claim: 788**
Date Filed: 11/22/2005
Docketed Total: $263,175.04
Filing Creditor Name:
  ROGERS FOAM CORPORATION
  20 VERNON ST
  SOMERVILLE, MA 02145

Claim Holder Name
  ROGERS FOAM CORPORATION
  20 VERNON ST
  SOMERVILLE, MA 02145      Docketed Total: $263,175.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $263,175.04 |
| | | | **$263,175.04** |

Allowed Total: $249,257.97

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $249,257.97 |
| | | | **$249,257.97** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2482**
Date Filed:   04/03/2006
Docketed Total:   $1,495,516.58
Filing Creditor Name:
  ROHM ELECTRONICS USA LLC
  10145 PACIFIC HEIGHTS BLVD
  NO 1000
  SAN DIEGO, CA 92121

Claim Holder Name
  ROHM ELECTRONICS USA LLC
  10145 PACIFIC HEIGHTS BLVD NO 1000
  SAN DIEGO, CA 92121

Docketed Total:   **$1,495,516.58**

Allowed Total:   **$172,454.57**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | **$1,495,516.58** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $170,853.77 |
| 05-44567 | | | $1,600.80 |
| | | | **$172,454.57** |

---

**Claim: 9910**
Date Filed:   07/19/2006
Docketed Total:   $401,017.30
Filing Creditor Name:
  RTP CO
  580 E FRONT ST
  WINONA, MN 55987

Claim Holder Name
  RTP CO
  580 E FRONT ST
  WINONA, MN 55987

Docketed Total:   **$401,017.30**

Allowed Total:   **$113,703.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $401,017.30 |
| | | | **$401,017.30** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $113,703.04 |
| | | | **$113,703.04** |

---

**Claim: 237**
Date Filed:   10/31/2005
Docketed Total:   $12,076.40
Filing Creditor Name:
  RUDOLPH BROS & CO
  PO BOX 425
  CANAL WINCHESTER, OH 43110

Claim Holder Name
  RUDOLPH BROS & CO
  PO BOX 425
  CANAL WINCHESTER, OH 43110

Docketed Total:   **$12,076.40**

Allowed Total:   **$4,885.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,076.40 |
| | | | **$12,076.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,885.00 |
| | | | **$4,885.00** |

---

**Claim: 12030**
Date Filed:   07/28/2006
Docketed Total:   $40,444.54
Filing Creditor Name:
  SAINT GOBAIN PERFORMANCE
  1199 S CHILLICOTHE RD
  AURORA, OH 44202

Claim Holder Name
  SAINT GOBAIN PERFORMANCE
  1199 S CHILLICOTHE RD
  AURORA, OH 44202

Docketed Total:   **$40,444.54**

Allowed Total:   **$26,062.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,444.54 |
| | | | **$40,444.54** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,153.38 |
| 05-44624 | | | $3,908.96 |
| | | | **$26,062.34** |

---

*      See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

---

**Claim: 2120**
Date Filed:   02/27/2006
Docketed Total:      $97,728.50
Filing Creditor Name:
  SAMUEL SON & CO
  4334 WALDEN AVE
  LANCASTER, NY 14086

Claim Holder Name
STONEHILL INSTITUTIONAL PARTNERS LP
ATTN STEVE NELSON
885 THIRD AVE 30TH FL
NEW YORK, NY 10022

Docketed Total:    $97,728.50

Allowed Total:    $4,230.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $97,728.50 |
| | | | **$97,728.50** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,230.00 |
| | | | **$4,230.00** |

---

**Claim: 112**
Date Filed:   10/25/2005
Docketed Total:      $57,501.00
Filing Creditor Name:
  SANYO ELECTRONIC DEVICE
  USA CORP
  2055 SANYO AVE
  SAN DIEGO, CA 92154

Claim Holder Name
SANYO ELECTRONIC DEVICE USA CORP
2055 SANYO AVE
SAN DIEGO, CA 92154

Docketed Total:    $57,501.00

Allowed Total:    $34,785.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $57,501.00 |
| | | | **$57,501.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,785.00 |
| | | | **$34,785.00** |

---

**Claim: 3996**
Date Filed:   05/01/2006
Docketed Total:      $26,845.40
Filing Creditor Name:
  SAPA INC DBA TECHNICAL
  DYNAMICS ALUMINUM
  PO BOX 11263
  PORTLAND, OR 97211

Claim Holder Name
SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM
PO BOX 11263
PORTLAND, OR 97211

Docketed Total:    $26,845.40

Allowed Total:    $9,273.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,845.40 |
| | | | **$26,845.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $9,273.08 |
| | | | **$9,273.08** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9585<br>Date Filed: 07/17/2006<br>Docketed Total: $81,300.76<br>Filing Creditor Name:<br> SEAL & DESIGN INC<br> 4015 CASILIO PKY<br> CLARENCE, NY 14031 | Claim Holder Name<br> LONGACRE MASTER FUND LTD<br> 810 SEVENTH AVE 33RD FL<br> NEW YORK, NY 10019     Docketed Total:    **$81,300.76**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481     $81,300.76<br>    **$81,300.76** | Allowed Total:    **$75,502.26**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $75,502.26<br>    **$75,502.26** |
| Claim: 3293<br>Date Filed: 04/28/2006<br>Docketed Total: $33,851.52<br>Filing Creditor Name:<br> SEALED AIR CORPORATION<br> 19440 ARENTH AVE<br> CITY OF INDUSTRY, CA 91748 | Claim Holder Name<br> SEALED AIR CORPORATION<br> 19440 ARENTH AVE<br> CITY OF INDUSTRY, CA 91748    Docketed Total:    **$33,851.52**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481     $33,851.52<br>    **$33,851.52** | Allowed Total:    **$6,439.80**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $6,439.80<br>    **$6,439.80** |
| Claim: 7843<br>Date Filed: 06/12/2006<br>Docketed Total: $7,427.47<br>Filing Creditor Name:<br> SEALING DEVICES INC<br> 4400 WALDEN AVE<br> LANCASTER, NY 14086-971 | Claim Holder Name<br> SEALING DEVICES INC<br> 4400 WALDEN AVE<br> LANCASTER, NY 14086-971    Docketed Total:    **$7,427.47**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481     $7,427.47<br>    **$7,427.47** | Allowed Total:    **$1,380.80**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481     $1,380.80<br>    **$1,380.80** |
| Claim: 7606<br>Date Filed: 06/07/2006<br>Docketed Total: $36,759.75<br>Filing Creditor Name:<br> SEMBLEX CORPORATION<br> 199 WEST DIVERSEY<br> ELMHURST, IL 60126 | Claim Holder Name<br> AMROC INVESTMENTS LLC<br> 535 MADISON AVE 15TH FL<br> NEW YORK, NY 10022    Docketed Total:    **$36,759.75**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44481     $36,759.75<br>    **$36,759.75** | Allowed Total:    **$29,843.96**<br><br>Case Number* / Secured / Priority / Unsecured<br>05-44640     $29,843.96<br>    **$29,843.96** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Claim: 9584**
Date Filed: 07/17/2006
Docketed Total: $116,843.56
Filing Creditor Name:
SIERRA LIQUIDITY FUND LLC
ASSIGNEE LAKE ERIE PRODUCTS
INC  LIVONIA FITTINGS
PRODUCTS COMPANY ET AL
ASSIGNOR
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name
SIERRA LIQUIDITY FUND LLC
2699 WHITE RD STE 255
IRVINE, CA 92614

Docketed Total: $116,843.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $4,797.32 | $112,046.24 |
| | | $4,797.32 | $112,046.24 |

Allowed Total: $24,015.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,015.00 |
| | | | $24,015.00 |

---

**Claim: 661**
Date Filed: 11/18/2005
Docketed Total: $26,961.09
Filing Creditor Name:
SMALLEY STEEL RING COMPANY
555 OAKWOOD RD
LAKE ZURICH, IL 60047

Claim Holder Name
SMALLEY STEEL RING COMPANY
555 OAKWOOD RD
LAKE ZURICH, IL 60047

Docketed Total: $26,961.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $26,961.09 |
| | | | $26,961.09 |

Allowed Total: $6,719.23

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $4,670.23 |
| 05-44624 | | | $2,049.00 |
| 05-44640 | | | $0.00 |
| | | | $6,719.23 |

---

**Claim: 11963**
Date Filed: 07/28/2006
Docketed Total: $101,068.30
Filing Creditor Name:
SPECIAL DEVICES
INCORPORATED
14370 WHITE SAGE RD
MOORPARK, CA 93021

