UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DPH Holdings Corp., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Reorganized Debtors. | ) | Chapter 11 |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Jason H. Lee, a member in good standing of the bars in the State of New York and the District of Columbia request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Groom Law Group, Chartered, in the above-referenced case.

My contact information is as follows:

> Jason H. Lee
> Groom Law Group, Chartered
> 1200 Pennsylvania Avenue, NW
> Suite 1200
> Washington, D.C.  20006
> Telephone:  (202) 857-0620
> Facsimile:  (202) 659-4503
> Email:  jlee@groom.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  January 20, 2010

                                              __/s/ Jason H. Lee_____
                                                  Jason H. Lee