# EXHIBIT B1

# EXHIBIT B1

| | |
|---|---|
| TOTAL PROFESSIONAL COMPENSATION CURRENTLY REQUESTED | $119,740.00 |
| TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY REQUESTED | $1,451,760.50 |
| TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY AWARDED | $1,446,807.51 |

| Timekeeper Name | Timekeeper Initials | Timekeeper Title | Admission Date | Billing Rate | Hours Worked | Requested Compensation |
|---|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attorney | June-91 | $385.00 | 4.0 | $1,540.00 |
| Keith Murphy | KJM | Attorney | January-94 | $330.00 | 8.8 | $2,904.00 |
| Pamela Curbelo | PJC | Attorney | December-91 | $325.00 | 2.8 | $910.00 |
| Christopher Boehm | CCB | Attorney | April-98 | $320.00 | 87.5 | $28,000.00 |
| Mary Golota | MEG | Attorney | November-91 | $275.00 | 25.5 | $7,012.50 |
| Marisa Dubuc | MJD | Attorney | Jun-01 | $245.00 | 7.0 | $1,715.00 |
| Greg O'Bradovich | GJO | Attorney | May-99 | $255.00 | 10.8 | $2,754.00 |
| John Buckert | JFB | Attorney | May-98 | $250.00 | 38.5 | $9,625.00 |
| Victor Kernus | VK | Attorney | January-02 | $210.00 | 2.2 | $462.00 |
| Blake Dorr | BD | Attorney | September-03 | $205.00 | 32.8 | $6,724.00 |
| Nicholas Trenkle | NBT | Attorney | May-03 | $185.00 | 38.9 | $7,196.50 |
| MaryAnn Carreon | MCC | Attorney | May-06 | $185.00 | 1.1 | $203.50 |
| Krista Kostiew | KK | Attorney | Nov-07 | $185.00 | 14.0 | $2,590.00 |
| Issam Kobrsi | IK | Technical Expert | n/a | $130.00 | 79.5 | $10,335.00 |

| | |
|---|---|
| Total Services Rendered | 353.4   $81,971.50 |
| Voluntary Reduction | ($17,356.00) |
| Total Services (Net of Reduction) | $64,615.50 |
| Total Disbursements | $19,054.52 |
| Total Services and Disbursements (Net of Reduction) | $83,670.02 |