# EXHIBIT B2

# EXHIBIT B2

**TOTAL PROFESSIONAL COMPENSATION CURRENTLY REQUESTED** $119,740.00
**TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY REQUESTED** $1,451,760.50
**TOTAL PROFESSIONAL COMPENSATION PREVIOUSLY AWARDED** $1,446,807.51

| Timekeeper Name | Timekeeper Initials | Timekeeper Title | Admission Date | Billing Rate | Hours Worked | Requested Compensation |
|---|---|---|---|---|---|---|
| Keith Murphy | KJM | Attorney | January-94 | $350.00 | 8.50 | $2,975.00 |
| Pamela Curbelo | PJC | Attorney | December-91 | $340.00 | 1.10 | $374.00 |
| Christopher Boehm | CCB | Attorney | April-98 | $330.00 | 40.50 | $13,365.00 |
| Daniel Bruso | DEB | Attorney | June-96 | $290.00 | 11.20 | $3,248.00 |
| Mary Golota | MEG | Attorney | November-91 | $275.00 | 4.00 | $1,100.00 |
| Greg O'Bradovich | GJO | Attorney | May-99 | $265.00 | 14.50 | $3,842.50 |
| John Buckert | JFB | Attorney | May-98 | $255.00 | 38.10 | $9,715.50 |
| Victor Kernus | VK | Attorney | Jan-02 | $210.00 | 3.20 | $672.00 |
| Blake Dorr | BD | Attorney | January-02 | $205.00 | 62.10 | $12,730.50 |
| Daniel Bruso | DEB | Attorney | December-05 | $190.00 | 43.80 | $8,322.00 |
| Nicholas Trenkle | NBT | Attorney | May-03 | $185.00 | 36.00 | $6,660.00 |
| MaryAnn Carreon | MCC | Attorney | May-06 | $185.00 | 4.00 | $740.00 |
| James Wimpe | JEW | Agent | January-07 | $145.00 | 4.00 | $580.00 |
| Michelle Ciotola | MPC | Attorney | Oct-06 | $145.00 | 1.70 | $246.50 |
| Issam Kobrsi | IK | Technical Expert | n/a | $130.00 | 58.50 | $7,605.00 |

| | |
|---|---|
| Total Services Rendered | $72,176.00 |
| Voluntary Reduction | ($17,051.50) |
| Total Services (Net of Reduction) | $55,124.50 |
| Total Disbursements | $9,362.67 |
| Total Services and Disbursements (Net of Reduction) | $64,487.17 |

Hours Worked total: 331.20