# EXHIBIT C
# (REDACTED)

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318637**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30382US  
Position Sensors and Arrays Utilizing Back EMF  
Type: UTL  
Serial: 11/416681  
File Date: 05/03/2006  
Client Ref 1: DP-314169

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/07 | BD | Revise response to office action | 205.00 | 4.20 | 861.00 |
| 12/28/07 | BD | Revise response to office action | 205.00 | 1.00 | 205.00 |
| **Total Professional Services** | | | | 5.20 | $1,066.00 |
| **Total Amount Due This Invoice** | | | | | $1,066.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

November 16, 2007  
**Invoice No. 313008**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D200002GA  
       Post-Petition Services

**Disbursements**

| | |
|---|---|
| Federal Express | 245.10 |
| **Total Disbursements** | **$245.10** |
| **Total Amount Due This Invoice** | **$245.10** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313009**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210013US  
Type: UTL  
Client Ref 1: DP-316240

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/18/07 | CCB | Review application | 320.00 | 0.30 | 96.00 |
| 10/25/07 | CCB | Revise application | 320.00 | 2.00 | 640.00 |
| 10/26/07 | CCB | Prepare Application | 320.00 | 0.80 | 256.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | **992.00** |
| **Adjustment** | | **(992.00)** |
| **Total Professional Services** | 3.10 | **$0.00** |
| **Total Amount Due This Invoice** | | **$0.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313011**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210016US  
~~Infant/Baby Car Seat Belt Tension Sensing Element~~  
Client Ref 1: DP-315174

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/07 | JFB | Telephone conference with inventor re: application | 250.00 | 0.50 | 125.00 |
| **Total Professional Services** | | | | 0.50 | **$125.00** |
| **Total Amount Due This Invoice** | | | | | **$125.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313012**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210018US  
Gas Generator  
Client Ref 1: DP-312875

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/07 | CCB | Review file and telephone conference with examiner regarding restriction | 320.00 | 0.50 | 160.00 |
| 10/23/07 | CCB | Telephone conference with examiner to review claims | 320.00 | 0.40 | 128.00 |
| **Total Professional Services** | | | | 0.90 | $288.00 |
| **Total Amount Due This Invoice** | | | | | $288.00 |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313014**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30267US  
    ~~horizontally structured head/cam control system~~  
    Type: UTL  
    Serial: 10/355749  
    File Date: 01/31/2003  
    Client Ref 1: DP-305295

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/31/07 | PHC | Prepare amendment | 385.00 | 3.00 | 1,155.00 |
| **Total Professional Services** | | | | **3.00** | **$1,155.00** |
| **Total Amount Due This Invoice** | | | | | **$1,155.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313015**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30274US2  
Method for Virtual Inspection of Virtually Machines Parts  
Type: UTL  
Serial: 10/358873  
File Date: 02/05/2003  
Client Ref 1: DP-306725

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/07 | GJO | Prepare Amendment | 255.00 | 0.50 | 127.50 |
| 10/25/07 | GJO | Prepare Amendment | 255.00 | 5.00 | 1,275.00 |
| **Total Professional Services** | | | | **5.50** | **$1,402.50** |
| **Total Amount Due This Invoice** | | | | | **$1,402.50** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313017**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30329US3  
Double Flank Delash Gear Mechanism  
Type: UTL  
Serial: 10/868612  
File Date: 06/15/2004  
Client Ref 1: DP-309180/DP-311094

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/01/07 | VK | Prepare Office Action | 210.00 | 0.30 | 63.00 |
| 10/10/07 | VK | Telephone conference with inventor regarding response to Office Action | 210.00 | 0.30 | 63.00 |
| 10/12/07 | VK | Prepare response to Office Action | 210.00 | 0.30 | 63.00 |
| 10/15/07 | VK | Prepare response to office action | 210.00 | 0.20 | 42.00 |
| 10/18/07 | KJM | Review response | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **1.60** | **$396.00** |
| **Total Amount Due This Invoice** | | | | | **$396.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313018**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30330US2  
~~Steering System with Lane Keeping Integration~~  
Type: UTL  
Serial: 10/865208  
File Date: 06/10/2004  
Client Ref 1: DP-310533

