# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

November 16, 2007  
**Invoice No. 313035**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40085US2  
System, Method, and Storage Medium for Determining a Packaging Design for a Container  
Type: UTL  
Serial: 10/909186  
File Date: 07/30/2004  
Client Ref 1: DP-310734

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/15/07 | CCB | Prepare Amendment | 320.00 | 0.40 | 128.00 |
| 10/15/07 | NBT | Prepare Amendment | 185.00 | 3.50 | 647.50 |
| 10/16/07 | NBT | Prepare office action | 185.00 | 0.20 | 37.00 |
| **Total Professional Services** | | | | 4.10 | **$812.50** |
| **Total Amount Due This Invoice** | | | | | **$812.50** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

November 16, 2007
**Invoice No. 313039**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40147US
Selectable Reflective Child Monitor
Type: UTL
Serial: 11/322521
File Date: 12/30/2005
Client Ref 1: DP-313276

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/07 | CCB | Revise response to restriction requirement | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | 1.00 | **$320.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Two Month Extension of Time | 460.00 |
| Photocopies | 1.40 |
| Postage | 0.58 |
| **Total Disbursements** | **$461.98** |
| **Total Amount Due This Invoice** | **$781.98** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

November 16, 2007  
**Invoice No. 313040**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40161AN  
Analysis of ~~Mercedes Instrument Panels in View of THE Engineering~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/07 | CCB | Review new information | 320.00 | 0.30 | 96.00 |
| **Total Professional Services** | | | | **0.30** | **$96.00** |
| **Total Amount Due This Invoice** | | | | | **$96.00** |

## Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

November 16, 2007  
**Invoice No. 313041**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40169AN  
Analysis of USPN  
5,536,042

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/07 | CCB | Review opinion on U.S. 5,536,042 | 320.00 | 0.40 | 128.00 |
| 10/17/07 | CCB | Review opinion on U.S. 5,536,042 | 320.00 | 0.40 | 128.00 |
| 10/19/07 | CCB | Review opinion on U.S. 5,536,042 | 320.00 | 0.20 | 64.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |
| **Total Amount Due This Invoice** | | | | | **$320.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

November 16, 2007  
**Invoice No. 313042**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40176US  
       Secure Portable Storage of Digital Programming Content  
       Type: UTL  
       Client Ref 1: DP-315606

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/07 | JFB | Prepare Application | 250.00 | 2.00 | 500.00 |
| **Total Professional Services** | | | | | **500.00** |
| **Adjustment** | | | | | **(500.00)** |
| **Total Professional Services** | | | | 2.00 | **$0.00** |

**Disbursements**

| | |
|---|---|
| Drawings | 220.00 |
| Photocopies | 6.80 |
| Postage | 2.16 |
| **Total Disbursements** | **$228.96** |
| **Total Amount Due This Invoice** | **$228.96** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

November 16, 2007  
**Invoice No. 313043**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40181US  
Wearable Portable Oxygen Concentrator Garment/Oxygen Concentrator Water Separating System  
Client Ref 1: DP-316642

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/18/07 | CCB | Prepare Application | 320.00 | 0.20 | 64.00 |
| 10/18/07 | NBT | Prepare Application | 185.00 | 0.20 | 37.00 |
| 10/18/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 10/29/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 10/31/07 | NBT | Correspondence with inventor re: application | 185.00 | 0.50 | 92.50 |
| 10/31/07 | NBT | Prepare Application | 185.00 | 4.00 | 740.00 |
| **Total Professional Services** | | | | 5.90 | $1,118.50 |
| **Total Amount Due This Invoice** | | | | | $1,118.50 |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

November 16, 2007  
**Invoice No. 313044**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40182US  
MOBILE MODULAR CART/CASE SYSTEM FOR OXYGEN CONCENTRATOR/INFUSION PUMP  
Client Ref 1: DP-317095

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/18/07 | CCB | Prepare Application | 320.00 | 0.30 | 96.00 |
| **Total Professional Services** | | | | **0.30** | **$96.00** |
| **Total Amount Due This Invoice** | | | | | **$96.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

November 16, 2007  
**Invoice No. 313046**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50011TW  
Drums with Error Proof for Assembly  
Type: UTL  
Serial: 96106911  
File Date: 03/01/2007  
Client Ref 1: DP-315086

**Disbursements**

| | |
|---|---:|
| Disbursement to Foreign Associate for Filing Patent Application (Application No. 96106911) | 2,713.00 |
| **Total Disbursements** | **$2,713.00** |
| **Total Amount Due This Invoice** | **$2,713.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

November 16, 2007  
**Invoice No. 313053**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50030US  
PLASTIC CABLE REGULATOR RAIL AND CARRIER WITH SNAP-IN PULLEY  
Client Ref 1: DP-316394

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/07 | CCB | Prepare Application | 320.00 | 1.30 | 416.00 |
| **Total Professional Services** | | | | 1.30 | **$416.00** |
| **Total Amount Due This Invoice** | | | | | **$416.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

