# Cantor Colburn LLP

*Intellectual Property Attorneys*

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                            November 16, 2007
Attn: Jimmy L. Funke                                                 **Invoice No. 313066**
P.O. Box 5052
Troy, MI 48007

For Legal Services Rendered  through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE80048I
           Infringement Opinion of

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/02/07 | CCB | Prepare Non-Infringement opinion | 320.00 | 0.50 | 160.00 |
| 10/30/07 | CCB | Prepare opinion | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |
| **Total Amount Due This Invoice** | | | | | **$320.00** |

## Cantor Colburn LLP

*Intellectual Property Attorneys*

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Jimmy L. Funke
P.O. Box 5052
Troy, MI 48007

November 16, 2007
**Invoice No. 313067**

For Legal Services Rendered  through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80049I
       Infringement Opinion of ~~[redacted]~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/02/07 | CCB | Prepare Non-Infringement opinion | 320.00 | 0.50 | 160.00 |
| 10/30/07 | CCB | Prepare opinion | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |
| **Total Amount Due This Invoice** | | | | | **$320.00** |

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                      November 16, 2007
Attn: Jimmy L. Funke                                           **Invoice No. 313068**
P.O. Box 5052
Troy, MI 48007

For Legal Services Rendered  through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE80050I
           Infringement Opinion of ~~████████~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/02/07 | CCB | Prepare Non-Infringement opinion | 320.00 | 0.50 | 160.00 |
| 10/30/07 | CCB | Prepare opinion | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |
| **Total Amount Due This Invoice** | | | | | **$320.00** |

# Cantor Colburn LLP

Intellectual Property Attorneys

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

November 16, 2007
**Invoice No. 313069**

For Legal Services Rendered  through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90043US
       Reformate Cold Start Algorithm
       Type: UTL
       Serial: 11/271716
       File Date: 11/09/2005
       Client Ref 1: DP-313340

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/30/07 | PJC | Review Final Office Action | 325.00 | 0.30 | 97.50 |
| **Total Professional Services** | | | | **0.30** | **$97.50** |
| **Total Amount Due This Invoice** | | | | | **$97.50** |

# Cantor Colburn LLP

Intellectual Property Attorneys

### Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

November 16, 2007
**Invoice No. 313072**

For Legal Services Rendered  through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90084US2
Catalyst Anneal for Duarble Stonichimetric Shift
Corrected Protective Coating for Oxygen Sensors
Client Ref 1: DP-315262

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/02/07 | MEG | Review new comments received from the inventor | 275.00 | 2.00 | 550.00 |
| 10/05/07 | MEG | Review new data received from the inventor | 275.00 | 1.00 | 275.00 |
| 10/06/07 | MEG | Revise provisional application to non-provisional application with incorporating of new data and information received from the inventor | 275.00 | 3.00 | 825.00 |
| 10/06/07 | MEG | Revise provisional application to non-provisional application with incorporation of new data and information received from the inventor | 275.00 | 4.00 | 1,100.00 |
| 10/08/07 | MEG | Revise provisional application to non-provisional application with incorporating of new data and information received from the inventor | 275.00 | 3.00 | 825.00 |
| 10/10/07 | MEG | Review new data and graphs provided by the inventors, incorporating the information into the patent application | 275.00 | 7.00 | 1,925.00 |

| | | | | |
|---|---|---|---|---|
| **Total Professional Services** | | | | **5,500.00** |
| **Adjustment** | | | | **(500.00)** |
| **Total Professional Services** | | | **20.00** | **$5,000.00** |

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

November 16, 2007

**Invoice No. 313072**

CLIENT    Delphi Technologies Inc.

**Disbursements**

| | |
|---|---|
| Photocopies | 10.40 |
| Postage | 2.33 |
| **Total Disbursements** | **$12.73** |
| **Total Amount Due This Invoice** | **$5,012.73** |

# CantorColburn LLP
Intellectual Property Attorneys

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                          November 16, 2007
Attn: Paul Marshall                                           **Invoice No. 313073**
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007


For Legal Services Rendered  through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.


