# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315286**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30366US  
Variable Effort Steering System with Leads and Pulls Compensation  
Type: UTL  
Serial: 11/122337  
File Date: 05/05/2005  
Client Ref 1: DP-312897

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/16/07 | KJM | Review office action | 330.00 | 0.20 | 66.00 |
| 11/19/07 | VK | Prepare response to office action | 210.00 | 0.50 | 105.00 |
| 11/26/07 | VK | Review Office Action | 210.00 | 0.30 | 63.00 |
| 11/27/07 | VK | Revise reporting letter | 210.00 | 0.30 | 63.00 |
| **Total Professional Services** | | | | **1.30** | **$297.00** |

**Disbursements**

| | |
|---|---|
| Postage | 0.80 |
| **Total Disbursements** | **$0.80** |
| **Total Amount Due This Invoice** | **$297.80** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315287**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30382US  
Position Sensors and Arrays Utilizing Back EMF  
Type: UTL  
Serial: 11/416681  
File Date: 05/03/2006  
Client Ref 1: DP-314169

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/05/07 | KJM | Review Office Action | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **0.50** | **$165.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 30.31 |
| **Total Disbursements** | **$30.31** |
| **Total Amount Due This Invoice** | **$195.31** |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315289**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30404US  
      ROBUST QUADRANT-DEPENDANT DAMPING  
      Client Ref 1: DP-316957

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/07/07 | BD | Prepare Application | 205.00 | 0.50 | 102.50 |
| 11/26/07 | BD | Prepare Application | 205.00 | 0.40 | 82.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 184.50 |
| **Adjustment** | | (184.50) |
| **Total Professional Services** | 0.90 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315290**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30405US  
MAGNET POLE SHAPING IN COMBINATION WITH ASYMMETRICAL DUMMY NOTCH IN STATOR  
Client Ref 1: DP-316729

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/21/07 | BD | Prepare Application | 205.00 | 3.20 | 656.00 |
| 11/30/07 | BD | Prepare Application | 205.00 | 2.00 | 410.00 |
| **Total Professional Services** | | | | 5.20 | $1,066.00 |
| **Total Amount Due This Invoice** | | | | | $1,066.00 |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315291**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30406US  
TORQUE/ANGLE GRADIENT ALGORITHM FOR HANDWHEEL POSITION CENTER DETERMINATION  
Client Ref 1: DP-316265

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 11/02/07 | JFB | Prepare Application | 250.00 | 5.10 | 1,275.00 |
| 11/16/07 | JFB | Prepare Application | 250.00 | 1.50 | 375.00 |
| 11/26/07 | JFB | Prepare Application | 250.00 | 1.00 | 250.00 |
| **Total Professional Services** | | | | 7.60 | $1,900.00 |
| **Total Amount Due This Invoice** | | | | | $1,900.00 |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315292**

For Legal Services Rendered through 11/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE30407US  
DYNAMIC CLOSED LOOP CONTROL ALGORITHM FOR PM MACHINE USING A CURRENT OBSERVER  
Client Ref 1: DP-312993

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/16/07 | KJM | Review application | 330.00 | 0.80 | 264.00 |
| **Total Professional Services** | | | | **0.80** | **$264.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 23.37 |
| **Total Disbursements** | **$23.37** |
| **Total Amount Due This Invoice** | **$287.37** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315293**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30408US  
COUPLING ASM, RING AND ROTOR  
Client Ref 1: DP-316192

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/20/07 | KJM | Review disclosure | 330.00 | 0.80 | 264.00 |
| **Total Professional Services** | | | | **0.80** | **$264.00** |
| **Total Amount Due This Invoice** | | | | | **$264.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315294**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30409US  
MOTOR VELOCITY DEPENDENT DAMPING BLEND FUNCTION  
Client Ref 1: DP-317111

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/20/07 | KJM | Review disclosure | 330.00 | 0.80 | 264.00 |
| **Total Professional Services** | | | | 0.80 | **$264.00** |
| **Total Amount Due This Invoice** | | | | | **$264.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

December 12, 2007  
**Invoice No. 315295**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40077US  
Closure Design And Process For Hydrogen Inflators  
Type: UTL  
Serial: 10/851390  
File Date: 05/21/2004  
Client Ref 1: DP-311037

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/07 | JFB | Prepare Response to an Office Action | 250.00 | 4.50 | 1,125.00 |
| 11/26/07 | JFB | Prepare claims and arguments for a Response to Office Action | 250.00 | 4.00 | 1,000.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 2,125.00 |
| **Adjustment** | | (1,000.00) |
| **Total Professional Services** | 8.50 | $1,125.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing 1 independent claim in excess of 3 | 210.00 |
| Government Fee for Filing 1 month extension | 120.00 |
| Postage | 1.31 |
| **Total Disbursements** | **$331.31** |
| **Total Amount Due This Invoice** | **$1,456.31** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford     Detroit     Atlanta     Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

December 12, 2007  
**Invoice No. 315314**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30335US  
Horizontal Modeling-Vertical To Horizontal Conversion Process  
Type: UTL  
Serial: 10/805925  
File Date: 03/22/2004  
Client Ref 1: DP-310838

