# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315305**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80028US  
Gas Efficient Passenger Airbag Design  
Type: UTL  
Client Ref 1: DP-315438

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/09/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| 11/28/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | | 640.00 |
| **Adjustment** | | | | | (640.00) |
| **Total Professional Services** | | | | 2.00 | $0.00 |
| **Total Amount Due This Invoice** | | | | | $0.00 |

## Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315306**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80037JP  
SIDE AIRBAG CUSHION AND METHOD OF MANUFACTURE  
Client Ref 1: DP-315839

**Disbursements**

| | |
|---|---:|
| For DHL Express | 46.77 |
| Photocopies | 14.00 |
| **Total Disbursements** | **$60.77** |
| **Total Amount Due This Invoice** | **$60.77** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315307**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE80037KR  
SIDE AIRBAG CUSHION AND METHOD OF MANUFACTURE  
Client Ref 1: DP-315839

**Disbursements**

| | |
|---|---:|
| For DHL Express | 50.14 |
| Photocopies | 14.00 |
| **Total Disbursements** | **$64.14** |
| **Total Amount Due This Invoice** | **$64.14** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315309**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90043US  
Reformate Cold Start Algorithm  
Type: UTL  
Serial: 11/271716  
File Date: 11/09/2005  
Client Ref 1: DP-313340

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/05/07 | KK | Review file and office action for amendment | 185.00 | 2.00 | 370.00 |
| 11/06/07 | KK | Prepare Amendment | 185.00 | 5.00 | 925.00 |
| 11/08/07 | KK | Prepare Amendment | 185.00 | 4.00 | 740.00 |
| 11/14/07 | PJC | Review response | 325.00 | 0.50 | 162.50 |
| 11/15/07 | KK | Prepare amendment | 185.00 | 3.00 | 555.00 |
| 11/16/07 | PJC | Review Response to Office Action | 325.00 | 1.50 | 487.50 |
| 11/19/07 | PJC | Prepare Response to Office Action | 325.00 | 0.50 | 162.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 3,402.50 |
| **Adjustment** | | (1,850.00) |
| **Total Professional Services** | 16.50 | **$1,552.50** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing One month extension of time | 120.00 |
| **Total Disbursements** | **$120.00** |
| **Total Amount Due This Invoice** | **$1,672.50** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315310**

For Legal Services Rendered through 11/30/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90092US2  
APPARATUS AND METHOD FOR DIAGNOSING AN AIRFLOW MODIFYING CONTROL SYSTEM  
Client Ref 1: DP-315649

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing assignment | 40.00 |
| **Total Disbursements** | **$40.00** |
| **Total Amount Due This Invoice** | **$40.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315311**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90109US  
Dimensional Tolerance Stack Component and Assembly Compliant Design  
Type: UTL  
Client Ref 1: DP-316068

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/16/07 | MCC | Correspondence with inventor to request for comments regarding first draft of the patent application | 185.00 | 0.10 | 18.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 18.50 |
| **Adjustment** | | (18.50) |
| **Total Professional Services** | 0.10 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315312**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90121US  
Exhaust NOX,NO2,NO Sensing Method  
Client Ref 1: DP-315454

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/29/07 | JFB | Prepare Application | 250.00 | 2.20 | 550.00 |
| **Total Professional Services** | | | | **2.20** | **$550.00** |
| **Total Amount Due This Invoice** | | | | | **$550.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: David P. Wood  
P.O. Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315313**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90122US  
MATERIALS FOR SPECIES GAS SENSING  
Client Ref 1: DP-317030

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/06/07 | IK | Prepare Application | 130.00 | 9.50 | 1,235.00 |
| 11/20/07 | IK | Prepare Application | 130.00 | 9.50 | 1,235.00 |
| 11/29/07 | MEG | Review draft patent application | 275.00 | 3.50 | 962.50 |
| 11/30/07 | MEG | Review and revise patent application | 275.00 | 2.00 | 550.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 3,982.50 |
| **Adjustment** | | (2,687.50) |
| **Total Professional Services** | 24.50 | $1,295.00 |
| **Total Amount Due This Invoice** | | $1,295.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

