# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

January 15, 2008  
**Invoice No. 318648**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40181US  
Wearable Portable Oxygen Concentrator Garment/Oxygen Concentrator Water Separating System  
Client Ref 1: DP-316642

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/17/07 | NBT | Prepare Application | 185.00 | 5.00 | 925.00 |
| 12/18/07 | NBT | Prepare Application | 185.00 | 5.00 | 925.00 |
| **Total Professional Services** | | | | | **1,850.00** |
| **Adjustment** | | | | | **(1,850.00)** |
| **Total Professional Services** | | | | 10.00 | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

January 15, 2008  
**Invoice No. 318649**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40182US  
MOBILE MODULAR CART/CASE SYSTEM FOR OXYGEN CONCENTRATOR/INFUSION PUMP  
Client Ref 1: DP-317095

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/03/07 | NBT | Correspondence with inventor re: application | 185.00 | 0.30 | 55.50 |
| 12/07/07 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 12/07/07 | NBT | Correspondence with inventor re: application | 185.00 | 0.70 | 129.50 |
| **Total Professional Services** | | | | 1.50 | **$277.50** |
| **Total Amount Due This Invoice** | | | | | **$277.50** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

January 15, 2008  
**Invoice No. 318650**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40183US  
SYSTEM AND METHOD FOR CONTROLLING VEHICLE HYDRAULIC SYSTEM  
Client Ref 1: DP-314850

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/07 | CCB | Revise petition to correct inventorship | 330.00 | 0.30 | 99.00 |
| **Total Professional Services** | | | | 0.30 | **$99.00** |
| **Total Amount Due This Invoice** | | | | | **$99.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

January 15, 2008  
**Invoice No. 318651**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50023US  
Detent/Actuator Geometry  
Client Ref 1: DP-316735

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/07 | CCB | Prepare Application | 330.00 | 5.20 | 1,716.00 |
| **Total Professional Services** | | | | **5.20** | **$1,716.00** |
| **Total Amount Due This Invoice** | | | | | **$1,716.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

January 15, 2008  
**Invoice No. 318652**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50030US  
PLASTIC CABLE REGULATOR RAIL AND CARRIER WITH SNAP-IN PULLEY  
Client Ref 1: DP-316394

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/18/07 | JM | Prepare Application | 190.00 | 1.00 | 190.00 |
| 12/18/07 | JM | Draft claims for discussions with Attorney Christopher Boehm | 190.00 | 1.50 | 285.00 |
| 12/19/07 | CCB | Review claims | 330.00 | 0.30 | 99.00 |
| 12/19/07 | JM | Conference with with Attorney Christopher Boehm regarding his review of the claims | 190.00 | 0.50 | 95.00 |
| 12/19/07 | JM | Prepare Application | 190.00 | 1.50 | 285.00 |
| 12/19/07 | JM | Conference with with Attorney Christopher Boehm regarding a telephone conference with the inventor and claim set to be presented for review; amend the claims pursuant to discussions with Mr. Boehm | 190.00 | 2.00 | 380.00 |
| 12/20/07 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| 12/20/07 | JM | Telephone conference with Brian Staser regarding the present invention. | 190.00 | 1.20 | 228.00 |
| 12/26/07 | JM | Prepare Application | 190.00 | 4.00 | 760.00 |
| **Total Professional Services** | | | | **12.30** | **$2,421.00** |

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

January 15, 2008

**Invoice No. 318652**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                   $2,421.00

Remittance Address:  
Cantor Colburn LLP  
P.O. Box 33696

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318653**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80027US2  
Pressurized  
Inflator Gas Containment  
and Release Device  
Client Ref 1: DP-315625

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/07/07 | CCB | Response to Missing Parts and Assignment | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | 0.50 | **$165.00** |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing response to missing parts and assignment recordal fee. | 1,200.00 |
| **Total Disbursements** | **$1,200.00** |
| **Total Amount Due This Invoice** | **$1,365.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318654**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80042AN  
       Bosch Patent Assertion

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/07 | CCB | Telephone conference with Will Cosnowski regarding file wrappers | 330.00 | 0.20 | 66.00 |
| **Total Professional Services** | | | | 0.20 | **$66.00** |
| **Total Amount Due This Invoice** | | | | | **$66.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318655**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80050I  
Infingement Opinion of Re 34,637

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/07 | CCB | Prepare opinion | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **0.50** | **$165.00** |
| **Total Amount Due This Invoice** | | | | | **$165.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318656**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90121US  
Exhaust NOX,NO2,NO Sensing Method  
Client Ref 1: DP-315454

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/07/07 | JFB | Prepare Application | 255.00 | 1.50 | 382.50 |
| 12/31/07 | JFB | Prepare patent application | 255.00 | 4.00 | 1,020.00 |
| **Total Professional Services** | | | | **5.50** | **$1,402.50** |
| **Total Amount Due This Invoice** | | | | | **$1,402.50** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: David P. Wood  
P.O. Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318657**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90123US  
      Method to Fabricate Optimum Gas Sensor Electrode Geometry  
      Client Ref 1: DP-316513

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/18/07 | IK | Prepare Application | 130.00 | 10.50 | 1,365.00 |
| 12/19/07 | IK | Prepare Application | 130.00 | 5.00 | 650.00 |
| 12/28/07 | IK | Prepare Application | 130.00 | 10.50 | 1,365.00 |
| **Total Professional Services** | | | | **26.00** | **$3,380.00** |
| **Total Amount Due This Invoice** | | | | | **$3,380.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: David P. Wood  
P.O. Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318658**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE90124US  
       Jacketed Peristal Urea Solution Pumping System  
       Client Ref 1: DP-316540

