# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

January 15, 2008  
**Invoice No. 318636**

For Legal Services Rendered through 12/31/07

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30368USP  
Marine Steer by Wireless  
Type: UTL  
Serial: 11/349652  
File Date: 02/08/2006  
Client Ref 1: DP313325/DP307433CIP

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/07 | GJO | Prepare Amendment | 265.00 | 1.50 | 397.50 |
| 12/11/07 | GJO | Prepare Amendment | 265.00 | 4.00 | 1,060.00 |
| **Total Professional Services** | | | | 5.50 | **$1,457.50** |
| **Total Amount Due This Invoice** | | | | | **$1,457.50** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321629**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30409US  
MOTOR VELOCITY DEPENDENT DAMPING BLEND FUNCTION  
Client Ref 1: DP-317111

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/04/08 | BD | Revise application | 205.00 | 1.90 | 389.50 |
| 01/04/08 | BD | Revise application | 205.00 | 3.20 | 656.00 |
| 01/07/08 | BD | Revise application | 205.00 | 0.10 | 20.50 |
| 01/08/08 | KJM | Review application | 350.00 | 0.30 | 105.00 |
| 01/14/08 | KJM | Review application | 350.00 | 0.50 | 175.00 |
| **Total Professional Services** | | | | 6.00 | $1,346.00 |
| **Total Amount Due This Invoice** | | | | | $1,346.00 |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321630**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30410US  
       Method to Measure Motor Speed Using Sine and Cosine Position Signals  
       Client Ref 1: DP-317097

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 01/02/08 | BD | Revise provisional application | 205.00 | 0.20 | 41.00 |
| 01/03/08 | BD | Revise provisional application | 205.00 | 1.00 | 205.00 |
| 01/03/08 | BD | Revise provisional application | 205.00 | 1.20 | 246.00 |
| **Total Professional Services** | | | | **2.40** | **$492.00** |

**Disbursements**

| | |
| --- | --- |
| Government Fee for Filing provisional application | 210.00 |
| **Total Disbursements** | **$210.00** |
| **Total Amount Due This Invoice** | **$702.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321631**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30411US  
       HAND WHEEL TORQUE DEPENDENT RETURN FUNCTION  
       Client Ref 1: DP-317354

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/08 | KJM | Review disclosure | 350.00 | 0.50 | 175.00 |
| 01/10/08 | BD | Revise application | 205.00 | 0.50 | 102.50 |
| 01/10/08 | BD | Revise provisional application | 205.00 | 1.10 | 225.50 |
| 01/14/08 | KJM | Review application | 350.00 | 0.50 | 175.00 |
| 01/14/08 | BD | Revise provisional application | 205.00 | 0.50 | 102.50 |
| 01/16/08 | BD | Revise provisional application | 205.00 | 0.30 | 61.50 |
| 01/24/08 | BD | Revise Application | 205.00 | 0.20 | 41.00 |
| 01/25/08 | KJM | Office Conference and conference with client regarding applicaiton | 350.00 | 0.20 | 70.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Total Professional Services** | | | | 3.80 | $953.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing provisional application | 210.00 |
| Federal Express | 23.57 |
| **Total Disbursements** | **$233.57** |
| **Total Amount Due This Invoice** | **$1,186.57** |

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321632**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30412US  
POSITION BASED TORQUE DISTURBANCE REJECTION  
Client Ref 1: DP-316656

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/08 | KJM | Review application material | 350.00 | 0.50 | 175.00 |
| **Total Professional Services** | | | | **0.50** | **$175.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 15.51 |
| **Total Disbursements** | **$15.51** |
| **Total Amount Due This Invoice** | **$190.51** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321633**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30413US  
Electromagnetic Torsion bar for Steering Systems  
Client Ref 1: DP-317243

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/08 | KJM | Review disclosure | 350.00 | 0.50 | 175.00 |
| **Total Professional Services** | | | | 0.50 | $175.00 |

**Disbursements**

| | |
|---|---|
| Federal Express | 25.94 |
| **Total Disbursements** | **$25.94** |
| **Total Amount Due This Invoice** | **$200.94** |



# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra

February 13, 2008  
**Invoice No. 321634**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE40120US  
       Airbag Module with Integral Locking Mechanism and Method of Making  
       Type: UTL  
       Serial: 11/184059  
       File Date: 07/18/2005  
       Client Ref 1: DP-313309

**Professional Services**

| Date     | Initials | Services          | Rate   | Hours | Amount   |
|----------|----------|-------------------|--------|-------|----------|
| 01/22/08 | CCB      | Prepare amendment | 330.00 | 5.10  | 1,683.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,683.00 |
| Adjustment | | (33.00) |
| **Total Professional Services** | 5.10 | $1,650.00 |
| **Total Amount Due This Invoice** | | $1,650.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Chuck Veenstra  

February 13, 2008  
**Invoice No. 321635**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40161AN  
Analysis of ~~Mercedes~~  
Instrument Panels in View  
of ~~Air Engineering~~

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/08 | CCB | Telephone conference with ~~Scott~~ ~~McBain~~ regarding opinions of non-infringement | 330.00 | 0.50 | 165.00 |
| 01/24/08 | CCB | Prepare opinion | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | **1.00** | **$330.00** |
| **Total Amount Due This Invoice** | | | | | **$330.00** |



# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

February 13, 2008  
**Invoice No. 321636**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE40181US  
Wearable Portable Oxygen Concentrator Garment/Oxygen Concentrator Water Separating System  
Client Ref 1: DP-316642

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/25/08 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| 01/25/08 | JFB | Review patent application | 255.00 | 1.00 | 255.00 |
| 01/25/08 | NBT | Prepare Application | 185.00 | 0.50 | 92.50 |
| 01/25/08 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| 01/25/08 | NBT | Correspondence with inventor regarding the application | 185.00 | 0.20 | 37.00 |
| 01/25/08 | CCB | Prepare Application | 330.00 | 1.00 | 330.00 |
| 01/25/08 | NBT | Prepare Application | 185.00 | 1.80 | 333.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 1,245.50 |
| **Adjustment** | | (1,245.50) |
| **Total Professional Services** | 5.10 | **$0.00** |
| **Total Amount Due This Invoice** | | **$0.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: Scott McBain  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy Michigan

February 13, 2008  
**Invoice No. 321637**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE40184US  
METHOD OF CASTOR MANAGEMENT  
Client Ref 1: DP-312827

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/10/08 | CCB | Prepare amendment | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | 0.50 | **$165.00** |
| **Total Amount Due This Invoice** | | | | | **$165.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

February 13, 2008  
**Invoice No. 321639**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE50023US  
       Detent/Actuator Geometry  
       Client Ref 1: DP-316735

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/25/08 | CCB | Prepare Application | 330.00 | 0.50 | 165.00 |
| **Total Professional Services** | | | | 0.50 | **$165.00** |
| **Total Amount Due This Invoice** | | | | | **$165.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Patrick M. Griffin  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007

February 13, 2008  
**Invoice No. 321640**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE50030US  
PLASTIC CABLE REGULATOR RAIL AND CARRIER WITH SNAP-IN PULLEY  
Client Ref 1: DP-316394

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/25/08 | JM | Prepare Application | 190.00 | 1.50 | 285.00 |
| 01/25/08 | JM | Prepare Application | 190.00 | 2.00 | 380.00 |
| **Total Professional Services** | | | | 3.50 | **$665.00** |
| **Total Amount Due This Invoice** | | | | | **$665.00** |

# Cantor Colburn LLP
### Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321641**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80028US  
       Gas Efficient Passenger Airbag Design  
       Type: UTL  
       Client Ref 1: DP-315438

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/15/08 | CCB | Prepare Application | 330.00 | 0.50 | 165.00 |
| 01/25/08 | CCB | Prepare Application | 330.00 | 1.00 | 330.00 |
| 01/25/08 | CCB | Prepare Application | 330.00 | 1.00 | 330.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 825.00 |
| **Adjustment** | | (825.00) |
| **Total Professional Services** | 2.50 | $0.00 |
| **Total Amount Due This Invoice** | | $0.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321642**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80034US  
Tension Sensing Assembly  
Type: UTL  
Serial: 10/829758  
File Date: 04/22/2004  
Client Ref 1: DP-310135

