# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321647**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90109US  
Dimensional Tolerance Stack Component and Assembly Compliant Design  
Type: UTL  
Client Ref 1: DP-316068

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/08 | MCC | Prepare Application | 185.00 | 0.10 | 18.50 |
| 01/15/08 | MCC | Review inventor's comments regarding first draft; revise application and figures | 185.00 | 0.50 | 92.50 |
| 01/17/08 | MCC | Telephone conference with Alejandro Moreno regarding revised application and drawings | 185.00 | 0.50 | 92.50 |
| 01/18/08 | MCC | Telephone conference with inventor in regards to issues in receiving amended application and figures for review; make several attempts to send the amended application and figures to inventors for review | 185.00 | 0.60 | 111.00 |
| 01/21/08 | MCC | Conference with inventor in regards to issues in receiving amended figures for review | 185.00 | 0.20 | 37.00 |
| 01/22/08 | MCC | Review filing papers | 185.00 | 0.10 | 18.50 |
| 01/25/08 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| 01/25/08 | CCB | Prepare Application | 330.00 | 0.20 | 66.00 |
| 01/25/08 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| 01/25/08 | MCC | Prepare Application | 185.00 | 0.50 | 92.50 |
| 01/25/08 | MCC | Revise claims per attorney Chris Boehm's suggestions; several conferences with attorney Boehm to discuss and analyze the claims | 185.00 | 1.00 | 185.00 |

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007  

February 13, 2008

**Invoice No. 321647**

CLIENT    Delphi Technologies Inc.  
**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/25/08 | MCC | Revise claims per attorney Chris Boehm's suggestions; revise applications based on changes in claims | 185.00 | 0.50 | 92.50 |
| **Total Professional Services** | | | | | 1,004.00 |
| **Adjustment** | | | | | (1,004.00) |
| **Total Professional Services** | | | | 4.80 | $0.00 |
| **Total Amount Due This Invoice** | | | | | $0.00 |

Remittance Address:  
Cantor Colburn LLP

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321648**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90114US  
       Coating Materials and Coating for [redacted] and Related [redacted]  
       Type: UTL  
       Client Ref 1: DP-315307

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/10/08 | IK | Prepare Application | 130.00 | 9.00 | 1,170.00 |
| **Total Professional Services** | | | | **9.00** | **$1,170.00** |
| **Total Amount Due This Invoice** | | | | | **$1,170.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Paul Marshall  
Legal Staff M/C 480-410-202  
P.O Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321649**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90121US  
       Exhaust NOX,NO2,NO Sensing Method  
       Client Ref 1: DP-315454

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/08 | JFB | Prepare Application | 255.00 | 4.00 | 1,020.00 |
| **Total Professional Services** | | | | **4.00** | **$1,020.00** |
| **Total Amount Due This Invoice** | | | | | **$1,020.00** |

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Hartford   Detroit   Atlanta   Washington, DC

Delphi Technologies, Inc.  
Attn: David P. Wood  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321650**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE90123US  
Method to Fabricate Optimum Gas Sensor Electrode Geometry  
Client Ref 1: DP-316513

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 01/08/08 | IK | Prepare Application | 130.00 | 8.00 | 1,040.00 |
| 01/09/08 | IK | Telephone conference with inventors regarding application | 130.00 | 1.00 | 130.00 |
| 01/09/08 | IK | Prepare Application | 130.00 | 6.00 | 780.00 |
| 01/16/08 | MEG | Draft application | 275.00 | 1.00 | 275.00 |
| 01/17/08 | MEG | Draft draft application | 275.00 | 3.00 | 825.00 |
| 01/17/08 | IK | Prepare Application | 130.00 | 8.50 | 1,105.00 |

| | | |
| --- | --- | --- |
| **Total Professional Services** | | 4,155.00 |
| **Adjustment** | | (2,535.00) |
| **Total Professional Services** | 27.50 | $1,620.00 |

