Hearing Date and Time: To Be Set By The Court
Objection Deadline: To Be Set By The Court

CANTOR COLBURN LLP

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
20 Church Street, 22nd Floor
Hartford, CT  06103-3207
 (860) 286-2929 (Telephone)
(860) 286-0115 (Facsimile)
Dbruso@cantorcolburn.com (e-mail)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
     In re                                                :   Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :   Case No. 05-44481 (RDD)
                                                          :
                              Debtors.                    :   (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE UPON NOTICE PARTIES**

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and

Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 20th day of January

2010, I served a true and accurate copy of the:

  A. SEVENTH APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED PURSUANT TO 11 U.S.C. §§ 330, 331;

  B. NOTICE OF FILING OF SEVENTH APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED PURSUANT TO 11 U.S.C. §§ 330, 331;

  C. CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST; and

  D. CERTIFICATE OF SERVICE UPON NOTICE PARTIES,

via Federal Express, upon:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Att'n: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York
10022-4802
Att'n: Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York, 10017
Att'n: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York, 10017
Att'n: Marlane Melican, Esq.

Dated: January 20, 2010

                                    RESPECTFULLY SUBMITTED,
                                    CANTOR COLBURN LLP

                                By: /s/Daniel E. Bruso
                                    Daniel E. Bruso (DB-5232)
                                    Cantor Colburn LLP
                                    55 Griffin Road South
                                    Bloomfield, CT  06002
                                    (860) 286-2929 (Telephone)
                                    (860) 2986-0115 (Facsimile)
                                    Dbruso@cantorcolburn.com (e-mail)

                                    Patent Counsel to Delphi Corporation *et al.*,
                                    Debtors and Debtors-in-Possession