**Hearing Date and Time: To Be Set By The Court**
**Objection Deadline: To Be Set By The Court**

CANTOR COLBURN LLP
CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
20 Church Street, 22nd Floor
Hartford, CT  06103-3207
 (860) 286-2929 (Telephone)
(860) 286-0115 (Facsimile)
Dbruso@cantorcolburn.com (e-mail)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
    In re                             :   Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :   Case No. 05-44481 (RDD)
                                      :
                Debtors.              :   (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST**

A. I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 20th day of January 2010, I served a true and accurate copy of Cantor Colburn LLP's NOTICE OF FILING OF SEVENTH APPLICATION OF CANTOR

COLBURN LLP FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED PURSUANT TO 11 U.S.C. §§ 330, 331, via electronic mail, upon all of the persons identified the Delphi Corporation Master Service List or the Delphi Corporation 2002 List, as they existed on January 20, 2010 on www.delphidocket.com.

Dated: January 20, 2010

          RESPECTFULLY SUBMITTED,
          CANTOR COLBURN LLP


          By:  /s/Daniel E. Bruso
          Daniel E. Bruso (DB-5232)
          Cantor Colburn LLP
          55 Griffin Road South
          Bloomfield, CT  06002
          (860) 286-2929 (Telephone)
          (860) 2986-0115 (Facsimile)
          Dbruso@cantorcolburn.com (e-mail)

          Patent Counsel to Delphi Corporation *et al.*,
          Debtors and Debtors-in-Possession