**Hearing Date and Time: To Be Set By The Court**
**Objection Deadline: To Be Set By The Court**

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
20 Church Street, 22nd Floor
Hartford, CT  06103-3207
 (860) 286-2929 (Telephone)
(860) 286-0115 (Facsimile)
Dbruso@cantorcolburn.com (e-mail)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :       Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :       Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :       (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF FILING OF SEVENTH APPLICATION OF CANTOR COLBURN LLP**
**FOR ALLOWANCE OF INTERIM AND FINAL COMPENSATION FOR SERVICES**
**RENDERED AND EXPENSES INCURRED PURSUANT TO 11 U.S.C. §§ 330, 331**

PLEASE TAKE NOTICE that on January 20, 2010, Cantor Colburn LLP (Cantor

Colburn"), patent counsel to Delphi Corporation, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), filed the Seventh Application of Cantor Colburn

LLP For Allowance Of Interim And Final Compensation For Services Rendered And Expenses

Incurred Pursuant To 11 U.S.C. §§ 330, 331 (the "Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the

Application will be held at a time and date to be set by the Court before the Honorable Robert D.

Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must (a)

be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy

Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 330 and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals (the "Guidelines") (c) be filed with the Bankruptcy Court in accordance with

General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing

system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk

(preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based

word processing format), (d) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, (e) be served upon Daniel E.

Bruso, Esq., Cantor Colburn LLP, 55 Griffin Road South, Bloomfield, CT  06002; and (f) be

served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General

Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West

Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for

the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425

Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the

agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New

2

York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of

Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022

(Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New

York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than 4:00 p.m.

(Prevailing Eastern Time) on June 19, 2007 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein

and in accordance with the Guidelines will be considered by the Bankruptcy Court at the

Hearing.  If no objections to the Motion are timely filed and served in accordance with the

procedures set forth herein and in the Guidelines, the Bankruptcy Court may enter an order

granting the Motion without further notice.

Dated: January 20, 2010

RESPECTFULLY SUBMITTED,
CANTOR COLBURN LLP


By:   /s/Daniel E. Bruso
        Daniel E. Bruso (DB-5232)
        Cantor Colburn LLP
        55 Griffin Road South
        Bloomfield, CT  06002
        (860) 286-2929 (Telephone)
        (860) 2986-0115 (Facsimile)
        Dbruso@cantorcolburn.com (e-mail)

        Patent Counsel to Delphi Corporation *et al.*,
        Debtors and Debtors-in-Possession

3