BLAKE, CASSELS & GRAYDON LLP
Box 25, Commerce Court West
199 Bay Street, 28th Floor
Toronto, Ontario  M5L 1A9
Attention:    Susan M. Grundy
Telephone:    416-863-2572

Canadian Counsel for Delphi Corporation et al.,
        Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:    800-718-5305
International:  248-813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u> | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE OF FINAL FEE APPLICATION OF
BLAKE, CASSELS & GRAYDON LLP**

        I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated

November 4, 2005, as amended (collectively, the "Interim Compensation Order"), I served the

Final Fee Application of Blake, Cassels & Graydon LLP as Canadian Counsel for Debtors for

Allowance and Payment of Compensation and Reimbursement of Expenses Under 11 U.S.C. §§

330 and 331 (the "Fee Application") by sending copies on January 19, 2010 by United Parcel

Service for overnight delivery to the Notice Parties, as defined in the Interim Compensation

Order, at the addresses listed on Schedule "A" hereto.

- 1 -

I further certify that, pursuant to the Interim Compensation Order, notice of the filing of the Fee Application has been provided, via electronic mail or regular lettermail where an e-mail address was not provided, to the "Master Service List" and the "2002 List" listed in the database on the Delphi legal information website (www.dphholdingsdocket.com) as of the date hereof.


Dated:        Toronto, Ontario
              January 19, 2010


                        **BLAKE, CASSELS & GRAYDON LLP**
                        Canadian Counsel for Delphi Corporation, et al.,
                        Debtors and Debtors in Possession

                        Per:    _Nancy Thompson_
                        Name: Nancy Thompson, Law Clerk
                                Box 25, Commerce Court West
                                199 Bay Street
                                Toronto, Ontario  M5L 1A9
                                Telephone:  416-863-2437
                                Facsimile:  416-863-2563
                                Email:      nancy.thompson@blakes.com

## SCHEDULE "A"

## NOTICE PARTIES

| | |
|---|---|
| DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, MI, 48098<br>Attention: David M. Sherbin<br>John Brooks | DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, MI, 48098<br>Attention: John D. Sheehan |
| Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY, 10004<br>Attention: Brian S. Masumoto | Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL, 60606<br>Attention: John Wm. Butler<br>John K. Lyons<br>Ron E. Meisler |
| Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY, 10017<br>Attention: Kenneth S. Ziman<br>Robert H. Trust | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY, 10022-4802<br>Attention: Robert J. Rosenberg, Esq. |
| Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attention: Donald Bernstein<br>Brian M. Resnick | SABIC Innovative Plastics<br>9930 Kincey Avenue<br>Huntersville, NC, 28078<br>Attention: Valeria Venable<br>Credit Manager |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square, P.O. Box 300<br>New York, NY  10036<br>Attention: Kayalyn A. Marafioti | |