UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In re :                                                  :        Chapter 11
                                                         :
    DPH HOLDINGS CORP., et al.,           :        Case No. 05-44481 (RDD)
                                                         :
                    Debtors. :        (Jointly Administered)
                                                         :
---------------------------------------------------------x

### ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

      Upon the motion of A. Spencer Gilbert III, for admission to practice, *pro hac vice,* in this bankruptcy case, it is hereby

      ORDERED, that A. Spencer Gilbert III is admitted to practice, *pro hac vice,* in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated:    January 21, 2010
            White Plains, New York

                                                  /s/Robert D. Drain
                                                  UNITED STATES BANKRUPTCY JUDGE