**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------
                                                                            )
In re                                                                       ) Chapter 11
                                                                            )
DELPHI CORPORATION, et al                         ) Case No. 05-44481 (RDD)
                                                                            )
Debtors.                                                               ) Jointly Administered
                                                                            )
-----------------------------------------------------------

**SIXTH INTERIM FEE APPLICATION FOR PRICEWATERHOUSECOOPERS LLP**
**FOR THE PERIOD OCTOBER 1, 2007 THROUGH JANUARY 25, 2008**

## SUMMARY OF EXHIBITS

Exhibit A  -  Certification of Brian D. Decker.

Exhibit B  -  Retention Order dated June 21, 2006 authorizing the employment and retention of PricewaterhouseCoopers LLP to provide certain Sarbanes-Oxley Compliance, Tax and Financial Planning and Other General Tax Consulting Services to the Debtors; and Supplemental Retention Order dated January 17, 2007 expanding the scope of retention for the due diligence project.

**Fixed Fee Services**

Exhibit C  -  Invoices for the Fixed Fee - Executive Personal Financial Planning Services

Exhibit D  -  Invoices for the WNTS Services

**Hourly Fee Services**

Exhibit E  -  Summary of Hours, Billing Rate and Fees by Professional

Exhibit F  -  Project Category Fees, Subcategories and Task Codes

Exhibit G  -  Daily Time Detail by Category and Professional

Exhibit H  -  Summary and Detail of Expenditures by Professional

Exhibit  I -   Rate Schedule