# PRICEWATERHOUSECOOPERS

|  |  |
|---|---|
| January 18, 2008 | **PAYMENT DUE UPON RECEIPT** <br> **INVOICE NUMBER : 1030998140-4** |
|  | **SEND CHECK PAYMENT TO:** <br> PricewaterhouseCoopers LLP <br> P.O. Box 75647 <br> Chicago, IL  60675-5647 |
| Mr. James P. Whitson <br> Chief Tax Officer <br> Delphi Automotive <br> World Headquarters <br> 5725 Delphi Drive <br> Troy, MI  48098-2815 <br> USA | **WIRE TRANSFER INSTRUCTIONS:** <br> Citibank NA, New York, NY <br> Account #: 30408437 <br> ABA #: 021000089 or Swift #: CITIUS33 <br> **To Credit: PricewaterhouseCoopers LLP** <br><br> PwC TAX ID #: 134008324 <br> PwC D&B #: 00-186-37-94 |

| | |
|---|---:|
| For professional services rendered covering the period December 1, 2007 through December 31, 2007 for Washington National Tax Services (WNTS) retainer activities. Specific services included membership, activities or materials with respect to the Tax Study Group (TSG), the Coalition for Analysis and Study of Territorial Taxation (CASTT), the Washington Tax Service (WTS), and the International Tax Policy Forum (ITPF). | $    6,000.00 |
| **Total Invoice** | $    6,000.00 |

For questions, contact: Donald Longano at (202) 414-1647, don.longano@us.pwc.com

WBS 0.0022568.001

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030998140**
**Client Account Number: 3858**

# PricewaterhouseCoopers

November 29, 2007

**PAYMENT DUE UPON RECEIPT**
**INVOICE NUMBER : 1030964286-5**

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 75647
Chicago, IL  60675-5647

Mr. James P. Whitson
Chief Tax Officer
Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, MI  48098-2815
USA

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

| | |
|---|---:|
| For professional services rendered covering the period September 1, 2007 through October 31, 2007 for Washington National Tax Services (WNTS) retainer activities. Specific services included membership, activities or materials with respect to the Tax Study Group (TSG), the Coalition for Analysis and Study of Territorial Taxation (CASTT), the Washington Tax Service (WTS), and the International Tax Policy Forum (ITPF). | $   12,000.00 |
| **Total Invoice** | $   12,000.00 |

For questions, contact: Donald Longano at (202) 414-1647, don.longano@us.pwc.com

WBS 0.0022568.001

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030964286**
**Client Account Number: 3858**

# PRICEWATERHOUSECOOPERS

|  |  |
|---|---|
| December 11, 2007 | **PAYMENT DUE UPON RECEIPT** <br> **INVOICE NUMBER : 1030973153-6** |
|  | **SEND CHECK PAYMENT TO:** <br> PricewaterhouseCoopers LLP <br> P.O. Box 75647 <br> Chicago, IL  60675-5647 |
| Mr. James P. Whitson <br> Chief Tax Officer <br> Delphi Automotive <br> World Headquarters <br> 5725 Delphi Drive <br> Troy, MI  48098-2815 <br> USA | **WIRE TRANSFER INSTRUCTIONS:** <br> Citibank NA, New York, NY <br> Account #: 30408437 <br> ABA #: 021000089 or Swift #: CITIUS33 <br> **To Credit: PricewaterhouseCoopers LLP** <br><br> PwC TAX ID #: 134008324 <br> PwC D&B #: 00-186-37-94 |

| | | |
|---|---|---:|
| For professional services rendered covering the period November 1, 2007 through November 30, 2007 for Washington National Tax Services (WNTS) retainer  activities. Specific services included membership, activities or  materials with respect to the Tax Study Group (TSG), the Coalition for Analysis and Study of Territorial Taxation (CASTT), the Washington Tax  Service (WTS), and the International Tax Policy Forum (ITPF). | $ | 6,000.00 |
| **Total Invoice** | $ | 6,000.00 |

For questions, contact: Donald Longano at (202) 414-1647, don.longano@us.pwc.com

WBS 0.0022568.001

**TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:**

**Invoice Number: 1030973153**
**Client Account Number: 3858**