**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---:|---:|---:|
| **Sarbanes-Oxley 404 Services** | | | | | | |
| Partner | Bucrek, James | Contract Admin Specialist | United States | 0.6 | $540 | $324.00 |
| | Decker, Brian | Standard | United States | 178.2 | $420 | $74,844.00 |
| | Decker, Brian | Standard | United States | -115.6 | $390 | ($45,084.00) |
| | Erickson, Dave | Standard | United States | -70.3 | $390 | ($27,417.00) |
| | Erickson, Dave | Standard | United States | 106.4 | $420 | $44,688.00 |
| | Erickson, Dave | Technology Specialist | United States | -22.0 | $430 | ($9,460.00) |
| | Erickson, Dave | Technology Specialist | United States | 58.0 | $450 | $26,100.00 |
| | Erickson, David | Standard | United States | -47.5 | $390 | ($18,525.00) |
| | Erickson, David | Standard | United States | 47.5 | $420 | $19,950.00 |
| | Gollo, Rogerio | Standard | Brazil | 1.6 | $370 | $592.00 |
| | Gollo, Rogerio | Standard | Brazil | -1.6 | $350 | ($560.00) |
| | Ramirez, Adolfo | Tax Specialist | Mexico | 1.0 | $470 | $470.00 |
| | Xu, Jasper | Tax Specialist | China | 1.0 | $470 | $470.00 |
| **Total - Partner** | | | | **137.3** | | **$66,392.00** |
| Director | Brown, Anastasia | Standard | United States | -4.0 | $260 | ($1,040.00) |
| | Brown, Anastasia | Standard | United States | 4.0 | $280 | $1,120.00 |
| | Brown, Stasi | Standard | United States | -283.3 | $260 | ($73,658.00) |
| | Brown, Stasi | Standard | United States | 313.5 | $280 | $87,780.00 |
| | Herbst, Shannon | Standard | United States | -218.2 | $260 | ($56,732.00) |
| | Herbst, Shannon | Standard | United States | 632.3 | $280 | $177,044.00 |
| | Lane, Chris | Technology Specialist | United States | 70.0 | $380 | $26,600.00 |
| | Lane, Chris | Technology Specialist | United States | -70.0 | $360 | ($25,200.00) |
| | Lane, Christopher | Technology Specialist | United States | 95.5 | $380 | $36,290.00 |
| | Lane, Christopher | Technology Specialist | United States | -52.5 | $360 | ($18,900.00) |
| | Osterman, Scott | Standard | United States | -31.2 | $260 | ($8,099.00) |
| | Osterman, Scott | Standard | United States | 31.2 | $280 | $8,722.00 |
| | Osterman, Scott | Technology Specialist | United States | -168.1 | $360 | ($60,516.00) |
| | Osterman, Scott | Technology Specialist | United States | 438.9 | $380 | $166,782.00 |
| | Perkins, Daniel | Treasury Specialist | United States | -56.5 | $360 | ($20,340.00) |
| | Perkins, Daniel | Treasury Specialist | United States | 56.5 | $380 | $21,470.00 |
| | Peterson, Michael | Project Mgmt Specialist | United States | 32.9 | $340 | $11,186.00 |
| | Peterson, Michael | Project Mgmt Specialist | United States | -36.7 | $320 | ($11,744.00) |
| | Powell, Thomas | Standard | United States | 4.1 | $260 | $1,066.00 |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|----------|------|------|-------------|-------|------|-------|
| Director | Sanders, Nicholas | Standard | United States | 1.3 | $260 | $338.00 |
| | Schmitz, Karin | Tax Specialist | United States | 38.9 | $330 | $12,837.00 |
| | Signor, Melissa | Tax Specialist | France | 43.0 | $330 | $14,190.00 |
| | Stevens, Charles | Standard | United States | 2.3 | $260 | $598.00 |
| | VanGorder, Kimberly | Standard | United States | -309.6 | $260 | ($80,496.00) |
| | VanGorder, Kimberly | Standard | United States | 431.1 | $280 | $120,708.00 |
| | Wojdyla, Dennis | Standard | United States | -210.5 | $260 | ($54,730.00) |
| | Wojdyla, Dennis | Standard | United States | 304.7 | $280 | $85,316.00 |
| **Total - Director** | | | | **1,059.6** | | **$360,592.00** |
| Sr Manager | Cao, Tracy | Tax Specialist | China | 8.0 | $330 | $2,640.00 |
| | Gandee, Dave | Standard | United Kingdom | 4.4 | $315 | $1,386.00 |
| | Gnesin, Adam | Standard | United States | 3.1 | $260 | $806.00 |
| | Jeong, Myeongjin | Tax Specialist | Korea | 4.0 | $330 | $1,320.00 |
| | Kosner, Frank | Tax Specialist | Germany | 13.9 | $330 | $4,587.00 |
| | Ricardez, Elvira | Standard | Mexico | 26.3 | $240 | $6,312.00 |
| | Ricardez, Elvira | Standard | Mexico | -26.3 | $225 | ($5,917.50) |
| | Ricardez, Elvira | Tax Specialist | Mexico | 8.0 | $330 | $2,640.00 |
| | Siqueira, Luiz (SR) | Standard | Brazil | -15.1 | $250 | ($3,775.00) |
| | Siqueira, Luiz (SR) | Standard | Brazil | 15.1 | $265 | $4,001.50 |
