**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Sarbanes-Oxley 404 Services** | | | |
| **Monthly and Interim Fee Applications** | | | |
| Documentation of time detail | United States | 41.6 | $6,236.00 |
| Fee Auditor Analysis and Response | United States | 1.0 | $423.00 |
| Fee Statement | United States | 55.1 | $4,408.00 |
| Preparation of fee application | United States | 783.0 | $188,321.50 |
| Monthly and Interim Fee Applications | United States | 0.0 | $28.00 |
| Manage foreign billing (US use only) | United States | 113.7 | $29,772.00 |
| **Total - Monthly and Interim Fee Applications** | | **994.4** | **$229,188.50** |
| **Non-Working Travel Time** | | | |
| Delphi - Travel | United Kingdom | 4.0 | $849.25 |
| | United States | 130.6 | $30,488.25 |
| | Romania | 0.0 | $75.00 |
| Documentation of time detail | United States | 0.9 | $72.00 |
| Delphi - Travel | Czech Republic | 0.0 | $102.50 |
| | Mexico | 0.0 | $118.00 |
| | Germany | 0.0 | $1,409.25 |
| | France | 6.0 | $2,190.00 |
| **Total - Non-Working Travel Time** | | **141.4** | **$35,304.25** |
| **Validation and Remediation Services** | | | |
| Remediation (Foreign staff use only) | France | 8.0 | $1,240.00 |
| Project management (US use only) | United States | 2,505.2 | $563,217.50 |
| Foreign coordination (US use only) | United States | 1.0 | $1,705.50 |
| Planning (Foreign staff use only) | Romania | 0.0 | $135.00 |
| | India | 0.0 | $84.58 |
| | Germany | 0.0 | $715.50 |
| | France | 3.5 | $3,040.00 |
| | Czech Republic | 0.0 | $712.50 |
| DTI - Validation (US staff use only) | United States | 0.0 | $159.00 |
| Other (US staff use only) | United States | 10.4 | $2,297.00 |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| Medical - Roll forward testing (US staff use only) | United States | 1.0 | $95.00 |
| Remediation (US staff use only) | United States | 39.9 | $5,198.00 |
| Planning (US staff use only) | United States | 11.8 | $6,488.50 |
| Other (US use only) | United States | 804.9 | $97,046.50 |
| Engagement management (US staff use only) | United States | 18.6 | $9,110.50 |
| Medical - Validation (US staff use only) | United States | 1.3 | $156.00 |
| Planning (Foreign staff use only) | Brazil | 0.0 | $38.00 |
| Validation (Foreign staff use only) | China | 0.0 | $900.00 |
| Validation (US staff use only) | United States | 33.9 | $14,958.50 |
| Validation (Foreign staff use only) | Mexico | 0.0 | $3,595.00 |
|  | India | 0.0 | $2,060.42 |
|  | Germany | 0.0 | $19,165.50 |
|  | France | 12.0 | $12,277.50 |
| Planning (Foreign staff use only) | Mexico | 0.0 | $55.50 |
| Validation (Foreign staff use only) | Czech Republic | 0.0 | $13,713.00 |
|  | Brazil | 0.0 | $226.50 |
| Tooling | United States | 75.1 | $13,103.00 |
| Tax Specialist Assistance for Corporate | United States | 76.0 | $16,337.50 |
| SOX 404 Sales and Use (Tax) | United States | 14.1 | $1,128.00 |
| Roll forward testing (Foreign staff use only) | Mexico | 0.0 | $283.00 |
| Roll forward testing (US staff use only) | United States | 2.2 | $329.00 |
| Roll forward testing (Foreign staff use only) | France | 16.0 | $5,517.50 |
| Review of B process documentation (US staff use only) | United States | 1.4 | $299.00 |
| **Total - Validation and Remediation Services** |  | **3,636.3** | **$795,388.00** |
| **Process Walkthroughs** |  |  |  |
| Walkthroughs (US staff use only) | United States | 0.0 | $840.00 |
| **Total - Process Walkthroughs** |  | **0.0** | **$840.00** |
| **IT Validation and Remediation Services** |  |  |  |
| Employee Cost | United States | 4.4 | $792.00 |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| ITGC Testing - General | United States | 72.6 | $16,361.00 |
| ITGC Testing | India | 208.0 | $14,956.50 |
|  | France | 0.0 | $3,960.00 |
