UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                                                : Chapter 11
                                                                          :
DELPHI CORPORATION, et al.,                      : Case No. 05-44481 (RDD)
                                                                          :
                                        Debtors.                : (Jointly Administered)
                                                                          :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2010, a true and correct copy of the foregoing *Sixth Interim Fee Application for Compensation of Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by PricewaterhouseCoopers LLP to Provide Certain Sarbanes-Oxley Compliance, Tax and Financial Planning, and Other General Tax Consulting Services to Delphi Corporation, et al., for the Period October 1, 2007 through January 25, 2008* and *Final Fee Application for Compensation of Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by PricewaterhouseCoopers LLP to Provide Certain Sarbanes-Oxley Compliance, Tax and Financial Planning, and Other General Tax Consulting Services to Delphi Corporation, et al., for the Period February 1, 2006 through January 25, 2008* was served electronically through the Court's ECF System on all parties requesting electronic service, and by overnight mail to the following persons at the following addresses:

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
*(Courtesy Copy)*

DPH Holidngs Corp., et al.
f/k/a Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: David M. Sherbin, General Counsel

DPH Holdings Corp., et al.
f/k/a Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: John D. Sheehan, V.P. & Chief Restructuring Officer

DB2/21447950.1

05-44481-rdd    Doc 19351-16    Filed 01/22/10    Entered 01/22/10 13:43:33
Certificate of Service    Pg 2 of 2

The Office of the U.S. Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn: Marissa Wesley, Esq.

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn: Marlane Melican, Esq.

Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033
Attn: Joe Sykes

GE Plastics, America
9930 Kincey Avenue
Huntersville, NC 28078
Attn: Valeria Venable, GE Plastics, Americas Credit Manager


Dated: New York, New York          /s/ Kim Raulsome
       January 22, 2010            Kim Raulsome