January 8, 2010

Honorable Robert D. Drain
United States Bankruptcy Ct Southern District of NY.
ONE Bowling Green Room 610
New York, New York 10004

I Sharyl H. Carter Resides at
1541 LaSalle Avenue #1 Niagara Falls, New
York, 14301, my phone numbers are (937)
302-8272 and (716) 282-3684.
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall Crounse & Moore, PLC - Atty,
Timothy C. Moratzka (#75038) 1400 AT&T
Tower - 901 Marquette Avenue - Minneapolis
MN 55402, Telephone No# (612) 305-1400
Facsimile (612) 305-1414, In the Court
of United States Bankruptcy Court
Southern District of New York In RE
Chrysler, LLC et al - Debtors - Chapter 11
Case No. 09-50002 Requesting for NO
future electronic motions. I Sharyl H.
Carter request the courts to have all
Debtors, in the above courts to continue
to have the Debtors mail me any docu-
ments electronically. I disagree with the Debtors.
I don't Know if those cases are
the same as previously, documents and
Case Nos 05-44481 (RDD) and Case
No 09-50028 (RDD) is the same above

Courts under different Honorable Judges
Robert D. Drain and Robert E. Gerber and
unknow Judges and courts. I ask and
Respectable request the courts to place
all my claims in the one court under
one Judge that, all these Chapter 11
case started, which to my knowledge.
would be Honorable Judge Robert D. Drain.
I Sheryl J. Carter enclosed a copy
of the envelope and first (1) page of
documents I received recently.
Thank you.

January 8, 2010

Honorable Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green, Room 621
New York, New York 10004

I, Sheryl J. Carter, resides at
1541 LaSalle Avenue #1, Niagara Falls, New
York, 14301, my phone numbers are (937)
302-8972 and (716) 282-3684,
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall, Crounse & Moore, PLC - Attn:
Timothy B. Moratzka (#75038) 1400 AT&T
Tower - 901 Marquette Avenue - Minneapolis
MN 55402, Telephone No# (612) 305-1400,
Facsimile (612) 305-1414, In the Court
of United States Bankruptcy Court
Southern District of New York. In RE
Chapter, LLC et al - Debtors - Chapter 11
Case No: 09-50002 Requesting for No
Future electronic notices. I, Sheryl J.
Carter request the courts to have all
Debtors in the above courts to continue
to have the Debtors, mail me any docu-
ments electronically. I disagree with the Debtors.
I don't know if these cases are
the same as previously, documents and
Case No's 05-44481 (RDD) and case
No 09-50026 (RDD) in the same above

courts under different Honorable/Judges
Robert D. Drain and Robert C. Gerber did not
unknow Judges and courts. I ask, and
Respectable, request the courts to place
all my claims in the one court under
one Judge that, all these Chapter 11
case started, which to my knowledge
would be Honorable Judges Robert D. Drain.
I Sheryl L. Carter enclosed a copy
of the envelope and first (1st) page of
documents I received personly.
Thank you.

January 8, 2010

The Charter City Group Inc
Motors Liquidation Company Agent
P.O. Box 93386
Dublin, Ohio 43017


I Sharyl 2f. Carter Resides at
1541 LaSalle Avenue #11 Niagara Falls, New
York, 14301, my phone numbers are (937)
302-8072 and (716) 282-3604.
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall, Crounse + Moore, PLC - Attn:
Timothy R. Moratzka (#75038) 1400 AT&T
Tower - 901 Marquette Avenue - Minneapolis
MN 55402, Telephone No# (612) 305-1400
Facsimile (612) 305-1414, In the court
of United States Bankruptcy court
Southern District of New York In RE
Chapter, LLC et al - Debtors - Chapter 11
Case No: 09-50002 Requesting for N/O
Futures electronic notices. I Sharyl 2f.
Carter Request the courts to have all
Debtors, me the above courts to continue
to have the Debtors, mail me any docu-
ments electronically. I disagree with the Debtors.
I don't know if these cases are
the same as previously, documents and
case nos 05-44481 (RDD) and case
No 09-50026 (RDD) in the same above

Courts under different Honorable Judges
Robert D. Drain and Robert E. Gerber did
unknow Judges and courts I ask, and
Respectable Request the courts to place
all my claims in the one court under
one Judge that, all these Chapter 11
case started, which to my knowledge
would be Honorable Judge Robert D. Drain.
I hereby I letter enclosed a copy
of the envlope and first (8) page of
documents I received penalty.
Thank you.

1 of 2

January 8, 2010

Kurtzman Carson Consultants
Delphi Corporation
2335 Alaska Avenue
El Segundo CA 90245


I, Sharyl Z. Carter Resides at
1541 Lasalle Avenue #1, Niagara Falls, New
York, 14301. My phone numbers are (937)
302-8272 and (716) 282-3684.
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall, Crounse + Moore, PLC - Atty.
Timothy D. Moratzka (#75038) 1400 AT&T
Tower - 901 Marquette Avenue - Minneapolis
MN 55402, Telephone no# (612) 305-1400
Facsimile (612) 305-1414, in the Court
of United States Bankruptcy Court
Southern District of New York in re
Chrysler, LLC etal - Debtors - Chapter 11
Case no: 09-50002 Requesting for no
future electronic notices. I Sharyl Z.
Carter request the courts to have all
Debtors in the above courts to continue
to have the Debtors, mail me any docu-
ments electronically. I disagree with the Debtors.
I don't know if these cases are
the same as previously, documents and
case nos. 05-44481 (RDD) and Case
no 09-50026 (RDD) in the same above

Courts under different Honorable/Judges
Robert D. Drain and Robert E. Gerber and
unknown Judges and courts I ask, and
Respectable Request the courts to place
all my claims in the one court under
one Judge that, all these Chapter 11
case started, which to my Knowledge.
would be Honorable Judge Robert D. Drain.
I Sheryl L. Carter enclosed a copy
of the envelope and first (3) page of
documents I received personally.
Thank U/U.

January 8, 2010

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Stephen Karotkin, Joseph Smolinsky
767 Fifth Avenue
New York, New York 10153

I, Sharyl Z. Carter, resides at 1541 LaSalle Avenue #1 (Niagara Falls, New York, 14301, my phone numbers are (937) 302-8872 and (716) 282-3684. Enclosed are copies of documents I received on January 7, 2010 from Mackall, Crounse & Moore, PLC - Attn. Timothy A. Moratzka (# 75038) 1400 AT&T Tower - 901 Marquette Avenue - Minneapolis MN 55402, Telephone No# (612) 305-1400 facsimile (612) 305-1414, In the Court of United States Bankruptcy Court Southern District of New York In Re Chapter, LLC et al - Debtors - Chapter 11 Case No: 09-50002 Requesting for NO future electronic notices. I Sharyl Z. Carter Request the Courts to have all Debtors in the above courts to continue to have the Debtors mail me any documents electronically. I disagree with the Debtors. I don't know if these cases are the same as previously documents and case nos 05-44481 (RDD) and case no 09-50002 (RDD) in the same above

Courts under different Honorable Judges
Robert D. Drain and Robert E. Gerber did not
unknow Judges and courts I ask, and
Respectable Request the courts to place
all my claims in the one court under
one Judge that all these Chapter 11
case Started, which to my Knowledge,
would be Honorable Judge Robert D. Drain.
I Shaerl 21. Carter enclosed a copy
of the envlope and first (1st) page all
documents I received promply.

