UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**DPH HOLDINGS CORP.**, et al.,<br><br>Reorganized Debtors. | **Chapter 11**<br><br>**Case No. 05-44481 (RDD)**<br><br>**(Jointly Administered)** |

AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                                : SS
COUNTY OF NEW YORK:

JILL KAYLOR being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

2. On the 21st day of January, 2010, I caused to be served a true and correct copy of the Final Application of Cadwalader, Wickersham & Taft LLP, as Attorneys for the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursed of Actual and Necessary Expenses Incurred from October 10, 2005 through August 15, 2007 to be delivered by overnight mail to those parties listed on the annexed Exhibit A.

_____
JILL KAYLOR

Sworn to before me this
22nd day of January, 2010

_____
Notary Public
Agnes Wysoczanski
Notary Public, State of New York
No. 01WY6121473
Qualified in Richmond County
Commission Expires January 18, 2013

USActive 18220764.1

## EXHIBIT A

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606


David M. Sherbin, Esq.
Vice President & General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098


John D. Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098


Valeria Venable
Credit Manager
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, North Carolina 28078