BURR & FORMAN, LLP
420 20th Street North
Suite 3400
Birmingham, Alabama
D. Christopher Carson
Marc P. Solomon

Attorneys for Skokie Castings, Inc., f/k/a Castwell Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re:                                                        :  Chapter 11
                                                              :
DPH HOLDINGS CORP., *et al.*,                                 :  Case No.: 05-44481 (RDD)
                                                              :
            Reorganized Debtors.                              :  (Jointly Administered)
                                                              :
                                                              :
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SKOKIE CASTINGS, INC.'S RESPONSE TO REORGANIZED DEBTORS' FORTIETH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. SECTION 502(B) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN (A) BOOKS AND RECORDS CLAIMS, (B) FULLY SATISFIED CLAIMS, AND (C) OBJECTED-TO CLAIMS TO BE DISALLOWED, (II) MODIFY AND ALLOW CERTAIN (A) PARTIALLY SATISFIED CLAIMS, (B) CLAIMS TO BE FURTHER MODIFIED, (C) OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED, AND (III) ALLOW CERTAIN CLAIMS**

**COMES NOW,** Skokie Castings, Inc., formerly known as Castwell Products, Inc. ("Skokie Castings"), by and through its undersigned counsel, and hereby withdraws its *Response to Reorganized Debtors' Fortieth Omnibus Objection Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully*

1803838 v1

*Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims* (Doc. No. 19317) (the "Response").

The Response was filed in light of the fact that Skokie Castings was not in receipt of an anticipated cure payment in the amount of $10,000.00. Following the filing of the Response, the proper party-in-interest has confirmed receipt of said funds. The receipt of such payment specifically addresses the particulars of Skokie Castings Response. Accordingly, Skokie Castings withdraws its Response and further consents to the reduction of its Claim[1] to a general unsecured claim in the amount of $178,429.84, as stated in the Debtors' Fortieth Omnibus Claims Objection.

**WHEREFORE**, Skokie Castings requests that this Court deem and treat the Response as withdrawn.

/s/ D. Christopher Carson
D. Christopher Carson
Marc P. Solomon

Attorneys for Skokie Castings f/k/a Castwell Products, Inc.

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3100
Birmingham, Alabama 35283-0719
Phone: (205) 251-3000
Facsimile: (205) 458-5100

---

[1] Proof of Claim, Claim No. 1771

1803838 v1

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing document by Electronic Filing, and to the entities below by Federal Express on this the 22nd day of January 2010:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Hon. Robert D. Drain
United States Bankruptcy Court Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
Room 632
New York, NY 10004

Marc Pifko
Kilpatrick Lockhart Preston Gates Ellis, LLP
599 Lexington Avenue
New York, NY 10022

         /s/ D. Christopher Carson
         OF COUNSEL

1803838 v1