UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

**DPH HOLDINGS CORP., et al.,**

                Reorganized Debtors.

Chapter 11

Case No. 05-44481 (RDD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
                : SS
COUNTY OF NEW YORK:

    Arthur Hampton, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Kings County.

2. On the 21st day of January, 2010, I served a true and correct copy of the

- Summary Sheet Pursuant to United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §§ 330 and 331

- Final Application of Cadwalader, Wickersham & Taft LLP, as Attorneys for the Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred form October 10, 2005 Through August 15, 2007

via hand delivery and leaving copies in their office at the following address:

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 10004
New York, New York 10004
Attn: Alicia M. Leonhard, Esq.

Janine M. Jjingo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Time Square
New York, New York 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802

                                          *Arthur Hampton*
                                          Arthur Hampton

Sworn to before me on this
22nd day of January 2010

*Owens Ridges Jr*
OWENS RIDGES JR
Notary Public, State of New York
No. 24-4892070
Qualified in Kings County
Certificate Filed in New York County
Commission Expires February 18, 20__

USActive 18214188.1 (91310.001)