**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
In re                                                   :   Chapter 11
                                                        :
DPH HOLDINGS CORP., et al.,                             :   Case No. 05-44481 (RDD)
                                                        :
              Reorganized Debtors.                      :   (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION FOR ADMISSION TO**
**PRACTICE, *PRO HAC VICE*, OF HEATHER LENNOX**

I, Heather Lennox, a member in good standing of the bar of the State of Ohio, the bar of the United States District Court for the Northern District of Ohio, the bar of the United States District Court for the Southern District of Ohio and the United States Court of Appeals for the Sixth Circuit, request admission, *pro hac vice*, to represent General Motors LLC (f/k/a General Motors Company) in the above-referenced chapter 11 cases.

| | |
|---|---|
| Mailing Address: | Heather Lennox<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114-1190 |
| Telephone: | (216) 586-3939 |
| E-mail: | hlennox@jonesday.com |

CLI-1773678v1

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: New York, New York
January 25, 2010

Respectfully submitted,

  /s/ Heather Lennox
Heather Lennox
Ohio Bar No. 0059649
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

ATTORNEYS FOR GENERAL MOTORS LLC (F/K/A GENERAL MOTORS COMPANY)

CLI-1773678v1                    -2-

# EXHIBIT A

CLI-1773678v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re                                                     :   Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :   Case No. 05-44481 (RDD)
                                                          :
              Reorganized Debtors.                        :   (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

# ORDER ADMITTING
# HEATHER LENNOX TO PRACTICE, *PRO HAC VICE*

Heather Lennox, a member in good standing of the bar of the State of Ohio, the bar of the United States District Court for the Northern District of Ohio, the bar of the United States District Court for the Southern District of Ohio and the United States Court of Appeals for the Sixth Circuit, having requested admission, *pro hac vice*, to represent General Motors LLC (f/k/a General Motors Company) in the above-referenced chapter 11 cases;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Heather Lennox is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated: White Plains, New York
              _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

CLI-1773678v1