IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | § § | Case No. 05-44481 (RDD) |
| Debtors. | § § § | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that J. Mark Chevallier of McGuire, Craddock & Strother, P.C. filed a Motion for Admission to Practice, *Pro Hac Vice,* and appear on behalf of STMicroelectronics, Inc. [Docket No. 18614], in the above referenced bankruptcy case and requested to be served with all notices given or required to be given, and all papers served or required to be served in this case.

**TAKE FURTHER NOTICE** that the undersigned hereby withdraws the previous entry of appearance [Docket No. 18614] and request for serve of notices and papers.

Date:  January 25, 2010

                **Respectfully submitted,**

                By: /s/ **J. Mark Chevallier**    (01/25/2010)
                    J. Mark Chevallier
                    State Bar No. 04189170

                **MCGUIRE, CRADDOCK & STROTHER, P.C.**
                **2501 N. Harwood, Suite 1800**
                **Dallas, Texas 75201**
                (214) 954-6800 - Telephone
                (214) 954-6850 - Facsimile
                Email: mchevallier@mcslaw.com
                **ATTORNEYS FOR**
                **STMICROELECTRONICS, INC.**

636307

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of January, 2010, the foregoing Notice of Appearance was served electronically on all ECF Participants.

/s/J. Mark Chevallier    (01/25/2010)
J. Mark Chevallier

636307