UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:  
    DPH Holdings Corp, et al.,

                         Debtor

Case No.: 05-44481 (RDD)

Chapter 11

---------------------------------------------------------------x

                         Plaintiff

                v.

                         Defendant

Adversary Proceeding No.: _____

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of _____Jason H. Lee_____, to be admitted, ***pro hac vice***, to represent _____the Groom Law Group_____, (the "Client") a __party__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and the District of Columbia and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____Jason H. Lee_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 26, 2010  
  White Plains_____, New York         /s/ __Robert D. Drain_____  
                                                      UNITED STATES BANKRUPTCY JUDGE