Hearing Date and Time:  February 25, 2010 at 10:00 a.m., E.T.
Objection Deadline:  February 18, 2010 at 4:00 p.m., E.T

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Lisa G. Laukitis

JONES DAY
51 Louisiana Avenue NW
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Andrew M. Kramer

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Robert S. Walker

Attorneys for General Motors LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
DPH HOLDINGS CORP., *et al.,*                                :    Case No. 05-44481 (RDD)
                                                             :
                    Reorganized Debtors.                     :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x

# AMENDED NOTICE OF HEARING ON MOTION OF GENERAL MOTORS LLC (F/K/A GENERAL MOTORS COMPANY) TO ENFORCE MODIFIED PLAN AND PLAN MODIFICATION ORDER

**PLEASE TAKE NOTICE THAT:**

1.      The hearing on the Motion of General Motors LLC (f/k/a General Motors
Company) to Enforce Modified Plan and Plan Modification Order (Docket No. 19361)
(the "Motion"),[1] filed by General Motors LLC f/k/a General Motors Company ("New GM"),
which was originally noticed for February 18, 2010 at 10:00 a.m., has been **rescheduled** for
**February 25, 2010 at 10:00 a.m. (New York Time)**.  The hearing shall be held before the
Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 118 of the United States
Bankruptcy Court, Hon. Charles L. Brient Jr. Federal Building and Courthouse, 300 Quarropas
Street, White Plains, New York 10601.

2.      Objections, if any, to the relief sought in the Motion must be made in
writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure
and the Local Rules for the United States Bankruptcy Court for the Southern District of
New York and be filed with the Bankruptcy Court and must be served in accordance with the
Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006,
9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and
Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Sixteenth
Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006,
9007, and 9014 Establishing Omnibus Hearing Dates and Revising Certain Notice Procedures,
entered December 11, 2009 (Docket No. 19178), so as to be actually received by not later than
**4:00 p.m. (New York time) on February 18, 2010** (the "Objection Deadline").

3.      If no objections are timely filed and served with respect to this Motion,
New GM may, on or after the Objection Deadline, submit to the Court a final order substantially
in the form attached to such Motion, which final order may be entered with no further notice or
opportunity to be heard offered to any party.

4.      Copies of the Motion may be obtained from the Court's website at

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

NYI-4248640v1

http://ecf.nysb.uscourts.gov or free of charge, at http://www.dphholdingsdocket.com/dph.


Dated: January 26, 2010
      New York, New York              Respectfully submitted,


                                      ./s/ Lisa G. Laukitis
                                      Lisa G. Laukitis
                                      JONES DAY
                                      222 East 41st Street
                                      New York, New York  10017
                                      Telephone:  (212) 326-3939
                                      Facsimile:  (212) 755-7306

                                      Andrew M. Kramer
                                      JONES DAY
                                      51 Louisiana Avenue NW
                                      Washington, D.C.  20001
                                      Telephone:  (202) 879-3939
                                      Facsimile:  (202) 626-1700

                                      Heather Lennox
                                      Robert S. Walker
                                      JONES DAY
                                      North Point
                                      901 Lakeside Avenue
                                      Cleveland, Ohio  44114
                                      Telephone:  (216) 586-3939
                                      Facsimile:  (216) 579-0212

                                      ATTORNEYS FOR GENERAL
                                      MOTORS LLC