UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :
   In re                             :        Chapter 11
                               :
DPH HOLDINGS CORP., et al.,         :        Case No. 05-44481 (RDD)
                               :
                               :        (Jointly Administered)
        Reorganized Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 105 ENLARGING TIME FOR PROFESSIONALS TO FILE
FINAL REQUESTS FOR PAYMENT OF PROFESSIONAL CLAIMS

("ORDER ENLARGING TIME TO FILE FINAL FEE APPLICATIONS")

Upon the expedited motion, dated January 11, 2010 (the "Motion"), of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), for an order under 11 U.S.C. § 105 enlarging the time for Professionals[1] to file final requests for payment of Professional Claims ("Final Fee Applications"); and upon the record of the January 21, 2010 hearing held on the Motion; and this Court having determined that the relief requested in the Motion and granted herein is in the best interests of the Reorganized Debtors, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms used but not defined in this order shall have the meanings ascribed to them in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession (As Modified), dated July 30, 3009 (the "Modified Plan"), attached as Exhibit A to the Order Approving Modifications Under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified and (II) Confirmation Order [Docket No. 12359], entered July 30, 2009 (Docket No. 18707).

ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is GRANTED as provided herein.

3. Notwithstanding anything to the contrary in article 10.3(a) of the Modified Plan, Professionals shall be permitted to file all Final Fee Applications on or prior to February 1, 2010.

4. Any Professional whose Final Fee Application is governed by article 10.3(a) of the Modified Plan which files its Final Fee Application after December 31, 2009, but on or prior to February 1, 2010, shall be entitled to receive, in respect of fees and expenses for the seventh interim fee period, no more than the lesser of (a) the amount of such fees and expenses ultimately approved by this Court and (b) the amount of such fees and expenses estimated and reported (including, by incorporation, paid fees and expenses) to the Debtors in advance of the October 6, 2009 consummation of the Modified Plan.

5. In light of this order, the Motion For Enlargement Of Time To File The Final Fee Application Of Groom Law Group, Chartered, dated January 4, 2010 (Docket No. 19282), and the Motion For Enlargement Of Time To File the Seventh And Final Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses, dated January 8, 2010 (Docket No. 19297), are moot.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: White Plains, New York
       January 26, 2010

                                              /s/ Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE