**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-First Omnibus Claims Objection**

### EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BILLY RAY COLWELL | 19962 | Secured:<br>Priority:<br>Administrative: $7,085.00<br>Unsecured:<br>Total: $7,085.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CHRISTINA KATHRYN LITTLE | 19959 | Secured:<br>Priority:<br>Administrative: $3,195.00<br>Unsecured:<br>Total: $3,195.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| DAVID ALLEN SMITH | 19878 | Secured:<br>Priority:<br>Administrative: $22,250.00<br>Unsecured:<br>Total: $22,250.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| DAVID G ERMER | 18231 | Secured:<br>Priority:<br>Administrative: $20,025.00<br>Unsecured:<br>Total: $20,025.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| DAVID R WALTERS | 17597 | Secured:<br>Priority:<br>Administrative: $32,250.00<br>Unsecured:<br>Total: $32,250.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DAVID SCOTT HODGES | 16878 | Secured:<br>Priority:<br>Administrative: $89,250.00<br>Unsecured:<br>Total: $89,250.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| DAVID SCOTT HODGES | 18495 | Secured:<br>Priority:<br>Administrative: $44,625.00<br>Unsecured:<br>Total: $44,625.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DONALD J ENZINNA | 17523 | Secured:<br>Priority:<br>Administrative: $25,745.00<br>Unsecured:<br>Total: $25,745.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT A - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GARY L DAVIS | 19911 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$10,324.50<br><br>$10,324.50 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| GARY L ZENT | 19819 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$23,574.00<br><br>$23,574.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| GEORGE E BRAND | 17957 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$35,950.00<br><br>$35,950.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| GERTRAUD E ESLAIRE | 19583 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$40,520.00<br><br>$40,520.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| GERTRAUD E ESLAIRE | 19965 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$40,520.00<br><br>$40,520.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| HORACE SCRUGGS | 18260 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$25,520.00<br><br>$25,520.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| HORACE SCRUGGS | 20002 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$14,700.00<br><br>$14,700.00 | 11/02/2009 | DELPHI CORPORATION (05-44481) |
| JAMES DAVID TUCKER | 19980 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$8,287.50<br><br>$8,287.50 | 11/05/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT A - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JAMES P STEIGER | 17704 | Secured:<br>Priority:<br>Administrative: $30,960.00<br>Unsecured:<br>Total: $30,960.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| JEFFREY C SPENCER | 19171 | Secured:<br>Priority:<br>Administrative: $35,700.00<br>Unsecured:<br>Total: $35,700.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JODIE M HOFF | 19961 | Secured:<br>Priority:<br>Administrative: $4,935.00<br>Unsecured:<br>Total: $4,935.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| JOHN D FUNK | 19826 | Secured:<br>Priority:<br>Administrative: $17,677.50<br>Unsecured:<br>Total: $17,677.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH R DOUGLASS | 19914 | Secured:<br>Priority:<br>Administrative: $9,240.00<br>Unsecured:<br>Total: $9,240.00 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| KEITH A KOZLOWSKI | 19947 | Secured:<br>Priority:<br>Administrative: $14,420.00<br>Unsecured:<br>Total: $14,420.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE J SPROCKETT | 19807 | Secured:<br>Priority:<br>Administrative: $36,877.50<br>Unsecured:<br>Total: $36,877.50 | 10/12/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE J SPROCKETT | 19871 | Secured:<br>Priority:<br>Administrative: $36,877.50<br>Unsecured:<br>Total: $36,877.50 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT A - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LINDA L FRITTS | 19948 | Secured:<br>Priority:<br>Administrative: $15,992.50<br>Unsecured:<br>Total: $15,992.50 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| MARIE M NEY | 19912 | Secured:<br>Priority:<br>Administrative: $17,900.00<br>Unsecured:<br>Total: $17,900.00 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| RANDALL HACHENSKI | 19876 | Secured:<br>Priority:<br>Administrative: $23,187.05<br>Unsecured:<br>Total: $23,187.05 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND M AMARA | 18124 | Secured:<br>Priority:<br>Administrative: $19,545.00<br>Unsecured:<br>Total: $19,545.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| RENEE L WAAG | 19839 | Secured:<br>Priority:<br>Administrative: $7,052.00<br>Unsecured:<br>Total: $7,052.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD J GIBSON | 19915 | Secured:<br>Priority:<br>Administrative: $7,780.50<br>Unsecured:<br>Total: $7,780.50 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT NELSON MINKLER | 19865 | Secured:<br>Priority:<br>Administrative: $14,987.50<br>Unsecured:<br>Total: $14,987.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| ROY H GRIFFIN III | 19886 | Secured:<br>Priority:<br>Administrative: $8,520.00<br>Unsecured:<br>Total: $8,520.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

### EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS * | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| STEVEN PHILLIP NEIMAN | 17930 | Secured:<br>Priority:<br>Administrative: $33,750.00<br>Unsecured:<br>Total: $33,750.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN A LOCKHART | 18132 | Secured:<br>Priority:<br>Administrative: $25,740.00<br>Unsecured:<br>Total: $25,740.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS C BYRNE | 18416 | Secured:<br>Priority:<br>Administrative: $31,450.00<br>Unsecured:<br>Total: $31,450.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| TODD JAMMER | 19829 | Secured:<br>Priority:<br>Administrative: $18,750.00<br>Unsecured:<br>Total: $18,750.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| VICTOR MENDEZ | 19892 | Secured:<br>Priority:<br>Administrative: $17,302.50<br>Unsecured:<br>Total: $17,302.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **37** | **$872,465.55** | | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.