**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ABEAM CONSULTING USA LTD<br>8445 FREEPORT PKWY STE 525<br>IRVING, TX 75063 | 18531 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$12,730.00<br><br>$12,730.00 | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| ABILITY WORKS INC<br>ATTN LEE ALDERMAN<br>PO BOX 1698<br>JACKSON, MS 39215-1698 | 17720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$13,237.67<br><br>$13,237.67 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| BONNIE THIELE<br>1903 MEADOWLARK DR<br>JANESVILLE, WI 56546-1408 | 17325 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| BRANDENBURG INDUSTRIAL SERVICES<br>COLLEEN E MCMANUS<br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN PC<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | 17055 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$392,597.38<br><br>$392,597.38 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| BURNS & MCDONNELL INC<br>ATTN PAUL SINCLAIR<br>C O POLSINELLI SHUGHART PC<br>120 W 12TH ST<br>KANSAS CITY, MO 64105 | 18536 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$123,798.21<br><br>$123,798.21 | 07/13/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BURNS & MCDONNELL, INC<br>ATTN PAUL SINCLAIR<br>POLSINELLI SHUGHART PC<br>120 W 12TH ST<br>KANSAS CITY, MO 64105 | 17154 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$123,798.21<br><br>$123,798.21 | 07/01/2009 | DELPHI CORPORATION<br>(05-44481) |
| C & N MANUFACTURING INC<br>33722 JAMES J POMPO DR<br>FRASER, MI 48026 | 17509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$17,962.00<br><br>$17,962.00 | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19371-2    Filed 01/26/10    Entered 01/26/10 14:44:45    Exhibit B

