05-44481-rdd    Doc 19371-3    Filed 01/26/10    Entered 01/26/10 14:44:45    Exhibit C
Pg 1 of 1

In re DPH Holdings Corp., et al.    Forty-First Omnibus Claims Objection
Case No. 05-44481 (RDD)

EXHIBIT C - ADJOURNED BOOKS AND RECORDS CLAIM

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SDADS SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY LTD DEREK L WRIGHT ESQ FOLEY & LARDNER LLP 321 N CLARK ST STE 2800 CHICAGO, IL 60654 | 19139 | Secured: Priority: Administrative: Unsecured: Total: | $238,474.30 $238,474.30 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$238,474.30** | | |