In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-First Omnibus Claims Objection

Exhibit D - Claimants And Related Administrative Claims Subject To Forty-First Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ABEAM CONSULTING USA LTD | 18531 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ABILITY WORKS INC | 17720 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BILLY RAY COLWELL | 19962 | EXHIBIT A - SEVERANCE CLAIMS |
| BONNIE THIELE | 17325 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BRANDENBURG INDUSTRIAL SERVICES | 17055 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BURNS & MCDONNELL INC | 18536 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| BURNS & MCDONNELL, INC | 17154 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| C & N MANUFACTURING INC | 17509 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| CHRISTINA KATHRYN LITTLE | 19959 | EXHIBIT A - SEVERANCE CLAIMS |
| CHUN CHANG | 17884 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| COLUMBIA MARKING TOOLS | 17079 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| COMAIRCO EQUIPMENT | 17077 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| CUSTOM SERVICE SOLUTIONS INC | 17843 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| CYLINDER SERVICE INC | 17068 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DAVID ALLEN SMITH | 19878 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID G ERMER | 18231 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID L PERKINS | 17716 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DAVID R WALTERS | 17597 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID SCOTT HODGES | 16878 | EXHIBIT A - SEVERANCE CLAIMS |
| DAVID SCOTT HODGES | 18495 | EXHIBIT A - SEVERANCE CLAIMS |
| DAYTON CAPSCREW CORP | 16963 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DONALD J ENZINNA | 17523 | EXHIBIT A - SEVERANCE CLAIMS |
| ENGINEERED SYSTEMS INC | 18010 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ERATECH ENVIRONMENTAL INC | 17047 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| FANUC ROBOTICS AMERICA INC | 17688 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| FESSLER & BOWMAN INC | 17194 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| GARY L DAVIS | 19911 | EXHIBIT A - SEVERANCE CLAIMS |
| GARY L ZENT | 19819 | EXHIBIT A - SEVERANCE CLAIMS |
| GEORGE E BRAND | 17957 | EXHIBIT A - SEVERANCE CLAIMS |
| GERTRAUD E ESLAIRE | 19583 | EXHIBIT A - SEVERANCE CLAIMS |
| GERTRAUD E ESLAIRE | 19965 | EXHIBIT A - SEVERANCE CLAIMS |
| HORACE SCRUGGS | 18260 | EXHIBIT A - SEVERANCE CLAIMS |
| HORACE SCRUGGS | 20002 | EXHIBIT A - SEVERANCE CLAIMS |
| JAMES DAVID TUCKER | 19980 | EXHIBIT A - SEVERANCE CLAIMS |
| JAMES P STEIGER | 17704 | EXHIBIT A - SEVERANCE CLAIMS |
| JEFFREY C SPENCER | 19171 | EXHIBIT A - SEVERANCE CLAIMS |
| JESCO PRODUCTS CO INC | 17076 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| JMR SYSTEMS INC | 16884 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| JODIE M HOFF | 19961 | EXHIBIT A - SEVERANCE CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-First Omnibus Claims Objection

Exhibit D - Claimants And Related Administrative Claims Subject To Forty-First Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JOHN D FUNK | 19826 | EXHIBIT A - SEVERANCE CLAIMS |
| JOSEPH R DOUGLASS | 19914 | EXHIBIT A - SEVERANCE CLAIMS |
| KEITH A KOZLOWSKI | 19947 | EXHIBIT A - SEVERANCE CLAIMS |
| KEYSTONE COMPONENTS INC | 17404 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| LAUREL MACHINE & FOUNDRY CO | 17026 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| LAWRENCE J SPROCKETT | 19807 | EXHIBIT A - SEVERANCE CLAIMS |
| LAWRENCE J SPROCKETT | 19871 | EXHIBIT A - SEVERANCE CLAIMS |
| LINDA L FRITTS | 19948 | EXHIBIT A - SEVERANCE CLAIMS |
| LOMAR MACHINE & TOOL CO | 17224 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MARIE M NEY | 19912 | EXHIBIT A - SEVERANCE CLAIMS |
| MARKETWIRE INC | 17468 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| METFORM INC | 16916 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MICHAEL BRUEWER | 17710 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| NEWCOMB SPRING CORP DBA RESORTES NEWCOMB | 16883 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| NORBERT J SHAY DMD | 17638 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| OHIO INDUSTRIAL SUPPLY INC | 17590 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ORTHO DESIGN INC | 17016 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PANALPINA MANAGEMENT LTD AND PANALPINA INC | 19181 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PARKWAY PLASTICS INC | 16920 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PIEDMONT NATURAL GAS COMPANY | 17729 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| PITTSFIELD OF INDIANA INC | 16892 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| RANDALL HACHENSKI | 19876 | EXHIBIT A - SEVERANCE CLAIMS |
| RAYMOND M AMARA | 18124 | EXHIBIT A - SEVERANCE CLAIMS |
| RENEE L WAAG | 19839 | EXHIBIT A - SEVERANCE CLAIMS |
| RICHARD J GIBSON | 19915 | EXHIBIT A - SEVERANCE CLAIMS |
| RJ STUCKEL CO INC | 17023 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ROBERT NELSON MINKLER | 19865 | EXHIBIT A - SEVERANCE CLAIMS |
| ROCHESTER GAS & ELECTRIC CORPORATION | 17196 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| ROY H GRIFFIN III | 19886 | EXHIBIT A - SEVERANCE CLAIMS |
| SDADS SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY LTD | 19139 | EXHIBIT C - ADJOURNED BOOKS AND RECORDS CLAIM |
| SHARON H RICHARDSON | 19560 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| SHARON H RICHARDSON | 19569 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| SORALUCE HERMANOS SA | 17025 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| STATE OF MICHIGAN DEPARTMENT OF TRANSPORTATION | 17027 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| STEVEN PHILLIP NEIMAN | 17930 | EXHIBIT A - SEVERANCE CLAIMS |
| SUSAN A LOCKHART | 18132 | EXHIBIT A - SEVERANCE CLAIMS |
| SYNTECH ABRASIVES | 17653 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| THOMAS C BYRNE | 18416 | EXHIBIT A - SEVERANCE CLAIMS |
| TODD JAMMER | 19829 | EXHIBIT A - SEVERANCE CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-First Omnibus Claims Objection

Exhibit D - Claimants And Related Administrative Claims Subject To Forty-First Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TRUEFIT SOLUTIONS INC | 16889 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| VICTOR MENDEZ | 19892 | EXHIBIT A - SEVERANCE CLAIMS |
| VISION ENGINEERING INC | 17046 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| WEILER WELDING COMPANY INC | 17588 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| WENDLING SHEET METAL INC | 17089 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |