JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Lisa G. Laukitis

JONES DAY
51 Louisiana Avenue NW
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Andrew M. Kramer

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Robert S. Walker

Attorneys for General Motors LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re : Chapter 11
:
DPH HOLDINGS CORP., *et al.,* : Case No. 05-44481 (RDD)
:
       Reorganized Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

# **AFFIDAVIT OF SERVICE**

NYI-4248665v1

| | |
|---|---|
| STATE OF NEW YORK           ) | |
|                                            )  SS.: | |
| COUNTY OF NEW YORK      ) | |

Denise Hirtzel, being duly sworn, deposes and says:

1.  The deponent is employed by Jones Day, 222 East 41st Street, New York, New York 10017, is over 18 years of age and is not a party to the above captioned proceeding.

2.  On January 25, 2010, deponent caused to be served a true and correct copy of the following documents:

- Motion of General Motors LLC (f/k/a General Motors Company) to Enforce Modified Plan and Plan Modification Order (Docket No. 19361), together with the Notice of Hearing thereto; and

- Motion for Admission to Practice, *Pro Hac Vice*, of Heather Lennox (Docket No. 19362)

via electronic mail, upon the parties listed on Exhibit A attached hereto, which consists of the counsel to the Delphi Salaried Retiree Association and the Salaried Employees, along with the parties identified on DPH Holdings Corp.'s Master Service List and the DPH Holdings Corp.'s 2002 Service List, as of January 25, 2010.

3.  Further, on January 26, 2010, deponent caused to be served a true and correct copy of the aforementioned documents, via postage pre-paid U.S. mail, upon the parties listed on Exhibit B attached hereto.

/s/ Denise Hirtzel
Denise Hirtzel

Sworn to before me on this
26th day of January, 2010

/s/ Alicia Farrington
Notary Public,
Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2010

NYI-4248665v1

# EXHIBIT A

A.   **Counsel to the Delphi Salaried Retiree Association and the Salaried Employees:**

alan@jacobweingarten.com, ashelley@milchev.com, totoole@milchev.com

B.   **DPH Holdings Corp.'s Master Service List and the DPH Holdings Corp.'s 2002 Service List:**

adalberto@canadas.com; javanzato@apslaw.com; david.boyle@airgas.com; bkessinger@akebono-usa.com; ddunn@akingump.com; idizengoff@akingump.com; pgurfein@akingump.com; mgreger@allenmatkins.com; craig.freeman@alston.com; dconnolly@alston.com; dwender@alston.com; steven.keyes@aam.com; gogimalik@andrewskurth.com; mtf@afrct.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; eray@balch.com; kim.robinson@bfkn.com; william.barrett@bfkn.com; alan.mills@btlaw.com; david.powlen@btlaw.com; john.gregg@btlaw.com; mark.owens@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; wendy.brewer@btlaw.com; ffm@bostonbusinesslaw.com; tom@beemanlawoffice.com; js@colawfirm.com; michelle@colawfirm.com; hannah@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; wmosby@binghammchale.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; chill@bsk.com; csullivan@bsk.com; sdonato@bsk.com; mtrentadue@boselaw.com; cdelatorre@boselaw.com; amcmullen@bccb.com; rjones@bccb.com; massimiliano_cini@brembo.it; dludman@brownconnery.com; schristianson@buchalter.com; mary.caloway@bipc.com; william.schorling@bipc.com; mhall@burr.com; jeannine.damico@cwt.com; john.rapisardi@cwt.com; joseph.zujkowski@cwt.com; jonathan.greenberg@BASF.COM; kburke@cahill.com; jrobertson@calfee.com; dhriggio@gmail.com; rcalinoff@candklaw.com; brcy@carsonfischer.com; rweisberg@carsonfischer.com; brcy@carsonfischer.com; cahn@clm.com; ddeutsch@chadbourne.com; japplebaum@clarkhill.com; sdeeby@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; bceccotti@cwsny.com; srosen@cb-shea.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; sjohnston@cov.com; swalsh@chglaw.com; dpm@curtinheefner.com; rsz@curtinheefner.com; ceilbott@curtis.com; wsavino@damonmorey.com; davidpmartin@erisacase.com; davidpmartin@bellsouth.net; rmeth@daypitney.com; rbeacher@daypitney.com; cchiu@daypitney.com; glenn.siegel@dechert.com; james.moore@dechert.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; jhlemkin@duanemorris.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; dparker@dykema.com; mmsmith@dykema.com; ssalinas@dykema.com; ayala.hassell@eds.com; bem@eorrlaw.com; akatz@entergy.com; MRussell@ebglaw.com; gettelman@e-hlaw.com; eflaagan@faegre.com; lscarcella@farrellfritz.com; pcollins@farrellfritz.com; charles@filardi-law.com; tdonovan@finkgold.com; jmurch@foley.com; jsimon@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; drosenzweig@fulbright.com; mparker@fulbright.com; dcimo@gjb-law.com; dcrapo@gibbonslaw.com; bhoover@goldbergsegalla.com; abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com; jsabella@gelaw.com;

