**EXHIBIT A - EXHIBIT A CLAIMS (BOOKS AND RECORDS CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COLLINS & AIKMAN<br>RICK ONISKO<br>26533 EVERGREEN<br>SOUTHFIELD, MI 48076 | 15339 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,481,668.72<br>$1,481,668.72 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HURST BYRON G<br>C/O DAVID R SALYER ESQ<br>E S GALLON & ASSOCIATES<br>40 WEST 4TH ST STE 2200<br>DAYTON, OH 45402 | 2285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$10,000.00<br>$10,000.00 | 03/14/2006 | DELPHI CORPORATION (05-44481) |
| VOPLEX INC AND MERIDIAN AUTOMOTIVE SYSTEMS INC AND AFFILIATES<br>MATTHEW PAROLY<br>999 REPUBLIC DR<br>ALLEN PARK, MI 48101 | 12391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $148,049.72<br><br><br>$211,457.85<br>$359,507.57 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| Total: | 3 | $1,851,176.29 | | | |