05-44481-rdd    Doc 19374-2    Filed 01/27/10    Entered 01/27/10 11:20:37    Exhibit B
Pg 1 of 8

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AGAPE PLASTICS INC EFT<br>O 11474 FIRST AVE NW<br>GRAND RAPIDS, MI 49544 | 3964 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $12,566.40<br>Total:              $12,566.40 | 05/01/2006 | DELPHI CORPORATION (05-44481) |
| AMERICAN TECHNICAL CERAMICS<br>1 NORDEN LN<br>HUNTINGTON STATION, NY 11746-2102 | 3358 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $11,214.73<br>Total:              $11,214.73 | 04/28/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| AMG INDUSTRIES INC<br>200 COMMERCE DR<br>MT VERNON, OH 43050 | 5252 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $1,886.40<br>Total:              $1,886.40 | 05/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 7657 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $11,080.20<br>Total:              $11,080.20 | 06/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 5427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $31,350.84<br>Total:              $31,350.84 | 05/10/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUMA TEC SA DE CV<br>C/O MICHAEL G CRUSE<br>WARNER NORCROSS & JUDD LLP<br>2000 TOWN CENTER STE 2700<br>SOUTHFIELD, MI 48075 | 10383 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $33,417.69<br>Total:              $33,417.69 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BASF MEXICANA SA DE CV<br>MS LAURA RANGEL<br>AMERICAN POSTAL CENTER<br>501 N BRIDGE ST<br>HIDALGO, TX 78557 | 6333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $51,588.18<br>Total:              $51,588.18 | 05/19/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| BOURNS INC<br>ATTN MARY RODGERS<br>1200 COLUMBIA AVE<br>RIVERSIDE, CA 92507 | 6683 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $43,850.88<br>Total:              $43,850.88 | 05/23/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

05-44481-rdd    Doc 19374-2    Filed 01/27/10    Entered 01/27/10 11:20:37    Exhibit B
Pg 1 of 8

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

Page 1 of 8

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $849.39<br>Total: $849.39 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,370.20<br>Total: $1,370.20 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5085 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,011.99<br>Total: $1,011.99 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,423.21<br>Total: $31,423.21 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| CINGULAR WIRELESS<br>BANKO<br>PO BOX 309<br>PORTLAND, OR 97207-0309 | 5086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $7,831.58<br>Total: $7,831.58 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| COMMERCIAL PACKAGING INC<br>6548 W HIGGINS<br>CHICAGO, IL 60656-2161 | 3304 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $230.00<br>Total: $230.00 | 04/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| COMPUTER PATENT ANNUITIES LP<br>GILL DAVID ACCOUNTS<br>RECEIVABLE MANAGER<br>CPA HOUSE<br>11 15 SEATON PLACE<br>ST HELIER JERSEY, JE1 1BL<br>CHANNEL ISLANDS | 15379 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $617,204.24<br>Total: $617,204.24 | 07/31/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |

05-44481-rdd    Doc 19374-2    Filed 01/27/10    Entered 01/27/10 11:20:37    Exhibit B

In re DPH Holdings Corp., et al.      Pg 3 of 8      Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF PLASTIC DECORATORS INC<br>ALPA JIMENEZ<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 12668 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$184,138.31<br>$184,138.31 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO, CA 92108 | 2117 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,381.59<br>$4,381.59 | 02/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EIMO AMERICAS<br>1551 SAWGRASS CORPORATE PKWY<br>STE 300<br>SUNRISE, FL 33323 | 5887 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$184,673.70<br>$184,673.70 | 05/15/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| FREUDENBERG NOK GENERAL PARTNERSHIP<br>RALPH E MCDOWELL<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 11603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $358,851.00<br>$80,742.02<br><br>$60,066.20<br>$499,659.22 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK INC<br>RALPH E MCDOWELL<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 11602 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$1,759.31<br><br>$2,878.86<br>$4,638.17 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NONWOVENS LP<br>EFT<br>2975 PEMBROKE RD<br>HOPKINSVILLE, KY 42240 | 5463 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,971.26<br>$17,971.26 | 05/10/2006 | DELPHI CORPORATION (05-44481) |
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 2020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$131,166.32<br>$131,166.32 | 02/14/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 16670 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $822.47<br><br><br>$822.47 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 1565 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$47,879.16<br>$47,879.16 | 01/17/2006 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL RECTIFIER CORPORATION<br>RICHARD BRUNETTE AND THERESA WARDLE<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | 14215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$453.25<br>$453.25 | 07/31/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| KOA SPEER ELECTRONICS INC<br>SCOTT W RICE CHAIRMAN & PRESIDENT<br>BOLIVAR DR<br>PO BOX 547<br>BRADFORD, PA 16701 | 16686 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$61,091.71<br><br><br>$61,091.71 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOA SPEER ELECTRONICS INC<br>SCOTT W RICE CHAIRMAN & PRESIDENT<br>BOLIVAR DR<br>PO BOX 547<br>BRADFORD, PA 16701 | 16687 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$84,902.01<br><br><br>$84,902.01 | 10/10/2005 | DELPHI CORPORATION (05-44481) |
| KOKOMO GAS AND FUEL COMPANY<br>JASON M TORF<br>SCHIFF HARDIN LLP<br>6600 SEARS TOWER<br>CHICAGO, IL 60606 | 11622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$248,629.34<br>$248,629.34 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | 11924 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$28,390.99<br><br>$52,411.01<br>$80,802.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LINEAR TECHNOLOGY CORPORATION<br>JAMES M SULLIVAN<br>MCDERMOTT WILL & EMERY<br>50 ROCKEFELLER PLZ<br>NEW YORK, NY 10020-1605 | 16681 | Secured:<br>Priority: $116,070.80<br>Administrative:<br>Unsecured:<br>Total: $116,070.80 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF NN INC US BALL AND ROLLER DIV<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 7289 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $104,313.33<br>Total: $104,313.33 | 06/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF SGF OF AMERICA CORPORATION<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 726 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $10,022.00<br>Total: $10,022.00 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WARNER ELECTRIC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 5970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $78,321.60<br>Total: $78,321.60 | 05/16/2006 | DELPHI CORPORATION (05-44481) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT AS ASSIGNEE OF BEI DUNCAN ELECTRONICS<br>JEFFREY L CARESS<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 15493 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,762.88<br>Total: $5,762.88 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 1898 | Secured:<br>Priority: $3,086.40<br>Administrative:<br>Unsecured:<br>Total: $3,086.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 1902 | Secured:<br>Priority: $3,190.40<br>Administrative:<br>Unsecured:<br>Total: $3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

