**EXHIBIT C - EXHIBIT C CLAIM (OBJECTED-TO CLAIM TO BE DISALLOWED)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMERICAN AIKOKU ALPHA INC<br>ATTN GARY VIST ESQ<br>C/O MASUDA FUNAI EIFERT & MITCHELL LTD<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | 16796 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$429,525.84<br><br><br>$429,525.84 | 01/29/2008 | DELPHI CORPORATION<br>(05-44481) |
| Total: | 1 | | $429,525.84 | | |