**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
| --- | --- | --- |
| **Claim:** 2468<br>Date Filed: 04/03/2006<br>Docketed Total: $517,747.63<br>Filing Creditor Name:<br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E02<br>ST PAUL, MN 55144 | Claim Holder Name<br>3M COMPANY<br>OFFICE OF GENERAL COUNSEL<br>BLDG 220 9E02<br>ST PAUL, MN 55144<br><br>Case Number*: 05-44481<br>Docketed Total: $517,747.63<br>Secured<br>Priority<br>Unsecured $517,747.63<br>**$517,747.63** | Case Number*: 05-44640<br>Allowed Total: $434,298.11<br>Secured<br>Priority<br>Unsecured $434,298.11<br>**$434,298.11** |
| **Claim:** 16570<br>Date Filed: 10/16/2006<br>Docketed Total: $1,059,143.24<br>Filing Creditor Name:<br>A BERGER PRECISION LTD<br>28 REGAN RD<br>BRAMPTON, ON L7A 1A7<br>CANADA | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44640<br>Docketed Total: $1,059,143.24<br>Secured<br>Priority<br>Unsecured $1,059,143.24<br>**$1,059,143.24** | Case Number*: 05-44640<br>Allowed Total: $1,058,927.24<br>Secured<br>Priority<br>Unsecured $1,058,927.24<br>**$1,058,927.24** |
| **Claim:** 1741<br>Date Filed: 02/01/2006<br>Docketed Total: $1,669,714.54<br>Filing Creditor Name:<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615 | Claim Holder Name<br>ALLEGRO MICRO SYSTEMS INC<br>115 NORTHEAST CUTOFF<br>WORCESTER, MA 01615<br><br>Case Number*: 05-44481<br>Docketed Total: $1,669,714.54<br>Secured<br>Priority<br>Unsecured $1,669,714.54<br>**$1,669,714.54** | Case Number*: 05-44481<br>Allowed Total: $1,444,523.00<br>Secured<br>Priority<br>Unsecured $1,444,523.00<br>**$1,444,523.00** |
| **Claim:** 8455<br>Date Filed: 06/23/2006<br>Docketed Total: $171,798.50<br>Filing Creditor Name:<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393 | Claim Holder Name<br>ALMETALS CO<br>51035 GRAND RIVER<br>WIXOM, MI 48393<br><br>Case Number*: 05-44640<br>Docketed Total: $171,798.50<br>Secured<br>Priority<br>Unsecured $171,798.50<br>**$171,798.50** | Case Number*: 05-44640<br>Allowed Total: $2,384.41<br>Secured<br>Priority<br>Unsecured $2,384.41<br>**$2,384.41** |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### Claim 1

**CLAIM TO BE ALLOWED**

Claim: 12159
Date Filed: 07/28/2006
Docketed Total: $7,450.00
Filing Creditor Name:
ALPHA PRODUCTS INC
351 IRVING DR
OXNARD, CA 93030

**CLAIM AS DOCKETED**

Claim Holder Name:
ALPHA PRODUCTS INC
351 IRVING DR
OXNARD, CA 93030

| Case Number* | Secured | Docketed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $7,450.00 |
| | | | $7,450.00 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Allowed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,725.00 |
| | | | $3,725.00 |

### Claim 2

**CLAIM TO BE ALLOWED**

Claim: 9151
Date Filed: 07/10/2006
Docketed Total: $925,476.40
Filing Creditor Name:
ARC AUTOMOTIVE INC
1729 MIDPARK RD
KNOXVILLE, TN 37921

**CLAIM AS DOCKETED**

Claim Holder Name:
ARC AUTOMOTIVE INC
1729 MIDPARK RD
KNOXVILLE, TN 37921

| Case Number* | Secured | Docketed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $925,476.40 | | UNL |
| | $925,476.40 | | UNL |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Allowed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $465,879.47 |
| | | | $465,879.47 |

### Claim 3

**CLAIM TO BE ALLOWED**

Claim: 2343
Date Filed: 03/20/2006
Docketed Total: $11,295.20
Filing Creditor Name:
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

**CLAIM AS DOCKETED**

Claim Holder Name:
ASM CAPITAL LP
7600 JERICHO TURNPIKE STE 302
WOODBURY, NY 11797

| Case Number* | Secured | Docketed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,295.20 |
| | | | $11,295.20 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Allowed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,695.20 |
| | | | $5,695.20 |

### Claim 4

**CLAIM TO BE ALLOWED**

Claim: 12195
Date Filed: 07/28/2006
Docketed Total: $4,140,179.97
Filing Creditor Name:
ATEL LEASING CORPORATION
AS AGENT FOR CREDITOR
600 CALIFORNIA ST 6TH FL
SAN FRANCISCO, CA 94108

**CLAIM AS DOCKETED**

Claim Holder Name:
ATEL LEASING CORPORATION AS
AGENT FOR CREDITOR
600 CALIFORNIA ST 6TH FL
SAN FRANCISCO, CA 94108

| Case Number* | Secured | Docketed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $582,300.00 | $251,741.43 | $3,306,138.54 |
| | $582,300.00 | $251,741.43 | $3,306,138.54 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Allowed Total: Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $177,355.57 |
| | | | $177,355.57 |

---

\*    See Exhibit I for a listing of debtor entities by case number.

\**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
| --- | --- | --- |
| Claim: 12840 | Claim Holder Name | |
| Date Filed: 07/28/2006 | LONGACRE MASTER FUND LTD | |
| Docketed Total: $662,721.49 | 810 SEVENTH AVE 33RD FL | |
| Filing Creditor Name: | NEW YORK, NY 10019 | |
| BARNES GROUP INC | | |
| TYLER COOPER & ALCORN LLP | Case Number*: 05-44640    Docketed Total: $662,721.49 | Case Number*: 05-44640    Allowed Total: $602,680.62 |
| 185 ASYLUM ST | Secured \| Priority \| Unsecured $662,721.49 | Secured \| Priority \| Unsecured $602,680.62 |
| CITY PLACE 135TH FL | $662,721.49 | $602,680.62 |
| HARTFORD, CT 06103-3488 | | |
| Claim: 1704 | Claim Holder Name | |
| Date Filed: 01/30/2006 | BEAR STEARNS INVESTMENT | |
| Docketed Total: $874,448.21 | PRODUCTS INC | |
| Filing Creditor Name: | CO JPMORGAN CHASE BANK NA | |
| CAPRO LTD | LEGAL DEPT | |
| 155 S LIMERICK RD | 1 CHASE MANHATTAN PLAZA 26TH FL | |
| LIMERICK, PA 19468-1699 | NEW YORK, NY 10081 | |
| | Case Number*: 05-44640    Docketed Total: $874,448.21 | Case Number*: 05-44640    Allowed Total: $856,371.97 |
| | Secured $299,723.41 \| Priority \| Unsecured $574,724.80 | Secured \| Priority \| Unsecured $856,371.97 |
| | $299,723.41    $574,724.80 | $856,371.97 |
| Claim: 1771 | Claim Holder Name | |
| Date Filed: 02/03/2006 | JPMORGAN CHASE BANK NA | |
| Docketed Total: $200,547.61 | 270 PARK AVE 17TH FL | |
| Filing Creditor Name: | NEW YORK, NY 10017 | |
| CASTWELL PRODUCTS INC | | |
| JPMORGAN CHASE BANK NA AS | Case Number*: 05-44640    Docketed Total: $200,547.61 | Case Number*: 05-44640    Allowed Total: $178,429.84 |
| ASSIGNEE OF CASTWELL | Secured \| Priority $47,499.91 \| Unsecured $153,047.70 | Secured \| Priority \| Unsecured $178,429.84 |
| PRODUCTS INC | $47,499.91    $153,047.70 | $178,429.84 |
| 270 PARK AVE 17TH FL | | |
| NEW YORK, NY 10017 | | |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
| --- | --- | --- |
| **Claim:** 4018<br>Date Filed: 05/01/2006<br>Docketed Total: $714,065.68<br>Filing Creditor Name:<br>CENTURY MOLD & TOOL CO<br>DI MONTE & LIZAK LLC<br>216 W HIGGINS RD<br>PARK RIDGE, IL 60068 | Claim Holder Name<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total:<br>Secured / Priority / Unsecured $714,065.68 / $714,065.68<br>Case Number* 05-44567 | Allowed Total:<br>Secured / Priority / Unsecured $664,259.24 / $664,259.24<br>Case Number* 05-44567 |
| **Claim:** 12687<br>Date Filed: 07/28/2006<br>Docketed Total: $1,510,230.74<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC<br>ATTN ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total:<br>Secured / Priority $486,583.11 / Unsecured $1,023,647.63 — $486,583.11 / $1,023,647.63 / $1,510,230.74<br>Case Number* 05-44640 | Allowed Total:<br>Secured / Priority / Unsecured $918,818.26 / $918,818.26<br>Case Number* 05-44640 |
| **Claim:** 10386<br>Date Filed: 07/24/2006<br>Docketed Total: $315,699.49<br>Filing Creditor Name:<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC AS ASSIGNEE OF COLUMBIA INDUSTRIAL SALES CORP<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>Docketed Total:<br>Secured / Priority / Unsecured $315,699.49 / $315,699.49<br>Case Number* 05-44640 | Allowed Total:<br>Secured / Priority / Unsecured $156,862.79 / $156,862.79<br>Case Number* 05-44640 |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** |
|---|---|

