**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11413<br>Date Filed: 07/27/2006<br>Docketed Total: $617,679.20<br>Filing Creditor Name:<br>ACCURATE THREADED FASTENERS INC. ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507 | Claim Holder Name:<br>ACCURATE THREADED FASTENERS INC. ATF INC<br>SACHNOFF & WEAVER LTD<br>10 S WACKER DR<br>CHICAGO, IL 60606-7507<br><br>Case Number*: 05-44481<br>Secured<br>Priority<br>Unsecured  $617,679.20<br>Docketed Total:  $617,679.20<br>$617,679.20 | Case Number*: 05-44640<br>Secured<br>Priority<br>Unsecured  $231,086.97<br>Allowed Total:  $231,086.97<br>$231,086.97 |
| Claim: 123<br>Date Filed: 10/25/2005<br>Docketed Total: $127,102.34<br>Filing Creditor Name:<br>ADVENT TOOL & MOLD INC<br>999 RIDGEWAY AVE<br>ROCHESTER, NY 14615 | Claim Holder Name:<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*: 05-44481<br>Secured<br>Priority<br>Unsecured  $127,102.34<br>Docketed Total:  $127,102.34<br>$127,102.34 | Case Number*: 05-44640<br>Secured<br>Priority<br>Unsecured  $111,018.85<br>Allowed Total:  $111,018.85<br>$111,018.85 |
| Claim: 4232<br>Date Filed: 05/01/2006<br>Docketed Total: $32,587.26<br>Filing Creditor Name:<br>ALCOTEC WIRE CO<br>2750 AERO PK DR<br>TRAVERSE CITY, MI 49686-9103 | Claim Holder Name:<br>ALCOTEC WIRE CO<br>2750 AERO PK DR<br>TRAVERSE CITY, MI 49686-9103<br><br>Case Number*: 05-44640<br>Secured<br>Priority<br>Unsecured  $32,587.26<br>Docketed Total:  $32,587.26<br>$32,587.26 | Case Number*: 05-44640<br>Secured<br>Priority<br>Unsecured  $3,665.92<br>Allowed Total:  $3,665.92<br>$3,665.92 |
| Claim: 1683<br>Date Filed: 01/26/2006<br>Docketed Total: $78,385.24<br>Filing Creditor Name:<br>ALLIANCE PLASTICS EFT<br>3123 STATION RD<br>ERIE, PA 16510 | Claim Holder Name:<br>ASM CAPITAL, II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Case Number*: 05-44640<br>Secured<br>Priority<br>Unsecured  $78,385.24<br>Docketed Total:  $78,385.24<br>$78,385.24 | Case Number*: 05-44640<br>Secured<br>Priority<br>Unsecured  $56,610.31<br>Allowed Total:  $56,610.31<br>$56,610.31 |

* See Exhibit 1 for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED

| Claim Info | Claim Holder Name / Case Number | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|---|
| Claim: 15139<br>Date Filed: 07/31/2006<br>Docketed Total: $59,414.30<br>Filing Creditor Name:<br>AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | AMERICAN COIL SPRING COMPANY<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306<br>Case Number* 05-44640 | | | $59,414.30 | $59,414.30 |
| Claim: 15203<br>Date Filed: 07/31/2006<br>Docketed Total: $110,591.58<br>Filing Creditor Name:<br>AMI INDUSTRIES INC<br>5093 N RED OAK RD<br>LEWISTON, MI 49756 | CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br>Case Number* 05-44481 | | | $110,591.58 | $110,591.58 |
| Claim: 8725<br>Date Filed: 06/28/2006<br>Docketed Total: $57,311.51<br>Filing Creditor Name:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF SINCLAIR & RUSH INC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Case Number* 05-44640 | | | $57,311.51 | $57,311.51 |
| Claim: 11196<br>Date Filed: 07/26/2006<br>Docketed Total: $59,444.55<br>Filing Creditor Name:<br>AMROC INVESTMENTS LLC AS ASSIGNEE OF TOMPKINS PRODUCTS INC EFT<br>ATTN DAIV S LEINWAND<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Case Number* 05-44640 | | | $59,444.55 | $59,444.55 |

### CLAIM AS ALLOWED

| Case Number | Secured | Priority | Unsecured | Allowed Total |
|---|---|---|---|---|
| Case Number* 05-44640 | | | $51,402.10 | $51,402.10 |
| Case Number* 05-44640 | | | $8,868.88 | $8,868.88 |
| Case Number* 05-44640 | | | $40,529.86 | $40,529.86 |
| Case Number* 05-44640 | | | $5,732.00 | $5,732.00 |

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| **Claim: 12346** Date Filed: 07/28/2006 Docketed Total: $215,079.82 Filing Creditor Name: ANGELL DEMMEL NORTH AMERICA INC 1516 STANLEY AVE DAYTON, OH 45404 | LONGACRE MASTER FUND LTD 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | Docketed Total: | $46,948.73 | $168,131.09 | 05-44640 | | Allowed Total: | $185,481.47 |
| | | | $46,948.73 | $168,131.09 | | | | $185,481.47 |
| | | | | | | | | $185,481.47 |
| **Claim: 4458** Date Filed: 05/02/2006 Docketed Total: $11,070.00 Filing Creditor Name: ARMADA RUBBER MANUFACTURING COMPANY PO BOX 579 ARMADA, MI 48005-0579 | ASM CAPITAL, LLP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | Docketed Total: | $1,210.00 | $9,860.00 | 05-44640 | | Allowed Total: | $9,100.00 |
| | | | $1,210.00 | $9,860.00 | | | | $9,100.00 |
| | | | | | | | | $9,100.00 |
| **Claim: 13825** Date Filed: 07/31/2006 Docketed Total: $330,238.12 Filing Creditor Name: ARNESES ELECTRICOS AUTOMOTRICES S A DE C V CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLZ NEW YORK, NY 10006 | BANK OF AMERICA N A 1 BRYANT PARK NEW YORK, NY 10035 | Docketed Total: | | $330,238.12 | 05-44481 | | Allowed Total: | $327,390.54 |
| | | | | $330,238.12 | 05-44640 | | | $327,390.54 |
| | | | | $330,238.12 | | | | $327,390.54 |
| **Claim: 2164** Date Filed: 03/01/2006 Docketed Total: $369,751.60 Filing Creditor Name: ASM CAPITAL 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797 | ASM CAPITAL 7600 JERICHO TPKE STE 302 WOODBURY, NY 11797 | Docketed Total: | | $369,751.60 | 05-44640 | | Allowed Total: | $360.00 |
| | | | | $369,751.60 | | | | $360.00 |
| | | | | $369,751.60 | | | | $360.00 |

\*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED / CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|
| **Claim: 2318**<br>Date Filed: 03/16/2006<br>Docketed Total: $135,690.16<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797<br><br>**CLAIM AS DOCKETED**<br>Claim Holder Name:<br>ASM CAPITAL<br>7600 JERICHO TPKE STE 302<br>WOODBURY, NY 11797<br>Docketed Total: $135,690.16<br><br>Case Number*: 05-44640<br>Secured —<br>Priority —<br>Unsecured $135,690.16<br>**$135,690.16** | **CLAIM AS ALLOWED**<br>Allowed Total: $126,503.74<br><br>Case Number*: 05-44640, 05-44567<br>Secured —<br>Priority —<br>Unsecured $15,815.44 / $110,688.30<br>**$126,503.74** |
| **Claim: 2090**<br>Date Filed: 02/21/2006<br>Docketed Total: $467,697.04<br>Filing Creditor Name:<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>**CLAIM AS DOCKETED**<br>Claim Holder Name:<br>ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br>Docketed Total: $467,697.04<br><br>Case Number*: 05-44640<br>Secured —<br>Priority —<br>Unsecured $467,697.04<br>**$467,697.04** | **CLAIM AS ALLOWED**<br>Allowed Total: $442,461.61<br><br>Case Number*: 05-44640<br>Secured —<br>Priority —<br>Unsecured $442,461.61<br>**$442,461.61** |
| **Claim: 1165**<br>Date Filed: 12/14/2005<br>Docketed Total: $1,280,342.50<br>Filing Creditor Name:<br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131<br><br>**CLAIM AS DOCKETED**<br>Claim Holder Name:<br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131<br>Docketed Total: $1,280,342.50<br><br>Case Number*: 05-44481<br>Secured —<br>Priority —<br>Unsecured $1,280,342.50<br>**$1,280,342.50** | **CLAIM AS ALLOWED**<br>Allowed Total: $674,272.00<br><br>Case Number*: 05-44640, 05-44539<br>Secured —<br>Priority —<br>Unsecured $627,760.00 / $46,512.00<br>**$674,272.00** |

* See Exhibit I for a listing of debtor entities by case number.

Page 4 of 49

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 1081<br>Date Filed: 12/02/2005<br>Docketed Total: $60,182.00<br>Filing Creditor Name:<br>AUSTRIAMICROSYSTEMS AG<br>AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSLAETTEN<br>UNTERPREMSTAELTEN, A 8141<br>AUSTRIA | AUSTRIAMICROSYSTEMS AG<br>AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSLAETTEN<br>UNTERPREMSTAELTEN, A 8141<br>AUSTRIA | | | Docketed Total: $60,182.00 | | | Allowed Total: $30,091.00 | |
| | Case Number*<br>05-44481 | | | $60,182.00<br>$60,182.00 | Case Number*<br>05-44640 | | | $30,091.00<br>$30,091.00 |
| Claim: 8141<br>Date Filed: 06/19/2006<br>Docketed Total: $34,290.00<br>Filing Creditor Name:<br>AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSTAETTEN<br>UNTERPREMSTAELTEN, A-8141<br>AUSTRIA | AUSTRIAMICROSYSTEMS AG<br>SCHLOSS PREMSTAETTEN<br>UNTERPREMSTAELTEN, A-8141<br>AUSTRIA | | | Docketed Total: $34,290.00 | | | Allowed Total: $885.00 | |
| | Case Number*<br>05-44481 | | | $34,290.00<br>$34,290.00 | Case Number*<br>05-44640 | | | $885.00<br>$885.00 |
| Claim: 5453<br>Date Filed: 05/10/2006<br>Docketed Total: $154,424.36<br>Filing Creditor Name:<br>AVERY DENNINSON<br>CORPORATION<br>AVERY DENNINSON CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077 | AVERY DENNINSON<br>CORPORATION<br>AVERY DENNINSON CORPORATION<br>7590 AUBURN RD<br>PAINESVILLE, OH 44077 | | | Docketed Total: $154,424.36 | | | Allowed Total: $98,950.93 | |
| | Case Number*<br>05-44481 | | | $154,424.36<br>$154,424.36 | Case Number*<br>05-44640 | | | $98,950.93<br>$98,950.93 |

\* See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |

---

**CLAIM TO BE ALLOWED**

Claim: 9755
Date Filed: 07/18/2006
Docketed Total: $119,379.15
Filing Creditor Name:
AVX CORP
801 17TH AVE S
MYRTLE BEACH, SC 29577-424

**CLAIM AS DOCKETED**

Claim Holder Name
AVX CORP
801 17TH AVE S
MYRTLE BEACH, SC 29577-424

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | $11,894.48 | $107,484.67 |
| Docketed Total: | | $11,894.48 | $107,484.67 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,948.30 |
| 05-44567 | | | $419.83 |
| Allowed Total: | | | $9,368.13 |

---

Claim: 11459
Date Filed: 07/27/2006
Docketed Total: $156,246.02
Filing Creditor Name:
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

**CLAIM AS DOCKETED**

Claim Holder Name
BAILEY MFG CO LLC
10987 BENNETT STATE RD
FORESTVILLE, NY 14062

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $156,246.02 |
| Docketed Total: | | | $156,246.02 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $115,161.48 |
| Allowed Total: | | | $115,161.48 |

---

Claim: 10558
Date Filed: 07/24/2006
Docketed Total: $620,518.73
Filing Creditor Name:
BATESVILLE TOOL & DIE INC
177 SIX PINE RANCH RD
BATESVILLE, IN 47006

**CLAIM AS DOCKETED**

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $620,518.73 |
| Docketed Total: | | | $620,518.73 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $589,587.21 |
| Allowed Total: | | | $589,587.21 |

---

Claim: 1791
Date Filed: 02/06/2006
Docketed Total: $8,866.55
Filing Creditor Name:
BEKAERT CORPORATION
1395 S MARIETTA PKWY
MARIETTA, GA 30067

**CLAIM AS DOCKETED**

Claim Holder Name
BEKAERT CORPORATION
1395 S MARIETTA PKWY
MARIETTA, GA 30067

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | $8,866.55 | |
| Docketed Total: | | $8,866.55 | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44624 | | | $1,361.73 |
| Allowed Total: | | | $1,361.73 |

---

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Claim: 7206<br>Date Filed: 05/31/2006<br>Docketed Total: $31,570.05<br>Filing Creditor Name:<br>BELLMAN MELCOR INC<br>18333 S 76TH AVE<br>PO BOX 188<br>TINLEY PK, IL 60477 | MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 05-44481 | | | $31,570.05 | | 05-44640 | | | $16,805.20 |
| | | Docketed Total: | | | **$31,570.05** | | Allowed Total: | | | **$16,805.20** |
| Claim: 12448<br>Date Filed: 07/28/2006<br>Docketed Total: $33,219.20<br>Filing Creditor Name:<br>BERGQUIST COMPANY<br>18930 WEST 78TH ST<br>CHANHASSEN, MN 55317 | BERGQUIST COMPANY<br>18930 WEST 78TH ST<br>CHANHASSEN, MN 55317 | 05-44567 | | | $33,219.20 | | 05-44640 | | | $3,307.00 |
| | | Docketed Total: | | | **$33,219.20** | | Allowed Total: | | | **$3,307.00** |
| Claim: 1389<br>Date Filed: 12/30/2005<br>Docketed Total: $10,302.88<br>Filing Creditor Name:<br>BONA VISTA PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO, IN 46904-2496 | BONA VISTA PROGRAMS INC<br>1220 E LAGUNA<br>PO BOX 2496<br>KOKOMO, IN 46904-2496 | 05-44481 | | | $10,302.88 | | 05-44640 | | | $10,157.80 |
| | | Docketed Total: | | | **$10,302.88** | | Allowed Total: | | | **$10,157.80** |
| Claim: 16300<br>Date Filed: 09/12/2006<br>Docketed Total: $54,069.91<br>Filing Creditor Name:<br>BRANIN ADVANCE INDUSTRIES INC<br>111 S MAIN ST STE C11<br>PO BOX 9095<br>BRECKENRIDGE, CO 80424 | REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202 | 05-44640 | | | $54,069.91 | | 05-44640 | | | $5,628.57 |
| | | Docketed Total: | | | **$54,069.91** | | Allowed Total: | | | **$5,628.57** |

