**In re DPH Holdings Corp., et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Fortieth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 2246 | BEAR STEARNS INVESTMENT PRODUCTS INC | | | | | | | |
| Date Filed:  03/10/2006 | CO JPMORGAN CHASE BANK NA | | | | | | | |
| Docketed Total:  $6,140,513.59 | LEGAL DEPT | Docketed Total: | | $6,140,513.59 | | Allowed Total: | | $3,155,490.79 |
| Filing Creditor Name: | 1 CHASE MANHATTAN PLAZA 26TH FL | | | | | | | |
| ALPS AUTOMOTIVE INC | NEW YORK, NY 10081 | | | | | | | |
| GOLDBERG STINNETT MEYERS & DAVIS | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| 44 MONTGOMERY ST STE 2900 | Case Number* | | | $6,140,513.59 | Case Number* | | | $3,150,240.79 |
| SAN FRANCISCO, CA 94104 | 05-44640 | | | | 05-44640 | | | |
| | | | | | 05-44567 | | | $5,250.00 |
| | | | | $6,140,513.59 | | | | $3,155,490.79 |
| | Claim Holder Name | | | | | | | |
| Claim: 16783 | AMERICAN AIKOKU ALPHA INC | | | | | | | |
| Date Filed:  01/16/2008 | C/O MASUDA FUNAI EIFERT & MITCHELL LTD | Docketed Total: | | $429,525.84 | | Allowed Total: | | $276,562.50 |
| Docketed Total:  $429,525.84 | 203 N LASALLE ST STE 2500 | | | | | | | |
| Filing Creditor Name: | CHICAGO, IL 60601-1262 | | | | | | | |
| AMERICAN AIKOKU ALPHA INC | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| C/O MASUDA FUNAI EIFERT & MITCHELL LTD | Case Number* | | $5,823.94 | $423,701.90 | Case Number* | | | $276,562.50 |
| 203 N LASALLE ST STE 2500 | 05-44481 | | | | 05-44481 | | | |
| CHICAGO, IL 60601-1262 | | | $5,823.94 | $423,701.90 | | | | $276,562.50 |
| | Claim Holder Name | | | | | | | |
| Claim: 11659 | FUJIKURA AMERICA INC | | | | | | | |
| Date Filed:  07/27/2006 | 3150 CORONADO DR STE A | Docketed Total: | | $242,455.24 | | Allowed Total: | | $96,343.87 |
| Docketed Total:  $242,455.24 | SANTA CLARA, CA 95054-3223 | | | | | | | |
| Filing Creditor Name: | | | | | | | | |
| FUJIKURA AMERICA INC | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| 3150 CORONADO DR STE A | Case Number* | $21,813.20 | $15,482.29 | $205,159.75 | Case Number* | | | $96,343.87 |
| SANTA CLARA, CA 95054-3223 | 05-44640 | | | | 05-44640 | | | |
| | | $21,813.20 | $15,482.29 | $205,159.75 | | | | $96,343.87 |

\*  See Exhibit I for a listing of debtor entities by case number.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT F - EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 12192<br>Date Filed: 07/28/2006<br>Docketed Total: $1,296,063.40<br>Filing Creditor Name:<br>LORENTSON MFG CO INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932 | Claim Holder Name<br><br>LORENTSON MFG CO INC<br>PO BOX 932<br>KOKOMO, IN 46903-0932 | Docketed Total: | | $1,296,063.40 | | Allowed Total: | | $396,613.90 |
| | Case Number*<br>05-44640 | Secured<br>$789,167.04<br>**$789,167.04** | Priority | Unsecured<br>$506,896.36<br>**$506,896.36** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$396,613.90<br>**$396,613.90** |
| Claim: 10707<br>Date Filed: 07/26/2006<br>Docketed Total: $2,997,056.91<br>Filing Creditor Name:<br>TYCO ELECTRONICS<br>CORPORATION<br>PO BOX 3608 MS 3826<br>HARRISBURG, PA 17105-3608 | Claim Holder Name<br><br>TYCO ELECTRONICS<br>CORPORATION<br>PO BOX 3608 MS 3826<br>HARRISBURG, PA 17105-3608 | Docketed Total: | | $2,997,056.91 | | Allowed Total: | | $1,978,227.84 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$2,997,056.91<br>**$2,997,056.91** | Case Number*<br>05-44511<br>05-44507<br>05-44640<br>05-44624 | Secured | Priority | Unsecured<br>$9,300.79<br>$1,917.20<br>$1,932,677.00<br>$34,332.85<br>**$1,978,227.84** |
| | | | | | **Total Claims To Be Allowed: 5**<br>**Total Amount As Docketed:** $11,105,614.98<br>**Total Amount As Allowed:** $5,903,238.90 | | | |