**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

### EXHIBIT G - EXHIBIT G CLAIMS (ALLOWED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 2660<br>Date Filed: 04/17/2006<br>Docketed Total: $420,083,457.18<br>Filing Creditor Name:<br>LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>SEVEN TIMES SQ<br>NEW YORK, NY 10036 | Claim Holder Name<br>LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>SEVEN TIMES SQ<br>NEW YORK, NY 10036<br><br>Docketed Total: $420,083,457.18<br><br>Secured<br>Priority<br>Unsecured $420,083,457.18<br>Total: $420,083,457.18<br><br>Case Number*<br>05-44481 | Allowed Total: $420,083,457.18<br><br>Secured<br>Priority<br>Unsecured $420,083,457.18<br>Total: $420,083,457.18<br><br>Case Number*<br>05-44481 |
| Claim: 1420<br>Date Filed: 01/03/2006<br>Docketed Total: $6,185,131.57<br>Filing Creditor Name:<br>PIONEER NORTH AMERICA INC<br>SCHAFER AND WEINER PLLC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304 | Claim Holder Name<br>WHITEBOX HEDGED HIGH YIELD PARTNERS LP<br>3033 EXCELSIOR BLVD STE 300<br>MINNEAPOLIS, MN 55416<br><br>Docketed Total: $6,185,131.57<br><br>Secured<br>Priority $3,129,150.38<br>Unsecured $3,055,981.19<br>Total: $3,129,150.38 / $3,055,981.19<br><br>Case Number*<br>05-44640 | Allowed Total: $6,185,131.57<br><br>Secured<br>Priority<br>Unsecured $6,185,131.57<br>Total: $6,185,131.57<br><br>Case Number*<br>05-44640 |
| | | Total Claims To Be Allowed: 2<br>Total Amount As Docketed: $426,268,588.75<br>Total Amount As Allowed: $426,268,588.75 |