## EXHIBIT H-1 - ADJOURNED EXHIBIT C CLAIM (OBJECTED-TO CLAIM TO BE DISALLOWED)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| UPG DE MEXICO S DE RL DE CV<br>WILLIAM HOLBROOK DIRECTOR OF FINANCE<br>UNITED PLASTICS GROUP INC<br>1420 KENSINGTON RD STE 209<br>OAK BROOK, IL 60523 | 13546 | Secured: $42,827.19<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $42,827.19 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | **$42,827.19** | | |