**In re DPH Holdings Corp., et al.**
Case No. 05-44481 (RDD)

**Fortieth Omnibus Claims Objection**

### EXHIBIT H-2 - ADJOURNED EXHIBIT D CLAIM (PARTIALLY SATISFIED CLAIM)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 14664 | DEUTSCHE BANK SECURITIES INC | | Docketed Total: | $2,624,997.09 | | | Allowed Total: | $2,240,832.25 |
| Date Filed: 07/31/2006 | 60 WALL ST 3RD FL | | | | | | | |
| Docketed Total: $2,624,997.09 | NEW YORK, NY 10005 | | | | | | | |
| Filing Creditor Name: | | | | | | | | |
| COOPER STANDARD AUTOMOTIVE FKA ITT AUTOMOTIVE FLUID HDG SYST | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| COOPER STANDARD AUTOMOTIVE | 05-44481 | | | $2,624,997.09 | 05-44640 | | | $2,240,832.25 |
| 39550 ORCHARD HILL PL | | | | $2,624,997.09 | | | | $2,240,832.25 |
| NOVI, MI 48376 | | | | | | | | |

Total Claims To Be Allowed: 1

Total Amount As Docketed: $2,624,997.09

Total Amount As Allowed: $2,240,832.25

\* See Exhibit I for a listing of debtor entities by case number.