**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

### EXHIBIT H-3 - ADJOURNED EXHIBIT E CLAIMS (CLAIMS TO BE FURTHER MODIFIED)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 7325<br>Date Filed: 06/01/2006<br>Docketed Total: $388,310.09<br>Filing Creditor Name:<br>GOODYEAR CANADA INC<br>1144 E MARKET ST<br>AKRON, OH 44316 | Claim Holder Name<br><br>JPMORGAN CHASE BANK NA<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017<br><br>Docketed Total: $388,310.09<br><br>Secured           Priority           Unsecured<br>                                                          $388,310.09<br>_____<br>                                                          $388,310.09<br><br>Case Number*<br>05-44640 | Claim Holder Name<br><br><br><br><br>Allowed Total: $347,207.29<br><br>Secured           Priority           Unsecured<br>                                                          $347,207.29<br>_____<br>                                                          $347,207.29<br><br>Case Number*<br>05-44640 |
| Claim: 8523<br>Date Filed: 06/26/2006<br>Docketed Total: $56,537.23<br>Filing Creditor Name:<br>TWIN CORPORATION<br>WINEGARDEN HALEY<br>LINDHOLM & ROBERTSON PLC<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439 | Claim Holder Name<br><br>TWIN CORPORATION<br>WINEGARDEN HALEY LINDHOLM<br>& ROBERTSON PLC<br>G 9460 S SAGINAW ST STE A<br>GRAND BLANC, MI 48439<br><br>Docketed Total: $56,537.23<br><br>Secured           Priority           Unsecured<br>                                                          $56,537.23<br>_____<br>                                                          $56,537.23<br><br>Case Number*<br>05-44640 | Allowed Total: $25,649.26<br><br>Secured           Priority           Unsecured<br>                                                          $25,186.67<br>                                                          $462.59<br>_____<br>                                                          $25,649.26<br><br>Case Number*<br>05-44640<br>05-44567 |
| | | **Total Claims To Be Allowed: 2**<br>**Total Amount As Docketed:** $444,847.32<br>**Total Amount As Allowed:** $372,856.55 |

\* See Exhibit I for a listing of debtor entities by case number.