**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fortieth Omnibus Claims Objection**

**EXHIBIT H-4 - ADJOURNED EXHIBIT F CLAIMS (OBJECTED-TO CLAIMS TO BE MODIFIED AND ALLOWED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10656<br>Date Filed: 07/25/2006<br>Docketed Total: $781,205.06<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746<br><br>Case Number*  Secured     Priority              Unsecured<br>05-44640                                                     $781,205.0<br><br>Docketed Total:                                         $781,205.0 | Claim Holder Name<br><br><br><br><br>Case Number*  Secured     Priority              Unsecured<br>05-44624                                                        $576.00<br>05-44640                                                   $313,930.62<br><br>Allowed Total:                                          $314,506.62 |
| Claim: 10681<br>Date Filed: 07/25/2006<br>Docketed Total: $781,205.06<br>Filing Creditor Name:<br>HENKEL CORPORATION<br>HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746 | Claim Holder Name<br>HENKEL CORPORATION HENKEL ELECTRONICS<br>15051 E DON JULIAN RD<br>INDUSTRY, CA 91746<br><br>Case Number*  Secured     Priority              Unsecured<br>05-44567                                                    $781,205.0<br><br>Docketed Total:                                        $781,205.0 | Claim Holder Name<br><br><br><br><br>Case Number*  Secured     Priority              Unsecured<br>05-44567                                                      $2,602.35<br><br>Allowed Total:                                           $2,602.35 |
| Claim: 416<br>Date Filed: 11/07/2005<br>Docketed Total: $5,415,329.84<br>Filing Creditor Name:<br>HITACHI CHEMICAL SINGAPORE PTE LTD FKA<br>HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>ATTN MENACHEM O ZELMANOVITZ ESQ<br>101 PARK AVE<br>NEW YORK, NY 10178 | Claim Holder Name<br>HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA PACIFIC PTE LTD<br>MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178<br><br>Case Number*  Secured    Priority              Unsecured<br>05-44481                              $2,110,565.18   $3,304,764.6<br><br>Docketed Total:                $2,110,565.18   $3,304,764.6 | Claim Holder Name<br><br><br><br><br><br>Case Number*  Secured     Priority              Unsecured<br>05-44640                                                   $3,353,309.95<br><br>Allowed Total:                                          $3,353,309.95 |

Total Claims To Be Allowed: 3
Total Amount As Docketed: $6,977,739.96
Total Amount As Allowed: $3,670,418.92

\*   See Exhibit I for a listing of debtor entities by case number.

Page 1 of 1