**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

Fortieth Omnibus Claims Objection

### EXHIBIT H-5 - ADJOURNED EXHIBIT G CLAIM (ALLOWED CLAIM)

#### CLAIM TO BE ALLOWED

Claim: 10271  
Date Filed: 07/24/2006  
Docketed Total: $2,044,593,402.77  
Filing Creditor Name:  
WILMINGTON TRUST COMPANY  
AS INDENTURE TRUSTEE  
KIRKPATRICK & LOCKHART  
NICHOLOSN GRAHAM LLP  
599 LEXINGTON AVE  
NEW YORK, NY 10022

#### CLAIM AS DOCKETED

Claim Holder Name

WILMINGTON TRUST COMPANY AS  
INDENTURE TRUSTEE  
KIRKPATRICK & LOCKHART  
NICHOLOSN GRAHAM LLP  
599 LEXINGTON AVE  
NEW YORK, NY 10022

Docketed Total: $2,044,593,402.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,044,593,402.77 |
| | | | $2,044,593,402.77 |

#### CLAIM AS ALLOWED

Allowed Total: $2,044,593,402.77

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $2,044,593,402.77 |
| | | | $2,044,593,402.77 |

**Total Claims To Be Allowed: 1**  
**Total Amount As Docketed:** $2,044,593,402.77  
**Total Amount As Allowed:** $2,044,593,402.77

\*   See Exhibit I for a listing of debtor entities by case number.