In re DPH Holdings Corp., et al.                                    Fortieth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit I - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44482 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44511 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44547 | DELPHI ELECTRONICS (HOLDING) LLC |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44612 | DELPHI DIESEL SYSTEMS CORP. |
| 05-44624 | DELPHI CONNECTION SYSTEMS |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 05-47452 | DELPHI FURUKAWA WIRING SYSTEMS LLC |