UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al                      Case No. 05-44481 (RDD)
                                                                                                         Chapter 11 proceeding

                     Debtor.                                [Jointly Administered]
_____/

**WITHDRAWAL OF LIQUIDITY SOLUTIONS, INC.'S OBJECTION TO
DEBTOR'S NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY
CONTRACTS TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER
PLAN OF REORGANIZATION**

      NOW COMES Liquidity Solutions, Inc. and it hereby withdraws its Objection to Debtor's Notice of Cure Amount with Respect to Executory Contracts to be Assumed or Assumed and Assigned Under Plan of Reorganization [Docket No.11921].

                                                                            /s/ Norman D. Schoenfeld
                                                                            Norman D. Schoenfeld
                                                                            Liquidity Solutions Inc.
                                                                            One University Plaza, Suite 312
                                                                            Hackensack, NJ 07601
                                                                            (201) 968-0001

                                                                                          496625