**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11
                                                                :
DPH HOLDINGS CORP., *et al.,*                                   :    Case No. 05-44481 (RDD)
                                                                :
                            Reorganized Debtors.                :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## ORDER ADMITTING
## HEATHER LENNOX TO PRACTICE, *PRO HAC VICE*

　　　　　Heather Lennox, a member in good standing of the bar of the State of Ohio, the

bar of the United States District Court for the Northern District of Ohio, the bar of the United

States District Court for the Southern District of Ohio and the United States Court of Appeals for

the Sixth Circuit, having requested admission, *pro hac vice*, to represent General Motors LLC

(f/k/a General Motors Company) in the above-referenced chapter 11 cases;

　　　　　IT IS HEREBY ORDERED THAT:

　　　　　1.　　　　The Motion is GRANTED as set forth herein.

　　　　　2.　　　　Heather Lennox is admitted to practice, *pro hac vice*, in the

above-referenced chapter 11 cases, in the United States Bankruptcy Court Southern District of

New York, subject to payment of the filing fee.

Dated: White Plains, New York
　　　　January 27, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　__/s/Robert D. Drain_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE