UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
::: :
    In re    :    Chapter 11
:
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
:
:    (Jointly Administered)
    Reorganized Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER SCHEDULING HEARING ON FINAL FEE APPLICATIONS FOR MARCH 18, 2010

        Upon the applications of various Professionals[1] for final requests for payment of Professional Claims ("Final Fee Applications") and the discussion on the record at the January 21, 2010 omnibus hearing in the above captioned cases, it is hereby

        ORDERED that the hearing on the Final Fee Applications is scheduled for March 18, 2010 at 10:00 a.m. (prevailing Eastern time); and it is further

        ORDERED that responses or objections, if any, to any of the Final Fee Applications must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) And

---

[1] Capitalized terms used but not defined in this order shall have the meanings ascribed to them in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession (As Modified), dated July 30, 2009 (the "Modified Plan"), attached as Exhibit A to the Order Approving Modifications Under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified and (II) Confirmation Order (Docket No. 12359), entered July 30, 2009 (Docket No. 18707).

105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered January 25, 2010 (Docket No. 19360) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: John Brooks, David M. Sherbin, and John D. Sheehan), (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian S. Masumoto), (iv) counsel for the former Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the agent under the Debtors' former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (vi) counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian M. Resnick), (vii) Valerie Venable, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina 28078, and (viii) the professional whose Final Fee Application is the subject of

such response or objection, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on March 1, 2010; and it is further

ORDERED that replies, if any, to any response or objection to any of the Final Fee Applications must be filed no later than 4:00 p.m. (prevailing Eastern time) on March 12, 2010; and it is further

ORDERED that in accordance with the Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869) (the "Interim Compensation Order"), DPH Holding Corp. and its affiliated reorganized debtors shall be required to serve a notice of the hearing on the Final Fee Applications only upon (a) the Notice Parties (as defined in the Interim Compensation Order), (b) parties who have filed a notice of appearance with the Clerk of this Court and requested notice of pleadings in these chapter 11 cases, and (c) Professionals that have filed Final Fee Applications, and no further notice of the hearing on the Final Fee Applications need be provided.

Dated: White Plains, New York
       January 29, 2010

                              /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE