Gregory P. Joseph
Peter R. Jerdee
GREGORY P. JOSEPH LAW OFFICES LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: 212.407.1200
Facsimile: 212.407.1299

*Counsel for the Official Committee of Equity Security Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
            :
In re:      :    Chapter 11
            :
  Delphi Corporation, et al.,  :    Case No. 05-44481 (RDD)
            :    (Jointly Administered)
        Debtors.    :
            :
            :
------------------------------------------x

## CERTIFICATE OF SERVICE

1.   I, Michael B. Sloan, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on January 29, 2010, I caused to be filed and served via the Electronic Court Filing System a true and correct copy of the document listed below upon the parties listed on Exhibit A hereto.

2.   I further certify that on January 29, 2010, I caused copies of the document listed below to be served on the parties listed on Exhibit B via First Class Mail and on the parties listed on Exhibit C via hand delivery.

> ➢ Combined First Interim and Final Application of Gregory P. Joseph Law Offices LLC, Conflict Counsel for the Official Committee of Equity Security Holders, for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred and Posted During the Period from October 1, 2007 through January 25, 2008.

Dated:  New York, New York
        January 29, 2010

                                                                /s/ Michael B. Sloan
                                                                Michael B. Sloan

# Exhibit A

### Service by Electronic Mail on January 29, 2010

aaronsona@pepperlaw.com
abrilliant@goodwinproctor.com
adalberto@canadas.com
aee@hurwitzfine.com
aenglund@orrick.com
agelman@sachnoff.com
agottfried@morganlewis.com
akatz@entergy.com
alan.mills@btlaw.com
aleinoff@amph.com
amalone@colwinlaw.com
amathews@robinsonlaw.com
amccollough@mcguirewoods.com
amcmullen@bccb.com
amoog@hhlaw.com
andrew.herenstein@quadranglegroup.com
andrew.kassner@dbr.com
anne.kennelly@hp.com
aordubegian@weineisen.com
arosenberg@paulweiss.com
jbrass@paulweiss.com
asherman@sillscummis.com
aswiech@akebono-usa.com
athau@cm-p.com
attorneystella@sszpc.com
austin.bankruptcy@publicans.com
axs@maddinhauser.com
ayala.hassell@eds.com
bankrupt@modl.com
pwcarey@modl.com
bankruptcy@goodwin.com
barnold@whdlaw.com
bbeckworth@nixlawfirm.com
bellis-monro@sgrlaw.com
Ben.Caughey@icemiller.com
bharwood@sheehan.com
bhoover@goldbergsegalla.com
bkessinger@akebono-usa.com
bmcdonough@teamtogut.com
bmehlsack@gkllaw.com
bnathan@lowenstein.com
bsmoore@pbnlaw.com
bspears@winstead.com
cahn@clm.com
cahope@chapter13macon.com
carol.weiner.levy@srz.com
carol_sowa@denso-diam.com
carren.shulman@hellerehrman.com
caseyl@pepperlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
cbelmonte@ssbb.com
cdruehl@goodwinproctor.com
cfortgang@silverpointcapital.com
cgalloway@atsautomation.com

