BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - x
          :
    In re    :    Chapter 11
          :
DPH HOLDINGS CORP., <u>et al.</u>,    :    Case No. 05-44481 (RDD)
          :
          :    (Jointly Administered)
Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - x

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES UNDER 11
<u>U.S.C. SECTIONS 330 AND 331</u>

# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                                  :      Chapter 11
                                              :
DELPHI CORPORATION, et al.,          :      Case No. 05-44481 (RDD)
                                              :
                              Debtors.   :      (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OMNIBUS ORDER GRANTING THIRD INTERIM APPLICATIONS
OF CERTAIN PROFESSIONALS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
(JUNE 1, 2006 THROUGH SEPTEMBER 30, 2006)

("THIRD INTERIM FEE APPLICATIONS ORDER")

Upon the third interim applications of certain professionals listed on Exhibit A (collectively, the "Professionals") for allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred by the Professionals (collectively, the "Third Interim Fee Applications"); and the Court having previously appointed a Joint Fee Review Committee and established a protocol regarding the Joint Fee Review Committee, its composition, mandate, and procedures in accordance with the Fee Committee and Fee Procedures Protocol approved pursuant to the Third Supplemental Order Under U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 3630)[1]; and the Joint Fee Review Committee having (i) reviewed the Third Interim Fee Applications and the respective supporting documentation together with its retained fee auditor (which issued preliminary audit reports to each of the Professionals with

---

[1] The Court entered its initial Interim Compensation Order at Docket No. 869 and has entered Supplemental Interim Compensation Orders at Docket Nos. 2747, 2986, 3630, 4545, 5310, and 6145.



respect to each of the Third Interim Fee Applications) and (ii) met or discussed with the Professionals the amounts requested by each Professional and the appropriateness of certain of the fees and expenses requested; and the amounts requested by certain of the Professionals having been reduced or deferred with the consent of each such Professional on account of issues or positions asserted by the Joint Fee Review Committee; and it appearing that proper and adequate notice of the Third Interim Fee Applications has been given and that no other or further notice is necessary; and upon the record of the hearing held on February 15, 2007 to consider the Third Interim Fee Applications including the affirmative recommendation of the Joint Fee Review Committee that the Third Interim Fee Applications filed by the Professionals listed on Exhibit A hereto should be approved to the extent set forth in Exhibit A attached hereto; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

1.     The Third Interim Fee Applications filed by the Professionals listed on Exhibit A are GRANTED under 11 U.S.C. § 331 to the extent set forth in Exhibit A attached hereto.

2.     The hearings on the Third Interim Fee Applications filed by the Professionals listed on Exhibit B attached hereto are adjourned to the next scheduled fee application hearing date in these Chapter 11 cases (June 21, 2007 at 10:00 a.m. (Prevailing Eastern Time)) unless noticed by either the Professional or the Joint Fee Review Committee for disposition by the Court at an earlier omnibus hearing date.

