BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------- x
                              :
     In re                    :     Chapter 11
                              :
DPH HOLDINGS CORP., et al.,   :     Case No. 05-44481 (RDD)
                              :
                              :     (Jointly Administered)
     Debtors.                 :
---------------------------- x

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES UNDER 11
U.S.C. SECTIONS 330 AND 331

# EXHIBIT P

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    In re                               :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                                              :
                      Debtors.    :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER GRANTING AUTOMOTIVE TECHNOLOGIES INTERNATIONAL,
INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED
WITH APPEAL OF PATENT LITIGATION

("AUTOMOTIVE TECHNOLOGIES LIFT STAY ORDER")

Upon the motion, dated June 1, 2006 (the "Motion"), of Automotive Technologies International, Inc. ("ATI") for an order, pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay to proceed with appeal of patent litigation (Docket No. 3980); and upon the Debtors' objection to the Motion, dated June 13, 2006 (Docket No. 4171); and the Court having held a hearing on the Motion on June 19, 2006 (the "Hearing"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor; and for the reasons stated by the Court on the record at the Hearing; it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.      The Motion is GRANTED.

        2.      The automatic stay of 11 U.S.C. § 362(a) shall be and hereby is modified for the sole and limited purpose of allowing the prosecution to decision of the appeal captioned Automotive Technologies International, Inc., Plaintiff/Counterclaim Defendant-Appellant v.



<u>BMW of North America, Inc., Defendant/Counterclaimant-Appellee, et al.</u>, case no. 06-1013,-1037, in the United States Court of Appeals for the Federal Circuit (the "ATI/BMW Appeal"). ATI shall not be permitted to take any other action in connection with this matter without further order of this Court.

       3.     Except as provided in paragraph 2 of this order, the automatic stay of 11 U.S.C. § 362(a) remains in full force and effect for every other purpose.

       4.     Good cause exists to have this Order become effective immediately upon entry.

       5.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:  New York, New York
        June <u>29</u>, 2006

                             <u>/s/Robert D. Drain</u>
                             UNITED STATES BANKRUPTCY JUDGE