BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

# EXHIBIT Q

NOTE: Pursuant to Fed. Cir. R. 47.6, this order
is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

06-1013, -1037

AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,

           Plaintiff/Counterclaim Defendant-Appellant,

v.

BMW OF NORTH AMERICA, INC.,

           Defendant,

and

DAIMLERCHRYSLER CORPORATION, FORD MOTOR COMPANY,
GENERAL MOTORS CORPORATION, HONDA MOTOR COMPANY LIMITED,
AMERICAN HONDA MOTOR COMPANY, INCORPORATED,
HYUANDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA,
MAZDA MOTOR OF AMERICA, INC., SAAB CARS USA, INC., SIEMENS
AUTOMOTIVE CORPORATION, TOYOTA MOTOR SALES USA, INC., and
VOLKSWAGEN OF AMERICA, INC.,

           Defendants/Counterclaimants-Appellees,

and

NISSAN NORTH AMERICA, INC.,

           Defendant/Counterclaimant-Cross Appellant,

and

CALSONIC KANSEI CORPORATION,

           Counterclaimant Defendant-Cross Appellant,

and

KIA MOTORS AMERICA, INCORPORATED,
BOSCH AUTOMOTIVE MOTORS SYSTEM CORPORATION,
DELPHI AUTOMOTIVE SYSTEMS, SIEMENS AG,
TK ELECTRONICS, INCORPORATED, and TRW AUTOMOTIVE U.S., LLC,

                      Counterclaimant Defendants-Appellees,

and

TEMIC AUTOMOTIVE OF NORTH AMERICA, INCORPORATED,

                      Defendant-Appellee,

and

CK ELECTRONICS, INCORPORATED
and CONTI TEMIC MICROELECTRONIC, GMBH,

                      Defendants-Appellees.

## ORDER

Automotive Technologies International, Inc. informs the court that the United States Bankruptcy Court for the Southern District of New York has lifted the automatic stay of proceedings for this case.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of proceedings is lifted. The appellants' opening brief is due within 60 days of the date of filing of this order. The cross-appellants' opening brief is due within 40 days of the date of service of the appellants' opening brief. The appellees' brief is due within 40 days of the date of service of the cross-appellants' opening brief. The appellants' response/reply brief is due within 40 days of the date of service of the

06-1013, -1037                            - 2 -

appellees' brief. The cross-appellants' reply brief is due within 14 days of the date of service of the appellants' response/reply brief.

FOR THE COURT

JUL 2 5 2006
---
Date

*/s/ Jan Horbaly/*
---
Jan Horbaly
Clerk

cc:  Michael H. Baniak, Esq.
Drew M. Wintringham, III, Esq.
Kenneth A. Gallo, Esq.
John J. Feldhaus, Esq.
Charles W. Shifley, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 5 2006

**JAN HORBALY
CLERK**

06-1013, -1037                                        - 3 -