BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - x
                              :
    In re                          :    Chapter 11
                              :
DPH HOLDINGS CORP., et al.,     :    Case No. 05-44481 (RDD)
                              :
                              :    (Jointly Administered)
Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - x

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES UNDER 11
<u>U.S.C. SECTIONS 330 AND 331</u>

# EXHIBIT S

# United States Court of Appeals for the Federal Circuit

2006-1013, -1037

01-71700

AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,

          Plaintiff/Counterclaim Defendant-Appellant,

v.

BMW OF NORTH AMERICA, INC., CK ELECTRONICS, INCORPORATED,
CONTI TEMIC MICROELECTRONIC, GMBH,
and TEMIC AUTOMOTIVE OF NORTH AMERICA, INCORPORATED,

          Defendants,

and

DAIMLERCHRYSLER CORPORATION, FORD MOTOR COMPANY,
HONDA MOTOR COMPANY LIMITED,
AMERICAN HONDA MOTOR COMPANY, INCORPORATED,
HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA,
MAZDA MOTOR OF AMERICA, INC., SAAB CARS USA, INC.,
SIEMENS AUTOMOTIVE CORPORATION, and TOYOTA MOTOR SALES USA, INC.,

          Defendants/Counterclaimants-Appellees,

and

GENERAL MOTORS CORPORATION,

          Defendant/Counterclaimant-Appellee,

and

VOLKSWAGEN OF AMERICA, INC.,

          Defendant/Counterclaimant,

and

NISSAN NORTH AMERICA, INC.,

          Defendant/Counterclaimant-Cross Appellant,

and

F I L E D
OCT - 2 2007
CLERK'S OFFICE
DETROIT

CALSONIC KANSEI CORPORATION,

            Counterclaimant Defendant-
            Cross Appellant,

and

SIEMENS AG, TK ELECTRONICS, INCORPORATED,
and TRW AUTOMOTIVE U.S., LLC,

            Counterclaimants Defendants-
            Appellees,

and

DELPHI AUTOMOTIVE SYSTEMS,

            Counterclaimant Defendant-
            Appellee,

and

KIA MOTORS AMERICA, INCORPORATED,
and BOSCH AUTOMOTIVE MOTORS SYSTEMS CORPORATION,

            Counterclaimants Defendants.

## Judgment

ON APPEAL from the UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

in CASE NO(S).   01-CV-71700

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED**

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 9/27/07

ENTERED BY ORDER OF THE COURT

_[signature]_

Jan Horbaly, Clerk

DATED  SEP 0 6 2007

Issued as Mandate: SEP 2 7 2007
COSTS:
Printing............................. $ 731.68
      Total........................ $ 731.68

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2006-1013, -1037    Caption: Auto Tech Int'l v. BMW N Amer Inc

Counterclaim Plaintiff / Defendant - Appellee

The Clerk is requested to tax the following costs against: Automotive Technologies Int'l, Inc., Plaintiff / Defendant - Appellee

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxxx | xxxxx | xxxxx | xxxxx | |
| Table of Designated Materials (original) | xxxxxx | | xxxxx | 6.00 | xxxxx | |
| Table of Compilation of Designated Materials (copying and collating) | | | xxxxx | 0.08 | xxxxx | |
| Brief (original) | xxxxx | 78 | xxxxx | 6.00 | 468.00 | 468.00 |
| Brief (cover and binding) | 32 | xxxxx | xxxxx | 2.00 | 64.00 | 64.00 |
| Brief (copying and collating) | 32 | 78 | xxxxx | 0.08 | 199.68 | 199.68 |
| Appendix (original - table of content) | xxxxx | xxxxx | xxxxx | 6.00 | xxxxx | |
| Appendix (covers and binding) | | | | 2.00 | xxxxx | |
| Appendix (copying and collating) | | | | 0.08 | xxxxx | |
| Reply Brief (original) | xxxxx | | | 6.00 | xxxxx | |
| Reply Brief (covers and binding) | | | | 2.00 | xxxxx | |
| Reply Brief (copying and collating) | | | | 0.08 | xxxxx | |
| Other (describe): | | | | | xxxxx | |
| GRAND TOTALS | | | | | 731.68 | 731.48 |

City/County of Cook ) ss 9/27/07
     ) District/State of Illinois

I, Charles W. Shifley, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: Charles W. Shifley    Date: 9-1-07    Attorney for: Delphi Automotive Systems and General Motors Corp.

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
SEP 17 2007
JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 9/27/07