January 25, 2010

United States Bankruptcy Courts
for The Southern District of New York
300 Quaeropos Street, Room 118
White Plains, New York 10601-4140

I Sharyl J. Carter Reside at 1541 LaSalle
Avenue #1, Niagara Falls, New York, 14301. my numbers
are (857) 302-8072 and (716) 282-3624,

I ask the courts to allow me more time if
I need it, due to all this writing I had to do in my
research Supplemental Reply, and Respond to the
debtors objection and my proof of claim no 16850, in
completing my Response; reply this took 4 days, a massive
ones, and was is very painful severely. I am asking
the courts to grant my Request, motion in a certain issue
    Enclosed are copies of my responses, reply second
supplemental, medical condition I suffer from because
of the Debtors and their Affiliates debtors, doctors, and
here address, numbers, dates and times of treatment
received while employed and lay off, sick leave, and
collecting Unemployments benefits. Also copies of the envelope
and first page of PBH EK envelope, documents, and a proof
of claim I fill out again.

Sincerely
Sharyl J. Carter

January 16, 2010

Honorable Robert D. Drain
United States Bankruptcy Ct Southern District of New York
ONE Bowling Green, Room 610
New York, New York 10004

I Sharyl Y. Carter Reside at 1541 LaSalle
Avenue #1, Niagara Falls, New York, 14301. My Numbers
are (757) 302-8072 and (716) 282-3624.

I ask the courts to allow me more time if
I need it, due to all this writting I had to do in my
Second Second Supplemental Reply, and Respond to the
Debtors objection and my proof of claim 10850. In
Completing my Response; reply this took 4 days of massive
hours, and was is very painful severely. I am asking
the courts to grant my Request, motion on a extension.
Enclosed are copies of my responses, reply second
Supplemental, medical condition I suffer from because
of the Debtors and their Affiliates debtors, doctors, and
there address, Numbers, dates and times of treatment
I received while employed and lay off, sick leave, and
collecting Unemployments benefits. Also copies of the envelope
and first page of FED/EX envelope, documents, and a proof
of claim I fill out again.

Sincerely
Sharyl Y. Carter

January 16, 2010

Skadden, Arps, Slate, meagher & flom LLP
Attn: John VonBatter & John K. Lyons, Ron E. Meister
33 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

I Sharyl Y. Carter Reside at 1541 LaSalle Avenue #1, Niagara Falls, New York, 14301. My numbers are (957) 302-8072 and (716) 282-3624.

I ask the courts to allow me more time if I need it, due to all this writing I had to do in my second supplemental Reply, and Respond to the Debtors objection and my proof of claim no. 16800. In Completing my Respec; reply this took a large a massive hours, and was is very painful severely. I am asking the courts to grant my request, motion an a extension.

Enclosed are copies of my responses, reply second Supplemental, medical condition I suffer from because of the Debtors and their Affiliate debters, doctors, and their address, numbers, dates and times of treatment I received while employed and lay off, sick leave, and Collecting Unemployments benefits. Also copies of the envelope and first page of FEDEX envelope, documents, and a proof of claim I fill out again.

Sincerely,
Sharyl Y. Carter

January 14, 2010

Skadden, Aeps, Slate, meagher + flom LLP
Attn: Kayple A. macafati (Tm 5986)
four Times Square
New York, New York 10036

I Sharyl J. Carter Reside at 1541 Lablle
Avenue #1, Niagara Falls, New York, 14301. My Numbers
are (757) 302-8072 and (716) 282-3624,

I ask the courts to allow me more time if
I need it, due to all this writing I had to do in my
Second Supplemental Reply, and Respond to the
Debters objection and my proof of claim to. In
Completing my Response; reply this took 4 days of massive
hours, and was is very painful severely. I am asking
the courts to grant my. Request, motion on a extension
Enclosed are copies of my responses, reply, second
Supplemental, medical condition I suffer from because
of the Debters and their Affiliate debters, doctors, and
there address, numbers, dates and times of treatment
I received while employed and lay off, sick leave, and
collecting Unemployments benefits. Also copies of the envelope
and first page of FEB/EK envelope, documents, and a proof
of claim I fill out again.

Sincerely
Sharyl J. Carter

January 16, 2010

Kurtzman Carson Consultants
Delphi Corporation Claims
2335 Alaska Avenue
El Segundo CA  90245


I Sharyl J. Carter Reside at 1541 LaSalle
Avenue #1, Niagara Falls, New York, 14301. My Numbers
are (757) 332-8072 and (716) 282-3624.

I ask the courts to allow me more time if
I need it, due to all this writing I had to do in my
Second Supplemental Reply, and Respond to the
Debtors objection and my proof of claim to #16250. In
Completing my Response, reply this took 4 days of massive
house, and was, is very painful severely. I am asking
the courts to grant my Request, motion on a extension.
    Enclosed are copies of my responses, reply, second
Supplemental, medical condition I suffer from because
of the Debtors and their affiliates debtors, doctors, and
there address, numbers, dates and times of treatment
I received while employed and lay off, sick leave, and
collecting Unemployments benefits. Also copies of the envelope
and first page of FED/EX envelope, documents, and a proof
of claim I fill out again.

                                    Sincerely
                                    Sharyl J. Carter

**BOSE**
**McKINNEY**
**& EVANS LLP**

ATTORNEYS AT LAW

111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204

FILED
U.S. BANKRUPTCY COURT
2010 JAN 27 P 4:11
S.D. OF N.Y.

SHARYL YVETTE CARTER
1541 LASALLE AVENUE
#1
NIAGRA FALLS, NY 14301

1430141227

UNITED STATES POSTAGE
02 1A
0004633678
$ 00.44°
OCT 27 2009
MAILED FROM ZIP CODE 46204

PITNEY BOWES

Electronically Filed
October 26, 2009
Docket No. 19010
and 19011

BOSE MCKINNEY & EVANS LLP
Michael A. Trentadue
Indiana Attorney No. 12037-49
Carina M. de la Torre
Indiana Attorney No. 24849-49
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

## NOTICE OF WITHDRAWAL OF APPEARANCES
## OF MICHAEL A. TRENTADUE AND CARINA M. DE LA TORRE
## AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002 and 9010, Michael A.

Trentadue and Carina M. de la Torre, Bose McKinney & Evans LLP, as counsel for Eikenberry

& Associates, Inc. ("Eikenberry"), Lorentson Manufacturing Company, Inc., Lorentson

Manufacturing Company Southwest, Inc., Lorentson Tooling, Inc., and L and S Tools, Inc.

(collectively "Lorentson"), hereby withdraw their appearances (Docket 9647 and Docket 9649,

respectively) and request to be removed from the Court's mailing matrix and service list for this

case. Eikenberry and Lorentson were advised by letter dated August 21, 2009, of the

undersigneds' intention to withdraw effective September 1, 2009, deadlines and status report.

This Notice is in respect to Michael A. Trentadue and Carina M. de la Torre, Bose

McKinney & Evans LLP, and is not intended to affect service independently requested by

1509122/9911-2

January 19, 2010

United States Bankruptcy Court
Southern District of New York

In re
DPH Holding Corp, et al
                    Reorganized Debtors

Chapter 11
Case Number 05-44811
( Jointly Administered)

Reorganized ~~Debtors~~ and I Sharyl L. Easter Supplemental
Reply to Response to the Debtors objections to Proof
of Claim Number 16850

Second Supplemental Reply and Response

I Sharyl L. Easter reside at 1591 Lasalle Ave,
Niagara Falls, New York 14301. My numbers are (716)
282-3624 and (937) 302-8072.

I received a fedEx prior to January 12, 2010
adjourning my claim number 16850 until January
21, 2010. This information, documents, supplemental
Reply, and Response was to have been included. I
just hope that my Response, Reply is on time
by the deadline of January 19, 2010. If not I
ask of the courts to give me more time, even
if received after the deadline date.

A. Preliminary Statement 1. On October 8 and 14, 2005

(The Petition Date) Delphi Corporation and certain of its
affiliates (the Debtors) filed voluntary petitions in this
Court for reorganization relief under chapter 11 of title
11 of the United States code, and then amended states
the Debtors (the Bankruptcy code) So my under-
standing any All Claims was to go under The United
States Bankruptcy Court Southern District of New
York.

2. As stated from, the Debtors on October 6, 2009 (th.
effective Date) and (the modified Plan) which has been
approved by this Court. pursuant to an order entered
on July 30, 2009 (Docket No 18707) and emerged from
chapter 11 as the Reorganized Debtors.

3. On November 18, 2009 as stated by the Debtors, the
Reorganized Debtors filed the Notice of Sufficiency
Hearing with Respect to Debtors Objection to Proof of
Claim Nos 16849 and 16850 (Docket No 19108) My claims
against the Debtors (the Sufficiency Hearing Notice) which
I disagree and object to. My claims should be Allowed

4. I Sharyl J. Carter responding, Replying to this
Second Supplemental Reply and Response Ni hope that
my claims be allowed by this court, Also Modified Plan

5. As stated by the Debtors i) Dates for Hearings
Regarding Objection To Claims and ii) Certain Notices

. and Procedures Governing Objection to claims entered
December 7, 2006 (Docket No 6089) the Claims Objection
Procedures Order) and Eight Supplemental Order
Pursuant to 11 u.S.C. and 9014 establishing the same
Entered September 25, 2009 (Docket No 18932). My claims
states a colorable claim against the asserted Debts
as I stated previously in all my Responses, I respectful
Request, ask of this Court to allowed all my claims.

6. As stated from the Debtors on December 8, 2009,
the Reorganized Debtors, filed their Supplemental Reply
to Responses of my claims No 16849 and 16850 (Docket
19161) to Debtors objecting to my Sharyl Y. Carter Proof
of claims.

7. On December 17, 2009 I Sharyl Y. Carter as stated by
the Debtors submitted two letter to this Court, respecting
and replying regarding my proof of claims (Docket 19197
and 19199) Case No 16849 and 16852. That 16852 is it
Suppose to be same as above claim No, or another
Claim against the Debtors thats added to these claims

8. At the December 18 Sufficiency Hearing, this
Court Ruled that either of my proof of claims Nos
16849 and 16850 be expunged as a duplicate claim
adjourned to January 21, 2010 as stated by the
Debtors. If my claims are duplicated claims

. In two different Courts and under different Judges
as well. I respectfully ask the courts to place my
Claims under one court and Judge for which the
Debtors first filed Bankruptcy in this Court.
9. As the Debtors stated on December 21, 2009, the
Reorganized Debtors filed and served on my Notice of
Adjournment of Claim Objection Hearing and Proof of Claim
No. 11850 (Docket No 19243)
10. As stated on December 31, 2009 entered the order Pursuant
to 11 USC, Disallowing and expunging my proof of Claim
No 16849 In the Thirty-Fourth Omnibus Claim Objection
(Docket No 19272) Stated the Debtors my question is if
this is true, I respectfully ask the courts to Allow
my claims, Is this due to an Duplicate Claim with the
Debtors and the affiliates (Firm Company). I did not
make these claims duplicate, as I Responded and
Reply according to documents and forms that was
mailed to me by the Debtors and there affiliates.
11. I am filing Supplemental Response and reply to
this Second Supplemental Reply, as this is my Second
Response, reply as well by the Scheduled Sufficiency
Hearing January 19 2010. I wish I was allowed
more time to Respond and reply to

B. Relief Requested

Case No 05-44481

12. I Sharyl J. Carter ask the court

again to allow my claims, and claim No 16850 ask the

Debtors are objecting, wishing my claim to be expunge.

13. As they Debtor stated on April 28, 2009 and May 1

2009 I filed identical proof of claim No 16849 and 16850

against the Debtor Delphi Automotive System LLC (DASHE)

2/05 I filed my proof of claims asking for 50 million

plus interest, I also stated my attorney who last handled

my claim Geoffrey Damon had or should have forwarded

all my information to this court, I was mail a documents

or paper to fill out and mail as soon as possible to

the United States Bankruptcy court, which I did. Also

my attorney before Geoffrey Damon, was George Katchmar

who had in his possession all my evidence, documents

and sequial paperwork which I gave him, Mr. Katchmar

to keep represent me, Hiring a $1000.00 fee for Mr. Katchmar

to take my case. I know what I gave both attorneys

for proof of my claims against the Debtors and there

affiliates, I even spent hours in Mr. Katchmar office

helping his assistant make copies and sending them

to the Debtors attorney, her Clary. The assistance

name was Cheryl, I believe. As stated by the Debtor

order enter by this court (Docket No 10710)

expunge my proof of claim No. 12849 as a duplicate Claim. I ask of this court to decide if my claims are dup

14. On June 22, 2009, the Debtors stated and filed thirty-fourth Omnibus Objection Pursuant letters A<sup>+</sup> £ and # A<sup>-</sup>C and III and IV (Docket No 17182) the thirty-fourth Omnibus Claims objection which the Debtors objected to my Shanyll Carter proof of claim No 16850 on the grounds that my claim asserted dollar amounts and liabilities not reflected on the Debtors books and records, Also the Debtors sought an order disallowing and expunging my proof of claim No 16850. First the Debtors stated I had no claim against them, and their affiliates Now dollar amount do not match records, and then untimely filing proof of claim, and now the Debtors and their affiliates want the courts to disallow and expunge my claim. I ask the courts again to allow my claims and to make the decision of placing my claims if duplicated as one claim.

15. The Debtors stated on July 20, 2009 I filed a letter responding to the thirty fourth Omnibus Claims objection (Docket 18457) that I said my claim was untimely filing for years. The Debtors stated nothing in the response provides any

. Rational explanation, documentation, evidence or support
for any of the claims asserted in the Carter Claim
I ask the courts to check all letters, documents
evidence I presented and from my Attorneys. I was
told by one of Debtors attorney who I tried to con
tact several times on my Claims, I believe the
office of Kurtzman Carson Consultants and previous
attorney told my attorney Geoffrey Damon. I can't
only state what I was told, proving it, I am
sure nobody will own up to saying that against
the Debtors and their affiliates.

11o. The Debtors stated as on November 18, 2009, the
Reaganized Debtors filed the Sufficiency Hearing Notice
to my Claims (Carters Claims) scheduling the
December 18 Sufficiency Hearing.

