9217 Canyon Mesa Dr.
Las Vegas, NV 89144

January 21, 2010

Honorable Robert D. Drain, United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, Room 632
New York, NY 10004

Your Honor:

Enclosed is **"Amended Response"** to the Thirtieth Omnibus Claims Objection" filed by Delphi Corporation Chapter 11, Case No. 05-44481 (RDD) based on claim #5368 for Anthony N. Gardner. The **"Amended Response"** requests a correction/adjustment to the Modified Settlement Amount. Copies have also been sent to Delphi Corporation and their legal council. Any concerns or questions should be addressed to Mr. Gardner at the above noted address.

Respectfully,

Anthony N. Gardner

FILED
U.S. BANKRUPTCY COURT
2010 JAN 28 A 8: 16
S.D.N.Y.

Response **(Amended January 20 ,2010)**

Claim # 5368

In regards to:

Delphi Corporation, Chapter 11, Case No. 05-44481 (RDD)
Thirtieth Omnibus Claims Objection

This is an **amended** official response to the Delphi Corporation Chapter 11, Case 05-44481 (RDD), Thirtieth Omnibus Claims Objection on behalf of Mr. Anthony N. Gardner (claim # 5368). In general this response seeks to correct the "Modified Amount" of $580,203.73 (shown in Exhibit A, "Notice of Objection to Claims" document, dated June 27, 2008, page 2). The corrected amount should be $800,000.00. The details of this correction are as follows:

- (i.) Claims Objection "Thirtieth Omnibus Claims Objection"
- (ii.) Claim # 5368 for Mr. Anthony N. Gardner based on Supplemental Executive Retirement Program obligation
- (iii.) The Modified claim amount of $580,203.73 should be corrected to the agreed to amount of $800,000.00 by Delphi Salary Personnel Director Debra Alexander and Attorney Lisa Diaz of the firm Skadden, Arps, Slate, Meagher & Flom LLP representing Delphi. This was the agreed to amount as evidenced by email dated March 24, 2008 in exhibit B. Delphi originally calculated a proposed claim settlement based on standard data such as actuary tables and select published interest rates to produce a net present value. Although this may be numerically correct it is no more accurate than the underlying assumptions on mortality and interest rates. I believe that this understates the true value. In order to determine the true current value, I selected three major insurance companies that provide annuities, to do a market test **(two responded)**. The average premium and fees of the three insurance companies to provide an equivalent income to the current one, was about a $800.000.00. I believe that this is more representative of the true market value and replacement cost. Using this data, I held several conference calls in March 2008 with the above mention Delphi parties and reached an agreement of the stated amount of $800,000.00.
- **(iv.)** **Exhibit C shows the calculation sheet that was used for discussions with Delphi Personal and Counsel. It should be noted that the figure of $800,000 would not fully cover the cost of the annuity (producing an equivalent after tax monthly income) when estimated taxes on the lump sum is paid.**
- **(v.)** **Exhibits D& E are the annuity quotes provided by the insurers.**
- (vi.) Proof of general claim has already been established.
- (vii.) Total "corrected" Modified Claim amount of $800,000.00
- (viii.) Address of Claimant: (unchanged) 9217 Canyon Mesa Dr., Las Vegas, NV 89144

Any questions on the above response to the Delphi objection to claim may be addressed to the location identified in section (vi.) or my home phone (702) 869-3338. Please note that we are in the Pacific Time Zone for any calls.

Respectfully,

*[signature]*

Anthony N. Gardner

Exhibit 'B'

WebMail: Inbox

jang5@cox.net | Logout

**Read Message**

You are using 1% of 2 GB

Move to: Drafts

| | |
|---|---|
| From: | jang5@cox.net |
| Date: | Monday, April 7, 2008 12:46 PM |
| To: | ldiaz@skadden.com |
| Cc: | debra.alexander@delphi.com |
| Subject: | Delphi Settlement Cap |
| Size: | 2 KB |

```
Lisa:

I finally got your message on the proposed cap of $800K.
I had been out of state since Thursday morning and received some of the voice
mails but not the recording on my home phone. I know that you and Debbie
Alexander were anxious to receive confirmation of the cap amount because Delphi
was to announce exiting bankruptsy on Friday. However, I was notified Friday
morning that the deal fell through so I held off on any communications. I am now
back in town (Las Vegas) and can receive all types of comunications. Since there
apears to be more time now , I believe that we should just complete an actual
agreement rather than a patch work cap. Please call or write as soon as possible
with you settlement offer. I have already provided data on what I believe is
fair. If you have any questions fée free to call or email.

Regards,

Tony Gardner
```

