BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

> UNITED STATES BANKRUPTCY COURT
> SOUTHERN DISTRICT OF NEW YORK

------------------------ x
                         :
      In re              :    Chapter 11
                         :
DPH HOLDINGS CORP., et al.,  :    Case No. 05-44481 (RDD)
                         :
                         :    (Jointly Administered)
    Debtors.             :
------------------------ x

### LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for DPH Holdings Corporation ("DPH"), and formerly a Retained Professional, submits this list of exhibits to its identified fee application (the "Final Banner Fee Application"):

Exhibit A  -  Summary Sheet.

Exhibit B  -  Certification.

Exhibit C  -  First Interim Application of Banner & Witcoff, Ltd., Intellectual Property Counsel to Delphi Corporation, Seeking Allowance And Payment Of interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§330 and 331.

Exhibit D - Second Interim Application of Banner & Witcoff, Ltd., Intellectual Property Counsel to Delphi Corporation, Seeking Allowance And Payment Of interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§330 and 331.

Exhibit E - Third Interim Application of Banner & Witcoff, Ltd., Intellectual Property Counsel to Delphi Corporation, Seeking Allowance And Payment Of interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§330 and 331.

Exhibit F - Fourth Interim Application of Banner & Witcoff, Ltd., Intellectual Property Counsel to Delphi Corporation, Seeking Allowance And Payment Of interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§330 and 331.

Exhibit G - Fifth Interim Application of Banner & Witcoff, Ltd., Intellectual Property Counsel to Delphi Corporation, Seeking Allowance And Payment Of interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§330 and 331.

Exhibit H - Sixth Interim Application of Banner & Witcoff, Ltd., Intellectual Property Counsel to Delphi Corporation, Seeking Allowance And Payment Of interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§330 and 331.

Exhibit I - Omnibus Order Granting First Interim Applications of Certain Professionals for Allowance Of Compensation And Reimbursement Of Expenses (October 8, 2005 Through January 31, 2006)

Exhibit J - Omnibus Order Granting Second Interim Applications of Certain Professionals for Allowance Of Compensation And Reimbursement Of Expenses (February 1, 2006 Through May 31, 2006)

Exhibit K - Omnibus Order Granting Third Interim Applications of Certain Professionals for Allowance Of Compensation And Reimbursement Of Expenses (June 1, 2006 Through September 30, 2006)

Exhibit L - Omnibus Order Granting Fourth Interim Applications of Certain Professionals for Allowance Of Compensation And Reimbursement Of Expenses (October 1, 2006 Through January 31, 2007)

Exhibit M - Omnibus Order Granting Fifth Interim Applications of Certain Professionals for Allowance Of Compensation And Reimbursement Of Expenses (February 1, 2007 Through May 31, 2007)

Exhibit N - Omnibus Order Granting Sixth Interim Applications of Certain Professionals for Allowance Of Compensation And Reimbursement Of Expenses (June 1, 2007 Through September 30, 2007)

Exhibit O - Order terminating Banner's status as special litigation counsel and authorizing the retention of Banner as an ordinary course professional according to the order under 11 U.S.C. §§ 327, 330, and 331 authorizing retention of professionals utilized by debtors in ordinary course of business (Docket No. 9101).

Exhibit P - Order granting Automotive Technologies International, Inc.'s motion for relief from automatic stay to proceed with appeal of patent litigation.

Exhibit Q - Order lifting stay of proceedings in ATI I case[1]

Exhibit R - Appellate Court Decision, ATI I case

Exhibit S - Judgment, ATI I case

Exhibit T - Service of this list of exhibits.

Exhibit U - Proposed Order.

---

[1] See the Final Banner Fee Application as to "ATI I."

Respectfully submitted,

PANTERIS & PANTERIS, LLP
Attorneys for Banner & Witcoff, Ltd.


By:  /s/ *George Panteris*
    George Panteris (GP3235)
    35-16 Bell Boulevard, Suite 201
    Bayside, NY  11361
    Tel: 718.281.2154
    Fax:  718.281.4746
    gpanteris@panterislaw.com