BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x
                               :
     In re                     :     Chapter 11
                               :
DPH HOLDINGS CORP., et al.,    :     Case No. 05-44481 (RDD)
                               :
                               :     (Jointly Administered)
Debtors.                       :
------------------------------ x

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11
U.S.C. SECTIONS 330 AND 331

# EXHIBIT A

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel


Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**SUMMARY SHEET
FOR SEVENTH AND FINAL INTERIM APPLICATION
OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO
DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER
11 U.S.C. SECTIONS 330 AND 331**

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for DPH Holdings Corporation, et. al, and once a Retained Professional, submits this Summary Sheet in support of its seventh and final interim application seeking a seventh and final interim allowance and payment of compensation and reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the period from October 8, 2005 through August 15, 2007 ("the Application Period").

2

## TOTAL COMPENSATION AND EXPENSES REQUESTED AND ANY AMOUNT(S) PREVIOUSLY REQUESTED

Requested: $ 265,344.29
Previously Requested: $ 266,604.29

## TOTAL COMPENSATION AND EXPENSES PREVIOUSLY AWARDED BY THE COURT

Total Previously Awarded: $ 265,344.29

## NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE PERIOD, AND DATE OF BAR ADMISSION FOR EACH ATTORNEY

| Name | Rate | Position/Bar Year |
|---|---|---|
| Kelly A. Boudreau | $150.00 | Paralegal |
| Ted L. Field | $215.00 | 2002 |
| Matthew S. Phillips | $115.00 | Paralegal |
| Charles W. Shifley | $435.00 | 1976 |
| Bradley C. Wright | $380.00 | 1994 |
| Binal J. Patel | $320.00 | 1996 |
| Matthew P. Becker | $295.00 | 1998 |
| Adam Greenfield | $175.00 | Law Clerk |
| Timothy J. Rechtien | $175.00 | Law Clerk |

## TOTAL HOURS BILLED AND TOTAL AMOUNT OF BILLING FOR EACH PERSON WHO BILLED TIME DURING BILLING PERIOD

| Name | Hours | | Amount |
|---|---|---|---|
| Kelly A. Boudreau | 1.0 | hour | $ 150.00 |
| Ted L. Field | 34.7 | hours | $ 7,460.50 |
| Matthew S. Phillips | 1.3 | hours | $ 149.50 |
| Charles W. Shifley | 446.9 | hours | $194,401.50 |
| Bradley C. Wright | 22.0 | hours | $ 8,360.00 |
| Binal J. Patel | 113.3 | hours | $ 36,256.00 |
| Matthew P. Becker | 1.0 | hour | $ 295.00 |
| Adam Greenfield | 18.6 | hours | $ 3,255.00 |
| Timothy J. Rechtien | 8.2 | hours | $ 3,255.00 |

3

COMPUTATION OF BLENDED HOURLY RATE FOR PERSONS WHO BILLED TIME DURING PERIOD, EXCLUDING PARALEGAL OR OTHER PARAPROFESSIONAL TIME

Blended hourly rate: $391.93 per hour

** Attached are cumulative summary charts showing (1) Time Summary and (2) Compensation and Reimbursement For Seventh and Final Application Period.

                              Respectfully submitted,

*[signature: Charles W. Shifley]*
Charles W. Shifley
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

3

## TIME SUMMARY FOR APPLICATION PERIOD
## FOR SEVENTH AND FINAL APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

| Name | Year of Admission to Practice Law | Rate[1] | Hours | Billing |
|---|---|---|---|---|
| Kelly A. Boudreau | Paralegal | $150.00 | 1.0 | $150.00 |
| Ted L. Field | 2002 | $215.00 | 34.7 | $7,460.50 |
| Matthew S. Phillips | Paralegal | $115.00 | 1.3 | $149.50 |
| Charles W. Shifley | 1976 | $435.00 | 446.9 | $194,401.50 |
| Bradley C. Wright | 1994 | $380.00 | 22.0 | $8,360.00 |
| Binal J. Patel | 1996 | $320.00 | 113.3 | $36,256.00 |
| Matthew P. Becker | 1998 | $295.00 | 1.0 | $295.00 |
| Adam Greenfield | Law Clerk | $175.00 | 18.6 | $3,255.00 |
| Timothy J. Rechtien | Law Clerk | $175.00 | 8.2 | $3,255.00 |
| Totals | | | 647.0 | $253,582.50 |

**Amount for Final Approval: $253,582.50**

---

[1] Rates did not change through the Application Period. Rate amounts reflected voluntary accommodations to Delphi.

05-44481-rdd    Doc 19389-3    Filed 02/01/10    Entered 02/01/10 13:15:19    Exhibit A
Pg 6 of 6

**COMPENSATION AND REIMBURSEMENT SUMMARY FOR APPLICATION PERIOD
FOR SEVENTH AND FINAL APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY
COUNSEL TO DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331**

| Date/Docket No. of Order Granting Fee Application | Date/Document No. of Fee Application | Total Professional Fees Requested by Applicant Net of Voluntary Reductions | Total Professional Fees Recommended by Fee Committee | Total Professional Fees Awarded by Court | Total Charges and Disbursements Requested by Applicant Net of Voluntary Reductions | Total Charges and Disbursements Recommended by Fee Committee | Total Charges and Disbursements Awarded by Court | Total Voluntary Reductions by Applicant |
|---|---|---|---|---|---|---|---|---|
| 2/15/07 Doc. #6986 | 4/28/06 Doc. #3506 | $29,580.05 | $29,580.05 | $29,580.05 | $411.95 | $411.95 | $411.95 | $0.00 |
| 2/15/07 Doc. #7026 | 7/31/06 Doc. #4781 | $41,786.66 | $41,786.66 | $41,786.66 | $552.66 | $552.66 | $552.66 | $0.00 |
| 2/15/07 Doc. #7019 | 11/30/06 Doc. #5947 | $50,331.00 | $50,331.00 | $50,331.00 | $1,223.10 | $1,233.10 | $1,223.10 | $0.00 |
| 7/2/07 Doc. #8450 | 3/23/07 Doc. #7405 | $85,631.00 | $85,631.00 | $85,631.00 | $1,762.24 | $1,762.24 | $1,762.24 | $0.00 |
| 10/29/07 Doc. #10741 | 7/31/07 Doc. #8808 | $46,234.00 | $44,974.00 | $44,974.00 | $7,900.28 | $7,900.28 | $7,900.28 | $1,260.00 |
| 2/25/08 Doc. #12882 | 12/7/07 Doc. #11360 | $1,044.00 | $1,044.00 | $1,044.00 | $147.35 | $147.35 | $147.35 | $0.00 |
| Totals | | $254,606.71 | $253,346.71 | $253,346.71 | $11,997.58 | $11,997.58 | $11,997.58 | $1,260.00 |

**Amount For Final Approval: $ 265,344.29   ($ 254,606.71  Requested + $ 11,997.58 Requested - $ 1,260.00 Voluntary Reductions)**