BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - -     x
                           :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - -     x

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES UNDER 11
<u>U.S.C. SECTIONS 330 AND 331</u>

# EXHIBIT C

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                        :
        In re                :      Chapter 11
                         :
    DELPHI CORPORATION, et al.   :      Case No. 05-44481 (RDD)
                         :
             Debtors.     :      (Jointly Administered)
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## FIRST INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi Corporation ("Delphi"), and a Retained Professional,  submits this first interim application seeking a first interim allowance and payment of compensation and reimbursement of expenses under 11 U.S.C. §§330 and 331 for the period from October 8, 2005 through January 31, 2006 ("the Application Period").

### STATEMENT AT THE OUTSET PURSUANT TO GUIDELINES

Banner submits this interim application for (a) allowance of compensation for 78.8 hours of professional legal professional services and 1.5 hours of paraprofessional legal services provided by Banner to Delphi, in the amount of $29,580.05 and (b)



reimbursement of actual and necessary charges and disbursements incurred by Banner in the amount of $411.95, for a total of $29,992.00, in the rendition of required legal, intellectual property professional services on behalf of Delphi in the time period of October 8, 2005 through January 31, 2006.

## SUMMARY SHEET AND CERTIFICATION

A Summary Sheet is attached as Exhibit A. A Certification is attached as Exhibit B.

## CONTINUED APPLICATION

In support of this first interim application, Banner further represents as follows:

## BACKGROUND

1.     On October 8, 2005, Delphi and certain of its United States ("U.S.") subsidiaries (the "Initial Filers") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). (On October 14, 2005, three additional U.S. subsidiaries of Delphi (collectively with the Initial Filers, the "Debtors") filed voluntary petitions for relief under the Bankruptcy Code. The Debtors continue to operate their businesses as "debtors-in-possession" under the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions of the Bankruptcy Code and orders of the Bankruptcy Court.

## RETENTION OF BANNER

2.     On January 3, 2006, pursuant to an application dated December 6, 2005, the Bankruptcy Court entered an order titled "Order under 11 U.S.C. §§327(3) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Banner &

Witcoff, Ltd. as Intellectual Property Counsel to Debtors ("Banner Retention Order"),"

Exhibit C, and thereby granted the Debtors' request to employ Banner as intellectual

property counsel under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule

2014 of the Federal Rules of Bankruptcy Procedure, with approval of such employment

being effective as of the Petition Date, October 8, 2005.

### EVENTS BEFORE THE APPLICATION PERIOD, INCLUDING IDENTIFICATION OF LITIGATION THAT GIVES RISE TO THIS APPLICATION AND BANNER'S TERMS AND CONDITIONS OF ENGAGEMENT IN REPRESENTING DELPHI IN THE LITIGATION

3.      Delphi is a defendant in two civil actions for patent infringement in which

Banner lawyers have represented Delphi from before the Petition Date. These are (a)

Automotive Technologies International, Inc. ("ATI") v. BMW North America, Inc., et

al., Appeal No. 06-1013 (Federal Circuit September 29, 2005) and its underlying case,

Civil Action No. 01-71700 (April 30, 2001), and (b) Automotive Technologies

International, Inc. v. Delphi Automotive Systems Corporation, et al., Civil Action No.

04-72035 (E.D.Mich. April 30, 2005). Together, these cases as routinely called the "ATI"

cases by Banner.

4.      Banner was retained to represent Delphi in the ATI cases by an exchange

of letters of engagement described in paragraph 10 of an Affidavit of Charles W. Shifley

filed in support of the application for retention of Banner, Exhibit D. See also Exhibits E

and F, the subject letters of engagement.

5.      Civil Action No. 04-72035 was stayed during the pendency of Appeal No.

06-1013 and remains stayed by District Court order.

6.      Delphi has an indemnity agreement with General Motors Corporation

implicated in the identified civil actions for patent infringement. Pursuant to the

3

agreement, at Delphi expense, Banner represents and has represented General Motors Corporation in these actions as well as Delphi.

## EVENTS DURING THE APPLICATION PERIOD CAUSING NECESSARY AND REASONABLE SERVICES AND DISBURSEMENTS

7.    Between October 8 and November 14, 2005, Banner represented Delphi in necessary efforts in the identified appeal as shown in Banner's Invoice No. 1614120, Exhibit G attached. The names and hourly rates of all professionals and paraprofessionals who billed time are stated in the Summary Sheet, Exhibit A.

8.    On November 14, 2005, Delphi served the appellate court and its opponent in the identified appeal with its Suggestion of Bankruptcy and Notice of Operation of Automatic Stay.

9.    On November 22, 2005, the appellate court requested information whether the appeal should be stayed in total as to all parties and not just Delphi. Banner represented Delphi in responding as in Invoice 161412, Ex. G.

10.    On December 13, 2005, the appellate court issued an order temporarily staying briefing in the appeal and directing Delphi and its opponent to file status reports every sixty (60) days concerning whether this Bankruptcy Court has lifted the stay. Banner represented Delphi in response as in Invoice 1614120, Ex. G.

11.    On January 13, 2006, Banner received a telephone call from a Federal Circuit mediation Co-ordinator, seeking mediation of the identified appeal.  Through January 31, 2006, Banner represented Delphi and General Motors in response, as in invoice 1616698, Exhibit H attached.

12.    Between October 8 and January 31, 2005, and pursuant to employment by Delphi and Delphi's indemnity to General Motors Corporation, Banner actively

4

4

represented General Motors in the identified appeal as shown in Invoices 1614120 and 1616698, Exs. G and H.

COMPLIANCE BY BANNER'S INVOICES NOS. 1614120 and 1616698 WITH 11 U.S.C. 330, THE INTERIM COMPENSATION ORDER AND FEE GUIDELINES

13.    This application and Banner's invoices Nos. 1614120 and 1616698, Exs. G and H, comply with 11 U.S.C. 330, the Interim Compensation Order, and the U.S. Trustee Fee Guidelines, the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, and the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (together, "The Guidelines"), to the best of Banner's ability to provide compliance, and in that they contain all required information and are for necessary and reasonable services and disbursements provided to Delphi in the ATI cases.

14.    The Certifying Professional certifies this application as in his Certification, Exhibit B.

15.    Further, among other matters, lists of the individuals who provided services during the statement periods are at page 5 of Invoice 1614120 and page 2 of Invoice 1616698, Exs. G and H, and in the Summary Sheet, Exhibit A. All listed individuals other than Ms. Boudrea and Mr. Phillips are attorneys. Ms. Boudreau and Mr. Phillips are paralegals.

16.    The Banner invoices also comply in that respective billing rates, aggregate hours, and reasonably detailed breakdowns of disbursements, and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour are all part of the invoices.

17.    The Banner invoices also comply in that disbursements are billed at rates and in accordance with practices customarily employed by the applicant and generally accepted by the applicant's clients, and the disbursements, for photocopies, both internal and external, telecommuncations, both toll charges and facsimile transmissions, courier and freight, printing, court reporter and transcripts, messenger services, computerized research, out of town travel expenses, word processing, secretarial and other staff services, cellular telephones, overtime expenses, local and daytime meals,  local transportation, and all other disbursements,  satisfy the requirements of The Guidelines. Banner notes it has billed $3.70 for color copies at a rate of $1.85 per color copy.

16.    Banner believes its invoices and this application also comply with all other aspects of the Interim Compensation Order and all applicable laws, rules, guidelines and the like. To any extent there is any technical noncompliance; Banner respectfully requests a waiver for any such matter.

### ALL REQUIRED NOTICES HAVE BEEN PROVIDED; THERE HAS BEEN NO OBJECTION

17.    Banner has provided all required notices pursuant to the Interim Compensation Order, including serving monthly statements under paragraph 2(a) of the Order, serving this fee application under paragraph 2(a) of the Order, serving an e-mail notice of the filing of this application and a listing of exhibits filed in support of it on the 2002 Entities List pursuant to paragraph 8 of the Order. See Exhibits I, J and K.

### CONCLUSION

WHEREFORE, Banner respectfully requests that the Court (a) enter an order allowing interim compensation of $29,508.05 to Banner for necessary and reasonable professional services rendered as attorneys for the Debtors during the application period,

plus reimbursement of actual and necessary charges and disbursements incurred in the sum of $411.95 for a total sum of $29,992.00 and, (b) grant such other and further relief as is just and equitable under the circumstances.

A proposed order is attached at Tab L.

Respectfully submitted,

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

7

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SUMMARY SHEET
FOR FIRST INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL
PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi Corporation
("Delphi"), and a Retained Professional,  submits this Summary Sheet in support of its first
interim application seeking a first interim allowance and payment of compensation and
reimbursement of expenses under 11 U.S.C. §§330 and 331 for the period from October 8, 2005
through January 31, 2006 ("the Application Period").

### TOTAL COMPENSATION AND EXPENSES REQUESTED AND ANY AMOUNT(S) PREVIOUSLY REQUESTED

Requested: $29,992.00
Previously Requested: Zero

### TOTAL COMPENSATION AND EXPENSES PREVIOUSLY AWARDED BY THE COURT

Total Previously Awarded: Zero

### NAME AND APPLICABLE BILLNG RATE FOR EACH PERSON WHO BILLED TIME DURING THE PERIOD, AND DATE OF BAR ADMISSION FOR EACH ATTORNEY

| Name | Rate | |
|---|---|---|
| Kelly A. Boudreau | $150.00 | Paralegal |
| Ted L. Field | $215.00 | 2002 |
| Matthew S. Phillips | $115.00 | Paralegal |
| Charles W. Shifley | $435.00 | 1976 |
| Bradley C. Wright | $380.00 | 1994 |
| Binal J. Patel | $320.00 | 1996 |

### TOTAL HOURS BILLED AND TOTAL AMOUNT OF BILLING FOR EACH PERSON WHO BILLED TIME DURING BILLING PERIOD

| Name | Hours | Amount |
|---|---|---|
| Kelly A. Boudreau | 1.0 hours | $150.00 |
| Ted L. Field | 0.70 hours | $150.50 |
| Matthew S. Phillips | 0.50 hours | $57.50 |
| Charles W. Shifley | 40.0 hours | $17,400.00 |
| Bradley C. Wright | 0.70 hours | $266.00 |
| Binal J. Patel | 37.4 hours | $11,968.00 |

2

COMPUTATION OF BLENDED HOURLY RATE FOR PERSONS WHO BILLED TIME
DURING PERIOD, EXCLUDING PARALEGAL OR OTHER
PARAPROFESSIONAL TIME

Blended hourly rate: $377.97 per hour

Respectfully submitted,

Charles W. Shifley
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

CERTIFICATION FOR
FIRST INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL
PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
UNDER 11 U.S.C. SECTIONS 330 AND 331

I, Charles W. Shifley, as the "Certifying Professional" for Banner & Witcoff, Ltd.

("Banner"), intellectual property counsel for Delphi Corporation ("Delphi"), and a Retained

Professional, certify as follows:

1.      I have read the First Interim Application of Banner & Witcoff, Ltd., Intellectual

Property Counsel to Delphi Corporation, Seeking Allowance and Payment of Interim

Compensation and Reimbursement of Expenses Under 11 U.S.C. Sections 330 and 331 ("the

First Interim Banner Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES FOR FEES
AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW
YORK BANKRUPTCY CASES

2.      To the best of my, the Certifying Professional's knowledge, information and

belief formed after reasonable inquiry, the fees and disbursements sought in the First Interim

Banner Application fall within the Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines")

13

and the UST Guidelines, except as specifically noted in this certification and described in Banner's fee application (there are no exceptions).

3.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Banner, and generally accepted by the applicant's clients.

4.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this chapter 11 case, the chair of each official committee and the debtor have all been provided not later than 20 days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this chapter 11 case, the chair of each official committee and the debtor have all been provided with a copy of the relevant fee

2

14

application at least 10 days before the date set by the court or any applicable rules for filing fee applications.

## FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.      To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the First Interim Banner Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.      The Certifying Professional is unable to certify that the trustee, debtor, or chair of each official committee (as to each respective committee's professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.      To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.      To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

16

Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
          In re                         :     Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :     Case No. 05-44481 (RDD)
                                        :
                      Debtors.          :     (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF BANNER & WITCOFF, LTD.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

("BANNER RETENTION ORDER")

Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of Banner & Witcoff, Ltd. ("Banner") as an intellectual property counsel to the

Debtors; and upon the Affidavit of Charles W. Shifley, sworn to December 6, 2005, in support of

the Application (the "Shifley Affidavit"); and this Court being satisfied with the representations

made in the Application and the Shifley Affidavit that Banner does not represent or hold any

interest adverse to any of the Debtors' estates or the Debtors with respect to the matters on which

Banner is to be employed, and that Banner's employment is necessary and would be in the best

interests of each of the Debtors' estates; and it appearing that proper and adequate notice has

been given and that no other or further notice is necessary; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1

1.   The Application is GRANTED.

2.   The Debtors' employment of Banner as intellectual property counsel, pursuant to the Application, is approved under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of the Petition Date, October 8, 2005.

3.   Banner shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court.  Without limiting the foregoing, Banner shall make reasonable efforts to ensure that the Debtors' estates are not charged for any duplication of work with the other professionals retained in these cases.

4.   This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Final Order.

5.   The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Application.


Dated:   New York, New York
         January 3, 2006



                                          /s/ Robert D. Drain
                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :

In re               :    Chapter 11
                :

DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                :

             Debtors.  :    (Jointly Administered)
                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF CHARLES W. SHIFLEY IN SUPPORT OF APPLICATION FOR ORDER
UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF BANNER & WITCOFF, LTD.
AS AN INTELLECTUAL PROPERTY COUNSEL TO DEBTORS**

STATE OF ILLINOIS

COUNTY OF COOK

CHARLES W. SHIFLEY, being duly sworn, deposes and states as follows:

    1.   I am a shareholder and Vice President of the law firm of Banner & Witcoff,

Ltd. ("Banner"), proposed intellectual property counsel for Delphi Corporation ("Delphi") and

certain of its subsidiaries and affiliates, the debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"). I am licensed to practice law principally in the

State of Illinois. I am also licensed by the United States Patent and Trademark Office. I have

nearly thirty years of successful experience in intellectual property matters, including patent

litigation and counseling matters.

    2.   I submit this affidavit (the "Affidavit")[1] in support of the Application For

Order Under 11 U.S.C. §§ 327(e) And 1107(b) And Fed. R. Bankr. P. 2014 Authorizing

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the
Application.

Employment And Retention Of Banner & Witcoff, Ltd. As Intellectual Property Counsel To Debtors (the "Application") nunc pro tunc to October 8, 2005, filed concurrently herewith.

  3. The name, business address, and telephone number of Banner & Witcoff, Ltd. are as follows:

> Banner & Witcoff, Ltd.
> 10 South Wacker Drive
> Chicago, Illinois 60606
> 312.463.5000

  4. Banner is well qualified to assist the Debtors in the manner described in the Application. Banner is a nationally well-known and respected intellectual property law firm almost all of whose lawyers are experienced, registered patent lawyers with technical degrees. Banner has successfully represented Delphi and its predecessor, General Motors Corporation, in many patent infringement cases. Banner has also represented Delphi and its predecessor, General Motors Corporation, in other patent infringement counseling. Banner enjoys extensive experience in intellectual property law and cases in the Debtors' industry, including currently pending patent infringement cases against Debtors. Consequently, Banner can economically, successfully, and uniquely represent the Debtors in cases currently pending and similar intellectual property matters. Accordingly, the Debtors believe that Banner is well qualified to serve as an intellectual property counsel in these chapter 11 cases in an efficient and effective manner.

  5. Also, Banner has advised the Debtors regarding other intellectual property matters. Based on the services that Banner has rendered to the Debtors, Banner is thoroughly familiar with certain intellectual property matters relating to the Debtors.

  6. Generally, in connection with the Debtors' cases, Banner intends to provide to the Debtors with the following types of professional services:

(a)    representation, both currently and if any appeal were to follow, in Automotive Technologies International, Inc. v. BMW North America, Inc., et al., Appeal No. 06-1013 (Federal Circuit September 29, 2005) and its underlying case, Civil Action No. 01-71700 (April 30, 2001);

(b)    representation in Automotive Technologies International, Inc. v. Delphi Automotive Systems Corporation, et al., Civil Action No. 04-72035 (E.D.Mich. April 30, 2005), a patent infringement case that was stayed during the above-identified appeal;

(c)    preparation of legal opinions involving Debtors' claims relating to the Debtors' products and patents, as well as claims made by competitors;

(d)    representation of the Debtors for a broad scope of intellectual property law services.

7.    In light of certain existing client representations on unrelated matters, the engagement of Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden, Arps") as the Debtors' bankruptcy counsel, the engagement of Shearman & Sterling LLP ("Shearman") as the Debtors' special counsel, the engagement of Togut, Segal & Segal LLP ("Togut") as the Debtors' conflicts counsel, and the engagement of other counsel for the Debtors, Banner will not be responsible for or undertake any representation with respect to (a) advising the Debtors concerning specific contracts and claims of certain of Banner's existing clients and (b) reviewing, interpreting, or commenting on the specific contracts and claims of certain of Banner's existing clients. These existing client relationships, and the scope of the carve-out from Banner's retention, are discussed more fully below.

3

8.   It is Banner's understanding that the Debtors may request that Banner undertake specific matters beyond the limited scope of the responsibilities set forth above. Should Banner agree in its discretion to undertake any such matter, it is Banner's understanding that the Debtors will seek further order of this Court.

9.   Banner is making efforts, together with the Debtors' other counsel to ensure that there is no duplication of effort or work between such firms and Banner.  It is Banner's intention that the estates should receive the best value possible from the efficient coordination of work among its counsel.  Banner believes that its lawyers and the rest of the lawyers retained in these cases have to date delineated clearly, and will continue to delineate clearly, the division of work between them, so as to avoid any duplication of effort and to maximize the efficiencies of the proposed arrangement.

10.   Banner has in the past been employed and retained pursuant to certain engagement letters between the Debtors and Banner, dated October 7, 2004 and November 19, 2004 (together, the "Engagement Letters"), and pursuant to additional terms.  The additional terms are that Banner agreed that its discounted hourly rates would remain in effect through the remainder of the cases that are subject to the Engagement Letters, the rates being subject to renegotiation three years after the Engagement Letters if the cases remained pending then. Banner also agreed to represent the Debtors in preparing legal opinions and other matters at standard hourly rates or for pre-agreed total charges.

11.   Banner agrees to accept as compensation for the services rendered in connection with its representation of the Debtors compensation on the terms set forth in the Engagement Letters and the additional terms identified above.

4

12.    Banner acknowledges that all amounts paid to Banner during these chapter 11 cases are subject to final allowance by this Court.  In the event that any fees or expenses paid to Banner during these cases are disallowed by this Court, the fees and expenses will be disgorged by Banner and returned to the Debtors or as otherwise ordered by this Court.

13.    Banner categorizes its billings by subject matter, in compliance with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee Guidelines"). Banner acknowledges its compensation in the Debtors' cases is subject to approval of this Court in accordance with section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and the U.S. Trustee Guidelines.

14.    Banner has conducted a check for conflicts of interest and other conflicts and connections with respect to the Debtors' bankruptcy cases.  Banner maintains a database containing the names of current, former, and potential clients and other principal parties related to such clients.  I caused Banner to review and analyze the conflict database to determine whether Banner has any connection with the principal parties-in-interest in these chapter 11 cases, using information provided to Banner by the Debtors and Skadden, Arps and information contained in the database, including (a) the names of the Debtors' prepetition lenders, (b) the names of significant creditors of the Debtors, and (c) the names of firms that the Debtors intend to or may employ during their chapter 11 cases.

15.    Based upon this research, I have determined that Banner has in the past represented, currently represents, and will likely in the future represent certain of the Debtors' creditors and other parties-in-interest in matters unrelated to the Debtors or these chapter 11 cases. Banner has represented, currently represents, and will likely in the future represent, such creditors and other parties-in-interest, and their related entities, in such matters, including:

5

General Motors Corporation ("GM"), where Banner has been directed to do so by Delphi as a

matter of assisting Delphi in meeting contractual indemnity obligations to GM, with the consent

of both companies; Dura Automotive Systems, Inc.; Illinois Tool Works, Inc.; Cargill, Inc.;

Allstate Insurance; AT&T, Nokia Corporation; John Hopkins University; Harley Davidson

Motor Company; Circuit City Stores, Inc.; Microsoft Corporation; and Technitrol, Inc.  I do not

believe that the foregoing raises any actual or potential conflicts of interest of Banner relating to

the representation of the Debtors in these chapter 11 cases, but such relationships are disclosed

out of an abundance of caution.

16.    It is my intention that if Banner becomes aware of any other connections of

which it presently is unaware, Banner will bring them to the attention of this Court and the U.S.

Trustee.

Charles W. Shifley

Sworn to before me
this 6 day of November, 2005
DECEMBER

Notary Public

"OFFICIAL SEAL"
KATHY G. KESSLING
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/8/2009

6

EXHIBIT E

# DELPHI

Telephone:  (248) 813-3309
Facsimile:  (248) 813-1122

*Via E-Mail*

October 7, 2004

Mr. Charles Shifley
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606

Re:    *ATI Patent Litigation*

Dear Charles:

This confirms that Delphi Corporation has retained Banner & Witcoff to represent Delphi in the following patent infringement cases:

1)    *Automotive Technologies International v. BMW of North America, et al.*
      Case No. 01-CV-71700 (E.D. of MI), Delphi Matter No. 2001-000762 (ATI I); and

2)    *Automotive Technologies International v. Delphi, et al.*
      Case No. 04-60083 (E.D. of MI), Delphi Matter No. 2004-000564 (ATI II)

Except as provided herein, this engagement letter supercedes the previous engagement letter dated August 28, 2002, between Delphi and Banner & Witcoff for the ATI I matter.

I will be responsible for managing these matters and will be your direct contact at Delphi. Please include the Delphi file numbers shown above in all correspondence and invoices with this office. To the extent possible, we request that you bill activities on these matters separately. In situations where the time spent on activities for these matters cannot be conveniently distinguished, please bill commingled time to the ATI I matter. In the event that one or more or these actions become consolidated, we will inform you as to the Delphi matter number under which you should subsequently bill your time.

We have approved a four-person Banner & Witcoff attorney team to work on these matters. Banner & Witcoff has agreed to discount its regular hourly professional rates on these matters as listed below:

Delphi World Headquarters & Customer Center
5825 Delphi Drive, M/C 480-410-254, Troy, MI 48098-2815
william.Cosnowski.Jr@delphi.com

Charles Shifley, Esq.
October 7, 2004
Page 2 of 3

| PROFESSIONAL | REGULAR HOURLY RATE | DISCOUNTED RATE |
|---|---|---|
| Charles Shifley | $455 | $435 |
| Binal Patel | $335 | $320 |
| Matt Becker | $310 | $295 |
| Ted Field | $220 | $215 |

Additionally, you agree that the discounted hourly rates will remain in effect through the remainder of these cases. Others from your firm may be necessary to assist us on this litigation, but you have agreed to obtain our written permission before engaging them. No fees will be paid for work performed by others before you have obtained our written permission.

Banner & Witcoff agrees to pay one hundred percent (100%) of the transportation expenses for travel to Detroit incurred by Banner & Witcoff team members on these matters. Additionally, Banner & Witcoff agrees to continue the practice of not billing Delphi for travel time on these matters.

You agree to continue to accrue a 5% credit on all professional billings for the ATI I matter as originally agreed in the engagement letter dated August 28, 2002.

