BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - -    x
                                                   :
In re                                              :    Chapter 11
                                                   :
DPH HOLDINGS CORP., et al.,                        :    Case No. 05-44481 (RDD)
                                                   :
                                                   :    (Jointly Administered)
Debtors.                                           :
- - - - - - - - - - - - - - - - - - - - - - - -    x

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES UNDER 11
U.S.C. SECTIONS 330 AND 331

# EXHIBIT E

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                          :
     In re                     :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                   Debtors.  :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### NOTICE OF THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 300 AND 331, AND HEARING ON MARCH 22, 2007, AND OBJECTION DEADLINE TO BE PROVIDED BY THE COURT

PLEASE TAKE NOTICE that on November 30, 2006 Banner & Witcoff, Ltd.,
intellectual property counsel for Delphi Corporation, and a Retained Professional, filed a third
interim application seeking a second interim allowance and payment of compensation and
reimbursement of expenses under 11 U.S.C. Sections 330 and 331, for the period from June 1,
2006 through September 30, 2006 together with the following exhibits:  A, Summary sheet; B,
Certification; C, Banner Retention Order; D, Shifley Affidavit; E and F, Banner engagement
letters; G, H, I, and J,  Banner Invoices; K, L, M,  records of notices to those entitled to receive
same; and N, proposed order on the application.



PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the application will be held on March 22, 2007, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the application must be made by such date and time as will be provided by the Court.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Order under 11 U.S.C. Section 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals will be considered by the Bankruptcy Court at the Hearing.  If no objections to the application are timely made and served in accordance with the procedures set forth herein and in the Interim Order, the Bankruptcy Court may enter an order granting the application without further notice.

Dated: Chicago, Illinois
      November 30, 2006

BANNER & WITCOFF, LTD.

By: *Charles W. Shifley*
Charles W. Shifley
Binal J. Patel
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 463-5000

2

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                    :
           In re                    :      Chapter 11
                                    :
     DELPHI CORPORATION, et al.     :      Case No. 05-44481 (RDD)
                                    :
                        Debtors.    :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331**

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi

Corporation ("Delphi"), and a Retained Professional, submits this third interim

application seeking a second interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§330 and 331 for the period from June 1,

2006 through September 30, 2006 ("the Application Period").

STATEMENT AT THE OUTSET PURSUANT TO GUIDELINES

Banner submits this interim application for (a) allowance of compensation for

141.9 hours of professional legal professional services provided by Banner to Delphi, in

the amount of $50,331.00 and (b) reimbursement of actual and necessary charges and

disbursements incurred by Banner in the amount of $1,223.10, for a total of $51,554.10,

in the rendition of required legal, intellectual property professional services on behalf of

Delphi in the time period of June 1, 2006 through September 30, 2006.

## SUMMARY SHEET AND CERTIFICATION

A Summary Sheet is attached as Exhibit A. A Certification is attached as Exhibit

B.

## CONTINUED APPLICATION

In support of third interim application, Banner further represents as follows:

## BACKGROUND

1.       On October 8, 2005, Delphi and certain of its United States ("U.S.")

subsidiaries (the "Initial Filers") filed voluntary petitions for relief under chapter 11 of

the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States

Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). (On

October 14, 2005, three additional U.S. subsidiaries of Delphi (collectively with the

Initial Filers, the "Debtors") filed voluntary petitions for relief under the Bankruptcy

Code. The Debtors continue to operate their businesses as "debtors-in-possession" under

the jurisdiction of the Bankruptcy Court and in accordance with the applicable provisions

of the Bankruptcy Code and orders of the Bankruptcy Court.

## RETENTION OF BANNER

2.       On January 3, 2006, pursuant to an application dated December 6, 2005,

the Bankruptcy Court entered an order titled "Order under 11 U.S.C. §§327(3) and

1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Banner &

Witcoff, Ltd. as Intellectual Property Counsel to Debtors ("Banner Retention Order"),"

2

4

(Docket No. 1708) Exhibit C, and thereby granted the Debtors' request to employ Banner as intellectual property counsel under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, with approval of such employment being effective as of the Petition Date, October 8, 2005.

## EVENTS BEFORE THE APPLICATION PERIOD, INCLUDING IDENTIFICATION OF LITIGATION THAT GIVES RISE TO THIS APPLICATION AND BANNER'S TERMS AND CONDITIONS OF ENGAGEMENT IN REPRESENTING DELPHI IN THE LITIGATION

3.      Delphi is a defendant in two civil actions for patent infringement in which Banner lawyers have represented Delphi from before the Petition Date. These are (a) Automotive Technologies International, Inc. ("ATI") v. BMW North America, Inc., et al., Appeal No. 06-1013 (Federal Circuit September 29, 2005) and its underlying case, Civil Action No. 01-71700 (April 30, 2001), and (b) Automotive Technologies International, Inc. v. Delphi Automotive Systems Corporation, et al., Civil Action No. 04-72035 (E.D.Mich. April 30, 2005). Together, these cases as routinely called the "ATI" cases by Banner.

4.      Banner was retained to represent Delphi in the ATI cases by an exchange of letters of engagement described in paragraph 10 of an Affidavit of Charles W. Shifley filed in support of the application for retention of Banner, Exhibit D. See also Exhibits E and F, the subject letters of engagement. These letters reflect voluntary accommodations to Delphi including discounted rates and rates fixed over time.

5.      Civil Action No. 04-72035 was stayed during the pendency of Appeal No. 06-1013 and remains stayed by District Court order.

6.      Delphi has an indemnity agreement with General Motors Corporation implicated in the identified civil actions for patent infringement. Pursuant to the

3

agreement, at Delphi expense, Banner represents and has represented General Motors Corporation in these actions as well as Delphi.

EVENTS BEFORE THE APPLICATION PERIOD
CAUSING NECESSARY AND REASONABLE SERVICES AND DISBURSEMENTS

7.    Between October 8, 2005 and May 31, 2006, Banner represented Delphi in necessary efforts in the identified appeal.

8.    On November 14, 2005, Delphi served the appellate court and its opponent in the identified appeal with its Suggestion of Bankruptcy and Notice of Operation of Automatic Stay.

9.    On November 22, 2005, the appellate court requested information whether the appeal should be stayed in total as to all parties and not just Delphi. Banner represented Delphi in responding.

10.    On December 13, 2005, the appellate court issued an order temporarily staying briefing in the appeal and directing Delphi and its opponent to file status reports every sixty (60) days concerning whether this Bankruptcy Court has lifted the stay. Banner represented Delphi in response.

11.    On January 13, 2006, Banner received a telephone call from a Federal Circuit mediation Co-ordinator, seeking mediation of the identified appeal.   Through January 31, 2006, Banner represented Delphi and General Motors in response.

12.    Between October 8 and January 31, 2005, and pursuant to employment by Delphi and Delphi's indemnity to General Motors Corporation, Banner actively represented General Motors in the identified appeal.

13.    Pursuant to a court order in the appeal, Banner prepared and filed two 60 day status reports with the Federal Circuit Court of Appeals, on or about February 9,

4

2006, and April 10, 2006, and began the preparation of a third 60 day status report at the end of the subject period.

14.    Banner also prepared and filed a required appellate Docketing Statement.

15.    Most significantly, throughout the subject period, Banner represented Delphi in contacts from the Federal Circuit Court of Appeals to initiate mediation, and then in preparing for mediation, including co-ordinating, negotiating and communicating with the mediator Mr. Bosses, Delphi in-house counsel Mr. Cosnowski, opposing counsel Mr. Baniak, and co-counsel for co-defendants.

16.    As a part of the mediation effort, Banner also represented Delphi in a telephone pre-mediation conference, prepared and served the mediator with a mediation brief, and negotiated a mediation agreement proposed by the mediator, to conform to the needs of Delphi in bankruptcy.

17.    Banner also read and appreciated the Delphi objection to the ATI motion to lift the bankruptcy stay, in support of Delphi in mediation.

18.    Finally, Banner prepared and filed its first interim application for payment and reimbursement of expenses.

EVENTS DURING THE APPLICATION PERIOD
CAUSING NECESSARY AND REASONABLE SERVICES AND DISBURSEMENTS

19.    Between June 1, 2006 and September 30, 2006, Banner represented Delphi in necessary efforts in the identified appeal.

20.    In June, Banner finalized and submitted Delphi's mediation brief and a second submission to the mediator.

21.    In June, Banner also participated in the needed mediation. It was not successful.

5

22.    In June, we also worked to gain an express engagement letter with General
Motors that provided priority in representation to Delphi.

23.    In July, we dealt with a court order lifting our stay and scheduling our
briefing.

24.    In July and continuing in August, we began and continued our drafting of
our required appellate brief.

25.    In August, we continued the drafting of our required brief.

26.    Throughout this period, we also prepared our second interim fee
application and dealt with Delphi's change to electronic billing and errors of instructions
as to that billing.

### COMPLIANCE BY BANNER'S INVOICES NOS. 1626635, 1628853, 1631369 and 1634104 WITH 11 U.S.C. 330, THE INTERIM COMPENSATION ORDER AND FEE GUIDELINES

20.    This application and Banner's invoices Nos. 1626635, 1628853, 1631369
and 1634104, Exs. G, H, I and J comply with 11 U.S.C. 330, the Interim Compensation
Order (Docket No. 869), as amended by supplemental orders (Docket Nos. 2747, 2986,
3630 and 4545)("the Fee Order") and the U.S. Trustee Fee Guidelines, the Guidelines for
Fees and Disbursements for Professionals in Southern District of New York Bankruptcy
Cases, and the Amended Guidelines for Fees and Disbursements for Professionals in
Southern District of New York Bankruptcy Cases (together, "The Guidelines"), to the
best of Banner's ability to provide compliance, and in that they contain all required
information and are for necessary and reasonable services and disbursements provided to
Delphi in the ATI cases.

6

21.     The Certifying Professional certifies this application as in his Certification, Exhibit B.

22.     Further, among other matters, lists of the individuals who provided services during the statement periods are at page 3 of Invoice 1626635, page 3 of Invoice 1628853, page 3 of Invoice 1631369 and page 2 of Invoice 1634104, Exs. G, H, I and J, and in the Summary Sheet, Exhibit A. All listed individuals other than Mr. Greenfield and Mr. Rechtien are attorneys. Mr. Greenfield and Mr. Rechtien are law clerks.

23.     The Banner invoices also comply in that respective billing rates, aggregate hours, and reasonably detailed breakdowns of disbursements, and contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour are all part of the invoices.

24.     The Banner invoices also comply in that disbursements are billed at rates and in accordance with practices customarily employed by the applicant and generally accepted by the applicant's clients, and the disbursements, for photocopies, both internal and external, telecommunications, both toll charges and facsimile transmissions, courier and freight, printing, court reporter and transcripts, messenger services, computerized research, out of town travel expenses, word processing, secretarial and other staff services, cellular telephones, overtime expenses, local and daytime meals,  local transportation, and all other disbursements, satisfy the requirements of The Guidelines.

25.     Banner believes its invoices and this application also comply with all other aspects of the Fee Order and all applicable laws, rules, orders, guidelines and the like. To any extent there is any technical noncompliance, Banner respectfully requests a waiver for any such matter.

7

## ALL REQUIRED NOTICES HAVE BEEN PROVIDED; THERE HAS BEEN NO OBJECTION

26.     Banner has provided all required notices pursuant to the Fee Order, including serving monthly statements under paragraph 2(a) of the Order, except as relieved by Fee Committee communication that Fee Committee members do not want papers, by serving this fee application under paragraph 2(a) of the Order, and by serving an e-mail notice of the filing of this application and a listing of exhibits filed in support of it on the 2002 Entities List pursuant to paragraph 8 of the Order. See Exhibits K and L.

## CONCLUSION

WHEREFORE, Banner respectfully requests that the Court (a) enter an order allowing interim compensation of $50,331.00 to Banner for necessary and reasonable professional services rendered as attorneys for the Debtors during the application period, plus reimbursement of actual and necessary charges and disbursements incurred in the sum of $1,223.10 for a total sum of $51,554.10 and, (b) grant such other and further relief as is just and equitable under the circumstances.

A proposed order is attached at Exhibit M.


Respectfully submitted,


Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001


8

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |
|---|---|
| In re | : |
|  | : Chapter 11 |
|  | : |
| DELPHI CORPORATION, et al. | : Case No. 05-44481 (RDD |
| : | : |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

## LIST OF EXHIBITS TO THE THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi Corporation ("Delphi"), and a Retained Professional, submits this list of exhibits to its identified fee application:

Exhibit A - Summary Sheet.

