BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x
                                :
    In re                       :    Chapter 11
                                :
DPH HOLDINGS CORP., et al.,     :    Case No. 05-44481 (RDD)
                                :
              Debtors.          :    (Jointly Administered)
                                :
------------------------------- x

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331

# EXHIBIT T

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that he caused a CD containing the foregoing SEVENTH AND FINAL INTERIM APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331, to be served upon the following attorneys by Courier:

Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard, Esq.

DPH Holdings Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Joseph Papelian, Esq.

DPH Holdings Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: John D. Sheehan

Skadden, Arps, Slate, Meagher & Flom, LLP
55 North Wacker Drive
Chicago, IL 60606
Attn: John Wm. Butler, Jr., Esq.

Fried, Frank, Harris, et al.
One New York Plaza
New York, New York 10004
Attn: Bonnie Steingart, Esq.

DPH Holdings Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: David M. Sherbin, Esq.

SABIC Innovation Plastics
9930 Kincey Avenue
Huntersville, NC 28078
Attn: Valeria Venable

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn Marafioti, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4802
Attn: Robert J. Rosenberg, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
Attn: Donald Bernstein, Esq.

Date: February 1, 2010    By: _/s/ Charles W. Shifley_
                                            Charles W. Shifley