BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re : | Chapter 11 |
| DPH HOLDINGS CORP., et al., : | Case No. 05-44481 (RDD) |
| : | (Jointly Administered) |
| Debtors. : | |

LIST OF EXHIBITS TO THE SEVENTH AND FINAL APPLICATION OF BANNER &
WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES UNDER 11
U.S.C. SECTIONS 330 AND 331

# EXHIBIT U

Intellectual Property Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING SEVENTH AND FINAL INTERIM APPLICATION OF BANNER
& WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS
CORPORATION, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES**

Upon consideration of the seventh and final application of Banner & Witcoff, Ltd. for allowance of compensation and reimbursement of expenses (the "Final Banner Fee Application") for professional services and expenses incurred during the period commencing October 8, 2005 through August 15, 2007; and a hearing having been held before this court to consider the Final Banner Fee Application; and notice having been given pursuant to the Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDRED that the Final Banner Fee Application is granted to the extent set forth in Schedule "A."

Dated: _____
New York, New York

_____
United States  Bankruptcy Judge
Southern District of New York

# Schedule A

**SCHEDULE A TO PROPOSED ORDER**
**FOR SEVENTH AND FINAL APPLICATION OF BANNER & WITCOFF, LTD., INTELLECTUAL PROPERTY COUNSEL TO DPH HOLDINGS CORPORATION, SEEKING ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES UNDER 11 U.S.C. SECTIONS 330 AND 331**

| Date/Docket No. of Order Granting Fee Application | Date/Document No. of Fee Application | Total Professional Fees Requested by Applicant Net of Voluntary Reductions | Total Professional Fes Recommended by Fee Committee | Total Professional Fees Awarded by Court | Total Charges and Disbursements Requested by Applicant Net of Voluntary Reductions | Total Charges and Disbursements Recommended by Fee Committee | Total Charges and Disbursements Awarded by Court | Total Voluntary Reductions by Applicant |
|---|---|---|---|---|---|---|---|---|
| 2/15/07 Doc. #6986 | 4/28/06 Doc. #3506 | $29,580.05 | $29,580.05 | $29,580.05 | $411.95 | $411.95 | $411.95 | $0.00 |
| 2/15/07 Doc. #7026 | 7/31/06 Doc. #4781 | $41,786.66 | $41,786.66 | $41,786.66 | $552.66 | $552.66 | $552.66 | $0.00 |
| 2/15/07 Doc. #7019 | 11/30/06 Doc. #5947 | $50,331.00 | $50,331.00 | $50,331.00 | $1,223.10 | $1,233.10 | $1,223.10 | $0.00 |
| 7/2/07 Doc. #8450 | 3/23/07 Doc. 7405 | $85,631.00 | $85,631.00 | $85,631.00 | $1,762.24 | $1,762.24 | $1,762.24 | $0.00 |
| 10/29/07 Doc. #10741 | 7/31/07 Doc. 8808 | $46,234.00 | $44,974.00 | $44,974.00 | $7,900.28 | $7,900.28 | $7,900.28 | $1,260.00 |
| 2/25/08 Doc. #12882 | 12/7/07 Doc. 11360 | $1,044.00 | $1,044.00 | $1,044.00 | $147.35 | $147.35 | $147.35 | $0.00 |
| Totals | | $254,606.71 | $253,346.71 | $253,346.71 | $11,997.58 | $11,997.58 | $11,997.58 | $1,260.00 |

**Amount For Final Approval: $ 265,344.29   ($ 254,606.71 Requested + $ 11,997.58 Requested - $ 1,260.00 Voluntary Reductions)**