| | |
|---|---|
| THOMPSON HINE LLP | Hearing Date:   March 18, 2010 |
| Lawrence T. Burick, Esq. | 10:00 a.m. |
| Lauren McEvoy, Esq. | (Prevailing Eastern Time) |
| 335 Madison Avenue, 12th Floor | |
| New York, New York 10017-4611 | Response        March 1, 2010 |
| Lauren.McEvoy@thompsonhine.com | Deadline:        4:00 p.m. |
| larry.burick@thompsonhine.com | (Prevailing Eastern Time) |
| 212.344.5680 (telephone) | |
| 212.344.6101 (facsimile) | Deadline to file    March 12, 2010 |
| | Replies Responses  4:00 p.m. |
| | to Objections:    (Prevailing Eastern Time) |
| Special Counsel to Debtors | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                            x
IN RE:                                      :   Chapter 11
                                            :
DELPHI CORPORATION, et al.                  :   Case No. 05-44481 (RDD)
                                            :
    Debtors                                 :   (Jointly administered)
                                            x
```

**NOTICE OF SEVENTH INTERIM AND FINAL APPLICATION
OF THOMPSON HINE LLP AS SPECIAL COUNSEL FOR DEBTORS FOR INTERIM
AND FINAL COURT APPROVAL, ALLOWANCE AND PAYMENT OF
COMPENSATION FOR SERVICES RENDERED AND EXPENSES ADVANCED
FROM OCTOBER 1, 2007 THROUGH JANUARY 25, 2008**

PLEASE TAKE NOTICE that on January 15, 2010 Thompson Hine LLP, Special

Counsel to Debtors for intellectual property matters, filed its Seventh Interim and Final

Application seeking compensation and reimbursement of expenses for the period commencing

October 1, 2007 through and including January 25, 2008 (the "Seventh Application").

PLEASE TAKE NOTICE that the hearing on the Seventh Application is scheduled for **March 18, 2010 at 10:00 a.m.** (prevailing Eastern Time).

PLEASE TAKE NOTICE that responses or objections, if any, to any of the Final Fee Applications must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, and Administrative Procedures, entered January 25, 2010 (Docket No. 19360) (together with the Supplemental Case Management Order, the "Case Management Orders"); (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended); (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge; and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Attn: John Brooks, David M. Sherbin, and John D. Sheehan), (ii) counsel to the Recognized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Brian S. Masumoto), (iv) counsel for the former Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the agent under the Debtor's former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425

Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Ziman), (vi) counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Donald S. Bernstein and Brian M. Resnick), (vii) Valerie Venable, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina 28078, and (viii) Thompson Hine LLP, Attn: Lawrence T. Burick, Esq., P. O. Box 8801, Courthouse Plaza NE, Dayton, OH 45401-8801, in each case so as to be received no later than **4:00 p.m.** (prevailing Eastern time) on **March 1, 2010**.

A reply, if any, to any response or objection to the Seventh Interim and Final Fee Application must be filed no later than **4:00 p.m.** (prevailing Eastern time) on **March 12, 2010**.

PLEASE NOTE that in accordance with the Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869) (the "Interim Compensation Order"), DPH Holding Corp. and its affiliated reorganized debtors shall be required to serve a notice of hearing on the Final Fee Applications only upon (a) the Notice Parties (as defined in the Interim Compensation Order), (b) parties who have filed a notice of appearance with the Clerk of this Court and requested notice of pleadings in these chapter 11 cases, and (c) Professionals that have filed Final Fee Applications, and no further notice of the hearing on the Final Fee Applications need be provided.

Dated: February 2, 2010

/s/ Lauren McEvoy
Lauren McEvoy, Esq.
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Lauren.McEvoy@thompsonhine.com
212.344.5680 (telephone)
212.344.6101 (facsimile)

and

Lawrence T. Burick, Esq.
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorneys for Thompson Hine LLP,
Special Counsel to Debtors

CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2010, I served a copy of the foregoing Notice to the following by U.S. Mail, postage-prepaid:

Delphi Corporation / DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
(Attn: David M. Sherbin, Esq., General Counsel)

Fee Committee Member
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
(Attn: John D. Sheehan, V.P. & Chief Restructuring Officer)

Fee Committee Member
GE Plastics, Americas
9930 Kincey Avenue
Huntersville, NC. 28078
(Attn: Valeria Venable, GE Plastics, Americas Credit Manager)

Fee Committee
Legal Cost Control, Inc.
255 Kings Highway East
Haddonfield, NJ 08033
(Attn: Joe Sykes)

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(Attn: John Wm. Butler, Jr., Esq.)

Counsel for the agent under the Debtors' prepetition credit facility
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
(Attn: Marissa Wesley, Esq.)

Counsel for the agent under the Debtors' postpetition credit facility
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(Attn: Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors ("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
(Attn: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
(Attn: Alicia M. Leonhard, Esq.)

and by electronic mail (or, alternatively, by regular mail when no email address and/or fax number is provided) upon all persons on the DPH Holdings Corp Master Service List (Master Service List 100119.xls) and the 2002 List (2002 List 100119.xls).

/s/ Lawrence T. Burick
Lawrence T. Burick

540513.1