**Hearing Date And Time: March 18, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Objection Deadline: March 1, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

NOTICE OF HEARING ON APPLICATIONS OF PROFESSIONALS
SEEKING FINAL ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
OCTOBER 8, 2005 THROUGH JANUARY 25, 2008

PLEASE TAKE NOTICE that a hearing (the "Fee Application Hearing") will be held on March 18, 2010, at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 to consider the following applications of professionals seeking final allowance and payment of compensation[1] and reimbursement of actual and necessary expenses[2] incurred in these jointly administered cases (each, an "Application," and together, the "Applications") for the period from October 8, 2005 through January 25, 2008:[3]

1. **Banner & Witcoff, Ltd.** (Docket No. 19389)[4]
   *Intellectual Property Counsel to Debtors*
   - Fees: $253,346.71
   - Charges and Disbursements: $11,997.58

2. **Blake, Cassels & Graydon LLP** (Docket No. 19347)
   *Canadian Counsel to Debtors*
   - Fees: Cnd$650,559.74
   - Charges and Disbursements: Cnd$13,513.99

3. **Buck Consultants, LLC** (Docket No. 19211)
   *Benefits Actuaries to Official Committee of Unsecured Creditors*
   - Fees: $248,074.00
   - Charges and Disbursements: $0.00

---

1 All compensation amounts reflect requested fees net of (i) voluntary reductions as stated in each professional's fee application and (ii) each professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed in each professional's fee application.

2 All expenses reflect requested charges and disbursements net of (i) voluntary reductions as stated in each professional's fee application and (ii) each professional's voluntary compliance with the Fee Procedures Protocol established by the Joint Fee Review Committee as disclosed in each professional's fee application.

3 Any amounts for fees, charges, or disbursements incurred after January 25, 2008 are payable in the ordinary course of business and are not subject to the final fee application process. Accordingly, such amounts are not included in this notice.

4 The docket numbers provided in this list correspond to the docket numbers of the Applications filed by the respective professionals that will be heard at the March 18, 2010 hearing.

4. **Butzel Long** (Docket No. 19207)
*Commercial and Litigation Counsel to Debtors*
- Fees: $2,311,910.72
- Charges and Disbursements: $126,838.40

5. **Cadwalader, Wickersham & Taft LLP** (Docket No. 19348)
*Counsel to the Audit Committee of Debtors*
- Fees: $249,351.05
- Charges and Disbursements: $14,877.18

6. **Cantor Colburn LLP** (Docket No. 19340)
*Patent Counsel to Debtors*
- Fees: $1,566,547.51
- Charges and Disbursements: $344,262.29

7. **Covington & Burling LLP** (Docket No. 19240)
*Foreign Trade and Special Corporate Committee Counsel to Debtors*
- Fees: $1,883,390.41
- Charges and Disbursements: $60,324.00

8. **Deloitte & Touche LLP** (Docket No. 19224)
*Independent Auditors and Accountants to Debtors*
- Fees: $13,377,565.80
- Charges and Disbursements: $4,660.98

9. **Dickinson Wright PLLC** (Docket No. 10855)
*Key Ordinary Course Counsel to Debtors*
- Fees: $511,132.00
- Charges and Disbursements: $26,797.60

10. **DLA Piper LLP** (Docket No. 19273)
*Corporate, Employment, and Intellectual Property Counsel to Debtors*
- Fees: $308,947.75
- Charges and Disbursements: $12,092.53

11. **Dykema Gossett PLLC** (Docket No. 19204)
*Special Counsel to Debtors*
- Fees: $647,287.10
- Charges and Disbursements: $52,747.62

12. **Ernst & Young LLP** (Docket No. 19252)
*Tax Advisors to Debtors*
- Fees: $27,549,300.89
- Charges and Disbursements: $584,199.00

13. **Fried, Frank, Harris, Shriver & Jacobson LLP** (Docket No. 19218)
*Counsel to Official Committee of Equity Security Holders of Delphi*
    - Fees: $11,066,482.50
    - Charges and Disbursements: $509,892.97

14. **FTI Consulting, Inc.** (Docket No. 19259)
*Restructuring and Financial Advisor to Debtors*
    - Fees: $44,018,853.16
    - Charges and Disbursements: $3,645,695.07

15. **Gregory P. Joseph Law Offices LLC** (Docket No. 19382)
*Conflicts Counsel to Official Committee of Equity Security Holders*
    - Fees: $148,725.00
    - Charges and Disbursements: $5,490.78

16. **Groom Law Group, Chartered** (Docket No. 19281)
*Special Employee Benefits Counsel to Debtors*
    - Fees: $745,728.71
    - Charges and Disbursements: $39,319.26

17. **Houlihan Lokey Howard & Zukin Capital** (Docket No. 19219)
*Financial Advisor to Official Equity Committee of Equity Security Holders of Delphi*
    - Fees: $3,121,774.19
    - Charges and Disbursements: $109,900.56

18. **Howard & Howard Attorneys, P.C.** (Docket No. 19214)
*Intellectual Property Counsel to Debtors*
    - Fees: $1,079,044.00
    - Charges and Disbursements: $104,606.92

19. **Ivins, Phillips, and Barker Charted** (Docket No. 19349)
*Special Benefits Tax Counsel to Debtors*
    - Fees: $1,201,943.75
    - Charges and Disbursements: $19,669.62

20. **Jaeckle Fleischmann & Mugel, LLP** (Docket No. 19180)
*Intellectual Property Counsel to Debtors*
    - Fees: $1,660,119.50
    - Charges and Disbursements: $335,644.55

21. **Jeffries & Company, Inc.** (Docket No. 19249)
*Investment Banker to Official Committee of Unsecured Creditors*
    - Fees: $4,759,561.30
    - Charges and Disbursements: $144,674.92

**22.** **Jones Lang LaSalle Americas, Inc.** (Docket No. 19265)
*Real Estate Administrative and Transaction Services Provider to Debtors*
- Fees: $1,295,301.09
- Charges and Disbursements: $61,316.27

**23.** **KPMG LLP** (Docket No. 19261)
*Tax and Transaction Services Advisors and Advisory and Valuation Services Advisors to Debtors*
- Fees: $38,868,780.46
- Charges and Disbursements: $3,578,639.95

**24.** **Latham & Watkins LLP** (Docket No. 19212)
*Counsel to Official Committee of Unsecured Creditors*
- Fees: $19,817,103.75
- Charges and Disbursements: $1,113,098.00

**25.** **Legal Cost Control, Inc.** (Docket No. 19074)
*Fee and Expense Analyst to Delphi Fee and Expense Review Committee*
- Fees: $2,412,089.10
- Charges and Disbursements: $0.00

**26.** **Mayer Brown LLP** (Docket No. 19220)
*Special Outsourcing Counsel to Debtors*
- Fees: $3,422,323.57
- Charges and Disbursements: $91,912.59

**27.** **Mesirow Financial Consulting, LLC** (Docket No. 19262)
*Financial Advisor to Official Committee of Unsecured Creditors*
- Fees: $9,803,908.99
- Charges and Disbursements: $220,032.00

**28.** **O'Melveny & Myers LLP** (Docket No. 19299)
*Special Labor Counsel to Debtors*
- Fees: $5,871,105.99
- Charges and Disbursements: $2,157,946.39

**29.** **Price, Heneveld, Cooper, DeWitt & Litton, LLP** (Docket No. 13258)
*Intellectual Property Counsel to Debtors*
- Fees: $1,226,920.00
- Charges and Disbursements: $73,751.56

**30.** **PricewaterhouseCoopers LLP** (Docket No. 19351)
*Sarbanes-Oxley Compliance, Tax And Financial Planning, And Other General Tax Advisor to Debtors*
- Fees: $36,025,791.65
- Charges and Disbursements: $3,233,384.17

**31.** **Quinn Emanuel Urquhart Oliver & Hedges, LLP** (Docket No. 19274)
*Special Litigation Counsel to Debtors*
- Fees: $147,367.63
- Charges and Disbursements: $5,803.58

**32.** **Rader, Fishman & Grauer PLLC** (Docket No. 13764)
*Intellectual Property Counsel to Debtors*
- Fees: $1,223,653.45
- Charges and Disbursements: $594,381.88

**33.** **Rothschild Inc.** (Docket No. 19255)
*Financial Advisor and Investment Banker to Debtors*
- Fees: $27,895,161.29
- Charges and Disbursements: $857,653.84

**34.** **Shearman & Sterling LLP** (Docket No. 19201)
*Special Counsel to Debtors*
- Fees: $6,020,871.59
- Charges and Disbursements: $283,744.28

**35.** **Skadden, Arps, Slate, Meagher & Flom LLP** (Docket No. 19256)
*Restructuring Counsel to Debtors*
- Fees: $90,556,038.00
- Charges and Disbursements: $5,756,849.00

**36.** **Steven Hall & Partners, LLC** (Docket No. 19239)
*Compensation and Employment Agreement Advisor to Official Committee of Unsecured Creditors*
- Fees: $1,648,071.00
- Charges and Disbursements: $0.00

**37.** **Thompson Hine LLP** (Docket No. 19323)
*Special Counsel to Debtors*
- Fees: $716,338.00
- Charges and Disbursements: $82,203.94

**38.** **Togut, Segal & Segal LLP** (Docket No. 19253)
*Conflicts Counsel to Debtors*
- Fees: $6,683,548.00
- Charges and Disbursements: $250,481.84

**39.** **W.Y. Campbell & Company** (Docket No. 19126)
*Financial Advisor and Investment Banker to Debtors*
- Fees: $840,322.50
- Charges and Disbursements: $65,144.67

**40.** **Warner Stevens, L.L.P.** (Docket No. 19245)
*Conflicts Counsel to Official Committee of Unsecured Creditors*
- Fees: $1,393,939.00
- Charges and Disbursements: $74,322.44

**41.** **Wilmer Cutler Pickering Hale and Dorr LLP** (Docket No.19238)
*Special Regulatory Counsel to Audit Committee of Board of Directors of Delphi*
- Fees: $999,898.75
- Charges and Disbursements: $199,335.52

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to any of the Applications must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered January 25, 2010 (Docket No. 19360) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: John Brooks, David M. Sherbin, and John D. Sheehan), (ii)

counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian S. Masumoto), (iv) counsel for the former Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (v) counsel for the agent under the Debtors' former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (vi) counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein and Brian M. Resnick), (vii) Valerie Venable, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina 28078, and (viii) the professional whose Application is the subject of such response or objection, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on March 1, 2010.

PLEASE TAKE FURTHER NOTICE that only those responses or objections made as set forth herein and in accordance with the Case Management Orders will be considered by the Bankruptcy Court at the Fee Application Hearing. If no responses or objections to the Applications are timely filed and served in accordance with the procedures set forth herein and the Case Management Orders, the Bankruptcy Court may enter an order granting the Applications without further notice.

PLEASE TAKE FURTHER NOTICE that replies, if any, to any response or objection to any of the Applications must be filed no later than 4:00 p.m. (prevailing Eastern time) on March 12, 2010.

Dated: New York, New York
February 3, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By: /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors