**Hearing Date And Time:  March 18, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time:  March 11, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                              :
       In re                        :     Chapter 11
                              :
DPH HOLDINGS CORP., et al.,      :     Case No. 05-44481 (RDD)
                              :
                              :     (Jointly Administered)
              Reorganized Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND (d) AND FED. R. BANKR. P. 3007 TO (I) MODIFY AND ALLOW
(A) CERTAIN MODIFIED AND ALLOWED CLAIMS, (B) A PARTIALLY
SATISFIED CLAIM, AND (C) CERTAIN PARTIALLY SATISFIED SCHEDULED
LIABILITIES, (II) DISALLOW AND EXPUNGE (A) CERTAIN FULLY SATISFIED
SCHEDULED LIABILITIES,(B) CERTAIN MDL-RELATED CLAIMS, (C) CERTAIN
UNION CLAIMS, (D) CERTAIN PERSONAL INJURY CLAIMS, AND (E) A
DUPLICATE CLAIM, (III) OBJECT TO CERTAIN (A) PREFERENCE-RELATED
CLAIMS AND (B) PREFERENCE-RELATED SCHEDULED LIABILITIES, AND
(IV) MODIFY CERTAIN SERP-RELATED SCHEDULED LIABILITIES

("FORTY-FOURTH OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized

debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors")

hereby submit this Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d)

And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed

Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled

Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B)

Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims,

And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B)

Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled

Liabilities (the "Forty-Fourth Omnibus Claims Objection" or the "Objection"), and respectfully

represent as follows:

Background

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005 (the "Petition Date"), Delphi Corporation ("Delphi")

and certain of its affiliates (together with Delphi, the "Debtors"), predecessors of the

Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the

"Bankruptcy Code").

2.    On December 10, 2007, the Debtors filed their first amended joint plan of

reorganization (Docket No. 11386) (the "Plan") and related disclosure statement (Docket No.

11388).  This Court entered an order confirming the Plan (as modified) (Docket No. 12359) (the

"Confirmation Order") on January 25, 2008, and the order became final on February 4, 2008.

3.    On October 3, 2008, the Debtors filed a motion under 11 U.S.C. § 1127 for an

order approving (i) certain modifications to the Confirmed Plan and related disclosure statement

2

and (ii) related procedures for re-soliciting votes on the Confirmed Plan, as modified (Docket

No. 14310) (the "Plan Modification Motion").  On June 1, 2009, the Debtors filed a supplement

to the Plan Modification Motion (the "Motion Supplement"), which sought approval of (i) certain

modifications to the Confirmed Plan (the "Modified Plan"), (ii) supplemental disclosure, and (iii)

procedures for re-soliciting votes on the Modified Plan.  This Court entered an order approving

the Modified Plan (Docket No. 18707) (the "Plan Modification Order") on July 30, 2009.

4.      On October 6, 2009 (the "Effective Date"), the Debtors substantially

consummated the Modified Plan, the Effective Date (as defined in the Modified Plan) occurred,

and the transactions under the Master Disposition Agreement, dated as of July 30, 2009, by and

among Delphi, GM Components Holdings, LLC, General Motors Company, Motors Liquidation

Company (f/k/a General Motors Corporation), DIP Holdco 3 LLC(which assigned its rights to

DIP Holdco LLP, subsequently renamed Delphi Automotive LLP, a United Kingdom limited

liability partnership), and the other sellers and buyers party thereto, closed.  In connection

therewith, DIP Holdco LLP, through various subsidiaries and affiliates, acquired substantially all

of the Debtors' global core businesses, and GM Components Holdings, LLC, and Steering

Solutions Services Corporation, acquired certain U.S. manufacturing plants and the Debtors'

non-core steering business, respectively.  The Reorganized Debtors have emerged from chapter

11 as DPH Holdings and affiliates and remain responsible for the post-Effective Date

administration of these chapter 11 cases, including the disposition of certain retained assets and

payment of certain retained liabilities as provided for under the Modified Plan, and the eventual

closing of the cases.

5.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

6.      The statutory predicates for the relief requested herein are sections 502(b) and (d) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

B.      Bar Date, Proofs Of Claim, And Omnibus Claims Objections

7.      On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"), against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such Claim.

8.      On or prior to April 20, 2006, Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent in these cases, provided notice of the Bar Date by mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 and subsequently amended (collectively, the "Schedules and Statements")[1] and (b) the persons and

---

[1]   The Schedules and Statement were amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.

4

entities included in the notice database compiled by the Debtors, but not listed on any of the Schedules and Statements.  In total, the Debtors caused Bar Date Notices to be served on more than 500,000 persons and entities.

9.      In addition, the Debtors published the Bar Date Notice in more than two dozen newspapers throughout the country and abroad[2] and also published it electronically by posting on the then-current Delphi Legal Information Website, www.delphidocket.com, on or before April 24, 2006.

10.      Since the Petition Date, 16,863 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases.  From September 2006 through the Effective Date, the Debtors filed 35 omnibus Claims objections to Claims asserting prepetition liabilities. Since the Effective Date, the Reorganized Debtors have filed four omnibus Claims objections to Claims asserting prepetition liabilities against the Debtors and four omnibus Claims objections to Claims asserting administrative expense liabilities against the Debtors.  After hearing these omnibus Claims objections to Claims asserting prepetition liabilities, this Court disallowed and expunged approximately 11,900 Claims and modified approximately 4,420 Claims.  In addition, the hearings with respect to approximately 210 Claims were adjourned pursuant to the Claims Objection Procedures Order (as defined below).

---

[2]      Specifically, notice was published in the New York Times (National Edition), the Wall Street Journal (National, European, and Asian Editions), USA Today (Worldwide Edition), the Automotive News (National Edition), the Adrian Daily Telegram, the Arizona Daily Star, the Buffalo News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader, Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader, the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the Saginaw News, the Sandusky Register, the Tribune Chronicle, the Tulsa World, the Tuscaloosa News, and The Vindicator.

11.    On October 31, 2006, the Debtors filed a Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among other things, to approve certain procedures for contested claim objections (the "Claims Objection Procedures Motion").  On December 7, 2006, this Court entered an order granting the Claims Objection Procedures Motion (Docket No. 6089) (the "Claims Objection Procedures Order").

12.    On November 30, 2007, the Debtors filed a Motion Under New Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing  Debtors To Continue Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 11187) (the "Supplemental Claims Objection Procedures Motion").  In that motion, the Debtors requested this Court, among other things, to authorize the Debtors to continue certain of their current practices and procedures for filing and serving notice of omnibus Claims objections pursuant to the Claims Objection Procedures Order, including omnibus Claims objections to more than 100 Claims.  By order entered December 20, 2007, this Court granted the Supplemental Claims Objection Procedures Motion (Docket No. 11561).

13.    Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

6

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

any) with respect to all Claims and Interests . . . ."  Modified Plan, art. 9.6.

14.    By this Objection, the Reorganized Debtors are objecting to 136 Proofs of

Claim and 207 Claims listed on the Debtors' Schedules and Statements, as currently amended

(the "Scheduled Liabilities"), all of which are set forth by Claimant in alphabetical order on

Exhibit M hereto and cross-referenced by proof of claim number and basis of objection.  Exhibit

L hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case

number referenced on Exhibit M hereto.

15.    The Debtors are filing this Objection at this time because, pursuant to the

Modified Plan, the deadline for the Reorganized Debtors to object to Proofs of Claim asserting

prepetition liabilities (the "Claim Objection Deadline") is the first business day that is at least

120 days after the Effective Date.  Modified Plan, art. 1.31.  Because the Effective Date was

October 6, 2009, the Claim Objection Deadline is February 3, 2010.  In addition, if no objection

is filed by the Claim Objection Deadline to either a Proof of Claim or a Scheduled Liability that

is liquidated in an amount other than zero and is not contingent or disputed, then such Proof of

Claim or Scheduled Liability shall become an "Allowed Claim," as that term is defined in the

Modified Plan, and distributions will be made on such an Allowed Claim pursuant to the terms

of the Modified Plan.  Modified Plan, art. 1.9.

Relief Requested

16.    By this Objection, the Reorganized Debtors seek entry of an order

pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and

allowing (a) the Claims set forth on Exhibit A hereto because the proposed allowed amount,

class, and the Debtor against which the liabilities are proposed to be allowed matches the

7

Reorganized Debtors' books and records,[3] (b) the Claim set forth on <u>Exhibit B</u> hereto, which was modified pursuant to a prior order of this Court, because such Claim asserts dollar amounts or liabilities that have been partially satisfied due to cure payments that the Reorganized Debtors made, pursuant to section 365 of the Bankruptcy Code, in connection with the assumption of a certain executory contract (a "Contract Assumption") and the proposed allowed amount, class, and the Debtor against which the liabilities are proposed to be allowed matches the Reorganized Debtors' books and records, and (c) the Scheduled Liabilities set forth on <u>Exhibit C</u> hereto, each of which has been partially satisfied by cure payments that the Reorganized Debtors made, pursuant to section 365 of the Bankruptcy Code, in connection with Contract Assumptions and the proposed allowed amount, class, and the Debtor against which the liabilities are proposed to be allowed matches the Reorganized Debtors' books and records.

17.    In addition, the Reorganized Debtors seek entry of an order pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging (a) the Scheduled Liabilities set forth on <u>Exhibit D</u> hereto because such liabilities have been fully satisfied by cure payments that the Reorganized Debtors made, pursuant to section 365 of the Bankruptcy Code, in connection with Contract Assumptions and are not owing pursuant to the Reorganized Debtors' books and records, (b) the Claims set forth on <u>Exhibit E</u> hereto because they assert dollar amounts or liabilities that relate solely to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to litigation resolved by the MDL Settlement (as defined below) and are not reflected on the Reorganized Debtors' books and records, (c) the Claims set forth on <u>Exhibit F</u> hereto because such Claims are asserted

---

[3]    Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and records.

by certain labor unions based solely on alleged liabilities that have been waived pursuant to

settlement agreements between such unions and the Debtors, (d) the Claims set forth on <u>Exhibit</u>

<u>G</u> hereto because they assert dollar amounts or liabilities arising from certain personal injury

claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to

the Reorganized Debtors' books and records, and (e) the Claim set forth on <u>Exhibit H</u> hereto

because it is duplicative of another Proof of Claim.

18.    In addition, the Reorganized Debtors seek entry of an order pursuant to

section 502(d) of the Bankruptcy Code and Bankruptcy Rule 3007 to preserve their objections to

(a) the Claims set forth on <u>Exhibit I</u> hereto because they are asserted by Claimants who are

defendants (each, an "Avoidance Defendant") in avoidance actions arising under sections 542-

545, 547-550, or 553 of the Bankruptcy Code (the "Avoidance Actions") and such Claims are

potentially subject to disallowance pursuant to section 502(d) of the Bankruptcy Code and (b) the

Scheduled Liabilities set forth on <u>Exhibit J</u> hereto because they are held by Avoidance

Defendants in Avoidance Actions and such liabilities are potentially subject to disallowance

pursuant to section 502(d) of the Bankruptcy Code.

19.    Finally, the Reorganized Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying the Scheduled

Liabilities set forth on <u>Exhibit K</u> because such Scheduled Liabilities are owing in connection

with the Debtors' Supplemental Executive Retirement Program (the "SERP") and the proposed

modified amount and class matches the Reorganized Debtors' books and records.

Objections To Claims

C.    <u>Assumption Of Contracts And Related Cure Payments</u>

20.    Prior to the Petition Date, the Debtors were party to thousands of contracts

for the supply of goods to the Debtors' manufacturing operations.  Pursuant to article 8.1(a) of

9

the Modified Plan, all executory contracts and unexpired leases to which any of the Debtors was

a party were deemed automatically assumed in accordance with the provisions and requirements

of sections 365 and 1123 of the Bankruptcy Code as of the effective date of the Modified Plan,

unless such executory contracts or unexpired leases (a) had been previously rejected by the

Debtors pursuant to a final order of this Court, (b) were the subject of a motion to reject pending

on or before such effective date, (c) were rejected or assumed pursuant to a motion to sell or

transfer property or assets filed by the Debtors prior to such effective date, (d) had expired or

been terminated on or prior to such effective date (and not otherwise extended) pursuant to their

own terms, (e) were listed on Exhibit 8.1(a) (Rejected Contracts) to the Modified Plan as

executory contracts or unexpired leases to be rejected pursuant to section 365 of the Bankruptcy

Code, or (f) were otherwise rejected pursuant to the terms of the Modified Plan and/or upon the

direction of either buyer pursuant to the Master Disposition Agreement.  In early November

2009, as required under section 365 of the Bankruptcy Code and article 8.2 of the Modified Plan,

the non-Debtor contract counterparties received payments to cure the undisputed defaults on the

assumed executory contracts and unexpired leases (the "Cure Payments").

       21.     In some instances, certain Claims and Scheduled Liabilities have been

satisfied in full or in part by a Cure Payment or Cure Payments that the Reorganized Debtors

made to executory contract counterparties or lessors as to unexpired leases under which such

Claim or Scheduled Liability arose.  As a result, the Reorganized Debtors are seeking to reduce a

portion of each such Claim or Scheduled Liability, as the case may be, that pertains to certain

executory contracts or unexpired leases assumed pursuant to section 365 of the Bankruptcy Code

and therefore was partially or fully satisfied by payment of cure.  In determining the amount by

which each such Claim or Scheduled Liability would be satisfied and the amount by which each

such Claim or Scheduled Liability would be modified accordingly or disallowed, as the case may

be, the Reorganized Debtors reviewed the executory contracts and unexpired leases being

assumed and also reviewed related documents to determine the amount of the relevant Claim or

Scheduled Liability that should remain unsecured or whether the Claim or Scheduled Liability

should be disallowed as a result of the Cure Payments made by the Reorganized Debtors in early

November 2009.  To eliminate multiple recoveries for a single liability, the Reorganized Debtors

seek entry of an order modifying and allowing or expunging certain Claims and Scheduled

Liabilities to accurately reflect the amount of such Claims or Scheduled Liabilities against a

Debtor after the Reorganized Debtors made the Cure Payments.

D.      Exhibit A – Modified And Allowed Claims

22.      During the Reorganized Debtors' review of the Proofs of Claims filed in

these cases, the Reorganized Debtors determined that certain Proofs of Claim should be modified

and allowed so that the amount, class, and the Debtor against which each such Claim is proposed

to be allowed matches the Reorganized Debtors' books and records (the "Modified And Allowed

Claims").  Such amount, class, and Debtor are set forth on Exhibit A hereto.  The Reorganized

Debtors are authorized to seek allowance of the Modified And Allowed Claims pursuant to

articles 9.6(a) and 11 of the Modified Plan.  Accordingly, the Reorganized Debtors seek entry of

an order modifying and allowing the Modified And Allowed Claims and request that such

Claims be revised to reflect the amount, classification, and Debtor listed in the "Claim As

Allowed" column of Exhibit A.

E.      Exhibit B – Partially Satisfied Claim

23.      During their Claims review, the Reorganized Debtors determined that a

certain Proof of Claim which has been modified pursuant to a prior order of this Court has been

satisfied in part by Cure Payments and that the amount of such Claim should be modified and

11

allowed (the "Partially Satisfied Claim").  Identified on Exhibit B hereto is the Partially Satisfied

Claim that the Reorganized Debtors believe should be modified to assert a fully liquidated claim

in an amount different from that asserted by the Claimant.  Exhibit B reflects the amount,

classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As

Docketed."[4]  The proposed modified and allowed amount of such Partially Satisfied Claim is

reflected in a column titled "Claim As Allowed."

24.    The Reorganized Debtors object to the amount of the Partially Satisfied

Claim listed on Exhibit B and request that such Claim be revised to reflect the amount listed in

the "Claim As Allowed" column of Exhibit B.  Thus, no Claimant listed on Exhibit B would be

entitled to recover for any Claim in an amount exceeding the dollar amount listed as the

"Allowed Total" of such Claim on Exhibit B.[5]

25.    Accordingly, the Reorganized Debtors (a) object to the asserted amount of

each Partially Satisfied Claim and (b) seek an order modifying and allowing the Partially

Satisfied Claims to reflect the Allowed Total as set forth on Exhibit B.

F.    Exhibit C – Partially Satisfied Scheduled Liabilities

26.    During the their review of Scheduled Liabilities, the Reorganized Debtors

determined that certain Scheduled Liabilities that (a) have not been superseded by a filed Proof

of Claim and (b) have been partially satisfied by a Cure Payment and therefore should be

modified and allowed (the "Partially Satisfied Scheduled Liabilities ").  The Reorganized

Debtors seek to modify the amount of each Partially Satisfied Scheduled Liability to a fully

---

[4]    The Asserted Claim Amounts on Exhibit B reflect only asserted liquidated claims.

[5]    For clarity, Exhibit B refers to the former Debtor entities by case number and Exhibit L displays the formal
name of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibit B.

liquidated amount and seek to have such Partially Satisfied Scheduled Liability allowed in that amount as an unsecured Claim against the Debtor against which such liability is scheduled.

27.      Accordingly, the Debtors object to the amount for each Partially Satisfied Scheduled Liability listed on Exhibit C and request that each such Partially Satisfied Scheduled Liability be revised to reflect the amount listed in the "Partially Satisfied Scheduled Liability As Modified" column of Exhibit C.  Thus, no party listed on Exhibit C would be entitled to receive a distribution on any Partially Satisfied Scheduled Liability in an amount exceeding the dollar value listed as the "Modified Total" for such Scheduled Liability on Exhibit C.[6]

G.      Exhibit D – Fully Satisfied Scheduled Liabilities

28.      During the their review of Scheduled Liabilities, the Reorganized Debtors determined that certain Scheduled Liabilities (a) have not been superseded by a filed Proof of Claim and (b) have been fully satisfied by a Cure Payment and therefore should be disallowed and expunged (the "Fully Satisfied Scheduled Liabilities").  Set forth on Exhibit D hereto are the Fully Satisfied Scheduled Liabilities that the Reorganized Debtors have identified as Scheduled Liabilities for which the Reorganized Debtors are no longer liable.

29.      Accordingly, the Reorganized Debtors (a) object to the Fully Satisfied Scheduled Liabilities and (b) seek entry of an order disallowing and expunging the Fully Satisfied Scheduled Liabilities in their entirety.  If this Court does not disallow and expunge the Fully Satisfied Scheduled Liabilities in full, the Reorganized Debtors expressly reserve all of their rights to seek leave of this Court to further object to the Fully Satisfied Scheduled Liabilities at a later date on any basis whatsoever.

---

[6]     For clarity, Exhibit C refers to a Debtor entity by case number and Exhibit L sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced in Exhibit C.

H.    Exhibit E – MDL-Related Claims

30.    During their Claims review, the Reorganized Debtors determined that certain Proofs of Claim (the " MDL-Related Claims) are affected by the settlement approved by this Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358) (the "Final MDL Order"), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement").[7] Set forth on Exhibit E hereto are the MDL-Related Claims that the Reorganized Debtors have identified as Claims for which the Reorganized Debtors are not liable by operation of the MDL Settlement or assert amounts not owing pursuant to the Reorganized Debtors' books and records.

31.    Five of the six Claims listed on Exhibit E hereto were filed by officers and directors of Delphi Corporation who were released from certain liabilities pursuant to the MDL Settlement – i.e., proofs of claim numbers 12056, 12184, 13410, 14935, and 15599 (the "D&O Claims").  In accordance with the MDL Settlement and the Final MDL Order, those D&O Claims were deemed withdrawn on the effective date of the MDL Settlement to the extent they relate to any claim of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to the Delphi Securities Action, the Delphi ERISA Action, the Delphi Derivative Demands and Actions, the SEC Investigation and Enforcement Action, or the DOJ Investigation and Potential Proceedings (as such terms are defined in the Final MDL Order).  See Final MDL Order ¶ 17 & Ex. D ¶ 8.

---

[7]    Capitalized terms used in this section and not otherwise defined shall have the meanings ascribed to them in the MDL Settlement.

32.     Having reviewed those D&O Claims, the Reorganized Debtors believe that they relate solely to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to the Delphi Securities Action, the Delphi ERISA Action, the Delphi Derivative Demands and Actions, the SEC Investigation and Enforcement Action, or the DOJ Investigation and Potential Proceedings.  Out of an abundance of caution, however, the Reorganized Debtors are objecting to those D&O Claims to the extent, if any, that they relate to any claim of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to <u>anything other than</u> the Delphi Securities Action, the Delphi ERISA Action, the Delphi Derivative Demands and Actions, the SEC Investigation and Enforcement Action, or the DOJ Investigation and Potential Proceedings on the grounds that (a) they assert amounts or liabilities that are not owing pursuant to the Reorganized Debtors' books and records and (b) they are contingent, unliquidated, and/or subject to disallowance under section 502(e)(1)(B) of the Bankruptcy Code.

33.     The remaining MDL-Related Claim is proof of claim number 14379.  To the extent that this Claim relates to matters addressed by the MDL Settlement, the Claimant asserting that Claim is a member of one or more classes established by the MDL Settlement. Accordingly, such Claimant is bound by the terms and conditions of the MDL Settlement such that it is barred from seeking any additional recovery in connection with this Claim.  To the extent this Claim does not relate to matters addressed by the MDL Settlement or asserts unliquidated amounts, this Claim asserts liabilities that are not owing pursuant to the Reorganized Debtors' books and records.

34.     Accordingly, the Debtors (a) object to the MDL-Related Claims and (b) seek entry of an order disallowing and expunging each MDL-Related Claim to the extent such

Claim was not deemed withdrawn pursuant to the MDL Settlement or this Court's orders

approving the MDL Settlement.  If this Court does not disallow and expunge the MDL-Related

Claims in full, the Reorganized Debtors expressly reserve all of their rights to seek leave of this

Court to further object to the MDL-Related Claims at a later date on any basis whatsoever.

I.    Exhibit F – Union Claims

35.    During their Claims review, the Reorganized Debtors determined that

certain of the Proofs of Claim were filed by the United Automobile, Aerospace and Agricultural

Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber,

Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local

Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

employees and former employees of the Debtors represented or formerly represented by one of

the Unions, and/or on behalf of persons or entities with claims derived from or related to any

relationship with such employees or former employees of the Debtors (the "Union Claims") and

that, among other things, the Union Claims are deemed waived and withdrawn pursuant to

settlement agreements between the Debtors and each of the Unions and orders of this Court

approving each of these settlement agreements.[8]

36.    Pursuant to the Debtors' respective agreements with each of the Unions as

described in footnote 9 to this Objection, each of the Unions and all of their members, former

members, and persons or entities with claims derived from or related to any relationship with

---

[8]    The Reorganized Debtors note that the order approving the settlement agreement with the USW specifically
referred to and specifically "deemed waived and withdrawn with prejudice" as of the effective date of the
Modified Plan, the USW's Proof of Claim.  Further, although the releases in the Unions' settlement agreements
function to waive and withdraw the Union Claims, other orders of this Court may also do the same.  For
instance, the releases contained in the Unions' settlement agreements were incorporated into the Modified Plan
(see Modified Plan, Article XI, Section 11.6) as approved by Plan Modification Order (Docket No. 18707).  The
Plan Modification Order also contains additional bars to certain Union Claims, such as those related to the
Delphi-PBGC Settlement Agreement (as defined in the Plan Modification Order, see Paragraph 60(b)).

such employees or former employees of the Debtors have agreed to waive and release, upon the

Effective Date, all claims arising from the respective collective bargaining agreements between

the Debtors and each of the Unions.[9]  Therefore, because the Union Claims arise from the

collective bargaining agreements between the Debtors and, among other things, each of the

Unions, the Union Claims are waived and released pursuant to the settlement agreements, the

Union Claims should be disallowed and expunged in their entirety.[10]

      37.    Set forth on Exhibit F hereto is a list of the Union Claims.  Accordingly,

the Reorganized Debtors (a) object to the Union Claims and (b) seek entry of an order

disallowing and expunging the Union Claims in their entirety.

J.    Exhibit G – Personal Injury Claims

      38.    During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim assert dollar amounts or liabilities arising from personal injury claims

against the Debtors (the "Personal Injury Claims") and either (a) there is no legal basis to support

the Personal Injury Claim and/or (b) the Personal Injury Claims are not owing pursuant to the

---

[9]    The Debtors entered into settlement agreements with each of the UAW and the USW (collectively, the "Settlement Agreements").  The Settlement Agreements, copies of each of which are attached to, and approved by, orders entered by this Court on July 19, 2007 and August 29, 2007 (Docket Nos. 8693 and 9169), all provide, in relevant part:

    On the [E]ffective [D]ate . . . the [UAW/USW], all employees and former employees of Delphi represented or formerly represented by the[UAW/USW], and all persons or entities with claims derived from or related to any relationship with such employees or former employees of Delphi, shall waive and release and be deemed to have waived and released any and all claims of any nature, whether liquidated or unliquidated, contingent or non-contingent, asserted or unasserted, existing and/or arising in the future against Delphi, its subsidiaries, or affiliates . . . and the officers, directors, employees, fiduciaries, and agents of each, arising directly or indirectly from or in any way related to any obligations under the collective bargaining agreements between Delphi and the [UAW/USW] and between GM and the [UAW/USW] related to such employees . . . .

[10]    To further implement each of the Settlement Agreements and this Court's orders approving the Settlement Agreements, proof of claim number 16644 was created on behalf of the UAW and proof of claim number 16702 was created on behalf of the USW.  Proofs of claim numbers 16644 and 16702 are not being objected to by this Objection because they represent the negotiated settlements with the Unions corresponding to the Union Claims to which the Reorganized Debtors object.

Reorganized Debtors' books and records.  Accordingly, the Reorganized Debtors believe the parties asserting the Personal Injury Claims are not creditors of the Debtors.

39.    A bankruptcy court has the authority to apply dispositive legal defenses in the disallowance of Claims, including the Personal Injury Claims.  See In re Alper Holdings USA, Inc., 398 B.R. 736, 749 (S.D.N.Y. 2008).  In Alper Holdings, the United States District Court for the Southern District of New York noted that 28 U.S.C. § 157(b)(2)(B) expressly provides that allowance or disallowance of claims is a core proceeding over which the bankruptcy court has jurisdiction.  Although 28 U.S.C. § 157(b)(5) provides that personal injury claims shall be tried in the district court in which the  bankruptcy case is pending, "a bankruptcy court still has jurisdiction to determine whether any right to trial exists." Alper Holdings, 398 B.R. at 749.  To the extent that a Personal Injury Claim asserts only a legal issue, this Court has jurisdiction to disallow such a Claim.  If a Personal Injury Claims asserts a factual dispute, then the Claim can be liquidated in the district court or other appropriate forum, or if the parties agree, in this Court.

40.    Set forth on Exhibit G hereto are the Personal Injury Claims that the Reorganized Debtors have identified as Claims for which the Debtors are not liable. Accordingly, the Reorganized Debtors (a) object to the Personal Injury Claims and (b) seek entry of an order disallowing and expunging the Personal Injury Claims in their entirety.  If this Court does not disallow and expunge any of the Personal Injury Claims in full, the Reorganized Debtors expressly reserve all of their rights to seek leave of this Court to further object to such Personal Injury Claims at a later date on any basis whatsoever.

K.    Exhibit H – Duplicate Claim

41.    During their Claims review, the Reorganized Debtors determined that a certain Proof of Claim filed against the Reorganized Debtors in fact asserts a duplicative Claim (the "Duplicate Claim") for a single liability.

42.    It is axiomatic that creditors are not entitled to multiple recoveries for a single liability against a debtor.  Accordingly, the Reorganized Debtors wish to eliminate the Duplicate Claim, which is identified on Exhibit H hereto.  Exhibit H classifies the Duplicate Claim as the "Claim To Be Expunged" and another Proof of Claim as the "Surviving Claim." The Surviving Claims reflect the classifications of the liabilities as reflected on the Reorganized Debtors' books and records.  The Reorganized Debtors request that the Proofs of Claim marked as "Claims To Be Expunged" on Exhibit H be disallowed and expunged.[11]  Accordingly, the Reorganized Debtors (a) object to the Duplicate Claim and (b) seek entry of an order disallowing and expunging the Duplicate Claim in its entirety.

L.    Exhibit I – Preference-Related Claims

43.    During their Claims review, the Reorganized Debtors determined that certain Proofs of Claim are asserted by Avoidance Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized Debtors and that such Claims are potentially subject to disallowance pursuant to section 502(d) of the Bankruptcy Code (the "Preference-Related Claims").  Set forth on Exhibit I hereto are the Preference-Related Claims that the Reorganized Debtors have identified.

44.    Section 502(d) of the Bankruptcy Code provides:

_____

[11]    The Claim marked as a Surviving Claim on Exhibit H is proof of claim number 10582.  By this Objection, the Reorganized Debtors are also seeking entry of an order modifying and allowing proof of claim number 10582 in the amount and class set forth on Exhibit A hereto.

19

> (d)    Notwithstanding subsections (a) and (b) of this section, the court shall disallow any claim of any entity from which property is recoverable under section 542, 543, 550, or 553 of this title or that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of this title, unless such entity or transferee has paid the amount, or turned over any such property, for which such entity or transferee is liable under section 522(i), 542, 543, 550, or 553 of this title.

11 U.S.C. § 502(d).

45.    To preserve their rights under section 502(d) of the Bankruptcy Code, the Reorganized Debtors are objecting to the Preference-Related Claims and propose that their objection to each such Claim remain pending until the conclusion of the Avoidance Action related to such Claim.  Once such Avoidance Action is concluded, the Reorganized Debtors would have the option to  (a) set off, in whole or in part, the amount of any judgment against distributions under the Modified Plan, if any, on account of the allowed amount of such Claim or (b) withdraw the objection.  Accordingly, the Reorganized Debtors seek (a) to object to each Preference-Related Claim pending the conclusion of the Avoidance Action related to such Claim and (b) seek entry of an order preserving the Reorganized Debtors' objection to the Preference-Related Claims on the grounds set forth herein.

M.    Exhibit J – Preference-Related Scheduled Liabilities

46.    During their review of Scheduled Liabilities, the Reorganized Debtors determined that certain Scheduled Liabilities are held by Avoidance Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized Debtors and that such Scheduled Liabilities are subject to disallowance pursuant to the section 502(d) of the Bankruptcy Code (the "Preference-Related Scheduled Liabilities").  Set forth on Exhibit J hereto are the Preference-Related Scheduled Liabilities that the Reorganized Debtors have identified.

47.    To preserve their rights under section 502(d) of the Bankruptcy Code, the Reorganized Debtors are objecting to the Preference-Related Scheduled Liabilities and propose

that their objection to each such Scheduled Liability remain pending until the conclusion of the

Avoidance Action related to such Scheduled Liability.  Once such Avoidance Action is

concluded, the Reorganized Debtors would have the option to (a) set off, in whole or in part, the

amount of any judgment against distributions under the Modified Plan, if any, on account of the

allowed amount of such Scheduled Liability or (b) withdraw the objection.  Accordingly, the

Reorganized Debtors seek to object to each Preference-Related Scheduled Liability pending the

conclusion of the Avoidance Action related to such Scheduled Liability.

N.       Exhibit K – SERP-Related Scheduled Liabilities

48.       During the their review of Scheduled Liabilities, the Reorganized Debtors

determined that certain Scheduled Liabilities for amounts owing under the SERP should be

modified so that the amount matches the Reorganized Debtors' books and records (the "SERP-

Related Scheduled Liabilities").  Such amounts are set forth on Exhibit K hereto.  The

Reorganized Debtors request that such Scheduled Liabilities be revised to reflect the amount

listed in the "Claim As Modified" column of Exhibit K.  Thus, no party listed on Exhibit K

would be entitled to receive a distribution on any SERP-Related Scheduled Liabilities in an

amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit K.[12]

Accordingly, the Reorganized Debtors (a) object to the amount of each SERP-Related Scheduled

Liability and (b) seek an order modifying the SERP-Related Scheduled Liabilities to reflect the

Modified Total as set forth on Exhibit K.

---

[12]    For clarity, Exhibit K refers to a Debtor entity by case number and Exhibit L sets forth the formal name of the
Debtor entity and its associated bankruptcy case number referenced in Exhibit K.

### Separate Contested Matters

49.     Pursuant to the Claims Objection Procedures Order, (a) if a response is filed to this Forty-Fourth Omnibus Claims Objection, the objection to each Claim covered by such response will be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014 and (b) any order entered by this Court with respect to a Claim addressed by this Forty-Fourth Omnibus Claims Objection will be deemed a separate order with respect to each such Claim.

### Reservation Of Rights

50.     The Reorganized Debtors expressly reserve the right to amend, modify, or supplement this Forty-Fourth Omnibus Claims Objection and to file additional objections to any other Claims (filed or not) which may be asserted against the Debtors, including without limitation the right to object to any Claim not objected to in this Objection on the basis that it has been asserted against the wrong Debtor entity.  Should one or more of the grounds for objection stated in this Objection be dismissed, the Reorganized Debtors reserve their rights to object on other stated grounds or on any other grounds that the Reorganized Debtors discover.  In addition, the Reorganized Debtors reserve the right to seek further reduction of any Claim to the extent that such Claim has been paid.

### Responses To Objections

51.     Responses to this Forty-Fourth Omnibus Claims Objection are governed by the provisions of the Claims Objection Procedures Order.  The following summarizes the provisions of that order, but is qualified in all respects by the express terms thereof.

O.      Filing And Service Of Responses

52.     To contest an objection, responses (each, a "Response"), if any, to this Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules

22

of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,

and the Claims Objection Procedures Order, (c) be filed with this Court in accordance with

General Order M-242 (as amended) – registered users of this Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format),

(d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas

Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH

Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to

the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in

each case so as to be **received no later than 4:00 p.m. (prevailing Eastern time) on March 11,**

**2010.**

P.    <u>Contents Of Responses</u>

53.    Every Response to this Forty-Fourth Omnibus Claims Objection must

contain at a minimum the following:

(a)    the title of the claims objection to which the Response is directed;

(b)    the name of the Claimant and a brief description of the basis for
the amount of the Claim;

(c)    a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, modified, and allowed, as the
case may be, including, but not limited to, the specific factual and
legal bases upon which the Claimant will rely in opposing the
claims objection;

(d)    unless already set forth in the Proof of Claim previously filed with
this Court, documentation sufficient to establish a prima facie right

to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant must disclose to the Reorganized Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)     to the extent that the Claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)     the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

Q.     Timely Response Required

54.     If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Reorganized Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors request that this Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Forty-Fourth Omnibus Claims Objection.

55.     Pursuant to the Claims Objection Procedures Order, only those Responses made in writing and timely filed and received will be considered by this Court.  If a Claimant whose Proof of Claim is subject to this Forty-Fourth Omnibus Claims Objection and who is served with this Forty-Fourth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Reorganized Debtors may present to this Court an appropriate order seeking relief with respect to such Claim

24

consistent with the relief sought in this Forty-Fourth Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Reorganized Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Objection Procedures Order.

Replies To Responses

56.    Replies to any Responses will be governed by the Claims Objection Procedures Order.

Service Of Forty-Fourth Omnibus Claims Objection Order

57.    Service of any order with regard to this Forty-Fourth Omnibus Claims Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

58.    Questions about this Forty-Fourth Omnibus Claims Objection or requests for additional information about the proposed disposition of Claims hereunder should be directed to the Reorganized Debtors' counsel by e-mail to dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to KCC at 1-888-249-2691 or www.dphholdingsdocket.com.  Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Claims.

<u>Notice</u>

59.     Notice of this Objection has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the

Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P.

2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered January 25, 2010 (Docket No. 19360).  In

light of the nature of the relief requested, the Reorganized Debtors submit that no other or further

notice is necessary.

60.     Pursuant to the Claims Objection Procedures Order, the Reorganized

Debtors will provide each Claimant whose Proof of Claim is subject to an objection pursuant to

this Forty-Fourth Omnibus Claims Objection with a personalized Notice Of Objection To Claim

which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the

basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of

the Notice Of Objection To Claim to be sent to the Claimants listed on <u>Exhibits A</u>, <u>B</u>, and <u>C</u> is

attached hereto as <u>Exhibit N</u>.  A form of the Notice Of Objection To Claim to be sent to the

Claimants listed on <u>Exhibits D</u>, <u>E</u>, <u>F</u>, <u>G</u>, and <u>H</u> is attached hereto as <u>Exhibit O</u>.  A form of the

Notice Of Objection To Claim to be sent to the Claimants listed on <u>Exhibits I</u> and <u>J</u> is attached

hereto as <u>Exhibit P</u>.  A form of the Notice Of Objection To Claim to be sent to the Claimants

listed on <u>Exhibit K</u> is attached hereto as <u>Exhibit Q</u>.  Claimants will receive a copy of this Forty-

Fourth Omnibus Claims Objection without <u>Exhibits A</u> through <u>Q</u> hereto.  Claimants will

nonetheless be able to review <u>Exhibits A</u> through <u>Q</u> hereto free of charge by accessing the

Reorganized Debtors' Legal Information Website (www.dphholdingsdocket.com).  In light of the

nature of the relief requested, the Reorganized Debtors submit that no other or further notice is

necessary.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter

an order (a) granting the relief requested herein and (b) granting the Reorganized Debtors such

other and further relief as is just.

Dated:   New York, New York
         February 3, 2010

                            SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                            By:   /s/ John Wm. Butler, Jr.
                                  John Wm. Butler, Jr.
                                  John K. Lyons
                                  Ron E. Meisler
                            155 North Wacker Drive
                            Chicago, Illinois 60606

                                  - and -

                            By:   /s/ Kayalyn A. Marafioti
                                  Kayalyn A. Marafioti
                            Four Times Square
                            New York, New York 10036

                            Attorneys for DPH Holdings Corp., et al.,
                              Reorganized Debtors

28

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                In re                     :        Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :        Case No. 05-44481 (RDD)
                                          :
                                          :        (Jointly Administered)
                Reorganized Debtors.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND (d) AND FED. R. BANKR. P. 3007
TO (I) MODIFY AND ALLOW (A) CERTAIN MODIFIED AND ALLOWED CLAIMS,
(B) A PARTIALLY SATISFIED CLAIM, AND (C) CERTAIN PARTIALLY SATISFIED
SCHEDULED LIABILITIES, (II) DISALLOW AND EXPUNGE (A)
CERTAIN FULLY SATISFIED SCHEDULED LIABILITIES, (B) CERTAIN
MDL-RELATED CLAIMS, (C) CERTAIN UNION CLAIMS, (D) CERTAIN
PERSONAL INJURY CLAIMS, AND (E) A DUPLICATE CLAIM, (III)
PRESERVE REORGANIZED DEBTORS' OBJECTION TO CERTAIN (A)
PREFERENCE-RELATED CLAIMS AND (B) PREFERENCE-RELATED
SCHEDULED LIABILITIES, AND (IV) MODIFY CERTAIN
SERP-RELATED SCHEDULED LIABILITIES

("FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

(d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed

Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities,

(II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-

Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A

Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-

Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the

"Forty-Fourth Omnibus Claims Objection" or the "Objection")[1] of DPH Holdings Corp. and

certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the

"Reorganized Debtors"), dated February 3, 2010; and upon the record of the hearing held on the

Forty-Fourth Omnibus Claims Objection; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C, D, E, F, G, H, I, J, and K hereto was properly and

timely served with a copy of the Forty-Fourth Omnibus Claims Objection, a personalized Notice

Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Forty-Fourth Omnibus Claims Objection, and notice of the deadline for responding

to the Forty-Fourth Omnibus Claims Objection.  No other or further notice of the Forty-Fourth

Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Forty-Fourth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Forty-Fourth Omnibus Claims Objection

is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Forty-Fourth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Forty-Fourth Omnibus Claims Objection.

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

C.      The Claims listed on Exhibit A assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records (the "Modified And Allowed Claims").

D.      The Claim listed on Exhibit B asserts dollar amounts that have been previously modified by a prior order and have been partially satisfied by Cure Payments made by the Reorganized Debtors (the "Partially Satisfied Claim").  The Reorganized Debtors propose to further modify and allow this Claim so that the amount and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

E.      The Scheduled Liabilities listed on Exhibit C have been partially satisfied by Cure Payments made by the Reorganized Debtors (the "Partially Satisfied Scheduled Liabilities").  The Reorganized Debtors propose to modify and allow these Scheduled Liabilities so that the amount in which such Scheduled Liabilities are proposed to be allowed match the Reorganized Debtors' books and records.

F.      The Scheduled Liabilities listed on Exhibit D are those Scheduled Liabilities that have been fully satisfied by Cure Payments made by the Reorganized Debtors and therefore are not owing pursuant the Reorganized Debtors' books and records (the "Fully Satisfied Scheduled Liabilities ").

G.      The Claims listed on Exhibit E assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to that certain multidistrict litigation resolved pursuant to the MDL Settlement and (i) are deemed waived and withdrawn pursuant to the MDL Settlement and (ii) to the extent each such Claim is not deemed withdrawn pursuant to the MDL Settlement or this Court's orders

3

approving the MDL Settlement, asserts liabilities or dollar amounts that are not owing pursuant
to the Reorganized Debtors' books and records (the "MDL-Related Claims").

      H.     The Claims listed on <u>Exhibit F</u> are Claims asserted by the UAW, the USW,
and/or on behalf of employees and former employees of the Debtors represented or formerly
represented by one of these Unions, and/or on behalf of persons or entities with claims derived
from or related to any relationship with such employees or former employees of the Debtors (the
"Union Claims").  Such Union Claims are deemed waived and withdrawn pursuant to settlement
agreements between the Debtors and each of the Unions and orders of this Court approving each
of these settlement agreements.

      I.     The Claims listed on <u>Exhibit G</u> are Claims that assert dollar amounts or
liabilities arising from certain personal injury claims that (i) do not have a legal basis to support
the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records (the
"Personal Injury Claims").

      J.     The Claim listed on <u>Exhibit H</u> (the "Duplicate Claim") is a Claim that is
duplicative of another Proof of Claim (the "Surviving Claim").  The Surviving Claim is listed on
<u>Exhibit A</u> as a Modified And Allowed Claim and asserts dollar amounts that the Reorganized
Debtors propose to modify and allow so that the amount, class, and the Debtor against which the
Surviving Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

      K.     The Claims listed on <u>Exhibit I</u> are Claims asserted by Avoidance
Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized Debtors and
are subject to potential disallowance pursuant to section 502(d) of the Bankruptcy Code (the
"Preference-Related Claims").

L.    The Claims listed on Exhibit J are those Scheduled Liabilities held by

Avoidance Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized

Debtors and are subject to potential disallowance pursuant to section 502(d) of the Bankruptcy

Code (the "Preference-Related Scheduled Liabilities").

M.    The Scheduled Liabilities listed on Exhibit K are Scheduled Liabilities

owed in connection with the SERP that the Reorganized Debtors propose to modify so that the

amount in which each such Scheduled Liability is proposed to be modified matches the

Reorganized Debtors' books and records (the "SERP-Related Scheduled Liabilities").

N.    Exhibit L hereto sets forth the formal name of the Debtor entity and its

associated bankruptcy case number referenced on Exhibits A, B, C, and K.  Exhibit M sets forth

each of the Claims referenced on Exhibits A, B, C, D, E, F, G, H, I, J, and K in alphabetical

order by Claimant and cross-references each such Claim by (i) proof of claim number and (ii)

basis of objection.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.    Each Modified And Allowed Claim listed on Exhibit A hereto is hereby

modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As

Allowed" column of Exhibit A.

2.    The Partially Satisfied Claim listed on Exhibit B hereto is hereby modified

and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"

column of Exhibit B.

3.      Each Partially Satisfied Scheduled Liability listed on <u>Exhibit C</u> hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of <u>Exhibit C</u>.

4.      Each Fully Satisfied Claim listed on <u>Exhibit D</u> hereto is hereby disallowed and expunged in its entirety.

5.      Each MDL-Related Claim listed on <u>Exhibit E</u> hereto is hereby disallowed and expunged to the extent such Claim was not deemed withdrawn pursuant to the MDL Settlement or this Court's orders approving the MDL Settlement.

6.      Each Union Claim listed on <u>Exhibit F</u> hereto is hereby disallowed and expunged in its entirety.

7.      Each Personal Injury Claim listed on <u>Exhibit G</u> hereto is hereby disallowed and expunged in its entirety.

8.      The Duplicate Claim listed on <u>Exhibit H</u> hereto is hereby disallowed and expunged in its entirety.

9.      The Reorganized Debtors' objection to each Preference-Related Claim listed on <u>Exhibit I</u> hereto pursuant to section 502(d) of the Bankruptcy Code is hereby deemed preserved pending the conclusion of the Avoidance Action related to such Preference-Related Claim.

10.     The Reorganized Debtors' objection to each Preference-Related Scheduled Liability listed on <u>Exhibit J</u> hereto pursuant to section 502(d) of the Bankruptcy Code is hereby deemed preserved pending the conclusion of the Avoidance Action related to such Preference-Related Scheduled Liability.

11.    Each SERP-Related Scheduled Liability listed on Exhibit K hereto is hereby modified to reflect the amount listed in the "Claim As Modified" column of Exhibit K.

12.    Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Forty-Fourth Omnibus Claims Objection except as such claims may have been settled and allowed.

13.    This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Forty-Fourth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

14.    Each of the objections by the Reorganized Debtors to each Claim addressed in the Forty-Fourth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D, E, F, G, H, I, J, and K constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Forty-Fourth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

15.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
            March ___, 2010


_____
            UNITED STATES BANKRUPTCY JUDGE

7

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

**Forty-Fourth Omnibus Claims Objection**

EXHIBIT A - MODIFIED AND ALLOWED CLAIMS

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15624<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ALABAMA WORKERS<br>COMPENSATION SELF<br>INSURERS GUARANTY<br>ASSOCIATION INC<br>MAYNARD COOPER & GALE PC<br>1901 6TH AVE N STE 2400<br>BIRMINGHAM, AL 35203 | Claim Holder Name<br><br>ALABAMA WORKERS<br>COMPENSATION SELF INSURERS<br>GUARANTY ASSOCIATION INC<br>MAYNARD COOPER & GALE PC<br>1901 6TH AVE N STE 2400<br>BIRMINGHAM, AL 35203 | Docketed Total: | | **UNL** | | Allowed Total: | | **$1,264,902.78** |
| | Case Number*** | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | UNL | 05-44640 | | | $1,264,902.78 |
| | | | | **UNL** | | | | **$1,264,902.78** |
| Claim: 10582<br>Date Filed: 07/25/2006<br>Docketed Total: $25,577,870.48<br>Filing Creditor Name:<br>BATTENBERG III J T | Claim Holder Name<br><br>BATTENBERG III J T | Docketed Total: | | **$25,577,870.48** | | Allowed Total: | | **$21,959,868.20** |
| | Case Number*** | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44481 | | $10,000.00 | $25,567,870.48 | 05-44481 | | $0.00 | $21,959,868.20 |
| | | | **$10,000.00** | **$25,567,870.48** | | | **$0.00** | **$21,959,868.20** |

**Total Claims To Be Allowed: 2**

**Total Amount As Docketed:**     **$25,577,870.48**

**Total Amount As Allowed:**     **$23,224,770.98**

*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.            Page 1 of 1

***   See Exhibit L for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Fourty-Fourth Omnibus Claim Objection

**EXHIBIT B - PARTIALLY SATISFIED CLAIM**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 1165
Date Filed: 12/14/2005
Docketed Total: $1,280,342.50
Filing Creditor Name:
  ATMEL CORPORATION
  2325 ORCHARD PKWY
  SAN JOSE, CA 95131

**CLAIM AS DOCKETED**

Claim Holder Name

ATMEL CORPORATION          Docketed Total:          $1,280,342.50
2325 ORCHARD PKWY
SAN JOSE, CA 95131

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,280,342.50 |
| | | | **$1,280,342.50** |

**CLAIM AS ALLOWED**

Allowed Total:          $616,512.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $46,512.00 |
| 05-44640 | | | $570,000.00 |
| | | | **$616,512.00** |

**Total Claims To Be Allowed: 1**

**Total Amount As Docketed:**          $1,280,342.50

**Total Amount As Allowed:**          $616,512.00

\*    See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10395881
**Date Filed:** 01/20/2006
**Docketed Total:** $8,678.36
**Filing Creditor Name:**

A MAIER PRAEZISION GMBH EFT
GEWERBEHALLESTR 1-3
78112
ST GEORGEN, GERMANY

Creditor Name

A MAIER PRAEZISION GMBH EFT　　Docketed Total: **$8,678.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,678.36 |
| | | | **$8,678.36** |

Allowed Total: **$4,339.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,339.18 |
| | | | **$4,339.18** |

---

**Scheduled Liability:** 10395922
**Date Filed:** 01/20/2006
**Docketed Total:** $5,292.00
**Filing Creditor Name:**

ABRACON CORPORATION
29 JOURNEY
ALISO VIEJO, CA 92656

Creditor Name

ABRACON CORPORATION　　Docketed Total: **$5,292.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,292.00 |
| | | | **$5,292.00** |

Allowed Total: **$2,646.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,646.00 |
| | | | **$2,646.00** |

---

**Scheduled Liability:** 10396125
**Date Filed:** 01/20/2006
**Docketed Total:** $187,932.79
**Filing Creditor Name:**

ALLAN TOOL & MACHINE CO INC
1822 E MAPLE RD
TROY, MI 48083

Creditor Name

ALLAN TOOL & MACHINE CO INC　　Docketed Total: **$187,932.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,932.79 |
| | | | **$187,932.79** |

Allowed Total: **$181,870.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $181,870.79 |
| | | | **$181,870.79** |

---

**Scheduled Liability:** 10407381
**Date Filed:** 04/12/2006
**Docketed Total:** $93,287.84
**Filing Creditor Name:**

AMKOR ELECTRONICS INC
1345 ENTERPRISE DR
WEST CHESTER, PA 19380

Creditor Name

ASM CAPITAL LP　　Docketed Total: **$93,287.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $93,287.84 |
| | | | **$93,287.84** |

Allowed Total: **$17,260.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,260.53 |
| | | | **$17,260.53** |

---

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Scheduled Liability:** 10396257
**Date Filed:** 01/20/2006
**Docketed Total:** $36,769.72
**Filing Creditor Name:**
AMTEC PRECISION PRODUCTS INC
1355 HOLMES RD
ELGIN, IL 60123

Creditor Name
AMTEC PRECISION PRODUCTS INC — Docketed Total: **$36,769.72**

Allowed Total: **$25,997.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $36,769.72 | 05-44640 | | | $25,997.92 |
| | | | **$36,769.72** | | | | **$25,997.92** |

---

**Scheduled Liability:** 10394291
**Date Filed:** 01/20/2006
**Docketed Total:** $1,528.69
**Filing Creditor Name:**
ANIXTER
2540 S. SARAH AVE.
FRESNO, CA 93706

Creditor Name
ANIXTER — Docketed Total: **$1,528.69**

Allowed Total: **$196.01**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $1,528.69 | 05-44507 | | | $196.01 |
| | | | **$1,528.69** | | | | **$196.01** |

---

**Scheduled Liability:** 10416989
**Date Filed:** 10/10/2008
**Docketed Total:** $28,659.96
**Filing Creditor Name:**
ARGENT AUTOMOTIVE SYSTEMS INC
PO BOX 67000  DEPT 99401
DETROIT, MI 482670994

Creditor Name
ASM CAPITAL LP — Docketed Total: **$28,659.96**

Allowed Total: **$18,434.38**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $28,659.96 | 05-44640 | | | $18,434.38 |
| | | | **$28,659.96** | | | | **$18,434.38** |

---

**Scheduled Liability:** 10396342
**Date Filed:** 01/20/2006
**Docketed Total:** $1,038.80
**Filing Creditor Name:**
ARK TECHNOLOGIES INC
6536 EAGLE WAY
CHICAGO, IL 606781653

Creditor Name
ARK TECHNOLOGIES INC — Docketed Total: **$1,038.80**

Allowed Total: **$852.80**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,038.80 | 05-44640 | | | $852.80 |
| | | | **$1,038.80** | | | | **$852.80** |

---

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability: 10417035**
Date Filed: 10/10/2008
Docketed Total: $24,068.80
Filing Creditor Name:

ARMSTRONG INDUSTRIAL CORP LTD
531 BUKIT BATOK ST 23
659547
ST GEORGEN, 659547
SINGAPORE

Creditor Name

ARMSTRONG INDUSTRIAL CORP LTD    Docketed Total: **$24,068.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $24,068.80 |
| | | | **$24,068.80** |

Allowed Total: **$16,727.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $16,727.80 |
| | | | **$16,727.80** |

---

**Scheduled Liability: 10407441**
Date Filed: 04/12/2006
Docketed Total: $32,528.56
Filing Creditor Name:

AUTOMATIC SPRING PRODUCTS EFT CORP
PO BOX 79001
DETROIT, MI 482791075

Creditor Name

ASM CAPITAL LP    Docketed Total: **$32,528.56**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,528.56 |
| | | | **$32,528.56** |

Allowed Total: **$31,868.56**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $31,868.56 |
| | | | **$31,868.56** |

---

**Scheduled Liability: 10407089**
Date Filed: 04/12/2006
Docketed Total: $57,770.10
Filing Creditor Name:

AUTOSPLICE, INC
PO BOX 27189
SANTA ANA, CA 927997189

Creditor Name

AUTOSPLICE, INC    Docketed Total: **$57,770.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $57,770.10 |
| | | | **$57,770.10** |

Allowed Total: **$27,623.95**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $27,623.95 |
| | | | **$27,623.95** |

---

**Scheduled Liability: 10396531**
Date Filed: 01/20/2006
Docketed Total: $18,030.08
Filing Creditor Name:

BALLY RIBBON MILLS
23 N 7TH S
BALLY, PA 19503

Creditor Name

MADISON INVESTMENT TRUST SERIES 38    Docketed Total: **$18,030.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,030.08 |
| | | | **$18,030.08** |

Allowed Total: **$3,636.08**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,636.08 |
| | | | **$3,636.08** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10396556<br>Date Filed: 01/20/2006<br>Docketed Total: $18,375.00<br>Filing Creditor Name:<br><br>BARRY INDUSTRIES INC<br>PO BOX 1326<br>ATTLEBORO FALLS, MA 02763 | ARGO PARTNERS | Docketed Total: | | $18,375.00 | | Allowed Total: | | $9,187.50 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,375.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,187.50 |
| | | | | $18,375.00 | | | | $9,187.50 |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10396732<br>Date Filed: 01/20/2006<br>Docketed Total: $28,212.48<br>Filing Creditor Name:<br><br>BRIGHT HEADPHONE<br>ELECTRONICS CO<br>8TH FL NO 109 LI DE ST<br>TAIPEI<br>CHUNG HO CITY, R O C 235<br>TAIWAN, PROVINCE OF CHINA | BRIGHT HEADPHONE<br>ELECTRONICS CO | Docketed Total: | | $28,212.48 | | Allowed Total: | | $910.08 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28,212.48 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$910.08 |
| | | | | $28,212.48 | | | | $910.08 |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10396820<br>Date Filed: 01/20/2006<br>Docketed Total: $66,999.17<br>Filing Creditor Name:<br><br>CALDWELL INDUSTRIES INC<br>2351 NEW MILLENNIUM DRIVE<br>LOUISVILLE, KY 40216 | ASM CAPITAL LP | Docketed Total: | | $66,999.17 | | Allowed Total: | | $65,288.17 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$66,999.17 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$65,288.17 |
| | | | | $66,999.17 | | | | $65,288.17 |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10397014<br>Date Filed: 01/20/2006<br>Docketed Total: $45,708.59<br>Filing Creditor Name:<br><br>CHIPPAC LTD<br>47400 KATO RD<br>FREMONT, CA 94538 | CHIPPAC LTD | Docketed Total: | | $45,708.59 | | Allowed Total: | | $6,820.59 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,708.59 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,820.59 |
| | | | | $45,708.59 | | | | $6,820.59 |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.    05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

Pg 42 of 143

### EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10397062<br>Date Filed: 01/20/2006<br>Docketed Total: $64,197.82<br>Filing Creditor Name:<br><br>CIRCLE PROSCO INC<br>PO BOX 391<br>COLUMBUS, IN 47201 | Creditor Name<br><br>AMROC INVESTMENTS LLC | | Docketed Total: | **$64,197.82** | | | Allowed Total: | **$3,825.42** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$64,197.82 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$3,825.42 |
| | | | | **$64,197.82** | | | | **$3,825.42** |
| Scheduled Liability: 10397088<br>Date Filed: 01/20/2006<br>Docketed Total: $5,153.20<br>Filing Creditor Name:<br><br>CLARIANT CORP<br>MASTERBATCHES DIV<br>85 INDUSTRIAL DR<br>HOLDEN, MA 01520 | Creditor Name<br><br>CLARIANT CORP MASTERBATCHES DIV | | Docketed Total: | **$5,153.20** | | | Allowed Total: | **$2,108.20** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,153.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,108.20 |
| | | | | **$5,153.20** | | | | **$2,108.20** |
| Scheduled Liability: 10415623<br>Date Filed: 10/12/2007<br>Docketed Total: $74,193.08<br>Filing Creditor Name:<br><br>COMPUTER OPTICAL PRODUCTS, INC<br>9174 DEERING AVE.<br>CHATSWORTH, CA 91311 | Creditor Name<br><br>ARGO PARTNERS | | Docketed Total: | **$74,193.08** | | | Allowed Total: | **$57,742.12** |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$74,193.08 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$57,742.12 |
| | | | | **$74,193.08** | | | | **$57,742.12** |
| Scheduled Liability: 10397466<br>Date Filed: 01/20/2006<br>Docketed Total: $1,529.85<br>Filing Creditor Name:<br><br>DEARBORN CDT<br>250 W CARPENTER AVE<br>WHEELING, IL 60090 | Creditor Name<br><br>DEARBORN CDT | | Docketed Total: | **$1,529.85** | | | Allowed Total: | **$168.80** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,529.85 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$168.80 |
| | | | | **$1,529.85** | | | | **$168.80** |

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document
Pg 43 of 143

Forty-Fourth Omnibus Claims Objection

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

### Entry 1

Scheduled Liability: 10416959
Date Filed: 10/10/2008
Docketed Total: $196,954.80
Filing Creditor Name:

DERBY FABRICATING INC
PO BOX 633844
CINCINNATI, OH 452633844

**SCHEDULED LIABILITY AS DOCKETED**

Creditor Name

ASM CAPITAL LP     Docketed Total: **$196,954.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $196,954.80 |
| | | | **$196,954.80** |

**SCHEDULED LIABILITY AS ALLOWED**

Allowed Total: **$196,314.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $196,314.72 |
| | | | **$196,314.72** |

### Entry 2

Scheduled Liability: 10415656
Date Filed: 10/12/2007
Docketed Total: $27,114.70
Filing Creditor Name:

DIODES INC
PO BOX 2960
LOS ANGELES, CA 900510960

**SCHEDULED LIABILITY AS DOCKETED**

Creditor Name

MADISON NICHE OPPORTUNITIES LLC     Docketed Total: **$27,114.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $27,114.70 |
| | | | **$27,114.70** |

**SCHEDULED LIABILITY AS ALLOWED**

Allowed Total: **$26,802.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $26,802.18 |
| | | | **$26,802.18** |

### Entry 3

Scheduled Liability: 10397855
Date Filed: 01/20/2006
Docketed Total: $86,320.46
Filing Creditor Name:

ELLIOTT TAPE INC
135 S LASALLE DEPT 6464
CHICAGO, IL 606746464

**SCHEDULED LIABILITY AS DOCKETED**

Creditor Name

ASM CAPITAL LP     Docketed Total: **$86,320.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $86,320.46 |
| | | | **$86,320.46** |

**SCHEDULED LIABILITY AS ALLOWED**

Allowed Total: **$48,192.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $48,192.96 |
| | | | **$48,192.96** |

### Entry 4

Scheduled Liability: 10397932
Date Filed: 01/20/2006
Docketed Total: $9,828.61
Filing Creditor Name:

ENRICAU SA 50 RUE JACQUES
BALMAT
ZAC DU GRAND BOIS BP 45
F 74130
VOUGY, FRANCE

**SCHEDULED LIABILITY AS DOCKETED**

Creditor Name

ENRICAU SA 50 RUE JACQUES BALMAT     Docketed Total: **$9,828.61**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,828.61 |
| | | | **$9,828.61** |

**SCHEDULED LIABILITY AS ALLOWED**

Allowed Total: **$328.10**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $328.10 |
| | | | **$328.10** |

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.    05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document
Case No. 05-44481 (RDD)    Forty-Fourth Omnibus Claims Objection
Pg 44 of 143

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10398016<br>Date Filed: 01/20/2006<br>Docketed Total: $144,434.01<br>Filing Creditor Name:<br><br>F & G TOOL & DIE CO INC<br>PO BOX 321<br>WEST CARROLLTON, OH 45449 | Creditor Name<br><br>F & G TOOL & DIE CO INC | Docketed Total: | | $144,434.01 | Allowed Total: | | | $111,912.07 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$144,434.01<br><br>$144,434.01 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$111,912.07<br><br>$111,912.07 |
| Scheduled Liability: 10394384<br>Date Filed: 01/20/2006<br>Docketed Total: $6,975.05<br>Filing Creditor Name:<br><br>FANSTEEL INTERCAST<br>3600 FORMOSA BUILDING N<br>SUITE 13<br>MC ALLEN, TX 78503 | Creditor Name<br><br>ASM CAPITAL LP | Docketed Total: | | $6,975.05 | Allowed Total: | | | $2,316.49 |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$6,975.05<br><br>$6,975.05 | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$2,316.49<br><br>$2,316.49 |
| Scheduled Liability: 10415591<br>Date Filed: 10/12/2007<br>Docketed Total: $30,768.00<br>Filing Creditor Name:<br><br>FILTERTEK INC<br>PO BOX 795191<br>ST LOUIS, MO 631790795 | Creditor Name<br><br>AMROC INVESTMENTS LLC | Docketed Total: | | $30,768.00 | Allowed Total: | | | $29,498.00 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$30,768.00<br><br>$30,768.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$29,498.00<br><br>$29,498.00 |
| Scheduled Liability: 10407270<br>Date Filed: 04/12/2006<br>Docketed Total: $14,752.80<br>Filing Creditor Name:<br><br>FISCHER-TECH LTD<br>NO 12 LOYANG WAY<br>4 LAYANG INDUSTRIAL ESTATE<br>SINGAPORE, 507602 | Creditor Name<br><br>FISCHER-TECH LTD | Docketed Total: | | $14,752.80 | Allowed Total: | | | $13,816.90 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$14,752.80<br><br>$14,752.80 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$13,816.90<br><br>$13,816.90 |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

Scheduled Liability: 10407128
Date Filed: 04/12/2006
Docketed Total: $11,992.20
Filing Creditor Name:

FRAEN MACHINNING CORP
DBA SWISSTRONICS
PO BOX 845046
BOSTON, MA 22845046

Creditor Name

FRAEN MACHINNING CORP       Docketed Total:   **$11,992.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $11,992.20 |
| | | | **$11,992.20** |

      Allowed Total:   **$1,875.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,875.00 |
| | | | **$1,875.00** |

---

Scheduled Liability: 10393108
Date Filed: 01/20/2006
Docketed Total: $2,855.63
Filing Creditor Name:

GENERAL SILICONES
14140 LIVE OAK AVENUE, UNIT D
BALDWIN PARK, CA 91706

Creditor Name

GENERAL SILICONES       Docketed Total:   **$2,855.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,855.63 |
| | | | **$2,855.63** |

      Allowed Total:   **$1,427.81**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,427.81 |
| | | | **$1,427.81** |

---

Scheduled Liability: 10407969
Date Filed: 04/12/2006
Docketed Total: $152,774.28
Filing Creditor Name:

GENERAL SILICONES EFT
14140 LIVE OAK AVE UNIT D
BALDWIN PARK, CA 91706

Creditor Name

LONGACRE MASTER FUND LTD       Docketed Total:   **$152,774.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152,774.28 |
| | | | **$152,774.28** |

      Allowed Total:   **$44,667.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,667.12 |
| | | | **$44,667.12** |

---

Scheduled Liability: 10407170
Date Filed: 04/12/2006
Docketed Total: $8,512.00
Filing Creditor Name:

GOSHEN DIE CUTTING INC
815 LOGAN STREET
GOSHEN, IN 46528

Creditor Name

ASM CAPITAL LP       Docketed Total:   **$8,512.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $8,512.00 |
| | | | **$8,512.00** |

      Allowed Total:   **$5,992.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,992.00 |
| | | | **$5,992.00** |

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10398566<br>Date Filed: 01/20/2006<br>Docketed Total: $47,454.55<br>Filing Creditor Name:<br>HENNESSEY CAPITAL CAPITAL FUNDING CORP ASSIGNEE AUTOSPLICE INC<br>PO BOX 673305<br>DETROIT, MI 482673305 | Creditor Name<br><br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP    Docketed Total:   **$47,454.55**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $47,454.55<br>                                   **$47,454.55** | Allowed Total:   **$1,215.08**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $1,215.08<br>                                   **$1,215.08** |
| Scheduled Liability: 10398577<br>Date Filed: 01/20/2006<br>Docketed Total: $29,483.00<br>Filing Creditor Name:<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP ASSIGNEE PHOTO INSTRUMENT<br>PO BOX 673305<br>DETROIT, MI 482673305 | Creditor Name<br><br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP    Docketed Total:   **$29,483.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $29,483.00<br>                                   **$29,483.00** | Allowed Total:   **$5,070.32**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $5,070.32<br>                                   **$5,070.32** |
| Scheduled Liability: 10415466<br>Date Filed: 10/12/2007<br>Docketed Total: $71,383.69<br>Filing Creditor Name:<br>HEWITT TOOL & DIE INC<br>PO BOX 47<br>OAKFORD, IN 469650047 | Creditor Name<br><br>HEWITT TOOL & DIE INC    Docketed Total:   **$71,383.69**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $71,383.69<br>                                   **$71,383.69** | Allowed Total:   **$71,011.83**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640             $71,011.83<br>                                   **$71,011.83** |
| Scheduled Liability: 10407171<br>Date Filed: 04/12/2006<br>Docketed Total: $28,642.64<br>Filing Creditor Name:<br>HITACHI CHEMICAL SINGAPORE PTE<br>M GOTTLIEB ASSOCIATES<br>608 E BOULEVARD<br>KOKOMO, IN 46902 | Creditor Name<br><br>HITACHI CHEMICAL SINGAPORE PTE    Docketed Total:   **$28,642.64**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567             $28,642.64<br>                                   **$28,642.64** | Allowed Total:   **$6,718.64**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567             $6,718.64<br>                                   **$6,718.64** |

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

| | Creditor Name | |
|---|---|---|
| Scheduled Liability:  10405357<br>Date Filed:   04/12/2006<br>Docketed Total:   $23,128.00<br>Filing Creditor Name:<br><br>HITACHI CHEMICAL SINGAPORE<br>PTE LTD<br>614 E POPLAR ST<br>KOKOMO, IN 46902 | HITACHI CHEMICAL SINGAPORE PTE LTD     Docketed Total:     **$23,128.00**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44610                                                              $23,128.00<br><br>                                                                          **$23,128.00** | Allowed Total:     **$9,051.44**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44610                                                              $9,051.44<br><br>                                                                          **$9,051.44** |

| | Creditor Name | |
|---|---|---|
| Scheduled Liability:  10398809<br>Date Filed:   01/20/2006<br>Docketed Total:   $10,862.60<br>Filing Creditor Name:<br><br>INDIUM CORPORATION OF<br>AMERICA<br>PO BOX 3242<br>BUFFALO, NY 14240 | INDIUM CORPORATION OF AMERICA     Docketed Total:     **$10,862.60**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44640                                                              $10,862.60<br><br>                                                                          **$10,862.60** | Allowed Total:     **$4,562.60**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44640                                                              $4,562.60<br><br>                                                                          **$4,562.60** |

| | Creditor Name | |
|---|---|---|
| Scheduled Liability:  10393119<br>Date Filed:   01/20/2006<br>Docketed Total:   $27,074.76<br>Filing Creditor Name:<br><br>INDUSTRIAL ELECTRIC WIRE INC<br>BOX 88545<br>MILWAUKEE, WI 532880545 | ASM CAPITAL LP     Docketed Total:     **$27,074.76**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44567                                                              $27,074.76<br><br>                                                                          **$27,074.76** | Allowed Total:     **$26,844.76**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44567                                                              $26,844.76<br><br>                                                                          **$26,844.76** |

| | Creditor Name | |
|---|---|---|
| Scheduled Liability:  10398993<br>Date Filed:   01/20/2006<br>Docketed Total:   $17,898.69<br>Filing Creditor Name:<br><br>J P PRODUCTS CO INC<br>720 VANDENBURG ROAD<br>KING OF PRUSSIA, PA 19406 | J P PRODUCTS CO INC     Docketed Total:     **$17,898.69**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44640                                                              $17,898.69<br><br>                                                                          **$17,898.69** | Allowed Total:     **$11,605.43**<br><br>**Case Number\***     Secured     Priority     Unsecured<br>05-44640                                                              $11,605.43<br><br>                                                                          **$11,605.43** |

\* See Exhibit L for a listing of debtor entities by case number.

### EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Scheduled Liability:** 10393126
**Date Filed:** 01/20/2006
**Docketed Total:** $12,731.07
**Filing Creditor Name:**

JACKSON SPRING & MFG. CO. INC
299 BOND STREET
ELK GROVE VILLAGE, IL 60007

Creditor Name

FAIR HARBOR CAPITAL LLC

Docketed Total: **$12,731.07**

Allowed Total: **$314.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $12,731.07 | 05-44567 | | | $314.00 |
| | | | **$12,731.07** | | | | **$314.00** |

---

**Scheduled Liability:** 10399013
**Date Filed:** 01/20/2006
**Docketed Total:** $549,607.89
**Filing Creditor Name:**

JAE ELECTRONICS
142 TECHNOLOGY DR STE 100
IRVINE, CA 92618

Creditor Name

ASM CAPITAL II LP

Docketed Total: **$549,607.89**

Allowed Total: **$519,427.67**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $549,607.89 | 05-44640 | | | $519,427.67 |
| | | | **$549,607.89** | | | | **$519,427.67** |

---

**Scheduled Liability:** 10393127
**Date Filed:** 01/20/2006
**Docketed Total:** $27,050.86
**Filing Creditor Name:**

K O A SPEER ELECTRONICS INC
K S E CAPITAL CORPORATION
PO BOX 711769
CINCINNATI, OH 452711769

Creditor Name

K O A SPEER ELECTRONICS INC

Docketed Total: **$27,050.86**

Allowed Total: **$14,672.70**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $27,050.86 | 05-44567 | | | $14,672.70 |
| | | | **$27,050.86** | | | | **$14,672.70** |

---

**Scheduled Liability:** 10407175
**Date Filed:** 04/12/2006
**Docketed Total:** $3,564.74
**Filing Creditor Name:**

KEATS SOUTHWEST
11425 ROJAS
EL PASO, TX 799366424

Creditor Name

KEATS SOUTHWEST

Docketed Total: **$3,564.74**

Allowed Total: **$1,130.50**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $3,564.74 | 05-44567 | | | $1,130.50 |
| | | | **$3,564.74** | | | | **$1,130.50** |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.    05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)    Pg 49 of 143

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

### Entry 1

Scheduled Liability: 10394441
Date Filed: 01/20/2006
Docketed Total: $18,500.00
Filing Creditor Name:

KERK MOTION PRODUCTS
1 KERK DR.
HOLLIS, NH 03049

Creditor Name

KERK MOTION PRODUCTS    Docketed Total: **$18,500.00**

Allowed Total: **$755.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $18,500.00 | 05-44507 | | | $755.00 |
| | | | **$18,500.00** | | | | **$755.00** |

### Entry 2

Scheduled Liability: 10399208
Date Filed: 01/20/2006
Docketed Total: $422,229.72
Filing Creditor Name:

KILIAN MFG CORP
PO BOX 1450 NW 5529
MINNEAPOLIS, MN 554855529

Creditor Name

LONGACRE MASTER FUND LTD    Docketed Total: **$422,229.72**

Allowed Total: **$219,511.92**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $422,229.72 | 05-44640 | | | $219,511.92 |
| | | | **$422,229.72** | | | | **$219,511.92** |

### Entry 3

Scheduled Liability: 10405364
Date Filed: 04/12/2006
Docketed Total: $10,614.48
Filing Creditor Name:

KOA EUROPE GMBH
KADDENBUSCH 6
DAEGELING, 25578
GERMANY

Creditor Name

KOA EUROPE GMBH    Docketed Total: **$10,614.48**

Allowed Total: **$5,651.34**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44610 | | | $10,614.48 | 05-44610 | | | $5,651.34 |
| | | | **$10,614.48** | | | | **$5,651.34** |

### Entry 4

Scheduled Liability: 10415483
Date Filed: 10/12/2007
Docketed Total: $1,942,709.39
Filing Creditor Name:

KOA SPEER ELECTRONICS INC
ACCOUNTS RECEIVABLE
PO BOX 547
BRADFORD, PA 16701

Creditor Name

KOA SPEER ELECTRONICS INC    Docketed Total: **$1,942,709.39**

Allowed Total: **$807,655.30**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $1,942,709.39 | 05-44640 | | | $807,655.30 |
| | | | **$1,942,709.39** | | | | **$807,655.30** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**SCHEDULED LIABILITY TO BE ALLOWED**

Scheduled Liability: 10399237
Date Filed: 01/20/2006
Docketed Total: $749.48
Filing Creditor Name:

KODA STANZ UND
BIEGETECHNIK GMBH
PO BOX 12 02 53
D 44292
DORTMUND, GERMANY

**SCHEDULED LIABILITY AS DOCKETED**

Creditor Name

KODA STANZ UND BIEGETECHNIK GMBH    Docketed Total: **$749.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $749.48 |
| | | | **$749.48** |

**SCHEDULED LIABILITY AS ALLOWED**

Allowed Total: **$6.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6.65 |
| | | | **$6.65** |

---

Scheduled Liability: 10399358
Date Filed: 01/20/2006
Docketed Total: $162,625.12
Filing Creditor Name:

LDM TECHNOLOGIES
DRAWER 67 894
DETROIT, MI 48327

Creditor Name

LDM TECHNOLOGIES    Docketed Total: **$162,625.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $162,625.12 |
| | | | **$162,625.12** |

Allowed Total: **$111,181.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $111,181.71 |
| | | | **$111,181.71** |

---

Scheduled Liability: 10415489
Date Filed: 10/12/2007
Docketed Total: $178,974.20
Filing Creditor Name:

LINEAR TECHNOLOGY CORP
1630 MC CARTHY BLVD
MILPITAS, CA 950357487

Creditor Name

LINEAR TECHNOLOGY CORP    Docketed Total: **$178,974.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $178,974.20 |
| | | | **$178,974.20** |

Allowed Total: **$3,625.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,625.63 |
| | | | **$3,625.63** |

---

Scheduled Liability: 10393414
Date Filed: 01/20/2006
Docketed Total: $3,465.00
Filing Creditor Name:

LUMEX INC
290 E HELEN RD
PALATINE, IL 60067

Creditor Name

LUMEX INC    Docketed Total: **$3,465.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,465.00 |
| | | | **$3,465.00** |

Allowed Total: **$1,732.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,732.50 |
| | | | **$1,732.50** |

---

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability:  10399513<br>Date Filed:   01/20/2006<br>Docketed Total:   $10,039.20<br>Filing Creditor Name:<br><br>M RON CORP<br>6050 N 52ND AVE<br>GLENDALE, AZ 85301 | AMROC INVESTMENTS LLC | | Docketed Total: | **$10,039.20** | | Allowed Total: | | **$5,319.40** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$10,039.20 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,319.40 |
| | | | | **$10,039.20** | | | | **$5,319.40** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability:  10399670<br>Date Filed:   01/20/2006<br>Docketed Total:   $12,773.62<br>Filing Creditor Name:<br><br>MCCOURT LABEL CABINET CO<br>EFT<br>PO BOX 79001<br>DETROIT, MI 482791562 | MCCOURT LABEL CABINET CO EFT | | Docketed Total: | **$12,773.62** | | Allowed Total: | | **$12,580.90** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,773.62 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$12,580.90 |
| | | | | **$12,773.62** | | | | **$12,580.90** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability:  10399702<br>Date Filed:   01/20/2006<br>Docketed Total:   $110,714.89<br>Filing Creditor Name:<br><br>MECHANICAL & INDUSTRIAL<br>FASTENERS MIFAST<br>PO BOX 809153<br>CHICAGO, IL 606809153 | HAIN CAPITAL HOLDINGS LLC | | Docketed Total: | **$110,714.89** | | Allowed Total: | | **$74,927.42** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$110,714.89 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$74,927.42 |
| | | | | **$110,714.89** | | | | **$74,927.42** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10416958<br>Date Filed: 10/10/2008<br>Docketed Total: $315,003.80<br>Filing Creditor Name:<br>MICHIGAN SPRING & STAMPING EFT<br>2700 WICKHAM DR<br>MUSKEGON, MI 49441 | Creditor Name<br><br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Docketed Total: | | $315,003.80 | | Allowed Total: | | $307,802.15 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$315,003.80<br><br>**$315,003.80** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$307,802.15<br><br>**$307,802.15** |
| Scheduled Liability: 10399813<br>Date Filed: 01/20/2006<br>Docketed Total: $1,927.31<br>Filing Creditor Name:<br>MICRO STAMPING CORP<br>140 BELMONT DRIVE<br>SOMERSET, NJ 08873 | Creditor Name<br><br>MICRO STAMPING CORP | Docketed Total: | | $1,927.31 | | Allowed Total: | | $1,746.53 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,927.31<br><br>**$1,927.31** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,746.53<br><br>**$1,746.53** |
| Scheduled Liability: 10399923<br>Date Filed: 01/20/2006<br>Docketed Total: $1,790.69<br>Filing Creditor Name:<br>MOCAP INC<br>PO BOX 60351<br>SAINT LOUIS, MO 631600351 | Creditor Name<br><br>SIERRA LIQUIDITY FUND | Docketed Total: | | $1,790.69 | | Allowed Total: | | $1,519.44 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,790.69<br><br>**$1,790.69** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,519.44<br><br>**$1,519.44** |

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10400044
**Date Filed:** 01/20/2006
**Docketed Total:** $3,145.46
**Filing Creditor Name:**

MYERS SPRING CO INC
720 WATER ST
LOGANSPORT, IN 46947

Creditor Name

ASM CAPITAL LP    **Docketed Total:** **$3,145.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,145.46 |
| | | | **$3,145.46** |

Allowed Total:    **$2,287.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,287.63 |
| | | | **$2,287.63** |

---

**Scheduled Liability:** 10400161
**Date Filed:** 01/20/2006
**Docketed Total:** $13,682.62
**Filing Creditor Name:**

NIAGARA PLASTICS LLC
7090 EDINBORO RD
ERIE, PA 16509

Creditor Name

HAIN CAPITAL HOLDINGS LLC    **Docketed Total:** **$13,682.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,682.62 |
| | | | **$13,682.62** |

Allowed Total:    **$10,607.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,607.85 |
| | | | **$10,607.85** |

---

**Scheduled Liability:** 10407212
**Date Filed:** 04/12/2006
**Docketed Total:** $287.97
**Filing Creditor Name:**

OHIO FASTENERS & TOOL INC
915 LAKE ROAD
MEDINA, OH 44258

Creditor Name

OHIO FASTENERS & TOOL INC    **Docketed Total:** **$287.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $287.97 |
| | | | **$287.97** |

Allowed Total:    **$143.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $143.98 |
| | | | **$143.98** |

---

**Scheduled Liability:** 10393257
**Date Filed:** 01/20/2006
**Docketed Total:** $1,543.90
**Filing Creditor Name:**

PESA LABELING SYSTEM CORP
275 KINGS HWY #104
BROWNSVILLE, TX 78521

Creditor Name

FAIR HARBOR CAPITAL LLC    **Docketed Total:** **$1,543.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,543.90 |
| | | | **$1,543.90** |

Allowed Total:    **$1,441.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,441.00 |
| | | | **$1,441.00** |

---

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**SCHEDULED LIABILITY AS DOCKETED**

Scheduled Liability: 10408631
Date Filed: 04/12/2006
Docketed Total: $35,073.02
Filing Creditor Name:

POLYMETALLURGICAL CORP
PO BOX 3249
NO ATTLEBORO, MA 02761

Creditor Name

REDROCK CAPITAL PARTNERS LLC  Docketed Total: **$35,073.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,073.02 |
| | | | **$35,073.02** |

Allowed Total: **$8,388.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,388.12 |
| | | | **$8,388.12** |

---

Scheduled Liability: 10415735
Date Filed: 10/12/2007
Docketed Total: $423,958.23
Filing Creditor Name:

PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

Creditor Name

ARGO PARTNERS  Docketed Total: **$423,958.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $423,958.23 |
| | | | **$423,958.23** |

Allowed Total: **$393,150.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $393,150.78 |
| | | | **$393,150.78** |

---

Scheduled Liability: 10408670
Date Filed: 04/12/2006
Docketed Total: $28,087.93
Filing Creditor Name:

PROTECTIVE CLOSURES CO INC
EFT CAPLUGS DIV
2150 ELMWOOD AVE
BUFFALO, NY 14207

Creditor Name

HAIN CAPITAL HOLDINGS LLC  Docketed Total: **$28,087.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,087.93 |
| | | | **$28,087.93** |

Allowed Total: **$10,393.94**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,393.94 |
| | | | **$10,393.94** |

---

Scheduled Liability: 10407183
Date Filed: 04/12/2006
Docketed Total: $17,812.00
Filing Creditor Name:

RAYCHEM CORPORATION
DIV OF TYCO ELEC - PTC DIV
300 CONSTITUTION DRIVE
MENLO PARK, CA 94025

Creditor Name

RAYCHEM CORPORATION  Docketed Total: **$17,812.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $17,812.00 |
| | | | **$17,812.00** |

Allowed Total: **$8,906.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $8,906.00 |
| | | | **$8,906.00** |

---

* See Exhibit L for a listing of debtor entities by case number.

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Scheduled Liability: 10400957
Date Filed: 01/20/2006
Docketed Total: $53,087.04
Filing Creditor Name:
REM ELECTRONICS SUPPLY CO INC
PO BOX 831
WARREN, OH 44482

Creditor Name
AMROC INVESTMENTS LLC     Docketed Total: **$53,087.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $53,087.04 |
| | | | **$53,087.04** |

Allowed Total: **$50,768.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $50,768.12 |
| | | | **$50,768.12** |

**Row 2**

Scheduled Liability: 10393460
Date Filed: 01/20/2006
Docketed Total: $1,570.00
Filing Creditor Name:
RF MONOLITHICS INC
4347 SIGMA ROAD
DALLAS, TX 75244

Creditor Name
RF MONOLITHICS INC     Docketed Total: **$1,570.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,570.00 |
| | | | **$1,570.00** |

Allowed Total: **$400.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $400.00 |
| | | | **$400.00** |

**Row 3**

Scheduled Liability: 10415479
Date Filed: 10/12/2007
Docketed Total: $378,614.20
Filing Creditor Name:
RF MONOLITHICS INC
PO BOX 201106
DALLAS, TX 753201106

Creditor Name
ASM CAPITAL II LP     Docketed Total: **$378,614.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $378,614.20 |
| | | | **$378,614.20** |

Allowed Total: **$335,868.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $335,868.99 |
| | | | **$335,868.99** |

**Row 4**

Scheduled Liability: 10394518
Date Filed: 01/20/2006
Docketed Total: $5,875.71
Filing Creditor Name:
RINO MECHANICAL
216 C. NORTH MAIN STREET
FREEPORT, NY

Creditor Name
ASM CAPITAL LP     Docketed Total: **$5,875.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $5,875.71 |
| | | | **$5,875.71** |

Allowed Total: **$3,885.39**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $3,885.39 |
| | | | **$3,885.39** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

| | | |
|---|---|---|
| Scheduled Liability: 10410739<br>Date Filed: 04/12/2006<br>Docketed Total: $5,788.96<br>Filing Creditor Name:<br><br>ROTATION ENGINEERING<br>8800 XYLON AVENUE NORTH<br>BROOKLYN PARK, MN 55445 | Creditor Name<br><br>ROTATION ENGINEERING    Docketed Total: **$5,788.96**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507      $5,788.96<br><br>     **$5,788.96** | Allowed Total: **$3,373.79**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44507      $3,373.79<br><br>     **$3,373.79** |
| Scheduled Liability: 10401311<br>Date Filed: 01/20/2006<br>Docketed Total: $468,028.94<br>Filing Creditor Name:<br><br>SG INDUSTRIES INC<br>9113 MACON RD<br>CORDOVA, TN 38016 | Creditor Name<br><br>SG INDUSTRIES INC    Docketed Total: **$468,028.94**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640      $468,028.94<br><br>     **$468,028.94** | Allowed Total: **$313,528.68**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640      $313,528.68<br><br>     **$313,528.68** |
| Scheduled Liability: 10393473<br>Date Filed: 01/20/2006<br>Docketed Total: $9,341.50<br>Filing Creditor Name:<br><br>SPARTECH POLYCOM<br>470 JOHNSON ROAD<br>CHICAGO, IL 60693 | Creditor Name<br><br>SPARTECH POLYCOM    Docketed Total: **$9,341.50**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567      $9,341.50<br><br>     **$9,341.50** | Allowed Total: **$4,760.00**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44567      $4,760.00<br><br>     **$4,760.00** |
| Scheduled Liability: 10401539<br>Date Filed: 01/20/2006<br>Docketed Total: $6,142.84<br>Filing Creditor Name:<br><br>SPIROL INTERNATIONAL CORP EFT<br>DEPT CH 14018<br>PALATINE, IL 600554018 | Creditor Name<br><br>SPIROL INTERNATIONAL CORP EFT    Docketed Total: **$6,142.84**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640      $6,142.84<br><br>     **$6,142.84** | Allowed Total: **$6,001.73**<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640      $6,001.73<br><br>     **$6,001.73** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10401548<br>Date Filed: 01/20/2006<br>Docketed Total: $5,965.16<br>Filing Creditor Name:<br>SPRINGCO METAL COATINGS INC<br>12500 ELMWOOD AVE<br>CLEVELAND, OH 44111 | Creditor Name<br>SIERRA LIQUIDITY FUND | Docketed Total: $5,965.16 | | | | Allowed Total: $2,358.76 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$5,965.16<br><br>$5,965.16 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$2,358.76<br><br>$2,358.76 |
| Scheduled Liability: 10393477<br>Date Filed: 01/20/2006<br>Docketed Total: $2,106.00<br>Filing Creditor Name:<br>STAR MICRONICS AMERICA INC<br>1150 KING GEORGES POST ROAD<br>EDISON, NJ 8837 | Creditor Name<br>STAR MICRONICS AMERICA INC | Docketed Total: $2,106.00 | | | | Allowed Total: $1,053.00 | | |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$2,106.00<br><br>$2,106.00 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$1,053.00<br><br>$1,053.00 |
| Scheduled Liability: 10401589<br>Date Filed: 01/20/2006<br>Docketed Total: $6,800.00<br>Filing Creditor Name:<br>STAR MICRONICS AMERICA INC<br>EFT<br>CREDIT DEPT<br>PO BOX 11345<br>NEW BRUNSWICK, NJ 089069972 | Creditor Name<br>STAR MICRONICS AMERICA INC<br>EFT | Docketed Total: $6,800.00 | | | | Allowed Total: $1,100.00 | | |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,800.00<br><br>$6,800.00 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,100.00<br><br>$1,100.00 |
| Scheduled Liability: 10407114<br>Date Filed: 04/12/2006<br>Docketed Total: $24,293.51<br>Filing Creditor Name:<br>STERLING SPRING LLC<br>PO BOX 97265<br>CHICAGO, IL 606907265 | Creditor Name<br>GOLDMAN SACHS CREDIT PARTNERS LP | Docketed Total: $24,293.51 | | | | Allowed Total: $355.50 | | |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$24,293.51<br><br>$24,293.51 | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$355.50<br><br>$355.50 |

\* See Exhibit L for a listing of debtor entities by case number.

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10401762
**Date Filed:** 01/20/2006
**Docketed Total:** $8,571.42
**Filing Creditor Name:**

TAIYO YUDEN SINGAPORE PTE LTD
19 JOO KOON CIRCLE
JURONG TOWN
629051, SINGAPORE

Creditor Name

TAIYO YUDEN SINGAPORE PTE LTD    Docketed Total: **$8,571.42**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,571.42 |
| | | | **$8,571.42** |

Allowed Total: **$4,285.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,285.71 |
| | | | **$4,285.71** |

---

**Scheduled Liability:** 10401764
**Date Filed:** 01/20/2006
**Docketed Total:** $6,005.84
**Filing Creditor Name:**

TAKUMI STAMPING INC
8955 SEWARD ROAD
FAIRFIELD, OH 45011

Creditor Name

TAKUMI STAMPING INC    Docketed Total: **$6,005.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6,005.84 |
| | | | **$6,005.84** |

Allowed Total: **$4,312.91**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,312.91 |
| | | | **$4,312.91** |

---

**Scheduled Liability:** 10401845
**Date Filed:** 01/20/2006
**Docketed Total:** $62,085.07
**Filing Creditor Name:**

TELAMON CORPORATION
5341 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Creditor Name

AMROC INVESTMENTS LLC    Docketed Total: **$62,085.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $62,085.07 |
| | | | **$62,085.07** |

Allowed Total: **$51,728.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,728.12 |
| | | | **$51,728.12** |

---

**Scheduled Liability:** 10401888
**Date Filed:** 01/20/2006
**Docketed Total:** $7,097.40
**Filing Creditor Name:**

TG NORTH AMERICA CORP TG MISSOURI
PO BOX 67000 DEPT 176101
DETROIT, MI 482671761

Creditor Name

TG NORTH AMERICA CORP TG MISSOURI    Docketed Total: **$7,097.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $7,097.40 |
| | | | **$7,097.40** |

Allowed Total: **$5,904.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,904.80 |
| | | | **$5,904.80** |

---

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Scheduled Liability:** 10402019
**Date Filed:** 01/20/2006
**Docketed Total:** $9,150.00
**Filing Creditor Name:**

TRANS-TECH INC
P O BOX 308
FREDERICK, MD 217050308

Creditor Name

TRANS-TECH INC            Docketed Total: **$9,150.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $9,150.00 |
| | | | **$9,150.00** |

Allowed Total: **$5,850.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,850.00 |
| | | | **$5,850.00** |

---

**Scheduled Liability:** 10407193
**Date Filed:** 04/12/2006
**Docketed Total:** $9,727.36
**Filing Creditor Name:**

TRANSAMERICA LUBRICANTS INC
BLVD. GOMEZ MORIN 9050-C
CD. JUAREZ, 32530
MEXICO

Creditor Name

TRANSAMERICA LUBRICANTS INC            Docketed Total: **$9,727.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $9,727.36 |
| | | | **$9,727.36** |

Allowed Total: **$346.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $346.50 |
| | | | **$346.50** |

---

**Scheduled Liability:** 10402071
**Date Filed:** 01/20/2006
**Docketed Total:** $1,310.70
**Filing Creditor Name:**

TRUARC CO LLC
PO BOX 798001
SAINT LOUIS, MO 631798000

Creditor Name

TRUARC CO LLC            Docketed Total: **$1,310.70**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,310.70 |
| | | | **$1,310.70** |

Allowed Total: **$1,175.15**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,175.15 |
| | | | **$1,175.15** |

---

**Scheduled Liability:** 10402143
**Date Filed:** 01/20/2006
**Docketed Total:** $91,200.00
**Filing Creditor Name:**

ULTRALIFE BATTERIES INC
2000 TECHNOLOGY PARKWAY
NEWARK, NY 14513

Creditor Name

ULTRALIFE BATTERIES INC            Docketed Total: **$91,200.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $91,200.00 |
| | | | **$91,200.00** |

Allowed Total: **$45,600.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $45,600.00 |
| | | | **$45,600.00** |

---

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10402147
**Date Filed:** 01/20/2006
**Docketed Total:** $17,511.42
**Filing Creditor Name:**

UMPCO INC
PO BOX 5158
GARDEN GROVE, CA 92846

Creditor Name

AMROC INVESTMENTS LLC   Docketed Total: **$17,511.42**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,511.42 |
| | | | **$17,511.42** |

Allowed Total: **$14,521.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,521.72 |
| | | | **$14,521.72** |

---

**Scheduled Liability:** 10415567
**Date Filed:** 10/12/2007
**Docketed Total:** $76,579.24
**Filing Creditor Name:**

UNITED INDUSTRIES INC
135 S LA SALLE DEPT 3920
CHICAGO, IL 606743920

Creditor Name

CONTRARIAN FUNDS LLC   Docketed Total: **$76,579.24**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,579.24 |
| | | | **$76,579.24** |

Allowed Total: **$76,579.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,579.23 |
| | | | **$76,579.23** |

---

**Scheduled Liability:** 10402173
**Date Filed:** 01/20/2006
**Docketed Total:** $51,735.60
**Filing Creditor Name:**

UNITED METAL PROD CORP EFT
8101 LYNDON AVENUE
DETROIT, MI 48238

Creditor Name

MADISON INVESTMENT TRUST SERIES 38   Docketed Total: **$51,735.60**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $51,735.60 |
| | | | **$51,735.60** |

Allowed Total: **$1,637.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,637.30 |
| | | | **$1,637.30** |

---

**Scheduled Liability:** 10402310
**Date Filed:** 01/20/2006
**Docketed Total:** $52,786.75
**Filing Creditor Name:**

VERNAY LABORATORIES INC EFT
P O BOX 310
YELLOW SPRINGS, OH 45387

Creditor Name

AMROC INVESTMENTS LLC   Docketed Total: **$52,786.75**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $52,786.75 |
| | | | **$52,786.75** |

Allowed Total: **$25,113.13**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,113.13 |
| | | | **$25,113.13** |

---

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10407121 <br> Date Filed: 04/12/2006 <br> Docketed Total: $85,195.63 <br> Filing Creditor Name: <br><br> VICTORY PACKAGING <br> PO BOX 844138 <br> DALLAS, TX 752844138 | Creditor Name <br><br> VICTORY PACKAGING | | Docketed Total: | **$85,195.63** | | | Allowed Total: | **$1,473.21** |
| | **Case Number*** <br> 05-44567 | Secured | Priority | Unsecured <br> $85,195.63 <br><br> **$85,195.63** | **Case Number*** <br> 05-44567 | Secured | Priority | Unsecured <br> $1,473.21 <br><br> **$1,473.21** |

**Row 2**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10402337 <br> Date Filed: 01/20/2006 <br> Docketed Total: $12,808.47 <br> Filing Creditor Name: <br><br> VIP-VIRANT DOO <br> KOPRSKA ULICA 88 <br> 1000 <br> LJUBLJANA, SLOVENIA | Creditor Name <br><br> VIP-VIRANT DOO | | Docketed Total: | **$12,808.47** | | | Allowed Total: | **$99.11** |
| | **Case Number*** <br> 05-44640 | Secured | Priority | Unsecured <br> $12,808.47 <br><br> **$12,808.47** | **Case Number*** <br> 05-44640 | Secured | Priority | Unsecured <br> $99.11 <br><br> **$99.11** |

**Row 3**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10411226 <br> Date Filed: 04/12/2006 <br> Docketed Total: $70,456.00 <br> Filing Creditor Name: <br><br> WAKEFIELD ENGINEERING INC <br> PO BOX 8500 41035 <br> PHILADELPHIA, PA 191788500 | Creditor Name <br><br> WAKEFIELD ENGINEERING INC | | Docketed Total: | **$70,456.00** | | | Allowed Total: | **$63,626.19** |
| | **Case Number*** <br> 05-44640 | Secured | Priority | Unsecured <br> $70,456.00 <br><br> **$70,456.00** | **Case Number*** <br> 05-44640 | Secured | Priority | Unsecured <br> $63,626.19 <br><br> **$63,626.19** |

**Row 4**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10402480 <br> Date Filed: 01/20/2006 <br> Docketed Total: $82,875.60 <br> Filing Creditor Name: <br><br> WET AUTOMOTIVE CANADA <br> PO BOX 12700 <br> SEATTLE, WA 98101 | Creditor Name <br><br> ASM CAPITAL II LP | | Docketed Total: | **$82,875.60** | | | Allowed Total: | **$48,031.96** |
| | **Case Number*** <br> 05-44640 | Secured | Priority | Unsecured <br> $82,875.60 <br><br> **$82,875.60** | **Case Number*** <br> 05-44640 | Secured | Priority | Unsecured <br> $48,031.96 <br><br> **$48,031.96** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10402545 Date Filed: 01/20/2006 Docketed Total: $34,865.17 Filing Creditor Name: WOCO DE MEXICO SA DE CV AV DE LAS FUENTES NO 19 PARQUE INDUSTRIAL BERNARDO QUINTANA CP76246 QUERETARO, MEXICO | Creditor Name WOCO DE MEXICO SA DE CV AV DE LAS FUENTES NO 19 PARQUE | Docketed Total: | | **$34,865.17** | | Allowed Total: | | **$32,940.17** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $34,865.17 | 05-44640 | | | $32,940.17 |
| | | | | **$34,865.17** | | | | **$32,940.17** |

**Total Claims To Be Allowed: 95**

**Total Amount As Docketed:**    **$7,705,403.48**

**Total Amount As Allowed:**    **$4,728,287.56**

* See Exhibit L for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.                                                                Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACG TRANSFORMACION DE POLIMEROS SA DE CV GUAYAKIRI 624 NAVE 2 76118 LOMA BONITA QUERETARO QRO, MEXICO | 10395954 | Secured: Priority: Administrative: Unsecured: Total: | $918.19 $918.19 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS 12 W 37TH ST 9TH FL NEW YORK, NY 10018 | 10396722 | Secured: Priority: Administrative: Unsecured: Total: | $5,814.14 $5,814.14 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS 12 W 37TH ST 9TH FL NEW YORK, NY 10018 | 10415680 | Secured: Priority: Administrative: Unsecured: Total: | $48,577.09 $48,577.09 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL II LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10398231 | Secured: Priority: Administrative: Unsecured: Total: | $211,507.25 $211,507.25 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10398443 | Secured: Priority: Administrative: Unsecured: Total: | $5,214.25 $5,214.25 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10400194 | Secured: Priority: Administrative: Unsecured: Total: | $2,050.00 $2,050.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10397463 | Secured: Priority: Administrative: Unsecured: Total: | $2,872.00 $2,872.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUDIO MPEG INC 2800 SHIRLINGTON RD STE 325 ARLINGTON, VA 22206 | 10407435 | Secured: Priority: Administrative: Unsecured: Total: | $147,747.00 $147,747.00 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALEDON TUBING LTD<br>580 JAMES ST<br>ST MARYS, ON N4X 1A8<br>CANADA | 10396821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $19,592.59<br>$19,592.59 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CITY CHEMICAL CORP<br>139 ALLINGS CROSSING RD<br>WEST HAVEN, NJ 06516 | 10397074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $731.04<br>$731.04 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DAE SUNG ELECTRIC CO LTD<br>743-5 WONGSI-DONG<br>ANSAN KYUNGGI-DO, 425851<br>KOREA, REPUBLIC OF | 10415484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $43,149.03<br>$43,149.03 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| DATWYLER LTD RUBBER & PLASTICS<br>MWST-NR CH 195 654<br>CH-6467 SCHATTDORF<br>GERMANY | 10397435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $66,816.00<br>$66,816.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108 | 10396146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $220.00<br>$220.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIELECTRIC LABORATORIES<br>PO BOX 6660<br>NEW YORK, NY 102496660 | 10397616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,043.72<br>$5,043.72 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIODES INC<br>PO BOX 2960<br>LOS ANGELES, CA 900510960 | 10417031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $236.41<br>$236.41 | 10/10/2008 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ELITE FASTENERS CORP<br>2005 15TH ST.<br>ROCKFORD, IL 61104 | 10393100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,125.00<br>$3,125.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ELLSWORTH ADHESIVE SYSTEM INC<br>P O BOX 1002<br>GERMANTOWN, WI 530228202 | 10393227 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $846.00<br>$846.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| EXACTO SPRING CORP.<br>P O BOX 24<br>GRAFTON, WI 530240024 | 10393101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $533.00<br>$533.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| FINISHING SERVICES INC<br>877 ANN STREET<br>YPSILANTI, MI 48197 | 10398104 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,144.81<br>$8,144.81 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FISHERCAST GLOBAL CORP<br>710 NEAL DRIVE<br>PETERBOROUGH, ON K9J6X7<br>CANADA | 10407169 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,289.19<br>$13,289.19 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| FOURSLIDES INC<br>1701 E LINCOLN AVE<br>MADISON HEIGHTS, MI 480714175 | 10407929 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $24,308.92<br>$24,308.92 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FRAEN MACHINING<br>PO BOX 84-5046<br>BOSTON, MA 022845046 | 10398187 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,610.45<br>$6,610.45 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HENZE STAMPING & MFG CO<br>31650 STEPHENSON HWY<br>MADISON HTS, MI 48071 | 10398591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,667.50<br>$25,667.50 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IDG INC<br>PO BOX 60879<br>CHARLOTTE, NC 282600879 | 10398752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,892.16<br>$1,892.16 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                          Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDUSTRIAL STAMPING & MFG EFT<br>16500 COMMON RD<br>ROSEVILLE, MI 48066 | 10398836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $525.80<br>$525.80 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KENNEDY ACQUISITION INC<br>1700 SUNSET DRIVE<br>PLYMOUTH, WI 53073 | 10399177 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,031.57<br>$11,031.57 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KIFICO<br>6-2 CHAAM-DONG CHEONAN SHI<br>CHUNGNAM<br>KOREA, REPUBLIC OF | 10399207 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,435.52<br>$2,435.52 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LUTZ SALES INC<br>4675 TURNBERRY DR<br>HANOVER PARK, IL 601035463 | 10407105 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $262.50<br>$262.50 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 10396186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $31,200.00<br>$31,200.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICHIGAN SPRING & STAMPING PRECISION PRODUCTS GROUP<br>PO BOX 720 2700 WICKHAM DR<br>MUSKEGON, MI 49443 | 10393421 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $834.60<br>$834.60 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICRO COMERCIAL COMPONENTS COR<br>21201 ITASCA ST<br>CHATWORTH, CA 91311 | 10393422 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $595.20<br>$595.20 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICROCHIP TECHNOLOGY INC<br>PO BOX 100799<br>PASADENA, CA 911890799 | 10415547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,128.46<br>$6,128.46 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document

In re DPH Holdings Corp., et al.                    Pg 67 of 143                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEXANS AUTOELECTRIC PAVLA KEPKOVA VOHENSTRAUSER STR 20 FLOSS, 92685 GERMANY | 10407211 | Secured: Priority: Administrative: Unsecured: Total: | $6,028.80 $6,028.80 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| PANASONIC INDUSTRIAL CORP PO BOX 905358 CHARLOTTE, NC 282905358 | 10407107 | Secured: Priority: Administrative: Unsecured: Total: | $49,148.54 $49,148.54 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| PENN METAL STAMPING INC RT 255 PO BOX 221 ST MARYS, PA 15857 | 10393444 | Secured: Priority: Administrative: Unsecured: Total: | $111.92 $111.92 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| SHANGHAI AUTOMOBILE AIR-CONDITIONE ACCESSORIES CO # 1188 LIAN XI RD PUDONG SHANGHAI, CHINA | 10409255 | Secured: Priority: Administrative: Unsecured: Total: | $144.23 $144.23 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAESUNG RUBBER & CHEMICAL CO LTD 157 GONGDAN-DONG GUMI-CITY GYUNGBUK 730-030 KOREA, REPUBLIC OF | 10401758 | Secured: Priority: Administrative: Unsecured: Total: | $35,769.72 $35,769.72 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TIPPMANN PROPERTIES 9009 COLDWATER RD FT WAYNE, IN 46825 | 10401933 | Secured: Priority: Administrative: Unsecured: Total: | $28,387.76 $28,387.76 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TRADE DEBT NET PO BOX 1487 WEST BABYLON, NY 11704 | 10400521 | Secured: Priority: Administrative: Unsecured: Total: | $415.28 $415.28 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| U S MANUFACTURING CORP 17717 MASONIC BLVD FRASER, MI 48026 | 10402129 | Secured: Priority: Administrative: Unsecured: Total: | $8,598.20 $8,598.20 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document

In re DPH Holdings Corp., et al.                    Pg 68 of 143              Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WHITLAM LABEL CO IN<br>24800 SHERWOOD AVE<br>CENTERLINE, MI 48015 | 10393182 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$60.00<br>$60.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ZENTRUM MIKROELEKTRONIK<br>DRESDEN AG<br>GRENZSTRASSE 28<br>D 01109 DRESDEN<br>GERMANY | 10402638 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$74,000.00<br>$74,000.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **42** | | **$900,583.84** | | |

In re DPH Holdings Corp., et al.                          Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT E - MDL-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CATHERINE M ROZANSKI<br>DAVID F DUMOUCHEL P25658<br>C/O BUTZEL LONG<br>150 W JEFFERSON STE 100<br>DETROIT, MI 48226 | 12184 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$66,421.85<br>$66,421.85 | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| DAWES ALAN S<br>ROBER M STERN ESQ<br>C/O O MELVENY & MYERS LLP<br>1625 EYE STREET NW<br>WASHINGTON, DC 20006 | 13410 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$584,823.05<br>$584,823.05 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I LTD<br>ATTN ILENA L CRUZ ESQ<br>WHITE & CASE LLP<br>200 S BISCAYNE BLVD STE 4900<br>MIAMI, FL 33131-2352 | 14739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| JOHN BLAHNIK<br>C/O MILLER CANFIELD PADDOCK<br>& STONE<br>THOMAS W CRANMER ESQ<br>840 W LONG LAKE RD STE 200<br>TROY, MI 48098 | 12056 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$80,693.20<br>$80,693.20 | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| MILAN BELANS<br>C/O CLARK HILL PLC<br>BRYAN H ZAIR AND SUSANNA C<br>BRENNAN<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226-3435 | 14935 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$62,620.13<br><br>UNL<br>$62,620.13 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| PAUL R FREE<br>C/O PEPPER HAMILTON LLP<br>RICHARD A ROSSMAN<br>100 RENAISSANCE CTR STE 3600<br>DETROIT, MI 48243 | 15599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$252,093.54<br>$252,093.54 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **6** | | **$1,046,651.77** | | |

\*   "UNL" denotes an unliquidated claim.                          Page 1 of 1

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT F - UNION CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTERNATIONAL UNION UAW NIRAJ GANATRA ESQ LEGAL DEPARTMENT 8000 E JEFFERSON AVE DETROIT, MI 48214 | 13880 | Secured: Priority: Administrative: Unsecured: Total: | $11,000,000,000.00 $11,000,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL UNION UAW AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS WILLIAM J KARGES ESQ 400 GALLERIA OFFICENTRE STE 117 SOUTHFIELD, MI 48034 | 13270 | Secured: Priority: Administrative: Unsecured: Total: | $992,869.85 $992,869.85 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UAW AND ITS LOCAL 286 NIRAJ GANATRA ESQ INTERNATIONAL UNION UAW LEGAL DEPARTMENT 8000 E JEFFERSON AVE DETROIT, MI 48214 | 13838 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 07/31/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| UAW LOCAL 2083 PO BOX 70264 TUSCALOOSA, AL 35407 | 5268 | Secured: Priority: Administrative: Unsecured: Total: | $3,191.00 UNL $3,191.00 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| UNITED STEELWORKERS ATTN DAVID R JURY FIVE GATEWAY CENTER RM 807 PITTSBURGH, PA 15222 | 11535 | Secured: Priority: Administrative: Unsecured: Total: | UNL $570,000,000.00 $570,000,000.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |

|  | Total: | 5 | $11,570,996,060.85 | | |

In re DPH Holdings Corp., et al.                          Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT G - PERSONAL INJURY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRADY BILLY WAYNE<br>GREGORY T YOUNG ATTORNEY<br>FOR CLAIMANT<br>32770 FRANKLIN RD<br>FRANKLIN, MI 48025 | 550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 11/14/2005 | DELPHI CORPORATION<br>(05-44481) |
| HAUPERT BRIDGET<br>BRIDGET HAUPERT<br>1107 BLUE JAY DR<br>GREENTOWN, IN 46936 | 1086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 12/09/2005 | DELPHI CORPORATION<br>(05-44481) |
| HAUPERT ERIC<br>ERIC HAUPERT<br>1107 BLUE JAY DR<br>GREENTOWN, IN 46936 | 1087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $300,000.00<br>$300,000.00 | 12/09/2005 | DELPHI CORPORATION<br>(05-44481) |
| HURST KAREN HAWK<br>DAVID L JOHNSTON JR ATTORNEY<br>AT LAW<br>PO BOX 8216<br>ANNISTON, AL 36202 | 12407 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $350,000.00<br>$350,000.00 | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| KRAUS JESSICA<br>CHRISTOPHER D DAMATO ESQ<br>CELLINO & BARNES PC<br>17 COURT ST 7TH FL<br>BUFFALO, NY 14202-3290 | 14810 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $500,000.00<br>$500,000.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| SAUNDERS JEREMIAH J<br>RANDY SCHIMMELPFENNIG<br>C/O MORGAN AND MORGAN<br>16TH FL 20 N ORANGE AVE<br>PO BOX 4979<br>ORLANDO, FL 32802 | 9438 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 07/13/2006 | DELPHI CORPORATION<br>(05-44481) |
| W & RENEE BRADY BILLY<br>C/O WEAVER AND YOUNG PC<br>GREGORY T YOUNG<br>32770 FRANKLIN RD<br>FRANKLIN, MI 48025 | 4288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $150,000.00<br>$150,000.00 | 05/01/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| Total: | 7 | | $1,600,000.00 | | |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**EXHIBIT H - DUPLICATE CLAIM**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 10575 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 10582 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/25/2006 | | Date Filed: 07/25/2006 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: $10,000.00 |
| BATTENBERG LUANN C | Administrative: | BATTENBERG III J T | Administrative: |
| | Unsecured: $1,913,074.87 | | Unsecured: $25,567,870.48 |
| | Total: $1,913,074.87 | | Total: $25,577,870.48 |

Total Claims To Be Expunged: **1**
Total Asserted Amount To Be Expunged: **$1,913,074.87**

\*    The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**                                    **Forty-Fourth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A 1 SPECIALIZED SERVICES & SUPPLIES INC ATTN MR ASHOK KUMAR PO BOX 270 CROYDON, PA 19021 | 644 | Secured: Priority: Administrative: Unsecured: Total: | UNL _____ UNL | 11/17/2005 | DELPHI CORPORATION (05-44481) |
| AHAUS TOOL & ENGINEERING INC 200 INDUSTRIAL PKWY PO BOX 280 RICHMOND, IN 47374-0280 | 1102 | Secured: Priority: Administrative: Unsecured: Total: | $102,550.00 $102,550.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 14915 | Secured: Priority: Administrative: Unsecured: Total: | $468,786.87 $468,786.87 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 8130 | Secured: Priority: Administrative: Unsecured: Total: | $666,985.31 $666,985.31 | 06/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 10186 | Secured: Priority: Administrative: Unsecured: Total: | $130,579.71 $130,579.71 | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 8723 | Secured: Priority: Administrative: Unsecured: Total: | $48,318.47 $48,318.47 | 06/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                          Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 11264 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$673,272.82<br>$673,272.82 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 8576 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$554,635.03<br>$554,635.03 | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 7189 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$28,487.88<br>$28,487.88 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 15809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$25,216.00<br>$25,216.00 | 08/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA N A<br>ATTN DAVE HALESWORTH<br>1 BRYANT PARK<br>NEW YORK, NY 10035 | 11660 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>$10,605,213.61<br>$10,605,213.61 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BENCHMARK DBA PLASCO DBA<br>GOLDEN THUMB<br>BENCHMARK INDUSTRIAL SUPPLY<br>LLC<br>PO BOX 367<br>SPRINGFIELD, OH 45501 | 1627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$9,243.52<br><br><br>$9,243.52 | 01/23/2006 | DELPHI CORPORATION (05-44481) |

In re DPH Holdings Corp., et al.                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BLUE ANGEL CLAIMS LLC ATTN JENNIFER DONOVAN C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC 65 E 55TH ST 19TH FL NEW YORK, NY 10022 | 4575 | Secured: Priority: Administrative: Unsecured: Total: | $406,570.92 $406,570.92 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC ATTN JENNIFER DONOVAN C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC 65 E 55TH ST 19TH FL NEW YORK, NY 10022 | 4576 | Secured: Priority: Administrative: Unsecured: Total: | $149,937.86 $149,937.86 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC ATTN JENNIFER DONOVAN C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC 65 E 55TH ST 19TH FL NEW YORK, NY 10022 | 4574 | Secured: Priority: Administrative: Unsecured: Total: | $4,032,367.00 $4,032,367.00 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC ATTN JENNIFER DONOVAN C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC 65 E 55TH ST 19TH FL NEW YORK, NY 10022 | 4577 | Secured: Priority: Administrative: Unsecured: Total: | $58,674.29 $58,674.29 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BP PRODUCTS NORTH AMERICA INC FUELS BUSINESS UNIT ATTN TOM W STRATTAN 28100 TORCH PKWY STE 300 WARRENVILLE, IL 60555 | 13882 | Secured: Priority: Administrative: Unsecured: Total: | $4,164.75 $4,164.75 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BP PRODUCTS NORTH AMERICA INC FUELS BUSINESS UNIT ATTN TOM W STRATTAN 28100 TORCH PKWY STE 300 WARRENVILLE, IL 60555 | 13883 | Secured: Priority: Administrative: Unsecured: Total: | $54,027.22 $54,027.22 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

---

*    "UNL" denotes an unliquidated claim.                    Page 3 of 20

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document

In re DPH Holdings Corp., et al.                    Pg 76 of 143                  Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CARLISLE ENGINEERED PRODUCTS INC STEVEN J FORD ESQ CARLISLE COMPANIES INCORPORATED 250 S CLINTON ST STE 201 SYRACUSE, NY 13202 | 11910 | Secured: Priority: Administrative: Unsecured: Total: | $729,450.77 $4,139,419.50 $4,868,870.27 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| CF SPECIAL SITUATION FUND I LP ATTN STUART A LAVEN JR BENESCH FRIEDLANDER COPLAN & ARONOFF LLP 2300 BP TOWER 200 PUBLIC SQUARE CLEVELAND, OH 44114-2378 | 11777 | Secured: Priority: Administrative: Unsecured: Total: | $516,441.65 $516,441.65 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE S 225 GREENWICH, CT 06830 | 1546 | Secured: Priority: Administrative: Unsecured: Total: | $199,278.47 $199,278.47 | 01/17/2006 | DELPHI CORPORATION (05-44481) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 460 | Secured: Priority: Administrative: Unsecured: Total: | $53,054.40 $53,054.40 | 11/09/2005 | DELPHI CORPORATION (05-44481) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 9990 | Secured: Priority: Administrative: Unsecured: Total: | $17,809.30 $17,809.30 | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 9991 | Secured: Priority: Administrative: Unsecured: Total: | $9,372.00 $9,372.00 | 07/20/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |

In re DPH Holdings Corp., et al.                                        Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 10123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $322,860.53<br><br><br><br>$322,860.53 | 07/21/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>MONROE INC<br>C/O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | 2352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$132,868.28<br>$132,868.28 | 03/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 7371 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$694,417.04<br>$694,417.04 | 06/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD, GA 31750 | 509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,378.32<br>$17,378.32 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD, GA 31750 | 508 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,711.47<br>$5,711.47 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| DANICE MANUFACTURING CO<br>361 DONOVAN ST<br>SOUTH LYON, MI 48178 | 15329 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77,751.36<br>$77,751.36 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EX CELL O MACHINE TOOLS INC<br>PO BOX 67000 DEPT 102901<br>DETROIT, MI 48267-1029 | 4022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,690.00<br>$5,690.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FERNANDEZ RACING LLC<br>6835 GUION RD<br>INDPLS, IN 46268 | 388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,500.00<br>$16,500.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 2558 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,000,000.00<br>$9,000,000.00 | 04/04/2006 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>ATTN PEDRO RAMIREZ 30<br>HUDSON ST 17TH FL<br>JERSEY CITY, NJ 07302<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON ST 17TH FL<br>JERSEY CITY, NJ 07302 | 9940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,678,072.11<br>$6,678,072.11 | 07/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ONE NEW YORK PLZ 42ND FL<br>NEW YORK, NY 10004 | 7547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $653,828.81<br>$653,828.81 | 06/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 5820 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $34,903.14<br>$34,903.14 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                        Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC ATTN GANNA LIBERCHUK 301 RTE 17 6TH FL RUTHERFORD, NJ 07070 | 15516 | Secured: Priority: Administrative: Unsecured: Total: | $61,802.40 $61,802.40 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO C/O JASON J DEJONKER ESQ MCDERMOTT WILL & EMERY LLP 227 W MONROE ST CHICAGO, IL 60606-5096 | 10959 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO C/O JASON J DEJONKER ESQ MCDERMOTT WILL & EMERY LLP 227 W MONROE ST CHICAGO, IL 60606-5096 | 10960 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| HERAEUS MATERIALS LTD UNIT A CINDERHILL INDUSTRIAL ESTATE STOKE ON TRENT STAFFORDSHIRE, ST3 5LB UNITED KINGDOM | 5950 | Secured: Priority: Administrative: Unsecured: Total: | $5,389.25 $5,389.25 | 05/16/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| HEWLETT PACKARD COMPANY ATTN K HIGMAN 2125 E KATELLA AVE STE 400 ANAHEIM, CA 92806 | 9352 | Secured: Priority: Administrative: Unsecured: Total: | $4,948,005.65 $4,948,005.65 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| ITAUTEC AMERICA INC ATTN EDUARDO ARCHER DE CASTILHO GENERAL MANAGER 1935 NW 87TH AVE DORAL, FL 33172 | 10811 | Secured: Priority: Administrative: Unsecured: Total: | $233,753.69 $233,753.69 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

---

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.           Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA STANLEY LIM 270 PARK AVE 17TH FL NEW YORK, NY 10017 | 471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,244,881.76<br>$2,244,881.76 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| JVS EQUIP PARA AUTO IND ELIANA OLIVEIRA AV BENEDITO FRANCO PENTEADO 385 BAIRRO DOS PIRE, 13256--971 BRAZIL | 7651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$25,697.10<br>$25,697.10 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| JVS EQUIP PARA AUTO IND ELIANA OLIVEIRA MARISA LAKRADA AV BENEDITO FRANCO PENTEADO 385 BAIRRO DOS PIRE, 13256--971 BRAZIL | 7650 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,762.00<br>$12,762.00 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| KYOCERA INDUSTRIAL CERAMICS CORP C/O LOEB & LOEB LLP 345 PARK AVE 18TH FL NEW YORK, NY 10154 | 12530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$312,610.00<br>$312,610.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LATIGO MASTER FUND LTD ATTN PAUL MALEK 590 MADISON AVE 9TH FL NEW YORK, NY 10022 | 10597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,419,203.01<br>$2,419,203.01 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LDI INCORPORATED 4311 PATTERSON GRAND RAPIDS, MI 49512 | 9832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$268,853.90<br>$268,853.90 | 07/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          Forty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | 11925 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $263,044.57<br>$54,073.29<br>$317,117.86 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | 12151 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,451.81<br>$29,468.17<br>$41,919.98 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 10393 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/24/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 10394 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $594,923.93<br><br>$594,923.93 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF ELKHART PRODUCTS CORP<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $155,995.20<br>$155,995.20 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16415 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,983,000.60<br><br>$1,983,000.60 | 11/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                                           **Forty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$655,686.82<br>$655,686.82 | 10/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 9828 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$471,910.96<br>$471,910.96 | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 2071 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$579,972.85<br><br>$3,028,202.93<br>$3,608,175.78 | 02/21/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 11114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$120,077.19<br>$120,077.19 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$105,434.11<br>$105,434.11 | 10/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16420 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$172,202.38<br>$172,202.38 | 11/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.                    Page 10 of 20

**In re DPH Holdings Corp., et al.**      Forty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 12153 | Secured: Priority: Administrative: Unsecured: Total: | $187,779.14 $187,779.14 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 15670 | Secured: Priority: Administrative: Unsecured: Total: | $207,886.00 $207,886.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 9515 | Secured: Priority: Administrative: Unsecured: Total: | $33,563.94 $33,563.94 | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 15669 | Secured: Priority: Administrative: Unsecured: Total: | $155,334.07 $155,334.07 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 16387 | Secured: Priority: Administrative: Unsecured: Total: | $17,622.70 $17,622.70 | 10/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 579 | Secured: $57,000.00 Priority: Administrative: Unsecured: $21,355.00 Total: $78,355.00 | | 11/15/2005 | DELPHI CORPORATION (05-44481) |

*      "UNL" denotes an unliquidated claim.                Page 11 of 20

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LTC ROLL & ENGINEERING CO C/O GARY H CUNNINGHAM ESQ STROBL CUNNINGHAM & SHARP PC 300 E LONG LAKE RD STE 200 BLOOMFIELD HILLS, MI 48304 | 5 | Secured: Priority: Administrative: Unsecured: Total: | $10,790.84 $38,722.98 $49,513.82 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| MADISON NICHE OPPORTUNITIES LLC 6310 LAMAR AVE STE 120 OVERLAND PARK, KS 66202 | 3752 | Secured: Priority: Administrative: Unsecured: Total: | $4,864.32 $4,864.32 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARQUARDT GMBH SCHLOSS STR 16 RIETHEIM WEIHEIM 78604, GERMANY | 12161 | Secured: Priority: Administrative: Unsecured: Total: | $875,135.40 $875,135.40 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MITTAL STEEL USA INC FKA ISPAT INLAND STEEL FRANK FALLUCCA CREDIT MANAGER 1 S DEARBORN CHICAGO, IL 60603 | 10008 | Secured: Priority: Administrative: Unsecured: Total: | $714,233.39 $714,233.39 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| MUBEA INC 6800 INDUSTRIAL RD FLORENCE, KY 41042 | 11688 | Secured: Priority: Administrative: Unsecured: Total: | $448,877.94 $80,487.44 $529,365.38 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| NSK STEERING SYSTEMS AMERICA INC PO BOX 134007 ANN ARBOR, MI 48113-4007 | 1562 | Secured: Priority: Administrative: Unsecured: Total: | $672,450.29 $672,450.29 | 01/17/2006 | DELPHI CORPORATION (05-44481) |

*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**　　　　　　　　　　**Forty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS ATTN MARIANN PRZYSIECKI 10 6 ONE OWENS CORNING PKWY TOLEDO, OH 43659 | 10824 | Secured: Priority: Administrative: Unsecured: Total: | $79,343.84 $79,343.84 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| PARK ENTERPRISES OF ROCHESTER INC CHAMBERLAIN DAMANDA ATTN JERRY GREENFIELD ESQ 2 STATE ST STE1600 ROCHESTER, NY 14614 | 9647 | Secured: Priority: Administrative: Unsecured: Total: | $618,507.09 $618,507.09 | 07/12/2006 | DELPHI CORPORATION (05-44481) |
| PARK OHIO PRODUCTS INC 7000 DENISON AVE CLEVELAND, OH 44102 | 15134 | Secured: Priority: Administrative: Unsecured: Total: | $355,290.19 $355,290.19 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PONTIAC COIL INC 5800 MOODY DR CLARKSTON, MI 48348-4768 | 5388 | Secured: Priority: Administrative: Unsecured: Total: | $157,798.33 $157,798.33 | 05/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| QUANEX CORP ATTN S J PROCIV MACSTEEL ONE JACKSON SQ STE 500 JACKSON, MI 49201 | 10624 | Secured: Priority: Administrative: Unsecured: Total: | $511,659.39 $511,659.39 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC RIVERSIDE CLAIMS LLC PO BOX 626 PLANETARIUM STATION NEW YORK, NY 10024 | 8875 | Secured: Priority: Administrative: Unsecured: Total: | $505,106.24 $505,106.24 | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*　　"UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Fourth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SELECT INDUSTRIES CORPORATION PAIGE LEIGH ELLERMAN ESQ TAFT STETTINIUS & HOLLISTER LLP 425 WALNUT ST STE 1800 CINCINNATI, OH 45202 | 15427 | Secured: Priority: Administrative: Unsecured: Total: | $20,842.73 $20,842.73 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP W TIMOTHY MILLER 425 WALNUT STT STE 1800 CINCINNATI, OH 45202 | 10014 | Secured: Priority: Administrative: Unsecured: Total: | $507,337.84 $507,337.84 | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SIMCO CONSTRUCTION INC BILLY SIMMONS 1311 COMMERCE DR NW DECATUR, AL 35601 | 16320 | Secured: Priority: Administrative: Unsecured: Total: | $144,606.92 $144,606.92 | 09/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SKF USA INC HENRY JAFFE ESQUIRE PEPPER HAMILTON LLP HERCULES PLZ STE 5100 1313 MARKET ST WILMINGTON, DE 19899 | 11247 | Secured: Priority: Administrative: Unsecured: Total: | $85,147.54 $556,685.09 $641,832.63 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC ATTN BRIAN JARMAIN 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 16427 | Secured: Priority: Administrative: Unsecured: Total: | $1,130,675.71 $1,130,675.71 | 11/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC ATTN BRIAN JARMAIN 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 12011 | Secured: Priority: Administrative: Unsecured: Total: | $179,220.24 $179,220.24 | 07/28/2006 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.                    Page 14 of 20

05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document
Pg 87 of 143

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 12828 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,696,313.72<br>$2,696,313.72 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14347 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,486,881.18<br>$5,486,881.18 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 16192 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $409,245.00<br>$409,245.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,204,920.60<br>$1,204,920.60 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 7748 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $865,213.80<br>$865,213.80 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN IRENE WU 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 1524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $518,452.00<br>$518,452.00 | 01/13/2006 | DELPHI CORPORATION (05-44481) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                     Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPECIAL SITUATIONS INVESTING GROUP INC ATTN AL DOMBROWSKI C/O GOLDMAN SACHS & CO 85 BROAD ST 27TH FL NEW YORK, NY 10004 | 6844 | Secured: Priority: Administrative: Unsecured: Total: | $2,773,276.88 $2,773,276.88 | 05/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPECIAL SITUATIONS INVESTING GROUP INC ATTN AL DOMBROWSKI C/O GOLDMAN SACHS & CO 85 BROAD ST 27TH FL NEW YORK, NY 10004  PBR COLUMBIA LLC ATTN DAVID WHEELER 201 METROPOLITAN DR WEST COLUMBIA, SC 29170 | 6610 | Secured: Priority: Administrative: Unsecured: Total: | $1,508,953.50 $447,670.98 $1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPECIAL SITUATIONS INVESTING GROUP INC ATTN AL DOMBROWSKI C/O GOLDMAN SACHS & CO 85 BROAD ST 27TH FL NEW YORK, NY 10004  PBR KNOXVILLE LLC ATTN PRES LAWHON 10215 CANEEL DR KNOXVILLE, TN 37931 | 5980 | Secured: Priority: Administrative: Unsecured: Total: | $68,308.80 $9,157,458.38 $9,225,767.18 | 05/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STEPHENSON CORPORATION 4401 WESTERN RD FLINT, MI 48506 | 9312 | Secured: Priority: Administrative: Unsecured: Total: | $55,193.34 $55,193.34 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| SUMITOMO WIRING SYSTEMS USA INC MAX J NEWMAN ESQ SCHAFER AND WEINER PLLC ATTORNEYS FOR SUMITOMO WIRING SYSTEMS USA INC 40950 WOODWARD AVE STE 100 BLOOMFIELD HILLS, MI 48304  JPMORGAN CHASE BANK NA NEELIMA VELUVOLU 270 PARK AVE 17TH FL NEW YORK, NY 10017 | 2111 | Secured: Priority: Administrative: Unsecured: Total: | $92,057.65 $92,057.65 | 02/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.     Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TPG CREDIT OPPORTUNITIES INVESTORS LP, TPG CREDIT OPPORTUNITIES FUND LP C/O TPG CREDIT MANAGEMENT LP ATTN SHELLEY HARTMAN 4600 WELLS FARGO CTR 90 S SEVENTH ST MINNEAPOLIS, MN 55402 | 9470 | Secured: Priority: Administrative: Unsecured: Total: | $1,347,828.94 $1,347,828.94 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TPG CREDIT OPPORTUNITIES INVESTORS LP, TPG CREDIT OPPORTUNITIES FUND LP, TPG CREDIT STRATEGIES FUND LP ATTN VICKI DOMINGUEZ C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 S SEVENTH ST MINNEAPOLIS, MN 55402 JPMORGAN CHASE BANK NA NEELIMA VELUVOLU 270 PARK AVE 17TH FL NEW YORK, NY 10017 | 12678 | Secured: Priority: Administrative: Unsecured: Total: | $2,061,011.00 $16,691,418.68 $18,752,429.68 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TYCO ELECTRONICS CORPORATION GEORGE D NAGLE JR CREDIT MGR PO BOX 3608 MS 3826 HARRISBURG, PA 17105-3608 | 10707 | Secured: Priority: Administrative: Unsecured: Total: | $2,997,056.91 $2,997,056.91 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC MICHAEL K MCCRORY BARNES & THORNBURG LLP 11 S MERIDIAN ST INDIANAPOLIS, IN 46204 | 6878 | Secured: Priority: Administrative: Unsecured: Total: | $348,481.97 $348,481.97 | 05/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC WILLIAM M BRAMAN MONTGOMERY ELSNER & PARDIECK LLP 308 WEST 2ND ST SEYMOUR, IN 47274 | 2174 | Secured: Priority: Administrative: Unsecured: Total: | $234,500.00 $234,500.00 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.          Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC WILLIAM M BRAMAN MONTGOMERY ELSNER & PARDIECK LLP 308 WEST 2ND ST SEYMOUR, IN 47274 | 2175 | Secured: Priority: Administrative: Unsecured: Total: | $1,016,065.83 $1,016,065.83 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO CLIMATE CONTROL CORPORATION ATTN CHRISTOPHER R CONNELY 150 STEPHENSON HWY TROY, MI 48083-1116 | 11462 | Secured: Priority: Administrative: Unsecured: Total: | $506,709.93 $506,709.93 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION CHRISTOPHER R CONNELY 3000 UNIVERSITY DRIVE AUBURN HILLS, MI 48326 | 14152 | Secured: Priority: Administrative: Unsecured: Total: | $669,860.41 $669,860.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION ATTN CHRISTOPHER R CONNELY 3000 UNIVERSITY DR AUBURN HILLS, MI 48326 | 11466 | Secured: Priority: Administrative: Unsecured: Total: | $95,661.00 $95,661.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO SWITCHES AND DETECTION SYSTEMS INC ATTN CHRISTOPHER R CONNELY 3000 UNIVERSITY DR AUBURN HILLS, MI 48326 | 11465 | Secured: Priority: Administrative: Unsecured: Total: | $76,841.75 $76,841.75 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VANGUARD DISTRIBUTORS INC PO BOX 608 SAVANNAH, GA 31402 | 9319 | Secured: Priority: Administrative: Unsecured: Total: | $788,321.49 $788,321.49 | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VICTORY PACKAGING LP<br>ATTN MR BENJAMIN SAMUELS<br>VICE CHAIRMAN<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | 11640 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>$6,183,936.00<br>$6,183,936.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | 9452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,675,676.21<br>$2,675,676.21 | 07/13/2006 | DELPHI CORPORATION (05-44481) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | 9454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$23,391.86<br>$23,391.86 | 07/13/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWICH PL<br>SHELTON, CT 06484 | 9453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$8,949.08<br>$8,949.08 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WESTWOOD ASSOCIATES INC<br>MICHELLE MCNULTY<br>PO BOX 431<br>MILFORD, CT 06460 | 14918 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$66,399.42<br>$66,399.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WIEGEL TOOL WORKS INC<br>DAVID LEIBOWITZ<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | 10752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$121,998.56<br>$121,998.56 | 07/25/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  Forty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIAMS ADVANCED MATERIALS EF INC BEM SERVICES INC 2978 MAIN ST BUFFALO, NY 14214 | 5656 | Secured: Priority: Administrative: Unsecured: Total: | $16,424.61 $16,424.61 | 05/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILLOW HILL INDUSTRIES LLC 3700 CHAGRIN RIVER RD MORELAND HLS, OH 44022-1130 | 7652 | Secured: Priority: Administrative: Unsecured: Total: | $61,254.66 $61,254.66 | 06/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 114 | $129,737,300.72 | | | |

In re DPH Holdings Corp., et al.                                        Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A M S E A INC<br>2111 W THOMPSON RD<br>FENTON, MI 48430 | 10395880 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACCESS ONE TECHNOLOGY<br>23373 COMMERCE DR SUITE A2<br>FARMINGTON HILLS, MI 48335 | 10415558 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ANN ARBOR MACHINE CO<br>PO BOX 3010<br>INDIANAPOLIS, IN 462063010 | 10407391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,590.34<br>$12,590.34 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| APPLIED BIOSYSTEMS<br>SHARILYN<br>850 LINCOLN CENTRE DRIVE<br>FOSTER CITY, CA 94404 | 10415490 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 10415529 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$44,580.09<br>$44,580.09 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 10396550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,500.00<br>$2,500.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AURAMET TRADING, LLC<br>2 EXECUTIVE DR STE 645<br>FORT LEE, NJ 07024 | 10108141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 01/20/2006 | DELPHI CORPORATION (05-44481) |
| AURAMET TRADING, LLC<br>2 EXECUTIVE DR STE 645<br>FORT LEE, NJ 07024 | 10108142 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.                        Page 1 of 9

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BP AMOCO CORP<br>PO BOX 9076<br>DES MOINES, IA 503689076 | 10396708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,486.11<br>Total: $3,486.11 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CALSONIC CORP<br>10D ANDY SPEAR<br>5 24 15 MINAMIDAI<br>NAKANO KU<br>TOKYO, 164<br>JAPAN | 10403836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CARE TOOLS<br>9701 WILSHIRE BLVD., 10TH FLOOR<br>BEVERLY HILLS, CA 90212 | 10384661 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,000.00<br>Total: $8,000.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| CARETOOLS<br>TOM GIANNULLI<br>9701 WILSHIRE BLVD., 10TH FLOOR<br>BEVERLY HILLS, CA 90212 | 10021713 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| CARETOOLS INC<br>9701 WILSHIRE BLVD 10TH FL<br>BEVERLY HILLS, CA 90212 | 10407553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $72,909.17<br>Total: $72,909.17 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CENTURY SERVICES INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 1B2<br>CANADA | 10411676 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CHARTER MANUFACTURING CO<br>INC WIRE DIV<br>114 N JACKSON ST<br>MILWAUKEE, WI 53202 | 10403870 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CRITECH RESEARCH INC<br>525 AVIS DRIVE - SUITE 7<br>ANN ARBOR, MI 48108 | 10411678 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                          Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DAYTON TOOL CO INC<br>1825 E FIRST STREET<br>DAYTON, OH 45403 | 10403926 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO, CA 92108 | 10399739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,251.00<br>Total: $9,251.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIGEX INC<br>VALERIE THOMPSON<br>ONE DIGEX PLAZA<br>BELTSVILLE, MD 20705 | 10397624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $120,579.91<br>Total: $120,579.91 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DONGJINMOTOR CO LTD<br>274-3 MORA-DONG SUSANG-GU<br>BUSAN<br>KOREA, REPUBLIC OF | 10397673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,022.35<br>Total: $93,022.35 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DOVE EQUIPMENT CO INC<br>723 SABRINA DR<br>EAST PEORIA, IL 61611 | 10397686 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,400.00<br>Total: $1,400.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EQUIS CORPORATION<br>161 NORTH CLARK ST STE #2400<br>CHICAGO, IL 60601 | 10397955 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $141,250.97<br>Total: $141,250.97 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FA TECH CORP<br>9065 SUTTON PL<br>HAMILTON, OH 450119316 | 10407868 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $65,785.00<br>Total: $65,785.00 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FIN MACHINE CO LTD SALTERS LANE<br>SEDGEFIELD STOCKTON ON TEES<br>CLEVELAND TS213EB<br>GREAT BRITAIN,<br>UNITED KINGDOM | 10398100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $21,955.09<br>Total: $21,955.09 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FLUENT INC<br>3035 PAYSPHERE CIRCLE<br>CHICAGO, IL 606743035 | 10398149 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,552.50<br>$31,552.50 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GLOBE MOTORS<br>2275 STANLEY AVE.<br>DAYTON, OH 45404-12 | 10394401 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,590.00<br>$1,590.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| GLOBE MOTORS INC<br>21183 NETWORK PL<br>CHICAGO, IL 606731211 | 10404630 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HSS LLC<br>PO BOX 377<br>FLUSHING, MI 48433 | 10408074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$370,162.24<br>$370,162.24 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTEC MEXICO LLC EFT<br>654 S VERMONT STREET<br>PALATINE, IL 60067 | 10411720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INVOTEC ENGINEERING INC<br>10909 INDUSTRY LN<br>MIAMISBURG, OH 45342 | 10404544 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ISI OF INDIANA INC<br>1212 EAST MICHIGAN ST<br>INDIANAPOLIS, IN 46202 | 10411616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,630,138.24<br>$5,630,138.24 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KATAMAN METALS INC EFT<br>7700 BONHOMME AVE STE 550<br>CLAYTON, MO 631051924 | 10404627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LANEKO ENGINEERING CO<br>275 NEW JERSEY DR<br>FORT WASHINGTON INDUST PARK<br>FORT WASHINGTON, PA 19034 | 10411703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 10396786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $48,327.99<br>$48,327.99 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 10400723 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,465.00<br>$18,465.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| M2M INTERNATIONAL LTD<br>BOX 221<br>MARINE CITY, MI 48039<br>CANADA | 10411696 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MERRILL TOOL & MACHINE EFT INC<br>PO BOX 441066<br>DETROIT, MI 482441066 | 10399740 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,476.40<br>$1,476.40 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICROCHIP TECHNOLOGY INC<br>2767 S ALBRIGHT RD<br>KOKOMO, IN 46902 | 10415434 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 10/12/2007 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| MICROCHIP TECHNOLOGY INC<br>PO BOX 100799<br>PASADENA, CA 911890799 | 10415547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,128.46<br>$6,128.46 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICROCHIP TECHNOLOGY INC<br>COMPTECH<br>2355 W CHANDLER BLVD<br>CHANDLER, AZ 85224 | 10404724 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NILES USA INC<br>1175 ENTERPRISE DRIVE<br>WINCHESTER, KY 40391 | 10415467 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $974,356.24<br>$974,356.24 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NORSK HYRDO CANADA INC<br>PO BOX 2354<br>CAROL STREAM, IL 601322354<br>CANADA | 10404599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OXFORD POLYMERS INC<br>221 SOUTH STREET<br>NEW BRITAIN, CT 06051 | 10411710 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| POLAR OIL & CHEMICAL INC<br>7031 CORPORATE WAY<br>DAYTON, OH 45459 | 10404144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRO TEC CORPORATION<br>PO BOX 1878<br>WARREN, MI 48090 | 10408656 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,904.35<br>$3,904.35 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRODUCTION SPECIALTY GROUP<br>EFT INC<br>N117 W19237 FULTON DR<br>GERMANTOWN, WI 53022 | 10404425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10404750 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10408674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |

---

\*    "UNL" denotes an unliquidated claim.

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10400781 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,400.88<br>$9,400.88 | 01/20/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| QC ONICS INC<br>1410 WOHLERT ST<br>ANGOLA, IN 46703 | 10404778 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RIECK GROUP LLC DBA RICK SERVICES<br>5245 WADSWORTH RD<br>DAYTON, OH 45414 | 10411691 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROTOR COATERS INTERNATIONAL<br>1279 RICKETT ROAD<br>BRIGHTON, MI 48116 | 10408755 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SETECH INC<br>903 INDUSTRIAL DR<br>MURFREESBORO, TN 37129 | 10408801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,942,555.81<br>$2,942,555.81 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHUERT INDUSTRIES INC<br>PO BOX 8020<br>STERLING HEIGHTS, MI 48314 | 10404388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SOLID STATE STAMPING<br>MARYANN BUKOVI<br>43550 BUSINESS PARK DRIVE<br>TEMECULA, CA 92590-3665 | 10415492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $38,545.40<br>$38,545.40 | 10/12/2007 | SPECIALTY ELECTRONICS, INC (05-44539) |
| SOLID STATE STAMPING INC EFT<br>43350 BUSINESS PARK DRIVE<br>TEMECULA, CA 92590 | 10408832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SOLID STATE STAMPING INC.<br>43350-1 BUSINESS PARK DR.<br>P.O. BOX 2620<br>TEMECULA, CA 92590-2620 | 10415487 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 10/12/2007 | DELPHI CONNECTION SYSTEMS (05-44624) |
| SPARTECH POLYCOM<br>470 JOHNSON ROAD<br>CHICAGO, IL 60693 | 10393473 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,341.50<br>Total: $9,341.50 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| SPARTECH POLYCOM<br>7174 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | 10404730 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLAZA 1ST FL<br>GREENWICH, CT 06830 | 10395960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $221,377.38<br>Total: $221,377.38 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STYNER & BIENZ FORMTECH LTD<br>FREIBURGSTRASSE 556<br>CH-3172 NIEDERWANGEN<br>SWITZERLAND | 10408885 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $160.98<br>Total: $160.98 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SUMMIT POLYMERS INC<br>6700 SPRINKLE RD<br>KALAMAZOO, MI 49001 | 10408891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $278,111.11<br>Total: $278,111.11 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10404793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10408931 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $515,360.31<br>Total: $515,360.31 | 04/12/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19395    Filed 02/03/10    Entered 02/03/10 18:14:42    Main Document

**In re DPH Holdings Corp., et al.**                    Pg 101 of 143        **Forty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10401807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$133,933.42<br>$133,933.42 | 01/20/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| TRADE DEBT NET<br>PO BOX 1487<br>WEST BABYLON, NY 11704 | 10397408 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,008.89<br>$2,008.89 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VIKING POLYMER SOLUTIONS LLC<br>PO BOX 67000 DEPT 94301<br>DETROIT, MI 482670943 | 10404651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURES DR<br>HOLLAND, MI 49424 | 10415524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WM HAGUE COMPANY<br>16 LOMAR INDUSTRIAL PK UNIT #8<br>PEPPERELL, MA 01463 | 10404171 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**Total:    69                    $11,934,207.13**

---

\*    "UNL" denotes an unliquidated claim.                    Page 9 of 9

In re Delphi Corporation, et al.

Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

**EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability:  10417038<br>Date Filed:   10/10/2008<br>Docketed Total:     $894,254.46<br>Filing Creditor Name:<br>JOHNSON,ROBERT | Creditor Name<br>JOHNSON,ROBERT | | Docketed Total: | **$894,254.46** | | Allowed Total: | | **$849,254.46** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$894,254.46<br>**$894,254.46** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$849,254.46<br>**$849,254.46** |
| Scheduled Liability:  10417039<br>Date Filed:   10/10/2008<br>Docketed Total:     $1,679.02<br>Filing Creditor Name:<br>LIND,RICHARD | Creditor Name<br>LIND,RICHARD | | Docketed Total: | **$1,679.02** | | Allowed Total: | | **$1,565.98** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,679.02<br>**$1,679.02** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,565.98<br>**$1,565.98** |
| Scheduled Liability:  10417037<br>Date Filed:   10/10/2008<br>Docketed Total:     $582,366.09<br>Filing Creditor Name:<br>NORTHERN,EDWARD | Creditor Name<br>NORTHERN,EDWARD | | Docketed Total: | **$582,366.09** | | Allowed Total: | | **$543,255.33** |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$582,366.09<br>**$582,366.09** | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$543,255.33<br>**$543,255.33** |
| | | | | | **Total Claims To Be Allowed: 3**<br><br>**Total Amount As Docketed:**    $1,478,299.57<br><br>**Total Amount As Allowed:**    $1,394,075.77 | | | |

\*    See Exhibit L for a listing of debtor entities by case number.

\*\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit L - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 104 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| A 1 SPECIALIZED SERVICES & SUPPLIES INC | 644 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| A M S E A INC | 10395880 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| A MAIER PRAEZISION GMBH EFT | 10395881 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ABRACON CORPORATION | 10395922 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ACCESS ONE TECHNOLOGY | 10415558 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ACG TRANSFORMACION DE POLIMEROS SA DE CV | 10395954 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ACORD INC | 10395960 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AHAUS TOOL & ENGINEERING INC | 1102 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ALABAMA WORKERS COMPENSATION SELF INSURERS GUARANTY ASSOCIATION INC | 15624 | EXHIBIT A - MODIFIED AND ALLOWED CLAIMS |
| ALLAN TOOL & MACHINE CO INC | 10396125 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ALLTEMATED INC | 10396146 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ALPINE ELECTRONICS OF AMERICA | 16192 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMBRAKE CORPORATION | 6844 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMERICAN CABLE COMPANY INC | 10396186 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| AMKOR ELECTRONICS INC | 10407381 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 8130 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 8576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 8723 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 10397062 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10399513 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10400957 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10401845 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10402147 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10402310 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10415591 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SPRIMAG INC | 8723 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | 8576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMTEC PRECISION PRODUCTS INC | 10396257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ANIXTER | 10394291 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ANN ARBOR MACHINE CO | 10407391 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| APPLIED BIOSYSTEMS | 10415490 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ARGENT AUTOMOTIVE SYSTEMS INC | 10416989 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 7189 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ARGO PARTNERS | 10396556 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10396722 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415529 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415623 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 105 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| ARGO PARTNERS | 10415680 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415735 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARK TECHNOLOGIES INC | 10396342 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARMSTRONG INDUSTRIAL CORP LTD | 10417035 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL | 15809 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ASM CAPITAL II LP | 10396550 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10398231 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10399013 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10402480 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10415479 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10393119 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10394384 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10394518 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10396820 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10397463 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10397855 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10398443 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10400044 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10400194 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407170 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407381 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10416959 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10416989 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ATMEL CORPORATION | 1165 | EXHIBIT B - PARTIALLY SATISFIED CLAIM |
| ATS AUTOMATION TOOLING SYSTEMS INC | 15669 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ATS AUTOMATION TOOLING SYSTEMS INC | 16415 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ATS MICHIGAN SALES AND SERVICE INC | 15670 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AUDIO MPEG INC | 10407435 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| AURAMET TRADING, LLC | 10108141 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AURAMET TRADING, LLC | 10108142 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AUTOMATIC SPRING PRODUCTS EFT CORP | 10407441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AUTOMOTIVE SAFETY TECHNOLOGIES INC A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC | 4574 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AUTOSPLICE, INC | 10407089 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BALLY RIBBON MILLS | 10396531 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BANK OF AMERICA N A | 11660 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BARNES & ASSOCIATES | 10396550 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| BARRY INDUSTRIES INC | 10396556 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BATTENBERG III J T | 10582 | EXHIBIT A - MODIFIED AND ALLOWED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 106 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| BATTENBERG LUANN C | 10575 | EXHIBIT H - DUPLICATE CLAIM |
| BENCHMARK DBA PLASCO DBA GOLDEN THUMB | 1627 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BGF INDUSTRIES INC | 1546 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4574 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4575 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4577 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BP AMOCO CORP | 10396708 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| BP PRODUCTS NORTH AMERICA INC | 13882 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BP PRODUCTS NORTH AMERICA INC | 13883 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BRADY BILLY WAYNE | 550 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC | 12011 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BRC RUBBER GROUP INC | 10396722 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| BRIGHT HEADPHONE ELECTRONICS CO | 10396732 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BUSINESS ENGINE | 10396786 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CALDWELL INDUSTRIES INC | 10396820 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CALEDON TUBING LTD | 10396821 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| CALSONIC CORP | 10403836 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CAMPBELL MARSHALL E CO | 8130 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CARE TOOLS | 10384661 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARETOOLS | 10021713 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARETOOLS INC | 10407553 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARLISLE ENGINEERED PRODUCTS INC | 11910 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CATHERINE M ROZANSKI | 12184 | EXHIBIT E - MDL-RELATED CLAIMS |
| CENTURY SERVICES INC | 10411676 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CF SPECIAL SITUATION FUND I LP | 11777 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CHARTER MANUFACTURING CO INC WIRE DIV | 10403870 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CHIPPAC LTD | 10397014 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CIRCLE PLASTICS PRODUCTS INC | 10415529 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CIRCLE PROSCO INC | 10397062 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CITY CHEMICAL CORP | 10397074 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| CLARIANT CORP MASTERBATCHES DIV | 10397088 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| COMPUTER OPTICAL PRODUCTS, INC | 10415623 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4577 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 460 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 1546 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 2352 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 9990 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 9991 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 10123 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 10415567 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 107 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CORNING INCORPORATED | 471 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CRITECH RESEARCH INC | 10411678 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CUSTOM PROFILES INC | 508 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CUSTOM PROFILES INC | 509 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| D & R TECHNOLOGY LLC | 9470 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| D & S MACHINE PRODUCTS INC | 12153 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| DAE SUNG ELECTRIC CO LTD | 10415484 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DANICE MANUFACTURING CO | 15329 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| DANOBAT MACHINE TOOL CO INC | 10397408 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DATWYLER LTD RUBBER & PLASTICS | 10397435 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DAWES ALAN S | 13410 | EXHIBIT E - MDL-RELATED CLAIMS |
| DAYTON TOOL CO INC | 10403926 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DE AMERTEK CORPORATION INC | 10397463 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DEARBORN CDT | 10397466 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 10399739 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC | 10396146 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DERBY FABRICATING INC | 10416959 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DIELECTRIC LABORATORIES | 10397616 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DIGEX INC | 10397624 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DIODES INC | 10415656 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DIODES INC | 10417031 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DONGJINMOTOR CO LTD | 10397673 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DOSHI PRETTL INTERNATIONAL LLC | 16427 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| DOVE EQUIPMENT CO INC | 10397686 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10597 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ELECTRONIC DATA SYSTEMS CORPORATION | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ELITE FASTENERS CORP | 10393100 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ELKHART PRODUCTS CORPORATION | 432 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ELLIOTT TAPE INC | 10397855 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ELLSWORTH ADHESIVE SYSTEM INC | 10393227 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ENRICAU SA 50 RUE JACQUES BALMAT | 10397932 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| EQUIS CORPORATION | 10397955 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| EX CELL O MACHINE TOOLS INC | 4022 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| EXACTO SPRING CORP. | 10393101 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| F & G TOOL & DIE CO INC | 10398016 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FA TECH CORP | 10407868 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FAIR HARBOR CAPITAL LLC | 10393126 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FAIR HARBOR CAPITAL LLC | 10393257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FANSTEEL INTERCAST | 10394384 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 108 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| FERNANDEZ RACING LLC | 388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| FILTERTEK INC | 10415591 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FIN MACHINE CO LTD SALTERS LANE | 10398100 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FINISHING SERVICES INC | 10398104 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FISCHER-TECH LTD | 10407270 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FISCHERCAST GLOBAL CORP | 10407169 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FLUENT INC | 10398149 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FOURSLIDES INC | 10407929 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FRAEN MACHINING | 10398187 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FRAEN MACHINNING CORP | 10407128 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FUJI BANK/FUKOKU SOUTH | 10398231 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FULTON INDUSTRIES INC | 10415680 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| GENERAL SILICONES | 10393108 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GENERAL SILICONES EFT | 10407969 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GLOBE MOTORS | 10394401 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| GLOBE MOTORS INC | 10404630 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2558 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 7547 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 9940 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 10407114 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GOSHEN DIE CUTTING INC | 10407170 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GRM CORP | 10398443 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 5820 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HAIN CAPITAL HOLDINGS LLC | 15516 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HAIN CAPITAL HOLDINGS LLC | 10399702 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 10400161 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 10408670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | 14739 | EXHIBIT E - MDL-RELATED CLAIMS |
| HAUPERT BRIDGET | 1086 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| HAUPERT ERIC | 1087 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | 10398566 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | 10398577 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HENZE STAMPING & MFG CO | 10398591 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO | 10959 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO | 10960 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION | 10393 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION | 10394 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS MATERIALS LTD | 5950 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 109 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| HERAEUS METAL PROCESSING INC | 10123 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HEWITT TOOL & DIE INC | 10415466 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HEWLETT PACKARD COMPANY | 9352 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HITACHI CHEMICAL SINGAPORE PTE | 10407171 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HITACHI CHEMICAL SINGAPORE PTE LTD | 10405357 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HSS LLC | 10408074 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| HURST KAREN HAWK | 12407 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| IDG INC | 10398752 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| INDIUM CORPORATION OF AMERICA | 10398809 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| INDUSTRIAL ELECTRIC WIRE INC | 10393119 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| INDUSTRIAL STAMPING & MFG EFT | 10398836 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| INPLAY TECHNOLOGIES FKA DURASWITCH | 2558 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| INTEC MEXICO LLC EFT | 10411720 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| INTERNATIONAL UNION UAW | 13880 | EXHIBIT F - UNION CLAIMS |
| INTERNATIONAL UNION UAW AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS | 13270 | EXHIBIT F - UNION CLAIMS |
| INVOTEC ENGINEERING INC | 10404544 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ISI OF INDIANA INC | 10411616 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ITAUTEC AMERICA INC | 10811 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| J P PRODUCTS CO INC | 10398993 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JACKSON SPRING & MFG. CO. INC | 10393126 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JAE ELECTRONICS | 10399013 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JOHN BLAHNIK | 12056 | EXHIBIT E - MDL-RELATED CLAIMS |
| JOHNSON CONTROLS GMBH & CO KG | 15516 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JOHNSON,ROBERT | 10417038 | EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| JPMORGAN CHASE BANK NA | 471 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JPMORGAN CHASE BANK NA | 2111 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JPMORGAN CHASE BANK NA | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JVS EQUIP PARA AUTO IND | 7650 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JVS EQUIP PARA AUTO IND | 7651 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| K O A SPEER ELECTRONICS INC | 10393127 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KATAMAN METALS INC EFT | 10404627 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| KEATS SOUTHWEST | 10407175 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KENNEDY ACQUISITION INC | 10399177 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| KERK MOTION PRODUCTS | 10394441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KIFICO | 10399207 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| KILIAN MFG CORP | 10399208 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KOA EUROPE GMBH | 10405364 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KOA SPEER ELECTRONICS INC | 10415483 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KODA STANZ UND BIEGETECHNIK GMBH | 10399237 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 110 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| KOSTAL OF MEXICANA S A DE C V | 14404 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| KRAUS JESSICA | 14810 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| KYOCERA AMERICA INC | 7189 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| KYOCERA INDUSTRIAL CERAMICS CORP | 12530 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LANEKO ENGINEERING CO | 10411703 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LATIGO MASTER FUND LTD | 10597 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LDI INCORPORATED | 9832 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LDM TECHNOLOGIES | 10399358 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LEXINGTON RUBBER GROUP INC | 12151 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LIND,RICHARD | 10417039 | EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| LINEAR TECHNOLOGY CORP | 10415489 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LIQUIDITY SOLUTIONS INC | 10393 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LIQUIDITY SOLUTIONS INC | 10394 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF ELKHART PRODUCTS CORP | 432 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 579 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 2071 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 9515 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 9828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 11114 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 12153 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 15669 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 15670 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16387 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16395 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16415 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16420 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 10396786 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10399208 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10400723 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10407969 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LTC ROLL & ENGINEERING CO | 5 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LUMEX INC | 10393414 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LUTZ SALES INC | 10407105 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| M RON CORP | 10399513 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| M&Q PLASTIC PRODUCTS L P | 7547 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| M2M INTERNATIONAL LTD | 10411696 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MADISON INVESTMENT TRUST SERIES 38 | 10396531 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MADISON INVESTMENT TRUST SERIES 38 | 10402173 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 111 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| MADISON NICHE OPPORTUNITIES LLC | 3752 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MADISON NICHE OPPORTUNITIES LLC | 10396186 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MADISON NICHE OPPORTUNITIES LLC | 10415656 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MAGNESIUM ELEKTRON INC | 1524 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MARQUARDT GMBH | 12161 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MASTER AUTOMATIC INC | 16387 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MASTER AUTOMATIC INC | 16388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MCCOURT LABEL CABINET CO EFT | 10399670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MECHANICAL & INDUSTRIAL FASTENERS MIFAST | 10399702 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MERRILL TOOL & MACHINE | 10399739 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MERRILL TOOL & MACHINE EFT INC | 10399740 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD | 4575 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MICHIGAN SPRING & STAMPING | 10393421 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICHIGAN SPRING & STAMPING EFT | 10416958 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MICRO COMERCIAL COMPONENTS COR | 10393422 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICRO STAMPING CORP | 10399813 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415434 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415547 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415547 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC COMPTECH | 10404724 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MILAN BELANS | 14935 | EXHIBIT E - MDL-RELATED CLAIMS |
| MITTAL STEEL USA INC FKA ISPAT INLAND STEEL | 10008 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MOCAP INC | 10399923 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MONROE INC | 2352 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MUBEA INC | 11688 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MYERS SPRING CO INC | 10400044 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| NEXANS AUTOELECTRIC | 10407211 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| NGK AUTOMOTIVE CERAMICS USA INC | 2071 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| NGK AUTOMOTIVE CERAMICS USA INC | 3752 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| NIAGARA PLASTICS LLC | 10400161 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| NILES USA INC | 10415467 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| NORGREN | 10400194 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| NORSK HYRDO CANADA INC | 10404599 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| NORTHERN,EDWARD | 10417037 | EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| NSK STEERING SYSTEMS AMERICA INC | 1562 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| OHIO FASTENERS & TOOL INC | 10407212 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| OLIN CORPORATION ASSIGNED TO BANK OF AMERICA | 11660 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 112 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS | 10824 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| OXFORD POLYMERS INC | 10411710 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PANASONIC INDUSTRIAL CORP | 10407107 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PARK ENTERPRISES OF ROCHESTER INC | 9647 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PARK ENTERPRISES OF ROCHESTER INC | 16395 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PARK OHIO PRODUCTS INC | 15134 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PAUL R FREE | 15599 | EXHIBIT E - MDL-RELATED CLAIMS |
| PBR COLUMBIA LLC | 6610 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PBR KNOXVILLE LLC | 5980 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PENN METAL STAMPING INC | 10393444 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PESA LABELING SYSTEM CORP | 10393257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PETERSON MFG CO EFT | 10400521 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| POLAR OIL & CHEMICAL INC | 10404144 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| POLYMETALLURGICAL CORP | 10408631 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PONTIAC COIL INC | 5388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PREMIER TRIM LLC | 16420 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PRIDGEON & CLAY INC | 10415735 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PRO TEC CORPORATION | 10408656 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRO TECH MACHINE | 10400723 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRODUCTION SPECIALTY GROUP EFT INC | 10444425 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PROTECTIVE CLOSURES CO INC EFT CAPLUGS DIV | 10408670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 10400781 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 10404750 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 10408674 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| QC ONICS INC | 10404778 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| QUANEX CORP | 10624 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| RAYCHEM CORPORATION | 10407183 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REDROCK CAPITAL PARTNERS LLC | 10408631 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REM ELECTRONICS SUPPLY CO INC | 10400957 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| RF MONOLITHICS INC | 10393460 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RF MONOLITHICS INC | 10415479 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RIECK GROUP LLC DBA RICK SERVICES | 10411691 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| RINO MECHANICAL | 10394518 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC | 8875 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ROTATION ENGINEERING | 10410739 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ROTOR COATERS INTERNATIONAL | 10408755 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SASOL GERMANY GMBH | 460 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SAUNDERS JEREMIAH J | 9438 | EXHIBIT G - PERSONAL INJURY CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 113 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| SECURITAS SECURITY SERVICES USA INC | 9828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SELECT INDUSTRIES CORPORATION | 15427 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP | 10014 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SETECH INC | 10408801 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SG INDUSTRIES INC | 10401311 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SHANGHAI AUTOMOBILE AIR-CONDITIONE ACCESSORIES CO | 10409255 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| SHUERT INDUSTRIES INC | 10404388 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SIERRA LIQUIDITY FUND | 10399923 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SIERRA LIQUIDITY FUND | 10401548 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SIMCO CONSTRUCTION INC | 16320 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SKF USA INC | 11247 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SOLID STATE STAMPING | 10415492 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SOLID STATE STAMPING INC EFT | 10408832 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SOLID STATE STAMPING INC. | 10415487 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10393473 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10393473 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10404730 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPCP GROUP LLC | 12011 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC | 16427 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 1524 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 7748 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14404 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 16192 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 10395960 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 10416958 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPECIAL SITUATIONS INVESTING GROUP INC | 5980 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 6610 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 6844 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR COLUMBIA LLC | 6610 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 114 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC | 5980 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPIROL INTERNATIONAL CORP EFT | 10401539 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPRINGCO METAL COATINGS INC | 10401548 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STAR MICRONICS AMERICA INC | 10393477 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STAR MICRONICS AMERICA INC EFT | 10401589 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STARBROOK INDUSTRIES INC | 9515 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| STEPHENSON CORPORATION | 9312 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| STERLING SPRING LLC | 10407114 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STYNER & BIENZ FORMTECH LTD | 10408885 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SUMITOMO CORPORATION OF AMERICA | 9990 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SUMITOMO CORPORATION OF AMERICA | 9991 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SUMITOMO WIRING SYSTEMS USA INC | 2111 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SUMMIT POLYMERS INC | 10408891 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TAESUNG RUBBER & CHEMICAL CO LTD | 10401758 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TAIYO YUDEN SINGAPORE PTE LTD | 10401762 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TAKUMI STAMPING INC | 10401764 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TCS AMERICA A DIV OF TATA AMERICA INTERNATIONAL CORPORATION | 12828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TECH CENTRAL | 10401807 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TECH CENTRAL | 10404793 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TECH CENTRAL | 10408931 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TELAMON CORPORATION | 10401845 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TG NORTH AMERICA CORP TG MISSOURI | 10401888 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| THYSSEN KRUPP WAUPACA INC | 9940 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TIPPMANN PROPERTIES | 10401933 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TPG CREDIT OPPORTUNITIES FUND LP | 9470 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT OPPORTUNITIES FUND LP | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | 9470 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT STRATEGIES FUND LP | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TRADE DEBT NET | 10397408 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TRADE DEBT NET | 10400521 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TRANSAMERICA LUBRICANTS INC | 10407193 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TRANS-TECH INC | 10402019 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TRUARC CO LLC | 10402071 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| U S MANUFACTURING CORP | 10402129 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| UAW AND ITS LOCAL 286 | 13838 | EXHIBIT F - UNION CLAIMS |
| UAW LOCAL 2083 | 5268 | EXHIBIT F - UNION CLAIMS |
| ULTRALIFE BATTERIES INC | 10402143 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UMPCO INC | 10402147 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19395   Filed 02/03/10   Entered 02/03/10 18:14:42   Main Document
Pg 115 of 143

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| UNITED INDUSTRIES INC | 10415567 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UNITED METAL PROD CORP EFT | 10402173 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UNITED STEELWORKERS | 11535 | EXHIBIT F - UNION CLAIMS |
| UNIVERSAL TOOL & ENGINEERING CO INC | 11114 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2174 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2175 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 6878 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO CLIMATE CONTROL CORPORATION | 11462 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION | 14152 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION | 11466 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO SWITCHES AND DETECTION SYSTEMS INC | 11465 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VANGUARD DISTRIBUTORS INC | 9319 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VERNAY LABORATORIES INC EFT | 10402310 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VICTORY PACKAGING | 10407121 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VICTORY PACKAGING LP | 11640 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VIKING POLYMER SOLUTIONS LLC | 10404651 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| VIKING SOLUTIONS LLC | 5820 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VIP-VIRANT DOO | 10402337 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VISCOM INC | 579 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9452 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9453 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9454 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| W & RENEE BRADY BILLY | 4288 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| WAKEFIELD ENGINEERING INC | 10411226 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WEST MICHIGAN SPLINE INC | 10415524 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| WESTWOOD ASSOCIATES INC | 14918 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WET AUTOMOTIVE CANADA | 10402480 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WHITLAM LABEL CO IN | 10393182 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WILLIAMS ADVANCED MATERIALS EF INC | 5656 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WILLOW HILL INDUSTRIES LLC | 7652 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WM HAGUE COMPANY | 10404171 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| WOCO DE MEXICO SA DE CV AV DE LAS FUENTES NO 19 PARQUE | 10402545 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WR GRACE & COMPANY CONN | 7748 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ZENTRUM MIKROELEKTRONIK DRESDEN AG | 10402638 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |

# Exhibit N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

In re                          :     Chapter 11
                             :

DPH HOLDINGS CORP. et al.,     :     Case No. 05-44481 (RDD)
                             :

          Reorganized Debtors.     :     (Jointly Administered)
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:

      DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140. AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| | | | | | | |
| | | | | | | |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the

Court, documentation sufficient to establish a <u>prima facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further</u>, <u>however</u>, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

 If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

 IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        February 3, 2010

6

# Exhibit O

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
            In re                           :       Chapter 11
                                            :
DPH HOLDINGS CORP. et al.,                  :       Case No. 05-44481 (RDD)
                                            :
            Reorganized Debtors.            :       (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases
or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.
Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or
Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is
defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i)
modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or
(iv) modified, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed.
R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially
Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union
Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A)
Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain
SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3,
2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11,
2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim").  By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation

4

of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        February 3, 2010

# Exhibit P

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
In re                             :     Chapter 11
: 
DPH HOLDINGS CORP. et al.,     :     Case No. 05-44481 (RDD)
: 
           Reorganized Debtors.     :     (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.  Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

3

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation

4

of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
       February 3, 2010

6

# Exhibit Q

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :        Chapter 11
                                        :
DPH HOLDINGS CORP. et al.,              :        Case No. 05-44481 (RDD)
                                        :
                Reorganized Debtors.    :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases
or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.
Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or
Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is
defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i)
modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or
(iv) modified, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed.
R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially
Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union
Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A)
Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain
SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3,
2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11,
2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of
employees and former employees of the Debtors represented or formerly represented by
one of the Unions, and/or on behalf of persons or entities with claims derived from or
related to any relationship with such employees or former employees of the Debtors and
that are deemed waived and withdrawn pursuant to settlement agreements between the
Debtors and each of the Unions and orders of the Bankruptcy Court approving each of
these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims
that assert dollar amounts or liabilities arising from certain personal injury claims that (i)
do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the
Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative
of another Proof of Claim (the "Surviving Claim").  By this Forty-Fourth Omnibus
Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and
allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth
Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are
Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance
Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553
(the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11
U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related
Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are
Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance
pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled
Liabilities" are those Scheduled Liabilities owed in connection with the Debtors'
Supplemental Executive Retirement Program that the Reorganized Debtors propose to
modify so that the amount in which each such Scheduled Liability is proposed to be
modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |

---

[1]      Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

     If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

     THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

     If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

     Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the

Court, documentation sufficient to establish a <u>prima facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further</u>, <u>however</u>, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

5

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        February 3, 2010

6