UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                        :
In re:                                  :   Chapter 11
                                        :
DPH HOLDINGS CORP., *et al.*,           :   Case No. 05-44481(RDD)
                                        :
     Reorganized Debtors.               :   (Jointly Administered)
                                        :
----------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF HOWARD S. SHER

I, Howard S. Sher, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Dennis Black, Charles Cunningham, Kenneth Hollis and the Delphi Salaried Retiree Association in the above referenced case.

*I certify that I am a member in good standing* of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

_____
Howard S. Sher (P38337)
JACOB & WEINGARTEN, P.C.
2301 West Big Beaver Road
Suite 777
Troy, Michigan 48084
howard@jacobweingarten.com
Telephone No.: (248)649-1900

Dated: February 2, 2010