**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x
                                          :
In re:                                    :          Chapter 11
                                          :
DPH HOLDINGS CORP., *et al.*,             :          Case No. 05-44481(RDD)
                                          :
    Reorganized Debtors.                  :          (Jointly Administered)
―――――――――――――――――――――――――x

**ORDER GRANTING MOTION FOR ADMISSION TO
PRACTICE, *PRO HAC VICE*, OF HOWARD S. SHER**

Upon the motion of Howard S. Sher, to be admitted, ***pro hac vice***, to represent Dennis Black, Charles Cunningham, Kenneth Hollis and the Delphi Salaried Retiree Association, (the "Clients") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Howard S. Sher, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 4, 2010

    White Plains, New York

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE