UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x
                                     :
In re:                               :      Chapter 11
                                     :
DPH HOLDINGS CORP., *et al.,*        :      Case No. 05-44481(RDD)
                                     :
     Reorganized Debtors.            :      (Jointly Administered)
————————————————————x

## MOTION FOR ADMISSION TO
## PRACTICE, *PRO HAC VICE,* OF ALAN J. SCHWARTZ

I, Alan J. Schwartz, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Dennis Black, Charles Cunningham, Kenneth Hollis and the Delphi Salaried Retiree Association in the above referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                              Respectfully submitted,

                              Alan J. Schwartz (P38144)
                              JACOB & WEINGARTEN, P.C.
                              2301 West Big Beaver Road
                              Suite 777
                              Troy, Michigan 48084
                              alan@jacobweingarten.com
                              Telephone No.: (248)649-1900

Dated: February 3, 2010