Delphi 2009 open invoices (before 6-1-09)

| date | p.o. | invoice | amount |
|---|---|---|---|
| 1-22-09 | 550203856 | 703031461 | 11340.00 |
| 3-3-09 | 550255537 | 703042641 | 480.00 |
| 4-3-09 | 550255479 | 703052128 | 2300.00 |
| 4-3-09 | 550255479 | 703052129 | 575.00 |
| 4-20-09 | 450860846 | 703056467 | 3660.00 |
| 4-23-09 | 55172-550212301 | 703057708 | 580.00 |
| | | | 18935.00 |

EXHIBIT 1

REMIT TO:

# STMicroelectronics, Inc

P.O. BOX 823254
PHILADELPHIA, PA 19182-3254

**INVOICE**
ORIGINAL

Page: 1

| CUSTOMER P.O. NUMBER | S.O. NUMBER | INVOICE NUMBER |
|---|---|---|
| 550203856 | 7079S00203 | 0703031461 |
| | CUSTOMER P.O. DATE | SHIPPING NUMBER | INVOICE DATE |
| | 01/11/2009 | 2APUS6XWSP | 01/22/2009 |

**CUSTOMER NUMBER**
70006470

**BILL TO**
DELPHI ELECTRONICS AND SAFETY
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO
IN    46904

**SHIP TO**
DELPHI MEXICO AUTO. ELEC. PLANTS
LOS INDIOS DISTRIBUTION CENTER
702  JOAQUIN CAVAZOS ROAD
DELTRONICOS OPERATIONS
PLANT DA26 - DELPHI
LOS INDIOS
TX    78567

SHIP VIA  : OFFSHORE DROP SHIP
CARRIAGE : FOB

AWB   : FX/980356124632
TERMS : 30 DAYS DATE INVOICE NET

| S.O. LINE | P.O. LINE | DEVICE | DESCRIPTION/CUSTOMER PART NUMBER | # OF BOX : | 01 | | |
|---|---|---|---|---|---|---|---|
| | | | | NET WEIGHT : | 2.0 KGS | 5 LBS | |
| | | | | UNIT PRICE | QTY SHIPPED | VALUE | |
| 0030 | 3 | STA875DTRLF | 28072144 | 6.300 | 1800 | 11340.00 | |

"THE QUANTITY OF EACH LINE ITEM CONFIRMED BY STMicroelectronics HAS BEEN
ROUNDED UP TO THE NEAREST BASE PACK QUANTITY". THIS MAY NOT AFFECT THIS
PARTICULAR ORDER.

SUBTOTAL    11340.00

CURRENCY: US  $AMOUNT DUE :    11340.00

Notify STMicroelectronics, Inc. of any shortages or error in material within 30 Days of delivery. Returns will not be accepted without written authorization from STMicroelectronics, Inc.
Buyer agrees that, with respect to the resale or any other disposition of items sold hereunder, buyer shall comply fully with the export control laws and
regulations of the United States Government and any applicable laws and regulations of any other country, and any amendment of such laws & regulations.
@ 1988, 1998 STMicroelectronics, Inc.    STO14-PHOE/1

REMIT TO:

# STMicroelectronics, Inc

P.O. BOX 823254
PHILADELPHIA, PA 19182-3254

# INVOICE
ORIGINAL

Page: 1

| CUSTOMER P.O. NUMBER | S.O. NUMBER | INVOICE NUMBER |
|---|---|---|
| 0550255537 | 7079S01498 | 0703042641 |
| CUSTOMER P.O. DATE | SHIPPING NUMBER | INVOICE DATE |
| 02/25/2009 | 2AGUS71G2Z | 03/03/2009 |

**CUSTOMER NUMBER:** 70006470

**BILL TO:**
DELPHI ELECTRONICS AND SAFETY
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO
IN    46904

**SHIP TO:**
DELPHI E&S - PLANT DA26
LIDC RECEIVING WAREHOUSE
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX    78567

SHIP VIA    :
CARRIAGE : FOB
ROUTING INST. STD

AWB    : 023/0202134366
TERMS : 30 DAYS DATE INVOICE NET

| S.O. LINE | P.O. LINE | DEVICE | DESCRIPTION/CUSTOMER PART NUMBER | # OF BOX | UNIT PRICE | QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|
| | | | | NET WEIGHT | | | |
| 0010 | 1 | DK254972 | DK254972 | 01 | 1.600 | 300 | 480.00 |
| | | | | 2.0 KGS | | 5 LBS | |

"THE QUANTITY OF EACH LINE ITEM CONFIRMED BY STMicroelectronics HAS BEEN ROUNDED UP TO THE NEAREST BASE PACK QUANTITY". THIS MAY NOT AFFECT THIS PARTICULAR ORDER.

SUBTOTAL    480.00

CURRENCY: US $ AMOUNT DUE:    480.00

Notify STMicroelectronics, Inc. of any shortages or error in material within 30 Days of delivery. Returns will not be accepted without written authorization from STMicroelectronics, Inc. Buyer agrees that, with respect to the resale or any other disposition of items sold hereunder, buyer shall comply fully with the export control laws and regulations of the United States Government and any applicable laws and regulations of any other country, and any amendment of such laws & regulations.

@ 1988, 1998 STMicroelectronics, Inc.    ST014-PHOE/1

REMIT TO:

# STMicroelectronics, Inc

P.O. BOX 823254
PHILADELPHIA, PA 19182-3254

**INVOICE**
ORIGINAL

Page: 1

| CUSTOMER NUMBER | CUSTOMER P.O. NUMBER | S.O. NUMBER | INVOICE NUMBER |
|---|---|---|---|
| 70006470 | 0550255479 /24/28041703 | 7079204880 | 0703052128 |
| | CUSTOMER P.O. DATE | SHIPPING NUMBER | INVOICE DATE |
| | 02/24/2009 | 1SZUS75EAY | 04/03/2009 |

**BILL TO:**
DELPHI ELECTRONICS AND SAFETY
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO
IN  46904

**SHIP TO:**
DELPHI ELECTRONICS AND SAFETY
1101 NORTH CENTER ROAD
DA43 - DELPHI FLINT
FLINT
MI  48556

SHIP VIA  : ROUTING INST. STD         AWB   : 023/0211121035
CARRIAGE : FOB                         TERMS : 30 DAYS DATE INVOICE NET

| S.O. LINE | P.O. LINE | DEVICE | DESCRIPTION/CUSTOMER PART NUMBER | # OF BOX : 01 | | | |
|---|---|---|---|---|---|---|---|
| | | | | WEIGHT : 3.0 KGS | 8 LBS | | |
| | | | | UNIT PRICE | QTY SHIPPED | VALUE | |
| 0160 | 1 | 28041703P/S | 28041703 | .230 | 10000 | 2300.00 | |

"THE QUANTITY OF EACH LINE ITEM CONFIRMED BY STMicroelectronics HAS BEEN
ROUNDED UP TO THE NEAREST BASE PACK QUANTITY". THIS MAY NOT AFFECT THIS
PARTICULAR ORDER.

SUBTOTAL  2300.00

CURRENCY: US $  AMOUNT DUE:  2300.00

Notify STMicroelectronics, Inc. of any shortages or error in material within 30 Days of delivery. Returns will not be accepted without written authorization from STMicroelectronics, Inc.
Buyer agrees that, with respect to the resale or any other disposition of items sold hereunder, buyer shall comply fully with the export control laws and
regulations of the United States Government and any applicable laws and regulations of any other country, and any amendment of such laws & regulations.
© 1988, 1998 STMicroelectronics, Inc.    ST014-PHOE/1

REMIT TO:

# STMicroelectronics, Inc

P.O. BOX 823254
PHILADELPHIA, PA 19182-3254

# INVOICE
ORIGINAL

Page: 1

| CUSTOMER NUMBER |
|---|
| 70006470 |

| CUSTOMER P.O. NUMBER | | S.O. NUMBER | INVOICE NUMBER |
|---|---|---|---|
| 0550255479 | /24/28041703 | 7079204880 | 0703052129 |

| | CUSTOMER P.O. DATE | SHIPPING NUMBER | INVOICE DATE |
|---|---|---|---|
| | 02/24/2009 | 2SZUS75B19 | 04/03/2009 |

BILL TO:
DELPHI ELECTRONICS AND SAFETY
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO
IN    46904

SHIP TO:
DELPHI ELECTRONICS AND SAFETY
1101 NORTH CENTER ROAD
DA43 - DELPHI FLINT
FLINT
MI    48556

SHIP VIA    : 
CARRIAGE : FOB

AWB : 023/0211121026
TERMS : 30 DAYS DATE INVOICE NET

ROUTING INST. STD

| S.O. LINE | P.O. LINE | DEVICE | DESCRIPTION/CUSTOMER PART NUMBER | # OF BOX : 01 | | |
|---|---|---|---|---|---|---|
| | | | | # WEIGHT : 1.0 KGS | 3 LBS | |
| | | | | UNIT PRICE | QTY SHIPPED | VALUE |
| 0180 | 1 | 28041703P/S | 28041703 | .230 | 2500 | 575.00 |

"THE QUANTITY OF EACH LINE ITEM CONFIRMED BY STMicroelectronics HAS BEEN ROUNDED UP TO THE NEAREST BASE PACK QUANTITY". THIS MAY NOT AFFECT THIS PARTICULAR ORDER.

SUBTOTAL    575.00

CURRENCY: US $ AMOUNT DUE:    575.00

Notify STMicroelectronics, Inc. of any shortages or error in material within 30 Days of delivery. Returns will not be accepted without written authorization from STMicroelectronics, Inc.
Buyer agrees that, with respect to the resale or any other disposition of items sold hereunder, buyer shall comply fully with the export control laws and
regulations of the United States Government and any applicable laws and regulations of any other country, and any amendment of such laws & regulations.

© 1988, 1998 STMicroelectronics, Inc.    STO14-PHOE/1

REMIT TO:

# STMicroelectronics, Inc

P.O. BOX 823254
PHILADELPHIA, PA 19182-3254

# INVOICE
ORIGINAL

Page: 1

| CUSTOMER NUMBER | CUSTOMER P.O. NUMBER | S.O. NUMBER | INVOICE NUMBER |
|---|---|---|---|
| 70006470 | 450860846 | 7079208874 | 0703056467 |

| | CUSTOMER P.O. DATE | SHIPPING NUMBER | INVOICE DATE |
|---|---|---|---|
| | 04/06/2009 | 1MUUS76WGL | 04/20/2009 |

BILL TO:
DELPHI ELECTRONICS AND SAFETY
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO
IN    46904

SHIP TO:
DELPHI E&S - PLANT DA26
LIDC RECEIVING WAREHOUSE
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS
TX    78567

SHIP VIA : UPS-CON-BL-GR
CARRIAGE : FOB

AWB : 022/0311130078
TERMS : 30 DAYS DATE INVOICE NET

| S.O. LINE | P.O. LINE | DEVICE | DESCRIPTION/CUSTOMER PART NUMBER | # OF BOX | # OF BOX | VALUE |
|---|---|---|---|---|---|---|
| | | | | WEIGHT | UNIT PRICE | QTY SHIPPED |
| 0011 | 1 | 28047806 | 28047806 | 01 | 1.220 | 3000 | 3660.00 |
| | | | | 4.0 KGS | | 9 LBS | |

"THE QUANTITY OF EACH LINE ITEM CONFIRMED BY STMicroelectronics HAS BEEN
ROUNDED UP TO THE NEAREST BASE PACK QUANTITY". THIS MAY NOT AFFECT THIS
PARTICULAR ORDER.

SUBTOTAL    3660.00

CURRENCY: US $ AMOUNT DUE:    3660.00

Notify STMicroelectronics, Inc. of any shortages or error in material within 30 Days of delivery. Returns will not be accepted without written authorization from STMicroelectronics, Inc.
Buyer agrees that, with respect to the resale or any other disposition of items sold hereunder, buyer shall comply fully with the export control laws and
regulations of the United States Government and any applicable laws and regulations of any other country, and any amendment of such laws & regulations.

© 1988, 1998 STMicroelectronics, Inc.    ST014-PHOE/1

REMIT TO:

# STMicroelectronics, Inc

P.O. BOX 823254
PHILADELPHIA, PA 19182-3254

**INVOICE**
ORIGINAL

Page: 1

| CUSTOMER NUMBER | CUSTOMER P.O. NUMBER | CUSTOMER P.O. DATE | S.O. NUMBER | INVOICE NUMBER |
|---|---|---|---|---|
| 70006470 | 55172-550212301 | 04/22/2009 | 7079I07324 | 0703057708 |
| | | | SHIPPING NUMBER | INVOICE DATE |
| | | | 909477S243 | 04/23/2009 |

**BILL TO:**
DELPHI ELECTRONICS AND SAFETY
ONE CORPORATE CENTER
P.O. BOX 9005
KOKOMO
IN     46904

**SHIP TO:**
DELCO ELECTRONICS CORP.
601 JOAQUIN CAVAZOS ROAD
DA31 - SPAN REYNOSA
LOS INDIOS
TX     78567

SHIP VIA  : UPS
CARRIAGE  : FOB
AWB       :
TERMS     : 30 DAYS DATE INVOICE NET

| S.O. LINE | P.O. LINE | DEVICE | DESCRIPTION/CUSTOMER PART NUMBER | # OF BOX | NET WEIGHT | UNIT PRICE | QTY SHIPPED | VALUE |
|---|---|---|---|---|---|---|---|---|
| 0010 | XXXX | 09395626 | 9395626 | .00 | 0.0 KGS | .580 | 1000 | 580.00 |
| | | | "THE QUANTITY OF EACH LINE ITEM CONFIRMED BY STMicroelectronics HAS BEEN ROUNDED UP TO THE NEAREST BASE PACK QUANTITY". THIS MAY NOT AFFECT THIS PARTICULAR ORDER. | | 0 LBS | | SUBTOTAL | 580.00 |

CURRENCY: US    $ AMOUNT DUE:    580.00

Notify STMicroelectronics, Inc. of any shortages or error in material within 30 Days of delivery. Returns will not be accepted without written authorization from STMicroelectronics, Inc.
Buyer agrees that, with respect to the resale or any other disposition of items sold hereunder, buyer shall comply fully with the export control laws and
regulations of the United States Government and any applicable laws and regulations of any other country, and any amendment of such laws & regulations.
© 1988, 1998 STMicroelectronics, Inc.    STO14-PHOE/1