**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira L. Herman
Jennifer A. Christian

*Counsel to STMicroElectronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | ) |  |
| --- | --- | --- |
|  | ) |  |
| In re: | ) |  |
|  | ) | Chapter 11 |
| DELPHI CORPORATION, et al, | ) |  |
|  | ) | Case No. 05-44481 (RDD) |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2010, I served a copy of Response of STMicroElectronics, Inc.'s to Debtor's Forty Third Omnibus Claims Objection via electronic means, if available, otherwise by United States first class mail, to the following parties listed on the attached service list.

*/s/ Ira L. Herman*
Ira L. Herman

Respectfully submitted,
Thompson & Knight LLP

071472 000040 DALLAS 2577411.1

By:   /s/  Ira L. Herman
Ira L. Herman
Jennifer A. Christian
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
E-mail: Ira.Herman@tklaw.com

*Counsel for STMicroelectronics, Inc.*