# Exhibit A

Honorable Judge Drain
US Bankruptcy Court for the
Southern District of NY
One Bowling Green, Room 632
New York, New York, 10004

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
**DEBTORS**

Skadden, Arps, Slate Meagher & Flom, LLP
Attn: John Wm. Butler, Jr. and Ron E. Meisler
155 West Wacker Drive
Chicago, Illinois 60606
**COUNSEL TO THE DEBTORS**