IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
In re                           :     Chapter 11
                            :
DPH HOLDINGS CORP., et al.,    :     Case No. 05-44481 (RDD)
                            :
           Reorganized Debtors. :     (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

      On February 3, 2010, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery; (ii) upon the parties listed on Exhibit B via email notification and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

     1)   Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (Docket No. 19395) [a copy of which is attached hereto as Exhibit D]

      On February 3, 2010, I caused to be served the documents listed below upon the parties listed on Exhibit E hereto via postage pre-paid U.S. mail:

     2)   Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV)

Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as <u>Exhibit D</u>]

3)  Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit F</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit E</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 9 of <u>Exhibit E</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit F</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 9 of <u>Exhibit E</u> attached hereto was incorporated into each Personalized Notice.

4)  Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On February 3, 2010, I caused to be served the documents listed below upon the parties listed on <u>Exhibit H</u> hereto via postage pre-paid U.S. mail:

5)  Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as <u>Exhibit D</u>]

6)  Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit I</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit H</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 12 of <u>Exhibit H</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit I</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 12 of <u>Exhibit H</u> attached hereto was incorporated into each Personalized Notice.

7) Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On February 3, 2010, I caused to be served the documents listed below upon the parties listed on Exhibit J hereto via postage pre-paid U.S. mail:

8) Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as Exhibit D]

9) Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit K]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit J attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 7 of Exhibit J attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit K has been marked so as to demonstrate the manner in which the information listed in columns 3 through 7 of Exhibit J attached hereto was incorporated into each Personalized Notice.

10) Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On February 3, 2010, I caused to be served the documents listed below upon the parties listed on Exhibit L hereto via postage pre-paid U.S. mail:

11) Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain

MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as Exhibit D]

12) Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit M]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit L attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 6 of Exhibit L attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit M has been marked so as to demonstrate the manner in which the information listed in columns 3 through 6 of Exhibit L attached hereto was incorporated into each Personalized Notice.

13) Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as Exhibit G]

On February 3, 2010, I caused to be served the documents listed below upon the parties listed on Exhibit N hereto via postage pre-paid U.S. mail:

14) Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as Exhibit D]

15) Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as Exhibit O]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of Exhibit N attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of Exhibit N attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as Exhibit O has been marked so as to demonstrate the manner in which the information listed in columns 3

through 8 of <u>Exhibit N</u> attached hereto was incorporated into each Personalized Notice.

16) Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On February 3, 2010, I caused to be served the documents listed below upon the parties listed on <u>Exhibit P</u> hereto via postage pre-paid U.S. mail:

17) Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as <u>Exhibit D</u>]

18) Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit Q</u>]. Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit P</u> attached hereto. In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 8 of <u>Exhibit P</u> attached hereto. The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit Q</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 8 of <u>Exhibit P</u> attached hereto was incorporated into each Personalized Notice.

19) Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On February 3, 2010, I caused to be served the documents listed below upon the parties listed on <u>Exhibit R</u> hereto via postage pre-paid U.S. mail:

20) Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And

Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as <u>Exhibit D</u>]

21) Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit S</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit R</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 6 of <u>Exhibit R</u> attached hereto.  The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit S</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 6 of <u>Exhibit R</u> attached hereto was incorporated into each Personalized Notice.

22) Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]

On February 3, 2010, I caused to be served the documents listed below upon the parties listed on <u>Exhibit T</u> hereto via postage pre-paid U.S. mail:

23) Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities ("Forty-Fourth Omnibus Claims Objection") (without exhibits) (Docket No. 19395) [a copy of which is attached hereto as <u>Exhibit D</u>]

24) Personalized Notice of Objection to Claim (the "Personalized Notice") [a copy of the form of which is attached hereto as <u>Exhibit U</u>].  Each party's Personalized Notice was sent to the name and address listed in columns 1 and 2 of <u>Exhibit T</u> attached hereto.  In addition, the chart provided on each party's Personalized Notice contained the information listed in columns 3 through 7

of <u>Exhibit T</u> attached hereto.    The chart contained in the form of the Personalized Notice which is attached hereto as <u>Exhibit U</u> has been marked so as to demonstrate the manner in which the information listed in columns 3 through 7 of <u>Exhibit T</u> attached hereto was incorporated into each Personalized Notice.

25) Order Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims ("Claim Objection Procedures Order") (Docket No. 6089) [a copy of which is attached hereto as <u>Exhibit G</u>]


Dated: February 8, 2010

*/s/ Evan Gershbein*
Evan Gershbein


State of California
County of Los Angeles


Subscribed and sworn to (or affirmed) before me on this 8th day of February, 2010, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.


Signature:  */s/ Nancy Santos*

Commission Expires:  *1/2/14*

# EXHIBIT A

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | 312-759-5646 | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | 212-450-3092 212-450-3213 | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Automotive LLP | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | | Reorganized Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | Counsel to Flextronics International USA, Inc. |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | 212-972-1677 | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | Michigan IRS |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | IRS |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | Counsel Data Systems Corporation; EDS Information Services, LLC |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/5/2010 3:39 PM
Master Service List 100119 Overnight

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|------------------|
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | Noticing and Claims Agent |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff | Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | New York | NY | 10271 | 212-416-8465 | 212-416-6007 | State of New York; New York State Department of Environmental Consevation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | Chief Counsel to the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | Local Counsel to the Reorganized Debtors |

Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | 312-407-0411 | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | Counsel to the Reorganized Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6959 | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | Conflicts Counsel to the Reorganized Debtors |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | Counsel to United States Trustee |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | Creditor Committee Member/Indenture Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/5/2010 3:39 PM
Master Service List 100119 Overnight

# EXHIBIT B

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | pclark@btlaw.com | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | donald.bernstein@dpw.com brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Automotive LLP | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | john.brooks@delphi.com | Reorganized Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | rodbuje@ffhsj.com sliviri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | sbetance@kccllc.com | Noticing and Claims Agent |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | patrick.healy@lawdeb.com | Indenture Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/5/2010 3:39 PM
Master Service List 100119 Email

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | lszlezinger@mesirowfinanci al.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq Thomas R Kreller Esq James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | gbray@milbank.com tkreller@milbank.com jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff | Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | New York | NY | 10271 | 212-416-8465 | eugene.leff@oag.state.ny.u s | State of New York; New York State Department of Environmental Consevation |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | william.dornbos@oag.state. ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | tjerman@omm.com | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | sshimshak@paulweiss.com pweintraub@paulweiss.com | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | landy.ralph@pbgc.gov morris.karen@pbgc.gov menke.john@pbfgc.gov bangert.beth@pbgc.gov efile@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | david.resnick@us.rothschild .com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Reorganized Debtors |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | kmarafio@skadden.com | Counsel to the Reorganized Debtor |

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | jcohen@stahlcowen.com tcornell@stahlcowen.com | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | cp@stevenslee.com cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | altogut@teamtogut.com | Conflicts Counsel to the Reorganized Debtors |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/5/2010 3:39 PM
Master Service List 100119 Email

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Company, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | gogimalik@andrewskurth.com | Counsel to ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | David M. Powlen | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | david.powlen@btlaw.com | Counsel to Howard county, Indiana |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | john.gregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bendinelli Law Office PC | Jerry Sumner | 11184 Huron Street | Suite 10 | Denver | CO | 80234 | | 303-940-9900 | js@colawfirm.com michelle@colawfirm.com | Counsel to Jose C Alfaro |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Michael A Trentadue Carina M de la Torre | 111 Monument Circle Ste 2700 | | Indianapolis | IN | 46204 | | 317-684-5000 | mtrentadue@boselaw.com cdelatorre@boselaw.com | Counsel to Decatur Plastics Products, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn C. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | john.rapisardi@cwt.com joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Kevin Burke | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | kburke@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | brcy@carsonfischer.com | Counsel to Bing Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg@carsonfischer.com brcy@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 / (230) 862-8231 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | rsz@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Dechert LLP | Glenn E. Siegel James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel@dechert.com james.moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Lewis R Olshin Esq | 30 South 17th Street | | Philadelphia | PA | 19103 | | 215-979-1129 | Olshin@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Morgan Smith | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-5679 | mmsmith@dykema.com | Attorneys for Tremont City Barrel Fill PRP Group |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representatative for Electronic Data Systems Corporation |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | bem@eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3694 | eflaagan@faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 6 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930550 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Goodwin Proctor LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | abrilliant@goodwinproctor.com | Counsel to UGS Corp. |
| Goodwin Proctor LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | cdruehl@goodwinproctor.com | Counsel to UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 7 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | ddragich@hdolaw.com | Counsel to Intermet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Ramona S. Neal | 11311 Chinden Blvd., M/S 314 | | Boise | ID | 83714-0021 | | 208-396-6484 | Ramona.neal@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 8 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | lmagarik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | 801 East 86th | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | Northern Indiana Public Service Company | 801 East 86th Avenue | Merrillville | IN | 46410 | | | pepope@nisource.com | Kokomo Gas & Fuel Company |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 11 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 12 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller; JAE Electronics, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swansonm@millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 22

2/5/2010 3:40 PM
Email (388)

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | l.moore@pnc.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 15 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | jguy@orrick.com | Counsel to Westwood Associates, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 666 Fifth Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | Columbia Center | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | rwyron@orrick.com | Counsel to Westwood Associates, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | sshimshak@paulweiss.com | Counsel to Ambrake Corporation |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 16 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Ametek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 17 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | xst@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jharris@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | John J. Dawson | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | jdawson@quarles.com | Counsel to Semiconductor Components Industries, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rfp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to  Means Industries |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 18 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-------------------|
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp@srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 | | 212-389-7818 | barryster@att.net | Counsel to Marybeth Cunningham |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to Ie Belier/LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw100@shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 19 of 22

2/5/2010 3:40 PM
Email (388)

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas@sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws@michigan.gov | Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 20 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Todtman Nachamie Spizz & Johns PC | Janice B. Grubin | 425 Park Avenue | 5th Floor | New York | NY | 10022 | | 212-754-9400 | jgrubin@tnsj-law.com | Counsel to Vanguard Distributors, Inc. |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | Five Gateway Center Suite 807 | | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 21 of 22

2/5/2010 3:40 PM
Email (388)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 22 of 22

2/5/2010 3:40 PM
Email (388)

# EXHIBIT C

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | |
| APS Clearing, Inc. | Andy Leinhoff Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | Counsel to APS Clearing, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Counsel to Pullman Bank and Trust Company |
| Bingham McHale LLP | John E Taylor Michael J Alerding | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | 317-236-9907 | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | Counsel to DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | 212-972-1677 | Co-Counsel for Yazaki North America, Inc. |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | Creditor |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | Counsel to Trutron Corporation |
| Jason, Inc. | Beth Klimczak, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | | | General Counsel to Jason Incorporated |
| McCarthy Tetrault LLP | John J. Salmas | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | Canada | 416-362-1812 | 416-868-0673 | Counsel to Themselves (McCarthy Tetrault LLP) |
| Michigan Heritage Bank | Janice M. Donahue | 28300 Orchard Lake Rd | Ste 200 | Farmington Hills | MI | 48334 | | 248-538-2529 | 248-786-3596 | Counsel to  Michigan Heritage Bank; MHB Leasing, Inc. |
| Miller & Chevalier Chartered | Anthony F Shelley Timothy P O'Toole | 655 Fifteenth Street NW Suite 900 | | Washington | DC | 20005 | | 202-626-5800 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R Dal Lago | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | | Counsel to Dennis Black, Charles Cunningham, and the Delphi Salaried Retiree Association |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth Jeffrey J. Angelovich Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | Counsel to Rotor Clip Company, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/5/2010 3:40 PM
US Mail (44)

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|------------------|
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-2053 | Counsel to Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | Counsel to SKF USA, Inc. |
| Plunkett Cooney | Charles W Browning Robert G Kamenec Elaine M Pohl | 38505 Woodward Avenue | Suite 2000 | Bloomfield Hills | MI | 48304 | | 248-901-4000 | 248-901-4040 | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | | 989-385-3230 | 989-754-7690 | Corporate Secretary for Professional Technologies Services |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Susheel Kirpalani James C Tecce Scott C Shelley | 51 Madison Ave 22nd Fl | | New York | NY | 10010 | | 212-849-7199 | 212-849-7100 | Counsel For Collective Of Tranche C DIP Lenders |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Floor | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | Counsel to General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3020 | Counsel to Republic Engineered Products, Inc. |
| Riverside Claims LLC | Holly Rogers | 2109 Broadway | Suite 206 | New York | NY | 10023 | | 212-501-0990 | 212-501-7088 | Riverside Claims LLC |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | Counsel to Blue Cross Blue Shield of South Carolina |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | Counsel to Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | Attorneys for D-J, Inc. |
| Sachnoff & Weaver, Ltd | Arlene Gelman Charles S. Schulman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | Counsel to Infineon Technologies North America Corporation |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | | Counsel to Dott Industries, Inc. |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

DPH Holdings Corp.
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|------------------|
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | Counsel to Sony Electronics, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | Counsel to Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | Counsel to Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | Counsel to Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | 609-392-7956 | Counsel to Doosan Infracore America Corp. |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | 101 Second St Ste 1800 | | San Francisco | CA | 94105-3606 | | 415-369-7301 | 415-369-8764 | Counsel to Oki Semiconductor Company |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | 185 Asylum Street | CityPlace I 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | Counsel to Barnes Group, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | Counsel to Nissan North America, Inc. |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | Counsel to Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | Counsel to Toshiba America Electronic Components, Inc. |
| WL Ross & Co., LLC | Stephen Toy | 1166 Avenue of the Americas | | New York | NY | 10036-2708 | | 212-826-1100 | 212-317-4893 | Counsel to WL. Ross & Co., LLC |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/5/2010 3:40 PM
US Mail (44)

# EXHIBIT D

**Hearing Date And Time: March 18, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time: March 11, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                         :
     In re                       :     Chapter 11
                          :
DPH HOLDINGS CORP., <u>et al.</u>,     :     Case No. 05-44481 (RDD)
                          :
                          :     (Jointly Administered)
            Reorganized Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 502(b) AND (d) AND FED. R. BANKR. P. 3007 TO (I) MODIFY AND ALLOW
(A) CERTAIN MODIFIED AND ALLOWED CLAIMS, (B) A PARTIALLY
SATISFIED CLAIM, AND (C) CERTAIN PARTIALLY SATISFIED SCHEDULED
LIABILITIES, (II) DISALLOW AND EXPUNGE (A) CERTAIN FULLY SATISFIED
SCHEDULED LIABILITIES,(B) CERTAIN MDL-RELATED CLAIMS, (C) CERTAIN
UNION CLAIMS, (D) CERTAIN PERSONAL INJURY CLAIMS, AND (E) A
DUPLICATE CLAIM, (III) OBJECT TO CERTAIN (A) PREFERENCE-RELATED
CLAIMS AND (B) PREFERENCE-RELATED SCHEDULED LIABILITIES, AND
<u>(IV) MODIFY CERTAIN SERP-RELATED SCHEDULED LIABILITIES</u>

("FORTY-FOURTH OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors") hereby submit this Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection" or the "Objection"), and respectfully represent as follows:

Background

A.    The Chapter 11 Filings

1.    On October 8 and 14, 2005 (the "Petition Date"), Delphi Corporation ("Delphi") and certain of its affiliates (together with Delphi, the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2.    On December 10, 2007, the Debtors filed their first amended joint plan of reorganization (Docket No. 11386) (the "Plan") and related disclosure statement (Docket No. 11388).  This Court entered an order confirming the Plan (as modified) (Docket No. 12359) (the "Confirmation Order") on January 25, 2008, and the order became final on February 4, 2008.

3.    On October 3, 2008, the Debtors filed a motion under 11 U.S.C. § 1127 for an order approving (i) certain modifications to the Confirmed Plan and related disclosure statement

2

and (ii) related procedures for re-soliciting votes on the Confirmed Plan, as modified (Docket

No. 14310) (the "Plan Modification Motion").  On June 1, 2009, the Debtors filed a supplement

to the Plan Modification Motion (the "Motion Supplement"), which sought approval of (i) certain

modifications to the Confirmed Plan (the "Modified Plan"), (ii) supplemental disclosure, and (iii)

procedures for re-soliciting votes on the Modified Plan.  This Court entered an order approving

the Modified Plan (Docket No. 18707) (the "Plan Modification Order") on July 30, 2009.

    4.        On October 6, 2009 (the "Effective Date"), the Debtors substantially

consummated the Modified Plan, the Effective Date (as defined in the Modified Plan) occurred,

and the transactions under the Master Disposition Agreement, dated as of July 30, 2009, by and

among Delphi, GM Components Holdings, LLC, General Motors Company, Motors Liquidation

Company (f/k/a General Motors Corporation), DIP Holdco 3 LLC(which assigned its rights to

DIP Holdco LLP, subsequently renamed Delphi Automotive LLP, a United Kingdom limited

liability partnership), and the other sellers and buyers party thereto, closed.  In connection

therewith, DIP Holdco LLP, through various subsidiaries and affiliates, acquired substantially all

of the Debtors' global core businesses, and GM Components Holdings, LLC, and Steering

Solutions Services Corporation, acquired certain U.S. manufacturing plants and the Debtors'

non-core steering business, respectively.  The Reorganized Debtors have emerged from chapter

11 as DPH Holdings and affiliates and remain responsible for the post-Effective Date

administration of these chapter 11 cases, including the disposition of certain retained assets and

payment of certain retained liabilities as provided for under the Modified Plan, and the eventual

closing of the cases.

5.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

6.      The statutory predicates for the relief requested herein are sections 502(b) and (d)

of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

B.      <u>Bar Date, Proofs Of Claim, And Omnibus Claims Objections</u>

7.      On April 12, 2006, this Court entered an Order Under 11 U.S.C. §§ 107(b),

501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7), 3003(c)(3), And 5005(a)

Establishing Bar Dates For Filing Proofs Of Claim And Approving Form And Manner Of Notice

Thereof (Docket No. 3206) (the "Bar Date Order").  Among other things, the Bar Date Order

established July 31, 2006 (the "Bar Date") as the last date for all persons and entities holding or

wishing to assert "Claims," as such term is defined in 11 U.S.C. § 101(5) (each, a "Claim"),

against a Debtor (collectively, the "Claimants") to file a proof of claim with respect to each such

Claim.

8.      On or prior to April 20, 2006, Kurtzman Carson Consultants LLC

("KCC"), the claims and noticing agent in these cases, provided notice of the Bar Date by

mailing a notice of Bar Date approved by this Court (the "Bar Date Notice"), together with a

proof of claim form, to (a) the persons or entities set forth in the Debtors' Schedules of Assets

and Liabilities and Statements of Financial Affairs filed with this Court on January 20, 2006 and

subsequently amended (collectively, the "Schedules and Statements")[1] and (b) the persons and

---

[1]      The Schedules and Statement were amended on February 1, 2006, April 18, 2006, October 12, 2007, January
17, 2008, and October 10, 2008.

4

entities included in the notice database compiled by the Debtors, but not listed on any of the Schedules and Statements. In total, the Debtors caused Bar Date Notices to be served on more than 500,000 persons and entities.

9. In addition, the Debtors published the Bar Date Notice in more than two dozen newspapers throughout the country and abroad[2] and also published it electronically by posting on the then-current Delphi Legal Information Website, www.delphidocket.com, on or before April 24, 2006.

10. Since the Petition Date, 16,863 proofs of claim (the "Proofs of Claim") have been filed against the Debtors in these cases. From September 2006 through the Effective Date, the Debtors filed 35 omnibus Claims objections to Claims asserting prepetition liabilities. Since the Effective Date, the Reorganized Debtors have filed four omnibus Claims objections to Claims asserting prepetition liabilities against the Debtors and four omnibus Claims objections to Claims asserting administrative expense liabilities against the Debtors. After hearing these omnibus Claims objections to Claims asserting prepetition liabilities, this Court disallowed and expunged approximately 11,900 Claims and modified approximately 4,420 Claims. In addition, the hearings with respect to approximately 210 Claims were adjourned pursuant to the Claims Objection Procedures Order (as defined below).

---

[2]    Specifically, notice was published in the New York Times (National Edition), the Wall Street Journal (National, European, and Asian Editions), USA Today (Worldwide Edition), the Automotive News (National Edition), the Adrian Daily Telegram, the Arizona Daily Star, the Buffalo News, the Chicago Sun Times, the Clinton News, the Columbia Dispatch, the Daily Leader, Dayton Daily News, the Detroit Free Press, the El Paso Times, the Fitzgerald Herald Leader, the Flint Journal, the Gadsden Times, the Grand Rapids Press, the Greenville News, the Indianapolis Star, the Kansas City Star, the Kokomo Tribune, the Lansing State Journal, the Laurel Leader, the Los Angeles Daily News, the Milwaukee Journal Sentinel, the Mobile Beacon, the Mobile Register, the Oakland Press, the Olathe Daily News, the Rochester Democrat and Chronicle, the Saginaw News, the Sandusky Register, the Tribune Chronicle, the Tulsa World, the Tuscaloosa News, and The Vindicator.

11.    On October 31, 2006, the Debtors filed a Motion For Order Pursuant To

11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007,

And 9014 Establishing (i) Dates For Hearings Regarding Disallowance Or Estimation Of Claims

And (ii) Certain Notices And Procedures Governing Hearings Regarding Disallowance Or

Estimation Of Claims (Docket No. 5453), in which the Debtors requested this Court, among

other things, to approve certain procedures for contested claim objections (the "Claims Objection

Procedures Motion").  On December 7, 2006, this Court entered an order granting the Claims

Objection Procedures Motion (Docket No. 6089) (the "Claims Objection Procedures Order").

12.    On November 30, 2007, the Debtors filed a Motion Under New

Bankruptcy Rule 3007(c) And 11 U.S.C. § 105(a) For Order Authorizing  Debtors To Continue

Claims Objection Procedures Under Order Dated December 7, 2006 Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I)

Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 11187) (the "Supplemental Claims Objection

Procedures Motion").  In that motion, the Debtors requested this Court, among other things, to

authorize the Debtors to continue certain of their current practices and procedures for filing and

serving notice of omnibus Claims objections pursuant to the Claims Objection Procedures Order,

including omnibus Claims objections to more than 100 Claims.  By order entered December 20,

2007, this Court granted the Supplemental Claims Objection Procedures Motion (Docket No.

11561).

13.    Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized

Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

any) with respect to all Claims and Interests . . . ."  Modified Plan, art. 9.6.

      14.    By this Objection, the Reorganized Debtors are objecting to 136 Proofs of

Claim and 207 Claims listed on the Debtors' Schedules and Statements, as currently amended

(the "Scheduled Liabilities"), all of which are set forth by Claimant in alphabetical order on

Exhibit M hereto and cross-referenced by proof of claim number and basis of objection.  Exhibit

L hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case

number referenced on Exhibit M hereto.

      15.    The Debtors are filing this Objection at this time because, pursuant to the

Modified Plan, the deadline for the Reorganized Debtors to object to Proofs of Claim asserting

prepetition liabilities (the "Claim Objection Deadline") is the first business day that is at least

120 days after the Effective Date.  Modified Plan, art. 1.31.  Because the Effective Date was

October 6, 2009, the Claim Objection Deadline is February 3, 2010.  In addition, if no objection

is filed by the Claim Objection Deadline to either a Proof of Claim or a Scheduled Liability that

is liquidated in an amount other than zero and is not contingent or disputed, then such Proof of

Claim or Scheduled Liability shall become an "Allowed Claim," as that term is defined in the

Modified Plan, and distributions will be made on such an Allowed Claim pursuant to the terms

of the Modified Plan.  Modified Plan, art. 1.9.

Relief Requested

      16.    By this Objection, the Reorganized Debtors seek entry of an order

pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying and

allowing (a) the Claims set forth on Exhibit A hereto because the proposed allowed amount,

class, and the Debtor against which the liabilities are proposed to be allowed matches the

7

Reorganized Debtors' books and records,[3] (b) the Claim set forth on <u>Exhibit B</u> hereto, which was

modified pursuant to a prior order of this Court, because such Claim asserts dollar amounts or

liabilities that have been partially satisfied due to cure payments that the Reorganized Debtors

made, pursuant to section 365 of the Bankruptcy Code, in connection with the assumption of a

certain executory contract (a "Contract Assumption") and the proposed allowed amount, class,

and the Debtor against which the liabilities are proposed to be allowed matches the Reorganized

Debtors' books and records, and (c) the Scheduled Liabilities set forth on <u>Exhibit C</u> hereto, each

of which has been partially satisfied by cure payments that the Reorganized Debtors made,

pursuant to section 365 of the Bankruptcy Code, in connection with Contract Assumptions and

the proposed allowed amount, class, and the Debtor against which the liabilities are proposed to

be allowed matches the Reorganized Debtors' books and records.

   17.  In addition, the Reorganized Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 disallowing and expunging (a)

the Scheduled Liabilities set forth on <u>Exhibit D</u> hereto because such liabilities have been fully

satisfied by cure payments that the Reorganized Debtors made, pursuant to section 365 of the

Bankruptcy Code, in connection with Contract Assumptions and are not owing pursuant to the

Reorganized Debtors' books and records, (b) the Claims set forth on <u>Exhibit E</u> hereto because

they assert dollar amounts or liabilities that relate solely to claims of loss, damage,

reimbursement, contribution, or indemnification arising out of or relating to litigation resolved

by the MDL Settlement (as defined below) and are not reflected on the Reorganized Debtors'

books and records, (c) the Claims set forth on <u>Exhibit F</u> hereto because such Claims are asserted

---

[3] Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and records.

by certain labor unions based solely on alleged liabilities that have been waived pursuant to

settlement agreements between such unions and the Debtors, (d) the Claims set forth on Exhibit

G hereto because they assert dollar amounts or liabilities arising from certain personal injury

claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to

the Reorganized Debtors' books and records, and (e) the Claim set forth on Exhibit H hereto

because it is duplicative of another Proof of Claim.

18.    In addition, the Reorganized Debtors seek entry of an order pursuant to

section 502(d) of the Bankruptcy Code and Bankruptcy Rule 3007 to preserve their objections to

(a) the Claims set forth on Exhibit I hereto because they are asserted by Claimants who are

defendants (each, an "Avoidance Defendant") in avoidance actions arising under sections 542-

545, 547-550, or 553 of the Bankruptcy Code (the "Avoidance Actions") and such Claims are

potentially subject to disallowance pursuant to section 502(d) of the Bankruptcy Code and (b) the

Scheduled Liabilities set forth on Exhibit J hereto because they are held by Avoidance

Defendants in Avoidance Actions and such liabilities are potentially subject to disallowance

pursuant to section 502(d) of the Bankruptcy Code.

19.    Finally, the Reorganized Debtors seek entry of an order pursuant to

section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying the Scheduled

Liabilities set forth on Exhibit K because such Scheduled Liabilities are owing in connection

with the Debtors' Supplemental Executive Retirement Program (the "SERP") and the proposed

modified amount and class matches the Reorganized Debtors' books and records.

Objections To Claims

C.    Assumption Of Contracts And Related Cure Payments

20.    Prior to the Petition Date, the Debtors were party to thousands of contracts

for the supply of goods to the Debtors' manufacturing operations.  Pursuant to article 8.1(a) of

the Modified Plan, all executory contracts and unexpired leases to which any of the Debtors was

a party were deemed automatically assumed in accordance with the provisions and requirements

of sections 365 and 1123 of the Bankruptcy Code as of the effective date of the Modified Plan,

unless such executory contracts or unexpired leases (a) had been previously rejected by the

Debtors pursuant to a final order of this Court, (b) were the subject of a motion to reject pending

on or before such effective date, (c) were rejected or assumed pursuant to a motion to sell or

transfer property or assets filed by the Debtors prior to such effective date, (d) had expired or

been terminated on or prior to such effective date (and not otherwise extended) pursuant to their

own terms, (e) were listed on Exhibit 8.1(a) (Rejected Contracts) to the Modified Plan as

executory contracts or unexpired leases to be rejected pursuant to section 365 of the Bankruptcy

Code, or (f) were otherwise rejected pursuant to the terms of the Modified Plan and/or upon the

direction of either buyer pursuant to the Master Disposition Agreement.  In early November

2009, as required under section 365 of the Bankruptcy Code and article 8.2 of the Modified Plan,

the non-Debtor contract counterparties received payments to cure the undisputed defaults on the

assumed executory contracts and unexpired leases (the "Cure Payments").

   21.  In some instances, certain Claims and Scheduled Liabilities have been

satisfied in full or in part by a Cure Payment or Cure Payments that the Reorganized Debtors

made to executory contract counterparties or lessors as to unexpired leases under which such

Claim or Scheduled Liability arose.  As a result, the Reorganized Debtors are seeking to reduce a

portion of each such Claim or Scheduled Liability, as the case may be, that pertains to certain

executory contracts or unexpired leases assumed pursuant to section 365 of the Bankruptcy Code

and therefore was partially or fully satisfied by payment of cure.  In determining the amount by

which each such Claim or Scheduled Liability would be satisfied and the amount by which each

10

such Claim or Scheduled Liability would be modified accordingly or disallowed, as the case may

be, the Reorganized Debtors reviewed the executory contracts and unexpired leases being

assumed and also reviewed related documents to determine the amount of the relevant Claim or

Scheduled Liability that should remain unsecured or whether the Claim or Scheduled Liability

should be disallowed as a result of the Cure Payments made by the Reorganized Debtors in early

November 2009.  To eliminate multiple recoveries for a single liability, the Reorganized Debtors

seek entry of an order modifying and allowing or expunging certain Claims and Scheduled

Liabilities to accurately reflect the amount of such Claims or Scheduled Liabilities against a

Debtor after the Reorganized Debtors made the Cure Payments.

D.      Exhibit A – Modified And Allowed Claims

22.     During the Reorganized Debtors' review of the Proofs of Claims filed in

these cases, the Reorganized Debtors determined that certain Proofs of Claim should be modified

and allowed so that the amount, class, and the Debtor against which each such Claim is proposed

to be allowed matches the Reorganized Debtors' books and records (the "Modified And Allowed

Claims").  Such amount, class, and Debtor are set forth on Exhibit A hereto.  The Reorganized

Debtors are authorized to seek allowance of the Modified And Allowed Claims pursuant to

articles 9.6(a) and 11 of the Modified Plan.  Accordingly, the Reorganized Debtors seek entry of

an order modifying and allowing the Modified And Allowed Claims and request that such

Claims be revised to reflect the amount, classification, and Debtor listed in the "Claim As

Allowed" column of Exhibit A.

E.      Exhibit B – Partially Satisfied Claim

23.     During their Claims review, the Reorganized Debtors determined that a

certain Proof of Claim which has been modified pursuant to a prior order of this Court has been

satisfied in part by Cure Payments and that the amount of such Claim should be modified and

11

allowed (the "Partially Satisfied Claim").   Identified on Exhibit B hereto is the Partially Satisfied

Claim that the Reorganized Debtors believe should be modified to assert a fully liquidated claim

in an amount different from that asserted by the Claimant.   Exhibit B reflects the amount,

classification, and Debtor asserted in the Proof of Claim in a column titled "Claim As

Docketed."[4]   The proposed modified and allowed amount of such Partially Satisfied Claim is

reflected in a column titled "Claim As Allowed."

24.      The Reorganized Debtors object to the amount of the Partially Satisfied

Claim listed on Exhibit B and request that such Claim be revised to reflect the amount listed in

the "Claim As Allowed" column of Exhibit B.   Thus, no Claimant listed on Exhibit B would be

entitled to recover for any Claim in an amount exceeding the dollar amount listed as the

"Allowed Total" of such Claim on Exhibit B.[5]

25.      Accordingly, the Reorganized Debtors (a) object to the asserted amount of

each Partially Satisfied Claim and (b) seek an order modifying and allowing the Partially

Satisfied Claims to reflect the Allowed Total as set forth on Exhibit B.

F.      Exhibit C – Partially Satisfied Scheduled Liabilities

26.      During the their review of Scheduled Liabilities, the Reorganized Debtors

determined that certain Scheduled Liabilities that (a) have not been superseded by a filed Proof

of Claim and (b) have been partially satisfied by a Cure Payment and therefore should be

modified and allowed (the "Partially Satisfied Scheduled Liabilities ").   The Reorganized

Debtors seek to modify the amount of each Partially Satisfied Scheduled Liability to a fully

---

[4]      The Asserted Claim Amounts on Exhibit B reflect only asserted liquidated claims.

[5]      For clarity, Exhibit B refers to the former Debtor entities by case number and Exhibit L displays the formal
name of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibit B.

liquidated amount and seek to have such Partially Satisfied Scheduled Liability allowed in that amount as an unsecured Claim against the Debtor against which such liability is scheduled.

27.    Accordingly, the Debtors object to the amount for each Partially Satisfied Scheduled Liability listed on Exhibit C and request that each such Partially Satisfied Scheduled Liability be revised to reflect the amount listed in the "Partially Satisfied Scheduled Liability As Modified" column of Exhibit C.  Thus, no party listed on Exhibit C would be entitled to receive a distribution on any Partially Satisfied Scheduled Liability in an amount exceeding the dollar value listed as the "Modified Total" for such Scheduled Liability on Exhibit C.[6]

G.    Exhibit D – Fully Satisfied Scheduled Liabilities

28.    During the their review of Scheduled Liabilities, the Reorganized Debtors determined that certain Scheduled Liabilities (a) have not been superseded by a filed Proof of Claim and (b) have been fully satisfied by a Cure Payment and therefore should be disallowed and expunged (the "Fully Satisfied Scheduled Liabilities").  Set forth on Exhibit D hereto are the Fully Satisfied Scheduled Liabilities that the Reorganized Debtors have identified as Scheduled Liabilities for which the Reorganized Debtors are no longer liable.

29.    Accordingly, the Reorganized Debtors (a) object to the Fully Satisfied Scheduled Liabilities and (b) seek entry of an order disallowing and expunging the Fully Satisfied Scheduled Liabilities in their entirety.  If this Court does not disallow and expunge the Fully Satisfied Scheduled Liabilities in full, the Reorganized Debtors expressly reserve all of their rights to seek leave of this Court to further object to the Fully Satisfied Scheduled Liabilities at a later date on any basis whatsoever.

_____

[6]    For clarity, Exhibit C refers to a Debtor entity by case number and Exhibit L sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced in Exhibit C.

H.    Exhibit E – MDL-Related Claims

30.    During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim (the " MDL-Related Claims) are affected by the settlement approved by

this Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance

Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict

Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358) (the "Final

MDL Order"), and the Order Approving Modifications Of Multidistrict Litigation Securities And

ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement").[7]  Set forth

on Exhibit E hereto are the MDL-Related Claims that the Reorganized Debtors have identified as

Claims for which the Reorganized Debtors are not liable by operation of the MDL Settlement or

assert amounts not owing pursuant to the Reorganized Debtors' books and records.

31.    Five of the six Claims listed on Exhibit E hereto were filed by officers and

directors of Delphi Corporation who were released from certain liabilities pursuant to the MDL

Settlement – i.e., proofs of claim numbers 12056, 12184, 13410, 14935, and 15599 (the "D&O

Claims").  In accordance with the MDL Settlement and the Final MDL Order, those D&O

Claims were deemed withdrawn on the effective date of the MDL Settlement to the extent they

relate to any claim of loss, damage, reimbursement, contribution, or indemnification arising out

of or relating to the Delphi Securities Action, the Delphi ERISA Action, the Delphi Derivative

Demands and Actions, the SEC Investigation and Enforcement Action, or the DOJ Investigation

and Potential Proceedings (as such terms are defined in the Final MDL Order).  See Final MDL

Order ¶ 17 & Ex. D ¶ 8.

---

[7]    Capitalized terms used in this section and not otherwise defined shall have the meanings ascribed to them in the MDL Settlement.

32.     Having reviewed those D&O Claims, the Reorganized Debtors believe that they relate solely to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to the Delphi Securities Action, the Delphi ERISA Action, the Delphi Derivative Demands and Actions, the SEC Investigation and Enforcement Action, or the DOJ Investigation and Potential Proceedings.  Out of an abundance of caution, however, the Reorganized Debtors are objecting to those D&O Claims to the extent, if any, that they relate to any claim of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to <u>anything other than</u> the Delphi Securities Action, the Delphi ERISA Action, the Delphi Derivative Demands and Actions, the SEC Investigation and Enforcement Action, or the DOJ Investigation and Potential Proceedings on the grounds that (a) they assert amounts or liabilities that are not owing pursuant to the Reorganized Debtors' books and records and (b) they are contingent, unliquidated, and/or subject to disallowance under section 502(e)(1)(B) of the Bankruptcy Code.

33.     The remaining MDL-Related Claim is proof of claim number 14379.  To the extent that this Claim relates to matters addressed by the MDL Settlement, the Claimant asserting that Claim is a member of one or more classes established by the MDL Settlement. Accordingly, such Claimant is bound by the terms and conditions of the MDL Settlement such that it is barred from seeking any additional recovery in connection with this Claim.  To the extent this Claim does not relate to matters addressed by the MDL Settlement or asserts unliquidated amounts, this Claim asserts liabilities that are not owing pursuant to the Reorganized Debtors' books and records.

34.     Accordingly, the Debtors (a) object to the MDL-Related Claims and (b) seek entry of an order disallowing and expunging each MDL-Related Claim to the extent such

Claim was not deemed withdrawn pursuant to the MDL Settlement or this Court's orders

approving the MDL Settlement.  If this Court does not disallow and expunge the MDL-Related

Claims in full, the Reorganized Debtors expressly reserve all of their rights to seek leave of this

Court to further object to the MDL-Related Claims at a later date on any basis whatsoever.

I.    Exhibit F – Union Claims

35.    During their Claims review, the Reorganized Debtors determined that

certain of the Proofs of Claim were filed by the United Automobile, Aerospace and Agricultural

Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber,

Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local

Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

employees and former employees of the Debtors represented or formerly represented by one of

the Unions, and/or on behalf of persons or entities with claims derived from or related to any

relationship with such employees or former employees of the Debtors (the "Union Claims") and

that, among other things, the Union Claims are deemed waived and withdrawn pursuant to

settlement agreements between the Debtors and each of the Unions and orders of this Court

approving each of these settlement agreements.[8]

36.    Pursuant to the Debtors' respective agreements with each of the Unions as

described in footnote 9 to this Objection, each of the Unions and all of their members, former

members, and persons or entities with claims derived from or related to any relationship with

---

[8]    The Reorganized Debtors note that the order approving the settlement agreement with the USW specifically
referred to and specifically "deemed waived and withdrawn with prejudice" as of the effective date of the
Modified Plan, the USW's Proof of Claim.  Further, although the releases in the Unions' settlement agreements
function to waive and withdraw the Union Claims, other orders of this Court may also do the same.  For
instance, the releases contained in the Unions' settlement agreements were incorporated into the Modified Plan
(see Modified Plan, Article XI, Section 11.6) as approved by Plan Modification Order (Docket No. 18707).  The
Plan Modification Order also contains additional bars to certain Union Claims, such as those related to the
Delphi-PBGC Settlement Agreement (as defined in the Plan Modification Order, see Paragraph 60(b)).

such employees or former employees of the Debtors have agreed to waive and release, upon the

Effective Date, all claims arising from the respective collective bargaining agreements between

the Debtors and each of the Unions.[9]  Therefore, because the Union Claims arise from the

collective bargaining agreements between the Debtors and, among other things, each of the

Unions, the Union Claims are waived and released pursuant to the settlement agreements, the

Union Claims should be disallowed and expunged in their entirety.[10]

      37.    Set forth on <u>Exhibit F</u> hereto is a list of the Union Claims.  Accordingly,

the Reorganized Debtors (a) object to the Union Claims and (b) seek entry of an order

disallowing and expunging the Union Claims in their entirety.

J.     <u>Exhibit G – Personal Injury Claims</u>

      38.    During their Claims review, the Reorganized Debtors determined that

certain Proofs of Claim assert dollar amounts or liabilities arising from personal injury claims

against the Debtors (the "Personal Injury Claims") and either (a) there is no legal basis to support

the Personal Injury Claim and/or (b) the Personal Injury Claims are not owing pursuant to the

---

[9]    The Debtors entered into settlement agreements with each of the UAW and the USW (collectively, the "Settlement Agreements").  The Settlement Agreements, copies of each of which are attached to, and approved by, orders entered by this Court on July 19, 2007 and August 29, 2007 (Docket Nos. 8693 and 9169), all provide, in relevant part:

    On the [E]ffective [D]ate . . . the [UAW/USW], all employees and former employees of Delphi represented or formerly represented by the[UAW/USW], and all persons or entities with claims derived from or related to any relationship with such employees or former employees of Delphi, shall waive and release and be deemed to have waived and released any and all claims of any nature, whether liquidated or unliquidated, contingent or non-contingent, asserted or unasserted, existing and/or arising in the future against Delphi, its subsidiaries, or affiliates . . . and the officers, directors, employees, fiduciaries, and agents of each, arising directly or indirectly from or in any way related to any obligations under the collective bargaining agreements between Delphi and the [UAW/USW] and between GM and the [UAW/USW] related to such employees . . . .

[10]    To further implement each of the Settlement Agreements and this Court's orders approving the Settlement Agreements, proof of claim number 16644 was created on behalf of the UAW and proof of claim number 16702 was created on behalf of the USW.  Proofs of claim numbers 16644 and 16702 are not being objected to by this Objection because they represent the negotiated settlements with the Unions corresponding to the Union Claims to which the Reorganized Debtors object.

Reorganized Debtors' books and records.  Accordingly, the Reorganized Debtors believe the

parties asserting the Personal Injury Claims are not creditors of the Debtors.

        39.     A bankruptcy court has the authority to apply dispositive legal defenses in

the disallowance of Claims, including the Personal Injury Claims.  See In re Alper Holdings

USA, Inc., 398 B.R. 736, 749 (S.D.N.Y. 2008).  In Alper Holdings, the United States District

Court for the Southern District of New York noted that 28 U.S.C. § 157(b)(2)(B) expressly

provides that allowance or disallowance of claims is a core proceeding over which the

bankruptcy court has jurisdiction.  Although 28 U.S.C. § 157(b)(5) provides that personal injury

claims shall be tried in the district court in which the  bankruptcy case is pending, "a bankruptcy

court still has jurisdiction to determine whether any right to trial exists."  Alper Holdings, 398

B.R. at 749.  To the extent that a Personal Injury Claim asserts only a legal issue, this Court has

jurisdiction to disallow such a Claim.  If a Personal Injury Claims asserts a factual dispute, then

the Claim can be liquidated in the district court or other appropriate forum, or if the parties agree,

in this Court.

        40.     Set forth on Exhibit G hereto are the Personal Injury Claims that the

Reorganized Debtors have identified as Claims for which the Debtors are not liable.

Accordingly, the Reorganized Debtors (a) object to the Personal Injury Claims and (b) seek entry

of an order disallowing and expunging the Personal Injury Claims in their entirety.  If this Court

does not disallow and expunge any of the Personal Injury Claims in full, the Reorganized

Debtors expressly reserve all of their rights to seek leave of this Court to further object to such

Personal Injury Claims at a later date on any basis whatsoever.

18

K.    Exhibit H – Duplicate Claim

41.    During their Claims review, the Reorganized Debtors determined that a certain Proof of Claim filed against the Reorganized Debtors in fact asserts a duplicative Claim (the "Duplicate Claim") for a single liability.

42.    It is axiomatic that creditors are not entitled to multiple recoveries for a single liability against a debtor.  Accordingly, the Reorganized Debtors wish to eliminate the Duplicate Claim, which is identified on Exhibit H hereto.  Exhibit H classifies the Duplicate Claim as the "Claim To Be Expunged" and another Proof of Claim as the "Surviving Claim." The Surviving Claims reflect the classifications of the liabilities as reflected on the Reorganized Debtors' books and records.  The Reorganized Debtors request that the Proofs of Claim marked as "Claims To Be Expunged" on Exhibit H be disallowed and expunged.[11]  Accordingly, the Reorganized Debtors (a) object to the Duplicate Claim and (b) seek entry of an order disallowing and expunging the Duplicate Claim in its entirety.

L.    Exhibit I – Preference-Related Claims

43.    During their Claims review, the Reorganized Debtors determined that certain Proofs of Claim are asserted by Avoidance Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized Debtors and that such Claims are potentially subject to disallowance pursuant to section 502(d) of the Bankruptcy Code (the "Preference-Related Claims").  Set forth on Exhibit I hereto are the Preference-Related Claims that the Reorganized Debtors have identified.

44.    Section 502(d) of the Bankruptcy Code provides:

---

[11]    The Claim marked as a Surviving Claim on Exhibit H is proof of claim number 10582.  By this Objection, the Reorganized Debtors are also seeking entry of an order modifying and allowing proof of claim number 10582 in the amount and class set forth on Exhibit A hereto.

19

> (d)    Notwithstanding subsections (a) and (b) of this section, the court shall disallow any claim of any entity from which property is recoverable under section 542, 543, 550, or 553 of this title or that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of this title, unless such entity or transferee has paid the amount, or turned over any such property, for which such entity or transferee is liable under section 522(i), 542, 543, 550, or 553 of this title.

11 U.S.C. § 502(d).

45.    To preserve their rights under section 502(d) of the Bankruptcy Code, the Reorganized Debtors are objecting to the Preference-Related Claims and propose that their objection to each such Claim remain pending until the conclusion of the Avoidance Action related to such Claim.  Once such Avoidance Action is concluded, the Reorganized Debtors would have the option to  (a) set off, in whole or in part, the amount of any judgment against distributions under the Modified Plan, if any, on account of the allowed amount of such Claim or (b) withdraw the objection.  Accordingly, the Reorganized Debtors seek (a) to object to each Preference-Related Claim pending the conclusion of the Avoidance Action related to such Claim and (b) seek entry of an order preserving the Reorganized Debtors' objection to the Preference-Related Claims on the grounds set forth herein.

M.    Exhibit J – Preference-Related Scheduled Liabilities

46.    During their review of Scheduled Liabilities, the Reorganized Debtors determined that certain Scheduled Liabilities are held by Avoidance Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized Debtors and that such Scheduled Liabilities are subject to disallowance pursuant to the section 502(d) of the Bankruptcy Code (the "Preference-Related Scheduled Liabilities").  Set forth on Exhibit J hereto are the Preference-Related Scheduled Liabilities that the Reorganized Debtors have identified.

47.    To preserve their rights under section 502(d) of the Bankruptcy Code, the Reorganized Debtors are objecting to the Preference-Related Scheduled Liabilities and propose

that their objection to each such Scheduled Liability remain pending until the conclusion of the

Avoidance Action related to such Scheduled Liability.  Once such Avoidance Action is

concluded, the Reorganized Debtors would have the option to (a) set off, in whole or in part, the

amount of any judgment against distributions under the Modified Plan, if any, on account of the

allowed amount of such Scheduled Liability or (b) withdraw the objection.  Accordingly, the

Reorganized Debtors seek to object to each Preference-Related Scheduled Liability pending the

conclusion of the Avoidance Action related to such Scheduled Liability.

N.      Exhibit K – SERP-Related Scheduled Liabilities

48.      During the their review of Scheduled Liabilities, the Reorganized Debtors

determined that certain Scheduled Liabilities for amounts owing under the SERP should be

modified so that the amount matches the Reorganized Debtors' books and records (the "SERP-

Related Scheduled Liabilities").  Such amounts are set forth on Exhibit K hereto.  The

Reorganized Debtors request that such Scheduled Liabilities be revised to reflect the amount

listed in the "Claim As Modified" column of Exhibit K.  Thus, no party listed on Exhibit K

would be entitled to receive a distribution on any SERP-Related Scheduled Liabilities in an

amount exceeding the dollar value listed as the "Modified Total" for such Claim on Exhibit K.[12]

Accordingly, the Reorganized Debtors (a) object to the amount of each SERP-Related Scheduled

Liability and (b) seek an order modifying the SERP-Related Scheduled Liabilities to reflect the

Modified Total as set forth on Exhibit K.

---

[12]    For clarity, Exhibit K refers to a Debtor entity by case number and Exhibit L sets forth the formal name of the
Debtor entity and its associated bankruptcy case number referenced in Exhibit K.

<u>Separate Contested Matters</u>

49.    Pursuant to the Claims Objection Procedures Order, (a) if a response is filed to this Forty-Fourth Omnibus Claims Objection, the objection to each Claim covered by such response will be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014 and (b) any order entered by this Court with respect to a Claim addressed by this Forty-Fourth Omnibus Claims Objection will be deemed a separate order with respect to each such Claim.

<u>Reservation Of Rights</u>

50.    The Reorganized Debtors expressly reserve the right to amend, modify, or supplement this Forty-Fourth Omnibus Claims Objection and to file additional objections to any other Claims (filed or not) which may be asserted against the Debtors, including without limitation the right to object to any Claim not objected to in this Objection on the basis that it has been asserted against the wrong Debtor entity.  Should one or more of the grounds for objection stated in this Objection be dismissed, the Reorganized Debtors reserve their rights to object on other stated grounds or on any other grounds that the Reorganized Debtors discover.  In addition, the Reorganized Debtors reserve the right to seek further reduction of any Claim to the extent that such Claim has been paid.

<u>Responses To Objections</u>

51.    Responses to this Forty-Fourth Omnibus Claims Objection are governed by the provisions of the Claims Objection Procedures Order.  The following summarizes the provisions of that order, but is qualified in all respects by the express terms thereof.

O.    <u>Filing And Service Of Responses</u>

52.    To contest an objection, responses (each, a "Response"), if any, to this Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules

22

of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,

and the Claims Objection Procedures Order, (c) be filed with this Court in accordance with

General Order M-242 (as amended) – registered users of this Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format),

(d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas

Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH

Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to

the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton), in

each case so as to be **received no later than 4:00 p.m. (prevailing Eastern time) on March 11,**

**2010.**

P.      Contents Of Responses

53.     Every Response to this Forty-Fourth Omnibus Claims Objection must

contain at a minimum the following:

(a)     the title of the claims objection to which the Response is directed;

(b)     the name of the Claimant and a brief description of the basis for
the amount of the Claim;

(c)     a concise statement setting forth the reasons why the Claim should
not be disallowed and expunged, modified, and allowed, as the
case may be, including, but not limited to, the specific factual and
legal bases upon which the Claimant will rely in opposing the
claims objection;

(d)     unless already set forth in the Proof of Claim previously filed with
this Court, documentation sufficient to establish a prima facie right

23

to payment; <u>provided</u>, <u>however</u>, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided</u> <u>further</u>, <u>however</u>, that the Claimant must disclose to the Reorganized Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the Claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

Q.    <u>Timely Response Required</u>

54.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Reorganized Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors request that this Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Forty-Fourth Omnibus Claims Objection.

55.    <u>Pursuant to the Claims Objection Procedures Order, only those Responses made in writing and timely filed and received will be considered by this Court.  If a Claimant whose Proof of Claim is subject to this Forty-Fourth Omnibus Claims Objection and who is served with this Forty-Fourth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the Claims Objection Procedures Order, the Reorganized Debtors may present to this Court an appropriate order seeking relief with respect to such Claim</u>

24

consistent with the relief sought in this Forty-Fourth Omnibus Claims Objection without further notice to the Claimant, provided that, upon entry of such an order, the Claimant will receive notice of the entry of such order as provided in the Claims Objection Procedures Order; provided further, however, that if the Claimant files a timely Response which does not include the required minimum information required by the Claims Objection Procedures Order, the Reorganized Debtors may seek disallowance and expungement of the relevant Claim or Claims only in accordance with the Claims Objection Procedures Order.

Replies To Responses

56.     Replies to any Responses will be governed by the Claims Objection Procedures Order.

Service Of Forty-Fourth Omnibus Claims Objection Order

57.     Service of any order with regard to this Forty-Fourth Omnibus Claims Objection will be made in accordance with the Claims Objection Procedures Order.

Further Information

58.     Questions about this Forty-Fourth Omnibus Claims Objection or requests for additional information about the proposed disposition of Claims hereunder should be directed to the Reorganized Debtors' counsel by e-mail to dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to KCC at 1-888-249-2691 or www.dphholdingsdocket.com.  Claimants should not contact the Clerk of the Bankruptcy Court to discuss the merits of their Claims.

25

<u>Notice</u>

59.      Notice of this Objection has been provided in accordance with the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the

Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P.

2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered January 25, 2010 (Docket No. 19360).  In

light of the nature of the relief requested, the Reorganized Debtors submit that no other or further

notice is necessary.

60.      Pursuant to the Claims Objection Procedures Order, the Reorganized

Debtors will provide each Claimant whose Proof of Claim is subject to an objection pursuant to

this Forty-Fourth Omnibus Claims Objection with a personalized Notice Of Objection To Claim

which specifically identifies the Claimant's Proof of Claim that is subject to an objection and the

basis for such objection as well as a copy of the Claims Objection Procedures Order.  A form of

the Notice Of Objection To Claim to be sent to the Claimants listed on <u>Exhibits A</u>, <u>B</u>, and <u>C</u> is

attached hereto as <u>Exhibit N</u>.  A form of the Notice Of Objection To Claim to be sent to the

Claimants listed on <u>Exhibits D</u>, <u>E</u>, <u>F</u>, <u>G</u>, and <u>H</u> is attached hereto as <u>Exhibit O</u>.  A form of the

Notice Of Objection To Claim to be sent to the Claimants listed on <u>Exhibits I</u> and <u>J</u> is attached

hereto as <u>Exhibit P</u>.  A form of the Notice Of Objection To Claim to be sent to the Claimants

listed on <u>Exhibit K</u> is attached hereto as <u>Exhibit Q</u>.  Claimants will receive a copy of this Forty-

Fourth Omnibus Claims Objection without <u>Exhibits A</u> through <u>Q</u> hereto.  Claimants will

nonetheless be able to review <u>Exhibits A</u> through <u>Q</u> hereto free of charge by accessing the

26

Reorganized Debtors' Legal Information Website (www.dphholdingsdocket.com).  In light of the

nature of the relief requested, the Reorganized Debtors submit that no other or further notice is

necessary.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) granting the relief requested herein and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:   New York, New York
         February 3, 2010

                                   SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP

                                   By:   /s/ John Wm. Butler, Jr.
                                         John Wm. Butler, Jr.
                                         John K. Lyons
                                         Ron E. Meisler
                                   155 North Wacker Drive
                                   Chicago, Illinois 60606

                                          - and -

                                   By:   /s/ Kayalyn A. Marafioti
                                         Kayalyn A. Marafioti
                                   Four Times Square
                                   New York, New York 10036

                                   Attorneys for DPH Holdings Corp., et al.,
                                      Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                In re                       :        Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :        Case No. 05-44481 (RDD)
                                            :
                                            :        (Jointly Administered)
                Reorganized Debtors.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND (d) AND FED. R. BANKR. P. 3007
TO (I) MODIFY AND ALLOW (A) CERTAIN MODIFIED AND ALLOWED CLAIMS,
(B) A PARTIALLY SATISFIED CLAIM, AND (C) CERTAIN PARTIALLY SATISFIED
SCHEDULED LIABILITIES, (II) DISALLOW AND EXPUNGE (A)
CERTAIN FULLY SATISFIED SCHEDULED LIABILITIES, (B) CERTAIN
MDL-RELATED CLAIMS, (C) CERTAIN UNION CLAIMS, (D) CERTAIN
PERSONAL INJURY CLAIMS, AND (E) A DUPLICATE CLAIM, (III)
PRESERVE REORGANIZED DEBTORS' OBJECTION TO CERTAIN (A)
PREFERENCE-RELATED CLAIMS AND (B) PREFERENCE-RELATED
SCHEDULED LIABILITIES, AND (IV) MODIFY CERTAIN
SERP-RELATED SCHEDULED LIABILITIES

("FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

(d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed

Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities,

(II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-

Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A

Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-

Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the

"Forty-Fourth Omnibus Claims Objection" or the "Objection")[1] of DPH Holdings Corp. and

certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the

"Reorganized Debtors"), dated February 3, 2010; and upon the record of the hearing held on the

Forty-Fourth Omnibus Claims Objection; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.    Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as

to each, a "Claim"), listed on Exhibits A, B, C, D, E, F, G, H, I, J, and K hereto was properly and

timely served with a copy of the Forty-Fourth Omnibus Claims Objection, a personalized Notice

Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order

granting the Forty-Fourth Omnibus Claims Objection, and notice of the deadline for responding

to the Forty-Fourth Omnibus Claims Objection.  No other or further notice of the Forty-Fourth

Omnibus Claims Objection is necessary.

B.    This Court has jurisdiction over the Forty-Fourth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Forty-Fourth Omnibus Claims Objection

is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Forty-Fourth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Forty-Fourth Omnibus Claims Objection.

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

C.      The Claims listed on Exhibit A assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records (the "Modified And Allowed Claims").

D.      The Claim listed on Exhibit B asserts dollar amounts that have been previously modified by a prior order and have been partially satisfied by Cure Payments made by the Reorganized Debtors (the "Partially Satisfied Claim").  The Reorganized Debtors propose to further modify and allow this Claim so that the amount and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

E.      The Scheduled Liabilities listed on Exhibit C have been partially satisfied by Cure Payments made by the Reorganized Debtors (the "Partially Satisfied Scheduled Liabilities").  The Reorganized Debtors propose to modify and allow these Scheduled Liabilities so that the amount in which such Scheduled Liabilities are proposed to be allowed match the Reorganized Debtors' books and records.

F.      The Scheduled Liabilities listed on Exhibit D are those Scheduled Liabilities that have been fully satisfied by Cure Payments made by the Reorganized Debtors and therefore are not owing pursuant the Reorganized Debtors' books and records (the "Fully Satisfied Scheduled Liabilities ").

G.      The Claims listed on Exhibit E assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating to that certain multidistrict litigation resolved pursuant to the MDL Settlement and (i) are deemed waived and withdrawn pursuant to the MDL Settlement and (ii) to the extent each such Claim is not deemed withdrawn pursuant to the MDL Settlement or this Court's orders

3

approving the MDL Settlement, asserts liabilities or dollar amounts that are not owing pursuant

to the Reorganized Debtors' books and records (the "MDL-Related Claims").

        H.     The Claims listed on <u>Exhibit F</u> are Claims asserted by the UAW, the USW,

and/or on behalf of employees and former employees of the Debtors represented or formerly

represented by one of these Unions, and/or on behalf of persons or entities with claims derived

from or related to any relationship with such employees or former employees of the Debtors (the

"Union Claims").  Such Union Claims are deemed waived and withdrawn pursuant to settlement

agreements between the Debtors and each of the Unions and orders of this Court approving each

of these settlement agreements.

        I.     The Claims listed on <u>Exhibit G</u> are Claims that assert dollar amounts or

liabilities arising from certain personal injury claims that (i) do not have a legal basis to support

the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records (the

"Personal Injury Claims").

        J.     The Claim listed on <u>Exhibit H</u> (the "Duplicate Claim") is a Claim that is

duplicative of another Proof of Claim (the "Surviving Claim").  The Surviving Claim is listed on

<u>Exhibit A</u> as a Modified And Allowed Claim and asserts dollar amounts that the Reorganized

Debtors propose to modify and allow so that the amount, class, and the Debtor against which the

Surviving Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

        K.     The Claims listed on <u>Exhibit I</u> are Claims asserted by Avoidance

Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized Debtors and

are subject to potential disallowance pursuant to section 502(d) of the Bankruptcy Code (the

"Preference-Related Claims").

L.        The Claims listed on Exhibit J are those Scheduled Liabilities held by

Avoidance Defendants in Avoidance Actions brought by the Debtors and/or the Reorganized

Debtors and are subject to potential disallowance pursuant to section 502(d) of the Bankruptcy

Code (the "Preference-Related Scheduled Liabilities").

M.        The Scheduled Liabilities listed on Exhibit K are Scheduled Liabilities

owed in connection with the SERP that the Reorganized Debtors propose to modify so that the

amount in which each such Scheduled Liability is proposed to be modified matches the

Reorganized Debtors' books and records (the "SERP-Related Scheduled Liabilities").

N.        Exhibit L hereto sets forth the formal name of the Debtor entity and its

associated bankruptcy case number referenced on Exhibits A, B, C, and K.  Exhibit M sets forth

each of the Claims referenced on Exhibits A, B, C, D, E, F, G, H, I, J, and K in alphabetical

order by Claimant and cross-references each such Claim by (i) proof of claim number and (ii)

basis of objection.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.        Each Modified And Allowed Claim listed on Exhibit A hereto is hereby

modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As

Allowed" column of Exhibit A.

2.        The Partially Satisfied Claim listed on Exhibit B hereto is hereby modified

and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"

column of Exhibit B.

3.      Each Partially Satisfied Scheduled Liability listed on Exhibit C hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit C.

4.      Each Fully Satisfied Claim listed on Exhibit D hereto is hereby disallowed and expunged in its entirety.

5.      Each MDL-Related Claim listed on Exhibit E hereto is hereby disallowed and expunged to the extent such Claim was not deemed withdrawn pursuant to the MDL Settlement or this Court's orders approving the MDL Settlement.

6.      Each Union Claim listed on Exhibit F hereto is hereby disallowed and expunged in its entirety.

7.      Each Personal Injury Claim listed on Exhibit G hereto is hereby disallowed and expunged in its entirety.

8.      The Duplicate Claim listed on Exhibit H hereto is hereby disallowed and expunged in its entirety.

9.      The Reorganized Debtors' objection to each Preference-Related Claim listed on Exhibit I hereto pursuant to section 502(d) of the Bankruptcy Code is hereby deemed preserved pending the conclusion of the Avoidance Action related to such Preference-Related Claim.

10.      The Reorganized Debtors' objection to each Preference-Related Scheduled Liability listed on Exhibit J hereto pursuant to section 502(d) of the Bankruptcy Code is hereby deemed preserved pending the conclusion of the Avoidance Action related to such Preference-Related Scheduled Liability.

11.    Each SERP-Related Scheduled Liability listed on <u>Exhibit K</u> hereto is hereby modified to reflect the amount listed in the "Claim As Modified" column of <u>Exhibit K.</u>

12.    Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Forty-Fourth Omnibus Claims Objection except as such claims may have been settled and allowed.

13.    This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Forty-Fourth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

14.    Each of the objections by the Reorganized Debtors to each Claim addressed in the Forty-Fourth Omnibus Claims Objection and attached hereto as <u>Exhibits</u> <u>A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E</u>, <u>F</u>, <u>G</u>, <u>H</u>, <u>I</u>, <u>J</u>, and <u>K</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Forty-Fourth Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

15.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
        March ___, 2010


_____
        UNITED STATES BANKRUPTCY JUDGE

7

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Forty-Fourth Omnibus Claims Objection

## EXHIBIT A - MODIFIED AND ALLOWED CLAIMS

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 15624<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ALABAMA WORKERS COMPENSATION SELF INSURERS GUARANTY ASSOCIATION INC<br>MAYNARD COOPER & GALE PC<br>1901 6TH AVE N STE 2400<br>BIRMINGHAM, AL 35203 | Claim Holder Name<br>ALABAMA WORKERS COMPENSATION SELF INSURERS GUARANTY ASSOCIATION INC<br>MAYNARD COOPER & GALE PC<br>1901 6TH AVE N STE 2400<br>BIRMINGHAM, AL 35203<br><br>Docketed Total: UNL | | | | | | | |
| | **Case Number***<br>05-44640 | Secured | Priority | Unsecured<br>UNL<br>UNL | **Case Number***<br>05-44640<br>Allowed Total: $1,264,902.78 | Secured | Priority | Unsecured<br>$1,264,902.78<br>$1,264,902.78 |
| Claim: 10582<br>Date Filed: 07/25/2006<br>Docketed Total: $25,577,870.48<br>Filing Creditor Name:<br>BATTENBERG III J T | Claim Holder Name<br>BATTENBERG III J T<br><br>Docketed Total: $25,577,870.48 | | | | | | | |
| | **Case Number***<br>05-44481 | Secured | Priority<br>$10,000.00<br>$10,000.00 | Unsecured<br>$25,567,870.48<br>$25,567,870.48 | **Case Number***<br>05-44481<br>Allowed Total: $21,959,868.20 | Secured | Priority<br>$0.00<br>$0.00 | Unsecured<br>$21,959,868.20<br>$21,959,868.20 |

Total Claims To Be Allowed: 2
Total Amount As Docketed: $25,577,870.48
Total Amount As Allowed: $23,224,770.98

*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**    "UNL" denotes an unliquidated claim.
***   See Exhibit L for a listing of debtor entities by case number.

Page 1 of 1

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Fourty-Fourth Omnibus Claim Objection**

**EXHIBIT B - PARTIALLY SATISFIED CLAIM**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 1165
Date Filed: 12/14/2005
Docketed Total: $1,280,342.50
Filing Creditor Name:
ATMEL CORPORATION
2325 ORCHARD PKWY
SAN JOSE, CA 95131

**CLAIM AS DOCKETED**

Claim Holder Name
ATMEL CORPORATION
2325 ORCHARD PKWY
SAN JOSE, CA 95131

Docketed Total: $1,280,342.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $1,280,342.50 |
| | | | $1,280,342.50 |

**CLAIM AS ALLOWED**

Allowed Total: $616,512.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44539 | | | $46,512.00 |
| 05-44640 | | | $570,000.00 |
| | | | $616,512.00 |

Total Claims To Be Allowed: 1
Total Amount As Docketed:     $1,280,342.50
Total Amount As Allowed:      $616,512.00

*    See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | | | | | | | | | |
| | | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured | |
| Scheduled Liability: 10395881<br>Date Filed: 01/20/2006<br>Docketed Total: $8,678.36<br>Filing Creditor Name:<br>A MAIER PRAEZISION GMBH EFT<br>GEWERBEHALLESTR 1-3<br>78112<br>ST GEORGEN, GERMANY | A MAIER PRAEZISION GMBH EFT<br><br>Docketed Total: $8,678.36 | 05-44640 | | | $8,678.36<br>$8,678.36 | 05-44640<br>Allowed Total: $4,339.18 | | | $4,339.18<br>$4,339.18 | |
| Scheduled Liability: 10395922<br>Date Filed: 01/20/2006<br>Docketed Total: $5,292.00<br>Filing Creditor Name:<br>ABRACON CORPORATION<br>29 JOURNEY<br>ALISO VIEJO, CA 92656 | ABRACON CORPORATION<br><br>Docketed Total: $5,292.00 | 05-44640 | | | $5,292.00<br>$5,292.00 | 05-44640<br>Allowed Total: $2,646.00 | | | $2,646.00<br>$2,646.00 | |
| Scheduled Liability: 10396125<br>Date Filed: 01/20/2006<br>Docketed Total: $187,932.79<br>Filing Creditor Name:<br>ALLAN TOOL & MACHINE CO INC<br>1822 E MAPLE RD<br>TROY, MI 48083 | ALLAN TOOL & MACHINE CO INC<br><br>Docketed Total: $187,932.79 | 05-44640 | | | $187,932.79<br>$187,932.79 | 05-44640<br>Allowed Total: $181,870.79 | | | $181,870.79<br>$181,870.79 | |
| Scheduled Liability: 10407381<br>Date Filed: 04/12/2006<br>Docketed Total: $93,287.84<br>Filing Creditor Name:<br>AMKOR ELECTRONICS INC<br>1345 ENTERPRISE DR<br>WEST CHESTER, PA 19380 | ASM CAPITAL LP<br><br>Docketed Total: $93,287.84 | 05-44640 | | | $93,287.84<br>$93,287.84 | 05-44640<br>Allowed Total: $17,260.53 | | | $17,260.53<br>$17,260.53 | |

\* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C – PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Scheduled Liability: 10396257<br>Date Filed: 01/20/2006<br>Docketed Total: $36,769.72<br>Filing Creditor Name:<br>AMTEC PRECISION PRODUCTS INC<br>1355 HOLMES RD<br>ELGIN, IL 60123 | Creditor Name<br>AMTEC PRECISION PRODUCTS INC | | Docketed Total: | $36,769.72<br>$36,769.72 | | | | Allowed Total: | $25,997.92<br>$25,997.92 | |
| | Case Number*<br>05-44640 | | | $36,769.72 | | Case Number*<br>05-44640 | | | $25,997.92 | |
| Scheduled Liability: 10394291<br>Date Filed: 01/20/2006<br>Docketed Total: $1,528.69<br>Filing Creditor Name:<br>ANIXTER<br>2540 S. SARAH AVE.<br>FRESNO, CA 93706 | Creditor Name<br>ANIXTER | | Docketed Total: | $1,528.69<br>$1,528.69 | | | | Allowed Total: | $196.01<br>$196.01 | |
| | Case Number*<br>05-44507 | | | $1,528.69 | | Case Number*<br>05-44507 | | | $196.01 | |
| Scheduled Liability: 10416989<br>Date Filed: 10/10/2008<br>Docketed Total: $28,659.96<br>Filing Creditor Name:<br>ARGENT AUTOMOTIVE SYSTEMS INC<br>PO BOX 67000 DEPT 99401<br>DETROIT, MI 482670994 | Creditor Name<br>ASM CAPITAL LP | | Docketed Total: | $28,659.96<br>$28,659.96 | | | | Allowed Total: | $18,434.38<br>$18,434.38 | |
| | Case Number*<br>05-44640 | | | $28,659.96 | | Case Number*<br>05-44640 | | | $18,434.38 | |
| Scheduled Liability: 10396342<br>Date Filed: 01/20/2006<br>Docketed Total: $1,038.80<br>Filing Creditor Name:<br>ARK TECHNOLOGIES INC<br>6536 EAGLE WAY<br>CHICAGO, IL 606781653 | Creditor Name<br>ARK TECHNOLOGIES INC | | Docketed Total: | $1,038.80<br>$1,038.80 | | | | Allowed Total: | $852.80<br>$852.80 | |
| | Case Number*<br>05-44640 | | | $1,038.80 | | Case Number*<br>05-44640 | | | $852.80 | |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10417035<br>Date Filed: 10/7/2008<br>Docketed Total: $24,068.80<br>Filing Creditor Name:<br>ARMSTRONG INDUSTRIAL CORP LTD<br>531 BUKIT BATOK ST 23<br>659547<br>ST GEORGEN, 659547<br>SINGAPORE | Creditor Name<br>ARMSTRONG INDUSTRIAL CORP LTD<br>Case Number*: 05-44640<br>Docketed Total: $24,068.80<br>Secured ___  Priority ___  Unsecured $24,068.80<br>$24,068.80 | Allowed Total: $16,727.80<br>Case Number*: 05-44640<br>Secured ___  Priority ___  Unsecured $16,727.80<br>$16,727.80 |
| Scheduled Liability: 10417441<br>Date Filed: 04/12/2006<br>Docketed Total: $32,528.56<br>Filing Creditor Name:<br>AUTOMATIC SPRING PRODUCTS EFT CORP<br>PO BOX 79001<br>DETROIT, MI 482791075 | Creditor Name<br>ASM CAPITAL LP<br>Case Number*: 05-44640<br>Docketed Total: $32,528.56<br>Secured ___  Priority ___  Unsecured $32,528.56<br>$32,528.56 | Allowed Total: $31,868.56<br>Case Number*: 05-44640<br>Secured ___  Priority ___  Unsecured $31,868.56<br>$31,868.56 |
| Scheduled Liability: 10407189<br>Date Filed: 04/12/2006<br>Docketed Total: $57,770.10<br>Filing Creditor Name:<br>AUTOSPLICE, INC<br>PO BOX 27189<br>SANTA ANA, CA 927997189 | Creditor Name<br>AUTOSPLICE, INC<br>Case Number*: 05-44567<br>Docketed Total: $57,770.10<br>Secured ___  Priority ___  Unsecured $57,770.10<br>$57,770.10 | Allowed Total: $27,623.95<br>Case Number*: 05-44567<br>Secured ___  Priority ___  Unsecured $27,623.95<br>$27,623.95 |
| Scheduled Liability: 10396531<br>Date Filed: 01/20/2006<br>Docketed Total: $18,030.08<br>Filing Creditor Name:<br>BALLY RIBBON MILLS<br>23 N 7TH S<br>BALLY, PA 19503 | Creditor Name<br>MADISON INVESTMENT TRUST SERIES 38<br>Case Number*: 05-44640<br>Docketed Total: $18,030.08<br>Secured ___  Priority ___  Unsecured $18,030.08<br>$18,030.08 | Allowed Total: $3,636.08<br>Case Number*: 05-44640<br>Secured ___  Priority ___  Unsecured $3,636.08<br>$3,636.08 |

\* See Exhibit I, for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10396556 | ARGO PARTNERS | | | Docketed Total: | $18,375.00 | | | | Allowed Total: | $9,187.50 |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Docketed Total: $18,375.00 | | | | | $18,375.00 | | | | | $9,187.50 |
| Filing Creditor Name: | Case Number* | | | | $18,375.00 | Case Number* | | | | $9,187.50 |
| BARRY INDUSTRIES INC | 05-44640 | | | | | 05-44640 | | | | |
| PO BOX 1326 | | | | | | | | | | |
| ATTLEBORO FALLS, MA 02763 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10396732 | BRIGHT HEADPHONE ELECTRONICS CO | | | Docketed Total: | $28,212.48 | | | | Allowed Total: | $910.08 |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Docketed Total: $28,212.48 | | | | | $28,212.48 | | | | | $910.08 |
| Filing Creditor Name: | Case Number* | | | | $28,212.48 | Case Number* | | | | $910.08 |
| BRIGHT HEADPHONE ELECTRONICS CO | 05-44640 | | | | | 05-44640 | | | | |
| 8TH FL NO 109 LI DE ST | | | | | | | | | | |
| TAIPEI | | | | | | | | | | |
| CHUNG HO CITY, R O C 235 | | | | | | | | | | |
| TAIWAN, PROVINCE OF CHINA | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10396820 | ASM CAPITAL LP | | | Docketed Total: | $66,999.17 | | | | Allowed Total: | $65,288.17 |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Docketed Total: $66,999.17 | | | | | $66,999.17 | | | | | $65,288.17 |
| Filing Creditor Name: | Case Number* | | | | $66,999.17 | Case Number* | | | | $65,288.17 |
| CALDWELL INDUSTRIES INC | 05-44640 | | | | | 05-44640 | | | | |
| 2351 NEW MILLENNIUM DRIVE | | | | | | | | | | |
| LOUISVILLE, KY 40216 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10397014 | CHIPPAC LTD | | | Docketed Total: | $45,708.59 | | | | Allowed Total: | $6,820.59 |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Docketed Total: $45,708.59 | | | | | $45,708.59 | | | | | $6,820.59 |
| Filing Creditor Name: | Case Number* | | | | $45,708.59 | Case Number* | | | | $6,820.59 |
| CHIPPAC LTD | 05-44640 | | | | | 05-44640 | | | | |
| 47400 KATO RD | | | | | | | | | | |
| FREMONT, CA 94538 | | | | | | | | | | |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10397062 | AMROC INVESTMENTS LLC | | | | | | | | | |
| Date Filed: 01/20/2006 | | | Docketed Total: | | $64,197.82 | | | Allowed Total: | | $3,825.42 |
| Docketed Total: $64,197.82 | Case Number* | Secured | Priority | | Unsecured | Case Number* | Secured | Priority | | Unsecured |
| Filing Creditor Name: | 05-44640 | | | | $64,197.82 | 05-44640 | | | | $3,825.42 |
| CIRCLE PROSCO INC | | | | | $64,197.82 | | | | | $3,825.42 |
| PO BOX 391 | | | | | | | | | | |
| COLUMBUS, IN 47201 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10397088 | CLARIANT CORP MASTERBATCHES DIV | | | | | | | | | |
| Date Filed: 01/20/2006 | | | Docketed Total: | | $5,153.20 | | | Allowed Total: | | $2,108.20 |
| Docketed Total: $5,153.20 | Case Number* | Secured | Priority | | Unsecured | Case Number* | Secured | Priority | | Unsecured |
| Filing Creditor Name: | 05-44640 | | | | $5,153.20 | 05-44640 | | | | $2,108.20 |
| CLARIANT CORP MASTERBATCHES DIV | | | | | $5,153.20 | | | | | $2,108.20 |
| 85 INDUSTRIAL DR | | | | | | | | | | |
| HOLDEN, MA 01520 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10415623 | ARGO PARTNERS | | | | | | | | | |
| Date Filed: 10/12/2007 | | | Docketed Total: | | $74,193.08 | | | Allowed Total: | | $57,742.12 |
| Docketed Total: $74,193.08 | Case Number* | Secured | Priority | | Unsecured | Case Number* | Secured | Priority | | Unsecured |
| Filing Creditor Name: | 05-44507 | | | | $74,193.08 | 05-44507 | | | | $57,742.12 |
| COMPUTER OPTICAL PRODUCTS, INC | | | | | $74,193.08 | | | | | $57,742.12 |
| 9174 DEERING AVE. | | | | | | | | | | |
| CHATSWORTH, CA 91311 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10397466 | DEARBORN CDT | | | | | | | | | |
| Date Filed: 01/20/2006 | | | Docketed Total: | | $1,529.85 | | | Allowed Total: | | $168.80 |
| Docketed Total: $1,529.85 | Case Number* | Secured | Priority | | Unsecured | Case Number* | Secured | Priority | | Unsecured |
| Filing Creditor Name: | 05-44640 | | | | $1,529.85 | 05-44640 | | | | $168.80 |
| DEARBORN CDT | | | | | $1,529.85 | | | | | $168.80 |
| 250 W CARPENTER AVE | | | | | | | | | | |
| WHEELING, IL 60090 | | | | | | | | | | |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C – PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name / Case Number* | Secured | Priority | Unsecured | Docketed Total: | Case Number* | Secured | Priority | Unsecured | Allowed Total: |
| Scheduled Liability: 10416959<br>Date Filed: 10/10/2008<br>Docketed Total: $196,954.80<br>Filing Creditor Name:<br>DERBY FABRICATING INC<br>PO BOX 633844<br>CINCINNATI, OH 45263844 | ASM CAPITAL LP<br>05-44640 | | | $196,954.80<br>**$196,954.80** | $196,954.80 | 05-44640 | | | $196,314.72<br>**$196,314.72** | $196,314.72 |
| Scheduled Liability: 10415656<br>Date Filed: 10/12/2007<br>Docketed Total: $27,114.70<br>Filing Creditor Name:<br>DIODES INC<br>PO BOX 2960<br>LOS ANGELES, CA 900510960 | MADISON NICHE OPPORTUNITIES LLC<br>05-44640 | | | $27,114.70<br>**$27,114.70** | $27,114.70 | 05-44640 | | | $26,802.18<br>**$26,802.18** | $26,802.18 |
| Scheduled Liability: 10397855<br>Date Filed: 01/20/2006<br>Docketed Total: $86,320.46<br>Filing Creditor Name:<br>ELLIOTT TAPE INC<br>135 S LASALLE DEPT 6464<br>CHICAGO, IL 606746464 | ASM CAPITAL LP<br>05-44640 | | | $86,320.46<br>**$86,320.46** | $86,320.46 | 05-44640 | | | $48,192.96<br>**$48,192.96** | $48,192.96 |
| Scheduled Liability: 10397932<br>Date Filed: 01/20/2006<br>Docketed Total: $9,828.61<br>Filing Creditor Name:<br>ENRICAU 5A 50 RUE JACQUES BALMAT<br>ZAC DU GRAND BOIS BP 45<br>F 74130<br>VOUGY, FRANCE | ENRICAU 5A 50 RUE JACQUES BALMAT<br>05-44640 | | | $9,828.61<br>**$9,828.61** | $9,828.61 | 05-44640 | | | $328.10<br>**$328.10** | $328.10 |

\* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| Scheduled Liability: 10398016<br>Date Filed: 01/20/2006<br>Docketed Total: $144,434.01<br>Filing Creditor Name: | F & G TOOL & DIE CO INC<br><br>F & G TOOL & DIE CO INC<br>PO BOX 321<br>WEST CARROLLTON, OH 45449 | | Docketed Total: | $144,434.01 | Case Number* | | Allowed Total: | $111,912.07 |
| | Case Number*<br>05-44640 | | | $144,434.01<br>**$144,434.01** | 05-44640 | | | $111,912.07<br>**$111,912.07** |
| Scheduled Liability: 10394384<br>Date Filed: 01/20/2006<br>Docketed Total: $6,975.05<br>Filing Creditor Name: | ASM CAPITAL LP<br><br>FANSTEEL INTERCAST<br>3600 FORMOSA BUILDING N<br>SUITE 13<br>MC ALLEN, TX 78503 | | Docketed Total: | $6,975.05 | Case Number* | | Allowed Total: | $2,316.49 |
| | Case Number*<br>05-44507 | | | $6,975.05<br>**$6,975.05** | 05-44507 | | | $2,316.49<br>**$2,316.49** |
| Scheduled Liability: 10415591<br>Date Filed: 10/12/2007<br>Docketed Total: $30,768.00<br>Filing Creditor Name: | AMROC INVESTMENTS LLC<br><br>FILTERTEK INC<br>PO BOX 795591<br>ST LOUIS, MO 63179/0795 | | Docketed Total: | $30,768.00 | Case Number* | | Allowed Total: | $29,498.00 |
| | Case Number*<br>05-44640 | | | $30,768.00<br>**$30,768.00** | 05-44640 | | | $29,498.00<br>**$29,498.00** |
| Scheduled Liability: 10407270<br>Date Filed: 04/12/2006<br>Docketed Total: $14,752.80<br>Filing Creditor Name: | FISCHER-TECH LTD<br><br>FISCHER-TECH LTD<br>NO 12 LOYANG WAY<br>4 LAYANG INDUSTRIAL ESTATE<br>SINGAPORE, 507602 | | Docketed Total: | $14,752.80 | Case Number* | | Allowed Total: | $13,816.90 |
| | Case Number*<br>05-44640 | | | $14,752.80<br>**$14,752.80** | 05-44640 | | | $13,816.90<br>**$13,816.90** |

\* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Scheduled Liability: 10407128<br>Date Filed: 04/12/2006<br>Docketed Total: $11,992.20<br>Filing Creditor Name:<br>FRAEN MACHINNING CORP<br>DBA 5WISSTRONICS<br>PO BOX 845046<br>BOSTON, MA 22845046 | FRAEN MACHINNING CORP<br><br>Docketed Total: | 05-44567 | | | $11,992.20<br>$11,992.20<br>**$11,992.20** | Allowed Total: | 05-44567 | | | $1,875.00<br>$1,875.00<br>**$1,875.00** |
| Scheduled Liability: 10393108<br>Date Filed: 01/20/2006<br>Docketed Total: $2,855.63<br>Filing Creditor Name:<br>GENERAL SILICONES<br>14140 LIVE OAK AVENUE UNIT D<br>BALDWIN PARK, CA 91706 | GENERAL SILICONES<br><br>Docketed Total: | 05-44567 | | | $2,855.63<br>$2,855.63<br>**$2,855.63** | Allowed Total: | 05-44567 | | | $1,427.81<br>$1,427.81<br>**$1,427.81** |
| Scheduled Liability: 10407969<br>Date Filed: 04/12/2006<br>Docketed Total: $152,774.28<br>Filing Creditor Name:<br>GENERAL SILICONES EFT<br>14140 LIVE OAK AVE UNIT D<br>BALDWIN PARK, CA 91706 | LONGACRE MASTER FUND LTD<br><br>Docketed Total: | 05-44640 | | | $152,774.28<br>$152,774.28<br>**$152,774.28** | Allowed Total: | 05-44640 | | | $44,667.12<br>$44,667.12<br>**$44,667.12** |
| Scheduled Liability: 10407170<br>Date Filed: 04/12/2006<br>Docketed Total: $8,512.00<br>Filing Creditor Name:<br>GOSHEN DIE CUTTING INC<br>815 LOGAN STREET<br>GOSHEN, IN 46528 | ASM CAPITAL LP<br><br>Docketed Total: | 05-44567 | | | $8,512.00<br>$8,512.00<br>**$8,512.00** | Allowed Total: | 05-44567 | | | $5,992.00<br>$5,992.00<br>**$5,992.00** |

\* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10398566<br>Date Filed: 01/20/2006<br>Docketed Total: $47,454.55<br>Filing Creditor Name:<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP<br>ASSIGNEE AUTOSPLICE INC<br>PO BOX 673305<br>DETROIT, MI 48267305 | Creditor Name<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP<br>Case Number* 05-44640<br>Docketed Total: $47,454.55<br>Secured / Priority / Unsecured $47,454.55<br>Total $47,454.55 | Case Number* 05-44640<br>Allowed Total: $1,215.08<br>Secured / Priority / Unsecured $1,215.08<br>Total $1,215.08 |
| Scheduled Liability: 10398577<br>Date Filed: 01/20/2006<br>Docketed Total: $29,483.00<br>Filing Creditor Name:<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP<br>ASSIGNEE PHOTO INSTRUMENT<br>PO BOX 673305<br>DETROIT, MI 48267305 | Creditor Name<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP<br>Case Number* 05-44640<br>Docketed Total: $29,483.00<br>Secured / Priority / Unsecured $29,483.00<br>Total $29,483.00 | Case Number* 05-44640<br>Allowed Total: $5,070.32<br>Secured / Priority / Unsecured $5,070.32<br>Total $5,070.32 |
| Scheduled Liability: 10415466<br>Date Filed: 10/12/2007<br>Docketed Total: $71,383.69<br>Filing Creditor Name:<br>HEWITT TOOL & DIE INC<br>PO BOX 47<br>OAKFORD, IN 469630047 | Creditor Name<br>HEWITT TOOL & DIE INC<br>Case Number* 05-44640<br>Docketed Total: $71,383.69<br>Secured / Priority / Unsecured $71,383.69<br>Total $71,383.69 | Case Number* 05-44640<br>Allowed Total: $71,011.83<br>Secured / Priority / Unsecured $71,011.83<br>Total $71,011.83 |
| Scheduled Liability: 10407171<br>Date Filed: 04/12/2006<br>Docketed Total: $28,642.64<br>Filing Creditor Name:<br>HITACHI CHEMICAL SINGAPORE PTE<br>M GOTTLIEB ASSOCIATES<br>608 E BOULEVARD<br>KOKOMO, IN 46902 | Creditor Name<br>HITACHI CHEMICAL SINGAPORE PTE<br>Case Number* 05-44567<br>Docketed Total: $28,642.64<br>Secured / Priority / Unsecured $28,642.64<br>Total $28,642.64 | Case Number* 05-44567<br>Allowed Total: $6,718.64<br>Secured / Priority / Unsecured $6,718.64<br>Total $6,718.64 |

\* See Exhibit I for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Scheduled Liability: 10405357<br>Date Filed: 04/12/2006<br>Docketed Total: $23,128.00<br>Filing Creditor Name:<br>HITACHI CHEMICAL SINGAPORE PTE LTD<br>614 E POPLAR ST<br>KOKOMO, IN 46902 | HITACHI CHEMICAL SINGAPORE PTE LTD<br>Case Number*: 05-44610<br>Docketed Total: $23,128.00 | | | $23,128.00<br>$23,128.00 | | Case Number*: 05-44610<br>Allowed Total: $9,051.44 | | | $9,051.44<br>$9,051.44 | |
| Scheduled Liability: 10398809<br>Date Filed: 01/20/2006<br>Docketed Total: $10,862.60<br>Filing Creditor Name:<br>INDIUM CORPORATION OF AMERICA<br>PO BOX 3242<br>BUFFALO, NY 14240 | INDIUM CORPORATION OF AMERICA<br>Case Number*: 05-44640<br>Docketed Total: $10,862.60 | | | $10,862.60<br>$10,862.60 | | Case Number*: 05-44640<br>Allowed Total: $4,562.60 | | | $4,562.60<br>$4,562.60 | |
| Scheduled Liability: 10393119<br>Date Filed: 01/20/2006<br>Docketed Total: $27,074.76<br>Filing Creditor Name:<br>INDUSTRIAL ELECTRIC WIRE INC<br>BOX 88545<br>MILWAUKEE, WI 532880545 | ASM CAPITAL LP<br>Case Number*: 05-44567<br>Docketed Total: $27,074.76 | | | $27,074.76<br>$27,074.76 | | Case Number*: 05-44567<br>Allowed Total: $26,844.76 | | | $26,844.76<br>$26,844.76 | |
| Scheduled Liability: 10398993<br>Date Filed: 01/20/2006<br>Docketed Total: $17,898.69<br>Filing Creditor Name:<br>J P PRODUCTS CO INC<br>720 VANDENBURG ROAD<br>KING OF PRUSSIA, PA 19406 | J P PRODUCTS CO INC<br>Case Number*: 05-44640<br>Docketed Total: $17,898.69 | | | $17,898.69<br>$17,898.69 | | Case Number*: 05-44640<br>Allowed Total: $11,605.43 | | | $11,605.43<br>$11,605.43 | |

\* See Exhibit I, for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | | Docketed Total: | | | | | Allowed Total: | | |
| | | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| Scheduled Liability: 10393126<br>Date Filed: 01/20/2006<br>Docketed Total: $12,731.07<br>Filing Creditor Name:<br>JACKSON SPRING & MFG. CO. INC<br>299 BOND STREET<br>ELK GROVE VILLAGE, IL 60007 | FAIR HARBOR CAPITAL LLC<br><br>Case Number*<br>05-4567 | | | $12,731.07<br>**$12,731.07** | | 05-4567 | | | $314.00<br>**$314.00** | $314.00 |
| Scheduled Liability: 10393013<br>Date Filed: 01/20/2006<br>Docketed Total: $549,607.89<br>Filing Creditor Name:<br>JAE ELECTRONICS<br>142 TECHNOLOGY DR STE 100<br>IRVINE, CA 92618 | ASM CAPITAL II LP<br><br>Case Number*<br>05-44640 | | | $549,607.89<br>**$549,607.89** | | 05-44640 | | | $519,427.67<br>**$519,427.67** | $519,427.67 |
| Scheduled Liability: 10393127<br>Date Filed: 01/20/2006<br>Docketed Total: $27,050.86<br>Filing Creditor Name:<br>K O A SPEER ELECTRONICS INC<br>K5 E CAPITAL CORPORATION<br>PO BOX 711769<br>CINCINNATI, OH 452711769 | K O A SPEER ELECTRONICS INC<br><br>Case Number*<br>05-4567 | | | $27,050.86<br>**$27,050.86** | | 05-4567 | | | $14,672.70<br>**$14,672.70** | $14,672.70 |
| Scheduled Liability: 10407175<br>Date Filed: 04/12/2006<br>Docketed Total: $3,564.74<br>Filing Creditor Name:<br>KEATS SOUTHWEST<br>11425 ROJAS<br>EL PASO, TX 799366424 | KEATS SOUTHWEST<br><br>Case Number*<br>05-4567 | | | $3,564.74<br>**$3,564.74** | | 05-4567 | | | $1,130.50<br>**$1,130.50** | $1,130.50 |

\* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name / Case Number* | Secured | Priority | Unsecured | Creditor Name / Case Number* | Secured | Priority | Unsecured |
| Scheduled Liability: 10394441<br>Date Filed: 01/20/2006<br>Docketed Total: $18,500.00<br>Filing Creditor Name:<br>KERK MOTION PRODUCTS<br>1 KERK DR.<br>HOLLIS, NH 03049 | KERK MOTION PRODUCTS<br><br>05-44507 | | Docketed Total: | $18,500.00<br>$18,500.00<br>$18,500.00 | KERK MOTION PRODUCTS<br><br>05-44507 | | Allowed Total: | $755.00<br>$755.00<br>$755.00 |
| Scheduled Liability: 10399208<br>Date Filed: 01/20/2006<br>Docketed Total: $422,229.72<br>Filing Creditor Name:<br>KILIAN MFG CORP<br>PO BOX 1450 NW 5529<br>MINNEAPOLIS, MN 554855529 | LONGACRE MASTER FUND LTD<br><br>05-44640 | | Docketed Total: | $422,229.72<br>$422,229.72<br>$422,229.72 | | | Allowed Total: | $219,511.92<br>$219,511.92<br>$219,511.92 |
| Scheduled Liability: 10405364<br>Date Filed: 04/12/2006<br>Docketed Total: $10,614.48<br>Filing Creditor Name:<br>KOA EUROPE GMBH<br>KADDENBUSCH 6<br>DAEGELING, 25578<br>GERMANY | KOA EUROPE GMBH<br><br>05-44610 | | Docketed Total: | $10,614.48<br>$10,614.48<br>$10,614.48 | | | Allowed Total: | $5,651.34<br>$5,651.34<br>$5,651.34 |
| Scheduled Liability: 10415483<br>Date Filed: 10/12/2007<br>Docketed Total: $1,942,709.39<br>Filing Creditor Name:<br>KOA SPEER ELECTRONICS INC<br>ACCOUNTS RECEIVABLE<br>PO BOX 547<br>BRADFORD, PA 16701 | KOA SPEER ELECTRONICS INC<br><br>05-44640 | | Docketed Total: | $1,942,709.39<br>$1,942,709.39<br>$1,942,709.39 | | | Allowed Total: | $807,655.30<br>$807,655.30<br>$807,655.30 |

\* See Exhibit I for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Docketed Total: | | | $749.48 | | Allowed Total: | | | $6.65 |
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Scheduled Liability: 10399237 Date Filed: 01/20/2006 Docketed Total: $749.48 Filing Creditor Name: KODA STANZ UND BIEGETECHNIK GMBH PO BOX 12 02 53 D 44292 DORTMUND, GERMANY | KODA STANZ UND BIEGETECHNIK GMBH | | | $749.48 **$749.48** | | | | | $6.65 **$6.65** | |
| | Case Number* 05-44640 | | | | | | Case Number* 05-44640 | | | |
| | Creditor Name | Docketed Total: | | | $162,625.12 | | Allowed Total: | | | $111,181.71 |
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Scheduled Liability: 10399358 Date Filed: 01/20/2006 Docketed Total: $162,625.12 Filing Creditor Name: LDM TECHNOLOGIES DRAWER 67 894 DETROIT, MI 48327 | LDM TECHNOLOGIES | | | $162,625.12 **$162,625.12** | | | | | $111,181.71 **$111,181.71** | |
| | Case Number* 05-44640 | | | | | | Case Number* 05-44640 | | | |
| | Creditor Name | Docketed Total: | | | $178,974.20 | | Allowed Total: | | | $3,625.63 |
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Scheduled Liability: 10415489 Date Filed: 10/12/2007 Docketed Total: $178,974.20 Filing Creditor Name: LINEAR TECHNOLOGY CORP 1630 MC CARTHY BLVD MILPITAS, CA 950357487 | LINEAR TECHNOLOGY CORP | | | $178,974.20 **$178,974.20** | | | | | $3,625.63 **$3,625.63** | |
| | Case Number* 05-44640 | | | | | | Case Number* 05-44640 | | | |
| | Creditor Name | Docketed Total: | | | $3,465.00 | | Allowed Total: | | | $1,732.50 |
| | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Scheduled Liability: 10393414 Date Filed: 01/20/2006 Docketed Total: $3,465.00 Filing Creditor Name: LUMEX INC 290 E HELEN RD PALATINE, IL 60067 | LUMEX INC | | | $3,465.00 **$3,465.00** | | | | | $1,732.50 **$1,732.50** | |
| | Case Number* 05-44567 | | | | | | Case Number* 05-44567 | | | |

\* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| Scheduled Liability: 10399513<br>Date Filed: 01/20/2006<br>Docketed Total: $10,039.20<br>Filing Creditor Name:<br>M RON CORP*<br>6050 N 52ND AVE<br>GLENDALE, AZ 85301 | AMROC INVESTMENTS LLC<br><br>Docketed Total: | | | $10,039.20<br>$10,039.20<br>$10,039.20 | 05-44640 | | Allowed Total: | $5,319.40<br>$5,319.40<br>$5,319.40 |
| Scheduled Liability: 10399670<br>Date Filed: 01/20/2006<br>Docketed Total: $12,773.62<br>Filing Creditor Name:<br>MCCOURT LABEL CABINET CO<br>EFT<br>PO BOX 79001<br>DETROIT, MI 482791562 | MCCOURT LABEL CABINET CO EFT<br><br>Docketed Total: | | | $12,773.62<br>$12,773.62<br>$12,773.62 | 05-44640 | | Allowed Total: | $12,580.90<br>$12,580.90<br>$12,580.90 |
| Scheduled Liability: 10399702<br>Date Filed: 01/20/2006<br>Docketed Total: $110,714.89<br>Filing Creditor Name:<br>MECHANICAL & INDUSTRIAL<br>FASTENERS MIFAST<br>PO BOX 809153<br>CHICAGO, IL 606809153 | HAIN CAPITAL HOLDINGS LLC<br><br>Docketed Total: | | | $110,714.89<br>$110,714.89<br>$110,714.89 | 05-44640 | | Allowed Total: | $74,927.42<br>$74,927.42<br>$74,927.42 |

\* See Exhibit I for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | **Creditor Name** | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Scheduled Liability: 10416958<br>Date Filed: 10/10/2008<br>Docketed Total: $315,003.80<br>Filing Creditor Name:<br>MICHIGAN SPRING & STAMPING<br>EFT<br>2700 WICKHAM DR<br>MUSKEGON, MI 49441 | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>Case Number* 05-44640<br>Docketed Total: $315,003.80 | | | $315,003.80<br>$315,003.80 | Case Number* 05-44640<br>Allowed Total: $307,802.15 | | | $307,802.15<br>$307,802.15 |
| Scheduled Liability: 10399813<br>Date Filed: 01/20/2006<br>Docketed Total: $1,927.31<br>Filing Creditor Name:<br>MICRO STAMPING CORP<br>140 BELMONT DRIVE<br>SOMERSET, NJ 08873 | MICRO STAMPING CORP<br>Case Number* 05-44640<br>Docketed Total: $1,927.31 | | | $1,927.31<br>$1,927.31 | Case Number* 05-44640<br>Allowed Total: $1,746.53 | | | $1,746.53<br>$1,746.53 |
| Scheduled Liability: 10399923<br>Date Filed: 01/20/2006<br>Docketed Total: $1,790.69<br>Filing Creditor Name:<br>MOCAP INC<br>PO BOX 60351<br>SAINT LOUIS, MO 631660351 | SIERRA LIQUIDITY FUND<br>Case Number* 05-44640<br>Docketed Total: $1,790.69 | | | $1,790.69<br>$1,790.69 | Case Number* 05-44640<br>Allowed Total: $1,519.44 | | | $1,519.44<br>$1,519.44 |

* See Exhibit I for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Case Number* | Secured | Priority | Unsecured | Docketed Total: | Case Number* | Secured | Priority | Unsecured | Allowed Total: |
| Scheduled Liability: 10400044<br>Date Filed: 01/20/2006<br>Docketed Total: $3,145.46<br>Filing Creditor Name: | ASM CAPITAL LP<br><br>MYERS SPRING CO INC<br>720 WATER ST<br>LOGANSPORT, IN 46947 | 05-44640 | | | $3,145.46<br>**$3,145.46** | **$3,145.46** | 05-44640 | | | $2,287.63<br>**$2,287.63** | **$2,287.63** |
| Scheduled Liability: 10400161<br>Date Filed: 01/20/2006<br>Docketed Total: $13,682.62<br>Filing Creditor Name: | HAIN CAPITAL HOLDINGS LLC<br><br>NIAGARA PLASTICS LLC<br>7090 EDINBORO RD<br>ERIE, PA 16509 | 05-44640 | | | $13,682.62<br>**$13,682.62** | **$13,682.62** | 05-44640 | | | $10,607.85<br>**$10,607.85** | **$10,607.85** |
| Scheduled Liability: 10407212<br>Date Filed: 04/12/2006<br>Docketed Total: $287.97<br>Filing Creditor Name: | OHIO FASTENERS & TOOL INC<br><br>OHIO FASTENERS & TOOL INC<br>915 LAKE ROAD<br>MEDINA, OH 44258 | 05-44567 | | | $287.97<br>**$287.97** | **$287.97** | 05-44567 | | | $143.98<br>**$143.98** | **$143.98** |
| Scheduled Liability: 10393257<br>Date Filed: 01/20/2006<br>Docketed Total: $1,543.90<br>Filing Creditor Name: | FAIR HARBOR CAPITAL LLC<br><br>PESA LABELING SYSTEM CORP<br>275 KINGS HWY #104<br>BROWNSVILLE, TX 78521 | 05-44567 | | | $1,543.90<br>**$1,543.90** | **$1,543.90** | 05-44567 | | | $1,441.00<br>**$1,441.00** | **$1,441.00** |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Scheduled Liability: 10408631<br>Date Filed: 04/12/2006<br>Docketed Total: $35,073.02<br>Filing Creditor Name:<br>POLYMETALLURGICAL CORP<br>PO BOX 3249<br>NO ATTLEBORO, MA 02761 | REDROCK CAPITAL PARTNERS LLC<br><br>Case Number* 05-44640<br>Docketed Total: | | | $35,073.02<br>$35,073.02<br>$35,073.02 | | Allowed Total:<br><br>Case Number* 05-44640 | | | $8,388.12<br>$8,388.12<br>$8,388.12 | |
| Scheduled Liability: 10415735<br>Date Filed: 10/12/2007<br>Docketed Total: $423,958.23<br>Filing Creditor Name:<br>PRIDGEON & CLAY INC<br>50 COTTAGE GROVE SW<br>GRAND RAPIDS, MI 49507 | ARGO PARTNERS<br><br>Case Number* 05-44640<br>Docketed Total: | | | $423,958.23<br>$423,958.23<br>$423,958.23 | | Allowed Total:<br><br>Case Number* 05-44640 | | | $393,150.78<br>$393,150.78<br>$393,150.78 | |
| Scheduled Liability: 10408670<br>Date Filed: 04/12/2006<br>Docketed Total: $28,087.93<br>Filing Creditor Name:<br>PROTECTIVE CLOSURES CO INC<br>EFT CAPLUGS DIV<br>2150 ELMWOOD AVE<br>BUFFALO, NY 14207 | HAIN CAPITAL HOLDINGS LLC<br><br>Case Number* 05-44640<br>Docketed Total: | | | $28,087.93<br>$28,087.93<br>$28,087.93 | | Allowed Total:<br><br>Case Number* 05-44640 | | | $10,393.94<br>$10,393.94<br>$10,393.94 | |
| Scheduled Liability: 10407183<br>Date Filed: 04/12/2006<br>Docketed Total: $17,812.00<br>Filing Creditor Name:<br>RAYCHEM CORPORATION<br>DIV OF TYCO ELEC - PTC DIV<br>300 CONSTITUTION DRIVE<br>MENLO PARK, CA 94025 | RAYCHEM CORPORATION<br><br>Case Number* 05-44567<br>Docketed Total: | | | $17,812.00<br>$17,812.00<br>$17,812.00 | | Allowed Total:<br><br>Case Number* 05-44567 | | | $8,906.00<br>$8,906.00<br>$8,906.00 | |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
| Scheduled Liability: 10400957<br>Date Filed: 01/20/2006<br>Docketed Total: $53,087.04<br>Filing Creditor Name: | AMROC INVESTMENTS LLC<br><br>REM ELECTRONICS SUPPLY CO INC<br>PO BOX 831<br>WARREN, OH 44482 | Docketed Total:<br>05-44640 | | | $53,087.04<br>$53,087.04<br>**$53,087.04** | Allowed Total: | 05-44640 | | | $50,768.12<br>$50,768.12<br>**$50,768.12** |
| Scheduled Liability: 10393460<br>Date Filed: 01/20/2006<br>Docketed Total: $1,570.00<br>Filing Creditor Name: | RF MONOLITHICS INC<br><br>RF MONOLITHICS INC<br>4347 SIGMA ROAD<br>DALLAS, TX 75244 | Docketed Total:<br>05-44567 | | | $1,570.00<br>$1,570.00<br>**$1,570.00** | Allowed Total: | 05-44567 | | | $400.00<br>$400.00<br>**$400.00** |
| Scheduled Liability: 10415479<br>Date Filed: 10/12/2007<br>Docketed Total: $378,614.20<br>Filing Creditor Name: | ASM CAPITAL II LP<br><br>RF MONOLITHICS INC<br>PO BOX 201106<br>DALLAS, TX 753201106 | Docketed Total:<br>05-44640 | | | $378,614.20<br>$378,614.20<br>**$378,614.20** | Allowed Total: | 05-44640 | | | $335,868.99<br>$335,868.99<br>**$335,868.99** |
| Scheduled Liability: 10394518<br>Date Filed: 01/20/2006<br>Docketed Total: $5,875.71<br>Filing Creditor Name: | ASM CAPITAL LP<br><br>RINO MECHANICAL<br>216 C. NORTH MAIN STREET<br>FREEPORT, NY | Docketed Total:<br>05-44507 | | | $5,875.71<br>$5,875.71<br>**$5,875.71** | Allowed Total: | 05-44507 | | | $3,885.39<br>$3,885.39<br>**$3,885.39** |

\* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Case Number* | Secured | Priority | Unsecured | Docketed Total: | Case Number* | Secured | Priority | Unsecured | Allowed Total: |
| Scheduled Liability: 10410739<br>Date Filed: 04/12/2006<br>Docketed Total: $5,788.96<br>Filing Creditor Name: | ROTATION ENGINEERING<br><br>ROTATION ENGINEERING<br>8800 XYLON AVENUE NORTH<br>BROOKLYN PARK, MN 55445 | 05-44507 | | | $5,788.96<br>$5,788.96 | $5,788.96 | 05-44507 | | | $3,373.79<br>$3,373.79 | $3,373.79 |
| Scheduled Liability: 10401311<br>Date Filed: 01/20/2006<br>Docketed Total: $468,028.94<br>Filing Creditor Name: | SG INDUSTRIES INC<br><br>SG INDUSTRIES INC<br>9113 MACON RD<br>CORDOVA, TN 38016 | 05-44640 | | | $468,028.94<br>$468,028.94 | $468,028.94 | 05-44640 | | | $313,528.68<br>$313,528.68 | $313,528.68 |
| Scheduled Liability: 10393473<br>Date Filed: 01/20/2006<br>Docketed Total: $9,341.50<br>Filing Creditor Name: | SPARTECH POLYCOM<br><br>SPARTECH POLYCOM<br>470 JOHNSON ROAD<br>CHICAGO, IL 60693 | 05-44567 | | | $9,341.50<br>$9,341.50 | $9,341.50 | 05-44567 | | | $4,760.00<br>$4,760.00 | $4,760.00 |
| Scheduled Liability: 10401539<br>Date Filed: 01/20/2006<br>Docketed Total: $6,142.84<br>Filing Creditor Name: | SPIROL INTERNATIONAL CORP EFT<br><br>SPIROL INTERNATIONAL CORP<br>EFT<br>DEPT CH 14018<br>PALATINE, IL 600554018 | 05-44640 | | | $6,142.84<br>$6,142.84 | $6,142.84 | 05-44640 | | | $6,001.73<br>$6,001.73 | $6,001.73 |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Scheduled Liability: 10401548<br>Date Filed: 01/20/2006<br>Docketed Total: $5,965.16<br>Filing Creditor Name:<br>SPRINGCO METAL COATINGS INC<br>12500 ELMWOOD AVE<br>CLEVELAND, OH 44111 | SIERRA LIQUIDITY FUND<br><br>Case Number* 05-44640 | | Docketed Total: | $5,965.16<br>$5,965.16<br>$5,965.16 | Case Number* 05-44640 | | Allowed Total: | $2,358.76<br>$2,358.76<br>$2,358.76 |
| Scheduled Liability: 10393477<br>Date Filed: 01/20/2006<br>Docketed Total: $2,106.00<br>Filing Creditor Name:<br>STAR MICRONICS AMERICA INC<br>1150 KING GEORGES POST ROAD<br>EDISON, NJ 8837 | STAR MICRONICS AMERICA INC<br><br>Case Number* 05-44567 | | Docketed Total: | $2,106.00<br>$2,106.00<br>$2,106.00 | Case Number* 05-44567 | | Allowed Total: | $1,053.00<br>$1,053.00<br>$1,053.00 |
| Scheduled Liability: 10401589<br>Date Filed: 01/20/2006<br>Docketed Total: $6,800.00<br>Filing Creditor Name:<br>STAR MICRONICS AMERICA INC EFT<br>CREDIT DEPT<br>PO BOX 11345<br>NEW BRUNSWICK, NJ 089069972 | STAR MICRONICS AMERICA INC EFT<br><br>Case Number* 05-44640 | | Docketed Total: | $6,800.00<br>$6,800.00<br>$6,800.00 | Case Number* 05-44640 | | Allowed Total: | $1,100.00<br>$1,100.00<br>$1,100.00 |
| Scheduled Liability: 10407714<br>Date Filed: 04/12/2006<br>Docketed Total: $24,293.51<br>Filing Creditor Name:<br>STERLING SPRING LLC<br>PO BOX 97265<br>CHICAGO, IL 606907265 | GOLDMAN SACHS CREDIT PARTNERS LP<br><br>Case Number* 05-44567 | | Docketed Total: | $24,293.51<br>$24,293.51<br>$24,293.51 | Case Number* 05-44567 | | Allowed Total: | $355.50<br>$355.50<br>$355.50 |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name | | Docketed Total: | $8,571.42 | | | Allowed Total: | $4,285.71 |
| Scheduled Liability: 10401762 | TAIYO YUDEN SINGAPORE PTE LTD | | | | | | | |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $8,571.42 | | | | $8,571.42 | | | | $4,285.71 |
| Filing Creditor Name: | Case Number* | | | | Case Number* | | | |
| TAIYO YUDEN SINGAPORE PTE LTD | 05-44640 | | | **$8,571.42** | 05-44640 | | | **$4,285.71** |
| 19 JOO KOON CIRCLE | | | | | | | | |
| JURONG TOWN | | | | | | | | |
| 629051, SINGAPORE | | | | | | | | |
| | Creditor Name | | Docketed Total: | $6,005.84 | | | Allowed Total: | $4,312.91 |
| Scheduled Liability: 10401764 | TAKUMI STAMPING INC | | | | | | | |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $6,005.84 | | | | $6,005.84 | | | | $4,312.91 |
| Filing Creditor Name: | Case Number* | | | | Case Number* | | | |
| TAKUMI STAMPING INC | 05-44640 | | | **$6,005.84** | 05-44640 | | | **$4,312.91** |
| 8955 SEWARD ROAD | | | | | | | | |
| FAIRFIELD, OH 45011 | | | | | | | | |
| | Creditor Name | | Docketed Total: | $62,085.07 | | | Allowed Total: | $51,728.12 |
| Scheduled Liability: 10401845 | AMROC INVESTMENTS LLC | | | | | | | |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $62,085.07 | | | | $62,085.07 | | | | $51,728.12 |
| Filing Creditor Name: | Case Number* | | | | Case Number* | | | |
| TELAMON CORPORATION | 05-44640 | | | **$62,085.07** | 05-44640 | | | **$51,728.12** |
| 5341 PAYSPHERE CIRCLE | | | | | | | | |
| CHICAGO, IL 60674 | | | | | | | | |
| | Creditor Name | | Docketed Total: | $7,097.40 | | | Allowed Total: | $5,904.80 |
| Scheduled Liability: 10401888 | TG NORTH AMERICA CORP TG MISSOURI | | | | | | | |
| Date Filed: 01/20/2006 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $7,097.40 | | | | $7,097.40 | | | | $5,904.80 |
| Filing Creditor Name: | Case Number* | | | | Case Number* | | | |
| TG NORTH AMERICA CORP TG MISSOURI | 05-44640 | | | **$7,097.40** | 05-44640 | | | **$5,904.80** |
| PO BOX 67000 DEPT 176101 | | | | | | | | |
| DETROIT, MI 482677261 | | | | | | | | |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

### EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | Docketed Total: | | | | Creditor Name | Allowed Total: | | | |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| Scheduled Liability: 10402019<br>Date Filed: 01/20/2006<br>Docketed Total: $9,150.00<br>Filing Creditor Name:<br>TRANS-TECH INC<br>P O BOX 308<br>FREDERICK, MD 21705/0308 | TRANS-TECH INC | | | **$9,150.00** | | | | | **$5,850.00** | |
| | 05-44640 | | | $9,150.00<br>**$9,150.00** | | 05-44640 | | | $5,850.00<br>**$5,850.00** | |
| Scheduled Liability: 10407193<br>Date Filed: 04/12/2006<br>Docketed Total: $9,727.36<br>Filing Creditor Name:<br>TRANSAMERICA LUBRICANTS INC<br>BLVD. GOMEZ MORIN 9050-C<br>CD. JUAREZ, 32530<br>MEXICO | TRANSAMERICA LUBRICANTS INC | | | **$9,727.36** | | | | | **$346.50** | |
| | 05-44567 | | | $9,727.36<br>**$9,727.36** | | 05-44567 | | | $346.50<br>**$346.50** | |
| Scheduled Liability: 10402071<br>Date Filed: 01/20/2006<br>Docketed Total: $1,310.70<br>Filing Creditor Name:<br>TRUARC CO LLC<br>PO BOX 798001<br>SAINT LOUIS, MO 631798000 | TRUARC CO LLC | | | **$1,310.70** | | | | | **$1,175.15** | |
| | 05-44640 | | | $1,310.70<br>**$1,310.70** | | 05-44640 | | | $1,175.15<br>**$1,175.15** | |
| Scheduled Liability: 10402143<br>Date Filed: 01/20/2006<br>Docketed Total: $91,200.00<br>Filing Creditor Name:<br>ULTRALIFE BATTERIES INC<br>2000 TECHNOLOGY PARKWAY<br>NEWARK, NY 14513 | ULTRALIFE BATTERIES INC | | | **$91,200.00** | | | | | **$45,600.00** | |
| | 05-44640 | | | $91,200.00<br>**$91,200.00** | | 05-44640 | | | $45,600.00<br>**$45,600.00** | |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10402147 | AMROC INVESTMENTS LLC | | | Docketed Total: | $17,511.42 | | | | Allowed Total: | $14,521.72 |
| Date Filed: 01/20/2006 | | | | | | | | | | |
| Docketed Total: $17,511.42 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Filing Creditor Name: | Case Number* | | | | $17,511.42 | Case Number* | | | | $14,521.72 |
| UMPCO INC | 05-44640 | | | | | 05-44640 | | | | |
| PO BOX 5158 | | | | | $17,511.42 | | | | | $14,521.72 |
| GARDEN GROVE, CA 92846 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10415567 | CONTRARIAN FUNDS LLC | | | Docketed Total: | $76,579.24 | | | | Allowed Total: | $76,579.23 |
| Date Filed: 10/12/2007 | | | | | | | | | | |
| Docketed Total: $76,579.24 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Filing Creditor Name: | Case Number* | | | | $76,579.24 | Case Number* | | | | $76,579.23 |
| UNITED INDUSTRIES INC | 05-44640 | | | | | 05-44640 | | | | |
| 135 S LA SALLE DEPT 3920 | | | | | $76,579.24 | | | | | $76,579.23 |
| CHICAGO, IL 606743920 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10402173 | MADISON INVESTMENT TRUST | | | Docketed Total: | $51,735.60 | | | | Allowed Total: | $1,637.30 |
| Date Filed: 01/20/2006 | SERIES 38 | | | | | | | | | |
| Docketed Total: $51,735.60 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Filing Creditor Name: | Case Number* | | | | $51,735.60 | Case Number* | | | | $1,637.30 |
| UNITED METAL PROD CORP EFT | 05-44640 | | | | | 05-44640 | | | | |
| 8101 LYNDON AVENUE | | | | | $51,735.60 | | | | | $1,637.30 |
| DETROIT, MI 48238 | | | | | | | | | | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10402310 | AMROC INVESTMENTS LLC | | | Docketed Total: | $52,786.75 | | | | Allowed Total: | $25,113.13 |
| Date Filed: 01/20/2006 | | | | | | | | | | |
| Docketed Total: $52,786.75 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured | |
| Filing Creditor Name: | Case Number* | | | | $52,786.75 | Case Number* | | | | $25,113.13 |
| VERNAY LABORATORIES INC | 05-44640 | | | | | 05-44640 | | | | |
| EFT | | | | | $52,786.75 | | | | | $25,113.13 |
| P O BOX 310 | | | | | | | | | | |
| YELLOW SPRINGS, OH 45387 | | | | | | | | | | |

* See Exhibit L for a listing of debtor entities by case number.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Fourth Omnibus Claims Objection**

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10407121 Date Filed: 04/12/2006 Docketed Total: $85,195.63 Filing Creditor Name: VICTORY PACKAGING PO BOX 844138 DALLAS, TX 752844138 | VICTORY PACKAGING | | Docketed Total: | | $85,195.63 | | | Allowed Total: | | $1,473.21 |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| | 05-44567 | | | $85,195.63 | | 05-44567 | | | $1,473.21 | |
| | | | | **$85,195.63** | | | | | **$1,473.21** | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10402337 Date Filed: 01/20/2006 Docketed Total: $12,808.47 Filing Creditor Name: VIP-VIRANT DOO KOPRSKA ULICA 88 1000 LJUBLJANA, SLOVENIA | VIP-VIRANT DOO | | Docketed Total: | | $12,808.47 | | | Allowed Total: | | $99.11 |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| | 05-44640 | | | $12,808.47 | | 05-44640 | | | $99.11 | |
| | | | | **$12,808.47** | | | | | **$99.11** | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10411226 Date Filed: 04/12/2006 Docketed Total: $70,456.00 Filing Creditor Name: WAKEFIELD ENGINEERING INC PO BOX 8500 41105 PHILADELPHIA, PA 191788500 | WAKEFIELD ENGINEERING INC | | Docketed Total: | | $70,456.00 | | | Allowed Total: | | $63,626.19 |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| | 05-44640 | | | $70,456.00 | | 05-44640 | | | $63,626.19 | |
| | | | | **$70,456.00** | | | | | **$63,626.19** | |
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10402480 Date Filed: 01/20/2006 Docketed Total: $82,875.60 Filing Creditor Name: WET AUTOMOTIVE CANADA PO BOX 12700 SEATTLE, WA 98101 | ASM CAPITAL II LP | | Docketed Total: | | $82,875.60 | | | Allowed Total: | | $48,031.96 |
| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured | |
| | 05-44640 | | | $82,875.60 | | 05-44640 | | | $48,031.96 | |
| | | | | **$82,875.60** | | | | | **$48,031.96** | |

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | | SCHEDULED LIABILITY AS ALLOWED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name | | | | | | | | | |
| Scheduled Liability: 10402545 | WOCO DE MEXICO SA DE CV AV DE | | Docketed Total: | | $34,865.17 | | | Allowed Total: | | $32,940.17 |
| Date Filed: 01/20/2006 | LAS FUENTES NO 19 PARQUE | | | | | | | | | |
| Docketed Total: $34,865.17 | | | | | | | | | | |
| Filing Creditor Name: | | Secured | Priority | | Unsecured | | Secured | Priority | | Unsecured |
| WOCO DE MEXICO SA DE CV AV | Case Number* | | | | $34,865.17 | Case Number* | | | | $32,940.17 |
| DE LAS FUENTES NO 19 PARQUE | 05-44640 | | | | $34,865.17 | 05-44640 | | | | $32,940.17 |
| INDUSTRIAL BERNARDO | | | | | | | | | | |
| QUINTANA | | | | | | | | | | |
| CP76246 | | | | | | | | | | |
| QUERETARO, MEXICO | | | | | | | | | | |

Total Claims To Be Allowed: 95

Total Amount As Docketed:    $7,705,403.48

Total Amount As Allowed:    $4,728,287.56

* See Exhibit L for a listing of debtor entities by case number.

Page 25 of 25

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACG TRANSFORMACION DE POLIMEROS SA DE CV GUAYAKIRI 624 NAVE 2 76118 LOMA BONITA QUERETARO QRO, MEXICO | 10395954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $918.19<br>$918.19 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS 12 W 37TH ST 9TH FL NEW YORK, NY 10018 | 10396722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,814.14<br>$5,814.14 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS 12 W 37TH ST 9TH FL NEW YORK, NY 10018 | 10415680 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $48,577.09<br>$48,577.09 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL II LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10398231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $211,507.25<br>$211,507.25 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10398443 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,214.25<br>$5,214.25 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10400194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,050.00<br>$2,050.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 10397463 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,872.00<br>$2,872.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUDIO MPEG INC 2800 SHIRLINGTON RD STE 325 ARLINGTON, VA 22206 | 10407435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $147,747.00<br>$147,747.00 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

## EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CALEDON TUBING LTD<br>580 JAMES ST<br>ST MARYS, ON N4X 1A8<br>CANADA | 10396821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $19,592.59<br>$19,592.59 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CITY CHEMICAL CORP<br>139 ALLINGS CROSSING RD<br>WEST HAVEN, NJ 06516 | 10397074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $731.04<br>$731.04 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DAE SUNG ELECTRIC CO LTD<br>743-5 WONGSI-DONG<br>ANSAN KYUNGGI-DO, 425851<br>KOREA, REPUBLIC OF | 10415484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $43,149.03<br>$43,149.03 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| DATWYLER LTD RUBBER &<br>PLASTICS<br>MWST-NR CH 195 654<br>CH-6467 SCHATTDORF<br>GERMANY | 10397435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $66,816.00<br>$66,816.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108 | 10396146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $220.00<br>$220.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIELECTRIC LABORATORIES<br>PO BOX 6660<br>NEW YORK, NY 102496660 | 10397616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,043.72<br>$5,043.72 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIODES INC<br>PO BOX 2960<br>LOS ANGELES, CA 900510960 | 10417031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $236.41<br>$236.41 | 10/10/2008 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ELITE FASTENERS CORP<br>2005 15TH ST.<br>ROCKFORD, IL 61104 | 10393100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,125.00<br>$3,125.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

In re DPH Holdings Corp., et al.                                      Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ELLSWORTH ADHESIVE SYSTEM INC<br>P O BOX 1002<br>GERMANTOWN, WI 530228202 | 10393227 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $846.00<br>$846.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| EXACTO SPRING CORP.<br>P O BOX 24<br>GRAFTON, WI 530240024 | 10393101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $533.00<br>$533.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| FINISHING SERVICES INC<br>877 ANN STREET<br>YPSILANTI, MI 48197 | 10398104 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,144.81<br>$8,144.81 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FISHERCAST GLOBAL CORP<br>710 NEAL DRIVE<br>PETERBOROUGH, ON K9J6X7<br>CANADA | 10407169 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,289.19<br>$13,289.19 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| FOURSLIDES INC<br>1701 E LINCOLN AVE<br>MADISON HEIGHTS, MI 480714175 | 10407929 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $24,308.92<br>$24,308.92 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FRAEN MACHINING<br>PO BOX 84-5046<br>BOSTON, MA 022845046 | 10398187 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,610.45<br>$6,610.45 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HENZE STAMPING & MFG CO<br>31650 STEPHENSON HWY<br>MADISON HTS, MI 48071 | 10398591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,667.50<br>$25,667.50 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IDG INC<br>PO BOX 60879<br>CHARLOTTE, NC 282600879 | 10398752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,892.16<br>$1,892.16 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDUSTRIAL STAMPING & MFG EFT<br>16500 COMMON RD<br>ROSEVILLE, MI 48066 | 10398836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $525.80<br>$525.80 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KENNEDY ACQUISITION INC<br>1700 SUNSET DRIVE<br>PLYMOUTH, WI 53073 | 10399177 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $11,031.57<br>$11,031.57 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KIFICO<br>6-2 CHAAM-DONG CHEONAN SHI<br>CHUNGNAM<br>KOREA, REPUBLIC OF | 10399207 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,435.52<br>$2,435.52 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LUTZ SALES INC<br>4675 TURNBERRY DR<br>HANOVER PARK, IL 601035463 | 10407105 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $262.50<br>$262.50 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 10396186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $31,200.00<br>$31,200.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICHIGAN SPRING & STAMPING PRECISION PRODUCTS GROUP<br>PO BOX 720 2700 WICKHAM DR<br>MUSKEGON, MI 49443 | 10393421 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $834.60<br>$834.60 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICRO COMERCIAL COMPONENTS COR<br>21201 ITASCA ST<br>CHATWORTH, CA 91311 | 10393422 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $595.20<br>$595.20 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICROCHIP TECHNOLOGY INC<br>PO BOX 100799<br>PASADENA, CA 911890799 | 10415547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,128.46<br>$6,128.46 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEXANS AUTOELECTRIC<br>PAVLA KEPKOVA<br>VOHENSTRAUSER STR 20<br>FLOSS, 92685<br>GERMANY | 10407211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,028.80<br>$6,028.80 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| PANASONIC INDUSTRIAL CORP<br>PO BOX 905358<br>CHARLOTTE, NC 282905358 | 10407107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $49,148.54<br>$49,148.54 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| PENN METAL STAMPING INC<br>RT 255<br>PO BOX 221<br>ST MARYS, PA 15857 | 10393444 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $111.92<br>$111.92 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| SHANGHAI AUTOMOBILE<br>AIR-CONDITIONE ACCESSORIES CO<br># 1188 LIAN XI RD PUDONG<br>SHANGHAI,<br>CHINA | 10409255 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $144.23<br>$144.23 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAESUNG RUBBER & CHEMICAL CO LTD<br>157 GONGDAN-DONG GUMI-CITY<br>GYUNGBUK 730-030<br>KOREA, REPUBLIC OF | 10401758 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $35,769.72<br>$35,769.72 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TIPPMANN PROPERTIES<br>9009 COLDWATER RD<br>FT WAYNE, IN 46825 | 10401933 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $28,387.76<br>$28,387.76 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TRADE DEBT NET<br>PO BOX 1487<br>WEST BABYLON, NY 11704 | 10400521 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $415.28<br>$415.28 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| U S MANUFACTURING CORP<br>17717 MASONIC BLVD<br>FRASER, MI 48026 | 10402129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,598.20<br>$8,598.20 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

05-44481-rdd    Doc 19405    Filed 02/08/10    Entered 02/08/10 23:34:10    Main Document

In re DPH Holdings Corp., et al.          Pg 110 of 315        Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WHITLAM LABEL CO IN<br>24800 SHERWOOD AVE<br>CENTERLINE, MI 48015 | 10393182 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$60.00<br>$60.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ZENTRUM MIKROELEKTRONIK<br>DRESDEN AG<br>GRENZSTRASSE 28<br>D 01109 DRESDEN<br>GERMANY | 10402638 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$74,000.00<br>$74,000.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **42** | | **$900,583.84** | | |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

## EXHIBIT E - MDL-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CATHERINE M ROZANSKI<br>DAVID F DUMOUCHEL P25658<br>C/O BUTZEL LONG<br>150 W JEFFERSON STE 100<br>DETROIT, MI 48226 | 12184 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$66,421.85<br>$66,421.85 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| DAWES ALAN S<br>ROBER M STERN ESQ<br>C/O O MELVENY & MYERS LLP<br>1625 EYE STREET NW<br>WASHINGTON, DC 20006 | 13410 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$584,823.05<br>$584,823.05 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I LTD<br>ATTN ILENA L CRUZ ESQ<br>WHITE & CASE LLP<br>200 S BISCAYNE BLVD STE 4900<br>MIAMI, FL 33131-2352 | 14739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHN BLAHNIK<br>C/O MILLER CANFIELD PADDOCK<br>& STONE<br>THOMAS W CRANMER ESQ<br>840 W LONG LAKE RD STE 200<br>TROY, MI 48098 | 12056 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$80,693.20<br>$80,693.20 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| MILAN BELANS<br>C/O CLARK HILL PLC<br>BRYAN H ZAIR AND SUSANNA C<br>BRENNAN<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226-3435 | 14935 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$62,620.13<br><br>UNL<br>$62,620.13 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PAUL R FREE<br>C/O PEPPER HAMILTON LLP<br>RICHARD A ROSSMAN<br>100 RENAISSANCE CTR STE 3600<br>DETROIT, MI 48243 | 15599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$252,093.54<br>$252,093.54 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

Total:   6   $1,046,651.77

*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT F - UNION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTERNATIONAL UNION UAW NIRAJ GANATRA ESQ LEGAL DEPARTMENT 8000 E JEFFERSON AVE DETROIT, MI 48214 | 13880 | Secured: Priority: Administrative: Unsecured: Total: | $11,000,000,000.00 $11,000,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL UNION UAW AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS WILLIAM J KARGES ESQ 400 GALLERIA OFFICENTRE STE 117 SOUTHFIELD, MI 48034 | 13270 | Secured: Priority: Administrative: Unsecured: Total: | $992,869.85 $992,869.85 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UAW AND ITS LOCAL 286 NIRAJ GANATRA ESQ INTERNATIONAL UNION UAW LEGAL DEPARTMENT 8000 E JEFFERSON AVE DETROIT, MI 48214 | 13838 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 07/31/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| UAW LOCAL 2083 PO BOX 70264 TUSCALOOSA, AL 35407 | 5268 | Secured: Priority: Administrative: Unsecured: Total: | $3,191.00 UNL $3,191.00 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| UNITED STEELWORKERS ATTN DAVID R JURY FIVE GATEWAY CENTER RM 807 PITTSBURGH, PA 15222 | 11535 | Secured: Priority: Administrative: Unsecured: Total: | UNL $570,000,000.00 $570,000,000.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |

Total:        5                    $11,570,996,060.85

In re DPH Holdings Corp., et al.                                  Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT G - PERSONAL INJURY CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRADY BILLY WAYNE GREGORY T YOUNG ATTORNEY FOR CLAIMANT 32770 FRANKLIN RD FRANKLIN, MI 48025 | 550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| HAUPERT BRIDGET BRIDGET HAUPERT 1107 BLUE JAY DR GREENTOWN, IN 46936 | 1086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| HAUPERT ERIC ERIC HAUPERT 1107 BLUE JAY DR GREENTOWN, IN 46936 | 1087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $300,000.00<br>$300,000.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| HURST KAREN HAWK DAVID L JOHNSTON JR ATTORNEY AT LAW PO BOX 8216 ANNISTON, AL 36202 | 12407 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $350,000.00<br>$350,000.00 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| KRAUS JESSICA CHRISTOPHER D DAMATO ESQ CELLINO & BARNES PC 17 COURT ST 7TH FL BUFFALO, NY 14202-3290 | 14810 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $500,000.00<br>$500,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SAUNDERS JEREMIAH J RANDY SCHIMMELPFENNIG C/O MORGAN AND MORGAN 16TH FL 20 N ORANGE AVE PO BOX 4979 ORLANDO, FL 32802 | 9438 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 07/13/2006 | DELPHI CORPORATION (05-44481) |
| W & RENEE BRADY BILLY C/O WEAVER AND YOUNG PC GREGORY T YOUNG 32770 FRANKLIN RD FRANKLIN, MI 48025 | 4288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $150,000.00<br>$150,000.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 7 | | $1,600,000.00 | | |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

EXHIBIT H - DUPLICATE CLAIM

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: | 10575 | Claim: | 10582 |
| Date Filed: | 07/25/2006 | Date Filed: | 07/25/2006 |
| Creditor's Name: | | Creditor's Name: | |
| BATTENBERG LUANN C | | BATTENBERG III J T | |
| | Debtor: DELPHI CORPORATION (05-44481) | | Debtor: DELPHI CORPORATION (05-44481) |
| Secured: | | Secured: | |
| Priority: | | Priority: | $10,000.00 |
| Administrative: | | Administrative: | |
| Unsecured: | $1,913,074.87 | Unsecured: | $25,567,870.48 |
| Total: | $1,913,074.87 | Total: | $25,577,870.48 |

Total Claims To Be Expunged: 1

Total Asserted Amount To Be Expunged: $1,913,074.87

Page 1 of 1

*    The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A 1 SPECIALIZED SERVICES & SUPPLIES INC ATTN MR ASHOK KUMAR PO BOX 270 CROYDON, PA 19021 | 644 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/17/2005 | DELPHI CORPORATION (05-44481) |
| AHAUS TOOL & ENGINEERING INC 200 INDUSTRIAL PKWY PO BOX 280 RICHMOND, IN 47374-0280 | 1102 | Secured: Priority: Administrative: Unsecured: Total: | $102,550.00 $102,550.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 14915 | Secured: Priority: Administrative: Unsecured: Total: | $468,786.87 $468,786.87 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 8130 | Secured: Priority: Administrative: Unsecured: Total: | $666,985.31 $666,985.31 | 06/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 10186 | Secured: Priority: Administrative: Unsecured: Total: | $130,579.71 $130,579.71 | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 8723 | Secured: Priority: Administrative: Unsecured: Total: | $48,318.47 $48,318.47 | 06/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*   "UNL" denotes an unliquidated claim.                      Page 1 of 20

In re DPH Holdings Corp., et al.            Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 11264 | Secured: Priority: Administrative: Unsecured: Total: | $673,272.82 $673,272.82 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC ATTN DAVID S LEINWAND ESQ 535 MADISON AVE 15TH FL NEW YORK, NY 10022 | 8576 | Secured: Priority: Administrative: Unsecured: Total: | $554,635.03 $554,635.03 | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS 12 W 37TH ST 9TH FL NEW YORK, NY 10018 | 7189 | Secured: Priority: Administrative: Unsecured: Total: | $28,487.88 $28,487.88 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL 7600 JERICHO TURNPIKE STE 302 WOODBURY, NY 11797 | 15809 | Secured: Priority: Administrative: Unsecured: Total: | $25,216.00 $25,216.00 | 08/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA N A ATTN DAVE HALESWORTH 1 BRYANT PARK NEW YORK, NY 10035 | 11660 | Secured: Priority: Administrative: Unsecured: Total: | UNL $10,605,213.61 $10,605,213.61 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BENCHMARK DBA PLASCO DBA GOLDEN THUMB BENCHMARK INDUSTRIAL SUPPLY LLC PO BOX 367 SPRINGFIELD, OH 45501 | 1627 | Secured: Priority: Administrative: Unsecured: Total: | $9,243.52 $9,243.52 | 01/23/2006 | DELPHI CORPORATION (05-44481) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL<br>MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4575 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $406,570.92<br>Total: $406,570.92 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL<br>MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4576 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $149,937.86<br>Total: $149,937.86 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL<br>MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4574 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,032,367.00<br>Total: $4,032,367.00 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL<br>MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4577 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $58,674.29<br>Total: $58,674.29 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BP PRODUCTS NORTH AMERICA INC<br>FUELS BUSINESS UNIT<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | 13882 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,164.75<br>Total: $4,164.75 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BP PRODUCTS NORTH AMERICA INC<br>FUELS BUSINESS UNIT<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | 13883 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $54,027.22<br>Total: $54,027.22 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CARLISLE ENGINEERED PRODUCTS INC STEVEN J FORD ESQ CARLISLE COMPANIES INCORPORATED 250 S CLINTON ST STE 201 SYRACUSE, NY 13202 | 11910 | Secured: Priority: Administrative: Unsecured: Total: | $729,450.77 $4,139,419.50 $4,868,870.27 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| CF SPECIAL SITUATION FUND I LP ATTN STUART A LAVEN JR BENESCH FRIEDLANDER COPLAN & ARONOFF LLP 2300 BP TOWER 200 PUBLIC SQUARE CLEVELAND, OH 44114-2378 | 11777 | Secured: Priority: Administrative: Unsecured: Total: | $516,441.65 $516,441.65 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE S 225 GREENWICH, CT 06830 | 1546 | Secured: Priority: Administrative: Unsecured: Total: | $199,278.47 $199,278.47 | 01/17/2006 | DELPHI CORPORATION (05-44481) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 460 | Secured: Priority: Administrative: Unsecured: Total: | $53,054.40 $53,054.40 | 11/09/2005 | DELPHI CORPORATION (05-44481) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 9990 | Secured: Priority: Administrative: Unsecured: Total: | $17,809.30 $17,809.30 | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC ATTN ALISA MUMOLA 411 W PUTNAM AVE STE 225 GREENWICH, CT 06830 | 9991 | Secured: Priority: Administrative: Unsecured: Total: | $9,372.00 $9,372.00 | 07/20/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |

---

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                              Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 10123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $322,860.53<br><br><br><br>$322,860.53 | 07/21/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>MONROE INC<br>C/O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | 2352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$132,868.28<br>$132,868.28 | 03/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 7371 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$694,417.04<br>$694,417.04 | 06/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD, GA 31750 | 509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,378.32<br>$17,378.32 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD, GA 31750 | 508 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,711.47<br>$5,711.47 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| DANICE MANUFACTURING CO<br>361 DONOVAN ST<br>SOUTH LYON, MI 48178 | 15329 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$77,751.36<br>$77,751.36 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

*    "UNL" denotes an unliquidated claim.                    Page 5 of 20

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EX CELL O MACHINE TOOLS INC<br>PO BOX 67000 DEPT 102901<br>DETROIT, MI 48267-1029 | 4022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,690.00<br>$5,690.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FERNANDEZ RACING LLC<br>6835 GUION RD<br>INDPLS, IN 46268 | 388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,500.00<br>$16,500.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 2558 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,000,000.00<br>$9,000,000.00 | 04/04/2006 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>ATTN PEDRO RAMIREZ 30<br>HUDSON ST 17TH FL<br>JERSEY CITY, NJ 07302<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON ST 17TH FL<br>JERSEY CITY, NJ 07302 | 9940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,678,072.11<br>$6,678,072.11 | 07/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ONE NEW YORK PLZ 42ND FL<br>NEW YORK, NY 10004 | 7547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $653,828.81<br>$653,828.81 | 06/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 5820 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $34,903.14<br>$34,903.14 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 15516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,802.40<br><br><br><br>$61,802.40 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS AMERSIL INC AKA<br>HERAEUS TENEVO<br>C/O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10959 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS AMERSIL INC AKA<br>HERAEUS TENEVO<br>C/O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| HERAEUS MATERIALS LTD<br>UNIT A CINDERHILL INDUSTRIAL ESTATE<br>STOKE ON TRENT<br>STAFFORDSHIRE, ST3 5LB<br>UNITED KINGDOM | 5950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,389.25<br>$5,389.25 | 05/16/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| HEWLETT PACKARD COMPANY<br>ATTN K HIGMAN<br>2125 E KATELLA AVE STE 400<br>ANAHEIM, CA 92806 | 9352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$4,948,005.65<br>$4,948,005.65 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| ITAUTEC AMERICA INC<br>ATTN EDUARDO ARCHER DE CASTILHO GENERAL MANAGER<br>1935 NW 87TH AVE<br>DORAL, FL 33172 | 10811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $233,753.69<br><br><br><br>$233,753.69 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA STANLEY LIM 270 PARK AVE 17TH FL NEW YORK, NY 10017 | 471 | Secured: Priority: Administrative: Unsecured: Total: | $2,244,881.76 $2,244,881.76 | 11/10/2005 | DELPHI CORPORATION (05-44481) |
| JVS EQUIP PARA AUTO IND ELIANA OLIVEIRA AV BENEDITO FRANCO PENTEADO 385 BAIRRO DOS PIRE, 13256--971 BRAZIL | 7651 | Secured: Priority: Administrative: Unsecured: Total: | $25,697.10 $25,697.10 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| JVS EQUIP PARA AUTO IND ELIANA OLIVEIRA MARISA LAKRADA AV BENEDITO FRANCO PENTEADO 385 BAIRRO DOS PIRE, 13256--971 BRAZIL | 7650 | Secured: Priority: Administrative: Unsecured: Total: | $12,762.00 $12,762.00 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| KYOCERA INDUSTRIAL CERAMICS CORP C/O LOEB & LOEB LLP 345 PARK AVE 18TH FL NEW YORK, NY 10154 | 12530 | Secured: Priority: Administrative: Unsecured: Total: | $312,610.00 $312,610.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LATIGO MASTER FUND LTD ATTN PAUL MALEK 590 MADISON AVE 9TH FL NEW YORK, NY 10022 | 10597 | Secured: Priority: Administrative: Unsecured: Total: | $2,419,203.01 $2,419,203.01 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LDI INCORPORATED 4311 PATTERSON GRAND RAPIDS, MI 49512 | 9832 | Secured: Priority: Administrative: Unsecured: Total: | $268,853.90 $268,853.90 | 07/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE RD VIENNA, OH 44473-970 | 11925 | Secured: Priority: Administrative: Unsecured: Total: | $263,044.57 $54,073.29 $317,117.86 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC LEXINGTON CONNECTOR SEALS 1510 RIDGE RD VIENNA, OH 44473-970 | 12151 | Secured: Priority: Administrative: Unsecured: Total: | $12,451.81 $29,468.17 $41,919.98 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 10393 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/24/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| LIQUIDITY SOLUTIONS INC DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 10394 | Secured: Priority: Administrative: Unsecured: Total: | $594,923.93 $594,923.93 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF ELKHART PRODUCTS CORP DBA REVENUE MANAGEMENT ONE UNIVERSITY PLAZA STE 312 HACKENSACK, NJ 07601 | 432 | Secured: Priority: Administrative: Unsecured: Total: | $155,995.20 $155,995.20 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 16415 | Secured: Priority: Administrative: Unsecured: Total: | $1,983,000.60 $1,983,000.60 | 11/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$655,686.82<br>$655,686.82 | 10/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 9828 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$471,910.96<br>$471,910.96 | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 2071 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$579,972.85<br><br>$3,028,202.93<br>$3,608,175.78 | 02/21/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 11114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$120,077.19<br>$120,077.19 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$105,434.11<br>$105,434.11 | 10/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16420 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$172,202.38<br>$172,202.38 | 11/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    Pg 125 of 315          Forty-Fourth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 12153 | Secured: Priority: Administrative: Unsecured: Total: | $187,779.14 $187,779.14 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 15670 | Secured: Priority: Administrative: Unsecured: Total: | $207,886.00 $207,886.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 9515 | Secured: Priority: Administrative: Unsecured: Total: | $33,563.94 $33,563.94 | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 15669 | Secured: Priority: Administrative: Unsecured: Total: | $155,334.07 $155,334.07 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 16387 | Secured: Priority: Administrative: Unsecured: Total: | $17,622.70 $17,622.70 | 10/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD VLADIMIR JELISAVCIC 810 SEVENTH AVE 33RD FL NEW YORK, NY 10019 | 579 | Secured: $57,000.00 Priority: Administrative: Unsecured: $21,355.00 Total: $78,355.00 | | 11/15/2005 | DELPHI CORPORATION (05-44481) |

05-44481-rdd    Doc 19405    Filed 02/08/10    Entered 02/08/10 23:34:10    Main Document

In re DPH Holdings Corp., et al.                    Pg 126 of 315              Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LTC ROLL & ENGINEERING CO C/O GARY H CUNNINGHAM ESQ STROBL CUNNINGHAM & SHARP PC 300 E LONG LAKE RD STE 200 BLOOMFIELD HILLS, MI 48304 | 5 | Secured: Priority: Administrative: Unsecured: Total: | $10,790.84 $38,722.98 $49,513.82 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| MADISON NICHE OPPORTUNITIES LLC 6310 LAMAR AVE STE 120 OVERLAND PARK, KS 66202 | 3752 | Secured: Priority: Administrative: Unsecured: Total: | $4,864.32 $4,864.32 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARQUARDT GMBH SCHLOSS STR 16 RIETHEIM WEIHEIM 78604, GERMANY | 12161 | Secured: Priority: Administrative: Unsecured: Total: | $875,135.40 $875,135.40 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MITTAL STEEL USA INC FKA ISPAT INLAND STEEL FRANK FALLUCCA CREDIT MANAGER 1 S DEARBORN CHICAGO, IL 60603 | 10008 | Secured: Priority: Administrative: Unsecured: Total: | $714,233.39 $714,233.39 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| MUBEA INC 6800 INDUSTRIAL RD FLORENCE, KY 41042 | 11688 | Secured: Priority: Administrative: Unsecured: Total: | $448,877.94 $80,487.44 $529,365.38 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| NSK STEERING SYSTEMS AMERICA INC PO BOX 134007 ANN ARBOR, MI 48113-4007 | 1562 | Secured: Priority: Administrative: Unsecured: Total: | $672,450.29 $672,450.29 | 01/17/2006 | DELPHI CORPORATION (05-44481) |

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS ATTN MARIANN PRZYSIECKI 10 6 ONE OWENS CORNING PKWY TOLEDO, OH 43659 | 10824 | Secured: Priority: Administrative: Unsecured: Total: | $79,343.84 $79,343.84 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| PARK ENTERPRISES OF ROCHESTER INC CHAMBERLAIN DAMANDA ATTN JERRY GREENFIELD ESQ 2 STATE ST STE1600 ROCHESTER, NY 14614 | 9647 | Secured: Priority: Administrative: Unsecured: Total: | $618,507.09 $618,507.09 | 07/12/2006 | DELPHI CORPORATION (05-44481) |
| PARK OHIO PRODUCTS INC 7000 DENISON AVE CLEVELAND, OH 44102 | 15134 | Secured: Priority: Administrative: Unsecured: Total: | $355,290.19 $355,290.19 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PONTIAC COIL INC 5800 MOODY DR CLARKSTON, MI 48348-4768 | 5388 | Secured: Priority: Administrative: Unsecured: Total: | $157,798.33 $157,798.33 | 05/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| QUANEX CORP ATTN S J PROCIV MACSTEEL ONE JACKSON SQ STE 500 JACKSON, MI 49201 | 10624 | Secured: Priority: Administrative: Unsecured: Total: | $511,659.39 $511,659.39 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC RIVERSIDE CLAIMS LLC PO BOX 626 PLANETARIUM STATION NEW YORK, NY 10024 | 8875 | Secured: Priority: Administrative: Unsecured: Total: | $505,106.24 $505,106.24 | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                                                      Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SELECT INDUSTRIES CORPORATION PAIGE LEIGH ELLERMAN ESQ TAFT STETTINIUS & HOLLISTER LLP 425 WALNUT ST STE 1800 CINCINNATI, OH 45202 | 15427 | Secured: Priority: Administrative: Unsecured: Total: | $20,842.73 $20,842.73 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP W TIMOTHY MILLER 425 WALNUT STT STE 1800 CINCINNATI, OH 45202 | 10014 | Secured: Priority: Administrative: Unsecured: Total: | $507,337.84 $507,337.84 | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SIMCO CONSTRUCTION INC BILLY SIMMONS 1311 COMMERCE DR NW DECATUR, AL 35601 | 16320 | Secured: Priority: Administrative: Unsecured: Total: | $144,606.92 $144,606.92 | 09/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SKF USA INC HENRY JAFFE ESQUIRE PEPPER HAMILTON LLP HERCULES PLZ STE 5100 1313 MARKET ST WILMINGTON, DE 19899 | 11247 | Secured: Priority: Administrative: Unsecured: Total: | $85,147.54 $556,685.09 $641,832.63 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC ATTN BRIAN JARMAIN 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 16427 | Secured: Priority: Administrative: Unsecured: Total: | $1,130,675.71 $1,130,675.71 | 11/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC ATTN BRIAN JARMAIN 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 12011 | Secured: Priority: Administrative: Unsecured: Total: | $179,220.24 $179,220.24 | 07/28/2006 | DELPHI CORPORATION (05-44481) |

---

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 12828 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,696,313.72<br>$2,696,313.72 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14347 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $5,486,881.18<br>$5,486,881.18 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 16192 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $409,245.00<br>$409,245.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 14404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,204,920.60<br>$1,204,920.60 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 7748 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $865,213.80<br>$865,213.80 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN IRENE WU 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830 | 1524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $518,452.00<br>$518,452.00 | 01/13/2006 | DELPHI CORPORATION (05-44481) |

In re DPH Holdings Corp., et al.          Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SPECIAL SITUATIONS INVESTING GROUP INC ATTN AL DOMBROWSKI C/O GOLDMAN SACHS & CO 85 BROAD ST 27TH FL NEW YORK, NY 10004 | 6844 | Secured: Priority: Administrative: Unsecured: Total: | $2,773,276.88 $2,773,276.88 | 05/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPECIAL SITUATIONS INVESTING GROUP INC ATTN AL DOMBROWSKI C/O GOLDMAN SACHS & CO 85 BROAD ST 27TH FL NEW YORK, NY 10004   PBR COLUMBIA LLC ATTN DAVID WHEELER 201 METROPOLITAN DR WEST COLUMBIA, SC 29170 | 6610 | Secured: Priority: Administrative: Unsecured: Total: | $1,508,953.50 $447,670.98 $1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPECIAL SITUATIONS INVESTING GROUP INC ATTN AL DOMBROWSKI C/O GOLDMAN SACHS & CO 85 BROAD ST 27TH FL NEW YORK, NY 10004   PBR KNOXVILLE LLC ATTN PRES LAWHON 10215 CANEEL DR KNOXVILLE, TN 37931 | 5980 | Secured: Priority: Administrative: Unsecured: Total: | $68,308.80 $9,157,458.38 $9,225,767.18 | 05/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STEPHENSON CORPORATION 4401 WESTERN RD FLINT, MI 48506 | 9312 | Secured: Priority: Administrative: Unsecured: Total: | $55,193.34 $55,193.34 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| SUMITOMO WIRING SYSTEMS USA INC MAX J NEWMAN ESQ SCHAFER AND WEINER PLLC ATTORNEYS FOR SUMITOMO WIRING SYSTEMS USA INC 40950 WOODWARD AVE STE 100 BLOOMFIELD HILLS, MI 48304   JPMORGAN CHASE BANK NA NEELIMA VELUVOLU 270 PARK AVE 17TH FL NEW YORK, NY 10017 | 2111 | Secured: Priority: Administrative: Unsecured: Total: | $92,057.65 $92,057.65 | 02/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                                                   Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TPG CREDIT OPPORTUNITIES INVESTORS LP, TPG CREDIT OPPORTUNITIES FUND LP C/O TPG CREDIT MANAGEMENT LP ATTN SHELLEY HARTMAN 4600 WELLS FARGO CTR 90 S SEVENTH ST MINNEAPOLIS, MN 55402 | 9470 | Secured: Priority: Administrative: Unsecured: Total: | $1,347,828.94 $1,347,828.94 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TPG CREDIT OPPORTUNITIES INVESTORS LP, TPG CREDIT OPPORTUNITIES FUND LP, TPG CREDIT STRATEGIES FUND LP ATTN VICKI DOMINGUEZ C/O TPG CREDIT MANAGEMENT LP 4600 WELLS FARGO CENTER 90 S SEVENTH ST MINNEAPOLIS, MN 55402<br><br>JPMORGAN CHASE BANK NA NEELIMA VELUVOLU 270 PARK AVE 17TH FL NEW YORK, NY 10017 | 12678 | Secured: Priority:      $2,061,011.00 Administrative: Unsecured:    $16,691,418.68 Total:        $18,752,429.68 | | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TYCO ELECTRONICS CORPORATION GEORGE D NAGLE JR CREDIT MGR PO BOX 3608 MS 3826 HARRISBURG, PA 17105-3608 | 10707 | Secured: Priority: Administrative: Unsecured: Total: | $2,997,056.91 $2,997,056.91 | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC MICHAEL K MCCRORY BARNES & THORNBURG LLP 11 S MERIDIAN ST INDIANAPOLIS, IN 46204 | 6878 | Secured: Priority: Administrative: Unsecured: Total: | $348,481.97 $348,481.97 | 05/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC WILLIAM M BRAMAN MONTGOMERY ELSNER & PARDIECK LLP 308 WEST 2ND ST SEYMOUR, IN 47274 | 2174 | Secured: Priority: Administrative: Unsecured: Total: | $234,500.00 $234,500.00 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC WILLIAM M BRAMAN MONTGOMERY ELSNER & PARDIECK LLP 308 WEST 2ND ST SEYMOUR, IN 47274 | 2175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,016,065.83<br>$1,016,065.83 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO CLIMATE CONTROL CORPORATION ATTN CHRISTOPHER R CONNELY 150 STEPHENSON HWY TROY, MI 48083-1116 | 11462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $506,709.93<br>$506,709.93 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION CHRISTOPHER R CONNELY 3000 UNIVERSITY DRIVE AUBURN HILLS, MI 48326 | 14152 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $669,860.41<br>$669,860.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION ATTN CHRISTOPHER R CONNELY 3000 UNIVERSITY DR AUBURN HILLS, MI 48326 | 11466 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $95,661.00<br>$95,661.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO SWITCHES AND DETECTION SYSTEMS INC ATTN CHRISTOPHER R CONNELY 3000 UNIVERSITY DR AUBURN HILLS, MI 48326 | 11465 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $76,841.75<br>$76,841.75 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VANGUARD DISTRIBUTORS INC PO BOX 608 SAVANNAH, GA 31402 | 9319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $788,321.49<br>$788,321.49 | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                                    **Forty-Fourth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VICTORY PACKAGING LP<br>ATTN MR BENJAMIN SAMUELS<br>VICE CHAIRMAN<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | 11640 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>$6,183,936.00<br>$6,183,936.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | 9452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,675,676.21<br>$2,675,676.21 | 07/13/2006 | DELPHI CORPORATION (05-44481) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | 9454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$23,391.86<br>$23,391.86 | 07/13/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWICH PL<br>SHELTON, CT 06484 | 9453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$8,949.08<br>$8,949.08 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WESTWOOD ASSOCIATES INC<br>MICHELLE MCNULTY<br>PO BOX 431<br>MILFORD, CT 06460 | 14918 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$66,399.42<br>$66,399.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WIEGEL TOOL WORKS INC<br>DAVID LEIBOWITZ<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | 10752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$121,998.56<br>$121,998.56 | 07/25/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Fourth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT I - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIAMS ADVANCED MATERIALS EF INC<br>BEM SERVICES INC<br>2978 MAIN ST<br>BUFFALO, NY 14214 | 5656 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,424.61<br>$16,424.61 | 05/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WILLOW HILL INDUSTRIES LLC<br>3700 CHAGRIN RIVER RD<br>MORELAND HLS, OH 44022-1130 | 7652 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,254.66<br>$61,254.66 | 06/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **114** | **$129,737,300.72** | | | |

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A M S E A INC<br>2111 W THOMPSON RD<br>FENTON, MI 48430 | 10395880 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACCESS ONE TECHNOLOGY<br>23373 COMMERCE DR SUITE A2<br>FARMINGTON HILLS, MI 48335 | 10415558 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ANN ARBOR MACHINE CO<br>PO BOX 3010<br>INDIANAPOLIS, IN 462063010 | 10407391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,590.34<br>$12,590.34 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| APPLIED BIOSYSTEMS<br>SHARILYN<br>850 LINCOLN CENTRE DRIVE<br>FOSTER CITY, CA 94404 | 10415490 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 10/12/2007 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 10415529 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $44,580.09<br>$44,580.09 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 10396550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,500.00<br>$2,500.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AURAMET TRADING, LLC<br>2 EXECUTIVE DR STE 645<br>FORT LEE, NJ 07024 | 10108141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 01/20/2006 | DELPHI CORPORATION (05-44481) |
| AURAMET TRADING, LLC<br>2 EXECUTIVE DR STE 645<br>FORT LEE, NJ 07024 | 10108142 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.                    Page 1 of 9

In re DPH Holdings Corp., et al.                                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BP AMOCO CORP<br>PO BOX 9076<br>DES MOINES, IA 503689076 | 10396708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $3,486.11<br>$3,486.11 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CALSONIC CORP<br>10D ANDY SPEAR<br>5 24 15 MINAMIDAI<br>NAKANO KU<br>TOKYO, 164<br>JAPAN | 10403836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CARE TOOLS<br>9701 WILSHIRE BLVD., 10TH FLOOR<br>BEVERLY HILLS, CA 90212 | 10384661 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,000.00<br>$8,000.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| CARETOOLS<br>TOM GIANNULLI<br>9701 WILSHIRE BLVD., 10TH FLOOR<br>BEVERLY HILLS, CA 90212 | 10021713 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $100,000.00<br>$100,000.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| CARETOOLS INC<br>9701 WILSHIRE BLVD 10TH FL<br>BEVERLY HILLS, CA 90212 | 10407553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $72,909.17<br>$72,909.17 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CENTURY SERVICES INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 1B2<br>CANADA | 10411676 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CHARTER MANUFACTURING CO INC WIRE DIV<br>114 N JACKSON ST<br>MILWAUKEE, WI 53202 | 10403870 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CRITECH RESEARCH INC<br>525 AVIS DRIVE - SUITE 7<br>ANN ARBOR, MI 48108 | 10411678 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.          Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAYTON TOOL CO INC<br>1825 E FIRST STREET<br>DAYTON, OH 45403 | 10403926 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO, CA 92108 | 10399739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,251.00<br>$9,251.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIGEX INC<br>VALERIE THOMPSON<br>ONE DIGEX PLAZA<br>BELTSVILLE, MD 20705 | 10397624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$120,579.91<br>$120,579.91 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DONGJINMOTOR CO LTD<br>274-3 MORA-DONG SUSANG-GU<br>BUSAN<br>KOREA, REPUBLIC OF | 10397673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$93,022.35<br>$93,022.35 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DOVE EQUIPMENT CO INC<br>723 SABRINA DR<br>EAST PEORIA, IL 61611 | 10397686 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,400.00<br>$1,400.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EQUIS CORPORATION<br>161 NORTH CLARK ST STE #2400<br>CHICAGO, IL 60601 | 10397955 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$141,250.97<br>$141,250.97 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FA TECH CORP<br>9065 SUTTON PL<br>HAMILTON, OH 450119316 | 10407868 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$65,785.00<br>$65,785.00 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FIN MACHINE CO LTD SALTERS LANE<br>SEDGEFIELD STOCKTON ON TEES<br>CLEVELAND TS213EB<br>GREAT BRITAIN,<br>UNITED KINGDOM | 10398100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$21,955.09<br>$21,955.09 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

* "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                          Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FLUENT INC<br>3035 PAYSPHERE CIRCLE<br>CHICAGO, IL 606743035 | 10398149 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,552.50<br>$31,552.50 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GLOBE MOTORS<br>2275 STANLEY AVE.<br>DAYTON, OH 45404-12 | 10394401 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,590.00<br>$1,590.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| GLOBE MOTORS INC<br>21183 NETWORK PL<br>CHICAGO, IL 606731211 | 10404630 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HSS LLC<br>PO BOX 377<br>FLUSHING, MI 48433 | 10408074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$370,162.24<br>$370,162.24 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTEC MEXICO LLC EFT<br>654 S VERMONT STREET<br>PALATINE, IL 60067 | 10411720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INVOTEC ENGINEERING INC<br>10909 INDUSTRY LN<br>MIAMISBURG, OH 45342 | 10404544 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ISI OF INDIANA INC<br>1212 EAST MICHIGAN ST<br>INDIANAPOLIS, IN 46202 | 10411616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,630,138.24<br>$5,630,138.24 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KATAMAN METALS INC EFT<br>7700 BONHOMME AVE STE 550<br>CLAYTON, MO 631051924 | 10404627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                            Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

### EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LANEKO ENGINEERING CO<br>275 NEW JERSEY DR<br>FORT WASHINGTON INDUST PARK<br>FORT WASHINGTON, PA 19034 | 10411703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 10396786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $48,327.99<br>$48,327.99 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 10400723 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,465.00<br>$18,465.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| M2M INTERNATIONAL LTD<br>BOX 221<br>MARINE CITY, MI 48039<br>CANADA | 10411696 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MERRILL TOOL & MACHINE EFT INC<br>PO BOX 441066<br>DETROIT, MI 482441066 | 10399740 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,476.40<br>$1,476.40 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICROCHIP TECHNOLOGY INC<br>2767 S ALBRIGHT RD<br>KOKOMO, IN 46902 | 10415434 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 10/12/2007 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| MICROCHIP TECHNOLOGY INC<br>PO BOX 100799<br>PASADENA, CA 911890799 | 10415547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,128.46<br>$6,128.46 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICROCHIP TECHNOLOGY INC<br>COMPTECH<br>2355 W CHANDLER BLVD<br>CHANDLER, AZ 85224 | 10404724 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

* "UNL" denotes an unliquidated claim.

05-44481-rdd   Doc 19405   Filed 02/08/10   Entered 02/08/10 23:34:10   Main Document

In re DPH Holdings Corp., et al.                Pg 140 of 315        Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NILES USA INC<br>1175 ENTERPRISE DRIVE<br>WINCHESTER, KY 40391 | 10415467 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$974,356.24<br>$974,356.24 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NORSK HYRDO CANADA INC<br>PO BOX 2354<br>CAROL STREAM, IL 601322354<br>CANADA | 10404599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OXFORD POLYMERS INC<br>221 SOUTH STREET<br>NEW BRITAIN, CT 06051 | 10411710 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| POLAR OIL & CHEMICAL INC<br>7031 CORPORATE WAY<br>DAYTON, OH 45459 | 10404144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRO TEC CORPORATION<br>PO BOX 1878<br>WARREN, MI 48090 | 10408656 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$3,904.35<br>$3,904.35 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRODUCTION SPECIALTY GROUP EFT INC<br>N117 W19237 FULTON DR<br>GERMANTOWN, WI 53022 | 10404425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10404750 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10408674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/12/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |

*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19405    Filed 02/08/10    Entered 02/08/10 23:34:10    Main Document

In re DPH Holdings Corp., et al.                    Pg 141 of 315           Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10400781 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      $9,400.88<br>Total:      $9,400.88 | 01/20/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| QC ONICS INC<br>1410 WOHLERT ST<br>ANGOLA, IN 46703 | 10404778 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      UNL<br>Total:      UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RIECK GROUP LLC DBA RICK SERVICES<br>5245 WADSWORTH RD<br>DAYTON, OH 45414 | 10411691 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      UNL<br>Total:      UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROTOR COATERS INTERNATIONAL<br>1279 RICKETT ROAD<br>BRIGHTON, MI 48116 | 10408755 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      UNL<br>Total:      UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SETECH INC<br>903 INDUSTRIAL DR<br>MURFREESBORO, TN 37129 | 10408801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      $2,942,555.81<br>Total:      $2,942,555.81 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHUERT INDUSTRIES INC<br>PO BOX 8020<br>STERLING HEIGHTS, MI 48314 | 10404388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      UNL<br>Total:      UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SOLID STATE STAMPING<br>MARYANN BUKOVI<br>43550 BUSINESS PARK DRIVE<br>TEMECULA, CA 92590-3665 | 10415492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      $38,545.40<br>Total:      $38,545.40 | 10/12/2007 | SPECIALTY ELECTRONICS, INC (05-44539) |
| SOLID STATE STAMPING INC EFT<br>43550 BUSINESS PARK DRIVE<br>TEMECULA, CA 92590 | 10408832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:      UNL<br>Total:      UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     "UNL" denotes an unliquidated claim.

## EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SOLID STATE STAMPING INC.<br>43350-1 BUSINESS PARK DR.<br>P.O. BOX 2620<br>TEMECULA, CA 92590-2620 | 10415487 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI CONNECTION SYSTEMS (05-44624) |
| SPARTECH POLYCOM<br>470 JOHNSON ROAD<br>CHICAGO, IL 60693 | 10393473 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,341.50<br>$9,341.50 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| SPARTECH POLYCOM<br>7174 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | 10404730 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD ATTN BRIAN A JARMAIN TWO GREENWICH PLAZA 1ST FL GREENWICH, CT 06830 | 10395960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$221,377.38<br>$221,377.38 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STYNER & BIENZ FORMTECH LTD FREIBURGSTRASSE 556 CH-3172 NIEDERWANGEN SWITZERLAND | 10408885 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$160.98<br>$160.98 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SUMMIT POLYMERS INC<br>6700 SPRINKLE RD<br>KALAMAZOO, MI 49001 | 10408891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$278,111.11<br>$278,111.11 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10404793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10408931 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$515,360.31<br>$515,360.31 | 04/12/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10401807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $133,933.42<br>$133,933.42 | 01/20/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| TRADE DEBT NET<br>PO BOX 1487<br>WEST BABYLON, NY 11704 | 10397408 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,008.89<br>$2,008.89 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VIKING POLYMER SOLUTIONS LLC<br>PO BOX 67000 DEPT 94301<br>DETROIT, MI 482670943 | 10404651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURES DR<br>HOLLAND, MI 49424 | 10415524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WM HAGUE COMPANY<br>16 LOMAR INDUSTRIAL PK UNIT #8<br>PEPPERELL, MA 01463 | 10404171 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

Total:   69                 $11,934,207.13

*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

Forty-Fourth Omnibus Claims Objection

## EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10417038<br>Date Filed: 10/10/2008<br>Docketed Total: $894,254.46<br>Filing Creditor Name:<br>JOHNSON,ROBERT | Creditor Name<br>JOHNSON,ROBERT<br><br>Docketed Total: $894,254.46<br><br>Case Number* — Secured — Priority — Unsecured $894,254.46<br>05-44481<br>$894,254.46 | Allowed Total: $849,254.46<br><br>Case Number* — Secured — Priority — Unsecured $849,254.46<br>05-44481<br>$849,254.46 |
| Scheduled Liability: 10417039<br>Date Filed: 10/10/2008<br>Docketed Total: $1,679.02<br>Filing Creditor Name:<br>LIND,RICHARD | Creditor Name<br>LIND,RICHARD<br><br>Docketed Total: $1,679.02<br><br>Case Number* — Secured — Priority — Unsecured $1,679.02<br>05-44481<br>$1,679.02 | Allowed Total: $1,565.98<br><br>Case Number* — Secured — Priority — Unsecured $1,565.98<br>05-44481<br>$1,565.98 |
| Scheduled Liability: 10417037<br>Date Filed: 10/10/2008<br>Docketed Total: $582,366.09<br>Filing Creditor Name:<br>NORTHERN,EDWARD | Creditor Name<br>NORTHERN,EDWARD<br><br>Docketed Total: $582,366.09<br><br>Case Number* — Secured — Priority — Unsecured $582,366.09<br>05-44481<br>$582,366.09 | Allowed Total: $543,255.33<br><br>Case Number* — Secured — Priority — Unsecured $543,255.33<br>05-44481<br>$543,255.33 |

Total Claims To Be Allowed: 3
Total Amount As Docketed:    $1,478,299.57
Total Amount As Allowed:    $1,394,075.77

---

\* See Exhibit I. for a listing of debtor entities by case number.

\*\* The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                                    Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

### Exhibit L - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| A 1 SPECIALIZED SERVICES & SUPPLIES INC | 644 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| A M S E A INC | 10395880 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| A MAIER PRAEZISION GMBH EFT | 10395881 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ABRACON CORPORATION | 10395922 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ACCESS ONE TECHNOLOGY | 10415558 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ACG TRANSFORMACION DE POLIMEROS SA DE CV | 10395954 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ACORD INC | 10395960 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AHAUS TOOL & ENGINEERING INC | 1102 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ALABAMA WORKERS COMPENSATION SELF INSURERS GUARANTY ASSOCIATION INC | 15624 | EXHIBIT A - MODIFIED AND ALLOWED CLAIMS |
| ALLAN TOOL & MACHINE CO INC | 10396125 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ALLTEMATED INC | 10396146 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ALPINE ELECTRONICS OF AMERICA | 16192 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMBRAKE CORPORATION | 6844 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMERICAN CABLE COMPANY INC | 10396186 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| AMKOR ELECTRONICS INC | 10407381 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 8130 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 8576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 8723 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 10397062 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10399513 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10400957 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10401845 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10402147 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10402310 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10415591 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SPRIMAG INC | 8723 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | 8576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AMTEC PRECISION PRODUCTS INC | 10396257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ANIXTER | 10394297 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ANN ARBOR MACHINE CO | 10407391 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| APPLIED BIOSYSTEMS | 10415490 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ARGENT AUTOMOTIVE SYSTEMS INC | 10416989 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 7189 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ARGO PARTNERS | 10396556 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10396722 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415529 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415623 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| ARGO PARTNERS | 10415680 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415735 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARK TECHNOLOGIES INC | 10396342 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARMSTRONG INDUSTRIAL CORP LTD | 10417035 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL | 15809 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ASM CAPITAL II LP | 10396550 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10398231 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10399013 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10402480 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10415479 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10393119 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10394384 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10394518 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10396820 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10397463 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10397855 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10398443 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10400044 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10400194 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407170 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407381 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10416959 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10416989 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ATMEL CORPORATION | 1165 | EXHIBIT B - PARTIALLY SATISFIED CLAIM |
| ATS AUTOMATION TOOLING SYSTEMS INC | 15669 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ATS AUTOMATION TOOLING SYSTEMS INC | 16415 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ATS MICHIGAN SALES AND SERVICE INC | 15670 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AUDIO MPEG INC | 10407435 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| AURAMET TRADING, LLC | 10108141 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AURAMET TRADING, LLC | 10108142 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AUTOMATIC SPRING PRODUCTS EFT CORP | 10407441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AUTOMOTIVE SAFETY TECHNOLOGIES INC A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC | 4574 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| AUTOSPLICE, INC | 10407089 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BALLY RIBBON MILLS | 10396531 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BANK OF AMERICA N A | 11660 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BARNES & ASSOCIATES | 10396550 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| BARRY INDUSTRIES INC | 10396556 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BATTENBERG III J T | 10582 | EXHIBIT A - MODIFIED AND ALLOWED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| BATTENBERG LUANN C | 10575 | EXHIBIT H - DUPLICATE CLAIM |
| BENCHMARK DBA PLASCO DBA GOLDEN THUMB | 1627 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BGF INDUSTRIES INC | 1546 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4574 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4575 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4576 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4577 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BP AMOCO CORP | 10396708 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| BP PRODUCTS NORTH AMERICA INC | 13882 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BP PRODUCTS NORTH AMERICA INC | 13883 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BRADY BILLY WAYNE | 550 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC | 12011 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| BRC RUBBER GROUP INC | 10396722 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| BRIGHT HEADPHONE ELECTRONICS CO | 10396732 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BUSINESS ENGINE | 10396786 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CALDWELL INDUSTRIES INC | 10396820 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CALEDON TUBING LTD | 10396821 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| CALSONIC CORP | 10403836 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CAMPBELL MARSHALL E CO | 8130 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CARE TOOLS | 10384661 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARETOOLS | 10021713 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARETOOLS INC | 10407553 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARLISLE ENGINEERED PRODUCTS INC | 11910 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CATHERINE M ROZANSKI | 12184 | EXHIBIT E - MDL-RELATED CLAIMS |
| CENTURY SERVICES INC | 10411676 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CF SPECIAL SITUATION FUND I LP | 11777 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CHARTER MANUFACTURING CO INC WIRE DIV | 10403870 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CHIPPAC LTD | 10397014 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CIRCLE PLASTICS PRODUCTS INC | 10415529 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CIRCLE PROSCO INC | 10397062 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CITY CHEMICAL CORP | 10397074 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| CLARIANT CORP MASTERBATCHES DIV | 10397088 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| COMPUTER OPTICAL PRODUCTS, INC | 10415623 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4577 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 460 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 1546 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 2352 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 9990 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 9991 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 10123 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 10415567 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CORNING INCORPORATED | 471 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CRITECH RESEARCH INC | 1041678 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CUSTOM PROFILES INC | 508 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| CUSTOM PROFILES INC | 509 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| D & R TECHNOLOGY LLC | 9470 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| D & S MACHINE PRODUCTS INC | 12153 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| DAE SUNG ELECTRIC CO LTD | 1045484 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DANICE MANUFACTURING CO | 15329 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| DANOBAT MACHINE TOOL CO INC | 10397408 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DATWYLER LTD RUBBER & PLASTICS | 10397435 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DAWES ALAN S | 13410 | EXHIBIT E - MDL-RELATED CLAIMS |
| DAYTON TOOL CO INC | 10403926 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DE AMERTEK CORPORATION INC | 10397463 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DEARBORN CDT | 10397466 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 10399739 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC | 10396146 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DERBY FABRICATING INC | 10416959 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DIELECTRIC LABORATORIES | 10397616 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DIGEX INC | 10397624 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DIODES INC | 10415656 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DIODES INC | 1047031 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DONGJINMOTOR CO LTD | 10397673 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DOSHI PRETTL INTERNATIONAL LLC | 16427 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| DOVE EQUIPMENT CO INC | 10397686 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10597 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ELECTRONIC DATA SYSTEMS CORPORATION | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ELITE FASTENERS CORP | 10393100 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ELKHART PRODUCTS CORPORATION | 432 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ELLIOTT TAPE INC | 10397855 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ELLSWORTH ADHESIVE SYSTEM INC | 10383227 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ENRICAU SA 50 RUE JACQUES BALMAT | 10397932 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| EQUIS CORPORATION | 10397955 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| EX CELL O MACHINE TOOLS INC | 4022 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| EXACTO SPRING CORP. | 10393101 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| F & G TOOL & DIE CO INC | 10398016 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FA TECH CORP | 10407868 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FAIR HARBOR CAPITAL LLC | 10393126 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FAIR HARBOR CAPITAL LLC | 10393257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FANSTEEL INTERCAST | 10394384 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| FERNANDEZ RACING LLC | 388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| FILTERTEK INC | 10415591 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FIN MACHINE CO LTD SALTERS LANE | 10398100 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FINISHING SERVICES INC | 10398104 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FISCHER-TECH LTD | 10407270 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FISHERCAST GLOBAL CORP | 10407169 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FLUENT INC | 10398149 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FOURSLIDES INC | 10407929 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FRAEN MACHINING | 10398187 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FRAEN MACHINNING CORP | 10407128 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FUJI BANK/FUKOKU SOUTH | 10398231 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FULTON INDUSTRIES INC | 10415680 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| GENERAL SILICONES | 10393108 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GENERAL SILICONES EFT | 10407969 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GLOBE MOTORS | 10394401 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| GLOBE MOTORS INC | 10404630 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2558 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 7547 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 9940 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 10407114 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GOSHEN DIE CUTTING INC | 10407170 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GRM CORP | 10398443 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 5820 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HAIN CAPITAL HOLDINGS LLC | 15516 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HAIN CAPITAL HOLDINGS LLC | 10399702 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 10400161 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 10408670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | 14739 | EXHIBIT E - MDL-RELATED CLAIMS |
| HAUPERT BRIDGET | 1086 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| HAUPERT ERIC | 1087 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | 10398566 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | 10398577 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HENZE STAMPING & MFG CO | 10398591 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO | 10959 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO | 10960 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION | 10393 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION | 10394 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HERAEUS MATERIALS LTD | 5950 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| HERAEUS METAL PROCESSING INC | 10123 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HEWITT TOOL & DIE INC | 1045466 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HEWLETT PACKARD COMPANY | 9352 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| HITACHI CHEMICAL SINGAPORE PTE | 1040717 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HITACHI CHEMICAL SINGAPORE PTE LTD | 1040535 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HSS LLC | 10408074 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| HURST KAREN HAWK | 12407 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| IDG INC | 10398752 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| INDIUM CORPORATION OF AMERICA | 10398809 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| INDUSTRIAL ELECTRIC WIRE INC | 10393119 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| INDUSTRIAL STAMPING & MFG EFT | 10398836 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| INPLAY TECHNOLOGIES FKA DURASWITCH | 2558 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| INTEC MEXICO LLC EFT | 10411720 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| INTERNATIONAL UNION UAW | 13880 | EXHIBIT F - UNION CLAIMS |
| INTERNATIONAL UNION UAW AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS | 13270 | EXHIBIT F - UNION CLAIMS |
| INVOTEC ENGINEERING INC | 1040454 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ISI OF INDIANA INC | 1041161 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ITAUTEC AMERICA INC | 10811 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| J P PRODUCTS CO INC | 10398993 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JACKSON SPRING & MFG. CO. INC | 10393126 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JAE ELECTRONICS | 10399013 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JOHN BLAHNIK | 12056 | EXHIBIT E - MDL-RELATED CLAIMS |
| JOHNSON CONTROLS GMBH & CO KG | 15516 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JOHNSON ROBERT | 10417038 | EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| JPMORGAN CHASE BANK NA | 471 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JPMORGAN CHASE BANK NA | 2111 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JPMORGAN CHASE BANK NA | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JVS EQUIP PARA AUTO IND | 7650 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| JVS EQUIP PARA AUTO IND | 7651 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| K O A SPEER ELECTRONICS INC | 10393127 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KATAMAN METALS INC EFT | 1040462 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| KEATS SOUTHWEST | 10407175 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KENNEDY ACQUISITION INC | 10399177 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| KERK MOTION PRODUCTS | 10394441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KIFICO | 10399207 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| KILIAN MFG CORP | 10399208 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KOA EUROPE GMBH | 1040536 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KOA SPEER ELECTRONICS INC | 1045483 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KODA STANZ UND BIEGETECHNIK GMBH | 10399237 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| KOSTAL OF MEXICANA S A DE C V | 14404 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| KRAUS JESSICA | 14810 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| KYOCERA AMERICA INC | 7189 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| KYOCERA INDUSTRIAL CERAMICS CORP | 12530 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LANEKO ENGINEERING CO | 1041703 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LATIGO MASTER FUND LTD | 10597 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LDI INCORPORATED | 9832 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LDM TECHNOLOGIES | 10399358 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LEXINGTON RUBBER GROUP INC | 12151 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LIND,RICHARD | 10417039 | EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| LINEAR TECHNOLOGY CORP | 10415489 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LIQUIDITY SOLUTIONS INC | 10393 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LIQUIDITY SOLUTIONS INC | 10394 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF ELKHART PRODUCTS CORP | 432 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 579 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 2071 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 9515 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 9828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 11114 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 12153 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 15669 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 15670 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16387 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16395 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16415 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16420 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 10396786 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10399208 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10400723 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10407969 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LTC ROLL & ENGINEERING CO | 5 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| LUMEX INC | 10393414 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LUTZ SALES INC | 10407105 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| M RON CORP | 10399513 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| M&Q PLASTIC PRODUCTS L P | 7547 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| M2M INTERNATIONAL LTD | 10411696 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MADISON INVESTMENT TRUST SERIES 38 | 10396531 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MADISON INVESTMENT TRUST SERIES 38 | 10402173 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| MADISON NICHE OPPORTUNITIES LLC | 3752 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MADISON NICHE OPPORTUNITIES LLC | 10396186 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MADISON NICHE OPPORTUNITIES LLC | 10415656 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MAGNESIUM ELEKTRON INC | 1524 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MARQUARDT GMBH | 12161 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MASTER AUTOMATIC INC | 16387 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MASTER AUTOMATIC INC | 16388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MCCOURT LABEL CABINET CO EFT | 10399670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MECHANICAL & INDUSTRIAL FASTENERS MIFAST | 10399702 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MERRILL TOOL & MACHINE | 10399739 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MERRILL TOOL & MACHINE EFT INC | 10399740 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD | 4575 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MICHIGAN SPRING & STAMPING | 10393421 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICHIGAN SPRING & STAMPING EFT | 10416958 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MICRO COMERCIAL COMPONENTS COR | 10393422 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICRO STAMPING CORP | 10399813 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415434 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415547 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415547 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC COMPTECH | 10404724 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MILAN BELANS | 14935 | EXHIBIT E - MDL-RELATED CLAIMS |
| MITTAL STEEL USA INC FKA ISPAT INLAND STEEL | 10008 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MOCAP INC | 10399923 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MONROE INC | 2352 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MUBEA INC | 11688 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| MYERS SPRING CO INC | 10400044 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| NEXANS AUTOELECTRIC | 10407211 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| NGK AUTOMOTIVE CERAMICS USA INC | 2071 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| NGK AUTOMOTIVE CERAMICS USA INC | 3752 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| NIAGARA PLASTICS LLC | 10400161 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| NILES USA INC | 10415467 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| NORGREN | 10400194 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| NORSK HYRDO CANADA INC | 10404599 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| NORTHERN EDWARD | 10417037 | EXHIBIT K - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| NSK STEERING SYSTEMS AMERICA INC | 1562 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| OHIO FASTENERS & TOOL INC | 10407212 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| OLIN CORPORATION ASSIGNED TO BANK OF AMERICA | 11660 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS | 10824 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| OXFORD POLYMERS INC | 1041710 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PANASONIC INDUSTRIAL CORP | 1040707 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PARK ENTERPRISES OF ROCHESTER INC | 9647 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PARK ENTERPRISES OF ROCHESTER INC | 16395 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PARK OHIO PRODUCTS INC | 15134 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PAUL R FREE | 15599 | EXHIBIT E - MDL-RELATED CLAIMS |
| PBR COLUMBIA LLC | 6610 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PBR KNOXVILLE LLC | 5980 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PENN METAL STAMPING INC | 1039344 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PESA LABELING SYSTEM CORP | 1039325 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PETERSON MFG CO EFT | 1040052 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| POLAR OIL & CHEMICAL INC | 1040414 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| POLYMETALLURGICAL CORP | 1040863 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PONTIAC COIL INC | 5388 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PREMIER TRIM LLC | 16420 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| PRIDGEON & CLAY INC | 1041573 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PRO TEC CORPORATION | 1040865 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRO TECH MACHINE | 1040072 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRODUCTION SPECIALTY GROUP EFT INC | 1040442 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PROTECTIVE CLOSURES CO INC EFT CAPLUGS DIV | 1040867 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 1040078 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 1040475 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 1040867 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| QC ONICS INC | 1040477 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| QUANEX CORP | 10624 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| RAYCHEM CORPORATION | 1040718 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REDROCK CAPITAL PARTNERS LLC | 1040863 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REM ELECTRONICS SUPPLY CO INC | 1040095 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| RF MONOLITHICS INC | 1033460 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RF MONOLITHICS INC | 1041547 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RIECK GROUP LLC DBA RICK SERVICES | 1041169 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| RINO MECHANICAL | 1039451 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC | 8875 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ROTATION ENGINEERING | 1041073 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ROTOR COATERS INTERNATIONAL | 1040875 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SASOL GERMANY GMBH | 460 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SAUNDERS JEREMIAH J | 9438 | EXHIBIT G - PERSONAL INJURY CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| SECURITAS SECURITY SERVICES USA INC | 9828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SELECT INDUSTRIES CORPORATION | 1527 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP | 10014 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SETECH INC | 10408801 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SG INDUSTRIES INC | 10401311 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SHANGHAI AUTOMOBILE AIR-CONDITIONE ACCESSORIES CO | 10409255 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| SHUERT INDUSTRIES INC | 10404388 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SIERRA LIQUIDITY FUND | 10399923 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SIERRA LIQUIDITY FUND | 10401548 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SIMCO CONSTRUCTION INC | 16320 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SKF USA INC | 11247 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SOLID STATE STAMPING | 10415492 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SOLID STATE STAMPING INC EFT | 10408832 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SOLID STATE STAMPING INC. | 10415487 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10393473 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10393473 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10404730 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPCP GROUP LLC | 12011 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC | 16427 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 1524 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 7748 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14404 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 16192 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 10395960 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 10416958 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPECIAL SITUATIONS INVESTING GROUP INC | 5980 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 6610 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 6844 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR COLUMBIA LLC | 6610 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |

In re DPH Holdings Corp.., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR KNOXVILLE LLC | 5980 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SPIROL INTERNATIONAL CORP EFT | 10401539 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPRINGCO METAL COATINGS INC | 10401548 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STAR MICRONICS AMERICA INC | 10393477 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STAR MICRONICS AMERICA INC EFT | 10401589 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STARBROOK INDUSTRIES INC | 9515 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| STEPHENSON CORPORATION | 9312 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| STERLING SPRING LLC | 10407114 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STYNER & BIENZ FORMTECH LTD | 10408885 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SUMITOMO CORPORATION OF AMERICA | 9990 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SUMITOMO CORPORATION OF AMERICA | 9991 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SUMITOMO WIRING SYSTEMS USA INC | 2111 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| SUMMIT POLYMERS INC | 10408891 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TAESUNG RUBBER & CHEMICAL CO LTD | 10401758 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TAIYO YUDEN SINGAPORE PTE LTD | 10401762 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TAKUMI STAMPING INC | 10401764 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TCS AMERICA A DIV OF TATA AMERICA INTERNATIONAL CORPORATION | 12828 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TECH CENTRAL | 10401807 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TECH CENTRAL | 10404793 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TECH CENTRAL | 10408931 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TELAMON CORPORATION | 10401845 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TG NORTH AMERICA CORP TG MISSOURI | 10401888 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| THYSSEN KRUPP WAUPACA INC | 9940 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TIPPMANN PROPERTIES | 10401933 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TPG CREDIT OPPORTUNITIES FUND LP | 9470 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT OPPORTUNITIES FUND LP | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | 9470 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TPG CREDIT STRATEGIES FUND LP | 12678 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| TRADE DEBT NET | 10397408 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TRADE DEBT NET | 10400521 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TRANSAMERICA LUBRICANTS INC | 10407193 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TRANS-TECH INC | 10402019 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TRUARC CO LLC | 10402071 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| U S MANUFACTURING CORP | 10402129 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| UAW AND ITS LOCAL 286 | 13838 | EXHIBIT F - UNION CLAIMS |
| UAW LOCAL 2083 | 5268 | EXHIBIT F - UNION CLAIMS |
| ULTRALIFE BATTERIES INC | 10402143 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UMPCO INC | 10402147 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| UNITED INDUSTRIES INC | 10415567 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UNITED METAL PROD CORP EFT | 1040273 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UNITED STEELWORKERS | 11535 | EXHIBIT F - UNION CLAIMS |
| UNIVERSAL TOOL & ENGINEERING CO INC | 11114 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2174 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2175 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 6878 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO CLIMATE CONTROL CORPORATION | 11462 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION | 14152 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION | 11466 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VALEO SWITCHES AND DETECTION SYSTEMS INC | 11465 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VANGUARD DISTRIBUTORS INC | 9319 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VERNAY LABORATORIES INC EFT | 10402310 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VICTORY PACKAGING | 10407121 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VICTORY PACKAGING LP | 11640 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VIKING POLYMER SOLUTIONS LLC | 10404651 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| VIKING SOLUTIONS LLC | 5820 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VIP-VIRANT DOO | 10402337 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VISCOM INC | 579 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9452 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9453 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9454 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| W & RENEE BRADY BILLY | 4288 | EXHIBIT G - PERSONAL INJURY CLAIMS |
| WAKEFIELD ENGINEERING INC | 10411226 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WEST MICHIGAN SPLINE INC | 10415524 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| WESTWOOD ASSOCIATES INC | 14918 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WET AUTOMOTIVE CANADA | 10402480 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WHITLAM LABEL CO IN | 10393182 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WILLIAMS ADVANCED MATERIALS EF INC | 5656 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WILLOW HILL INDUSTRIES LLC | 7652 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| WM HAGUE COMPANY | 10404171 | EXHIBIT J - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| WOCO DE MEXICO SA DE CV AV DE LAS FUENTES NO 19 PARQUE | 10402545 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WR GRACE & COMPANY CONN | 7748 | EXHIBIT I - PREFERENCE-RELATED CLAIMS |
| ZENTRUM MIKROELEKTRONIK DRESDEN AG | 10402638 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |

# Exhibit N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                 :

In re                         :     Chapter 11
                                                 :

DPH HOLDINGS CORP. et al.,    :     Case No. 05-44481 (RDD)
                                                 :

           Reorganized Debtors.     :     (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


<u>NOTICE OF OBJECTION TO CLAIM</u>

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| | | | | | | |
| | | | | | | |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

|  |  |  |  |  |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  |  |  |  |

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the

4

Court, documentation sufficient to establish a <u>prima</u> <u>facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further</u>, <u>however</u>, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        February 3, 2010

# Exhibit O

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :        Chapter 11
                                          :
DPH HOLDINGS CORP. et al.,                :        Case No. 05-44481 (RDD)
                                          :
              Reorganized Debtors.        :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases
or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2006, January 17, 2008, and October 10, 2008.
Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or
Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is
defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i)
modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or
(iv) modified, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed.
R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially
Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union
Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A)
Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain
SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3,
2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11,
2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

[1]      Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation

of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
      February 3, 2010

# Exhibit P

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                   :
    In re                    :     Chapter 11
                   :
DPH HOLDINGS CORP. et al.,    :     Case No. 05-44481 (RDD)
                   :
         Reorganized Debtors.    :     (Jointly Administered)
                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:

       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 12, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140. AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation

4

of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
         February 3, 2010

# Exhibit Q

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :

In re                         :     Chapter 11
                               :

DPH HOLDINGS CORP. et al.,   :     Case No. 05-44481 (RDD)
                               :

          Reorganized Debtors.   :     (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L

2

(together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the

Court, documentation sufficient to establish a <u>prima</u> <u>facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further</u>, <u>however</u>, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
          February 3, 2010

6

# EXHIBIT E

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit A Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Alabama Workers Compensation Self Insurers Guaranty Association Inc | Jayna Partain Lamar Esq Maynard Cooper & Gale PC 1901 6th Ave N Ste 2400 Birmingham, AL 35203 | 7/31/06 | 15624 | $0.00 | Modified And Allowed Claims | 05-44640 | $1,264,902.78 | General Unsecured |
| Battenberg III J T | Attn Howard S Sher Jacob & Weingarten PC 2301 W Big Beaver Rd Ste 777 Troy, MI 48084 | 7/25/06 | 10582 | $25,577,870.48 | Modified And Allowed Claims | 05-44481 | $21,959,868.20 | General Unsecured |

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
         In re                                      :    Chapter 11
                                                    :
DPH HOLDINGS CORP. et al.,                          :    Case No. 05-44481 (RDD)
                                                    :
                  Reorganized Debtors.              :    (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases
or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.
Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or
Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is
defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i)
modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or
(iv) modified, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed.
R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially
Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union
Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A)
Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain
SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3,
2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11,
2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
          February 3, 2010

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
                In re                     :         Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :         Case No. 05-44481 (RDD)
                                          :
                          Debtors.        :         (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN
NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("CLAIM OBJECTION PROCEDURES ORDER")

Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated

October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the objections to the Motion and the record of the hearing held on the

Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Proper, timely, adequate, and sufficient notice of the Motion has been provided, such notice was good, sufficient and appropriate under the particular circumstances, and no other or further notice of the Motion is or shall be required.

B.    The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.  The Motion is a core proceeding under 28 U.S.C. § 157 (b)(2).  Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.    The relief requested in the Motion and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    This Court shall conduct special periodic hearings on contested claims matters in these cases (the "Claims Hearing Dates"), to be held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 unless the Debtors and the parties whose claims are affected are otherwise notified by the Court. The following dates and times have been scheduled as Claims Hearing Dates in these chapter 11 cases:

December 13, 2006 at 10:00 a.m. (prevailing Eastern time)

January 12, 2007 at 10:00 a.m. (prevailing Eastern time)

February 14, 2007 at 10:00 a.m. (prevailing Eastern time)

March 1, 2007 at 10:00 a.m. (prevailing Eastern time)

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

March 21, 2007 at 10:00 a.m. (prevailing Eastern time)

April 5, 2007 at 10:00 a.m. (prevailing Eastern time)

April 27, 2007 at 10:00 a.m. (prevailing Eastern time)

May 10, 2007 at 10:00 a.m. (prevailing Eastern time)

May 24, 2007 at 10:00 a.m. (prevailing Eastern time)

June 1, 2007 at 10:00 a.m. (prevailing Eastern time)

June 14, 2007 at 10:00 a.m. (prevailing Eastern time)

June 22, 2007 at 10:00 a.m. (prevailing Eastern time)

July 12, 2007 at 10:00 a.m. (prevailing Eastern time)

July 20, 2007 at 10:00 a.m. (prevailing Eastern time)

August 2, 2007 at 10:00 a.m. (prevailing Eastern time)

August 17, 2007 at 10:00 a.m. (prevailing Eastern time)

August 30, 2007 at 10:00 a.m. (prevailing Eastern time)

September 28, 2007 at 10:00 a.m. (prevailing Eastern time)

October 11, 2007 at 10:00 a.m. (prevailing Eastern time)

October 26, 2007 at 10:00 a.m. (prevailing Eastern time)

November 8, 2007 at 10:00 a.m. (prevailing Eastern time)

November 30, 2007 at 10:00 a.m. (prevailing Eastern time)

December 6, 2007 at 10:00 a.m. (prevailing Eastern time)

2.      Any response to a claims objection or an omnibus claims objection (a

"Response") must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure,

the Local Bankruptcy Rules for the Southern District of New York, and the Amended Eighth

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006,

3

9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,

And Administrative Procedures, entered on October 26, 2006 (the "Amended Eighth

Supplemental Case Management Order") (Docket No. 5418), (c) be filed with the Bankruptcy

Court in accordance with General Order M-242 (as amended) – registered users of the

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest

must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or

any other Windows-based word processing format), (d) be submitted in hard copy form directly

to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: General Counsel) and (ii) counsel to the Debtors, Skadden, Arps,

Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n:

John Wm. Butler, Jr., John K. Lyons, and Randall G. Reese), in each case so as to be received no

later than 4:00 p.m. (prevailing Eastern time) on the seventh calendar day prior to the Omnibus

Hearing for which the relevant claims objection or omnibus claims objection is scheduled.

   3.  Every Response must contain at a minimum the following:

    (a)  the title of the claims objection to which the Response is directed;

    (b)  the name of the claimant (each holder of a proof of claim, a "Claimant") and a brief description of the basis for the amount of the claim;

    (c)  a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified, including, but not limited to, the specific factual and legal bases upon which the Claimant will rely in opposing the claims objection;

    (d)  unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be

4

confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the claim is contingent or fully or partially unliquidated, the amount that the Claimant believes would be the allowable amount of such claim upon liquidation of the claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Debtors must return any reply to the Response, if different from the address(es) presented in the claim.

4.    Only those Responses made in writing and timely filed and received will be considered by the Court.  If a Claimant whose proof of claim is subject to a claims objection and who is served with the relevant claims objection fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors may present to the Court an appropriate order seeking relief with respect to such claim consistent with the relief sought in the relevant claims objection without further notice to the claimant, provided that, upon entry of such an order, the claimant shall receive notice of the entry of such order as provided below; provided, however, that if the claimant files a timely Response, which does not include the required minimum information provided in paragraph 3 above, the Debtors shall seek disallowance and expungement of the relevant claim or claims only in accordance with the Claims Hearing Procedures provided in paragraph 9 below.

5.    To the extent that a Response is filed with respect to any claim listed in a claims objection (each, a "Contested Claim"), each such Claim and the objection to such Claim asserted in the claims objection shall be deemed to constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

6.    The Debtors are hereby authorized and directed to serve each Claimant whose proof of claim is listed in any omnibus claims objection with (a) a personalized Notice Of Objection To Claim which specifically identifies the Claimant's proof of claim that is subject to objection and the basis for such objection and (b) a complete copy of the relevant omnibus

5

claims objection without exhibits.  Service of omnibus claims objections in such manner shall

constitute good and sufficient notice and no other or further notice to claimants of an omnibus

claims objection shall be required.

7.    Kurtzman Carson Consultants, LLC (the "Claims Agent") is hereby

authorized and directed to serve all orders entered with respect to any omnibus claims objections,

including exhibits, upon only the master service list and the 2002 list.  The Claims Agent is

hereby further authorized and directed to serve all claimants whose proofs of claim are the

subject of an order entered with respect to an omnibus claims objection with a copy of such order,

without exhibits, and a personalized Notice Of Entry Of Order in the form attached hereto as

Exhibit A specifically identifying such Claimant's proof of claim that is subject to the order, the

Court's treatment of such proof of claim, and the basis for such treatment, and advising the

Claimant of its ability to view the order with exhibits free of charge on the Debtors' Legal

Information Website.  Without limiting the foregoing, the Court hereby directs the Claims Agent

to serve the First Omnibus Claims Order in the manner provided hereby.

8.    Any order entered by the Court with respect to an objection asserted in an

omnibus claims objection shall be deemed a separate order with respect to each claim covered by

such order.

9.    The following procedures shall apply with respect to the determination of

Contested Claims (the "Claims Hearing Procedures"):

(a)    Adjournment Of Claims Hearing.

(i)    All Contested Claims for which a timely Response is filed shall be
automatically adjourned to a future hearing, the date of which shall be determined by the Debtors,
in their sole discretion, by serving the Claimant with notice as provided herein.  The Debtors
may send such notice to each Claimant when they deem it appropriate to do so, subject to the
requirements of the Bankruptcy Code, the Bankruptcy Rules, and any further order of this Court.

6

The Debtors shall schedule the further hearing upon each Contested Claim to a Claims Hearing of the Debtors' election:

(A)    for a non-evidentiary hearing to address the legal sufficiency of the particular proof of claim and whether the proof of claim states a claim against the asserted Debtor under Bankruptcy Rule 7012 (a "Sufficiency Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit B</u> (a "Notice Of Sufficiency Hearing") and a copy of this Order at least 20 business days prior to the date of such Sufficiency Hearing, or

(B)    for an evidentiary hearing on the merits of such Contested Claim (a "Claims Objection Hearing"), by serving upon the relevant Claimant by facsimile or overnight delivery, and filing with this Court, a notice substantially in the form attached hereto as <u>Exhibit C</u> (a "Notice Of Claims Objection Hearing" and, collectively with the Notice Of Sufficiency Hearing, the "Notices of Hearing") and a copy of this Order at least 65 calendar days prior to the date of such Claims Objection Hearing.

(ii)    The Debtors, in their sole discretion, are authorized to further adjourn a hearing scheduled in accordance herewith at any time by providing notice to the Court and the Claimant at least five business days prior to the date of the scheduled hearing; <u>provided</u>, <u>however</u>, that the hearing on any Contested Claim shall not be adjourned for more than a total of 180 calendar days from date of service of the initial Notice of Hearing set forth in paragraph 9(a)(i)(A) and (B) above without consent of the Claimant with respect thereto, unless otherwise ordered by the Court.

(b)    <u>Sufficiency Hearing Procedures</u>.

(i)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Debtors wish to file a supplemental pleading, they shall file and serve their pleading no later than ten calendar days before the scheduled Sufficiency Hearing.  The supplemental pleading shall not exceed fifteen single-sided, double-spaced pages.

(ii)    To the extent that a Contested Claim is adjourned to a Sufficiency Hearing, if the Claimant wishes to file a supplemental response, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing.  The supplemental response shall not exceed fifteen single-sided, double-spaced pages.

(iii)    To the extent that this Court determines upon conclusion of the Sufficiency Hearing that a Contested Claim cannot be disallowed in whole or in part without further proceedings, the Debtors shall provide to the Claimant a Notice Of Claims Objection Hearing pursuant to the procedures set forth above.

(c)    <u>Mandatory Meet And Confer</u>.

(i)    If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), (B) the Claimant (if an individual) or the Claimant's principal place of

business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, and (C) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant  shall hold an in-person meet and confer (an "In-Person Meet and Confer") at a neutral location in Troy, Michigan, or such other location as is reasonably acceptable to the Debtors, within ten business days of service of the Notice Of Claims Objection Hearing.

(ii)     If (A) (1) the amount in dispute for a Contested Claim is less than or equal to $1,000,000, (2) a Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, or (3) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, and (B) such Contested Claim is scheduled by the Debtors for a Claims Objection Hearing, the Debtors and the relevant Claimant shall hold a telephonic meet and confer (a "Telephonic Meet and Confer" and, collectively with In-Person Meet and Confers, the "Meet and Confers") within ten business days of service of the Notice Of Claims Objection Hearing.

(iii)     The following representatives of each of the Debtors and the Claimant shall attend the Meet and Confer: (A) counsel for each of the parties, except for a Claimant proceeding pro se, who shall be prepared to discuss the matter described in paragraph 9 (k) below, and (B) a person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of the Debtors and the Claimant, respectively; provided, however, that counsel for each of the parties may participate in the Meet and Confer telephonically.

(iv)     The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Meet and Confer in good faith.

(d)     Debtors' Statement Of Disputed Issues.  Within five business days after service of the Notice Of Claims Objection Hearing, the Debtors shall file and serve a written statement of disputed issues (the "Statement Of Disputed Issues") upon the Claimant.  The Statement Of Disputed Issues shall contain a concise statement summarily setting forth the primary reasons why the claim should be disallowed, expunged, reduced, or reclassified as set forth in the claims objection, including, but not limited to, the material factual and legal bases upon which the Debtors will rely in prosecuting the claims objection, without prejudice to the Debtors' right to later identify and assert additional legal and factual bases for disallowance, expungement, reduction, or reclassification of the Contested Claim.  The Statement of Disputed Issues shall also include documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim, without prejudice to the Debtors' right to later identify additional documentation supporting the disallowance, expungement, reduction, or reclassification of the Contested Claim; provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Statement of Disputed Issues; provided further, however, that the Debtors shall disclose to the Claimant all information and

8

provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected, subject to appropriate confidentiality constraints.

          (e)    <u>Claimant's Supplemental Response</u>.  The following procedures apply to the Claimant's written supplemental response (the "Supplemental Response"), subject to modification pursuant to paragraph 9(k), filed in connection with a Claims Objection Hearing for a Contested Claim:

          (i)    The Claimant may file and serve its Supplemental Response (with a copy to chambers) no later than 30 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Response shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

          (ii)    If the Claimant relies on exhibits, the Claimant shall include such exhibits in its Supplemental Response (other than those previously included with either its Proof of Claim or its Response); <u>provided</u>, <u>however</u>, that the Claimant need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Response; <u>provided</u> further, <u>however</u>, that the Claimant shall disclose to the Debtors all information and provide copies of all documents that the Claimant believes to be confidential, proprietary, or otherwise protected and upon which the Claimant intends to rely in support of its Contested Claim, subject to appropriate confidentiality constraints.  The Claimant shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Response, as appropriate.

          (iii)    The Supplemental Response may include affidavits or declarations from no more than two witnesses setting forth the basis of the Contested Claim and evidence supporting the Contested Claim; <u>provided</u>, <u>however</u>, that if the Claimant intends to call a person not under such Claimant's control at the hearing, the Claimant shall, in lieu of an affidavit or declaration of such person, identify such person, the Claimant's basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, such affiant or declarant's affidavit or declaration shall be stricken.  The Claimant shall not be permitted to elicit any direct testimony at the Claims Objection Hearing; instead, the affidavit or declaration submitted with the Supplemental Response, or such witnesses' deposition transcript if the witnesses were not under the Claimant's control, shall serve as the witnesses' direct testimony and the Debtors may cross examine the witnesses at the Claims Objection Hearing, or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Claimant.

          (iv)    No later than three business days prior to commencement of the Claims Objection Hearing, if the Claimant timely filed a Supplemental Response, the Claimant may file and serve (with a copy to chambers) an amended Supplemental Response and a supplemental affidavit or declaration on behalf of each of its witnesses solely for the purpose of supplementing the Supplemental Response and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; <u>provided</u> that the amended Supplemental Response shall be subject to the page limitations set forth above.

(f)    Debtors' Supplemental Reply.  The following procedures shall apply to the Debtors' written supplemental reply, if any (the "Supplemental Reply"), subject to modification pursuant to paragraph 9(k) below, filed in connection with a Claims Objection Hearing with respect to a Contested Claim:

(i)    The Debtors may file and serve (with a copy to chambers) a Supplemental Reply no later than 20 business days prior to commencement of the Claims Objection Hearing.  The Supplemental Reply shall not exceed 20 single-sided, double-spaced pages (exclusive of exhibits or affidavits).

(ii)    If the Debtors rely on exhibits, the Debtors shall include such exhibits in their Supplemental Reply (other than those previously included with either their objection or reply); provided, however, that the Debtors need not disclose confidential, proprietary, or otherwise protected information in the Supplemental Reply; provided further, however, that the Debtors shall disclose to the Claimant all information and provide copies of all documents that the Debtors believe to be confidential, proprietary, or otherwise protected and upon which the Debtors intend to rely in support of their objection, subject to appropriate confidentiality constraints.  The Debtors shall include a certificate of counsel or a declaration or affidavit authenticating any documents attached to the Supplemental Reply.

(iii)    The Supplemental Reply may include affidavits or declarations from no more than two witnesses setting forth the Debtors' basis for objecting to the Contested Claim and evidence in support of such objection to the Contested Claim; provided, however, that if the Debtors intend to call a person not under the Debtors' control at the hearing, the Debtors shall, in lieu of an affidavit or declaration of such person, identify such person, the Debtors' basis for calling such person as a witness, and the reason that it did not file an affidavit or declaration of such person.  If an affiant or declarant does not attend the Claims Objection Hearing, as appropriate, such affiant or declarant's affidavit or declaration shall be stricken.  The Debtors shall not be permitted to elicit any direct testimony at the Claims Objection Hearing, instead, the affidavit or declaration submitted with the Supplemental Reply, or such witnesses' deposition transcript if the witnesses were not under the Debtors' control, shall serve as the witnesses' direct testimony and the Claimant may cross examine the witnesses at the Claims Objection Hearing or counter-designate deposition testimony.  No other or additional witnesses may introduce evidence at the hearing on behalf of the Debtors.

(iv)    No later than three business days prior to commencement of the Claims Objection Hearing, if the Debtors timely filed a Supplemental Reply, the Debtors may file and serve (with a copy to chambers) an amended Supplemental Reply and a supplemental affidavit or declaration on behalf of each of their witnesses solely for the purpose of supplementing the Supplemental Reply and the witnesses' prior affidavits or declarations with respect to matters adduced through the discovery provided by these Claims Hearing Procedures; provided that the amended Supplemental Reply shall be subject to the page limitations set forth above.

(g)    Mandatory Non-Binding Summary Mediation.  Except as set forth below, at least 15 business days prior to commencement of the Claims Objection Hearing, the Debtors and the Claimant shall submit to mandatory non-binding summary mediation (each, a

10

"Mediation") in an effort to consensually resolve the Contested Claim.  The Mediation shall be governed by General Order M-143 except as follows.  The following procedures shall apply to each Mediation, subject to modification pursuant to paragraph 9(k) below:

> (i)    Each Mediation shall be assigned to one of the mediators listed by the Debtors on Exhibit D hereto (each, a "Mediator").  The Debtors and the Claimant shall agree upon the Mediator at the Meet and Confer; provided that, if the Debtors and the Claimant are unable to agree upon a Mediator, the parties shall promptly report such inability to agree to the Court.

> (ii)    The Mediator shall not have the authority to require either the Debtors or the Claimant to provide any additional briefing with respect to the Mediation.

> (iii)    If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000) and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located within 90 miles of Troy, Michigan, the Mediation shall be held at a neutral location in Troy, Michigan.

> (iv)    If (A) (1) the amount in dispute for a Contested Claim exceeds $1,000,000 or (2) a Contested Claim asserts unliquidated claims (unless the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000), and (B) the Claimant (if an individual) or the Claimant's principal place of business (if a governmental unit or a person, as defined in section 101(41) of the Bankruptcy Code, other than an individual) is located more than 90 miles from Troy, Michigan, the Mediation shall be held at a neutral location reasonably acceptable to the Debtors and the Claimant; provided that, if the Debtors and the Claimant are unable to agree upon a neutral location at the Meet and Confer, the parties shall promptly report such inability to agree to the Court.

> (v)    If (A) the amount in dispute for a Contested Claim is less than or equal to $1,000,000 or (B) the Contested Claim asserts unliquidated claims and the Claimant with respect thereto irrevocably agrees in writing that the allowed amount of such Contested Claim shall be limited to a maximum of $1,000,000, participation in Mediation shall be voluntary and any Mediation may be held telephonically at either the Debtors' or the Claimant's request.

> (vi)    A person possessing ultimate authority to reconcile, settle, or otherwise resolve the Contested Claim on behalf of each of the Debtors and the Claimant shall attend an in-person Mediation or participate in a telephonic Mediation, if any; provided, however, that the Debtors' counsel will not be precluded from attending and participating in a Mediation in the event that the claimant elects not to have its counsel attend or participate in a Mediation.

> (vii)    Absent consent of each of the Claimant and the Debtors, the length of the Mediation shall be limited to one day.

11

(viii)    The Court will consider appropriate sanctions, including allowance or disallowance of the Contested Claim, if either party does not follow the foregoing procedures or conduct the Mediation in good faith.

(ix)    The Debtors and the Claimant shall each bear its own costs in participating in the Mediation.  The Debtors are hereby authorized to pay the Mediator's fees.

(h)    <u>Claims Objection Hearing Discovery</u>.  If a Claims Objection Hearing is scheduled for a particular Contested Claim, the Debtors and the Claimant shall be bound by the following discovery procedures, which shall otherwise be governed by the Bankruptcy Rules, subject to modification pursuant to paragraph 9(k) below:

(i)    No later than five business days after service of the Supplemental Response, the Debtors may request:

(A)    That the Claimant produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)    That the Claimant respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)    That the Claimant respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(ii)    No later than five business days after service of the Supplemental Reply, the Claimant may request:

(A)    That the Debtors produce documents relevant to the Contested Claim.  Documents shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(B)    That the Debtors respond to no more than 15 interrogatories, including discrete subparts.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(C)    That the Debtors respond to no more than ten requests for admission.  Responses shall be produced at least ten business days prior to commencement of the Claims Objection Hearing.

(iii)    No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Debtors may, at their election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Claimant's Supplemental Response.  Each deposition shall not exceed three hours.

12

(iv)    No earlier than fifteen business days prior to the commencement of the Claims Objection Hearing, but at least five business days prior to commencement of the Claims Objection Hearing, the Claimant may, at its election, take the deposition upon oral examination of each witness whose affidavit or declaration was proffered in support of the Debtors' Supplemental Reply.  Each deposition shall not exceed three hours.

(v)    Except as provided in paragraph 9(g)(vi) above, nothing in this Order alters any obligation of opposing counsel with regard to communications with non-counsel opponents or any applicable law regarding corporations or other business entities to be represented by counsel.

(i)    Conduct Of The Claims Objection Hearing.  The Debtors and the Claimant shall each be permitted, subject to modification pursuant to paragraph 9(k) below, no more than one hour to present their respective cases, inclusive of time cross-examining their opponent's witnesses and making argument to the Court.  The parties shall coordinate with each other in advance of the hearing with respect to, joint exhibit binders, stipulated admission of evidence, anticipated disputes regarding the admission of particular evidence and any designated deposition testimony.

(j)    Estimation Based Upon Claimant's Asserted Estimated Amount.  To the extent that a Contested Claim would be subject to estimation pursuant to section 502(c) of the Bankruptcy Code and the Debtors have sought authority to estimate such Contested Claim pursuant to an omnibus claims objection and/or a motion to estimate claims, if the Claimant has filed a Response in accordance with the procedures outlined above which (i) acknowledges that the Contested Claim is contingent or fully or partially unliquidated and (ii) provides the amount that the Claimant believes would be the allowable amount of such Contested Claim upon liquidation of the Contested Claim or occurrence of the contingency, as appropriate (the "Claimant's Asserted Estimated Amount"), the Debtors are hereby authorized, in their sole discretion, to elect to provisionally accept the Claimant's Asserted Estimated Amount as the estimated amount of such Contested Claim pursuant to section 502(c) of the Bankruptcy Code for all purposes other than allowance, but including voting and establishing reserves for purposes of distribution, subject to further objection and reduction as appropriate and section 502(j) of the Bankruptcy Code.  The Debtors' election shall be made by serving the Claimant with a Notice Of Election To Accept Claimant's Asserted Estimated Amount in the form attached hereto as Exhibit E.  The Contested Claim will otherwise remain subject in all respects to the procedures outlined herein.

(k)    Ability To Modify Procedures By Agreement Or Order Of Court.  At the Meet and Confer, the parties shall discuss discovery parameters, briefing, evidence to be presented, the timing outlined herein, and any modifications thereto that are necessary due to the facts and circumstances of the relevant Contested Claim.  Should the parties be unable to agree on reasonable modifications to these Claim Hearing Procedures, if any, either party may request that the Court promptly schedule a teleconference to consider such proposed modifications.  No discovery, testimony, or motion practice other than that described herein, as modified, shall be permitted, unless otherwise agreed by the parties or ordered by the Court.

13

10.       The procedures approved herein shall not apply to claims filed by Banc of

America Securities LLC (as to proof of claim number 10758), Barclays Capital Inc. (as to proof

of claim number 11658), Bear, Stearns & Co. Inc. (as to proof of claim number 10732), Cadence

Innovation LLC, Citigroup Global Markets, Inc. (as to proof of claim number 10731), Credit

Suisse Securities (USA) LLC (as to proof of claim number 10763), Merrill Lynch, Peirce,

Fenner & Smith Inc. (as to proof of claim number 10761), Morgan Stanley & Co. Inc. (as to

proof of claim number 10762), the Pension Benefit Guaranty Corporation, Robert Bosch GmbH,

the State of California Environmental Protection Agency, the State of Michigan Environmental

Protection Agency, the State of Ohio Environmental Protection Agency, Technology Properties,

Ltd., UBS Securities LLC (as to proof of claim number 10759), the United States Environmental

Protection Agency, and Wachovia Capital Markets, LLC (as to proof of claim number 10760)

(collectively, the "Excluded Parties") for any purpose, including, but not limited to, any

objections to such claims or other litigation in respect of such claims; provided, however, that

nothing contained herein shall preclude any of the Excluded Parties or the Debtors, after notice

and an opportunity to be heard, from seeking to establish appropriate alternative claims

resolution procedures.

11.       With respect to the claim of Gary Whitney ("Mr. Whitney") (claim

number 10157) and NuTech Plastics Engineering, Inc. ("NuTech") (claim number 1279 against

Delphi Automotive Systems LLC), nothing in this Order shall limit Mr. Whitney's or NuTech's

ability to request relief from the automatic stay provisions under section 362 of the Bankruptcy

Code subject to the Debtors' right to object to such request.

12.       The Debtors shall not serve a Notice of Hearing on Orix Warren, LLC

("Orix Warren") with respect to proof of claim number 10202 until the earliest of the following

to occur: (a) the Debtors assume the lease between Delphi Automotive Systems LLC and Orix Warren with respect to property located at 4551 Research Parkway in Warren, Ohio (the "Orix Lease"), (b) the Debtors reject the Orix Lease, or (c) the Orix Lease terminates or is terminated pursuant to its terms.

13.      Nothing in this Order shall preclude any right to seek estimation of a claim under section 502(c) of the Bankruptcy Code, any right to seek relief from the automatic stay under section 362 of the Bankruptcy Code to liquidate a claim in a different forum, any right to seek protection of information under section 107(b) of the Bankruptcy Code or any right not specifically addressed in this Order.

14.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

15.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
         December 6, 2006


         _____/s/Robert D. Drain_____
              UNITED STATES BANKRUPTCY JUDGE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                               :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ENTRY OF ORDER WITH RESPECT
TO [_____] OMNIBUS CLAIMS OBJECTION

PLEASE TAKE NOTICE that on _____ _, 200_, the United States Bankruptcy

Court for the Southern District of New York entered a [title of order] (the "Order").

PLEASE TAKE FURTHER NOTICE THAT a copy of the Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of claim listed below, which you filed against Delphi Corporation and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was the subject of the Order and was listed on Exhibit __ to the Order and was accordingly disallowed and expunged, unless otherwise provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

2

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-259-2691 or by accessing the Debtors' Legal Information Website at www.delphidocket.com.

Dated:  New York, New York
_____ \_, 200\_

                            BY ORDER OF THE COURT

                            John Wm. Butler, Jr. (JB 4711)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                            SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP
                            333 West Wacker Drive, Suite 2100
                            Chicago, Illinois  60606
                            (312) 407-0700

                                - and -

                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                            SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP
                            Four Times Square
                            New York, New York 10036
                            (212) 735-3000

                            Attorneys for Delphi Corporation, et al.,
                                Debtors and Debtors-in-Possession

3

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :      Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :      Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :      (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

        PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of the Proof of

Claim and whether the Proof of Claim states a colorable claim against the asserted Debtor is

hereby scheduled for _____, 200_, at 10:00 a.m. (prevailing Eastern time) in the United

States Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure to comply

with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could

result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.


Dated:  New York, New York
_____ \_, 200\_

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP

By:_____
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

By:_____
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CLAIMS OBJECTION HEARING WITH
RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NO. [_____]

            PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), a

claims objection hearing (the "Claims Objection Hearing") for purposes of holding an

evidentiary hearing on the merits of the Proof of Claim is hereby scheduled for _____, 200_,

at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern

District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will

proceed in accordance with the procedures provided in the Order, unless such procedures are

modified in accordance with Paragraph 9(k) thereof.  Please review the Order carefully – failure

to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of the Proof of Claim.  A copy of the Order is

attached hereto for your convenience.

2

PLEASE TAKE FURTHER NOTICE that the Debtors may further adjourn the

Hearing at any time at least five business days prior to the scheduled hearing upon notice to the

Court and the Claimant.


Dated: New York, New York
_____ \_, 200\_

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP

By:_____
   John Wm. Butler, Jr. (JB 4711)
   John K. Lyons (JL 4951)
   Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

By:_____
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

<u>EXHIBIT D</u>

<u>LIST OF MEDIATORS</u>

Lawrence Abramcyzk
Marc Abrams
Ronald Barliant
Michael Baum
Morton Collins
Susan Cook
Samuel Damren
Eugene Driker
Jonathan Flaxer
Rozanne Giunta
Erwin Katz
Edward Moran
Alan Nisselson
Thomas Plunkett
Marty Reisig

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
          In re                         :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                      Debtors.          :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF DEBTORS' ELECTION TO ACCEPT CLAIMANT'S
ASSERTED ESTIMATED AMOUNT FOR PROOF OF CLAIM NUMBER [_____]

          PLEASE TAKE NOTICE that on _____ _, 200_, Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number _____ (the "Proof of Claim")

filed by _____ (the "Claimant") pursuant to the [Title Of Applicable Omnibus Claims

Objection] (the "Objection").

PLEASE TAKE FURTHER NOTICE that on _____ _, 200_, the Claimant filed

its response to the objection, wherein Claimant (i) acknowledged that the Proof of Claim asserts

claims that are contingent or fully or partially unliquidated and (ii) stated that the Claimant

believes that the allowable amount of the Proof of Claim upon liquidation of the Contested

Claim or occurrence of the contingency, as appropriate, is $_____ (the "Claimant's Asserted

Estimated Amount").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December __, 2006 (the "Order"), the

Debtors hereby provide notice that the Debtors elect to accept the Claimant's Asserted Estimated

Amount as the estimated amount of the Proof of Claim pursuant to section 502(c) of the

Bankruptcy Code as set forth in the Objection.  A copy of the Order is attached hereto.

PLEASE TAKE FURTHER NOTICE that any hearing scheduled pursuant to the

Order is hereby cancelled.

PLEASE TAKE FURTHER NOTICE that the Debtors' election to accept the

Claimant's Asserted Estimated Amount is without prejudice to the Debtors' right to object to any

other claims in these chapter 11 cases, or to further object to the Proof of Claim, on any grounds

whatsoever.

Dated:  New York, New York
           _____ _, 200_

                               SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP

                               By:_____
                                  John Wm. Butler, Jr. (JB 4711)
                                  John K. Lyons (JL 4951)
                                  Ron E. Meisler (RM 3026)
                               333 West Wacker Drive, Suite 2100
                               Chicago, Illinois  60606
                               (312) 407-0700

                               By:_____
                                  Kayalyn A. Marafioti (KM 9632)
                                  Thomas J. Matz (TM 5986)
                               Four Times Square
                               New York, New York 10036
                               (212) 735-3000

                               Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession

3

# EXHIBIT H

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature | Correct Debtor2 | Allowed Amount2 | Allowed Nature2 |
| Atmel Corporation | Attn Buck Chinn 2325 Orchard Pkwy San Jose, CA 95131 | 12/14/05 | 1165 | $1,280,342.50 | Partially Satisfied Claim | 05-44640 | $570,000.00 | General Unsecured | 05-44539 | $46,512.00 | General Unsecured |

# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                :
       In re                      :      Chapter 11
                                  :
   DPH HOLDINGS CORP. et al.,      :      Case No. 05-44481 (RDD)
                                  :
           Reorganized Debtors.    :      (Jointly Administered)
                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


      DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

2

employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ | ❾ |
| | | | | ❿ | ⓫ | ⓬ |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

4

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
        February 3, 2010

# EXHIBIT J

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| A MAIER PRAEZISION GMBH EFT | POSTFACH 1354 ST GEORGEN, BW 78105 | $8,678.36 | Partially Satisfied Scheduled Liabilities | 05-44640 | $4,339.18 | General Unsecured |
| ABRACON CORPORATION | 30332 ESPERANZA RCHO STA MARG, CA 92688 | $5,292.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $2,646.00 | General Unsecured |
| Allan Tool & Machine Co Inc | 1822 E Maple Rd Troy, MI 48083 | $187,932.79 | Partially Satisfied Scheduled Liabilities | 05-44640 | $181,870.79 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | $64,197.82 | Partially Satisfied Scheduled Liabilities | 05-44640 | $3,825.42 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | $10,039.20 | Partially Satisfied Scheduled Liabilities | 05-44640 | $5,319.40 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | $53,087.04 | Partially Satisfied Scheduled Liabilities | 05-44640 | $50,768.12 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | $62,085.07 | Partially Satisfied Scheduled Liabilities | 05-44640 | $51,728.12 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | $17,511.42 | Partially Satisfied Scheduled Liabilities | 05-44640 | $14,521.72 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | $52,786.75 | Partially Satisfied Scheduled Liabilities | 05-44640 | $25,113.13 | General Unsecured |
| Amroc Investments LLC | Attn David S Leinwand Esq 535 Madison Ave 15th Fl New York, NY 10022 | $30,768.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $29,498.00 | General Unsecured |
| Amtec Precision Products Inc | 1355 Holmes Rd Elgin, IL 60123 | $36,769.72 | Partially Satisfied Scheduled Liabilities | 05-44640 | $25,997.92 | General Unsecured |
| Anixter | Attn Credit Department 2301 Patriot Blvd 2S Glenview, IL 60026 | $1,528.69 | Partially Satisfied Scheduled Liabilities | 05-44507 | $196.01 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Argo Partners | 12 W 37th St 9th Fl<br>New York, NY 10018 | $18,375.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $9,187.50 | General Unsecured |
| Argo Partners | 12 W 37th St 9th Fl<br>New York, NY 10018 | $74,193.08 | Partially Satisfied Scheduled Liabilities | 05-44507 | $57,742.12 | General Unsecured |
| Argo Partners | 12 W 37th St 9th Fl<br>New York, NY 10018 | $423,958.23 | Partially Satisfied Scheduled Liabilities | 05-44640 | $393,150.78 | General Unsecured |
| Ark Technologies Inc | 6536 Eagle Way<br>Chicago, IL 60678-1653 | $1,038.80 | Partially Satisfied Scheduled Liabilities | 05-44640 | $852.80 | General Unsecured |
| Armstrong Industrial Corp Ltd | 531 Bukit Batok St 23<br>, 659547 Singapore | $24,068.80 | Partially Satisfied Scheduled Liabilities | 05-44640 | $16,727.80 | General Unsecured |
| ASM Capital II LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $549,607.89 | Partially Satisfied Scheduled Liabilities | 05-44640 | $519,427.67 | General Unsecured |
| ASM Capital II LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $82,875.60 | Partially Satisfied Scheduled Liabilities | 05-44640 | $48,031.96 | General Unsecured |
| ASM Capital II LP | Adam Moskowitz<br>ASM Capital II LP<br>7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $378,614.20 | Partially Satisfied Scheduled Liabilities | 05-44640 | $335,868.99 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $27,074.76 | Partially Satisfied Scheduled Liabilities | 05-44567 | $26,844.76 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $6,975.05 | Partially Satisfied Scheduled Liabilities | 05-44507 | $2,316.49 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $5,875.71 | Partially Satisfied Scheduled Liabilities | 05-44507 | $3,885.39 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $66,999.17 | Partially Satisfied Scheduled Liabilities | 05-44640 | $65,288.17 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $86,320.46 | Partially Satisfied Scheduled Liabilities | 05-44640 | $48,192.96 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $3,145.46 | Partially Satisfied Scheduled Liabilities | 05-44640 | $2,287.63 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $8,512.00 | Partially Satisfied Scheduled Liabilities | 05-44567 | $5,992.00 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $93,287.84 | Partially Satisfied Scheduled Liabilities | 05-44640 | $17,260.53 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $32,528.56 | Partially Satisfied Scheduled Liabilities | 05-44640 | $31,868.56 | General Unsecured |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $196,954.80 | Partially Satisfied Scheduled Liabilities | 05-44640 | $196,314.72 | General Unsecured |
| ASM Capital LP | Adam Moskowitz ASM Capital LP 7600 Jericho Turnpike Ste 302 Woodbury, NY 11797 | $28,659.96 | Partially Satisfied Scheduled Liabilities | 05-44640 | $18,434.38 | General Unsecured |
| Autosplice Inc | PO Box 27189 Santa Ana, CA 927997189 | $57,770.10 | Partially Satisfied Scheduled Liabilities | 05-44567 | $27,623.95 | General Unsecured |
| Bright Headphone Electronics Co | 8th Fl No 109 Li De St Chung Ho City, Taipei R O C 235 Taiwan Prov Of China | $28,212.48 | Partially Satisfied Scheduled Liabilities | 05-44640 | $910.08 | General Unsecured |
| Chippac Ltd | 47400 Kato Rd Fremont, CA 94538 | $45,708.59 | Partially Satisfied Scheduled Liabilities | 05-44640 | $6,820.59 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Clariant Corp Masterbatches Div | 85 Industrial Dr<br>Holden, MA 01520 | $5,153.20 | Partially Satisfied Scheduled Liabilities | 05-44640 | $2,108.20 | General Unsecured |
| Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | $76,579.24 | Partially Satisfied Scheduled Liabilities | 05-44640 | $76,579.23 | General Unsecured |
| Dearborn Cdt | 250 W Carpenter Ave<br>Wheeling, IL 60090 | $1,529.85 | Partially Satisfied Scheduled Liabilities | 05-44640 | $168.80 | General Unsecured |
| Enricau Sa 50 Rue Jacques Balmat | Zac Du Grand Bois Bp 45<br>F 74130 Vougy<br>,   France | $9,828.61 | Partially Satisfied Scheduled Liabilities | 05-44640 | $328.10 | General Unsecured |
| F & G Tool & Die Co Inc | PO Box 321<br>West Carrollton, OH 45449 | $144,434.01 | Partially Satisfied Scheduled Liabilities | 05-44640 | $111,912.07 | General Unsecured |
| Fair Harbor Capital LLC | 875 Ave of the Americas Ste 2305<br>New York, NY 10001 | $12,731.07 | Partially Satisfied Scheduled Liabilities | 05-44567 | $314.00 | General Unsecured |
| Fair Harbor Capital LLC | 875 Ave of the Americas Ste 2305<br>New York, NY 10001 | $1,543.90 | Partially Satisfied Scheduled Liabilities | 05-44567 | $1,441.00 | General Unsecured |
| Fischer Tech Ltd | No 12 Loyang Way<br>4 Layang Industrial Estate<br>Singapore,  507602 Singapore | $14,752.80 | Partially Satisfied Scheduled Liabilities | 05-44640 | $13,816.90 | General Unsecured |
| Fraen Machinning Corp | Dba Swisstronics<br>PO Box 845046<br>Boston, MA 22845046 | $11,992.20 | Partially Satisfied Scheduled Liabilities | 05-44567 | $1,875.00 | General Unsecured |
| General Silicones | 14140 Live Oak Ave Unit D<br>Baldwin Pk, CA 91706 | $2,855.63 | Partially Satisfied Scheduled Liabilities | 05-44567 | $1,427.81 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez c/o Goldman Sachs & Co 30 Hudson 17th Fl Jersey City, NJ 07302 | $24,293.51 | Partially Satisfied Scheduled Liabilities | 05-44567 | $355.50 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | $110,714.89 | Partially Satisfied Scheduled Liabilities | 05-44640 | $74,927.42 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | $13,682.62 | Partially Satisfied Scheduled Liabilities | 05-44640 | $10,607.85 | General Unsecured |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | $28,087.93 | Partially Satisfied Scheduled Liabilities | 05-44640 | $10,393.94 | General Unsecured |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | 10121 BARNES CANYON RD SAN DIEGO, CA 92121-2725 | $47,454.55 | Partially Satisfied Scheduled Liabilities | 05-44640 | $1,215.08 | General Unsecured |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | PO BOX 157 YORKVILLE, IL 60560-0157 | $29,483.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $5,070.32 | General Unsecured |
| Hewitt Tool & Die Inc | PO Box 47 Oakford, IN 46965-0047 | $71,383.69 | Partially Satisfied Scheduled Liabilities | 05-44640 | $71,011.83 | General Unsecured |
| Hitachi Chemical Singapore Pte | M Gottlieb Associates 608 E Blvd Kokomo, IN 46902 | $28,642.64 | Partially Satisfied Scheduled Liabilities | 05-44567 | $6,718.64 | General Unsecured |
| Hitachi Chemical Singapore Pte Ltd | 614 E Poplar St Kokomo, IN 46902 | $23,128.00 | Partially Satisfied Scheduled Liabilities | 05-44610 | $9,051.44 | General Unsecured |
| Indium Corporation Of America | PO Box 3242 Buffalo, NY 14240 | $10,862.60 | Partially Satisfied Scheduled Liabilities | 05-44640 | $4,562.60 | General Unsecured |
| J P Products Co Inc | 720 Vandenburg Rd King Of Prussia, PA 19406 | $17,898.69 | Partially Satisfied Scheduled Liabilities | 05-44640 | $11,605.43 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| | K O A Speer Electronics Inc | K S E Capital Corporation PO Box 711769 Cincinnati, OH 45271-1769 | $27,050.86 | Partially Satisfied Scheduled Liabilities | 05-44567 | $14,672.70 | General Unsecured |
| | Keats Southwest | 11425 Rojas El Paso, TX 799366424 | $3,564.74 | Partially Satisfied Scheduled Liabilities | 05-44567 | $1,130.50 | General Unsecured |
| | Kerk Motion Products | 1 Kerk Dr Hollis, NH 03049 | $18,500.00 | Partially Satisfied Scheduled Liabilities | 05-44507 | $755.00 | General Unsecured |
| | Koa Europe Gmbh | Kaddenbusch 6 Daegeling,  25578 Germany | $10,614.48 | Partially Satisfied Scheduled Liabilities | 05-44610 | $5,651.34 | General Unsecured |
| | Koa Speer Electronics Inc | Accounts Receivable PO Box 547 Bradford, PA 16701 | $1,942,709.39 | Partially Satisfied Scheduled Liabilities | 05-44640 | $807,655.30 | General Unsecured |
| | Koda Stanz Und Biegetechnik Gmbh | PO Box 12 02 53 Dortmund,  D 44292 Germany | $749.48 | Partially Satisfied Scheduled Liabilities | 05-44640 | $6.65 | General Unsecured |
| | LDM TECHNOLOGIES | 1219 FRED MOORE HWY ST CLAIR, MI 48079 | $162,625.12 | Partially Satisfied Scheduled Liabilities | 05-44640 | $111,181.71 | General Unsecured |
| | Linear Technology Corp | 1630 Mc Carthy Blvd Milpitas, CA 95035-7487 | $178,974.20 | Partially Satisfied Scheduled Liabilities | 05-44640 | $3,625.63 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | $422,229.72 | Partially Satisfied Scheduled Liabilities | 05-44640 | $219,511.92 | General Unsecured |
| | Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | $152,774.28 | Partially Satisfied Scheduled Liabilities | 05-44640 | $44,667.12 | General Unsecured |
| | Lumex Inc | 290 E Helen Rd Palatine, IL 60067 | $3,465.00 | Partially Satisfied Scheduled Liabilities | 05-44567 | $1,732.50 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | $18,030.08 | Partially Satisfied Scheduled Liabilities | 05-44640 | $3,636.08 | General Unsecured |
| Madison Investment Trust Series 38 | 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | $51,735.60 | Partially Satisfied Scheduled Liabilities | 05-44640 | $1,637.30 | General Unsecured |
| Madison Niche Opportunities LLC | 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | $27,114.70 | Partially Satisfied Scheduled Liabilities | 05-44640 | $26,802.18 | General Unsecured |
| Mccourt Label Cabinet Co Eft | PO Box 79001 Detroit, MI 48279-1562 | $12,773.62 | Partially Satisfied Scheduled Liabilities | 05-44640 | $12,580.90 | General Unsecured |
| Micro Stamping Corp | 140 Belmont Dr Somerset, NJ 08873 | $1,927.31 | Partially Satisfied Scheduled Liabilities | 05-44640 | $1,746.53 | General Unsecured |
| Ohio Fasteners & Tool Inc | Tom Jarjabka 915 Lake Rd Medina, OH 44258 | $287.97 | Partially Satisfied Scheduled Liabilities | 05-44567 | $143.98 | General Unsecured |
| Raychem Corporation | Div Of Tyco Elec Ptc Div 300 Constitution Dr Menlo Park, CA 94025 | $17,812.00 | Partially Satisfied Scheduled Liabilities | 05-44567 | $8,906.00 | General Unsecured |
| Redrock Capital Partners LLC | 72 W Ave A Darien, CT 06820 | $35,073.02 | Partially Satisfied Scheduled Liabilities | 05-44640 | $8,388.12 | General Unsecured |
| Rf Monolithics Inc | 4441 Sigma Rd Dallas, TX 75244-4599 | $1,570.00 | Partially Satisfied Scheduled Liabilities | 05-44567 | $400.00 | General Unsecured |
| Rotation Engineering | 8800 Xylon Ave North Brooklyn Park, MN 55445 | $5,788.96 | Partially Satisfied Scheduled Liabilities | 05-44507 | $3,373.79 | General Unsecured |
| Sg Industries Inc | 9113 Macon Rd Cordova, TN 38016 | $468,028.94 | Partially Satisfied Scheduled Liabilities | 05-44640 | $313,528.68 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Name** | **Address** | **Amount of Scheduled Liability** | **Basis For Objection** | **Correct Debtor** | **Allowed Amount** | **Allowed Nature** |
| Sierra Liquidity Fund | Mocap Inc 2699 White Rd Ste 255 Irvine, CA 92614 | $1,790.69 | Partially Satisfied Scheduled Liabilities | 05-44640 | $1,519.44 | General Unsecured |
| Sierra Liquidity Fund | Springco Metal Coating 2699 White Rd Ste 255 Irvine, CA 92614 | $5,965.16 | Partially Satisfied Scheduled Liabilities | 05-44640 | $2,358.76 | General Unsecured |
| Spartech Polycom | 470 Johnson Rd Chicago, IL 60693 | $9,341.50 | Partially Satisfied Scheduled Liabilities | 05-44567 | $4,760.00 | General Unsecured |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | $315,003.80 | Partially Satisfied Scheduled Liabilities | 05-44640 | $307,802.15 | General Unsecured |
| Spirol International Corp Eft | Dept Ch 14018 Palatine, IL 60055-4018 | $6,142.84 | Partially Satisfied Scheduled Liabilities | 05-44640 | $6,001.73 | General Unsecured |
| Star Micronics America Inc | Christine Stima 1150 King Georges Post Rd Edison, NJ 08837 | $2,106.00 | Partially Satisfied Scheduled Liabilities | 05-44567 | $1,053.00 | General Unsecured |
| STAR MICRONICS AMERICA INC EFT | 70 ESTER CT NO D NEW BRUNSWICK, NJ 08902 | $6,800.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $1,100.00 | General Unsecured |
| Taiyo Yuden Singapore Pte Ltd | 19 Joo Koon Circle Jurong Town,  629051 Singapore | $8,571.42 | Partially Satisfied Scheduled Liabilities | 05-44640 | $4,285.71 | General Unsecured |
| Takumi Stamping Inc | 8955 Seward Rd Fairfield, OH 45011 | $6,005.84 | Partially Satisfied Scheduled Liabilities | 05-44640 | $4,312.91 | General Unsecured |
| Tg North America Corp Tg Missouri | PO Box 67000 Dept 176101 Detroit, MI 48267-1761 | $7,097.40 | Partially Satisfied Scheduled Liabilities | 05-44640 | $5,904.80 | General Unsecured |
| Trans Tech Inc | PO Box 414387 Boston, MA 02241-4387 | $9,150.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $5,850.00 | General Unsecured |
| Transamerica Lubricants Inc | Blvd Gomez Morin 9050 C Cd Juarez,  32530 Mexico | $9,727.36 | Partially Satisfied Scheduled Liabilities | 05-44567 | $346.50 | General Unsecured |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit C Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Truarc Co Llc | PO Box 798001<br>Saint Louis, MO 63179-8000 | $1,310.70 | Partially Satisfied Scheduled Liabilities | 05-44640 | $1,175.15 | General Unsecured |
| Ultralife Batteries Inc | 2000 Technology Pkwy<br>Newark, NY 14513 | $91,200.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $45,600.00 | General Unsecured |
| Victory Packaging | PO Box 844138<br>Dallas, TX 752844138 | $85,195.63 | Partially Satisfied Scheduled Liabilities | 05-44567 | $1,473.21 | General Unsecured |
| Vip Virant Doo | Koprska Ulica 88<br>Ljubljana,  1000 Slovenia | $12,808.47 | Partially Satisfied Scheduled Liabilities | 05-44640 | $99.11 | General Unsecured |
| Wakefield Engineering Inc | PO Box 8500 41035<br>Philadelphia, PA 19178-8500 | $70,456.00 | Partially Satisfied Scheduled Liabilities | 05-44640 | $63,626.19 | General Unsecured |
| Woco De Mexico Sa De Cv Av De Las Fuentes No 19 Parque | Industrial Bernardo Quintana<br>Queretaro,  Cp76246 Mexico | $34,865.17 | Partially Satisfied Scheduled Liabilities | 05-44640 | $32,940.17 | General Unsecured |

# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :
      In re                    :      Chapter 11
                      :
DPH HOLDINGS CORP. et al.,    :      Case No. 05-44481 (RDD)
                      :
         Reorganized Debtors.    :      (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim").  By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Amount of Scheduled Liability | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|
| | | Correct Debtor | Allowed Amount | Allowed Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ |

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

4

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
        February 3, 2010

# EXHIBIT L

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit D Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Acg Transformacion De Polimeros Sa De Cv | Guayakiri 624 Nave 2<br>76118 Loma Bonita Queretaro<br>Qro,  Mexico | $918.19 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Argo Partners | 12 W 37th St 9th Fl<br>New York, NY 10018 | $5,814.14 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Argo Partners | 12 W 37th St 9th Fl<br>New York, NY 10018 | $48,577.09 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| ASM Capital II LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $211,507.25 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $2,872.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $5,214.25 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| ASM Capital LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $2,050.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Audio Mpeg Inc | 66 CANAL CENTER PLZ STE 750<br>ALEXANDRIA, VA 22314-1577 | $147,747.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Caledon Tubing Ltd | 580 James St<br>St Marys, ON N4X 1A8 Canada | $19,592.59 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| City Chemical Corp | 139 Allings Crossing Rd<br>West Haven, NJ 06516 | $731.04 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Dae Sung Electric Co Ltd | 743 5 Wongsi Dong<br>Ansan Kyunggi Do,  425851 Korea Republic Of | $43,149.03 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Datwyler Ltd Rubber & Plastics | Mwst Nr Ch 195 654<br>Ch 6467 Schattdorf<br>,  Germany | $66,816.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Debt Acquisition Company of America V LLC as Transferee to Wheels International Freight Systems Inc | 1565 Hotel Cir S Ste 310<br>San Diego, CA 92108 | $220.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit D Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Dielectric Laboratories | PO Box 6660￼New York, NY 10249-6660 | $5,043.72 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Diodes Inc | PO Box 2960￼Los Angeles, CA 90051-0960 | $236.41 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Elite Fasteners Corp | 2005 15th St￼Rockford, IL 61104 | $3,125.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Ellsworth Adhesive System Inc | PO Box 1002￼Germantown, WI 53022-8202 | $846.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Exacto Spring Corp | PO Box 24￼Grafton, WI 53024-0024 | $533.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Finishing Services Inc | 877 Ann St￼Ypsilanti, MI 48197 | $8,144.81 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Fishercast Global Corp | 710 Neal Dr￼Peterborough, ON K9J6X7 Canada | $13,289.19 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Fourslides Inc | 1701 E Lincoln Ave￼Madison Heights, MI 48071-4175 | $24,308.92 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Fraen Machining | PO Box 84 5046￼Boston, MA 02284-5046 | $6,610.45 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Henze Stamping & Mfg Co | 31650 Stephenson Hwy￼Madison Hts, MI 48071 | $25,667.50 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Idg Inc | PO Box 60879￼Charlotte, NC 28260-0879 | $1,892.16 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| INDUSTRIAL STAMPING & MFG EFT | 16590 E 13 MILE RD￼ROSEVILLE, MI 48066-1507 | $525.80 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| KENNEDY ACQUISITION INC | 8500 RALEIGH AVE SE￼KENTWOOD, MI 49512-2064 | $11,031.57 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit D Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Kifico | 6 2 Chaam Dong Cheonan Shi Chungnam ,   Korea Republic Of | $2,435.52 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Lutz Sales Inc | 4675 Turnberry Dr Hanover Park, IL 601035463 | $262.50 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Madison Niche Opportunities LLC | 6310 Lamar Ave Ste 120 Overland Park, KS 66202 | $31,200.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Michigan Spring & Stamping | Precision Products Group PO Box 720 2700 Wickham Dr Muskegon, MI 49443 | $834.60 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Micro Comercial Components Cor | 21201 Itasca St Chatworth, CA 91311 | $595.20 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Microchip Technology Inc | PO Box 100799 Pasadena, CA 911890799 | $6,128.46 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Nexans Autoelectric | Pavla Kepkova Vohenstrauser Str 20 Floss,  92685 Germany | $6,028.80 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Panasonic Industrial Corp | PO Box 905358 Charlotte, NC 282905358 | $49,148.54 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Penn Metal Stamping Inc | Rt 255 PO Box 221 St Marys, PA 15857 | $111.92 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Shanghai Automobile Air Conditione Accessories Co | 1188 Lian Xi Rd Pudong Shanghai,  201204 China | $144.23 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Taesung Rubber & Chemical Co Ltd | 157 Gongdan Dong Gumi City Gyungbuk 730 030 ,   Korea Republic Of | $35,769.72 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Tippmann Properties | 9009 Coldwater Rd Ft Wayne, IN 46825 | $28,387.76 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit D Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Trade Debt Net | 281 Tresser Blvd Ste 1501 Stamford, CT 06901 | $415.28 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| U S Manufacturing Corp | 17717 Masonic Blvd Fraser, MI 48026 | $8,598.20 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Whitlam Label Co In | 24800 Sherwood Ave Centerline, MI 48015 | $60.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |
| Zentrum Mikroelektronik Dresden Ag | Grenzstrasse 28 D 01109 Dresden ,   Germany | $74,000.00 | Fully Satisfied Scheduled Liabilities | Disallowed And Expunged | |

# EXHIBIT M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                         :

      In re                        :      Chapter 11
                               :

DPH HOLDINGS CORP. et al.,    :      Case No. 05-44481 (RDD)
                               :

          Reorganized Debtors.    :      (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

2

employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim").  By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ |

3

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

4

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

       If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

       IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

       The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
      February 3, 2010

# EXHIBIT N

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit E Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Catherine M Rozanski | David F DuMouchel P25658<br>c/o Butzel Long<br>150 W Jefferson Ste 100<br>Detroit, MI 48226 | 7/28/06 | 12184 | $66,421.85 | MDL-Related Claims | Disallowed And Expunged | |
| Dawes Alan S | Rober M Stern Esq<br>c/o O Melveny & Myers LLP<br>1625 Eye Street NW<br>Washington, DC 20006 | 7/31/06 | 13410 | $584,823.05 | MDL-Related Claims | Disallowed And Expunged | |
| Harbinger Capital Partners Master Fund I Ltd | Attn Ilena L Cruz Esq<br>White & Case LLP<br>200 S Biscayne Blvd Ste 4900<br>Miami, FL 33131-2352 | 7/31/06 | 14739 | $0.00 | MDL-Related Claims | Disallowed And Expunged | |
| Harbinger Capital Partners Master Fund I Ltd | Harbinger Capital Partners Master Fund I Ltd<br>Harbinger Capital Partners Master Fund I Ltd<br>Attn Philip A Falcone 555 Madison Ave 16th Fl<br>New York, NY 10022 | 7/31/06 | 14739 | $0.00 | MDL-Related Claims | Disallowed And Expunged | |
| Harbinger Capital Partners Master Fund I Ltd | White & Case LLP<br>Glenn M Kurtz Gerard Uzzi Douglas P Baumstein<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | 7/31/06 | 14739 | $0.00 | MDL-Related Claims | Disallowed And Expunged | |
| John Blahnik | c/o Miller Canfield Paddock & Stone<br>Thomas W Cranmer Esq<br>840 W Long Lake Rd Ste 200<br>Troy, MI 48098 | 7/28/06 | 12056 | $80,693.20 | MDL-Related Claims | Disallowed And Expunged | |
| Milan Belans | c/o Clark Hill PLC<br>Bryan H Zair and Susanna C Brennan<br>500 Woodward Ave Ste 3500<br>Detroit, MI 48226-3435 | 7/31/06 | 14935 | $62,620.13 | MDL-Related Claims | Disallowed And Expunged | |
| Paul R Free | c/o Pepper Hamilton LLP<br>Richard A Rossman<br>100 Renaissance Ctr Ste 3600<br>Detroit, MI 48243 | 7/31/06 | 15599 | $252,093.54 | MDL-Related Claims | Disallowed And Expunged | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit F Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| International Union UAW | Niraj Ganatra Esq<br>Legal Department<br>8000 E Jefferson Ave<br>Detroit, MI 48214 | 7/31/06 | 13880 | $11,000,000,000.00 | Union Claims | Disallowed And Expunged | |
| International Union UAW and Local 155 on Behalf of its Bargaining Unit Members | William J Karges Esq<br>400 Galleria Officentre Ste 117<br>Southfield, MI 48034 | 7/31/06 | 13270 | $992,869.85 | Union Claims | Disallowed And Expunged | |
| UAW and its Local 286 | Niraj Ganatra Esq<br>International Union UAW<br>Legal Department 8000 E Jefferson Ave<br>Detroit, MI 48214 | 7/31/06 | 13838 | $0.00 | Union Claims | Disallowed And Expunged | |
| Uaw Local 2083 | PO Box 70264<br>Tuscaloosa, AL 35407 | 5/8/06 | 5268 | $3,191.00 | Union Claims | Disallowed And Expunged | |
| United Steelworkers | Attn David R Jury<br>Five Gateway Center Rm 807<br>Pittsburgh, PA 15222 | 7/27/06 | 11535 | $570,000,000.00 | Union Claims | Disallowed And Expunged | |
| United Steelworkers | Meyer Suozzi English & Klein PC<br>Lowell Peterson<br>1350 Broadway Ste 501<br>New York, NY 10018 | 7/27/06 | 11535 | $570,000,000.00 | Union Claims | Disallowed And Expunged | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit G Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Brady Billy Wayne | Gregory T Young Attorney for Claimant 32770 Franklin Rd Franklin, MI 48025 | 11/14/05 | 550 | $100,000.00 | Personal Injury Claims | Disallowed And Expunged | |
| Haupert Bridget | Bridget Haupert 1107 Blue Jay Dr Greentown, IN 46936 | 12/9/05 | 1086 | $100,000.00 | Personal Injury Claims | Disallowed And Expunged | |
| Haupert Eric | Eric Haupert 1107 Blue Jay Dr Greentown, IN 46936 | 12/9/05 | 1087 | $300,000.00 | Personal Injury Claims | Disallowed And Expunged | |
| Hurst Karen Hawk | David L Johnston Jr Attorney at Law PO Box 8216 Anniston, AL 36202 | 7/28/06 | 12407 | $350,000.00 | Personal Injury Claims | Disallowed And Expunged | |
| Kraus Jessica | Christopher D Damato Esq Cellino & Barnes PC 17 Court St 7th Fl Buffalo, NY 14202-3290 | 7/31/06 | 14810 | $500,000.00 | Personal Injury Claims | Disallowed And Expunged | |
| Saunders Jeremiah J | Randy Schimmelpfennig c/o Morgan And Morgan 16th Fl 20 N Orange Ave PO Box 4979 Orlando, FL 32802 | 7/13/06 | 9438 | $100,000.00 | Personal Injury Claims | Disallowed And Expunged | |
| W & Renee Brady Billy | c/o Weaver And Young PC Gregory T Young 32770 Franklin Rd Franklin, MI 48025 | 5/1/06 | 4288 | $150,000.00 | Personal Injury Claims | Disallowed And Expunged | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit H Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Battenberg Luann C | Attn Howard S Sher<br>Jacob & Weingarten PC<br>2301 W Big Beaver Rd Ste 777<br>Troy, MI 48084 | 7/25/06 | 10575 | $1,913,074.87 | Duplicate Claim | Disallowed And Expunged | 10582 |

# EXHIBIT O

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
          In re                           :          Chapter 11
                                          :
DPH HOLDINGS CORP. et al.,                :          Case No. 05-44481 (RDD)
                                          :
                    Reorganized Debtors.  :          (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


                          NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


          DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases
or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.
Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or
Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is
defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i)
modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or
(iv) modified, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed.
R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially
Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union
Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A)
Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain
SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3,
2010, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11,
2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

2

employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim").  By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on <u>Exhibit A</u> to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

---

1        Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

4

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
         February 3, 2010

# EXHIBIT P

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| A 1 Specialized Services & Supplies Inc | attn Mr Ashok Kumar<br>PO Box 270<br>Croydon, PA 19021 | 11/17/05 | 644 | $0.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Ahaus Tool & Engineering Inc | 200 Industrial Pkwy<br>PO Box 280<br>Richmond, IN 47374-0280 | 12/9/05 | 1102 | $102,550.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/16/06 | 8130 | $666,985.31 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/26/06 | 8576 | $554,635.03 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 6/28/06 | 8723 | $48,318.47 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/21/06 | 10186 | $130,579.71 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/27/06 | 11264 | $673,272.82 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Amroc Investments LLC | Attn David S Leinwand Esq<br>535 Madison Ave 15th Fl<br>New York, NY 10022 | 7/31/06 | 14915 | $468,786.87 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Argo Partners | Argo Partners<br>12 W 37th St 9th Fl<br>New York, NY 10018 | 5/31/06 | 7189 | $28,487.88 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Argo Partners | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 5/31/06 | 7189 | $28,487.88 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| ASM Capital | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | 8/3/06 | 15809 | $25,216.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| ASM Capital | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 8/3/06 | 15809 | $25,216.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Bank of America N A | Attn Dave Halesworth<br>1 BRYANT PARK<br>New York, NY 10035 | 7/27/06 | 11660 | $10,605,213.61 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis For Objection** | **Treatment Of Claim** | **Surviving Claim Number** |
| Bank of America N A | Mayer Brown Rowe & Maw LLP<br>Attn Raniero DAversa & Jeffrey G Tougas<br>1675 Broadway<br>New York, NY 11215 | 7/27/06 | 11660 | $10,605,213.61 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Benchmark dba Plasco dba Golden Thumb | Benchmark Industrial Supply LLC<br>PO Box 367<br>Springfield, OH 45501 | 1/23/06 | 1627 | $9,243.52 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Blue Angel Claims LLC | Attn Jennifer Donovan<br>c/o Davidson Kemper Capital Management LLC<br>65 E 55th St 19th Fl<br>New York, NY 10022 | 5/3/06 | 4574 | $4,032,367.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Blue Angel Claims LLC | Attn Jennifer Donovan<br>c/o Davidson Kemper Capital Management LLC<br>65 E 55th St 19th Fl<br>New York, NY 10022 | 5/3/06 | 4575 | $406,570.92 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Blue Angel Claims LLC | Attn Jennifer Donovan<br>c/o Davidson Kemper Capital Management LLC<br>65 E 55th St 19th Fl<br>New York, NY 10022 | 5/3/06 | 4576 | $149,937.86 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Blue Angel Claims LLC | Attn Jennifer Donovan<br>c/o Davidson Kemper Capital Management LLC<br>65 E 55th St 19th Fl<br>New York, NY 10022 | 5/3/06 | 4577 | $58,674.29 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| BP Products North America Inc | Fuels Business Unit<br>Attn Tom W Strattan<br>28100 Torch Pkwy Ste 300<br>Warrenville, IL 60555 | 7/31/06 | 13882 | $4,164.75 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| BP Products North America Inc | Kelley Drye & Warren LLP<br>Attn James S Carr<br>101 Park Ave<br>New York, NY 10178 | 7/31/06 | 13882 | $4,164.75 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| BP Products North America Inc | Fuels Business Unit<br>Attn Tom W Strattan<br>28100 Torch Pkwy Ste 300<br>Warrenville, IL 60555 | 7/31/06 | 13883 | $54,027.22 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| BP Products North America Inc | Kelley Drye & Warren LLP<br>Attn James S Carr<br>101 Park Ave<br>New York, NY 10178 | 7/31/06 | 13883 | $54,027.22 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Carlisle Engineered Products Inc | Steven J Ford Esq<br>Carlisle Companies Incorporated<br>250 S Clinton St Ste 201<br>Syracuse, NY 13202 | 7/28/06 | 11910 | $4,868,870.27 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| CF Special Situation Fund I LP | Attn Stuart A Laven Jr<br>Benesch Friedlander Coplan & Aronoff LLP<br>2300 BP Tower 200 Public Square<br>Cleveland, OH 44114-2378 | 7/27/06 | 11777 | $516,441.65 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 11/9/05 | 460 | $53,054.40 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 11/9/05 | 460 | $53,054.40 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave S 225<br>Greenwich, CT 06830 | 1/17/06 | 1546 | $199,278.47 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 1/17/06 | 1546 | $199,278.47 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 3/22/06 | 2352 | $132,868.28 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 3/22/06 | 2352 | $132,868.28 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/20/06 | 9990 | $17,809.30 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/20/06 | 9990 | $17,809.30 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/20/06 | 9991 | $9,372.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/20/06 | 9991 | $9,372.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Contrarian Funds LLC | Attn Alisa Mumola<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 7/21/06 | 10123 | $322,860.53 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 7/21/06 | 10123 | $322,860.53 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC as assignee of Westwood Associates Inc | Attn Alpa Jimenez<br>411 W Putnam Ave Ste 225<br>Greenwich, CT 06830 | 6/2/06 | 7371 | $694,417.04 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Contrarian Funds LLC as assignee of Westwood Associates Inc | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 6/2/06 | 7371 | $694,417.04 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Custom Profiles Inc | Mia Yarbrough<br>PO Box 279<br>Fitzgerald, GA 31750 | 11/14/05 | 508 | $5,711.47 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Custom Profiles Inc | Mia Yarbrough<br>PO Box 279<br>Fitzgerald, GA 31750 | 11/14/05 | 509 | $17,378.32 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Danice Manufacturing Co | 361 Donovan St<br>South Lyon, MI 48178 | 7/31/06 | 15329 | $77,751.36 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Ex Cell O Machine Tools Inc | PO Box 67000 Dept 102901<br>Detroit, MI 48267-1029 | 5/1/06 | 4022 | $5,690.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Fernandez Racing LLC | 6835 Guion Rd<br>Indpls, IN 46268 | 11/7/05 | 388 | $16,500.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Goldman Sachs Credit Partners LP | Attn Pedro Ramirez<br>c/o Goldman Sachs & Co<br>30 Hudson 17th Fl<br>Jersey City, NJ 07302 | 4/4/06 | 2558 | $9,000,000.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Goldman Sachs Credit Partners LP | Goldman Sachs Credit Partners LP<br>One New York Plz 42nd Fl<br>New York, NY 10004 | 6/6/06 | 7547 | $653,828.81 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Goldman Sachs Credit Partners LP | Brown Rudnick Berlack Israels LLP<br>Attn Steven D Pohl<br>One Financial Center<br>Boston, MA 02111 | 6/6/06 | 7547 | $653,828.81 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Goldman Sachs Credit Partners LP | c/o Goldman Sachs & Co Attn Pedro Ramirez 30 Hudson St 17th Fl Jersey City, NJ 07302 | 7/19/06 | 9940 | $6,678,072.11 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 5/15/06 | 5820 | $34,903.14 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 5/15/06 | 5820 | $34,903.14 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Hain Capital Holdings LLC | Attn Ganna Liberchuk 301 Rte 17 6th Fl Rutherford, NJ 07070 | 7/31/06 | 15516 | $61,802.40 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Hain Capital Holdings LLC | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15516 | $61,802.40 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Heraeus Amersil Inc aka Heraeus Tenevo | c/o Jason J DeJonker Esq McDermott Will & Emery LLP 227 W Monroe St Chicago, IL 60606-5096 | 7/26/06 | 10959 | $0.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Heraeus Amersil Inc aka Heraeus Tenevo | c/o Jason J DeJonker Esq McDermott Will & Emery LLP 227 W Monroe St Chicago, IL 60606-5096 | 7/26/06 | 10960 | $0.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Heraeus Materials Ltd | Unit A Cinderhill Industrial Estate Stoke On Trent Staffordshire,  ST3 5LB United Kingdom | 5/16/06 | 5950 | $5,389.25 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Hewlett Packard Company | Attn K Higman 2125 E Katella Ave Ste 400 Anaheim, CA 92806 | 7/11/06 | 9352 | $4,948,005.65 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Hewlett Packard Company | Hewlett Packard Co Legal Dept MS 20 BQ Palo Alto, CA 94304-1112 | 7/11/06 | 9352 | $4,948,005.65 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Itautec America Inc | Attn Eduardo Archer de Castilho General Manager 1935 NW 87th Ave Doral, FL 33172 | 7/25/06 | 10811 | $233,753.69 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | Stanley Lim 270 Park Ave 17th Fl New York, NY 10017 | 11/10/05 | 471 | $2,244,881.76 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| JPMorgan Chase Bank NA | Stanley Lim<br>270 Park Ave 17th Fl<br>New York, NY 10017 | 11/10/05 | 471 | $2,244,881.76 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA<br>Attn Susan McNamara Legal Dept<br>Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl<br>New York, NY 10081 | 11/10/05 | 471 | $2,244,881.76 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | Kirkpatrick & Lockhart Nicholson Graham LLP<br>Timothy C Bennett<br>599 Lexington Ave<br>New York, NY 10022 | 11/10/05 | 471 | $2,244,881.76 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | Neelima Veluvolu<br>270 Park Ave 17th Fl<br>New York, NY 10017 | 2/24/06 | 2111 | $92,057.65 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA<br>Attn Susan McNamara Legal Dept<br>Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl<br>New York, NY 10081 | 2/24/06 | 2111 | $92,057.65 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | Neelima Veluvolu<br>270 Park Ave 17th Fl<br>New York, NY 10017 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | Neelima Veluvolu<br>270 Park Ave 17th Fl<br>New York, NY 10017 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | EDS Information Services LLC<br>c/o Electronic Data Systems Corporation<br>Attn Ayala Hassell Esq 5400 Legacy Dr Mail Stop H3 3A 05<br>Plano, TX 75024 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | EDS Information Services LLC<br>c/o Electronic Data Systems Corporation<br>Attn Ayala Hassell Esq 5400 Legacy Dr Mail Stop H3 3A 05<br>Plano, TX 75024 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | JPMorgan Chase Bank NA<br>Attn Susan McNamara Legal Dept<br>Mail Code NY1 A436 1 Chase Manhattan Plz 26th Fl<br>New York, NY 10081 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | Kramer Levin Naftalis & Frankel LLP<br>Kramer Levin Naftalis & Frankel LLP<br>Attn Thomas Moers Mayer Esq 1177 Ave of the Americas<br>New York, NY 10036 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| JPMorgan Chase Bank NA | Kramer Levin Naftalis & Frankel LLP<br>Kramer Levin Naftalis & Frankel LLP<br>Attn Thomas Moers Mayer Esq 1177 Ave of the Americas<br>New York, NY 10036 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Jvs Equip Para Auto Ind | Eliana Oliveira Marisa Lakrada<br>Av Benedito Franco Penteado 385<br>Bairro Dos Pire,  13256--971 Brazil | 6/8/06 | 7650 | $12,762.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Jvs Equip Para Auto Ind | Eliana Oliveira<br>Av Benedito Franco Penteado 385<br>Bairro Dos Pire,  13256--971 Brazil | 6/8/06 | 7651 | $25,697.10 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Kyocera Industrial Ceramics Corp | c/o Loeb & Loeb LLP<br>345 Park Ave 18th Fl<br>New York, NY 10154 | 7/28/06 | 12530 | $312,610.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Latigo Master Fund Ltd | Attn Paul Malek<br>590 Madison Ave 9th Fl<br>New York, NY 10022 | 7/25/06 | 10597 | $2,419,203.01 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Ldi Incorporated | 4311 Patterson<br>Grand Rapids, MI 49512 | 7/18/06 | 9832 | $268,853.90 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Ldi Incorporated | Harold E Nelson<br>Nantz Litowich Smith Girard & Hamilton<br>2025 E Beltline SE Ste 60<br>Grand Rapids, MI 49546 | 7/18/06 | 9832 | $268,853.90 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Lexington Rubber Group Inc | Lexington Connector Seals<br>1510 Ridge Rd<br>Vienna, OH 44473-970 | 7/28/06 | 11925 | $317,117.86 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Lexington Rubber Group Inc | Lexington Connector Seals<br>1510 Ridge Rd<br>Vienna, OH 44473-970 | 7/28/06 | 12151 | $41,919.98 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 7/24/06 | 10393 | $0.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Liquidity Solutions Inc | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 7/24/06 | 10394 | $594,923.93 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Liquidity Solutions Inc as Assignee of Elkhart Products Corp | Dba Revenue Management<br>One University Plaza Ste 312<br>Hackensack, NJ 07601 | 11/8/05 | 432 | $155,995.20 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 11/15/05 | 579 | $78,355.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 11/15/05 | 579 | $78,355.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 2/21/06 | 2071 | $3,608,175.78 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 2/21/06 | 2071 | $3,608,175.78 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/14/06 | 9515 | $33,563.94 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/14/06 | 9515 | $33,563.94 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/18/06 | 9828 | $471,910.96 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/18/06 | 9828 | $471,910.96 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/18/06 | 9828 | $471,910.96 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/26/06 | 11114 | $120,077.19 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/26/06 | 11114 | $120,077.19 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/28/06 | 12153 | $187,779.14 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/28/06 | 12153 | $187,779.14 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/31/06 | 15669 | $155,334.07 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | R Gordon Clark Hill PC 500 Woodward Ste 3500 Detroit, MI 48226 | 7/31/06 | 15669 | $155,334.07 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15669 | $155,334.07 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 7/31/06 | 15670 | $207,886.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | R Gordon Clark Hill PC 500 Woodward Ste 3500 Detroit, MI 48226 | 7/31/06 | 15670 | $207,886.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 7/31/06 | 15670 | $207,886.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 10/26/06 | 16387 | $17,622.70 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Robert D Gordon Clark Hill PLC 500 Woodward Ste 3500 Detroit, MI 48226-3435 | 10/26/06 | 16387 | $17,622.70 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman 1633 Broadway 22nd Fl New York, NY 10019 | 10/26/06 | 16387 | $17,622.70 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic 810 Seventh Ave 33rd Fl New York, NY 10019 | 10/26/06 | 16388 | $105,434.11 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis For Objection** | **Treatment Of Claim** | **Surviving Claim Number** |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 10/26/06 | 16388 | $105,434.11 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Robert D Gordon<br>Clark Hill PLC<br>500 Woodward Ste 3500<br>Detroit, MI 48226-3435 | 10/26/06 | 16388 | $105,434.11 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 10/30/06 | 16395 | $655,686.82 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 10/30/06 | 16395 | $655,686.82 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 11/9/06 | 16415 | $1,983,000.60 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 11/9/06 | 16415 | $1,983,000.60 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | 11/16/06 | 16420 | $172,202.38 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Kasowitz Benson Torres & Friedman LLP<br>David S Rosner Adam L Shiff Daniel N Zinman Daniel A Fliman<br>1633 Broadway 22nd Fl<br>New York, NY 10019 | 11/16/06 | 16420 | $172,202.38 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| LTC Roll & Engineering Co | c/o Gary H Cunningham Esq<br>Strobl Cunningham & Sharp PC<br>300 E Long Lake Rd Ste 200<br>Bloomfield Hills, MI 48304 | 10/13/05 | 5 | $49,513.82 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Madison Niche Opportunities LLC | Madison Niche Opportunities LLC<br>6310 Lamar Ave Ste 120<br>Overland Park, KS 66202 | 5/1/06 | 3752 | $4,864.32 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Marquardt GmbH | Schloss Str 16<br>Rietheim Weiheim, 78604  Germany | 7/28/06 | 12161 | $875,135.40 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Marquardt GmbH | Bond Schoeneck & King PLLC<br>Stephen A Donato<br>One Lincoln Ctr 18th Fl<br>Syracuse, NY 13202 | 7/28/06 | 12161 | $875,135.40 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Mittal Steel USA Inc fka Ispat Inland Steel | Frank Fallucca Credit Manager<br>1 S Dearborn<br>Chicago, IL 60603 | 7/20/06 | 10008 | $714,233.39 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Monroe Inc | c/o Robert D Wolford<br>Miller Johnson<br>PO Box 306<br>Grand Rapids, MI 49501-0306 | 3/22/06 | 2352 | $132,868.28 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Monroe Inc | Miller Johnson<br>Thomas P Sarb<br>250 Monroe Ave NW Ste 800 PO Box 306<br>Grand Rapids, MI 49501-0306 | 3/22/06 | 2352 | $132,868.28 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Mubea Inc | 6800 Industrial Rd<br>Florence, KY 41042 | 7/27/06 | 11688 | $529,365.38 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Mubea Inc | Gary R Hoffman<br>11935 Mason Montgomery Rd Ste 130<br>Cincinnati, OH 45249 | 7/27/06 | 11688 | $529,365.38 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| NSK Steering Systems America Inc | PO Box 134007<br>Ann Arbor, MI 48113-4007 | 1/17/06 | 1562 | $672,450.29 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| NSK Steering Systems America Inc | Miller Canfield Paddock And Stone PLC<br>c/o Jonathan S Green<br>150 W Jefferson Ave Ste 2500<br>Detroit, MI 48226 | 1/17/06 | 1562 | $672,450.29 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Owens Corning Fiberglass Inc C/o Owens Corning World Headquarters | Attn Mariann Przysiecki 10 6<br>One Owens Corning Pkwy<br>Toledo, OH 43659 | 7/25/06 | 10824 | $79,343.84 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Park Enterprises of Rochester Inc | Chamberlain DAmanda<br>Attn Jerry Greenfield Esq<br>2 State St Ste1600<br>Rochester, NY 14614 | 7/12/06 | 9647 | $618,507.09 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Park Ohio Products Inc | 7000 Denison Ave<br>Cleveland, OH 44102 | 7/31/06 | 15134 | $355,290.19 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Pbr Columbia Llc | Attn David Wheeler<br>201 Metropolitan Dr<br>West Columbia, SC 29170 | 5/22/06 | 6610 | $1,956,624.48 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Pbr Columbia Llc | Foley & Lardner LLP<br>Judy A O Neill<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226 | 5/22/06 | 6610 | $1,956,624.48 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Pbr Columbia Llc | Foley & Lardner LLP<br>Hilary Jewett<br>90 Park Ave<br>New York, NY 10016 | 5/22/06 | 6610 | $1,956,624.48 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Pbr Knoxville Llc | Attn Pres Lawhon<br>10215 Caneel Dr<br>Knoxville, TN 37931 | 5/16/06 | 5980 | $9,225,767.18 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Pbr Knoxville Llc | Foley & Lardner LLP<br>Judy A O Neill<br>500 Woodward Ave Ste 2700<br>Detroit, MI 48226 | 5/16/06 | 5980 | $9,225,767.18 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Pbr Knoxville Llc | Foley & Lardner LLP<br>Hilary Jewett<br>90 Park Ave<br>New York, NY 10016 | 5/16/06 | 5980 | $9,225,767.18 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Pontiac Coil Inc | 5800 Moody Dr<br>Clarkston, MI 48348-4768 | 5/9/06 | 5388 | $157,798.33 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Quanex Corp | Attn S J Prociv<br>Macsteel<br>One Jackson Sq Ste 500<br>Jackson, MI 49201 | 7/25/06 | 10624 | $511,659.39 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Riverside Claims LLC as assignee for Product Action International LLC | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8875 | $505,106.24 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Riverside Claims LLC as assignee for Product Action International LLC | Riverside Claims LLC<br>PO Box 626 Planetarium Station<br>New York, NY 10024 | 6/30/06 | 8875 | $505,106.24 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Select Industries Corporation | Paige Leigh Ellerman Esq<br>Taft Stettinius & Hollister LLP<br>425 Walnut St 1800<br>Cincinnati, OH 45202 | 7/31/06 | 15427 | $20,842.73 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Select Industries Corporation fka Select Tool & Die Corp | W Timothy Miller<br>425 Walnut Stt Ste 1800<br>Cincinnati, OH 45202 | 7/20/06 | 10014 | $507,337.84 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Simco Construction Inc | Billy Simmons<br>1311 Commerce Dr Nw<br>Decatur, AL 35601 | 9/18/06 | 16320 | $144,606.92 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| SKF USA Inc | Henry Jaffe Esquire Pepper Hamilton LLP Hercules Plz Ste 5100 1313 Market St Wilmington, DE 19899 | 7/27/06 | 11247 | $641,832.63 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SKF USA Inc | Pepper Hamilton LLP Linda J Casey 3000 Two Logan Sq 18th and Arch Sts Philadelphia, PA 19103-2799 | 7/27/06 | 11247 | $641,832.63 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12011 | $179,220.24 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 11/22/06 | 16427 | $1,130,675.71 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 11/22/06 | 16427 | $1,130,675.71 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Irene Wu 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 1/13/06 | 1524 | $518,452.00 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 6/9/06 | 7748 | $865,213.80 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 6/9/06 | 7748 | $865,213.80 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/28/06 | 12828 | $2,696,313.72 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/28/06 | 12828 | $2,696,313.72 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd | Attn Brian Jarmain 2 Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14347 | $5,486,881.18 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14347 | $5,486,881.18 | Preference- Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14347 | $5,486,881.18 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/06 | 14404 | $1,204,920.60 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 7/31/06 | 14404 | $1,204,920.60 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 8/1/06 | 16192 | $409,245.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Goodwin Procter LLP Allan S Brilliant Craig P Druehl & Meagan E Costello 599 Lexington Ave New York, NY 10022 | 8/1/06 | 16192 | $409,245.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Special Situations Investing Group Inc | Attn Al Dombrowski c/o Goldman Sachs & Co 85 Broad St 27th Fl New York, NY 10004 | 5/16/06 | 5980 | $9,225,767.18 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Special Situations Investing Group Inc | Goldman Sachs & Co Pedro Ramirez 30 Hudson 17th Fl Jersey City, NJ 07302 | 5/16/06 | 5980 | $9,225,767.18 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Special Situations Investing Group Inc | Attn Al Dombrowski c/o Goldman Sachs & Co 85 Broad St 27th Fl New York, NY 10004 | 5/22/06 | 6610 | $1,956,624.48 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Special Situations Investing Group Inc | Attn Al Dombrowski c/o Goldman Sachs & Co 85 Broad St 27th Fl New York, NY 10004 | 5/22/06 | 6610 | $1,956,624.48 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 5/22/06 | 6610 | $1,956,624.48 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 5/22/06 | 6610 | $1,956,624.48 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Special Situations Investing Group Inc | Attn Al Dombrowski<br>c/o Goldman Sachs & Co<br>85 Broad St 27th Fl<br>New York, NY 10004 | 5/25/06 | 6844 | $2,773,276.88 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Special Situations Investing Group Inc | Goodwin Procter LLP<br>Allan S Brilliant Emanuel C Grillo Brian W Harvey<br>599 Lexington Ave<br>New York, NY 10022 | 5/25/06 | 6844 | $2,773,276.88 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Stephenson Corporation | 4401 Western Rd<br>Flint, MI 48506 | 7/11/06 | 9312 | $55,193.34 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Sumitomo Wiring Systems USA Inc | Max J Newman Esq<br>Schafer and Weiner PLLC<br>Attorneys for Sumitomo Wiring Systems USA Inc 40950<br>Woodward Ave Ste 100<br>Bloomfield Hills, MI 48304 | 2/24/06 | 2111 | $92,057.65 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 7/13/06 | 9470 | $1,347,828.94 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| TPG Credit Opportunities Fund LP | Attn Vicki Dominguez<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Center 90 S Seventh St<br>Minneapolis, MN 55402 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| TPG Credit Opportunities Fund LP | Attn Vicki Dominguez<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Center 90 S Seventh St<br>Minneapolis, MN 55402 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| TPG Credit Opportunities Investors LP | c/o TPG Credit Management LP<br>Attn Shelley Hartman<br>4600 Wells Fargo Ctr 90 S Seventh St<br>Minneapolis, MN 55402 | 7/13/06 | 9470 | $1,347,828.94 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| TPG Credit Opportunities Investors LP | Attn Vicki Dominguez<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Center 90 S Seventh St<br>Minneapolis, MN 55402 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| TPG Credit Opportunities Investors LP | Attn Vicki Dominguez<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Center 90 S Seventh St<br>Minneapolis, MN 55402 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| TPG Credit Strategies Fund LP | Attn Vicki Dominguez<br>c/o TPG Credit Management LP<br>4600 Wells Fargo Center 90 S Seventh St<br>Minneapolis, MN 55402 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| TPG Credit Strategies Fund LP | Attn Vicki Dominguez c/o TPG Credit Management LP 4600 Wells Fargo Center 90 S Seventh St Minneapolis, MN 55402 | 7/28/06 | 12678 | $18,752,429.68 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Tyco Electronics Corporation | George D Nagle Jr Credit Mgr PO Box 3608 MS 3826 Harrisburg, PA 17105-3608 | 7/26/06 | 10707 | $2,997,056.91 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Universal Tool and Engineering Company Inc | William M Braman Montgomery Elsner & Pardieck LLP 308 West 2nd St Seymour, IN 47274 | 3/3/06 | 2174 | $234,500.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Universal Tool and Engineering Company Inc | William M Braman Montgomery Elsner & Pardieck LLP 308 West 2nd St Seymour, IN 47274 | 3/3/06 | 2175 | $1,016,065.83 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Universal Tool and Engineering Company Inc | Michael K McCrory Barnes & Thornburg LLP 11 S Meridian St Indianapolis, IN 46204 | 5/25/06 | 6878 | $348,481.97 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Valeo Climate Control Corporation | Attn Christopher R Connely 150 Stephenson Hwy Troy, MI 48083-1116 | 7/27/06 | 11462 | $506,709.93 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Valeo Climate Control Corporation | Honigman Miller Schwartz and Cohn LLP Judy B Calton 2290 First National Bldg 660 Woodward Ave Detroit, MI 48226-3506 | 7/27/06 | 11462 | $506,709.93 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Valeo Electrical Systems Inc Motors and Actuators Division | Christopher R Connely 3000 University Drive Auburn Hills, MI 48326 | 7/31/06 | 14152 | $669,860.41 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Valeo Electrical Systems Inc Motors and Actuators Division | Honigman Miller Schwartz and Cohn LLP Judy B Calton 2290 First National Bldg 660 Woodward Ave Detroit, MI 48226-3506 | 7/31/06 | 14152 | $669,860.41 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Valeo Electrical Systems Inc Wipers Division | Attn Christopher R Connely 3000 University Dr Auburn Hills, MI 48326 | 7/27/06 | 11466 | $95,661.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Valeo Electrical Systems Inc Wipers Division | Honigman Miller Schwartz and Cohn LLP Judy B Calton 2290 First National Bldg 660 Woodward Ave Detroit, MI 48226-3506 | 7/27/06 | 11466 | $95,661.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Valeo Switches and Detection Systems Inc | Attn Christopher R Connely 3000 University Dr Auburn Hills, MI 48326 | 7/27/06 | 11465 | $76,841.75 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| **Name** | **Address** | **Date Filed** | **Claim Number** | **Asserted Claim Amount** | **Basis For Objection** | **Treatment Of Claim** | **Surviving Claim Number** |
| Valeo Switches and Detection Systems Inc | Honigman Miller Schwartz and Cohn LLP<br>Judy B Calton<br>2290 First National Bldg 660 Woodward Ave<br>Detroit, MI 48226-3506 | 7/27/06 | 11465 | $76,841.75 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Vanguard Distributors Inc | PO Box 608<br>Savannah, GA 31402 | 7/11/06 | 9319 | $788,321.49 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Vanguard Distributors Inc | Drinker Biddle & Reath LLP<br>David B Aaronson Andrew C Kassner<br>One Logan Sq 18th and Cherry Sts<br>Philadelphia, PA 19103-6996 | 7/11/06 | 9319 | $788,321.49 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Vanguard Distributors Inc | Drinker Biddle & Reath LLP<br>Janice B Grubin<br>140 Broadway 39th Fl<br>New York, NY 10005-1116 | 7/11/06 | 9319 | $788,321.49 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman<br>Victory Packaging LLP<br>3555 Timmons Land Ste 1440<br>Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Victory Packaging LP | Thompson & Knight LLP<br>Attn Ira L Herman Esq<br>Ira L Herman Esq 919 Third Ave 39th Fl<br>New York, NY 10022 | 7/27/06 | 11640 | $6,183,936.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Victory Packaging LP | Victory Packaging LP<br>3555 Timmons Ln Ste 1400<br>Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Vishay Americas Inc | Attn Marion R Hubbard<br>1 Greenwhich PL<br>Shelton, CT 06484 | 7/13/06 | 9452 | $2,675,676.21 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Vishay Americas Inc | Attn Marion R Hubbard<br>1 Greenwich Pl<br>Shelton, CT 06484 | 7/13/06 | 9453 | $8,949.08 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Vishay Americas Inc | Attn Marion R Hubbard<br>1 Greenwhich PL<br>Shelton, CT 06484 | 7/13/06 | 9454 | $23,391.86 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Westwood Associates Inc | Michelle McNulty<br>PO Box 431<br>Milford, CT 06460 | 7/31/06 | 14918 | $66,399.42 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Westwood Associates Inc | Swidler Berlin LLP<br>Jonathan Guy<br>3000 K Street NW Ste 300 The Washington Harbour<br>Washington, DC 20007 | 7/31/06 | 14918 | $66,399.42 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit I Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Wiegel Tool Works Inc | David Leibowitz<br>Leibowitz Law Center<br>420 W Clayton St<br>Waukegan, IL 60085 | 7/25/06 | 10752 | $121,998.56 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Williams Advanced Materials Ef Inc | Bem Services Inc<br>2978 Main St<br>Buffalo, NY 14214 | 5/11/06 | 5656 | $16,424.61 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Willow Hill Industries Llc | 3700 Chagrin River Rd<br>Moreland Hls, OH 44022-1130 | 6/8/06 | 7652 | $61,254.66 | Preference-Related Claims | Objected to Pursuant to 11 U.S.C. § 502(d) | |

# EXHIBIT Q

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
        In re                             :    Chapter 11
                                          :
DPH HOLDINGS CORP. et al.,                :    Case No. 05-44481 (RDD)
                                          :
                Reorganized Debtors.      :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


NOTICE OF OBJECTION TO CLAIM


[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases
or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.
Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or
Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is
defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i)
modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or
(iv) modified, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed.
R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially
Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union
Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A)
Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain
SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3,
2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11,
2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

2

employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim").  By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ | ❼ | ❽ |

---

[1]    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

3

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

4

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

       If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

       IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

       The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
       February 3, 2010

# EXHIBIT R

Forty-Fourth Omnibus Claims Objection
Exhibit J Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| A M S E A Inc | 2111 W Thompson Rd<br>Fenton, MI 48430 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Access One Technology | 23373 Commerce Dr Ste A2<br>Farmington Hills, MI 48335 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Acord Inc | 2711 Product Dr<br>Rochester Hills, MI 48309 | $221,377.38 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Ann Arbor Machine Co | PO Box 3010<br>Indianapolis, IN 46206-3010 | $12,590.34 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Applied Biosystems | Sharilyn<br>850 Lincoln Centre Dr<br>Foster City, CA 94404 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Argo Partners | 12 W 37th St 9th Fl<br>New York, NY 10018 | $44,580.09 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| ASM Capital II LP | 7600 Jericho Turnpike Ste 302<br>Woodbury, NY 11797 | $2,500.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Auramet Trading Llc | 2 Executive Dr Ste 645<br>Fort Lee, NJ 07024 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Auramet Trading Llc | 2 Executive Dr Ste 645<br>Fort Lee, NJ 07024 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Bp Amoco Corp | PO Box 9076<br>Des Moines, IA 50368-9076 | $3,486.11 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Calsonic Corp | 10d Andy Spear<br>5 24 15 Minamidai<br>Nakano Ku<br>Tokyo,  164 Japan | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit J Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Care Tools | 9701 Wilshire Blvd 10th Fl<br>Beverly Hills, CA 90212 | $8,000.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Caretools | Tom Giannulli<br>9701 Wilshire Blvd 10th Fl<br>Beverly Hills, CA 90212 | $100,000.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Caretools Inc | 9701 Wilshire Blvd 10th Fl<br>Beverly Hills, CA 90212 | $72,909.17 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Century Services Inc | 8 Steelcase Rd West<br>Markham, ON L3R 1B2 Canada | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Charter Manufacturing Co Inc Wire Div | 114 N Jackson St<br>Milwaukee, WI 53202 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Critech Research Inc | 525 Avis Dr Ste 7<br>Ann Arbor, MI 48108 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Dayton Tool Co Inc | 1825 E First St<br>Dayton, OH 45403 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Debt Acquisition Company of America V LLC | 1565 Hotel Circle S Ste 310<br>San Diego, CA 92108 | $9,251.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Digex Inc | One Digex Plaza<br>Beltsville, MD 20705 | $120,579.91 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Dongjinmotor Co Ltd | 274 3 Mora Dong Susang Gu<br>Busan<br>,   Korea Republic Of | $93,022.35 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Dove Equipment Co Inc | 723 Sabrina Dr<br>East Peoria, IL 61611 | $1,400.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Forty-Fourth Omnibus Claims Objection
Exhibit J Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Equis Corporation | 161 North Clark St Ste 2400 Chicago, IL 60601 | $141,250.97 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Fa Tech Corp | 9065 Sutton Pl Hamilton, OH 45011-9316 | $65,785.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Fin Machine Co Ltd Salters Lane | Sedgefield Stockton On Tees Cleveland Ts213eb Great Britain,   United Kingdom | $21,955.09 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Fluent Inc | 3035 Paysphere Circle Chicago, IL 60674-3035 | $31,552.50 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Globe Motors | 2275 Stanley Ave Dayton, OH 45404 | $1,590.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Globe Motors Inc | 21183 Network Pl Chicago, IL 60673-1211 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Hss Llc | PO Box 377 Flushing, MI 48433 | $370,162.24 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Intec Mexico Llc Eft | 654 S Vermont St Palatine, IL 60067 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Invotec Engineering Inc | 10909 Industry Ln Miamisburg, OH 45342 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Isi Of Indiana Inc | Brad Countryman 1212 East Michigan St Indianapolis, IN 46202 | $5,630,138.24 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Kataman Metals Inc Eft | 7700 Bonhomme Ave Ste 550 Clayton, MO 63105-1924 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit J Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Name** | **Address** | **Amount Of Scheduled Liability** | **Basis For Objection** | **Treatment Of Claim** | **Surviving Claim Number** |
| Laneko Engineering Co | 275 New Jersey Dr<br>Fort Washington Indust Park<br>Fort Washington, PA 19034 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | $48,327.99 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Longacre Master Fund Ltd | Vladimir Jelisavcic<br>810 Seventh Ave 33rd Fl<br>New York, NY 10019 | $18,465.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| M2m International Ltd | , | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| MERRILL TOOL & MACHINE EFT INC | 1023 S WHEELER ST<br>SAGINAW, MI 48602 | $1,476.40 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Microchip Technology Inc | 2767 S Albright Rd<br>Kokomo, IN 46902 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Microchip Technology Inc | PO Box 100799<br>Pasadena, CA 911890799 | $6,128.46 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Microchip Technology Inc Comptech | 2355 W Chandler Blvd<br>Chandler, AZ 85224 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Niles Usa Inc | 1175 Enterprise Dr<br>Winchester, KY 40391 | $974,356.24 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Norsk Hyrdo Canada Inc | PO Box 2354<br>Carol Stream, IL 60132-2354 Canada | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Oxford Polymers Inc | 221 South St<br>New Britain, CT 06051 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit J Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Polar Oil & Chemical Inc | 7031 Corporate Way<br>Dayton, OH 45459 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Pro Tec Corporation | PO Box 1878<br>Warren, MI 48090 | $3,904.35 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Production Specialty Group Eft Inc | N117 W19237 Fulton Dr<br>Germantown, WI 53022 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Prudential Relocation Inc | PO Box 841337<br>Dallas, TX 75284 | $9,400.88 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Prudential Relocation Inc | PO Box 841337<br>Dallas, TX 75284 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Prudential Relocation Inc | PO Box 841337<br>Dallas, TX 75284 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Qc Onics Inc | 1410 Wohlert St<br>Angola, IN 46703 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Rieck Group Llc Dba Rick Services | 5245 Wadsworth Rd<br>Dayton, OH 45414 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Rotor Coaters International | 1279 Rickett Rd<br>Brighton, MI 48116 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Setech Inc | Accounts Payable<br>903 Industrial Dr<br>Murfreesboro, TN 37129 | $2,942,555.81 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Shuert Industries Inc | PO Box 8020<br>Sterling Heights, MI 48314 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit J Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Solid State Stamping | Maryann Bukovi 43550 Business Pk Dr Temecula, CA 92590-3603 | $38,545.40 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Solid State Stamping Inc | 43350 Business Park Dr Temecula, CA 92590-3603 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Solid State Stamping Inc Eft | 43350 Business Park Dr Temecula, CA 92590 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Spartech Polycom | 470 Johnson Rd Chicago, IL 60693 | $9,341.50 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Spartech Polycom | 7174 Collection Ctr Dr Chicago, IL 60693 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Styner & Bienz Formtech Ltd | Freiburgstrasse 556 Ch 3172 Niederwangen ,   Switzerland | $160.98 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Summit Polymers Inc | 6700 Sprinkle Rd Kalamazoo, MI 49001 | $278,111.11 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Tech Central | 28333 Telegraph Rd Ste 400 Southfield, MI 48034 | $133,933.42 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Tech Central | 28333 Telegraph Rd Ste 400 Southfield, MI 48034 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Tech Central | 28333 Telegraph Rd Ste 400 Southfield, MI 48034 | $515,360.31 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Trade Debt Net | 281 Tresser Blvd Ste 1501 Stamford, CT 06901 | $2,008.89 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit J Service List

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Name | Address | Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number |
| Viking Polymer Solutions Llc | PO Box 67000 Dept 94301<br>Detroit, MI 48267-0943 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| West Michigan Spline Inc | 156 Manufactures Dr<br>Holland, MI 49424 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |
| Wm Hague Company | 79 Mammoth Rd<br>Hooksett, NH 03106-1152 | $0.00 | Preference-Related Scheduled Liabilities | Objected to Pursuant to 11 U.S.C. § 502(d) | |

# EXHIBIT S

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                :
In re                           :     Chapter 11
                                :
DPH HOLDINGS CORP. et al.,     :     Case No. 05-44481 (RDD)
                                :
           Reorganized Debtors.    :     (Jointly Administered)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008. Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i) modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or (iv) modified, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3, 2010, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Forty-Fourth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections.  The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

2

employees and former employees of the Debtors represented or formerly represented by
one of the Unions, and/or on behalf of persons or entities with claims derived from or
related to any relationship with such employees or former employees of the Debtors and
that are deemed waived and withdrawn pursuant to settlement agreements between the
Debtors and each of the Unions and orders of the Bankruptcy Court approving each of
these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims
that assert dollar amounts or liabilities arising from certain personal injury claims that (i)
do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the
Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative
of another Proof of Claim (the "Surviving Claim").  By this Forty-Fourth Omnibus
Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and
allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth
Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are
Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance
Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553
(the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11
U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related
Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are
Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance
pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled
Liabilities" are those Scheduled Liabilities owed in connection with the Debtors'
Supplemental Executive Retirement Program that the Reorganized Debtors propose to
modify so that the amount in which each such Scheduled Liability is proposed to be
modified matches the Reorganized Debtors' books and records.

| Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|
| ❸ | ❹ | ❺ | ❻ |

3

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order. With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
         February 3, 2010

# EXHIBIT T

Delphi Corporation
Forty-Fourth Omnibus Claims Objection
Exhibit K Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Name | Address | Amount Of Scheduled Liability | Basis For Objection | Correct Debtor | Modified Amount | Modified Nature |
| NORTHERN, EDWARD | 3625 CARMELLE WOODS<br>MASON, OH 45040 | $582,366.09 | SERP-Related Scheduled Liabilities | 05-44481 | $543,255.33 | General Unsecured |
| JOHNSON, ROBERT | 1800 N STANTON ST<br>No 304<br>EL PASO, TX 79902 | $894,254.46 | SERP-Related Scheduled Liabilities | 05-44481 | $849,254.46 | General Unsecured |
| LIND, RICHARD | 105 HARBOUR TREES LANE<br>NOBLESVILLE, IN 46062-9081 | $1,679.02 | SERP-Related Scheduled Liabilities | 05-44481 | $1,565.98 | General Unsecured |

# EXHIBIT U

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
          In re                         :        Chapter 11
                                        :
DPH HOLDINGS CORP. et al.,              :        Case No. 05-44481 (RDD)
                                        :
          Reorganized Debtors.          :        (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


<u>NOTICE OF OBJECTION TO CLAIM</u>


[Claimant Name]:


          DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of claim in the Debtors' reorganization cases
or hold a scheduled liability (each, a "Scheduled Liability") listed on the Debtors' Schedules of Assets and
Liabilities filed with the Bankruptcy Court (as defined below) on January 20, 2006 and subsequently
amended on February 1, 2006, April 18, 2006, October 12, 2007, January 17, 2008, and October 10, 2008.
Based upon the Reorganized Debtors' review of your proof or proofs of claim or Scheduled Liability or
Liabilities, the Reorganized Debtors have determined that one or more of your "Claims," as such term is
defined in 11 U.S.C. § 101(5), or Scheduled Liabilities identified in the table below, should be (i)
modified and allowed, (ii) disallowed and expunged, (iii) objected to pursuant to 11 U.S.C. § 502(d), or
(iv) modified, as the case may be, as summarized in the table below and described in more detail in the
Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed.
R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially
Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union
Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A)
Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain
SERP-Related Scheduled Liabilities (the "Forty-Fourth Omnibus Claims Objection"), dated February 3,
2010, a copy of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11,
2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE
ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER
NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Fourth Omnibus Claims Objection identifies eleven different categories of objections. The category of claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Claims identified as having a Basis For Objection of "Modified And Allowed Claims" assert liabilities or dollar amounts that the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

The Claim identified as the "Partially Satisfied Claim" is a Claim that (i) was modified pursuant to a prior order of the Bankruptcy Court, (ii) asserts dollar amounts that have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, and (iii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which such Claim is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Partially Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been partially satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) the Reorganized Debtors propose to modify and allow so that the amount, class, and the Debtor against which each such Scheduled Liability is proposed to be allowed matches the Reorganized Debtors' books and records.

Scheduled Liabilities identified as having a Basis For Objection of "Fully Satisfied Scheduled Liabilities" are those Scheduled Liabilities that (i) have been fully satisfied by cure payments that the Reorganized Debtors have made in connection with assumptions of certain executory contracts or unexpired leases pursuant to 11 U.S.C. § 365 and (ii) are not owing pursuant the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "MDL-Related Claims" assert dollar amounts or liabilities that relate to claims of loss, damage, reimbursement, contribution, or indemnification arising out of or relating certain multidistrict litigation involving the Debtors and (i) are deemed waived pursuant the settlement approved by the Bankruptcy Court in the Order Preliminarily Approving Multidistrict Litigation And Insurance Settlement, dated October 29, 2007 (Docket No. 10746), the Final Order Approving Multidistrict Litigation And Insurance Settlement, dated January 25, 2008 (Docket No. 12358), and the Order Approving Modifications Of Multidistrict Litigation Securities And ERISA Settlements, dated July 24, 2009 (Docket No. 18635) (the "MDL Settlement") and (ii) to the extent any such Claim is not deemed withdrawn pursuant to the MDL Settlement or the Bankruptcy Court's orders approving the MDL Settlement are not reflected on the Reorganized Debtors' books and records.

Claims identified as having a Basis For Objection of "Union Claims" are Claims asserted by the United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW"), the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union 87L (together, the "USW" and together with the UAW, the "Unions"), and/or on behalf of

2

employees and former employees of the Debtors represented or formerly represented by one of the Unions, and/or on behalf of persons or entities with claims derived from or related to any relationship with such employees or former employees of the Debtors and that are deemed waived and withdrawn pursuant to settlement agreements between the Debtors and each of the Unions and orders of the Bankruptcy Court approving each of these settlement agreements.

Claims identified as having a Basis For Objection of "Personal Injury Claims" are Claims that assert dollar amounts or liabilities arising from certain personal injury claims that (i) do not have a legal basis to support the Claim and/or (ii) are not owing pursuant to the Reorganized Debtors' books and records.

The Claim identified as having a Basis For Objection of "Duplicate Claim" is duplicative of another Proof of Claim (the "Surviving Claim"). By this Forty-Fourth Omnibus Claims Objection, the Reorganized Debtors are seeking entry of an order modifying and allowing the Surviving Claim in the amount set forth on Exhibit A to the Forty-Fourth Omnibus Claims Objection.

Claims identified as having a Basis For Objection of "Preference-Related Claims" are Claims that are (i) asserted by claimants who are defendants (each, an "Avoidance Defendant") in avoidance actions arising under 11 U.S.C. §§ 542-545, 547-550, or 553 (the "Avoidance Actions") and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Scheduled Liabilities identified as having a Basis For Objection of "Preference-Related Scheduled Liabilities" are those Scheduled Liabilities that are (i) held by parties who are Avoidance Defendants in Avoidance Actions and (ii) potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

Claims identified as having a Basis For Objection of "SERP-Related Scheduled Liabilities" are those Scheduled Liabilities owed in connection with the Debtors' Supplemental Executive Retirement Program that the Reorganized Debtors propose to modify so that the amount in which each such Scheduled Liability is proposed to be modified matches the Reorganized Debtors' books and records.

| Amount Of Scheduled Liability | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|
| | | Correct Debtor | Modified Amount | Modified Nature |
| ❸ | ❹ | ❺ | ❻ | ❼ |

If you wish to view the complete exhibits to the Forty-Fourth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Fourth Omnibus Claims Objection to your Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).  Questions regarding the amount of a Claim or the filing of a Claim should be directed to the claims and noticing agent in the above-captioned cases at 1-888-249-2691 or www.dphholdingsdocket.com.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF CLAIM THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF THE CLAIMS OBJECTION PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THAT ORDER BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fourth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on March 11, 2010. Your Response, if any, to the Forty-Fourth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Claims Objection Procedures Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Claim, (iii) a concise statement setting forth the reasons why the Claim should not be (a) disallowed and expunged or (b) modified and allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Fourth Omnibus Claims Objection, (iv) unless already set forth in the proof of claim previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Claim, (v) to the extent that the Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Claim upon liquidation of the Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the

4

Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Claim.

       If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time).

       IF YOUR PROOF OF CLAIM LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH CLAIM UPON LIQUIDATION OF THE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

       The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining a Claim against the Reorganized Debtors.

Dated:  New York, New York
      February 3, 2010