DAMON MOREY LLP
*Attorneys for Durham Staffing Inc.*
Beth Ann Bivona, Esq. (BB3144)
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
(716) 856-5500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **CHAPTER 11** |
| DPH HOLDINGS CORP., *et al.*, | **CASE NO. 05-44481 (RDD)** |
| Debtors. | **Jointly Administered** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    ) SS.:
COUNTY OF ERIE      )

Melissa A. Brennan, being duly sworn deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Williamsville, New York.

2. On February 9, 2010, I electronically filed the **RESPONSE OF DURHAM STAFFING INC. TO THE DEBTORS' FORTY-THIRD OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. §503(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) EQUITY INTERESTS, (E) PREPETITION CLAIMS, (F) INSUFFICIENTLY DOCUMENTED CLAIMS, (G) PENSION, BENEFIT, AND OPEB CLAIMS, (H) WORKERS' COMPENSATION CLAIMS, AND (I) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS** with the Clerk of the Bankruptcy Court using the CM/ECF system.

3.  I served a true and correct copy of the foregoing via the United States Postal Service First Class Mail on the following CM/ECF participants and non-participants:

| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606 | DPH Holdings Corp.<br>Attn:  President<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
|---|---|

/s/ Melissa A. Brennan
Melissa A. Brennan

Sworn to before me this
9th day of February 2010.

/s/ Ann M. Lunday
Notary Public
Ann M. Lunday
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 04/14/2011

#1415769