# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| **DPH HOLDINGS CORP.,** *et al.* § | | Case No. 05-44481 (RDD) |
| § | | |
| Reorganized Debtors. § | | (Jointly Administered) |
| § | | |

## RESPONSE BY BRAZEWAY TO NOTICE OF OBJECTION
## TO CLAIM BY DPH HOLDINGS CORP.

NOW COMES Brazeway, Inc., by its undersigned attorneys, and in response to the Notice of Objection to Brazeway's Claim for Administrative Expense filed July 15, 2009, Claim No. 19063, in the amount of $89,580.02, hereby states that Brazeway is informed and believes that the claim has been resolved and satisfied as between the parties.

Respectfully submitted,

/s/ Bruce N. Elliott
Bruce N. Elliott (P28770)
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone: (734) 761-9000
Facsimile: (734) 761-9001

Dated: February 9, 2010

M:\ATTY-SHARED\CLM\B\BRAZEWAY\DELPHI\RESPONSE TO NOTICE OF OBJ TO CLAIM.wpd