Hearing Date and Time: March 18, 2010 at 10:00 a.m.
Objection Deadline and Time: March 1, 2010 at 4:00 p.m.

David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Daniel N. Zinman (DZ-7562)
Daniel A. Fliman (DF-2236)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800

*Counsel to the Delphi Trade Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| DPH HOLDINGS CORP, *et al.,* | : Case No. 05-44481 (RDD) |
| | : |
| Reorganized Debtors. | : Jointly Administered |

-------------------------------------------------------------------x

**NOTICE OF HEARING ON APPLICATION OF THE DELPHI TRADE
COMMITTEE FOR REIMBURSEMENT OF EXPENSES ARISING FROM
SUBSTANTIAL CONTRIBUTION MADE IN THESE CASES**

**PLEASE TAKE NOTICE** that on November 20, 2009, the ad hoc committee of creditors holding trade claims against Delphi Automotive Systems LLC and its domestic operating subsidiaries (the "Trade Committee"), filed its *Application of the Delphi Trade Committee for Reimbursement of Expenses Arising from Substantial Contribution Made in These Cases* [Docket No. 19116] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider approval of the Application will be held on **March 18, 2010, at 10:00 a.m.** (prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a

3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) counsel to the Trade Committee, Attn: David S. Rosner and Adam L. Shiff, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019 and (ii) all parties shown on the Master Service List, so as to be received no later than **March 1, 2010 at 4:00 p.m.** (prevailing Eastern time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only responses or objections raised as set forth herein will be considered by the Bankruptcy Court at the Hearing. If no responses or objections to the Application are filed and served by the Objection Deadline in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Application without further notice.

Dated: New York, New York
February 9, 2010

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

 */s/* David S. Rosner
David S. Rosner (DR-4214)
Adam L. Shiff (AS-7571)
Daniel N. Zinman (DZ-7562)
Daniel A. Fliman (DF-2236)
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel to the Delphi Trade Committee*