**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                   Case No.: _____

                                                                                              Chapter ___

                                        Debtor

------------------------------------------------------------x

                                                                                              Adversary Proceeding No.: _____

                                        Plaintiff

                              v.

                                        Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

    I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: _____
_____, New York          _____
                                                                 *Mailing Address*:

                                                                 _____ C
                                                                 _____
                                                                 _____
                                                                 *E-mail address*: _____
                                                                 *Telephone number*: (____)_____