UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                                                    Chapter 11

DPH Holdings Corp. et al.                              Case No. 05-44481 (RDD)



Delphi Corporation, et al.

                Plaintiffs,                      Adv. Proc. No. 07-02076 (RDD)

against

Ahaus Tool & Engineering Inc.


-------------------------------------------------------x
NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND DOCUMENTS

     PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for Ahaus Tool & Engineering Inc., a creditor and party in interest and defendant, and, pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure demands that all notices given or required to be given are served upon the undersigned at the following office and post office addresses:

        Harris D. Leinwand
        315 Madison Avenue - Suite 901
        New York, NY 10017
        (212) 725-7338

and       Harris D. Leinwand
        235 Weaver Street - Unit 6H
        Greenwich, CT 06831

     PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Dated: New York, New York
February 10, 2010

By /S/_____
Harris D. Leinwand (hl-4419)
Attorney for Ahaus Tool & Engineering Inc.
315 Madison Avenue - Suite 901
New York, NY 10017
(212) 725-7338

To:
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004