**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:  Delphi Corporation, et al,                                  Case No.: 05-44481 (RDD)

                                                                                        Chapter 11

                                          Debtor

------------------------------------------------------------x

                                                                             Adversary Proceeding No.: _____

                                        Plaintiff

                            v.

                                        Defendant

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of  Robert H. Adams , to be admitted, ***pro hac vice***, to represent  Simco Construction, Inc. , (the "Client") a  defendant  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Alabama  and, if applicable, the bar of the U.S. District Court for the  Southern  District of  Alabama , it is hereby

      **ORDERED**, that  Robert H. Adams , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  February 4, 2010
 White Plains , New York              /s/  Robert D. Drain
                                                                   UNITED STATES BANKRUPTCY JUDGE