**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
──────────────────────────────x
                              :
In re:                        :         Chapter 11
                              :
DPH HOLDINGS CORP., *et al.,* :         Case No. 05-44481(RDD)
                              :
    Reorganized Debtors.      :         (Jointly Administered)
──────────────────────────────x

**ORDER GRANTING MOTION FOR ADMISSION TO**
**PRACTICE, *PRO HAC VICE*, OF ALAN J. SCHWARTZ**

Upon the motion of Alan J. Schwartz, to be admitted, ***pro hac vice***, to represent Dennis Black, Charles Cunningham, Kenneth Hollis and the Delphi Salaried Retiree Association (the "Clients"), in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan, it is hereby

**ORDERED**, that Alan J. Schwartz, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 11, 2010

    White Plains, New York

                    /s/Robert D. Drain
                    UNITED STATES BANKRUPTCY JUDGE