# SIMCO
## Construction, Inc.

September 25, 2005

**Delphi Steering Systems**
PO Box 311
Athens, AL  35612

**INVOICE #:**  4915-04222

**PO #:**        A2M91562  001
**Terms:**       2 day 2 month
**Ordered By:** Phil Watkins

| Item Sequence | Quantity Ordered | Item ID No. |
|---|---|---|
| 00001 | 2391790 | PR411022  001 |

| | |
|---|---:|
| Billing Material On Site | $1,552,464.12 |
| Mobilization & Set-up | 15,000.00 |
| Labor To Date | 594,628.00 |
| Equipment To Date | 41,728.00 |
| Less Previous Invoice | -2,043,145.76 |
| **Total Due** | **$160,674.36** |

Note: Delphi was withholding 10% from each invoice.

---

Birmingham   Decatur
161 Distribution Drive, Birmingham, Alabama 35209   1311 Commerce Dr NW, Decatur, Alabama  35601
(205) 945-8035  *  (205) 945-8032 Fax   (256) 355-8006 * (256) 355-4851 Fax