| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Claim Request<br>Form |
|---|---|

| Debtor against which Administrative Claim is asserted: <br> Delphi Automotive Systems, LLC | Case Name and Number<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered |
|---|---|

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Claim Request Form is to be used solely in connection with a request for payment of an administrative expense arising after June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

Ontario Specialty Contracting, Inc.

**Name and Address Where Notices Should be Sent**

c/o 1800 Main Place Tower
350 Main Street; Buffalo, NY 14202
Attn: Matthew Beck

**Telephone No.** (716) 856-3333

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your Administrative Claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

FILED
U.S. BANKRUPTCY COURT
S.D.N.Y.
2009 OCT 30 P 1:14

**THIS SPACE IS FOR COURT USE ONLY**

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** N/A

Check here if this Administrative Claim  ☐ replaces
☐ amends a previously filed claim, dated: _____

**1. BASIS FOR ADMINISTRATIVE CLAIM**
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
        (date)        (date)

**2. DATE DEBT WAS INCURRED**  08/04/08 - 05/09

**3. IF COURT JUDGMENT, DATE OBTAINED:** N/A

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $** not less than $288,751.25, plus interest

☐ Check this box if Administrative Claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information):**

SEE Administrative Claim Request for Payment and Rider filed herewith

**THIS SPACE IS FOR COURT USE ONLY**

**6. CREDITS AND SETOFFS:** The amount of all payments on this Administrative Claim has been credited and deducted for the purpose of making this Administrative Claim request. In filing this Administrative Claim request, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your Administrative Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Claim request.

| Date<br>10/28/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this Administrative Claim (attach copy of power of attorney, if any)<br>Ontario Speciality Contracting, Inc.<br>By: _[signature]_, President |
|---|---|