# DELPHI

REQUEST FOR QUOTATION NOT AN ORDER

TARGET ROUND #:    2                                                     Date:    July 9, 2008

Subject:    Target Pricing For Quotation    2008-HM66

Description:    Rochester Die Casting Building Demolition

Thank you for your response to the RFQ shown above. Please re-evaluate your quotation based on the targets shown below.

Your response is required no later than Wednesday July 9th, 2008 before 5:00 PM (EST). Quote responses received after the required due date/time may not be considered. The last received quote will be considered your *best and final* offer.

Please fill out the information below and sign / date at the bottom of this page.

| Line Item | Description | Target Price Dollars | Expected Delivery | Supplier Response (include price/delivery) |
|---|---|---|---|---|
| 1 | Rochester Die Casting Bldg Demolition | Contractor to refund Delphi ($305,000.00 usd) Or better proposal | Per request | ($271,033) |
|   |   |   |   |   |

Supplier Representative Signature: _____    Date: 7/9/08

Peter Harlam
Oshawa Specialty Contracting

Hugo Martinez
Facilities Lead Buyer
Delphi Global Supply Management
Phone: 915. 612. 8775 Fax: 866. 348. 8465
Hugo.f.martinez@delphi.com

BID PROPOSAL BREAKDOWN FORM

The Owner requires that the following bid breakdown be provided for quotation comparison purposes. The breakdown will likely also form the basis for the Project's Schedule of Values and be utilized in evaluation of the Contractor's progress payment requests.

| Item | Amount |
|---|---|
| Mobilization/Demobilization/Site Services (Supervisory personnel, safety personnel, job trailers, utilities, project management, etc) | $ 28,092 |
| Asbestos Abatement | $ 35,265 |
| Equipment Preparation for Transfer, or Salvage (tank, hydraulic system, and gearbox drainage, exterior cleaning, chip removal, etc) | $ 38,065 |
| Building Decommissioning (industrial cleaning of pits, trenches, sumps, steam booths, floors, sewers, mercury removal, bulb and ballast removal, waste collection, etc) | $ 171,673 |
| CFC Recovery (recovery of CFC's from ice machines, chillers, drinking fountains, air conditioning, etc) | $ 5,176 |
| PCB Capacitor/Ballast | $ 3,893 |
| Utilities relocation | $ 60,415 |
| Exterior wall construction | $ 84,591 |
| Demolition | $ 374,657 |
| Material reclamation/salvage value credit | $ (1,189,999) |
| Other (specify) Restoration | $ 117,139 |
| | $ |
| GRAND TOTAL (Base Bid) | $ (271,033) |

Jake Hocking
Ontario Specialty Contractors
7/9/08