## Peter Hartung

**From:** Martinez, Hugo Federico [hugo.f.martinez@delphi.com]
**Sent:** Tuesday, February 03, 2009 4:33 PM
**To:** phartung@ontariospecialty.com
**Cc:** Randazzo, Robert J; Goodwin, Mark E; Juarez, Alfredo B.
**Subject:** Delphi Rochester project

Peter:

This note is just to let you know that we are currently working along to our engineering team evaluating Ontario Specialty Contracting request to modify terms on contract 450751581, as per your letter dated January 12, 2009 and addressed to Robert Randazzo.

OSC will get a formal answer as soon as we finalize our internal discussion on this matter. I ask you for your patience and understanding.

Thanks

Hugo F. Martínez G.
*Delphi GSM- Construction*
*US (915) 612-8775*
*Fax (866) 348 8465*
*MX (656) 6297000 x 58775*
hugo.f.martinez@delphi.com

5/18/2009