## Peter Hartung

**From:** Martinez, Hugo Federico [hugo.f.martinez@delphi.com]
**Sent:** Tuesday, March 17, 2009 6:35 PM
**To:** phartung@ontariospecialty.com
**Subject:** Rochester Die Cast demo project

Pete:

Please accept my apologies for the delay on the Delphi formal reply to your request to change the existing contract to the Rochester Die Cast demolition project.

In order to complete the information that I need to complete before I can send you our company's formal answer, I will appreciate if you provide me with a formal quote for the changes on the original scope of work as communicated by our engineering group:

- Additional asbestos abatement work due to the typo on H&A report for considered area.
- Gas line additional work
- Asbestos abatement monitoring.
- Final and formal proposal for the additional die cast molds not considered on original proposal.
- Air monitoring for asbestos removal.

Thanks for your support

Hugo F. Martínez G.
*Delphi GSM- Construction*
*US (915) 612-8775*
*Fax (866) 348 8465*
*MX (656) 6297000 x 58775*
hugo.f.martinez@delphi.com

5/18/2009