

# Ontario Specialty Contracting, Inc.

Environmental Remediation ☐ Demolition / Dismantlement

April 22, 2009

Mr. Hugo Martinez
*Delphi GSM- Construction*

RE: DIE CAST DEMOLITION ROCHESTER, NY – ADDITIONAL INFORMATION

Dear Hugo,

In response to you request for additional information dated 3-19 as shown below:

In order to complete the information that I need to complete before I can send you our company's formal answer, I will appreciate if you provide me with a formal quote for the changes on the original scope of work as communicated by our engineering group:

1. Additional asbestos abatement work due to the typo on H&A report for considered area.
2. Gas line additional work
3. Asbestos abatement monitoring.
4. Final and formal proposal for the additional die cast molds not considered on original proposal.
5. Air monitoring for asbestos removal.

I have provided the following documents:

1. Documentation showing the original surveyed quantities and the actual quantities found in the field. The original stated quantity of roofing to be removed was 1600 sf; the actual quantity was 15,600 sf leaving a difference of 14,000 sf. OSC had agreed with Bob Randazzo to perform this work for $3.00 per sf and therefore OSC is asking for $42,000.
2. A drawing showing the location of the contract gas line scope of work and the location of the requested additional gas line to provide gas to the pump house, as well as the quote from our subcontractor for performing the work. The entire gas line portion was $14,630 for a total of 420 LF of pipe. This equates to $34.83 per LF therefore the value of the additional 320 lf is $11,146. (Direct cost) add 15% for Overhead for a total to Delphi of $12,817.
3. I have not received the Invoice from the Asbestos Abatement Monitoring from Delphi, as per the contract this was a cost to be paid by OSC; it was my understanding that it was approximately $5000.
4. OSC agreed by email to pay $280 per GT for the die cast molds based on a $350 scrap market, these molds transferred to OSC after the market price began to fall and we sold them at $145 /GT, therefore we can credit the project $145/ GT minus a $15 handling fee. The stated weight was 100 GT therefore the credit should be $13,000.

I have also attached out January 12th request for you reference.

Thank you for you time and consideration to this issue.

Sincerely,


Peter M. Hartung Jr., P.E.
Sr. Project Manager
Ontario Specialty Contracting