## Peter Hartung

**From:** Martinez, Hugo Federico [hugo.f.martinez@delphi.com]
**Sent:** Thursday, May 07, 2009 5:18 PM
**To:** Peter Hartung
**Subject:** RE: Die Cast Demoltion

Peter, I have received your information. I will be sending back our response shortly.

Thanks

*Hugo M.*

---

**From:** Peter Hartung [mailto:phartung@ontariospecialty.com]
**Sent:** Wednesday, May 06, 2009 9:32 AM
**To:** Martinez, Hugo Federico
**Subject:** Die Cast Demoltion

Hugo,
Please confirm your receipt of the additional information requested by Delphi regarding the Changes to the Contract for the Die cast Demolition Project. OSC will complete the project at the end of May and we would like to have a resolution and path forward for the close out.

Thank you

**Peter Hartung, P.E.**
*Sr. Project Manager*

 OSC-PN

Ontario Specialty Contracting, Inc.
333 Ganson Street, Buffalo, New York 14203
O-716-856-3333 ext. 320  F-716-842-1630  C-716-570-9077
www.ontariospecialty.com

```
*********************************************************************
Note:   If the reader of this message is not the intended recipient, or an employee c
*********************************************************************
*********************************************************************
Note:   If the reader of this message is not the intended recipient, or an employee c
*********************************************************************
```

5/18/2009