From: 06/16/2008  **Material:** Scrap, ferrous, No. 1 heavy melt - Brokers  **Available from:** 1992-12-31
**Unit of Measure:** US (dollar) / Gross Ton  **Last updated:** 2009-08-07
To:   05/29/2009  **Location:** Buffalo

Report type: Daily

| Updated | Low price | High price |
|---|---|---|
| 2008/06/16 | 440.00 | 440.00 |
| 2008/06/17 | 440.00 | 440.00 |
| 2008/06/18 | 440.00 | 440.00 |
| 2008/06/19 | 440.00 | 440.00 |
| 2008/06/20 | 440.00 | 440.00 |
| 2008/06/23 | 440.00 | 440.00 |
| 2008/06/24 | 440.00 | 440.00 |
| 2008/06/25 | 440.00 | 440.00 |
| 2008/06/26 | 440.00 | 440.00 |
| 2008/06/27 | 440.00 | 440.00 |
| 2008/06/30 | 440.00 | 440.00 |
| 2008/07/01 | 440.00 | 440.00 |
| 2008/07/02 | 440.00 | 440.00 |
| 2008/07/03 | 440.00 | 440.00 |
| 2008/07/04 | hol | hol |
| 2008/07/07 | 440.00 | 440.00 |
| 2008/07/08 | 440.00 | 440.00 |
| 2008/07/09 | 440.00 | 440.00 |
| 2008/07/10 | 460.00 | 460.00 |
| 2008/07/11 | 460.00 | 460.00 |
| 2008/07/14 | 460.00 | 460.00 |
| 2008/07/15 | 460.00 | 460.00 |
| 2008/07/16 | 460.00 | 460.00 |
| 2008/07/17 | 460.00 | 460.00 |
| 2008/07/18 | 460.00 | 460.00 |
| 2008/07/21 | 460.00 | 460.00 |
| 2008/07/22 | 460.00 | 460.00 |
| 2008/07/23 | 460.00 | 460.00 |
| 2008/07/24 | 460.00 | 460.00 |
| 2008/07/25 | 460.00 | 460.00 |
| 2008/07/28 | 460.00 | 460.00 |
| 2008/07/29 | 460.00 | 460.00 |
| 2008/07/30 | 460.00 | 460.00 |
| 2008/07/31 | 460.00 | 460.00 |
| 2008/08/01 | 460.00 | 460.00 |
| 2008/08/04 | 460.00 | 460.00 |
| 2008/08/05 | 460.00 | 460.00 |
| 2008/08/06 | 460.00 | 460.00 |
| 2008/08/07 | 405.00 | 405.00 |
| 2008/08/08 | 405.00 | 405.00 |
| 2008/08/11 | 405.00 | 405.00 |
| 2008/08/12 | 405.00 | 405.00 |
| 2008/08/13 | 405.00 | 405.00 |
| 2008/08/14 | 405.00 | 405.00 |
| 2008/08/15 | 405.00 | 405.00 |
| 2008/08/18 | 405.00 | 405.00 |
| 2008/08/19 | 405.00 | 405.00 |
| 2008/08/20 | 405.00 | 405.00 |
| 2008/08/21 | 405.00 | 405.00 |
| 2008/08/22 | 405.00 | 405.00 |
| 2008/08/25 | 405.00 | 405.00 |
| 2008/08/26 | 405.00 | 405.00 |

| Date | Price | Price |
|---|---|---|
| 2008/08/27 | 405.00 | 405.00 |
| 2008/08/28 | 405.00 | 405.00 |
| 2008/08/29 | 405.00 | 405.00 |
| 2008/09/01 | hol | hol |
| 2008/09/02 | 405.00 | 405.00 |
| 2008/09/03 | 405.00 | 405.00 |
| 2008/09/04 | 275.00 | 275.00 |
| 2008/09/05 | 275.00 | 275.00 |
| 2008/09/08 | 275.00 | 275.00 |
| 2008/09/09 | 275.00 | 275.00 |
| 2008/09/10 | 275.00 | 275.00 |
| 2008/09/11 | 275.00 | 275.00 |
| 2008/09/12 | 275.00 | 275.00 |
| 2008/09/15 | 260.00 | 260.00 |
| 2008/09/16 | 260.00 | 260.00 |
| 2008/09/17 | 260.00 | 260.00 |
| 2008/09/18 | 260.00 | 260.00 |
| 2008/09/19 | 260.00 | 260.00 |
| 2008/09/22 | 260.00 | 260.00 |
| 2008/09/23 | 260.00 | 260.00 |
| 2008/09/24 | 260.00 | 260.00 |
| 2008/09/25 | 260.00 | 260.00 |
| 2008/09/26 | 260.00 | 260.00 |
| 2008/09/29 | 260.00 | 260.00 |
| 2008/09/30 | 260.00 | 260.00 |
| 2008/10/01 | 260.00 | 260.00 |
| 2008/10/02 | 260.00 | 260.00 |
| 2008/10/03 | 260.00 | 260.00 |
| 2008/10/06 | 160.00 | 160.00 |
| 2008/10/07 | 160.00 | 160.00 |
| 2008/10/08 | 160.00 | 160.00 |
| 2008/10/09 | 160.00 | 160.00 |
| 2008/10/10 | 160.00 | 160.00 |
| 2008/10/13 | 160.00 | 160.00 |
| 2008/10/14 | 160.00 | 160.00 |
| 2008/10/15 | 160.00 | 160.00 |
| 2008/10/16 | 160.00 | 160.00 |
| 2008/10/17 | 160.00 | 160.00 |
| 2008/10/20 | 115.00 | 115.00 |
| 2008/10/21 | 115.00 | 115.00 |
| 2008/10/22 | 115.00 | 115.00 |
| 2008/10/23 | 115.00 | 115.00 |
| 2008/10/24 | 115.00 | 115.00 |
| 2008/10/27 | 115.00 | 115.00 |
| 2008/10/28 | 115.00 | 115.00 |
| 2008/10/29 | 115.00 | 115.00 |
| 2008/10/30 | 115.00 | 115.00 |
| 2008/10/31 | 100.00 | 100.00 |
| 2008/11/03 | 100.00 | 100.00 |
| 2008/11/04 | 100.00 | 100.00 |
| 2008/11/05 | 100.00 | 100.00 |
| 2008/11/06 | 100.00 | 100.00 |
| 2008/11/07 | 100.00 | 100.00 |
| 2008/11/10 | 80.00 | 80.00 |
| 2008/11/11 | 80.00 | 80.00 |
| 2008/11/12 | 80.00 | 80.00 |
| 2008/11/13 | 80.00 | 80.00 |
| 2008/11/14 | 80.00 | 80.00 |
| 2008/11/17 | 80.00 | 80.00 |
| 2008/11/18 | | |

http://www.amm.com/pricing/

|            | 80.00  | 80.00  |
|------------|--------|--------|
| 2008/11/19 | 80.00  | 80.00  |
| 2008/11/20 | 80.00  | 80.00  |
| 2008/11/21 | 80.00  | 80.00  |
| 2008/11/24 | 80.00  | 80.00  |
| 2008/11/25 | 80.00  | 80.00  |
| 2008/11/26 | 80.00  | 80.00  |
| 2008/11/27 | hol    | hol    |
| 2008/11/28 | hol    | hol    |
| 2008/12/01 | 80.00  | 80.00  |
| 2008/12/02 | 80.00  | 80.00  |
| 2008/12/03 | 80.00  | 80.00  |
| 2008/12/04 | 80.00  | 80.00  |
| 2008/12/05 | 140.00 | 140.00 |
| 2008/12/08 | 140.00 | 140.00 |
| 2008/12/09 | 140.00 | 140.00 |
| 2008/12/10 | 140.00 | 140.00 |
| 2008/12/11 | 140.00 | 140.00 |
| 2008/12/12 | 140.00 | 140.00 |
| 2008/12/15 | 140.00 | 140.00 |
| 2008/12/16 | 140.00 | 140.00 |
| 2008/12/17 | 140.00 | 140.00 |
| 2008/12/18 | 140.00 | 140.00 |
| 2008/12/19 | 140.00 | 140.00 |
| 2008/12/22 | 140.00 | 140.00 |
| 2008/12/23 | 140.00 | 140.00 |
| 2008/12/24 | 140.00 | 140.00 |
| 2008/12/25 | hol    | hol    |
| 2008/12/26 | hol    | hol    |
| 2008/12/29 | 140.00 | 140.00 |
| 2008/12/30 | 140.00 | 140.00 |
| 2008/12/31 | 140.00 | 140.00 |
| 2009/01/01 | hol    | hol    |
| 2009/01/02 | 140.00 | 140.00 |
| 2009/01/05 | 140.00 | 140.00 |
| 2009/01/06 | 140.00 | 140.00 |
| 2009/01/07 | 140.00 | 140.00 |
| 2009/01/08 | 140.00 | 140.00 |
| 2009/01/09 | 150.00 | 150.00 |
| 2009/01/12 | 150.00 | 150.00 |
| 2009/01/13 | 150.00 | 150.00 |
| 2009/01/14 | 150.00 | 150.00 |
| 2009/01/15 | 150.00 | 150.00 |
| 2009/01/16 | 150.00 | 150.00 |
| 2009/01/19 | hol    | hol    |
| 2009/01/20 | 150.00 | 150.00 |
| 2009/01/21 | 150.00 | 150.00 |
| 2009/01/22 | 150.00 | 150.00 |
| 2009/01/23 | 150.00 | 150.00 |
| 2009/01/26 | 150.00 | 150.00 |
| 2009/01/27 | 150.00 | 150.00 |
| 2009/01/28 | 150.00 | 150.00 |
| 2009/01/29 | 150.00 | 150.00 |
| 2009/01/30 | 150.00 | 150.00 |
| 2009/02/02 | 150.00 | 150.00 |
| 2009/02/03 | 150.00 | 150.00 |
| 2009/02/04 | 150.00 | 150.00 |
| 2009/02/05 | 150.00 | 150.00 |
| 2009/02/06 | 150.00 | 150.00 |
| 2009/02/09 |        |        |

http://www.amm.com/pricing/

|            | 130.00 | 130.00 |
|------------|--------|--------|
| 2009/02/10 | 130.00 | 130.00 |
| 2009/02/11 | 130.00 | 130.00 |
| 2009/02/12 | 130.00 | 130.00 |
| 2009/02/13 | 130.00 | 130.00 |
| 2009/02/16 | hol    | hol    |
| 2009/02/17 | 130.00 | 130.00 |
| 2009/02/18 | 130.00 | 130.00 |
| 2009/02/19 | 130.00 | 130.00 |
| 2009/02/20 | 130.00 | 130.00 |
| 2009/02/23 | 130.00 | 130.00 |
| 2009/02/24 | 130.00 | 130.00 |
| 2009/02/25 | 130.00 | 130.00 |
| 2009/02/26 | 130.00 | 130.00 |
| 2009/02/27 | 130.00 | 130.00 |
| 2009/03/02 | 130.00 | 130.00 |
| 2009/03/03 | 130.00 | 130.00 |
| 2009/03/04 | 130.00 | 130.00 |
| 2009/03/05 | 110.00 | 110.00 |
| 2009/03/06 | 110.00 | 110.00 |
| 2009/03/09 | 110.00 | 110.00 |
| 2009/03/10 | 110.00 | 110.00 |
| 2009/03/11 | 110.00 | 110.00 |
| 2009/03/12 | 110.00 | 110.00 |
| 2009/03/13 | 110.00 | 110.00 |
| 2009/03/16 | 110.00 | 110.00 |
| 2009/03/17 | 110.00 | 110.00 |
| 2009/03/18 | 110.00 | 110.00 |
| 2009/03/19 | 110.00 | 110.00 |
| 2009/03/20 | 110.00 | 110.00 |
| 2009/03/23 | 110.00 | 110.00 |
| 2009/03/24 | 110.00 | 110.00 |
| 2009/03/25 | 110.00 | 110.00 |
| 2009/03/26 | 110.00 | 110.00 |
| 2009/03/27 | 110.00 | 110.00 |
| 2009/03/30 | 110.00 | 110.00 |
| 2009/03/31 | 110.00 | 110.00 |
| 2009/04/01 | 110.00 | 110.00 |
| 2009/04/02 | 110.00 | 110.00 |
| 2009/04/03 | 110.00 | 110.00 |
| 2009/04/06 | 110.00 | 110.00 |
| 2009/04/07 | 90.00  | 90.00  |
| 2009/04/08 | 90.00  | 90.00  |
| 2009/04/09 | 90.00  | 90.00  |
| 2009/04/10 | hol    | hol    |
| 2009/04/13 | 90.00  | 90.00  |
| 2009/04/14 | 90.00  | 90.00  |
| 2009/04/15 | 90.00  | 90.00  |
| 2009/04/16 | 90.00  | 90.00  |
| 2009/04/17 | 90.00  | 90.00  |
| 2009/04/20 | 90.00  | 90.00  |
| 2009/04/21 | 90.00  | 90.00  |
| 2009/04/22 | 90.00  | 90.00  |
| 2009/04/23 | 90.00  | 90.00  |
| 2009/04/24 | 90.00  | 90.00  |
| 2009/04/27 | 90.00  | 90.00  |
| 2009/04/28 | 90.00  | 90.00  |
| 2009/04/29 | 90.00  | 90.00  |
| 2009/04/30 | 90.00  | 90.00  |
| 2009/05/01 |        |        |

http://www.amm.com/pricing/

|            | 90.00  | 90.00  |
|------------|--------|--------|
| 2009/05/04 | 90.00  | 90.00  |
| 2009/05/05 | 90.00  | 90.00  |
| 2009/05/06 | 90.00  | 90.00  |
| 2009/05/07 | 125.00 | 125.00 |
| 2009/05/08 | 125.00 | 125.00 |
| 2009/05/11 | 125.00 | 125.00 |
| 2009/05/12 | 125.00 | 125.00 |
| 2009/05/13 | 125.00 | 125.00 |
| 2009/05/14 | 125.00 | 125.00 |
| 2009/05/15 | 125.00 | 125.00 |
| 2009/05/18 | 125.00 | 125.00 |
| 2009/05/19 | 125.00 | 125.00 |
| 2009/05/20 | 125.00 | 125.00 |
| 2009/05/21 | 125.00 | 125.00 |
| 2009/05/22 | 125.00 | 125.00 |
| 2009/05/25 | hol    | hol    |
| 2009/05/26 | 125.00 | 125.00 |
| 2009/05/27 | 125.00 | 125.00 |
| 2009/05/28 | 125.00 | 125.00 |
| 2009/05/29 | 125.00 | 125.00 |

http://www.amm.com/pricing/