KLESTADT & WINTERS, LLP
John E. Jureller, Jr. (JJ-4697)
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000

Attorneys for *Ontario Specialty Contracting, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.                          :    Case No. 05-44481 (RDD)
                                                    :
                        Debtors.                    :    Jointly Administered
                                                    :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    JOHN E. JURELLER, JR., being duly sworn, deposes and says:

    I am a partner in the law firm of Klestadt & Winters, LLP, am over eighteen years of age, and am not a party to or interested in the above-captioned case.

    On February 16, 2010, I caused a copy of the Response and Objection of Ontario Specialty Contracting, Inc. to Reorganized Debtors' Forty-Third Omnibus Objection to Claims (Claim No. 19873), to be served by Federal Express Overnight Mail upon:

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Attn: President

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr., Esq.
      John K. Lyons, Esq.
      Joseph N. Wharton, Esq.
Attorneys for Reorganized Debtors

Dated: New York, New York
      February 16, 2010

                                                */s/ John E. Jureller, Jr.*
                                                John E. Jureller, Jr. (JJ-4697)