# EXHIBIT A



# Invoice

Remit to: Martinrea Industries
Bishop Circle Assembly
Dept #77259
P. O. Box 77000
Detroit, MI 48277-0259

Invoice No: 26535A
Date: 04/16/08
Ship Date: see details

Bill to:
Delphi Automotive Systems
3000 University Drive
Auburn Hills, MI 48326

Ship to:
Delphi Energy & Chassis Systems
Rochester Technical Center
Dock S03
5500 West Henrietta
West Henrietta, NY 14586

| Our Supplier Code | Customer P.O. No. | | | | Terms |
|---|---|---|---|---|---|
| 1037043 | 450700727 | | | | 2nd day, 2nd month |
| Quantity | Part Number | Description | UOM | Unit Price | Amount |
| 100 | 28071542 | Assembly Hose and Blocker shipper 26535  4/16/08 | EA | 36.71980 | 3,671.98 |
| 100 | 28071542 | Assembly Hose and Blocker shipper 26577  4/17/08 | EA | 36.71980 | 3,671.98 |
| 80 | 28071542 | Assembly Hose and Blocker shipper 26649  4/18/08 | EA | 36.71980 | 2,937.58 |
| 50 | 28071542 | Assembly Hose and Blocker shipper 28000  5/16/08 | EA | 36.71980 | 1,835.99 |
| 133 | 28071542 | Assembly Hose and Blocker shipper 28201  5/21/08 | EA | 36.71980 | 4,883.73 |
| 37 | 28071542 | Assembly Hose and Blocker shipper 28621  5/30/08 | EA | 36.71980 | 1,358.63 |

Invoice Total: $18,359.90

Page No: 1

# BISHOP CIRCLE ASSEMBLY — CUSTOMER INVOICE

A Division of Martinrea Industries, Inc.
10501 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

**MARTINREA**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 35220 | 12/15/08 |

**SOLD TO:** 8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO:** JU01
DELPHI PT - 35028 EL PASO TX
C/O MWXD CINCINNATI-X-DOCK
6380 CENTRE PARK DRIVE
45069

| SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|
| | 836137521 | | | 2ND DAY OF 2ND MONTH |

| DATE SHIPPED | ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | QTN. QTY | QTY SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12/15/08 | 1 | 28071542 CPT#: 28071542 | ASSEMBLY HOSE AND BLOCKER | | | 5242.00 EA | 20.16230 EA | 105690.78 |
| | 2 | 28071542 CPT#: 28071542 | ASSEMBLY HOSE AND BLOCKER | | | 2950.00 EA | 20.16230 EA | 59478.79 |
| | 3 | 28071542 CPT#: 28071542 | ASSEMBLY HOSE AND BLOCKER INVOICE 34390 11/05/08 INVOICED .51102 PO PRICE 25.2725 | | | 250.00 EA | 24.76148 EA | 6190.37 |
| | | | **INSTRUCTIONS/REMARKS:** RETROACTIVE PRICE CHANGE INVOICED 5.1102 PO PRICE 25.2725 EFFECTIVE 4/1/08 | | | | | |

*Open amount 1101.54*

NOT TAXABLE - MANUFACTURING

**CURRENCY:** US DOLLARS

**TOTAL:** 171359.94

Page No: 1

# BISHOP CIRCLE ASSEMBLY
A Division of Martinrea Industries, Inc.
10501 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

## CUSTOMER INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 35998 | 2/13/09 |

**SOLD TO:**
8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO:**
8151CHI1
DELPHI PT-35028-EL PASO TX
C/O MWXD CINCINNATI-X-DOCK
6380 CENTRE PARK DRIVE
45069

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 2/13/09 | 35998 | 836137521 | MANCHESTER, MI - BISHOP CIRCLE | UNITED PARCEL SERVICE | 2ND DAY OF 2ND MONTH |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/A/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 28071540 | ASSEMBLY HOSE AND CONNECTORS | 0550263363 | | 3000.00 EA | 1.97900 EA | 5937.00 |
| | CPT#: 28071540 | Qty adjusted to Std Pack size | ORD#: 1749 ITM#: 2REL: 09021600 | | | | |
| 2 | 28134450 | ASSEMBLY HOSE VAPOR CANISTER | 0550263366 | | 3000.00 EA | 2.91300 EA | 8739.00 |
| | CPT#: 28134450 | Qty adjusted to Std Pack size | ORD#: 1749 ITM#: 4REL: 09021600 | | | | |
| 3 | 28071542 | ASSEMBLY HOSE AND BLOCKER | 0550263363 | | 300.00 EA | 25.27250 EA | 7581.75 |
| | CPT#: 28071542 | Qty adjusted to Std Pack size | ORD#: 1749 ITM#: 3REL: 09021800 | | | | |

*Open amt 197.90* (handwritten)

NOT TAXABLE - MANUFACTURING

**TOTAL:** 22257.75

**CURRENCY:** US DOLLARS

Page No: 1

# BISHOP CIRCLE ASSEMBLY
A Division of Martinrea Industries, Inc.
10501 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

## CUSTOMER INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 36119 | 2/19/09 |

**SOLD TO:** 8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO:** JM01
DELPHI E&C JUAREZ
AVE.ANOTONIO J BERMUDEZ NO 1230
JUAREZ,MEX,MX
32742

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 2/19/09 | 36119 | 836137521 | MANCHESTER, MI - BISHOP CIRCLE | UNITED PARCEL SERVICE | 2ND DAY OF 2ND MONTH |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 28075492 CPT#: 28075492 | TUBE ASSEMBLY  Qty adjusted to Std Pack size | 0550266125 ORD#: 1855 ITM#: 1 REL: 09021900 | | 2500.00 EA | .98568 EA | 2464.20 |
| 2 | 28075499 CPT#: 28075499 | TUBE ASSEMBLY  Qty adjusted to Std Pack size | 0550266125 ORD#: 1855 ITM#: 2 REL: 09021700 | | 2000.00 EA | 1.00233 EA | 2004.66 |

*Open amount 3,103.14*

NOT TAXABLE - MANUFACTURING

**CURRENCY:** US DOLLARS

**TOTAL:** 4468.86

Page No: 1

# CUSTOMER INVOICE

**BISHOP CIRCLE ASSEMBLY**
A Division of Martinrea Industries, Inc.
10501 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

MARTINREA

| INVOICE NO. | INVOICE DATE |
|---|---|
| 38069 | 5/22/09 |

**SOLD TO:**
8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO:**
8151CHI1
DELPHI PT-35028-EL PASO TX
C/O MWXD CINCINNATI-X-DOCK
6380 CENTRE PARK DRIVE
45069

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 5/22/09 | | 836137521 | | 550263363 | | 2ND DAY OF 2ND MONTH |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY. SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 28071540 CP*#: 28071540 | RETROACTIVE PRICE CHANGE INVOICED 1.979 PO PRICE 3.3011 | | 49500.00 EA | 1.32210 EA | 65443.95 |

*handwritten: Open amt 132.21*

NOT TAXABLE - MANUFACTURING

**CURRENCY:** US DOLLARS

**TOTAL:** 65443.95

**BISHOP CIRCLE ASSEMBLY**
A Division of Martinrea Industries, Inc.
10501 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

## CUSTOMER INVOICE

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 38069 | 5/22/09 |

**SOLD TO:**
8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO:**
8151CHI1
DELPHI PT-35028-EL PASO TX
C/O MWXD CINCINNATI-X-DOCK
6380 CENTRE PARK DRIVE
45069

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 5/22/09 | | 836137521 | | | 2ND DAY OF 2ND MONTH |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U/PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 28071540<br>CPT#: 28071540 | RETROACTIVE PRICE CHANGE<br>INVOICED 1.979<br>PO PRICE 3.3011 | 550263363 | | 49500.00 EA | 1.32210 EA | 65443.95 |

NOT TAXABLE - MANUFACTURING

**TOTAL:** 65443.95

**CURRENCY:** US DOLLARS



Page No: 1

# BISHOP CIRCLE ASSEMBLY
A Division of Martinrea Industries, Inc.
10501 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

## CUSTOMER INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 38070 | 5/22/09 |

**SOLD TO:** 8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO:** JU01
DELPHI PT - 35028 EL PASO TX
C/O MWXD CINCINNATI-X-DOCK
6380 CENTRE PARK DRIVE
45069

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 5/22/09 | | 836137521 | | 550263363 | | 2ND DAY OF 2ND MONTH |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/C/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 28071540 | | | 53100.00 EA | 1.32210 EA | 70203.51 |
| | CPTH: 28071540 | INVOICED 1.979 | | | | |
| | | PO PRICE 3.3011 | | | | |
| | | EFFECTIVE 10/1/08 | | | | |
| | | RETROACTIVE PRICE CHANGE | | | | |

NOT TAXABLE - MANUFACTURING

**TOTAL:** 70203.51

**CURRENCY:** US DOLLARS