# EXHIBIT B



**CUSTOMER INVOICE**

**BISHOP CIRCLE ASSEMBLY**
A Division of Manitrea Industries, Inc.
10501 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

| | Page No: 1 |
|---|---|
| INVOICE NO. | 40252 |
| INVOICE DATE | 9/15/09 |

**SOLD TO**
8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO**
8151CHI1
DELPHI PT-35028-EL PASO TX
C/O MWKD CINCINNATI-X-DOCK
6380 CENTRE PARK DRIVE
45069

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B |
|---|---|---|---|
| 9/15/09 | 40252 | 836137521 | MANCHESTER, MI - BISHOP CIRCLE |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | CPT#: 28071540 / 28071540 | ASSEMBLY HOSE AND CONNECTORS | 0550263363 ORD#: 1749 ITM#: 2REL,0909,400 | | 1300.00 EA | 3.30110 EA | 4291.43 |
| | | Qty adjusted to Std Pack size | | | | | |
| 2 | CPT#: 28071542 / 28071542 | ASSEMBLY HOSE AND BLOCKER | 0550263363 ORD#: 1749 ITM#: 3REL,0909,400 | | 500.00 EA | 25.27250 EA | 12636.25 |
| | | Qty adjusted to Std Pack size | | | | | |
| 3 | CPT#: 28134450 / 28134450 | ASSEMBLY HOSE VAPOR CANISTER | 0550263366 ORD#: 1749 ITM#: 4REL,0909,400 | | 1600.00 EA | 2.91300 EA | 4660.80 |
| | | Qty adjusted to Std Pack size | | | | | |

| | TERMS & CONDITIONS |
|---|---|
| | 2ND DAY OF 2ND MONTH |

CURRENCY: US DOLLARS

NOT TAXABLE - MANUFACTURING

**TOTAL:** 21588.48



# BISHOP CIRCLE ASSEMBLY
A Division of Martinrea Industries, Inc.
10601 MICHIGAN STATE ROAD M-52
MANCHESTER, MI 48158

# CUSTOMER INVOICE

| | Page No: 1 |
| --- | --- |
| INVOICE NO. | INVOICE DATE |
| 39116 | 7/27/09 |

**SOLD TO**
8151
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI ENERGY & CHASSIS DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MICHIGAN 48326

**SHIP TO**
DELPHI ENERGY & CHASSIS SYSTEM
JUAREZ TECHNICAL CENTER IITC
32 CELEBRITY WAGON DOCKS 2-7
EL PASO, TX 79906

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
| --- | --- | --- |
| 7/27/09 | 39116 | 836137521 |

| ITEM | PART NO. | DESCRIPTION | F.O.B | CUSTOMER PO# | CARRIER | CTN.QTY | QTY.SHIPPED | TERMS & CONDITIONS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 28149928 | | TUBE ASSEMBLY<br>Qty adjusted to Std Pack size | MANCHESTER, MI - BISHOP CIRCLE | PJAX | | | | U.PRICE/UM | |
| | | | | 450907306<br>OEM#:   2140 ITEM: 1 | | | 500.00<br>EA | 2.64580<br>EA | 1322.90 |

NOT TAXABLE - MANUFACTURING

2ND DAY OF 2ND MONTH

| CURRENCY: US DOLLARS | TOTAL: 1322.90 |
| --- | --- |