MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
Leslie Ann Berkoff
lberkoff@moritthock.com
Co-Counsel to Genpact International LLC

WIGGIN AND DANA LLP
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3715
Sharyn B. Zuch
szuch@wiggin.com
(*Pro Hac Vic Admission Pending*)

Co-Counsel to Genpact International LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                                           )    ss.: Hartford
COUNTY OF HARTFORD   )

Lisa Weeden, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by Wiggin and Dana LLP, located at One CityPlace, 185 Asylum Street, Hartford, Connecticut.

2. On February 16, 2010 I served a true copy of the within Responses of Genpact International LLC with regards to Debtors' Forty-Third Omnibus Claims Objection (i) Claim No. 18742; (ii) Claim No. 18743; (iii) Claim No. 20052 and (iv) Claim No. 20053 via first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S.

Postal Service within the State of Connecticut, addressed to the last known address of the addressee(s) as indicated below:

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, Michigan 48098

Counsel to Debtors
Skadden, Arps, Slate Meagher & Flom, LLP
Attn: John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
155 North Wacker Drive
Chicago, Ill 60606

In addition, a Hard Copy was sent to Chambers pursuant to the Order Regarding the Forty-Third Omnibus Objections to Administrative Claims:

Honorable Judge Drain
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
US Bankruptcy Court for the
Southern District of New York
300 Quarropas Street, Courtroom 118
White Plains, NY 10601-4140

_____
Lisa Weeden

Sworn to before me this
16th day of February, 2010

_____
Celia M. Paiva
Notary Public, State of Connecticut
No.
Qualified in Hartford County
Commission Expires:    My Commission Expires Dec. 31, 2010