**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Byron Starcher, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent **Akzo Nobel Industrial Coatings Mexico SA de CV**, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Georgia and the bar of the U.S. District Court for the Northern District of Georgia.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

This 16th day of February, 2010.

                                                NELSON MULLINS RILEY &
                                               SCARBOROUGH, LLP

                                               /s Byron C. Starcher
                                             Byron C. Starcher, Esq.
                                             Georgia Bar No. 676111
                                             201 17th Street, N.W.
                                             Suite 1700
                                             Atlanta, Georgia 30363
                                             Byron.starcher@nelsonmullins.com
                                             (404) 322-6000