EXHIBIT "A"

| Parent Customer Number | PRO Number | Related Name | Related Number |
|---|---|---|---|
| DEAPTCTS900 | 552887333 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 989853443 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 544058421 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494065843 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494065854 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494062553 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494065891 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494063102 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 591439800 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494065913 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494061035 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494060103 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494065983 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 591443285 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494061540 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 591379574 | DELPHI MECHATRONIC SYSTEM | DEDBZXCN000 |
| DEAPTCTS900 | 494061610 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 591449272 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 385896685 | CONDUMEX | COESY991001 |
| DEAPTCTS900 | 409118942 | CONDUMEX | COESY991001 |
| DEAPTCTS900 | 494066042 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 505785965 | DELPHI CORPORATION | DEAPT991029 |
| DEAPTCTS900 | 494062741 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494060184 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494066112 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494066134 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494066123 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 591334391 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494060206 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 517292473 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 685389736 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494063286 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494066322 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494066355 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 388268532 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 785829240 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |
| DEAPTCTS900 | 494066554 | DELPHI AUTOMOTIVE 1 GROUP | DEAPT991023 |

| Transaction Date | Orig Amt | Bal Due | Orig SIC | Dest SIC |
|---|---|---|---|---|
| 8-Sep-08 | $ 152.01 | $ 65.83 | NHB | LLA |
| 17-Nov-08 | $ 7,142.36 | $ 6,872.07 | LLA | XBO |
| 22-Jan-09 | $ 51.30 | $ 51.30 | NAT | NAA |
| 27-Jan-09 | $ 177.24 | $ 177.24 | LEP | NMO |
| 28-Jan-09 | $ 177.24 | $ 177.24 | LEP | NMO |
| 3-Feb-09 | $ 152.68 | $ 152.68 | LEP | XSB |
| 10-Feb-09 | $ 176.55 | $ 176.55 | LEP | NMO |
| 11-Feb-09 | $ 725.52 | $ 725.52 | LEP | XSB |
| 11-Feb-09 | $ 279.82 | $ 141.50 | LEP | XSG |
| 13-Feb-09 | $ 481.47 | $ 28.90 | LEP | XSB |
| 20-Feb-09 | $ 533.88 | $ 533.88 | LEP | XSB |
| 24-Feb-09 | $ 927.63 | $ 481.64 | LEP | XSB |
| 24-Feb-09 | $ 1,012.02 | $ 1,012.02 | LEP | XJA |
| 2-Mar-09 | $ 148.90 | $ 49.13 | LEP | XSG |
| 6-Mar-09 | $ 524.99 | $ 263.01 | LEP | XSB |
| 9-Mar-09 | $ 70.77 | $ 70.77 | XSG | XCN |
| 10-Mar-09 | $ 919.77 | $ 475.68 | LEP | XSB |
| 11-Mar-09 | $ 94.95 | $ 94.95 | LEP | LTX |
| 16-Mar-09 | $ 1,417.71 | $ 1,417.71 | USD | LLA |
| 24-Mar-09 | $ 56.19 | $ 56.19 | NCH | NNA |
| 24-Mar-09 | $ 701.87 | $ 357.23 | LEP | XSB |
| 24-Mar-09 | $ 203.23 | $ 203.23 | USB | XPN |
| 31-Mar-09 | $ 532.24 | $ 267.15 | LEP | XSB |
| 1-Apr-09 | $ 523.26 | $ 262.32 | LEP | XSB |
| 2-Apr-09 | $ 336.48 | $ 336.48 | LEP | NNA |
| 3-Apr-09 | $ 450.33 | $ 450.33 | LEP | NNA |
| 3-Apr-09 | $ 531.34 | $ 266.72 | LEP | XSB |
| 3-Apr-09 | $ 417.66 | $ 185.90 | XSG | LJS |
| 6-Apr-09 | $ 306.01 | $ 306.01 | LEP | NNA |
| 8-Apr-09 | $ 598.21 | $ 380.20 | XAH | LLA |
| 23-Apr-09 | $ 60.34 | $ 60.34 | XSW | LEP |
| 28-Apr-09 | $ 930.78 | $ 930.78 | LEP | XSB |
| 5-May-09 | $ 733.03 | $ 733.03 | LEP | XSB |
| 12-May-09 | $ 924.93 | $ 924.93 | LEP | XSB |
| 19-May-09 | $ 340.44 | $ 58.80 | LWA | LEP |
| 21-May-09 | $ 129.96 | $ 129.96 | LHG | LEP |
| 1-Jun-09 | $ 330.97 | $ 19.41 | LEP | XKC |
|  |  | $ 18,896.63 |  |  |