| | |
|---|---|
| NOWELL, AMOROSO, KLEIN, BIERMAN, P.A. | **Hearing Date: February 25, 2010** |
| Rick A. Steinberg, Esq. (RS-7396) | **Time: 10:00 a.m.** |
| 155 Polifly Road | |
| Hackensack, New Jersey 07601 | **Objection Deadline: February 18, 2010** |
| Tel: 201-343-5001 | **Time: 4:00 p.m.** |

Attorneys for Con-way Freight Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2010, I caused to be served by overnight mail, the Response of Con-way Freight Inc. to the Debtors' Objection to Administrative Expense Claim, on the persons on the attached service list.

Dated: Hackensack, New Jersey
February 17, 2010

                                          NOWELL, AMOROSO, KLEIN, BIERMAN, P.A.

                                          /s/ Rick A. Steinberg
                                          Rick A. Steinberg, Esq. (RS-7396)
                                          155 Polifly Road
                                          Hackensack, New Jersey 07601
                                          Tel: 201-343-5001

## SERVICE LIST

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606