**MORITT HOCK HAMROFF &**
**HOROWITZ LLP**
Leslie A. Berkoff
400 Garden City Plaza
Garden City, New York 11530
Tel: (516) 873-2000
Fax: (516) 873-2010
lberkoff@moritthock.com

Local counsel to Genpact International LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## APPLICATION FOR ADMISSION TO
## PRACTICE PRO HAC VICE

Leslie A. Berkoff (the "Movant"), a member in good standing of the bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and a Partner of the law firm of Moritt Hock Hamroff & Horowitz LLP, hereby moves the Court to enter an order permitting Sharyn B. Zuch to practice *pro hac vice* before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, to represent Genpact International LLC, in the above-captioned cases. In support thereof, the Movant respectfully represents as follows:

Ms. Zuch is Of Counsel with the law firm Wiggin and Dana LLP, a member in good standing of the bar of the State of Connecticut, Florida and Washington, D.C. and the bar of, among others, the U.S. District Court for the District of Connecticut. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction and she is

familiar with the Local Rules of this Court. Ms. Zuch has submitted the filing fee of $25.00 with this motion for *pro hac vice* admission. Ms. Zuch's address is: Wiggin and Dana LLP, One CityPlace, 185 Asylum Street, Hartford, CT 06103-3402. Ms. Zuch's email address is szuch@wiggin.com.

WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated: Garden City, New York
       February 17, 2010

**MORITT HOCK HAMROFF
& HOROWITZ LLP**

By: *s/ Leslie A. Berkoff*
    Leslie A. Berkoff

400 Garden City Plaza
Garden City, New York 11530
Tel: (516) 873-2000
Fax: (516) 873-2010
lberkoff@moritthock.com

Local counsel to Genpact International LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Leslie A. Berkoff, Esq. for admission to practice *pro hac vice* of Sharyn B. Zuch, Esq. of Wiggin and Dana LLP to represent Genpact International LLC (the "Client"); due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is hereby

ORDERED, that Sharyn B. Zuch, Esq. is permitted to practice *pro hac vice* in connection with the above-captioned bankruptcy cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       February __, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

F:\Genpact International\docs\Pro Hac Application - Zuch, Sharyn.DOC

3