LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.
309 Davidson Building
916 Washington Avenue
Bay City, MI 48708
Telephone: 989-893-3518
Fax: 989-894-2232
Susan M. Cook
Adam D. Bruski

Attorneys for Linamar Corporation
and Linamar Holdings, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: DELPHI CORPORATION., et al., | ) ) ) ) ) ) ) | Chapter 11 |
|  |  | Case No: 05-44481 (RDD) |
|  |  | (Jointly Administered) |
| Debtors. |  |  |

_____/

## RESPONSE OF LINAMAR CORPORATION AND LINAMAR HOLDINGS, INC. TO THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS CLAIMS OBJECTION

NOW COME Linamar Corporation, Linamar Holdings, Inc., and their respective subsidiaries and affiliates (collectively, "Linamar") by and through their counsel, Lambert, Leser, Isackson, Cook & Giunta, P.C., and for their Response to the Reorganized Debtors' Forty-Third Claims Objection hereby state as follows:

1. During the period from October 8, 2005 through October 6, 2009, Linamar provided certain goods and services to the Debtors pursuant to purchase orders and contracts.

2. The provision of these goods and services constitutes administrative expenses of the Debtors' estate pursuant to 11 U.S.C. § 503.

3. Linamar has submitted the following claims (the "Claims") for administrative expenses in the Debtors' bankruptcies:

    a. Invar, a division of Linamar Holdings, Inc., claim no. 18882, filed July 14, 2009, in the amount of $974,810.00.

    b. Vehcom, a division of Linamar Corporation, claim no. 18886, filed July 14, 2009, in the amount of $1,889,515.70 plus continuing accruals.

    c. Roctel, a division of Linamar Holdings, Inc., claim no. 18885, filed July 14, 2009, in the amount of $3,165,223.55 plus continuing accruals.

    d. Linamar Corporation and its subsidiaries and affiliates, claim no. 19770, filed November 4, 2009, in the amount of $1,602,060.79.

4. The Claims, as filed, are attached to this Response as Exhibit A.

5. On January 22, 2010, Debtors filed the Forty-Third Omnibus Claims Objection (the "Objection").

6. In the Objection, the Debtors state that Linamar's Claims "assert liabilities or dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records, in most cases because such Administrative Claims have been satisfied in the ordinary course of business". Objection at 9.

7. Linamar denies that any of its Claims have been satisfied by the Debtors.

8. Delphi is aware of Linamar's Claims as representatives of Delphi and Linamar have been in high-level meetings working towards a resolution and settlement of the amounts owing from Delphi to Linamar.

9. Linamar's Claims, as filed, include documentation attesting to the validity of its claims against the Debtors.

10. While Linamar has presented tangible documentary evidence to prove its Claims, the Debtors have simply stated that they do not show the Claims in their books and records, and surmise that the Claims have been satisfied in the ordinary course. The Debtors have presented no evidence to prove that the Claims were satisfied and their mere denial of the Claims is insufficient to affect their validity.

11. Pursuant to Fed. R. Bankr. P. 3001(f), a proof of claim "executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim". *See also, Sherman v. Novak (In re Reilly)*, 245 B.R. 768, 773 (2nd Cir. 2000). The Debtors have not objected to Linamar's Claims on the grounds that they are procedurally improper.

12. Once the *prima facie* evidence of the validity of a claim is established by its proper filing, the party objecting to the claim has the burden of going forward and introducing evidence sufficient to rebut the presumption of validity. *See, e.g. Reilly* 245 B.R. at 773; *California State Board of Equalization v. Official Unsecured Creditors' Committee (In re Fidelity Holding Co., Ltd.)*, 837 F.2d 696, 698 (5th Cir. 1988). The evidence put forward by the debtor to refute the claim must be of equal "probative force" to the creditor's proof of claim. *In re Simmons*, 765 F.2d 547, 552 (5th Cir. 1985). "When no evidence is proffered to rebut the prima facie evidentiary showing attendant to a properly executed and filed proof of claim" a court may summarily overrule an objection to such claim without taking testimony. *Garner v. Shier (In re Garner)*, 246 B.R. 617, 624 (B.A.P. 9th Cir. 2000).

13. The Debtors are attempting to inappropriately shift the burden in this matter to Linamar. *See Omnibus Claims Objection: Debtor's Disagreement of the Amount Is Not*

*Enough*, 22 Jun., Am. Bankr. Inst. J. 14 (2003). By filing a 222 page omnibus objection and simply stating that the claims do not appear in the Debtors' books and records, the Debtors are using the shotgun approach, hoping that numerous creditors with perfectly-valid claims will simply not respond, or that it will not be economical for them to respond.

14. This approach is contrary to the Bankruptcy Rules and the overall sprit of the claims resolution procedure. What the Debtors have done is, in effect, to require their creditors to not only file the proof of claim required by the Code, but also prove that claim again against the mere assertion (without evidence) on the part of the Debtors that they disagree. The fact that the Debtors failed to account for their debts to Linamar in their own books and records does not mean that such obligations do not exist.

WHEREFORE, for the reasons stated herein, Linamar respectfully requests that this Honorable Court deny the Debtors' Objection in so far as it relates to the Linamar Claims and instead order payment of the Linamar Claims. In addition, Linamar requests any and all other relief the Court believes available and appropriate, including its attorney fees.

Respectfully submitted,

Dated: February 17, 2010

By:    /s/ Susan M. Cook
_____
Susan M. Cook
Adam D. Bruski
LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.
309 Davidson Building
916 Washington Avenue
Bay City, MI 48708
Telephone: 989-893-3518
scook@lambertleser.com
Attorneys for Linamar

| United States Bankruptcy Court | Administrative |
|---|---|
| Southern District of New York | Expense Claim |
| Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Form |

| Debtor against which claim is asserted :<br>Delphi Corporation, *et al.* 05-44481 | Case Name and Number<br>In re Delphi Corporation., *et al.*  05-44481<br>Chapter 11, Jointly Administered |
|---|---|

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>Invar, a Division of Linamar Holdings, Inc.<br><br>Name and Address Where Notices Should be Sent<br>c/o Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, Michigan 48708<br>Telephone No.   (989) 893-3518 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br>**THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ |
|---|---|

| 1. BASIS FOR CLAIM<br>XX   Goods sold<br>XX   Services performed<br>☐   Money loaned<br>☐   Personal injury/wrongful death<br>☐   Taxes<br>☐   Other (Describe briefly) | ☐<br>☐ | Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date)                (date) |
|---|---|---|

| 2. DATE DEBT WAS INCURRED   10/8/05 - 6/1/09 | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ [$974,810.00]
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):

Breach of attached contract and failure of Debtors to accept guaranteed volumes specified on attachment B.

| 6.  **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.  In filing this claim, claimant has deducted all amounts that claimant owes to debtor. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

7.  **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests.  **DO NOT SEND ORIGINAL DOCUMENTS.**  If the documents are not available, explain.  If the documents are voluminous, attach a summary.  Any attachment must be 8-1/2" by 11".

8.  **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br><br>7/14/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>*[signature]*<br>Susan M. Cook, Attorney for Creditor |
|---|---|

# DELPHI

## General Terms & Conditions

1. Delphi will increase piece prices effective January 1, 2008 by $3.4 million U.S. for the Vehcom, Transgear, Hastech and Roctel components. Delphi and Linamar will mutually agree to what component prices will increase. (Attachment A).

2. Delphi will increase piece prices effective January 1, 2009 by an additional $700K U.S., ~~totaling $4 million U.S.~~, for the Vehcom and Roctel components (Attachment A), which will carry over through Dec. 31, 2010.

3. All parts, per attached, with the exception of the Tilt Housings and Pitman Shafts at Invar will remain with Linamar on a 100% for Delphi requirements basis. Delphi shall not resource any Linamar programs on a global basis for the three (3) year contract period.

4. Invar will produce and Delphi will purchase the guaranteed volumes for the 1st quarter of 2008 for the Tilt Housings and Pitman Shafts (Attachment B) effective January 1, 2008. Any volumes required after March 30, 2008 will be quoted on an as needed basis.

5. The 710 Steering Gear Assemblies (Attachment C) will be produced internally at Delphi Steering after March 30, 2008. The price matrix (Attachment C) will be used if any requirements are needed after 2007.

6. All "other" parts are listed on (Attachment D).

7. Delphi shall be entitled to cancel a program only if their customer cancels the program. Cancellation claims will be settled and paid within 180 days of cancellation notice.

8. Delphi's current metal surcharge policy will be adopted for all programs at 100% pass through.

9. If a supplier increases a base price, both Delphi and Linamar will mutually work together to negotiate with the supplier to minimize any cost impact.

# DELPHI

10. Delphi will pay Invar $320,000 for tooling owed before the end of 2007.

11. Volumes will be reviewed quarterly compared to the annual requirements listed on attachments. Pricing will remain per the attachments provided volumes are within +/-15% of the quarterly requirements. If the volumes vary outside of this range both parties will agree to a price change for the next quarter. The parties agree to establish a mechanism to monitor and update prices for these volume changes. The parties agree to complete this no later than February 15, 2008.

13. For the MSVA parts (26084162, 26085058, 26082739, 26100498, 26128843, 26128933, and 26134116) purchased from Belcher Foundry, Roctel agrees to supplier manage the Belcher supply to the extent possible until Delphi and Roctel jointly develop another source.

14. Payment Terms – MNS2.

15. Contract is for a three (3) year period (2008, 2009, 2010).

16. Freight FOB Linamar facilities.

17. During the process of the Steering division sale, the Terms & Conditions allow Delphi to enter into contracts without any specific signatures from potential buyers and the agreements will be binding after the sale. A copy of this can be provided to Linamar.

18. The attached lists represent all the parts Linamar Corporation produces for Delphi. If Delphi requires additional parts they will be quoted and negotiated separately.

19. Both parties will keep this agreement in strict confidentiality.

20. This represents the entire agreement between the parties. All other issues will be negotiated by both parties under normal business practices outside the terms of this settlement proposal.

# DELPHI

Agreed to and Accepted this 3rd day of December 2007.

**Delphi Corporation:**

Per:
Name:    Udesh Kaul                    12-10-07
Title:   Commodity Director, Metallic Global Purchasing

**Delphi Saginaw:**

Per:
Name:    Jeffrey Mollhemey             12-6-07
Title:   Director North America Supply Management

**Linamar Corporation:**

Per:
Name:    Jim Jarrell /                 12/11/07
         President and COO

☒005

## DELPHI STEERING AGREEMENT FOR TILT HOUSINGS AND PITMAN SHAFTS - JANUARY 1, 2008 - MARCH 30, 2008

**Attachment B**

| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | Guaranteed Volume 1st Qtr 2008 | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 until March 30, 2008 |
|---|---|---|---|---|---|
| STEERING | INVAR | Tilt Housings - 26082061 | 185000 | $4,970 | $14.000 |
| STEERING | INVAR | Tilt Housings - 26082065 | 150000 | $5.309 | $14.000 |
| STEERING | INVAR | Tilt Housings - 26085154 | 30000 | $5.625 | $18.250 |
| STEERING | INVAR | Pitman Shafts - 26090154 | 800 | $15.690 | $21.600 |
| STEERING | INVAR | Pitman Shafts - 26090158 | 21500 | $2.070 | $4.160 |
| STEERING | INVAR | Pitman Shafts - 26090188 | 10200 | $16.700 | $24.600 |
| STEERING | INVAR | Pitman Shafts - 26090200 | 186000 | $2.070 | $4.120 |
| STEERING | INVAR | Tilt Housings - 26094280 | 500 | $2.070 | $4.160 |
| STEERING | INVAR | Tilt Housings - 26096002 | 2892 | $6.070 | $15.620 |
| STEERING | INVAR | Tilt Housings - 26105078 | 80000 | $5.164 | $18.250 |

Agree to and Accepted this 27th day of November 2007.

Delphi Corporation:

Per: _Udesh Kaul_

Name: Udesh Kaul                          12-10-07

Title: Commodity Director, Metallic Global Purchasing

Delphi Saginaw:

Per: _signature_

Name: Jeffrey McInerney                  12-6-07

Linamar Corporation:

Per: _signature_

Name: Jim Jarrell

10/11/07

_signature_  10 JAMES    12-10-2007

12/10/2007 18:29 FAX                                                    ☒005

## DELPHI 710 GEAR ASSEMBLY AGREEMENT FROM JANUARY 1ST, 2008 - DECEMBER 31ST, 2010

### Attachment C

| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | AGREED VOLUME | | | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 to Dec 31, 2010 |
|---|---|---|---|---|---|---|---|
| | | | 2008 | 2009 | 2010 | | |
| STEERING | INVAR | 1-783xxx | | | | | |
| STEERING | INVAR | 1-783xxx | 9,529 | 3,523 | 3,525 | | |
| STEERING | INVAR | 1-3800xxx | 1 | 678 | 678 | | |
| STEERING | INVAR | 1-3800xxx | | | 131 | | |
| STEERING | INVAR | 1-3807xxx | 118 | 118 | 118 | | |
| STEERING | INVAR | 1-807xxx | 343 | 343 | 343 | $853.850 | $850.00 |
| STEERING | INVAR | 1-807xxx | 600 | 600 | 600 | $853.850 | $850.00 |
| STEERING | INVAR | 1-812xxx | 10 | 10 | 10 | $853.850 | $850.00 |
| STEERING | INVAR | 1-812xxx | 2,525 | 2,525 | 2,525 | $853.850 | $850.00 |

*Volume M. Needed*

Agree to and Accepted this 16th day of November 2007. *For 2008 @ $650 Per Agl.*

**Delphi Corporation**

Per:  
Name: Udesh Kaul          12-10-07  
Title: Commodity Director, Metallic Global Purchasing

**Linamar Corporation**

Per:  
Name: Jim Jarell          12/11/07

**Delphi Saginaw**

Per:          12-10-08  
Name: Jeffrey McKlemroy

10 INVRS          12-10-2007

12/10/2007 18:29 FAX                                                    @004

| DELPHI "OTHER" AGREEMENT FROM JANUARY 1ST, 2008 TO DECEMBER 31ST, 2010 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attachment D | | | | | | | |
| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | AGREED VOLUME | | | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 to Dec 31, 2010 |
| | | | 2008 | 2009 | 2010 | | |
| CHASSIS | TRANSGEAR | 5505011 | 725,000 | 725,000 | 725,000 | $9.45 | $8.912 |
| THERMAL | TRANSGEAR | 5905036 | 150,000 (simply per tool 184 Unit As stated) | | | | |
| CHASSIS | HASTECH | L T BLOCK | 60,000 | 0 | 0 | $5,520 | $3.080 |
| CHASSIS | HASTECH | R B BLOCK | 62,000 | 0 | 0 | $16.103 | $22.103 |
| CHASSIS | HASTECH | HARLEY | AS CURRENTLY ON CONTRACT | | | CURRENT | CURRENT |

Agree to and Accepted this 27th day of November 2007.

Delphi Corporation:

Per:        _Udesh Kaul_
Name:       Udesh Kaul                    12-1007
Title:      Commodity Director, Metallic Global Purchasing

Linamar Corporation:

Per:
Name:       Jim Jarrell                   12/11/07

Delphi Saginaw:

Per:
Name:       Jeffrey Meinomey             12-6-07

                                          12-10-2007

| United States Bankruptcy Court<br>Southern District of New York<br><br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Expense Claim<br>Form | |
|---|---|---|
| Debtor against which claim is asserted :<br>Delphi Corporation, *et al.* 05-44481 | Case Name and Number<br>In re Delphi Corporation., *et al.* 05-44481<br>Chapter 11, Jointly Administered | |

**NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.**

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br>Vehcom, a Division of Linamar Corporation<br><br>Name and Address Where Notices Should be Sent<br>c/o Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, Michigan 48708<br>Telephone No.        (989) 893-3518 | ☐  Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐  Check box if you have never received any notices from the bankruptcy court in this case.<br>☐  Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR<br>COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim  ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

**1. BASIS FOR CLAIM**

| | |
|---|---|
| ☒ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☒ Services performed | ☐ Wages, salaries, and compensation (Fill out below) |
| ☐ Money loaned | Your social security number _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other (Describe briefly) | (date)                (date) |

| 2. DATE DEBT WAS INCURRED  10/8/05 – 6/1/09 | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 1,889,515.70 Plus continual accruals**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim (attach any additional information):**
Breach of attached contract paragraphs 1, 2, 8 & 11

| | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| **6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".<br><br>**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | |
| Date<br><br>7/14/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>Susan M. Cook, Attorney for Creditor | |

# DELPHI

## General Terms & Conditions

1. Delphi will increase piece prices effective January 1, 2008 by $3.4 million U.S. for the Vencom, Transgear, Hastech and Roctel components. Delphi and Linamar will mutually agree to what component prices will increase. (Attachment A).

2. Delphi will increase piece prices effective January 1, 2009 by an additional $700K U.S., totaling ~~$4 million U.S.~~ for the Vencom and Roctel components (Attachment A), which will carry over through Dec. 31, 2010.

3. All parts, per attached, with the exception of the Tilt Housings and Pitman Shafts at Invar will remain with Linamar on a 100% for Delphi requirements basis. Delphi shall not resource any Linamar programs on a global basis for the three (3) year contract period.

4. Invar will produce and Delphi will purchase the guaranteed volumes for the 1st quarter of 2008 for the Tilt Housings and Pitman Shafts (Attachment B) effective January 1, 2008. Any volumes required after March 30, 2008 will be quoted on an as needed basis.

5. The 710 Steering Gear Assemblies (Attachment C) will be produced internally at Delphi Steering after March 30, 2008. The price matrix (Attachment C) will be used if any requirements are needed after 2007.

6. All "other" parts are listed on (Attachment D).

7. Delphi shall be entitled to cancel a program only if their customer cancels the program. Cancellation claims will be settled and paid within 180 days of cancellation notice.

8. Delphi's current metal surcharge policy will be adopted for all programs at 100% pass through.

9. If a supplier increases a base price, both Delphi and Linamar will mutually work together to negotiate with the supplier to minimize any cost impact.

@002

# DELPHI

10. Delphi will pay Invar $320,000 for tooling owed before the end of 2007.

11. Volumes will be reviewed quarterly compared to the annual requirements listed on attachments. Pricing will remain per the attachments provided volumes are within +/-15% of the quarterly requirements. If the volumes vary outside of this range both parties will agree to a price change for the next quarter. The parties agree to establish a mechanism to monitor and update prices for these volume changes. The parties agree to complete this no later than February 15, 2008.

13. For the MSVA parts (26084162, 26085056, 26082733, 26100498, 26123843, 26128833, and 26134116) purchased from Belcher Foundry, Roctel agrees to supplier manage the Belcher supply to the extent possible until Delphi and Roctel jointly develop another source.

14. Payment Terms – MNS2.

15. Contract is for a three (3) year period (2008, 2009, 2010).

16. Freight FOB Linamar facilities.

17. During the process of the Steering division sale, the Terms & Conditions allow Delphi to enter into contracts without any specific signatures from potential buyers and the agreements will be binding after the sale. A copy of this can be provided to Linamar.

18. The attached lists represent all the parts Linamar Corporation produces for Delphi. If Delphi requires additional parts they will be quoted and negotiated separately.

19. Both parties will keep this agreement in strict confidentiality.

20. This represents the entire agreement between the parties. All other issues will be negotiated by both parties under normal business practices outside the terms of this settlement proposal.

# DELPHI

Agreed to and Accepted this 3rd day of December 2007.

**Delphi Corporation:**

Per:  *Udesh Kaul*
Name: Udesh Kaul                12-10-07
Title: Commodity Director, Metallic Global Purchasing

**Delphi Saginaw:**

Per:  _____                12-6-07
Name: Jeffrey McInerney
Title: Director North America Supply Management

**Linamar Corporation:**

Per:  _____                12/11/07
Name: Jim Jarrell
President and COO

| DELPHI STEERING AGREEMENT FROM JANUARY 1ST, 2008 - DECEMBER 31ST, 2010 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Attachment A** | | | | | | | | | |
| DELPHI DRAWING | LINAMAR PLANT | PART NUMBER | AGREED VOLUME | | | CURRENT P.O. PRICE | PRICE FROM January 1, 2008 to December 31, 2008 | PRICE FROM January 1, 2009 to November 31, 2009 | PRICE FROM January 1, 2010 to December 31, 2010 |
| | | | 2008 | 2009 | 2010 | | | | |

Agreed to and Accepted this 19th day of November 2007.

Delphi Corporation:
Per:
Name: Udesh Kaul
Title: Commodity Director, Mobile Global Purchasing

Linamar Corporation:
Per:
Name: Jim Jarrell

Delphi Corporation:
Per:
Name: Jeffrey Zakarian

12/10/2007 18:30 FAX                                                                    @005

## DELPHI STEERING AGREEMENT FOR TILT HOUSINGS AND PITMAN SHAFTS - JANUARY 1, 2008 - March 30, 2008

### Attachment B

| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | Guaranteed Volume 1st Qtr 2008 | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 until March 30, 2008 |
|---|---|---|---|---|---|
| STEERING | INVAR | Tilt Housings - 26082001 |  | $4.970 |  |
| STEERING | INVAR | Tilt Housings - 26082003 | 135000 | $8.906 | $14.000 |
| STEERING | INVAR | Tilt Housings - 26085164 | 180000 |  | $14.000 |
| STEERING | INVAR | Pitman Shafts - 26080164 | 90000 | $5.625 | $18.250 |
| STEERING | INVAR | Pitman Shafts - 26050168 | 500 | $18.650 | $21.600 |
| STEERING | INVAR | Pitman Shafts - 26080188 | 21500 | $2.070 | $4.160 |
| STEERING | INVAR | Pitman Shafts - 26080192 | 10200 | $18.700 | $24.600 |
| STEERING | INVAR | Pitman Shafts - 26080202 | 185000 | $2.070 | $4.120 |
| STEERING | INVAR | Tilt Housings - 26084250 | 600 | $2.070 | $4.160 |
| STEERING | INVAR | Tilt Housings - 26086002 | 2693 | $8.070 | $15.620 |
| STEERING | INVAR | Tilt Housings - 26105018 | 60000 | $8.164 | $18.250 |

Agree to and Accepted this 27th day of November 2007.

Delphi Corporation:

Per:
Name: Udesh Kaul                                    12-10-07
Title: Commodity Director, Metallic Global Purchasing

Linamar Corporation:

Per:
Name: Jim Jarrell
12/11/07

Delphi Saginaw:

Per:                                                12-6-07
Name: Jeffrey McInerney

10/AMES                12-10-2007

12/10/2007 18:28 FAX                                                    ☒005

### DELPHI 710 GEAR ASSEMBLY AGREEMENT FROM JANUARY 1ST, 2008 - DECEMBER 31ST, 2010

**Attachment C**

| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | AGREED VOLUME | | | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 to Dec 31, 2010 |
|---|---|---|---|---|---|---|---|
| | | | 2008 | 2009 | 2010 | | |
| STEERING | INVAR | 7882888 | 8 | 2 | | | |
| STEERING | INVAR | 7882882 | 8,528 | 8,528 | 8,528 | | |
| STEERING | INVAR | 26002510 | 878 | 878 | 878 | | |
| STEERING | INVAR | 26008588 | | | | | |
| STEERING | INVAR | 26008888 | 118 | 118 | 118 | | |
| STEERING | INVAR | 26072887 | 842 | 842 | 842 | | |
| STEERING | INVAR | 26078341 | 800 | 800 | 800 | $583.850 | $950.00 |
| STEERING | INVAR | 26078854 | 10 | 10 | 10 | $583.880 | $850.00 |
| STEERING | INVAR | 26124000 | 2,828 | 2,828 | 2,828 | $589.880 | $950.00 |

Volums As Needed.

Agree to and Accepted this 19th day of November 2007.  For 2008 @ 650 Per Asu.

**Delphi Corporation:**

Per:  Udesh Kaul
Name:  Udesh Kaul          12-10-07
Title:  Commodity Director, Metallic Global Purchasing

**Linamar Corporation:**

Per:
Name:  Jim Jarell          12/11/07

**Delphi Steering:**

Per:
Name:  Jeffrey McNamey          12-10-08

10/Mas          12-10-2007

12/10/2007 18:29 FAX                                                    @004

## DELPHI "OTHER" AGREEMENT FROM JANUARY 1ST, 2008 TO DECEMBER 31ST, 2010

**Attachment D**

| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | AGREED VOLUME | | | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 to Dec 31, 2010 |
|---|---|---|---|---|---|---|---|
| | | | 2008 | 2009 | 2010 | | |
| CHASSIS | TRANSGEAR | 5805011 | 720,000 | 720,000 | 720,000 | $9.46 | $9.912 |
| THERMAL | TRANSGEAR | 5805020 | 150,000 (weight parts used this too) Avg. 88/mo | 0 | 0 | | |
| CHASSIS | HASTECH | A. L. BLOCK | 60,000 | 0 | 0 | $5.520 | $8.080 |
| CHASSIS | HASTECH | F. S. BLOCK | 84,888 | 0 | 0 | $16.103 | $22.103 |
| CHASSIS | HASTECH | HARLEY | AS CURRENTLY ON CONTRACT | | | CURRENT | CURRENT |

Agree to and Accepted this 27th day of November 2007.

Delphi Corporation:

Per:    _Udesh Kaul_
Name:   Udesh Kaul                    12-10-07
Title:  Commodity Director, Metals/Global Purchasing

Linamar Corporation:

Per:    _____
Name:   Jim Jarrell               12/11/07

Delphi Sachfrom:

Per:    _____    12-6-07
Name:   Jeffrey McInerney

_____    12-10-2007

**Summary of Amounts Owing to Vehcom Based on Actuals from January 2008 to March 2009**

*Permanent Surcharge Variance*
Delphi Adjusted prices on January 1, 2008 to previously agreed Prices that did not include surcharge fluctuations to the end of 2007
The rate used in these fixed prices was at a rate of 0.138 per pound based on Delphi's simulator
The rate that should have been used was 0.152 per pound as this was the rate used on Delphi's simulator for January 2008
This price difference will always remain as Delphi fluctuated the January 2008 price from the 0.152 price going forward but never gave the increase from 0.138 to 0.15

| | |
|---|---|
| Q1 2008 | 15,715.15 |
| Q2 2008 | 7,193.40 |
| Q3 2008 | 15,539.23 |
| Q4 2008 | 12,408.66 |
| Q1 2009 | 10,863.37 |
| Total | 61,719.82 |

*Surcharge Gap Caused by Different Indices Used*
Delphi uses the AMM Shredded Index to fluctuate prices to suppliers
Waupaca uses the Iron age Chicago metal Market Index to fluctuate their prices to Vehcom
The gap between these indices was significant in the time period in question and Vehcom wishes to receive compensation
This problem is removed in early 2009 on some parts as the contract was switched to consigned.
The calculations are adjusted in the volume section to accommodate this change

| | |
|---|---|
| Q1 2008 | 46,942.85 |
| Q2 2008 | (8,183.84) |
| Q3 2008 | 165,865.05 |
| Q4 2008 | 94,374.88 |
| Q1 2009 | 46,448.10 |
| Total | 345,446.95 |

*Price Increases not Paid Based upon Short Fall of Committed Volumes in the Cost Model*
Delphi Committed to Volumes on all parts
The Cost Model was introduced to Compensate Linamar for any short falls from these volumes
None of this compensation has been paid to date

| | |
|---|---|
| Q1 2008 | - |
| Q2 2008 | 80,619.33 |
| Q3 2008 | 1,101,447.31 |
| Q4 2008 | 122,861.36 |
| Q1 2009 | 177,420.94 |
| Total | 1,482,348.93 |

**Summary of Money Owed to Vehcom**

| | |
|---|---|
| Q1 2008 | 62,658.00 |
| Q2 2008 | 79,628.79 |
| Q3 2008 | 1,282,851.59 |
| Q4 2008 | 229,644.91 |
| Q1 2009 | 234,732.40 |
| Total | 1,889,515.70 |

| **United States Bankruptcy Court**<br>Southern District of New York<br><br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | **Administrative<br>Expense Claim<br>Form** | |
|---|---|---|
| **Debtor against which claim is asserted :**<br>Delphi Corporation., *et al.* 05-44481 | **Case Name and Number**<br>In re Delphi Corporation., *et al.* 05-44481<br>Chapter 11, Jointly Administered | |

**NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.**

| **Name of Creditor**<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>Roctel, a Division of Linamar Holdings, Inc<br><br>**Name and Address Where Notices Should be Sent**<br>c/o Susan M. Cook<br>916 Washington Avenue, Suite 309<br>Bay City, Michigan 48708<br>**Telephone No.**   (989) 893-3518 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court.<br><br><br>**THIS SPACE IS FOR COURT USE ONLY** |
|---|---|

| **ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** | Check here if this claim   ☐ replaces<br>☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. BASIS FOR CLAIM**

| ☒ Goods sold        X<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>    (date)        (date) |
|---|---|

| **2. DATE DEBT WAS INCURRED**   10/8/05 – 6/1/09 | **3. IF COURT JUDGMENT, DATE OBTAINED:** |
|---|---|

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ [$3,165,223.55] Plus continual accruals
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim (attach any additional information):**

Breach of attached contract paragraphs 1, 2, 8 & 11

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this proof of claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

| **Date**<br><br>7/14/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>*[signature]*<br>Susan M. Cook, Attorney for Creditor |
|---|---|

# DELPHI

## General Terms & Conditions

1. Delphi will increase piece prices effective January 1, 2009 by $3.4 million U.S. for the Vehccon, Trangear, Hastach and Roctel components. Delphi and Linamar will mutually agree to what component prices will increase. (Attachment A).

2. Delphi will increase piece prices effective January 1, 2009 by an additional $700K U.S. ~~components~~ for the Vehccon and Roctel components. (Attachment A). Which will carry over through Dec. 31, 2010.

3. All parts, per attached, with the exception of the Tilt Housings and Pitman Shafts at Invar will remain with Linamar on a 100% for Delphi requirements basis. Delphi shall not resource any Linamar programs on a global basis for the three (3) year contract period.

4. Invar will produce and Delphi will purchase the guaranteed volumes for the 1st quarter of 2008 for the Tilt Housings and Pitman Shafts (Attachment B) effective January 1, 2008. Any volumes required after March 30, 2008 will be quoted on an as needed basis.

5. The 710 Steering Gear Assemblies (Attachment C) will be produced internally at Delphi Steering after March 30, 2008. The price matrix (Attachment C) will be used if any requirements are needed after 2007.

6. All "other" parts are listed on (Attachment D).

7. Delphi shall be entitled to cancel a program only if their customer cancels the program. Cancellation claims will be settled and paid within 180 days of cancellation notice.

8. Delphi's current metal surcharge policy will be adopted for all programs at 100% pass through.

9. If a supplier increases a base price, both Delphi and Linamar will mutually work together to negotiate with the supplier to minimize any cost impact.

# DELPHI

10. Delphi will pay Invar/Invar $320,000 for tooling owed before the end of 2007.

11. Volumes will be reviewed quarterly compared to the annual requirements listed on attachments. Pricing will remain per the attachments provided volumes are within +/-15% of the quarterly requirements. If the volumes vary outside of this range both parties will agree to a price change for the next quarter. The parties agree to establish a mechanism to monitor and update prices for these volume changes. The parties agree to complete this no later than February 16, 2008.

13. For the MSVA parts (2604182, 26056068, 26082733, 26100498, 26125943, 26126893, and 26194116) purchased from Belcher Foundry, Rodel agrees to supplier manage the Belcher supply to the extent possible until Delphi and Rodel jointly develop another source.

14. Payment Terms — MN82.

15. Contract is for a three (3) year period (2008, 2009, 2010).

16. Freight FOB Linamar facilities.

17. During the process of the Steering division sale, the Terms & Conditions allow Delphi to enter into contracts without any specific signatures from potential buyers and the agreements will be binding after the sale. A copy of this can be provided to Linamar.

18. The attached lists represent all the parts Linamar Corporation produces for Delphi. If Delphi requires additional parts they will be quoted and negotiated separately.

19. Both parties will keep this agreement in strict confidentiality.

20. This represents the entire agreement between the parties. All other issues will be negotiated by both parties under normal business practices outside the terms of this settlement proposal.

# DELPHI

Agreed to and Accepted this 3rd day of December 2007.

**Delphi Corporation:**

Per:
Name:       Udesh Kaul                    12-10-07
Title:      Commodity Director, Metallic Global Purchasing

**Delphi Saginaw:**

Per:
Name:       Jeffrey McInerney             12-6-07
Title:      Director North America Supply Management

**Linamar Corporation:**

Per:
Name:       Jim Jarrell                   12/11/07
            President and COO

**DELPHI STEERING AGREEMENT FROM JANUARY 1ST, 2008 - DECEMBER 31ST, 2010**

12/10/2007 18:30 FAX                                                                    ☒005

| DELPHI STEERING AGREEMENT FOR TILT HOUSINGS AND PITMAN SHAFTS - JANUARY 1, 2008 - March 30, 2008 | | | | | |
|---|---|---|---|---|---|
| **Attachment B** | | | | | |
| **DELPHI DIVISION** | **LINAMAR PLANT** | **PART NUMBER** | **Guaranteed Volume 1st Qtr 2008** | **CURRENT P.O. PRICE** | **PRICE FROM Jan 1, 2008 until March 30, 2008** |
| STEERING | INVAR | Tilt Housing - 26082045 | 135000 | $4.970 | $14.000 |
| STEERING | INVAR | Tilt Housing - 26082059 | 150000 | $8.309 | $14.000 |
| STEERING | INVAR | Tilt Housing - 26088184 | 80000 | $5.625 | $18.250 |
| STEERING | INVAR | Pitman Shaft - 26080184 | 600 | $18.550 | $21.500 |
| STEERING | INVAR | Pitman Shaft - 26080185 | 215000 | $2.070 | $4.160 |
| STEERING | INVAR | Pitman Shaft - 26080182 | 10200 | $18.700 | $24.600 |
| STEERING | INVAR | Pitman Shaft - 26080200 | 155000 | $2.070 | $4.120 |
| STEERING | INVAR | Tilt Housing - 26084259 | 600 | $2.070 | $4.160 |
| STEERING | INVAR | Tilt Housing - 26085002 | 2892 | $6.070 | $18.820 |
| STEERING | INVAR | Tilt Housing - 26105078 | 60000 | $8.164 | $18.250 |

Agree to and Accepted this 27th day of November 2007.

Delphi Corporation:

Per: _Udesh Kaul_

Name: Udesh Kaul          12-10-07

Title: Commodity Director, Metallic Global Purchasing

Delphi Saginaw

Per: _____          12.6.07

Name: Jeffrey McInerney

Linamar Corporation:

Per: _____

Name: Jim Jarrell

12/11/07

10/ANAS          12-10-2007

12/10/2007 18:29 FAX                                                          ☒005

## DELPHI 710 GEAR ASSEMBLY AGREEMENT FROM
## JANUARY 1ST, 2008 - DECEMBER 31ST, 2010

**Attachment C**

| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | AGREED VOLUME | | | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 to Dec 31, 2010 |
|---|---|---|---|---|---|---|---|
| | | | 2008 | 2009 | 2010 | | |
| STEERING | INVAR | 7822623 | 2 | 2 | | | |
| STEERING | INVAR | 7822632 | 3,550 | 3,550 | | | |
| STEERING | INVAR | 2550280 | 10 | 10 | 676 | | |
| STEERING | INVAR | 2560823 | 51 | 51 | | | |
| STEERING | INVAR | 2560828 | 115 | 115 | 115 | | |
| STEERING | INVAR | 2607887 | 342 | 342 | 342 | $353,850 | $850.00 |
| STEERING | INVAR | 2607891 | 600 | 600 | 600 | $353,850 | $850.00 |
| STEERING | INVAR | 2607855 | 10 | 10 | 10 | $353,850 | $850.00 |
| STEERING | INVAR | 2612303 | 3,525 | 3,525 | 3,525 | $353,850 | $850.00 |

Volume as needed

Agree to and Accepted this 19th day of November 2007.    For 2008 @ 650 Per Asu.

**Delphi Corporation:**

Per: _Udesh Kaul_

Name: Udesh Kaul          12-10-07

Title: Commodity Director, Metallic Global Purchasing

**Linamar Corporation:**

Per: _____

Name: Jim Jarrell

12/11/07

**Delphi Steering:**

Per: _____          12-10-08

Name: Jeffrey McWhorney

10 Ayres          12-10-2007

12/10/2007 18:28 FAX                                                              ☏004

### DELPHI "OTHER" AGREEMENT FROM JANUARY 1ST, 2008 TO DECEMBER 31ST, 2010

Attachment D

| DELPHI DIVISION | LINAMAR PLANT | PART NUMBER | AGREED VOLUME | | | CURRENT P.O. PRICE | PRICE FROM Jan 1, 2008 to Dec 31, 2010 |
|---|---|---|---|---|---|---|---|
| | | | 2008 | 2009 | 2010 | | |
| CHASSIS | TRANSGEAR | 8465011 | 729,000 | 729,000 | 729,000 | $9.46 | $9.918 |
| THERMAL | TRANSGEAR | 8465010 | 120,000 (Mdels pine baie Jan 1-01 Apr 30-05) | 0 | 0 | $5.530 | $5.080 |
| CHASSIS | HASTECH | L. BLOCK | 60,000 | 0 | 0 | $5.530 | $5.080 |
| CHASSIS | HASTECH | S. BLOCK | 62,000 | 0 | 0 | $16.103 | $22.103 |
| CHASSIS | HASTECH | HARLEY | AS CURRENTLY ON CONTRACT | | | $16.048 | $18.048 |
| | | | | | | CURRENT | CURRENT |

Agreed to and Accepted this 27th day of November 2007.

Delphi Corporation:

Per: _Udesh Kaul_

Name: Udesh Kaul

Title: Commodity Director, Metallic Global Purchasing

Linamar Corporation:

Per: _[signature]_

Name: Jim Jarrell

12/11/07

Delphi Saginaw:

Per: _[signature]_   12-6-07

Name: Jeffrey McInerney

Per: _[signature]_   12-10-2007

[signature]

**DELPHI ANALYSIS 2009 Q1 (based on actual volumes)**

| | Price Increase | Cost Model Volume Adj. | Surcharge | Grand Total |
|---|---|---|---|---|
| Should Have Paid: | $735,211.26 | $182,274.80 | $41,153.62 | $958,639.68 |
| Delphi Paid: | $206,888.51 | | $55,468.03 | $262,356.55 |
| Net Impact/ Shortfall | $(528,322.75) | $(182,274.80) | $14,314.41 | $(696,283.14) |

**DELPHI ANALYSIS 2008 (based on actual volumes)**

| | Price Increase | Cost Model Volume Adj. | Surcharge | Grand Total |
|---|---|---|---|---|
| Should Have Paid: | $2,042,586.70 | $1,478,801.81 | $849,986.93 | $4,371,375.44 |
| Delphi Paid: | $1,478,926.25 | | $423,508.79 | $1,902,435.04 |
| Net Impact/ Shortfall | $(563,660.45) | $(1,478,801.81) | $(426,478.14) | $(2,468,940.41) |

Mailed 11/4/09 by UPS Overnight Mail – DCa 31/01/35

| United States Bankruptcy Court<br>Southern District of New York<br><br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Claim Request<br>Form | |
|---|---|---|
| Debtor against which Administrative Claim is asserted :<br><br>Delphi Corporation, et al. 05-44481 | Case Name and Number<br>In re Delphi Corporation, et al  05-44481<br>Chapter 11, Jointly Administered | COPY |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Claim Request Form is to be used solely in connection with a request for payment of an administrative expense arising after June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property)<br>Linamar Corporation and its subsidiaries<br>and affiliates<br>Name and Address Where Notices Should be Sent<br>Susan M. Cook/Adam D. Bruski<br>916 Washington Avenue, Suite 309<br>Bay City, Michigan 48708<br>Telephone No  (989) 893-3518 | []   Check box if you are aware that anyone else has filed a proof of claim relating to your Administrative Claim  Attach copy of statement giving particulars<br>[]   Check box if you have never received any notices from the bankruptcy court in this case.<br>[]   Check box if the address differs from the address on the envelope sent to you by the court |
|---|---|
| | THIS SPACE IS FOR<br>COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR | Check here if this Administrative Claim   [] replaces<br>[] amends a previously filed claim, dated _____ |
|---|---|

| 1  BASIS FOR ADMINISTRATIVE CLAIM<br>■   Goods sold<br>■   Services performed<br>  Money loaned<br>  Personal injury/wrongful death<br>[] Taxes<br>[] Other (Describe briefly) | []<br>[] | Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>     (date)      (date) |
|---|---|---|

| 2  DATE DEBT WAS INCURRED   6/1/09 - 10/6/09 | 3  IF COURT JUDGMENT, DATE OBTAINED |
|---|---|

4  TOTAL AMOUNT OF ADMINISTRATIVE CLAIM  $ 1,602,060.79

[] Check this box if Administrative Claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all additional charges

5  BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information)

Goods sold and services performed

| 6  CREDITS AND SETOFFS  The amount of all payments on this Administrative Claim has been credited and deducted for the purpose of making this Administrative Claim request.  In filing this Administrative Claim request, claimant has deducted all amounts that claimant owes to debtor.<br><br>7  SUPPORTING DOCUMENTS  *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.  Any attachment must be 8-1/2" by 11".<br><br>8  DATE-STAMPED COPY  To receive an acknowledgement of the filing of your Administrative Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Claim request. | THIS SPACE IS FOR<br>COURT USE ONLY<br><br>RECEIVED<br><br>NOV 05 2009<br><br>KURTZMAN CARSON CONSULTANTS |
|---|---|

| Date<br><br>11/4/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this Administrative Claim request (attach copy of power of attorney, if any)<br><br>*Adam D Bruski*<br>Adam D. Bruski, Attorney for Creditor | |
|---|---|---|

**Delphi Accounts Recievable**

| Plant | Invoice # | Invoice Date | Amount | Currency |
|-------|-----------|--------------|--------|----------|
| Hastech | 62513 | 8/28/2009 | 42,420.22 | US |
| Hastech | 62582 | 9/4/2009 | 44,775.93 | US |
| Hastech | 62643 | 9/11/2009 | 34,137.09 | US |
| Hastech | 62677 | 9/16/2009 | 21,277.70 | US |
| Hastech | 62712 | 9/18/2009 | 21,277.70 | US |
| Hastech | 62764 | 9/24/2009 | 63,833.09 | US |
| Roctel Mfg. | 3696 | 02-Aug-09 | 3,633.16 | USD |
| Roctel Mfg. | 3708 | 03-Aug-09 | 3,361.82 | USD |
| Roctel Mfg. | 3695 | 03-Aug-09 | 6,723.64 | USD |
| Roctel Mfg. | 3707 | 03-Aug-09 | 4,387.67 | USD |
| Roctel Mfg. | 3713 | 04-Aug-09 | 3,361.82 | USD |
| Roctel Mfg. | 3714 | 04-Aug-09 | 3,361.82 | USD |
| Roctel Mfg. | 3751 | 11-Aug-09 | 6,828.93 | USD |
| Roctel Mfg. | 3749 | 11-Aug-09 | 6,723.64 | USD |
| Roctel Mfg. | 3750 | 11-Aug-09 | 11,645.00 | USD |
| Roctel Mfg. | 3756 | 12-Aug-09 | 13,447.28 | USD |
| Roctel Mfg. | 3757 | 12-Aug-09 | 11,645.00 | USD |
| Roctel Mfg. | 3767 | 13-Aug-09 | 17,467.49 | USD |
| Roctel Mfg. | 3771 | 17-Aug-09 | 3,473.28 | USD |
| Roctel Mfg. | 3777 | 18-Aug-09 | 24,191.14 | USD |
| Roctel Mfg. | 3778 | 18-Aug-09 | 10,419.84 | USD |
| Roctel Mfg. | 3790 | 20-Aug-09 | 5,542.32 | USD |
| Roctel Mfg. | 3789 | 20-Aug-09 | 3,473.28 | USD |
| Roctel Mfg. | 3795 | 23-Aug-09 | 3,436.89 | USD |
| Roctel Mfg. | 3794 | 23-Aug-09 | 5,623.78 | USD |
| Roctel Mfg. | 3796 | 23-Aug-09 | 1,438.85 | USD |
| Roctel Mfg. | 3798 | 23-Aug-09 | 6,723.64 | USD |
| Roctel Mfg. | 3806 | 24-Aug-09 | 6,723.64 | USD |
| Roctel Mfg. | 3807 | 24-Aug-09 | 2,981.23 | USD |
| Roctel Mfg. | 3814 | 25-Aug-09 | 6,723.64 | USD |
| Roctel Mfg. | 3808 | 25-Aug-09 | 2,672.50 | USD |
| Roctel Mfg. | 3821 | 26-Aug-09 | 13,447.28 | USD |
| Roctel Mfg. | 3816 | 26-Aug-09 | 10,160.64 | USD |
| Roctel Mfg. | 3834 | 27-Aug-09 | 8,217.78 | USD |
| Roctel Mfg. | 3835 | 27-Aug-09 | 2,894.40 | USD |
| Roctel Mfg. | 3825 | 27-Aug-09 | 6,044.47 | USD |
| Roctel Mfg. | 3839 | 28-Aug-09 | 16,809.10 | USD |
| Roctel Mfg. | 3840 | 28-Aug-09 | 6,946.56 | USD |
| Roctel Mfg. | 3850 | 31-Aug-09 | 4,800.05 | USD |
| Roctel Mfg. | 3849 | 31-Aug-09 | 8,918.16 | USD |
| Roctel Mfg. | 3848 | 31-Aug-09 | 6,946.56 | USD |
| Roctel Mfg. | 3859 | 01-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 3860 | 01-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 3869 | 02-Sep-09 | 5,788.80 | USD |
| Roctel Mfg. | 3870 | 03-Sep-09 | 5,789.80 | USD |
| Roctel Mfg. | 3868 | 03-Sep-09 | 12,980.36 | USD |
| Roctel Mfg. | 3887 | 04-Sep-09 | 6,946.56 | USD |
| Roctel Mfg. | 3884 | 07-Sep-09 | 12,980.36 | USD |
| Roctel Mfg. | 3896 | 08-Sep-09 | 9,711.93 | USD |

| | | | | |
|---|---|---|---|---|
| Roctel Mfg. | 3908 | 09-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 3906 | 09-Sep-09 | 11,247.56 | USD |
| Roctel Mfg. | 3907 | 09-Sep-09 | 10,419.84 | USD |
| Roctel Mfg. | 3921 | 10-Sep-09 | 6,946.56 | USD |
| Roctel Mfg. | 3920 | 10-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 3930 | 13-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 3928 | 13-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 3938 | 14-Sep-09 | 6,946.56 | USD |
| Roctel Mfg. | 3939 | 14-Sep-09 | 6,723.64 | USD |
| Roctel Mfg. | 3948 | 15-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 3947 | 15-Sep-09 | 13,447.28 | USD |
| Roctel Mfg. | 3950 | 16-Sep-09 | 5,080.32 | USD |
| Roctel Mfg. | 3955 | 16-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 3970 | 17-Sep-09 | 3,323.74 | USD |
| Roctel Mfg. | 3967 | 17-Sep-09 | 5,623.78 | USD |
| Roctel Mfg. | 3968 | 17-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 3983 | 20-Sep-09 | 16,809.10 | USD |
| Roctel Mfg. | 3982 | 20-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 3991 | 21-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 3990 | 21-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 4003 | 22-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 4004 | 22-Sep-09 | 9,607.29 | USD |
| Roctel Mfg. | 4002 | 22-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 4010 | 23-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 4026 | 24-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 4027 | 24-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 4009 | 24-Sep-09 | 6,946.56 | USD |
| Roctel Mfg. | 4033 | 25-Sep-09 | 10,085.46 | USD |
| Roctel Mfg. | 4032 | 25-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 4041 | 28-Sep-09 | 2,518.13 | USD |
| Roctel Mfg. | 4037 | 28-Sep-09 | 5,060.48 | USD |
| Roctel Mfg. | 4042 | 28-Sep-09 | 3,361.82 | USD |
| Roctel Mfg. | 4052 | 29-Sep-09 | 3,473.28 | USD |
| Roctel Mfg. | 4063 | 30-Sep-09 | 5,603.04 | USD |
| Roctel Mfg. | 4074 | 01-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4075 | 01-Oct-09 | 6,723.64 | USD |
| Roctel Mfg. | 4082 | 04-Oct-09 | 10,085.46 | USD |
| Roctel Mfg. | 4094 | 05-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4095 | 05-Oct-09 | 6,723.64 | USD |
| Roctel Mfg. | 4108 | 06-Oct-09 | 3,361.82 | USD |
| Roctel Mfg. | 4109 | 06-Oct-09 | 2,894.40 | USD |
| Roctel Mfg. | 4118 | 07-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4119 | 07-Oct-09 | 6,723.64 | USD |
| Roctel Mfg. | 4127 | 08-Oct-09 | 13,447.28 | USD |
| Roctel Mfg. | 4136 | 09-Oct-09 | 5,080.32 | USD |
| Roctel Mfg. | 4140 | 11-Oct-09 | 10,299.24 | USD |
| Roctel Mfg. | 4143 | 12-Oct-09 | 6,723.64 | USD |
| Roctel Mfg. | 4150 | 13-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4151 | 13-Oct-09 | 13,447.28 | USD |
| Roctel Mfg. | 4163 | 14-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4164 | 14-Oct-09 | 3,361.82 | USD |
| Roctel Mfg. | 4173 | 15-Oct-09 | 6,723.64 | USD |

| | | | | |
|---|---|---|---|---|
| Roctel Mfg. | 4172 | 15-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4182 | 18-Oct-09 | 13,447.28 | USD |
| Roctel Mfg. | 4181 | 18-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4191 | 19-Oct-09 | 6,723.64 | USD |
| Roctel Mfg. | 4190 | 19-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4201 | 20-Oct-09 | 6,723.64 | USD |
| Roctel Mfg. | 4200 | 20-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4206 | 21-Oct-09 | 6,723.64 | USD |
| Roctel Mfg. | 4215 | 22-Oct-09 | 3,473.28 | USD |
| Roctel Mfg. | 4214 | 22-Oct-09 | 13,447.28 | USD |
| Roctel Mfg. | 4221 | 23-Oct-09 | 5,088.77 | USD |
| Roctel Mfg. | 4225 | 25-Oct-09 | 3,479.76 | USD |
| Roctel Mfg. | 4224 | 25-Oct-09 | 6,518.02 | USD |
| Roctel Mfg. | 4223 | 25-Oct-09 | 5,579.28 | USD |
| Roctel Mfg. | 4235 | 26-Oct-09 | 6,518.02 | USD |
| Roctel Mfg. | 4236 | 26-Oct-09 | 3,479.76 | USD |
| Roctel Mfg. | 4244 | 27-Oct-09 | 9,777.03 | USD |
| Roctel Mfg. | 4251 | 28-Oct-09 | 9,777.03 | USD |
| Roctel Mfg. | 4252 | 28-Oct-09 | 3,479.76 | USD |
| Roctel Mfg. | 4264 | 29-Oct-09 | 4,820.62 | USD |
| Roctel Mfg. | 4269 | 30-Oct-09 | 6,959.52 | USD |
| Vehcom | 80925 | 2-Aug-09 | 3,126.00 | USD |
| Vehcom | 80944 | 3-Aug-09 | 2,850.00 | USD |
| Vehcom | 80964 | 4-Aug-09 | 3,993.60 | USD |
| Vehcom | 80993 | 5-Aug-09 | 5,113.50 | USD |
| Vehcom | 81007 | 6-Aug-09 | 2,565.60 | USD |
| Vehcom | 81026 | 9-Aug-09 | 5,926.80 | USD |
| Vehcom | 81050 | 10-Aug-09 | 6,501.60 | USD |
| Vehcom | 81074 | 11-Aug-09 | 5,719.98 | USD |
| Vehcom | 81101 | 12-Aug-09 | 7,287.00 | USD |
| Vehcom | 81118 | 13-Aug-09 | 8,752.20 | USD |
| Vehcom | 81138 | 16-Aug-09 | 8,225.40 | USD |
| Vehcom | 81158 | 17-Aug-09 | 5,168.40 | USD |
| Vehcom | 81171 | 18-Aug-09 | 8,303.40 | USD |
| Vehcom | 81197 | 19-Aug-09 | 4,967.40 | USD |
| Vehcom | 81211 | 20-Aug-09 | 9,624.00 | USD |
| Vehcom | 81222 | 23-Aug-09 | 6,194.40 | USD |
| Vehcom | 81239 | 24-Aug-09 | 7,196.40 | USD |
| Vehcom | 81254 | 25-Aug-09 | 8,335.80 | USD |
| Vehcom | 81279 | 26-Aug-09 | 9,380.40 | USD |
| Vehcom | 81296 | 27-Aug-09 | 1,709.40 | USD |
| Vehcom | 81316 | 30-Aug-09 | 10,618.80 | USD |
| Vehcom | 81337 | 31-Aug-09 | 9,207.60 | USD |
| Vehcom | 81356 | 1-Sep-09 | 8,907.60 | USD |
| Vehcom | 81380 | 2-Sep-09 | 8,071.20 | USD |
| Vehcom | 81396 | 3-Sep-09 | 14,617.20 | USD |
| Vehcom | 81410 | 7-Sep-09 | 8,797.20 | USD |
| Vehcom | 81428 | 8-Sep-09 | 7,677.60 | USD |
| Vehcom | 81449 | 9-Sep-09 | 7,653.60 | USD |
| Vehcom | 81450 | 9-Sep-09 | 22,753.68 | USD |
| Vehcom | 81464 | 10-Sep-09 | 8,443.20 | USD |
| Vehcom | 81490 | 14-Sep-09 | 14,019.60 | USD |

| | | | | |
|---|---|---|---|---|
| Vehcom | 81511 | 14-Sep-09 | 7,480.80 | USD |
| Vehcom | 81533 | 15-Sep-09 | 9,776.40 | USD |
| Vehcom | 81553 | 16-Sep-09 | 9,776.40 | USD |
| Vehcom | 81569 | 17-Sep-09 | 11,898.00 | USD |
| Vehcom | 81589 | 20-Sep-09 | 8,332.80 | USD |
| Vehcom | 81607 | 21-Sep-09 | 8,243.04 | USD |
| Vehcom | 81633 | 22-Sep-09 | 10,257.60 | USD |
| Vehcom | 81651 | 23-Sep-09 | 6,321.60 | USD |
| Vehcom | 81652 | 23-Sep-09 | 11,390.40 | USD |
| Vehcom | 81670 | 24-Sep-09 | 6,013.20 | USD |
| Vehcom | 81698 | 27-Sep-09 | 5,445.60 | USD |
| Vehcom | 81720 | 28-Sep-09 | 6,123.60 | USD |
| Vehcom | 81742 | 29-Sep-09 | 9,492.00 | USD |
| Vehcom | 81769 | 30-Sep-09 | 9,295.20 | USD |
| Vehcom | 81789 | 1-Oct-09 | 7,370.40 | USD |
| Vehcom | 81814 | 4-Oct-09 | 7,261.20 | USD |
| Vehcom | 81815 | 4-Oct-09 | 8,136.00 | USD |
| Vehcom | 81840 | 5-Oct-09 | 4,592.40 | USD |
| Vehcom | 81861 | 6-Oct-09 | 4,680.00 | USD |
| Vehcom | 81880 | 7-Oct-09 | 9,492.00 | USD |
| Vehcom | 81906 | 8-Oct-09 | 5,752.80 | USD |
| Vehcom | 81931 | 11-Oct-09 | 6,889.20 | USD |
| Vehcom | 81948 | 12-Oct-09 | 4,790.40 | USD |
| Vehcom | 81965 | 13-Oct-09 | 7,566.00 | USD |
| Vehcom | 81990 | 14-Oct-09 | 3,936.00 | USD |
| Vehcom | 82008 | 15-Oct-09 | 7,479.60 | USD |
| Vehcom | 82039 | 18-Oct-09 | 12,182.40 | USD |
| Vehcom | 82040 | 19-Oct-09 | 4,881.60 | USD |
| Vehcom | 82079 | 19-Oct-09 | 6,518.40 | USD |
| Vehcom | 82096 | 20-Oct-09 | 7,086.00 | USD |
| Vehcom | 82122 | 21-Oct-09 | 7,086.00 | USD |
| Vehcom | 82147 | 22-Oct-09 | 5,774.40 | USD |
| Vehcom | 82174 | 25-Oct-09 | 6,998.40 | USD |
| Vehcom | 82203 | 26-Oct-09 | 15,607.20 | USD |
| Vehcom | 82226 | 27-Oct-09 | 6,518.40 | USD |
| Vehcom | 82251 | 28-Oct-09 | 8,332.80 | USD |
| Vehcom | 82252 | 28-Oct-09 | 11,390.40 | USD |
| Vehcom | 82278 | 29-Oct-09 | 7,851.60 | USD |
| Vehcom | 82299 | 1-Nov-09 | 8,355.60 | USD |
| Vehcom | 82338 | 2-Nov-09 | 6,123.60 | USD |
| | | | 1,602,060.79 | USD |

**Delphi Accounts Payable**

| Plant | Invoice # | Invoice Date | Amount | Currency |
|---|---|---|---|---|