**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re                                              : Chapter 11
                                                   :
    DPH HOLDINGS CORP., et al.,             : Case No. 05-44481 (RDD)
                                                   :
                                                   : (Jointly Administered)
                     Reorganized Debtors.          :
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         )ss.:
COUNTY OF NEW YORK   )

      Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

      On February 17, 2010, I caused to be served true and correct copies of the **Response of the TT Group to the Reorganized Debtors' Forty-Second Omnibus Claims Objection** upon the parties listed on the service list attached hereto by overnight mail delivery.

                                                  */s/*    *Daniel Pina*
                                                            Daniel Pina

Subscribed and sworn to before
me this 17th day of February, 2010

*/s/*    *Neil R. Toro*
Notary Public
Notary Public, State of New York
|No. 01TO6012986
Qualified in Kings County
Commission Expires September 8, 2010

- 2 -

*Service List*

*Via Federal Express*

Attn.:  President
**DPH Holdings Corp.**
5725 Delphi Drive
Troy, MI  48098

*Via Federal Express*

Attn.:  John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
        Joseph N. Wharton, Esq.
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 North Wacker Drive
Chicago, IL  60606

*Via Federal Express*

Hon. Robert D. Drain
**United States Bankruptcy Court**
Southern District of New York
300 Quarropas Street
White Plains, NY  10601-4140

17504439\V-9