**Hearing Date and Time: February 25, 2010 at 10:00 a.m.**
**Objection Deadline: February 18, 2010 at 4:00 p.m.**

ILENE J. FELDMAN, ESQ., LLC
Ilene J. Feldman (IF1045)
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
(203) 254.2277 (phone)
(203) 256.3333 (fax)
collinsfeldman@aol.com

Attorneys for UNION PACIFIC RAILROAD COMPANY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
                                                                           :
    In re                                                         :    Chapter 11
                                                                           :
DPH HOLDINGS CORP., et al.,                                                :    Case No. 05-44481 (RDD)
                                                                           :
        Reorganized Debtors,                                        :    (Jointly Administered)
                                                                           :
---------------------------------------------------------------------------X

UNION PACIFIC RAILROAD COMPANY'S RESPONSE TO REORGANIZED DEBTORS'
FORTY-THIRD OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. §503(b) AND FED.R.BANKR.P.
3007 TO (1) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B)
BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) EQUITY INTERESTS, (E)
PREPETITION CLAIMS, (F) INSUFFICIENTLY DOCUMENTED CLAIMS, (G) PENSION,
BENEFIT, AND OPEB CLAIMS, (H) WORKERS' COMPENSATION CLAIMS, AND (I)
TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND
ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND
<u>(III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS</u>

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

       Union Pacific Railroad Company ("Union Pacific"), by and through its attorneys, submits its

Response to Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. §503(b) and

Fed.R.Bankr.P. 3007 to (1) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books

and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently

Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and

(I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense

Severance Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (the "Objection") in which Reorganized Debtors object to Union Pacific's Administrative Expense Claim Request dated July 1, 2009 and identified by Reorganized Debtor as Claim No. 17882 ("Union Pacific's Claim"), alleging that it is not supported by the Reorganized Debtors' books and records.   For the reasons more fully enumerated herein, Reorganized Debtors' Objection as to Union Pacific's Claim should be overruled.

## Background

1. From October 8, 2005 through June 1, 2009, Union Pacific provided Reorganized Debtors and/or its predecessor companies (hereinafter collectively referred to as "Reorganized Debtors") rail transportation services and/or accessorial rail transportation services for shipments of auto parts and/or other items being transported from various points in the United States to Mexico.   In addition to freight transportation of railcars, Union Pacific provided a variety of accessorial services to Reorganized Debtors, including switching of railcars, demurrage, special switching services, despacho previo, and diversion of railcars.   The value of the services provided by Union Pacific to Reorganized Debtors totaled $81,842.00.

2. In its Administrative Expense Claim Request dated July 1, 2009, Union Pacific filed a Proof of Claim in the amount of $81,842.00 pursuant to the Notice of Bar Date for Filing Proofs of Administrative Claims dated June 16, 2009.

3.  Union Pacific's Claim is entitled to administrative expense priority status pursuant to 11 U.S.C. §503 as actual and necessary expenses of the Reorganized Debtors' estate.   The services provided by Union Pacific were critical and vital to the interstate and international rail transportation of these rail shipments.   Exporting these auto parts and/or other items to Mexico clearly permitted Reorganized Debtors to continue its business operations and preserve the estate.

4. As Union Pacific's Claim specified, the Reorganized Debtor's incurred the obligations to Union Pacific after the petition date of October 8, 2005 and before June 1, 2009, and such obligations

were due and payable as of July 15, 2009. The specific services are more enumerated in the Affidavit of Michael A. Francis dated February 16, 2010 ("Francis Affidavit") attached hereto as Exhibit 1. Francis Affidavit, ¶ 10 and Exhibit A thereto. The total amount of Union Pacific's Claim totaled $81,842.00.[1]

### Reorganized Debtors' Objection to Union Pacific's Claim

5. In its Objection dated January 22, 2010, Reorganized Debtors categorized Union Pacific's Claim in its "Books and Records Claims" category. Objection at Section D, ¶¶ 20-23, pp. 9-10. It is on this basis that the Reorganized Debtors seek to expunge Union Pacific's Claim. See, Objection, Schedule B, p. 55.

6. Reorganized Debtors claim in the Objection relating to "Books and Records Claims" that "certain Claims filed against the Debtors assert liabilities or dollar amounts that are not owing pursuant to Reorganized Debtors' books and records, in most cases because such Administrative Claims have been satisfied in the ordinary course of business… Accordingly, the Reorganized Debtors believe that the parties asserting Books and Records Claims are not creditors of the Debtors."

7. There is no specific allegation that the services were not provided by Union Pacific or contesting the validity of Union Pacific's Claim. To the extent that this is contested in the future, any claims will be addressed at that time.

### Union Pacific's Response

8. Union Pacific's Claim was properly executed and filed. This timely and proper claim constitutes prima facie evidence that the Claim and the amount set forth therein are valid according to the applicable rules.

---

[1] Some of the underlying documentation may contain some confidential information. In accordance with the Notice of Objection to Claim and further to undersigned counsel's telephone discussion on February 16, 2010 with Louis Chiappetta, counsel for Reorganized Debtor, a complete copy of the underlying data and documentation containing approximately 120 pages was provided electronically on February 16, 2010 to Attorney Chiappetta.

9. It is incumbent upon the Reorganized Debtors, the objecting party, to present evidence refuting the allegations contained in Union Pacific's Claim and to support its contention that this specific claim has been "satisfied in the ordinary course of business". In the instant situation, no evidence has been produced by Reorganized Debtors showing that Union Pacific's Claim has been paid in whole or in part.

10. In fact, the books and records of Union Pacific reflect and reiterate that the Reorganized Debtors have not paid the amount specified in Union Pacific's Claim. Francis Affidavit, ¶¶ 12-14.

11. The Francis Affidavit and Exhibit A thereto unequivocally demonstrates that the $81,842 set forth in Union Pacific's Claim were for transportation and accessorial services provided to Reorganized Debtors between October 8, 2005 and June 1, 2009, that Union Pacific's Claim has not been paid in whole or in part, and that as of February 11, 2010, the sum of $81,842.00 is outstanding and is due and owing to Union Pacific. Francis Affidavit, ¶¶ 6-7 and 12-14.

12. The Reorganized Debtors have failed to rebut the presumptive validity of Union Pacific's Claim and its Objection should be overruled with respect to this Claim.

13. In support of its Response, Union Pacific relies upon its Administrative Expense Claim Request, the Francis Affidavit attached hereto as Exhibit 1 and Exhibit A thereto, and the data and documentation provided to Attorney Louis Chiappetta on February 16, 2010 by undersigned counsel. Replies to this Response should be served upon:

>   Ilene J. Feldman, Esq.
>   Counsel for Union Pacific Railroad Company
>   325 Reef Road, Suite 105
>   P.O. Box 1639
>   Fairfield, CT 06825

14. In the event that the Reorganized Debtors seek to respond to this Response or further supplement its Objection, Union Pacific reserves the right to supplement its Response and/or otherwise present evidence.

WHEREFORE, UNION PACIFIC respectfully requests that this Court enter an Order: (1) overruling the instant Objection as to Union Pacific, and (2) finding that Union Pacific's Claim in the amount of $81,842.00 is a valid administrative expense.

Dated:  February 17, 2010

By_____/s/ Ilene J. Feldman_____
Ilene J. Feldman, Esq. (IF1045)
ILENE J. FELDMAN, ESQ., LLC
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
(203) 254-2277 (phone)
(203) 256-3333 (fax)
Email: collinsfeldman@aol.com

Attorneys for UNION PACIFIC RAILROAD COMPANY

# EXHIBIT 1
# (Affidavit of Michael H. Francis)

ILENE J. FELDMAN, ESQ., LLC
Ilene J. Feldman (IF1045)
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
(203) 254.2277 (phone)
(203) 256.3333 (fax)
collinsfeldman@aol.com

Attorney for Union Pacific Railroad Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                            :
        In re                               :       Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :       Case No. 05-44481 (RDD)
                                            :
        Reorganized Debtors,                :       (Jointly Administered)
                                            :
-----------------------------------------------------------------------X

### AFFIDAVIT OF MICHAEL H. FRANCIS IN SUPPORT OF UNION PACIFIC RAILROAD COMPANY'S RESPONSE TO REORGANZIED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION

I, Michael H. Francis, hereby declare as follows:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I have personal knowledge of each and every fact stated herein and I am competent to testify as to each fact set forth herein if called as a witness at trial.

3. I am employed by Union Pacific Railroad Company ("Union Pacific") as Team Leader – Billing Services. My office is located at 1400 Douglas Street, Omaha, Nebraska. I have been employed by Union Pacific or its predecessor railroad since 1976.

4. As Team Leader – Billing Services, I am responsible for billing and collection of transportation and accessorial transportation charges.

5. I have personal knowledge of the facts set forth herein based upon my review of the books and records of Union Pacific kept in the ordinary course of business and my handling of the outstanding charges for which the Reorganized Debtors and all of the underlying Delphi debtor companies (hereinafter collectively referred to as the "Reorganized Debtors") are responsible.

6. The Administrative Expense Claim Request dated July 1, 2009 filed by Union Pacific ("Union Pacific's Administrative Claim") was based upon transportation and accessorial transportation services provided by Union Pacific to the Reorganized Debtors.

7. From October 8, 2005 through June 1, 2009, Union Pacific provided rail transportation and/or accessorial services to railcars containing auto parts and/or other items being transported from various points in the United States to Reorganized Debtors' facilities in Mexico.

8. Reorganized Debtors agreed to the scope of transportation and accessorial services provided by Union Pacific.

9. Reorganized Debtors were billed for the transportation and accessorial transportation services, including but not limited to freight, demurrage, switching, special switching, despacho previo and diversion services.

10. A copy of Union Pacific's Excel spreadsheet summarizing the specific bills and the services provided which sets forth the basis for Union Pacific's Administrative Claim is attached hereto as Exhibit A.

11. There is a mandatory procedure for disputing bills. No proper written dispute was ever asserted by Reorganized Debtor for any of the bills forming the basis of Union Pacific's Administrative Claim or contesting the nature or extent of the services therein.

12. Union Pacific's Administrative Claim in the amount of $81,842.00 has not been paid in whole or in part as of the date hereof.

13. Contrary to Reorganized Debtors assertions, none of the bills which are the basis of Union Pacific's Administrative Claim have been satisfied in the ordinary course of business.

14. As of February 11, 2010, the sum of $81,842.00 is outstanding and due and owing to Union Pacific for Union Pacific's Administrative Claim.

Executed on February 16, 2010 at Omaha, Nebraska.

_____
Michael H. Francis

Sworn to and subscribed to before me
this 16th day of February, 2010

GENERAL NOTARY - State of Nebraska
MARY R. HOLEWINSKI
My Comm. Exp. Oct. 15, 2012

_____
Notary Public
My commission expires:

# EXHIBIT A

Delphi Corporation parent# 507784 open at 6/26/09

| Acct No. | Account Billing Name | FRT Bill# | Stmt Date | INIT | NBR | W/B# | W/B Date | Commodity Code (STCC) | Bill of Lading | Bill Amt | Payment | Open Amt | Movement Origin | Movement Destination | Extra Service Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16864 | DELPHI INTERIOR SYSTEMS | 233071949 | 5/28/2009 | NCIX | 102 | 883932 | 1/29/2008 | 2821140 | 401177330 | $3,977.00 | $0.00 | $3,977.00 | MONACA PA | MATAMOROS TM | FREIGHT |
| 141845 | DELPHI INTERIOR SYSTEMS | 107494 | 8/11/2006 | NCIX | 1 | 107494 | 6/28/2006 | 2821140 | | $950.00 | $0.00 | $950.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 110719 | 1/31/2007 | NCIX | 1859 | 110719 | 1/19/2007 | 2821140 | | $575.00 | $0.00 | $575.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 111189 | 2/23/2007 | NCIX | 58096 | 111189 | 2/8/2007 | 2821140 | | $1,175.00 | $0.00 | $1,175.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 111831 | 3/29/2007 | NCIX | 1866 | 111831 | 3/20/2007 | 2821140 | | $225.00 | $0.00 | $225.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 113174 | 5/22/2007 | NAHK | 581279 | 113174 | 5/2/2007 | 2821140 | | $1,975.00 | $0.00 | $1,975.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 113353 | 6/11/2007 | NCIX | 58088 | 113353 | 5/22/2007 | 2821140 | | $1,975.00 | $0.00 | $1,975.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 114265 | 8/15/2007 | NAHK | 581180 | 114265 | 7/30/2007 | 2821140 | | $1,575.00 | $0.00 | $1,575.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 114808 | 9/17/2007 | NCIX | 1859 | 114808 | 8/31/2007 | 2821140 | | $975.00 | $0.00 | $975.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 115009 | 10/4/2007 | NCIX | 1795 | 115009 | 9/20/2007 | 2821140 | | $375.00 | $0.00 | $375.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 115739 | 11/21/2007 | UTCX | 46358 | 115739 | 11/2/2007 | 2821140 | | $1,375.00 | $0.00 | $1,375.00 | | BROWNSVIL TX | DEMURRAGE |
| 141845 | DELPHI INTERIOR SYSTEMS | 229617705 | 2/6/2008 | NCIX | 1866 | 183625 | 12/31/2007 | 2821140 | | $5,775.00 | $0.00 | $5,775.00 | | | DESPACHO PREVIO |
| 141845 | DELPHI INTERIOR SYSTEMS | 229813141 | 2/19/2008 | NCIX | 102 | 185100 | 1/29/2008 | 2821140 | | $2,175.00 | $0.00 | $2,175.00 | | | DESPACHO PREVIO |
| 141845 | DELPHI INTERIOR SYSTEMS | 230284494 | 3/13/2008 | NCIX | 1374 | 188314 | 3/3/2008 | 2821140 | | $200.00 | $0.00 | $200.00 | | | DESPACHO PREVIO |
| 141845 | DELPHI INTERIOR SYSTEMS | 230262120 | 3/12/2008 | NCIX | 1374 | 188159 | 3/3/2008 | 2821140 | | $375.00 | $0.00 | $375.00 | | | DESPACHO PREVIO |
| 141845 | DELPHI INTERIOR SYSTEMS | 232640030 | 7/23/2008 | NAHX | 570341 | 106880 | 6/19/2008 | 2821140 | | $5,175.00 | $0.00 | $5,175.00 | | | DESPACHO PREVIO |
| 158540 | DELPHI T & I | 222606077 | 2/1/2007 | SP | 616523 | 772715 | 1/29/2007 | 4211299 N/S | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222606042 | 2/1/2007 | NYC | 243910 | 772721 | 1/29/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222606041 | 2/1/2007 | NYC | 239985 | 772718 | 1/29/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222605858 | 2/1/2007 | CSXT | 180072 | 772719 | 1/29/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222778764 | 2/9/2007 | WP | 86109 | 773465 | 2/6/2007 | 4211299 N/S | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222755882 | 2/9/2007 | MP | 271732 | 773466 | 2/6/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222778763 | 2/9/2007 | WP | 86098 | 773531 | 2/7/2007 | 4211299 N/S | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222778656 | 2/9/2007 | NYC | 243910 | 773532 | 2/7/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222778655 | 2/9/2007 | NYC | 239985 | 773534 | 2/7/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 222778521 | 2/9/2007 | CSXT | 180072 | 773533 | 2/7/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 224493693 | 5/14/2007 | CNW | 92253 | 786408 | 5/7/2007 | 4211299 NR | | $3,420.00 | $0.00 | $3,420.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 224493972 | 5/14/2007 | MP | 273220 | 787012 | 5/9/2007 | 4211299 NR | | $3,420.00 | $0.00 | $3,420.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 225104805 | 6/12/2007 | UP | 980427 | 789656 | 6/8/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226263447 | 8/13/2007 | SSW | 65044 | 794933 | 8/8/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226313922 | 8/14/2007 | SSW | 65060 | 795047 | 8/10/2007 | 0 NS | | $1,400.00 | $0.00 | $1,400.00 | HARLINGEN TX | HARLINGEN TX | SPECIAL SWITCH |
| 158540 | DELPHI T & I | 226405053 | 8/20/2007 | UP | 980407 | 796580 | 8/15/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226405052 | 8/20/2007 | UP | 980300 | 796571 | 8/15/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226405016 | 8/20/2007 | SP | 616522 | 796563 | 8/15/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226404934 | 8/20/2007 | NYC | 239952 | 796567 | 8/15/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226404933 | 8/20/2007 | NYC | 237941 | 796577 | 8/15/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226404915 | 8/20/2007 | MP | 273088 | 796573 | 8/15/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226404749 | 8/20/2007 | CNW | 92268 | 796582 | 8/15/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499468 | 8/22/2007 | WP | 86113 | 797879 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499467 | 8/22/2007 | WP | 86079 | 797883 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499466 | 8/22/2007 | WP | 86042 | 797880 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499408 | 8/21/2007 | UP | 980401 | 797877 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499407 | 8/22/2007 | UP | 980070 | 797882 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499406 | 8/22/2007 | UP | 980053 | 797874 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499268 | 8/22/2007 | MP | 274509 | 797873 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499267 | 8/22/2007 | MP | 273107 | 797875 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499266 | 8/22/2007 | MP | 271734 | 797881 | 8/20/2007 | 4211299 NR | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |

| Acct No. | Account Billing Name | FRT Bill# | Stmt Date | INIT | NBR | WB# | WB Date | Commodity Code (STCC) | Bill of Lading | Bill Amt | Payment | Open Amt | Movement Origin | Movement Destination | Extra Service Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158540 | DELPHI T & I | 226499265 | 8/22/2007 | MP | 271640 | 797876 | 8/20/2007 | 4211299 | NR | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499248 | 8/22/2007 | GVSR | 116004 | 797878 | 8/20/2007 | 4211299 | NR | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 226499242 | 8/22/2007 | GNWR | 205982 | 797884 | 8/20/2007 | 4211299 | NR | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 227284691 | 10/1/2007 | UP | 980300 | 771701 | 9/27/2007 | 4211299 | NR | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 227447008 | 10/10/2007 | SSW | 65044 | 773182 | 10/5/2007 | 4211299 | NR | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 228056698 | 11/12/2007 | NYC | 239952 | 775097 | 11/6/2007 | 4211299 | N/A | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 228056662 | 11/12/2007 | MP | 271596 | 775096 | 11/6/2007 | 4211299 | N/A | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 228105520 | 11/12/2007 | MP | 271734 | 776294 | 11/8/2007 | 4211299 | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 228246973 | 11/20/2007 | UP | 980053 | 778257 | 11/15/2007 | 4211299 | | $570.00 | $0.00 | $570.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 228649007 | 12/12/2007 | SP | 616506 | 779124 | 11/28/2007 | 4211299 | NR | $1,140.00 | $0.00 | $1,140.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 229339115 | 1/22/2008 | UP | 980407 | 683678 | 11/30/2007 | 4211299 | 218620 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229164327 | 1/14/2008 | UP | 980427 | 680769 | 12/11/2007 | 4211299 | 215234 | $345.00 | $0.00 | $345.00 | DAYTON OH | MC ALLEN TX | DIVERSION |
| 158540 | DELPHI T & I | 229164313 | 1/14/2008 | MP | 271732 | 680770 | 12/11/2007 | 4211299 | 215320 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229164280 | 1/14/2008 | MP | 271518 | 686015 | 12/11/2007 | 4211299 | 215459 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229080766 | 1/8/2008 | SP | 616522 | 685511 | 12/14/2007 | 4211299 | 213247 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229164293 | 1/14/2008 | UP | 980589 | 680035 | 12/15/2007 | 4211299 | 215438 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229164279 | 1/14/2008 | MP | 271780 | 680375 | 12/15/2007 | 4211299 | 215451 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229339114 | 1/22/2008 | WP | 86096 | 683795 | 12/18/2007 | 4211299 | 218621 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229274771 | 1/18/2008 | MP | 980314 | 683987 | 12/18/2007 | 4211299 | 217508 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229274767 | 1/18/2008 | UP | 980413 | 688877 | 12/18/2007 | 4211299 | 217515 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229080282 | 1/8/2008 | SSW | 65048 | 688875 | 12/18/2007 | 4211299 | 213548 | $345.00 | $0.00 | $345.00 | DAYTON OH | MC ALLEN TX | DIVERSION |
| 158540 | DELPHI T & I | 229339111 | 1/22/2008 | MP | 271719 | 689919 | 12/19/2007 | 4211299 | 218619 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229080765 | 1/8/2008 | SP | 616523 | 689920 | 12/19/2007 | 4211299 | 213235 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229080280 | 1/8/2008 | WP | 86097 | 686346 | 12/19/2007 | 4211299 | 213547 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229339116 | 1/22/2008 | UP | 980300 | 891767 | 12/20/2007 | 4211299 | 218623 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229080742 | 1/8/2008 | SP | 616506 | 690780 | 12/20/2007 | 4211299 | 213274 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229339119 | 1/22/2008 | UP | 980070 | 686156 | 12/29/2007 | 4211299 | 218622 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229339118 | 1/22/2008 | MP | 271824 | 686157 | 12/29/2007 | 4211299 | 218624 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229462317 | 1/29/2008 | UP | 980315 | 692511 | 1/2/2008 | 4211299 | 220731 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229462316 | 1/29/2008 | MP | 271826 | 684752 | 1/3/2008 | 4211299 | 220722 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229381282 | 1/24/2008 | MP | 271773 | 684753 | 1/3/2008 | 4211299 | 219764 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229381269 | 1/24/2008 | MP | 273089 | 687022 | 1/3/2008 | 4211299 | 219739 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229461898 | 1/29/2008 | SSW | 65044 | 680956 | 1/4/2008 | 4211299 | 220996 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229381274 | 1/24/2008 | UP | 980313 | 685837 | 1/4/2008 | 4211299 | 219734 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229461896 | 1/29/2008 | MP | 273028 | 682078 | 1/6/2008 | 4211299 | 220991 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229461894 | 1/29/2008 | MP | 271718 | 682077 | 1/6/2008 | 4211299 | 220993 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229134106 | 1/11/2008 | UP | 980339 | 783667 | 1/7/2008 | 4211299 | NR | $3,510.00 | $0.00 | $3,510.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 229461882 | 1/29/2008 | MP | 271762 | 685858 | 1/8/2008 | 4211299 | 220998 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229461873 | 1/29/2008 | MP | 271514 | 685857 | 1/8/2008 | 4211299 | 220999 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229461895 | 1/29/2008 | MP | 271703 | 683507 | 1/10/2008 | 4211299 | 220997 | $345.00 | $0.00 | $345.00 | DAYTON OH | DONNA TX | DIVERSION |
| 158540 | DELPHI T & I | 229749660 | 2/14/2008 | WP | 86097 | 787414 | 2/11/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 229749450 | 2/14/2008 | GVSR | 126001 | 787416 | 2/11/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 229749439 | 2/14/2008 | GNWR | 206014 | 787413 | 2/13/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 229749438 | 2/14/2008 | GNWR | 205960 | 787412 | 2/11/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 229749305 | 2/14/2008 | CNW | 92253 | 787415 | 2/11/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 9646 | 7/31/2008 | MP | 271826 | 9646 | 4/8/2008 | 3714993 | | $330.00 | $0.00 | $330.00 | DAYTON OH | DAYTON OH | NOBILL |
| 158540 | DELPHI T & I | 233508550 | 9/10/2008 | WP | 86109 | 777230 | 9/3/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 233508458 | 9/10/2008 | UP | 980313 | 777232 | 9/3/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |

| Acct No. | Account Billing Name | FRT Bill# | Stmt Date | INIT | NBR | WB# | WB Date | Commodity Code (STCC) | Bill of Lading | Bill Amt | Payment | Open Amt | Movement Origin | Movement Destination | Extra Service Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158540 | DELPHI T & I | 233508457 | 9/10/2008 | UP | 980053 | 777229 | 9/3/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 233508207 | 9/10/2008 | MP | 271732 | 777231 | 9/3/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 234070735 | 10/13/2008 | UP | 980400 | 780010 | 10/7/2008 | 4211299 | NR | $585.00 | $0.00 | $585.00 | BROWNSVILLE TX | BROWNSVILLE TX | SWITCH |
| 158540 | DELPHI T & I | 31998 | 11/26/2008 | UP | 980400 | 31998 | 10/20/2008 | 4211299 | | $330.00 | $0.00 | $330.00 | BROWNSVILLE TX | MORAINE OH | NOBILL |
| 187987 | DELPHI HARRISON THERMAL P2 | 218620348 | 7/6/2006 | UP | 980302 | 709665 | 6/30/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218620217 | 7/6/2006 | NS | 651220 | 709649 | 6/30/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218620216 | 7/6/2006 | NS | 471383 | 709650 | 6/30/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218620203 | 7/6/2006 | NKCR | 860024 | 709663 | 6/30/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218620180 | 7/6/2006 | MP | 271717 | 709664 | 6/30/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218620150 | 7/6/2006 | GTW | 127002 | 709651 | 6/30/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218620006 | 7/6/2006 | CR | 221483 | 709648 | 6/30/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218747864 | 7/13/2006 | NS | 469470 | 714725 | 7/10/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218747670 | 7/13/2006 | CSXT | 180381 | 714723 | 7/10/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218747651 | 7/13/2006 | CR | 221808 | 714724 | 7/10/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218747650 | 7/13/2006 | CR | 221483 | 714364 | 7/10/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218727754 | 7/12/2006 | UP | 980302 | 713950 | 7/10/2006 | 3714993 | NA | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218727573 | 7/12/2006 | NKCR | 860024 | 713953 | 7/10/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218727546 | 7/12/2006 | MP | 271717 | 713941 | 7/10/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218788453 | 7/17/2006 | CR | 223725 | 716224 | 7/12/2006 | 3714993 | | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218788452 | 7/17/2006 | CR | 221765 | 716225 | 7/12/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 187987 | DELPHI HARRISON THERMAL P2 | 218788436 | 7/17/2006 | CHTT | 101113 | 716226 | 7/12/2006 | 3714993 | N/S | $115.00 | $0.00 | $115.00 | KANSAS CITY KS | FAIRFAX KS | SWITCH |
| 191454 | DELPHI AUTOMOTIVE SYSTEMS | 220441301 | 10/9/2006 | CHTT | 101264 | 785168 | 10/4/2006 | 2821142 | NR | $540.00 | $0.00 | $540.00 | LAREDO TX | LAREDO TX | SWITCH |
| Total Open | | | | | | | | | | $81,842.00 | $0.00 | $81,842.00 | | | |

ILENE J. FELDMAN, ESQ., LLC
Ilene J. Feldman (IF1045)
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
(203) 254.2277 (phone)
(203) 256.3333 (fax)
collinsfeldman@aol.com

Attorneys for UNION PACIFIC RAILROAD COMPANY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
                                                 :
     In re                                         :      Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                  :      Case No. 05-44481 (RDD)
                                              :
          Reorganized Debtors,                 :      (Jointly Administered)
                                              :
-------------------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                            ) SS.:
COUNTY OF FAIRFIELD )

  Ilene J. Feldman, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen (18) and reside in Fairfield, Connecticut.

2. On February 17, 2010, I electronically filed **UNION PACIFIC RAILROAD COMPANY'S RESPONSE TO REORGANZIED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. 503(b) AND FED.R.BANKR.P. 3007 TO (1) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) EQUITY INTERESTS, (E) PREPETITION CLAIMS, (F) INSUFFICIENTLY DOCUMENTED CLAIMS, (G) PENSION, BENEFIT, AND OPEB CLAIMS, (H) WORKERS" COMPENSATION CLAIMS, AND (I) TRANSFERRED WORKERS' COMPENSTATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS** with the Clerk of the Bankruptcy Court using the CM/ECF system.

3. I served a true and correct copy of the foregoing via the United States Postal Service, First Class Mail on the following CM/ECF participants and non-participants:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Joseph N Wharton, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60608

DPH Holdings Corp.
Attention: President
5725 Delphi Drive
Troy, Michigan 48098

4. A true and correct copy of the foregoing was sent via overnight mail to:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom 118
White Plains, New York 10601-4140

/s/ Ilene J. Feldman_____
Ilene J. Feldman

Sworn to before me this
17th day of February, 2010.

/s/ Jane Fine_____
Notary Public
My Commission Expires: 4/30/2012