Claim Holder Name
SPECIAL DEVICES INCORPORATED
14370 WHITE SAGE RD
MOORPARK, CA 93021

Docketed Total: $101,068.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $101,068.30 |
| | | | $101,068.30 |

Allowed Total: $9,621.42

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,621.42 |
| | | | $9,621.42 |

---

*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10955<br>Date Filed: 07/26/2006<br>Docketed Total: $126,623.88<br>Filing Creditor Name:<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN,<br>HSIEN<br>TAIWAN, PROVINCE OF CHINA | Claim Holder Name<br><br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN,<br>HSIEN<br>TAIWAN, PROVINCE OF CHINA<br><br>Docketed Total: $126,623.88 | Allowed Total: $28,216.36 |
| | **Case Number\*** | **Secured** | **Priority** | **Unsecured** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| **Claim: 10955**<br>Date Filed: 07/26/2006<br>Docketed Total: $126,623.88<br>Filing Creditor Name:<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN, HSIEN<br>TAIWAN, PROVINCE OF CHINA | Claim Holder Name<br>SPEED TECH CORPORATION<br>NO 568 SEC 1<br>MIN SHENG N RD<br>KWEISHAN HSIANG TAOYUAN, HSIEN<br>TAIWAN, PROVINCE OF CHINA<br><br>Docketed Total: **$126,623.88**<br><br>Case Number\*: 05-44640  Unsecured: $126,623.88<br>Total: **$126,623.88** | Allowed Total: **$28,216.36**<br><br>Case Number\*: 05-44640  Unsecured: $28,216.36<br>Total: **$28,216.36** |
| **Claim: 162**<br>Date Filed: 10/28/2005<br>Docketed Total: $243.00<br>Filing Creditor Name:<br>SPERRY & RICE MFG CO LLC<br>9146 US 52<br>BROOKVILLE, IN 47012 | Claim Holder Name<br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SPERRY & RICE MFG CO LLC<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Docketed Total: **$243.00**<br><br>Case Number\*: 05-44481  Unsecured: $243.00<br>Total: **$243.00** | Allowed Total: **$121.50**<br><br>Case Number\*: 05-44481  Unsecured: $121.50<br>Total: **$121.50** |
| **Claim: 4746**<br>Date Filed: 05/04/2006<br>Docketed Total: $92,262.14<br>Filing Creditor Name:<br>STADCO INC<br>STADCO AUTOMATIC DIV<br>632 YELLOW SPRINGS FAIRFIELD R<br>FAIRBORN, OH 45324-976 | Claim Holder Name<br>ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018<br><br>Docketed Total: **$92,262.14**<br><br>Case Number\*: 05-44481  Unsecured: $92,262.14<br>Total: **$92,262.14** | Allowed Total: **$91,796.37**<br><br>Case Number\*: 05-44481  Unsecured: $91,796.37<br>Total: **$91,796.37** |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1260**
Date Filed:    12/23/2005
Docketed Total:    $126,717.40
Filing Creditor Name:
STARK MANUFACTURING LLC
1300 S ELMIRA AVE
RUSSELLVILLE, AR 72802

Claim Holder Name
STARK MANUFACTURING LLC
1300 S ELMIRA AVE
RUSSELLVILLE, AR 72802
Docketed Total:    $126,717.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $126,717.40 |
| | | | **$126,717.40** |

Allowed Total:    $24,789.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,789.00 |
| | | | **$24,789.00** |

---

**Claim: 8663**
Date Filed:    06/27/2006
Docketed Total:    $5,894.00
Filing Creditor Name:
STEPHENSON & LAWYER INC
3831 PATTERSON AVE SE
PO BOX 8834
GRAND RAPIDS, MI 49518-8834

Claim Holder Name
MADISON NICHE OPPORTUNITIES
LLC
6310 LAMAR AVE STE 120
OVERLAND PARK, KS 66202
Docketed Total:    $5,894.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,894.00 |
| | | | **$5,894.00** |

Allowed Total:    $4,160.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $4,160.00 |
| | | | **$4,160.00** |

---

**Claim: 1431**
Date Filed:    01/04/2006
Docketed Total:    $20,934.54
Filing Creditor Name:
STEWARD INC
1200 E 36TH ST
CHATTANOOGA, TN 37407-2489

Claim Holder Name
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total:    $20,934.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $20,934.54 |
| | | | **$20,934.54** |

Allowed Total:    $9,492.60

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $9,492.60 |
| | | | **$9,492.60** |

---

**Claim: 1521**
Date Filed:    01/12/2006
Docketed Total:    $93,318.95
Filing Creditor Name:
SUMITOMO SITIX SILICON INC
19801 N TATUM BLVD
PHOENIX, AZ 85050

Claim Holder Name
SUMITOMO SITIX SILICON INC
19801 N TATUM BLVD
PHOENIX, AZ 85050
Docketed Total:    $93,318.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $93,318.95 | |
| | | **$93,318.95** | |

Allowed Total:    $25,616.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $25,616.80 |
| | | | **$25,616.80** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 5400**
Date Filed:   05/09/2006
Docketed Total:   $31,551.00
Filing Creditor Name:
  SUN KWANG BRAZING FILLER
  METAL
  SUNKWANG METAL CO LTD
  216 SAMSUNGDANG RI SINBUK
  POCHON KYONGGI, 487913
  KOREA, REPUBLIC OF

Claim Holder Name

SUN KWANG BRAZING FILLER METAL
SUNKWANG METAL CO LTD
216 SAMSUNGDANG RI SINBUK
POCHON KYONGGI, 487913
KOREA, REPUBLIC OF

Docketed Total:   $31,551.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $31,551.00 | | |
| | **$31,551.00** | | |

Allowed Total:   $8,866.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,866.08 |
| | | | **$8,866.08** |

---

**Claim: 11259**
Date Filed:   07/27/2006
Docketed Total:   $814,710.90
Filing Creditor Name:
  T & L AUTOMATICS INC
  770 EMERSON ST
  ROCHESTER, NY 14613

Claim Holder Name

T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

Docketed Total:   $814,710.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $814,710.90 |
| | | | **$814,710.90** |

Allowed Total:   $143,378.81

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,378.81 |
| | | | **$143,378.81** |

---

**Claim: 11967**
Date Filed:   07/28/2006
Docketed Total:   $5,019,217.38
Filing Creditor Name:
  TDK CORPORATION OF
  AMERICA
  KATTEN MUCHIN ROSENMAN
  LLP
  525 W MONROE ST
  CHICAGO, IL 60661-3693

Claim Holder Name

GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

Docketed Total:   $5,019,217.38

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,019,217.38 |
| | | | **$5,019,217.38** |

Allowed Total:   $4,986,815.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,986,815.92 |
| | | | **$4,986,815.92** |

---

*     See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 9019**
Date Filed:   07/05/2006
Docketed Total:    $15,855.76
Filing Creditor Name:
  TDK ELECTRONICS EUROPE
  GMBH
  WANHEIMER STR 57
  DUESSELDORF, 40472
  GERMANY

Claim Holder Name

TDK ELECTRONICS EUROPE GMBH    Docketed Total:    $15,855.76
WANHEIMER STR 57
DUESSELDORF, 40472
GERMANY

Allowed Total:    $8,429.59

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $15,855.76 |
| | | | **$15,855.76** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $8,429.59 |
| | | | **$8,429.59** |

---

**Claim: 4734**
Date Filed:   05/04/2006
Docketed Total:    $48,220.13
Filing Creditor Name:
  TEFCO INC
  10120 W FLAMINGO RD
  STE 4 204
  LAS VEGAS, NV 89147

Claim Holder Name

TEFCO INC    Docketed Total:    $48,220.13
10120 W FLAMINGO RD
STE 4 204
LAS VEGAS, NV 89147

Allowed Total:    $24,362.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,220.13 |
| | | | **$48,220.13** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,362.56 |
| | | | **$24,362.56** |

---

**Claim: 7443**
Date Filed:   06/05/2006
Docketed Total:    $108,297.25
Filing Creditor Name:
  TEKNOR APEX COMPANY
  505 CENTRAL AVE
  PAWTUCKET, RI 02861

Claim Holder Name

TEKNOR APEX COMPANY    Docketed Total:    $108,297.25
505 CENTRAL AVE
PAWTUCKET, RI 02861

Allowed Total:    $32,433.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $108,297.25 |
| | | | **$108,297.25** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,433.15 |
| | | | **$32,433.15** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 13420**
Date Filed:  07/31/2006
Docketed Total:  $759,698.01
Filing Creditor Name:
TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

Claim Holder Name

TICONA LLC
TICONA FORTRON
8040 DIXIE HWY
FLORENCE, KY 41042-2904

Docketed Total:  $759,698.01

Allowed Total:  $747,990.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $759,698.01 |
| | | | **$759,698.01** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $33,088.73 |
| 05-44640 | | | $714,901.32 |
| | | | **$747,990.05** |

---

**Claim: 1733**
Date Filed:  01/31/2006
Docketed Total:  $8,407.61
Filing Creditor Name:
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Claim Holder Name

TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Docketed Total:  $8,407.61

Allowed Total:  $3,899.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $8,407.61 |
| | | | **$8,407.61** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,899.17 |
| | | | **$3,899.17** |

---

**Claim: 1920**
Date Filed:  02/08/2006
Docketed Total:  $6,716.00
Filing Creditor Name:
TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Claim Holder Name

TOLLMAN SPRING CO INC
91 ENTERPRISE DR
BRISTOL, CT 06010

Docketed Total:  $6,716.00

Allowed Total:  $2,588.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,716.00 |
| | | | **$6,716.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,588.00 |
| | | | **$2,588.00** |

---

**Claim: 1572**
Date Filed:  01/17/2006
Docketed Total:  $33,450.00
Filing Creditor Name:
TOSOH SMD INC
SCHOTTENSTEIN ZOX & DUNN
PO BOX 165020
COLUMBUS, OH 43216-5020

Claim Holder Name

TOSOH SMD INC
SCHOTTENSTEIN ZOX & DUNN
PO BOX 165020
COLUMBUS, OH 43216-5020

Docketed Total:  $33,450.00

Allowed Total:  $10,900.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $33,450.00 |
| | | | **$33,450.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,900.00 |
| | | | **$10,900.00** |

---

*      See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 11461**
Date Filed: 07/27/2006
Docketed Total: $179,951.83
Filing Creditor Name:
TRAM INC
47200 PORT ST
PLYMOUTH, MI 48170

Claim Holder Name
TRAM INC
47200 PORT ST
PLYMOUTH, MI 48170
Docketed Total: $179,951.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $179,951.83 |
| | | | **$179,951.83** |

Allowed Total: $41,510.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,510.40 |
| | | | **$41,510.40** |

---

**Claim: 2065**
Date Filed: 02/21/2006
Docketed Total: $126,918.43
Filing Creditor Name:
TRANS MATIC MFG CO INC
MILLER JOHNSON
PO BOX 306
GRAND RAPIDS, MI 49501-0306

Claim Holder Name
REDROCK CAPITAL PARTNERS LLC
475 17TH ST STE 544
DENVER, CO 80202
Docketed Total: $126,918.43

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,918.43 |
| | | | **$126,918.43** |

Allowed Total: $124,318.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $124,318.49 |
| | | | **$124,318.49** |

---

**Claim: 11229**
Date Filed: 07/26/2006
Docketed Total: $78,757.21
Filing Creditor Name:
TRITON INDUSTRIES INC
1020 N KOLMAR AVE
CHICAGO, IL 60651

Claim Holder Name
TRITON INDUSTRIES INC
1020 N KOLMAR AVE
CHICAGO, IL 60651
Docketed Total: $78,757.21

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $78,757.21 |
| | | | **$78,757.21** |

Allowed Total: $16,213.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,213.28 |
| | | | **$16,213.28** |

---

**Claim: 8715**
Date Filed: 06/28/2006
Docketed Total: $36,618.89
Filing Creditor Name:
TWIST INC
PO BOX 177
JAMESTOWN, OH 45335

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total: $36,618.89

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,618.89 |
| | | | **$36,618.89** |

Allowed Total: $33,454.31

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $33,454.31 |
| | | | **$33,454.31** |

---

\*     See Exhibit I for a listing of debtor entities by case number.

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12396**
Date Filed: 07/28/2006
Docketed Total: $148,325.65
Filing Creditor Name:
  TYZ ALL PLASTICS INC
  120 EXPRESS ST STE 1
  PLAINVIEW, NY 11803

Claim Holder Name
  LONGACRE MASTER FUND LTD
  810 SEVENTH AVE 33RD FL
  NEW YORK, NY 10019
  Docketed Total: **$148,325.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $148,325.65 |
| | | | **$148,325.65** |

Allowed Total: **$143,898.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,898.96 |
| | | | **$143,898.96** |

---

**Claim: 5123**
Date Filed: 05/08/2006
Docketed Total: $6,685.44
Filing Creditor Name:
  ULTRAFORM INDUSTRIES INC
  150 PEYERK CT
  ROMEO, MI 48065

Claim Holder Name
  ULTRAFORM INDUSTRIES INC
  150 PEYERK CT
  ROMEO, MI 48065
  Docketed Total: **$6,685.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $6,685.44 |
| | | | **$6,685.44** |

Allowed Total: **$5,422.74**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,422.74 |
| | | | **$5,422.74** |

---

**Claim: 11437**
Date Filed: 07/27/2006
Docketed Total: $39,624.64
Filing Creditor Name:
  UNISOURCE WORLDWIDE INC
  850 N ARLINGTON HEIGHTS RD
  ITASCA, IL 60143

Claim Holder Name
  UNISOURCE WORLDWIDE INC
  850 N ARLINGTON HEIGHTS RD
  ITASCA, IL 60143
  Docketed Total: **$39,624.64**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,500.00 | $34,124.64 |
| | | **$5,500.00** | **$34,124.64** |

Allowed Total: **$13,620.66**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,620.66 |
| | | | **$13,620.66** |

---

**Claim: 1744**
Date Filed: 02/01/2006
Docketed Total: $70,521.92
Filing Creditor Name:
  UNITED ELECTRONICS CORP
  5321 N PEARL ST
  ROSEMONT, IL 60018

Claim Holder Name
  UNITED ELECTRONICS CORP
  5321 N PEARL ST
  ROSEMONT, IL 60018
  Docketed Total: **$70,521.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $70,521.92 |
| | | | **$70,521.92** |

Allowed Total: **$41,422.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $41,422.60 |
| | | | **$41,422.60** |

---

\*  See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Row 1**

CLAIM TO BE ALLOWED:
Claim: 1787
Date Filed: 02/06/2006
Docketed Total: $596,771.49
Filing Creditor Name:
UNIVERSAL BEARINGS INC
PO BOX 38
BREMEN, IN 46506

CLAIM AS DOCKETED:
Claim Holder Name
GOLDMAN SACHS CREDIT PARTNERS LP
C/O GOLDMAN SACHS & CO
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302
Docketed Total: $596,771.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $132,614.03 | $464,157.46 |
| | | $132,614.03 | $464,157.46 |

CLAIM AS ALLOWED:
Allowed Total: $159,738.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $159,738.00 |
| | | | $159,738.00 |

**Row 2**

CLAIM TO BE ALLOWED:
Claim: 1098
Date Filed: 12/09/2005
Docketed Total: $54,912.75
Filing Creditor Name:
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

CLAIM AS DOCKETED:
Claim Holder Name
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130
Docketed Total: $54,912.75

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $54,912.75 |
| | | | $54,912.75 |

CLAIM AS ALLOWED:
Allowed Total: $13,620.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,620.40 |
| | | | $13,620.40 |

**Row 3**

CLAIM TO BE ALLOWED:
Claim: 2069
Date Filed: 02/21/2006
Docketed Total: $14,704.15
Filing Creditor Name:
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130

CLAIM AS DOCKETED:
Claim Holder Name
UNIVERSAL METAL PRODUCTS INC
29980 LAKELAND BLVD
PO BOX 130
WICKLIFFE, OH 44092-0130
Docketed Total: $14,704.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $14,704.15 |
| | | | $14,704.15 |

CLAIM AS ALLOWED:
Allowed Total: $878.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $878.15 |
| | | | $878.15 |

*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 222<br>Date Filed:   10/31/2005<br>Docketed Total:    $636,399.79<br>Filing Creditor Name:<br>　US FARATHANE CORPORATION<br>　38000 MOUND RD<br>　STERLING HEIGHTS, MI 48310 | Claim Holder Name<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Docketed Total:    $636,399.79 | Allowed Total:    $474,425.64 |
| | **Case Number\*** / Secured / Priority / Unsecured<br>05-44481 / / / $636,399.79<br><br>$636,399.79 | **Case Number\*** / Secured / Priority / Unsecured<br>05-44640 / / / $474,425.64<br><br>$474,425.64 |
| Claim: 12385<br>Date Filed:   07/28/2006<br>Docketed Total:    $125,315.71<br>Filing Creditor Name:<br>　VIASYSTEMS<br>　1915 TROLLEY RD<br>　YORK, PA 17408 | Claim Holder Name<br><br>VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408<br><br>Docketed Total:    $125,315.71 | Allowed Total:    $72,912.77 |
| | **Case Number\*** / Secured / Priority / Unsecured<br>05-44567 / / / $125,315.71<br><br>$125,315.71 | **Case Number\*** / Secured / Priority / Unsecured<br>05-44567 / / / $72,912.77<br><br>$72,912.77 |
| Claim: 11074<br>Date Filed:   07/26/2006<br>Docketed Total:    $285,140.66<br>Filing Creditor Name:<br>　VIKING PLASTICS INC<br>　1 VIKING ST<br>　CORRY, PA 16407 | Claim Holder Name<br><br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Docketed Total:    $279,593.31 | Allowed Total:    $238,940.13 |
| | **Case Number\*** / Secured / Priority / Unsecured<br>05-44640 / / / $279,593.31<br><br>$279,593.31 | **Case Number\*** / Secured / Priority / Unsecured<br>05-44640 / / / $238,940.13<br><br>$238,940.13 |
| Claim: 9452<br>Date Filed:   07/13/2006<br>Docketed Total:    $2,675,676.21<br>Filing Creditor Name:<br>　VISHAY AMERICAS INC<br>　1 GREENWHICH PL<br>　SHELTON, CT 06484 | Claim Holder Name<br><br>VISHAY AMERICAS INC<br>1 GREENWHICH PL<br>SHELTON, CT 06484<br><br>Docketed Total:    $2,675,676.21 | Allowed Total:    $12,100.42 |
| | **Case Number\*** / Secured / Priority / Unsecured<br>05-44481 / / / $2,675,676.21<br><br>$2,675,676.21 | **Case Number\*** / Secured / Priority / Unsecured<br>05-44640 / / / $12,100.42<br><br>$12,100.42 |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 7609**
Date Filed: 06/07/2006
Docketed Total: $402,499.83
Filing Creditor Name:
WAKO ELECTRONICS USA INC
C O STITES & HARBINSON
WAKO ELECTRONICS
400 W MARKET ST STE 1800
LOUISVILLE, KY 40202

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $402,499.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $402,499.83 |
| | | | **$402,499.83** |

Allowed Total: $373,327.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $373,327.83 |
| | | | **$373,327.83** |

**Claim: 10207**
Date Filed: 07/21/2006
Docketed Total: $208,704.95
Filing Creditor Name:
WAMCO INC
AKIN GUMP STRAUSS HAUER &
FELD
2029 CENTURY PARK E 24TH FL
LOS ANGELES, CA 90067

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022
Docketed Total: $208,704.95

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $208,704.95 |
| | | | **$208,704.95** |

Allowed Total: $133,078.70

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $133,078.70 |
| | | | **$133,078.70** |

**Claim: 10752**
Date Filed: 07/25/2006
Docketed Total: $121,998.56
Filing Creditor Name:
WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085

Claim Holder Name
WIEGEL TOOL WORKS INC
LEIBOWITZ LAW CENTER
420 W CLAYTON ST
WAUKEGAN, IL 60085
Docketed Total: $121,998.56

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $121,998.56 |
| | | | **$121,998.56** |

Allowed Total: $32,288.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $32,288.00 |
| | | | **$32,288.00** |

**Claim: 12019**
Date Filed: 07/28/2006
Docketed Total: $351,071.44
Filing Creditor Name:
ZF LEMFORDER SISTEMAS
AUTOMOTRICES SA DE CV
HUNTER & SCHANK CO LPA
1700 CANTON AVE
TOLEDO, OH 43604

Claim Holder Name
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070
Docketed Total: $351,071.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $351,071.44 |
| | | | **$351,071.44** |

Allowed Total: $29,240.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,240.92 |
| | | | **$29,240.92** |

\*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 9304
Date Filed:   07/11/2006
Docketed Total:   $114,420.00
Filing Creditor Name:
    ZILOG INC
    532 RACE ST
    SAN JOSE, CA 95126

**CLAIM AS DOCKETED**

Claim Holder Name

    ZILOG INC                    Docketed Total:          $114,420.00
    532 RACE ST
    SAN JOSE, CA 95126

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $114,420.00 |
| | | | **$114,420.00** |

**CLAIM AS ALLOWED**

                                 Allowed Total:           $7,200.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $7,200.00 |
| | | | **$7,200.00** |

Total Claims To Be Allowed: 175

Total Amount As Docketed:        $47,224,743.14

Total Amount As Allowed:         $24,610,909.14

*     See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 2246**

Date Filed: 03/10/2006

Docketed Total: $6,140,513.59

Filing Creditor Name:

ALPS AUTOMOTIVE INC
GOLDBERG STINNETT MEYERS
& DAVIS
44 MONTGOMERY ST STE 2900
SAN FRANCISCO, CA 94104

**Claim Holder Name**

BEAR STEARNS INVESTMENT PRODUCTS INC
CO JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH FL
NEW YORK, NY 10081

Docketed Total: $6,140,513.59

Allowed Total: $3,155,490.79

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,140,513.59 |
| | | | $6,140,513.59 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,150,240.79 |
| 05-44567 | | | $5,250.00 |
| | | | $3,155,490.79 |

---

**Claim: 16783**

Date Filed: 01/16/2008

Docketed Total: $429,525.84

Filing Creditor Name:

AMERICAN AIKOKU ALPHA INC
C/O MASUDA FUNAI EIFERT & MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

**Claim Holder Name**

AMERICAN AIKOKU ALPHA INC
C/O MASUDA FUNAI EIFERT & MITCHELL LTD
203 N LASALLE ST STE 2500
CHICAGO, IL 60601-1262

Docketed Total: $429,525.84

Allowed Total: $276,562.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $5,823.94 | $423,701.90 |
| | | $5,823.94 | $423,701.90 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $276,562.50 |
| | | | $276,562.50 |

---

**Claim: 11659**

Date Filed: 07/27/2006

Docketed Total: $242,455.24

Filing Creditor Name:

FUJIKURA AMERICA INC
3150 CORONADO DR STE A
SANTA CLARA, CA 95054-3223

**Claim Holder Name**

FUJIKURA AMERICA INC
3150 CORONADO DR STE A
SANTA CLARA, CA 95054-3223

Docketed Total: $242,455.24

Allowed Total: $96,343.87

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $21,813.20 | $15,482.29 | $205,159.75 |
| | $21,813.20 | $15,482.29 | $205,159.75 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $96,343.87 |
| | | | $96,343.87 |

---

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12192**

Date Filed: 07/28/2006

Docketed Total: $1,296,063.40

Filing Creditor Name:

LORENTSON MFG CO INC
PO BOX 932
KOKOMO, IN 46903-0932

Claim Holder Name

LORENTSON MFG CO INC
PO BOX 932
KOKOMO, IN 46903-0932

Docketed Total: $1,296,063.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $789,167.04 | | $506,896.36 |
| | **$789,167.04** | | **$506,896.36** |

Allowed Total: $396,613.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $396,613.90 |
| | | | **$396,613.90** |

**Claim: 10707**

Date Filed: 07/26/2006

Docketed Total: $2,997,056.91

Filing Creditor Name:

TYCO ELECTRONICS
CORPORATION
PO BOX 3608 MS 3826
HARRISBURG, PA 17105-3608

Claim Holder Name

TYCO ELECTRONICS
CORPORATION
PO BOX 3608 MS 3826
HARRISBURG, PA 17105-3608

Docketed Total: $2,997,056.91

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,997,056.91 |
| | | | **$2,997,056.91** |

Allowed Total: $1,978,227.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44511 | | | $9,300.79 |
| 05-44507 | | | $1,917.20 |
| 05-44640 | | | $1,932,677.00 |
| 05-44624 | | | $34,332.85 |
| | | | **$1,978,227.84** |

**Total Claims To Be Allowed: 5**

**Total Amount As Docketed:**    $11,105,614.98

**Total Amount As Allowed:**    $5,903,238.90

*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2660<br>Date Filed:    04/17/2006<br>Docketed Total:    $420,083,457.18<br>Filing Creditor Name:<br>LAW DEBENTURE TRUST<br>COMPANY OF NEW YORK<br>BROWN RUDNICK BERLACK<br>ISRAELS LLP<br>SEVEN TIMES SQ<br>NEW YORK, NY 10036 | Claim Holder Name<br><br>LAW DEBENTURE TRUST COMPANY    Docketed Total:    **$420,083,457.18**<br>OF NEW YORK<br>BROWN RUDNICK BERLACK<br>ISRAELS LLP<br>SEVEN TIMES SQ<br>NEW YORK, NY 10036 | Allowed Total:    **$420,083,457.18** |

**CLAIM AS DOCKETED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $420,083,457.18 |
| | | | **$420,083,457.18** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $420,083,457.18 |
| | | | **$420,083,457.18** |

---

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED |
|---|---|
| Claim: 1420<br>Date Filed:    01/03/2006<br>Docketed Total:    $6,185,131.57<br>Filing Creditor Name:<br>PIONEER NORTH AMERICA INC<br>SCHAFER AND WEINER PLLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name<br><br>WHITEBOX HEDGED HIGH YIELD    Docketed Total:    **$6,185,131.57**<br>PARTNERS LP<br>3033 EXCELSIOR BLVD STE 300<br>MINNEAPOLIS, MN 55416 |

Allowed Total:    **$6,185,131.57**

**CLAIM AS DOCKETED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $3,129,150.38 | $3,055,981.19 |
| | | **$3,129,150.38** | **$3,055,981.19** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,185,131.57 |
| | | | **$6,185,131.57** |

---

Total Claims To Be Allowed: 2

Total Amount As Docketed:    **$426,268,588.75**

Total Amount As Allowed:    **$426,268,588.75**

---

\*    See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.                                                    Fortieth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT H-1 - ADJOURNED EXHIBIT C CLAIM (OBJECTED-TO CLAIM TO BE DISALLOWED)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UPG DE MEXICO S DE RL DE CV<br>WILLIAM HOLBROOK DIRECTOR<br>OF FINANCE<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | 13546 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,827.19<br><br><br><br>$42,827.19 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 1 | $42,827.19 | | | |

### EXHIBIT H-2 - ADJOURNED EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 1771**
Date Filed: 02/03/2006
Docketed Total: $200,547.61
Filing Creditor Name:
CASTWELL PRODUCTS INC
JPMORGAN CHASE BANK NA AS
ASSIGNEE OF CASTWELL
PRODUCTS INC
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Claim Holder Name
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $200,547.61

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $47,499.91 | $153,047.70 |
| | | $47,499.91 | $153,047.70 |

Allowed Total: $178,429.84

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $178,429.84 |
| | | | $178,429.84 |

**Claim: 14664**
Date Filed: 07/31/2006
Docketed Total: $2,624,997.09
Filing Creditor Name:
COOPER STANDARD
AUTOMOTIVE FKA ITT
AUTOMOTIVE FLUID HDG SYST
COOPER STANDARD
AUTOMOTIVE
39550 ORCHARD HILL PL
NOVI, MI 48376

Claim Holder Name
DEUTSCHE BANK SECURITIES INC
60 WALL ST 3RD FL
NEW YORK, NY 10005

Docketed Total: $2,624,997.09

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,624,997.09 |
| | | | $2,624,997.09 |

Allowed Total: $2,240,832.25

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,240,832.25 |
| | | | $2,240,832.25 |

Total Claims To Be Allowed: 2

Total Amount As Docketed:    $2,825,544.70

Total Amount As Allowed:    $2,419,262.09

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H-3 - ADJOURNED EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 7325<br>Date Filed:   06/01/2006<br>Docketed Total:    $388,310.09<br>Filing Creditor Name:<br>   GOODYEAR CANADA INC<br>   1144 E MARKET ST<br>   AKRON, OH 44316 | Claim Holder Name<br><br>JPMORGAN CHASE BANK NA    Docketed Total:    $388,310.09<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | Allowed Total:    $347,207.29 |

| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $388,310.09 | 05-44640 | | | $347,207.29 |
| | | | | **$388,310.09** | | | | **$347,207.29** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 8523<br>Date Filed:   06/26/2006<br>Docketed Total:   $56,537.23<br>Filing Creditor Name:<br>   TWIN CORPORATION<br>   WINEGARDEN HALEY<br>   LINDHOLM & ROBERTSON PLC<br>   G 9460 S SAGINAW ST STE A<br>   GRAND BLANC, MI 48439 | Claim Holder Name<br><br>TWIN CORPORATION    Docketed Total:    $56,537.23<br>WINEGARDEN HALEY LINDHOLM<br>& ROBERTSON PLC<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439 | Allowed Total:    $25,649.26 |

| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $56,537.23 | 05-44640 | | | $25,186.67 |
| | | | | | 05-44567 | | | $462.59 |
| | | | | **$56,537.23** | | | | **$25,649.26** |

**Total Claims To Be Allowed: 2**

**Total Amount As Docketed:**    $444,847.32

**Total Amount As Allowed:**    $372,856.55

*    See Exhibit I for a listing of debtor entities by case number.

Page 1 of 1

### EXHIBIT H-4 - ADJOURNED EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10656<br>Date Filed: 07/25/2006<br>Docketed Total: $781,205.06<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name<br><br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746     Docketed Total:    $781,205.0 |      Allowed Total:     $314,506.62 |

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| (Claim as Docketed) | 05-44640 | | | $781,205.0 |
| | | | | $781,205.0 |

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| (Claim as Allowed) | 05-44624 | | | $576.00 |
| | 05-44640 | | | $313,930.62 |
| | | | | $314,506.62 |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10681<br>Date Filed: 07/25/2006<br>Docketed Total: $781,205.06<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name<br><br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746     Docketed Total:    $781,205.0 |      Allowed Total:     $2,602.35 |

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| (Claim as Docketed) | 05-44567 | | | $781,205.0 |
| | | | | $781,205.0 |

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| (Claim as Allowed) | 05-44567 | | | $2,602.35 |
| | | | | $2,602.35 |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 416<br>Date Filed: 11/07/2005<br>Docketed Total: $5,415,329.84<br>Filing Creditor Name:<br>HITACHI CHEMICAL<br>SINGAPORE PTE LTD FKA<br>HITACHI CHEMICAL ASIA<br>PACIFIC PTE LTD<br>ATTN MENACHEM O<br>ZELMANOVITZ ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Holder Name<br><br>HITACHI CHEMICAL SINGAPORE<br>PTE LTD FKA HITACHI CHEMICAL<br>ASIA PACIFIC PTE LTD<br>MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178    Docketed Total:    $5,415,329.8 |      Allowed Total:     $3,353,309.95 |

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| (Claim as Docketed) | 05-44481 | | $2,110,565.18 | $3,304,764.6 |
| | | | $2,110,565.18 | $3,304,764.6 |

| | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|
| (Claim as Allowed) | 05-44640 | | | $3,353,309.95 |
| | | | | $3,353,309.95 |

| | |
|---|---|
| Total Claims To Be Allowed: 3 | |
| Total Amount As Docketed: | $6,977,739.96 |
| Total Amount As Allowed: | $3,670,418.92 |

\*    See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT H-5 - ADJOURNED EXHIBIT G CLAIM (ALLOWED CLAIM)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 10271
Date Filed:    07/24/2006
Docketed Total:    $2,044,593,402.77
Filing Creditor Name:
   WILMINGTON TRUST COMPANY
   AS INDENTURE TRUSTEE
   KIRKPATRICK & LOCKHART
   NICHOLOSN GRAHAM LLP
   599 LEXINGTON AVE
   NEW YORK, NY 10022

**CLAIM AS DOCKETED**

Claim Holder Name

WILMINGTON TRUST COMPANY AS            Docketed Total:    $2,044,593,402.77
INDENTURE TRUSTEE
KIRKPATRICK & LOCKHART
NICHOLOSN GRAHAM LLP
599 LEXINGTON AVE
NEW YORK, NY 10022

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,044,593,402.77 |
| | | | $2,044,593,402.77 |

**CLAIM AS ALLOWED**

Allowed Total:    $2,044,593,402.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,044,593,402.77 |
| | | | $2,044,593,402.77 |

**Total Claims To Be Allowed: 1**

Total Amount As Docketed:    $2,044,593,402.77

Total Amount As Allowed:    $2,044,593,402.77

*    See Exhibit I for a listing of debtor entities by case number.

Page 1 of 1

In re DPH Holdings Corp., <u>et al.</u>                                    Fortieth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit I - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47452 | DELPHI FURUKAWA WIRING SYSTEMS LLC |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 120 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| 3M COMPANY | 2468 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| A BERGER PRECISION LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ACCURATE THREADED FASTENERS INC ATF INC | 11413 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ADVENT TOOL & MOLD INC | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AGAPE PLASTICS INC EFT | 3964 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ALCOTEC WIRE CO | 4232 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALLEGRO MICRO SYSTEMS INC | 1741 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALLIANCE PLASTICS EFT | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ALMETALS CO | 8455 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPHA PRODUCTS INC | 12159 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ALPS AUTOMOTIVE INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16783 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| AMERICAN AIKOKU ALPHA INC | 16796 | EXHIBIT C - EXHIBIT C CLAIM (OBJECTED-TO CLAIM TO BE DISALLOWED) |
| AMERICAN COIL SPRING COMPANY | 15139 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMERICAN TECHNICAL CERAMICS | 3358 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMG INDUSTRIES INC | 5252 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AMI INDUSTRIES INC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC | 8725 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT | 11196 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ANGELL DEMMEL NORTH AMERICA INC | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARC AUTOMOTIVE INC | 9151 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ARGO PARTNERS | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARGO PARTNERS | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 121 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARGO PARTNERS | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ARMADA RUBBER MANUFACTURING COMPANY | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ARNESES ELECTRICOS AUTOMOTRICES S A DE C V | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2090 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2164 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL | 2318 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 1683 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL II LP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 2343 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ASM CAPITAL LP | 4458 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ASM CAPITAL LP | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ATEL LEASING CORPORATION AS AGENT FOR CREDITOR | 12195 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ATMEL CORPORATION | 1165 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUMA TEC SA DE CV | 10383 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AUSTRIAMICROSYSTEMS AG | 1081 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUSTRIAMICROSYSTEMS AG | 8141 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AUTOTUBE LTD | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| AVERY DENNINSON CORPORATION | 5453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| AVX CORP | 9755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BAILEY MFG CO LLC | 11459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BANK OF AMERICA N A | 13825 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BARNES GROUP INC | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BASF MEXICANA SA DE CV | 6333 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BATESVILLE TOOL & DIE INC | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 2246 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEAR STEARNS INVESTMENT PRODUCTS INC | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BEKAERT CORPORATION | 1791 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BELLMAN MELCOR INC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BERGQUIST COMPANY | 12448 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BONA VISTA PROGRAMS INC | 1389 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BOURNS INC | 6683 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BRAININ ADVANCE INDUSTRIES INC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| BUEHLER MOTOR INC | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19338    Filed 01/20/10    Entered 01/20/10 15:20:08    Main Document
Pg 122 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BUEHLER MOTOR INC | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| BUEHLER MOTOR INC | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| C THORREZ INDUSTRIES INC | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPRO LTD | 1704 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CAPSONIC AUTOMOTIVE INC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CAPSONIC GROUP LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CASTWELL PRODUCTS INC | 1771 | EXHIBIT H-2 - ADJOURNED EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CENTURY MOLD & TOOL CO | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CERTIFIED TOOL & MANUFACTURING | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CHICAGO RIVET & MACHINE CO | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5083 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5084 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5085 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5086 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CINGULAR WIRELESS | 5087 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COLLINS & AIKMAN | 15339 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| COMMERCIAL PACKAGING INC | 3304 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| COMPONENT PLASTICS INC | 7170 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COMPUTER PATENT ANNUITIES LP | 15379 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTINENTAL MIDLAND LLC | 14247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 4018 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 15203 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | 12687 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP | 10386 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | 12689 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 123 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | 10388 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | 9796 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF INTEL AMERICAS INC | 12685 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON AUTOMOTIVE ELECTRONICS INC | 12673 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC | 12668 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | 9791 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG KUNHWA CO LTD | 12695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | 12696 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV | 12694 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| COOPER BUSSMANN INC | 10402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| COOPER STANDARD AUTOMOTIVE FKA ITT AUTOMOTIVE FLUID HDG SYST | 14664 | EXHIBIT H-2 - ADJOURNED EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CUSTOM PRODUCTS CORP | 8807 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAJACO INDUSTRIES INC | 16018 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER I O DEVICES AMERICAS | 2747 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DATWYLER RUBBER & PLASTICS | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DATWYLER RUBBER & PLASTICS | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DAWLEN CORP | 16284 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 2117 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| DELTA PRODUCTS CORPORATION | 15226 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DEUTSCHE BANK SECURITIES INC | 14664 | EXHIBIT H-2 - ADJOURNED EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEVRIES INTERNATIONAL INC | 1586 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DICKEY GRABLER CO | 7244 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DOTT INDUSTRIES INC | 14401 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOTT INDUSTRIES INC | 14402 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOW CORNING CORP | 7343 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DOW CORNING CORPORATION | 7341 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 124 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DRAKA AUTOMOTIVE GMBH | 116 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYBROOK PRODUCTS INC | 9916 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST CANADA INC | 8376 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| DYNACAST DEUTSCHLAND GMBH & CO KG | 8374 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EAGLE FASTENERS INCORPORATED | 7657 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EIKENBERRY & ASSOCIATES INC | 15141 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EIMO AMERICAS | 5887 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| EMERSON & CUMING INC | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ENDURA PLASTICS & SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| EPCOS INC | 8946 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ERWIN QUARDER INC | 1464 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| EVOX RIFA INC | 9461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| F&G MULTI SLIDE INC | 16751 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FAIR HARBOR CAPITAL LLC | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FCI AUTOMOTIVE DEUTSCHLAND GMBH | 14126 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FCI USA INC | 14130 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FEDERAL SCREW WORKS | 2350 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FERRO ELECTRONIC MATERIALS | 9951 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLAMBEAU INC | 12212 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLEX TECHNOLOGIES INC | 11542 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FLOW DRY TECHNOLOGY LTD | 8508 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREESCALE SEMICONDUCTOR INC | 12024 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| FREUDENBERG NOK GENERAL PARTNERSHIP | 11603 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NOK INC | 11602 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FREUDENBERG NONWOVENS LP EFT | 5463 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| FUJIKURA AMERICA INC | 11659 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| FUJITSU COMPONENTS AMERICA INC | 12839 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GAPI USA | 6993 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GCI TECHNOLOGIES INC | 16570 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE LIGHTING | 10192 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GE CONSUMER & INDUSTRIAL F K A GE SUPPLY | 10199 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GMD INDUSTRIES LLC DBA PRODUCTION SCREW MACHINE | 15140 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOBAR SYSTEMS INC | 15429 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 125 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| GOODYEAR CANADA INC | 7325 | EXHIBIT H-3 - ADJOURNED EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GREYSTONE OF LINCOLN INC | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| GRUNER AG | 831 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| H & L TOOL COMPANY INC | 16746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| H & M COMPANY INC | 7603 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL HOLDINGS LLC | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 16670 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HAIN CAPITAL INVESTORS LLC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HAIN CAPITAL INVESTORS LLC | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HARRINGTON TOOL AND DIE INC | 668 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HECKETHORN MANUFACTURING CO INC | 1307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10656 | EXHIBIT H-4 - ADJOURNED EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENKEL CORPORATION HENKEL ELECTRONICS | 10681 | EXHIBIT H-4 - ADJOURNED EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HENNESSEY CAPITAL SOLUTIONS | 7706 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HENRY COUNTY RURAL ELECTRIC ME | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD | 416 | EXHIBIT H-4 - ADJOURNED EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| HOSIDEN AMERICA CORPORATION | 2186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HUF PORTUGUESA LDA | 1565 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| HURST BYRON G | 2285 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| HUTCHINSON FTS INC | 13967 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| HUTCHINSON SEAL CORPORATION | 15220 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HYLAND MACHINE COMPANY | 480 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| IER INDUSTRIES INC | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ILLINOIS TOOL WORKS INC | 6615 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9567 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9569 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 9574 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ILLINOIS TOOL WORKS INC | 12246 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INDAK MANUFACTURING CORP EFT | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INDUSTRIAL DIELECTRICS INC | 1699 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 126 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| INFINEON TECHNOLOGIES AG | 12400 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 11968 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INFINEON TECHNOLOGIES NORTH AMERICA CORP | 12178 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INTEGRATED SILICON SOLUTION EF INC | 10279 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 13788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RECTIFIER CORPORATION | 14215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| ITT CANNON NEWTON | 1541 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW DELTAR INSERT MOLDED PRODUCTS | 9573 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW FILTRATION PRODUCTS | 10421 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ITW SHAKEPROOF INDUSTRIAL PRODUCTS | 1688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JIFFY TITE CO INC | 8133 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JOHN GUEST AUTOMOTIVE INC | 533 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JPMORGAN CHASE BANK NA | 1771 | EXHIBIT H-2 - ADJOURNED EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 7325 | EXHIBIT H-3 - ADJOURNED EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| JPMORGAN CHASE BANK NA | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| JPMORGAN CHASE BANK NA | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KAC HOLDINGS INC DBA KESTER | 15565 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KAUMAGRAPH FLINT CORPORATION | 642 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS MANUFACTURING CO | 105 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEATS SOUTHWEST INC | 104 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12210 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEMET ELECTRONICS CORPORATION | 12211 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| KEY SAFETY SYSTEMS & SUBSIDIARIES | 1790 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KEYSTONE POWDERED METAL COMPANY | 15792 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16686 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOA SPEER ELECTRONICS INC | 16687 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| KOKOMO GAS AND FUEL COMPANY | 11622 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| L&W ENGINEERING CO | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LATIGO MASTER FUND LTD | 10596 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | 2660 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| LDI INCORPORATED | 9832 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LEXINGTON RUBBER GROUP INC | 11924 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIFETIME INDUSTRIES INC | 1994 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LINEAR TECHNOLOGY CORPORATION | 16681 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 127 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LIQUIDITY SOLUTIONS INC | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HENRY COUNTY REMC | 3827 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF INDAK MANUFACTURING CORP | 5563 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS | 15493 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF DIGIKEY | 15483 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF FAIRWAY SPRING CO INC | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 1898 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1901 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1902 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1907 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 1908 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 2063 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 128 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| LONGACRE MASTER FUND LTD | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 10558 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 10906 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 10907 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 12166 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 12346 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 12840 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16247 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16277 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LONGACRE MASTER FUND LTD | 16370 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| LONGACRE MASTER FUND LTD | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORD CORPORATION | 16307 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LORENTSON MFG CO INC | 12192 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| LYDALL THERMAL ACOUSTICAL SALES LLC FKA LYDALL WESTEX | 9463 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| M A COM INC | 15926 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAC ARTHUR CORPORATION | 16616 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MACAUTO USA INC | 9431 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MACHINED PRODUCTS CO | 5115 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MADISON NICHE OPPORTUNITIES LLC | 7206 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MADISON NICHE OPPORTUNITIES LLC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MANDO AMERICA CORPORATION | 1569 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | 11453 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MARKETING SPECIALTIES MSI PACKAGING | 523 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MATSUO ELECTRONICS OF AMERICA | 5306 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MEDALIST INDUSTRIES INC | 9576 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL FLOW CORPORATION | 11455 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL MATIC INC | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| METAL TECHNOLOGIES INC | 8682 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICRON SEMICONDUCTOR PROD INC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MICROSEMI CORP | 6932 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MID CONTINENT SPRING CO EFT | 6577 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MID STATES RUBBER PRODUCTS INC | 12244 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 129 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MIDTOWN CLAIMS LLC | 4501 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MILLENNIUM INDUSTRIES CORPORATION | 15211 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOLDTECH INC | 3738 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MOTOROLA INC AKA MOTOROLA AIEG | 2402 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| MUBEA INC | 11688 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MUELLER INDUSTRIES INC | 9550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL MOLDING CORPORATION | 16418 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NATIONAL SEMICONDUCTOR CORP | 5390 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NEWARK ELECTRONICS | 7550 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| NICHIA AMERICA CORPORATION | 2221 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NISSAN TRADING CORP USA | 293 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NN BALL AND ROLLER INC | 7289 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| NORTHERN ENGRAVING CORPORATION | 7571 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| NSS TECHNOLOGIES INC FKA NATIONAL SET SCREW CORP | 9771 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OETIKER INC | 722 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| OFFSHORE INTERNATIONAL INCORPORATED | 16393 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| OKI AMERICA INC | 16318 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ONKYO INDUSTRIAL COMPONENTS INC | 878 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ORE HILL HUB FUND LTD | 3755 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PAR FOAM PRODUCTS INC | 13459 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PARLEX CORPORATION | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PENN ALUMINUM INTERNATIONAL INC | 16557 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PENN ENGINEERING & MANUFACTURING CORP | 1156 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PHILLIPS PLASTICS CORPORATION | 10580 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PIHER INTERNATIONAL CORP | 4278 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PIONEER NORTH AMERICA INC | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| PLAINFIELD MOLDING INC | 12439 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| PLAINFIELD STAMP ILLINOIS INC | 12438 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| PLASTOMER CORP | 5988 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PONTIAC COIL INC | 5388 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION HARNESS INC | 9024 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRECISION RESOURCE INC KY DIV | 16609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PRIDGEON & CLAY INC | 16661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| PROMOTECH KUNSTSTOFF UND METTALLVERARBEITUNGSGES MBH | 124 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 130 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| QUALITY SCREW & NUT CO | 4268 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUALITY SYNTHETIC RUBBER INC | 15231 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| QUINCY SPRING LEWIS SPRING & SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RB & W CORPORATION EFT | 10194 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RED SPOT CORP | 5966 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 7659 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 8373 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REDROCK CAPITAL PARTNERS LLC | 16300 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RF MICRO DEVICES INC | 2748 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RICHCO INC | 520 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| RICHCO INC | 521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROBIN INDUSTRIES INC CLEVELAND DIVISION | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROGERS FOAM CORPORATION | 788 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROHM ELECTRONICS USA LLC | 2482 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ROTAFORM LLC | 11527 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| RTP CO | 9910 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RUDOLPH BROS & CO | 237 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAINT GOBAIN PERFORMANCE | 12030 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAMUEL SON & CO | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SANYO ELECTRONIC DEVICE USA CORP | 112 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SAPA INC DBA TECHNICAL DYNAMICS ALUMINUM | 3996 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEAL & DESIGN INC | 9585 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALED AIR CORPORATION | 3293 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEALING DEVICES INC | 7843 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SEMBLEX CORPORATION | 7606 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SFS INTEC INC | 1216 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SGF OF AMERICA | 726 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SHERWIN WILLIAMS AUTOMOTIVE FINISHES CORP | 2274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SHIN ETSU POLYMER AMERICA INC | 11596 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2695 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND | 2739 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SIERRA LIQUIDITY FUND LLC | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SIERRA LIQUIDITY FUND LLC ASSIGNEE LAKE ERIE PRODUCTS INC  LIVONIA FITTINGS PRODUCTS COMPANY ET AL ASSIGNOR | 9584 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 131 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SKF USA INC | 11247 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALL PARTS INC | 11274 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SMALLEY STEEL RING COMPANY | 661 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SMC AMERICA INC AKA SCREW MACHINING COMPONENTS INC | 2020 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC | 7578 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 9219 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11190 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14265 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 15476 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPTIAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11568 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION | 14489 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC | 14134 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 132 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
| --- | --- | --- |
| SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC | 14147 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPECIAL DEVICES INCORPORATED | 11963 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPECIAL SITUATIONS INVESTING GROUP INC | 14137 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPEED TECH CORPORATION | 10955 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPERRY & RICE MFG CO LLC | 26 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPERRY & RICE MFG CO LLC | 162 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPS TECHNOLOGIES WATERFORD COMPANY FKA TERRY MACHINE COMPANY | 9772 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STADCO INC | 4746 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STANLEY ELECTRIC SALES OF AMERICA INC | 12257 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| STARK MANUFACTURING LLC | 1260 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEPHENSON & LAWYER INC | 8663 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STEWARD INC | 1431 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| STONEHILL INSTITUTIONAL PARTNERS LP | 2120 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUMIDA TRADING PTE LTD | 2215 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| SUMITOMO SITIX SILICON INC | 1521 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SUN KWANG BRAZING FILLER METAL | 5400 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| T & L AUTOMATICS INC | 11259 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK CORPORATION OF AMERICA | 11967 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TDK ELECTRONICS EUROPE GMBH | 9019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEFCO INC | 4734 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TEKNOR APEX COMPANY | 7443 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TERMAX CORP | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE CHERRY CORPORATION | 10180 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 2649 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THE FURUKAWA ELECTRIC CO LTD | 16555 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THE TIMKEN COMPANY | 14319 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| THERMOTECH SA DE CV | 6096 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| THIERICA INC | 11536 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TI GROUP AUTOMOTIVE SYSTEMS LLC | 11743 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TICONA LLC | 13420 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TIMKEN US CO | 11706 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2625 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2627 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | 2636 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOLLMAN SPRING CO INC | 1733 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOLLMAN SPRING CO INC | 1920 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOPCRAFT PRECISION MOLDERS EFT | 9435 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 133 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TOSHIBA AMERICA ELECTRONIC COMPONENTS INC | 12239 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOSOH SMD INC | 1572 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT MANAGMENT LP | 14534 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TR BUTTERFIELD TRAIL CORP | 12342 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| TRADE DEBT NET | 10011 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TRAM INC | 11461 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRANS MATIC MFG CO INC | 2065 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TRITON INDUSTRIES INC | 11229 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TROSTEL LIMITED FORMERLY KNOWN AS TROSTEL ALBERT PACKING | 12377 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWIN CORPORATION | 8523 | EXHIBIT H-3 - ADJOURNED EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWIST INC | 8715 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TWOSON ESP INC | 8340 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TWOSON TOOL CO INC | 11233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED) |
| TYZ ALL PLASTICS INC | 12396 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UFE INC | 10233 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ULTRAFORM INDUSTRIES INC | 5123 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNISOURCE WORLDWIDE INC | 11437 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNITED ELECTRONICS CORP | 1744 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL BEARINGS INC | 1787 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 1098 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UNIVERSAL METAL PRODUCTS INC | 2069 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| UPG DE MEXICO S DE RL DE CV | 13546 | EXHIBIT H-1 - ADJOURNED EXHIBIT C CLAIM (OBJECTED-TO CLAIM TO BE DISALLOWED) |
| US FARATHANE CORPORATION | 222 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VIASYSTEMS | 12385 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VICTORY PACKAGING LP | 11640 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VIKING PLASTICS INC | 11074 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9452 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| VISHAY AMERICAS INC | 9454 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| VOGELSANG CORP | 5427 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES | 12391 | EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS) |
| WAKO ELECTRONICS USA INC | 7609 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WALCO CORPORATION | 7205 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WAMCO INC | 10207 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WARNER ELECTRIC LLC | 5970 | EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS) |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19338   Filed 01/20/10   Entered 01/20/10 15:20:08   Main Document
Pg 134 of 142

Fortieth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Fortieth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| WHITEBOX HEDGED HIGH YIELD PARTNERS LP | 1420 | EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS) |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE | 10271 | EXHIBIT H-5 - ADJOURNED EXHIBIT G CLAIM (ALLOWED CLAIM) |
| WOCO INDUSTRIETECHNIK GMBH | 10076 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| WRIGHT PLASTIC PRODUCTS CO LLC | 16447 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| XILINX INC | 7282 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| YAZAKI NORTH AMERICA INC | 13183 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZF LEMFORDER SISTEMAS AUTOMOTRICES SA DE CV | 12019 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| ZIERICK MFG CO | 3375 | EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| ZILOG INC | 9304 | EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |

# Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :
               In re                        :      Chapter 11
                                   :
DPH HOLDINGS CORP., et al.,        :      Case No. 05-44481 (RDD)
                                   :
                                   :      (Jointly Administered)
                   Reorganized     :
Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO (I) EXPUNGE CERTAIN (A) BOOKS AND RECORDS CLAIMS, (B) FULLY
SATISFIED CLAIMS, AND (C) OBJECTED-TO CLAIMS TO BE DISALLOWED,
(II) MODIFY AND ALLOW CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B)
CLAIMS TO BE FURTHER MODIFIED, AND (C) OBJECTED-TO CLAIMS TO
<u>BE MODIFIED AND ALLOWED, AND (III) ALLOW CERTAIN CLAIMS</u>

("FORTIETH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Fortieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims,

And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially

Satisfied Claims, (B) Claims To Be Further Modified, And (C) Objected-To Claims To Be

Modified And Allowed, And (III) Allow Certain Claims (the "Fortieth Omnibus Claims

Objection" or the "Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized

debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), dated December

21, 2009; and upon the record of the hearing held on the Fortieth Omnibus Claims Objection; and

after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

      A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to

each, a "Claim"), listed on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E</u>, <u>F</u>, <u>G, H-1, H-2, H-3, H-4,</u> and <u>~~G~~H-5</u> hereto was

properly and timely served with a copy of the Fortieth Omnibus Claims Objection, a personalized

Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Fortieth Omnibus Claims Objection, and notice of the deadline for responding to the

Fortieth Omnibus Claims Objection.  No other or further notice of the Fortieth Omnibus Claims

Objection is necessary.

      B.    This Court has jurisdiction over the Fortieth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Fortieth Omnibus Claims Objection is a core

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Fortieth Omnibus Claims

Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

      C.    The Claims listed on <u>Exhibit A</u> assert liabilities or dollar amounts for which

the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books and

records (the "Exhibit A Claims").

      D.    The Claims listed on <u>Exhibit B</u> assert liabilities and dollar amounts for

which the Debtors are no longer liable pursuant to the Reorganized Debtors' books and records

_____

*(cont'd from previous page)*

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Fortieth Omnibus Claims Objection.

2    DeltaView comparison of pcdocs://chisr01a/699965/6 and pcdocs://chisr01a/699965/8. Performed on 1/20/2010.

because such Claims have been satisfied in full by Cure Payments made by the Reorganized

Debtors (the "Exhibit B Claims").

E.    The Claims listed on <u>Exhibit C</u> assert liabilities or dollar amounts to which

the Debtors or Reorganized Debtors have previously objected and for which the Debtors are no

longer liable pursuant to the Reorganized Debtors' books and records because such Claims have

been satisfied in full by Cure Payments made by the Reorganized Debtors (the "Exhibit C

Claims").

F.    The Claims listed on <u>Exhibit D</u> assert liabilities or dollar amounts that have

been partially satisfied by Cure Payments made by the Reorganized Debtors.  The Reorganized

Debtors propose to modify and allow each such Claim either because the amount, class, and the

Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors'

books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit D

Claims").

G.    The Claims listed on <u>Exhibit E</u> assert liabilities or dollar amounts that have

been previously modified by a prior order and have been partially satisfied by Cure Payments

made by the Reorganized Debtors.  The Reorganized Debtors propose to further modify and allow

each such Claim either because the amounts, class, and the Debtor against which the Claim is

proposed to be allowed matches the Reorganized Debtors' books and records or the proposed

allowance constitutes a reasonable compromise (the "Exhibit E Claims").

H.    The Claims listed on <u>Exhibit F</u> assert liabilities or dollar amounts to which

the Debtors or Reorganized Debtors have previously objected and have been partially satisfied by

_____
*(cont'd from previous page)*

2    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of
                                                                                            *(cont'd)*

3    DeltaView comparison of pcdocs://chisr01a/699965/6 and pcdocs://chisr01a/699965/8.
Performed on 1/20/2010.

Cure Payments made by the Reorganized Debtors.  The Reorganized Debtors propose to modify and allow such claims either because the amount, class, and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit F Claims").

I.    The Claims listed on Exhibit G assert liabilities or dollar amounts that the Reorganized Debtors propose to allow either because the proposed allowed amount, class, and the Debtor against which the Claim is proposed to be allowed matches the Reorganized Debtors' books and records or the proposed allowance constitutes a reasonable compromise (the "Exhibit G Claims").

J.    Exhibit ~~H~~I hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on Exhibits D, E, F, and G.  Exhibit ~~I~~J sets forth each of the Claims referenced on Exhibits A, B, C, D, E, F, and G in alphabetical order by Claimant and cross-references each such Claim by (i) proof of claim number and (ii) basis of objection.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each Exhibit A Claim listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.

2.    Each Exhibit B Claim listed on Exhibit B hereto is hereby disallowed and expunged in its entirety.

3.    Each Exhibit C Claim listed on Exhibit C hereto is hereby disallowed and expunged in its entirety.

_____

*(cont'd from previous page)*
fact when appropriate.  See Fed. R. Bankr. P. 7052.

4    DeltaView comparison of pcdocs://chisr01a/699965/6 and pcdocs://chisr01a/699965/8. Performed on 1/20/2010.

4.      Each Exhibit D Claim listed on Exhibit D hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit D and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit D Claims are deemed withdrawn.

5.      Each Exhibit E Claim listed on Exhibit E hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit E and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit E Claims are deemed withdrawn.

6.      Each Exhibit F Claim listed on Exhibit F hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit F and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit F Claims are deemed withdrawn.

7.      Each Exhibit G Claim listed on Exhibit G hereto is hereby allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit G and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit G Claims are deemed withdrawn.

8.      With respect to each Claim for which a Response to the Fortieth Omnibus Claims Objection has been filed and served, as listed on Exhibits H-1, H-2, H-3, H-4, and H-5, and which Response has not been resolved by the parties, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Reorganized Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Reorganized Debtors' right to assert that any such Response was untimely or otherwise deficient under the Claims Objection Procedures Order.

9.    8. Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Fortieth Omnibus Claims Objection except as such claims may have been settled and allowed.

10.    9. This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Fortieth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

11.    10. Each of the objections by the Reorganized Debtors to each Claim addressed in the Fortieth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D, E, F, and G constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Fortieth Omnibus Claims Objection. Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

12.    11. Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.


Dated:  New York, New York
        January ___, 2010




                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Wednesday, January 20, 2010 12:12:34 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr01a/699965/6 |
| Document 2 | pcdocs://chisr01a/699965/8 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: |
|---|
| Insertion |
| Deletion |
| <Moved from> |
| >Moved to < |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 7 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 3 |
| Total changes | 17 |