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/07 | BD | Revise response to office action | 205.00 | 1.40 | 287.00 |
| **Total Professional Services** | | | | 1.40 | **$287.00** |
| **Total Amount Due This Invoice** | | | | | **$287.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313020**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30347USD  
POSITION SENSOR AND ASSEMBLY  
Client Ref 1: DP-311829

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/07 | GJO | Prepare divisional Application | 255.00 | 1.50 | 382.50 |
| **Total Professional Services** | | | | **1.50** | **$382.50** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Utility Application | 310.00 |
| Government Fee for Filing Utility Search | 510.00 |
| Government Fee for Filing Utility Examination | 210.00 |
| Government Fee for Filing Assignment | 40.00 |
| **Total Disbursements** | **$1,070.00** |
| **Total Amount Due This Invoice** | **$1,452.50** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313022**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30351US2  
System, Method, and Article of Manufacture for  
Determining a Process Plan for Forming Features in a Part  
Type: UTL  
Serial: 11/302533  
File Date: 12/13/2005  
Client Ref 1: DP-309972

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/07 | KJM | Review Office Action. | 330.00 | 0.20 | 66.00 |
| 10/23/07 | KJM | Review notice of allowance | 330.00 | 0.30 | 99.00 |
| 10/23/07 | JFB | Examined Final Office Action pursuant to client's request, correspondence to client regarding recommendation. | 250.00 | 1.00 | 250.00 |
| 10/24/07 | JFB | Prepare Notice of Appeal | 250.00 | 0.80 | 200.00 |
| **Total Professional Services** | | | | **2.30** | **$615.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Notice of Appeal | 510.00 |
| Postage | 0.58 |
| **Total Disbursements** | **$510.58** |
| **Total Amount Due This Invoice** | **$1,125.58** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313023**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30375US2  
Enhanced Digital Process Design Methodology for Process Centric CAD Systems  
Type: UTL  
Serial: 11/224405  
File Date: 09/12/2005  
Client Ref 1: DP-312657

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/10/07 | GJO | Prepare Amendment | 255.00 | 2.00 | 510.00 |
| 10/11/07 | GJO | Prepare office Action Response | 255.00 | 0.50 | 127.50 |
| **Total Professional Services** | | | | **2.50** | **$637.50** |

**Disbursements**

| | |
|---|---|
| Postage | 1.48 |
| **Total Disbursements** | **$1.48** |
| **Total Amount Due This Invoice** | **$638.98** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313025**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30394US2  
       Motor Control  
       Method Implementing  
       Damping for Overspeed  
       Condition

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing Application | 1,080.00 |
| Government Fee for Filing Assignment | 40.00 |
| **Total Disbursements** | **$1,120.00** |
| **Total Amount Due This Invoice** | **$1,120.00** |

## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313026**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE30396US  
          Drowsy Driver Detection and Response  
          Type: UTL  
          Client Ref 1: DP-315945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/05/07 | GJO | Prepare Application | 255.00 | 1.00 | 255.00 |
| 10/08/07 | GJO | Prepare Assignment | 255.00 | 0.30 | 76.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 331.50 |
| **Adjustment** | | (331.50) |
| **Total Professional Services** | 1.30 | $0.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Utility Application | 310.00 |
| Government Fee for Filing Utility Search | 510.00 |
| Government Fee for Filing Utility Examination | 210.00 |
| Government Fee for Filing Total Claims in Excess of 20 | 300.00 |
| Government Fee for Filing Assignment | 40.00 |
| Photocopies | 9.00 |
| Postage | 2.16 |
| **Total Disbursements** | **$1,381.16** |
| **Total Amount Due This Invoice** | **$1,381.16** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313028**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30402US  
       Handwheel Torqued Based Center Determination for Electric Power Steering  
       Type: UTL  
       Client Ref 1: DP-316264

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/05/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| 10/08/07 | JFB | Prepare Application | 250.00 | 4.00 | 1,000.00 |
| 10/23/07 | JFB | Prepare Application | 250.00 | 0.50 | 125.00 |
| 10/31/07 | JFB | Prepare Application | 250.00 | 0.70 | 175.00 |

**Total Professional Services**                                           1,550.00

**Adjustment**                                                            (1,550.00)

**Total Professional Services**                             6.20          $0.00

**Disbursements**

| | |
| --- | --- |
| Government Fee for Filing application | 310.00 |
| Government Fee for Filing utility search | 510.00 |
| Government Fee for Filing utility examiniation | 210.00 |
| Government Fee for Filing assignment | 40.00 |

**Total Disbursements**                                                   $1,070.00  
**Total Amount Due This Invoice**                                         $1,070.00

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313029**

For Legal Services Rendered through 10/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE30404US  
ROBUST QUADRANT-DEPENDANT DAMPING  
Client Ref 1: DP-316957

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/02/07 | KJM | Review Application | 330.00 | 0.20 | 66.00 |
| 10/03/07 | KJM | Review application | 330.00 | 0.50 | 165.00 |
| 10/03/07 | BD | Draft application | 205.00 | 2.20 | 451.00 |
| 10/09/07 | BD | Prepare Application | 205.00 | 8.30 | 1,701.50 |
| 10/10/07 | BD | Prepare Application | 205.00 | 0.40 | 82.00 |
| 10/10/07 | BD | Prepare Application | 205.00 | 4.40 | 902.00 |
| 10/17/07 | BD | Revise application | 205.00 | 0.30 | 61.50 |
| 10/23/07 | KJM | Review application | 330.00 | 1.00 | 330.00 |

| | | |
| --- | --- | --- |
| **Total Professional Services** | | 3,759.00 |
| **Adjustment** | | (441.00) |
| **Total Professional Services** | 17.30 | $3,318.00 |
| **Total Amount Due This Invoice** | | $3,318.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313030**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30405US  
       MAGNET POLE SHAPING IN COMBINATION WITH ASYMMETRICAL DUMMY NOTCH IN STATOR  
       Client Ref 1: DP-316729

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/07 | KJM | Review disclosure | 330.00 | 0.50 | 165.00 |
| 10/22/07 | BD | Revise application | 205.00 | 0.20 | 41.00 |
| 10/29/07 | KJM | Review application | 330.00 | 1.00 | 330.00 |
| 10/29/07 | BD | Prepare Application | 205.00 | 1.50 | 307.50 |
| **Total Professional Services** | | | | **3.20** | **$843.50** |

**Disbursements**

| | |
|---|---|
| Photocopies | 5.60 |
| Federal Express | 22.87 |
| **Total Disbursements** | **$28.47** |
| **Total Amount Due This Invoice** | **$871.97** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

November 16, 2007  
**Invoice No. 313031**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30406US  
TORQUE/ANGLE GRADIENT ALGORITHM FOR HANDWHEEL POSITION CENTER DETERMINATION  
Client Ref 1: DP-316265

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/05/07 | KJM | Review Application | 330.00 | 1.00 | 330.00 |
| **Total Professional Services** | | | | **1.00** | **$330.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 20.39 |
| **Total Disbursements** | **$20.39** |
| **Total Amount Due This Invoice** | **$350.39** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

November 16, 2007  
**Invoice No. 313032**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40077US  
Closure Design And Process For Hydrogen Inflators  
Type: UTL  
Serial: 10/851390  
File Date: 05/21/2004  
Client Ref 1: DP-311037

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/25/07 | JFB | Prepare Office Action | 250.00 | 2.10 | 525.00 |
| **Total Professional Services** | | | | 2.10 | **$525.00** |
| **Total Amount Due This Invoice** | | | | | **$525.00** |