November 16, 2007  
**Invoice No. 313080**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50007US3  
Apparatus and Method for Providing a Sliding Door Mechanism  
Client Ref 1: DP-314945

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/07 | CCB | Prepare and respond to Missing Parts | 320.00 | 0.80 | 256.00 |
| **Total Professional Services** | | | | 0.80 | **$256.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing missing parts | 1,160.00 |
| Government Fee for Filing assignment | 40.00 |
| Postage | 1.82 |
| **Total Disbursements** | **$1,201.82** |
| **Total Amount Due This Invoice** | **$1,457.82** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 314129**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80027US2  
Pressurized  
Inflator Gas Containment  
and Release DeviceClient Ref 1: DP-315625

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| 10/02/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| 10/03/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| **Total Professional Services** | | | | **5.00** | **$1,600.00** |

**Disbursements**

| | |
|---|---|
| Drawings | 200.00 |
| Postage | 2.23 |
| **Total Disbursements** | **$202.23** |
| **Total Amount Due This Invoice** | **$1,802.23** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313055**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80028US  
      Gas Efficient Passenger Airbag Design  
      Type: UTL  
      Client Ref 1: DP-315438

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/07 | CCB | Prepare Application | 320.00 | 5.00 | 1,600.00 |
| 10/09/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,920.00 |
| **Adjustment** | | (1,920.00) |
| **Total Professional Services** | 6.00 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313057**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80034US  
Tension Sensing Assembly  
Type: UTL  
Serial: 10/829758  
File Date: 04/22/2004  
Client Ref 1: DP-310135

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/07 | CCB | Prepare terminal disclaimer | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.50 | **$160.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing extension of time and terminal disclaimer | 470.00 |
| Postage | 1.55 |
| **Total Disbursements** | **$471.55** |
| **Total Amount Due This Invoice** | **$631.55** |

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313058**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80037EP  
SIDE AIRBAG CUSHION AND METHOD OF MANUFACTURE  
Client Ref 1: DP-315839

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/07 | CCB | File application | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.50 | **$160.00** |

**Disbursements**

| | |
|---|---|
| Drawings | 200.00 |
| **Total Disbursements** | **$200.00** |
| **Total Amount Due This Invoice** | **$360.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313059**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80037JP  
SIDE AIRBAG CUSHION AND METHOD OF MANUFACTURE  
Client Ref 1: DP-315839

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/07 | CCB | Prepare Application for National Filing Phase | 320.00 | 0.30 | 96.00 |
| 10/05/07 | CCB | File application | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.80 | $256.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Certified Copy of 11/866,992 | 20.00 |
| **Total Disbursements** | **$20.00** |
| **Total Amount Due This Invoice** | **$276.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313149**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80038US2  
       Segmented Steering Wheel Rim  
       Client Ref 1: DP-315288

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/03/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| 10/25/07 | CCB | Prepare Application | 320.00 | 0.50 | 160.00 |
| 10/31/07 | CCB | Prepare Application | 320.00 | 4.00 | 1,280.00 |
| **Total Professional Services** | | | | 6.00 | $1,920.00 |
| **Total Amount Due This Invoice** | | | | | $1,920.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313060**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80037KR  
SIDE AIRBAG CUSHION AND METHOD OF MANUFACTURE  
Client Ref 1: DP-315839

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/04/07 | CCB | Prepare Application for National Filing Phase | 320.00 | 0.30 | 96.00 |
| 10/05/07 | CCB | File application | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.80 | **$256.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Certified Copy of 11/866,992 | 20.00 |
| **Total Disbursements** | **$20.00** |
| **Total Amount Due This Invoice** | **$276.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313061**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80037US2  
      SIDE AIRBAG CUSHION AND METHOD OF MANUFACTURE  
      Client Ref 1: DP-315839

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| 10/03/07 | CCB | Prepare Application | 320.00 | 1.50 | 480.00 |
| **Total Professional Services** | | | | **3.00** | **$960.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing non-provisional application | 1,030.00 |
| Government Fee for Filing assignment | 40.00 |
| Drawings | 100.00 |
| Postage | 4.29 |
| **Total Disbursements** | **$1,174.29** |
| **Total Amount Due This Invoice** | **$2,134.29** |

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313064**

For Legal Services Rendered through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE800461  
Infringement Opinion of ~~6,338,063~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/07 | CCB | Prepare Non-Infringement opinion | 320.00 | 0.50 | 160.00 |
| 10/30/07 | CCB | Prepare opinion | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 1.00 | $320.00 |
| **Total Amount Due This Invoice** | | | | | $320.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

November 16, 2007  
**Invoice No. 313065**

For Legal Services Rendered through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE800471  
       Infingement Opinion of ~~6,737,224~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/02/07 | CCB | Prepare Non-Infringement opinion | 320.00 | 0.50 | 160.00 |
| 10/30/07 | CCB | Prepare opinion | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |
| **Total Amount Due This Invoice** | | | | | **$320.00** |