Re:        DEP-DE90092US2
           APPARATUS AND METHOD FOR DIAGNOSING AN AIRFLOW MODIFYING
           CONTROL SYSTEM
           Client Ref 1: DP-315649

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/04/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 10/08/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 10/11/07 | CCB | Prepare Application | 320.00 | 3.00 | 960.00 |
| 10/12/07 | CCB | Prepare Application | 320.00 | 2.20 | 704.00 |
| **Total Professional Services** | | | | **9.20** | **$2,944.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Non-provisional  patent application | 1,030.00 |
| Federal Express | 17.24 |
| Postage | 2.57 |
| **Total Disbursements** | **$1,049.81** |
| **Total Amount Due This Invoice** | **$3,993.81** |



## Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                    November 16, 2007
Attn: Paul Marshall                                          **Invoice No. 313074**
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

For Legal Services Rendered  through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-DE90109US
           Dimensional Tolerance Stack Component and Assembly
           Compliant Design
           Type: UTL
           Client Ref 1: DP-316068

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/09/07 | CCB | Review and prepare patent application | 320.00 | 0.50 | 160.00 |
| 10/09/07 | MCC | Revise claims based on attorney Chris Boehm's suggestions/comments | 185.00 | 0.60 | 111.00 |
| 10/16/07 | CCB | Prepare Application | 320.00 | 0.40 | 128.00 |
| 10/17/07 | MCC | Review attorney Chris Boehm's comments; conference with attorney Boehm to discuss changes to be made to the application; revise application and prepare first draft letter to inventors | 185.00 | 0.40 | 74.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | **473.00** |
| **Adjustment** | | **(473.00)** |
| **Total Professional Services** | **1.90** | **$0.00** |

**Disbursements**

| | |
|---|---|
| | 100.00 |
| **Total Disbursements** | **$100.00** |

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

November 16, 2007

**Invoice No. 313074**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                    $100.00

# Cantor Colburn LLP

Intellectual Property Attorneys

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Paul Marshall
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

November 16, 2007
**Invoice No. 313077**

For Legal Services Rendered  through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90116US
       NOX/NH3 Combined Sensor and Method of Making Such Device
       Type: UTL
       Client Ref 1: DP-315962

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/27/07 | IK | Prepare Application | 130.00 | 6.00 | 780.00 |
| 10/30/07 | IK | Prepare Application | 130.00 | 3.00 | 390.00 |
| 10/31/07 | IK | Prepare Application | 130.00 | 10.00 | 1,300.00 |
| **Total Professional Services** | | | | **19.00** | **$2,470.00** |
| **Total Amount Due This Invoice** | | | | | **$2,470.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                   November 16, 2007
Attn:  David P. Wood                                        **Invoice No. 313078**
P.O. Box 5052
Troy, MI 48007


For Legal Services Rendered  through 10/31/07

CLIENT:   DEP - Delphi Technologies Inc.


Re:       DEP-DE90122US
          MATERIALS FOR SPECIES GAS SENSING
          Client Ref 1: DP-317030

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/19/07 | IK | Prepare Application | 130.00 | 8.50 | 1,105.00 |
| 10/25/07 | IK | Prepare Application | 130.00 | 10.00 | 1,300.00 |
| 10/26/07 | IK | Prepare Application | 130.00 | 10.00 | 1,300.00 |
| **Total Professional Services** | | | | **28.50** | **$3,705.00** |
| **Total Amount Due This Invoice** | | | | | **$3,705.00** |

# CC

## Cantor Colburn LLP
### Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                November 16, 2007
Attn: Paul Marshall                                      **Invoice No. 313082**
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007

For Legal Services Rendered  through 10/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90114US
       Coating Materials and Coating for NHR and Related Gas
       Sensors
       Type: UTL
       Client Ref 1: DP-315307

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 10/27/07 | IK | Prepare Application | 130.00 | 3.00 | 390.00 |
| 10/28/07 | IK | Prepare Application | 130.00 | 3.00 | 390.00 |
| 10/30/07 | IK | Prepare Application | 130.00 | 7.00 | 910.00 |
| **Total Professional Services** | | | | **13.00** | **$1,690.00** |
| **Total Amount Due This Invoice** | | | | | **$1,690.00** |

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi
Attn: Thomas Twomey
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

December 12, 2007
**Invoice No. 315274**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-D200002GA
           Post-Petition Services

**Disbursements**

| | |
|---|---:|
| Federal Express | 128.77 |
| **Total Disbursements** | **$128.77** |
| **Total Amount Due This Invoice** | **$128.77** |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

## Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

December 12, 2007
**Invoice No. 315276**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210003US
       Child Seat and Monitoring System
       Type: UTL
       Serial: 11/146927
       File Date: 06/06/2005
       Client Ref 1: DP-312336

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/14/07 | CCB | Prepare Amendment | 320.00 | 1.00 | 320.00 |
| 11/16/07 | CCB | Prepare Amendment | 320.00 | 0.50 | 160.00 |
| 11/24/07 | CCB | Prepare Amendment | 320.00 | 3.00 | 960.00 |
| 11/26/07 | CCB | Prepare Amendment | 320.00 | 1.00 | 320.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Professional Services** | | | | | **1,760.00** |
| **Adjustment** | | | | | **(110.00)** |
| **Total Professional Services** | | | | **5.50** | **$1,650.00** |

**Disbursements**

| | |
|---|---|
| Postage | 1.31 |
| **Total Disbursements** | **$1.31** |
| **Total Amount Due This Invoice** | **$1,651.31** |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford     Detroit     Atlanta     Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

December 12, 2007
**Invoice No. 315277**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210004US
       Infant Seat and Monitoring System
       Type: UTL
       Serial: 11/146928
       File Date: 06/06/2005
       Client Ref 1: DP-312733

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/13/07 | CCB | Review issued patent in view of prior art | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **1.00** | **$320.00** |
| **Total Amount Due This Invoice** | | | | | **$320.00** |



# Cantor Colburn LLP
Intellectual Property Attorneys

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

December 12, 2007
**Invoice No. 315278**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210007US
       Child Restraint System Comprising Weight Sensor
       Type: UTL
       Serial: 11/146921
       File Date: 06/06/2005
       Client Ref 1: DP-312079

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/12/07 | CCB | Prepare Amendment | 320.00 | 3.00 | 960.00 |
| 11/13/07 | CCB | Prepare Amendment | 320.00 | 3.00 | 960.00 |
| **Total Professional Services** | | | | | **1,920.00** |
| **Adjustment** | | | | | **(270.00)** |
| **Total Professional Services** | | | | **6.00** | **$1,650.00** |

**Disbursements**

| | |
|---|---|
| Postage | 1.31 |
| **Total Disbursements** | **$1.31** |
| **Total Amount Due This Invoice** | **$1,651.31** |

# CC

## Cantor Colburn LLP
*Intellectual Property Attorneys*

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

December 12, 2007
**Invoice No. 315280**

For Legal Services Rendered  through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210013US
      Emblem Horn
      Type: UTL
      Client Ref 1: DP-316240

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/05/07 | CCB | Prepare Application | 320.00 | 2.00 | 640.00 |
| 11/09/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 11/27/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |

| | |
|---|---|
| **Total Professional Services** | **1,280.00** |

| | | |
|---|---|---|
| **Adjustment** | | **(1,280.00)** |
| **Total Professional Services** | **4.00** | **$0.00** |
| **Total Amount Due This Invoice** | | **$0.00** |

# CC

## Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

December 12, 2007
**Invoice No. 315281**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210016US
Infant/Baby Car Seat Belt Tension Sensing Element
Client Ref 1: DP-315174

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/06/07 | JFB | Prepare Application | 250.00 | 2.00 | 500.00 |
| 11/13/07 | JFB | Prepare Application | 250.00 | 0.20 | 50.00 |
| **Total Professional Services** | | | | | **550.00** |
| **Adjustment** | | | | | **(435.00)** |
| **Total Professional Services** | | | | **2.20** | **$115.00** |

**Disbursements**

| | | |
|---|---|---|
| Drawings | | 250.00 |
| **Total Disbursements** | | **$250.00** |
| **Total Amount Due This Invoice** | | **$365.00** |

## Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                    December 12, 2007
Attn: Douglas Fekete                                         **Invoice No. 315282**
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:        DEP-D210019AN
           ANALYSIS CAB DESIGN

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/13/07 | CCB | Review new matter | 320.00 | 1.00 | 320.00 |
| 11/15/07 | CCB | Review art provided by client | 320.00 | 1.80 | 576.00 |
| 11/16/07 | CCB | Review prior art | 320.00 | 0.50 | 160.00 |
| 11/19/07 | CCB | Telephone conference with Mike Scherte regarding infringement study | 320.00 | 0.20 | 64.00 |
| 11/20/07 | CCB | Telephone conference with Doug Fekete regarding infringement study | 320.00 | 0.20 | 64.00 |
| 11/26/07 | CCB | Review patents EP0980796, EP1607276, EP1607277, 6,110,094, 6,371,512, 6,644,687, and 6,758,490 | 320.00 | 3.00 | 960.00 |
| 11/27/07 | CCB | Review patents | 320.00 | 1.00 | 320.00 |
| 11/28/07 | CCB | Review patents | 320.00 | 3.50 | 1,120.00 |
| 11/29/07 | CCB | Meet with Doug Fekete regarding infringement study | 320.00 | 0.80 | 256.00 |
| 11/29/07 | CCB | Review patents | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | **13.00** | **$4,160.00** |
| **Total Amount Due This Invoice** | | | | | **$4,160.00** |

# CC

## Cantor Colburn LLP
### Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

December 12, 2007
**Invoice No. 315284**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30330US2
Steering System with Lane Keeping Integration
Type: UTL
Serial: 10/865208
File Date: 06/10/2004
Client Ref 1: DP-310533

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/12/07 | KJM | Review office action response | 330.00 | 0.50 | 165.00 |
| 11/12/07 | BD | Prepare response to Office Action | 205.00 | 5.00 | 1,025.00 |
| **Total Professional Services** | | | | **5.50** | **$1,190.00** |

**Disbursements**

| | |
|---|---|
| Postage | 1.64 |
| **Total Disbursements** | **$1.64** |
| **Total Amount Due This Invoice** | **$1,191.64** |

# Cantor Colburn LLP
Intellectual Property Attorneys

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.                                    December 12, 2007
Legal Staff - M/C 480-410-202                               **Invoice No. 315285**
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

For Legal Services Rendered  through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE30330USP
          LANE KEEPING ENVIRONMENTAL WARNINGS
          Client Ref 1: DP-316969

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/28/07 | BD | Prepare Application | 205.00 | 3.00 | 615.00 |
| **Total Professional Services** | | | | **3.00** | **$615.00** |
| **Total Amount Due This Invoice** | | | | | **$615.00** |

# Cantor Colburn LLP

Intellectual Property Attorneys

### Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

December 12, 2007
**Invoice No. 315318**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210002US2
Child Restraint System and Method for Monitoring
Installation of the Child Restraint System
Type: UTL
Serial: 11/147148
File Date: 06/06/2005
Client Ref 1: DP-312329

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/13/07 | CCB | Prepare Amendment | 320.00 | 1.00 | 320.00 |
| 11/20/07 | JFB | Prepare Response to Office Action | 250.00 | 4.00 | 1,000.00 |
| 11/21/07 | JFB | Prepare Response to Office Action | 250.00 | 1.40 | 350.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Professional Services** | | | | | **1,670.00** |
| **Adjustment** | | | | | **(20.00)** |
| **Total Professional Services** | | | | **6.40** | **$1,650.00** |

**Disbursements**

| | |
|---|---|
| Postage | 1.31 |
| **Total Disbursements** | **$1.31** |
| **Total Amount Due This Invoice** | **$1,651.31** |