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/28/07 | MJD | Prepare Response to office action | 245.00 | 6.50 | 1,592.50 |
| 11/30/07 | MJD | Prepare response to office action | 245.00 | 0.50 | 122.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,715.00 |
| **Adjustment** | | (230.00) |
| **Total Professional Services** | 7.00 | $1,485.00 |
| **Total Amount Due This Invoice** | | $1,485.00 |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

December 12, 2007  
**Invoice No. 315296**

For Legal Services Rendered through 11/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE40130PCT  
Emergency Closing Assembly and Method for Immediate Stopping Flow in a Carrier  
Type: UTL  
Serial: US06/020086  
File Date: 05/24/2006  
Client Ref 1: DP-314049

**Disbursements**

| | |
|---|---|
| Federal Express | 38.10 |
| **Total Disbursements** | **$38.10** |
| **Total Amount Due This Invoice** | **$38.10** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

December 12, 2007  
**Invoice No. 315297**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40161AN  
       Analysis of Mercedes  
       Instrument Panels in View  
       of TIP Engineering

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/28/07 | CCB | Review TIP patents and prior opinion | 320.00 | 0.50 | 160.00 |
| 11/29/07 | CCB | Telephone conference with Scott McBain regarding patents | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | 1.50 | $480.00 |
| **Total Amount Due This Invoice** | | | | | $480.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

December 12, 2007  
**Invoice No. 315298**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40176US  
Secure Portable Storage of Digital Programming Content  
Type: UTL  
Client Ref 1: DP-315606

**Disbursements**

| | |
|---|---|
| Federal Express | 20.32 |
| **Total Disbursements** | **$20.32** |
| **Total Amount Due This Invoice** | **$20.32** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

December 12, 2007  
**Invoice No. 315299**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40181US  
Wearable Portable Oxygen Concentrator Garment/Oxygen Concentrator Water Separating System  
Client Ref 1: DP-316642

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/01/07 | NBT | Correspondence with inventor regarding application | 185.00 | 0.20 | 37.00 |
| 11/01/07 | NBT | Prepare Application | 185.00 | 6.50 | 1,202.50 |
| 11/02/07 | NBT | Prepare Application | 185.00 | 5.20 | 962.00 |
| 11/05/07 | NBT | Prepare Application | 185.00 | 4.70 | 869.50 |
| 11/11/07 | NBT | Prepare Application | 185.00 | 3.00 | 555.00 |
| 11/12/07 | NBT | Prepare Application | 185.00 | 2.50 | 462.50 |
| 11/13/07 | NBT | Prepare Application | 185.00 | 7.20 | 1,332.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 5,420.50 |
| **Adjustment** | | (1,603.00) |
| **Total Professional Services** | 29.30 | $3,817.50 |
| **Total Amount Due This Invoice** | | $3,817.50 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.
Attn: Scott McBain
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy Michigan

December 12, 2007
**Invoice No. 315300**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40182US
MOBILE MODULAR CART/CASE SYSTEM FOR OXYGEN CONCENTRATOR/INFUSION PUMP
Client Ref 1: DP-317095

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/29/07 | NBT | Correspondence with inventor regarding new patent application | 185.00 | 0.20 | 37.00 |
| **Total Professional Services** | | | | 0.20 | **$37.00** |
| **Total Amount Due This Invoice** | | | | | **$37.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

December 12, 2007  
**Invoice No. 315301**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40183US  
SYSTEM AND METHOD FOR CONTROLLING VEHICLE HYDRAULIC SYSTEM  
Client Ref 1: DP-314850

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/28/07 | CCB | Prepare petition to correct inventorship | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.50 | **$160.00** |
| **Total Amount Due This Invoice** | | | | | **$160.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

December 12, 2007  
**Invoice No. 315302**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50023US  
      Detent/Actuator Geometry  
      Client Ref 1: DP-316735

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/08/07 | CCB | Prepare Application | 320.00 | 4.00 | 1,280.00 |
| **Total Professional Services** | | | | **4.00** | **$1,280.00** |
| **Total Amount Due This Invoice** | | | | | **$1,280.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

December 12, 2007  
**Invoice No. 315303**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50025US2  
       Dual Output Jackscrew Cinching Latch  
       Client Ref 1: DP-315822

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/07 | CCB | Prepare and Respond to Missing Parts | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.50 | **$160.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing missing parts | 1,160.00 |
| **Total Disbursements** | **$1,160.00** |
| **Total Amount Due This Invoice** | **$1,320.00** |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

December 12, 2007  
**Invoice No. 315304**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:       DEP-DE50026US2  
          Uni-Directional Variable Output cam Cinching Latch  
          Client Ref 1: DP-315823

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/30/07 | CCB | Prepare Missing Parts and Assignment | 320.00 | 0.50 | 160.00 |
| **Total Professional Services** | | | | 0.50 | **$160.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing missing parts and assignment | 1,200.00 |
| **Total Disbursements** | **$1,200.00** |
| **Total Amount Due This Invoice** | **$1,360.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

December 12, 2007  
**Invoice No. 315315**

For Legal Services Rendered  through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40177US2  
Vehicle Integrated Aftermarket Satellite Radio  
Client Ref 1: DP-315714

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing application and assignment | 1,070.00 |
| Postage | 2.33 |
| **Total Disbursements** | **$1,072.33** |
| **Total Amount Due This Invoice** | **$1,072.33** |