December 12, 2007  
**Invoice No. 315321**

For Legal Services Rendered through 11/30/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80038US2  
Segmented Steering Wheel Rim  
Client Ref 1: DP-315288

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/05/07 | CCB | Prepare Application | 320.00 | 1.00 | 320.00 |
| **Total Professional Services** | | | | | **320.00** |
| **Adjustment** | | | | | **(320.00)** |
| **Total Professional Services** | | | | 1.00 | **$0.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing non-provisional patent application | 1,030.00 |
| Government Fee for Filing assignment | 40.00 |
| Postage | 5.18 |
| **Total Disbursements** | **$1,075.18** |
| **Total Amount Due This Invoice** | **$1,075.18** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

December 12, 2007  
**Invoice No. 315885**

For Legal Services Rendered through 11/30/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:  DEP-DE30267US  
horizontally structured cad/cam coordinate system  
Type: UTL  
Serial: 10/355749  
File Date: 01/31/2003  
Client Ref 1: DP-305295

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/13/07 | PHC | Revise Amendment and Terminal Disclaimer | 385.00 | 1.00 | 385.00 |
| **Total Professional Services** | | | | **1.00** | **$385.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing | 130.00 |
| **Total Disbursements** | **$130.00** |
| **Total Amount Due This Invoice** | **$515.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford     Detroit     Atlanta     Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318638**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30395US2  
Lane Change  
Detection and Handling of  
Lane Keeping Torque  
Client Ref 1: DP-315550

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/07 | GJO | Prepare Application | 265.00 | 3.50 | 927.50 |
| 12/12/07 | GJO | Prepare Application | 265.00 | 0.50 | 132.50 |
| 12/17/07 | GJO | Prepare Application | 265.00 | 2.00 | 530.00 |
| **Total Professional Services** | | | | **6.00** | **$1,590.00** |
| **Total Amount Due This Invoice** | | | | | **$1,590.00** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318639**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30404US  
       ROBUST QUADRANT-DEPENDANT DAMPING  
       Client Ref 1: DP-316957

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/07 | KJM | Review application | 350.00 | 0.50 | 175.00 |
| 12/12/07 | BD | Prepare Application | 205.00 | 0.20 | 41.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 216.00 |
| **Adjustment** | | (216.00) |
| **Total Professional Services** | 0.70 | $0.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Utility search | 310.00 |
| Government Fee for Filing Examination fee | 210.00 |
| Government Fee for Filing Search Fee | 510.00 |
| Government Fee for Filing Assignment | 40.00 |
| **Total Disbursements** | **$1,070.00** |
| **Total Amount Due This Invoice** | **$1,070.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318640**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30405US  
MAGNET POLE SHAPING IN COMBINATION WITH ASYMMETRICAL DUMMY NOTCH IN STATOR  
Client Ref 1: DP-316729

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/03/07 | BD | Prepare Application | 205.00 | 3.50 | 717.50 |
| 12/04/07 | BD | Prepare Application | 205.00 | 2.60 | 533.00 |
| 12/05/07 | BD | Prepare Application | 205.00 | 1.60 | 328.00 |
| 12/05/07 | BD | Prepare Application | 205.00 | 1.90 | 389.50 |
| 12/12/07 | KJM | Review application | 350.00 | 0.50 | 175.00 |
| 12/13/07 | BD | Prepare Application | 205.00 | 0.30 | 61.50 |
| 12/18/07 | BD | Prepare Application | 205.00 | 0.30 | 61.50 |

**Total Professional Services**                                10.70    $2,266.00  
**Total Amount Due This Invoice**                                       $2,266.00

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318641**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30406US  
TORQUE/ANGLE GRADIENT ALGORITHM FOR HANDWHEEL POSITION CENTER DETERMINATION  
Client Ref 1: DP-316265

**Disbursements**

| | |
|---|---:|
| Government Fee for Filing application | 310.00 |
| Government Fee for Filing search | 510.00 |
| Government Fee for Filing examination | 210.00 |
| Government Fee for Filing 2 independent claims in excess of 3 | 420.00 |
| Government Fee for Filing assignment | 40.00 |
| **Total Disbursements** | **$1,490.00** |
| **Total Amount Due This Invoice** | **$1,490.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318642**

For Legal Services Rendered through 12/31/07

CLIENT:  DEP - Delphi Technologies Inc.

Re:   DEP-DE30409US  
      MOTOR VELOCITY DEPENDENT DAMPING BLEND FUNCTION  
      Client Ref 1: DP-317111

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/07 | BD | Prepare Application | 205.00 | 0.80 | 164.00 |
| 12/09/07 | BD | Prepare Application | 205.00 | 2.00 | 410.00 |
| **Total Professional Services** | | | | **2.80** | **$574.00** |
| **Total Amount Due This Invoice** | | | | | **$574.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318643**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30410US  
Method to Measure Motor Speed Using Sine and Cosine Position Signals  
Client Ref 1: DP-317097

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/07/07 | KJM | Review disclosure | 350.00 | 0.50 | 175.00 |
| 12/17/07 | KJM | Review application | 350.00 | 0.50 | 175.00 |
| 12/17/07 | BD | Prepare Application | 205.00 | 0.50 | 102.50 |
| 12/17/07 | BD | Prepare Application | 205.00 | 4.20 | 861.00 |
| 12/20/07 | BD | Prepare Application | 205.00 | 1.30 | 266.50 |
| **Total Professional Services** | | | | **7.00** | **$1,580.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 23.57 |
| **Total Disbursements** | **$23.57** |
| **Total Amount Due This Invoice** | **$1,603.57** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

January 15, 2008  
**Invoice No. 318644**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40079US2  
Occupant Tether Proximity Sensor for Housing Vent Closure  
Type: UTL  
Serial: 10/905959  
File Date: 01/27/2005  
Client Ref 1: DP-311141

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/07 | CCB | Prepare Amendment | 330.00 | 1.00 | 330.00 |
| **Total Professional Services** | | | | **1.00** | **$330.00** |
| **Total Amount Due This Invoice** | | | | | **$330.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

January 15, 2008  
**Invoice No. 318645**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40103US  
ISM Band Wireless FM Modulator  
Type: UTL  
Serial: 11/057915  
File Date: 02/15/2005  
Client Ref 1: DP-312274

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/07 | JFB | Prepare Response to Office Action | 255.00 | 5.50 | 1,402.50 |
| **Total Professional Services** | | | | 5.50 | **$1,402.50** |
| **Total Amount Due This Invoice** | | | | | **$1,402.50** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

January 15, 2008  
**Invoice No. 318646**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40161AN  
Analysis of Mercedes  
Instrument Panels in View  
of TIP Engineering

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/07 | CCB | Prepare opinion regarding TIP | 330.00 | 2.20 | 726.00 |
| **Total Professional Services** | | | | 2.20 | **$726.00** |
| **Total Amount Due This Invoice** | | | | | **$726.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

January 15, 2008  
**Invoice No. 318647**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40176US  
Secure Portable Storage of Digital Programming Content  
Type: UTL  
Client Ref 1: DP-315606

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/19/07 | JFB | Prepare Petition Under 37 CFR 147 to accept a Declaration with a non-signing inventor | 255.00 | 2.00 | 510.00 |
| 12/21/07 | JFB | Respond to Missing Parts | 255.00 | 1.50 | 382.50 |
| **Total Professional Services** | | | | **3.50** | **$892.50** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing application | 310.00 |
| Government Fee for Filing search | 510.00 |
| Government Fee for Filing examination | 210.00 |
| Government Fee for Filing declaration | 130.00 |
| Government Fee for Filing petition 37 CFR 1.17 (g) (Group II) | 200.00 |
| **Total Disbursements** | **$1,360.00** |
| **Total Amount Due This Invoice** | **$2,252.50** |