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/31/07 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| **Total Professional Services** | | | | **0.30** | **$99.00** |
| **Total Amount Due This Invoice** | | | | | **$99.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

January 15, 2008  
**Invoice No. 318626**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D200002GA  
       Post-Petition Services

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/11/07 | DEB | Prepare Sixth Fee Application and exhibits | 290.00 | 6.00 | 1,740.00 |
| 12/11/07 | MPC | Assist in preparing exhibits to a 6th fee application | 145.00 | 0.60 | 87.00 |
| 12/12/07 | DEB | Prepare Sixth Fee Application; prepare exhibits thereto | 290.00 | 3.00 | 870.00 |
| 12/12/07 | MPC | Assist in preparing exhibits to 6th fee application | 145.00 | 1.10 | 159.50 |
| **Total Professional Services** | | | | **10.70** | **$2,856.50** |

**Disbursements**

| | |
|---|---|
| Federal Express | 253.83 |
| **Total Disbursements** | **$253.83** |
| **Total Amount Due This Invoice** | **$3,110.33** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318627**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210013US  
Emblem Horn  
Type: UTL  
Client Ref 1: DP-316240

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 12/07/07 | CCB | Prepare Application | 330.00 | 0.50 | 165.00 |
| 12/09/07 | CCB | Prepare Application | 330.00 | 2.50 | 825.00 |
| 12/10/07 | CCB | Prepare Application | 330.00 | 1.50 | 495.00 |
| 12/13/07 | CCB | Revise application | 330.00 | 1.00 | 330.00 |
| 12/14/07 | CCB | Revise application | 330.00 | 2.00 | 660.00 |
| 12/17/07 | CCB | Revise application | 330.00 | 2.00 | 660.00 |
| 12/20/07 | CCB | Prepare Application | 330.00 | 1.00 | 330.00 |

| | | |
| --- | --- | --- |
| **Total Professional Services** | | 3,465.00 |
| **Adjustment** | | (3,465.00) |
| **Total Professional Services** | 10.50 | $0.00 |

**Disbursements**

| | |
| --- | --- |
| Government Fee for Filing a provisional patent application | 210.00 |
| **Total Disbursements** | **$210.00** |
| **Total Amount Due This Invoice** | **$210.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Attn: Douglas Fekete
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007

January 15, 2008
**Invoice No. 318628**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-D210016US
       Infant/Baby Car Seat Belt Tension Sensing Element
       Client Ref 1: DP-315174

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/07 | JFB | Prepare patent application | 255.00 | 0.50 | 127.50 |
| **Total Professional Services** | | | | | **127.50** |
| **Adjustment** | | | | | **(127.50)** |
| **Total Professional Services** | | | | 0.50 | **$0.00** |
| **Total Amount Due This Invoice** | | | | | **$0.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

January 15, 2008  
**Invoice No. 318629**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-D210019AN  
       ANALYSIS CAB DESIGN

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/07 | CCB | Telephone conference with Doug Fekete to review File Wrapper | 330.00 | 0.20 | 66.00 |
| 12/18/07 | CCB | Review Autoliv patent | 330.00 | 0.30 | 99.00 |
| 12/21/07 | CCB | Review file wrapper of U.S. Patent 6,758,490 | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **1.00** | **$330.00** |

**Disbursements**

| | |
|---|---|
| File History | 116.10 |
| **Total Disbursements** | **$116.10** |
| **Total Amount Due This Invoice** | **$446.10** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

January 15, 2008
**Invoice No. 318630**

For Legal Services Rendered through 12/31/07

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30221JPD
Soft-Disable Damping for Electric Power Steering
Client Ref 1: DP-305160

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/07/07 | KJM | Review letter from client and Office Action | 350.00 | 0.20 | 70.00 |
| **Total Professional Services** | | | | 0.20 | **$70.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 26.39 |
| **Total Disbursements** | **$26.39** |
| **Total Amount Due This Invoice** | **$96.39** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318633**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE30330USP  
       LANE KEEPING ENVIRONMENTAL WARNINGS  
       Client Ref 1: DP-316969

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/07 | BD | Prepare Application | 205.00 | 0.40 | 82.00 |
| 12/18/07 | KJM | Review application | 350.00 | 0.50 | 175.00 |
| 12/18/07 | BD | Prepare Application | 205.00 | 1.20 | 246.00 |
| **Total Professional Services** | | | | **2.10** | **$503.00** |
| **Total Amount Due This Invoice** | | | | | **$503.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318659**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30351US2  
System, Method, and Article of Manufacture for Determining a Process Plan for Forming Features in a Part  
Type: UTL  
Serial: 11/302533  
File Date: 12/13/2005  
Client Ref 1: DP-309972

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/07 | JFB | Prepare Appeal Brief | 255.00 | 4.70 | 1,198.50 |
| **Total Professional Services** | | | | 4.70 | $1,198.50 |
| **Total Amount Due This Invoice** | | | | | $1,198.50 |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318635**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30366US  
Variable Effort Steering System with Leads and Pulls Compensation  
Type: UTL  
Serial: 11/122337  
File Date: 05/05/2005  
Client Ref 1: DP-312897

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/07 | VK | Telephone conference with Examiner to schedule interview | 210.00 | 0.10 | 21.00 |
| 12/11/07 | VK | Prepare for interview; conduct interview with Arce-Diaz; draft amendment/response following the interview | 210.00 | 3.10 | 651.00 |
| **Total Professional Services** | | | | 3.20 | $672.00 |
| **Total Amount Due This Invoice** | | | | | $672.00 |