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/08 | CCB | Review issued claims | 330.00 | 0.50 | 165.00 |
| 01/25/08 | CCB | Prepare response to office action | 330.00 | 0.20 | 66.00 |
| **Total Professional Services** | | | | **0.70** | **$231.00** |
| **Total Amount Due This Invoice** | | | | | **$231.00** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321643**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE80051US  
METHOD FOR THE MITIGATION OF HOT SPOTS IN INTEGRATED CIRCUITS CHIP  
Client Ref 1: DP-310887

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 01/02/08 | CCB | Prepare Amendment | 330.00 | 0.40 | 132.00 |
| 01/04/08 | JM | Draft response to the non-final Office Action. | 190.00 | 5.00 | 950.00 |
| 01/07/08 | JM | Draft response to non-final Office Action | 190.00 | 3.50 | 665.00 |
| 01/08/08 | JM | Prepare response to non-final Office Action | 190.00 | 3.50 | 665.00 |
| 01/09/08 | JM | Prepare and finalize response to non-final Office Action | 190.00 | 4.50 | 855.00 |
| 01/25/08 | CCB | Review amendment | 330.00 | 0.50 | 165.00 |
| 01/25/08 | JM | Conference with Attorney Christopher Boehm regarding the response to the Office Action | 190.00 | 0.40 | 76.00 |
| 01/25/08 | CCB | Prepare response to office action | 330.00 | 0.30 | 99.00 |
| 01/25/08 | JM | Amend new claim based upon the conference with Attorney Christopher Boehm | 190.00 | 2.50 | 475.00 |
| 01/25/08 | JM | Prepare Response to the Office Action. | 190.00 | 4.00 | 760.00 |
| 01/25/08 | JM | Finalize the new claims and amend the response pursuant to the new claims. | 190.00 | 2.50 | 475.00 |

| | | |
| --- | --- | --- |
| **Total Professional Services** | | 5,317.00 |
| **Adjustment** | | (3,667.00) |
| **Total Professional Services** | 27.10 | **$1,650.00** |

Delphi Technologies, Inc.  
Attn: Jimmy L. Funke  
P.O. Box 5052  
Troy, MI 48007  

February 13, 2008

**Invoice No. 321643**

CLIENT    Delphi Technologies Inc.

**Total Amount Due This Invoice**                                           $1,650.00

Remittance Address:  
Cantor Colburn LLP  
P.O. Box 33696

Hartford, CT 06150-33696
(860) 286-2929

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321644**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90043US  
Reformate Cold Start Algorithm  
Type: UTL  
Serial: 11/271716  
File Date: 11/09/2005  
Client Ref 1: DP-313340

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 01/14/08 | PJC | Review Advisory Action; review Response | 340.00 | 0.50 | 170.00 |
| 01/16/08 | PJC | Prepare Notice of Appeal | 340.00 | 0.60 | 204.00 |
| **Total Professional Services** | | | | **1.10** | **$374.00** |

**Disbursements**

| | |
| --- | --- |
| Government Fee for Filing Notice of Appeal with 3-month extension of time | 1,050.00 |
| **Total Disbursements** | **$1,050.00** |
| **Total Amount Due This Invoice** | **$1,424.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321645**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:    DEP-DE90101US  
       Measurement of Radiated IR Temperature by Feeoelectric Coercive Field Variation  
       Type: UTL  
       Client Ref 1: DP-315379

**Disbursements**

| | |
|---|---:|
| Drawings | 182.00 |
| **Total Disbursements** | **$182.00** |
| **Total Amount Due This Invoice** | **$182.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321646**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90105US  
Automatic Connectivity Between Consumer Electronic Devices and Automotive System  
Type: UTL  
Serial: 11/733382  
File Date: 04/10/2007  
Client Ref 1: DP-316083

**Disbursements**

| | |
|---|---:|
| Drawings | 117.00 |
| **Total Disbursements** | **$117.00** |
| **Total Amount Due This Invoice** | **$117.00** |