**Disbursements**

| | |
| --- | --- |
| Drawings | 150.00 |
| **Total Disbursements** | **$150.00** |
| **Total Amount Due This Invoice** | **$1,770.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: David P. Wood  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321651**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90124US  
Jacketed Peristal Urea Solution Pumping System  
Client Ref 1: DP-316540

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/08 | CCB | Telephone conference with inventor regarding preparation of patent application | 330.00 | 1.00 | 330.00 |
| 01/03/08 | JM | Review an invention disclosure in preparation for a conference with the Inventor; conference with Attorney Christopher Boehm and the Inventor to discuss the disclosure. | 190.00 | 1.20 | 228.00 |
| 01/08/08 | JM | Research published patent applications and patents for references similar to that of the present invention. | 190.00 | 1.50 | 285.00 |
| 01/22/08 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| **Total Professional Services** | | | | **4.00** | **$942.00** |
| **Total Amount Due This Invoice** | | | | | **$942.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: David P. Wood  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321652**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE90125US  
       Liquid Urea Tank Level Sensing  
       Client Ref 1: DP-317050

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/08 | CCB | Prepare Application | 330.00 | 0.30 | 99.00 |
| 01/24/08 | CCB | Prepare Application | 330.00 | 0.80 | 264.00 |
| **Total Professional Services** | | | | **1.10** | **$363.00** |
| **Total Amount Due This Invoice** | | | | | **$363.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi  
Attn: Thomas Twomey  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007-5052

February 13, 2008  
**Invoice No. 321618**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D200002GA  
       Post-Petition Services

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/15/08 | DEB | Draft 7th Fee Application | 290.00 | 2.00 | 580.00 |
| 01/25/08 | DEB | Respond to inquiry regarding 6th Fee Application | 290.00 | 0.20 | 58.00 |
| **Total Professional Services** | | | | **2.20** | **$638.00** |

**Disbursements**

| | |
|---|---|
| Federal Express | 88.76 |
| **Total Disbursements** | **$88.76** |
| **Total Amount Due This Invoice** | **$726.76** |

# Cantor Colburn LLP
Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321619**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210009US  
       Child Restraint System  
       Type: UTL  
       Serial: 11/222229  
       File Date: 09/08/2005  
       Client Ref 1: DP-312727

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|------|----------|----------|------|-------|--------|
| 01/22/08 | CCB | Review amendment | 330.00 | 0.30 | 99.00 |
| 01/23/08 | JFB | Prepare Response to Office Action | 255.00 | 5.00 | 1,275.00 |
| **Total Professional Services** | | | | 5.30 | $1,374.00 |
| **Total Amount Due This Invoice** | | | | | $1,374.00 |

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321620**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210017US  
Gas Fill Process and Inflator Weld Design Simplification  
Client Ref 1: DP-316511

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/08 | NBT | Prepare Application | 185.00 | 1.50 | 277.50 |
| 01/23/08 | NBT | Prepare Application | 185.00 | 5.50 | 1,017.50 |
| 01/24/08 | NBT | Prepare Application | 185.00 | 8.50 | 1,572.50 |
| 01/25/08 | NBT | Prepare Application | 185.00 | 6.50 | 1,202.50 |
| **Total Professional Services** | | | | **22.00** | **$4,070.00** |
| **Total Amount Due This Invoice** | | | | | **$4,070.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321621**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-D210019AN  
ANALYSIS CAB DESIGN

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/08 | CCB | Review prior Delphi Patent No. 5,730,463 | 330.00 | 0.40 | 132.00 |
| 01/24/08 | CCB | Telephone conference with Mike Schenck regarding curtain airbag design | 330.00 | 0.20 | 66.00 |
| 01/25/08 | CCB | Review file history of U.S. Patent No. 6,758,490 | 330.00 | 0.40 | 132.00 |
| **Total Professional Services** | | | | **1.00** | **$330.00** |
| **Total Amount Due This Invoice** | | | | | **$330.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Attn: Douglas Fekete  
Legal Staff M/C 480-410-202  
P.O. Box 5052  
Troy, MI 48007

February 13, 2008  
**Invoice No. 321622**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-D210021AN  
       Analysis of Various Patents Owne by Toyota

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/08/08 | CCB | Meet with Doug Fekete concerning U.S. Patent Nos. 6,279,941 and 6,530,594 | 330.00 | 0.60 | 198.00 |
| **Total Professional Services** | | | | 0.60 | **$198.00** |
| **Total Amount Due This Invoice** | | | | | **$198.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321623**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30330USP  
LANE KEEPING ENVIRONMENTAL WARNINGS  
Client Ref 1: DP-310533-CIP

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/04/08 | BD | Revise application | 205.00 | 0.50 | 102.50 |
| 01/04/08 | BD | Revise continuation in part application | 205.00 | 1.40 | 287.00 |
| 01/04/08 | BD | Revise continuation in part application | 205.00 | 2.90 | 594.50 |
| 01/07/08 | BD | Revise continuation in part application | 205.00 | 2.60 | 533.00 |
| 01/07/08 | BD | Revise continuation in part application | 205.00 | 2.80 | 574.00 |
| 01/09/08 | BD | Revise Application | 205.00 | 0.40 | 82.00 |
| 01/10/08 | KJM | Prepare application | 350.00 | 0.50 | 175.00 |
| 01/22/08 | BD | Prepare Application | 205.00 | 0.30 | 61.50 |
| 01/25/08 | KJM | Review application | 350.00 | 0.30 | 105.00 |//
| **Total Professional Services** | | | | 11.70 | $2,514.50 |
| **Total Amount Due This Invoice** | | | | | $2,514.50 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

February 13, 2008  
**Invoice No. 321654**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30351US2  
System, Method, and Article of Manufacture for Determining a Process Plan for Forming Features in a Part  
Type: UTL  
Serial: 11/302533  
File Date: 12/13/2005  
Client Ref 1: DP-309972

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/18/08 | JFB | Prepare Appeal Brief | 255.00 | 4.00 | 1,020.00 |
| 01/21/08 | JFB | Prepare Appeal Brief | 255.00 | 4.40 | 1,122.00 |

| | | |
|---|---|---|
| **Total Professional Services** | | 2,142.00 |
| **Adjustment** | | (1,240.00) |
| **Total Professional Services** | 8.40 | $902.00 |

**Disbursements**

| | |
|---|---|
| Government Fee for Filing appeal brief | 510.00 |
| **Total Disbursements** | **$510.00** |
| **Total Amount Due This Invoice** | **$1,412.00** |

# Cantor Colburn LLP

Intellectual Property Attorneys

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321624**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30368USP  
Marine Steer by Wireless  
Type: UTL  
Serial: 11/349652  
File Date: 02/08/2006  
Client Ref 1: DP313325/DP307433CIP

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/24/08 | KJM | Review office action | 350.00 | 0.20 | 70.00 |
| **Total Professional Services** | | | | **0.20** | **$70.00** |
| **Total Amount Due This Invoice** | | | | | **$70.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321625**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30375US2  
Enhanced Digital Process Design Methodology for Process Centric CAD Systems  
Type: UTL  
Serial: 11/224405  
File Date: 09/12/2005  
Client Ref 1: DP-312657

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/08 | KJM | Review office action | 350.00 | 0.30 | 105.00 |
| **Total Professional Services** | | | | **0.30** | **$105.00** |
| **Total Amount Due This Invoice** | | | | | **$105.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford     Detroit     Atlanta     Washington, DC

Delphi Technologies, Inc.                                              February 13, 2008
Legal Staff - M/C 480-410-202                                          **Invoice No. 321626**
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


For Legal Services Rendered  through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.


Re:     DEP-DE30382US
        Position Sensors and Arrays Utilizing Back EMF
        Type: UTL
        Serial: 11/416681
        File Date: 05/03/2006
        Client Ref 1: DP-314169

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/02/08 | KJM | Review response | 350.00 | 0.50 | 175.00 |
| 01/03/08 | BD | Revise response to office action | 205.00 | 0.30 | 61.50 |
| 01/04/08 | BD | Revise response to office action | 205.00 | 0.90 | 184.50 |
| 01/08/08 | KJM | Review office action | 350.00 | 0.20 | 70.00 |
| 01/08/08 | BD | Revise response to office action | 205.00 | 0.40 | 82.00 |
| 01/10/08 | BD | Revise response to office action | 205.00 | 0.40 | 82.00 |
| 01/11/08 | KJM | Review office action | 350.00 | 0.30 | 105.00 |
| 01/11/08 | BD | Revise response to office action | 205.00 | 0.50 | 102.50 |

| | | |
|---|---|---|
| **Total Professional Services** | | 862.50 |
| Adjustment | | (443.50) |
| **Total Professional Services** | 3.50 | $419.00 |
| **Total Amount Due This Invoice** | | $419.00 |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321655**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30395US2  
Lane Change  
Detection and Handling of  
Lane Keeping Torque  
Client Ref 1: DP-315550

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/04/08 | GJO | Prepare Application | 265.00 | 0.50 | 132.50 |
| 01/09/08 | GJO | Prepare Application | 265.00 | 2.00 | 530.00 |
| 01/10/08 | GJO | Prepare Application | 265.00 | 0.50 | 132.50 |

**Total Professional Services**                                795.00

**Adjustment**                                                (400.00)
**Total Professional Services**                      3.00    $395.00

**Disbursements**

| | |
|---|---|
| Government Fee for Filing Utility Application | 310.00 |
| Government Fee for Filing Utility Search Fee | 510.00 |
| Government Fee for Filing Utility Examination Fee | 210.00 |
| **Total Disbursements** | **$1,030.00** |
| **Total Amount Due This Invoice** | **$1,425.00** |

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith

February 13, 2008  
**Invoice No. 321627**

For Legal Services Rendered through 01/25/08

CLIENT:   DEP - Delphi Technologies Inc.

Re:   DEP-DE30407US  
DYNAMIC CLOSED LOOP CONTROL ALGORITHM FOR PM MACHINE USING A CURRENT OBSERVER  
Client Ref 1: DP-312993

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/07/08 | BD | Revise application | 205.00 | 1.50 | 307.50 |
| 01/07/08 | BD | Revise application | 205.00 | 3.00 | 615.00 |
| 01/08/08 | BD | Revise application | 205.00 | 1.30 | 266.50 |
| 01/08/08 | BD | Revise application | 205.00 | 3.50 | 717.50 |
| 01/09/08 | BD | Revise application | 205.00 | 3.20 | 656.00 |
| 01/14/08 | KJM | Review application | 350.00 | 0.50 | 175.00 |

**Total Professional Services**                                      13.00      $2,737.50  
**Total Amount Due This Invoice**                                               $2,737.50

# Cantor Colburn LLP
*Intellectual Property Attorneys*

Hartford    Detroit    Atlanta    Washington, DC

Delphi Technologies, Inc.  
Legal Staff - M/C 480-410-202  
P.O. Box 5052  
Troy, Michigan 48007-5052  
Michael D. Smith  

February 13, 2008  
**Invoice No. 321628**

For Legal Services Rendered through 01/25/08

CLIENT:    DEP - Delphi Technologies Inc.

Re:    DEP-DE30408US  
COUPLING ASM, RING AND ROTOR  
Client Ref 1: DP-316192

**Professional Services**

| Date | Initials | Services | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/04/08 | JEW | Prepare Application | 145.00 | 0.50 | 72.50 |
| 01/07/08 | JEW | Telephone conference with inventor regarding application | 145.00 | 1.00 | 145.00 |
| 01/23/08 | JEW | Prepare Application | 145.00 | 2.50 | 362.50 |
| **Total Professional Services** | | | | **4.00** | **$580.00** |
| **Total Amount Due This Invoice** | | | | | **$580.00** |