| **Total - Sr Manager** | | | | **41.4** | | **$14,000.00** |
| Manager | Arif, Hafiz | Standard | United Kingdom | 20.9 | $215 | $4,482.75 |
| | Barrios, Joaquin | Standard | United States | -127.0 | $280 | ($35,560.00) |
| | Barrios, Joaquin | Standard | United States | 127.0 | $295 | $37,465.00 |
| | Braman, Brandon | Standard | United States | 235.8 | $180 | $42,435.00 |
| | Braman, Brandon | Standard | United States | -158.0 | $165 | ($26,061.75) |
| | Braman, Brandon | Standard | United States | 65.2 | $140 | $9,128.00 |
| | Delaunay, Helene | Standard | France | 74.5 | $215 | $16,017.50 |
| | Delaunay, Helene | Standard | France | -74.5 | $200 | ($14,900.00) |
| | Fisher, Tamara | Project Mgmt Specialist | United States | 374.3 | $295 | $110,418.50 |
| | Fisher, Tamara | Project Mgmt Specialist | United States | -367.4 | $280 | $102,872.00) |
| | Galang, Jennifer | Tax Specialist | United States | 3.0 | $230 | $690.00 |
| | Johnson, Theresa | Standard | United States | -93.0 | $165 | ($15,345.00) |
| | Johnson, Theresa | Standard | United States | 198.4 | $180 | $35,712.00 |
| | Kus, Vitezslav | Standard | Czech Republic | 263.7 | $190 | $50,103.00 |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Manager | Kus, Vitezslav | Standard | Czech Republic | -263.7 | $175 | ($46,147.50) |
| | Laforest, Randy | Standard | United States | -381.0 | $165 | ($62,865.00) |
| | Laforest, Randy | Standard | United States | 381.0 | $180 | $68,580.00 |
| | Lakshman, Chandrasekar | Standard | India | 66.1 | $130 | $8,593.00 |
| | Lakshman, Chandrasekar | Standard | India | -44.0 | $120 | ($5,280.00) |
| | Leiger, Steven | Standard | United States | 387.8 | $180 | $69,795.00 |
| | Leiger, Steven | Standard | United States | -74.7 | $165 | ($12,325.50) |
| | Lewis, Erik | Project Mgmt Specialist | United States | 2.3 | $280 | $644.00 |
| | Navarro, Paola | Standard | United States | 522.1 | $180 | $93,969.00 |
| | Navarro, Paola | Standard | United States | -132.9 | $165 | ($21,928.50) |
| | Orf, Darren | Project Mgmt Specialist | United States | 452.3 | $295 | $133,428.50 |
| | Orf, Darren | Project Mgmt Specialist | United States | -452.3 | $280 | $126,644.00) |
| | Parakh, Siddarth | Standard | United States | 932.1 | $180 | $167,778.00 |
| | Parakh, Siddarth | Standard | United States | -745.5 | $165 | $123,007.50) |
| | pascu, hedy | Standard | Romania | -7.8 | $175 | ($1,365.00) |
| | pascu, hedy | Standard | Romania | 7.8 | $190 | $1,482.00 |
| | Reed, Brian | Standard | United States | -74.9 | $165 | ($12,358.50) |
| | Reed, Brian | Standard | United States | 76.4 | $180 | $13,752.00 |
| | Rhodes, Carol | Standard | United States | -54.5 | $165 | ($8,992.50) |
| | Rhodes, Carol | Standard | United States | 63.7 | $180 | $11,466.00 |
| | Rogge, Horst | Standard | Germany | -186.0 | $200 | ($37,190.00) |
| | Rogge, Horst | Standard | Germany | 186.0 | $215 | $39,979.25 |
| | Rohrbach, Hans-Dirk | Standard | Germany | 62.4 | $215 | $13,416.00 |
| | Rohrbach, Hans-Dirk | Standard | Germany | -62.4 | $200 | ($12,480.00) |
| | Sadaghiyani, Jamshid | Standard | United States | -556.7 | $165 | ($91,855.50) |
| | Sadaghiyani, Jamshid | Standard | United States | 749.1 | $180 | $134,838.00 |
| | Scalbert, Jean-max | Standard | France | 86.5 | $215 | $18,597.50 |
| | Scalbert, Jean-max | Standard | France | -74.5 | $200 | ($14,900.00) |
| | Scalbert, Jean-max | Tax Specialist | France | 12.5 | $230 | $2,875.00 |
| | Schulte, Markus | Tax Specialist | Germany | 54.3 | $230 | $12,489.00 |
| | Smith, Andrea | Bankruptcy Specialist | United States | 269.6 | $360 | $97,056.00 |
| | Sydon, Marcus | Standard | Germany | -11.9 | $200 | ($2,370.00) |
| | Sydon, Marcus | Standard | Germany | 11.9 | $215 | $2,547.75 |
| | Taylor, Todd | Standard | United States | -2.4 | $165 | ($396.00) |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---:|---:|---:|
| Manager | Taylor, Todd | Standard | United States | 5.0 | $180 | $900.00 |
| | Tee, Alvin | Standard | China | 60.0 | $190 | $11,400.00 |
| | Tee, Alvin | Standard | China | -60.0 | $175 | ($10,500.00) |
| | Vangorder, Kimberly | Standard | United States | 331.7 | $180 | $59,706.00 |
| | Vangorder, Kimberly | Standard | United States | -331.7 | $165 | ($54,730.50) |
| | Weir, Diane | Standard | United States | -64.1 | $165 | ($10,576.50) |
| | Weir, Diane | Standard | United States | 66.9 | $180 | $12,042.00 |
| **Total - Manager** | | | | **1,749.3** | | **$431,134.50** |
| Sr Associate | Anderson, Michael | Treasury Specialist | United States | -36.0 | $220 | ($7,920.00) |
| | Anderson, Michael | Treasury Specialist | United States | 36.0 | $235 | $8,460.00 |
| | Bailey, Jonafel | Standard | United States | -840.6 | $130 | $109,271.50) |
| | Bailey, Jonafel | Standard | United States | 923.6 | $140 | $129,297.00 |
| | Bailey, Jonafel | Technology Specialist | United States | -12.0 | $200 | ($2,400.00) |
| | Bailey, Jonafel | Technology Specialist | United States | 12.0 | $230 | $2,760.00 |
| | Barbos, Alexandru | Standard | Romania | -9.3 | $90 | ($837.00) |
| | Barbos, Alexandru | Standard | Romania | 9.3 | $100 | $930.00 |
| | Beaver, William | Standard | United States | 95.3 | $140 | $13,342.00 |
| | Beaver, William | Standard | United States | -95.3 | $130 | ($12,389.00) |
| | Bhushan, Amitesh | Standard | United States | -91.7 | $120 | ($11,004.00) |
| | Bhushan, Amitesh | Standard | United States | 91.7 | $130 | $11,921.00 |
| | Braman, Brandon | Standard | United States | -299.1 | $130 | ($38,883.00) |
| | Braman, Brandon | Standard | United States | 233.9 | $140 | $32,746.00 |
| | Byrne, William | Standard | United States | 1.3 | $120 | $156.00 |
| | Chigariro, Shungu | Project Mgmt Specialist | United States | 0.4 | $215 | $86.00 |
| | Cooper, Katherine | Standard | United States | 6.0 | $230 | $1,380.00 |
| | Cummins, Nathan | Technology Specialist | United States | 423.1 | $230 | $97,301.50 |
| | Dada, Kolade | Standard | United States | -462.6 | $120 | ($55,512.00) |
| | Dada, Kolade | Standard | United States | 540.6 | $130 | $70,278.00 |
| | Das, Priyaranjan | Standard | India | 105.4 | $65 | $6,851.00 |
| | Dlouhy, Tomas | Standard | Czech Republic | 193.0 | $145 | $27,985.00 |
| | Dlouhy, Tomas | Standard | Czech Republic | -193.0 | $135 | ($26,055.00) |
| | Escandon, Leopoldo | Standard | Mexico | -94.3 | $95 | ($8,958.50) |
| | Escandon, Leopoldo | Standard | Mexico | 94.3 | $105 | $9,901.50 |
| | Escandon, Leopoldo | Tax Specialist | Mexico | 20.0 | $155 | $3,100.00 |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Sr Associate | Fabre, Frederic | Standard | France | -154.0 | $160 | ($24,640.00) |
| | Fabre, Frederic | Standard | France | 154.0 | $175 | $26,950.00 |
| | Franklin, Stephanie | Standard | United States | -926.8 | $130 | $120,484.00) |
| | Franklin, Stephanie | Standard | United States | 1,109.6 | $140 | $155,337.00 |
| | Gutierrez, Gildardo | Standard | Mexico | -78.2 | $95 | ($7,429.00) |
| | Gutierrez, Gildardo | Standard | Mexico | 78.2 | $105 | $8,211.00 |
| | Gutierrez, Jaime | Standard | United States | -64.0 | $120 | ($7,680.00) |
| | Gutierrez, Jaime | Standard | United States | 64.0 | $130 | $8,320.00 |
| | Haag, Isabel | Tax Specialist | Germany | 73.1 | $155 | $11,330.50 |
| | Harding, Tanika | Standard | United States | 6.7 | $120 | $804.00 |
| | Hermann, Lisa | Standard | United States | 1.0 | $120 | $120.00 |
| | Johnson, Walter | Standard | United States | -10.0 | $120 | ($1,200.00) |
| | Johnson, Walter | Standard | United States | 10.0 | $130 | $1,300.00 |
| | Kim, Hyangiung | Tax Specialist | Korea | 20.0 | $155 | $3,100.00 |
| | King, Langdon | Technology Specialist | United States | -411.0 | $200 | ($82,190.00) |
| | King, Langdon | Technology Specialist | United States | 488.9 | $230 | $112,435.50 |
| | Laforest, Randy | Standard | United States | -159.3 | $120 | ($19,116.00) |
| | Laforest, Randy | Standard | United States | 159.3 | $130 | $20,709.00 |
| | Leiger, Steven | Standard | United States | 0.0 | $130 | $0.00 |
| | MacKenzie, Nicole | Bankruptcy Specialist | United States | 415.3 | $260 | $107,978.00 |
| | Manjarrez, Brian | Standard | Mexico | -78.9 | $95 | ($7,490.75) |
| | Manjarrez, Brian | Standard | Mexico | 78.9 | $105 | $8,279.25 |
| | Martin, Arnaud | Standard | France | -140.0 | $160 | ($22,400.00) |
| | Martin, Arnaud | Standard | France | 140.0 | $175 | $24,500.00 |
| | Martin, Arnaud | Tax Specialist | France | 8.0 | $155 | $1,240.00 |
| | Mayr, Christian | Standard | Germany | 37.1 | $175 | $6,492.50 |
| | Mayr, Christian | Standard | Germany | -37.1 | $160 | ($5,936.00) |
| | Mccoll, Lori | Standard | United States | 2.3 | $120 | $276.00 |
| | McIlvain, Bridget | Standard | United States | 9.4 | $120 | $1,128.00 |
| | Mcilvain, Bridget | Standard | United States | 12.9 | $130 | $1,677.00 |
| | Meekins, Curtis | Standard | United States | 0.0 | $120 | $0.00 |
| | Meekins, Curtis | Standard | United States | 27.0 | $130 | $3,510.00 |
| | Navarro, Paola | Standard | United States | -323.5 | $120 | ($38,820.00) |
| | Navarro, Paola | Standard | United States | 323.5 | $130 | $42,055.00 |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|----------|------|------|--------------|-------|------|-------|
| Sr Associate | Orf, Anne | Standard | United States | -59.3 | $120 | ($7,116.00) |
| | Orf, Anne | Standard | United States | 60.3 | $130 | $7,839.00 |
| | Parulekar, Bharat | Standard | India | 239.5 | $65 | $15,567.50 |
| | Parulekar, Bharat | Standard | India | -159.0 | $60 | ($9,540.00) |
| | Razo, Sergio | Standard | Czech Republic | -208.5 | $135 | ($28,147.50) |
| | Razo, Sergio | Standard | Czech Republic | 208.5 | $145 | $30,232.50 |
| | Reimondini, Sandro | Standard | Brazil | -1.2 | $100 | ($120.00) |
| | Reimondini, Sandro | Standard | Brazil | 1.2 | $105 | $126.00 |
| | Rivera, Jose | Standard | Mexico | 32.1 | $105 | $3,365.25 |
| | Rivera, Jose | Standard | Mexico | -32.1 | $95 | ($3,044.75) |
| | Ruff, Nic | Standard | United States | 5.2 | $120 | $624.00 |
| | Salato, Nicolas | Standard | France | -141.0 | $160 | ($22,560.00) |
| | Salato, Nicolas | Standard | France | 153.5 | $175 | $26,862.50 |
| | Santa Rosa, William | Standard | United States | 3.4 | $120 | $408.00 |
| | Siansi, Cleberson | Standard | United States | 873.5 | $140 | $122,283.00 |
| | Siansi, Cleberson | Standard | United States | -770.9 | $130 | $100,210.50) |
| | Skarpa, Radim | Standard | Czech Republic | 94.2 | $145 | $13,659.00 |
| | Skarpa, Radim | Standard | Czech Republic | -94.2 | $135 | ($12,717.00) |
| | Soulier, Stephanie | Tax Specialist | France | 20.0 | $155 | $3,100.00 |
| | Stefanik, Peter | Standard | Czech Republic | 158.8 | $145 | $23,018.75 |
| | Stefanik, Peter | Standard | Czech Republic | -158.8 | $135 | ($21,431.25) |
| | Thiel, Nicole | Tax Specialist | United States | 2.5 | $155 | $387.50 |
| | Thomas, Rance | Standard | United States | 558.9 | $130 | $72,657.00 |
| | Thomas, Rance | Standard | United States | -388.1 | $120 | ($46,572.00) |
| | Turo, Rose | Standard | United States | 0.6 | $120 | $72.00 |
| | Wang, Jing | Standard | United States | 1.3 | $120 | $156.00 |
| | Weigt, Bjoern | Standard | Germany | -102.8 | $160 | ($16,440.00) |
| | Weigt, Bjoern | Standard | Germany | 102.8 | $175 | $17,981.25 |
| | Weiss, Matthew | Standard | United States | -9.0 | $120 | ($1,080.00) |
| | Weiss, Matthew | Standard | United States | 9.0 | $130 | $1,170.00 |
| | Woods, Kristy | Bankruptcy Specialist | United States | 283.7 | $260 | $73,762.00 |
| | Yang, Emily | Tax Specialist | China | 20.0 | $155 | $3,100.00 |
| **Total - Sr Associate** | | | | **2,192.4** | | **$499,024.25** |
| Associate | Abrman, Tomas | Standard | Czech Republic | -219.2 | $105 | ($23,016.00) |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Associate | Abrman, Tomas | Standard | Czech Republic | 219.2 | $115 | $25,208.00 |
| | Agarwal, Manish | Standard | India | -182.0 | $50 | ($9,100.00) |
| | Agarwal, Manish | Standard | India | 182.0 | $55 | $10,010.00 |
| | Bann, Courtney | Standard | United States | -327.1 | $110 | ($35,981.00) |
| | Bann, Courtney | Standard | United States | 352.1 | $120 | $42,252.00 |
| | Beasley, Rashida | Standard | United States | -150.3 | $110 | ($16,533.00) |
| | Beasley, Rashida | Standard | United States | 150.9 | $120 | $18,108.00 |
| | Bhandari, Chirag | Standard | United States | 32.2 | $105 | $3,381.00 |
| | Bhandari, Chirag | Standard | United States | -32.2 | $95 | ($3,059.00) |
| | Bieterman, Caren | Standard | United States | 2.2 | $95 | $209.00 |
| | Cummins, Nathan | Technology Specialist | United States | -376.3 | $165 | ($62,081.25) |
| | Cummins, Nathan | Technology Specialist | United States | 534.0 | $185 | $98,780.75 |
| | Czerney, Kevin | Standard | United States | 3.5 | $95 | $332.50 |
| | Davis, Danielle | Standard | United States | -58.9 | $95 | ($5,590.75) |
| | Davis, Danielle | Standard | United States | 58.9 | $105 | $6,179.25 |
| | DiCicco, Jaclyn | Standard | United States | -72.8 | $95 | ($6,916.00) |
| | DiCicco, Jaclyn | Standard | United States | 72.8 | $105 | $7,644.00 |
| | Doherty, Lisa | Standard | United States | 53.3 | $95 | $5,063.50 |
| | Doherty, Lisa | Standard | United States | 27.0 | $105 | $2,835.00 |
| | Eckroth, Jenae | Project Mgmt Specialist | United States | -415.0 | $180 | ($74,700.00) |
| | Eckroth, Jenae | Project Mgmt Specialist | United States | 415.0 | $190 | $78,850.00 |
| | Eckroth, Jenae | Standard | United States | -97.5 | $180 | ($17,550.00) |
| | Eckroth, Jenae | Standard | United States | 97.5 | $190 | $18,525.00 |
| | Eyman, Genevieve | Standard | United States | 402.6 | $105 | $42,273.00 |
| | Eyman, Genevieve | Standard | United States | -346.1 | $95 | ($32,879.50) |
| | Farkas, Szabolcs | Standard | United States | -22.1 | $95 | ($2,099.50) |
| | Farkas, Szabolcs | Standard | United States | 25.0 | $105 | $2,625.00 |
| | Fatima, Subia | Standard | United States | -825.7 | $110 | ($90,821.50) |
| | Fatima, Subia | Standard | United States | 1,004.2 | $120 | $120,498.00 |
| | Feknous, Izem | Standard | France | -40.0 | $130 | ($5,200.00) |
| | Feknous, Izem | Standard | France | 40.0 | $145 | $5,800.00 |
| | Fitoussi, Emmanuel | Standard | France | -33.5 | $130 | ($4,355.00) |
| | Fitoussi, Emmanuel | Standard | France | 33.5 | $145 | $4,857.50 |
| | Garcia Vega, Guadalupe | Standard | United States | -147.1 | $110 | ($16,175.50) |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Associate | Garcia Vega, Guadalupe | Standard | United States | 147.1 | $120 | $17,646.00 |
| | Goerl, Sophie-Luise | Standard | Germany | -200.1 | $130 | ($26,013.00) |
| | Goerl, Sophie-Luise | Standard | Germany | 200.1 | $145 | $29,014.50 |
| | Gore, Robert | Treasury Specialist | United States | 3.7 | $175 | $647.50 |
| | Goubil, Julien | Standard | France | -65.5 | $130 | ($8,515.00) |
| | Goubil, Julien | Standard | France | 65.5 | $145 | $9,497.50 |
| | Haque, Sakia | Standard | United States | -205.3 | $95 | ($19,503.50) |
| | Haque, Sakia | Standard | United States | 570.3 | $105 | $59,881.50 |
| | Haselhof, Joachim | Standard | Germany | -162.5 | $130 | ($21,125.00) |
| | Haselhof, Joachim | Standard | Germany | 162.5 | $145 | $23,562.50 |
| | Herring, Chevonne | Bankruptcy Specialist | United States | 224.7 | $205 | $46,063.50 |
| | Holtsclaw, Dustin | Standard | United States | 4.0 | $95 | $380.00 |
| | Jakubik, Stefan | Standard | Germany | 70.5 | $145 | $10,222.50 |
| | Jakubik, Stefan | Standard | Germany | -70.5 | $130 | ($9,165.00) |
| | Kallas, Stefanie | Standard | United States | 1.0 | $95 | $95.00 |
| | Keener, Stuart | Standard | United States | -60.8 | $95 | ($5,776.00) |
| | Keener, Stuart | Standard | United States | 65.3 | $105 | $6,856.50 |
| | Kennedy, John | Standard | United States | -92.0 | $95 | ($8,740.00) |
| | Kennedy, John | Standard | United States | 92.0 | $105 | $9,660.00 |
| | Kroll, Sabrina | Standard | Germany | -130.2 | $130 | ($16,926.00) |
| | Kroll, Sabrina | Standard | Germany | 130.2 | $145 | $18,879.00 |
| | Lim, Jay | Standard | United States | 880.0 | $105 | $92,400.00 |
| | Lim, Jay | Standard | United States | -502.6 | $95 | ($47,747.00) |
| | Mahillet, Christelle | Standard | France | -84.0 | $130 | ($10,920.00) |
| | Mahillet, Christelle | Standard | France | 84.0 | $145 | $12,180.00 |
| | McLeod, Angela | Standard | United States | 22.0 | $105 | $2,310.00 |
| | Morrow, Natalie | Standard | United States | 4.0 | $95 | $380.00 |
| | Murray, Brandon | Standard | United States | 28.5 | $105 | $2,992.50 |
| | Murray, Brandon | Standard | United States | -7.7 | $95 | ($731.50) |
| | Natorski, Nicole | Standard | United States | 4.0 | $120 | $480.00 |
| | Natorski, Nicole | Standard | United States | -4.0 | $110 | ($440.00) |
| | Nicolosi, Manuela | Standard | France | 134.0 | $145 | $19,430.00 |
| | Nicolosi, Manuela | Standard | France | -134.0 | $130 | ($17,420.00) |
| | Oliy, Lina | Standard | United States | -16.3 | $110 | ($1,793.00) |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Associate | Oliy, Lina | Standard | United States | 16.3 | $120 | $1,956.00 |
| | Ornsby, Linda | Standard | United States | 197.6 | $105 | $20,748.00 |
| | Ornsby, Linda | Standard | United States | 0.0 | $95 | $0.00 |
| | Patula, Ryan | Technology Specialist | United States | 213.4 | $185 | $39,469.75 |
| | Rau, Maren | Standard | United States | 1.0 | $95 | $95.00 |
| | Reece, Caroline | Standard | United States | 0.9 | $95 | $85.50 |
| | Reichl, Jakub | Standard | Czech Republic | -183.6 | $105 | ($19,278.00) |
| | Reichl, Jakub | Standard | Czech Republic | 183.6 | $115 | $21,114.00 |
| | Rotthaus, Maike | Standard | Germany | -232.8 | $130 | ($30,257.50) |
| | Rotthaus, Maike | Standard | Germany | 232.8 | $145 | $33,748.75 |
| | Sandoval, David | Standard | United States | 1.5 | $95 | $142.50 |
| | Schwenzer, William | Standard | United States | 1.0 | $110 | $110.00 |
| | Shehi, Renis | Standard | United States | -949.6 | $110 | $104,456.00) |
| | Shehi, Renis | Standard | United States | 1,125.9 | $120 | $135,102.00 |
| | Shehi, Renis | Technology Specialist | United States | 0.0 | $165 | $0.00 |
| | Shehi, Renis | Technology Specialist | United States | 297.9 | $185 | $55,102.25 |
| | Shuleva, Christopher | Standard | United States | 1.0 | $95 | $95.00 |
| | Smith, Sharma | Tax Specialist | United States | -3.0 | $120 | ($360.00) |
| | Soulier, Stephanie | Standard | France | -134.0 | $130 | ($17,420.00) |
| | Soulier, Stephanie | Standard | France | 134.0 | $145 | $19,430.00 |
| | Taylor, Drew | Tax Specialist | United States | 1.0 | $120 | $120.00 |
| | Thomas, Rance | Standard | United States | 438.8 | $105 | $46,074.00 |
| | Thomas, Rance | Standard | United States | -438.8 | $95 | ($41,686.00) |
| | Tiemann, Claudia | Standard | Germany | -223.3 | $130 | ($29,022.50) |
| | Tiemann, Claudia | Standard | Germany | 223.3 | $145 | $32,371.25 |
| | Tsai, Debby | Standard | United States | -243.3 | $95 | ($23,113.50) |
| | Tsai, Debby | Standard | United States | 276.2 | $105 | $29,001.00 |
| | Vargas, Erika | Standard | Mexico | -82.3 | $75 | ($6,172.50) |
| | Vargas, Erika | Standard | Mexico | 82.3 | $85 | $6,995.50 |
| | Verma, Siddhant | Standard | United States | -533.6 | $95 | ($50,692.00) |
| | Verma, Siddhant | Standard | United States | 1,063.7 | $105 | $111,688.50 |
| | Vidal, Amandine | Standard | France | 257.0 | $145 | $37,265.00 |
| | Vidal, Amandine | Standard | France | -257.0 | $130 | ($33,410.00) |
| | Vos, Carrie | Standard | United States | 4.0 | $185 | $740.00 |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---:|---:|---:|
| Associate | Vos, Carrie | Standard | United States | 6.0 | $110 | $660.00 |
| | Voytsekhivskyy, Igor | Standard | United States | -163.9 | $95 | ($15,570.50) |
| | Voytsekhivskyy, Igor | Standard | United States | 163.9 | $105 | $17,209.50 |
| | Wang, Yan | Standard | United States | 4.5 | $105 | $472.50 |
| | Weiss, Matthew | Standard | United States | -97.5 | $120 | ($11,700.00) |
| | Weiss, Matthew | Standard | United States | 97.5 | $130 | $12,675.00 |
| | Williams, Ross | Standard | United States | 0.1 | $95 | $9.50 |
| **Total - Associate** | | | | **3,000.4** | | **$494,479.00** |
| Paraprofessional | Stendahl, Subashi | Bankruptcy Specialist | United States | 10.8 | $135 | $1,458.00 |
| **Total - Paraprofessional** | | | | **10.8** | | **$1,458.00** |
| Administrative | Alquiza, Lisa | Standard | United States | 4.5 | $80 | $360.00 |
| | Baldwin, Ellen | Standard | United States | 2.2 | $80 | $176.00 |
| | Banks, Madelyn | Standard | United States | 1.0 | $80 | $80.00 |
| | Bidigare, Colleen | Standard | United States | 0.9 | $80 | $72.00 |
| | Brown, Pamela | Standard | United States | 5.6 | $80 | $448.00 |
| | Conner, Danya | Standard | United States | 2.0 | $80 | $160.00 |
| | Courter, Betty | Standard | United States | 0.4 | $80 | $32.00 |
| | Dumaurier, Genevieve | Standard | United States | 4.5 | $80 | $360.00 |
| | Eide, Elizabeth | Standard | United States | 2.9 | $80 | $232.00 |
| | Espinosa, Gabriel | Standard | United States | 8.5 | $80 | $680.00 |
| | Floberg, Kathleen | Standard | United States | 0.7 | $80 | $56.00 |
| | Hernandez, Kimberly | Standard | United States | 0.5 | $80 | $40.00 |
| | Hill, Laura | Standard | United States | 0.2 | $80 | $16.00 |
| | Koenen, Theresa | Standard | United States | 48.0 | $80 | $3,840.00 |
| | Marble, Jennifer | Standard | United States | 0.3 | $80 | $24.00 |
| | Moeding, Sarah | Standard | United States | 2.7 | $80 | $216.00 |
| | Nelson, Patricia | Standard | United States | 7.2 | $80 | $576.00 |
| | Rich, Kristine | Standard | United States | 0.8 | $80 | $64.00 |
| | Robertson, Amy | Standard | United States | 7.0 | $80 | $560.00 |
| | Roche, Kenneth | Standard | United States | 0.4 | $80 | $32.00 |
| | Smith, Susie | Standard | United States | 1.2 | $80 | $96.00 |
| | Suhr, Misty | Standard | United States | 12.8 | $80 | $1,024.00 |
| | Yani, Jesse | Standard | United States | 1.0 | $80 | $80.00 |
| | Zubres, Elizabeth | Standard | United States | 94.3 | $80 | $7,544.00 |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|----------|------|------|--------------|-------|------|-------|
| **Total - Administrative** | | | | **209.6** | | **$16,768.00** |
| **Subtotal Sarbanes-Oxley 404 Services** | | | | **8,400.7** | | **$1,883,847.75** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Project Giant** | | | | | | |
| Partner | Burwell, Michael | Project Giant | United States | 2.6 | $775 | $2,015.00 |
| | Wittmer, Colin | Project Giant | United States | 22.0 | $775 | $17,050.00 |
| **Total - Partner** | | | | **24.6** | | **$19,065.00** |
| Manager | Smith, Andrea | Bankruptcy Specialist | United States | 19.1 | $360 | $6,876.00 |
| **Total - Manager** | | | | **19.1** | | **$6,876.00** |
| **Subtotal Project Giant** | | | | **43.7** | | **$25,941.00** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Other Tax Consulting Services** | | | | | | |
| Partner | Diamant, Audrey | Other Tax Services | Canada | 0.4 | $714 | $285.60 |
| | Klassen, David | Other Tax Services | Canada | 1.1 | $714 | $785.40 |
| **Total - Partner** | | | | **1.5** | | **$1,071.00** |
| Sr Manager | McGeown, Dan | Other Tax Services | Canada | 5.0 | $575 | $2,875.00 |
| **Total - Sr Manager** | | | | **5.0** | | **$2,875.00** |
| Manager | Chan, Rebecca | Other Tax Services | Canada | 3.0 | $461 | $1,383.00 |
| **Total - Manager** | | | | **3.0** | | **$1,383.00** |
| **Subtotal Other Tax Consulting Services** | | | | **9.5** | | **$5,329.00** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|----------|------|------|--------------|------:|-----:|------:|
| **Delphi Divestiture Assistance** | | | | | | |
| Partner | Decker, Brian | Standard | United States | 8.1 | $390 | $3,159.00 |
| **Total - Partner** | | | | **8.1** | | **$3,159.00** |
| Director | Peterson, Michael | Project Mgmt Specialist | United States | 24.8 | $320 | $7,936.00 |
| **Total - Director** | | | | **24.8** | | **$7,936.00** |
| **Subtotal Delphi Divestiture Assistance** | | | | **32.9** | | **$11,095.00** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Delphi Customs Review Assistance** | | | | | | |
| Partner | Gambardella, Domenick | Customs Review Assistan | United States | 2.0 | $650 | $1,300.00 |
| **Total - Partner** | | | | **2.0** | | **$1,300.00** |
| Manager | Turner, Gail | Customs Review Assistan | United States | 2.6 | $400 | $1,040.00 |
| **Total - Manager** | | | | **2.6** | | **$1,040.00** |
| Sr Associate | Woods, Kristy | Bankruptcy Specialist | United States | 0.5 | $260 | $130.00 |
| **Total - Sr Associate** | | | | **0.5** | | **$130.00** |
| **Subtotal Delphi Customs Review Assistance** | | | | **5.1** | | **$2,470.00** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Delphi SALT Loan Staff** | | | | | | |
| Manager | Smith, Andrea | Bankruptcy Specialist | United States | 7.7 | $360 | $2,772.00 |
| **Total - Manager** | | | | **7.7** | | **$2,772.00** |
| Sr Associate | Ferguson, Lisa (SR) | SALT Compliance | United States | 341.8 | $135 | $46,143.00 |
| | Woods, Kristy | Bankruptcy Specialist | United States | 11.8 | $260 | $3,068.00 |
| **Total - Sr Associate** | | | | **353.6** | | **$49,211.00** |
| Associate | Campbell, Bryan | SALT Compliance | United States | 86.0 | $135 | $11,610.00 |
| | Herring, Chevonne | Bankruptcy Specialist | United States | 23.3 | $205 | $4,776.50 |
| | Whitaker, Eric | SALT Compliance | United States | 72.8 | $135 | $9,828.00 |
| **Total - Associate** | | | | **182.1** | | **$26,214.50** |
| Administrative | Suhr, Misty | SALT Compliance | United States | 4.0 | $135 | $540.00 |
| | Zubres, Elizabeth | SALT Compliance | United States | 1.7 | $135 | $229.50 |
| **Total - Administrative** | | | | **5.7** | | **$769.50** |
| **Subtotal Delphi SALT Loan Staff** | | | | **549.1** | | **$78,967.00** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Tax Provision Services** | | | | | | |
| Partner | Cenko, Michael | Tax Provision | United States | 12.3 | $620 | $7,626.00 |
| **Total - Partner** | | | | **12.3** | | **$7,626.00** |
| Director | Schmitz, Karin | Tax Provision | United States | 78.9 | $420 | $33,138.00 |
| **Total - Director** | | | | **78.9** | | **$33,138.00** |
| Sr Associate | Punch, Janelle | Tax Provision | United States | 22.6 | $185 | $4,181.00 |
| | Woods, Kristy | Bankruptcy Specialist | United States | 1.8 | $260 | $468.00 |
| | Woods, Kristy | Tax Provision | United States | 2.6 | $260 | $676.00 |
| **Total - Sr Associate** | | | | **27.0** | | **$5,325.00** |
| Associate | Herring, Chevonne | Bankruptcy Specialist | United States | 1.2 | $205 | $246.00 |
| | Saleh, Jayne | Tax Provision | United States | 3.5 | $135 | $472.50 |
| | Whitaker, Eric | Tax Provision | United States | 29.2 | $135 | $3,942.00 |
| | Wood, Jarrod | Tax Provision | United States | 82.7 | $135 | $11,164.50 |
| **Total - Associate** | | | | **116.6** | | **$15,825.00** |
| Paraprofessional | Suhr, Misty | Tax Provision | United States | 3.0 | $135 | $405.00 |
| **Total - Paraprofessional** | | | | **3.0** | | **$405.00** |
| **Subtotal Tax Provision Services** | | | | **237.8** | | **$62,319.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Tax Basis Services** | | | | | | |
| Partner | Cenko, Michael | Tax Basis Study | United States | 21.7 | $620 | $13,454.00 |
| | Gee, Theresa | Human Resources Speciali | United States | 2.0 | $620 | $1,240.00 |
| **Total - Partner** | | | | **23.7** | | **$14,694.00** |
| Director | Reiff, Christopher | Tax Basis Study | United States | 19.7 | $420 | $8,274.00 |
| | Schmitz, Karin | Tax Basis Study | United States | 160.4 | $420 | $67,368.00 |
| **Total - Director** | | | | **180.1** | | **$75,642.00** |
| Manager | Smith, Andrea | Bankruptcy Specialist | United States | 2.8 | $360 | $1,008.00 |
| **Total - Manager** | | | | **2.8** | | **$1,008.00** |
| Sr Associate | Punch, Janelle | Tax Basis Study | United States | 217.7 | $225 | $48,982.50 |
| | Woods, Kristy | Bankruptcy Specialist | United States | 1.9 | $260 | $494.00 |
| **Total - Sr Associate** | | | | **219.6** | | **$49,476.50** |
| Associate | Herring, Chevonne | Bankruptcy Specialist | United States | 5.1 | $205 | $1,045.50 |
| | Saleh, Jayne | Tax Basis Study | United States | 83.2 | $225 | $18,720.00 |
| | Wood, Jarrod | Tax Basis Study | United States | 246.2 | $225 | $55,395.00 |
| **Total - Associate** | | | | **334.5** | | **$75,160.50** |
| Paraprofessional | Suhr, Misty | Tax Basis Study | United States | 3.5 | $135 | $472.50 |
| **Total - Paraprofessional** | | | | **3.5** | | **$472.50** |
| Administrative | Suhr, Misty | Tax Basis Study | United States | 6.5 | $135 | $877.50 |
| **Total - Administrative** | | | | **6.5** | | **$877.50** |
| **Subtotal Tax Basis Services** | | | | **770.7** | | **$217,331.00** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|----------|------|------|--------------|-------|------|-------|
| **Delphi France SOX Coordination/Support** | | | | | | |
| Manager | Navarro, Paola | Standard | United States | 112.9 | $180 | $20,322.00 |
| **Total - Manager** | | | | **112.9** | | **$20,322.00** |
| **Subtotal Delphi France SOX Coordination/Support** | | | | **112.9** | | **$20,322.00** |

**Delphi Corporation (Case No. 05-44481)**

**Summary of Hourly Services for PricewaterhouseCoopers LLP**

**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Position | Name | Area | Work Country | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| **Divestiture - Inteva Project** | | | | | | |
| Director | Osterman, Scott | Technology Specialist | United States | 21.1 | $380 | $8,018.00 |
| **Total - Director** | | | | **21.1** | | **$8,018.00** |
| Sr Associate | Cummins, Nathan | Technology Specialist | United States | 70.9 | $230 | $16,307.00 |
| | King, Langdon | Technology Specialist | United States | 8.0 | $230 | $1,840.00 |
| **Total - Sr Associate** | | | | **78.9** | | **$18,147.00** |
| **Subtotal Divestiture - Inteva Project** | | | | **100.0** | | **$26,165.00** |
| **Grand Totals for October 1, 2007 through January 25, 2008** | | | | **10,262.4** | | **$2,333,786.75** |

**Blended Rate for October 1, 2007 through January 25, 2008   $227.41**