| ITGC Framework | United States | 15.4 | $5,422.00 |
| IT Inventory | United States | 0.0 | $587.50 |
| QA | United States | 22.0 | $4,414.50 |
| Inventory | United States | 52.3 | $10,519.50 |
| Grundig Testing | United States | 8.1 | $4,809.00 |
| Grundig Remediation | United States | 3.9 | $573.50 |
| Grundig Manager Review | United States | 0.0 | $841.50 |
| Fixed Assets | United States | 20.6 | $6,396.50 |
| Financial Reporting | United States | 89.2 | $15,143.00 |
| IT Administration | United States | 0.0 | $146.50 |
| Test Planning | United States | 1.0 | $405.50 |
| Special Requests | United States | 3.3 | $570.50 |
| Expenditure | United States | 165.1 | $37,312.00 |
| Paris Testing | United States | 0.0 | $54.00 |
| Packard Testing | United States | 0.0 | $4,399.00 |
| Review 2005 Work | United States | 0.0 | $208.00 |
| Packard Manager Review | United States | 0.0 | $79.50 |
| Security Analysis & Testing | United States | 0.0 | $960.00 |
| Treasury | United States | 3.3 | $462.00 |
| Revenue | United States | 270.2 | $57,312.00 |
| Project Administration (IT) | United States | 211.4 | $53,610.50 |
| Project Management | United States | 179.7 | $56,883.50 |
| Other | United States | 0.0 | $1,612.00 |
| Role Redesign | United States | 1,438.9 | $368,125.00 |
| Packard Remediation | United States | 10.0 | $1,800.00 |
| **Total - IT Validation and Remediation Services** |  | **2,779.4** | **$668,716.50** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Material Weakness Remediation** | | | |
| Contract Management - MW Remediation Assistance | United States | 1.9 | $682.00 |
| Certus/CARS Program (US use only) | United States | 9.9 | $15,023.00 |
| Account Reconciliation MW (US use only) | United States | 0.4 | $97.00 |
| **Total - Material Weakness Remediation** | | **12.2** | **$15,802.00** |
| **Contract Administration** | | | |
| Other (Foreign staff use only) | United Kingdom | 21.3 | $5,019.50 |
| | China | 29.0 | $6,210.00 |
| | France | 62.5 | $17,927.50 |
| | Germany | 141.3 | $28,406.50 |
| | Mexico | 29.0 | $6,210.00 |
| | Korea | 24.0 | $4,420.00 |
| **Total - Contract Administration** | | **307.1** | **$68,193.50** |
| **HR/Pension Assistance** | | | |
| HR/Pension Assistance (US use only) | United States | 526.2 | $67,352.50 |
| **Total - HR/Pension Assistance** | | **526.2** | **$67,352.50** |
| **Treasury Assistance** | | | |
| Treasury Expertise | United States | 3.7 | $3,062.50 |
| **Total - Treasury Assistance** | | **3.7** | **$3,062.50** |
| **Subtotal Sarbanes-Oxley 404 Services** | | **8,400.7** | **$1,883,847.75** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Project Giant** | | | |
| **Monthly and Interim Fee Applications** | | | |
| Monthly and Interim Fee Applications | United States | 19.1 | $6,876.00 |
| **Total - Monthly and Interim Fee Applications** | | **19.1** | **$6,876.00** |
| **Deposition Preparation and Attendance at Hearing** | | | |
| Deposition Preparation and Attendance at Hearing | United States | 24.6 | $19,065.00 |
| **Total - Deposition Preparation and Attendance at Hearing** | | **24.6** | **$19,065.00** |
| **Subtotal Project Giant** | | **43.7** | **$25,941.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Other Tax Consulting Services** | | | |
| **Preparation of fee application** | | | |
| Canada | Canada | 9.5 | $5,329.00 |
| **Total - Preparation of fee application** | | **9.5** | **$5,329.00** |
| **Subtotal Other Tax Consulting Services** | | **9.5** | **$5,329.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Delphi Divestiture Assistance** | | | |
| **Managers and above** | | | |
| Managers and above | United States | 32.9 | $11,095.00 |
| **Total - Managers and above** | | **32.9** | **$11,095.00** |
| **Subtotal Delphi Divestiture Assistance** | | **32.9** | **$11,095.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Delphi Customs Review Assistance** | | | |
| **Customs Review Assistance** | | | |
| Business Operations | United States | 4.6 | $2,340.00 |
| **Total - Customs Review Assistance** | | **4.6** | **$2,340.00** |
| **Preparation of fee application** | | | |
| Preparation of fee application | United States | 0.5 | $130.00 |
| **Total - Preparation of fee application** | | **0.5** | **$130.00** |
| **Subtotal Delphi Customs Review Assistance** | | **5.1** | **$2,470.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Delphi SALT Loan Staff** | | | |
| **Preparation of fee application** | | | |
| Preparation of fee application | United States | 48.5 | $11,386.00 |
| **Total - Preparation of fee application** | | **48.5** | **$11,386.00** |
| **SALT Loan Staff** | | | |
| State Tax | United States | 471.0 | $63,578.25 |
| **Total - SALT Loan Staff** | | **471.0** | **$63,578.25** |
| **Non-Working Travel Time** | | | |
| Non-Working Travel Time | United States | 29.7 | $4,002.75 |
| **Total - Non-Working Travel Time** | | **29.7** | **$4,002.75** |
| **Subtotal Delphi SALT Loan Staff** | | **549.1** | **$78,967.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Tax Provision Services** | | | |
| **Tax Provision** | | | |
| Tax Provision | United States | 232.2 | $60,929.00 |
| **Total - Tax Provision** | | **232.2** | **$60,929.00** |
| **Monthly and Interim Fee Applications** | | | |
| Monthly and Interim Fee Applications | United States | 2.6 | $676.00 |
| **Total - Monthly and Interim Fee Applications** | | **2.6** | **$676.00** |
| **Preparation of fee application** | | | |
| Preparation of fee application | United States | 3.0 | $714.00 |
| **Total - Preparation of fee application** | | **3.0** | **$714.00** |
| **Subtotal Tax Provision Services** | | **237.8** | **$62,319.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Tax Basis Services** | | | |
| **Tax Basis** | | | |
| Tax Basis | United States | 493.9 | $138,061.50 |
| **Total - Tax Basis** | | **493.9** | **$138,061.50** |
| **Monthly and Interim Fee Applications** | | | |
| Monthly and Interim Fee Applications | United States | 3.3 | $676.50 |
| **Total - Monthly and Interim Fee Applications** | | **3.3** | **$676.50** |
| **Delphi Inside Tax Basis Study** | | | |
| Tax Basis | United States | 261.1 | $75,967.50 |
| Preparation of fee application | United States | 2.8 | $1,008.00 |
| **Total - Delphi Inside Tax Basis Study** | | **263.9** | **$76,975.50** |
| **Preparation of fee application** | | | |
| Preparation of fee application | United States | 9.6 | $1,617.50 |
| **Total - Preparation of fee application** | | **9.6** | **$1,617.50** |
| **Subtotal Tax Basis Services** | | **770.7** | **$217,331.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---|---|
| **Delphi France SOX Coordination/Support** | | | |
| **Project Management** | | | |
| Project Management | United States | 112.9 | $20,322.00 |
| **Total - Project Management** | | **112.9** | **$20,322.00** |
| **Subtotal Delphi France SOX Coordination/Support** | | **112.9** | **$20,322.00** |

**Delphi Corporation (Case No. 05-44481)**
**Summary of Hourly Services for PricewaterhouseCoopers LLP**
**By Position and Professional for the Period - October 1, 2007 through January 25, 2008**

| Task Code | Work Country | Hours | Total |
|---|---|---:|---:|
| **Divestiture - Inteva Project** | | | |
| **Project Management** | | | |
| Project Management | United States | 100.0 | $26,165.00 |
| **Total - Project Management** | | **100.0** | **$26,165.00** |
| **Subtotal Divestiture - Inteva Project** | | **100.0** | **$26,165.00** |
| **Grand Totals for October 1, 2007 through January 25, 2008** | | **10,262.4** | **$2,333,786.75** |