Thank you.

1 of 2

January 8, 2010

mem - Mackall Crounse & Moore PLC
Attn Timothy L. Moratzka
400 AT&T Tower
901 marquette Avenue
Minneapolis, MN 55402

I Stacey 2. Carter Resides at
1541 Lasalle Avenue #11 Niagara Falls, New
York, 14301. My phone numbers are (937)
382-8272 and (716) 282-3684,
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall, Crounse + moore, PLC - Attn:
Timothy L, Moratzka (#75038) 1400 AT&T
Tower - 901 marquette Avenue - Minneapolis
MN 55402. Telephone no# (612) 305-1400
Facsimile (612) 305-1414. In the court
of United States Bankruptcy Court
Southern District of New York In Re
Chrysler, LLC et al - Debtors - Chapter 11
Case No. 09-50002 Requesting for No
Future Electronic Notices. I Stacey 2.
Carter request the courts to have all
Debtors in the above court to continue
to have the Debtors mail me any docu-
ments electronically. I disagree with the Debtors.
I dont know if these cases are
the same as previously documents and
Case No. 05-44481 (RDD) and case
no 09-50002 (RDD) is the same above

Courts under different Honorable Judges
Robert D. Drain and Robert E. Gerber and
unknow Judges and courts I ask, and
Respetable request the courts to place
all my claims in the one court under
one Judge that, all these Chapter 11
Case Holder, which to my knowledge
would be Honorable Judge Robert D. Drain.
I Shayl J. Carter enclosed a copy
of the envlope and first (1) page 44
xeronys I recieve pendely.
Thank you.



FIRST CLASS

UNITED STATES POSTAGE

$ 00.61⁰
02 1A
0004434240    JAN 04 2010
MAILED FROM ZIP CODE 55402

**Law Offices**
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859

Sharyl J. Carter
1541 LaSalle Ave # 1
Niagara, NY 14301

1430131227 C063

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:                                                                    Chapter 11

Chrysler, LLC, et al.,                                          Case No. 09-50002

      Debtors.

## REQUEST FOR NO FUTURE ELECTRONIC NOTICES

The undersigned appeared in the above-referenced matter and now requests that he no

longer receive notices or any papers served or filed in this case, and that he be deleted from the

mailing matrix.

Dated: January 4, 2010                          /e/ Timothy D. Moratzka
                                      Timothy D. Moratzka (#75038)
                                      Mackall, Crounse & Moore, PLC
                                      1400 AT&T Tower
                                      901 Marquette Ave
                                      Minneapolis, MN 55402
                                        Telephone: (612) 305-1400
                                        Facsimile: (612) 305-1414
                                        tdm@mcmlaw.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:                                                                    Chapter 11

Chrysler, LLC, et al.,                                                     Case No. 09-50002

Debtors.

### REQUEST FOR NO FUTURE ELECTRONIC NOTICES

The undersigned appeared in the above-referenced matter and now requests that he no

longer receive notices or any papers served or filed in this case, and that he be deleted from the

mailing matrix.

Dated: January 4, 2010                        /e/ Timothy D. Moratzka
                                              Timothy D. Moratzka (#75038)
                                              Mackall, Crounse & Moore, PLC
                                              1400 AT&T Tower
                                              901 Marquette Ave
                                              Minneapolis, MN 55402
                                              Telephone: (612) 305-1400
                                              Facsimile: (612) 305-1414
                                              tdm@mcmlaw.com

- Matthew K. Beatman    mbeatman@zeislaw.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Walter Benzija    wbenzija@halperinlaw.net
- Frederick A. Berg    fberg@kotzsangster.com
- Daniel J. Bernard    dbernard@vmclaw.com
- Richard J. Bernard    rbernard@bakerlaw.com
- David R. Berz    gregory.bailey@weil.com
- Kellie M. Blair    kblair@mattablair.com
- Kevin Blaney    kblaney@kevinblaney.com, bmorehead@kevinblaney.com
- Steven Harris Blatt    sblatt@dealerlaw.com
- David M. Blau    dmb@kompc.com, tlj@kompc.com
- Don W. Blevins    dwblevins@mcalpinelawfirm.com
- Anna Boelitz    anna.boelitz@bingham.com
- Phillip W. Bohl    phillip.bohl@gpmlaw.com
- Wanda Borges    borgeslawfirm@aol.com
- Jean Winborne Boyles    jboyles@jhvgmlaw.com, KCOLE@JHVGMLAW.COM
- Kimberly A. Brennan    kab@mccarthylebit.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- James L. Bromley    maofiling@cgsh.com
- Mark L. Brown    markb@lakinchapman.com,
  ashleyo@lakinchapman.com;docket@lakinchapman.com
- William J. Brown    wbrown@phillipslytle.com
- Theresa V. Brown-Edwards    bankruptcy@potteranderson.com
- Mark Edwin Browning    BK-MBROWNING@OAG.STATE.TX.US,
  sherri.simpson@oag.state.tx.us
- Robert H. Brownlee    rbrownlee@thompsoncoburn.com
- Andrew P. Brozman    andrew.brozman@cliffordchance.com,
  sarah.campbell@cliffordchance.com
- Adam D. Bruski    adbruski@lambertleser.com
- Deborah M. Buell    maofiling@cgsh.com
- Charles D. Bullock    cbullock@sbplclaw.com
- John R. Burns    john.burns@bakerd.com,
  skrhoads@bakerd.com;oliana.nansen@bakerd.com
- Christopher M. Cahill    ccahill@clarkhill.com
- Barbara Lee Caldwell    blc@ashrlaw.com
- James Christopher Caldwell    ccaldwell@starkreagan.com
- John M. Callagy    jcallagy@kelleydrye.com
- Carollynn H.G. Callari    ccallari@venable.com
- Judy B. Calton    jcalton@honigman.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James C. Carignan    carignanj@pepperlaw.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Linda J. Casey    caseyl@pepperlaw.com,
  hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepp
  erlaw.com;kistlerb@pepperlaw.com

2

- George B. Cauthen   george.cauthen@nelsonmullins.com,
  mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com
- Babette A. Ceccotti   bceccotti@cwsny.com, ecf@cwsny.com
- Joseph M. Cerra   jcerra@formanlaw.com
- Teresa H. Chan   kkansa@sidley.com;emcdonnell@sidley.com
- Jeffrey Chang   jchang@wildman.com
- J Eric Charlton   echarlton@hiscockbarclay.com
- Sarah M. Chen   schen@lockelord.com
- Eugene J. Chikowski   eugene.chikowski@flastergreenberg.com
- Gloria M. Chon   gloria.chon@kkue.com
- Jennifer Anne Christian   jchristian@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
- Shawn M. Christianson   schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas   rchristmas@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Ilissa Churgin Hook   ecfmail@yablaw.com, ihook@yablaw.com
- Marvin E. Clements   agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb   tscobb@vorys.com, cdfricke@vorys.com
- Wm. David Coffey   wdcoffeylaw@yahoo.com
- Dennis J. Connolly   dconnolly@alston.com
- Michael T. Conway   michael.conway@leclairryan.com
- Susan M. Cook   smcook@lambertleser.com
- Dawn R. Copley   dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Joseph N. Cordaro   joseph.cordaro@usdoj.gov
- Joseph Corneau   jcorneau@klestadt.com
- Trent P. Cornell   tcornell@stahlcowen.com
- Jeffrey L. Coxon   rellis@warrenyoung.com
- David N. Crapo   dcrapo@gibbonslaw.com
- Randall D. Crocker   rcrocker@vonbriesen.com
- Brian Crowley   bcrowley@klehr.com
- Michael G. Cruse   mcruse@wnj.com, hziegler@wnj.com
- Louis A. Curcio   lcurcio@sonnenschein.com
- Julius O. Curling   curlingj@michigan.gov
- Thomas H. Curran   tcurran@haslaw.com, calirm@haslaw.com
- Teresa K.D. Currier   tcurrier@saul.com, mflores@saul.com
- Vincent D'Agostino   vdagostino@lowenstein.com
- Peter D'Apice   dapice@sbep-law.com
- Renee M. Dailey   renee.dailey@bgllp.com, meghan.olsen@bgllp.com
- Timothy J. Dance   tdance@swlaw.com, kquick@swlaw.com;wsmart@swlaw.com
- Colin Thomas Darke   cdarke@bodmanllp.com
- Michael S. Davi   mdavi@velaw.com
- Ashley Davis   ashley.davis@myfloridalegal.com
- Jeffrey S. Davis   jsdesqtx@yahoo.com
- James E. DeLine   jed@krwlaw.com, pal@krwlaw.com
- Gabriel Del Virginia, Esq.   gabriel.delvirginia@verizon.net
- Sam Della Fera   sdellafera@trenklawfirm.com

3

- Melissa Detrick    detrick@marshall-melhorn.com
- Benjamin P. Deutsch    bdeutsch@schnader.com
- Frank W. DiCastri    fdicastri@foley.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com,
  baddleyd@gtlaw.com;petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Joshua Ian Divack    jdivack@hahnhessen.com,
  jdivack@hahnhessen.com;kcraner@hahnhessen.com;jsmith@hahnhessen.com;hpatward
  han@hahnhessen.com
- Michael Dockterman    dockterman@wildman.com, eckert@wildman.com
- J. Ted Donovan    TDonovan@Finkgold.com,
  David@Finkgold.com;CClarke@Gwfglaw.com
- Charles E. Dorkey    cdorkey@mckennalong.com,
  tplunkett@mckennalong.com;rgee@mckennalong.com;akaufman@mckennalong.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com
- Kathryn E. Driscoll    kdriscoll@pmppc.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- David G. Ebert    debert@ingramllp.com, mtajika@ingramllp.com
- Michael James Edelman    mjedelman@vedderprice.com,
  ecfnydocket@vedderprice.com
- Erica L. Edman    eedman@pillsburywinthrop.com
- James W. Ehrman    jwe@kjk.com, pleadingsjwe@gmail.com
- Steven B. Eichel    seichel@crowell.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Dan Elias    delias@eliasgroup.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- Judith Elkin    judith.elkin@haynesboone.com
- Bruce N. Elliott    elliott@cmplaw.com
- Alyssa Englund    aenglund@orrick.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Earle I. Erman    eerman@ermanteicher.com
- Belkys Escobar    belkys.escobar@loudoun.gov
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Amy Evans    aevans@crosslaw.com
- Kerry M Ewald    kewald@dickinsonwright.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com
- Thomas R. Fawkes    tfawkes@freebornpeters.com
- Carol A. Felicetta    cfelicetta@reidandreige.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Alyson M. Fiedler    afiedler@schiffhardin.com

4

- Christopher F. Graham    cgraham@mckennalong.com,
  jvargas@mckennalong.com;rgee@mckennalong.com;jmayes@mckennalong.com;ehall@
  mckennalong.com
- William F. Gray    wgray@torys.com, abauer@torys.com;tmartin@torys.com
- Wendy B. Green    wgreen@formanlaw.com
- John T. Gregg    jgregg@btlaw.com
- Nancy Grim    nancy.grim@nancygrimlaw.net
- Stephen M. Gross    sgross@mcdonaldhopkins.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Paul R. Hage    phage@jaffelaw.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-
  ecf@debevoise.com
- Paula A. Hall    hall@bwst-law.com, marbury@bwst-law.com
- Matthew A. Hamermesh    mhamermesh@hangley.com
- Michael C. Hammer    mchammer3@dickinsonwright.com
- Gary A. Hansz    gah@wwrplaw.com
- David Henry Hartheimer    dharthei@bellatlantic.net
- Michael E. Hastings    michael.hastings@leclairryan.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Geoffrey W. Heineman    gheineman@rmkb.com
- Christopher M. Hemrick    chemrick@connellfoley.com
- Suzanne Hepner    shepner@lrbpc.com,
  jcahn@lrbpc.com;rbarbur@lrbpc.com;psherer@lrbpc.com;ngrunfeld@levyratner.com
- Allan Hill    ahill@phillipslytle.com
- Terrance A. Hiller    tah@kompc.com, met@kompc.com;tlj@kompc.com
- Mark D. Hofstee    markh@bolhouselaw.com
- Michael S. Holmes    , mshatty@yahoo.com
- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Elihu Inselbuch    eb@capdale.com
- Robert M. Isackson    risackson@orrick.com
- Adam H. Isenberg    aisenberg@saul.com
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Peter F. Jazayeri    pjazayeri@ecjlaw.com, mkogan@ecjlaw.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Andrew A. Jones    ajones@whdlaw.com,
  mwichman@whdlaw.com;rbradley@whdlaw.com
- Roland Gary Jones    rgj592005@gmail.com, rgj592005@gmail.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Allen G. Kadish    kadisha@gtlaw.com
- Ken Kansa    kkansa@sidley.com
- Stephen Karotkin
  theodore.tsekerides@weil.com;Shai.Waisman@weil.com;michele.meises@weil.com;ilus
  ion.rodriguez@weil.com;nathan.pierce@weil.com;pablo.falabella@weil.com;Russell.Br
  ooks@weil.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- Clifford A. Katz    ckatz@platzerlaw.com
- Susan R. Katzoff    skatzoff@hiscockbarclay.com, lmcrobbie@hiscockbarclay.com
- Thomas M. Kennedy    tkennedy@kjmlabor.com
- Thomas L. Kent    tomkent@paulhastings.com
- Richardo I. Kilpatrick    ecf@kaalaw.com, lrobertson@kaalaw.com
- Jennifer B. Kimble    jkimble@burr.com, mstinson@burr.com;mivey@burr.com
- Michael S. Kimm    kimmlaw@msn.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Theodore A. Kittila    tak@elliottgreenleaf.com
- Kathleen H. Klaus    khk@maddinhauser.com
- Jeff Klusmeier    jeff.klusmeier@ago.mo.gov
- Anthony J. Kochis    akochis@wolfsonbolton.com, jrecchia@wolfsonbolton.com
- Thomas F. Koegel    tkoegel@flk.com
- Mary W. Koks    mkoks@munsch.com, swagner@munsch.com
- Stuart Komrower    skomrower@coleschotz.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Debra A. Kowich    dkowich@umich.edu, schmitzr@umich.edu
- Robert R. Kracht    rrk@mccarthylebit.com
- Rein F. Krammer    rkrammer@masudafunai.com
- Stuart A. Krause    skrause@zeklaw.com
- J. Alex Kress    akress@riker.com
- Richard E. Kruger    rkruger@jaffelaw.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Carl N. Kunz    ckunz@morrisjames.com, wweller@morrisjames.com
- Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com
- Darryl S. Laddin    bkrfilings@agg.com
- Michael C. Lambert    mclambert@lawpost-nyc.com
- Jacob F. Lamme    lamme@mltw.com
- Forrest B. Lammiman    flammiman@mpslaw.com,
  lbell@mpslaw.com;dnichols@mpslaw.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com
- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com
- Robert L. LeHane    KDWBankruptcyDepartment@Kelleydrye.com
- Maureen F. Leary    maureen.leary@oag.state.ny.us
- Mark G. Ledwin    mark.ledwin@wilsonelser.com
- David S. Lefere    davidl@bolhouselaw.com

7

- Eugene Leff   eleff@oag.state.ny.us
- Anthony L. Leffert   egarfield@rwolaw.com;kwhatley@rwolaw.com
- Michael S. Leib   msl@maddinhauser.com, bac@maddinhauser.com
- Robert J. Lemons   gillad.matiteyahu@weil.com
- David A. Lerner   dlerner@plunkettcooney.com
- Ira M. Levee   ilevee@lowenstein.com, mseymour@lowenstein.com
- Larry A. Levick   levick@singerlevick.com,
  croote@singerlevick.com;ckirkland@singerlevick.com
- Leslie C. Levy   leslie.levy@nebraska.gov, leora.platte@nebraska.gov
- Kenneth M. Lewis   klewis@tblawllp.com
- Kim Martin Lewis   kim.lewis@dinslaw.com,
  john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg   barryster@att.net
- Demetra Liggins   demetra.liggins@tklaw.com
- Harry A. Light   light@fec.net
- David T. Lin   dlin@seyburn.com
- Thomas K. Lindahl   tlindahl@kotzsangster.com,
  jdesantis@kotzsangster.com;dlemanski@kotzsangster.com
- Andrew K. Lipetz   alipetz@wgrlaw.com
- Edward J. LoBello   elobello@msek.com
- Eric Lopez Schnabel   schnabel.eric@dorsey.com
- Cynthia Jordan Lowery   cynthialowery@mvalaw.com
- Kim R. Lynch   klynch@formanlaw.com, mudem@formanlaw.com
- John S. Mairo   jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@p
  bnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com
- Tristan Manthey   tmanthey@hellerdraper.com
- Kayalyn A. Marafioti   kmarafio@skadden.com
- Michael A. Maricco   maricco.michael@pbgc.gov, efile@pbgc.gov
- Timothy Brian Martin   tmartin@torys.com
- Richard W. Martinez   Richardnotice@rwmaplc.com, Clairenotice@rwmaplc.com
- Victor J. Mastromarco   vmastromar@aol.com
- Steven A. Matta   smatta@mattablair.com
- Jil Mazer-Marino   jmazermarino@msek.com, kgiddens@msek.com
- Mark L. McAlpine   mlmcalpine@mcalpinelawfirm.com
- Lauren M. McEvoy   Lauren.McEvoy@thompsonhine.com
- D. Douglas McGaw   dougmcgaw@aol.com
- Frank McGinn   ffm@bostonbusinesslaw.com
- Austin L. McMullen   amcmullen@babc.com
- Barbara S Mehlsack   bmehlsack@gkllaw.com
- Brian H. Meldrum   bmeldrum@stites.com
- Marc B. Merklin   mmerklin@brouse.com
- Christopher A. Merritt   cmerritt@rjlps.com
- Richard M. Meth   msteen@daypitney.com
- G. Christopher Meyer   cmeyer@ssd.com
- Robert N. Michaelson   rmichaelson@klgates.com

- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Gerald L. Mills    gerald.mills@bex.net
- Mary P. Miras    marymiras@paulhastings.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- James P. Moloy    jmoloy@dannpecar.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Timothy D. Moratzka    tdm@mcmlaw.com
- Max Anderson Moseley    mam@jbpp.com, mkd@jbpp.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com
- Jill L. Murch    jmurch@foley.com, lapeterson@foley.com;khall@foley.com
- Daniel R. Murray    dmurray@jenner.com, mmatlock@jenner.com
- Lauren Nachinson    Lauren.Nachinson@quarles.com
- Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com
- Kenneth A. Nathan    knathan@nathanzousmer.com
- David L. Neale    dln@lnbrb.com
- Michael A. Nedelman    mnedelman@nglegal.com,
  mwatler@nglegal.com;egloetzner@nglegal.com
- Melissa Z. Neier    mneier@ibolaw.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com, aneiwirthcourt@aol.com
- James D. Newbold    James.Newbold@illinois.gov
- Robert E. Nies    rnies@wolffsamson.com
- Michael E. Norton    mnorton@nortonlawassociates.com
- Matthew D. Novello    mdnovello@mcalpinelawfirm.com
- Gordon Z. Novod    gnovod@kramerlevin.com, dcho@kramerlevin.com
- Michael B. O'Neal    moneal@wnj.com
- Sean A. O'Neal    soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;skleinman@cgsh.com;ashajnfeld@cgsh.com;cro
  driguez@cgsh.com;sarobinson@cgsh.com
- Cheryl Tama Oblander    ctama@butlerrubin.com
- Ronald Oran    roran@velaw.com
- Norman D. Orr    norman.orr@kkue.com
- Mark Russell Owens    mowens@btlaw.com,
  mowens@btlaw.com;bankruptcyindy@btlaw.com
- Gregory Oxford    goxford@icclawfirm.com
- Richard W. Paige    paige@bsplaw.com
- Ingrid S. Palermo    ipalermo@bsk.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Merritt A. Pardini    merritt.pardini@kattenlaw.com,
  dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com
- Larry E. Parres    lparres@lewisrice.com
- Peter S. Partee    ppartee@hunton.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Rakhee V. Patel    rpatel@pronskepatel.com,
  cstephenson@pronskepatel.com;rpatel@pronskepatel.com;smeiners@pronskepatel.com;
  admin@pronskepatel.com

9

- Frederick Perillo    fp@previant.com
- Debra Beth Pevos    dpevos@swappc.com
- John C. Phillips    jcp@pgslaw.com, cah@pgslaw.com;tlb@pgslaw.com
- Robert W. Phillips    rphillips@simmonscooper.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com
- Christine A.M. Pierpont    cpierpont@ssd.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Gregory G. Plotko    gplotko@kramerlevin.com,
  achouprouta@kramerlevin.com;ychernyak@kramerlevin.com
- Robert C. Pottinger    rcpottinger@bslbv.com
- Susan Power-Johnston    sjohnston@cov.com, jmcneil@cov.com
- Jasmine Powers    jpowers@debevoise.com, mao-ecf@debevoise.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Jessica E. Price    jprice@brouse.com
- John J. Privitera    privitera@mltw.com, hill@mltw.com;lamme@mltw.com
- Gerrit M. Pronske    gpronske@pronskepatel.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Marie T. Racine    mracine@racinelaw.us
- Mark L. Radtke    mradtke@shawgussis.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Eric T. Ray    eray@balch.com
- Timothy M. Reardon    tmreardon@nnblaw.com
- Michael Reed    nycourts@mvbalaw.com
- Marc E. Richards    mrichards@blankrome.com
- Michael P. Richman    mrichman@pattonboggs.com
- Paul J. Ricotta    pricotta@mintz.com
- David D. Ritter    ecf@krcl.com, dritter@krcl.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM,
  MGR@PREVIANT.COM;EM@PREVIANT.COM
- Courtney Rogers    crogers@orrick.com
- Adam C. Rogoff    arogoff@kramerlevin.com
- Adam L. Rosen    filings@spallp.com, arosen@silvermanacampora.com
- Sanford Philip Rosen    rpc@rosenpc.com, srosen@rosenpc.com
- Adina H. Rosenbaum    arosenbaum@citizen.org
- Andrew Neil Rosenberg    mtattnall@paulweiss.com
- Robert J. Rosenberg    adam.goldberg@lw.com
- Donn Rosenblum    donn.rosenblum@ohioattorneygeneral.gov
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Robert R. Ross    rrross@fedex.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Gerolyn P. Roussel    rousselp@bellsouth.net
- George V. Royle    george.royle@lw.com
- John A. Ruemenapp    jruemenapp@wyrpc.com
- John A. Ruemenapp    jruemenapp@wysr-law.com

- Jayson B. Ruff    jruff@mcdonaldhopkins.com
- Dianne Ruhlandt    druhlandt@ermanteicher.com
- Matthew E. Russell    matthew.russell@haynesboone.com
- Scott K. Rutsky    srutsky@proskauer.com
- Herbert K. Ryder    hryder@pitneyhardin.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jennifer Lauren Saffer    jlsaffer@jlsaffer.com, vjohnson@jlsaffer.com
- Chester B. Salomon    csalomon@beckerglynn.com,
  aranade@beckerglynn.com;jholdridge@beckerglynn.com
- Kimberly Salomon    ksalomon@formanlaw.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- George Franklin Sanderson    george.sanderson@elliswinters.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Robert T. Schmidt    rschmidt@kramerlevin.com
- Kenneth M. Schneider    smpcecf@gmail.com
- Thomas W. Schouten    tschouten@dunnsslaw.com
- Carey D. Schreiber    cschreiber@winston.com
- Jonathan R. Schulz    schulz@bsplaw.com, ojala@bsplaw.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Steven Schwartz    sschwart@winston.com
- Kenneth J. Schweiker    kschweiker@brownconnery.com
- Barry N. Seidel    bseidel@kslaw.com, rtrowbridge@kslaw.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- Jacob B. Sellers    jacob.sellers@leonard.com
- David J. Selwocki    brogers@swappc.com
- Joseph R. Sgroi    jsgroi@honigman.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Tricia A. Sherick    tsherick@honigman.com
- Joseph E. Shickich    jshickich@riddellwilliams.com
- Matthew J. Shier    mshier@pinnaclelawgroup.com, mterry@pinnaclelawgroup.com
- Michael P. Shuster    mpshuster@hahnlaw.com
- Robert Sidorsky    sidorsky@butzel.com
- Paul H. Silverman    PSilverman@mclaughlinstern.com
- John A. Simon    jsimon@foley.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Christina C. Skubic    bankruptcy@braytonlaw.com
- Edward Smith    easmith@venable.com
- Robert T. Smith    rsmith@cniinc.cc
- Richard G. Smolev    rsmolev@kayescholer.com,
  rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com
- Joseph H. Smolinsky    Joseph.Smolinsky@weil.com

11

- Steven B. Soll    ssoll@oshr.com, awilliams@oshr.com
- Fredric Sosnick    karen.park@shearman.com,kerri.silver@shearman.com
- Nathan R. Soucy    soucy@cwg11.com
- Arthur J. Spector    aspector@bergersingerman.com,
  jdiaz@bergersingerman.com;byglesia@bergersingerman.com;efile@bergersingerman.co
  m
- Charles A. Stanziale    cstanziale@mccarter.com
- Jeffrey S. Stein    Kenneth_Freda@gardencitygroup.com,
  jennifer.keough@gardencitygroup.com
- Leslie Stein    lstein@plunkettcooney.com, seccles@plunkettcooney.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Sharon L. Stolte    sstolte@stinsonmoheck.com
- N. Kathleen Strickland    kstrickland@rmkb.com,
  schoo@rmkb.com;mmcpherson@rmkb.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Marc N. Swanson    swansonm@millercanfield.com
- Matthew A. Swanson    matthew.swanson@leonard.com
- Colleen M. Sweeney    csweeney@dickinsonwright.com
- Stanley B. Tarr    tarr@blankrome.com
- Samuel Jason Teele    jteele@lowenstein.com,
  gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Gordon J. Toering    gtoering@wnj.com
- Patrick J. Trostle    ptrostle@jenner.com
- Tonya A. Trumm    tatrumm@michaelbest.com, safonte@michaelbest.com
- Debra S. Turetsky    dturetsky@reedsmith.com
- Marshall C. Turner    marshall.turner@husch.com
- Ann Marie Uetz    auetz@foley.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Wendy S. Walker    wwalker@morganlewis.com
- G. Alan Wallace    gwall@fraserlawfirm.com
- Kimberly A. Walsh    bk-kwalsh@oag.state.tx.us
- Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com
- Timothy W. Walsh
  twalsh@llgm.com;rxscaria@llgm.com;wcoleman@llgm.com;celliott@llgm.com
- David H. Wander    dwander@wanderlaw.com
- Lucas Ward    lucas.ward@ohioattorneygeneral.gov
- Eric G. Waxman    ewaxman@westermanllp.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Martin James Weis    weismj@dilworthlaw.com
- Robert B. Weiss    rweiss@honigman.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Michael R. Wernette    mwernette@schaferandweiner.com

- David B. Wheeler   davidwheeler@mvalaw.com
- Stephanie Wickouski   stephanie.wickouski@dbr.com,
  jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,
  swickous@aol.com
- Matthew E. Wilkins   wilkins@bwst-law.com, marbury@bwst-law.com
- Jeffrey C. Wisler   jcw@cblhlaw.com
- Blanka K. Wolfe   bwolfe@sheppardmullin.com
- Robert D. Wolford   ecfwolfordr@millerjohnson.com
- Scott A. Wolfson   swolfson@wolfsonbolton.com, jrecchia@wolfsonbolton.com
- Cynthia Woodruff-Neer   cwoodruff-neer@alpine-usa.com
- Karon Y. Wright   karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Dwight Yellen   dyellen@ballonstoll.com
- Doron Yitzchaki   dyitzchaki@dickinsonwright.com
- Jonathan W. Young   young@wildman.com
- S. Alyssa Young   ayoung@leaderberkon.com
- German Yusufov   pcaocvbk@pcao.pima.gov
- Terry L. Zabel   ecf-tlz@rhoadesmckee.com
- Rafael X. Zahralddin   rxza@elliottgreenleaf.com
- Eric Zajac   eric@teamlawyers.com, erin@teamlawyers.com
- Bruce R. Zirinsky   zirinskyb@gtlaw.com, cusumanod@gtlaw.com
- Edward P. Zujkowski   ezujkowski@emmetmarvin.com,
  ezujkowski@emmetmarvin.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic
filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | | |
|---|---|---|
| Atlas Oil Company | Diana G. Adams | Richard M Allen |
| 24501 Ecorse Road | Office of the UST | 223 Egremont Plain Rd |
| Taylor, MI 48180 | 33 Whitehall St, 21st floor | PMB 108 |
| | New York, NY 10004 | North Egremont, MA 01252 |
| | | |
| Aspen Marketing Services, Inc | Auto Craft Tool & Die Co Inc | Peter Backus |
| c/o Winston & Strawn LLP | 1800 Fruit Street | 15609 Allnutt Lane |
| 200 Park Avenue | Algonac, MI 48001 | Burtonsville, MD 20866 |
| New York, NY 10166 | | |
| | | |
| Elizabeth Banda | Norman W. Bernstein | John A. Bicks |
| Perdue Brandon Fielder Collins | N.W. Bernstein & Associates, | Sonnenschein Nath & Rosenthal |
| 4025 Woodland Park Blvd. | LLC | LLP |
| Ste 300 | 800 Westchester Ave, Ste N319 | 1221 Avenue of the Americas |
| Arlington, Texas 76013 | Rye Brook, NY 10573 | New York, NY 10020 |
| | | |
| Ian Connor Bifferato | Bloomington Syndicate | Charlotte P. Bodell |
| Bifferato LLC | c/o Marx Realty & Improvement | Edwards Angell Palmer & |
| 800 N. King Street | Co., Inc. | Dodge, LLP |
| First Floor | 708 Third Ave, 21st Floor | 111 Huntington Avenue |
| Wilmington, DE 19801 | New York, NY 10017 | Boston, MA 02199 |

13

J. William Boone
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Tristram T. Buckley
Law Offices of Tristram Buckley
426 S. Rexford Drive, Ste 12
Beverly Hills, CA 90212

Todd A. Burgess
Greenberg Traurig LLP
2375 E Camelback Rd, Ste 700
Phoenix, AZ 85016

Canadian Export Antitrust
Plaintiffs
c/o Ashleigh A. Danker, Esq.
Kaye Scholer LLP
1999 Ave of the Stars, 17th Fl
Los Angeles, CA 90067

Sharyl J. Carter
1541 LaSalle Ave # 1
Niagara, NY 14301

Garland S. Cassada
Robinson Bradshaw &
Hinson, P.A.
101 North Tryon St, Ste 1900
Charlotte, NC 28246

Cecelia Adair,
District Clerk
Hays County Justice Center
110 East M.L.K. Dr, Rm 123
San Marcos, TX 78666

William H. Chambers
501 Cumberland Rd
Tyler, TX 75703

Marcel Cicic
99-40 68 Rd Apt. 9U
Rego Park, NY 11374

Jared Riley Clark
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Trent B. Collier
Dickinson Wright PLLC
301 E. Liberty St, Ste. 500
Ann Arbor, MI 48104

Christopher Combest
Quarles & Brady
500 W. Madison St, Ste 3700
Chicago, IL 60661

John G Cronin
722 Chestnut Street
Manchester, NH 03104

DW Griffith Inc
100 Phila Pike, Ste B
Wilmington, DE 19809

Nicholaus J. Dilly
Angelina Fraccaro & Herrick
1626 W. Colonial Parkway
Inverness, IL 60067

Darby V. Doan
Haltom & Doan
6500 Summerhill Rd, Ste 100
Texarkana, TX 75503

Benjamin D. Feder
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Michael Foreman
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Robert H. Garretson
Palmieri Tyler Wiener
Wilhelm & Waldron
2603 Main St, Suite 1300
Irvine, CA 92603

Jerry W. Gerde
Johnston Harris Gerde &
Komarek, P.A.
239 E. 4th St
Panama City, FL 32401

Christopher J. Giaimo
Arent Fox LLP
1050 Connecticut Ave N.W.
Washington, DC 20036-5339

Andrew Goldman
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022

Adrienne Goldner
2847 Lexington Lane
Highland Park, IL 60035

Howard Goldner
2847 Lexington Lane
Highland Park, IL 60035

14

Greater New York
Automobile Dealers Assoc.
c/o Robinson Brog et. al
1345 Ave of the Americas
31st floor
New York, NY 10105

Gary Greenberg
666 Fifth Avenue
27th Floor
New York, NY 10103

Robert E. Greenberg
Friedlander Misler, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington,, DC 20026-4704

Jonathan S. Groat
Delta Dental Plan of
Michigan, Inc.
4100 Okemos Road
Okemos, MI 48864

Joseph P. Gromacki
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th
Floor
New York, NY 10165

Angel Hagmaier
211 E. Parkwood Ave, Ste 107
Friendwood, TX 77546

Alan D. Halperin
Halperin Battaglia Raicht LLP
555 Madison Ave, 9th Fl
New York, NY 10022

P. Richard Hartley
Hartley & Hicman
P.O. Box 583
Greenville, AL 36037

Mark C. Haut
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

James B. Holden
1525 Sherman Street, 7th
Floor
Denver, CO 80203

Howard and Howard, PLLC
Attn: Lisa S. Gretchko, Esq.
450 West Fourth Street
Royal Oak, MI 48067

Marshall Scott Huebner
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Michael S. Kimm
Kimm Law Firm
41 B Bancker Street
Englewood, NJ 07631

Troy King
Office of the Attorney General
500 Dexter Avenue
Montgomery, AL 6130

Alan W. Kornberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Barbara Kowalsky
243 Shenandoah Rd
Hopewell Jct, NY 12533

LG Electronics USA, Inc.
c/o Winston & Strawn
200 Park Avenue
New York, NY 10166

James Michael Lawniczak
Calfee, Halter & Griswold
1400 McDonald Invest. Ctr
800 Superior Avenue
Cleveland, OH 44114-2688

Lawrence Marshall
Chevrolet II, LLC
c/o William T. Green, III
11 Greenway Plaza, Ste 2820
Houston, TX 77046

Bruce Linhart
89 Beatrice Ave
West Islip, NY 11795

Mary M. MaloneyHuss
W.L. Gore & Associates, Inc.
551 Paper Mill Road
P.O. Box 9206
Newark, DE 19714

Neal S. Mann
New York State Attorney
General's Office
120 Broadway, 24th Floor
New York, NY 10271

Wendy G. Marcari
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

15

Brian Shoichi Masumoto
Office of the UST
33 Whitehall St, 21st Floor
New York, NY 10004

Emily L. Matthews
Delta Dental Plan of
Michigan, Inc.
4100 Okemos Road
Okemos, MI 48864

Maxxis International USA
545 Old Peachtree Road
Suwanee, GA 30024-2944

Thomas Moers Mayer
Kramer Levin Naftalis &
Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Robert E. McCarthy
411 West Lake Lansing Road
Building B 100-107
East Lansing, MI 48823-8439

Terrence E. McCartney
Rheingold Valet Rheingold
Shkolnik & McCartney LLP
113 East 37th Street
New York, NY 10016

Timothy S. McFadden
Locke Lord Bissell &
Liddell.LLP
111 South Wacker Drive
Chicago, IL 60606

Doris McGill
3733 Camry Ct
Sebring, FL 33872-1443

Kenneth G. McIntyre
Sinas Dramis Brake Boughton
& McIntyre, P.C.
3380 Pine Tree Road
Lansing, MI 48911

Michael A. Cox
Attorney General
PO Box 30754
Lansing, MI 48909

Mogan Adhesives Company
d/b/a MACtac and Bemis
Company Inc.
c/o Windels Marx Lane &
Mittendorf, LLC
Attn: Leslie S. Barr, Esq.
156 West 56th Street
New York, NY 10019

Steven R. Montgomery
Rawle & Henderson, LLP
14 Wall Street
27th Floor
New York, NY 10005

Edward Moody
Edward O. Moody, P.A.
801 West 4th Street
Little Rock, AR 72201

Gene T. Moore
Law Office of Gene T. Moore
1802 Fifteenth Street
Tuscaloosa, AL 35401

James O. Moore
Dechert LLP
1095 Ave of Americas
New York, NY 10036

Gordon & Mott, P.C.
4695 N. Mesa Street
El Paso, TX 79912

Radha R.M. Narumanchi
657 Middletown Avenue
New Haven, CT 06513

Lydia D. Neyland
20 Bellmawr Dr.
Rochester, NY 14624

Joseph O'Neil
Smith Reed LLP
1201 N. Market St, Ste 1500
Wilmington, DE 19801

Christian M. Oelke
Scarborough McNeese
O'Brien Kilkenny, PC
5410 SW Macadam Ave
Ste 100
Portland, OR 97239-3824

PTI Quality Containment
Solutions, LLC
6501 E. Nevada
Detroit, MI 48234

Jerry Patterson
P.O. Box 629
Marshall, AR 72650

Peter Petra
3304 93 St. Apt. 3V
Jackson Heights, NY 11372

Don V. Ploeger
P.O. Box 96
Austin, TX 78767-0096

16

David L. Pollack
Ballard Spahr Andrews &
Ingersoll, LLP
1735 Market St - 51st Floor
Philadelphia, PA 19103

Paul A. Rachmuth
Reed Smith
599 Lexington Avenue
New York, NY 10022

Jonathan Lee Riches
Federal Medical Center
PO Box 14500
Lexington, KY 40512

Joshua D. Rievman
Hoguet Newman & Regal
10 East 40th Street
New York, NY 10016

J. Casey Roy
Attorney General Office
Bky & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

SAS Institute Inc.
100 SAS Campus Drive
Cary, NC 27513

Yoshihiro Saito
2000 M Street
N.W. 7th Floor
Washington, DC 20036

David A. Salim
Hicks Schmidlin & Salm,P.C.
5302 Gateway Centre
Flint, MI 48507

Sanden International, Inc.
c/o Akin Gump Strauss Hauer
& Feld LLP
1700 Pacific Ave, Ste 4100
Dallas, TX 75201

Saturn of Hempstead, Inc.
c/o Robinson Brog et. al
1345 Avenue of the Americas
31st floor
New York, NY 10105

Eric A Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Paul D. Schrader
7001 Briscoe Lane
Louisville, KY 40228-1653

Mitchell A. Seider
885 Third Avenue
New York, NY 10022

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Stanley D. Smith
608 North 13th St
Middletown, IN 47356

Thomas M. Spera
The MathWorks, Inc.
3 Apple Hill Drive
Natick, MA 01760

Leo St. Amour
1874 Burning Bush
Rochester Hills, MI 48309

Standard Electric Company
Corporate Office
2650 Trauntner Drive
P.O. Box 5289
Saginaw, MI 48603-0289

Matthew A. Swanson
Leonard Street and Deinard
150 South Fifth St, Ste 2300
Minneapolis, MN 55402

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

The Scharine Group
N4213 Scharine Rd
Whitewater, WI 53190

Timco, LLC
2000 Town Ctr, Ste 2100
Southfield, MI 48075

Stephen C. Tingey
Ray Quinney & Nebeker
36 S State St, Ste 1400
P.O. Box 45385
Salt Lake City, UT 84145

Kenitta Franklin1 Toole
Mississippi State Tax
Commission
P.O. Box 1033
Jackson, MS 39215

Jason M. Torf
Schiff Hardin LLP
233 S. Wacker Dr, Ste 6600
Chicago, IL 60606-6473

Paul Traub
Epstein Becker & Green, P.C.
250 Park Ave, 11th Floor
New York, NY 10177-1211

Office of the U.S. Trustee
33 Whitehall St, 21st Floor
New York, NY 10004

Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Annie Wells
Morgan Lewis & Bockius
101 Park Avenue
New York, NY 10178

Western Flyer Express, Inc.
c/o Windels Marx Lane &
Mittendorf, LLP
Attn: Leslie S. Barr
156 West 56th Street
New York, NY 10019

William A. Whittle
The Whittle Law Firm, PLLC
5151 Flynn Pkwy, Ste 308
Corpus, TX 78411

Jack M. Wilhelm
Attorney at Law
1201 Rio Grande, Suite 100
Austin, TX 78701

Thomas M. Wilson
Kelley & Ferraro, LLP
1300 E. Ninth St, Ste 1901
Cleveland, OH 44114

James Addison Wright
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Kenneth Ziman
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Peter Alan Zisser
Squire, Sanders & Dempsey
1095 Avenue of the Americas
New York, NY 10036

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: January 4, 2010
1143139.1-TDM

Signed: /e/ Jinah E. Finnes

18



# FedEx

## Express



RT 356  6 D
FZ          0060
           12.28



*The World*

Envelo

**STANDARD OVERNIGHT**

TRK# **4403 4427 0060**

**14301** — NY—US

Form
0201

**XX DKW**

**BUF**

Ref: DELPHI JCP MEMPHIS 23792-2
Dept: Delphi Corporation

UNITED STATES

10

**SHARYL YVETTE CARTER**
**1541 LA SALLE AVE NO 1**

**NIAGRA FALLS, NY 14301**

BILL SE

Delive
B

(31e)

Align bottom of **Peel and Stick Airbill** h

PRF 23782-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                                            :    (Jointly Administered)
        Reorganized Debtors.                :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH
RESPECT TO REORGANIZED DEBTORS' OBJECTION TO PROOF
OF CLAIM NUMBER 16850 FILED BY SHARYL Y. CARTER

("NOTICE OF ADJOURNMENT AS TO SHARYL Y. CARTER'S
PROOF OF CLAIM NUMBER 16850")

Motors Liquidation Company Claims Agent
P.O. Box 9386
Dublin, OH 43017-4286

**IMPORTANT COURT PAPERS ENCLOSED**
Return Service Requested

SHARYL Y CARTER
1541 LASALLE AVE, #1
NIAGRA FALLS NY 14301

APS07302S8645

00002338



05-44481-rdd    Doc 19352    Filed 01/12/10    Entered 01/22/10 15:23:31    Main Document
HEARING DATE AND TIME: January 14, 2010 at 9:30 a.m. (Eastern Time)
RESPONSE DEADLINE: January 7, 2010 at 4:00 p.m. (Eastern Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS YOUR CLAIM(S)**

---

Harvey R. Miller
Stephen Karotkin
Joseph H. Smolinsky
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                :

**In re**                :     **Chapter 11 Case No.**
                :

**MOTORS LIQUIDATION COMPANY,** *et al.,*  :     **09-50026 (REG)**
     **f/k/a General Motors Corp.,** *et al.*  :
                :

          **Debtors.**     :     **(Jointly Administered)**
                :

----------------------------------------------------------------x

**NOTICE OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS**
(Duplicate Claims)

      **PLEASE TAKE NOTICE** that on December 8, 2009, Motors Liquidation

Company (f/k/a General Motors Corporation) and its affiliated debtors, as debtors in possession

(the "**Debtors**"), filed their third omnibus non-substantive objection to claims (the "**Debtors'**

**Third Omnibus Objection to Claims**"), and that a hearing (the "**Hearing**") to consider the

Debtors' Third Omnibus Objection to Claims will be held before the Honorable Robert E.

Gerber, United States Bankruptcy Judge, in Room 621 of the United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, New York, New York 10004, on

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

7007 2680 0002 4739 9284

Sent To *Honorable Robert E. Gerber*
Street, Apt. No.; or PO Box No. *United States Bankruptcy Judge*
*One Bowling Green, Rm 621*
City, State, ZIP+4 *New York, New York 10004*

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Honorable Robert E. Gerber*
*United States Bankruptcy Judge*
*One Bowling Green, Rm 621*
*New York, New York*
*10004*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

7007 2680 0002 4739 9251

Sent To *Honorable Robert D. Drain of the*
*United States Bankruptcy Ct. Southern Dist.*
Street, Apt. No.; or PO Box No. *One Bowling Green, Rm Lo10*
City, State, ZIP+4 *New York, New York 10004*

PS Form 380?, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Honorable Robert L. Drain*
*United States Bankruptcy Ct. Southern Distri*
*One Bowling Green, Rm Lo10*
*New York, New York 10004*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kurtzman Carson Consultants
Delphi Corporation
2335 Alaska Avenue
El, Segundo CA 90245

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To mcm mackall crounse & moore PLC
Street, Apt. No.; 1400 AT&T Tower attn Timothy D. moratz
or PO Box No. 901 marquette Avenue
City, State, ZIP+4 minneapolis, MN 55402

PS Form 3800, August 2006    See Reverse for Instructions

7007 2680 0002 4739 9307

CERTIFIED MAIL™

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

mcm mackall crounse & moore PLC
Attorney at law |Attn Timothy D. moratz
1400 AT&T Tower
901 marquette Avenue
minneapolis, MN 55402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 2680 0002 4739 9277

Sent To *The Garden City Group Inc*
Street, Apt. No.; *Motors Liquidation Company Agent*
or PO Box No. *P.O. Box 9386*
City, State, ZIP+4 *Dublin, Ohio 43017*

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*The Garden City Group Inc*
*Motors Liquidation Company Agent*
*P.O. Box 9386*
*Dublin, Ohio 43017*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
   ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7007 2680 0002 4739 9260

Sent To *Kurtzman Carson Consultants*
Street, Apt. No.; *2335 Alaska Avenue*
or PO Box No.
City, State, ZIP+4 *El Segundo CA 90245*

PS Form 3800, August 2006                See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK NY 10153

| | | |
|---|---|---|
| Postage | $ | $2.41 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.51 |

Postmark Here
06 JAN
NIAGARA FALLS NY 14302
USPS
01/04/2010

Sent To Weil Gotshal + Manges LLP Joseph
Attn: Harvey R Miller/ Stephen Karotkin/Sindler
Street, Apt. No.; or PO Box No. 767 Fifth Avenue
City, State, ZIP+4 New York, New York 10153

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Weil Gotshal & Manges LLP
Attn: Harvey R. Miller/ Stephen Karotkin/
Joseph Smolinsky
767 Fifth Avenue
New York, New York 10153

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                        ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540