In re DPH Holdings Corp., et al.    Pg 2 of 7    Forty-First Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHUN CHANG<br>PARKLAND DESIGN CORP<br>1405 LYELL AVE<br>ROCHESTER, NY 14606 | 17884 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$20,510.90<br><br>$20,510.90 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| COLUMBIA MARKING TOOLS<br>27430 LUCKINO DR<br>CHESTERFIELD, MI 48047 | 17079 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,095.00<br><br>$1,095.00 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| COMAIRCO EQUIPMENT<br>240 FRENCH RD<br>BUFFALO, NY 14227 | 17077 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$150.00<br><br>$150.00 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| CUSTOM SERVICE SOLUTIONS INC<br>18 EFNER DR<br>HILTON, NY 14468 | 17843 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$5,287.00<br><br>$5,287.00 | 07/06/2009 | DELPHI CORPORATION<br>(05-44481) |
| CYLINDER SERVICE INC<br>900 MAPLE ST<br>ROCHESTER, NY 14611 | 17068 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,924.27<br><br>$4,924.27 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| DAVID L PERKINS<br>PO BOX 2016<br>LAWRENCEVILLE, GA 30046 | 17716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$500.00<br><br>$500.00 | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| DAYTON CAPSCREW CORP<br>5747 WEBSTER ST<br>DAYTON, OH 45414 | 16963 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$425.81<br><br>$425.81 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ENGINEERED SYSTEMS INC<br>23900 HAGGERTY RD<br>FARMINGTON HILLS, MI 48335-2618 | 18010 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| ERATECH ENVIRONMENTAL INC<br>ATTN DOUG KOHNEN<br>3508 WILMINGTON PIKE<br>KETTERING, OH 45429 | 17047 | Secured:<br>Priority:<br>Administrative: $697.50<br>Unsecured:<br>Total: $697.50 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| FANUC ROBOTICS AMERICA INC<br>ATTN M VALLIERES<br>3900 W HAMLIN RD<br>ROCHESTER HILLS, MI 48309-3253 | 17688 | Secured:<br>Priority:<br>Administrative: $348.00<br>Unsecured:<br>Total: $348.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| FESSLER & BOWMAN INC<br>4099 EAGLES NEST CT<br>FLUSHING, MI 48433 | 17194 | Secured:<br>Priority:<br>Administrative: $139,971.58<br>Unsecured:<br>Total: $139,971.58 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| JESCO PRODUCTS CO INC<br>6592 ARROW DR<br>STERLING HEIGHTS, MI 48314 | 17076 | Secured:<br>Priority:<br>Administrative: $4,829.94<br>Unsecured:<br>Total: $4,829.94 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| JMR SYSTEMS INC<br>42 E DERRY RD<br>DERRY, NH 03038-1658 | 16884 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| KEYSTONE COMPONENTS INC<br>MIKE<br>1960 CASE PKWY SOUTH<br>TWINSBURG, OH 44087 | 17404 | Secured:<br>Priority:<br>Administrative: $431.00<br>Unsecured:<br>Total: $431.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LAUREL MACHINE & FOUNDRY CO<br>PO DRAWER 1049<br>LAUREL, MS 39441 | 17026 | Secured:<br>Priority:<br>Administrative: $366.25<br>Unsecured:<br>Total: $366.25 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| LOMAR MACHINE & TOOL CO<br>ATTN BARBARA GEISMAN<br>135 MAIN ST<br>HORTON, MI 49246 | 17224 | Secured:<br>Priority:<br>Administrative: $17,103.40<br>Unsecured:<br>Total: $17,103.40 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MARKETWIRE INC<br>100 N SEPULVEDA BLVD STE 300<br>EL SEGUNDO, CA 90245-5656 | 17468 | Secured:<br>Priority:<br>Administrative: $3,972.00<br>Unsecured:<br>Total: $3,972.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| METFORM INC<br>RAY BURBEE<br>467 F WARDS CORNER RD<br>LOVELAND, OH 45140 | 16916 | Secured:<br>Priority:<br>Administrative: $6,235.00<br>Unsecured:<br>Total: $6,235.00 | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL BRUEWER<br>103 S 5TH ST<br>MIAMISBURG, OH 45342 | 17710 | Secured:<br>Priority:<br>Administrative: $500,000.00<br>Unsecured:<br>Total: $500,000.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| NEWCOMB SPRING CORP DBA RESORTES NEWCOMB<br>DAVID DUBROW CONTROLLER<br>5408 PANOLA INDUSTRIAL BLVD<br>DECATUR, GA 30035 | 16883 | Secured:<br>Priority:<br>Administrative: $780.00<br>Unsecured:<br>Total: $780.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| NORBERT J SHAY DMD<br>150 NEWTON ST<br>BROOKLINE, MA 02445 | 17638 | Secured:<br>Priority:<br>Administrative: $1,250.00<br>Unsecured:<br>Total: $1,250.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| OHIO INDUSTRIAL SUPPLY INC<br>1220 MARKET AVE S<br>CANTON, OH 44707 | 17590 | Secured:<br>Priority:<br>Administrative: $287.97<br>Unsecured:<br>Total: $287.97 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ORTHO DESIGN INC<br>5710 DIXIE HWY<br>SAGINAW, MI 48601 | 17016 | Secured:<br>Priority:<br>Administrative: $20,600.00<br>Unsecured:<br>Total: $20,600.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| PANALPINA MANAGEMENT LTD AND PANALPINA INC<br>ATTN LAWRENCE SCHWAB<br>THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 19181 | Secured:<br>Priority:<br>Administrative: $9,664,668.94<br>Unsecured:<br>Total: $9,664,668.94 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PARKWAY PLASTICS INC<br>612 PARKWAY DR<br>W BRANCH, MI 48661 | 16920 | Secured:<br>Priority:<br>Administrative: $33,066.70<br>Unsecured:<br>Total: $33,066.70 | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| PIEDMONT NATURAL GAS COMPANY<br>BANKRUPTCY<br>4339 S TRYON ST<br>CHARLOTTE, NC 28217-1733 | 17729 | Secured:<br>Priority:<br>Administrative: $81.59<br>Unsecured:<br>Total: $81.59 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| PITTSFIELD OF INDIANA INC<br>PO BOX 1027<br>ANN ARBOR, MI 48106 | 16892 | Secured:<br>Priority:<br>Administrative: $1,637.00<br>Unsecured:<br>Total: $1,637.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| RJ STUCKEL CO INC<br>211 SEEGERS AVE<br>ELK GROVE VILLAGE, IL 60007 | 17023 | Secured:<br>Priority:<br>Administrative: $1,800.00<br>Unsecured:<br>Total: $1,800.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROCHESTER GAS & ELECTRIC CORPORATION<br>89 EAST AVE<br>ROCHESTER, NY 14649 | 17196 | Secured:<br>Priority:<br>Administrative: $10,677.46<br>Unsecured:<br>Total: $10,677.46 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| SHARON H RICHARDSON MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236 | 19560 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 08/13/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHARON H RICHARDSON MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236 | 19569 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |
| SORALUCE HERMANOS SA<br>ZONA INDUSTRIAL<br>PO BOX 30<br>AZKOITIA GIPUZKOA, 20720<br>SPAIN | 17025 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TRANSPORTATION<br>PO BOX 30648<br>LANSING, MI 48909 | 17027 | Secured:<br>Priority:<br>Administrative: $530.84<br>Unsecured:<br>Total: $530.84 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| SYNTECH ABRASIVES<br>8325 H ARROWRIDGE BLVD<br>CHARLOTTE, NC 28273 | 17653 | Secured:<br>Priority:<br>Administrative: $4,721.00<br>Unsecured:<br>Total: $4,721.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| TRUEFIT SOLUTIONS INC<br>800 CRANBERRY WOODS DR STE 120<br>CRANBERRY TOWNSHIP, PA 16066 | 16889 | Secured:<br>Priority:<br>Administrative: $450.00<br>Unsecured:<br>Total: $450.00 | 06/26/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

05-44481-rdd   Doc 19371-2   Filed 01/26/10   Entered 01/26/10 14:44:45   Exhibit B

In re DPH Holdings Corp., et al.      Pg 7 of 7      Forty-First Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VISION ENGINEERING INC<br>JOSEPHINE IORIO<br>570 DANBURY RD<br>NEW MILFORD, CT 06776 | 17046 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,965.63<br><br>$1,965.63 | 06/29/2009 | DELPHI CORPORATION<br>(05-44481) |
| WEILER WELDING COMPANY INC<br>324 E SECOND ST<br>DAYTON, OH 45402-172 | 17588 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,144.30<br><br>$1,144.30 | 07/07/2009 | DELPHI CORPORATION<br>(05-44481) |
| WENDLING SHEET METAL INC<br>2633 CARROLLTON RD<br>SAGINAW, MI 48604 | 17089 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$8,950.00<br><br>$8,950.00 | 06/30/2009 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **45** | | **$11,143,582.55** | | |

\*   "UNL" denotes an unliquidated claim.