jeisenhofer@gelaw.com; mrr@previant.com; mdebbeler@graydon.com; diconzam@gtlaw.com; heyens@gtlaw.com; ckm@greensfelder.com; jpb@greensfelder.com; leoscar@hahnlaw.com; cpeer@hahnlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; jdyas@halperinlaw.net; rjclark@hancocklaw.com; ddragich@hdolaw.com; hleinwand@aol.com; judith.elkin@haynesboone.com; lenard.parkins@haynesboone.com; kenric.kattner@haynesboone.com; prubin@herrick.com; ken.higman@hp.com; Ramona.neal@hp.com; sharon.petrosino@hp.com; mpendell@haslaw.com; echarlton@hiscockbarclay.com; ggraber@hodgsonruss.com; jkreher@hodgsonruss.com; amoog@hhlaw.com; ecdolan@hhlaw.com; sagolden@hhlaw.com; dbaty@honigman.com; tsable@honigman.com; lmurphy@honigman.Com; sdrucker@honigman.com; lgretchko@howardandhoward.com; lmcbryan@hwmklaw.com; jrhunter@hunterschank.com; tomschank@hunterschank.com; sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com; greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; rgriffin@iuoe.org; bruzinsky@jw.com; hforrest@jw.com; JRS@Parmenterlaw.com; wschultz@jasoninc.com; rpeterson@jenner.com; gerdekomarek@bellsouth.net; cball@jonesday.com; pjbenvenutti@jonesday.com; mcorrea@jonesday.com; sjfriedman@jonesday.com; john.sieger@kattenlaw.com; rsmolev@kayescholer.com; kcookson@keglerbrown.com; lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com; eriley@kellerrohrback.com; ggotto@kellerrohrback.com; cwolfe@kelleydrye.com; mstone@kelleydrye.com; lmagarik@kjmlabor.com; sjennik@kjmlabor.com; tkennedy@kjmlabor.com; degan@kslaw.com; sdabney@kslaw.com; jstempel@kirkland.com; efox@klng.com; pepope@nisource.com; sosimmerman@kwgd.com; jay.selanders@kutakrock.com; ekutchin@kutchinrufo.com; knorthup@kutchinrufo.com; adbruski@lambertleser.com; smcook@lambertleser.com; mark.broude@lw.com; michael.riela@lw.com; mitchell.seider@lw.com; robert.rosenberg@lw.com; mkohayer@aol.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; kwalsh@lockelord.com; tmcfadden@lockelord.com; gschwed@loeb.com; whawkins@loeb.com; bnathan@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com; egc@lydenlaw.com; axs@maddinhauser.com; jlanden@madisoncap.com; lmc@ml-legal.com; vmastromar@aol.com; gsantella@masudafunai.com; dadler@mccarter.com; eglas@mccarter.com; lsalzman@mccarthy.ca; gravert@mwe.com; jmsullivan@mwe.com; sselbst@mwe.com; shandler@mwe.com; mquinn@mwe.com; sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com; amccollough@mcguirewoods.com; dblanks@mcquirewoods.com; jmaddock@mcguirewoods.com; tslome@msek.com; hkolko@msek.com; lpeterson@msek.com; mmeyers@mlg-pc.com; emeyers@mrrlaw.net; rrosenbaum@mrrlaw.net; mdtcbkc@miamidade.gov; miag@michigan.gov; raterinkd@michigan.gov; miag@michigan.gov; trenda@milesstockbridge.com; vjones@millermartin.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; greenj@millercanfield.com; swansonm@millercanfield.com; fusco@millercanfield.com; pjricotta@mintz.com; pricotta@mintz.com; Jeff.Ott@molex.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com; resterkin@morganlewis.com; lberkoff@moritthock.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; sandy@nlsg.com; Knathan@nathanneuman.com; l.moore@pnc.com; marty_noland@nrel.gov; george.cauthen@nelsonmullins.com; tracy.richardson@dol.lps.state.nj.us; dgheiman@jonesday.com; cahope@chapter13macon.com; jay.hurst@oag.state.tx.us; msutter@ag.state.oh.us; michaelz@orbotech.com; mmoody@orourkeandmoody.com; aenglund@orrick.com; fholden@orrick.com; jguy@orrick.com; Rdaversa@orrick.com; rwyron@orrick.com; mseidl@pszjlaw.com; Rfeinstein@pszjlaw.com; Ischarf@pszjlaw.com;

dalowenthal@pbwt.com; dwdykhouse@pbwt.com; spaethlaw@phslaw.com;
arosenberg@paulweiss.com; ddavis@paulweiss.com; emccolm@paulweiss.com;
sshimshak@paulweiss.com; housnerp@michigan.gov; kmayhew@pepehazard.com;
lawallf@pepperlaw.com; jaffeh@pepperlaw.com; varughesen@pepperlaw.com;
scarter@pselaw.com; jmanheimer@pierceatwood.com; kcunningham@pierceatwood.com;
rjp@pbandg.com; karen.dine@pillsburylaw.com; margot.erlich@pillsburylaw.com;
mark.houle@pillsburylaw.com; richard.epling@pillsburylaw.com;
robin.spear@pillsburylaw.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com;
jh@previant.com; mgr@previant.com; enrique.bujidos@es.pwc.com; xst@qad.com;
jharris@quarles.com; jdawson@quarles.com; knye@quarles.com; rlp@quarles.com;
apille@reedsmith.com; jkaczka@republicengineered.com; jshickich@riddellwilliams.com;
jcrotty@rieckcrotty.com; rtrack@msn.com; cbelmonte@ssbb.com; pbosswick@ssbb.com;
rcarrillo@ssbb.com; dweiner@schaferandweiner.com; hborin@schaferandweiner.com;
mwernette@schaferandweiner.com; shellie@schaferandweiner.com;
rheilman@schaferandweiner.com; egeekie@schiffhardin.com; david.karp@srz.com;
james.bentley@srz.com; michael.cook@srz.com; barryster@att.net; pbaisier@seyfarth.com;
rdremluk@seyfarth.com; whanlon@seyfarth.com; bshaw100@shawgussis.com;
bharwood@sheehan.com; lawtoll@comcast.net; ewaters@sheppardmullin.com;
msternstein@sheppardmullin.com; tcohen@sheppardmullin.com; twardle@sheppardmullin.com;
rthibeaux@shergarner.com; rthibeaux@shergarner.com; bankruptcy@goodwin.com;
asherman@sillscummis.com; jzackin@sillscummis.com; vhamilton@sillscummis.com;
skimmelman@sillscummis.com; cfortgang@silverpointcapital.com; kmiller@skfdelaware.com;
fyates@sonnenschein.com; mmachen@sonnenschein.com; opinkas@sonnenschein.com;
rrichards@sonnenschein.com; cmeyer@ssd.com; sarah.morrison@doj.ca.gov;
hwangr@michigan.gov; przekopshaws@michigan.gov; jmbaumann@steeltechnologies.com;
jspecf@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com;
mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com;
wbeard@stites.com; loucourtsum@stites.com; cpajak@stutman.com; egoldberg@stutman.com;
ipachulski@stutman.com; jdavidson@stutman.com; ferrell@taftlaw.com; miller@taftlaw.com;
jteitelbaum@tblawllp.com; rbaskin@tblawllp.com; agbanknewyork@ag.tn.gov;
jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp;
robert.morris@timken.com; rhett.campbell@tklaw.com; ira.herman@tklaw.com;
john.brannon@tklaw.com; lnewman@tcfhlaw.com; dquaid@tcfhlaw.com;
efiledocketgroup@fagelhaber.com; tguerriero@us.tiauto.com; jlevi@toddlevi.com;
matthew.schwartz@usdoj.gov; hzamboni@underbergkessler.com; mkilgore@UP.com;
djury@usw.org; tscobb@vorys.com; RGMason@wlrk.com; gtoering@wnj.com;
mcruse@wnj.com; growsb@wnj.com; gpeters@weltman.com; gkurtz@ny.whitecase.com;
guzzi@whitecase.com; dbaumstein@ny.whitecase.com; tlauria@whitecase.com;
featon@miami.whitecase.com; barnold@whdlaw.com; jmoennich@wickenslaw.com;
dneier@winston.com; cschreiber@winston.com; mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com; agrumbine@wcsr.com; mbusenkell@wcsr.com;
rkisicki@woodsoviatt.com; skrause@zeklaw.com; pclark@btlaw.com;
rstark@brownrudnick.com; bsimon@cwsny.com; sreisman@cm-p.com;
donald.bernstein@dpw.com; brian.resnick@dpw.com; sean.p.corcoran@delphi.com;
karen.j.craft@delphi.com; john.brooks@delphi.com; cschiff@flextronics.com;
paul.anderson@flextronics.com; rodbuje@ffhsj.com; sliviri@ffhsj.com;
randall.eisenberg@fticonsulting.com; lhassel@groom.com; ggraber@hodgsonruss.com;
fgorman@honigman.com; rweiss@honigman.com; bderrough@jefferies.com;
richard.duker@jpmorgan.com; susan.atkins@jpmorgan.com; gnovod@kramerlevin.com;
tmayer@kramerlevin.com; daniel.fisher@lawdeb.com; patrick.healy@lawdeb.com;
jdejonker@mwe.com; conh@mctiguelaw.com; bmctigue@mctiguelaw.com;

4

lszlezinger@mesirowfinancial.com; gbray@milbank.com; tkreller@milbank.com; jtill@milbank.com; eugene.leff@oag.state.ny.us; newyork@sec.gov; william.dornbos@oag.state.ny.us; rsiegel@omm.com; tjerman@omm.com; sshimshak@paulweiss.com; pweintraub@paulweiss.com; landy.ralph@pbgc.gov; morris.karen@pbgc.gov; menke.john@pbfgc.gov; bangert.beth@pbgc.gov; efile@pbgc.gov; sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; rdremluk@seyfarth.com; dbartner@shearman.com; jfrizzley@shearman.com; jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com; ddoyle@spencerfane.com; nfranke@spencerfane.com; jcohen@stahlcowen.com; tcornell@stahlcowen.com; cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com; harvey.miller@weil.com; jeff.tanenbaum@weil.com; martin.bienenstock@weil.com; michael.kessler@weil.com; scimalore@wilmingtontrust.com; olshin@duanemorris.com; jgrubin@tnsj-law.com

## **EXHIBIT B**

**Counsel to the Delphi Salaried Retiree Association and the Salaried Employees:**

Alan J. Schwartz, Esq.
Steven P. Schubiner, Esq.
Jacob & Weingarten, P.C.
2301 Big Beaver Road, Suite 777
Troy, Michigan  48084

Anthony F. Shelley, Esq.
Timothy P. O'Toole, Esq.
Miller & Chevalier Chartered
655 15th Street, NW, Suite 900
Washington, D.C.  20005

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | USA |
| Brown Rudnick Berlack Israels LLP | Robert J Stark | Seven Times Square | | New York | NY | 10036 | USA |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd Street | | New York | NY | 10036 | USA |
| Curtis Mallet Prevost Colt & Mosle LLP | Steven J Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | USA |
| Davis Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | USA |
| Delphi Automotive LLP | Sean Corcoran Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | USA |
| DPH Holdings Corp | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | USA |
| Flextronics International | Carrie L Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | USA |
| Flextronics International USA Inc | Paul W Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | USA |
| Fried Frank Harris Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart | Jennifer L Rodburg Richard J Slivinski | One New York Plaza | New York | NY | 10004 | USA |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | USA |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 | USA |
| Hodgson Russ LLP | Garry M Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | USA |
| Honigman Miller Schwartz and Cohn LLP | Frank L Gorman Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | USA |
| Honigman Miller Schwartz and Cohn LLP | Robert B Weiss Esq | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | USA |
| Internal Revenue Service | Attn Insolvency Department Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | USA |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | USA |
| Jefferies & Company Inc | William Q Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | USA |
| JPMorgan Chase Bank NA | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | USA |
| JPMorgan Chase Bank NA | Susan Atkins Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | USA |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | USA |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | USA |
| Law Debenture Trust of New York | Daniel R Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | USA |
| Law Debenture Trust of New York | Patrick J Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | USA |
| McDermott Will & Emery LLP | David D Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | USA |
| McDermott Will & Emery LLP | Jason J DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | USA |
| McDermott Will & Emery LLP | Mohsin N Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | USA |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 3

1/26/2010 12:51 PM
US Mail - Master Service List 100119.xlsx US Mail (56)

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| McTigue Law Firm | Cornish F Hitchcock | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 | USA |
| McTigue Law Firm | J Brian McTigue | 5301 Wisconsin Ave NW | Suite 350 | Washington | DC | 20015 | USA |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | USA |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq | James E Till Esq | 601 South Figueroa St 30th Fl | Los Angeles | CA | 90017 | USA |
| New York State Office Attorney General | Eugene J Leff | Asst Attnt Gen & Deputy Bureau Chief | 120 Broadway 26th Floor | New York | NY | 10271 | USA |
| Northeast Regional Office | Mark Schonfeld Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | USA |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | USA |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | USA |
| O'Melveny & Myers LLP | Tom A Jerman Rachel Janger | 1625 Eye Street NW | | Washington | DC | 20006 | USA |
| Paul Weiss Rifkind Wharton Garrison LLP | Stephen J Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | USA |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street NW | Suite 340 | Washington | DC | 20005-4026 | USA |
| Pension Benefit Guaranty Corporation | Karen L Morris John Menke | Ralph L Landy Beth A Bangert | 1200 K Street NW Suite 340 | Washington | DC | 20005 | USA |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Avenue | | New York | NY | 10103 | USA |
| Rothchild Inc | David L Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | USA |
| Seyfarth Shaw LLP | Robert W Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | USA |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | USA |
| Skadden Arps Slate Meagher & Flom LLP | John Wm Butler John Lyons Ron E Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | USA |
| Skadden Arps Slate Meagher & Flom LLP | Kayalyn A Marafioti | 4 Times Square | PO Box 300 | New York | NY | 10036 | USA |
| Spencer Fane Britt & Browne LLP | Daniel D Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | USA |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | USA |
| Stahl Cowen Crowley Addis LLC | Jon D Cohen Trent P Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | USA |
| Stevens & Lee PC | Chester B Salomon Constantine D Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | USA |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | USA |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | USA |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 3

1/26/2010 12:51 PM
US Mail - Master Service List 100119.xlsx US Mail (56)

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Weil Gotshal & Manges LLP | Harvey R Miller | 767 Fifth Avenue | | New York | NY | 10153 | USA |
| Weil Gotshal & Manges LLP | Jeffrey L Tanenbaum Esq | 767 Fifth Avenue | | New York | NY | 10153 | USA |
| Weil Gotshal & Manges LLP | Martin J Bienenstock Esq | 767 Fifth Avenue | | New York | NY | 10153 | USA |
| Weil Gotshal & Manges LLP | Michael P Kessler Esq | 767 Fifth Avenue | | New York | NY | 10153 | USA |
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | USA |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 3

1/26/2010 12:51 PM
US Mail - Master Service List 100119.xlsx US Mail (56)