05-44481-rdd    Doc 19374-2    Filed 01/27/10    Entered 01/27/10 11:20:37    Exhibit B

In re DPH Holdings Corp., et al.    Pg 6 of 8    Fortieth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 1907 | Secured:<br>Priority: $6,425.10<br>Administrative:<br>Unsecured:<br>Total: $6,425.10 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 1901 | Secured:<br>Priority: $3,190.40<br>Administrative:<br>Unsecured:<br>Total: $3,190.40 | 02/08/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| MACAUTO USA INC<br>80 EXCEL DR<br>ROCHESTER, NY 14621 | 9431 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $961,318.16<br>Total: $961,318.16 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MANDO AMERICA CORPORATION<br>SKYE SUH PLC<br>32000 NORTHWESTERN HWY STE 260<br>FARMINGTON HILLS, MI 48334 | 1569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $291,268.45<br>Total: $291,268.45 | 01/17/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| NATIONAL SEMICONDUCTOR CORP<br>2900 SEMICONDUCTOR DR. G2 335<br>SANTA CLARA, CA 95051 | 5390 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $995.20<br>Total: $995.20 | 05/09/2006 | DELPHI CORPORATION (05-44481) |
| NISSAN TRADING CORP USA<br>ATTN ALAN KALB<br>34405 W 12 MILE RD STE 225<br>FARMINGTON HILLS, MI 48331 | 293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,288.76<br>Total: $1,288.76 | 11/03/2005 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| OETIKER INC<br>3305 WILSON ST<br>MARLETTE, MI 48453-0217 | 722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $12,643.20<br>Total: $12,643.20 | 11/21/2005 | DELPHI CORPORATION (05-44481) |
| PLAINFIELD MOLDING INC<br>24035 RIVER WALK CT<br>PLAINFIELD, IL 60544 | 12439 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $15,964.33<br>Total: $15,964.33 | 07/28/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RICHCO INC<br>8145 RIVER DR<br>MORTON GROVE, IL 60053 | 520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $193.34<br>Total: $193.34 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| SHIN ETSU POLYMER AMERICA INC<br>5600 MOWRY SCHOOL RD STE 320<br>NEWARK, CA 94560 | 11596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,393.52<br>Total: $20,393.52 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 11706 | Secured: $25,011.37<br>Priority:<br>Administrative:<br>Unsecured: $210,932.12<br>Total: $235,943.49 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| SUMIDA TRADING PTE LTD<br>996 BENDERMEER RD<br>NO 04 05 TO 06339944<br>SINGAPORE | 2215 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,499.20<br>Total: $2,499.20 | 03/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THE FURUKAWA ELECTRIC CO LTD<br>C/O PENN AYERS BUTLER ESQ<br>SQUIRE SANDERS & DEMPSEY LLP<br>600 HANSEN WY<br>PALO ALTO, CA 94304-1043 | 16555 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,067.68<br>Total: $48,067.68 | 02/26/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THERMOTECH SA DE CV<br>1302 S 5TH ST<br>HOPKINS, MN 55343 | 6096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $14,647.45<br>Total: $14,647.45 | 05/16/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| THIERICA INC<br>900 CLANCY AVE NE<br>GRAND RAPIDS, MI 49503 | 11536 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,591.80<br>Total: $4,591.80 | 07/27/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

**EXHIBIT B - EXHIBIT B CLAIMS (FULLY SATISFIED CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TR BUTTERFIELD TRAIL CORP<br>NDH PROPERTY MANAGEMENT SERVICES<br>7400 VISCOUNT<br>STE 240<br>EL PASO, TX 79925 | 12342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$32,627.13<br>$32,627.13 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **52** | | **$4,380,909.06** | | |