### CLAIM AS ALLOWED

---

**Claim: 12689**
Date Filed: 07/28/2006
Docketed Total: $176,114.66
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF FLOW DRY
TECHNOLOGY LTD
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

CLAIM AS DOCKETED:
Case Number*: 05-44640
Docketed Total: $176,114.66

| Secured | Priority | Unsecured |
|---|---|---|
|  | $42,727.58 | $133,387.08 |
|  | $42,727.58 | $133,387.08 |

CLAIM AS ALLOWED:
Case Number*: 05-44640
Allowed Total:

| Secured | Priority | Unsecured |
|---|---|---|
|  |  | $78,486.32 |
|  |  | $78,486.32 |

---

**Claim: 10888**
Date Filed: 07/24/2006
Docketed Total: $141,675.49
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF GEMINI PLASTICS INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF GEMINI PLASTICS
INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Case Number*: 05-44640
Docketed Total: $141,675.49

| Secured | Priority | Unsecured |
|---|---|---|
|  |  | $141,675.49 |
|  |  | $141,675.49 |

Case Number*: 05-44640
Allowed Total: $111,540.19

| Secured | Priority | Unsecured |
|---|---|---|
|  |  | $111,540.19 |
|  |  | $111,540.19 |

---

**Claim: 9796**
Date Filed: 07/18/2006
Docketed Total: $572,033.91
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF HITCHINER
MANUFACTURING CO INC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Claim Holder Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF HITCHINER
MANUFACTURING CO INC
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Case Number*: 05-44640
Docketed Total: $572,033.91

| Secured | Priority | Unsecured |
|---|---|---|
|  | $8,179.67 | $563,854.24 |
|  | $8,179.67 | $563,854.24 |

Case Number*: 05-44640
Allowed Total: $5,476.50

| Secured | Priority | Unsecured |
|---|---|---|
|  |  | $5,476.50 |
|  |  | $5,476.50 |

---

*   See Exhibit I for a listing of debtor entities by case number.

**  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

### EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS ALLOWED |
| --- | --- |
| CLAIM AS DOCKETED** | |

**Claim: 12673**
Date Filed: 07/28/2006
Docketed Total:   $73,596.89
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF OMRON
AUTOMOTIVE ELECTRONICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $73,596.89 |
| | | | $73,596.89 |

Claim Holder Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF OMRON
AUTOMOTIVE ELECTRONICS INC
ATTN ALPA JIMENEZ
411 WEST PUTNAM AVENUE STE 225
GREENWICH, CT 06830
Allowed Total:   $47,959.08

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $47,959.08 |
| | | | $47,959.08 |

**Claim: 9791**
Date Filed: 07/18/2006
Docketed Total:   $299,745.20
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 425
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | $5,367.21 | $294,377.99 |
| | | $5,367.21 | $294,377.99 |

Claim Holder Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF SP DIV NMC LLC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 425
GREENWICH, CT 06830
Allowed Total:   $297,288.34

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $297,288.34 |
| | | | $297,288.34 |

**Claim: 12695**
Date Filed: 07/28/2006
Docketed Total:   $120,459.00
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG
KUNHWA CO LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $120,459.00 |
| | | | $120,459.00 |

Claim Holder Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG
KUNHWA CO LTD
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830
Allowed Total:   $528.00

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $528.00 |
| | | | $528.00 |

*   See Exhibit I for a listing of debtor entities by case number.

**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS ALLOWED |
| --- | --- |

**Claim: 12696**
Date Filed: 07/28/2006
Docketed Total: $109,002.60
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH
INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

CLAIM AS DOCKETED**
Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH INC
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $93,136.84 |
| Docketed Total: | | $15,865.76 | $93,136.84 |
| | | $15,865.76 | $93,136.84 |

CLAIM AS ALLOWED
| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $11,383.19 |
| Allowed Total: | | | $11,383.19 |
| | | | $11,383.19 |

---

**Claim: 12694**
Date Filed: 07/28/2006
Docketed Total: $91,243.71
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH
SA DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

CLAIM AS DOCKETED**
Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF TRELLEBORG YSH SA
DE CV
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $91,243.71 |
| Docketed Total: | | | $91,243.71 |
| | | | $91,243.71 |

CLAIM AS ALLOWED
| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $5,593.21 |
| Allowed Total: | | | $5,593.21 |
| | | | $5,593.21 |

---

**Claim: 7371**
Date Filed: 06/02/2006
Docketed Total: $694,417.04
Filing Creditor Name:
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF WESTWOOD
ASSOCIATES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

CLAIM AS DOCKETED**
Claim Holder Name
CONTRARIAN FUNDS LLC AS
ASSIGNEE OF WESTWOOD
ASSOCIATES INC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $694,417.04 |
| Docketed Total: | | | $694,417.04 |
| | | | $694,417.04 |

CLAIM AS ALLOWED
| Case Number* | Secured | Priority | Unsecured |
| --- | --- | --- | --- |
| 05-44640 | | | $570,735.18 |
| Allowed Total: | | | $570,735.18 |
| | | | $570,735.18 |

---

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 8807<br>Date Filed: 06/30/2006<br>Docketed Total: $4,687.50<br>Filing Creditor Name:<br>CUSTOM PRODUCTS CORP<br>457 STATE ST<br>NORTH HAVEN, CT 06473 | Claim Holder Name<br>CUSTOM PRODUCTS CORP<br>457 STATE ST<br>NORTH HAVEN, CT 06473<br><br>Case Number*: 05-44507<br>Docketed Total:    Secured    Priority    Unsecured $4,687.50<br>$4,687.50 | Case Number*: 05-44507<br>Allowed Total:    Secured    Priority    Unsecured $2,343.75<br>$2,343.75 |
| Claim: 10906<br>Date Filed: 07/25/2006<br>Docketed Total: $234,133.66<br>Filing Creditor Name:<br>DATWYLER RUBBER & PLASTICS<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44640<br>Docketed Total:    Secured    Priority    Unsecured $234,133.66<br>$234,133.66 | Case Number*: 05-44640<br>Allowed Total:    Secured    Priority    Unsecured $126,124.21<br>$126,124.21 |
| Claim: 10907<br>Date Filed: 07/25/2006<br>Docketed Total: $929,544.79<br>Filing Creditor Name:<br>DATWYLER RUBBER & PLASTICS<br>NELSON MULLINS RILEY &<br>SCARBOROUGH<br>PO BOX 11070<br>COLUMBIA, SC 29211-1070 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44640<br>Docketed Total:    Secured    Priority    Unsecured $929,544.79<br>$929,544.79 | Case Number*: 05-44640<br>Allowed Total:    Secured    Priority    Unsecured $401,688.36<br>$401,688.36 |
| Claim: 16284<br>Date Filed: 09/05/2006<br>Docketed Total: $34,134.78<br>Filing Creditor Name:<br>DAWLEN CORP<br>2029 MI COR DR<br>PO BOX 884<br>JACKSON, MI 49203 | Claim Holder Name<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br><br>Case Number*: 05-44640<br>Docketed Total:    Secured    Priority    Unsecured $34,134.78<br>$34,134.78 | Case Number*: 05-44640<br>Allowed Total:    Secured    Priority    Unsecured $4,852.44<br>$4,852.44 |

\*   See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS ALLOWED |
|---|---|
| Claim: 7244<br>Date Filed: 06/01/2006<br>Docketed Total: $12,223.86<br>Filing Creditor Name:<br>DICKEY GRABLER CO<br>10302 MADISON<br>CLEVELAND, OH 44102<br><br>Case Number*: 05-44640<br>Secured    Priority    Unsecured<br>Docketed Total: $12,223.86<br>       $12,223.86 (Unsecured)<br>       $12,223.86 | Claim Holder Name<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Case Number*: 05-44640<br>Secured    Priority    Unsecured<br>Allowed Total: $8,584.04<br>       $8,584.04 (Unsecured)<br>       $8,584.04 |
| Claim: 8374<br>Date Filed: 06/22/2006<br>Docketed Total: $1,302.72<br>Filing Creditor Name:<br>DYNACAST DEUTSCHLAND GMBH & CO KG<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND, VA 23219<br><br>Case Number*: 05-44640<br>Secured    Priority    Unsecured<br>Docketed Total: $1,302.72<br>       $1,302.72 (Unsecured)<br>       $1,302.72 | Claim Holder Name<br>DYNACAST DEUTSCHLAND GMBH & CO KG<br>HUNTON & WILLIAMS LLC<br>RIVERFRONT PLZ EAST TOWER<br>951 E BYRD ST<br>RICHMOND, VA 23219<br><br>Case Number*: 05-44640<br>Secured    Priority    Unsecured<br>Allowed Total: $653.31<br>       $653.31 (Unsecured)<br>       $653.31 |
| Claim: 10596<br>Date Filed: 07/25/2006<br>Docketed Total: $123,481.26<br>Filing Creditor Name:<br>E I DU PONT DE NEMOURS AND COMPANY DUPONT<br>DUPONT LEGAL D 4026<br>1007 MARKET ST<br>WILMINGTON, DE 19898<br><br>Case Number*: 05-44567<br>Secured    Priority    Unsecured<br>Docketed Total: $123,481.26<br>       $123,481.26 (Unsecured)<br>       $123,481.26 | Claim Holder Name<br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Case Number*: 05-44567<br>Secured    Priority    Unsecured<br>Allowed Total: $95,819.18<br>       $95,819.18 (Unsecured)<br>       $95,819.18 |

\*   See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| **Claim:** 15141 | | | | | | | | | |
| Date Filed:   07/31/2006 | EIKENBERRY & ASSOCIATES INC | | Docketed Total: | $438,605.19 | | | Allowed Total: | $113,798.89 | |
| Docketed Total:   $438,605.19 | PO BOX 2676 | | | | | | | | |
| Filing Creditor Name: | KOKOMO, IN 46904-2676 | | | | | | | | |
| EIKENBERRY & ASSOCIATES INC | | | | | | | | | |
| PO BOX 2676 | | | $204,708.80 | $233,896.39 | | | | $113,798.89 | |
| KOKOMO, IN 46904-2676 | Case Number*   05-44640 | $204,708.80 | | $233,896.39 | Case Number*   05-44640 | | | $113,798.89 | |
| **Claim:** 2063 | Claim Holder Name | | | | | | | | |
| Date Filed:   02/21/2006 | LONGACRE MASTER FUND LTD | | Docketed Total: | $108,786.45 | | | Allowed Total: | $100,024.07 | |
| Docketed Total:   $108,786.45 | 810 SEVENTH AVE 33RD FL | | | | | | | | |
| Filing Creditor Name: | NEW YORK, NY 10019 | | | | | | | | |
| EMERSON & CUMING INC | | | | | | | | | |
| 46 MANNING RD | | | | $108,786.45 | | | | $100,024.07 | |
| BILLERICA, MA 01821 | Case Number*   05-44640 | | | $108,786.45 | Case Number*   05-44640 | | | $100,024.07 | |
| **Claim:** 2695 | Claim Holder Name | | | | | | | | |
| Date Filed:   04/19/2006 | SIERRA LIQUIDITY FUND | | Docketed Total: | $11,921.75 | | | Allowed Total: | $5,677.40 | |
| Docketed Total:   $11,921.75 | 2699 WHITE RD STE 255 | | | | | | | | |
| Filing Creditor Name: | IRVINE, CA 92614 | | | | | Case Number*   05-44624 | | | $5,677.40 | |
| ENDURA PLASTICS & SIERRA | | | | | | | | | |
| LIQUIDITY FUND | | | | $11,921.75 | | Case Number*   05-44640 | | | $0.00 | |
| 2699 WHITE RD STE 255 | Case Number*   05-44481 | | | $11,921.75 | | | | $5,677.40 | |
| IRVINE, CA 92614 | | | | | | | | | |

*   See Exhibit I for a listing of debtor entities by case number.
**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 8946**
Date Filed:  07/05/2006
Docketed Total:  $653,356.73
Filing Creditor Name:
EPCOS INC
GIBBONS PC
ONE GATEWAY CTR
NEWARK, NJ 07102-5310

| Claim Holder Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EPCOS INC | Docketed Total: | $653,356.73 | | | | Allowed Total: | | | | $505,747.68 |
| GIBBONS PC | | | | | | | | | | |
| ONE GATEWAY CTR | | | | | | | | | | |
| NEWARK, NJ 07102-5310 | | | | | | | | | | |

Case Number*  |  Secured  |  Priority  |  Unsecured
05-44481  |  |  |  $653,356.73
|  |  |  $653,356.73

Case Number*  |  Secured  |  Priority  |  Unsecured
05-44640  |  |  |  $505,747.68
|  |  |  $505,747.68

**Claim: 14126**
Date Filed:  07/31/2006
Docketed Total:  $376,357.61
Filing Creditor Name:
FCI AUTOMOTIVE
DEUTSCHLAND GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110

Claim Holder Name
FCI AUTOMOTIVE DEUTSCHLAND GMBH
PIERCE ATWOOD LLP
ONE MONUMENT SQ
PORTLAND, ME 04101-1110

Docketed Total:  $376,357.61
Allowed Total:  $166,841.77

Case Number*  |  Secured  |  Priority  |  Unsecured
05-44640  |  |  |  $376,357.61
|  |  |  $376,357.61

Case Number*  |  Secured  |  Priority  |  Unsecured
05-44640  |  |  |  $166,841.77
|  |  |  $166,841.77

**Claim: 14130**
Date Filed:  07/31/2006
Docketed Total:  $407,299.95
Filing Creditor Name:
FCI USA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Claim Holder Name
FCI USA INC
PIERCE ATWOOD LLP
ONE MONUMENT SQUARE
PORTLAND, ME 04101-1110

Docketed Total:  $407,299.95
Allowed Total:  $616,573.40

Case Number*  |  Secured  |  Priority  |  Unsecured
05-44640  |  |  |  $407,299.95
|  |  |  $407,299.95

Case Number*  |  Secured  |  Priority  |  Unsecured
05-44640  |  |  |  $616,573.40
|  |  |  $616,573.40

---

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | Docketed Total: | | Secured | Priority | Unsecured | Allowed Total: |
| **Claim:** 9951 | | | | | | | | | | |
| Date-Filed: 07/19/2006 | CONTRARIAN FUNDS LLC | | | $79,244.79 | $79,244.79 | | | | $73,210.94 | $73,210.94 |
| Docketed Total: $79,244.79 | 411 W PUTNAM AVE STE 225 | | | | | | | | | |
| Filing Creditor Name: | GREENWICH, CT 06830 | | | | | | | | | |
| FERRO ELECTRONIC MATERIALS | | | | | | | | | | |
| 1000 LAKESIDE AVE | **Case Number*** | | | $79,244.79 | | **Case Number*** | | | $73,210.94 | |
| CLEVELAND, OH 44114 | 05-44481 | | | | | 05-44640 | | | | |
| **Claim:** 12212 | Claim Holder Name | | | | | | | | | |
| Date-Filed: 07/28/2006 | FLAMBEAU INC | $800,348.45 | | | $800,348.45 | | | | $370,783.68 | $370,783.68 |
| Docketed Total: $800,348.45 | 801 LYNN AVE | | | | | | | | | |
| Filing Creditor Name: | BARABOO, WI 53913 | | | | | | | | | |
| FLAMBEAU INC | | | | | | | | | | |
| 801 LYNN AVE | **Case Number*** | $800,348.45 | | | | **Case Number*** | | | $370,783.68 | |
| BARABOO, WI 53913 | 05-44481 | | | | | 05-44640 | | | | |
| **Claim:** 11542 | Claim Holder Name | | | | | | | | | |
| Date-Filed: 07/27/2006 | FLEX TECHNOLOGIES INC | | | $72,759.50 | $72,759.50 | | | | $37,188.07 | $37,188.07 |
| Docketed Total: $72,759.50 | PO BOX 400 | | | | | | | | | |
| Filing Creditor Name: | GUNDY DR | | | | | | | | | |
| FLEX TECHNOLOGIES INC | MIDVALE, OH 44653 | | | | | | | | | |
| PO BOX 400 | | | | | | | | | | |
| GUNDY DR | **Case Number*** | | | $72,759.50 | | **Case Number*** | | | $37,188.07 | |
| MIDVALE, OH 44653 | 05-44481 | | | | | 05-44640 | | | | |
| **Claim:** 8508 | Claim Holder Name | | | | | | | | | |
| Date-Filed: 06/26/2006 | FLOW DRY TECHNOLOGY LTD | | | $22,258.80 | $22,258.80 | | | | $7,556.56 | $7,556.56 |
| Docketed Total: $22,258.80 | 379 ALBERT RD | | | | | | | | | |
| Filing Creditor Name: | BROOKVILLE, OH 45309-924 | | | | | | | | | |
| FLOW DRY TECHNOLOGY LTD | | | | | | | | | | |
| 379 ALBERT RD | **Case Number*** | $22,258.80 | | | | **Case Number*** | | | $7,556.56 | |
| BROOKVILLE, OH 45309-924 | 05-44481 | $22,258.80 | | | | 05-44640 | | | | |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 12024**
Date Filed: 07/28/2006
Docketed Total: $6,517,990.78
Filing Creditor Name:
FREESCALE SEMICONDUCTOR
INC
LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX, AZ 85004

*Claim as Docketed:*
Claim Holder Name
FREESCALE SEMICONDUCTOR INC
LEWIS AND ROCA LLP
40 N CENTRAL AVE
PHOENIX, AZ 85004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,517,990.78 |
| Docketed Total: $6,517,990.78 | | | $6,517,990.78 |

*Claim as Allowed:*

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $145,822.00 |
| 05-44610 | | | $0.00 |
| 05-44640 | | | $6,465,559.90 |
| Allowed Total: $6,611,281.90 | | | $6,611,281.90 |

---

**Claim: 16670**
Date Filed: 03/12/2007
Docketed Total: $337,154.09
Filing Creditor Name:
GCI TECHNOLOGIES INC
1301 PRECISION DR
PLANO, TX 75074

*Claim as Docketed:*
Claim Holder Name
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $5,981.92 | $331,172.17 |
| Docketed Total: $337,154.09 | | $5,981.92 | $331,172.17 |

*Claim as Allowed:*

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $105,945.75 |
| Allowed Total: $105,945.75 | | | $105,945.75 |

---

**Claim: 10192**
Date Filed: 07/21/2006
Docketed Total: $5,295.00
Filing Creditor Name:
GE CONSUMER & INDUSTRIAL F
K A GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

*Claim as Docketed:*
Claim Holder Name
GE CONSUMER & INDUSTRIAL F K A
GE LIGHTING
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,295.00 |
| Docketed Total: $5,295.00 | | | $5,295.00 |

*Claim as Allowed:*

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $950.00 |
| Allowed Total: $950.00 | | | $950.00 |

---

*   See Exhibit I for a listing of debtor entities by case number.
**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 15140**
Date Filed: 07/31/2006
Docketed Total: $230,129.45
Filing Creditor Name:
GMD INDUSTRIES LLC DBA
PRODUCTION SCREW MACHINE
COOLIGE WALL CO LPA
33 W 1ST ST STE 600
DAYTON, OH 45402

Claim Holder Name
GMD INDUSTRIES LLC DBA
PRODUCTION SCREW MACHINE
COOLIGE WALL CO LPA
33 W 1ST ST STE 600
DAYTON, OH 45402

Docketed Total: $230,129.45

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $136,420.72 | $93,708.73 |
| | | **$136,420.72** | **$93,708.73** |

Allowed Total: $128,908.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $128,908.50 |
| | | | **$128,908.50** |

**Claim: 15429**
Date Filed: 07/31/2006
Docketed Total: $431,794.32
Filing Creditor Name:
GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER
LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202

Claim Holder Name
GOBAR SYSTEMS INC
TAFT STETTINIUS & HOLLISTER LLP
425 WALNUT STREET STE 1800
CINCINNATI, OH 45202

Docketed Total: $431,794.32

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $431,794.32 |
| | | | **$431,794.32** |

Allowed Total: $427,955.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $427,955.37 |
| | | | **$427,955.37** |

**Claim: 831**
Date Filed: 11/23/2005
Docketed Total: $3,847.71
Filing Creditor Name:
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Claim Holder Name
GRUNER AG
BURGLESTRASSE 15 17
WEHINGEN, 78564
GERMANY

Docketed Total: $3,847.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,847.71 |
| | | | **$3,847.71** |

Allowed Total: $1,783.17

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,783.17 |
| | | | **$1,783.17** |

*    See Exhibit I for a listing of debtor entities by case number.

**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| **Claim:** 13967<br>Date Filed: 07/31/2006<br>Docketed Total: $283,429.97<br>Filing Creditor Name:<br>HUTCHINSON FTS INC<br>C/O HALPERIN BATTAGLIA<br>RAICHT LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019 | Claim Holder Name<br>HUTCHINSON FTS INC<br>C/O HALPERIN BATTAGLIA<br>RAICHT LLP<br>555 MADISON AVE 9TH FLOOR<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44640<br>Docketed Total: $283,429.97<br>Secured: —<br>Priority: —<br>Unsecured: $283,429.97<br>**$283,429.97** | Case Number*: 05-44640<br>Allowed Total: $205,360.53<br>Secured: —<br>Priority: —<br>Unsecured: $205,360.53<br>**$205,360.53** |
| **Claim:** 12166<br>Date Filed: 07/28/2006<br>Docketed Total: $177,730.00<br>Filing Creditor Name:<br>IER INDUSTRIES INC<br>8271 BAVARIA RD E<br>MACEDONIA, OH 44056 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44640<br>Docketed Total: $177,730.00<br>Secured: $140,413.63<br>Priority: $37,316.37<br>Unsecured: UNL<br>Secured $140,413.63<br>Priority $37,316.37<br>**UNL** | Case Number*: 05-44640<br>Allowed Total: $168,071.05<br>Secured: —<br>Priority: —<br>Unsecured: $168,071.05<br>**$168,071.05** |
| **Claim:** 5563<br>Date Filed: 05/10/2006<br>Docketed Total: $10,363.27<br>Filing Creditor Name:<br>INDAK MANUFACTURING CORP<br>EFT<br>1915 TECHNY RD<br>NORTHBROOK, IL 60062-5382 | Claim Holder Name<br>LIQUIDITY SOLUTIONS INC AS<br>ASSIGNEE OF INDAK<br>MANUFACTURING CORP<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Case Number*: 05-44481<br>Docketed Total: $10,363.27<br>Secured: —<br>Priority: —<br>Unsecured: $10,363.27<br>**$10,363.27** | Case Number*: 05-44640<br>Allowed Total: $7,973.56<br>Secured: —<br>Priority: —<br>Unsecured: $7,973.56<br>**$7,973.56** |

---

\* See Exhibit I for a listing of debtor entities by case number.

\*\* "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12400<br>Date-Filed: 07/28/2006<br>Docketed Total: $95,890.67<br>Filing Creditor Name:<br>INFINEON TECHNOLOGIES AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name<br>INFINEON TECHNOLOGIES AG<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606<br><br>Case Number* 05-44610<br>Docketed Total: $95,890.67<br>Secured<br>Priority<br>Unsecured $95,890.67<br>**$95,890.67** | Case Number* 05-44610<br>Allowed Total: $72,058.30<br>Secured<br>Priority<br>Unsecured $72,058.30<br>**$72,058.30** |
| Claim: 11968<br>Date-Filed: 07/28/2006<br>Docketed Total: $6,491,471.33<br>Filing Creditor Name:<br>INFINEON TECHNOLOGIES<br>NORTH AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name<br>INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606<br><br>Case Number* 05-44640<br>Docketed Total: $6,491,471.33<br>Secured<br>Priority<br>Unsecured $6,491,471.33<br>**$6,491,471.33** | Case Number* 05-44640<br>Allowed Total: $6,331,621.10<br>Secured<br>Priority<br>Unsecured $6,331,621.10<br>**$6,331,621.10** |
| Claim: 12178<br>Date-Filed: 07/28/2006<br>Docketed Total: $177,026.50<br>Filing Creditor Name:<br>INFINEON TECHNOLOGIES<br>NORTH AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | Claim Holder Name<br>INFINEON TECHNOLOGIES NORTH<br>AMERICA CORP<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606<br><br>Case Number* 05-44567<br>Docketed Total: $177,026.50<br>Secured<br>Priority<br>Unsecured $177,026.50<br>**$177,026.50** | Case Number* 05-44567<br>Allowed Total: $2,556.27<br>Secured<br>Priority<br>Unsecured $2,556.27<br>**$2,556.27** |

\*   See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

## CLAIM TO BE ALLOWED / CLAIM AS DOCKETED**

### Claim: 1790
Date Filed: 02/06/2006
Docketed Total: $195,077.21
Filing Creditor Name:
KEY SAFETY SYSTEMS & SUBSIDIARIES
KEY SAFETY SYSTEMS INC
7000 NINETEEN MILE RD
STERLING HEIGHTS, MI 48314

Claim Holder Name:
KEY SAFETY SYSTEMS & SUBSIDIARIES
KEY SAFETY SYSTEMS INC
7000 NINETEEN MILE RD
STERLING HEIGHTS, MI 48314

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $195,077.21 |
| Docketed Total: | | | $195,077.21 |
| | | | $195,077.21 |

### Claim: 15792
Date Filed: 08/02/2006
Docketed Total: $140,983.79
Filing Creditor Name:
KEYSTONE POWDERED METAL COMPANY
BUCHANAN INGERSOLL & ROONEY PC
1 CHASE MANHATTAN PLAZA
35TH FLR
NEW YORK, NY 10007

Claim Holder Name:
KEYSTONE POWDERED METAL COMPANY
BUCHANAN INGERSOLL & ROONEY PC
1 CHASE MANHATTAN PLAZA
35TH FLR
NEW YORK, NY 10007

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $140,983.79 |
| Docketed Total: | | | $140,983.79 |
| | | | $140,983.79 |

### Claim: 15483
Date Filed: 07/31/2006
Docketed Total: $66,952.29
Filing Creditor Name:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Claim Holder Name:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF DIGIKEY
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $66,952.29 |
| Docketed Total: | | | $66,952.29 |
| | | | $66,952.29 |

## CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $61,279.69 |
| Allowed Total: | | | $61,279.69 |
| | | | $61,279.69 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $19,279.37 |
| Allowed Total: | | | $19,279.37 |
| | | | $19,279.37 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $64,388.47 |
| Allowed Total: | | | $64,388.47 |
| | | | $64,388.47 |

*   See Exhibit I for a listing of debtor entities by case number.

**  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED**

**Claim: 15676**
Date Filed: 07/31/2006
Docketed Total: $248,551.45
Filing Creditor Name:
LIQUIDITY SOLUTIONS INC DBA
REVENUE MANAGEMENT AS
ASSIGNEE OF FAIRWAY SPRING
CO INC
ONE UNIVERSITY PLAZA SUITE
312
HACKENSACK, NJ 07601

Claim Holder Name:
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $248,551.45 |
| Docketed Total: | | | $248,551.45 |

### CLAIM AS ALLOWED

Claim Holder Name:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $244,087.26 |
| Allowed Total: | | | $244,087.26 |

---

**Claim: 9463**
Date Filed: 07/13/2006
Docketed Total: $108,415.00
Filing Creditor Name:
LYDALL THERMAL ACOUSTICAL
SALES LLC FKA LYDALL WESTEX
1241 BUCK SHOALS RD
PO BOX 109
HAMPTONVILLE, NC 27020

Claim Holder Name:
LYDALL THERMAL ACOUSTICAL
SALES LLC FKA LYDALL WESTEX
1241 BUCK SHOALS RD
PO BOX 109
HAMPTONVILLE, NC 27020

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $108,415.00 |
| Docketed Total: | | | $108,415.00 |

Claim Holder Name:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $15,341.00 |
| Allowed Total: | | | $15,341.00 |

---

**Claim: 16616**
Date Filed: 06/22/2007
Docketed Total: $414,063.61
Filing Creditor Name:
MAC ARTHUR CORPORATION
WINEGARDEN HALEY
LINDHOLM & ROBERTSON PLC
G 9460 S SAGINAW ST STE A
GRAND BLANC, MI 48439

Claim Holder Name:
JPMORGAN CHASE BANK NA
4 NEW YORK PLAZA FL 16
NEW YORK, NY 10004-2413

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $414,063.61 |
| Docketed Total: | | | $414,063.61 |

Claim Holder Name:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $339,363.99 |
| Allowed Total: | | | $339,363.99 |

---

* See Exhibit I for a listing of debtor entities by case number.

** "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 5115**
Date Filed: 05/08/2006
Docketed Total: $210,634.01
Filing Creditor Name:
MACHINED PRODUCTS CO
2121 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007

Claim Holder Name:
MACHINED PRODUCTS CO
2121 LANDMEIER RD
ELK GROVE VILLAGE, IL 60007

Docketed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $210,634.01 |
| | | | **$210,634.01** |

Allowed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $71,857.54 |
| | | | **$71,857.54** |

---

**Claim: 4501**
Date Filed: 05/02/2006
Docketed Total: $48,815.08
Filing Creditor Name:
MIDTOWN CLAIMS LLC
65 EAST 55TH ST 19TH FL
NEW YORK, NY 10022

Claim Holder Name:
MIDTOWN CLAIMS LLC
65 EAST 55TH ST 19TH FL
NEW YORK, NY 10022

Docketed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,815.08 |
| | | | **$48,815.08** |

Allowed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $43,925.24 |
| | | | **$43,925.24** |

---

**Claim: 15211**
Date Filed: 07/31/2006
Docketed Total: $1,352,891.10
Filing Creditor Name:
MILLENNIUM INDUSTRIES
CORPORATION
CLARK HILL PLC
500 WOODWARD AVE STE 3500
DETROIT, MI 48226-3435

Claim Holder Name:
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Docketed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $704,727.68 | $648,163.42 |
| | | **$704,727.68** | **$648,163.42** |

Allowed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,467.60 |
| | | | **$41,467.60** |

---

**Claim: 3738**
Date Filed: 05/01/2006
Docketed Total: $50,374.12
Filing Creditor Name:
MOLDTECH INC
1900 COMMERCE PKY
LANCASTER, NY 14086

Claim Holder Name:
MOLDTECH INC
1900 COMMERCE PKY
LANCASTER, NY 14086

Docketed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $50,374.12 |
| | | | **$50,374.12** |

Allowed Total:

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40,800.82 |
| | | | **$40,800.82** |

---

\* See Exhibit I for a listing of debtor entities by case number.

\*\* "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS ALLOWED |
| --- | --- |

### Claim: 2402

**CLAIM TO BE ALLOWED — CLAIM AS DOCKETED\*\***

Date Filed: 03/24/2006
Docketed Total: $2,537,512.52
Filing Creditor Name:
MOTOROLA INC AKA
MOTOROLA AIEG
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST
CHICAGO, IL 60606

Claim Holder Name:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Docketed Total: $2,537,512.52 | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- |
| 05-44640 | | $750,487.44 | | $1,787,025.08 |
| | | $750,487.44 | | $1,787,025.08 |

**CLAIM AS ALLOWED**

| Case Number* | Allowed Total: $260,400.00 | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- |
| 05-44640 | | | | $260,400.00 |
| | | | | $260,400.00 |

### Claim: 2221

Date Filed: 03/07/2006
Docketed Total: $60,110.00
Filing Creditor Name:
NICHIA AMERICA CORPORATION
3775 HEMPLAND RD
MOUNTVILLE, PA 17554

Claim Holder Name:
NICHIA AMERICA CORPORATION
3775 HEMPLAND RD
MOUNTVILLE, PA 17554

| Case Number* | Docketed Total: $60,110.00 | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- |
| 05-44640 | | | | $60,110.00 |
| | | | | $60,110.00 |

**CLAIM AS ALLOWED**

| Case Number* | Allowed Total: $29,480.00 | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- |
| 05-44640 | | | | $29,480.00 |
| | | | | $29,480.00 |

### Claim: 7571

Date Filed: 06/06/2006
Docketed Total: $152,953.02
Filing Creditor Name:
NORTHERN ENGRAVING CORPORATION
805 S BLACK RIVER ST
SPARTA, WI 54656

Claim Holder Name:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Docketed Total: $152,953.02 | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- |
| 05-44640 | | | | $152,953.02 |
| | | | | $152,953.02 |

**CLAIM AS ALLOWED**

| Case Number* | Allowed Total: $130,013.86 | Secured | Priority | Unsecured |
| --- | --- | --- | --- | --- |
| 05-44640 | | | | $130,013.86 |
| | | | | $130,013.86 |

\*     See Exhibit I for a listing of debtor entities by case number.
\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| **Claim: 9771**<br>Date Filed: 07/18/2006<br>Docketed Total: $977,354.65<br>Filing Creditor Name:<br>NSS TECHNOLOGIES INC FKA<br>NATIONAL SET SCREW CORP<br>C O ROBERT SZWAJKOS ESQ<br>CURTIN & HEEFNER LLP<br>250 N PENNSYLVANIA<br>MORRISVILLE, PA 19067 | Claim Holder Name<br>BEAR STEARNS INVESTMENT<br>PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA<br>LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH<br>FL<br>NEW YORK, NY 10081 | | Docketed Total: | $977,354.65 | | | Allowed Total: | $191,266.99 | |
| | **Case Number\***<br>05-44640 | | | $977,354.65<br>**$977,354.65** | **Case Number\***<br>05-44640 | | | $191,266.99<br>**$191,266.99** | |
| **Claim: 16393**<br>Date Filed: 10/26/2006<br>Docketed Total: $84,892.57<br>Filing Creditor Name:<br>OFFSHORE INTERNATIONAL<br>INCORPORATED<br>QUARLES & BRADY STREICH<br>LANG LLP<br>ONE S CHURCH AVE STE 1700<br>TUCSON, AZ 85701 | Claim Holder Name<br>OFFSHORE INTERNATIONAL<br>INCORPORATED<br>QUARLES & BRADY STREICH LANG<br>LLP<br>ONE S CHURCH AVE STE 1700<br>TUCSON, AZ 85701 | | Docketed Total: | $84,892.57 | | | Allowed Total: | $42,446.29 | |
| | **Case Number\***<br>05-44640 | | | $84,892.57<br>**$84,892.57** | **Case Number\***<br>05-44640 | | | $42,446.29<br>**$42,446.29** | |
| **Claim: 16318**<br>Date Filed: 09/14/2006<br>Docketed Total: $1,428,927.86<br>Filing Creditor Name:<br>OKI AMERICA INC<br>785 N MARY AVE<br>SUNNYVALE, CA 94085 | Claim Holder Name<br>OKI AMERICA INC<br>785 N MARY AVE<br>SUNNYVALE, CA 94085 | | Docketed Total: | $1,428,927.86 | | | Allowed Total: | $465,873.65 | |
| | **Case Number\***<br>05-44640 | UNL<br>UNL | | $1,428,927.86<br>**$1,428,927.86** | **Case Number\***<br>05-44640 | | | $465,873.65<br>**$465,873.65** | |

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| **Claim: 11568** Date Filed: 07/27/2006 Docketed Total: $30,102.47 Filing Creditor Name: ON SEMICONDUCTOR COMPONENTS INDUSTRIES LLC ONE RENAISSANCE SQUARE TWO N CENTRAL AVE PHOENIX, AZ 85004-2391 | Claim Holder Name SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 Docketed Total: $30,102.47 Case Number* 05-44567 | | | $30,102.47 $30,102.47 | | Allowed Total: Case Number* 05-44567 | | | $29,961.47 $29,961.47 | |
| **Claim: 11190** Date Filed: 07/26/2006 Docketed Total: $87,844.88 Filing Creditor Name: PARLEX CORPORATION KUTCHIN & RUFO PC 155 FEDERAL ST 17TH FL BOSTON, MA 02110 | Claim Holder Name SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 Docketed Total: $87,844.88 Case Number* 05-44610 | | | $87,844.88 $87,844.88 | | Allowed Total: Case Number* 05-44640 | | | $74,795.17 $74,795.17 | |
| **Claim: 14347** Date Filed: 07/31/2006 Docketed Total: $5,486,881.18 Filing Creditor Name: PHILIPS SEMICONDUCTORS INC KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP 599 LEXINGTON AVE NEW YORK, NY 10022 | Claim Holder Name SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 Docketed Total: $5,486,881.18 Case Number* 05-44481 | | | $5,486,881.18 $5,486,881.18 | | Allowed Total: Case Number* 05-44640 | | | $1,917,474.40 $1,917,474.40 | |

\*   See Exhibit I for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED** / CLAIM AS ALLOWED

**Claim: 10580**
Date Filed: 07/25/2006
Docketed Total: $203,432.68
Filing Creditor Name:
PHILLIPS PLASTICS CORPORATION
1201 HANLEY RD
HUDSON, WI 54016

Claim Holder Name
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured | | Docketed Total: $203,432.68 |
|---|---|---|---|---|---|
| 05-44640 | $203,432.68 | | | | |
| | **$203,432.68** | | | | |

| Case Number* | Secured | Priority | Unsecured | | Allowed Total: $172,471.39 |
|---|---|---|---|---|---|
| 05-44640 | | | $172,471.39 | | |
| | | | **$172,471.39** | | |

---

**Claim: 12438**
Date Filed: 07/28/2006
Docketed Total: $11,330.41
Filing Creditor Name:
PLAINFIELD STAMP ILLINOIS INC
1351 NORTH DIVISION ST
PLAINFIELD, IL 60544

Claim Holder Name
PLAINFIELD STAMP ILLINOIS INC
1351 NORTH DIVISION ST
PLAINFIELD, IL 60544

| Case Number* | Secured | Priority | Unsecured | | Docketed Total: $11,330.41 |
|---|---|---|---|---|---|
| 05-44567 | | | $11,330.41 | | |
| | | | **$11,330.41** | | |

| Case Number* | Secured | Priority | Unsecured | | Allowed Total: $5,867.91 |
|---|---|---|---|---|---|
| 05-44567 | | | $5,867.91 | | |
| | | | **$5,867.91** | | |

---

**Claim: 4268**
Date Filed: 05/01/2006
Docketed Total: $144,807.94
Filing Creditor Name:
QUALITY SCREW & NUT CO
1745 PAYSHPERE CIRCLE
ADD CHG 071205 LC
CHICAGO, IL 60674

Claim Holder Name
QUALITY SCREW & NUT CO
1745 PAYSHPERE CIRCLE
ADD CHG 071205 LC
CHICAGO, IL 60674

| Case Number* | Secured | Priority | Unsecured | | Docketed Total: $144,807.94 |
|---|---|---|---|---|---|
| 05-44640 | | | $144,807.94 | | |
| | | | **$144,807.94** | | |

| Case Number* | Secured | Priority | Unsecured | | Allowed Total: $138,972.84 |
|---|---|---|---|---|---|
| 05-44640 | | | $138,972.84 | | |
| | | | **$138,972.84** | | |

---

*    See Exhibit I for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED

**Claim: 15231**
Date Filed: 07/31/2006
Docketed Total: $614,058.16
Filing Creditor Name:
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

Claim Holder Name
QUALITY SYNTHETIC RUBBER INC
BUCKINGHAM DOOLITTLE &
BURROUGHS LLP
PO BOX 1500
AKRON, OH 44309-1500

| Case Number* | Docketed Total: | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 05-44547 | $614,058.16 | | | $614,058.16 |
| | | | | $614,058.16 |

| Case Number* | Allowed Total: | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 05-44640 | $333,450.27 | | | $333,450.27 |
| | | | | $333,450.27 |

---

**Claim: 2739**
Date Filed: 04/24/2006
Docketed Total: $102,734.69
Filing Creditor Name:
QUINCY SPRING/ LEWIS SPRING
& SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

Claim Holder Name
SIERRA LIQUIDITY FUND
2699 WHITE RD STE 255
IRVINE, CA 92614

| Case Number* | Docketed Total: | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 05-44481 | $102,734.69 | | | $102,734.69 |
| | | | | $102,734.69 |

| Case Number* | Allowed Total: | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 05-44640 | $64,447.31 | | | $64,447.31 |
| | | | | $64,447.31 |

---

**Claim: 11264**
Date Filed: 07/27/2006
Docketed Total: $673,272.82
Filing Creditor Name:
REPUBLIC ENGINEERED
PRODUCTS INC
MCDONALD HOPKINS CO LPA
600 SUPERIOR AVE E STE 2100
CLEVELAND, OH 44114

Claim Holder Name
AMROC INVESTMENTS LLC
535 MADISON AVE 15TH FL
NEW YORK, NY 10022

| Case Number* | Docketed Total: | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 05-44481 | $673,272.82 | | | $673,272.82 |
| | | | | $673,272.82 |

| Case Number* | Allowed Total: | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 05-44640 | $179,774.97 | | | $179,774.97 |
| | | | | $179,774.97 |

---

\* See Exhibit I for a listing of debtor entities by case number.

\*\* "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

### Claim: 11527

Date Filed: 07/27/2006
Docketed Total: $45,258.00
Filing Creditor Name:
ROTAFORM LLC
VON BRIESEN & ROPER
411 E WISCONSIN AVE STE 700
MILWAUKEE, WI 53202

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number* 05-44640 — Docketed Total: | | | $45,258.00 |
| | | | $45,258.00 |
| Case Number* 05-44640 — Allowed Total: | | | $37,322.00 |
| | | | $37,322.00 |

### Claim: 1216

Date Filed: 12/19/2005
Docketed Total: $48,089.03
Filing Creditor Name:
SPS INTEC INC
SPRING ST & VAN REED RD
PO BOX 6326
WYOMISSING, PA 19610

Claim Holder Name
HAIN CAPITAL INVESTORS LLC
301 ROUTE 17 6TH FL
RUTHERFORD, NJ 07070

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number* 05-44481 — Docketed Total: | | | $48,089.03 |
| | | | $48,089.03 |
| Case Number* 05-44640 — Allowed Total: | | | $19,911.66 |
| | | | $19,911.66 |

### Claim: 2274

Date Filed: 03/13/2006
Docketed Total: $222,238.45
Filing Creditor Name:
SHERWIN WILLIAMS
AUTOMOTIVE FINISHES CORP*
4440 WARRENSVILLE CENTER RD
WARRENSVILLE HEIGHTS, OH 44128

Claim Holder Name
SHERWIN WILLIAMS AUTOMOTIVE
FINISHES CORP
4440 WARRENSVILLE CENTER RD
WARRENSVILLE HEIGHTS, OH 44128

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number* 05-44481 — Docketed Total: | | | $222,238.45 |
| | | | $222,238.45 |
| Case Number* 05-44481 — Allowed Total: | | | $56,390.89 |
| | | | $56,390.89 |

---

*   See Exhibit I for a listing of debtor entities by case number.

**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

**Claim: 11247**
Date Filed: 07/27/2006
Docketed Total: $641,832.63
Filing Creditor Name:
SKF USA INC
PEPPER HAMILTON LLP
HERCULES PLZ STE 5100
1313 MARKET ST
WILMINGTON, DE 19899

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Docketed Total: | $641,832.63 |
| | | $85,147.54 | $556,685.09 |
| | | $85,147.54 | $556,685.09 |

**Claim: 11274**
Date Filed: 07/27/2006
Docketed Total: $176,158.38
Filing Creditor Name:
SMALL PARTS INC
PO BOX 7002
LOGANSPORT, IN 46947

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | Docketed Total: | $176,158.38 |
| | | | $176,158.38 |
| | | | $176,158.38 |

**Claim: 14137**
Date Filed: 07/31/2006
Docketed Total: $2,752,068.75
Filing Creditor Name:
SPCP GROUP LLC AS ASSIGNEE OF FUJIKOKI AMERICA INC
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Docketed Total: | $2,752,068.75 |
| | | | $2,752,068.75 |
| | | | $2,752,068.75 |

### CLAIM AS ALLOWED

**Claim Holder Name**
SKF USA INC
PEPPER HAMILTON LLP
HERCULES PLZ STE 5100
1313 MARKET ST
WILMINGTON, DE 19899

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Allowed Total: | $29,777.40 |
| | | | $29,777.40 |
| | | | $29,777.40 |

**Claim Holder Name**
SMALL PARTS INC
PO BOX 7002
LOGANSPORT, IN 46947

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Allowed Total: | $100,458.41 |
| | | | $100,458.41 |
| | | | $100,458.41 |

**Claim Holder Name**
SPECIAL SITUATIONS INVESTING GROUP INC
C/O GOLDMAN SACHS & CO
85 BROAD ST 27TH FL
NEW YORK, NY 10004

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | Allowed Total: | $2,707,356.75 |
| | | | $2,707,356.75 |
| | | | $2,707,356.75 |

---

\* See Exhibit I for a listing of debtor entities by case number.

\*\* "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### Claim: 14489

**CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

Date Filed: 07/31/2006
Docketed Total: $3,750,708.82
Filing Creditor Name:
SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION SILVER POINT CAPITAL TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830

Claim Holder Name:
SPCP GROUP LLC AS ASSIGNEE OF INTERMET CORPORATION SILVER POINT CAPITAL TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,750,708.82 |
| | | | **$3,750,708.82** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Allowed Total: | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | | $3,724,793.18 |
| | | | | **$3,724,793.18** |

### Claim: 14134

**CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

Date Filed: 07/31/2006
Docketed Total: $511,656.31
Filing Creditor Name:
SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830

Claim Holder Name:
SPCP GROUP LLC AS ASSIGNEE OF KEY PLASTICS LLC TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $511,656.31 |
| | | | **$511,656.31** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Allowed Total: | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | | $164,793.93 |
| | | | | **$164,793.93** |

### Claim: 14147

**CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

Date Filed: 07/31/2006
Docketed Total: $5,430,121.66
Filing Creditor Name:
SPCP GROUP LLC AS ASSIGNEE OF TEXTRON FASTENING SYSTEMS INC TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830

Claim Holder Name:
GOLDMAN SACHS CREDIT PARTNERS LP C/O GOLDMAN SACHS & CO 30 HUDSON 17TH FL JERSEY CITY, NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,430,121.66 |
| | | | **$5,430,121.66** |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Allowed Total: | Unsecured |
|---|---|---|---|---|
| 05-44640 | | | | $4,998,144.79 |
| | | | | **$4,998,144.79** |

---

\* See Exhibit I for a listing of debtor entities by case number.

\** "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 26**
Date Filed: 10/17/2005
Docketed Total: $162.00
Filing Creditor Name:
SPERRY & RICE MFG CO LLC
9146 US 52
BROOKVILLE, IN 47012

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $162.00 |
| Docketed Total: | | | $162.00 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $40.50 |
| Allowed Total: | | | $40.50 |

**Claim: 9772**
Date Filed: 07/18/2006
Docketed Total: $72,034.20
Filing Creditor Name:
SPS TECHNOLOGIES
WATERFORD COMPANY FKA
TERRY MACHINE COMPANY
C O ROBERT SZWAJKOS ESQUIRE
CURTIN & HEEFNER LLP
250 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Holder Name
BEAR STEARNS INVESTMENT
PRODUCTS INC
C O JPMORGAN CHASE BANK NA
LEGAL DEPT
1 CHASE MANHATTAN PLAZA 26TH
FL
NEW YORK, NY 10081

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $72,034.20 |
| Docketed Total: | | | $72,034.20 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $63,774.83 |
| Allowed Total: | | | $63,774.83 |

**Claim: 12257**
Date Filed: 07/28/2006
Docketed Total: $217,822.60
Filing Creditor Name:
STANLEY ELECTRIC SALES OF
AMERICA INC
AFRCT LLP
199 S LOS ROBLES AVE STE 600
PASADENA, CA 91101

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | $21,450.40 | $196,372.20 |
| Docketed Total: | | $21,450.40 | $196,372.20 |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $217,587.60 |
| Allowed Total: | | | $217,587.60 |

---

\*  See Exhibit I for a listing of debtor entities by case number.

\*\*  "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

**CLAIM TO BE ALLOWED / CLAIM AS DOCKETED****

**Claim: 10011**
Date Filed: 07/20/2006
Docketed Total: $2,009.90
Filing Creditor Name:
TERMAX CORP
DEPARTMENT 4137
CAROL STREAM, IL 60122-4137

Claim Holder Name
TRADE DEBT NET
281 TRESSER BLVD STE 1501
STAMFORD, CT 06901

| Case Number* | Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|---|
| 05-44640 | | | $2,009.90 | $2,009.90 |
| | | | **$2,009.90** | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|---|
| 05-44640 | | | $99.50 | $99.50 |
| | | | **$99.50** | |

---

**Claim: 10180**
Date Filed: 07/21/2006
Docketed Total: $1,670,436.79
Filing Creditor Name:
THE CHERRY CORPORATION
MCDERMOTT WILL & EMERY LLP
227 W MONROE ST
CHICAGO, IL 60606-5096

Claim Holder Name
HAIN CAPITAL HOLDINGS LLC
301 RTE 17 6TH FL
RUTHERFORD, NJ 07070

| Case Number* | Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|---|
| 05-44640 | $1,670,436.79 | | $1,670,436.79 | $1,670,436.79 |
| | **$1,670,436.79** | | | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|---|
| 05-44640 | | | $1,440,545.65 | $1,440,545.65 |
| | | | **$1,440,545.65** | |

---

**Claim: 2649**
Date Filed: 04/13/2006
Docketed Total: $68,059.78
Filing Creditor Name:
THE FURUKAWA ELECTRIC CO
LTD
SQUIRE SANDERS & DEMPSEY
LLP
600 HANSEN WY
PALO ALTO, CA 94304-1043

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|---|
| 05-47452 | | | $68,059.78 | $68,059.78 |
| | | | **$68,059.78** | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|---|
| 05-47452 | | | $34,029.89 | $34,029.89 |
| | | | **$34,029.89** | |

---

\*    See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|

**Claim: 14319**
Date Filed: 07/31/2006
Docketed Total: $5,239,434.98
Filing Creditor Name:
THE TIMKEN COMPANY
1835 DUEBER AVE SW
PO BOX 6927
CANTON, OH 44706-0927

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

Docketed Total: $5,239,434.98

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $732,657.37 | $1,803,986.64 | $2,702,790.97 |
| | $732,657.37 | $1,803,986.64 | $2,702,790.97 |

Allowed Total: $2,847,130.71

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,847,130.71 |
| | | | $2,847,130.71 |

**Claim: 11743**
Date Filed: 07/27/2006
Docketed Total: $1,777,501.48
Filing Creditor Name:
TI GROUP AUTOMOTIVE
SYSTEMS LLC
GENERAL COUNSEL &
COMPANY SECRETARY
TI AUTOMOTIVE
12345 E NINE MILE RD
WARREN, MI 48089-2614

Claim Holder Name
JPMORGAN CHASE BANK NA
270 PARK AVE 17TH FL
NEW YORK, NY 10017

Docketed Total: $1,777,501.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,777,501.48 |
| | | | $1,777,501.48 |

Allowed Total: $1,299,418.83

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,299,418.83 |
| | | | $1,299,418.83 |

**Claim: 2625**
Date Filed: 04/13/2006
Docketed Total: $202,626.18
Filing Creditor Name:
TINNERMAN PALNUT
ENGINEERED PRODUCTS
PO BOX 10
BRUNSWICK, OH 44212

Claim Holder Name
LIQUIDITY SOLUTIONS INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

Docketed Total: $202,626.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $202,626.18 |
| | | | $202,626.18 |

Allowed Total: $193,770.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $193,770.44 |
| | | | $193,770.44 |

---

\*     See Exhibit I for a listing of debtor entities by case number.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

### CLAIM TO BE ALLOWED — CLAIM AS DOCKETED**

| | | Secured | Priority | Unsecured |
|---|---|---|---|---|
| **Claim: 2627** | | | | |
| Date Filed: 04/13/2006 | Docketed Total: | | | $1,923.00 |
| Filing Creditor Name: | Claim Holder Name: | | | |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | LIQUIDITY SOLUTIONS INC | | | |
| PO BOX 10 | ONE UNIVERSITY PLZ STE 312 | | | |
| BRUNSWICK, OH 44212-2344 | HACKENSACK, NJ 07601 | | | |
| | Case Number*: 05-44547 | — | — | $1,923.00 |
| | | | | $1,923.00 |
| **Claim: 2636** | | | | |
| Date Filed: 04/13/2006 | Docketed Total: | | | $4,770.00 |
| Filing Creditor Name: | Claim Holder Name: | | | |
| TINNERMAN PALNUT ENGINEERED PRODUCTS | LIQUIDITY SOLUTIONS INC | | | |
| PO BOX 10 | ONE UNIVERSITY PLZ STE 312 | | | |
| BRUNSWICK, OH 44212-2344 | HACKENSACK, NJ 07601 | | | |
| | Case Number*: 05-44567 | — | — | $4,770.00 |
| | | | | $4,770.00 |
| **Claim: 9435** | | | | |
| Date Filed: 07/13/2006 | Docketed Total: | | | $37,488.17 |
| Filing Creditor Name: | Claim Holder Name: | | | |
| TOPCRAFT PRECISION MOLDERS EFT | TOPCRAFT PRECISION MOLDERS EFT | | | |
| 301 IVYLAND RD | 301 IVYLAND RD | | | |
| WARMINSTER, PA 18974 | WARMINSTER, PA 18974 | | | |
| | Case Number*: 05-44640 | — | — | $37,488.17 |
| | | | | $37,488.17 |

### CLAIM AS ALLOWED

| | Secured | Priority | Unsecured |
|---|---|---|---|
| Allowed Total: | | | $384.60 |
| Case Number*: 05-44640 | — | — | $384.60 |
| | | | $384.60 |
| Allowed Total: | | | $2,385.00 |
| Case Number*: 05-44567 | — | — | $2,385.00 |
| | | | $2,385.00 |
| Allowed Total: | | | $29,113.78 |
| Case Number*: 05-44640 | — | — | $29,113.78 |
| | | | $29,113.78 |

*   See Exhibit I for a listing of debtor entities by case number.
**  "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Claim: 12239**
Date Filed: 07/28/2006
Docketed Total: $599,351.09
Filing Creditor Name:
TOSHIBA AMERICA ELECTRONIC
COMPONENTS INC
WEILAND/GOLDEN SMILEY
WANG EKVALL & STROK
650 TOWN CENTER DR STE 950
COSTA MESA, CA 92626

| Claim Holder Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOSHIBA AMERICA ELECTRONIC COMPONENTS INC WEILAND GOLDEN SMILEY WANG EKVALL & STROK 650 TOWN CENTER DR STE 950 COSTA MESA, CA 92626 | | Docketed Total: | | $599,351.09 | | | Allowed Total: | | $174,838.00 |
| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| 05-44640 | | | $599,351.09 | | 05-44640 | | | $174,838.00 | |
| | | | $599,351.09 | | | | | $174,838.00 | |

**Claim: 12377**
Date Filed: 07/28/2006
Docketed Total: $1,792.00
Filing Creditor Name:
TROSTEL LIMITED FORMERLY
KNOWN AS TROSTEL ALBERT
PACKING
901 MAXWELL ST
LAKE GENEVA, WI 53147

| Claim Holder Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | | Docketed Total: | | $1,792.00 | | | Allowed Total: | | $896.00 |
| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| 05-44567 | | | $1,792.00 | | 05-44567 | | | $896.00 | |
| | | | $1,792.00 | | | | | $896.00 | |

**Claim: 8340**
Date Filed: 06/22/2006
Docketed Total: $2,348.64
Filing Creditor Name:
TWOSON ESP INC
PO BOX 131
718 MASSACHUSETTS AVE
MATTHEWS, IN 46957

| Claim Holder Name | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC 411 W PUTNAM AVE S 225 GREENWICH, CT 06830 | | Docketed Total: | | $2,348.64 | | | Allowed Total: | | $1,174.32 |
| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| 05-44567 | | | $2,348.64 | | 05-44567 | | | $1,174.32 | |
| | | | $2,348.64 | | | | | $1,174.32 | |

*    See Exhibit I for a listing of debtor entities by case number.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED / CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
| --- | --- |

**Claim: 11233**
Date Filed: 07/26/2006
Docketed Total: $134,780.90
Filing Creditor Name:
TWOSON TOOL CO INC
PO BOX 591
MUNCIE, IN 47308

Claim Holder Name
CONTRARIAN FUNDS LLC
411 W PUTNAM AVE S 225
GREENWICH, CT 06830

Case Number* 05-44640
Docketed Total: $134,780.90 — Secured / Priority / Unsecured $134,780.90 / $134,780.90

Case Number* 05-44640
Allowed Total: $116,565.04 — Secured / Priority / Unsecured $116,565.04 / $116,565.04

**Claim: 10233**
Date Filed: 07/21/2006
Docketed Total: $287,522.77
Filing Creditor Name:
UFE INC
PO BOX 7
STILLWATER, MN 55082-0007

Case Number* 05-44640
Docketed Total: $287,522.77 — Secured / Priority / Unsecured $287,522.77 / $287,522.77

Case Number* 05-44640
Allowed Total: $285,962.77 — Secured / Priority / Unsecured $285,962.77 / $285,962.77

**Claim: 11640**
Date Filed: 07/27/2006
Docketed Total: $6,183,936.00
Filing Creditor Name:
VICTORY PACKAGING LLP
VICTORY PACKAGING LLP
3555 TIMMONS LAND STE 1440
HOUSTON, TX 77027

Case Number* 05-44481
Docketed Total: $6,183,936.00 UNL — Secured / Priority UNL / Unsecured $6,183,936.00 / $6,183,936.00

Case Number* 05-44640
Allowed Total: $3,180,058.44 — Secured / Priority / Unsecured $3,180,058.44 / $3,180,058.44

**Claim: 9454**
Date Filed: 07/13/2006
Docketed Total: $23,391.86
Filing Creditor Name:
VISHAY AMERICAS INC
1 GREENWHICH PL
SHELTON, CT 06484

Case Number* 05-44567
Docketed Total: $23,391.86 — Secured / Priority / Unsecured $23,391.86 / $23,391.86

Case Number* 05-44567
Allowed Total: $14,166.86 — Secured / Priority / Unsecured $14,166.86 / $14,166.86

---

* See Exhibit I for a listing of debtor entities by case number.

** "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 7205<br>Date Filed: 05/31/2006<br>Docketed Total: $26,066.24<br>Filing Creditor Name:<br>WALCO CORPORATION<br>PO BOX 9<br>GLENSHAW, PA 15116 | Claim Holder Name<br>LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF WALCO CORPORATION<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601<br><br>Case Number*: 05-44640<br>Docketed Total: Secured — / Priority — / Unsecured $26,066.24 / $26,066.24 | Case Number*: 05-44640<br>Allowed Total: Secured — / Priority — / Unsecured $5,424.28 / $5,424.28 |
| Claim: 10076<br>Date Filed: 07/20/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>WOCO INDUSTRIETECHNIK GMBH<br>25800 NORTHWESTERN HWY 1000<br>SOUTHFIELD, MI 48075-1000 | Claim Holder Name<br>WOCO INDUSTRIETECHNIK GMBH<br>25800 NORTHWESTERN HWY 1000<br>SOUTHFIELD, MI 48075-1000<br><br>Case Number*: 05-44481<br>Docketed Total: Secured — / Priority — / Unsecured UNL / UNL | Case Number*: 05-44640<br>Allowed Total: Secured — / Priority — / Unsecured $77,084.27 / $77,084.27 |
| Claim: 16447<br>Date Filed: 12/08/2006<br>Docketed Total: $76,844.72<br>Filing Creditor Name:<br>WRIGHT PLASTIC PRODUCTS CO LLC<br>201 CONDENSERY RD<br>SHERIDAN, MI 48884 | Claim Holder Name<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830<br><br>Case Number*: 05-44567<br>Docketed Total: Secured — / Priority — / Unsecured $76,844.72 / $76,844.72 | Case Number*: 05-44567<br>Allowed Total: Secured — / Priority — / Unsecured $91,270.07 / $91,270.07 |

*   See Exhibit I for a listing of debtor entities by case number.

**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT D – EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 7282**
Date Filed: 06/01/2006
Docketed Total: $44,400.00
Filing Creditor Name:
XILINX INC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

CLAIM AS DOCKETED**
Claim Holder Name
LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF XILINX INC
ONE UNIVERSITY PLZ STE 312
HACKENSACK, NJ 07601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,400.00 |
| Docketed Total: | | | $44,400.00 |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,750.00 |
| Allowed Total: | | | $30,750.00 |

---

**Claim: 13183**
Date Filed: 07/31/2006
Docketed Total: $1,484,512.92
Filing Creditor Name:
YAZAKI NORTH AMERICA INC
6801 N HAGGERTY RD
CANTON, MI 48187-3538

Claim Holder Name
YAZAKI NORTH AMERICA INC
6601 HAGGERTY RD
CANTON, MI 48187

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,084,784.98 |
| Docketed Total: | | | $1,084,784.98 |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $202,242.27 |
| Allowed Total: | | | $202,242.27 |

Claim Holder Name
YAZAKI NORTH AMERICA INC
6801 N HAGGERTY RD
CANTON, MI 48187-3538

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $399,727.94 | | UNL. |
| Docketed Total: | $399,727.94 | | UNL. |

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $28,864.18 |
| 05-44640 | | | $0.00 |
| Allowed Total: | | | $28,864.18 |

---

* See Exhibit I for a listing of debtor entities by case number.
** "UNL." denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT D - EXHIBIT D CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|

Claim: 3375
Date Filed: 04/28/2006
Docketed Total: $2,678.08
Filing Creditor Name:
ZIERICK MFG CO
131 RADIO CIRCLE
MOUNT KISCO, NY 10549

**CLAIM AS DOCKETED****
Claim Holder Name
ZIERICK MFG CO
131 RADIO CIRCLE
MOUNT KISCO, NY 10549

Docketed Total: $2,678.08

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,678.08 |
| | | | $2,678.08 |

**CLAIM AS ALLOWED**
Allowed Total: $102.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $102.00 |
| | | | $102.00 |

Total Claims To Be Allowed: 111
Total Amount As Docketed: $81,304,377.92
Total Amount As Allowed: $51,990,894.82

* See Exhibit I for a listing of debtor entities by case number.
** "UNL" denotes an unliquidated claim.