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED / CLAIM AS DOCKETED | Case Number* | Secured | Priority | Unsecured | Docketed Total | Case Number* (CLAIM AS ALLOWED) | Secured | Priority | Unsecured | Allowed Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 1908 — Date Filed: 02/08/2006 — Docketed Total: $6,425.10 — Filing Creditor Name: BUEHLER MOTOR INC, 175 SOUTHPORT DRIVE STE 900, MORRISVILLE, NC 27560 — Claim Holder Name: LONGACRE MASTER FUND LTD, 810 SEVENTH AVE 33RD FL, NEW YORK, NY 10019 | 05-44481 | | $6,425.10 | | $6,425.10 | 05-44640 | | | $92.40 | $92.40 |
| Claim: 16247 — Date Filed: 08/18/2006 — Docketed Total: $579,130.61 — Filing Creditor Name: C T HORRIZ INDUSTRIES INC, 4909 W MICHIGAN AVE, JACKSON, MI 49201 — Claim Holder Name: LONGACRE MASTER FUND LTD, 810 SEVENTH AVE 33RD FL, NEW YORK, NY 10019 | 05-44640 | | | $579,130.61 | $579,130.61 | 05-44640 | | | $126,534.31 | $126,534.31 |
| Claim: 8373 — Date Filed: 06/22/2006 — Docketed Total: $778,532.62 — Filing Creditor Name: CAPSONIC AUTOMOTIVE INC, 460 S SECOND ST, ELGIN, IL 60123 — Claim Holder Name: REDROCK CAPITAL PARTNERS LLC, 475 17TH ST STE 544, DENVER, CO 80202 | 05-44481 | | | $778,532.62 | $778,532.62 | 05-44640 | | | $567.39 | $567.39 |
| Claim: 7659 — Date Filed: 06/08/2006 — Docketed Total: $298,168.53 — Filing Creditor Name: CAPSONIC GROUP LLC, 460 S 2ND ST, ELGIN, IL 60123 — Claim Holder Name: REDROCK CAPITAL PARTNERS LLC, 475 17TH ST STE 544, DENVER, CO 80202 | 05-44481 | | | $298,168.53 | $298,168.53 | 05-44640 | | | $292,724.45 | $292,724.45 |

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16277<br>Date Filed: 08/29/2006<br>Docketed Total: $659,587.74<br>Filing Creditor Name:<br>CERTIFIED TOOL & MANUFACTURING<br>1201 ESTES AVE<br>ELK GROVE VILLAGE, IL 60007-5401 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019<br>Docketed Total: $545,737.74<br>Case Number*: 05-44640<br>Secured: — / Priority: — / Unsecured: $545,737.74<br>Total: $545,737.74 | Allowed Total: $0.00<br>Case Number*: 05-44640<br>Secured: — / Priority: — / Unsecured: $0.00<br>Total: $0.00 |
| | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br>Docketed Total: $113,850.00<br>Case Number*: 05-44640<br>Secured: $113,850.00 / Priority: — / Unsecured: —<br>Total: $113,850.00 | Allowed Total: $635,344.35<br>Case Number*: 05-44640<br>Secured: — / Priority: — / Unsecured: $635,344.35<br>Total: $635,344.35 |
| Claim: 7170<br>Date Filed: 05/31/2006<br>Docketed Total: $21,222.25<br>Filing Creditor Name:<br>COMPONENT PLASTICS INC<br>700 TOLLGATE RD<br>ELGIN, IL 60123 | Claim Holder Name<br>COMPONENT PLASTICS INC<br>700 TOLLGATE RD<br>ELGIN, IL 60123<br>Docketed Total: $21,222.25<br>Case Number*: 05-44481<br>Secured: — / Priority: — / Unsecured: $21,222.25<br>Total: $21,222.25 | Allowed Total: $18,982.25<br>Case Number*: 05-44481<br>Secured: — / Priority: — / Unsecured: $18,982.25<br>Total: $18,982.25 |
| Claim: 14247<br>Date Filed: 07/31/2006<br>Docketed Total: $45,870.92<br>Filing Creditor Name:<br>CONTINENTAL MIDLAND LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606 | Claim Holder Name<br>CONTINENTAL MIDLAND LLC<br>MUCH SHELIST<br>191 N WACKER DR STE 1800<br>CHICAGO, IL 60606<br>Docketed Total: $45,870.92<br>Case Number*: 05-44481<br>Secured: — / Priority: — / Unsecured: $45,870.92<br>Total: $45,870.92 | Allowed Total: $30,452.74<br>Case Number*: 05-44640<br>Secured: — / Priority: — / Unsecured: $30,452.74<br>Total: $30,452.74 |

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim 1

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12685 | Claim Holder Name | |
| Date Filed: 07/28/2006 | CONTRARIAN FUNDS LLC AS | |
| Docketed Total: $91,628.77 | ASSIGNEE OF INTEL AMERICAS INC | |
| Filing Creditor Name: | ATTN ALPA JIMENEZ | |
| CONTRARIAN FUNDS LLC AS | 411 WEST PUTNAM AVENUE STE 225 | |
| ASSIGNEE OF INTEL AMERICAS INC | GREENWICH, CT 06830 | |
| ATTN ALPA JIMENEZ | | |
| 411 WEST PUTNAM AVENUE STE 225 | Case Number* 05-44640 | Case Number* 05-44640 |
| GREENWICH, CT 06830 | | |

| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Docketed Total: | | | $91,628.77 | Allowed Total: | | | $64,801.77 |
| | | | $91,628.77 | | | | $64,801.77 |

### Claim 2

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10402 | Claim Holder Name | |
| Date Filed: 07/24/2006 | COOPER BUSSMANN INC | |
| Docketed Total: $220,188.26 | 175 HANSEN COURT | |
| Filing Creditor Name: | WOOD DALE, IL 60191 | |
| COOPER BUSSMANN INC | | |
| 175 HANSEN COURT | Case Number* 05-44481 | Case Number* 05-44640 |
| WOOD DALE, IL 60191 | | |

| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Docketed Total: | | | $220,188.26 | Allowed Total: | | | $45,441.87 |
| | | | $220,188.26 | | | | $45,441.87 |

### Claim 3

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16018 | Claim Holder Name | |
| Date Filed: 08/09/2006 | DAJACO INDUSTRIES INC | |
| Docketed Total: $3,352.00 | 49715 LEONA | |
| Filing Creditor Name: | CHESTERFIELD, MI 48051 | |
| DAJACO INDUSTRIES INC | | |
| 49715 LEONA | Case Number* 05-44481 | Case Number* 05-44481 |
| CHESTERFIELD, MI 48051 | | |

| | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Docketed Total: | | | $3,352.00 | Allowed Total: | | | $1,300.00 |
| | | | $3,352.00 | | | | $1,300.00 |

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |

---

**Claim: 2747**
Date Filed: 04/24/2006
Docketed Total: $71,255.39
Filing Creditor Name:
DATWYLER I O DEVICES AMERICAS
NELSON MULLINS RILEY &
SCARBOROUGH LLP
PO BOX 11070
COLUMBIA, SC 29211-1070

CLAIM AS DOCKETED:
Claim Holder Name
DATWYLER I O DEVICES AMERICAS
NELSON MULLINS RILEY &
SCARBOROUGH LLP
PO BOX 11070
COLUMBIA, SC 29211-1070
Docketed Total: $71,255.39
Case Number*: 05-44567
Unsecured: $71,255.39
$71,255.39

CLAIM AS ALLOWED:
Allowed Total: $53,085.76
Case Number*: 05-44567
Unsecured: $53,085.76
$53,085.76

---

**Claim: 15226**
Date Filed: 07/31/2006
Docketed Total: $87,775.20
Filing Creditor Name:
DELTA PRODUCTS CORPORATION
4405 CUSHING PKWY
FREMONT, CA 94538

CLAIM AS DOCKETED:
Claim Holder Name
DELTA PRODUCTS CORPORATION
4405 CUSHING PKWY
FREMONT, CA 94538
Docketed Total: $87,775.20
Case Number*: 05-44640
Unsecured: $87,775.20
$87,775.20

CLAIM AS ALLOWED:
Allowed Total: $80,539.55
Case Number*: 05-44640
Unsecured: $80,539.55
$80,539.55

---

**Claim: 1586**
Date Filed: 01/17/2006
Docketed Total: $16,269.10
Filing Creditor Name:
DEVRIES INTERNATIONAL INC
1645 REYNOLDS AVE
IRVINE, CA 92614

CLAIM AS DOCKETED:
Claim Holder Name
DEVRIES INTERNATIONAL INC
1645 REYNOLDS AVE
IRVINE, CA 92614
Docketed Total: $16,269.10
Case Number*: 05-44481
Unsecured: $16,269.10
$16,269.10

CLAIM AS ALLOWED:
Allowed Total: $15,489.10
Case Number*: 05-44481
Unsecured: $15,489.10
$15,489.10

---

**Claim: 14401**
Date Filed: 07/31/2006
Docketed Total: $4,652.71
Filing Creditor Name:
DOTT INDUSTRIES INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304

CLAIM AS DOCKETED:
Claim Holder Name
DOTT INDUSTRIES INC
40950 WOODWARD AVE STE 100
BLOOMFIELD HILLS, MI 48304
Docketed Total: $4,652.71
Case Number*: 05-44640
Secured: $4,652.71
$4,652.71

CLAIM AS ALLOWED:
Allowed Total: $3,294.59
Case Number*: 05-44640
Unsecured: $3,294.59
$3,294.59

---

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| Claim: 14402<br>Date Filed: 07/31/2006<br>Docketed Total: $18,385.92<br>Filing Creditor Name:<br>DOTT INDUSTRIES INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | DOTT INDUSTRIES INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br>Docketed Total: $18,385.92 | $18,385.92<br>**$18,385.92** | | $18,385.92<br>**$18,385.92** | 05-44567 | | | Allowed Total: $2,903.04<br>$2,903.04<br>**$2,903.04** |
| Claim: 7343<br>Date Filed: 06/02/2006<br>Docketed Total: $59,296.80<br>Filing Creditor Name:<br>DOW CORNING CORP<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | DOW CORNING CORP<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br>Docketed Total: $59,296.80 | | | $59,296.80<br>**$59,296.80** | 05-44640 | | | Allowed Total: $17,184.49<br>$17,184.49<br>**$17,184.49** |
| Claim: 7341<br>Date Filed: 06/02/2006<br>Docketed Total: $34,468.09<br>Filing Creditor Name:<br>DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686 | DOW CORNING CORPORATION<br>2200 W SALZBURG RD<br>MIDLAND, MI 48686<br>Docketed Total: $34,468.09 | | | $34,468.09<br>**$34,468.09** | 05-44640 | | | Allowed Total: $26,554.57<br>$26,554.57<br>**$26,554.57** |
| Claim: 116<br>Date Filed: 10/25/2005<br>Docketed Total: $289,004.91<br>Filing Creditor Name:<br>DRAKA AUTOMOTIVE GMBH<br>DICKEISTR 23<br>WUPPERTAL, D 42369<br>GERMANY | DRAKA AUTOMOTIVE GMBH<br>DICKEISTR 23<br>WUPPERTAL, D 42369<br>GERMANY<br>Docketed Total: $289,004.91 | | | $289,004.91<br>**$289,004.91** | 05-44640 | | | Allowed Total: $11,929.34<br>$11,929.34<br>**$11,929.34** |

\*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 9916

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 07/19/2006 | Claim Holder Name | |
| Docketed Total: $86,129.80 | AMROC INVESTMENTS LLC | |
| Filing Creditor Name: | 535 MADISON AVE 15TH FL | |
| DYBROOK PRODUCTS INC | NEW YORK, NY 10022 | |
| 5232 TOD AVE SW UNIT 23 | Docketed Total: $86,129.80 | Allowed Total: $56,728.06 |
| WARREN, OH 44481-972 | | |

| | Case Number*: 05-44481 | Case Number*: 05-44640 |
|---|---|---|
| | Secured / Priority / Unsecured $86,129.80 | Secured / Priority / Unsecured $56,728.06 |
| | Total: $86,129.80 | Total: $56,728.06 |

### Claim: 8376

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 06/22/2006 | Claim Holder Name | |
| Docketed Total: $131,187.07 | DYNACAST CANADA INC | |
| Filing Creditor Name: | HUNTON & WILLIAMS LLC | |
| DYNACAST CANADA INC | RIVERFRONT PLZ EAST TOWER | |
| HUNTON & WILLIAMS LLC | 951 E BYRD ST | |
| RIVERFRONT PLZ EAST TOWER | RICHMOND, VA 23219 | |
| 951 E BYRD ST | Docketed Total: $131,187.07 | Allowed Total: $115,316.42 |
| RICHMOND, VA 23219 | | |

| | Case Number*: 05-44640 | Case Number*: 05-44567 / 05-44640 |
|---|---|---|
| | Secured: $3,221.49 / Priority / Unsecured: $127,965.58 | Priority: $68.19 / Unsecured: $115,248.23 |
| | Total: $3,221.49 / $127,965.58 | Total: $115,316.42 |

### Claim: 1464

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 01/09/2006 | Claim Holder Name | |
| Docketed Total: $122,867.13 | ERWIN QUARDER INC | |
| Filing Creditor Name: | 5101 KRAFT AVE SE | |
| ERWIN QUARDER INC | GRAND RAPIDS, MI 49512 | |
| 5101 KRAFT AVE SE | Docketed Total: $122,867.13 | Allowed Total: $18,036.90 |
| GRAND RAPIDS, MI 49512 | | |

| | Case Number*: 05-44567 | Case Number*: 05-44567 |
|---|---|---|
| | Secured / Priority / Unsecured $122,867.13 | Secured / Priority / Unsecured $18,036.90 |
| | Total: $122,867.13 | Total: $18,036.90 |

### Claim: 9461

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 07/13/2006 | Claim Holder Name | |
| Docketed Total: $52,740.26 | EVOX RIFA INC | |
| Filing Creditor Name: | 1900 N ROSELLE RD STE 405 | |
| EVOX RIFA INC | SCHAUMBURG, IL 60195-3172 | |
| 1900 N ROSELLE RD STE 405 | Docketed Total: $52,740.26 | Allowed Total: $22,878.00 |
| SCHAUMBURG, IL 60195-3172 | | |

| | Case Number*: 05-44481 | Case Number*: 05-44481 |
|---|---|---|
| | Secured / Priority / Unsecured $52,740.26 | Secured / Priority / Unsecured $22,878.00 |
| | Total: $52,740.26 | Total: $22,878.00 |

* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim 16751

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Claim: 16751 Date Filed: 12/05/2007 Docketed Total: $250,422.69 Filing Creditor Name: F&G MULTI SLIDE INC 130 INDUSTRIAL DR FRANKLIN, OH 45005 | Claim Holder Name F&G MULTI SLIDE INC 130 INDUSTRIAL DR FRANKLIN, OH 45005 Docketed Total: | 05-44640 | | | $250,422.69 | Allowed Total: | 05-44640 | | | $237,791.47 |
| | | | | | $250,422.69 | | | | | $237,791.47 |

### Claim 2350

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Claim: 2350 Date Filed: 03/21/2006 Docketed Total: $222,736.28 Filing Creditor Name: FEDERAL SCREW WORKS 20229 9 MILE RD SAINT CLAIR SHORES, MI 48080-1775 | Claim Holder Name FEDERAL SCREW WORKS 20229 9 MILE RD SAINT CLAIR SHORES, MI 48080-1775 Docketed Total: | 05-44481 | | $4,013.35 | $218,722.93 | Allowed Total: | 05-44640 | | | $43,226.19 |
| | | | | $4,013.35 | $218,722.93 | | | | | $43,226.19 |

### Claim 12839

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Claim: 12839 Date Filed: 07/28/2006 Docketed Total: $492,938.78 Filing Creditor Name: FUJITSU COMPONENTS AMERICA INC 250 E CARIBBEAN DR SUNNYVALE, CA 94086 | Claim Holder Name FUJITSU COMPONENTS AMERICA INC 250 E CARIBBEAN DR SUNNYVALE, CA 94086 Docketed Total: | 05-44640 | | | $492,938.78 | Allowed Total: | 05-44640 | | | $253,703.19 |
| | | | | | $492,938.78 | | | | | $253,703.19 |

### Claim 6993

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Claim: 6993 Date Filed: 05/30/2006 Docketed Total: $1,535.40 Filing Creditor Name: GAPI USA 300 HULS DR CLAYTON, OH 45315 | Claim Holder Name GAPI USA 300 HULS DR CLAYTON, OH 45315 Docketed Total: | 05-44481 | | | $1,535.40 | Allowed Total: | 05-44481 | | | $652.50 |
| | | | | | $1,535.40 | | | | | $652.50 |

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED / CLAIM AS ALLOWED

**Claim: 10199**
Date Filed: 07/21/2006
Docketed Total:    $341,525.93
Filing Creditor Name:
GE CONSUMER & INDUSTRIAL F
K A GE SUPPLY
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

**CLAIM AS DOCKETED**

Claim Holder Name
GE CONSUMER & INDUSTRIAL F K A
GE SUPPLY
11256 CORNELL PARK DR STE 500
CINCINNATI, OH 45242

| Case Number* | Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|---|
| 05-44640 | | | $341,525.93 | $341,525.93 |
| | | | $341,525.93 | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|---|
| 05-44640 | | | $284,394.80 | $284,394.80 |
| | | | $284,394.80 | |

**Claim: 9219**
Date Filed: 07/10/2006
Docketed Total:    $290,762.87
Filing Creditor Name:
GREYSTONE OF LINCOLN INC
7 WELLINGTON RD
LINCOLN, RI 02865

**CLAIM AS DOCKETED**

Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
2 GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|---|
| 05-44640 | | | $290,762.87 | $290,762.87 |
| | | | $290,762.87 | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|---|
| 05-44640 | | | $264,541.61 | $264,541.61 |
| | | | $264,541.61 | |

**Claim: 16746**
Date Filed: 11/13/2007
Docketed Total:    $41,723.84
Filing Creditor Name:
H & L TOOL COMPANY INC
32701 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

**CLAIM AS DOCKETED**

Claim Holder Name
H & L TOOL COMPANY INC
32701 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

| Case Number* | Secured | Priority | Unsecured | Docketed Total: |
|---|---|---|---|---|
| 05-44640 | | $7,002.35 | $34,721.49 | $41,723.84 |
| | | $7,002.35 | $34,721.49 | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured | Allowed Total: |
|---|---|---|---|---|
| 05-44640 | | | $32,682.97 | $32,682.97 |
| | | | $32,682.97 | |

*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E- EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
| --- | --- | --- |
| Claim: 7603<br>Date Filed: 06/07/2006<br>Docketed Total: $2,614.68<br>Filing Creditor Name:<br>H & M COMPANY INC<br>200 CHIHUAHUA ST<br>SAN ANTONIO, TX 78207-6330 | Claim Holder Name<br>H & M COMPANY INC<br>200 CHIHUAHUA ST<br>SAN ANTONIO, TX 78207-6330<br>Docketed Total: $2,614.68<br>Case Number*: 05-44567<br>Unsecured: $2,614.68 / $2,614.68 | Allowed Total: $872.27<br>Case Number*: 05-44567<br>Unsecured: $872.27 / $872.27 |
| Claim: 668<br>Date Filed: 11/18/2005<br>Docketed Total: $356,407.35<br>Filing Creditor Name:<br>HARRINGTON TOOL AND DIE INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA | Claim Holder Name<br>HARRINGTON TOOL AND DIE INC<br>2555 MATTE BLVD<br>BROSSARD, QC J4Y 2H1<br>CANADA<br>Docketed Total: $356,407.35<br>Case Number*: 05-44481<br>Unsecured: $356,407.35 / $356,407.35 | Allowed Total: $130,033.90<br>Case Number*: 05-44640<br>Unsecured: $130,033.90 / $130,033.90 |
| Claim: 1307<br>Date Filed: 12/27/2005<br>Docketed Total: $5,374.05<br>Filing Creditor Name:<br>HECKETHORN MANUFACTURING CO INC<br>2005 FORREST ST<br>DYERSBURG, TN 38024 | Claim Holder Name<br>DEBT ACQUISITION COMPANY OF AMERICA V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO, CA 92108<br>Docketed Total: $5,374.05<br>Case Number*: 05-44481<br>Unsecured: $5,374.05 / $5,374.05 | Allowed Total: $1,728.00<br>Case Number*: 05-44481<br>Unsecured: $1,728.00 / $1,728.00 |
| Claim: 7706<br>Date Filed: 06/09/2006<br>Docketed Total: $50,895.80<br>Filing Creditor Name:<br>HENNESSEY CAPITAL SOLUTIONS<br>ASSIGNEE PLASTIC SOLUTIONS INC<br>23261 WOODWARD AVE<br>HUNTINGTON WOODS, MI 48070-1362 | Claim Holder Name<br>AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022<br>Docketed Total: $50,895.80<br>Case Number*: 05-44640<br>Secured: $50,895.80 / $50,895.80 | Allowed Total: $12,236.35<br>Case Number*: 05-44640<br>Unsecured: $12,236.35 / $12,236.35 |

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E- EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 3827

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 05/01/2006 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| Docketed Total: $31,046.14 | Docketed Total: | | | $31,046.14 | Allowed Total: | | | | $15,224.53 |
| Filing Creditor Name: HENRY COUNTY RURAL ELECTRIC ME HENRY COUNTY REMC 201 N 6TH ST NEW CASTLE, IN 47362 | Claim Holder Name: LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HENRY COUNTY REMC ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | | | | | | | | |
| | Case Number* 05-44481 | | | $31,046.14 | Case Number* 05-44640 | | | | $15,224.53 |
| | | | | **$31,046.14** | | | | | **$15,224.53** |

### Claim: 2186

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 03/03/2006 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| Docketed Total: $41,085.40 | Docketed Total: | | | $41,085.40 | Allowed Total: | | | | $37,733.60 |
| Filing Creditor Name: HOSIDEN AMERICA CORPORATION MASUDA FUNAI ET AL 203 N LASALLE ST STE 2500 CHICAGO, IL 60601 | Claim Holder Name: FAIR HARBOR CAPITAL LLC 875 AVE OF THE AMERICAS STE 2305 NEW YORK, NY 10001 | | | | | | | | |
| | Case Number* 05-44640 | | | $41,085.40 | Case Number* 05-44640 | | | | $37,733.60 |
| | | | | **$41,085.40** | | | | | **$37,733.60** |

### Claim: 15220

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 07/31/2006 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| Docketed Total: $321,256.00 | Docketed Total: | | | $321,256.00 | Allowed Total: | | | | $169,753.45 |
| Filing Creditor Name: HUTCHINSON SEAL CORPORATION PO BOX 1886 GRAND RAPIDS, MI 49501 | Claim Holder Name: HAIN CAPITAL INVESTORS LLC 301 ROUTE 17 6TH FL RUTHERFORD, NJ 07070 | | | | | | | | |
| | Case Number* 05-44640 | | | $321,256.00 | Case Number* 05-44640 | | | | $169,753.45 |
| | | | | **$321,256.00** | | | | | **$169,753.45** |

### Claim: 480

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date Filed: 11/10/2005 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| Docketed Total: $203,405.32 | Docketed Total: | | | $203,405.32 | Allowed Total: | | | | $11,280.00 |
| Filing Creditor Name: HYLAND MACHINE COMPANY 1900 KUNTZ RD DAYTON, OH 45404 | Claim Holder Name: ARGO PARTNERS 12 W 37TH ST 9TH FL NEW YORK, NY 10018 | | | | | | | | |
| | Case Number* 05-44481 | | | $203,405.32 | Case Number* 05-44481 | | | | $11,280.00 |
| | | | | **$203,405.32** | | | | | **$11,280.00** |

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED / CLAIM AS DOCKETED | Secured | Priority | Unsecured | CLAIM AS ALLOWED | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| Claim: 9565<br>Date Filed: 07/17/2006<br>Docketed Total: $4,890.13<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ANCHOR FASTENERS<br>26101 FARGO AVE<br>CLEVELAND, OH 44146-1305 | | | | Claim Holder Name<br>ILLINOIS TOOL WORKS INC<br>ANCHOR FASTENERS<br>26101 FARGO AVE<br>CLEVELAND, OH 44146-1305 | | | |
| Case Number*<br>05-44481 | | Docketed Total: | $4,890.13 | Case Number*<br>05-44640 | | Allowed Total: | $2,115.60 |
| | | | $4,890.13 | | | | $2,115.60 |
| Claim: 6615<br>Date Filed: 05/22/2006<br>Docketed Total: $7,907.92<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED<br>FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS, WI 54729 | | | | Claim Holder Name<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR ENGINEERED<br>FASTENER<br>1700 1ST AVE<br>CHIPPEWA FALLS, WI 54729 | | | |
| Case Number*<br>05-44481 | | Docketed Total: | $7,907.92 | Case Number*<br>05-44640 | | Allowed Total: | $7,423.87 |
| | | | $7,907.92 | | | | $7,423.87 |
| Claim: 9569<br>Date Filed: 07/17/2006<br>Docketed Total: $72,359.10<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | | | | Claim Holder Name<br>ILLINOIS TOOL WORKS INC<br>ITW DELTAR TEKFAST<br>21555 S HARLEM AVE<br>FRANKFORT, IL 60423 | | | |
| Case Number*<br>05-44481 | | Docketed Total: $44,411.35 | $27,947.75 | Case Number*<br>05-44640 | | Allowed Total: | $61,077.77 |
| | | $44,411.35 | $27,947.75 | | | | $61,077.77 |

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | | CLAIM AS ALLOWED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | | | Case Number* | Secured | Priority | Unsecured | |
| Claim: 9574<br>Date Filed: 07/17/2006<br>Docketed Total: $106,700.48<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND, MI 49464 | ILLINOIS TOOL WORKS INC<br>ITW DRAWFORM<br>500 FAIRVIEW<br>ZEELAND, MI 49464 | 05-44481 | | Docketed Total:<br>$102,936.28<br>**$102,936.28** | $106,700.48<br>$3,764.20<br>**$3,764.20** | | Allowed Total: | 05-44640 | | | $87,321.04<br>$87,321.04<br>**$87,321.04** | $87,321.04 |
| Claim: 9567<br>Date Filed: 07/17/2006<br>Docketed Total: $151,274.89<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>ITW SHAKEPROOF AUTOMOTIVE PROD<br>PO BOX 92052<br>CHICAGO, IL 60675 | ILLINOIS TOOL WORKS INC<br>ITW SHAKEPROOF AUTOMOTIVE PROD<br>PO BOX 92052<br>CHICAGO, IL 60675 | 05-44481 | | Docketed Total:<br>$151,274.89<br>**$151,274.89** | $151,274.89 | | Allowed Total: | 05-44481 | | | $38,404.71<br>$38,404.71<br>**$38,404.71** | $38,404.71 |
| Claim: 12246<br>Date Filed: 07/28/2006<br>Docketed Total: $18,691.05<br>Filing Creditor Name:<br>ILLINOIS TOOL WORKS INC<br>TRANS TECH AMERICA<br>475 N GARY AVE<br>CAROL STREAM, IL 60188-490 | ILLINOIS TOOL WORKS INC<br>TRANS TECH AMERICA<br>475 N GARY AVE<br>CAROL STREAM, IL 60188-490 | 05-44481 | | Docketed Total:<br> | $18,691.05<br>$18,691.05<br>**$18,691.05** | | Allowed Total: | 05-44640 | | | $9,652.50<br>$9,652.50<br>**$9,652.50** | $9,652.50 |

\*  See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| Claim: 1699<br>Date Filed: 01/30/2006<br>Docketed Total: $117,572.06<br>Filing Creditor Name:<br>INDUSTRIAL DIELECTRICS INC<br>PO BOX 357<br>NOBLESVILLE, IN 46060 | ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | | Docketed Total: | $117,572.06<br>$117,572.06<br>$117,572.06 | | 05-44640 | | Allowed Total: | $97,811.66<br>$97,811.66<br>$97,811.66 | |
| Claim: 10279<br>Date Filed: 07/24/2006<br>Docketed Total: $1,456,361.79<br>Filing Creditor Name:<br>INTEGRATED SILICON<br>SOLUTION EF INC<br>2231 LAWSON LN<br>SANTA CLARA, CA 95054 | INTEGRATED SILICON SOLUTION<br>EF INC<br>2231 LAWSON LN<br>SANTA CLARA, CA 95054 | | Docketed Total: | $1,456,361.79<br>$1,456,361.79<br>$1,456,361.79 | | 05-44640 | | Allowed Total: | $1,267,237.10<br>$1,267,237.10<br>$1,267,237.10 | |
| Claim: 13788<br>Date Filed: 07/31/2006<br>Docketed Total: $1,423,472.76<br>Filing Creditor Name:<br>INTERNATIONAL RECTIFIER<br>CORPORATION<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | INTERNATIONAL RECTIFIER<br>CORPORATION<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES, CA 90071 | | Docketed Total: | $1,423,472.76<br>$1,423,472.76<br>$1,423,472.76 | | 05-44640 | | Allowed Total: | $66,745.04<br>$66,745.04<br>$66,745.04 | |

\*    See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED

| CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | Allowed Total |

**Claim: 1541**
Date Filed: 01/17/2006
Docketed Total: $114,460.81
Filing Creditor Name:
ITT CANNON NEWTON
2881 EAST BAYARD STREET
SENECA FALLS, NY 13148

- CLAIM AS DOCKETED — Claim Holder Name: ITT CANNON NEWTON, 2881 EAST BAYARD STREET, SENECA FALLS, NY 13148; Case Number 05-44481; Unsecured $114,460.81; Docketed Total $114,460.81
- CLAIM AS ALLOWED — Case Number 05-44567; Unsecured $54,346.05; Allowed Total $54,346.05

**Claim: 9573**
Date Filed: 07/17/2006
Docketed Total: $159,690.14
Filing Creditor Name:
ITW DELTAR INSERT MOLDED PRODUCTS
9629 W 197TH ST
MOKENA, IL 60448

- CLAIM AS DOCKETED — Claim Holder Name: ITW DELTAR INSERT MOLDED PRODUCTS, 9629 W 197TH ST, MOKENA, IL 60448; Case Number 05-44640; Priority $159,690.14; Docketed Total $159,690.14
- CLAIM AS ALLOWED — Case Number 05-44640; Unsecured $94,514.87; Allowed Total $94,514.87

**Claim: 10421**
Date Filed: 07/24/2006
Docketed Total: $53,587.08
Filing Creditor Name:
ITW FILTRATION PRODUCTS
18531 SPRING CREEK DR
TINLEY PK, IL 60477

- CLAIM AS DOCKETED — Claim Holder Name: ITW FILTRATION PRODUCTS, 18531 SPRING CREEK DR, TINLEY PK, IL 60477; Case Number 05-44481; Priority $26,219.78; Unsecured $27,367.30; Docketed Total $53,587.08
- CLAIM AS ALLOWED — Case Number 05-44640; Unsecured $38,803.44; Allowed Total $38,803.44

**Claim: 1688**
Date Filed: 01/27/2006
Docketed Total: $65,530.04
Filing Creditor Name:
ITW SHAKEPROOF INDUSTRIAL PRODUCTS
2550 S 27TH AVE
BROADVIEW, IL 60155

- CLAIM AS DOCKETED — Claim Holder Name: ITW SHAKEPROOF INDUSTRIAL PRODUCTS, 2550 S 27TH AVE, BROADVIEW, IL 60155; Case Number 05-44481; Unsecured $65,530.04; Docketed Total $65,530.04
- CLAIM AS ALLOWED — Case Number 05-44640; Unsecured $29,406.38; Allowed Total $29,406.38

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 14915

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Date Filed: 07/31/2006 | Claim Holder Name | | | | | | | | | |
| Docketed Total: $468,786.87 | AMROC INVESTMENTS LLC | | | | | | | | | |
| Filing Creditor Name: | 535 MADISON AVE 15TH FL | | | Docketed Total: $468,786.87 | | | | | Allowed Total: $393,821.03 | |
| JAMESTOWN CONTAINER CORP | NEW YORK, NY 10022 | | | | | | | | | |
| SPECIALTY PRODUCTS DIV | | | | | | | | | | |
| 2345 WALDEN AVE | Case Number* | | | | | Case Number* | | | | |
| BUFFALO, NY 14225 | 05-44481 | | | $468,786.87 | | 05-44640 | | | $393,821.03 | |
| | | | | **$468,786.87** | | | | | **$393,821.03** | |

### Claim: 8133

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Date Filed: 06/16/2006 | Claim Holder Name | | | | | | | | | |
| Docketed Total: $1,005,284.25 | AMROC INVESTMENTS LLC | | | | | | | | | |
| Filing Creditor Name: | 535 MADISON AVE 15TH FL | | | Docketed Total: $1,005,284.25 | | | | | Allowed Total: $995,991.07 | |
| JIFFY TITE CO INC | NEW YORK, NY 10022 | | | | | | | | | |
| 4437 WALDEN AVE | | | | | | | | | | |
| LANCASTER, NY 14086 | Case Number* | | | | | Case Number* | | | | |
| | 05-44640 | | | $1,005,284.25 | | 05-44640 | | | $995,991.07 | |
| | | | | **$1,005,284.25** | | | | | **$995,991.07** | |

### Claim: 533

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Date Filed: 11/14/2005 | Claim Holder Name | | | | | | | | | |
| Docketed Total: $27,398.92 | ASM CAPITAL LP | | | | | | | | | |
| Filing Creditor Name: | 7600 JERICHO TURNPIKE STE 302 | | | Docketed Total: $27,398.92 | | | | | Allowed Total: $540.00 | |
| JOHN GUEST AUTOMOTIVE INC | WOODBURY, NY 11797 | | | | | | | | | |
| 10 BLOOMFIELD AVE | | | | | | | | | | |
| PO BOX 625 | Case Number* | | | | | Case Number* | | | | |
| PINE BROOK, NJ 07058 | 05-44481 | | | $27,398.92 | | 05-44481 | | | $540.00 | |
| | | | | **$27,398.92** | | | | | **$540.00** | |

### Claim: 15565

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Date Filed: 07/31/2006 | Claim Holder Name | | | | | | | | | |
| Docketed Total: $112,181.25 | KAC HOLDINGS INC DBA KESTER | | | | | | | | | |
| Filing Creditor Name: | KESTER | | | Docketed Total: $112,181.25 | | | | | Allowed Total: $58,202.55 | |
| KAC HOLDINGS INC DBA | 800 W THORNDALE AVE | | | | | | | | | |
| KESTER | ITASCA, IL 60143-1341 | | | | | | | | | |
| KESTER | | | | | | | | | | |
| 800 W THORNDALE AVE | Case Number* | | | | | Case Number* | | | | |
| ITASCA, IL 60143-1341 | 05-44640 | | | $112,181.25 | | 05-44640 | | | $58,202.55 | |
| | | | | **$112,181.25** | | | | | **$58,202.55** | |

\* See Exhibit I for a listing of debtor entities by case number.

parameter

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E – EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED

**Claim: 642**
Date Filed: 11/17/2005
Docketed Total: $1,703,785.68
Filing Creditor Name:
KAUMAGRAPH FLINT CORPORATION
4705 INDUSTRIAL DR
MILLINGTON, MI 48746

**CLAIM AS DOCKETED**
Claim Holder Name: KAUMAGRAPH FLINT CORPORATION, 4705 INDUSTRIAL DR, MILLINGTON, MI 48746
Docketed Total: $1,703,785.68

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,703,785.68 |
| | | | $1,703,785.68 |

**CLAIM AS ALLOWED**
Allowed Total: $1,125,779.66

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,125,779.66 |
| | | | $1,125,779.66 |

---

**Claim: 105**
Date Filed: 10/25/2005
Docketed Total: $233,508.18
Filing Creditor Name:
KEATS MANUFACTURING CO
330 W HOLBROOK DR
WHEELING, IL 60090

**CLAIM AS DOCKETED**
Claim Holder Name: KEATS MANUFACTURING CO, 330 W HOLBROOK DR, WHEELING, IL 60090
Docketed Total: $233,508.18

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $233,508.18 |
| | | | $233,508.18 |

**CLAIM AS ALLOWED**
Allowed Total: $39,373.15

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,339.05 |
| 05-44567 | | | $3,034.10 |
| | | | $39,373.15 |

---

**Claim: 104**
Date Filed: 10/25/2005
Docketed Total: $25,760.03
Filing Creditor Name:
KEATS SOUTHWEST INC
330 W HOLBROOK DR
WHEELING, IL 60090

**CLAIM AS DOCKETED**
Claim Holder Name: KEATS SOUTHWEST INC, 330 W HOLBROOK DR, WHEELING, IL 60090
Docketed Total: $25,760.03

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $25,760.03 |
| | | | $25,760.03 |

**CLAIM AS ALLOWED**
Allowed Total: $9,051.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,051.14 |
| | | | $9,051.14 |

---

**Claim: 12210**
Date Filed: 07/28/2006
Docketed Total: $34,446.55
Filing Creditor Name:
KEMET ELECTRONICS CORPORATION
PO BOX 5928
GREENVILLE, SC 29606

**CLAIM AS DOCKETED**
Claim Holder Name: KEMET ELECTRONICS CORPORATION, PO BOX 5928, GREENVILLE, SC 29606
Docketed Total: $34,446.55

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $34,446.55 |
| | | | $34,446.55 |

**CLAIM AS ALLOWED**
Allowed Total: $14,465.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $14,465.05 |
| | | | $14,465.05 |

---

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| Claim: 12211<br>Date Filed: 07/28/2006<br>Docketed Total: $881,156.41<br>Filing Creditor Name:<br>KEMET ELECTRONICS CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606 | KEMET ELECTRONICS CORPORATION<br>PO BOX 5928<br>GREENVILLE, SC 29606<br><br>Case Number*: 05-44640 | | | $881,156.41<br><br>Docketed Total: $881,156.41 | 05-44640 | | | $152,937.45<br><br>Allowed Total: $152,937.45 |
| Claim: 14534<br>Date Filed: 07/31/2006<br>Docketed Total: $3,629,694.59<br>Filing Creditor Name:<br>L&W ENGINEERING CO<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | TPG CREDIT MANAGMENT LP<br>90 SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Case Number*: 05-44640 | $3,629,694.59<br><br>$3,629,694.59 | Docketed Total: | | 05-44640 | | | $543,640.44<br><br>Allowed Total: $543,640.44 |
| Claim: 9832<br>Date Filed: 07/18/2006<br>Docketed Total: $268,853.90<br>Filing Creditor Name:<br>LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512<br><br>Case Number*: 05-44640 | | | $268,853.90<br><br>Docketed Total: $268,853.90 | 05-44640 | | | $192,950.99<br><br>Allowed Total: $192,950.99 |
| Claim: 11925<br>Date Filed: 07/28/2006<br>Docketed Total: $317,117.86<br>Filing Creditor Name:<br>LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970<br><br>Case Number*: 05-44640 | | $263,044.57<br><br>$263,044.57 | $54,073.29<br><br>Docketed Total: $54,073.29 | 05-44640 | | | $31,398.46<br><br>Allowed Total: $31,398.46 |

* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.,**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| Claim: 1994<br>Date Filed: 02/14/2006<br>Docketed Total: $35,738.64<br>Filing Creditor Name:<br>LIFETIME INDUSTRIES INC<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | LIFETIME INDUSTRIES INC<br>BURCH PORTER & JOHNSON PLLC<br>130 N COURT AVE<br>MEMPHIS, TN 38103 | 05-44481 | | | $35,738.64<br>Docketed Total: $35,738.64 | 05-44640 | | | $5,669.94<br>Allowed Total: $5,669.94 | |
| Claim: 16307<br>Date Filed: 09/12/2006<br>Docketed Total: $362,371.05<br>Filing Creditor Name:<br>LORD CORPORATION<br>2000 W GRANDVIEW BLVD<br>ERIE, PA 16514 | LORD CORPORATION<br>2000 W GRANDVIEW BLVD<br>ERIE, PA 16514 | 05-44481 | | | $362,371.05<br>Docketed Total: $362,371.05 | 05-44640 | | | $10,359.59<br>Allowed Total: $10,359.59 | |
| Claim: 15926<br>Date Filed: 07/26/2006<br>Docketed Total: $404,986.61<br>Filing Creditor Name:<br>M A COM INC<br>PO BOX 3608 MS58 26<br>HARRISBURG, PA 17105 | M A COM INC<br>PO BOX 3608 MS58 26<br>HARRISBURG, PA 17105 | 05-44640 | | | $404,986.61<br>Docketed Total: $404,986.61 | 05-44640 | | | $125,651.26<br>Allowed Total: $125,651.26 | |
| Claim: 10186<br>Date Filed: 07/21/2006<br>Docketed Total: $130,579.71<br>Filing Creditor Name:<br>MAGNESIUM ALUMINUM CORP<br>3425 SERVICE RD<br>CLEVELAND, OH 44111 | AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 05-44481 | | | $130,579.71<br>Docketed Total: $130,579.71 | 05-44640 | | | $89,510.49<br>Allowed Total: $89,510.49 | |

\*  See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured | |
| Claim: 11453 | MARIAN INC FKA MARIAN RUBBER PRODUCTS | | | | | | | | |
| Date Filed: 07/27/2006 | MARIAN INC | | | | | | | | |
| Docketed Total: $236,298.73 | 1011 E ST CLAIR ST | | | | | | | | |
| Filing Creditor Name: | INDIANAPOLIS, IN 46202 | | | | | | | | |
| MARIAN INC FKA MARIAN RUBBER PRODUCTS | | | | | | | | | |
| MARIAN INC | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| 1011 E ST CLAIR ST | 05-44640 | $25,605.91 | | $210,692.82 | 05-44640 | | | $186,642.58 | |
| INDIANAPOLIS, IN 46202 | | $25,605.91 | | $210,692.82 | Allowed Total: | | | $186,642.58 | |
| | Docketed Total: $236,298.73 | | | | | | | $186,642.58 | |
| Claim: 523 | MARKETING SPECIALTIES MSI PACKAGING | | | | | | | | |
| Date Filed: 11/14/2005 | 5010 W 81ST ST | | | | | | | | |
| Docketed Total: $557,641.90 | INDIANAPOLIS, IN 46268 | | | | | | | | |
| Filing Creditor Name: | | | | | | | | | |
| MARKETING SPECIALTIES MSI PACKAGING | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| 5010 W 81ST ST | 05-44481 | | | $557,641.90 | 05-44640 | | | $278,782.37 | |
| INDIANAPOLIS, IN 46268 | | | | $557,641.90 | Allowed Total: | | | $278,782.37 | |
| | Docketed Total: $557,641.90 | | | | | | | $278,782.37 | |
| Claim: 5306 | MATSUO ELECTRONICS OF AMERICA | | | | | | | | |
| Date Filed: 05/08/2006 | 2134 MAIN ST STE 100 | | | | | | | | |
| Docketed Total: $53,842.15 | HUNTINGTON BEACH, CA 92648 | | | | | | | | |
| Filing Creditor Name: | | | | | | | | | |
| MATSUO ELECTRONICS OF AMERICA | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| 2134 MAIN ST STE 100 | 05-44481 | | | $53,842.15 | 05-44640 | | | $20,019.25 | |
| HUNTINGTON BEACH, CA 92648 | | | | $53,842.15 | 05-44610 | | | $0.00 | |
| | Docketed Total: $53,842.15 | | | | Allowed Total: | | | $20,019.25 | |

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim 9576

**CLAIM TO BE ALLOWED**

Claim: 9576
Date Filed: 07/17/2006
Docketed Total: $64,897.96
Filing Creditor Name:
MEDALIST INDUSTRIES INC
MEDALIST INDL FASTENER DIV
2700 YORK RD
ELK GROVE VILLAGE, IL 60007

**CLAIM AS DOCKETED**

Claim Holder Name:
MEDALIST INDUSTRIES INC
MEDALIST INDL FASTENER DIV
2700 YORK RD
ELK GROVE VILLAGE, IL 60007

Docketed Total: $64,897.96

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $53,088.55 | $11,809.41 |
| | | **$53,088.55** | **$11,809.41** |

**CLAIM AS ALLOWED**

Allowed Total: $44,746.93

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,746.93 |
| | | | **$44,746.93** |

### Claim 11455

**CLAIM TO BE ALLOWED**

Claim: 11455
Date Filed: 07/27/2006
Docketed Total: $358,636.72
Filing Creditor Name:
METAL FLOW CORPORATION
11694 JAMES ST
HOLLAND, MI 49424

**CLAIM AS DOCKETED**

Claim Holder Name:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $358,636.72

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $358,636.72 |
| | | | **$358,636.72** |

**CLAIM AS ALLOWED**

Allowed Total: $334,323.99

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $334,323.99 |
| | | | **$334,323.99** |

### Claim 3755

**CLAIM TO BE ALLOWED**

Claim: 3755
Date Filed: 05/01/2006
Docketed Total: $89,760.00
Filing Creditor Name:
METAL MATIC INC
629 SECOND ST SE
MINNEAPOLIS, MN 55414-2106

**CLAIM AS DOCKETED**

Claim Holder Name:
ORE HILL HUB FUND LTD
650 FIFTH AVE 9TH FL
NEW YORK, NY 10019

Docketed Total: $89,760.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $89,760.00 |
| | | | **$89,760.00** |

**CLAIM AS ALLOWED**

Allowed Total: $43,303.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $43,303.48 |
| | | | **$43,303.48** |

### Claim 8682

**CLAIM TO BE ALLOWED**

Claim: 8682
Date Filed: 06/27/2006
Docketed Total: $323,679.01
Filing Creditor Name:
METAL TECHNOLOGIES INC
1401 S GRANDSTAFF DR
AUBURN, IN 46706

**CLAIM AS DOCKETED**

Claim Holder Name:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

Docketed Total: $323,679.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $323,679.01 |
| | | | **$323,679.01** |

**CLAIM AS ALLOWED**

Allowed Total: $8,296.48

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,296.48 |
| | | | **$8,296.48** |

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 7578

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 06/06/2006 | Claim Holder Name | |
| Docketed Total: $833,534.00 | SPCP GROUP LLC | |
| Filing Creditor Name: | TWO GREENWICH PLAZA 1ST FL | |
| MICRON SEMICONDUCTOR PROD INC | GREENWICH, CT 06830 | |
| MICRON SEMICONDUCTOR PROD INC | | |
| 8000 S FEDERAL WAY | | |
| PO BOX 6 | | |
| BOISE, ID 83707 | | |

CLAIM AS DOCKETED — Case Number*: 05-44481 — Docketed Total: $833,534.00

| Secured | Priority | Unsecured |
|---|---|---|
| | | $833,534.00 |
| | | **$833,534.00** |

CLAIM AS ALLOWED — Case Number*: 05-44640 — Allowed Total: $390,744.00

| Secured | Priority | Unsecured |
|---|---|---|
| | | $390,744.00 |
| | | **$390,744.00** |

### Claim: 6932

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 05/26/2006 | Claim Holder Name | |
| Docketed Total: $12,279.00 | MICROSEMI CORP | |
| Filing Creditor Name: | 2381 MORSE AVE | |
| MICROSEMI CORP | IRVINE, CA 92614 | |
| 2381 MORSE AVE | | |
| IRVINE, CA 92614 | | |

CLAIM AS DOCKETED — Case Number*: 05-44481 — Docketed Total: $12,279.00

| Secured | Priority | Unsecured |
|---|---|---|
| | | $12,279.00 |
| | | **$12,279.00** |

CLAIM AS ALLOWED — Case Number*: 05-44481 — Allowed Total: $7,500.00

| Secured | Priority | Unsecured |
|---|---|---|
| | | $7,500.00 |
| | | **$7,500.00** |

### Claim: 6577

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 05/22/2006 | Claim Holder Name | |
| Docketed Total: $258,352.13 | MID CONTINENT SPRING CO EFT | |
| Filing Creditor Name: | PO BOX 649 | |
| MID CONTINENT SPRING CO EFT | HOPKINSVILLE, KY 42241-0649 | |
| PO BOX 649 | | |
| HOPKINSVILLE, KY 42241-0649 | | |

CLAIM AS DOCKETED — Case Number*: 05-44481 — Docketed Total: $258,352.13

| Secured | Priority | Unsecured |
|---|---|---|
| | | $258,352.13 |
| | | **$258,352.13** |

CLAIM AS ALLOWED — Case Number*: 05-44481 — Allowed Total: $253,604.40

| Secured | Priority | Unsecured |
|---|---|---|
| | | $253,604.40 |
| | | **$253,604.40** |

* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.,**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 12244

**CLAIM TO BE ALLOWED**

Date Filed: 07/28/2006
Docketed Total: $3,512.31
Filing Creditor Name:
MID STATES RUBBER PRODUCTS INC
NTE 000809053218
1230 S RACE ST
PO BOX 370
PRINCETON, IN 47670

**CLAIM AS DOCKETED**

Claim Holder Name:
MID STATES RUBBER PRODUCTS INC
NTE 000809053218
1230 S RACE ST
PO BOX 370
PRINCETON, IN 47670

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $3,512.31 | | |
| Docketed Total: $3,512.31 | $3,512.31 | | |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,105.74 |
| Allowed Total: $3,105.74 | | | $3,105.74 |

### Claim: 11688

**CLAIM TO BE ALLOWED**

Date Filed: 07/27/2006
Docketed Total: $529,365.38
Filing Creditor Name:
MUBEA INC
6800 INDUSTRIAL RD
FLORENCE, KY 41042

**CLAIM AS DOCKETED**

Claim Holder Name:
MUBEA INC
6800 INDUSTRIAL RD
FLORENCE, KY 41042

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $80,487.44 |
| Docketed Total: | | | $80,487.44 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $496,490.18 |
| Allowed Total: | | | $496,490.18 |

### Claim: 9550

**CLAIM TO BE ALLOWED**

Date Filed: 07/17/2006
Docketed Total: $135,856.48
Filing Creditor Name:
MUELLER INDUSTRIES INC
2199 LAPEER AVE
PORT HURON, MI 48060

**CLAIM AS DOCKETED**

Claim Holder Name:
MUELLER INDUSTRIES INC
2199 LAPEER AVE
PORT HURON, MI 48060

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $135,856.48 |
| Docketed Total: | | | $135,856.48 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $42,790.45 |
| Allowed Total: | | | $42,790.45 |

### Claim: 16418

**CLAIM TO BE ALLOWED**

Date Filed: 11/17/2006
Docketed Total: $107,272.55
Filing Creditor Name:
NATIONAL MOLDING
CORPORATION
5 DUBON COURT
FARMINGDALE, NY 11735

**CLAIM AS DOCKETED**

Claim Holder Name:
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $107,272.55 |
| Docketed Total: | | | $107,272.55 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $41,178.20 |
| Allowed Total: | | | $41,178.20 |

*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

---

### CLAIM TO BE ALLOWED

Claim: 7550
Date Filed: 06/06/2006
Docketed Total: $185,979.44
Filing Creditor Name:
NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151

### CLAIM AS DOCKETED

Claim Holder Name
NEWARK ELECTRONICS
PO BOX 94151
PALATINE, IL 60094-4151
Docketed Total: $185,979.44

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $185,979.44 |
| | | | $185,979.44 |

### CLAIM AS ALLOWED

Allowed Total: $106,467.28

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44612 | | | $6,037.59 |
| 05-44567 | | | $331.84 |
| 05-44640 | | | $88,909.44 |
| 05-44624 | | | $70.97 |
| 05-44307 | | | $10,470.92 |
| 05-44482 | | | $646.52 |
| | | | $106,467.28 |

---

### CLAIM TO BE ALLOWED

Claim: 878
Date Filed: 11/28/2005
Docketed Total: $351,634.04
Filing Creditor Name:
ONKYO INDUSTRIAL
COMPONENTS INC
38701 7 MILE RD STE 295
LIVONIA, MI 48152-7038

### CLAIM AS DOCKETED

Claim Holder Name
ONKYO INDUSTRIAL COMPONENTS INC
38701 7 MILE RD STE 295
LIVONIA, MI 48152-7038
Docketed Total: $351,634.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $351,634.04 |
| | | | $351,634.04 |

### CLAIM AS ALLOWED

Allowed Total: $214,128.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $214,128.30 |
| | | | $214,128.30 |

---

### CLAIM TO BE ALLOWED

Claim: 13459
Date Filed: 07/25/2006
Docketed Total: $370,568.92
Filing Creditor Name:
PAR FOAM PRODUCTS INC
239 VAN RENSSELAER ST
BUFFALO, NY 14210

### CLAIM AS DOCKETED

Claim Holder Name
LONGACRE MASTER FUND LTD
810 SEVENTH AVE 33RD FL
NEW YORK, NY 10019
Docketed Total: $370,568.92

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $370,568.92 |
| | | | $370,568.92 |

### CLAIM AS ALLOWED

Allowed Total: $360,692.12

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $360,692.12 |
| | | | $360,692.12 |

---

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 16557

| | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 02/28/2007 | | |
| Docketed Total: $435,185.00 | | |
| Filing Creditor Name: PENN ALUMINUM INTERNATIONAL INC FAGELHABER LLC 55 E MONROE ST 40TH FLR CHICAGO, IL 60603 | | |
| Claim Holder Name: PENN ALUMINUM INTERNATIONAL INC FAGELHABER LLC 55 E MONROE ST 40TH FLR CHICAGO, IL 60603 | Docketed Total: $435,185.00 | Allowed Total: $335,336.01 |
| Case Number: 05-44640 | Secured / Priority / Unsecured $435,185.00 | Case Number: 05-44640 — Secured $335,336.01 / Priority / Unsecured $335,336.01 |
| | $435,185.00 | $335,336.01 |

### Claim: 1156

| | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 12/13/2005 | | |
| Docketed Total: $5,754.73 | | |
| Filing Creditor Name: PENN ENGINEERING & MANUFACTURING CORP 5190 OLD EASTON RD DANBORO, PA 18916 | | |
| Claim Holder Name: PENN ENGINEERING & MANUFACTURING CORP 5190 OLD EASTON RD DANBORO, PA 18916 | Docketed Total: $5,754.73 | Allowed Total: $4,387.53 |
| Case Number: 05-44481 | Secured / Priority / Unsecured $5,754.73 | Case Number: 05-44640 — Secured / Priority / Unsecured $4,387.53 |
| | $5,754.73 | $4,387.53 |

### Claim: 4278

| | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 05/01/2006 | | |
| Docketed Total: $3,010.00 | | |
| Filing Creditor Name: PIHER INTERNATIONAL CORP 1640 NORTHWIND BLVD LIBERTYVILLE, IL 60048 | | |
| Claim Holder Name: PIHER INTERNATIONAL CORP 1640 NORTHWIND BLVD LIBERTYVILLE, IL 60048 | Docketed Total: $3,010.00 | Allowed Total: $1,505.00 |
| Case Number: 05-44481 | Secured / Priority / Unsecured $3,010.00 | Case Number: 05-44481 — Secured / Priority / Unsecured $1,505.00 |
| | $3,010.00 | $1,505.00 |

\*   See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED / CLAIM AS DOCKETED

| Claim details | Case Number* | Secured | Priority | Unsecured | Docketed Total |
|---|---|---|---|---|---|
| **Claim: 5988** — Date Filed: 05/16/2006 — Docketed Total: $223,768.64 — Filing Creditor Name: PLASTOMER CORP, PO BOX 67000 DEPT 15601, DETROIT, MI 48267-0156 | 05-44640 | | | $223,768.64 | $223,768.64 |
| **Claim: 5388** — Date Filed: 05/09/2006 — Docketed Total: $157,798.33 — Filing Creditor Name: PONTIAC COIL INC, 5800 MOODY DR, CLARKSTON, MI 48348-4768 | 05-44640 | | | $157,798.33 | $157,798.33 |
| **Claim: 9024** — Date Filed: 07/05/2006 — Docketed Total: $84,777.15 — Filing Creditor Name: PRECISION HARNESS INC, 340 TRANSFER DR STE A, INDIANAPOLIS, IN 46214 | 05-44481 | | | $84,777.15 | $84,777.15 |
| **Claim: 16609** — Date Filed: 06/04/2007 — Docketed Total: $193,633.16 — Filing Creditor Name: PRECISION RESOURCE INC KY DIV, 25 FOREST PARKWAY, SHELTON, CT 06484 | 05-44640 | | | $193,633.16 | $193,633.16 |

### CLAIM AS ALLOWED

| Claim Holder Name | Case Number* | Secured | Priority | Unsecured | Allowed Total |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD, 810 SEVENTH AVE 33RD FL, NEW YORK, NY 10019 | 05-44567 | | | $810.00 | |
| | 05-44640 | | | $210,770.00 | $211,580.00 |
| PONTIAC COIL INC, 5800 MOODY DR, CLARKSTON, MI 48348-4768 | 05-44640 | | | $58,803.92 | $58,803.92 |
| PRECISION HARNESS INC, 340 TRANSFER DR STE A, INDIANAPOLIS, IN 46214 | 05-44640 | | | $48,442.81 | $48,442.81 |
| PRECISION RESOURCE INC KY DIV, 25 FOREST PARKWAY, SHELTON, CT 06484 | 05-44640 | | | $191,073.16 | $191,073.16 |

*    See Exhibit I for a listing of debtor entities by case number.

Page 32 of 49

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E – EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 16661

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 10/10/2005 | Claim Holder Name | Claim Holder Name |
| Docketed Total: $56,146.15 | PRIDGEON & CLAY INC | PRIDGEON & CLAY INC |
| Filing Creditor Name: | 50 COTTAGE GROVE SW | 50 COTTAGE GROVE SW |
| PRIDGEON & CLAY INC | GRAND RAPIDS, MI 49507 | GRAND RAPIDS, MI 49507 |
| 50 COTTAGE GROVE SW | | |
| GRAND RAPIDS, MI 49507 | Case Number*: 05-44481 | Case Number*: 05-44640 |
| | Secured — Priority — Unsecured $56,146.15 | Secured — Priority — Unsecured $51,632.59 |
| | Docketed Total: $56,146.15 | Allowed Total: $51,632.59 |

### Claim: 124

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 10/25/2005 | Claim Holder Name | Claim Holder Name |
| Docketed Total: $23,878.34 | LIQUIDITY SOLUTIONS INC | |
| Filing Creditor Name: | ONE UNIVERSITY PLAZA STE 312 | |
| PROMOTECH KUNSTSTOFF UND | HACKENSACK, NJ 07601 | |
| METTALLVERARBEITUNGSGES MBH | | |
| UNTERLOCHEN 44 | Case Number*: 05-44481 | Case Number*: 05-44481 |
| SCHALCHEN, 5231 | Secured — Priority — Unsecured $23,878.34 | Secured — Priority — Unsecured $16,782.17 |
| AUSTRIA | Docketed Total: $23,878.34 | Allowed Total: $16,782.17 |

### Claim: 10194

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 07/21/2006 | Claim Holder Name | |
| Docketed Total: $15,361.12 | RB & W CORPORATION EFT | |
| Filing Creditor Name: | 5190 BRADCO BLVD | |
| RB & W CORPORATION EFT | MISSISSAUGA, ON L4W 1G7 | |
| 5190 BRADCO BLVD | CANADA | |
| MISSISSAUGA, ON L4W 1G7 | Case Number*: 05-44481 | Case Number*: 05-44640 |
| CANADA | Secured — Priority — Unsecured $15,361.12 | Secured — Priority — Unsecured $5,121.28 |
| | Docketed Total: $15,361.12 | Allowed Total: $5,121.28 |

### Claim: 5966

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Date Filed: 05/16/2006 | Claim Holder Name | |
| Docketed Total: $18,475.70 | RED SPOT CORP | |
| Filing Creditor Name: | PO BOX 418 | |
| HAIN CAPITAL HOLDINGS LLC | EVANSVILLE, IN 47703-0418 | |
| 301 RTE 17 6TH FL | | |
| RUTHERFORD, NJ 07070 | Case Number*: 05-44567 | Case Number*: 05-44567 |
| | Secured — Priority — Unsecured $18,475.70 | Secured — Priority — Unsecured $1,545.00 |
| | Docketed Total: $18,475.70 | Allowed Total: $1,545.00 |

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

---

### CLAIM TO BE ALLOWED

**Claim: 2748**
Date Filed: 04/24/2006
Docketed Total: $141,705.00
Filing Creditor Name:
RF MICRO DEVICES INC
7628 THORNDIKE RD
GREENSBORO, NC 27409

#### CLAIM AS DOCKETED
Claim Holder Name
RF MICRO DEVICES INC
7628 THORNDIKE RD
GREENSBORO, NC 27409

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $141,705.00 |
| Docketed Total: | | | $141,705.00 |

#### CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $3,892.83 |
| Allowed Total: | | | $3,892.83 |

---

**Claim: 521**
Date Filed: 11/14/2005
Docketed Total: $1,859.48
Filing Creditor Name:
RICHCO INC
8145 RIVER DR
MORTON GROVE, IL 60053

#### CLAIM AS DOCKETED
Claim Holder Name
RICHCO INC
8145 RIVER DR
MORTON GROVE, IL 60053

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,859.48 |
| Docketed Total: | | | $1,859.48 |

#### CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $250.10 |
| Allowed Total: | | | $250.10 |

---

**Claim: 14265**
Date Filed: 07/31/2006
Docketed Total: $43,152.38
Filing Creditor Name:
ROBIN INDUSTRIES INC
CLEVELAND DIVISION
ROBIN INDUSTRIES INC
1265 W 65 ST
CLEVELAND, OH 44102

#### CLAIM AS DOCKETED
Claim Holder Name
SPCP GROUP LLC AS AGENT FOR
SILVER POINT CAPITAL FUND LP
AND SILVER POINT CAPITAL
OFFSHORE FUND LTD
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | $4,266.38 | | $38,886.00 |
| Docketed Total: | $4,266.38 | | $38,886.00 |

#### CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,072.38 |
| Allowed Total: | | | $22,072.38 |

---

**Claim: 788**
Date Filed: 11/22/2005
Docketed Total: $263,175.04
Filing Creditor Name:
ROGERS FOAM CORPORATION
20 VERNON ST
SOMERVILLE, MA 02145

#### CLAIM AS DOCKETED
Claim Holder Name
ROGERS FOAM CORPORATION
20 VERNON ST
SOMERVILLE, MA 02145

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $263,175.04 |
| Docketed Total: | | | $263,175.04 |

#### CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $249,257.97 |
| Allowed Total: | | | $249,257.97 |

---

\* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 2482
Date Filed:    04/03/2006
Docketed Total:    $1,495,516.58
Filing Creditor Name:
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD
NO 1000
SAN DIEGO, CA 92121

**CLAIM AS DOCKETED**

Claim Holder Name
ROHM ELECTRONICS USA LLC
10145 PACIFIC HEIGHTS BLVD NO
1000
SAN DIEGO, CA 92121

Docketed Total:    $1,495,516.58

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,495,516.58 |
| | | | **$1,495,516.58** |

**CLAIM AS ALLOWED**

Allowed Total:    $172,454.57

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $170,853.77 |
| 05-44567 | | | $1,600.80 |
| | | | **$172,454.57** |

---

Claim: 9910
Date Filed:    07/19/2006
Docketed Total:    $401,017.30
Filing Creditor Name:
RTP CO
580 E FRONT ST
WINONA, MN 55987

Claim Holder Name
RTP CO
580 E FRONT ST
WINONA, MN 55987

Docketed Total:    $401,017.30

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $401,017.30 |
| | | | **$401,017.30** |

Allowed Total:    $113,703.04

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $113,703.04 |
| | | | **$113,703.04** |

---

Claim: 237
Date Filed:    10/31/2005
Docketed Total:    $12,076.40
Filing Creditor Name:
RUDOLPH BROS & CO
PO BOX 425
CANAL WINCHESTER, OH 43110

Claim Holder Name
RUDOLPH BROS & CO
PO BOX 425
CANAL WINCHESTER, OH 43110

Docketed Total:    $12,076.40

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,076.40 |
| | | | **$12,076.40** |

Allowed Total:    $4,885.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $4,885.00 |
| | | | **$4,885.00** |

---

Claim: 12030
Date Filed:    07/28/2006
Docketed Total:    $40,444.54
Filing Creditor Name:
SAINT GOBAIN PERFORMANCE
1199 S CHILLICOTHE RD
AURORA, OH 44202

Claim Holder Name
SAINT GOBAIN PERFORMANCE
1199 S CHILLICOTHE RD
AURORA, OH 44202

Docketed Total:    $40,444.54

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $40,444.54 |
| | | | **$40,444.54** |

Allowed Total:    $26,062.34

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $22,153.38 |
| 05-44624 | | | $3,908.96 |
| | | | **$26,062.34** |

---

\*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| Claim: 2120 | STONEHILL INSTITUTIONAL | | | | 05-44640 | | | |
| Date Filed: 02/27/2006 | PARTNERS LP | | | | | | | |
| Docketed Total: $97,728.50 | ATTN STEVE NELSON | | | | | | | |
| Filing Creditor Name: | 885 THIRD AVE 30TH FL | | | | | | | |
| SAMUELSON & CO | NEW YORK, NY 10022 | | | | | | | |
| 4334 WALDEN AVE | | | | | | | | |
| LANCASTER, NY 14086 | | | | | | | | |
| | Case Number* | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | 05-44481 | | | $97,728.50 | | | | $4,230.00 |
| | Docketed Total: | | | $97,728.50 | | Allowed Total: | | $4,230.00 |
| Claim: 112 | SANYO ELECTRONIC DEVICE USA | | | | 05-44640 | | | |
| Date Filed: 10/25/2005 | CORP | | | | | | | |
| Docketed Total: $57,501.00 | 2055 SANYO AVE | | | | | | | |
| Filing Creditor Name: | SAN DIEGO, CA 92154 | | | | | | | |
| SANYO ELECTRONIC DEVICE | | | | | | | | |
| USA CORP | | | | | | | | |
| 2055 SANYO AVE | | | | | | | | |
| SAN DIEGO, CA 92154 | Case Number* | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | 05-44481 | | | $57,501.00 | | | | $34,785.00 |
| | Docketed Total: | | | $57,501.00 | | Allowed Total: | | $34,785.00 |
| Claim: 3996 | SAPA INC DBA TECHNICAL | | | | 05-44507 | | | |
| Date Filed: 05/01/2006 | DYNAMICS ALUMINUM | | | | | | | |
| Docketed Total: $26,845.40 | PO BOX 11263 | | | | | | | |
| Filing Creditor Name: | PORTLAND, OR 97211 | | | | | | | |
| SAPA INC DBA TECHNICAL | | | | | | | | |
| DYNAMICS ALUMINUM | | | | | | | | |
| PO BOX 11263 | Case Number* | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| PORTLAND, OR 97211 | 05-44481 | | | $26,845.40 | | | | $9,273.08 |
| | Docketed Total: | | | $26,845.40 | | Allowed Total: | | $9,273.08 |

\* See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | Claim Holder Name | Secured | Priority | Unsecured |
| Claim: 9585<br>Date Filed: 07/17/2006<br>Docketed Total: $81,300.76<br>Filing Creditor Name:<br>SEAL & DESIGN INC<br>4015 CASILIO PKY<br>CLARENCE, NY 14031 | Docketed Total: | | | $81,300.76 | LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | | Allowed Total: | $75,502.26 |
| | Case Number*<br>05-44481 | | | $81,300.76 | Case Number*<br>05-44640 | | | $75,502.26 |
| Claim: 3293<br>Date Filed: 04/28/2006<br>Docketed Total: $33,851.52<br>Filing Creditor Name:<br>SEALED AIR CORPORATION<br>19440 ARENTH AVE<br>CITY OF INDUSTRY, CA 91748 | Docketed Total: | | | $33,851.52 | SEALED AIR CORPORATION<br>19440 ARENTH AVE<br>CITY OF INDUSTRY, CA 91748 | | Allowed Total: | $6,439.80 |
| | Case Number*<br>05-44481 | | | $33,851.52 | Case Number*<br>05-44640 | | | $6,439.80 |
| Claim: 7843<br>Date Filed: 06/12/2006<br>Docketed Total: $7,427.47<br>Filing Creditor Name:<br>SEALING DEVICES INC<br>4400 WALDEN AVE<br>LANCASTER, NY 14086-971 | Docketed Total: | | | $7,427.47 | SEALING DEVICES INC<br>4400 WALDEN AVE<br>LANCASTER, NY 14086-971 | | Allowed Total: | $1,380.80 |
| | Case Number*<br>05-44481 | | | $7,427.47 | Case Number*<br>05-44481 | | | $1,380.80 |
| Claim: 7606<br>Date Filed: 06/07/2006<br>Docketed Total: $36,759.75<br>Filing Creditor Name:<br>SEMBLEX CORPORATION<br>199 WEST DIVERSEY<br>ELMHURST, IL 60126 | Docketed Total: | | | $36,759.75 | AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | | Allowed Total: | $29,843.96 |
| | Case Number*<br>05-44481 | | | $36,759.75 | Case Number*<br>05-44640 | | | $29,843.96 |

*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | | | |
| Claim: 9584 | SIERRA LIQUIDITY FUND LLC | | | | | | | | | |
| Date Filed: 07/17/2006 | 2699 WHITE RD STE 255 | | | | | | | | | |
| Docketed Total: $116,843.56 | IRVINE, CA 92614 | | | Docketed Total: $116,843.56 | | | | Allowed Total: $24,015.00 | | |
| Filing Creditor Name: | | | | | | | | | | |
| SIERRA LIQUIDITY FUND LLC | | | | | | | | | | |
| ASSIGNEE LAKE ERIE PRODUCTS | | | | | | | | | | |
| INC. LIVONIA FITTINGS | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| PRODUCTS COMPANY ET AL. | Case Number* | | | | | Case Number* | | | | |
| ASSIGNOR | 05-44640 | | $4,797.32 | $112,046.24 | | 05-44640 | | | $24,015.00 | |
| 2699 WHITE RD STE 255 | | | $4,797.32 | $112,046.24 | | | | | $24,015.00 | |
| IRVINE, CA 92614 | | | | | | | | | | |
| | Claim Holder Name | | | | | | | | | |
| Claim: 661 | SMALLEY STEEL RING COMPANY | | | | | | | | | |
| Date Filed: 11/18/2005 | 555 OAKWOOD RD | | | Docketed Total: $26,961.09 | | | | Allowed Total: $6,719.23 | | |
| Docketed Total: $26,961.09 | LAKE ZURICH, IL 60047 | | | | | | | | | |
| Filing Creditor Name: | | | | | | | | | | |
| SMALLEY STEEL RING COMPANY | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| 555 OAKWOOD RD | Case Number* | | | | | Case Number* | | | | |
| LAKE ZURICH, IL 60047 | 05-44481 | | | $26,961.09 | | 05-44507 | | | $4,670.23 | |
| | | | | $26,961.09 | | 05-44624 | | | $2,049.00 | |
| | | | | | | 05-44640 | | | $0.00 | |
| | | | | | | | | | $6,719.23 | |
| | Claim Holder Name | | | | | | | | | |
| Claim: 11963 | SPECIAL DEVICES INCORPORATED | | | | | | | | | |
| Date Filed: 07/28/2006 | 14370 WHITE SAGE RD | | | Docketed Total: $101,068.30 | | | | Allowed Total: $9,621.42 | | |
| Docketed Total: $101,068.30 | MOORPARK, CA 93021 | | | | | | | | | |
| Filing Creditor Name: | | | | | | | | | | |
| SPECIAL DEVICES | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| INCORPORATED | Case Number* | | | | | Case Number* | | | | |
| 14370 WHITE SAGE RD | 05-44481 | | | $101,068.30 | | 05-44640 | | | $9,621.42 | |
| MOORPARK, CA 93021 | | | | $101,068.30 | | | | | $9,621.42 | |

\*  See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim: 10955

Date Filed: 07/26/2006
Docketed Total: $126,623.88
Filing Creditor Name:
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN,
HSIEN
TAIWAN, PROVINCE OF CHINA

**CLAIM AS DOCKETED**

Claim Holder Name:
SPEED TECH CORPORATION
NO 568 SEC 1
MIN SHENG N RD
KWEISHAN HSIANG TAOYUAN,
HSIEN
TAIWAN, PROVINCE OF CHINA

Docketed Total: $126,623.88

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $126,623.88 |
| | | | **$126,623.88** |

**CLAIM AS ALLOWED**

Allowed Total: $28,216.36

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,216.36 |
| | | | **$28,216.36** |

### Claim: 162

Date Filed: 10/28/2005
Docketed Total: $243.00
Filing Creditor Name:
SPERRY & RICE MFG CO LLC
9146 US 52
BROOKVILLE, IN 47012

**CLAIM AS DOCKETED**

Claim Holder Name:
LIQUIDITY SOLUTIONS INC AS
ASSIGNEE OF SPERRY & RICE MFG
CO LLC
ONE UNIVERSITY PLAZA STE 312
HACKENSACK, NJ 07601

Docketed Total: $243.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $243.00 |
| | | | **$243.00** |

**CLAIM AS ALLOWED**

Allowed Total: $121.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $121.50 |
| | | | **$121.50** |

### Claim: 4746

Date Filed: 05/08/2006
Docketed Total: $92,262.14
Filing Creditor Name:
STADCO INC
STADCO AUTOMATIC DIV
632 YELLOW SPRINGS FAIRFIELD
R
FAIRBORN, OH 45324-976

**CLAIM AS DOCKETED**

Claim Holder Name:
ARGO PARTNERS
12 W 37TH ST 9TH FL
NEW YORK, NY 10018

Docketed Total: $92,262.14

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $92,262.14 |
| | | | **$92,262.14** |

**CLAIM AS ALLOWED**

Allowed Total: $91,796.37

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $91,796.37 |
| | | | **$91,796.37** |

*    See Exhibit I for a listing of debtor entities by case number.

Page 39 of 49

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| Claim: 1260<br>Date Filed: 12/23/2005<br>Docketed Total: $126,717.40<br>Filing Creditor Name:<br>STARK MANUFACTURING LLC<br>1300 S ELMIRA AVE<br>RUSSELLVILLE, AR 72802 | STARK MANUFACTURING LLC<br>1300 S ELMIRA AVE<br>RUSSELLVILLE, AR 72802 | 05-44481 | | | $126,717.40<br>$126,717.40 | 05-44640 | | | $24,789.00<br>$24,789.00 | Docketed Total: $126,717.40 / Allowed Total: $24,789.00 |
| Claim: 8663<br>Date Filed: 06/27/2006<br>Docketed Total: $5,894.00<br>Filing Creditor Name:<br>STEPHENSON & LAWYER INC<br>3831 PATTERSON AVE SE<br>PO BOX 8834<br>GRAND RAPIDS, MI 49518-8834 | MADISON NICHE OPPORTUNITIES LLC<br>6301 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 05-44567 | | | $5,894.00<br>$5,894.00 | 05-44567 | | | $4,160.00<br>$4,160.00 | Docketed Total: $5,894.00 / Allowed Total: $4,160.00 |
| Claim: 1431<br>Date Filed: 01/04/2006<br>Docketed Total: $20,934.54<br>Filing Creditor Name:<br>STEWARD INC<br>120 E 36TH ST<br>CHATTANOOGA, TN 37407-2489 | HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 05-44610 | | | $20,934.54<br>$20,934.54 | 05-44610 | | | $9,492.60<br>$9,492.60 | Docketed Total: $20,934.54 / Allowed Total: $9,492.60 |
| Claim: 1521<br>Date Filed: 01/12/2006<br>Docketed Total: $93,318.95<br>Filing Creditor Name:<br>SUMITOMO SITIX SILICON INC<br>19801 N TATUM BLVD<br>PHOENIX, AZ 85050 | SUMITOMO SITIX SILICON INC<br>19801 N TATUM BLVD<br>PHOENIX, AZ 85050 | 05-44481 | | $93,318.95<br>$93,318.95 | | 05-44481 | | | $25,616.80<br>$25,616.80 | Docketed Total: $93,318.95 / Allowed Total: $25,616.80 |

* See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

## CLAIM TO BE ALLOWED / CLAIM AS DOCKETED / CLAIM AS ALLOWED

---

**Claim: 5400**
Date Filed: 05/09/2006
Docketed Total: $31,551.00
Filing Creditor Name:
SUN KWANG BRAZING FILLER METAL
SUNKWANG METAL CO LTD
216 SAMSUNGDANG RI SINBUK
POCHON KYONGGI, 487913
KOREA, REPUBLIC OF

CLAIM AS DOCKETED
Claim Holder Name
SUN KWANG BRAZING FILLER METAL
SUNKWANG METAL CO LTD
216 SAMSUNGDANG RI SINBUK
POCHON KYONGGI, 487913
KOREA, REPUBLIC OF

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $31,551.00 | | $31,551.00 |
| | **$31,551.00** | | **$31,551.00** |

Docketed Total: $31,551.00

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $8,866.08 |
| | | | $8,866.08 |
| | | | **$8,866.08** |

Allowed Total: $8,866.08

---

**Claim: 11259**
Date Filed: 07/27/2006
Docketed Total: $814,710.90
Filing Creditor Name:
T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

CLAIM AS DOCKETED
Claim Holder Name
T & L AUTOMATICS INC
770 EMERSON ST
ROCHESTER, NY 14613

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $814,710.90 |
| | | | $814,710.90 |
| | | | **$814,710.90** |

Docketed Total: $814,710.90

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $143,378.81 |
| | | | $143,378.81 |
| | | | **$143,378.81** |

Allowed Total: $143,378.81

---

**Claim: 11967**
Date Filed: 07/28/2006
Docketed Total: $5,019,217.38
Filing Creditor Name:
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302
KATTEN MUCHIN ROSENMAN LLP
525 W MONROE ST
CHICAGO, IL 60661-3693

CLAIM AS DOCKETED
Claim Holder Name
GOLDMAN SACHS CREDIT PARTNERS LP
ATTN PEDRO RAMIREZ
30 HUDSON 17TH FL
JERSEY CITY, NJ 07302

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,019,217.38 |
| | | | $5,019,217.38 |
| | | | **$5,019,217.38** |

Docketed Total: $5,019,217.38

CLAIM AS ALLOWED

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,986,815.92 |
| | | | $4,986,815.92 |
| | | | **$4,986,815.92** |

Allowed Total: $4,986,815.92

---

\*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9019<br>Date Filed: 07/05/2006<br>Docketed Total: $15,855.76<br>Filing Creditor Name:<br>TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY | Claim Holder Name:<br>TDK ELECTRONICS EUROPE GMBH<br>WANHEIMER STR 57<br>DUESSELDORF, 40472<br>GERMANY<br><br>Case Number*: 05-44610<br>Docketed Total: $15,855.76 — Secured __ | Priority __ | Unsecured $15,855.76 = $15,855.76 | Case Number*: 05-44610<br>Allowed Total: $8,429.59 — Secured __ | Priority __ | Unsecured $8,429.59 = $8,429.59 |
| Claim: 4734<br>Date Filed: 05/04/2006<br>Docketed Total: $48,220.13<br>Filing Creditor Name:<br>TEFCO INC<br>10120 W FLAMINGO RD<br>STE 4 204<br>LAS VEGAS, NV 89147 | Claim Holder Name:<br>TEFCO INC<br>10120 W FLAMINGO RD<br>STE 4 204<br>LAS VEGAS, NV 89147<br><br>Case Number*: 05-44640<br>Docketed Total: $48,220.13 — Secured __ | Priority __ | Unsecured $48,220.13 = $48,220.13 | Case Number*: 05-44640<br>Allowed Total: $24,362.56 — Secured __ | Priority __ | Unsecured $24,362.56 = $24,362.56 |
| Claim: 7443<br>Date Filed: 06/05/2006<br>Docketed Total: $108,297.25<br>Filing Creditor Name:<br>TEKNOR APEX COMPANY<br>505 CENTRAL AVE<br>PAWTUCKET, RI 02861 | Claim Holder Name:<br>TEKNOR APEX COMPANY<br>505 CENTRAL AVE<br>PAWTUCKET, RI 02861<br><br>Case Number*: 05-44481<br>Docketed Total: $108,297.25 — Secured __ | Priority __ | Unsecured $108,297.25 = $108,297.25 | Case Number*: 05-44640<br>Allowed Total: $32,433.15 — Secured __ | Priority __ | Unsecured $32,433.15 = $32,433.15 |

\*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 13420<br>Date Filed: 07/31/2006<br>Docketed Total: $759,698.01<br>Filing Creditor Name:<br>TICONA LLC<br>TICONA FORTRON<br>8040 DIXIE HWY<br>FLORENCE, KY 41042-2904 | Claim Holder Name<br>TICONA LLC<br>TICONA FORTRON<br>8040 DIXIE HWY<br>FLORENCE, KY 41042-2904<br><br>Case Number*: 05-44481<br>Secured — Priority — Unsecured $759,698.01<br>Docketed Total: $759,698.01 | Case Number*: 05-44567, 05-44640<br>Secured — Priority — Unsecured<br>05-44567: $33,088.73<br>05-44640: $714,901.32<br>Allowed Total: $747,990.05 |
| Claim: 17733<br>Date Filed: 01/31/2006<br>Docketed Total: $8,407.61<br>Filing Creditor Name:<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | Claim Holder Name<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010<br><br>Case Number*: 05-44567<br>Secured — Priority — Unsecured $8,407.61<br>Docketed Total: $8,407.61 | Case Number*: 05-44567<br>Secured — Priority — Unsecured $3,899.17<br>Allowed Total: $3,899.17 |
| Claim: 1920<br>Date Filed: 02/08/2006<br>Docketed Total: $6,716.00<br>Filing Creditor Name:<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010 | Claim Holder Name<br>TOLLMAN SPRING CO INC<br>91 ENTERPRISE DR<br>BRISTOL, CT 06010<br><br>Case Number*: 05-44640<br>Secured — Priority — Unsecured $6,716.00<br>Docketed Total: $6,716.00 | Case Number*: 05-44640<br>Secured — Priority — Unsecured $2,588.00<br>Allowed Total: $2,588.00 |
| Claim: 1572<br>Date Filed: 01/17/2006<br>Docketed Total: $33,450.00<br>Filing Creditor Name:<br>TOSOH SMD INC<br>SCHOTTENSTEIN ZOX & DUNN<br>PO BOX 165020<br>COLUMBUS, OH 43216-5020 | Claim Holder Name<br>TOSOH SMD INC<br>SCHOTTENSTEIN ZOX & DUNN<br>PO BOX 165020<br>COLUMBUS, OH 43216-5020<br><br>Case Number*: 05-44481<br>Secured — Priority — Unsecured $33,450.00<br>Docketed Total: $33,450.00 | Case Number*: 05-44640<br>Secured — Priority — Unsecured $10,900.00<br>Allowed Total: $10,900.00 |

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| **Claim: 11461**<br>Date Filed: 07/27/2006<br>Docketed Total: $179,951.83<br>Filing Creditor Name:<br>TRAM INC<br>47200 PORT ST<br>PLYMOUTH, MI 48170 | Claim Holder Name<br><br>TRAM INC<br>47200 PORT ST<br>PLYMOUTH, MI 48170<br><br>Case Number*<br>05-44640 | | Docketed Total:<br><br><br><br> | $179,951.83<br><br><br><br>$179,951.83<br>**$179,951.83** | Case Number*<br>05-44640 | | Allowed Total:<br><br><br><br> | $41,510.40<br><br><br><br>$41,510.40<br>**$41,510.40** |
| **Claim: 2065**<br>Date Filed: 02/21/2006<br>Docketed Total: $126,918.43<br>Filing Creditor Name:<br>TRANSMATIC MFG CO INC<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | Claim Holder Name<br><br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Case Number*<br>05-44640 | | Docketed Total:<br><br><br><br> | $126,918.43<br><br><br><br>$126,918.43<br>**$126,918.43** | Case Number*<br>05-44640 | | Allowed Total:<br><br><br><br> | $124,318.49<br><br><br><br>$124,318.49<br>**$124,318.49** |
| **Claim: 11229**<br>Date Filed: 07/26/2006<br>Docketed Total: $78,757.21<br>Filing Creditor Name:<br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651 | Claim Holder Name<br><br>TRITON INDUSTRIES INC<br>1020 N KOLMAR AVE<br>CHICAGO, IL 60651<br><br>Case Number*<br>05-44640 | | Docketed Total:<br><br><br><br> | $78,757.21<br><br><br><br>$78,757.21<br>**$78,757.21** | Case Number*<br>05-44640 | | Allowed Total:<br><br><br><br> | $16,213.28<br><br><br><br>$16,213.28<br>**$16,213.28** |
| **Claim: 8715**<br>Date Filed: 06/28/2006<br>Docketed Total: $36,618.89<br>Filing Creditor Name:<br>TWIST INC<br>PO BOX 177<br>JAMESTOWN, OH 45335 | Claim Holder Name<br><br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Case Number*<br>05-44640 | | Docketed Total:<br><br><br><br> | $36,618.89<br><br><br><br>$36,618.89<br>**$36,618.89** | Case Number*<br>05-44640 | | Allowed Total:<br><br><br><br> | $33,454.31<br><br><br><br>$33,454.31<br>**$33,454.31** |

\*   See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 12396<br>Date Filed: 07/28/2006<br>Docketed Total: $148,325.65<br>Filing Creditor Name:<br>TYZ ALL PLASTICS INC<br>120 EXPRESS ST STE 1<br>PLAINVIEW, NY 11803 | Claim Holder Name<br>LONGACRE MASTER FUND LTD<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019<br><br>Docketed Total: $148,325.65<br>Case Number*: 05-44640<br>Secured — / Priority — / Unsecured $148,325.65<br>$148,325.65 | Allowed Total: $143,898.96<br>Case Number*: 05-44640<br>Secured — / Priority — / Unsecured $143,898.96<br>$143,898.96 |
| Claim: 5123<br>Date Filed: 05/08/2006<br>Docketed Total: $6,685.44<br>Filing Creditor Name:<br>ULTRAFORM INDUSTRIES INC<br>150 PEYERK CT<br>ROMEO, MI 48065 | Claim Holder Name<br>ULTRAFORM INDUSTRIES INC<br>150 PEYERK CT<br>ROMEO, MI 48065<br><br>Docketed Total: $6,685.44<br>Case Number*: 05-44481<br>Secured — / Priority — / Unsecured $6,685.44<br>$6,685.44 | Allowed Total: $5,422.74<br>Case Number*: 05-44640<br>Secured — / Priority — / Unsecured $5,422.74<br>$5,422.74 |
| Claim: 11437<br>Date Filed: 07/27/2006<br>Docketed Total: $39,624.64<br>Filing Creditor Name:<br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143 | Claim Holder Name<br>UNISOURCE WORLDWIDE INC<br>850 N ARLINGTON HEIGHTS RD<br>ITASCA, IL 60143<br><br>Docketed Total: $39,624.64<br>Case Number*: 05-44481<br>Secured — / Priority $5,500.00 / Unsecured $34,124.64<br>$5,500.00    $34,124.64 | Allowed Total: $13,620.66<br>Case Number*: 05-44640<br>Secured — / Priority — / Unsecured $13,620.66<br>$13,620.66 |
| Claim: 1744<br>Date Filed: 02/01/2006<br>Docketed Total: $70,521.92<br>Filing Creditor Name:<br>UNITED ELECTRONICS CORP<br>5321 N PEARL ST<br>ROSEMONT, IL 60018 | Claim Holder Name<br>UNITED ELECTRONICS CORP<br>5321 N PEARL ST<br>ROSEMONT, IL 60018<br><br>Docketed Total: $70,521.92<br>Case Number*: 05-44567<br>Secured — / Priority — / Unsecured $70,521.92<br>$70,521.92 | Allowed Total: $41,422.60<br>Case Number*: 05-44567<br>Secured — / Priority — / Unsecured $41,422.60<br>$41,422.60 |

\*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### Claim 1787

CLAIM TO BE ALLOWED:
- Claim: 1787
- Date Filed: 02/06/2006
- Docketed Total: $596,771.49
- Filing Creditor Name: UNIVERSAL BEARINGS INC / PO BOX 38 / BREMEN, IN 46506

| CLAIM AS DOCKETED | Secured | Priority | Unsecured |
|---|---|---|---|
| Claim Holder Name: GOLDMAN SACHS CREDIT PARTNERS LP / C/O GOLDMAN SACHS & CO / 30 HUDSON 17TH FL / JERSEY CITY, NJ 07302 | | | |
| Case Number*: 05-44481 | | $132,614.03 | $464,157.46 |
| Docketed Total: $596,771.49 | | $132,614.03 | $464,157.46 |

| CLAIM AS ALLOWED | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | $159,738.00 |
| Allowed Total: $159,738.00 | | | $159,738.00 |

### Claim 1098

CLAIM TO BE ALLOWED:
- Claim: 1098
- Date Filed: 12/09/2005
- Docketed Total: $54,912.75
- Filing Creditor Name: UNIVERSAL METAL PRODUCTS INC / 29980 LAKELAND BLVD / PO BOX 130 / WICKLIFFE, OH 44092-0130

| CLAIM AS DOCKETED | Secured | Priority | Unsecured |
|---|---|---|---|
| Claim Holder Name: UNIVERSAL METAL PRODUCTS INC / 29980 LAKELAND BLVD / PO BOX 130 / WICKLIFFE, OH 44092-0130 | | | |
| Case Number*: 05-44481 | | | $54,912.75 |
| Docketed Total: $54,912.75 | | | $54,912.75 |

| CLAIM AS ALLOWED | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | $13,620.40 |
| Allowed Total: $13,620.40 | | | $13,620.40 |

### Claim 2069

CLAIM TO BE ALLOWED:
- Claim: 2069
- Date Filed: 02/21/2006
- Docketed Total: $14,704.15
- Filing Creditor Name: UNIVERSAL METAL PRODUCTS INC / 29980 LAKELAND BLVD / PO BOX 130 / WICKLIFFE, OH 44092-0130

| CLAIM AS DOCKETED | Secured | Priority | Unsecured |
|---|---|---|---|
| Claim Holder Name: UNIVERSAL METAL PRODUCTS INC / 29980 LAKELAND BLVD / PO BOX 130 / WICKLIFFE, OH 44092-0130 | | | |
| Case Number*: 05-44481 | | | $14,704.15 |
| Docketed Total: $14,704.15 | | | $14,704.15 |

| CLAIM AS ALLOWED | Secured | Priority | Unsecured |
|---|---|---|---|
| Case Number*: 05-44640 | | | $878.15 |
| Allowed Total: $878.15 | | | $878.15 |

\* See Exhibit I for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Fortieth Omnibus Claims Objection

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 222<br>Date Filed: 10/31/2005<br>Docketed Total: $636,399.79<br>Filing Creditor Name:<br>US FARATHANE CORPORATION<br>38000 MOUND RD<br>STERLING HEIGHTS, MI 48310 | Claim Holder Name<br>REDROCK CAPITAL PARTNERS LLC<br>475 17TH ST STE 544<br>DENVER, CO 80202<br><br>Docketed Total: $636,399.79<br><br>Case Number*: 05-44481<br>Secured   Priority   Unsecured $636,399.79<br>Total $636,399.79 | Allowed Total: $474,425.64<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $474,425.64<br>Total $474,425.64 |
| Claim: 12385<br>Date Filed: 07/28/2006<br>Docketed Total: $125,315.71<br>Filing Creditor Name:<br>VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408 | Claim Holder Name<br>VIASYSTEMS<br>1915 TROLLEY RD<br>YORK, PA 17408<br><br>Docketed Total: $125,315.71<br><br>Case Number*: 05-44567<br>Secured   Priority   Unsecured $125,315.71<br>Total $125,315.71 | Allowed Total: $72,912.77<br><br>Case Number*: 05-44567<br>Secured   Priority   Unsecured $72,912.77<br>Total $72,912.77 |
| Claim: 11074<br>Date Filed: 07/26/2006<br>Docketed Total: $285,140.66<br>Filing Creditor Name:<br>VIKING PLASTICS INC<br>1 VIKING ST<br>CORRY, PA 16407 | Claim Holder Name<br>ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797<br><br>Docketed Total: $279,593.31<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $279,593.31<br>Total $279,593.31 | Allowed Total: $238,940.13<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $238,940.13<br>Total $238,940.13 |
| Claim: 9452<br>Date Filed: 07/13/2006<br>Docketed Total: $2,675,676.21<br>Filing Creditor Name:<br>VISHAY AMERICAS INC<br>1 GREENWICH PL<br>SHELTON, CT 06484 | Claim Holder Name<br>VISHAY AMERICAS INC<br>1 GREENWICH PL<br>SHELTON, CT 06484<br><br>Docketed Total: $2,675,676.21<br><br>Case Number*: 05-44481<br>Secured   Priority   Unsecured $2,675,676.21<br>Total $2,675,676.21 | Allowed Total: $12,100.42<br><br>Case Number*: 05-44640<br>Secured   Priority   Unsecured $12,100.42<br>Total $12,100.42 |

\*    See Exhibit I for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| Claim: 7609<br>Date Filed: 06/07/2006<br>Docketed Total: $402,499.83<br>Filing Creditor Name:<br>WAKO ELECTRONICS USA INC<br>C O STITES & HARBINSON<br>WAKO ELECTRONICS<br>400 W MARKET ST STE 1800<br>LOUISVILLE, KY 40202 | AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 05-44640 | | | $402,499.83 | 05-44640 | | | $373,327.83 | |
| | | | | Docketed Total: | $402,499.83 | | | Allowed Total: | $373,327.83 | |
| Claim: 10207<br>Date Filed: 07/21/2006<br>Docketed Total: $208,704.95<br>Filing Creditor Name:<br>WAMCO INC<br>AKIN GUMP STRAUSS HAUER &<br>FELD<br>2029 CENTURY PARK E 24TH FL<br>LOS ANGELES, CA 90067 | AMROC INVESTMENTS LLC<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 05-44567 | | | $208,704.95 | 05-44567 | | | $133,078.70 | |
| | | | | Docketed Total: | $208,704.95 | | | Allowed Total: | $133,078.70 | |
| Claim: 10752<br>Date Filed: 07/25/2006<br>Docketed Total: $121,998.56<br>Filing Creditor Name:<br>WIEGEL TOOL WORKS INC<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | WIEGEL TOOL WORKS INC<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | 05-44567 | | | $121,998.56 | 05-44567 | | | $32,288.00 | |
| | | | | Docketed Total: | $121,998.56 | | | Allowed Total: | $32,288.00 | |
| Claim: 12019<br>Date Filed: 07/28/2006<br>Docketed Total: $351,071.44<br>Filing Creditor Name:<br>ZF LEMFORDER SISTEMAS<br>AUTOMOTRICES SA DE CV<br>HUNTER & SCHANK CO LPA<br>1700 CANTON AVE<br>TOLEDO, OH 43604 | HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 05-44640 | | | $351,071.44 | 05-44640 | | | $29,240.92 | |
| | | | | Docketed Total: | $351,071.44 | | | Allowed Total: | $29,240.92 | |

*   See Exhibit I for a listing of debtor entities by case number.

Page 48 of 49

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

## EXHIBIT E - EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

### CLAIM TO BE ALLOWED

**CLAIM AS DOCKETED**

Claim: 9304
Date Filed: 07/11/2006
Docketed Total: $114,420.00
Filing Creditor Name:
ZILOG INC
532 RACE ST
SAN JOSE, CA 95126

Claim Holder Name
ZILOG INC
532 RACE ST
SAN JOSE, CA 95126

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $114,420.00 |
| Docketed Total: | | | $114,420.00 |

**CLAIM AS ALLOWED**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $7,200.00 |
| Allowed Total: | | | $7,200.00 |

Total Claims To Be Allowed: 175
Total Amount As Docketed:   $47,224,743.14
Total Amount As Allowed:    $24,610,909.14

*   See Exhibit I for a listing of debtor entities by case number.