charles@filardi-law.com
chill@bsk.com
ckm@greensfelder.com
jpb@greensfelder.com
cnorgaard@ropers.com
Cohen.Mitchell@arentfox.com
craig.freeman@alston.com
crieders@gjb-law.com
cs@stevenslee.com
cp@stevenslee.com
cschulman@sachnoff.com
csullivan@bsk.com
cweidler@paulweiss.com
dadler@mccarter.com
dallas.bankruptcy@publicans.com
david.aaronson@dbr.com
david.boyle@airgas.com
david.lemke@wallerlaw.com
davidpmartin@erisacase.com
davidpmartin@bellsouth.net
dbaty@honigman.com
dbrown@klettrooney.com
dconnolly@alston.com
dwender@alston.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddeutsch@chadbourne.com
ddragich@foley.com
ddraper@terra-law.com
ddunn@akingump.com
derrien@coollaw.com
dgheiman@jonesday.com
diconzam@gtlaw.com
djury@steelworkers-usw.org
dkarp@cm-p.com
dladdin@agg.com
dlowenthal@thelenreid.com
dludman@brownconnery.com
dmdelphi@duanemorris.com
dpm@curtinheefner.com
dquaid@tcfhlaw.com
efiledocketgroup@fagelhaber.com
driggio@candklaw.com
drosenzweig@fulbright.com
dwdykhouse@pbwt.com
dweiner@schaferandweiner.com
eabdelmasieh@nmmlaw.com
EAKleinhaus@wlrk.com
ecdolan@hhlaw.com
echarlton@hiscockbarclay.com
efox@klng.com
egc@lydenlaw.com
egeekie@schiffhardin.com
eglas@mccarter.com
egunn@mcguirewoods.com
ekutchin@kutchinrufo.com
elazarou@reedsmith.com

elizabeth.flaagan@hro.com
NY\1602641.1
Elliott@cmplaw.com
emarcks@ssd.com
emccolm@paulweiss.com
emeyers@mrrlaw.net
enrique.bujidos@es.pwc.com
ephillips@thurman-phillips.com
eray@balch.com
ewaters@sheppardmullin.com
ferrell@taftlaw.com
ffm@bostonbusinesslaw.com
fholden@orrick.com
fstevens@foxrothschild.com
ftrikkers@rikkerslaw.com
fusco@millercanfield.com
fyates@sonnenschein.com
gdiconza@dlawpc.com
george.cauthen@nelsonmullins.com
gerdekomarek@bellsouth.net
gettelman@e-hlaw.com
ggotto@kellerrohrback.com
ggreen@fagelhaber.com
gjarvis@ggelaw.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
gogimalik@andrewskurth.com
gpeters@weltman.com
gravert@mwe.com
greenj@millercanfield.com
greg.bibbes@infineon.com
gregory.kaden@ropesgray.com
growsb@wnj.com
gsantella@masudafunai.com
gschwed@loeb.com
gtoering@wnj.com
hannah@blbglaw.com
hborin@schaferandweiner.com
heather@inplaytechnologies.com
heyens@gtlaw.com
Hirsh.Robert@arentfox.com
hkolko@msek.com
hleinwand@aol.com
holly@regencap.com
housnerp@michigan.gov
houston_bankruptcy@publicans.com
hwangr@michigan.gov
hzamboni@underbergkessler.com
idizengoff@akingump.com
ilevee@lowenstein.com
ira.herman@tklaw.com
jaffeh@pepperlaw.com
james.bentley@srz.com
jangelovich@nixlawfirm.com
janice.grubin@dbr.com
japplebaum@clarkhill.com

| | | |
|---|---|---|
| javanzato@apslaw.com | jwisler@cblh.com | miag@michigan.gov |
| jay.hurst@oag.state.tx.us | jzackin@sillscummis.com | miag@michigan.gov |
| jay.selanders@kutakrock.com | karen.dine@pillsburylaw.com | michael.cook@srz.com |
| jbernstein@mdmc-law.com | kcookson@keglerbrown.com | michael.mccrory@btlaw.com |
| jcrotty@rieckcrotty.com | kcunningham@pierceatwood.com | michaelz@orbotech.com |
| jdonahue@miheritage.com | ken.higman@hp.com | miller@taftlaw.com |
| jeannine.damico@cwt.com | khansen@stroock.com | mkilgore@UP.com |
| Jeff.Ott@molex.com | khopkins@milesstockbridge.com | mkohayer@aol.com |
| jeffery.gillispie@infineon.com | kim.robinson@bfkn.com | mlee@contrariancapital.com |
| jeisenhofer@gelaw.com | klaw@bbslaw.com | jstanton@contrariancapital.com |
| jengland@linear.com | kmayhew@pepehazard.com | wraine@contrariancapital.com |
| jforstot@tpw.com | kmiller@skfdelaware.com | solax@contrariancapital.com |
| jgtougas@mayerbrown.com | Knathan@nathanneuman.com | mmachen@sonnenschein.com |
| jguerrier@dreierllp.com | knorthup@kutchinrufo.com | mmassad@hunton.com |
| jguy@orrick.com | knye@quarles.com | mmeyers@mlg-pc.com |
| jh@previant.com | krk4@daimlerchrysler.com | mmharner@jonesday.com |
| mgr@previant.com | krosen@lowenstein.com | mmoody@okmlaw.com |
| jharris@quarles.com | kwalsh@lordbissell.com | NY\1602641.1 |
| jhlemkin@duanemorris.com | lawallf@pepperlaw.com | mnewman@schaferandweiner.com |
| jkp@qad.com | lawtoll@comcast.net | mparker@fulbright.com |
| jkreher@hodgsonruss.com | lberkoff@moritthock.com | mrichards@blankrome.com |
| jlanden@madisoncap.com | lcurcio@tpw.com | mrichman@foley.com |
| jlapinsky@republicengineered.com | lekvall@wgllp.com | mrr@previant.com |
| jlevi@toddlevi.com | lenard.parkins@haynesboone.com | mscott@riemerlaw.com |
| jmanheimer@pierceatwood.com | kenric.kattner@haynesboone.com | mseidl@pszjlaw.com |
| jmbaumann@steeltechnologies.com | lgretchko@howardandhoward.com | mshaiken@stinsonmoheck.com |
| jminias@stroock.com | lisa.moore2@nationalcity.com | msomerstein@kelleydrye.com |
| jmoennich@wickenslaw.com | lloyd.sarakin@am.sony.com | msternstein@sheppardmullin.com |
| jmsullivan@mwe.com | lmagarik@kjmlabor.com | msutter@ag.state.oh.us |
| jmurch@foley.com | lmcbryan@hwmklaw.com | mtf@afrct.com |
| joel_gross@aporter.com | lmurphy@honigman.Com | mtrentadue@boselaw.com |
| john.brannon@tklaw.com | lnewman@fagelhaber.com | cdelatorre@boselaw.com |
| john.gregg@btlaw.com | lpeterson@msek.com | murph@berrymoorman.com |
| john.persiani@dinslaw.com | lpinto@wcsr.com | mviscount@foxrothschild.com |
| john.sieger@kattenlaw.com | lsarko@kellerrohrback.com | mwarner@warnerstevens.com |
| jonathan.greenberg@basf.com | claufenberg@kellerrohrback.com | mwinthrop@winthropcouchot.com |
| jorenstein@aoblaw.com | eriley@kellerrohrback.com | myarnoff@sbclasslaw.com |
| jposta@sternslaw.com | lschwab@bbslaw.com | mzelmanovitz@morganlewis.com |
| jspecf@sternslaw.com | lwalzer@angelogordon.com | nhp4@cornell.edu |
| jrhunter@hunterschank.com | madison.cashman@stites.com | niizeki.tetsuhiro@furukawa.co.jp |
| jrobertson@calfee.com | maofiling@cgsh.com | pabutler@ssd.com |
| JRS@Parmenterlaw.com | maofiling@cgsh.com | pbaisier@seyfarth.com |
| jsalmas@mccarthy.ca | marc.hirschfield@ropesgray.com | pbarr@jaffelaw.com |
| lsalzman@mccarthy.ca | margot.erlich@pillsburylaw.com | pbilowz@goulstonstorrs.com |
| jshickich@riddellwilliams.com | mark.houle@pillsburylaw.com | pbosswick@ssbb.com |
| jsimon@foley.com | mark.owens@btlaw.com | pcostello@bbslaw.com |
| jsmairo@pbnlaw.com | marvin.clements@state.tn.us | pgurfein@akingump.com |
| jstempel@kirkland.com | massimiliano_cini@brembo.it | pjanovsky@zeklaw.com |
| jtaylor@binghammchale.com | mbane@kelleydrye.com | pjricotta@mintz.com |
| malerding@binghammchale.com | mbusenkell@eckertseamans.com | pricotta@mintz.com |
| wmosby@binghammchale.com | mcruse@wnj.com | pmears@btlaw.com |
| jtaylor@binghammchale.com | mdallago@morrisoncohen.com | Pretekin@coollaw.com |
| wmosby@binghammchale.com | mdebbeler@graydon.com | prubin@herrick.com |
| judith.elkin@haynesboone.com | metkin@lowenstein.com | raterinkd@michigan.gov |
| jvitale@cwsny.com | mfarquhar@winstead.com | rbeacher@daypitney.com |
| bceccotti@cwsny.com | mgreger@allenmatkins.com | cchiu@daypitney.com |
| jwilson@tylercooper.com | mhall@burr.com | rcarrillo@gsblaw.com |
| | | rcharles@lrlaw.com |

rcovino@lordbissell.com
rdaversa@mayerbrown.com
rdremluk@seyfarth.com
resterkin@morganlewis.com
Rfeinstein@pszjlaw.com
Ischarf@pszjlaw.com
RGMason@wlrk.com
rgordon@clarkhill.com
rgriffin@iuoe.org
rheilman@schaferandweiner.com
rhett.campbell@tklaw.com
richard.epling@pillsburylaw.com
richard.kremen@dlapiper.com
rjclark@hancocklaw.com
rjones@bccb.com
rjp@pbandg.com
rjsidman@vssp.com
rkidd@srcm-law.com
rlp@quarles.com
rmcdowell@bodmanllp.com
rmeth@daypitney.com
rnorton@reedsmith.com
rnsteinwurtzel@swidlaw.com
robert.goodrich@stites.com
robert.morris@timken.com
robert.welhoelter@wallerlaw.com
robin.spear@pillsburylaw.com
rpeterson@jenner.com
rrichards@sonnenschein.com
rrosenbaum@mrrlaw.net
rsmolev@kayescholer.com
rsz@curtinheefner.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
rtrack@msn.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
rusadi@cahill.com
rweisberg@carsonfischer.com
rwyron@orrick.com
sabelman@cagewilliams.com
sagolden@hhlaw.com
sandy@nlsg.com
sarah.morrison@doj.ca.gov
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
scargill@lowenstein.com
schnabel@klettrooney.com
schristianson@buchalter.com
sdabney@kslaw.com
bdimos@kslaw.com
sdeeby@clarkhill.com
sdonato@bsk.com
sdrucker@honigman.com
sean@blbglaw.com
sfreeman@lrlaw.com

sgoldber@quarles.com
sgross@hodgsonruss.com
sgross@hodgsonruss.com
shandler@mwe.com
mquinn@mwe.com
shandler@sbclasslaw.com
shapiro@steinbergshapiro.com
sharon.petrosino@hp.com
sholmes@hunton.com
sjennik@kjmlabor.com
sjfriedman@jonesday.com
sjohnston@cov.com
skrause@zeklaw.com
smcook@lambertleser.com
snirmul@gelaw.com
sokeefe@winthropcouchot.com
sopincar@mcdonaldhopkins.com
sosimmerman@kwgd.com
spaethlaw@phslaw.com
sriley@mcdonaldhopkins.com
srosen@cb-shea.com
sselbst@mwe.com
sshimshak@paulweiss.com
steven.keyes@aam.com
susanwhatley@nixlawfirm.com
swalsh@chglaw.com
tbrink@lordbissell.com
tch@previant.com
tcohen@sheppardmullin.com
tdonovan@finkgold.com
tgaa@bbslaw.com
tguerriero@us.tiauto.com
thaler@tglawfirm.com
timothy.mehok@hellerehrman.com
tkennedy@kjmlabor.com
tlauria@whitecase.com
featon@miami.whitecase.com
tmaxson@cohenlaw.com
tmcfadden@lordbissell.com
tom@beemanlawoffice.com
tomschank@hunterschank.com
tracy.richardson@dol.lps.state.nj.us
trenda@milesstockbridge.com
tsable@honigman.com
tscobb@vssp.com
tslome@rsmllp.com
twardle@sheppardmullin.com
vdagostino@lowenstein.com
vhamilton@sillscummis.com
skimmelman@sillscummis.com
vmastromar@aol.com
wachstein@coollaw.com
wallace@blbglaw.com
wbeard@stites.com
loucourtsum@stites.com
wendy.brewer@btlaw.com
whanlon@seyfarth.com

whawkins@loeb.com
william.barrett@bfkn.com
wkohn@schiffhardin.com
wmsimkulak@duanemorris.com
wsavino@damonmorey.com
bruzinsky@jw.com
dkillen@jw.com
hforrest@jw.com
jteitelbaum@morganlewis.com
rbaskin@tblawllp.com
ipachulski@stutman.com
jdavidson@stutman.com

# Exhibit B

05-44481-rdd    Doc 19384    Filed 01/29/10    Entered 01/29/10 15:11:30    Main Document
Pg 7 of 13

**Service by First Class Mail on January 29, 2010**

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Paul W. Anderson
Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Steven J Reisman
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York, NY 10178-0061

WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY 10022

Attn: Stephen Toy
Dykema Gossett PLLC
Brendan G. Best, Esq.
39577 Woodward Ave, Suite 300
Bloomfield Hills, MI 48304

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Flextronics International
305 Interlocken Parkway
Broomfield, CO 80021

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S. Eisenberg
FTI Consulting Inc.
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave. Nw
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
1540 Broadway
24th Fl
New York, NY 10036

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Conference Board Chairman
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Richard Duker
JPMorgan Chase Bank NA
270 Park Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
400 Madison Avenue, 4th Floor
New York, NY 10017

Susan Atkins
Gianni Russello
JPMorgan Chase Bank NA
277 Park Ave, 8th Floor
New York, NY 10172

Sheryl Betance
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

David D. Cleary
Mohsin N. Khambati
Jason J. DeJonker
Peter A. Clark
McDermott Will & Emery LLP
227 West Monroe Street
Suite 5400
Chicago, IL 60606

Leon Szlezinger
Mesirow Financial
666 Third Avenue
21st Floor
New York, NY 10017

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Andrew Cuomo
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

2

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothschild Inc.
1251 Ave Of The Americas
New York, NY 10020

Harvey R. Miller, Esq.
Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
620 Eigth Avenue
New York, NY 10018-1405

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Pickrel-Shaeffer & Ebeling
Sarah B. Carter, Esq.
2700 Kettering Tower
Dayton, OH 45423

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B. Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194

Steven M Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market St
Wilmington, DE 19890

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

3

J. Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Daniel D. Doyle
Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Warner Stevens LLP
Michael D. Warner
1700 City Center Tower, II
301 Commerce Street
Fort Worth Texas, 76102

Tyco Electronics Corporation
MaryAnn Brereton
60 Columbia Road
Morristown, NJ 07960

Gregory A. Bray, Esq.
Thomas R. Kreller, Esq.
James E. Till, Esq.
Milbank, Tweed Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Jason, Inc.
411 E. Wisconsin Avenue
Suite 2120
Milwaukee, WI 53202

Attn: Beth Klimczak
General Counsel
Miami-Dade County Tax Collector
Metro-Dade Paralegal Unit
140 West Flagler Street
Suite 1403
Miami, FL 33130

Dykema Gossett PLLC
Gregory J. Jordan
10 Wacker
Suite 2300
Chicago, IL 60606

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: Sean Corcoran, Esq.

Skadden, Arps, Slate & Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
Att'n.: John Wm. Butler Jr.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
Att'n: Robert J. Rosenberg, Esq.

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Att'n: Donald Bernstein, Esq. and Brian Resnick, Esq.

# Exhibit C

**Service by Hand Delivery on January 29, 2010**

The Court
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Chambers of Hon. Robert D. Drain

United States Trustee
Brian S. Masumoto
Office of the US Trustee for the Southern District of New York
33 Whitehall Street
New York, New York 10004

647445