Dated:   New York, New York
           February 15, 2007

                                     /s/ Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

IN RE DELPHI CORPORATION, ET AL. 05-44481 (RDD)
EXHIBIT A
THIRD INTERIM FEE APPLICATIONS

| Applicant | Date/Document No. Of Fee Application | Total Professional Fees Requested by Applicant Net of Voluntary Reductions[1] | Total Professional Fees Recommended by Fee Committee[2] | Total Professional Fees Awarded by Court | Total Charges and Disbursements Requested by Applicant Net of Voluntary Reductions[3] | Total Charges and Disbursements Recommended by Fee Committee | Total Charges and Disbursements Awarded by Court | Total Voluntary Reductions by Applicant[4] |
|---|---|---|---|---|---|---|---|---|
| Banner & Witcoff, Ltd. | 11/30/06 - Doc. #5947 | $50,331.00 | $50,331.00 | $50,331.00 | $1,223.10 | $1,223.10 | $1,223.10 | $0.00 |
| Blake Cassels & Graydon LLP | 11/30/06 - Doc. #6039 | $115,073.49 | $113,330.80 | $113,330.80 | $1,929.43 | $1,929.43 | $1,929.43 | $1,742.70 |
| Buck Consultants | 11/30/06 - Doc. #6019 | $112,213.00 | $111,421.00 | $111,421.00 | $0.00 | $0.00 | $0.00 | $13,592.00 |
| Butzel, Long, P.C. | 11/30/06 - Doc. #5982 | $382,757.10 | $381,257.10 | $381,257.10 | $21,719.26 | $21,719.26 | $21,719.26 | $1,500.00 |
| Cadwalader, Wickersham & Taft, LLP | 11/30/06 - Doc. #5971 | $11,803.50 | $11,103.50 | $11,103.50 | $471.60 | $471.60 | $471.60 | $700.00 |
| Cantor Colburn, LLP | 11/29/06 - Doc. #5912 | $190,149.50 | $188,929.17 | $188,929.17 | $47,950.76 | $47,950.76 | $47,950.76 | $104,509.83 |
| Covington & Burling LLP | 11/30/06 - Doc. #5972 | $499,681.75 | $488,962.68 | $488,962.68 | $22,535.33 | $22,535.33 | $22,535.33 | $10,719.07 |
| Deloitte & Touche LLP | 11/29/06 - Doc. #5960 | $1,284,732.40 | $1,243,065.73 | $1,243,065.73 | $0.00 | $0.00 | $0.00 | $362,849.77 |
| Dickinson Wright PLLC | 11/30/06 - Doc. #5997 | $82,167.50 | $81,980.83 | $81,980.83 | $3,154.89 | $3,154.89 | $3,154.89 | $186.67 |
| Ernst & Young LLP | 11/30/06 - Doc. #5979 | $4,599,870.00 | $4,572,750.00 | $4,572,750.00 | $90,257.00 | $90,257.00 | $90,257.00 | $27,120.00 |
| Fried, Frank, Harris, Shriver & Jacobson LLP | 11/30/06 - Doc. #5980 | $2,673,791.00 | $2,633,791.00 | $2,633,791.00 | $162,011.61 | $162,011.61 | $162,011.61 | $40,000.00 |
| FTI Consulting, Inc. | 11/28/06 - Doc. #5871 | $7,483,126.56 | $7,463,126.56 | $7,463,126.56 | $553,976.43 | $553,976.43 | $553,976.43 | $774,276.00 |
| Groom Law Group | 11/30/06 - Doc. #6037 | $108,328.29 | $108,158.29 | $108,158.29 | $7,125.03 | $7,125.03 | $7,125.03 | $25,216.71 |
| Howard & Howard Attorneys, P.C. | 11/30/06 - Doc. #5968 | $186,833.00 | $186,833.00 | $186,833.00 | $10,247.53 | $10,247.53 | $10,247.53 | $0.00 |
| Jaeckle, Fleischmann & Mugel, LLP | 11/30/06 - Doc. #5986 | $210,465.50 | $210,465.50 | $210,465.50 | $44,923.52 | $44,923.52 | $44,923.52 | $0.00 |
| Jefferies & Company | 12/04/06 - Doc. #6051 | $700,000.00 | $696,466.67 | $696,466.67 | $34,333.35 | $34,333.35 | $34,333.35 | $3,533.33 |
| Jones Lang LaSalle Americas, Inc. | 11/30/06 - Doc. #6001 | $241,213.58 | $241,213.58 | $241,213.58 | $12,936.12 | $12,936.12 | $12,936.12 | $0.00 |
| KPMG LLP | 11/30/06 - Doc. #6000 | $1,969,703.80 | $1,878,037.13 | $1,878,037.13 | $176,339.61 | $176,339.61 | $176,339.61 | $91,666.67 |
| Latham & Watkins LLP | 11/30/06 - Doc. #5961 | $3,292,173.00 | $3,250,506.33 | $3,250,506.33 | $179,565.22 | $179,565.22 | $179,565.22 | $48,497.67 |
| Mayer, Brown, Rowe, & Maw LLP | 11/30/06 - Doc. #5973 | $908,664.55 | $906,227.48 | $906,227.48 | $16,926.48 | $16,926.48 | $16,926.48 | $95,523.03 |
| Mesirow Financial Consulting, LLC | 11/30/06 - Doc. #5962 | $1,846,444.00 | $1,838,777.33 | $1,838,777.33 | $24,965.00 | $24,965.00 | $24,965.00 | $7,666.67 |
| O'Melveny & Myers | 11/30/06 - Doc. #5992 | $958,052.25 | $926,385.58 | $926,385.58 | $552,004.05 | $552,004.05 | $552,004.05 | $34,258.67 |
| Price, Heneveld, Cooper, DeWitt & Litton, LLP | 11/28/06 - Doc. #5946 | $181,155.50 | $180,988.83 | $180,988.83 | $10,187.07 | $10,187.07 | $10,187.07 | $166.67 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | 11/30/06 - Doc. #6003 | $4,958.50 | $4,958.50 | $4,958.50 | $629.74 | $629.74 | $629.74 | $471.38 |
| Rader Fishman & Grauer LLP | 11/29/06 - Doc. #6045 | $161,012.00 | $161,012.00 | $161,012.00 | $87,086.62 | $87,086.62 | $87,086.62 | $0.00 |
| Rothschild, Inc. | 11/30/06 - Doc. #5990 | $1,000,000.00 | $995,661.27 | $995,661.27 | $229,321.19 | $229,321.19 | $229,321.19 | $4,338.73 |
| Shearman & Sterling LLP | 11/30/06 - Doc. #5988 | $262,199.10 | $244,573.69 | $244,573.69 | $20,500.98 | $20,500.98 | $20,500.98 | $19,062.91 |
| Skadden, Arps, Slate, Meagher & Flom LLP | 11/30/06 - Doc. #6002 | $10,025,538.00 | $10,012,204.66 | $10,012,204.66 | $848,232.00 | $848,232.00 | $848,232.00 | $1,227,672.34 |
| Steven Hall & Partners | 11/30/06 - Doc. #5963 | $179,817.50 | $174,817.50 | $174,817.50 | $0.00 | $0.00 | $0.00 | $5,000.00 |
| Thompson, Hine & Flory, LLP | 11/30/06 - Doc. #5977 | $55,211.25 | $54,796.25 | $54,796.25 | $14,764.20 | $14,764.20 | $14,764.20 | $415.00 |
| Togut, Segal & Segal LLP | 12/04/06 - Doc. #6057 | $776,175.50 | $767,359.50 | $767,359.50 | $4,879.63 | $4,879.63 | $4,879.63 | $10,401.50 |
| Warner Stevens LLP | 11/29/06 - Doc. #5955 | $138,352.50 | $130,221.50 | $130,221.50 | $10,044.48 | $10,044.48 | $10,044.48 | $8,131.00 |
| Wilmer, Cutler, Pickering, Hale & Dorr LLP | 11/30/06 - Doc. #5994 | $76,704.25 | $74,204.25 | $74,204.25 | $179,398.06 | $179,398.06 | $179,398.06 | $2,500.00 |

[1] This amount reflects requested fees net of (i) voluntary reductions as stated in each Professional's fee application and (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed on the cover page of each Professional's fee application.

[2] The voluntary reduction agreed to with the Joint Fee Review Committee has been applied against the total fees requested by each Professional.

[3] This amount reflects requested expenses net of (i) voluntary reductions as stated in each Professional's fee application and (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed on the cover page of each Professional's fee application.

[4] Total Voluntary Reductions include (i) voluntary reductions as stated in each Professional's fee application, (ii) each Professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee, and (iii) each Professional's additional voluntary reduction as agreed to with the Joint Fee Review Committee.

DATE: 2/15/2007                                                                                                                                  INITIALS: RDD

IN RE DELPHI CORPORATION, ET AL. 05-44481 (RDD)

EXHIBIT B

PENDING THIRD INTERIM FEE APPLICATIONS

| Firm Name | Docket No. Of Fee Application | Total Professional Fees Requested | Total Charges and Disbursements Requested |
|---|---:|---:|---:|
| DLA Piper US LLP | 6031 | $218,036.50 | $7,688.31 |
| Houlihan Lokey Howard & Zukin Capital | 5987 | $355,645.16 | $28,061.94 |