D Claimants Burden of Proof and Standard for
Sufficiency of Claim. 17. I Sheryl J. Carter feel
that I have prove and submitted proof of my claim for
all my claims and claim no 1850 s/c 11850 under
rule 7012 Federal Rules against the Debtors (The
Bankruptcy Rules) I disagree with the Debtors and
there affiliates stating that my claim should be
sustained, or disallowed and expunged in its entirety.

I Sheryl J. Carter have provided proof to my claim no 16850. The Debtors should gather all information I provided their attorneys as well as my two attorney, courts. I should not have to keep copying, and mailing certify, repeatly the same information, documents, evidence that has been provided several times over and over again. I ask the courts to again allow All my claims and claim no 16850.

18. I have proven the burden of proof to establish my claims against the Debtors and their affiliates as it has rested on me. Thats how the Debtors were able to go former and ex-employees, union members, doctors, witness to find out more information as to my claims. I presented more than enough of information, documents to support my claims against the Debtors and their affiliates. It may seem as though it's my word against there the Debtors and all there massive attorneys. The books are records files, notes, evidence, witness list, companies, agency involve should account for my proof, as well as what I provided already. I feel my proof of claim is entitled to consideration, as I ask the courts again to allow my claims.

19. As stated by the Debtors Bankruptcy Rules 7012 and 9014, Transcript of January 12, 2007 Hearing (Docket No 7118) the January 12, 2007 Transcript)

should be dismiss, I object and disagree with the Debtors.
How was I allowed to file a Claim against the
Debtors and have a court in Ohio sustained my claim
and destroy my evidences, and all documents I present
to start and prove my claim, as well as start in the
federal Court System. Again I should not have to
continue to provide Repeatly documents, information
that was already given to support a legal liability
against the Debtors.

20. my proof of claim Shaeryl J. Carter is consistent
with the official form and Bankruptcy Rule 3001. If the
Debtors already have everything, information, documents
proof of my claim, why Continue to Repeatly ask for t
in writting again and again. The proof is with the
Debtors and their affiliates debtors, as there are so
many companies, employees, Attorneys handling these Claims
that I feel they, the Debtors and affiliates should
communicate with each other and give up all my
proof of my claims and come together as a company
instead of me having to provide Repeatly the same
proof.

E Summary Judgment Order Terminating Action Underlying
Proof of Claim Shows That J/ms. Carter fails to
State a Claim, stating Debtors and affiliates debtor

21. I Sharyl Y. Carter filed a proof of claim against the Debtors (DBS NC) that they owe me 50 million plus interest. I ask of the courts to allow my amount if not consider a high amount in the millions due to the Debtors action against me, what I have been through with this company (the Debtors) for which I was denied what was due to me. The Debtors state that they do not owe me Sharyl Y. Carter anything. Check the books and records, evidence, document, grievances, pay & NON payment, injury, treatment I continue to suffer from, pain and suffering.

22. I Sharyl Y Carter did file charges of discrimination against the Debtors and affiliates debtors, with (the EEOC) The United States Equal Employment Opportunity Commission, discriminating against me due to race, sex, disability, age. I was ask by EEOC to drop my charges in order to file, and get a Right to Sue letter. I did not think that it was Right, but coming from an agency who is believe to have my best interest at hand I do so. Prior to that I filed charges with the NAACP, which any investigate contacted the Debtors several times, and who

was strongly fighting on my behalf, but later was
denied to enter into Delphi (the Debtors) for a meeting
Soon after that the investigate stop contact with
me as well as another employee Valarie Gather, I
also left evidence, notes, documents, grievances
medical records, information on behalf of (OCRC.)
Ohio Civil Rights Commission who I went to for help
Later on the investigate gave an amount of $50,00
to myself Sharyl Y. Carter and Valarie Gathers, we
Stated no 50 million, he stated there's no way the
Debtor would give us that amount. Along with a lot of
other statements, I can not prove this, only with
Valarie Gather statement. So much time has gone
by and I have no contact with Valarie Gather
to verify this, but she's on my witness list from
my deposition of 7 phours long, cost $800.00, where
is that proof of evidence as well as other documents?

23. I Sharyl Y. Carter after given the Notice of Right
to Sue, file a complaint against the Debtor (DAS LLC)
United States District Court for the Southern
District of Ohio (the District Court) Sharyl Y. Carter v
Delphi Automotive System LLC case no C3-03-205
S.D Ohio (the District Court Action) Honorable Herbert
Rice for the above charges arguing the D

The Debtors stating this was seeking damages for an intentional tort theory for my alleged work pl injury. I Sharyl J Carter Relocated to Dayton Ohio in march 1997 to work for the Debtors (Delphi Automa System/Erm company). I am presently an Active emplo and laid off due to my plant closing. I was injue on the job in 1998 and I saw the plant doctor. Dr. James Ruffner who has massive amount of paperwork, evidence on my injury. That is w the books and records, as I also want and reque copies along with all documents on all my claims. Along with all my other doctors I saw for my continue

24. As stated by the Debtors on June 3, 2004 after full discovery DAS LLC moved for summary judgment (the Debt Court Action, Docket No 29) the DAS LLC Summary Judgment motion) and march 28, 2005, the District Court issued an opinion and judgment granting the Debtors DAS LLC summary judgment motion in its entirety and terminating the District Court Action Docket 56 (the Summary Judgment Order) To my knowledge Judge Rice has dismissed my Claim in favor of the Debtors, and sustaining the entire case, most of it. As I was misled.

and represented by my Attorney George Katchmer, I
Sharyl y Carter never was notify of any court
date to appear. I was given Notice after the
and told that my records will be destroyed after
a certain time. (6 months) I believe.. Whereas that
yes I had a deadline to file my appeal for the United
States Court of Appeal for the Sixth Circuit (District
Court Action Docket No 58/the Notice of Appeal) At that
time I hired Geoffrey Ramsu to be my attorney for
which he Appeal my claims in the above court. As
time where on, and a conference call between my
Attorney Mr. Ramsu myself, I was present at his
office and Delphi (the Debtor) Attorney made me
an offer, same as before with attorney Mr. Katchma
of $10,000.00, which I turned down, And Delphi
(the Debtor) states they dont owe me anything
why the offer of such a low amount if there
was no wrong doing on the Debtors part. After
time went by, I was given documents to fill out
by a certain time for my claims to be forwarded
to United States Bankruptcy Court Southern District
of New York. I filled the paper work out and
mailed back to Mr. Ramsu, the courts. A long
time went by before I heard anything on
my claims; case against the Debtors. I

then notify Mr. Kamar and I was told that the Debtors stated I did not have any claim due t me not filing in a timely manner. I then received documents from Kurtzman Carson Consultants who I also called and was told the same, as I don't have any claims due to untimely filing. I then call information to get the address and number of this court, United States Bankruptcy Court Southern District of New York. I Sheryl J Carter respond by writing the courts to approve and allow my claims due to me not filing and because I did not know of any of this information, as well as I didn't know I needed to file a proof of claim. I was never notify of th from any attorney's. I remember going over and over my notes, giving the Debtors all the information they wanted and more of all proof of my claims. Where is all that informations documents, evidence to support all my claims.

25.  I-s stated by the Debtor my appeal was pending as the Petition Date and was subject to the Automatic stay during the pendency of these

Chapter 11 cases and the plan injunction set forth, the modified Plan following the Effective Date, which is what date to be exactly and not blank. As the Debtors stated my litigation claim on Schedule F on the Amended, and disputed claims against DAS LLC. To my knowledge that litigation of employment was already decided in a federal court in California, which the guy who Represented our Union, employment passed away before he or the case was completed, but we the ILE-CWA won that case against the debtors. That information and documents I forwarded to both my attorney Mr. Katchmer and Mr. Damon, which was put with my claims I believe. I don't know for sure, but it, the litigation paper work should be with all my documents, evidence, information, notes, depositions etc. The Debtors stated this on Schedule F on the Amended and Restated Schedules of Assets and Liabilities for DAS LLC as a contingent, unliquidated and disputed claim against DAS LLC.

26. I disagree with the Debtor to want my claim No 10850 to be disallowed and expunged, because of my proof of claim and responses to the

Debtors. I have prove facts to support a right of payment from the Reorganized Debtors. The Debtors stated a reasonable inference can be made that my claim number 11850 is based on the litigation. The Debtors also states that there is nothing on the face of my proof of claim discuss the facts underlying the District Court Action, let alone the Judgement and opinion of the District Court dismissing my complaint. I Sharyl Y. Carter was but previously and throughout, and the beginning to present of my claims, cases, and complaints As I have mentioned over and over again from start to present and I continue to do so. When I Reply and responded to the first Supplemental Reply and Response giving details, only then did the Debtors and there affiliates come up and locate more documents and information and proving that I do have proof of my claims against the Debtors Now this Second Supplemental Reply and Response the Debtors have found located the information, documents that I speak of, but not all is presented cost should according to the Debtors books and records, documents, evidence that I present in the past that would support

my claims. The Debtors stated that my claims
(The Carter Claims) merely make assertions of
liability without any supporting documention. All
documents, evidence, notes, everything mention above
through out these pages of my Sharyl Y Carter
Reply and Responses supports my claims, I ast
the Courts to allow all my claims against the Debtor

27. The Debtors states that the Summary Judgment
Order shows in detail that there is no merit to
Proof of claim No 16850. Also stating the District
Court Action sustained DAS LLC Summary Judgment
Motion and terminated both procedural and Sub-
stantive grounds. I was given a right to sue Notice for
No reason at all? Also the Debtors stated the District
Court ruled that my claims of age, gender, and
disability were barred as a matter of law b-
cause I did not demonstrate that I first filed
Administrative charges of discrimination under
the Title VII, the Americans with Disabilities Act
and the Age Discrimination in Employment. I did file
these charges against the Debtors were misread
Valarie Balthers both together at that time filing.
and misrepresented, paperwork was changed,
these Agency's Refuse to go up against the
Debtors and there affiliates....

told Repeated that they cant and wont go up against the Debtors. Document, endence notes every thing we presented was falsify, lost, misplace, charges were not file, and of course in a timely matter. In the notes I presented to my attorney, Mr. Ratchmer prove and support my claims, also Brian I wrote up for years with the union representative and many higher up management I spoke to, also writting them up as well support my claim, where are all those books and records and amount I lost from discrimination of my age gender, sex, disability. My claim would be time barret, if no one files the charges and waited until the time expire of more than 300 days, If you go to a agency requesting, asking for help to file charges against a company and you believe the agency you confided in will help you as they are suppose to do so, then later find out you were mislead and misrepresented, all evidence destroyed or lose what then. And this continue to happen all through out your complaint, what are you to do then? wheres the proof, Oh theres proof some where and somehow somebody knows of it and have handle proof, documents, evidence ete.

**28.** The Debtors stating that the District Court conclude that I Sharyl Y. Carter failed to establish a prima fac claim of race discrimination based on individual discriminatory acts because I failed to offer evidence from which a reasonable jury could conclude that I we treated differently than similarly situated, non protected employees. See deposition, notes, books and re cords I presented as mention above in my reply and Response, also my witness list, which everyone in the plant who I worked with or not can reify me, being treated differently, discriminated against, also grievances union representatives, I cant possibly continue to file charges against the Debtors if this is and was not true. I was the subject to hostile work environment as I mention see proof of notes, grievances, books and records. I was repeatly force to work against my Restrictions, lift heavy items, parts, watched my every move, followed to the bathrooms, supervise, and management who have employees bump into me as yell as stalk me by work area, assembly line, I was repeatly set up, fire for jobs management the Debtors knew I could not perform due to my medicals problems cause by the Debtors (see notes) It was worst and got bad as time continue on. I was forced back to work against certain

doctors orders, they do did not want to get involve again
the Debtor. My health condition are severly and contin.
to do so because of the Debtors. I was also place
on a machine that was hazard, and management, a
employee Jimmy, Rid it to pump but massive amu
of liquid that was dangerous, as everyone watch
me be torture daily. This machine was Noted and th
Debtors were fine by OSHA for this reason Hazard Dang
thats when I was force back to work the last time
May 2006 - thru December 2006 when the Debtors made
me go back out on sick leave. (See Notes) I presented to
my attorney Mr. Damon who I ask to forward to the
United States Bankruptcy Court Southern District of
New York. I also stated to not mail the notes back to
me, I never heard from Mr. Damon since that time.
I establish prima facie claim of Retaliation for complaining
of my "concern" treatments, and for reporting as OSHA
violation, which I never contacted OSHA other employees
did so, but I was the blame due to me always writing
grievances, complaints, and daily notes on the Debtors.
Again see notes, grievances, log, records, documents evidence
I presented on my behalf. The Debtors also states the
District Court ruled that I offered no evidence
that would allow a reasonable jury to infer that
any elements necessary for my Recover damage
for my workplace intimidate to no retaliation

. tort by DKS LLC have been satisfied. As to whom?
this satisfied to, only the Debtors, Not me, I ask the
Courts to view all notes, evidence, documents, grievance
books and records taken by all my doctors, witness
past and present doctors, as mention above.

29. I am handling this Prove, on my own, so I do
not, or can provide. law supporting, all I can provide
is my honesty, evidence, documents, notes, depositions
witness. When you have gone through what I have
with the Debtors you remember everything like it was
yesterday, some things are not as up front as most,
but all this treatment, injuries I have gone through
has really damage me and my family, for No one to
believe this can happen, only those whom have gone
through it shall and will understands. I ask the
Courts to allow my claims and go over all evidence
The thirty-fourth omnibus objection to my claim no.
16850 should not be sustained, or should not be dis-
allowed and expunged in its entirety. Allow my claims.

F. Proof of Claim Number 16850 Is Not Untimely. 30.
the Debtors states on April 12, 2006 (Docket No 3206) the
Bar Date order) setting a bar date of July 31, 2006
(the Bar Date) for creditors to file proofs of claims

in the Debtors chapter 11 cases and approve the Notice of Bar for Filing Proofs of Claim (the Bar Date Notice) to be used to notify parties of the Bar Date, and included a form to be used to submit a proof's Claim (the Proof of Claim form). As mention above I was told I did not have a claim against the Debtors by my Attorney Mr. Donald Con Kretzman Carson Consettant the Debtors attorney. I never knew I was to fill out a Proof of Claim until I was mail the forms by the Debtors attorneys finally, probably, after the fact.

31. when Kretzman Carson LLC(KCC) the claims and noticing agent in these chapter 11 cases mailed me the Proof of Claim forms I filled them out and returned them, check the Proof of Claims forms and dates.

32. The Debtors stated I filed proof of claim 16850 on May 1, 2009 almost three years after the Bar Date. I have responded to all motions, deadline, responses and reply on time, when given the correct notices on time, I have made many attempts to response, and reply to my proof of claims to the Debtors objection to establish excusable neglect under the test out lined by the U.S. Supreme Court, and don't feel I

Neglect any obligations, and if I did I ask the court to excuse them and allow all my claims including claim no 16850. As stated by the Debtor + through letters I feel I have been put through the gauntlet by the Debtors and there affiliates debtors.

33. I again, respectly ask the Courts to allow my claims, I did not neglect my duty to response, and reply on all deadlines, filing my proof of claims.

34. Again if I neglected to file a timelly claim, in a timely manner, I ask the Courts to excuse the late filing on my behalf. As I Sharyl Y. Carter mention above I did not know I needed to fill out this form. Therefore my claim no 16850 should not be disallowed and expunged with prejudice as untimely as stated by the Debtors. I respectfully ask the courts to allow my claims and claim no 16850.

Thank You. As stated by the Debtors +the I object and disagree with the Debtors.

Sharyl Y. Carter  1 of 114
Case No. C3-03-205

Exhibit A

United States District Court Southern
District of Ohio Western Division

Sharyl Y. Carter - Plaintiff

Case No.
C3-03-205

Delphi Automotive Systems LLC, et al - Defendants

Judge Rice
Magistrate Judge Drughton

Defendant's motion for Summary
Judgment and memorandum in support

Defendants Delphi Automotive Systems LLC, Tom Munley, Mary
Ann Polniner and Jacquelyn Polk, Mr. Barry Quarless which
Mr. Quarless was a strong witness, as I Sharyl _____ did
place him on the Defendants list, and the Debtors _____
states I was never terminated or demoted. I was fired as
the company, the Debtors called it on several occasions against
my better judgment, being stalbtoe, set up by managements
the Debtors employees, members. The Debtors tried to
terminate me, but I always stayed on top of the hostile
tactics that was directed toward me. After going over my
pay Records with my Attorney George Ketchmer, he noticed an
the Debtors Records and books that my pay Rate was
lower then it was suppose to be. I went presented to the
the courts all my books, and records, documents information
concerning me to me and the courts. My pay Rate increase
and I was offered and worked overtime, so was other

Sharyl H. Coatee 2 of 44
Case No. 3:53 cr0805

employees, but I was also overlook for racial, disabilities, and discriminated against. See notes and information, documents I gave, present for my proof of this hostile tactic, treatment, my Attorney Mr. Katchore and the Debters Attorneys Lori Clary, Robert S. Walker was given this information. I even outline, broke down names, times, dates, jobs, management of these daily tactic. I disagree with the Debters stating I did have have proof of my claims. I gave up plenty of that and more to help the Debters against me with all my information so that everything can be lost, destroyed or as the Debters say, I did not show provide the proof. If the treatment I received from their Debters and affiliate management, union members, employees, was evidence was not sheet of evidence that the defendants treatments was in any way motivated by race, sex, age, disability, retailation, hostile injury by the Debters, I don't know what more can be said about all the proof I provided, put together to make my claims against the Debters and their affiliates. Its time for the Debters to stop claiming that I did not present all whats needed for my claims and face the Truth!! My Complaint should not be dismissed in its entirety with prejudice as stated by the Debters.

1. The <u>Undisputed facts</u>. Delphi (the Debters) stated they offer employment opportunities" to qualified applicants and employees on an equal basis Regardless of an individuals age, race, color, sex, religion, national origin disability or sexual orientation" and everseli...

Sharyl L. Carter
Case No. 3D3 or 2005    3 of 4pp

prohibits discriminatory harassment (Carter Dep. 11-12, Ex 1 at Doc nos 15 and 24) Why all the law suits and complaints from massive amounts of people, plaintiffs, employees especially, company, agencies, the list can go on. why the agencies, courts allow all these claims to go through and continue, most settled out of court most, massive amount did not survey (4 this far, and many unknown closed secret cases (are settled and un known to either of the but come. The Debtor-Delphi policy union manual, etc directs employees to voice and report their concerns to their immediate supervisor, to the plant director or union representatives, or to use any other in- ternal complaint procedure. This is my Sharyl L. Carter internal, but ternal complaint procedure, as I tried all other means to have all the tactic, hostile environment treatment to stop Repeatly, (SEE notes/Brierence/meetings) When all are also involve to help stop this tactic, that then what should I Sharyl L. Carter do not, (file a Complaint in Court) which is what I did no matter how many tried to stop me, threaten me, etc.

A Delphi overtime Procedure the Debtors states national and local collective bargaining agreements once overtime for hourly employee (Carter Dep 11-12, Ex at 38, 52, -54 Ex 2 # 38) of their the Debtors Response, Reply, Employees

Sharyl Y. Carter
Case No. 3/83 or 00205    4 of 44

are divided into equalization groups to equalize overtime.
opportunities (SEE notes/references). That statement and
many more was not honored by the Debtors and the affiliate
managements, and staff members. Sharyl Y. Carter was
pass over, denied plenty of overtime, for reason mention
in above and throughout this Second, first, Responses, Reply
claims against the Debtors. There was employees who came
to work, not working just sleep, walking around conversating
with staff, managements in other departments who made way
more money, then I was allowed to make. Checks backs and Re-
cords, grievances, notes. There were plenty of times I was over
looked, pass over for all reasons tactics, treatment I stated
above and previously. I was told by staff, managements, we (the
company/Debtors) only have heavy jobs, not within your restriction
Then on other occasions when they the Staff/managements
wanted me to run high numbers, I was place on those jobs
for that reason only. I was an excellant employee, worker
who had perfect attentant, which I was over look to attend
a honor (lunch) dinner in the plant as other employees went
out I was also denied to work overtime. 2/ as I worked overtime
overtime, as I witness, watched others talk about. H
be I witness it when I arrived to work early as I
also did, as many times I had to be on my line, and
work area early due to management, staff, employees
watch in case I was late, so that I can be

punish, be write up, Recommend, or fired for days at a
time. I gave up so much information, documents, Notes,
evidence, one of my witness, managment, supervise was fired
for falsifying records, books and documents. Alex, I can't
think of his last name right now, But Alex torture me for
Years as well as other employees, as he was Known to
do to mainly African American employees. During my first
90 days and throughout my employment with the Debtors
was pure HELL. I was mistreated from the beginning
and especially after I talk to another employee african
American women Tony Jackson who Alex was harassing
and torturing daily. I was Alex and other managments
and staff victim after that day under my 90 days to
present. Even if I am not working I continue to go thru
these hostile tactic. We can do this for years and years
responsing, reply back and forward and more information
will come to surface as I Remember these tactic, treat
ment honestly and true to the best of my ability, No matter
how many years ago. (See Notes) (Grieance) (deposition). As
stated by the Debtors an employee who is not eligible for
a particular job assignment on straight time due to work
Restrictions, however cannot perform a restricted job
assignment on overtime. Then why was there job that I could
do under my restriction but other employee of another
Race was allowed to perform those jobs and the
employees did not have any restriction at all.

Case Sharyl Y. Carter   Lo # 44
No 3.234. 00205-
00205

Why was I constantly, given a direct order to perform
Jobs that I could not do, under doctors order with a limit
Restriction weight, ranching from 2-10lbs. I wrote grievances
daily noted all events, tactic, treatments toward me from the
Debtors and staff, managment, union member, employees.

B. Plaintiffs Employment with Delphi I Sharyl Y. Carter started
at Delphi march 13, 1997, relocating to Dayton Ohio from Niagara
Falls, New York. I started at the Beydon Road facility as stated
by the Debtors (Carter Dep. 78, 21) I am an hourly employee
and member of the union bargaining unit; as stated by the
Debtors the terms and conditions of my employment are
govcered by local and national collective bargaining agree
ment. I am also an active employee with the Debtors also.
My starting rate was $9.90, until closing of the plant $27.20
a hour, The Debtor stated currently at $19.95 hr. (Carter Dep 940
munley IFF2) I may have not been demoted by I was
denied overtime, a place on sick leave when the Debtors
had a restricted job for me to do. Ihats demoted when
Your pay is cut in (1/2) half and much less than
what you made in the Plant. Check records and book's
from Metlife, National Benefit Center, and all the times
I was on sick leave, grievances, notes, documents.

Sharyl L. Carter    7 # 44
C98 10 5'03 0v 00255

I Sharyl L. Carter did work in Department 101 on second shift, 1st shift, 3rd shift. The Debtors stated from 1997 through 2002 as an assembler including several "loops" or lines each involved loading and unloading parts of the air compressor.

C, Plaintiff Workers Compensation Claim and Work Restrictions

As stated by the Debtors in march I repeated, repeatedly in I used my back, neck, right and left shoulder blade while working In Department 101, I was not working on my normal jobs, the loops I was doing repairs to IR H-Dimension parts of a compressor, pushing down with force, twisting, tearning continually Ranching around 147 parts to make a day. I saw the plant doctor (1st) first Dr. James Ruffner, and staff at the facility, in plant doctor. Afterward I found my own personal doctor Dr. Elena Frsureta, and many more doctors Afterwards. I request the courts to get these records and books from the Debtors, I want a copy as well as all other documents. Debtors stated my workers compensation Claim is pending. I filed several workers compensation Claims on my injury from, and by the Debtors. I was given massive restrictions from the time I was injury, and for years, finally a life-time restriction. During all these years the Debtors at times would not honor the doctors restrictions, Knowing I was In severe pain, I was force, given different

case no 305cv2286.    8 of 44

order to perform jobs I could not do. I went to the plant doctor, Dr. Ruffice and staff crying of my pains, I was given ice, heat, medications and sent back to the same job I could not do. I am injury for life, and scared permitty for life due to the Debtors tactics against me. No matter how many union representatives, managment and staff, I was force to deal with the pains and tactic place on and against me throughout my years with the company, the Debtors, too much pain to even talk about as I suffered for years and years and it, the pain more systems accure.

I was still seen by a specialist who stated my back,neck Right, left side, shoulder blades was a problems and that due to the pain I suffer from a breast reduction would help my problems. In December 1999 and January 2001 I believe the correct dates, I had du breast reduction Recommended by a specialish, which the Debtors was given all documents and records, requarding my medical problems in order for the company, the Debtors to pay for the Rx Surgery. Other wise I would be reponable to pay since the Surgery is cosmetic, and personal, not job related. I was on restrictions and when they ran out, I was force to do heavy duty jobs by direct order by managment, and staff. I could not get any more time off, which if needed, scare I would get permantly fire, terminated. Everyone knew of may medical problems, and conditions

but that did not stop management, union members and staff to protect me as they should have, to prevent and further more severe medical problems from accuring. My specialist was Dr. Stevens at St. Francian Hospital, and or which is no longer that Hospital, I went and ask the results to request the Debtors as well as medical facelity to present those Records, books, documents as I presented previously before to all atterneys involve at that time, hon Clacy, Mr. Katchmer and the Debtors, I made those copies at Mr. Katchmer office with clerk, Ready and certfy mail to the Debtors. My doctor who perform the 2x breast surgery is Dr. Gregory Maupin who I can not locate as well as above Hospital. St Francian in Dayton Ohio. Dr. Maupin office was Centerville Ohio. See Attach documents of my doctors for more detail. Theres more evidence to support my injuries and medical contions from this and other doctors, and hospital, treatment, medications, etc.

D. **Plaintffs Layoff from Delphi.** As stated by the Debtors I Sharyl Y. Carter was laid off from Delphi due to lack of work, along with hundreds of other bargaining unit employes. We the employes went a long time without any funds from the Debtors, as we survive off whatever money we the employees had save up. The date the Debtor noted is January 6, 2009. I received unemployment compensation benefits which also take some time to

Collect due to massive employees seeking funds of un-
employment that we, and the Company/the Debtors put
into. As the Debtors also stated on September 29, 2003 Delphi
recalled us the employees back to work from a lay off pur-
suant to an arbitration award under the collective bar-
gaining agreement, for which we, employee won the Arbitration and
was to be employee and never laid off, I believe the date
is 2011, have the Debtors present the Arbitration Bargaining
agreement to the courts, which I already presented to my Re
attorney & me. Damon to add to my claims. The Debtors was
given, and should already have their books, records and
documents, That is proof also to my claims against the Debtors
while returning back to work in a Job Bank by the
Debtors at one of there Delphi facility-plants on Forrard
Road-2000 Forrer Blvd, where the time office and personel
and executives offices were place, present, as well as
pay roll department. We sat from 6:15am - 2:15pm 1/2 - half hour
lunch time, hundred of employees sat in this room, supervise
by 2x & 3x supervisors. Tony and another guy. As stated by the
Debtors I received account $41,000.00 in backpay. Not mention
by the Debtors, we, I the employee had to pay back
taxes, and give unemployment agency all the money we
collection from the lay off time, plus union dues,
other dues taken out. before we received any
amount of the award money du the

Case no 3:09 cv 00205   Sharyll Carter   11 of 114

that was received. After the fact it was a small award
amount, and we were very upset at paying back the
Unemployment Agency. We had plenty of discussion with
the Debtors and management staff, as well as union
Representatives, who job is to protect, and serve on the
employee behalf, thats why we was paying union
due around $35 $37.00 hour. Check books and records
pay stub that the Debtors have and should present to the
courts as proof of evidence on my behalf to support my
claims. As the Debtor stated I Sharyll Carter was returned
to work in the late April 2007, production work. While in
the Job Bank, we, I the employees were told we can
not go into the plant facility, new location-3535 South
Kettering Blvd, Moraine Ohio 45439, number were (937)
395-3008 and (937) 395-5982, with any medical restriction
as we were told by management of the Delphi (the Debtor)
Staff, theres no job for restriction, light duty employees.
I had and believe at this time it, my restrictions were
lifetime. Many employees went to their doctors to uptate
change there restrictions but not me, I went to up
date my restrictions with present date to enter into
the facility, as I know the games, and tactics I
was up against. As I did continue to go through
discrimination, hostile enviemental work place while

Case no 305cr20305   1/2 of 4/4
Shary/ y/Carter

just sitting in a job blank, big room with hundreds of
employees, as I watch the continue tactic to go on
towards me, as I was being watched very closely, some
question it, and me. I dealt with it silently. 2/es I am
challenging my layoff in the lawsuit, as this layoff
which would be listed in the lawsuit, as this layoff
I gave the package to my Attorney Mr. Damon to add to
my claim, and appeal of my claims. Which again states we
I should be employed until 2010 see 2011 without no lay
off. 2/es I experienced harassment and discrimination since
returning to work forcible. (See notes dates, and my returning
back to work, dates, time, events, who, what, and why) I hope that
those massive amounts of notes was added, to my claims
as directly by me to Mr. Damon, I ask Mr. Damon to
return the notes to me if he did not submit and forward
to this court. I was placed back on sick leave for a
bout 2 years, check books and records of the Debtors, Not
met Life and National Benefit Center.

E. Plaintiffs Claims I Shary/ 2/Carter filed discrimination
charges with the Ohio Civil Rights Commission (OCRC) and (EEOC)
Equal Employment Opportunity Commission against the Debtors
Delphi that they discriminated against me on the basis of race
sex, disabilities, and retaliation that was used against me
for filing charges against the Debtors, and for my
work place injury caused by the Debtors, and staff

Sharyl Y Carter
Case No 3.05-cr-0085   13 #444

## II Argument

A. Plaintiffs Race Discrimination Claim fails as a matter of law. 1. Plaintiff Cannot Prove that she (J Sharyl Y. Carter) as stated by the Debtors) was subjected To Actionable Disparate Treatment. I Sharyl Y. Carter have been many times area of discrimination, hostile environment, other charges I suffered from the Debtors and there management, staff, unions, employees members. I was fired several times, thats a part of termination of employment, demotion evidenced by decrease in wage, or salary, I was put on sick leave by the Debtors after forcing me back to work not honoring my restrictions, to a lesser pay, more than 1/2 half my salary, wage. It as stated by the Debtors the Sixth Circuit explained, if every... action by an employee that makes an employee unhappy or resentful were considered an adverse action Title VII would be triggered by supervisor criticism or even facial expressions indicating displeasure. For that same reason and matter the Debtors filed Bankruptcy in this court, due to All these claims allowed and not sentful and unhappy, the Debtors, and as stated the Sixth Circuit Court, I would like to see them, or anyone go through what I went through, with the Debtors for all these years and see how they fill about some Kind of unhappiness, resentment. Thats why I ask the Courts to allow all my claims against the Debtors.

Case No 3D3Cv b285. 14 of 14

And its for the unknown cases, claims, plaintiffs whois your through this as well, whatis there outcome, medical, that these charges, claims, see massive amounts of evidence documents, notes, etc to support everything I claim. I went through a substantive change in employment, from a strong women, until reduce to now working status, and massive medical problems as well as restrictions.
The Debtors states that I Sharyl H. Carter enjoyed Significant wage gains and has been provided substantial opportunities for overtime earnings. What about the treatment I had to suffer from, and under, dueing all this time wage gain, overtime earnings. How can any amount of money wage gain be enjoy when caused allow with the money your under severe pain, and suffer massive amounts of medical problems, Not being able to enjoy your life as you one did actively before working for the Debtor and their affiliats. Even the matter of enjoying your child, who suffered as well as I did because of Delphi (the Debtos) When you cant play, hold your young child, or have the good lovable times parents enjoy with the children, and family, whereis the enjoyment. Its I written in my notes about the above statements, my daughter was Bys bld when I brought her down to Drefton Ohio after leaveing her with family for (1)one year. By that time I was injured and suffering, from the Debtors treatments

toward me. I don't see the enjoyment like that at all, as
well as what my child had to go through as well.
As stated by the Debtors I object, disagree with the presence
of my superior in my work area and their oversight of
my work, and absences from the production line. Yes I was
watched all the time, while they tag team their tactic toward
me, supervisor, management, union members, even employees
watched me for their supervisors. I was told many times to wait
before I can use the restroom, while other employees just
walked off their line without permission (see notes, grievances)
I remember one time I almost urine on myself, I was in tears
and went to the restroom, medical office in plant doctors, see
their notes as well. I had to protect myself against any
more firing, and get a doctors notes stating, I have to
use the restroom as needed, check restriction, medical file for
this note, and prescription. Tactic continued to closing of plant.
I remember an african american guy was fired for the very
same reason I was torture for, in the CVG Plant that
closed down. I made sure I was covered, even though I
was followed to the restroom, management stood outside
the restroom area pretending to talk to other managements.
The Debtors states likewise, I was assign to a few
person jobs on three of the hundreds of shift I worked,
as well as some of the job assignments that I received
in overtime. Check grievances, notes, as I wrote every
thing down, time, date, who, what where, location

It started and ended from. I know for a fact as I worked other jobs close to these areas to witness two, mostly a three man, or women performing these jobs. Not a hard thing to figure out and to witness, if you have gone through what I had to go through during my employment with the Debtors. I worked alot of overtime, so have many other employees with the same or lesser time of employment with the Debtors. Books and record would prove that as I ask the courts again to receive from the Debtors. I was overlooked, not ask to work overtime when I could have, which I wrote up grievances, notes to support my proof. I was not paid massive amounts of money due to overtime and grievances I wrote up. Back then I believe just in the grievance I wrote up, I believe to be about $22,000.00, I requested for the Debtors to pay me through union representatives who handled my grievances, which I then went through, all (4) four sets that I needed to go through with Human Resources. All I wanted back then was my money due to me, and to be left alone. No the bette, retaliation was worst, the more people I involve, and call upon to settle these matters. When I was given the money through grievance in pay letters from the Debtors when contractual overtime equalization errors were made. The Debtors stated I received more than $2,000.00 in pay letters. I request those books and records as well as all documents, information turned over to the courts and myself.

Many more errors was made on the Debtors behalf against me, Sharyl y. Carter. to show I did suffered all claims, and charges of my complaint against the Debtors. As stated by the Debtors, I the Plaintiffs (Sharyl y Carter) assertion that I was discriminatorily denied overtime opportunities has no basis and should be rejected as a matter of law. I object to that by the Debtor Rejection. If I did not received discriminatory charges from the Debtors, and for overtime offers, why the error in pay letters to me was paid on behalf of the Debtors, and why did union members write up grievances, most, some of the grievances. the union members refuse to write up. I did present all evidence, grievances, documents, information showing proof of my claims, but I am repeatly ask to give up, the very same evidence again and again.

The Debtors stated that despite the lack of record evidence I gave and present for the Debtors and my Attorneys. Mr. Phenix of Mr. Katchmer, supporting a lost of overtime claims, and that I assert that three (3) white co-workers mike Risley mary Bonham - who had restriction at a point while working for the Debtors, when overtime was offered, and Paul Vickers worked more overtime than me. This is true as I presented the dates, time, jobs, write up plenty of grievances through union Representatives. to prove my claim, also I gave the Debtors a chart and break down of pay, dates time, explanation of this information from my daily notes I took, also giving to my Attorney Mr. Katchmer. the Debtors requested I give them a

Shanyl H. Carter 18 of 44
Case no 303-div 00205

break down of information they already had, just needed, and wanted to know what I had in my possession, just like now, as I continue to be ask by the Debtors of all this information, they already have and know of. the Debtors also states I would have to prove that they, Risley, Bonham, Vickers, were "nearly identical" to me in all "relevant" aspects. Check all evidence, books and records of my claims, supporting statement of these matters. The Debtors cause my numerous medical restrictions, and conditions during my employment, tenure with Delphi. Risley, Bonham, and Vickers were offered and worked more time than me, rather I had a restriction be not, there were restrictions jobs available, I right duty Cos, Risley, Bonham, Vickers perform the same jobs I could have perform if I was offered the jobs and break time. Compare there wages to mine, even when deducting my time off on sick leave (surgery) There were times I never got ask to work and I was above them on the equalization list. my question where did the Debtors get all this information from if I did not present any proof of my claims against the Debtors. The Debtors claim that the people in question, or can I what about the others I write up grievances, and place on my chart to my Katchmer, Debtor Attorney Loci Clary. As stated by the Debtors Vickers never been sub-jected to medical restrictions, but he was place on job of light duty and jobs I could have perform. Mr Risley did have a medical restriction for last 32 days ... jobs as stated by the Debtor

Case no 3:03 cr 00005. 19 of 44

he to perform light duty job I could have if offered the overtime. Ms, Bonham was Reducted for just five days in June 2002 as stated by the Debtors, she to was given the light duty job I could have perform as well. Records was Falsify and management were fire terminated when the Debtors supposedly have just found out OR complaints made A supervisor can easy write down you turned down a job, or overtime when ask by a supervisor-management. Check all grievances ence made by employees of the same statements, complaints I made against the Debtors, books, and Records, grievances, even claims. I am not the first employee or the last one to complaint of this matter, I's I can speak on how often Ridley, Bonham, and Vickers may or may not have done so. I would check the overtime list and check the hours they worked, and others would tell me, At times when the supervisor witness me doing this and writting down all information, daily noted, they management then changed there ways, and by not writting anything next to there name on the equalization list, and they management would wait until I left the area and bitching and or another shift. By me not being at work for my Re breast Reduction dont add up until all the other times I wit ness being looked over and not ask, then Repeatly told there is not job within my Restrictions. But many employees work who had medical problems, and many did not have A job at all, just sat around nothing. I know I would questions some and and many employees would tell me

Case Sharyl Y Carter    RB # 44
No 3,83 or E5205

or write up other employees who did work over them, see
Y. Carter stated about about Ridays, Benhams, Vickers on
a medical leave. I did support my belief and statements:
Complaints on all matters, including me being pass over by
management, staff of the Debtors. Again I provided and
gave proof, charts, notes to my attorney mr. Katchmer and
the Debtors attorney Luri Carey, Robert Walker. The Debtors
stated I could not show that I Sharyl Y Carter suffered an
adverse employment action, no evidence that those actions
were the result of intentional race discrimination. Again as
I stated, and gave massive amounts of proof to all my claims
why don't the Debtors provide the courts what I presented
previously, plus there books, records, grievances. Kim Loende
did tell me many of times that I can not work due to my
restriction, medical problems, I wrote Kim Loende and other
management for not offering me overtime (see notes, books, re-
cords, grievances) Also I was set up plenty of times by
the Debtors management, staff members, and given a
two man job that Re men would complete daily, and
other jobs by which the Supervisors knew of but
stood around watching me, I did question the
Supervisor as to why I had to do a two man
job several times. I was given a direct order
to do the job I was told to do. So of roll

Shanyl y carter 21 of 44
Case No 3:03 or 00205

for a committeeman, Union Representative and wrote the
Supervise up on charges, complaint and request I be paid
two times, and stated discriminatoi in a grievances.
The Debtas was Not there at that moment to say I
did not question the supervises and staff. I know the
Responsibility of supervisor. monitoring hour employees.
Job performance. Theres a difference when your super-
nsons, staff members stand right there and there
eyes are only on you, when theres about 5 u 6 othe
employees and they are watching and laughing, stobbs
the lines. to make it seem like I am not working. Theres
a different when they employees, supervise, union members, ok
Stand there and only watch me, As well as higher up staff
and managment when they stand there and talk while
only watching me, No one else. Supervisons would come to
a corner area and watch, look at me thinking I do
not see them. I know the differences between a super-
vised monitoring employee job performance. Check grievance
and notes on my proof to support the above claims against the
Debtors. I come very close, as the Debtors states that I
come nowhere close to establishing my Race actions that
occurred to and against me by the Debtors, staff
members, - Check books records, evidence, depositions, Notes
I present to the Debtors and there attorneys. I was given
a right to sue notice on these very same charges

Case No. 03:03-cr-00005   22 of 44

against the Debtors. You don't just with these claims, complaint if they were not true. I have no reason to make up all these claims, charges, or course the Debtor will deny it any everything else. I ask the courts to allow my claims, ask the Debtors to produce, present all books and records on my behalf and claims information I ask for. I had no problem coping massive amount of notes, documents information, charts, break down if proof of my complaints, medical reports, history, and information. I ask of the Debtors to do the same.

R. Plaintiff Cannot Prove that She (I Shard Y Carter) was Subjected To the Actionable Hostile Work Environment. I Suffer massive amounts of hostile treatment and working environment by the Debtors and the staff members, management even employee were told what, when how to harass me as well. Every supervisor, Non supervisor harass me daily, and I kept massive of notes to support my complaints. There were times I went to the medical office. Crying also to union representative office in tears of all the harassment I was given by the Debtors and staff members I wrote grievances up as well, I can go on and on as I am being ask to repeatly do so by the Debtors as they deny this ever happening, and that they have no tolerant for this kind of treatment. But the Debtors Stand by there staff quietly as these discrimination harassment, hostile environment treatments continues

Sharyl Y Carter
Case No 3;08 cv 10205    23 of 44

There were several times when Kim Corrole bumped into me on purpose, as she stood there and watch, monitor me as I can into work, as Kim stood there talking to her favorites employees. As I walk toward her and the employee, going to get coffee in break room are from 101 department, pass 107 area. As I approach Kim's hurry up and started walking towards me and bump me hard, I was so mad, and hurting, but I continue on to the break area, cool down, and write this harassment down in my notes, which the Debtors has. This was for me to go off and get fired, terminated but I refuse to let that happen, as I continued to be harassed daily. Kim tried this again another day, but I moved out of her way, widely to prevent this harassment from happening again. A few days after that happen Alex another supervisor tried to do the same as Alex, Kim, an employee was standing in the aisle talking, watching me, as I started walking by the employee walk from around Alex, my right side and tried to bump into me, but this time I did not move and the employee just miss me barely, I just looked at them all and continue on my way. I remember another supervisor Mike Molly, walking by me closely almost touching me, and said low; that I smell real good, this was early in the morning. Another case I walked to another department

to make a call to union member or Human Resources, I was followed by managments, supervise and watch closely as I ended the call. I believe I was callin to ~~reportse~~ Report harassment, discrimination, hostile environment and many other complaint I had against the Debtors, and suffer from. I call upon many meeting with plant managers, Human Resources, union members, supervise, etc to stop all this treatment, re taliation against me, but the more I demand meeting or write grievances, notes the worst things got. I also de manded an investigation several times, I witness it an that higher up person stop the harassment, but soon he quit or change plant, the tactic started up again an worst then prrise tactic. I remember a meeting with Barry Qualles several times, and with employee Valarie Carter on these charges, tactic. But that also did not stop the harassment. Another meeting, Barry Qualles, me Sharyl L Carter Impey Ann Polviren, Tom Munley, Jim, Crises, Blake Duffe and a supervise I think, that in house meeting was a joke, the only thing was address were a grievances I wrote and a supervise wrote me up and I believe I was fire for 3x days, and lost money, overtime ~~fees~~, etc. I then called up Jackie Polk from Delphi, Debtos Nationwide member of charges against, or within the facility, I believe of harassment / Discrimination to I believe the word was around the facility it this meeting...

case no 363-cr-00515  25 of 44

going to have one early morning. Everyone, including the supervisor was talking about me and watching me closely. I was not moved, I walked on to talk to Marcy & who recorded one 1 hour meeting, because it was too much to hold, write down. I told of everything that was and had happen toward me by the Debtors, staff members. That was not enough time to tell of all I suffered from since the beginning of my employment with the Debtors. I never heard from any one of this matter, just me - Sharyl Y Carter. giving the Debtors more information and proof to use against me. My next level was my Lawsue - Complaint against the Debtors as all my evidence I provided and more was used against me, and the Debtors claim to not know of any of my complaint. There's no amount of money that can take the place of what I have been through with this company the Debtors and there affiliates. Thats just a small amount of hastile work enviroment I suffer from the Debtors, this can go on and on and forever. As stated by the Debtors the Sixth Circuit explains that a difference exists between, "Cognizable harassment, mere annoyance, minor irritation, severe or pervasive harassment, a mere unfriendly work enviroment is insufficient to establish liablity I ask the courts to allow my claims and hastile enviroment. My notes, grivances, books and records support my claim, withness list, depositors.

Case Sharyl Carter 26 of 44
Case No 303 cv 66205.

The Debtors stated I have one Race-based comment
that Kim Cowdes use of the phrase "you people". She
phrase was used more than one time toward myself,
Sharyl Y. Carter, Valarie Grothers, another employee who I can
not think of her name right now. We all was harassed,
discriminated against, hostile work environment, torture
daily. All three of us wrote Kim Cowdes up several
times, many times in grievances, kept personal notes
daily to all these claims against the debtors. A union
Representatives over heard Kim Cowdes say this phrase
"you people" when we called them down to the floor
from upstairs to write Kim Cowdes up on charges. We
Valarie, I and unknown woman (Dionne Perry) filed charges with the
(NAACP) NAACP-DCRC-EEOC, and they filed charges
with OSHA, also we had numberous meeting on the
inside of the plant facility (the Debtors) before going
outside the work place, as we were told thats a
JO-NO and nobody will fight for us, against the Debtors
Later Dionne Perry was fired terminated, as Valarie Grothers
and myself fought hard daily to keep our job, we
were target also to be next, but we stay a couple
steps a head, and cut our breaks down to a less
time frame, I stayed around my work area to
avoid the hostile environment, termination to happen

Case No 3/53 or 00205 Sharyly carter RT #44

The Debtors needs to add all my complaints of all my claims, notes, deposition, grievances, books and records, and I plundered to the Debtors and then point out what is annoyance, mine irritations, plenty of series of events that has occurred and I suffer from the Debtors tactic.

3. Defendants Took Reasonable Steps to Address Plaintiffs Complaints. Moreover, as stated by the Debtors, defendants took reasonable steps to prevent and correct promptly the alleged harassment. Then why am I suing the Debtors - defendants on these charges. I witness the steps and they were dully noted, and was worst after steps was taken from me. The Debtors listen, wrote up and the torture, harassment was worst then before. As stated before and above, the Debtor states in August 2002, I actives, for copies of my grievances, labor relations represent medical records. Mary Ann Polunon, personnel files, and charges, and complaints of harassing, discrimination, and supervisor Refusing to give me copies of my information same as now when ask, and requested. After giving against the Debtors facility for charges to be filed. Of informations, documents was missing and not in order, no time sample and missing and

management refuse to show or give me my files, records, A copy of them. I was told by Kim Carell and other super-visor, managment, union representatives, that I could not have a copy of my records files, medical, etc. After massive amounts of complaining, A few meeting was held and finally after all this harassment, discrimination hostile environment, torture daily, mary Ann Polnuicak me that question, it was too late as I have ask to be left alone, stop tactic toward me. I took a lot of this abuse treatments, before going outside the company (the Debtors) me. Polnuiar stated I have to go down to the medical office the next day to pick up my medical file in the plant doctors office, which I was refusal of that file as well. Nobody managment, supervisor, union representatives wanted to talk to me, and I was refuse to write up any more grievances. Just stone cold black ball against me, employees were scared to talk to me, as I stood and walked alone. The treatment tactic never stop toward me as they continue. I did refuse to write a statement to ms. Polvinen as I have written massive amounts of complaints, grievances, notes on the treat I suffer under, while employee with Delphi (the Debtors) What more could ms. Polvinen want from me, or and yes it was stated I needed to write these complaint down before ...

my file, which is wrong, I gave up enough information
to prove myself plenty of times. Yes Rob flinch pro-
vided me with my records and files, not medical file.
But Rob flinch do so against the Debtors orders and
I was privately given the choice to make my own
copies of my file for a short time. The Debtors
making it sound like they was behind it, Rubis
decision to give me access to copy. Why did take all
this time, and item, files was place back into my
file, but no place paper work, not in order it should
have been in. I can not understand these tactic
torture that continued and went on for years, year
As stated by Debtors Tom Munley, personnel director at
the Dryden Road facility, Jacquelyn Pak, divisional
director of Human Resources, and Marci Gagliardo
divisional human resources representative spoke with
me and investigated my complaints. Yes and thats all it
has is investigated, no respond, reply back to me about
anything. Again I gave up massive amounts of
information and nothing done about it, because
the treatment continues. Nothing was found
to be true on behalf, but it would be who is side
they were on, and employed by. That little amount of
work was for me to quiet down and withdraw
my complaint, or not fill one against the
Debtors, my supervisor was not bothered hi

Case No. 3:03-cr-00205    30 # 44

me or this or any complaints, as the Debtors suppose there waves and action against me. Sheryl Y. Carter Delphi (Debtors) stated that my supervisor was re-minded commitment to a discremination-and harassment-free work environment and that I should bring any additional concerns to the company's attention so they can be investigated. I ask the courts to allow my claims against the debtors. I also had to contact Jackie Polk again later on for the same reason, tactic, and treatments from the Debtors, (see notes) as I was force back to work for (7) seven months under worse treatment hostile environment. The Debtors told me to my face with the medical department, they the company (the Debtor) will not honor my doctors restriction, and I was, or am to do as I am told, due to my money ran out while on sick leave, at CVC. which I was told do not have restriction jobs to do. Then why send, force me back into work for 7 months against restriction, and I then told to go and find my way to where I need to be, and place. I started to say something as the lady In the plant doctors office ask me if theres something I want to say I looked at her and could not believe that this person of high standard, representing the Debtors could stand in my face and giving me direct

Stanyl 21 &/&&
Case no. 5:03 or 0805   31 of 119

orders and rejecting my doctors (Dr. Feonstadward) orders and for her to challenge me to walk back out of the plant on sick, medical leave after I was basically threatend to do so. Again I continue to suffer harassment discrimination, hostile work environment, against my disabilites once again, I was told by a doctor that the Debtors made me go to work against my doctors orders and many of the doctors the company, Delphi sent me to see. This doctor name was, Jacob I believe, Dr. Jacob told me to be very careful, I'm sure he won't report that remark again to anyone. Then Dr. Feonstadward gave me restriction, which was not honored, and I was force to lift, stand, bend, twist and twen heany trays, parts, racks, containers, stand for hours long, we was working 11 or 12 hrs. shift, 4 on and 3 off. I was breathing in hazard chemicals which was hard to do, as I daily noted of the harassment, discrimination, hostile I was subject to for the entire time. Highee up management, staff, union member would watch me only directly, as to who I was making claims - suing the debters and there working. It was the hardest, painful, suffering I had to go through and tactic was worst then before. I was place under Kim Lenele once again, and given severe hostile treatment as was as overlooked for over time, which I was painful a couple of times, not all the time. I was set up, employer stabbing machine, spilling, leaking hazard chemicals in my face and clothes, sneakers, constantly which I had to throw away in the garbose. I um

fired for several days, as I watch on this daily treatment.
I was being watch everyday all day, I wrote up many
grievances, and several times the committeeman refused
to write up anymore. I made another call to Jackie
Polk and repeted briefly of my conditions, treatment at
work, Jackie Polk clerk was to delay the message to
her. I was having severe chest pains, alot with the other
pains I had due to working for the Debtors through out
these years. My back, neck, shoulders, legs, arms, pain
all over my body, but I was given a direct order to
take this or else be without pay, or terminated. I was
told by my doctors that I'll have this chest pain for life
as I pull a muscle when I return back to work. After
7 moths of this horrible treatment I was placed back on
sick leave by the Debtors stating that they don't have
a job for me with my medical conditions. Check books
and records, notes, grievances. There never was a job for me
Stacyl 2/ Carter to do in the first place, so why did the
Debtors force me back to work to only send me back
out the doors, again with low pay from the National
Benefit center/met Life. This made (my) health conditions
worst and my back pain and pain all over worst. Oh but the
Debtors state that this kind of treatment do exist
within there company, Delphi, and affiliates. I remember
all this like yesterday and their is much more, check
see books, and records deposition, notes that will sup-
port all my claims against the Debtors and there affiliat

I Sharyl 2. Carter continue to suffer from all this hostile treatment the Company Delphi put me through. Who can make up all this in writing just out of nowhere? massive time, energy.

**B. Plaintiffs Sex Discrimination Claim fails As to matter of Law.** As stated by the Debtors claim this as well as my claim of race discrimination, and other claims is legally invalid. yes as I mention above on supervisor mike mott coming closely to my ear to tell me I smell is did happen. I believe this to be sex discrimination also, I do not take this comment as a compliment, I don't need to hear this or any sexually statement, comment from management, staff members of the Debtors. I guess this is part of the job as well as other job factor that the Debtors allow to happen at the work place. Also the Debtors knew of mike mott drinking habits while on the job, everybody knew of this problems and mention this as well to union representative, members, investigators, everyone involve, (see notes, books, records). Delphi allow this to go on for years and years, but some was fired terminated for that same reason, Delphi management, lets see the books and record on everybody who was terminated including African america ones as while.

**C. Plaintiffs Disability Discrimination Claim fails As a matter of Law** As stated by the Debtors I had to prove that I have disabilities, and was either denied a reasonable accommodation for my disability, or was subject to an adverse employment decision that was made solely because of my disability, See above information, documentation, notes, disposition, books and records that supports my proof of my disability discrimination claim. I enclosed stature mm

addresses, numbers, dates, treatments, if not change or re-
located. The Debtor sent me to see one of their doctors on a
mental valuation, which I fail that one and another one.
(See Social Security Administration file) as well as a
company in Dallas TX who view my records with permission
and could not make a decision, but somehow, and some
way, a unknown doctor I never saw place a document
in my file. The Debtors also states the ADA defines "disability"
as a physical or mental impairment that substantially limits
one or more of the major life activities of such individual.
I do believe after the courts review all my information
documents, books, records, notes, I provided more than enough
information to support my claims on all matters. I don't
believe or think my health and mental stage, stress, depression
anxety, etc. as temporary minor limitation. They are disabilities
I suffer from because of the Debtors and their affiliates.
I can't possibly falsify my health problems for doctors
to make a diagnosis. Why all the paper work involved, notes
endence, names, dates, treatment, medication, if I do not
have any disabilities as stated by the Debtors. Since I
am an currently active employee, I also request the
court to have the Debtors give me life time medical in-
surance for me and my daughter and a medical retirement
as I requested in my complaint previously. If my back injury
does not typically qualify as disabilities by the Debtors
words, then what do, all of my health together would
support my claim and prove this

Sharyl Y Carter
case no S.03 or 00005. 35 of 44

The reasonable accommodation of my disabilities as stated by the Debtors was repeated, and they were inform of accommodation that was needed to support my claims. If the Debtors did not believe or denied getting inform then why the Debtors place me on sick leave continually and make me sign up for Social Security Administration. I Sharyl Y Carter did not speculate of my conditions accommodation as stated by the Debtor, these and all my complaints, claims are true and honest repeated, provided, presented all the information needed for my claims. The company did fail to create an issue of fact as to reasonably accommodate me as a I requested. I did not fail to create an issue of fact as to whether the Company, the Debtors failed to accommodate me as to whether the Attorneys all involve from the beginning of my lawsue, complaint of this and all matters concerning my claims, cases. As to whether the attorney is forwarded this information I don't know, but from the sound of things, No the Attorneys did not forward the information along with other facts information that was to be added to my complaints I was repeatly mislead, misrepresented, and now to find but much more was not added to my claims. Since It seems as though I am representing myself Please I am doing the best I can to make sure all information documents, notes, grievance, deposition, books, records be added as all document should have from the beginning until present. The Debtors continue to state there is no proof.

Sharyl Y Carter 36 of 44
CCA NO 3.08 CV 00015

See Nassue and evidence, as I repeatly stated on this state-
ment from the Debtors, on my back problems, me performing
my job duties at Delphi, working over 5,000 hours of over
time. The Debtors can't state or know that my back condition
is temporarily, and interfeird with my everyday activities
for seas periods of time from minutes, half an hour to
an hour. I guess the Debtors can state that fact when
I was force to return back to work and given a
direct order to preform jobs, and duties far way more
than the time I was given a restrictions for.
No the Debtors-Delphi did not grant my every accommoda-
tion I requested, if they did we would not be in court to-
day on my complaints, claims against the Delphi. There would
not be massive amounts of notes, evidence, energy, time
and money spent to prepare my complaints, or anybody else
in this matter. The Debtors would deny all charges I
Sharyl Y. Carter, made, file against the Debtors and affiliates.
They have been winning or getting away with these charges
for massive amount of years, and my, me being just
one more person added to the claims, cases will not
make a different. If I did not know whether I had any
medical restriction in place on the above occasions, as
stated by the Debtors, why was the Debtors, Attorneys and
doctors writting my restriction time after time. The
Debtors have all my restriction on there books, records

Case no 303or00005. summary letter 37 of 44

and proof that I presented for the Debtors an attorneys, and
doctors in plant medical office Dr. Ruffner, an staff for years
as stated by the Debtors missing out of overtime and not
renewing my restriction if false, I renew my restriction every
time and chance I got, due to my pain and conditions.
Things got to a point and time where my health problems
and condition is way more then the amount of money
the Debtor claim, stated I did not want to miss. It's never
about the money but when you go, or been treated like I
have throughout my years of employment, and lay off with
this company-Delphi (Debtors) it's about principals. You can not
do all this and damage a person life, health conditions
and state of mind and get away with it, when so many
are involve and was, are hurt by the same charges, com-
plaints as I am and face. the
this response, and reply
answer, response, reply, also due to my health problems and
conditions, I just hope that the courts give me an ex-
tension for more time. I also believe this documents,
second supplemental response, reply should have me mail
to me on January December 28, 2009 as same as the
notice of adjournment I received for this hearing to
be more until, or later date, January 21, 2010. I mailed
that copy previously, and its enclosed again as I ask
for more time to allow my reply, response to reach this
Court, attorneys inidue. Thank You.

Delphi, the Debtors has all the proof and evidences, notes
grivonces, deposition report, medical, and more on my behalf
to support all my claims, complaints. I ask the courts to Allow
all my claims, cases against the Debtors and affiliates debtors

D. Plaintiffs Age Discrimination Claim fails its A matter of Law.
As the Debtors states, however, the Age Discrimination in Employment
Act extends only to "individuals who are at least 40 years of age".
So anybody can discriminate against an employee under that
age of 40 yrs old and get away with it, as time goes on
and by the age of 40 or 39 yrs old they can or may be termi-
nated or cant work, or be hire under these conditions to fit
a claim, complaint against employer. Since I was 39 yr old
when taken the deposition, I was force to go back to work
after I was 40 yrs old to make this claim untrue, but I
continue to suffer discrimination, harassment, over looked on over-
time, fire, set up, not honoring my medical restriction, and more
as describe above and previsly. My evidence, books, records,
notes support my claims, I am now 45 yrs old, I was not
atestic allow to go into the Job Bank before the plant closing
was kept at a lower rate of pay, when employees just set a-
round talking, playing, sleeping for about several weeks months.
I can't remember the time, but its close in time range.
But I was again fire to go back into the plant when
no one was, or all lines were pack up, the clean up
crew was in there, it, the plant was empty except for
big trucks parked inade, as I wanted to see the
plant nurse for my sign but status, So I can

Collect Unemployment Benefits, when they were to start up. My doctor (besAgarwal + Agarwal) gave me the prescription Notice, as I believe they were told to do so, when they had to fill out paperwork from the Debtors. My claim should not be dismissed as the Debtors stated. I ask the courts to allow my claim, and all claims against the debtors.

E. PLAINTIFF's Claim for Compensation for Workplace Injuries

is Barred By Ohio's Workers Compensation Act As stated by the Debtors. Under Ohio law, employers complying with Ohio's Workers Compensation statute, "shall not be liable to respond in damages at common law or by statute for any injury...Received be Contracted by any employee in the course of or arising out of hee) me Sharyl Y Carter employment... Employees can sue for workplace injuries outside the workers' compensation system only if they prove 1) Knowledge by the employee of the existence of a dangerous process, procedure, instrumentality or condition within its business operation 2) Knowledge by the employer that if the employee is subjected by his employment to such dangerous process, procedure, instrumentality or condition, then harm to the employee will be a substantial certainty and 3) that the employer, under such circumstances and with such knowledge did Act to require the employees to continue to perform the dangerous task. I Sharyl Y Carter did prove these factors listed above through but my complaint Claims, cases against the Debtors. (See Notes, evidences, etc. position, grievances, books, records, medical records, my injuries that occurred while performing my job

Shary 1/2/carter
Case No 05-3CY 00285  N/O of N.H

duties while working for the Debtors, as stated by the Debtors of my back, neck, and other while working in Dept 101, is within the scope of workplace injuries covered by Ohios Statutory law for workplace injuries. If the Debtors knew of this and attorneys who Represented by me, the Debtors why deny these charges from the beginning, or not mention this factor and mislead, misrepresent me for years to waste time and let time expire on my workers Compensation claim, workplace Claims. My 1st Attorney Donna Dietrich (deceased) 1313 Talbott Tower first of Ludlow Street, Dayton Ohio 45402 - (937) 223-4400. MR. Katchmer who was to add in my complaint, claim against the Debtors (937) 224-0036 At that time. After the passing of MS. Dieteri that attorney firm would not represent me, and they Kept all my records, files, as the next step was to complaint in federal Courts, for which I did so then, and now. Then I hired, or ask MR. Todd B. Kime & Associates at 550 wards Corner Road Suite 102, Loveland, Ohio 45150, can not locate phone numbers. I later on August 30, 2007 wrote MR. Kime a letter dismissing him, MR. Kime & Associates clerks Refuse to go forward on my claim, and also Refusing to mail me all my records, documents I present to him, and what MR Kime Received from the Debtors, again I was mislead and misrepresented on yet more attorneys after attorneys, as they tell me they can't or will not go up against the Debtors, many Attorney turned me down coldly. Then I was contacted against Rules and Reglaeution from Bevan & Associates LPA, Inc. Attorney At Law - Bevan Professional B...

Stacy 4, Coler 41 of 44
Case no 3:03 CV 60000

10360 Northfield Road, Northfield, Ohio 44067 - Toll Free no.
877-873-2879, Akron (330) 650-0088, Cleveland (330) 467-8541
Fax no (330) 467-4493 = Thomas W. Bevan, Patrick M. Walsh
and Christopher J. Stefaniak, which on October 20, 2008 wrote
a letter stating they can no longer help me, do not see any
opportunity to Reverse the denial on my workers compensa-
tion claim, but that did not stop them to go into my other
claim Social Security Administration file, while having me
sign a form for them to do so in order to help me
win my claim. Again mis lead and mis representation by
Attorneys who claim to help me, but delay the process
gather up all my files, records, and to do who know what
with it. The Debtors continue to deny me being hurt on the
Job, but refuse to provide me and the courts the evidence
I present for my proof, and support of my claims.
F. Plantiffs Claim fail As to matter of law for Procedural Reasons
As stated by the Debtors. 1. Plantiffs Claims Against The Individual
Defendants Are Legally Impermissible Under Title VII, The ADA
and the ADEA States the Debtors, I did and do believe
that the Debtors and Tom Moseley, mary ann Polvineri, and
Jacquelyn Park should be liable due to the Debtors stating
that no one of their staff tolerates these tactic, when
I complained year after year, day after day about
what I suffered and how I was treated by the Debtors
and their staff members. If a company allow such
hostile, and horrible treatment and tactics to happen
to their employees they the company the Debtors

Case No. 2:05cv0005  4 R of 44

and these affiliates should be liable. If this was not to have
happen in the first place, we would not be in this court
on all these claims, cases, the only thing beside investigations
was to keep this a secret, and not allowing or trying to
prevent me from continue my claims, complaint against
the Debtors and affilates debtors. At what merits, OR
lack there of) do the Debtors think my complaints and
have listed all the supervisory management, union representa-
tives, Human Resources, every one who place me under
such harsh, hostile, harassment, discrimination, assault
with the Debtors knowledge that all above and that
but my notes, Grievances, books, records, medical condition
*file, Evidence, documents, And many more tactics
daily, year after year. They fall under some, principles.
2. Plantiffs Age sex And Disability Discrimination Claims
fail Not a matter of Law Because She (I share) Carry
Did not Satisfy The Procedural Prerequisites for filing
A Civil Lawsuit. As states the Debtors. I filed these
charges and like I Shary J. Carter stated in above and
previously response, reply, Everywhere I went to file those
charges complaint, these agency I mentions above and
before, previously refuse & did not complete my
filing correctly. I continue to be misled, misrepres
entative, misguided, lyred to and Avoided filing
the, my correct-information, as this these jobs to support
clients when they come to them for help

Sharyl Y. Carter 43 of 44
Case no 3:03-cr-0225

I ask of the courts to allow my claims against the Debtors
I. Sharyl Y. Carter filed charges with several state agency
but again I was told the wrong information, same as
I stated previously on the reasons these state
agency did not help me. 2/ so EEOC gave me a right
to sue notice, so somebody knew or knew of the mis-
takes that was made. I don't believe you can get
a right to sue notice under the grounds of not
pleading information documents, evidence to support your
my claims against the Debtor, or anyone in that matter.
As Debtors state Dure simply if a claimant does not first
present a claim to the EEOC, that claim may not be
brough before federal courts. I presented my claims
against the Debtor to the agency (NHHCP-DCRE-EEOC
and in the parts, facility of the Debtors, some agency
would not take my complaints, case. If the EEOC
charge office alleged only race discrimination, than
more was suppose to be added to my charges, and
claims against the Debtors. My claims for age and
sex and disability discrimination should not be bound
as the Debtors requested. I ask the courts to
allow my claims against the Debtors and affiliated Debtor.
3. Certain of Plaintiffs Claims Are Time Barred. As
the Debtors stated to the extent plaintiff, me Sharyl Y Carter
challenges actions occurring more than 300 days
before I filed my administrative charge,
those claims are likewise barred.

Sharyl Y. Carter
Case No 3.63 or 0003.   4.4 of 44

I Sharyl Y. Carter was Repeatly told by the Debtors
attorney Kurtzman Carson Consultants that I have no
Claims against them, the Debtors. When your delay tactic
are on purchase, and meant to go-over the time
frame. I filed charges well within the 300 days time
frame, also I filed charges with the Debtors on, or in
the past, then later I continue to file charges and complaint
against the Debtors Repeatly. Again my claims should be
allowed by the courts, I ask of this, and ask the courts
to check all the evidence, information, etc that supports
my claims against the Debtors.

Sharyl Y. Carter

Sharyl J. Carter
Health Problems

1. Lung Disease - Multi-Airways
2. Thyroid - Hyper.
3. Heart problems.
4. Chest pain
5. Back/Neck pain
6. Anxiety - Depression
7. Arthritis
8. Fibramia.
9. Carlo Tunnel Rt & Lt Hand

Please see accompanying Prescribing Information.
www.ALTACE.com
10. Sacho Nerve Rt & Lt Side Non-Stop

When used in pregnancy during the second and third trimesters, ACE inhibitors can cause injury and even death to the developing fetus. When pregnancy is detected, use of ALTACE should be immediately discontinued.


ALTACE®
ramipril capsules

Dr. Joseph A. Bax : M.D (716) 285-7366

700 Park Place - Niagara Falls, NY 14301-1028

Niagara Orthopaedic Associates PC - Carbo Tunne

Nov 12, 2009 at 12ᵒ° NOON - Given - Bilateral Wrist braces / 719.

Prescription

Spine & Sports Institute, PC
100 College Parkway, Suite 100          (716) 626-0093
Williamsville, New York 14221      Fax (716) 626-9193
Oct 28, 2009 at 9:00 am - Dr. Leonard Kaplan DO.- Back

Dr. Prem K. Tambar, MD. - Rheumatology
151 Buffalo Avenue Suite 210      (716) 282-3310
Niagara Falls, New York 14303
Nov 5, 2009 @ 12:00 noon - Check over /advise blood work
Nov 23, 2009 at 1:20 pm - the Blood Wk ____

Quest Diagnostics - Blood work per. Dr. Tambar
1408 Pine Avenue, N FALL 14301  (716) 285-4619
Nov 6, 2009 - for Tub Blood      Fax 285-9548

Damian Kingord — the Social Security Admin

1D

April 13, 2009

Miami Valley Hospital - mammogram Suite 4120
April 29, 2009

Dr. Pravin V. Mehta M.D. — (716) 285-1396
550 Main Street        fax (416) 285-2497
Niagara Falls, NY 14301
Full exam =                Aug 24, 2009 - EKG-Chest
                              Throat
                    Sept 29, 2009    Diabetic Test
                      meds for old-   Blood work ths. C
                        follow up.
Nebulizer w/ Peatropium) Albuterol     Oct 29, 2009 - 2pm
every 4 hrs.  11/2/09                   Dec 17, 2009 3pm
Pulse oximetry testing overnight-APH  (1-24-Part) Serial no # 125 3668
Jan 17, 2010  3pm.

Dr. Mary Remolino  - (716) 986-9199
Community Health Center of Buffalo Inc.   Sept 30, 2009
462 Garden Street                         . Blood work
Buffalo, NY 14215 -     Family Physician -

Advair 100/50   12 months supply
Nasonex   12 months "  "
Ibuteol

Mammogram test / Prescription Hand brace / Carbo Tunnel test

Dr. Agrawal   Apt Feb 5th 2009 at 2:15 (Husband)
Amitriptylin 25 mg
Breathing Test (machine)
Pulse Test

Miami Valley Hospital - Dr. Rani Akuthota md / Benjamin J. Gilli md Csg
Emerg Test  at 11.30 am   Feb 6, 2009
Carbo Tunnel   refer by Dr. Stephanie Permeta-Waed

Dr. Gordon Harris   apt. Feb 11, 2009 at 9 am
5460 North Main Street
Dayton Ohio 45415   (937) 274-2226
Mental Status Evaluation
by ref. Ms. E. Berwaed - Rehabilitation Sciences Commi
Soc. Sec.   Bureau of Disability Determination

Dr. Agarwal-Asha   March 12, 2009 = Physcal - Meds
1) EKG / Int.   March 19, 2009 = Results/Meds
2) Chest X-Ray + Int.   march
3) Bronchodilation / Asthma Test - breathing / Sinusitis (Acute)
4) Special Collection / (limited) - Rehydration
   Checkup meds   June 25, 2009
   Check up/meds/   July 18, 2009
   Soc Sec paperwork.

720 S. Ludlow Street
Dayton OH 45405

Dr. K. Greene    7/18/07 - Ret. back
Dr. Almazan      7/27/07 Workers Com.

Dr. Teresa McNeal (Dr. Panda's office & Kettleess)
5/24/06

Lindemann Physical Theraphy
Raymond Jason R.
(Kettering) 3712 Wilmington Pike
         OH 45429   (937) 294-0209b

1010 Woodman Drive  Pain Specialist
Dayton OH 45432 (937) 252-2800
Dr. Arvi Reddy MD.  1/9/2007

Physical Work Performance Evaluation 235-0068
NovaCare Rehabilitation
8618 Old Troy Pike, Huber Heights OH 45424
John Heilderschett  1/10/06

Dr. Asha Agarwal
4405 Brandt Pike
Huber Heights OH  236-2155
    to Present.

Dr. Hugh Morris
30 East Apple St.
Dayton OH  Suite 1623
       258-2088

Stacy Y. Carter Medical History Cont

7

7. Dr. Clery Frenista
   Dr. Stephanie Frenista-Ward        (937) 233-0132
   Dr. Harry Frenista
   6096 Brandt Pike                   1/99 to Present
   Huber Heights OH 45424

8. Dr. Robert Schreiber   Fax (934) 223-9792
                          (937) 223-4012
   130 West 2nd Street     Rheumatology
                           Suite 1430
   Dayton OH 45402
                          2/11/04 to Present.

9. Dayton Medical Imaging
   1001 South Main Street  (934) 836-9729
   Englewood, Ohio 45322
                          fax (937) 898-5615

Array of cortez <u>MEDICAL Hx'ey Lort</u>                    6

1) Dr. Reuttner + STOPP       Delphi Automatic Syster. Dr. - 395-3001 / 395-5906
   3535 Kettering Blvd          (937) 395-5072
   Moraine OH 45439             3/99 to present

2. Dr. Charles Demirjian       (937) 298-3800
   Pain management Inc.
   55 Elva Street Suite 100     1/20/05
   Vandalia OH 45377

3. Dr. Lythania Z. Africk      (937) 208-2088 / 208-2577
   30 E Apple Street Suite 6254
   Dayton OH 45409             1/30/05

4. Dr. Marcus E. Aonimjees     (937) 298-4417
   3205 Woodman Drive
   Dayton OH 45420             10/16/03

5. Dr. David Seymour           (937) 435-3620
   2591 Miamisburg / Centerville
   Dayton Mall Suite 300        4/12/05 thru 6/29/05
   Centerville OH 45459

?. RS Medical Vest = By Kevin Perel -1877-324-6053
   14401 SE 1st Street         1-800 935-7763
        -(360) 892-0339

Sharyl Y. Carter

Medical History Cont.   5.

Southview Hospital   · 2/1/05

1. Dr. Scott West - (937) 438-6465
Neurosurgical Care Incorporated.
1989 Miamiburg - Centerville Rd Suite 280
Centerville, OH  45459

Grandview Hospital   (937) 224-0812
434 W. Grand Avenue
Dayton OH

1. Therapy 9/27/05 to Present. 1/10/06
Joanne 226-3238 + 226-3341
Tara - Renee - Tina

2. X-Rays Chest/Lungs.  9/22/05
3.

MEDWORK
725 S. Ludlow Street
Dayton OH 45402
1. Dr. K. Brooms  1/15/..

Stacy of Carter Medical History Cont

Good Samarian North Hospital Cont.

8. Therapthy: Anderson.                    10/20/03 thru 11/19/03
   Melissa -567-5950          3/22/04 thru 4/8/04 + 6/.
   Ramsuamy Bathini  -  4/27/04 - 5/12/04
   Bruce Hall        10/26/04  2/20/04 - 3/21/04
   Par. Bf/Hblueshisldosa -5/11/04

   Ron Scitter 8/19/03 - 9/17/03
   Janelle Mullins  10/30/03
                    8/19/03
9. Tens Unit.

10. Dr. Vanderline  - (937) 224-8200 + 208-9531
    627 East 4rct Street
    Dayton OH ,
                                              EMB
   9/7/04- 9/21/04 + 10/5/04  + 10/27/04
   11. Tested Carbon Tunel
   12. Stress Test.
   Good Samaritan Hospital      (937) 278-2612
   2222 Philadelphia Drive
   Dayton OH 45406

1. Pulmonary Test Lungs- 2004

Miami Valley Hospial cont.

11. Dr. Townsend Smith III
    Pain management. Center          (937) 208-272-
    Wright Health Building            2002 & 2004
    1222 S. Patterson Blvd Suite 390
    Dayton OH 45402

12. 3 x Injections Shots. Lower Back.
    5/20/04   5/27/04   6/3/04


Good Samarian North Hospital   (937)
9000 North Main Street          279-5755
Dayton OH 45415

1. MRI     7/27/04
2. Carbo Tunnel
3. EMG.    9/21/04
4. X-Rays -  7/27/04
5. Radiology  7/27/04
6. Stress Test  10/24/04
7. Pulmonary Function Test - 10/10/03

Miami Valley Hospital
1 Wyoming Street
Dayton OH   (937) 208-8000
45409

1. Dr. Pedoto - (937) 208-4615
30 East Apple Street Suite 4200
Dayton OH 45409

2. X-Rays - 6/21/02 + 9/20/02

3. X-Rays Back - 11/19/98

4. X-Rays Chest 1/29/03

5. EMG + - Summary Nerve Conduction 9-20-02

6. Shots to Lower Back

7. MRI 8/29/02

8. Therapy - 6/21/02 thru 7/18/02
   Candace Pile 4/25/02 - 7/25/02
   Pam Heriath 1/17/03 - 7/25/02
   Michelle Evans 1/29/03 - 2/24/03

9. Radiology - Michael Gregg 8/29/02

10. Dr. Maupin - (937) 434-6456
    245 West Elmwood Drive
    Centerville OH 45459
    2x Breast Reduction
    12/15/99  + 1/4/01

92 Nadeey Lane #2
Dayton OH 45415
(937) 890-0176

Medical History

St. Francisan Hospital - (937) 229-6692
Franciscan Sports Medicine Center
One Franclan Way
Dayton OH 45468

1. Dr. Stevens (937) 229-6117
2. Dr. Land Seymour - 11/22/99
3. Carbon Tunnel Test.
4. Therapy 2x Session
   Angie West        3/3/99 - 4/1/99
   Donna Piekutsudk  3/3/99 - 5/3/99
   Billy Cannazozzi  7/12/99 - 8/11/99
   Bryan Ackerson
   Christine M. Linnes - 7/21/99

these chapter 11 cases, or to further object to claims that are the subject of the Thirty-Fourth Omnibus Claims Objection, on any grounds whatsoever.

        3.        Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

        4.        This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Thirty-Fourth Omnibus Claims Objection and determine all matters arising from the implementation of this order.

        5.        Each Claim and the objections by the Debtors to each Claim addressed in the Thirty-Fourth Omnibus Claims Objection, and set forth herein, constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each such Claim. Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

        6.        Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

Dated: New York, New York
      December 31, 2009

                    /s/Robert D. Drain
                    UNITED STATES BANKRUPTCY JUDGE

4

number 16849; and after due deliberation thereon; and good and sufficient cause appearing

therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.      Sharyl Yvette Carter, the holder (the "Claimant") of proof of claim

number 16849, was properly and timely served with a copy of the Thirty-Fourth Omnibus

Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to

11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection

Procedures Order"), the proposed order with respect to the Thirty-Fourth Omnibus Claims

Objection, and notice of the deadline for responding to the Thirty-Fourth Omnibus Claims

Objection.

B.      The Claimant submitted a response to the Thirty-Fourth Omnibus Claims

Objection (Docket No. 18457).

C.      On November 18, 2009, DPH Holdings Corp. ("DPH Holdings") and

certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH

Holdings, the "Reorganized Debtors") filed the Notice Of Sufficiency Hearing With Respect To

Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381,

1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571,

10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734,

13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524,

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate. See Fed. R. Bankr. P. 7052.

2



# FedEx

## Express



U.S. BANKRUPTCY COURT
2010 JAN 27 P 4: 17
S.D. OF N.Y.

FILED



*The Worl*

Envelo

Align bottom of **Peel and Stick Airbill** h

TO

**SHARYL YVIETTE CARTER**
**1541 LA SALLE AVE NO 1**

**NIAGRA FALLS, NY 14301**

Ref: DELPHI JCP MEMPHIS 237782-2
Dept: Delphi Corporation

STANDARD OVERNIGHT

TRK#    4403 4427 0060    Form
0201

14301    –NY–US    XX DKK

BUF

BILL SENC

Delivery
Bar

Fe

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                                            :    (Jointly Administered)
                    Reorganized Debtors.    :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH
RESPECT TO REORGANIZED DEBTORS' OBJECTION TO PROOF
OF CLAIM NUMBER 16850 FILED BY SHARYL Y. CARTER

("NOTICE OF ADJOURNMENT AS TO SHARYL Y. CARTER'S
PROOF OF CLAIM NUMBER 16850")

Debtors and making distributions (if any) with respect to all Claims and Interests ...." Modified
Plan, art. 9.6.

PLEASE TAKE FURTHER NOTICE that on November 18, 2009, the
Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors'
Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382,
1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835,
10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863,
13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525,
15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591,
16849, And 16850 (Docket No. 19108) (the "Sufficiency Hearing Notice") scheduling a
sufficiency hearing (the "Sufficiency Hearing") for December 18, 2009, at 10:00 a.m. (prevailing
Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300
Quarropas Street, Room 118, White Plains, New York 10601-4140 to address the legal
sufficiency of each Proof of Claim and whether each Proof of Claim states a colorable claim
against the asserted Debtor.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the
Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,
9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii)
Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006
(Docket No. 6089) (the "Claims Objection Procedures Order"), the Sufficiency Hearing with
respect to proof of claim number16850 is hereby adjourned to January 21, 2010.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed
in accordance with the procedures provided in the Claims Objection Procedures Order unless

3

Dated:    New York, New York
          December 24, 2009

                              SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                              By:  /s/ John Wm. Butler, Jr.
                                   John Wm. Butler, Jr.
                                   John K. Lyons
                                   Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                      - and -

                              By:  /s/ Kayalyn A. Marafioti
                                   Kayalyn A. Marafioti
                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                 Reorganized Debtors

5



Express



**356** RT 1 D he World On 8712 01.13

FZ

For FedEx Express® Shipments Only



Align bottom of **Peel and Stick Airbill** or **Pouch** her

XX DKKA

TRK# 4259 1610 8712
0201

WED — 13JAN
PRIORITY OVERN

TO **SHARYL Y CARTER**

**1541 LASALLE AVE #1**

**NIAGRA FALLS NY 14301**
REF: #P8

INV: #P9D112163

Fe

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                               :
In re                                          :       Chapter 11 Case No.
                                               :
MOTORS LIQUIDATION COMPANY, et al.,            :       09-50026 (REG)
        f/k/a General Motors Corp., et al.     :
                                               :
                        Debtors.               :       (Jointly Administered)
                                               :
-------------------------------------------------------------x
```

## NOTICE OF MATTERS
## SCHEDULED FOR HEARING ON JANUARY 14, 2010 at 9:30 a.m.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
                      Alexander Hamilton U.S. Custom House, before the Honorable Robert E.
                      Gerber, United States Bankruptcy Judge, Courtroom 621, One Bowling
                      Green, New York, NY 10004-1408

## I.    CONTESTED MATTERS:

1.    Debtors' First Omnibus Objection to Claims (Amended and Superseded Claims)
      **[Docket No. 4622]**

      Response Deadline:          January 7, 2010 at 4:00 p.m.

      Response Filed:

            A.    Response of Del Norte Chevrolet-Olds and Larry Allen (the "**Del
                  Norte Response**") to Debtors' First Omnibus Objection filed by
                  Lowell F. Sutherland on behalf of Del Norte Chevrolet-Olds and
                  Larry Allen **[Docket No. 4778]**

      Reply Filed:                None to date.

      Additional Document(s):     None to date.

      **Status:**       This matter will be going forward except for the Del Norte
                        Response, which has been adjourned to a future hearing date to be
                        confirmed with Chambers.

Response Deadline:          January 7, 2010 at 4:00 p.m.

Response Filed:             None to date.

Reply Filed:                None to date.

Additional Document(s):     None to date.

**Status:**       This matter will be going forward.


5.     Debtors' Fifth Omnibus Objection To Claims (Claims with Insufficient
       Documentation) **[Docket No. 4626]**

Response Deadline:          January 7, 2010 at 4:00 p.m.

Response Filed:             None to date.

Reply Filed:                None to date.

Additional Document(s):     None to date.

**Status:**       This matter will be going forward.


Dated: January 12, 2010
       New York, New York

                          /s/ Joseph H. Smolinsky
                          Harvey R. Miller
                          Stephen Karotkin
                          Joseph H. Smolinsky

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession



FILED
U.S. BANKRUPTCY COURT
2010 JAN 27 P 4: 17
S.D. OF N.Y.

RT 356 6 D
FZ
01.7523
01.12

press

The Wor

Envelop

STANDARD OVERNIGHT

TRK#    4341 0778 7523

14031    -NY-US    XX DKKA

Form
0201

BUF
12/AI

TU
Deliv

ORIGIN ID: OLVA
SHIPPING DEPT
KURTZMAN CARSON CONSULTANTS
2335 ALASKA AVE

EL SEGUNDO, CA 90245
UNITED STATES US

10

SHERYL Y CARTER
1541 LASALLE AVE NO 1

NIAGARA FALLS, NY 14031

Ref: DELPHI JCP MEMPHIS 24291-1
Dept: Delphi Corporation

(310) 823-9

Ac#kgt: 1 0 LB MAN
System#: 558642/CAFE2:
Account: S 345812520

BILL SENDER

Delivery Add
Barcode

Fed
Ex

PRF 24291-1

**Hearing Date and Time: January 21, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Supplemental Response Deadline: January 19, 2010**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

|   |   |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case Number 05-44481 (RDD) |
|  | (Jointly Administered) |
| Reorganized Debtors. |  |

------------------------------ x

REORGANIZED DEBTORS' SECOND SUPPLEMENTAL REPLY TO
RESPONSE OF SHARYL Y. CARTER TO DEBTORS' OBJECTION TO
PROOF OF CLAIM NUMBER 16850 FILED BY SHARYL Y. CARTER

("SECOND SUPPLEMENTAL REPLY REGARDING
SHARYL Y. CARTER'S CLAIM NO. 16850")

January 4, 2009

Honorable Robert D. Drain
United States Bankruptcy Judge
One Bowling Green Room 632
New York, New York 10004

I Mary L. Carter Reside
at 1541 LaSalle Street #1, Niagara Falls,
New York, 14301, my numbers are
(716) 284-3624, (937) 302-8072
          Enclosed are copies, documents
that is stating my claims may
be liquidated under (Re) two different
courts, United States Bankruptcy Courts
for my claims against the Debtors
and their affiliates. There are (Re)
two different Judges, Case No 89-58
(REE) Case No 05-44481 (RDD) Jointly
Administered. I mailed copies to
Delphi Corporation Attorney - Kurtopan
Consultants, and courts, and General
Motors Company Attorney, Weil Gotshal &
manges LLA and The Garden City
Group, and courts.
          I am respectfully requested that
all my claims, be allowed and granted
and to be placed in the proper courts
that the Debtors filed Bankruptcy in first.

Sincerely,
Mary L. Carter

Courts under different Honorable/Judges
Robert D. Drain and Robert E. Gerber and
unknow Judges and courts. I ask and
Respetable request the courts to place
all my claims in the one court under
one Judge that all these Chapter 11
case related, which to my Knowledge.
would be Honorable Judge Robert D. Drain.
I Sheryl L. Carter enclosed a copy
of the envlope and first (1) page 44
documents I recieve periodly.
Thank you.

1 of 2

January 8, 2010

Honoral Robert E. Gerber
United States Bankruptcy Judge
One Bowling Green Room 621
New York New York 10004

I Sharyl H. Carter resides at
1541 LaSalle Avenue #1 Niagara Falls, New
York, 14301, my phone numbers are
302-8872 and (716) 282-3624.
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall Crounse & Moore, PLC - Attn.
Timothy R. Moratzka (#75038) 1400 AT&T
Tower - 901 Marquette Avenue - Minneapolis
MN 55402, Telephone no# (612) 305-1400
Facsimile (612) 305-1414, of the court
of United States Bankruptcy Court
Southern District of New York In Re
Chapter, LLC etal - Lehters - Chapter 11
Case no: 09-50002 Requesting for No
Further electronic Notices. I Sharyl 2.
Carter Request the courts to have No
Lehters in the above courts to continue
to have the Lehters mail me any docu-
ments electronically. I disagree with the Dehter.
I dont know if these cases are
the same as previously, documents and
case was 85 74418 (RJB) and case
No. 09-50040 (Rdd) is the same above

courts under different Honorable/Judges
Robert D. Drain and Robert E. Gerber and not
unknow Judges and courts. I ask, and
Respectable Request the courts to place
all my claims in the one court under
one Judge, that all these Chapter 11
case started, which to my knowledge,
would be Honorable Judge Robert D. Drain.
I Sharyl J. Carter enclosed a copy
of the envelope and first (4) pages of
documents I receive pendely.

Thank you.

Sharyl J. Carter

January 8, 2010

MPM - Mackall Crounse & Moore PLC
Attn Timothy D. Moratzka,
400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

I Sharyl H. Carter Resides at
1541 Lasalle Avenue #1, Niagara Falls, New
York, 14301. My phone numbers are (937)
302-8972 and (716) 282-3604.
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall, Crounse & Moore, PLC - Attn.
Timothy D. Moratzka (#75038) 400 AT&T
Tower - 901 Marquette Avenue - Minneapolis,
MN 55402, Telephone No# (612) 305-1400
Facsimile (612) 305-1414, in the Court
of United States Bankruptcy Court
Southern District of New York In Re
Chrysler, LLC et al - Letters - Chapter 11
Case No: 09-50002 Requesting for No
Retured Electronic Notices. I Sharyl 2/.
Carter request the courts to hire a/a
Letters jus the above courts to continue
to mail the Letters, mail me any docu-
ments electronicly. I disagree with the Debtors.
I don't know if these cases are
the same as previously documents and
Case Nos 05-44481 (RDD) and Case
No 09-50002 (RDD) is the same above

Courts under different Honorable / Judges
Robert D. Drain and Robert E. Gerber did not
unknow Judges and courts I ask, and
Respectable request the courts to place
all my claims in the one court under
one Judge that, all these Chapter 11
case related, which to my knowledge
would be Honorable Judge Robert D. Drain.
I hereby 21. hereby enclosed a copy
of the envelope and first (5) page all
documents I received previously.
Thank 2/8u.

January 8, 2010

Weil Gotshal & Manges, LLP
Attn: Harvey R. Miller / Stephan Karotkin / Joseph Smolinsky
767 Fifth Avenue
New York, New York   10153

I Sharyl J. Carter resides at
1541 LaSalle Avenue #11 Niagara Falls, New
York, 14301, My phone numbers are (716)
302-8872 and (716) 282-3604,
Enclosed are copies of document
I received on January 7, 2010 from
Mackall, Crounse & Moore, PLC - Attn:
Timothy D. Moratzka (#75038) 1400 AT&T
Tower - 901 Marquette Avenue - Minneapolis
MN 55402, Telephone no# (612) 305-1420
facsimile (612) 305-1414, in the court
of United States Bankruptcy Court
Southern District of New York in re
Chapter, LLC etal - Debtors - Chapter 11
Case no: 09-50002 Requesting for no
future electronic notices. I Sharyl J.
Carter request the courts to have all
Debtors in the above courts to continue
to have the Debtors mail me any docu-
ments electronically. I disagree with the Debtors.
I don't know if these cases are
the same as previously, documents and
Case was 05-44481 (RDD) and Case
no 09-50002 (RDD) in the same above

courts under different Honorable Judges
Robert D. Drain and Robert C. Gerber and
unknow Judges and courts I ask and
Respectable Request the courts to place
all my claims in the one court under
one Judge that all these Chapter 11
case started, which to my knowledge
would be Honorable Judge Robert D. Drain.
I Sheryl L. Carter enclosed a copy
of the envelope and first (1) page of
documents I received personally.
Thank you.

1 of 2

January 8, 2010

The Garden City Group Inc
Motors Liquidation Company Agent
P.O. Box 9386
Dublin, Ohio 43017

I Sharyl Z. Carter Resides at
1541 LaSalle Avenue #1 ( Niagara Falls, New
York, 14301, My phone numbers are (937)
302-8072 and (716) 282-3624,
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall, Crounse & Moore, PLC - Attn:
Timothy D. Moratzka (#75038) 1400 AT&T
Tower - 901 Marquette Avenue - Minneapolis,
MN 55402, Telephone No# (612) 305-1420
Facsimile (612) 305-1414, in the Court
of United States Bankruptcy Court
Southern District of New York In Re
Chapter, LLC et al - Debtors - Chapter 11
Case No: 09-50002 Requesting for No
Further electronic notices. I Sharyl Z.
Carter request the courts to have all
Debtors in the above courts to continue
to have the Debtors, mail me any docu-
ments electronically. I disagree with the Debtors.
I dont know if these cases are
the same as previously documents and
Case No's 85 44481 (RDD) and Case
No 09-50026 (RDD) in the same above

courts under different Honorable Judges
Robert D. Drain and Robert E. Gerber and
unknow Judges and courts. I ask, and
respectable, request the courts to place
all my claims in the one court under
one Judge that all these Chapter 11
case together, which to my knowledge
would be Honorable Judge Robert D. Drain.
I Sheryl ? Carter enclosed a copy
of the envelope and first (1) page of
documents I received recently.
Thank you.

1 of 2

January 8, 2010

Kurtzman Carson Consultants
Delphi Corporation
2335 Alaska Avenue
El Segundo, CA 90245

I Sharyl J. Carter resides at
1541 LaSalle Avenue #11 Niagara Falls, New
York, 14301, my phone numbers are (937)
302-8872 and (716) 282-3624,
Enclosed are copies of documents
I received on January 7, 2010 from
Mackall, Crounse & Moore, PLC - Attn.
Timothy A. Mokratzka (#75038) 1400 AT & T
Tower - 901 Marquette Avenue - Minneapolis,
MN 55402, Telephone No# (612) 305-1420
Facsimile (612) 305-1414, In the court
of United States Bankruptcy Court
Southern District of New York, In RE
Chapter, LLC etal - Debtors - Chapter 11
Case No: 09-50002 Requesting for No
Future electronic notices. I Sharyl J.
Carter request the courts to have all
Debtors in the above courts to continue
to have the Debtors mail me any docu-
ments electronically. I disagree with the Debtor.
I don't know if these cases are
the same as previously, documents and
Case No's 05-44481 (RDD) and case
No 09-50026 (RDD) in the same above

courts under different Honorable Judges
Robert D. Drain and Robert C. Hurdle and
unknow Judges and courts I ask and
Respectable Request the courts to place
all my claims in the one court under
one Judge that all these Chapter 11
Case started, which to my knowledge
would be Honorable Judge Robert D. Drain.
I Sheryl 21. Carter enclosed a copy
of the envelope and first (1) page all
documents I received pending.
Thank you.



Express

RT 356

9559 01:22

D

The World

Envelope

FedEx
Express

TRK# 4403 4436 9529
[0201]

XX DKKA

THU – 21 JAN A4
STANDARD OVERNIGHT

14301
NY-US
BUF

Empf 69403 21JAN10 FUXA

FILED
U.S. BANKRUPTCY COURT
2010 JAN 27 P
S.D. OF N.Y.

TO
SHARYL Y CARTER
CARBON LASALLE AVE NO 1
NIAGARA FALLS, NY 10036

Ref:DELPHI JCP MEMPHIS 34986-9
Delphi Corporation

14301

ORIGIN ID:OLVA  (310) 823-8000
SHIPPING DEPT
KURTZMAN CARSON CONSULTANTS
2335 ALASKA AVE

EL SEGUNDO, CA 90245
UNITED STATES US

Ship Date: 20JAN10
ActWgt: 1.0 LB/1AN
System#: 0101S1/CPFE236
Account#: S 345012520

(310) 823-8000
FedEx
Express

Delivery Address
Barcode

BILL SENDER

E

Reg
11/22/2010

PRF 24586-2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED TWENTY-NINTH CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Twenty-Ninth Claims Hearing Agenda:

     A.     Introduction

     B.     Continued Or Adjourned Matters (1 Matter)

     C.     Uncontested, Agreed, Or Settled Matters (None)

     D.     Contested Matters (1 Matter)

**A.**     **Introduction**

**B.**     **Continued Or Adjourned Matters**

     1.     **CSX Transportation Motion To Compel** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *This matter has been adjourned to the February 25, 2010 claims hearing.* |

**Uncontested, Agreed, Or Settled Matters**

     None.

**Contested Matters**

     2.     **"Sufficiency Hearing Regarding Claims Of Sharyl Y. Carter"** - Sufficiency Hearing Regarding Claims Of Sharyl Y. Carter As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

2

*Responses filed:*      *Response Of Sharyl Y. Carter To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18457)*

*Sharyl Y. Carter Supplemental Response And Reply For Proof Of Claim Nos. 16849 And 16852 (Docket No. 19197)*

*Reply filed:*      *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

*Reorganized Debtors' Supplemental Reply To Responses Of Sharyl Y. Carter To Debtors' Objections To Proofs Of Claim Nos. 16849 And 16850 Filed By Sharyl Y. Carter (Docket No. 19161)*

*Reorganized Debtors' Second Supplemental Reply to Response of Sharyl Y. Carter to Debtors' Objection to Proof of Claim Number 16850 Filed by Sharyl Y. Carter (Docket No. 19303)*

*Related filings:*      *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number 16850 Filed By Sharyl Y. Carter (Docket No. 19243)*

3

*Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.
3007 Disallowing And Expunging Proof Of Claim Number
16849 Filed By Sharyl Yvette Carter Identified In The
Thirty-Fourth Omnibus Claims Objection (Docket No. 19272)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
January 20, 2010

                    SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr.
                        John K. Lyons
                        Albert L. Hogan III
                        Ron E. Meisler

                    155 North Wacker Drive
                    Chicago, Illinois 60606
                    (312) 407-0700

                        - and -

                    By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti

                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for DPH Holdings Corp., et al.,
                    Reorganized Debtors

4

**U.S. Postal Service**

## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 3230 0000 5110 0163

Sent To *Kurtzman Carson Consultant*
Street, Apt. No.; or PO Box No. *Delphi Corporation Claims*
*2335 Haska Avenue*
City, State, ZIP+4 *El Segundo, CA 90245*

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Kurtzman Carson Consultants*
*Delphi Corporation Claims*
*2335 Haska Avenue*
*El, Segundo, CA 90245*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Skadden, Arps, Slate, Meagher & Flom NLP
Attn: John Butler (John K. Lyons) Ron Meisler
333 West Wacker Drive Suite 2100
Chicago, Illinois 60606

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

7008 3230 0000 5110 0200

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7008 3230 0000 5110 0200

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Skadden, Arps, Slate, Meagher & Flom LLP
Street, Apt. No.; (Attn: Kayalyn Marafioti (Tim 5986)
or PO Box No. Four Times Square
City, State, ZIP+4 New York, New York 10036

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn Marafioti (Tim 5986)
Four Times Square
New York, New York 10036

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Honorable Robert D. Drain NY
Street, Apt. No.; United States Bankruptcy Ct Suthern Distk
or PO Box No. One Bowling Green, Room 610
City, State, ZIP+4 New York, New York 10004

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Robert D. Drain
United States Bankruptcy Ct of Suthern District
One Bowling Green, Rm 610
New York, New York 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2010 JAN 21

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Stockton Argos State member Thom Rt
Street, Apt. No.; Alhambra Ballater John Lyons / Ron members
or PO Box No. 333 West Wacker Drive Suite 2100
City, State, ZIP+4 Chicago, Illinois 60606

PS Form 3800, August 2006        See Reverse for Instructions