Move to: Drafts

Cox High Speed Internet Support | Advertise with us
Copyright 2008 Cox Communications, Inc. ALL RIGHTS RESERVED. Privacy Policy | Visitor Agreement | Other Policies
Cox® High Speed Internet℠ is a registered trademark of Cox Communications, Inc.
Cox.net and www.cox.net are trademarks of Cox Communications, Inc.

http://webmail.west.cox.net/do/mail/message/view?msgId=INBOXDELIM11621                4/24/2008

**Calculation Sheet for Equivalent Annuity**  4-Aug-08
**to Delpi SERP Program for Anthony Gardner**

Current Funds received          $   4,501.07  Gross
from Delphi                     $   3,983.00  Net (after taxes)

                                $     518.07  Total Tax per month (current)

Annunity would be taxed at approximately half that rate over its life
                                $     259.04  Annuity tax per month (approx.)

Annuity gross payout per month  = Current net after tax plus annuity level tax (approx.)
                                $   4,242.04  Gross distribution from annuity per month

                                $  50,904.42  Gross distribution from an annuity per year

Cost of a whole life annuity (JLA) with suvivor benefit of 65% annuity for spouse

    Quote 1.)       Nation Wide   $ 742,630.57
    Quote 2.)       Genwr         $ 766,729.27

    Average of quotes             $ 754,679.92  Average Annuity cost

    Gross up of funds from Delphi to purchase annuity assuming distribution IRS tax rate of 35%

        Gross = Average of quotes/(100%-35%)       =       $ 1,161,046.03



# Nationwide®
## On Your Side

*Investments   Retirement   Insurance*

August 4, 2008

Valued Client

,

RE: Quote # 100281949

Dear Valued Client,

We appreciate the opportunity to provide financial solutions to you through our offering of The Best of America® America's INCOME Annuity® (AIA), an immediate variable annuity. An immediate annuity is a contract with an insurance company that provides immediate regular payments in exchange for a lump-sum investment. These payments are guaranteed to last for life or a specified period of time.

The enclosed quote results are based on the listed quoting assumptions, your age as of the income start date, and current purchase rates. Please note that all guarantees and protections discussed in this letter are subject to the claims-paying ability of Nationwide Life Insurance Company.

**Fixed Annuity Benefit:**
**The fixed purchase rate used to calculate your fixed benefit is guaranteed only if your entire deposit is received by August 7, 2008 and an AIA prospectus is presented with this quote.** The fixed portion of your payment is guaranteed, subject to the claims-paying ability of Nationwide Life Insurance Company, and will not change unless the terms of the annuity income option you selected state otherwise.

**Additional Available Riders or Features:**
Selecting the America's INCOME Annuity Income Foundation$^{SM}$ ("AIA Income Foundation") rider guarantees that your variable payment will never decrease below the guaranteed variable annuity payment (GVAP) due to the performance of the underlying investment options. With the AIA Income Foundation rider you can choose either the Level Guarantee Option or the Step-up Guarantee Option. Please note that this rider is available with America's INCOME Annuity for an additional cost of 1.00% and that not all underlying investment options, available at the contract level, are available with this rider. In addition, the GVAP amount will be reduced proportionally if you incur a redemption fee, make a variable-to-fixed transfer or take an unscheduled withdrawal.

If you select the **Level Guarantee Option**, your GVAP amount will be equal to 85% of the first variable annuity payment projected on the contract issue date. Once the GVAP amount is established, it will remain in effect throughout the life of the contract and will not change due to the performance of your underlying investment options.

If you select the **Step-up Guarantee Option**, Nationwide® guarantees your GVAP will be equal to 75% of the first variable annuity payment projected on the contract issue date. On each income start date anniversary, your GVAP amount may increase, if 75% of the calculated variable annuity payment is greater than the previous GVAP amount.

More information regarding how these benefits are calculated is available in the prospectus.

We will mail statements directly to you each quarter, which will provide details such as total payments received, investment option performance, and the status of any other financial transactions.

If we can be of any further service to you, please don't hesitate to contact your Income Products Customer Service Center toll-free at 800-452-7126 between the hours of 8:00am and 6:00pm ET, Monday through Friday.

Thank you for your interest.

Sincerely,

Nationwide Income Products Service Center


Note: this quote does not guarantee that Nationwide will issue a contract. For applications over $1 million, Nationwide will require the prospective contract owner to submit a completed Immediate Annuity Large Case Questionnaire for approval prior to contract issue.

The Best of America® America's INCOME Annuity® quote # 100281949 prepared for Valued Client & Mrs Client on August 4, 2008.

| Annuitant information | | | |
|---|---|---|---|
| Last name: | Client | First name: | Valued |
| Age at income start date: | 61 | Gender: | M |
| Joint/survivor information | | | |
| Last name: | Client | First name: | Mrs |
| Age at income start date: | 62 | Gender: | F |
| Assumptions | | | |
| Quote expiration date: | August 7, 2008 | Contract qualification: | Qualified |
| Product: | America's INCOME Annuity | Issue state: | NV |
| Income start date: | September 1, 2008 | Residence state: | NV |
| Payment frequency: | Monthly | Premium tax rate: * | 0.0 % |

* Please note that Premium Tax is based upon the Residence State of the Owner at the issue of the policy.

The following results show the purchase amount required to generate your requested payment amount(s).

| Option description: | JOINT AND 75% LAST | | |
|---|---|---|---|
| Gross payment: | $4,250.00 | **Results** | |
| Fixed percent: | 100% | Fixed purchase: | Variable purchase: | Annual exclusion amount: |
| Total purchase allocated to fixed: | 100% | | | |
| ABL: | No | $742,630.57 | $0.00 | $0.00 |
| AIR: | 3.5% | | | |

Please keep in mind the following before investing:

• Annuities have limitations and investing involves market risk, including possible loss of principal

• Variable annuities are long-term investment vehicles designed for retirement purposes

• All individuals selling variable annuities must be licensed insurance agents and registered representatives

• All guarantees and protections are subject to the claims-paying ability of Nationwide Life Insurance Company

**This quote must be accompanied by a prospectus. Both the product prospectus and underlying fund prospectus can be obtained from your investment professional or by writing to Nationwide Life Insurance Company, P.O. Box 182021, Columbus, OH 43218-2021. Before investing, carefully consider the fund's investment objectives, risks, charges and expenses. The product prospectus and underlying fund prospectus contain this and other important information. Read the prospectus carefully before investing.**



Before investing, understand that variable insurance products: are not insured by the FDIC, NCUSIF, or any other government agency; are not deposits or obligations of, or guaranteed by, the depository institution where offered; and involve investment risk, including possible loss of principal



## An illustration using:

## SecureLiving® Income Provider
Single Premium Immediate Annuity

For people who want guaranteed income that:

- Can last a lifetime or for a specified period of time
- Can be fixed or can increase over time
- Can be tax-advantaged
- Can provide a level of flexibility and control in the event of unforseen financial needs
- Can be used to pay living or other expenses, be left to beneficiaries, or even given as a financial gift.

**Issued by Genworth Life and Annuity Insurance Company**
700 Main Street
Lynchburg, VA 24505-1412

Genworth Life is a Genworth Financial company

**Prepared for:**
Anthony Gardner

**Prepared by:**
Kevin Huntsman

**Genworth Life and Annuity**
SecureLiving® Income Provider

## Single Premium Immediate Annuity Quote

| Prepared for | | | | State | |
|---|---|---|---|---|---|
| Anthony Gardner, Male, born 12/11/1946, age 62 & Janice Gardner, Female, born 7/2/1946, age 62 | | | | Nevada | |
| **Cost Basis** | **Tax Status** | **Quote Date** | **Purchase Date** | **Expiration Date** | |
| Single Premium | Non-Qualified Account | 8/4/2008 | 8/11/2008 | 8/11/2008 | |

Illustrated with rates effective as of 7/28/2008. If quoting after 8/4/2008, please ensure that rates are current.

| Single Premium | Income Payment | Income Start Date | Tax Details | | | Confirmation # |
|---|---|---|---|---|---|---|
| 1. For Anthony Gardner & Janice Gardner: Annually for 16 years installment refund and as long thereafter as both annuitants shall live, reducing to 67.00% after the installment period if only one annuitant is living at or after that time. | | | | | | |
| $766,729.27 | $51,000.00 | 9/11/2008 | Taxable Portion: | $20,655.00 | 40.5% | #4012066-1 |
| | | | Non-Taxable Portion: | $30,345.00 | 59.5% | |

Rates are subject to change without notice. To ensure timely issuance of the contract, please submit a copy of this quote with the immediate annuity application. Please note, we aggregate multiple contracts for the same annuitant. This may affect the final determination of your income benefits or premium costs.

The instructions on the last page are an integral part of the illustration; please read them carefully.

11/01/2005 NS35307
Payout Effective: 7/28/2008 FC5/FU
Version 3.25

This illustration is not complete without all pages.
Payout Rates: JCF JYI CZJ CYK DZK EZK OYK U; LGU JJX KKW WKY WKW AKB DKD R
Hypothetical Illustration, Page 2 of 3

Date Prepared: 8/4/2008
Preparer: #1101649