You also agree to accrue a credit to Delphi in the amount of five percent (5%) of your professional billings on the ATI I matter to be used as payment by Delphi for services on any future matter, when and if we retain your firm. This credit shall accrue from the first dollar of ATI II fee billings but shall not vest until fee billings for the ATI II matter exceed $1,000,000. Separate billing of these matters is essential for correct calculations of our credit. It is our intention to process your monthly billing statements promptly, but at times it may take forty-five days or more to process your bill once it has been received.

We expect that the Delphi team assigned to this case will be fully engaged. The Delphi team will manage the document collection, coding and preparation of document chronologies. We also plan to fully participate in discovery, motions, and strategies necessary to successfully defend and prosecute these actions. We wish to do everything we are able to do on these litigations in-house. To help us achieve this, we ask that before your team undertakes an activity, you first review it with us to see if we have the resources available. Please call Joe Papelian or me at any time if you believe we are not able to supply the support needed to successfully litigate these matters

We expect that your hourly billable rates include all overhead and internal charges associated with your practice. A copy of our recently revised billing instructions and limitations is attached and incorporated into this engagement agreement by this reference. Any questions about billing procedures should be addressed to Michele Piscitelli, who can be reached at 248-813-2511.

Charles Shifley, Esq.
October 7, 2004
Page 3 of 3

As you know, we view the relationship between our companies as a "partnership" in which we both work together and communicate well with each other, to serve the best interests of Delphi. Your dedicated work and willingness to provide creative fee arrangements that recognize the financial pressures of the automotive supplier industry has placed Banner & Witcoff on a select counsel list for Delphi's litigation matters.

We request that you endorse this engagement agreement below and return an executed copy for our records.

Please call if you have any questions.

Sincerely,

William Cosnowski, Jr., Esq.
Delphi Legal Staff

WC/cmp
Enclosure

Accepted this ___ day of _____, 2004.

By: _____
     Charles Shifley, Esq.
     BANNER & WITCOFF, LTD.

EXHIBIT F



TEN SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606-7407

BANNER & WITCOFF, LTD.
INTELLECTUAL PROPERTY LAW

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

**Charles W. Shifley**
Direct Dial: (312) 463-5441
cshifley@bannerwitcoff.com

November 19, 2004

William Cosnowski, Jr., Esq.
**Delphi World Headquarters - Legal Staff**
Delphi Automotive Systems
5825 Delphi Drive
Troy, MI 48098-2815

Dear Will:

We have a few more changes for our engagement together in the ATI cases. Our principal issue is the term of engagement concerning fixing rates for the life of the engagement. We are cautious about the open-endedness of such a term. As an example, I have a case now that has lasted eleven years in district court, and has started into its second appeal. It has potential for several more years of proceedings.

Our primary intent is to maintain and strengthen our relationship. The discounts that are present in the lawyer hourly rates stated in your letter of October 7th are approximately 4% of standard rates. We expect to increase rates in February such that the discount for 2005 will conceivably increase to 8%. In addition, we are agreeing to the 5% credit and transportation terms.

Generally, we are against our rates being fixed. By the terms of your letter, Delphi is gaining significant advantage in receiving the 5% credit, especially with Delphi and the firm agreeing to the 5% being applied from $1. Consistent with our primary intent but also our opposition to rate fixing, especially rate fixing for an indefinite and potentially long time, we can accept the hourly rates as stated in your letter, if fixed until the end of 2005, with rates thereafter being our standard rates. We also propose that the ATI II credit apply to the future litigation from when time billing for the future litigation starts.

We also suggest clarifying that the 5% credit currently accruing and continuing to accrue on ATI I will be for future patent application, patent opinion and other patent-related transactional representation. We also propose that the ATI II credit apply to the fees that accrue on a future litigation, applicable when that future litigation begins.

We also ask that Delphi provide us some flexibility in the attorneys who may represent Delphi in the two cases, by engaging with us in introducing Delphi to more attorneys than on the current list of approved attorneys, especially to possibly include some of our attorneys in our Washington, D.C. office.

CHICAGO
WASHINGTON, D.C.
BOSTON
PORTLAND, OR.

William Cosnowski, Jr., Esq.
**Delphi World Headquarters - Legal Staff**
November 19, 2004
Page 2

    If you can accept these few modifications of the terms proposed in your letter of October 7, 2004, we have an agreement for engagement. I have held our billing for time back to September 1, 2004. I will now bill it at the agreed rates.

        Very truly yours,

        Charles W. Shifley

CWS/sls

EXHIBIT G



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL  60606

Tel:  312.463.5000
Fax:  312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI  48007-5052

| | |
|---|---|
| Invoice Number | 1614120 |
| Invoice Date | 02/20/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

**RE:    00013    Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/05:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 10/10/05 | BJP | DELP36 | Conferral with Calsonic's counsel regarding strategy for a possible cross-appeal, preparation in advance, and follow-up | 0.80 |
| 10/13/05 | BJP | DELP36 | Strategy conferral with Joint Defendants regarding possibility of a notice of a cross-appeal | 1.20 |
| 10/17/05 | CWS | DELP36 | Noting Calsonic's cross-appeal | 0.30 |
| 11/10/05 | CWS | DELP36 | E-mails with Binal Patel about entering appearances and a notice of bankruptcy | 0.20 |
| 11/10/05 | CWS | DELP37 | Preparation of bankruptcy filings | 4.00 |

004588
00013
02/20/06

Invoice Number   1614120
Page 2

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 11/11/05 | CWS | DELP37 | Continued preparation of bankruptcy papers | 5.00 |
| 11/14/05 | CWS | DELP36 | Senior assistance in handling appeal appearances | 0.30 |
| 11/14/05 | CWS | DELP37 | Continued handling of Delphi bankruptcy matters, including editing draft materials, reading orders, reading bankruptcy code sections, and e-mailing our Skadden contact with questions and reports | 3.00 |
| 11/14/05 | BJP | DELP36 | Review Federal Circuit rules and prepare appearance and certificate of interest forms to file with the Court; file bankruptcy notice with Court | 3.10 |
| 11/15/05 | CWS | DELP37 | Continued preparation of bankruptcy paperwork | 1.00 |
| 11/16/05 | CWS | DELP37 | Continued preparation of bankruptcy papers | 2.00 |
| 11/17/05 | CWS | DELP37 | Continued bankruptcy efforts | 1.00 |
| /28/05 | BJP | DELP36 | Prepare for filing appearance papers for General Motors Corporation | 1.00 |
| 11/29/05 | BJP | DELP36 | Review Court Order and cited case law and consider with Joint Defendants' counsel possible responses regarding staying the appeal | 1.70 |
| 11/29/05 | CWS | DELP36 | Noting the court request for input as to the stay or proceeding, and instructing Binal to forward this to Mr. Cosnowski | 0.30 |
| 11/30/05 | BJP | DELP36 | Conferral with co-defendants regarding response to the Federal Circuit's order; initiate legal research on the issue of staying an appeal with respect to one defendant | 4.50 |

004588
00013
02/20/06

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 11/30/05 | CWS | DELP36 | A voicemail from Baniak Pine seeking a 30 day extension, email to Mr. Patel on this, reading the court's order seeking guidance on a stay and its case, including the statutory sections concerning the automatic stay, analysis, brief research for any other prominent and relevant cases, emails with Delphi's bankruptcy counsel to assure consistency with the status of bankruptcy, and emails with Mr. Patel on representation and positions for the call with other counsel | 1.80 |
| 11/30/05 | TLF | DELP19 | Study the Federal Circuit's order regarding briefing concerning a stay; strategic conferral with Mr. Patel regarding this briefing | 0.30 |
| 12/01/05 | BJP | DELP36 | Initiate preparation of Delphi's response to the Court regarding the automatic stay; prepare and file certificate of interest for General Motors | 6.30 |
| /02/05 | BJP | DELP36 | Continued preparation of Delphi's response to the Court; continue review of case law relating to the same | 6.90 |
| 12/04/05 | TLF | DELP36 | Study and revise draft of response to the Court of Appeals for the Federal Circuit concerning Delphi's automatic stay | 0.40 |
| 12/05/05 | CWS | DELP36 | Detailed review of our draft filing, the joint defendants draft filing, and suggestions to Mr. Patel for editing | 1.00 |
| 12/05/05 | BJP | DELP36 | Finalize draft of Delphi's response and provide to Joint Defendants for review; review Joint Defendants' and Kalsonic's proposed responses and consider appropriate revisions to Delphi's response; conferral with General Motors regarding the submission | 5.40 |
| 12/06/05 | CWS | DELP36 | Reading an email, responding, preparating a revised draft affidavit, sending an email explaining it, and faxing it | 0.80 |

004588
00013
02/20/06

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 12/06/05 | BCW | DELP36 | Consultation with Mr. Patel re response to court's November 22 order; File and serve response to same in U.S. Court of Appeals for the Federal Circuit | 0.70 |
| 12/06/05 | KAB | DELP37 | Prepare Delphi's response to Court's November 22, 2005 Order for filing and service | 1.00 |
| 12/06/05 | BJP | DELP36 | Finalize and prepare for filing with the Court Delphi's response to the Court regarding the automatic stay; review Federal Circuit rules regarding Certificates of Interest and other particulars regarding procedure including requiring an original ink signature in the filing | 3.20 |
| 12/06/05 | MSP | DELP14 | Federal Circuit filing | 0.50 |
| 12/09/05 | CWS | DELP36 | Reading the plaintiff's filing opposing a stay | 0.40 |
| 12/19/05 | CWS | DELP36 | Reading of the Federal Circuit's opinion staying the appeal, co-ordinating with Mr. Patel, having the first due date docketed, emailing the stay to Mr. Cosnowski, and voicemail of the same | 1.00 |
| 12/20/05 | CWS | DELP36 | Handling a call for an ordinary course professional affidavit, including drafting it, then checking on the need for it, and assuring two different Skadden lawyers are not giving conflicting instructions for a reason, by co-ordinating them with each other | 2.00 |
| 12/22/05 | CWS | DELP36 | Continued handling of the bankruptcy situation as to Skadden's instructions about billing | 0.30 |
| 12/27/05 | BJP | DELP36 | Investigate status of case relating to whether or not ATI filed any papers to lift the automatic stay | 0.80 |

TOTAL HOURS            62.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|

004588
00013
02/20/06

Invoice Number   1614120
Page 5

| | | | | | |
|---|---|---|---|---|---|
| Kelly A.  Boudreau | 1.00 | at | $150.00 | = | 150.00 |
| Ted Field | 0.70 | at | $215.00 | = | 150.50 |
| Binal J.  Patel | 34.90 | at | $320.00 | = | 11,168.00 |
| Matthew S.  Phillips | 0.50 | at | $115.00 | = | 57.50 |
| Charles W.  Shifley | 24.40 | at | $435.00 | = | 10,614.00 |
| Bradley C.  Wright | 0.70 | at | $380.00 | = | 266.00 |

CURRENT FEES                                    22,406.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computer Assisted Research - Westlaw | 190.54 |
| Postage | 9.54 |
| Photocopies at $ .10 per page | 24.00 |
| Color Copies | 3.70 |
| Telephone charges | 92.07 |
| Courier charges | 43.92 |

CURRENT EXPENSES                                    363.77

TOTAL THIS MATTER                                22,769.77

TOTAL AMOUNT THIS INVOICE          US $22,769.77

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue,
N.W., Washington, DC  20005, (800) 947-3786; ABA Number:  061000104; Account Number: 514342
Please indicate client, matter and invoice numbers with wire remittance.

39

**EXHIBIT H**



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1616698 |
| Invoice Date | 03/21/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

**RE:  00013    Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 01/04/06 | CWS | DELP36 | Reading of e-mail and orders, including the one that we are approved by the bankruptcy court to represent Delphi, necessary following actions here at B&W, and e-mail of the orders to Mr. Cosnowski and Mr. Twomey | 1.00 |
| 01/13/06 | CWS | DELP36 | Taking an extended call from Mr. Hosken, the CAFC mediation administrator, reviewing filings and mediation administration materials, conferrals with Mr. Patel, and a call and e-mail to Mr. Cosnowski | 1.00 |
| 01/19/06 | CWS | DELP36 | Voice mail to Mr. Hosken, report to Mr. Cosnowski | 0.40 |

004588
00013
03/21/06

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 01/19/06 | BJP | DELP36 | Review Federal Rules regarding filing of a Docketing Statement; conferral with Court regarding said submission; prepare Docketing Statement for filing; conferral with team regarding response to Court regarding possible mediation | 2.50 |
| 01/20/06 | CWS | DELP36 | Gathering mediator information | 5.00 |
| 01/23/06 | CWS | DELP36 | Continued collection of mediator information | 4.00 |
| 01/24/06 | CWS | DELP36 | Taking a call from Mr. Hosken the mediation administrator, considering the available mediators, choosing a recommendation, e-mail to Mr. Cosnowski and instructions to Mr. Patel | 1.00 |
| 01/25/06 | CWS | DELP36 | Continued study of potential mediators | 2.00 |
| 01/30/06 | CWS | DELP36 | Response to Mr. Baniak's call, including the message that Delphi is not taking an initiative to mediation but responding to Mr. Hosken's initiative; email report to Mr. Cosnowski; live report to Mr. Patel; telephone conferral with Mr. Cosnowski | 1.20 |

TOTAL HOURS 18.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Binal J. Patel | 2.50 | at | $320.00 | = | 800.00 |
| Charles W. Shifley | 15.60 | at | $435.00 | = | 6,786.00 |

CURRENT FEES 7,586.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopies at $ .10 per page | 6.00 |
| Telephone charges | 11.88 |
| Courier charges | 30.30 |

004588
00013
03/21/06

Invoice Number   1616698
Page 3

CURRENT EXPENSES                                           48.18

TOTAL THIS MATTER                                       7,634.18

TOTAL AMOUNT THIS INVOICE            US $7,634.18

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue,
N.W., Washington, DC  20005, (800) 947-3786; ABA Number:  061000104; Account Number: 514342.
Please indicate client, matter and invoice numbers with wire remittance.

EXHIBIT I

From:   Origin ID:
Shannon Salamone
Banner and Wilcoff LTD
10 South Wacker Drive
Suite 3000
Chicago, IL 60606



**FedEx Express** E

CLS012206/14/18

ShipDate: 02/01/10
ActWgt: 1 LB
System#: 8193659/INET6400
Account#: S *********

REF: 004588.00013

Delivery Address Bar Code

---

SHIP TO:   (312)463-5000      BILL SENDER
Attention: Alicia M. Leonhard, Esq.
U.S. Trustee for S.D. New York
33 Whitehall Street
Suite 2100
New York, NY 10004

**PRIORITY OVERNIGHT**                    **THU**
                                          Deliver By:
TRK#   7918 6872 5862      FORM            23FEB06
                           0201
                                    **EWR**   A1

10004      -NY-US              **06 SXYA**



---

Shipping Label: Your shipment is complete

1. U    the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. F    the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

45

From:   Origin ID:
Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
Chicago, IL 60606

FedEx Express



ShipDate: 02/01/10
ActWgt: 1 LB
System#: 8193833/NET3400
Account#: S *********

REF: 004588.00013

Delivery Address Bar Code

SHIP TO:   (312)463-5000        BILL SENDER
Attention: General Counsel
Delphi Corporation
5725 Delphi Drive

Troy, MI 48098

**PRIORITY OVERNIGHT**          **THU**
                                Deliver By:
TRK#   7926 6702 0487    FORM   23FEB06
                         0201
                                DTW      A2

48098    -MI-US

**NS MTCA**



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Origin ID: (312)421-4888
Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
Chicago, IL 60606



ShipDate: 02/01/10
ActWgt: 1 LB
System#: 819383/NET3000
Account#: S *********

REF: 004588.00013

Delivery Address Bar Code

SHIP TO:  (312)407-0700    BILL SENDER

J    Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606



**PRIORITY OVERNIGHT**                    **THU**

TRK#  **7903 3184 9214**    FORM 0201    Deliver By:
                                          23FEB06

                                    **ORD**    A1

**60606**   -IL-US

## 79 LOTA



---

Shipping Label: Your shipment is complete

1. U.    the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. l     .he printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
Chicago, IL 60606



ShipDate: 02/01/10
ActWgt: 1 LB
System#: 8193839/NET3400
Account#: S *********

REF: 004588.00013

Delivery Address Bar Code

SHIP TO: (212)906-1200        BILL SENDER

A    Robert J. Rosenberg, Esq.
Latham & Watkins, LLP
885 Third Avenue

New York, NY 100224802



**PRIORITY OVERNIGHT**                **THU**

Deliver By:
23FEB06

TRK# 7918 6873 2327    FORM 0201

EWR    A1

10022    -NY-US



05 JRBA

---

Shipping Label: Your shipment is complete

1. U   the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. F    the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:    Origin ID:
Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
**Chicago, IL 60606**



AdWgt: 1 LB
System#: 819353/INET2490
Account#: S *********

REF: 004588.00013

Delivery Address Bar Code

SHIP TO: (212)455-2000        BILL SENDER

**A.** **Marissa Wesley, Esq.**
**Simpson Thatcher & Bartlett LLP**
**425 Lexington Avenue**

**New York, NY 10017**





**PRIORITY OVERNIGHT**        **THU**
                                Deliver By:
TRK#  **7920 2411 3880**    FORM    23FEB06
                            0201
                                    **EWR**    A1
**10017**    -NY-US

**05 OGSA**

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



Shannon Salamone
Banner and Witcoff LTD
10 South Wacker Drive
Suite 3000
**Chicago, IL 60606**



ActWgt: 1 LB
System#: 8193833/NET12406
Account#: S *********

CLS012266/14/18

REF: 004588.00013

Delivery Address Bar Code

---

SHIP TO: (212)450-4000          BILL SENDER

A. **Marlane Melican, Esq.**
**Davis Polk & Wardell**
**450 Lexington Avenue**

**New York, NY 10017**



## PRIORITY OVERNIGHT                                **THU**

TRK# **7913 8329 7625**    FORM 0201        Deliver By:
23FEB06

**EWR**   A1

**10017** -NY-US

## 05 OGSA



---

Shipping Label: Your shipment is complete

1.  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2.  Fold the printed page along the horizontal line.
3.  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

51

EXHIBIT J



TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

**Charles W. Shifley**
Direct Dial: (312) 463-5441
cshifley@bannerwitcoff.com

March 24, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

> **Re:**   Delphi Corporation et al. - Chapter 11 Proceedings
>           Monthly Statement of Fees and Disbursements

Dear David:

Enclosed please find our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from January 4, 2006 through January 30, 2006 (the "Fee Period").

The total invoice for the Fee Period is $7,634.18, which is composed of (i) $7,586.00 for fees and (ii) $48.18 for expenses.

Please feel free to contact me with any questions.

Very truly yours,

Charles W. Shifley

CWS/sls
Enclosure

Mr. David Sherbin
March 24, 2006
Page 2

cc:      Joseph Papelian, Esq.
         Delphi Corporation
         5725 Delphi Drive
         Troy, Michigan 48098-2815
         (Deputy General Counsel)

         John Wm. Butler, Jr., Esq.
         Skadden, Arps, Slate, Meagher & Flom LLP
         333 West Wacker Drive
         Suite 2100
         Chicago, Illinois 60606
         (Counsel to Debtors)

         Delores De Elizalde
         Skadden, Arps, Slate, Meagher & Flom LLP
         Four Times Square
         New York, NY 10036
         (Counsel to Debtors)

         Alicia M. Leonhard, Esq.
         Office of the United States Trustee for the
         Southern District of New York
         33 Whitehall Street
         Suite 2100
         New York, NY 10004
         (United States Trustee)

         Robert J. Rosenberg, Esq.
         Latham & Watkins LLP
         885 Third Avenue
         New York, NY 10022-4802
         (Counsel to Unsecured Creditors Committee)

         Marissa Wesley, Esq.
         Simpson Thacher & Bartlett LLP
         425 Lexington Avenue
         New York, NY 10017
         (Counsel for Prepetition Credit Facility Agent)

         Marlane Melican, Esq.
         Davis Polk & Wardell
         450 Lexington Avenue
         New York, NY 10017
         (Counsel to Postpetition Credit Facility Agent)

## Shannon Salamone

| | |
|---|---|
| **From:** | Shannon Salamone on behalf of Charles Shifley |
| **Sent:** | Friday, April 28, 2006 12:27 PM |
| **To:** | 'david.boyle@airgas.com'; 'wshowman@ajamie.com'; 'tajamie@ajamie.com'; 'aswiech@akebono-usa.com'; 'pgurfein@akingump.com'; 'mgreger@allenmatkins.com'; 'dconnolly@alston.com'; 'dwender@alston.com'; 'craig.freeman@alston.com'; 'rjones@ambrake.com'; 'steven.keyes@aam.com'; 'mblacker@andrewskurth.com'; 'gogimalik@andrewskurth.com'; 'lwalzer@angelogordon.com'; 'mtf@afrct.com'; 'aleinoff@amph.com'; 'mhamilton@ampn.com'; 'Cohen.Mitchell@arentfox.com'; 'Hirsh.Robert@arentfox.com'; 'dladdin@agg.com'; 'joel_gross@aporter.com'; 'cgalloway@atsautomation.com'; 'william.barrett@bfkpn.com'; 'kim.robinson@bfkpn.com'; 'john.gregg@btlaw.com'; 'michael.mccrory@btlaw.com'; 'pmears@btlaw.com'; 'alan.mills@btlaw.com'; 'wendy.brewer@btlaw.com'; 'mark.owens@btlaw.com'; 'ffm@bostonbusinesslaw.com'; 'sean@blbglaw.com'; 'hannah@blbglaw.com'; 'eileen@blbglaw.com'; 'murph@berrymoorman.com'; 'klaw@bbslaw.com'; 'lschwab@bbslaw.com'; 'pcostello@bbslaw.com'; 'tgaa@bbslaw.com'; 'fatell@blankrome.com'; 'mrichards@blankrome.com'; 'rmcdowell@bodmanllp.com'; 'sdonato@bsk.com'; 'chill@bsk.com'; 'csullivan@bsk.com'; 'jhinshaw@boselaw.com'; 'rjones@bccb.com'; 'amcmullen@bccb.com'; 'dludman@brownconnery.com'; 'schristianson@buchalter.com'; 'mhall@burr.com'; 'sabelman@cagewilliams.com'; 'jonathan.greenberg@engelhard.com'; 'rusadi@cahill.com'; 'driggio@candklaw.com'; 'rweisberg@carsonfischer.com'; 'cahn@clm.com'; 'sdrucker@clarkhill.com'; 'japplebaum@clarkhill.com'; 'rgordon@clarkhill.com'; 'maofiling@cgsh.com'; 'maofiling@cgsh.com'; 'tmaxson@cohenlaw.com'; 'jvitale@cwsny.com'; 'srosen@cb-shea.com'; 'amalone@colwinlaw.com'; 'Elliott@cmplaw.com'; 'jwisler@cblh.com'; 'mlee@contrariancapital.com'; 'jstanton@contrariancapital.com'; 'wraine@contrariancapital.com'; 'solax@contrariancapital.com'; 'Pretekin@coollaw.com'; 'wachstein@coollaw.com'; 'derrien@coollaw.com'; 'nhp4@cornell.edu'; 'sjohnston@cov.com'; 'rsz@curtinheefner.com'; 'dpm@curtinheefner.com'; 'athau@cm-p.com'; 'sreisman@cm-p.com'; 'dkarp@cm-p.com'; 'krk4@daimlerchrysler.com'; 'wsavino@damonmorey.com'; 'selanders@danielsandkaplan.com'; 'carol_sowa@denso-diam.com'; 'amina.maddox@dol.lps.state.nj.us'; 'gdiconza@dlawpc.com'; 'john.persiani@dinslaw.com'; 'richard.kremen@dlapiper.com'; 'andrew.kassner@dbr.com'; 'david.aaronson@dbr.com'; 'dmdelphi@duanemorris.com'; 'wmsimkulak@duanemorris.com'; 'jhlemkin@duanemorris.com'; 'ayala.hassell@eds.com'; 'akatz@entergy.com'; 'dfreedman@ermanteicher.com'; 'gettelman@e-hlaw.com'; 'ggreen@fagelhaber.com'; 'lnewman@fagelhaber.com'; 'tdonovan@finkgold.com'; 'jmurch@foley.com'; 'fstevens@foxrothschild.com'; 'mviscount@foxrothschild.com'; 'ftrikkers@rikkerslaw.com'; 'office@gazesllc.com'; 'ian@gazesllc.com'; 'crieders@gjb-law.com'; 'dcrapo@gibbonslaw.com'; 'mmeyers@gsmdlaw.com'; 'abrilliant@goodwinproctor.com'; 'cdruehl@goodwinproctor.com'; 'bmehlsack@gkllaw.com'; 'pbilowz@goulstonstorrs.com'; 'jeisenhofer@gelaw.com'; 'gjarvis@ggelaw.com'; 'snirmul@gelaw.com'; 'mrr@previant.com'; 'tch@previant.com'; 'mdebbeler@graydon.com'; 'ckm@greensfelder.com'; 'jpb@greensfelder.com'; 'herb.reiner@guarantygroup.com'; 'cbattaglia@halperinlaw.net'; 'ahalperin@halperinlaw.net'; 'jdyas@halperinlaw.net'; 'hleinwand@aol.com'; 'prubin@herrick.com'; 'anne.kennelly@hp.com'; 'ken.higman@hp.com'; 'sharon.petrosino@hp.com'; 'glen.dumont@hp.com'; 'echarlton@hiscockbarclay.com'; 'cstorie@hodgsonruss.com'; 'sgross@hodgsonruss.com'; 'sagolden@hhlaw.com'; 'ecdolan@hhlaw.com'; 'amoog@hhlaw.com'; 'elizabeth.flaagan@hro.com'; 'rweiss@honigman.com'; 'fgorman@honigman.com'; 'dbaty@honigman.com'; 'tsable@honigman.com'; 'tomschank@hunterschank.com'; 'jrhunter@hunterschank.com'; 'mmassad@hunton.com'; 'sholmes@hunton.com'; 'aee@hurwitzfine.com'; 'Ben.Caughey@icemiller.com'; 'greg.bibbes@infineon.com'; 'jeffery.gillispie@infineon.com'; 'rgriffin@iuoe.org'; 'pbarr@jaffelaw.com'; 'rpeterson@jenner.com'; 'sjfriedman@jonesday.com'; 'john.sieger@kattenlaw.com'; 'kcookson@keglerbrown.com'; 'lsarko@kellerrohrback.com'; 'claufenberg@kellerrohrback.com'; 'eriley@kellerrohrback.com'; |

4/28/2006

'ggotto@kellerrohrback.com'; 'mbane@kelleydrye.com'; 'msomerstein@kelleydrye.com';
'tkennedy@kjmlabor.com'; 'sjennik@kjmlabor.com'; 'lmagarik@kjmlabor.com';
'gsouth@kslaw.com'; 'afeldman@kirkland.com'; 'grichards@kirkland.com'; 'efox@klng.com';
'schnabel@klettrooney.com'; 'dbrown@klettrooney.com'; 'sosimmerman@kwgd.com';
'ekutchin@kutchinrufo.com'; 'knorthup@kutchinrufo.com'; 'smcook@lambertleser.com';
'mitchell.seider@lw.com'; 'mark.broude@lw.com'; 'robert.rosenberg@lw.com';
'henry.baer@lw.com'; 'john.weiss@lw.com'; 'michael.riela@lw.com'; 'erika.ruiz@lw.com';
'rcharles@lrlaw.com'; 'sfreeman@lrlaw.com'; 'jengland@linear.com';
'austin.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com';
'houston_bankruptcy@publicans.com'; 'whawkins@loeb.com'; 'gschwed@loeb.com';
'tmcfadden@lordbissell.com'; 'tbrink@lordbissell.com'; 'kwalsh@lordbissell.com';
'rcovino@lordbissell.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com';
'krosen@lowenstein.com'; 'scargill@lowenstein.com'; 'vdagostino@lowenstein.com';
'bnathan@lowenstein.com'; 'egc@lydenlaw.com'; 'rparks@mijb.com';
'jlanden@madisoncap.com'; 'jml@ml-legal.com'; 'lmc@ml-legal.com'; 'vmastromar@aol.com';
'gsantella@masudafunai.com'; 'rdaversa@mayerbrown.com';
'jgtougas@mayerbrownrowe.com'; 'dadler@mccarter.com'; 'jsalmas@mccarthy.ca';
'lsalzman@mccarthy.ca'; 'jmsullivan@mwe.com'; 'sselbst@mwe.com';
'jrobertson@mcdonaldhopkins.com'; 'sopincar@mcdonaldhopkins.com';
'sriley@mcdonaldhopkins.com'; 'jbernstein@mdmc-law.com'; 'egunn@mcguirewoods.com';
'lpeterson@msek.com'; 'hkolko@msek.com'; 'rrosenbaum@mrrlaw.net';
'emeyers@mrrlaw.net'; 'aburch@miamidade.gov'; 'miag@michigan.gov';
'raterinkd@michigan.gov'; 'miag@michigan.gov'; 'trenda@milesstockbridge.com';
'khopkins@milesstockbridge.com'; 'sarbt@millerjohnson.com'; 'wolfordr@millerjohnson.com';
'fusco@millercanfield.com'; 'greenj@millercanfield.com'; 'pjricotta@mintz.com';
'skhoos@mintz.com'; 'Jeff.Ott@molex.com'; 'lkrepto@mmwr.com';
'resterkin@morganlewis.com'; 'agottfried@morganlewis.com';
'mzelmanovitz@morganlewis.com'; 'lberkoff@moritthock.com'; 'rdehney@mnat.com';
'mbusenkell@mnat.com'; 'jmoldovan@morrisoncohen.com'; 'mdallago@morrisoncohen.com';
'rurbanik@munsch.com'; 'jwielebinski@munsch.com'; 'drukavina@munsch.com';
'sandy@nlsg.com'; 'Knathan@nathanneuman.com'; 'sbrennan@nathanneuman.com';
'lisa.moore2@nationalcity.com'; 'george.cauthen@nelsonmullins.com';
'bbeckworth@nixlawfirm.com'; 'jangelovich@nixlawfirm.com'; 'susanwhatley@nixlawfirm.com';
'jimbriaco@gentek-global.com'; 'eabdelmasieh@nmmlaw.com'; 'dgheiman@jonesday.com';
'mmharner@jonesday.com'; 'cahope@chapter13macon.com'; 'jay.hurst@oag.state.tx.us';
'michaelz@orbotech.com'; 'mmoody@okmlaw.com'; 'aenglund@orrick.com';
'fholden@orrick.com'; 'rwyron@orrick.com'; 'jguy@orrick.com'; 'mcheney@orrick.com';
'shazan@oshr.com'; 'mhager@oshr.com'; 'sshimshak@paulweiss.com';
'cweidler@paulweiss.com'; 'ddavis@paulweiss.com'; 'emccolm@paulweiss.com';
'housnerp@michigan.gov'; 'landy.ralph@pbgc.gov'; 'cfilardi@pepehazard.com';
'lawallf@pepperlaw.com'; 'aaronsona@pepperlaw.com'; 'caseyl@pepperlaw.com';
'jaffeh@pepperlaw.com'; 'sriemer@phillipsnizer.com'; 'jmanheimer@pierceatwood.com';
'kcunningham@pierceatwood.com'; 'mark.houle@pillsburylaw.com';
'karen.dine@pillsburylaw.com'; 'richard.epling@pillsburylaw.com';
'robin.spear@pillsburylaw.com'; 'margot.erlich@pillsburylaw.com';
'rbeacher@pitneyhardin.com'; 'rmeth@pitneyhardin.com'; 'bsmoore@pbnlaw.com';
'jsmairo@pbnlaw.com'; 'jh@previant.com'; 'mgr@previant.com'; 'asm@pryormandelup.com';
'kar@pryormandelup.com'; 'jkp@qad.com'; 'andrew.herenstein@quadranglegroup.com';
'patrick.bartels@quadranglegroup.com'; 'jharris@quarles.com'; 'sgoldber@quarles.com';
'knye@quarles.com'; 'elazarou@reedsmith.com'; 'jlapinsky@republicengineered.com';
'jshickich@riddellwilliams.com'; 'mscott@riemerlaw.com'; 'holly@regencap.com';
'amathews@robinsonlaw.com'; 'cnorgaard@ropers.com'; 'gregory.kaden@ropesgray.com';
'marc.hirschfield@ropesgray.com'; 'tslome@rsmllp.com'; 'rtrack@msn.com';
'cschulman@sachnoff.com'; 'agelman@sachnoff.com'; 'cbelmonte@ssbb.com';
'pbosswick@ssbb.com'; 'hborin@schaferandweiner.com';
'mnewman@schaferandweiner.com'; 'rheilman@schaferandweiner.com';
'dweiner@schaferandweiner.com'; 'wkohn@schiffhardin.com'; 'myetnikoff@schiffhardin.com';
'myarnoff@sbclasslaw.com'; 'shandler@sbclasslaw.com'; 'michael.cook@srz.com';

'james.bentley@srz.com'; 'carol.weiner.levy@srz.com'; 'pbaisier@seyfarth.com';
'rdremluk@seyfarth.com'; 'whanlon@seyfarth.com'; 'sboyce@sheehan.com';
'lawtoll@comcast.net'; 'rthibeaux@shergarner.com'; 'rthibeaux@shergarner.com';
'bankruptcy@goodwin.com'; 'asherman@sillscummis.com'; 'jzackin@sillscummis.com';
'cfortgang@silverpointcapital.com'; 'cfox@stblaw.com'; 'cfox@stblaw.com'; 'bellis-
monro@sgrlaw.com'; 'kmiller@skfdelaware.com'; 'fyates@sonnenschein.com';
'jcreed@sonnenschein.com'; 'rrichards@sonnenschein.com'; 'lloyd.sarakin@am.sony.com';
'rgoldi@sotablaw.com'; 'pabutler@ssd.com'; 'emarcks@ssd.com'; 'hwangr@michigan.gov';
'jmbaumann@steeltechnologies.com'; 'rkidd@srcm-law.com';
'shapiro@steinbergshapiro.com'; 'jposta@sternslaw.com'; 'cs@stevenslee.com';
'cp@stevenslee.com'; 'mshaiken@stinsonmoheck.com'; 'robert.goodrich@stites.com';
'madison.cashman@stites.com'; 'wbeard@stites.com'; 'khansen@stroock.com';
'jminias@stroock.com'; 'rnsteinwurtzel@swidlaw.com'; 'ferrell@taftlaw.com';
'marvin.clements@state.tn.us'; 'ddraper@terra-law.com'; 'jforstot@tpw.com';
'lcurcio@tpw.com'; 'niizeki.tetsuhiro@furukawa.co.jp'; 'robert.morris@timken.com';
'dlowenthal@thelenreid.com'; 'dlowenthal@thelenreid.com'; 'rhett.campbell@tklaw.com';
'john.brannon@tklaw.com'; 'ephillips@thurman-phillips.com'; 'jlevi@toddlevi.com';
'bmcdonough@teamtogut.com'; 'jwilson@tylercooper.com';
'hzamboni@underbergkessler.com'; 'mkilgore@UP.com'; 'djury@steelworkers-usw.org';
'msmcelwee@varnumlaw.com'; 'rjsidman@vssp.com'; 'tscobb@vssp.com';
'RGMason@wlrk.com'; 'EAKleinhaus@wlrk.com'; 'david.lemke@wallerlaw.com';
'robert.welhoelter@wallerlaw.com'; 'gtoering@wnj.com'; 'mcruse@wnj.com';
'growsb@wnj.com'; 'bankruptcy@warnerstevens.com'; 'lekvall@wgllp.com';
'aordubegian@weineisen.com'; 'gpeters@weltman.com'; 'jcunningham@whitecase.com';
'mmesonesmori@whitecase.com'; 'barnold@whdlaw.com'; 'bspears@winstead.com';
'mfarquhar@winstead.com'; 'mwinthrop@winthropcouchot.com';
'sokeefe@winthropcouchot.com'; 'oiglesias@wlross.com'; 'lpinto@wcsr.com';
'skrause@zeklaw.com'; 'pjanovsky@zeklaw.com'

**Cc:**      Charles Shifley; Binal Patel

**Subject:**   In re Delphi Corporation, Notice of First Interim Banner Fee Application

**Attachments:** Notice of First Interim Application of Banner & Witcoff.PDF; Exhibit K - List of Exhibits to the
First Interim Application of Banner & Witcoff.PDF

Everyone:

Please take notice of the First Interim Application of Banner & Witcoff, Ltd. seeking
compensation.   The filed notice and a list of exhibits are attached.

Shannon L. Salamone
Legal Assistant
Banner & Witcoff, Ltd.
Direct Dial:  312-463-5568
ssalamone@bannerwitcoff.com

57

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |
|---|---|
| In re | : Chapter 11 |
| | : |
| DELPHI CORPORATION, et al. | : Case No. 05-44481 (RDD |
| : | : |
| Debtors. | : (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### LIST OF EXHIBITS TO THE FIRST INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi Corporation ("Delphi"), and a Retained Professional, submits this list of exhibits to its identified fee application:

Exhibit A  -  Summary Sheet.

Exhibit B  -  Certification.

Exhibit C - Order under 11 U.S.C. §§327(3) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Banner & Witcoff, Ltd. as Intellectual Property Counsel to Debtors ("Banner Retention Order").

Exhibit D -  Affidavit of Charles W. Shifley filed in support of the application for

retention of Banner.

Exhibit E  -  First Letter of Engagement of Banner & Witcoff, Ltd.

Exhibit F  -  Second Letter of Engagement of Banner & Witcoff, Ltd.

Exhibit G  -  Banner's Invoice No. 1614120

Exhibit H  - Banner's Invoice No. 1616698

Exhibit I  -  Proof of service of notice of Banner Invoice No. 1614120.

Exhibit J  -  Proof of service of notice of Banner Invoice No. 1616698.

Exhibt K  -  Proof of service of this list of exhibits.

Exhibit L – Proposed Order.

Respectfully submitted,

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

2

EXHIBIT L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
    In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                Debtors.      :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER GRANTING FIRST INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, FOR
ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the first interim application of Banner & Witcoff, Ltd. for

allowance of interim compensation and reimbursement of expenses (the "First Interim Banner

Application") for professional services and expenses incurred during the period commencing

October 8, 2005 through January 31, 2006; and a hearing having been held before this court to

consider the First Interim Banner Application on June 15, 2006; and notice having been given

pursuant to the Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due

consideration having been given to any responses thereto; and sufficient cause having been

shown therefore, it is hereby:

ORDRED that the First Interim Banner Application is granted to the extent set forth in

Schedule "A."

Dated:  New York, New York
       June 15, 2006

_____
United States  Bankruptcy Judge
Southern District of New York

Case No. 05-4481(RDD)
Case Name: Delphi Corporation

CURRENT FEE PERIOD: October 8, 2005 through January 31, 2006-03-29

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Banner & Witcoff, Ltd. | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |

SCHEDULE A(1)

DATE: June 15, 2006

INITIALS:          USBJ

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                      :
        In re                         :        Chapter 11
                                      :
DELPHI CORPORATION, et al.            :        Case No. 05-44481 (RDD)
                                      :
                        Debtors.  :        (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## FILED UNDER SEAL

The materials herein are filed pursuant to the Joint Interest Agreement Order, entered by this Court April 18, 2006 (the "Order"). Pursuant to the Order, the attached materials contain confidential information and may be viewed only by the Chambers of the Honorable Robert D. Drain, the Debtors' counsel, the United States Trustee, and other Designated Recipients. Copies of the attached materials are available solely under the procedures set forth in the Order.

Respectfully submitted,

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing FIRST INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331 to be served upon the following attorneys by Federal Express:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:  General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:  Alicia M, Leonhand

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
Attn:  Robert J. Rosenberg

Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Attn:  Marissa Wesley

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn:  Marlane Melican

And by e-mail to the parties listed on the 2002 List located at www.delphidocket.com:

A copy of which is attached hereto as Tab A.

Date: _4 -28 - 06_                    By: _Charles W Shipley_

A

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Argas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19037-8675 | | 610-220-3004 | 310-687-1052 | david.boyle@argas.com | Counsel for Argas, Inc. |
| Ajame LLP | Wallace A. Showman | 1350 Avenue of the Americas | 26th Floor | New York | NY | 10019 | | 212-246-6820 | 212-581-8956 | wshowman@ajame.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Ajame LLP | Thomas A. Ajame | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1000 | 713-860-1699 | tajame@ajame.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akbooio Corporation (North America) | Alan Swetich | 34385 Twelve Mile Road | | Farmition Hills | MI | 48331 | | 248-489-7406 | 866-609-0886 | | Vice President of Administration for Akbooio Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel for Akbooio Corporation |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel for Kilroy Realty, L.P. |
| Alston & Bird, LLP | Dennis J. Connolly, David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7000 | 404-253-8554 | dconnolly@alston.com dwender@alston.com | Counsel for Cadence Innovation, LLC |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | 212-922-3891 | craig.freeman@alston.com | Counsel for Cadence Innovation, LLC |
| Ambuate Corporation | Ronald L. Jones | 300 Roxg Road | | Elizabethtown | KY | 42701 | | 270-765-0008 | 270-234-2395 | rjones@ambrake.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | Steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel for ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Guy Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | guymalik@andrewskurth.com | Counsel for ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Angius, Ferrazzano, Rasmussen, Campbell & Tysten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel for Stanley Electric Sales of America |
| APS Cleaning, Inc. | Andy Lenhoff | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | alenhoff@ampanb.com | Counsel for APS Cleaning, Inc. |
| APS Cleaning, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | mhamilton@ampanb.com | Counsel for APS Cleaning, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | cohen.mitchell@arentfox.com | Counsel for Putnam Bank and Trust Company |
| Amati Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | Hirsh.Robert@arentfox.com | Counsel for Putnam Bank and Trust Company |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | neil.gross@atsaut-mate.com | Telecommunications, Inc. (SBC) Corp. d/b/a KDS America ("Dialsaba"), SBC Telecommunications, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel for CSK Transportation, Company |
| Barack, Ferrazzano, Kirschbaum Perlman & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 616-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health, Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccrory@btlaw.com | Counsel for Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel for Gibbs Die Casting Corporation |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel for Clarion Corporation of America |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel for Iron Mountain Information Management, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)    Page 1 of 17    4/24/2005 5:00 PM
2002 List 060424

67

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 212-554-1444 | jcoffey@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 212-554-1444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | Eileen McHenney | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1485 | 212-554-1444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | jmurphy@berrymoorman.com | Counsel for Kamax L.P.; Optrex America, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CVL Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel for DENSO Sales Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel for DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel for Freudenberg-NOK; General Partnership; Freudenberg NOK, Inc.; Flexitoph, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp.; Dormoldorg Corporation |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel for Dormoldorg |
| Boos McHenery & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Cationic Kansei North America, Inc.; Cationic Harrison Co., Ltd |
| Boult, Cummings, Conners & Berry, PLLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Cationic Kansei North America, Inc.; Cationic Harrison Co., Ltd |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 17

4/24/2006 5:00 PM
2002 List 060424

68

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brown & Connery LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8500 | 856-853-9933 | dludman@brownconnery.com | Counsel for General DataComm, Inc. |
| Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel for Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Lee Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | | 303-295-8300 | | info@cwa-law.com / sabelman@cwglawyers.com | Counsel for United Power, Inc. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5777 | jonathan.greenberg@cahillcapital.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLP | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-3800 | 212-644-5193 | | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc.; Hydro Aluminum Adrian, Inc.; Hydro Aluminum Precision Tubing NA, LLC; Hydro Aluminum Elkay Enfield Limited, Hydro Aluminum Rockledge, Inc.; Noral Hydro Canada, Inc.; Enfratt Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | weisberg@carsonfischer.com | Counsel for Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel for GTMicroelectronics, Inc. |
| Clark Hill PLC | Seth A. Drucker | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdrucker@clarkhill.com | Counsel for DogWater Turbo Systems Inc.; MetalSyne Company, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel for DogWater Turbo Systems Inc.; MetalSyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel for ABC Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Arenecx Electronics Automotive, S.A. de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston, Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc. Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4900 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel for Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0235 | 646-473-8230 | | Counsel for International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel for Floyd Manufacturing Co. Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | | 615-321-0555 | 615-321-0590 | amalone@colbertlaw.com | Counsel for Aveill Express, Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-973-9000 | 734-973-9099 | elliott@cmplaw.com | Counsel for ORIX Warex, LLC |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warex, LLC |
| Contrarian Capital Management, L.L.C. | Mark Leo, Janice Stanton, Bid Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 | 203-629-1977 | mleo@contrariancapital.com / jstanton@contrariancapital.com / wsmith@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | (239) 862-8231 / 937-223-8177 | (203) 629-1977 / 937-223-6705 | pretekin@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | wachstein@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 17

69

4/24/2006 5:00 PM
2002 List 060424

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cooksop, Watt, Wormsley & Lombard Co. LPA | Sylvie J. Dorsen | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-3177 | 937-223-6705 | jvorsten@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Cornell University | Nancy H. Pagoaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-5166 | jperelson@cornell.edu | Paralegal/Counsel for Cornell University |
| Crowgren & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1005 | 646-441-9005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | | Counsel for SPG Technologies, LLC; NSS Technologies, Inc.; SPG Technologies Waterford |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel for SPG Technologies, LLC; NSS Technologies, Inc.; SPG Technologies Waterford |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-8866 | 917-368-8806 | dbru@curtinheefner.com | Counsel for SPG Technologies, Inc.; SPG Technologies Waterford |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | jathau@cmp-y.com | Counsel for Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexco S.A de C.V.; Northfield Acquistion Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexco S.A de C.V.; Northfield Acquistion Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-3741 | | dk.snj@h.cm-p.com | Counsel for Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexco S.A de C.V.; Northfield Acquistion |
| Dannon & Moury LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | kxd@damientchrysler.com | Counsel to DaimlerChrysler Corporation; DiamlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Daniels & Kaplan, P.C. | Jay Selanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | | 816-221-3086 | 816-221-3006 | wsavino@damonmorey.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | jselanders@danielskaplan.com | Counsel to Denso International America, Inc. |
| Deputy Attorney General | Amista Maddox | R.J. Hughes Justice Complex | P.O. Box 106 | Trenton | NJ | 08625 | | 609-984-0180 | 609-292-6260 | carol_Sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | amina.maddox@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | gdiconza@dlawpc.com | Counsel to Tyr-All Plastics, Inc.; Flextrawl Electric North America APD |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen / Maria Elena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | john.persiani@dinslaw.com | Counsel for The Pinoder & Gumble Company |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | richard.kremen@dlapiper.com | Counsel to ConsorSation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| | | | | | | | | | | mnreed@duanemorris.com | Counsel to ACE American Insurance Company |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Duane Morris LLP | Wendy M. Simkulak, Esq | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | | Counsel for NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Axaku Alpha, Inc.; Saguaro America, Ltd.; SL America, Inc./SL Tennessee, LLC; Hoxden America Corporation and Samtech Corporation |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 972-715-9100 | 972-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Entergy Services, Inc. | Alan H. Katz | 2411 Highway 51 North | | Southaven | MS | 38671 | | | | akatz@entergy.com | Company? |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel for Delta Prentl International, LLC |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | 516-227-6307 | gettelman@e-hlaw.com | Counsel for Jon Rubin |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel for Pilkathoue (U.S.A.) Inc. |
| Foley & Lindner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel for Kaes Corporation |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederica T. Rakows | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrakows@chartermi.net | Counsel for Southwest Metal Finishing |
| Gares LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | ewainer@gareslaw.com | Counsel to Setech, Inc. |
| Gares LLC | Ian J. Gares | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | igares@gareslaw.com | Counsel to Setech, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel for Repstr Integrated Logistics, Inc. |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | David M. Crapo | One Riverfront Plaza | | Newark | NJ | 07102-5497 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel for Epcos, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 94104 | | 415-362-0045 | 415-362-2392 | mmeyers@gsmdlaw.com | Counsel for Apa Automotive, Inc. |
| Goodwin Procter LLP | Allan S. Ballant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | aballant@goodwinprocter.com | Counsel for UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinprocter.com | Counsel for UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel for International Brotherhood of Electrical Workers Local Union No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Skolting Pensionfonds ABP |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Skolting Pensionfonds ABP |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 17

4/24/2006 5:00 PM
2002 List.060424

71

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grant & Eisenhofer P.A. | Shawn Kinnul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | kinnul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raytheon Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbeler; Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | info@graydon.com | Counsel for Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald; J. Patrick Bradley | 10 S. Broadway | Suite 2000 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-6624 | mxb@greensfelder.com; jpb@greensfelder.com | Counsel for ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin; Christopher J. Battaglia; Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | ahalperin@halperinlaw.net; cbattaglia@halperinlaw.net; jdyas@halperinlaw.net | Counsel for Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc. |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-0219 | hleinwand@aol.com | Counsel for Baker Hughes Incorporated; Baker Petrolite Corporation |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3300 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. and Canon Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennedy | 3000 Hanover St., MS 1050 | | Palo Alto | CA | 94304 | | 650-857-6900 | 650-852-8617 | anne.kennedy@hp.com | Counsel for Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-540-7539 | ken.higman@hp.com | Counsel for Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | glen.dumont@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel for GW Plastics, Inc. |
| Hodgson Russ LLP | Cheryl R. Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1275 | 716-849-0349 | cstorie@hodgsonruss.com | Counsel for Harvard Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexacut Corporation |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel for XM Satellite Radio Inc. |
| Hogan & Hartson L.L.P. | Edward G. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | egdolan@hhlaw.com | Counsel for Unicore Autocad Canada Corp. |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5600 | 202-637-5910 | asmoog@hhlaw.com | Counsel for Unicore Autocad Canada Corp. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for Coca-Cola, Inc.; Conoco, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | rweiss@honigman.com; fgorman@honigman.com | Counsel for General Motors Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Bialy, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbialy@honigman.com | Counsel for Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel for Video Display Control Corp.; Video Electrical Systems, Inc. - Motors and Actuators Division; Video Electrical Systems, Inc. - Video's Division; Video Switches & Detection System, Inc |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 17

4/24/2006 5:00 PM
2002 List 060424

72

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | tjmschank@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | jjhunter@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel for RF MicroDevices, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel for RF MicroDevices, Inc. |
| Husnick & Fine P.C. | Ann E. Franks | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-6900 | 716-855-0874 | aef@hunterfine.com | Counsel for Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel for Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Babes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2486 | Greg.Chaudhry@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffrey.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America Corporation |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel for International Brotherhood of Electrical Workers Local Union No. 663; International Association of Machinist; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel for Tecumseh Corporation |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7351 | rpeterson@jenner.com | Counsel for GPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Teneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel for W.L. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Singer, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.singer@kattenlaw.com | Counsel for TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel for Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko; Carl Campen Laufenberg; Erin M. Riley | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com, claufenberg@kellerrohrback.com, eriley@kellerrohrback.com | Counsel for Neal Folck, Greg Bartell, Donald McEvoy, Irene Polte, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plans for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel for Neal Folck, Greg Bartell, Donald McEvoy, Irene Polte, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plans for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7897 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kennedy, Jennik & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 17

4/24/2005 5:00 PM
2002 List 004424

73

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Plaza | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-2207 | sjennik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Plaza | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| King & Spalding, LLP | George B. South, III | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | gsouth@kslaw.com | Counsel for Marinna International Inc. |
| King & Spalding, LLP | Alexandra B. Feldman | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | afeldman@kslaw.com | Counsel for Marinna International Inc. |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel for Lurl Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture Trustee |
| Klett Rooney Lieber & Schorling CO., L.P.A. | Eric L. Schnabel / DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | | schnabel@klettrooney.com / dbrown@klettrooney.com | Counsel for Entergy |
| Kingslak, Wiskins, Griffiths & Dougherty CO., L.P.A. | Sam D. Gruenwaian | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sdgruenwald@kwgd.com / dbrown@klettrooney.com | Counsel for Millwood, Inc. |
| Kutchin & Rule, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-2000 | 617-542-3001 | ekutchin@kutchinrule.com | Counsel for Parlex Corporation |
| Kutchin & Rule, P.C. | Kerry R. Northup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-2000 | 617-542-3001 | knorthup@kutchinrule.com | Counsel for Parlex Corporation |
| Lambert, Lester, Isackson, Cook & Giunta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel for Linamar Corporation |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | 1630 McCarthy Blvd | | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH-35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, et al |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dilman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston.bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities |
| Leeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel for Industrial Ceramics Corporation |
| Leeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | | gschwed@loeb.com | Counsel for Creditor The Intergralloc Group of Companies, Inc. and Proposed Auditor Deloitte & Touche LLP |
| Lord, Bissell & Brook | Timothy G. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel for Methode Electronics, Inc. |
| Lord, Bissell & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-0601 | tbrink@lordbissell.com | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord, Bissell & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-4204 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lord, Bissell & Brook LLP | Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-612-8340 | 212-947-1202 | rcovino@lordbissell.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 17

4/24/2006 5:00 PM
2002 List 060424

74

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | | Counsel for Teachers Retirement System of Oklahoma, Public Employee's Retirement System of Mississippi, Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | mlevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma, Public Employee's Retirement System of Mississippi, Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel for Cerberus Capital Management, L.P., AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel for Daewoo International |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | 419-867-8909 | egc@llclaw.com | Counsel for Metro Fibers, Inc. |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel for Ideal Tool Company, Inc. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madcapcorp.com | Representative for Madison Capital Management |
| Marqules & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com | Counsel for Venture Plastics |
| Mastromanco & Jahn, P.C. | Victor J. Mastromanco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | | vjm@mastromarcopc.com | Counsel for H.E. Services Company and Robert Backes and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel for NDK America, Inc., NDK Crystal, Inc., Foster Electric USA, Inc., JST Corporation, Nichicon (America) Corporation, Taiho Corporation of America, American Aikoku Alpha, Inc., Sugano America, Ltd., SL America, Inc., SL Tennessee, LLC, Hosiden America Corporation and Santech Corporation |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-506-2910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel for Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-506-1910 | 212-506-2500 | jtougas@mayerbrownrowe.com | Counsel for Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr., Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarthy Tetrault LLP | John J. Sismas Leone P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsismas@mccarthy.ca lsalzman@mccarthy.ca | Counsel for Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | James M. Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | jsullivan@mwe.com | Counsel to Unisia Technology Corporation, National Semiconductor Corporation, Tricom Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel for National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Sean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | srobertson@mcdonaldhopkins.com | Counsel to Bison Engineered Materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2165 | egunn@mcguirewoods.com | Counsel for Siemens Logistics Assembly Systems, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 17

75

4/24/2006 5:00 PM
2002 List 060424

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lewer Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | mrosenbaum@mrrlaw.net | Counsel for Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emyers@mrrlaw.net | Counsel for Prince George County |
| Miami-Dade County, FL | April Burch | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | | 305-375-5314 | 305-375-1142 | aburch@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | | Attorney General to State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Workers' Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | | Assistant Attorney General for Workers Compensation Agency |
| Michigan Department of Labor and Economic Growth, Workers' Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | 517-373-2129 | | Attorney General for Workers Compensation Agency |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3416 | 410-385-3700 | trenda@milesstockbridge.com | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Elloy Enfield Limited, Hydra Aluminum Rockledge, Inc., NorA Hydro Canada, Inc., Enriant Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3416 | 410-385-3700 | | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Elloy Enfield Limited, Hydra Aluminum Rockledge, Inc., NorA Hydro Canada, Inc., Enriant Technologies, LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb, Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1740; 616-831-1726; | 616-988-1745; 616-988-1726; | sarbt@millerjohnson.com; wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8451 | fusco@millercanfield.com | Counsel for Niles USA Inc.; Technetics, LLC; The Bartech Group, Inc.; Freescale Automotive Systems |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | green@millercanfield.com | Counsel for Webb Operating Company, LLC |
| Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pricotta@mintz.com | Counsel for Hitachi Automotive Products (USA), Inc. and Concstia |
| Mintz, Levin, Cohn, Ferris Glovsky and Popeo, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel of Hitachi Automotive Products (USA), Inc. and Concstia Paradee |
| Moex Connector Corp | Jeff Ott | 2222 Wellington Ct | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel for Molex Connector Corp |
| Montgomery, McCracken, Walker & Rhoads, LLP | Laurie A. Krepto | 123 South Broad Street | | Philadelphia | PA | 19109 | | 215-772-1500 | 215-772-7620 | lkrepto@mmwr.com | Counsel for AVECE Earth & Environmental |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90071 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 17

4/24/2006 5:00 PM
2002 List 060424

76

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Andrew O. Gallinco | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | bgallinco@morganlewis.com | Counsel for ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel for Hitachi Chemical (Singapore) Pte Ltd |
| Monti Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | | Counsel for Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interest to Oasis Silicon Systems, Inc.) |
| Morris, Nichols, Arsht and Tunnell | Robert J. Dehney | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | Rdehney@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morris, Nichols, Arsht and Tunnell | Michael G. Busenkell | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | mbusenkell@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morrison Cohen LLP | Joseph T. Moldovan / Michael B. DaLago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8603 / 212-735-8735 | 917-522-3103 / 917-522-3157 | jmoldovan@morrisoncohen.com / mdalago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and David Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | TX | 75201-6659 | | 214-855-7590 / 214-855-7561 / 214-855-7587 | 214-855-7584 | rurbanik@munsch.com / jwielebinski@munsch.com / drukavina@munsch.com | Counsel for Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra C. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel for Lakider Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 200 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | | Counsel for 375 Oakyka LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Elkin Equities, Inc. 1401 Troy Associates LP; Brighton Limited Partnership; DPG Information Services, Inc. Elkin Management Services, Inc. and Elkin Real Properties |
| Nathan, Neuman & Nathan, P.C. | Susanna C. Brennan | 29100 Northwestern Highway | Suite 200 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel for 375 Oakyka LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Elkin Equities, Inc. 1401 Troy Associates LP; Brighton Limited Partnership; DPG Information Services, Inc. Elkin Management Services, Inc. and Elkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2300 | 866-296-4481 | sbrennan@nathanneuman.com | Various Lessees and Senior Counsel for National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | lisa.moore@nationalcity.com | Counsel for Daiwyler Rubber & Plastics, Inc.; Daiwyler, Inc.; Daiwyler i/o devices (Americas), Inc.; Raimco Tube (USA), Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | george.cauthen@nelsonmullins.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

4/24/2005 5:00 PM
2002 List 050424

77

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rex, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@rpwlawfirm.com | Counsel for Partee's Retirement System of Oklahoma, Public Employee's Retirement System of Mississippi, Parkson's Retirement System and Stichting Pensioenfonds ABP |
| Norris Company and General Chemical Performance Products LLC | James Imbriaco | 90 East Halsey Road | | Parsippany | NJ | 07054 | | 973-384-0592 | 973-515-3244 | jimbriaco@genhex-global.com | |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq. | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel for WL Ross & Co., LLC |
| North Point | Michelle M. Hamer | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | ddherman@jonesday.com | Counsel for WL Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | 478-746-4485 | chope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel for The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9909 | michaelz@orbotech.com | Comptroller of Public Accounts Company |
| O'Rourke Katten & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | | 312-849-2020 | 312-849-2021 | mmoody@okmlaw.com | Counsel for American Credit Corporation d/b/a SEC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel for Wedwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel for Wedwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | mcheney@orrick.com | Counsel for Wedwood Associates, Inc. |
| Ottenbourg, Steindler, Houston & Rosen, P.C. | Scott L. Hazan | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | shazan@oshr.com | Counsel for Sharp Electronics Corporation |
| Ottenbourg, Steindler, Houston & Rosen, P.C. | Melissa A. Hager | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mhager@oshr.com | Counsel for Sharp Electronics Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3313 | 212-373-2136 | sshimshak@paulweiss.com | Counsel for Ambrake Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-2053 | cweidler@paulweiss.com | Counsel for Ambrake Corporation, Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel for Norris Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel for Norris Company and General Chemical Performance Products LLC |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K. Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | 30 Jelliff Lane | | Southport | CT | 06890 | | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Federal Express Corporation |
| Pepper Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel for SKF USA, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 17

4/24/2006 5:00 PM
2002 List 090424

78

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | P.O. Box 1709 | Wilmington | DE | 19899-1709 | | 302.777.6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel for SKF USA, Inc. |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212.841.0549 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexide, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland GmbH; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexide, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland GmbH; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714.436.6800 | 714.436.2800 | mark.houle@pillsburylaw.com | Counsel for Clarion Corporation of America |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212.858.1000 | 212.858.1500 | karen.dine@pillsburylaw.com | Counsel for Clarion Corporation of America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212.858.1000 | 212.858.1500 | richard.epling@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212.858.1000 | 212.858.1500 | robin.spear@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212.858.1000 | 212.858.1500 | margot.erlich@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pitney Hardin LLP | Ronald S. Beacher | 7 Times Square | | New York | NY | 10006 | | 212.297.5800 | 212.682.3485 | rbeacher@pitneyhardin.com | Counsel for BJ/TC Business Credit Corporation |
| Pitney Hardin LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973.966.6300 | 973.966.1015 | rmeth@pitneyhardin.com | Counsel for Marshall E. Campbell Company |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | Counsel for Newman Automotive, Inc. and Newman Aluminum Impact Extrusion, Inc. |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel for Newman Automotive, Inc. and Newman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jmh@previant.com mgr@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | | 989-385-3220 | 989-754-7600 | They have no email address, have to be notified by mail | Counsel for Professional Technologies Services — Secretary for |
| Pryor & Mandelup, LLP | A. Scott Mandelup, Kenneth A. Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | ktm@pryormandelup.com kar@pryormandelup.com | Counsel for National Molding Corporation; Security Plastics Division/RMC LLC |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856.840.2495 | 856-840-2740 | jp@qad.com | Counsel for QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup.com | Counsel for Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2092 | patrick.bartels@quadranglegroup.com | Counsel for Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarles & Brady Streich Lang LLP | Kasey G. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel for Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel for General Electric Capital Corporation; Stategic Asset Finance |
| Republic Engineered Products, Inc. | Joseph Laporta | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3028 | jlaporta@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddel Williams P.S. | Joseph M. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel for Microsoft Corporation; Microsoft Licensing, GP |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel for ICX Corporation |
| Riverside Claims LLC | Rudy Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | rudy@corporation.com | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel for Blue Cross Blue Shield of South Carolina |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Fower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | cnorgaard@ropers.com | Counsel for Brembo S.p.A.; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | | 212-841-5700 | 212-841-5725 | marc.hirschfield@ropesgray.com | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLP | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11553 | | 516-227-1600 | 516-227-1600 | tslome@svmllp.com | Counsel for JAE Electronics, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Bouibol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | frank@cron.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman, Arthur M. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | cschulman@sachnoff.com agelman@sachnoff.com | Counsel for Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | hborin@schaferandweiner.com | Counsel for Doll Industries, Inc. |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | mnewman@schaferandweiner.com | Counsel for Doll Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | rheilman@schaferandweiner.com | Counsel for Doll Industries, Inc. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | dweiner@schaferandweiner.com | Counsel for Doll Industries, Inc. |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60606 | | 312-258-5500 | 312-258-5600 | wkohn@schiffhardin.com | Counsel for Morris Industries |
| Schiff Harden LLP | Michael Yetnikoff | 623 Fifth Avenue | 28th Floor | New York | NY | 10022 | | 212-753-5000 | 212-753-5044 | myetnikoff@schiffhardin.com | Counsel for Morris Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Oklahoma; Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensionenfonds ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7700 | 610-667-7056 | shandler@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Oklahoma; Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensionenfonds ABP |
| Schulte Roth & Sabell LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com | Counsel for Panasonic Automotive Systems Company of America; D.C. Carstal Partners, L.P. |
| Schulte Roth & Sabell LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel for Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabell LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | carol.weiner.levy@srz.com | Counsel for D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1601 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East, Two Seaport Lane, Suite 300 | | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel for In BekeLBO Foundry USA, de CV |
| Sheehan Phinney Bass + Green Professional Association | Steven E. Boyce | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-2347 | | 603-627-8278 | 603-641-2347 | sboyce@sheehan.com | Counsel for Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-356-2460 | 248-356-2740 | lawtoll@comcast.net | Counsel for Milwaukee Investment Company |
| Shea, Garner, Cahill, Richter, Klein & Hibert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@nhglegal.com | Counsel for Gulf Coast Bank & Trust Company |
| Shea, Garner, Cahill, Richter, Klein & Hibert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@nhglegal.com | Counsel for Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel for Fortune Plastics Company and Illinois, Inc.; Universal Metal Hose Co. |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel for Silver Point Capital, L.P. |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | kziman@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | wrussell@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel for Shurfine Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skfdelaware.com | Counsel for AirGas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Jo Christine Reed | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | jreed@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Soloff & Abramczyk, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | rmg45@comcast.net | Counsel for Michigan Heritage Bank, MHB Leasing, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pbutler@ssd.com | Counsel for Fanikawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel for Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-6542 | jbaumann@steeltechnologies.com | Counsel for Steel Technologies, Inc. |
| Stein, Ruebot, Cohen & Magel LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2065 | 510-987-8113 | rkidd@srcm-law.com | Counsel for Excel/Global Logistics, Inc. |
| Stenberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel for Baig Metals Group, Inc., Central Transport International, Inc., Crown Enterprises, Inc., Economy Transport, Inc., Logistics Insight Corp (LINC), Universal Am-Can, Ltd., Universal Truckload Services, Inc. |
| Stevens & Weinstein, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-3922100 | 609-392-7956 | jsposta@stevenslee.com | Counsel for Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq., Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cbs@stevenslee.com / sp@stevenslee.com | Counsel to Tenneli Canada Ltd., V.J Technologies, Inc. and V.J Electronic, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 17

4/24/2006 5:00 PM
2002 List 060424

81

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 04106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | mcashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0445 | 502-779-8274 | wrobison.beard@stites.com | Counsel to WARCO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel for 975 Ostpke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership-on Elkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jminias@stroock.com | Counsel for 975 Ostpke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership-on Elkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| Swidler Berlin LLP | Robert N. Sherwurzet | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | | Counsel for Sanders Lead Co., Inc. |
| Taft, Stettinius & Hollister LLP | Robert I. Farrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | rfarrell@taftlaw.com | Counsel for Wren Industries, Inc. |
| Tennessee Department of Revenue | Marvin E. Clementi, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clementi@state.tn.us | Tennessee Department of Revenue |
| Tera Law LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-299-1200 | 408-599-4895 | ddraper@teralaw.com | Counsel for Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel for TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel for TT Electronics, Plc |
| The Furukawa Electric Co., Ltd | Mr. Tetsuma Nozeki | 6-1 Marunouchi | 2-Chrome, Chiyoda ku | Tokyo | Japan | | 100-8322 | | 813-3286-3915 | | Legal Department of The Furukawa Electric Co., Ltd |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave., SW | PO Box 6927 | Canton | OH | 44706 | | 1-330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Counsel and Tax Representative for Timken Corporation |
| Thelen Reid & Priest LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Thelen Reid & Priest LLP | Daniel A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel for STMicroelectronics, Inc. |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 300 | Dallas | TX | 75201 | | 214-969-1505 | 214-969-1650 | john.brannon@tklaw.com | Counsel for Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-1220 | 210-344-6450 | ephillips@thurman-phillips.com | Counsel for Rayberg, Inc. d/b/a Precision Mold & Tool and d/b/a Engineered Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | 212-308-7498 | levi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | bankdesk@teamtogut.com | Counsel to Debtors |
| Tyler Cooper & Alcorn, LLP | W. Jon Vilden | 205 Church Street | 38th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | wvilden@tylercooper.com | Counsel for Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel for McGuan Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4155 | 402-501-0127 | makilgore@UP.com | Counsel for Union Pacific Railroad |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 353 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel for Furukawa Electric North America APD |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-4677 | rjsidman@vorys.com | Counsel for Furukawa Electric North America APD |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 17

4/24/2006 5:00 PM
2002 List 060424

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Voys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4653 | tscobb@vssp.com | Counsel for America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel for Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel for Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoefer, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoefer@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel for Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | sgrow@wnj.com | Counsel for Behr Industries Corp. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | bankruptcy@warnerstevens.com | Counsel for Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weisland, Golden, Smiley, Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lwakvall@wgllp.com | Counsel for Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-0310 | 310-203-8110 | aordubegian@weinwoon.com | Counsel for Oboech, Inc. |
| Wellman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | John K. Cunningham | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | cunninghamjohn@whitecase.com | Counsel for Appaloosa Management, LP |
| White & Case LLP | Margaret Meszaros-Mitri | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | mmeszarosmitri@whitecase.com | Counsel for Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel for Sabark Graphite Company |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel for National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel for National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| W.L. Ross & Co., LLC | Oscar Ignesias | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | | 212-826-1100 | 212-317-4890 | oignesias@wlross.com | Counsel for W. L. Ross & Co., LLC |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8056 | 336-574-4528 | lpinto@wcsr.com | Counsel for National Instruments |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 17 of 17

4/24/2005 5:00 PM
2002 List 000424

83

Hearing Date and Time: June 20, 2006, 10:00 a.m.
Objection Deadline: June 13, 2006, 4:00 p.m.

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF FIRST INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 300 AND 331, AND
HEARING ON JUNE 15, 2006, AND OBJECTION DEADLINE OF JUNE 8, 2006

PLEASE TAKE NOTICE that on April 28, 2006, Banner & Witcoff, Ltd.,

intellectual property counsel for Delphi Corporation, and a Retained Professional, filed a first

interim application seeking a first interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. Sections 330 and 331, for the period from October

8, 2005 through January 31, 2006 together with the following exhibits:  A, Summary sheet; B,

Certification; C, Banner Retention Order; D, Shifley Affidavit; E and F, Banner engagement

letters; G and H, Banner Invoices; K, e-mail list of exhibits to those entitled to receive same; and

L, proposed order on the application.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the application will be held on June 20, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the application must be made by June 13, 2006, at 4:00 p.m. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Order under 11 U.S.C. Section 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals will be considered by the Bankruptcy Court at the Hearing.  If no objections to the application are timely made and served in accordance with the procedures set forth herein and in the Interim Order, the Bankruptcy Court may enter an order granting the application without further notice.

Dated: Chicago, Illinois           BANNER & WITCOFF, LTD.
      April 28, 2006

By: _Charles W Shifley_
     Charles W. Shifley
     Binal J. Patel
     10 South Wacker Drive
     Suite 3000
     Chicago, Illinois 60606
     (312) 463-5000

2