Exhibit B - Certification.

Exhibit C - Order under 11 U.S.C. §§327(3) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Banner & Witcoff, Ltd. as Intellectual Property Counsel to Debtors ("Banner Retention Order").

Exhibit D -  Affidavit of Charles W. Shifley filed in support of the application for retention of Banner.

Exhibit E  -  First Letter of Engagement of Banner & Witcoff, Ltd.

Exhibit F  -  Second Letter of Engagement of Banner & Witcoff, Ltd.

Exhibit G  -  Banner's Invoice No. 1626635

Exhibit H  - Banner's Invoice No. 1628853

Exhibit I  -  Banner's Invoice No. 1631369

Exhibit J – Banner's Invoice No. 1634104

Exhibit K - Proofs of service of Banner invoices

Exhibit L  -  Proof of service of this list of exhibits.

Exhibit M -- Proposed Order.

Respectfully submitted,

*Charles W. Shifley*

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone:  (312) 463-5000
Facsimile:  (312) 463-5001

2

# EXHIBIT A

BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SUMMARY SHEET
FOR THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL
PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
UNDER 11 U.S.C. SECTIONS 330 AND 331

Banner & Witcoff, Ltd. ("Banner"), intellectual property counsel for Delphi Corporation

("Delphi"), and a Retained Professional,  submits this Summary Sheet in support of its third

interim application seeking a second interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§330 and 331 for the period from June 1, 2006

through September 30, 2006 ("the Application Period").

14

TOTAL COMPENSATION AND EXPENSES REQUESTED AND ANY AMOUNT(S)
PREVIOUSLY REQUESTED

Requested: $51,554.10
Previously Requested: $72,331.32

TOTAL COMPENSATION AND EXPENSES PREVIOUSLY
AWARDED BY THE COURT

Total Previously Awarded: Zero

NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME
DURING THE PERIOD, AND DATE OF BAR
ADMISSION FOR EACH ATTORNEY

| Charles W. Shifley | $435.00 | 1976 |
| Binal J. Patel | $320.00 | 1996 |
| Adam Greenfield | $175.00 | Law Clerk |
| Timothy J. Rechtien | $175.00 | Law Clerk |

TOTAL HOURS BILLED AND TOTAL AMOUNT OF BILLING FOR EACH PERSON WHO
BILLED TIME DURING BILLING PERIOD

| Charles W. Shifley | 76.6 hours | $33,321.00 |
| Binal J. Patel | 38.5 hours | $12,320.00 |
| Adam Greenfield | 18.6 hours | $3,255.00 |
| Timothy J. Rechtien | 8.2 hours | $1,435.00 |

2

COMPUTATION OF BLENDED HOURLY RATE FOR PERSONS WHO BILLED TIME
DURING PERIOD, EXCLUDING PARALEGAL OR OTHER
PARAPROFESSIONAL TIME

Blended hourly rate: $396.53 per hour

Respectfully submitted,

*Charles W. Shifley*

Charles W. Shifley
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

3

16

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                    :
        In re                       :      Chapter 11
                                    :
DELPHI CORPORATION, et al.          :      Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :      (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CERTIFICATION FOR
THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL
PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND
PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
UNDER 11 U.S.C. SECTIONS 330 AND 331

        I, Charles W. Shifley, as the "Certifying Professional" for Banner & Witcoff, Ltd.

("Banner"), intellectual property counsel for Delphi Corporation ("Delphi"), and a Retained

Professional, certify as follows:

        1.      I have read the Third Interim Application of Banner & Witcoff, Ltd., Intellectual

Property Counsel to Delphi Corporation, Seeking Allowance and Payment of Interim

Compensation and Reimbursement of Expenses Under 11 U.S.C. Sections 330 and 331 ("the

First Interim Banner Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES FOR FEES
AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW
YORK BANKRUPTCY CASES

        2.      To the best of my, the Certifying Professional's knowledge, information and

belief formed after reasonable inquiry, the fees and disbursements sought in the Third Interim

Banner Application fall within the Amended Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines")

and the UST Guidelines, except as specifically noted in this certification and described in Banner's fee application (there are no exceptions).

3.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Banner, and generally accepted by the applicant's clients.

4.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

5.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this chapter 11 case, the chair of each official committee and the debtor have all been provided not later than 20 days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this chapter 11 case, the chair of each official committee and the debtor have all been provided with a copy of the relevant fee

2

application at least 10 days before the date set by the court or any applicable rules for filing fee applications.

### FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the Third Interim Banner Application complies with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.    The Certifying Professional is unable to certify that the trustee, debtor, or chair of each official committee (as to each respective committee's professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

3

Respectfully submitted,

Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile:  (312) 463-5001

4

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF BANNER & WITCOFF, LTD.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

("BANNER RETENTION ORDER")

Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of Banner & Witcoff, Ltd. ("Banner") as an intellectual property counsel to the

Debtors; and upon the Affidavit of Charles W. Shifley, sworn to December 6, 2005, in support of

the Application (the "Shifley Affidavit"); and this Court being satisfied with the representations

made in the Application and the Shifley Affidavit that Banner does not represent or hold any

interest adverse to any of the Debtors' estates or the Debtors with respect to the matters on which

Banner is to be employed, and that Banner's employment is necessary and would be in the best

interests of each of the Debtors' estates; and it appearing that proper and adequate notice has

been given and that no other or further notice is necessary; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1

1.  The Application is GRANTED.

2.  The Debtors' employment of Banner as intellectual property counsel, pursuant to the Application, is approved under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of the Petition Date, October 8, 2005.

3.  Banner shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court. Without limiting the foregoing, Banner shall make reasonable efforts to ensure that the Debtors' estates are not charged for any duplication of work with the other professionals retained in these cases.

4.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Final Order.

5.  The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Application.

Dated:   New York, New York
         January 3, 2006


                              /s/ Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE


2

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
    In re                  :   Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :   Case No. 05-44481 (RDD)
                                         :
                  Debtors.   :   (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :

### AFFIDAVIT OF CHARLES W. SHIFLEY IN SUPPORT OF APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014 AUTHORIZING EMPLOYMENT AND RETENTION OF BANNER & WITCOFF, LTD. AS AN INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

STATE OF ILLINOIS

COUNTY OF COOK

CHARLES W. SHIFLEY, being duly sworn, deposes and states as follows:

1. I am a shareholder and Vice President of the law firm of Banner & Witcoff, Ltd. ("Banner"), proposed intellectual property counsel for Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"). I am licensed to practice law principally in the State of Illinois. I am also licensed by the United States Patent and Trademark Office. I have nearly thirty years of successful experience in intellectual property matters, including patent litigation and counseling matters.

2. I submit this affidavit (the "Affidavit")[1] in support of the Application For Order Under 11 U.S.C. §§ 327(e) And 1107(b) And Fed. R. Bankr. P. 2014 Authorizing

⟨

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

Employment And Retention Of Banner & Witcoff, Ltd. As Intellectual Property Counsel To Debtors (the "Application") nunc pro tunc to October 8, 2005, filed concurrently herewith.

3.   The name, business address, and telephone number of Banner & Witcoff, Ltd. are as follows:

> Banner & Witcoff, Ltd.
> 10 South Wacker Drive
> Chicago, Illinois 60606
> 312.463.5000

4.   Banner is well qualified to assist the Debtors in the manner described in the Application. Banner is a nationally well-known and respected intellectual property law firm almost all of whose lawyers are experienced, registered patent lawyers with technical degrees. Banner has successfully represented Delphi and its predecessor, General Motors Corporation, in many patent infringement cases.  Banner has also represented Delphi and its predecessor, General Motors Corporation, in other patent infringement counseling.  Banner enjoys extensive experience in intellectual property law and cases in the Debtors' industry, including currently pending patent infringement cases against Debtors.  Consequently, Banner can economically, successfully, and uniquely represent the Debtors in cases currently pending and similar intellectual property matters. Accordingly, the Debtors believe that Banner is well qualified to serve as an intellectual property counsel in these chapter 11 cases in an efficient and effective manner.

5.   Also, Banner has advised the Debtors regarding other intellectual property matters.  Based on the services that Banner has rendered to the Debtors, Banner is thoroughly familiar with certain intellectual property matters relating to the Debtors.

6.   Generally, in connection with the Debtors' cases, Banner intends to provide to the Debtors with the following types of professional services:

2

(a)     representation, both currently and if any appeal were to follow, in
        <u>Automotive Technologies International, Inc. v. BMW North America,
        Inc., et al.</u>, Appeal No. 06-1013 (Federal Circuit September 29, 2005) and
        its underlying case, Civil Action No. 01-71700 (April 30, 2001);

(b)     representation in <u>Automotive Technologies International, Inc. v. Delphi
        Automotive Systems Corporation, et al.</u>, Civil Action No. 04-72035
        (E.D.Mich. April 30, 2005), a patent infringement case that was stayed
        during the above-identified appeal;

(c)     preparation of legal opinions involving Debtors' claims relating to the
        Debtors' products and patents, as well as claims made by competitors;

(d)     representation of the Debtors for a broad scope of intellectual property law
        services.

7.    In light of certain existing client representations on unrelated matters, the
engagement of Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden, Arps") as the Debtors'
bankruptcy counsel, the engagement of Shearman & Sterling LLP ("Shearman") as the Debtors'
special counsel, the engagement of Togut, Segal & Segal LLP ("Togut") as the Debtors' conflicts
counsel, and the engagement of other counsel for the Debtors, Banner will not be responsible for
or undertake any representation with respect to (a) advising the Debtors concerning specific
contracts and claims of certain of Banner's existing clients and (b) reviewing, interpreting, or
commenting on the specific contracts and claims of certain of Banner's existing clients. These
existing client relationships, and the scope of the carve-out from Banner's retention, are
discussed more fully below.

3

8.   It is Banner's understanding that the Debtors may request that Banner undertake specific matters beyond the limited scope of the responsibilities set forth above. Should Banner agree in its discretion to undertake any such matter, it is Banner's understanding that the Debtors will seek further order of this Court.

9.   Banner is making efforts, together with the Debtors' other counsel to ensure that there is no duplication of effort or work between such firms and Banner.  It is Banner's intention that the estates should receive the best value possible from the efficient coordination of work among its counsel.  Banner believes that its lawyers and the rest of the lawyers retained in these cases have to date delineated clearly, and will continue to delineate clearly, the division of work between them, so as to avoid any duplication of effort and to maximize the efficiencies of the proposed arrangement.

10.   Banner has in the past been employed and retained pursuant to certain engagement letters between the Debtors and Banner, dated October 7, 2004 and November 19, 2004 (together, the "Engagement Letters"), and pursuant to additional terms.  The additional terms are that Banner agreed that its discounted hourly rates would remain in effect through the remainder of the cases that are subject to the Engagement Letters, the rates being subject to renegotiation three years after the Engagement Letters if the cases remained pending then. Banner also agreed to represent the Debtors in preparing legal opinions and other matters at standard hourly rates or for pre-agreed total charges.

11.   Banner agrees to accept as compensation for the services rendered in connection with its representation of the Debtors compensation on the terms set forth in the Engagement Letters and the additional terms identified above.

4

12.   Banner acknowledges that all amounts paid to Banner during these chapter 11 cases are subject to final allowance by this Court. In the event that any fees or expenses paid to Banner during these cases are disallowed by this Court, the fees and expenses will be disgorged by Banner and returned to the Debtors or as otherwise ordered by this Court.

13.   Banner categorizes its billings by subject matter, in compliance with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee Guidelines"). Banner acknowledges its compensation in the Debtors' cases is subject to approval of this Court in accordance with section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and the U.S. Trustee Guidelines.

14.   Banner has conducted a check for conflicts of interest and other conflicts and connections with respect to the Debtors' bankruptcy cases. Banner maintains a database containing the names of current, former, and potential clients and other principal parties related to such clients. I caused Banner to review and analyze the conflict database to determine whether Banner has any connection with the principal parties-in-interest in these chapter 11 cases, using information provided to Banner by the Debtors and Skadden, Arps and information contained in the database, including (a) the names of the Debtors' prepetition lenders, (b) the names of significant creditors of the Debtors, and (c) the names of firms that the Debtors intend to or may employ during their chapter 11 cases.

15.   Based upon this research, I have determined that Banner has in the past represented, currently represents, and will likely in the future represent certain of the Debtors' creditors and other parties-in-interest in matters unrelated to the Debtors or these chapter 11 cases. Banner has represented, currently represents, and will likely in the future represent, such creditors and other parties-in-interest, and their related entities, in such matters, including:

5

General Motors Corporation ("GM"), where Banner has been directed to do so by Delphi as a

matter of assisting Delphi in meeting contractual indemnity obligations to GM, with the consent

of both companies; Dura Automotive Systems, Inc.; Illinois Tool Works, Inc.; Cargill, Inc.;

Allstate Insurance; AT&T, Nokia Corporation; John Hopkins University; Harley Davidson

Motor Company; Circuit City Stores, Inc.; Microsoft Corporation; and Technitrol, Inc.  I do not

believe that the foregoing raises any actual or potential conflicts of interest of Banner relating to

the representation of the Debtors in these chapter 11 cases, but such relationships are disclosed

out of an abundance of caution.

16.   It is my intention that if Banner becomes aware of any other connections of

which it presently is unaware, Banner will bring them to the attention of this Court and the U.S.

Trustee.


_Charles W. Shifley_
Charles W. Shifley


Sworn to before me
this ⟨6⟩ day of ~~November,~~ 2005
DECEMBER

_Kathy G. Kessling_
Notary Public

```
"OFFICIAL SEAL"
KATHY G. KESSLING
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8/8/2009
```

6

# EXHIBIT E

# DELPHI

Telephone:   (248) 813-3389
Facsimile:   (248) 813-1122

*Via E-Mail*

October 7, 2004

Mr. Charles Shifley
BANNER & WITCOFF, LTD.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606

Re:   *ATI Patent Litigation*

Dear Charles:

This confirms that Delphi Corporation has retained Banner & Witcoff to represent Delphi in the following patent infringement cases:

   1)   *Automotive Technologies International v. BMW of North America, et al.*
      Case No. 01-CV-71700 (E.D. of MI), Delphi Matter No. 2001-000762 (ATI I); and

   2)   *Automotive Technologies International v. Delphi, et al.*
      Case No. 04-60083 (E.D. of MI), Delphi Matter No. 2004-000564 (ATI II)

Except as provided herein, this engagement letter supercedes the previous engagement letter dated August 28, 2002, between Delphi and Banner & Witcoff for the ATI I matter.

I will be responsible for managing these matters and will be your direct contact at Delphi. Please include the Delphi file numbers shown above in all correspondence and invoices with this office. To the extent possible, we request that you bill activities on these matters separately. In situations where the time spent on activities for these matters cannot be conveniently distinguished, please bill commingled time to the ATI I matter. In the event that one or more of these actions become consolidated, we will inform you as to the Delphi matter number under which you should subsequently bill your time.

We have approved a four-person Banner & Witcoff attorney team to work on these matters. Banner & Witcoff has agreed to discount its regular hourly professional rates on these matters as listed below:

Delphi World Headquarters & Customer Center
5825 Delphi Drive, M/C 480-410-254, Troy, MI 48098-2815
william.Cosnowski.Jr@delphi.com

33

Charles Shifley, Esq.
October 7, 2004
Page 2 of 3

| PROFESSIONAL | REGULAR HOURLY RATE | DISCOUNTED RATE |
|---|---|---|
| Charles Shifley | $455 | $435 |
| Binal Patel | $335 | $320 |
| Matt Becker | $310 | $295 |
| Ted Field | $220 | $215 |

Additionally, you agree that the discounted hourly rates will remain in effect through the remainder of these cases. Others from your firm may be necessary to assist us on this litigation, but you have agreed to obtain our written permission before engaging them. No fees will be paid for work performed by others before you have obtained our written permission.

Banner & Witcoff agrees to pay one hundred percent (100%) of the transportation expenses for travel to Detroit incurred by Banner & Witcoff team members on these matters. Additionally, Banner & Witcoff agrees to continue the practice of not billing Delphi for travel time on these matters.

You agree to continue to accrue a 5% credit on all professional billings for the ATI I matter as originally agreed in the engagement letter dated August 28, 2002.

You also agree to accrue a credit to Delphi in the amount of five percent (5%) of your professional billings on the ATI I matter to be used as payment by Delphi for services on any future matter, when and if we retain your firm. This credit shall accrue from the first dollar of ATI II fee billings but shall not vest until fee billings for the ATI II matter exceed $1,000,000. Separate billing of these matters is essential for correct calculations of our credit. It is our intention to process your monthly billing statements promptly, but at times it may take forty-five days or more to process your bill once it has been received.

We expect that the Delphi team assigned to this case will be fully engaged. The Delphi team will manage the document collection, coding and preparation of document chronologies. We also plan to fully participate in discovery, motions, and strategies necessary to successfully defend and prosecute these actions. We wish to do everything we are able to do on these litigations in-house. To help us achieve this, we ask that before your team undertakes an activity, you first review it with us to see if we have the resources available. Please call Joe Papelian or me at any time if you believe we are not able to supply the support needed to successfully litigate these matters

We expect that your hourly billable rates include all overhead and internal charges associated with your practice. A copy of our recently revised billing instructions and limitations is attached and incorporated into this engagement agreement by this reference. Any questions about billing procedures should be addressed to Michele Piscitelli, who can be reached at 248-813-2511.

Charles Shifley, Esq.
October 7, 2004
Page 3 of 3

As you know, we view the relationship between our companies as a "partnership" in which we
both work together and communicate well with each other, to serve the best interests of Delphi.
Your dedicated work and willingness to provide creative fee arrangements that recognize the
financial pressures of the automotive supplier industry has placed Banner & Witcoff on a select
counsel list for Delphi's litigation matters.

We request that you endorse this engagement agreement below and return an executed copy for
our records.

Please call if you have any questions.

Sincerely,

William Cosnowski, Jr., Esq.
Delphi Legal Staff


WC/cmp
Enclosure


Accepted this ___ day of _____, 2004.


By: _____
     Charles Shifley, Esq.
     BANNER & WITCOFF, LTD.

# EXHIBIT F



TEN SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

**Charles W. Shifley**
Direct Dial: (312) 463-5441
cshifley@bannerwitcoff.com

November 19, 2004

William Cosnowski, Jr., Esq.
Delphi World Headquarters - Legal Staff
Delphi Automotive Systems
5825 Delphi Drive
Troy, MI 48098-2815

Dear Will:

We have a few more changes for our engagement together in the ATI cases. Our principal issue is the term of engagement concerning fixing rates for the life of the engagement. We are cautious about the open-endedness of such a term. As an example, I have a case now that has lasted eleven years in district court, and has started into its second appeal. It has potential for several more years of proceedings.

Our primary intent is to maintain and strengthen our relationship. The discounts that are present in the lawyer hourly rates stated in your letter of October 7th are approximately 4% of standard rates. We expect to increase rates in February such that the discount for 2005 will conceivably increase to 8%. In addition, we are agreeing to the 5% credit and transportation terms.

Generally, we are against our rates being fixed. By the terms of your letter, Delphi is gaining significant advantage in receiving the 5% credit, especially with Delphi and the firm agreeing to the 5% being applied from $1. Consistent with our primary intent but also our opposition to rate fixing, especially rate fixing for an indefinite and potentially long time, we can accept the hourly rates as stated in your letter, if fixed until the end of 2005, with rates thereafter being our standard rates. We also propose that the ATI II credit apply to the future litigation from when time billing for the future litigation starts.

We also suggest clarifying that the 5% credit currently accruing and continuing to accrue on ATI I will be for future patent application, patent opinion and other patent-related transactional representation. We also propose that the ATI II credit apply to the fees that accrue on a future litigation, applicable when that future litigation begins.

We also ask that Delphi provide us some flexibility in the attorneys who may represent Delphi in the two cases, by engaging with us in introducing Delphi to more attorneys than on the current list of approved attorneys, especially to possibly include some of our attorneys in our Washington, D.C. office.

CHICAGO
WASHINGTON, D.C.
BOSTON
PORTLAND, OR.

William Cosnowski, Jr., Esq.
Delphi World Headquarters - Legal Staff
November 19, 2004
Page 2

If you can accept these few modifications of the terms proposed in your letter of October 7, 2004, we have an agreement for engagement. I have held our billing for time back to September 1, 2004. I will now bill it at the agreed rates.

Very truly yours,

Charles W. Shifley

CWS/sls

# EXHIBIT G



**Banner & Witcoff, Ltd.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1626635 |
| Invoice Date | 07/17/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:   00013   **Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 06/01/06 | BJP | DELP16 | Finalize Delphi's mediation brief and prepare for submission with the Mediator; conferral regarding possible supplemental submission relating to ATI's renewed motion to lift the automatic stay in the bankruptcy court | 6.30 |
| 06/01/06 | CWS | DELP16 | Senior input into our mediation brief, and dealing with ATI's filing about mediation in our bankruptcy | 3.20 |
| 06/02/06 | BJP | DELP16 | Draft and submit further paper to the mediator and co-defendants regarding ATI's renewed motion to lift the automatic stay; prepare for mediation session next week reviewing relevant pleadings and obtaining copies of ATI's recent patent portfolio | 5.10 |

40

004588
00013
07/17/06

Invoice Number   1626635
Page 2

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 06/05/06 | BJP | DELP16 | Prepare for mediation including review of relevant documents and review of ATI's patent portfolio | 6.20 |
| 06/06/06 | BJP | DELP16 | Prepare for and participate in mediation session with ATI | 8.00 |
| 06/06/06 | CWS | DELP36 | Attention to new instructions on invoices from the Delphi bankruptcy | 0.40 |
| 06/07/06 | CWS | DELP16 | Getting briefed by Mr. Patel on the lack of settlement through mediation | 0.40 |
| 06/07/06 | BJP | DELP16 | Follow-up with co-defendants regarding settlement and thoughts on the mediation with ATI | 0.80 |
| 06/08/06 | BJP | DELP36 | Finalize and file Delphi's third 60-day status report with the Court | 1.00 |
| 06/19/06 | CWS | DELP36 | Review of the ATI status report, and handling fee application issues of e-mail from the Fee Committee and a hearing on the fee applications | 2.00 |
| 06/21/06 | CWS | DELP23 | Preparation of an engagement letter for General Motors to give Delphi express primacy in representation | 4.30 |
| 06/22/06 | CWS | DELP36 | Continued efforts on a GM engagement letter, including email and a call to Ms. Hargitt at GM | 0.50 |
| 06/26/06 | CWS | DELP36 | Taking note of ATI success on their effort to move forward in the appeal, by a successful motion in Delphi's bankruptcy and emails with Mr. Cosnowski about the court's decision | 0.30 |
| 06/27/06 | CWS | DELP36 | Planning staffing for brief writing, and conferral with General Motors' representative about an engagement letter | 0.80 |
| 06/30/06 | CWS | DELP36 | Follow up with Mr. Cosnowski about GM declining to sign an engagement letter and the possibility of a joint defense agreement | 0.30 |

TOTAL HOURS   39.60

004588
00013
07/17/06

Invoice Number  1626635
Page 3

Date    Tkpr

Hours

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Binal J. Patel | 27.40 | at | $320.00 | = | 8,768.00 |
| Charles W. Shifley | 12.20 | at | $435.00 | = | 5,307.00 |

CURRENT FEES                                     14,075.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Travel expenses of Binal Patel to Mediation with ATI | 407.60 |
| Photocopies at $ .10 per page | 9.70 |
| Telephone charges | 72.27 |
| Courier charges | 249.26 |

CURRENT EXPENSES                                   738.83

TOTAL THIS MATTER                              14,813.83

TOTAL AMOUNT THIS INVOICE          US $14,813.83

For wiring payment, please use the following bank information. SunTrust Bank, 1445 New York Avenue, N.W., Washington, DC 20005, (800) 947-3786; ABA Number: 061000104; Account Number: 514342. Please indicate client, matter and invoice numbers with wire remittance.

# EXHIBIT H



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1628853 |
| Invoice Date | 08/24/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:   00013   **Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 07/05/06 | CWS | DELP36 | Email exchange with Mr. Cosnowski and analyzing whether to give notice of the lifting of the stay to the Court of Appeals, resolving that ATI gained the lifting and should take the initiative at its discretion to advise the court; efforts toward an engagement letter with GM, rebuffed by GM | 1.60 |
| 07/05/06 | CWS | DELP36 | Reading materials from Delphi's fee analyst LCC and an email in response | 0.40 |
| 07/07/06 | CWS | DELP36 | Conference with Mr. Cosnowski about appeal briefing, resolving to await a court ordered schedule, and GM representation | 0.60 |

004588
00013
08/24/06

Invoice Number  1628853
Page 2

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 07/07/06 | BJP | DELP16 | Conferral with Mr. Cosnowski regarding appeal briefing and General Motors representation | 0.70 |
| 07/12/06 | CWS | DELP36 | Conferral with Mr. Wright of Banner & Witcoff, refreshing him on our coming case on appeal, to continue to include him in our appeal team; listening to the oral argument of Delphi's recent other appeal to assess ATI's Mr. Baniak's efforts; and handling a request from a Kate Addison at a law firm Westerman for information on this ATI BMW case, including identifying who they are and emailing Mr. Cosnowski | 1.60 |
| 07/17/06 | CWS | DELP36 | Review of a letter from ATI's lawyer Mr. Baniak to the court clerk, and email to Mr. Cosnowski of advice | 0.60 |
| 07/18/06 | CWS | DELP36 | Reading a fee application email from Ms. Jjingo | 0.40 |
| 07/20/06 | CWS | DELP36 | Beginning preparation of a second interim fee application, including extended study of the first fee applications of others to discover any overlooked needs in our applications | 3.50 |
| 07/24/06 | CWS | DELP36 | Continued preparation of a second interim fee application | 2.00 |
| 07/25/06 | BJP | DELP36 | Initiate review of issues relating to enablement of the '253 patent in furtherance of preparing Delphi's appellee brief; review of ATI's oral argument against Delphi relating to the POD sensor. | 1.50 |
| 07/25/06 | CWS | DELP36 | Instruction to a summer associate Mr. Greenfield toward appeal brief drafting at an inexpensive rate | 1.00 |
| 07/26/06 | CWS | DELP36 | Continued preparation of our second interim fee application | 2.00 |
| 07/27/06 | CWS | DELP36 | Completion of a first draft of the second Banner interim fee application | 4.00 |

004588
00013
08/24/06

Invoice Number   1628853
Page 3

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 07/28/06 | CWS | DELP36 | Continued preparation of the second fee application, and review of new materials from the fee committee requiring a new effort in Excel | 2.00 |
| 07/30/06 | CWS | DELP36 | E-mail to Mr. Cosnowski about beginning drafting of our brief through a summer associate | 0.40 |
| 07/31/06 | CWS | DELP36 | Review of a court order rescheduling the appeal briefing period, and email to Mr. Cosnowski; finalizing, filing and serving the second fee application | 1.20 |

TOTAL HOURS  23.50

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Binal J. Patel | 2.20 | at | $320.00 | = | 704.00 |
| Charles W. Shifley | 21.30 | at | $435.00 | = | 9,265.50 |

CURRENT FEES  9,969.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Photocopies at $ .10 per page  12.90
Color Copies  16.65
Telephone charges  4.95

CURRENT EXPENSES  34.50

TOTAL THIS MATTER  10,004.00

TOTAL AMOUNT THIS INVOICE  US $10,004.00

For wiring payment, please use the following bank information. SunTrust Bank, 1445 New York Avenue, N.W., Washington, DC 20005, (800) 947-3786; ABA Number: 061000104; Account Number: 514342. Please indicate client, matter and invoice numbers with wire remittance.

# EXHIBIT I



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL 60606

Tel: 312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI 48007-5052

| | |
|---|---|
| Invoice Number | 1631369 |
| Invoice Date | 09/20/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

RE:   00013   **Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 08/01/06 | AG | DELP36 | Draft Delphi Response Brief, including compliance with Federal Circuit Rules of Practice. | 4.10 |
| 08/01/06 | CWS | DELP36 | Emails with Mr. Cosnowski about appeal briefing styles | 0.40 |
| 08/02/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the introductory parts and the parts related to the enablement standard. | 4.00 |
| 08/03/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the part related to how the '253 patent specification provides no teaching or disclosure of an electronic circuit. | 3.30 |

004588
00013
09/20/06

Invoice Number  1631369
Page 2

| Date | Tkpr | | | Hours |
|------|------|--|--|-------|
| 08/07/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the part related to undue experimentation. | 2.80 |
| 08/08/06 | AG | DELP36 | Draft Delphi Response Brief, including at least the parts related to undue experimentation and to how the '253 patent fails to enable the full scope of the claimed invention. | 3.70 |
| 08/08/06 | CWS | DELP36 | Senior editing of a summer associate's efforts in drafting an appellee's brief | 1.80 |
| 08/08/06 | TR | DELP12 | Conduct legal research to find recent Federal Circuit and district court cases wherein the court addressed the issue of enablement | 3.20 |
| 08/08/06 | BJP | DELP36 | Review of recent case law from the Federal Circuit and district courts relating to enablement issues | 2.10 |
| 08/09/06 | AG | DELP36 | Analyze the issues of a case relevant to appeal. | 0.20 |
| 08/09/06 | CWS | DELP36 | Reading of the Callicrate case, and review with a summer associate | 1.00 |
| 08/10/06 | AG | DELP36 | Continue to analyze the issues of a case relevant to appeal. | 0.50 |
| 08/11/06 | TR | DELP12 | Conduct legal research to find recent Federal Circuit and district court cases wherein the court addressed the issue of enablement | 2.40 |
| 08/14/06 | TR | DELP12 | Conduct legal research to find recent Federal Circuit and district court cases wherein the court addressed the issue of enablement | 2.60 |
| 08/15/06 | CWS | DELP36 | Continued preparation of materials for electronic filing of billing information, including inquiring about codes with Mr. Sykes because of separate Delphi codes in use in advance of bankruptcy, and email with Mr. Cosnowski to advise him when an appeal cost budget is due | 0.80 |

49

004588
00013
09/20/06

Invoice Number   1631369
Page 3

| Date | Tkpr | | | Hours |
|------|------|--|--|-------|
| 08/16/06 | CWS | DELP36 | Study of the codes for billing | 0.40 |
| 08/18/06 | CWS | DELP36 | Instructions to staff to get the Excel spreadsheet information prepared for electronic billing | 0.60 |
| 08/23/06 | CWS | DELP36 | Continued handling of spreadsheet issues for electronic billing | 0.50 |
| 08/24/06 | CWS | DELP36 | Continued preparation of materials for electronic filing of billing information | 1.60 |
| 08/30/06 | CWS | DELP36 | Carefully rechecking everything in the works for electronic billing because of Mr. Sykes sending a new set of instructions with multiple attachments, including detailed review of the attachments for any detailed changes | 1.00 |

TOTAL HOURS   37.00

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| Adam Greenfield | 18.60 | at | $175.00 | = | 3,255.00 |
| Binal J. Patel | 2.10 | at | $320.00 | = | 672.00 |
| Timothy J. Rechtien | 8.20 | at | $175.00 | = | 1,435.00 |
| Charles W. Shifley | 8.10 | at | $435.00 | = | 3,523.50 |

CURRENT FEES   8,885.50

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|--|--|
| Computer Assisted Research - Westlaw | 149.87 |
| Photocopies at $ .10 per page | 1.40 |
| Courier charges | 149.87 |

CURRENT EXPENSES   301.14

50

004588
00013
09/20/06

Invoice Number  1631369
Page 4

TOTAL THIS MATTER                                9,186.64

TOTAL AMOUNT THIS INVOICE          US $9,186.64

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue,
N.W., Washington, DC  20005, (800) 947-3786; ABA Number:  061000104; Account Number: 514342.
Please indicate client, matter and invoice numbers with wire remittance.

# EXHIBIT J



**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

Suite 3000
10 South Wacker Drive
Chicago, IL  60606

Tel:  312.463.5000
Fax: 312.463.5001
www.bannerwitcoff.com

FEIN # 36-4008943

Delphi Technologies, Inc.
 Mr. Cosnowski
Legal Staff - Intell. Property
P.O. Box 5052
MC: 480-414-420
Troy, MI  48007-5052

| | |
|---|---|
| Invoice Number | 1634104 |
| Invoice Date | 10/10/06 |
| Client Number | 004588 |
| Matter Number | 00013 |

**RE:   00013   Automotive Technologies v. BMW of North America, et al.**
**Case No. 01-71700**
**Delphi File No. 2001-000762 (ATI I)**

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/06:

| Date | Tkpr | | | Hours |
|---|---|---|---|---|
| 09/05/06 | CWS | DELP36 | Continued handling of electronic billing | 0.60 |
| 09/07/06 | CWS | DELP36 | Efforts to co-ordinate responses with codefendants | 0.40 |
| 09/21/06 | CWS | DELP36 | Getting a request for an agreement on service of the appellate briefs, and sending agreement; report to Mr. Cosnowski | 0.30 |
| 09/25/06 | CWS | DELP36 | Beginning reading and analysis of the ATI opening brief and associated materials; beginning preparation of an edited draft, working from a draft created by a summer associate | 8.40 |
| 09/26/06 | CWS | DELP36 | Continued study and analysis of ATI's opening brief | 7.20 |

004588
00013
10/10/06

Invoice Number  1634104
Page 2

| Date | Tkpr | | | Hours |
|------|------|---|---|-------|
| 09/26/06 | BJP | DELP36 | Initiate review of ATI's appeal brief; review case law cited by ATI relating to enablement; review record below relating to the enablement briefing and issues relating to claim construction; confer with co-defendants regarding strategy for response | 3.20 |
| 09/27/06 | BJP | DELP36 | Continued review of ATI's brief relating to enablement; conferral with Mr. Cosnowski and Mr. Shifley regarding strategy for response; continued review of enablement caselaw since the district court's ruling | 3.60 |
| 09/27/06 | CWS | DELP36 | Continued drafting of the brief | 9.50 |
| 09/28/06 | CWS | DELP36 | Continued drafting of brief | 6.20 |
| 09/29/06 | CWS | DELP36 | Continued drafting of brief | 2.40 |

TOTAL HOURS    41.80

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Binal J. Patel | 6.80 | at | $320.00 | = | 2,176.00 |
| Charles W. Shifley | 35.00 | at | $435.00 | = | 15,225.00 |

CURRENT FEES                    17,401.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopies at $ .10 per page | 13.60 |
| Telephone charges | 0.99 |
| Courier charges | 134.04 |

CURRENT EXPENSES                148.63

TOTAL THIS MATTER               17,549.63

004588
00013
10/10/06

Invoice Number  1634104
Page 3

TOTAL AMOUNT THIS INVOICE          US $17,549.63

For wiring payment, please use the following bank information.  SunTrust Bank, 1445 New York Avenue,
N.W., Washington, DC  20005, (800) 947-3786; ABA Number:  061000104; Account Number: 514342.
Please indicate client, matter and invoice numbers with wire remittance.

# EXHIBIT K

CHARLES W. SHIFLEY
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

July 28, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

**Re:**   Delphi Corporation et al. - Chapter 11 Proceedings
Monthly Statement of Fees and Disbursements

Dear David:

Enclosed please find our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from June 5, 2006 through June 30, 2006 (the "Fee Period").

The total invoice for the Fee Period is $14,813.83, which is composed of (i) $14,075.00 for fees and (ii) $738.83 for expenses.

Please feel free to contact me with any questions.

Very truly yours,

Charles W. Shifley

CWS/sls
Enclosure

Mr. David Sherbin
July 28, 2006
Page 2

cc:    Joseph Papelian, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
(Deputy General Counsel)

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(Counsel to Debtors)

Delores De Elizalde
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Debtors)

Alicia M. Leonhard, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
(United States Trustee)

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Counsel to Unsecured Creditors Committee)

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel for Prepetition Credit Facility Agent)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Postpetition Credit Facility Agent)

Mr. David Sherbin
July 28, 2006
Page 3

W. Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

CHARLES W. SHIFLEY
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

September 1, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Re: Delphi Corporation et al. - Chapter 11 Proceedings
Monthly Statement of Fees and Disbursements

Dear David:

Enclosed please find our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from July 5, 2006 through June 31, 2006 (the "Fee Period").

The total invoice for the Fee Period is $10,004.00, which is composed of (i) $9,969.50 for fees and (ii) $34.50 for expenses.

Please feel free to contact me with any questions.

Very truly yours,

Charles W. Shifley

CWS/sls
Enclosure

60

Mr. David Sherbin
September 1, 2006
Page 2

cc:     Joseph Papelian, Esq.
        Delphi Corporation
        5725 Delphi Drive
        Troy, Michigan 48098-2815
        (Deputy General Counsel)

        John Wm. Butler, Jr., Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive
        Suite 2100
        Chicago, Illinois 60606
        (Counsel to Debtors)

        Delores De Elizalde
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        (Counsel to Debtors)

        Alicia M. Leonhard, Esq.
        Office of the United States Trustee for the
        Southern District of New York
        33 Whitehall Street
        Suite 2100
        New York, NY 10004
        (United States Trustee)

        Robert J. Rosenberg, Esq.
        Latham & Watkins LLP
        885 Third Avenue
        New York, NY 10022-4802
        (Counsel to Unsecured Creditors Committee)

        Marissa Wesley, Esq.
        Simpson Thacher & Bartlett LLP
        425 Lexington Avenue
        New York, NY 10017
        (Counsel for Prepetition Credit Facility Agent)

        Marlane Melican, Esq.
        Davis Polk & Wardell
        450 Lexington Avenue
        New York, NY 10017
        (Counsel to Postpetition Credit Facility Agent)

Mr. David Sherbin
September 1, 2006
Page 3

W. Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

**CHARLES W. SHIFLEY**
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

October 2, 2006

Mr. David Sherbin
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

      **Re:**   Delphi Corporation et al. - Chapter 11 Proceedings
             Monthly Statement of Fees and Disbursements

Dear David:

    Enclosed please find Banner & Witcoff monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from August 1, 2006 through August 31, 2006 (the "Fee Period").

    This invoice has also been submitted in the SIMS system of LC, with attached data sheet and receipts.

    The invoice number is 1631369.The total invoice for the Fee Period is $9,186.64, which is composed of (i) $8,885.50 for fees and (ii) $301.14 for expenses.

    Please feel free to contact me with any questions.

                Very truly yours,

                Charles W. Shifley

CWS/sls
Enclosure

Mr. David Sherbin
September 1, 2006
Page 2

cc:     Joseph Papelian, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
(Deputy General Counsel)

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606
(Counsel to Debtors)

Delores De Elizalde
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
(Counsel to Debtors)

Alicia M. Leonhard, Esq.
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
(United States Trustee)

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Counsel to Unsecured Creditors Committee)

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel for Prepetition Credit Facility Agent)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Postpetition Credit Facility Agent)

Mr. David Sherbin
September 1, 2006
Page 3

W. Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

 

**BANNER & WITCOFF, LTD.**
INTELLECTUAL PROPERTY LAW

TEN SOUTH WACKER DRIVE
SUITE 3000
CHICAGO, ILLINOIS 60606-7407

TEL: 312.463.5000
FAX: 312.463.5001
www.bannerwitcoff.com

CHARLES W. SHIFLEY
DIRECT DIAL: (312) 463-5441
CSHIFLEY@BANNERWITCOFF.COM

November 28, 2006

***VIA COURIER***

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
(Counsel to Unsecured Creditors Committee)

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Counsel for Prepetition Credit Facility Agent)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Counsel to Postpetition Credit Facility Agent)

> Re:  Delphi Corporation et al. - Chapter 11 Proceedings
>       Monthly Statement of Fees and Disbursements

Dear Robert, Marissa and Marlane:

We recently submitted, through the electronic system called SIMS, our monthly statement for legal services rendered to the above referenced debtors and debtors-in-possession (collectively the "Debtors") and for reimbursement of expenses incurred in connection with such representation from September 1, 2006 through September 30, 2006 (the "Fee Period").

The total invoice for the Fee Period is $17,549.63, which is composed of (i) $17,401.00 for fees and (ii) $148.63 for expenses.

CHICAGO, IL
WASHINGTON, DC
BOSTON, MA
PORTLAND, OR

Robert J. Rosenberg, Esq.
Marissa Wesley, Esq.
Marlane Melican, Esq.
November 28, 2006
Page 2


Enclosed please find a copy of the invoice.  Please feel free to contact me with any questions.

Very truly yours,

Charles W. Shifley

CWS/tkw
Enclosure

cc:   John Wm. Butler, Jr., Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP
      333 West Wacker Drive
      Suite 2100
      Chicago, Illinois 60606
      (Counsel to Debtors)

      Delores De Elizalde
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, NY 10036
      (Counsel to Debtors)

# EXHIBIT L

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331, AND HEARING ON MARCH 22, 2007, AND OBJECTION DEADLINE TO BE PROVIDED BY THE COURT to be served upon the following attorneys by Courier:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:  General Counsel

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:  Alicia M, Leonhand

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
Attn:  Robert J. Rosenberg

Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Attn:  Marissa Wesley

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn:  Marlane Melican

And by e-mail to the parties listed on the 2002 List located at www.delphidocket.com:

1

A copy of which is attached hereto.

Date: _1-29-06_          By: _Charles W Murphy_

2

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | P.O. Box | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop LLP | David Boyle | 250 Rector-Chester Road, Suite 100 | P.O. Box 6675 | | Radnor | PA | 19087-8675 | | 610-230-5044 | 310-667-1052 | david.boyle@pillsbury.com | Counsel to Airgas, Inc. |
| | Thomas A. Ajamie | 711 Louisiana | | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel to Alabama |
| Akzo Corporation (North America) | Alan Boyce | 34385 Twelve Mile Road | | | Farmington Hills | MI | 48331 | | 248-489-7408 | 866-600-0888 | balum@akzonobelusa.com | Vice President of Administration for Akzobo Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Century Park East | Suite 2400 | | Los Angeles | CA | 90067 | | 310-552-6666 | 310-229-1001 | pgurfein@akingump.com | Counsel to Akzobo Corporation |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Pillsbury Winthrop LLP | Craig E. Freeman | 90 Park Avenue | | | New York | NY | 10016 | | 212-318-6400 | 212-822-3861 | craig.freeman@pillsburylaw.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Dennis J. Connolly, David A. Wender | 1201 West Peachtree Street | | | Atlanta | GA | 30309 | | 404-881-7269 | 404-253-8554 | dconnolly@alston.com | Counsel to Clarience Innovation, LLC |
| Andrices Corporation | Brandon J. Keisinger | 300 Ring Road | | | Elizabethtown | KY | 42701 | | 270-234-5428 | 270-737-5044 | bkeisinger@autokeonline.com | Representative for Andrices Corporation |
| American Axle & Manufacturing, Inc. | Greg Malik | One Dauch Drive, Mail Code 8E-2-42 | | | Detroit | MI | 48243 | | 313-758-4888 | | greg.malik@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Monoja S. Blacker | 1717 Main Street | | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Leigh Walzer | 1717 Main Street | | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | lwalzer@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Cohen, Gordon & Co. | Andy Leskovar | 245 Park Avenue, 26th Floor | | | New York | NY | 10167 | | 212-692-6251 | 212-661-8396 | aleskovar@cohengordon.com | Counsel to AP&S Clearing, Inc. |
| AP&S Clearing, Inc. | Matthew Hamilton | 198 South Los Robles Avenue | | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mhamilton@apsa.com | Counsel to Stanley Electric Sales of America, Inc. |
| | | 1301 S. Capital of Texas Highway | | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | | |
| AP&S, Inc. | Michael D. Cohen | 1301 S. Capital of Texas Highway | | Suite B-225 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | mcohen@apsa.com | Counsel to AP&S Clearing, Inc. |
| Merrill Fox PLLC | Robert M. Hirsh | 1675 Broadway | | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Robert.Hirsh@arentfox.com | Counsel to Pullman Bank and Trust |
| Ajamie Gordon Gregory LLP | Darryl S. Laddin | 171 17th Street NW | | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | Darryl.Rooney@arentfox.com | Counsel to Daimlerco (America) Corp. d/b/a KGD America |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | | Cambridge | Ontario | N3H 4R6 Canada | | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman, Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, Nagelberg LLP | William J. Barnett | 333 West Wacker Drive | | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barnett@bfkn.com | Counsel to Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health, Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael M. McCoy | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | michael.mccoy@btlaw.com | Counsel to Gibbs Die Casting Corporation, Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | patrick.mears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | 617-422-0383 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Spelman Law Office | Thomas M Beeman | 33 West 10th Street | | | Anderson | IN | 46016 | | 765-640-1330 | 765-640-1332 | tbeeman@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

71

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / JUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman | Hannah S. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 212-554-1444 | sean@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | Wallace A. Showman | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1429 | 212-554-1444 | sean@blbglaw.com | Counsel to SANLUIS Rasant International, Inc.; Rasant, S.A. de C.V. |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | jpmurphy@berrymoorman.com | Counsel to Kernan L.P.; Oxford America, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico S.A de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Counsel to Selectron Corporation; Selectron de Mexico SA de CV; Selectron Invotronics, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel to Special Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | Richards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK General Partnership; Freudenberg-NOK, Inc.; Plastech; Vibracoustic de Mexico, S.A. de C.V.; Lydall Corporation; American Axis & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel to Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel to Marquardt Corporation; Marquardt Switches, Inc.; Tessy Plastics Corp.; Overlanding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jehinshaw@boselaw.com | Counsel to Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lunardi Tooling Company, Inc.; Lewinson Tooling, Inc.; L & S Tool, Inc.; Haven Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 340025 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@boultcummings.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co. Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 340025 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@boultcummings.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co. Ltd. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 19

11/22/2006 5:27 PM
2002 List (061122)

72

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY (Italy) | PHONE | FAX | EMAIL | PARTY / FUNCTION (Creditor) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brembo S.P.A. | Administration Department n/a | Brembo 25 | 24035 Como 823 | Bergamo | | | Italy | | | | |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-9900 | 856-853-9933 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, a Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5307 | (205) 244-5642 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cadwalader... | Sage Williams & Ackerman, P.C. | 1433 Seventeenth Street | | Denver | CO | 80202 | | 303-296-0202 | 303-296-3956 | | Counsel to United Power, Inc. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-590-5777 | jgreenberg@cahill.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Cahill & Katz, LLP | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-6123 | dorothy@cahill.com | Counsel to Computer Patent Annuities Limited Partnership; Hydro Aluminum North America, Inc.; Hydro Aluminum Precision Tubing N.A. LLC; Hydro Aluminum Adrian, Inc.; Hydro Aluminum Precision Tubing; Enfield Limited; Hydro Aluminum Rockledge, Inc.; Norsk Hydro; Chandada, Inc.; Enthone Technologies LLC and Adell Plastics, Inc. |
| Clark Hill P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@clarkhill.com | Counsel to Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Clark Hill P.L.C. | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill P.L.C. | Salomon Deuby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdeuby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Cleary Gottlieb Steen & Hamilton LLP | Robert T. Gordon | 500 Woodward Avenue | | Detroit | MI | 48226-3435 | | 313-965-8972 | 313-965-8252 | rgordon@clarkhill.com | Counsel to A123 Metaldyne Company, LLC |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Trading Systems Inc.; Counsel to Airtexx Electricos Automotive, S.A. de C.V.; Condiflex, S.A. de C.V. |
| Cohen & Grigsby, P.C. | James L. Bromley | One Liberty Plaza | 15th Floor | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel to Bearn, Stearns, Co., Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen, Weiss & Simon LLP | Thomas G. Macauley | 11 Stanwix Street | | Pittsburgh | PA | 15222-1319 | | 412-297-4700 | 412-209-1837 | tmacauley@cohenlaw.com | Counsel to Novar Chemicals, Inc. |
| | Joseph J. Vitale / Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0216 | 646-473-8228 | jvitale@cwsny.com | Counsel to International Union, United Automobile, Aerospace and Agriculture Implement Workers of America (UAW) |
| John Birnbaum & Sons P.C. | | | | | | | | | | | |
| Connolly Bove Lodge & Hutz LLP | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cohnbirnbaum.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conway, Mackenzie & Dunleavy, P.C. | Amy Amona | 1812 Broadway | Suite 400 | Nashville | TN | 37203 | | 615-321-0555 | 615-321-5655 | aamona@amlawfirm.com | Counsel to Averitt Express, Inc. |
| Cooch and Taylor, P.A. | Bruce N. Elliott | 350 South Main | Ann Arbor | Ann Arbor | MI | 48104 | | 734-662-4426 | 734-662-0038 | belliott@conlinmckenney.com | Counsel to Brazeway, Inc. |
| Cozen O'Connor | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@connollybove.com | Counsel to DREX Source Inc. |
| Corporate Capital Management, L.L.C. | Bill Bahn, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 | 203-629-1877 | blahn@corpcapmanagement.com; slax@corpcapmanagement.com | Counsel to Continuum Capital Management, L.L.C. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Conner, Winter & Scherer Sides & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | | Counsel to Penske Truck Leasing Co., L.P. |
| Cadwalader, Wickersham & Taft LLP, PA | Ronald B. Preston | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Preston@coolaw.com | Counsel to Nexeo Industries, Inc.; Nexeo Brake Systems, Inc.; Dayton Supply & Tool Company |
| Goodkyn, Wall, Womsley & Lombard Co., PA | Nancy H. Pagliato | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | | 607-255-5124 | 607-254-3356 | | Counsel to Cornell University |
| Cornell University | | | | | | | | | | nhp@cornell.edu | |
| Dickinson Wright PLLC | Sylva J. Derian | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | sderian@coolaw.com | Counsel to Nexeo Industries, Inc.; Nexeo Brake Systems, Inc.; Dayton Supply & Tool Company |
| Dinsmore & Shohl LLP | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | swachstein@coolaw.com | Counsel to Nexeo Industries, Inc.; Nexeo Brake Systems, Inc.; Dayton Supply & Tool Company |
| Dovington & Burling | Susan Power Johnston | 1330 Avenue of the Americas | | New York | NY | 10019 | | 212-841-1000 | 646-441-9205 | sjohnston@cov.com | Counsel to the Debtor |
| Dinsmore & Shohl LLP | Robert Stevgjvos | 250 N. Pennsylvania Avenue | | Montesilla | PA | 19067 | | 215-736-2521 | 215-736-3847 | stevn@cov.com | Counsel to SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Dickstein & Heefner LLP | | 250 N. Pennsylvania Avenue | | Montesilla | PA | 19067 | | 215-736-2521 | 215-736-3847 | | Counsel to SPS Technologies, LLC; NSB Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Drinker, Biddle & Reath LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | dkarp@dbr.com | Counsel to Electronica International, Inc.; Flextronica International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronica Asia-Pacific, Ltd.; Flextronica Technology (M) Sdn. Bhd |
| Duane Morris LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-8898 | 917-368-8698 | thau@duanemorris.com | Counsel to Flextronica International, Inc.; Flextronica International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronica Asia-Pacific, Ltd.; Flextronica Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Corporation, LLC; DaimlerChrysler Canada, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8551 | 248-350-7772 | | Counsel to DaimlerChrysler Canada, Inc. |
| Deputy Attorney General | Amina Maddox | R.J. Hughes Justice Complex | P.O. Box 106 | Trenton | NJ | 08625 | | 609-984-0163 | 609-292-6286 | amina.maddox@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey |
| Dinsmore & Kaplan, P.C. | Jay Solanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | | 816-251-3086 | 816-251-3006 | jsolanders@stinsonmoheck.com | Counsel to DaimlerChrysler Corporation, DaimlerChrysler Motors Company, LLC |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel to Delco Remy America, Inc.; Remy, Inc.; The Durham Companies, Inc. |
| Gerard DiCorcia, Esq. | Gerard DiCorcia, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4442 | 212-682-6942 | gdicorcia@samm.com | Counsel to Delphi Electric North America |
| Drinkmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | | Counsel to The Procter & Gamble Company |
| Gray, Plant, Mooty, Mooty & Bennett, P.A. | Richard M. Kremen / Maria Ellena Chavez-Ruark | The Memory Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com / maria.chavezruark@dlapiper.com | Counsel to TyrAll Plastics, Inc.; Purchase Electric North America; APG; Newly/Arc, Inc. & Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |

11/22/2006 6:27 PM
2002 List 061122

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

74

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shearer Bödke & Reath LLP | David B. Aaronson | 18th and Cherry Streets | Suite 1200 | Philadelphia | PA | 19103 | | 215-568-2700 | 215-568-2757 | | Counsel to Perella Trust Leasing Co., LLP and Rohm and Chemical Corporation |
| Squire Morris LLP | Joseph H. Lemkin | 744 Broad Street | | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | david.aaronson@dbr.com | Counsel to ACE American |
| Squire Morris LLP | | | | | | | | | | | Counsel to NDK America, Inc./NDK Inc., JST Corporation, Nidec (America) Corporation, Taiho |
| Squire Morris LLP | | | | | | | | | | | Counsel to NDK America, Inc. |
| Squire Morris LLP | Margery M. Reed, Esq. | 30 South 17th Street | Suite 2200 | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | mmreed@duanemorris.com | Counsel to ACE American Insurance Company |
| Xylena Gossett PLLC | Gregory J. Jordan | 10 Wacker | | Chicago | IL | 60606 | | 312-627-2171 | | | Counsel to Thomson City Barrel Finance |
| Electronic Data Systems Corporation | Michael G. Busenkell | 300 Delaware Avenue | Suite 1360 | Wilmington | DE | 19801 | | 302-425-0430 | 302-425-0432 | mbusenkell@xytonlaw.com | PBP Group |
| Squire Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to Chicago Miniature |
| Coast Steamers Chein & Mabili LLC | Ayala Hassell | 5400 Legacy Dr. | Mail Stop 10-3A-05 | Plano | TX | 75024 | | 212-716-9100 | 212-716-9000 | ayala.hassell@eds.com | Representative, Electronic Data Systems Corporation |
| Day Services, Inc. | Alan N. Katz | 7411 Highway 51 North | Ste. 444 | Southaven | MS | 38671 | | | | | Counsel to Aluminum International, Inc. |
| Erman & Hopfheimer, P.C. | David H. Hartheimer | 400 Galleria Officentre | | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4195 | dhartheimer@erman.com | Counsel to Dotan Petri International, LLC |
| Electrolube LLC | Gary E. Green | c/o Premium Cadillac | 77 Huber Street | New Rochelle | NY | 10801 | | 315-227-6300 | 315-227-6307 | ggreen@electrolube.com | Counsel to Urethane Express Company |
| Electrolube LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-346-7900 | ggreen@electrolube.com | Counsel to Ion Bath |
| Electrolube LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-346-2301 | lnewman@electrolube.com | Counsel to Aluminum International, Inc. |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8988 | 866-890-0061 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Rsath LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | | Counsel to Pilarmhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel to Kuss Corporation |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| | | 410 Venture Court | | Verona | WI | 53550 | | 608-848-8300 | 608-848-8357 | | Logistics, Inc. |
| Kaye LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1900 | New York | NY | 10013 | | 212-768-6900 | 212-768-6878 | ewainer@kayescholar.com | Counsel to Exide, Inc. |
| Kaye LLC | Ilan U. Gross | 32 Avenue of the Americas | Suite 1900 | New York | NY | 10013 | | 212-768-6900 | 212-768-6878 | igross@kayescholar.com | Counsel to Southwest Metal Finishing, Inc. |
| Nannormos Joblove & Battista, P.A. | Craig P. Rieders | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel to Setech, Inc. |
| Goodwin, Del Deo, Dolan, Griffinger & Vecchione | David N. Crapo | One Riverfront Plaza | 4th Floor | Newark | NJ | 07102-5497 | | 973-596-4523 | 973-596-0545 | dcrapo@gibbonslaw.com | Counsel to Ryder Integrated Logistics, Inc. |
| Goldberg, Stinnett, Meyers & Davis | Merle C. Meyers | 44 Montgomery Street | Suite 2900 | San Francisco | CA | 84104 | | 415-362-0045 | 415-362-1006 | mmeyers@gsmdlaw.com | Counsel to Exide, Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinprocter.com | Counsel to Alps Automotive, Inc. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinprocter.com | Counsel to UGS Corp. |
| Gordon, Arentz & Lanham, P.C. | Barbara S. Mehlsack | 17 State Street | | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@golaw.com | International Brotherhood of Electrical Workers Local Unions No. 663, International Association of Machinists, AFL-CIO 78, District 10, International Union Tool and Die Makers Local Lodge of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goldstein & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

11/22/2006 5:27 PM
2002 List 061122

75

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brett & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@bespc.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Brett & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@bespc.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Brett & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@bespc.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Briggs Miller & Bruggeman, S.C. | Timothy C. Hall | 1655 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-6400 | 414-271-6308 | tommy@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Brown Head & Ritchey LLP | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-6400 | 414-271-6308 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1840 | herb.reiner@guarantygroup.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| | J. Michael Debbeler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | krf@krconstad.com | Counsel to Grede Industries; Bassinette Tool & Die; PA Group; Reliable Castings |
| | Chara MacDonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-6624 | mdebbeler@kmklaw.com sargo@kmklaw.com | Counsel to ABC Automotive, Inc. |
| Hahn & Hessen LLP | Alan D. Halperin Christopher J. Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | halperin@halperinlaw.net cbattaglia@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | 315-471-3167 | rclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Hancock & Estabrook LLP | Harris D. Leinwand | 360 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-644-6219 | hdl.hdlesq@verizon.net | Counsel to Baker Hughes Incorporated |
| Heller Ehrman LLP | Carmen Shulman Timothy Mehok | Times Square Tower | Seven Times Square | New York | NY | 10036 | | 212-632-8300 | 212-763-7600 | carmen.shulman@hellerehrman.com timothy.mehok@hellerehrman.com | Counsel to Baker Hughes Incorporated |
| Kerick, Flenkski LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-460-1448 | 212-545-3350 | prubin@herrick.com | Counsel to @Road, Inc. |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., MS 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8517 | richard@hpemca.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-696-4100 | 908-898-4137 | glen.dumont@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 600 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7039 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett-Packard Company | Sheryl Chambers | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.gordon@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878, Suite 2000 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel to City Realties, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza, Suite 2000 | | Buffalo | NY | 14203 | | 716-848-1300 | 716-819-4620 | jkreher@hodgsonruss.com | Counsel to Gill Plastics, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue, 17th Floor | | New York | NY | 10169 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square, 555 Thirteenth Street, N.W. | | Washington | D.C. | 20004-1109 | | 202-637-8677 | 202-637-5910 | almoog@hhlaw.com | Counsel to Unicore |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square, 555 Thirteenth Street, N.W. | | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel to Unicore Autocal |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel to Unicore Autocal |
| Holland Roberts & Owen, LLP | Elizabeth K. Flaegan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaegan@hro.com | Counsel to DeWa Satellite Radio Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Bieg, Jr. | 660 Woodward Avenue | Suite 2290 | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbieg@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building, 660 Woodward Avenue | | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc.; Valeo Electrical Systems, Division/Valeo Electrical Systems, Inc.; Wipers (Motors); Valeo Switches & Detection System, Inc. |
| J&A & Scheini Co. LPA | John J. Hunter | One Cascade Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | hunter@jascheini.com | |
| Thomas J. Scherb | Thomas J. Scherb | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | tscherb@jascheinerco.com | Counsel to Operadyne, Inc. |
| JT Technologies Inc | | 234 South Extension Road | | Mesa | AZ | 85201 | | | | | Counsel to ZF Group North America |
| Hogan & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor, 1601 Bryan Street | | Dallas | TX | 75201 | | 214-999-3000 | 214-999-3011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor, 1601 Bryan Street | | Dallas | TX | 75201 | | 214-999-3000 | 214-999-3011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-9000 | 716-849-0349 | aevanko@hunton.com | Counsel to RF Monolithics, Inc. |
| Ice Miller & Pine P.C. | Ben T. Caughey | One American Square, Box 82001 | | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | ben.caughey@icemiller.com | Counsel to Buhton, Inc. |
| Ice Miller | Greg Stokes | 1730 North First Street | MS 1306 | San Jose | CA | 95112 | | 408-501-4442 | 408-501-2488 | | Counsel to Buhton, Inc. |
| Infineon Technologies North America | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeff.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America Corporation |
| JI Technologies Inc | Heather Steinhara | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@jitechnologiesinc.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road, Suite 2500 | | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Tretron Corporation |
| Parmenter O'Toole | Parmenter O'Toole | 601 Terrace Street, PO Box 786 | | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | info@parmenterlaw.com | Counsel to Port City Die Cast and Port City Group |
| Jason, Inc. | Beth Kiznicak, General Counsel | 411 E. Wisconsin Ave, Suite 2120 | | Milwaukee | WI | 53202 | | | | | General Counsel for Jason |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7361 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alum Rolled Products - Rockwood, LLC and Tennaco Inc. |
| Johnston, Harris Gerde & Komatek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | 850-763-8423 | jwgerde@gmail.com | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| James Day | Scott L. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sfriedman@jamesday.com | Counsel to T.M. Cobb Co., LLC |
| John P. Sieger LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation of America and MEMC Electronic Materials, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

11/22/2005 5:27 PM
2002 List 061122

77

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cleary Scholer LLP | Richard D. Sincay | 425 Park Avenue | | New York | NY | 10022-3580 | | 212-238-6000 | 212-838-8689 | timsincay@timkeytech.com | Counsel to InKey Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko / Derek W. Loeser / Erin M. Riley | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | 206-623-3384 | lsarko@kellerrohrback.com; dloeser@kellerrohrback.com; eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polis, and Thomas Keeler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees In the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees In the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | 602-248-2822 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polis, and Thomas Keeler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees In the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees In the United States |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennik & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennik & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennik & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| King & Spalding, LLP | H. Slayton Dabney, Jr. / Bill Dinos | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel to Lord Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture Trustee |
| Klett Rooney Lieber & Schorling | Eric L. Schnabel / DeWitt Brown | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | (302) 552-4200 | 330-497-4020 | schnabel@klettrooney.com; dbrown@klettrooney.com | Counsel to Emleg |
| Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. | Sam O. Zimmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | kmoore@bankruptcylaw.com | Counsel to Milwood, Inc. |
| Kutchin & Rufo, P.C. | Edward O. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel to Perkin Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | knorthup@kutchinrufo.com | Counsel to Perkin Corporation |
| Lambert, Leser, Isackson, Cook & Giunta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mark.broude@lw.com | UCC Professional |

78

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Latham & Watkins | Michael A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.seider@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Lewis and Rocca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | | Counsel to Freescale Semiconductor, Inc, f/k/a Motorola Semiconductor Systems (U.S.A.), Inc. |
| Lewis and Rocca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc, f/k/a Motorola Semiconductor Systems (U.S.A.), Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692216002 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | 212-407-4990 | gschwed@loeb.com | Counsel to Industrial Ceramics Corporation, and Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lord Bissell & Brook | Timothy R. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissell.com | Counsel to Methods Electronics, Inc. |
| Lord Bissell & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | | 312-443-1832 | 312-443-1896/6420 | tbrink@lordbissell.com | Counsel to Methods Electronics, Inc. |
| Lord Bissell & Brook LLP | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-947-4834 | 212-947-1202 | kwalsh@lordbissell.com | Counsel to Bellpoint Claims Management Services, Inc. and Methods Electronics, Inc. |
| Lord Bissell & Brook LLP | Rocco N. Covino | 885 Third Avenue | 28th Floor | New York | NY | 10022-4802 | | 212-812-8340 | 212-947-1202 | rcovino@lordbissell.com | Counsel to Bellpoint Claims Management Services, Inc. and Methods Electronics, Inc. |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel to AT&T Corporation |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P. / AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Macquarie Lumberth & Chappell, Ltd. | Michael A. Chappell | 506 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-866-8800 | 419-867-8899 | | Counsel to Micro Plastics, Inc. |
| MacConnell, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | | Counsel to Ideal Tool Company, Inc. |
| Madison Capital Management | Joe Larcken | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-597-4254 | 303-597-2096 | joe.larcken@madisoncap.com | Representation for Madison Capital Management |
| Macquarie & Lumincondon, LLP | Jeffrey M. Levinson, Esq. / Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@jml-legal.com | Counsel to Ventura Plastics |

11/22/2006 6:27 PM
2002 List 061122

79

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Masuda Funai Eifert & Mitchell, Ltd. | Victor A. Metroyanas, Jr. | 1024 North Michigan Avenue | P.O. Box 5107 | Saginaw | MI | 48604-5107 | | 989-752-1414 | | vmetroyanas@bs2.com | Counsel to Prince Company and Robert Bosch and Counsel to Michael Palmer, Personal Representative of the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@bs2.com | Counsel to Bank of America, Inc./RBK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikido, Alpha, Inc.; Signetics America, LLC; SL America, Inc./SL Tennessee, LLC; Hoosier America Corporation and Sensitech Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jtougas@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Ronaldo D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrownrowe.com | Counsel to Bank of America, N.A. |
| McCarter & English LLP | David J. Adler, Jr., Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarthy Tetrault LLP | John J. Salmas | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | 416-868-0673 | jsalmas@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault) |
| McDermott Will & Emery LLP | Lorna A. Salzman | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | lsalzman@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation, Trident Corporation |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | 212-547-5444 | jmsullivan@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel to Brush Engineered Materials |
| McDonald Hopkins Co., LPA | Sean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | srobertson@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2186 | egunn@mcguirewoods.com | Counsel to Siemens Logistics and Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hernan Kokko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkokko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Hayees | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | bankruptcy@mrrlaw.net | Counsel to Prince George's County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | mrosenbaum@mrrlaw.net | Counsel to Prince George's County, Maryland |
| Miami-Dade Paratage Unit | Miami-Dade Paratage Unit | 140 West Flagler Street | | Miami | FL | 33130 | | 305-375-5314 | 305-375-1142 | | Paralegal Collection Specialist for Miami-Dade Collector |
| Michael Cox | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | | Detroit | MI | 48202 | | 313-456-0140 | | | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | | | 517-373-1820 | 517-373-2129 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | | | 517-373-1820 | 517-373-2129 | miag@michigan.gov | Attorney General for Worker's Compensation Agency |

80

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership; Annuities Limited Partnership; Hydro Aluminum North America, Inc.; Hydro Aluminum Adrian, Inc.; Hydro Aluminum Precision Tubing NA, LLC; Hydro Aluminum Precision Tubing Group, Inc.; Hydro Aluminum Nikki NA, LLC; Hydro Aluminum Elkhart Limited; Hydro Aluminum Rockledge, Inc.; Norsk Hydro Canada, Inc.; Ernst Technologies LLL and Adell Plastics, Inc. |
| Johnson / Miles & Stockbridge, P.C. | Thomas P. Barb / Robert D. Wolford | 250 Monroe Avenue, N.W. Suite 800, PO Box 306 | | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1743 616-988-1726 | tbarb@wnj.com robert.wolford@wnj.com | Counsel to Phippsenn & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan D. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | green@millercanfield.com | Counsel to Valeo Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Valeo Operating Partnership, LP |
| Mintz Levin Cohn, Ferris Glovsky and Popeo, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. |
| Mintz Levin Cohn, Ferris Glovsky and Popeo, P.C. | Stephanie K. Koos | The Chrysler Center 666 Third Avenue | | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skkoos@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Concora Plastics |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8810 | jeff.ott@molex.com | Counsel of Hitachi, Inc. and Concora Plastics |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel to HTT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Ronald W. Eckstein, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90071 | | 213-612-2500 | 213-612-2501 | reckstein@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interest to Oasis Silicon Systems, Inc.) |
| Morrison Cohen LLP | Michael R. Del Lago | 900 Third Avenue | | New York | NY | 10022 | | 212-735-8375 | 212-532-3157 | mdellago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq. Joseph J. Wielebinski, Esq. and David Rukavina, Esq. | 3800 Lincoln Plaza 500 North Akard Street | | Dallas | TX | 75201-6659 | | 214-855-7500 214-855-7561 214-855-7587 | 214-855-7584 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | ssham@btlaw.com | Counsel to Lacklor Diversified Industries, Inc. |

11/22/2006 5:27 PM
2002 List 061122

81

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 200 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc.; and Etkin Road Properties |
| Nathan, Neuman & Nathan, P.C. | Susanna C. Brennan | 29100 Northwestern Highway | Suite 200 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc.; and Etkin Road Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-288-4481 | lisamoore@nationalcity.com | Counsel and Senior Counsel to National City Commercial Capital |
| Patton Mullins Riley & Scarborough | George S. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel to Dunryfer Rubber & Plastics, Inc.; Delsyfer, Inc.; Delsyfer De-Icers (Americas), Inc.; Delsyfer Tube (USA), Inc. |
| Patton & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Patton & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Patton & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | swhatley@nixlawfirm.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees' Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Noma Company and General Chemical Performance Products LLC | James Imbriaco | 90 East Halsey Road | | Parsippany | NJ | 07054 | | 973-884-6962 | 973-515-3244 | jimbriaco@noma-mit.global.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq. | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel to Razor Tap Company, Inc. |
| North Point | David C. Hannan | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dchannan@jonesday.com | Counsel to W.L. Ross & Co., LLC |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | mmharner@jonesday.com | Counsel to W.L. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camilla Hope | P.O. Box 654 | | Macon | GA | 31202 | | 478-742-8706 | 478-742-4488 | camhope@macon13msgcon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4961 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Pronovah, Inc. | Michael M. Zizzo, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-661-5029 | 978-667-9999 | michaelz@bruker.com | Company |
| Rourke Kahan & Moody | Michael C. Moody | 161 N. Clark Street | Suite 2230 | Chicago | IL | 60601 | | 312-849-2020 | 312-849-2021 | mmoody@rkmlaw.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |

82

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to Ad Hoc Committee of American President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Anthony Princi Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5000 | 212-506-5151 | aprinci@orrick.com | Counsel to Ad Hoc Committee of Trade Claimants |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to American President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Matthew W. Cheney | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | mcheney@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | The Washington Harbour | 3050 K Street, N.W. | Washington | DC | 20007 | | 202-339-8400 | 202-339-8500 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Melissa A. Hager | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mhager@oshr.com | Counsel to Sharp Electronics Corporation |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Scott L. Hazan | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | shazan@oshr.com | Counsel to Sharp Electronics Corporation |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | mseidl@pszyjw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | William P. Weintraub | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | | wweintraub@pszyjw.com | Counsel for Essex Group, Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-373-2053 | cweidler@paulweiss.com | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-373-3990 | ddavis@paulweiss.com | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel to Norita Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2158 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation; Akebono Corporation |
| | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | | treasm@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepper Hamilton LLP | Anne Marie Aaronson | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd.; Teksid Automotive Manufacturing Corporation and Teksid Incorporated d/b/a Teksid Morse |
| Pepper Hamilton LLP | Francis J. Lawall | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd; Teksid Automotive Manufacturing Corporation and Teksid Incorporated d/b/a Teksid Morse |
| Pepper Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper Hamilton LLP | Linda J. Casey | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pierce Atwood LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 253-319-4022 | 203-256-0281 | kmayhew@pierceatwood.com | Counsel for Illinois Tool Works Inc.; Brookline Company, ITW Food Equipment Group LLC and TriMark, Inc. |
| Jacob A. Manheimer | | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Metals, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda.; FCI Automotive Deutschland GmbH; FCI Italia S. p.A. |

83

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | | Counsel to Marelli Electronics, S.p.A. FCI Electronics S.p.A. R.L. di C.V.; FCI USA, Inc.; FCI Brazil, Ltda.; FCI Automotive Deutschland GmbH; FCI Italia S. p. A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel to MascoTech/Metaldyne Corporation, MascoTech, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel to MascoTech/Metaldyne Corporation, MascoTech, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | |
| Pitney Hardin LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@pitneyhardin.com | Counsel to Marshall E. Campbell Company |
| Pitney Hardin LLP | Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-682-3485 | rsbeacher@pitneyhardin.com | Counsel to BLT TC Bankers Credit Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | Counsel to Newman Aluminum Automotive, Inc. and Newman Aluminum |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Newman Aluminum Automotive, Inc. and Newman Aluminum |
| Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | | Counsel to International Brotherhood of Electrical Workers Local Union No. 663, International Association of Machinists, AFL-CIO and Die Makers Local Lodge 78, District 10 |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | | 989-385-3230 | 989-754-7850 | jfg@professional... | They have no email address; have to be notified by mail |
| Pryor & Mandelup, LLP | Kenneth A. Reynolds | 675 Old Country Road | | Woodbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | | Florence Summary for Professional Technologies Services |
| PwC, Inc. | Jason Peterno, Esq. | 10,000 Metallic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2748 | 856-840-2760 | | Counsel to National Molding Corporation, Security Plastics Division/NMC LLC |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 862-741-2950 | andrew.herenstein@quadranglegroup.com | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Pericic Berrois | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 856-650-2852 | pericic.berrois@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel to Contech, Inc. Component Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel to Offshore International, Inc., Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott A. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldberg@quarles.com | Counsel to Semiconductor Component Industries, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 19

11/22/2005 5:27 PM
2002 List 061122

84

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel to General Electric Capital Corporation, Strategic Asset |
| Reliable Engineered Products, Inc. | Richard P. Horton | One Riverfront Plaza | 1st Floor | Newark | NJ | 07102 | | 973-621-3200 | 973-621-3189 | | Counsel to Jason Incorporated, Seabrane Products Division |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3775 Embassy Parkway | | Akron | OH | 44333 | | 330-670-5304 | 330-670-3420 | | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel to Microsoft Licensing, GP |
| Rock and Crotty PC | Jerome F. Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | 312-726-0647 | jfcrotty@rockcrotty.com | Counsel to Mary P. O'Neill and |
| Rhoades & Brayerman LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 212-603-2000 | 212-632-2455 | mscott@rkmc.com | Counsel to D.X Corporation |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | | Attorneys for D-J, Inc. |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Matthews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amatthews@robinsonlaw.com | Counsel to Blue Cross Blue Shield of South Carolina |
| Brown, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | cnorgaard@bmkbnv.com | Counsel to Bansdeck S.p.A./Bisalde S.P.A., JV Racing |
| Rodeos & Gray LLP | Gregory M. Kellon | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kellon@ropesgray.com | Attorneys for D-J, Inc. |
| Ruda & Cortes LLP | Mark E. Schmidt | 405 Lexington Avenue | | New York | NY | 10174-0061 | | 212-841-0700 | 212-541-4725 | mark.schmidt@rudacortes.com | Attorneys for D-J, Inc. |
| Schiff Hardin LLP | Thomas E. Borgone | 6600 Sears Tower | Suite 600 | Chicago | IL | 60606 | | 312-258-5500 | 312-258-5600 | | Counsel to Dell Industries, Inc. |
| Schiff Hardin & Waite LLP | Charles S. Bouffol, P.C. | 28 Broadway, 17th Floor | | Unionville | NY | 11633 | | 616-221-1650 | | | Counsel to JAE Electronics, Inc. |
| Schiff Hardin & Waite PLLC | Charles E. Schulman, Adam N. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | aschulman@schiffhardin.com | Counsel to Dana Corporation |
| Phipps Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-418-0200 | 212-418-0606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Schiff and Weiner PLLC | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-418-0200 | 212-418-0606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schiff and Weiner PLLC | Dianne Weiner | 40090 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | | Counsel to Dell Industries, Inc. |
| Schiff and Weiner PLLC | Howard Borin | 40090 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | | Counsel to Dell Industries, Inc. |
| Schiff and Weiner PLLC | Max Newman | 40090 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | | Counsel to Dell Industries, Inc. |
| Schiff and Weiner PLLC | Ryan Heilman | 40090 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | 248-540-3340 | | Counsel to Dell Industries, Inc. |
| Schiff Hardin LLP | Michael Yarnhoff | 623 Fifth Avenue | 26th Floor | New York | NY | 10022 | | 212-753-5000 | 212-753-5044 | myarnhoff@schiffhardin.com | Counsel to Maura Industries |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60606 | | 312-258-5500 | 312-258-5600 | wkohn@schiffhardin.com | Counsel to Maura Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7056 | myarnoff@sbclasslaw.com | Counsel to Maura Industries |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel to Teachers Retirement System of Oklahoma, Public Employees' Retirement System of Mississippi, Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America, D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | carol.weiner.levy@srz.com | Counsel to D.C. Capital Partners, L.P. |

85

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seyfarth Shaw LLP | Paul M. Basket, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbasker@seyfarth.com | Counsel to North America, Inc.-Fujikura |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to North America, Inc.-Fujikura |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East, Suite 300, P.O. Box 2701 | | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | America, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | | Manchester | NH | 03105-3701 | | 603-627-8101 | 603-627-8121 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheppard Mullin Richter & Hampton LLP | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | | S.A. de C.V. |
| Sheppard Mullin Richter & Hampton LLP | Eric Waxers | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | 212-332-3888 | ewaxers@sheppardmullin.com | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Cademartori | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3500 | 212-332-3888 | mcademartori@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | tcohen@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | 213-620-1398 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Shaw, Gamer, Cahill, Richter, Klein & McAllister, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-752-1855 | 225-751-7874 | | Counsel to Gulf Coast Bank & Trust Company |
| Shaw, Cahill, Richter, Klein & McAllister, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-3100 | 504-299-3200 | rthibeaux@bmpcarver.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1819 | | 860-251-5811 | 860-251-5216 | jadamy@goodwin.com | Counsel to Fortune Plastics Company of Illinois, Inc. Universal Metal Hose Co. |
| Simmons Epstein & Cross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@bersumna.com | Counsel to Hewlett-Packard Financial Services Company |
| Simmons Epstein & Cross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@bersumna.com | Counsel to Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4218 | 203-542-4100 | fortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Skadden Arps Slate Meagher & Flom LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3600 | 404-815-3509 | bellismo@skadden.com | Counsel to Southwire Company |
| Skadden Arps Slate Meagher & Flom LLP | Kathleen M. Miller | 900 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 302-652-8405 | kmiller@skadden.com | Counsel to Airgas, Inc. |
| Skadden Arps Slate Meagher & Flom LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@skadden.com | Counsel to Moke, Inc. and IKA USA, Inc. |
| Skadden Arps Slate Meagher & Flom LLP | Robert E. Richards | 6000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-6900 | 312-876-7934 | rrichards@skadden.com | Counsel to Moke, Inc. and IKA USA, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Sidoroff & Associates, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-9000 | 248-642-0001 | rgoldi@sidolaw.com | Counsel to Michigan Heritage Bank; MHB Leasing, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Mendes | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | 415-393-9880 | 415-393-9887 | emendes@ssd.com | Counsel to Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pbutler@ssd.com | Counsel to Furukawa Electric North America, APD Inc. |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | 213-897-2802 | | Counsel to Furukawa Electric North America, APD Inc. State of California, Department of Toxic Substances |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang, Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | 313-456-2201 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Insurance Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-836-4200 | 510-887-4333 | rkidd@srcm-law.com | Counsel to Exnet Global Logistics, Inc. |

11/22/2006 5:27 PM
2002 List 061122

86

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salzberg Shapiro & Cork | Mark E. Shapiro | 24001 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-6700 | 248-352-4846 | | |
| Stevens & Lee, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | jposta@stevenslee.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq.; Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com; cdp@stevenslee.com | Counsel to Tenoff Canada Ltd.; VJ Technology, Inc. and V.J. Electronix, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | Suite 2800 | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp America Corp. |
| Stites & Harbison PLLC | Madison E. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | mcashman@stites.com | Counsel to Sehon Co. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | rgoodrich@stites.com | Counsel to Sehon, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0449 | 502-779-8274 | rbeard@stites.com | Counsel to Sehon Electronics (USA), Inc. and Accurate Corporation |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jminias@stroock.com | Counsel to SPS Cityline LP; 1401 Troy Associates Partnership; 1401 Troy Associates Limited Partnership c/o Elkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership DPS Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel to SPS Cityline LP; 1401 Troy Associates Partnership; 1401 Troy Associates Limited Partnership c/o Elkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership DPS Information Services, Inc.; Elkin Management Services, Inc. and Elkin Real Properties |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Attorneys for Sanders Lead Co., Inc. |
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel to Wiron Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W. Timothy Miller Esq. | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | 513-381-0205 | miller@taftlaw.com | Counsel to Select Industries Corporation and Goear Systems, Inc. |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | 615-741-3334 | marvin.clements@state.tn.us | Tennessee Department of Revenue |
| Thelen Reid & Priest LLP | David B. Draper | 60 S. Market Street | Suite 200 | San Jose | CA | 95113 | | 408-292-1200 | 408-998-4895 | ddraper@thelenreid.com | Counsel to Maxim Integrated Products, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7670 | 212-912-7751 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7651 | 212-912-7751 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tatsuhiro Mazaki | 6-1 Marunouchi | 2-Chome, Chiyoda-Ku | Tokyo | Japan | 100-8322 | | 81-3-3286-3001 | 81-3-3286-3919 | | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | 1-330-471-4388 | robert.morris@timken.com | Representatives for Timken Corporation |
| Thelen Reid & Priest LLP | Daniel A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel to Oki Semiconductor Company |
| Thelen Reid & Priest LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dalowenthal@thelenreid.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

87

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thompson & Knight LLP | Bill L. Roberts | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 214-969-1700 | 214-969-1751 | bill.roberts@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1555 | 214-969-1609 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thumas & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-0020 | | ephillips@thumer-phillips.com | Counsel to RydAerg, Inc. d/b/a Precision Mold and Tool Group |
| Thumas & Phillips, P.C. | Ed Phillips, Jr. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | | | | Counsel to RydAerg, Inc. d/b/a Precision Mold and Tool Group |
| Titus Brueckner & Fox LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | jwells@togutlawfirm.com | Counsel to Bank of Lincolnwood |
| Titus Brueckner & Fox LLP | Maura I. Russell | | | | | | | | | | Counsel to DSSP Disposition LLC |
| Titus Brueckner & Fox LLP | Wendy G. Marcari | 655 Third Avenue | 21st Floor | New York | NY | 10017 | | 214-478-4770 | 212-478-4787 | | Counsel to SPDI Disposition LLC |
| Tobin, Petkus & Keator LLP | W. Joel Wilson | 300 Beausch & Lomb Place | 35th Floor | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | | Counsel to Banner Group, Inc. |
| Tobin, Petkus & Keator LLP | Helen Zamboni | 300 Beausch & Lomb Place | | Rochester | NY | 14604 | | | | | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC-1580 | Omaha | NE | 68179 | | 402-544-4164 | 402-501-0127 | makilgore@up.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2545 | 412-562-2429 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO |
| Varnum, Riddering, Schmidt & Howlett LLP | Michael S. McElwee | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel to Furukawa Electric North America APD |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-4677 | rjsidman@vorys.com | Counsel to Lamb Steel, Paper and Forestry, Rubber, Manufacturing |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Waller Lansden Dortch & Davis, PLLC | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | eakleinhaus@wlrk.com | Counsel to Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | David E. Lamian, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | dlamian@wnj.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Robert J. Welhoelter, Esq. | 511 Union Street | | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | rwelhoelter@wnj.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9831 | mcruse@wnj.com | Counsel to Contours Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | sgrow@wnj.com | Counsel to Behr Industries Corp. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | mwarner@warnerstevens.com | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel to Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Arnim Orduboglun | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aorduboglun@weinlaw.com | Counsel to Oncotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | jpeters@weltman.com | Counsel to Seven Seventeen Corporation |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | gkurtz@whitecase.com guzzi@whitecase.com dbaumstein@whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd, Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com featon@whitecase.com | Counsel to Appaloosa Management, LP |
| Winston & Strawn LLP | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@wnj.com | Counsel to Schunk Graphite Technology |
| Winthrop Couchot Professional Corporation | Barry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winthropcouchot.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-756-5400 | 214-756-5390 | mfarquhar@winthropcouchot.com | Counsel to National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 18 of 19

11/22/2006 5:27 PM
2002 List 061122

88

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Wachtell, Lipton, Rosen & Katz, LLC | Oscar Greene | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | | 212-629-1100 | 212-317-4263 | ogreene@wlrk.com | Counsel to WL, Ross & Co., LLC |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8056 | 336-574-4528 | lpinto@wcsr.com | Counsel to Amacast |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel to Toyota Tsusho America, Inc. and Karl Kufner, KG |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

89

# EXHIBIT M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER GRANTING THIRD INTERIM APPLICATION OF BANNER & WITCOFF, LTD.,
INTELLECTUAL PROPERTY COUNSEL TO DELPHI CORPORATION, FOR
ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the third interim application of Banner & Witcoff, Ltd. for allowance of interim compensation and reimbursement of expenses (the "Third Interim Banner Application") for professional services and expenses incurred during the period commencing June 1, 2006 through September 30, 2006; and a hearing having been held before this court to consider the Third Interim Banner Application on November 30, 2006; and notice having been given pursuant to the Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDRED that the Third Interim Banner Application is granted to the extent set forth in Schedule "A."

Dated:  New York, New York
        November 30, 2006

_____
United States  Bankruptcy Judge
Southern District of New York

Case No. 05-4481(RDD)
Case Name: Delphi Corporation

CURRENT FEE PERIOD: February 1, 2006 through May 31, 2006

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Banner & Witcoff, Ltd. | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |
| X | | | | | |

SCHEDULE A(1)
USBJ

DATE: November 30, 2006

INITIALS: