COPY

**United States Bankruptcy Court**
Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

**Administrative Claim Request Form**

Debtor against which Administrative Claim is asserted:
Delphi Corporation

Case Name and Number
In re Delphi Corporation., et al. 05-44481
Chapter 11, Jointly Administered

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Claim Request Form is to be used solely in connection with a request for payment of an administrative expense arising after June 1, 2009, pursuant to 11 U.S.C. § 503.

Name of Creditor
(The person or other entity to whom the debtor owes money or property)
Hitachi Chemical (Singapore) Pte. Ltd.

Name and Address Where Notices Should be Sent
c/o Morgan, Lewis & Bockius LLP
101 Park Avenue, New York, New York 10178
Attn: Menachem O. Zelmanovitz, Esq.
Telephone No (212) 309-6162
Fax No. (212) 306-6001
Email mzelmanovitz@morganlewis.com

Check box if you are aware that anyone else has filed a proof of claim relating to your Administrative Claim. Attach copy of statement giving particulars
Check box if you have never received any notices from the bankruptcy court in this case
Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 2GMKK

Check here if this Administrative Claim
replaces
amends a previously filed claim, dated: ______

1. BASIS FOR ADMINISTRATIVE CLAIM
- [X] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [ ] Other (Describe briefly)
- [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
- [ ] Wages, salaries, and compensation (Fill out below)

Your social security number ______
Unpaid compensation for services performed from ______ (date) to ______ (date)

2. DATE DEBT WAS INCURRED See Attached Schedule

3. IF COURT JUDGMENT, DATE OBTAINED

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM $ 85,178.50
Check this box if Administrative Claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information). The claim is for the post-petition cancellation of the attached purchase orders, pursuant to which Hitachi Chemical (Singapore) Ptd. Ltd. fabricated and delivered to a designated warehouse certain goods ordered by Delphi Corporation.

6. CREDITS AND SETOFFS: The amount of all payments on this Administrative Claim has been credited and deducted for the purpose of making this Administrative Claim request. In filing this Administrative Claim request, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your Administrative Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Claim request.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 14 2009
KURTZMAN CARSON CONSULTANTS

Date: 9th July 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this Administrative Claim (attach copy of power of attorney, if any)
By: BK Quek, DY Managing Director

63236516v2

| Process # | DUNS # | Plant Code | Doc Type | Document # | [illegible] | Currency Code | Bill Of Lading | Purchase Order # | Purchase Order Date Issued | Purchase Order Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| '9000034175026 | RD 595700280 | DJ | 2 | '5205156057001 | $46,490.25 | USD | 1000349101 | D0450231796 | 2/27/2006 | $46,490.25 |
| '9000036760182 | RD 595700280 | DJ | 2 | '5206923320001 | $40.00 | USD | 1000401807 | D0450399230 | 11/14/2006 | $12,652.00 |
| '9000036760184 | RD 595700280 | DJ | 2 | '5206923466001 | $2,562.00 | USD | 1000401811 | D0450349245 | 8/29/2006 | $2,562.00 |
| '9000036760185 | RD 595700280 | DJ | 2 | '5206923531001 | $1,856.16 | USD | 1000401810 | D0450355795 | 9/8/2006 | $1,856.16 |
| '9000036760186 | RD 595700280 | DJ | 2 | '5206923532001 | $34,230.09 | USD | 1000401812 | D0450377173 | 10/11/2006 | $43,506.69 |
| | | | | | $85,178.50 | | | | | |

DELPHI

Delphi Electronics and Safety

Page 1 of 1

**Buyer:**
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number: 450271999
Date Issued: 27 Feb 2006
Version: 27 Feb 2006

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS CTA229
No physical shipment
KOKOMO IN

Delivery date: 28 FEB 2006

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

Vendor No: 1002297
DUNS No: 000987321

Payment Terms: 2030 Currency: USD
NET 30 DAYS

Incoterms: FCA-Freight Forwarder's Dock

RECEIVED
FEB 28 2006
BY: [illegible]

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10332168 00010 CANCELLATION CLAIM 12233212 ✓ | 20,846.250 | DAHQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 28 FEB 2006 | 20,846.250 | 1.00 | 1 | DOL | 20,846.25 |
| Net Line Item Value | | | | USD | 20,846.25 |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00020 | PR10332168 00020 CANCELLATION CLAIM 12201969 ✓ | 552.000 | DAHQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 28 FEB 2006 | 552.000 | 1.00 | 1 | DOL | 552.00 |
| Net Line Item Value | | | | USD | 552.00 |

Purchasing Contact: Brown, Wendell
Phone: 765-451-0264
Fax: 765-451-0265

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS CT11M
KOKOMO IN 46902

Date and Time Printed

DELPHI

Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
611 E POPLAR ST
KOKOMO IN 46902

## Purchase Order

PO Number: 450231798
Version: 27-Feb-2006
Date Issued: 27-Feb-2006

| Item No. | Material Nonitem Identifier No / Description | Total Order Quantity | Plant / Requester |
|---|---|---|---|
| 00030 | PR10352168 00030<br>CANCELLATION CLAIM 9388509 | 25,092.000 | DARQ DELPHI D HEADQUARTERS<br>BROWN, W |

| Delivery Date | Scheduled Quantity |
|---|---|
| 28-FEB-2006 | 25,092.000 |

| Net Line Item Value | Price | Price Unit | UOM | Value |
|---|---|---|---|---|
| | 1.00 | 1 | EA | 25,092.00 |
| | | | USD | 25,092.00 |

**Total net value** USD 46,490.25

Notes:

PLEASE NOTE: TO BETTER SERVE OUR SUPPLIERS AND TO HELP THE PAYMENT PROCESS, "QUANTITY" LISTED FOR SERVICE PROVIDED IS THE ACTUAL DOLLAR AMOUNT TO BE INVOICED BY YOU (SIC)

FOLLOW SHIP TO INSTRUCTIONS & TRAFFIC DEPT LETTER REPORTING ANY CANCELLATION CHARGES. ONCE THE NOTICE OF CANCELLATION HAS BEEN RETURNED TO AC, A NEW PURCHASE ORDER WILL BE ISSUED TO COVER ANY ALLOWABLE SUPPLIER CHARGES. DO NOT INVOICE CANCELLATION CHARGES AGAINST THE OLD PURCHASE ORDER NUMBER. IT IS NO LONGER IN EFFECT.

DELPHI

Delphi Electronics and Safety

Page 1 of 7

Buyer:
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

PO Number 450399230
Date Issued 14-Nov-2006
Version 15-Nov-2006 01:20:03 EST

Deliver to:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipments
KOKOMO IN

Delivery date: 17-NOV-2006

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

Vendor No: 1002297
DUNS No: 000987321

NET 15th PROX (Next month)

RECEIVED NOV 1 6 2006 BY: Kat

1000401807

00010 PR10829880 00010 40.000 DAEQ DELPHI D HEADQUARTERS
CANCELLATION CLAIM (LOG #2006237) BROWN, W
[illegible]
BROWN, W 765-451-0264 [illegible]

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-NOV-2006 | 40.000 | 1.00 | 1 | DOL | 40.00 |
| | | | | USD | 40.00 |

00020 PR10829880 00020 1,008.000 DAEQ DELPHI D HEADQUARTERS
CANCELLATION CLAIM (LOG #2006238) BROWN, W
[illegible]

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-NOV-2006 | 1,008.000 | 1.00 | 1 | DOL | 1,008.00 |
| | | | | USD | 1,008.00 |

Purchasing Contact: Cuevas, Duniana
Phone: 765-451-5138
Fax: 765-451-0265

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM
KOKOMO IN 46902

Date and Time Printed: 15-Nov-2006 01:20:03 EST

DELPHI Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

PO Number 450399230
Date Issued 14-Nov-2006
Version 15-Nov-2006 01:20:03 EST

00030 PR10829880 00030 3,811.200 DAHQ DELPHI D HEADQUARTERS
CANCELLATION CLAIM (LOG #2006239) BROWN, W

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-NOV-2006 | 3,811.200 | 1.00 | 1 | DOL | 3,811.20 |
| | | | | USD | 3,811.20 |

00040 PR10829880 00040 384.000 DAHQ DELPHI D HEADQUARTERS
CANCELLATION CLAIM (LOG #2006241) BROWN, W

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-NOV-2006 | 384.000 | 1.00 | 1 | DOL | 384.00 |
| | | | | USD | 384.00 |

00050 PR10829880 00050 1,800.000 DAHQ DELPHI D HEADQUARTERS
CANCELLATION CLAIM (LOG #2006242) BROWN, W

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-NOV-2006 | 1,800.000 | 1.00 | 1 | DOL | 1,800.00 |
| | | | | USD | 1,800.00 |

00060 PR10829880 00060 1,689.600 DAHQ DELPHI D HEADQUARTERS
CANCELLATION CLAIM (LOG #2006243) BROWN, W

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-NOV-2006 | 1,689.600 | 1.00 | 1 | DOL | 1,689.60 |
| | | | | USD | 1,689.60 |

00070 PR10829880 00070 3,919.200 DAHQ DELPHI D HEADQUARTERS
CANCELLATION CLAIM (LOG #2006244) BROWN, W

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-NOV-2006 | 3,919.200 | 1.00 | 1 | DOL | 3,919.20 |
| | | | | USD | 3,919.20 |

Total USD 12,652.00

0% Discount, Payment Terms Net 15th Prox, 3/6/2006-12/31/2006 per PH Saw.

DELPHI Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

PO Number 450399230
Date Issued 14-Nov-2006
Version 15-Nov-2006 01:20:03 EST

Supplier acknowledges that payment terms are strictly confidential and not be disclosed to any third party whatsoever without the prior written consent of Delphi.

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and said Delphi Customer Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

DO NOT INVOICE FOR SHIPPED MATERIAL. DELPHI HAS IS "PAY ON RECEIPT" AND INVOICES ARE NOT REQUIRED.

DELPHI

Delphi Electronics and Safety

Page 4 of 7

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

PO Number: 450399230
Date Issued: 14-Nov-2006
Version: 15-Nov-2006 01:20:03 EST

INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR SERVICES AND ITEMS WHICH ARE NOT SHIPPED.

PLEASE SUBMIT THESE TO:
DELPHI ELECTRONICS & SAFETY
A DIVISION OF DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN: MANUAL RECEIPTS PROCESSING MS-CTA229
P O BOX 9005
KOKOMO, IN 46904-9005

YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER PER PACKING SLIP)
- DELPHI-E&S "ITEM IDENTIFICATION NUMBER (ID)" FROM PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-E&S DESCRIPTION PER PURCHASE ORDER FOR EACH LINE ITEM DELIVERED FOLLOWED BY YOUR DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)

ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY INSIDE) OF EACH BOX/CRATE.

ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR INSTRUCTIONS. CALL DELPHI E&S TRANSPORATION AT (765)451-4071 OR -4879 FOR ADDITIONAL INFORMATION. FREIGHT TERMS ARE "FOB ORIGIN, FREIGHT COLLECT". BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT. THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT PRIOR APPROVAL FROM DELPHI E&S TRANSPORTATION.

If this is your first purchase order with Delphi under this DUNS number or your remittance information has changed, you need to establish a payment link with the following:

Delphi Corporation EAO Disbursements Center
Vendor Name and Address Group

**DELPHI** Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

| PO Number | Date Issued |
| --- | --- |
| 450399230 | 14-Nov-2006 |
| Version | |
| 15-Nov-2006 01:20:03 EST | |

[illegible]

[illegible]
15 E. Judson St.
Pontiac, MI 48342-2205
Fax 800-797-6513
Attention: The UNA Wade Group
Disbursements Supplier Relations Phone Number: (248) 874-4634

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNS number.

To request EFT Agreement forms go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header, then click "supplier community portal" & then click on "supplier standards" on supplier page.

You can now view payment status on-line using E-DACOR. You may go to Website at www.delphi.com <http://www.delphi.com> clicking on "suppliers" in the header & "Information about payment visibility (e-DACOR-payment status)" on supplier page to find out how to get yourself set up.

Note: This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. Do, however, send a month end statement of unpaid items and/or additional charges, i.e., freight, tax, setup, etc. to Delphi Automotive Systems Disbursements, P. O. Box 1550, Flint, MI 48501-1550. This is an invoice less system, which generates payment, based on receipt.

If P.O. is in error, please advise the buyer listed below before shipping.

PAYMENT ISSUES and QUESTIONS REGARDING SHIPPED MATERIAL SHOULD BE DIRECTED to DISBURSEMENT SERVICES at (248)-874-4634.

Do not bill sales or use tax on items delivered to locations within the states listed below. Delphi Automotive Systems, LLC (" DELPHI ") holds direct pay authority with these states. As a result, in all of the identified states DELPHI will remit directly to taxing authorities, all sales or use tax liability related to its purchases and use of tangible personal property and services. Therefore, effective immediately, this tax clause supersedes all tax code information found on this order except for those states not identified below. For those states not identified below, please continue to follow the specific tax code instructions found on this order. Listed below are Direct Pay Permits or Sales Tax License numbers for the eleven (11) states, or DELPHI locations within a state, where DELPHI holds direct pay authority:

Alabama ----------------805
New Jersey ------------363-431-131/000
Georgia ----------------300-45070-8
New York ---------------DP-3487
Indiana -----------------101870813001 1
Ohio --------------------98-0002667
Kansas ------------------98-000[illegible]
Texas -------------------1-86-5431131-1
Michigan ----------------38-3431131
Wisconsin ---------------WDP-99-01-010037
Mississippi ------------075

DELPHI Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

PO Number
450399230

Date Issued
14-Nov-2006

Version
15-Nov-2006 01:20:03 EST

If this order relates to a construction contract for real property, all applicable sales and use taxes are the responsibility of the contractor, and should be included in the contractor's bid as required pursuant to Section 7 of the DELPHI 1638 (8/00 Rev A), "Construction General Conditions", unless the responsibility for payment of sales & use taxes are otherwise specifically outlined in the contract.

Questions should be directed to: Delphi Disbursement - Customer Service Phone (248) 814-4636

A PROPERLY COMPLETED CERTIFICATE OF ORIGIN, NAFTA CERTIFICATE WHERE APPLICABLE (CUSTOMS FORM 434) AND A MANUFACTURERS AFFIDAVIT STATING THE COUNTRY OF ORIGIN BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR THE MATERIAL ON THIS PURCHASE ORDER. (NT)

THE ISSUANCE OF THIS PURCHASE ORDER IS IN FULL SATISFACTION OF ALL SUPPLIER'S CLAIMS UNDER THE ORIGINAL PURCHASE ORDER NO. OR THE CANCELLATION CLAIM DESCRIBED ABOVE, AND SUPPLIER'S ACCEPTANCE OF PAYMENT RELEASES BUYER FROM ANY AND ALL SUCH CLAIMS.

ALL MATERIAL IN SUPPLIER'S POSSESSION FOR THE PART NUMBER DESCRIBED ABOVE REMAINS THE PROPERTY OF THE SUPPLIER AND SUPPLIER REMAINS FULLY RESPONSIBLE FOR COMPLIANCE WITH ALL APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS AND ORDINANCES REGARDING SUCH MATERIAL, INCLUDING DISPOSAL.

AS PART OF THIS SETTLEMENT, SUPPLIER AGREES 1) NOT TO SELL ANY PARTS OR COMPONENTS MARKED WITH DELPHI - PART NUMBERS OR THAT CONTAIN BUYER NAME OR LOGO OF BUYER UNLESS SUCH PART NUMBER, NAME OR LOGO IS COMPLETELY MUTILATED AND 2) THAT BUYER RETAINS A RIGHT TO AUDIT DURING REASONABLE HOURS, SUPPLIER'S BOOKS AND RECORDS AND INVENTORY CONCERNING SUCH PARTS OR COMPONENTS. SUPPLIER ACKNOWLEDGES THAT IT IS NOT ACQUIRING ANY RIGHTS IN OR TO ANY TRADE NAMES OR TRADEMARKS OF BUYER.

DELPHI

Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

PO Number
450399230

Date Issued
14-Nov-2006

Version
15-Nov-2006 01:20:03 EST

Cost-Quantity on PO/Release

The $1.00 unit price does not represent cost, but is a multiplier. Cost is represented by quantity on PO/Release.

PLEASE SUBMIT YOUR FINAL INVOICE TO:
DELPHI ELECTRONICS & SAFETY,
A DIVISION OF DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN: MANUAL RECEIPTS PROCESSING MS-CTA229
PO BOX 9005
KOKOMO, IN 46904-9005

The action or actions giving rise to the cancellation claim referenced in this purchase order (the .Cancellation Claim.) occurred prior to October 8, 2005, the date on which Delphi Corporation and certain of its U.S. subsidiaries and affiliates (the .Debtors.) filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. Accordingly, such Cancellation Claim constitutes a pre-petition general unsecured nonpriority claim. General unsecured nonpriority claims such as the Cancellation Claim, to the extent allowed, will be addressed pursuant to the terms of a plan of reorganization which is confirmed and consummated in the Debtors chapter 11 cases. Delphi.s process for payment of non-receipted items such as the Cancellation Claim (per clause 22PUR0140) requires the supplier to submit an invoice for payment of such items. Until such time as Delphi receives and processes the invoice submitted in connection with the Cancellation Claim and this purchase order, Delphi will be unable to validate the Cancellation Claim and, thus, recognize or make a distribution under a plan of reorganization on account of the Cancellation Claim.

DELPHI — Delphi Electronics and Safety

Page 1 of 1

**Buyer:**
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

**Purchase Order**

PO Number: 450349245
Date Issued: 29-Aug-2006
Version: 30-Aug-2006 01:20:12 EST

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment,
KOKOMO IN

Delivery date: 30-AUG-2006

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

Vendor No: 1002297
DUNS No: 000987321

Payment Terms: 3P15 Currency: USD
NET 15th PROX (Next month)
Incoterms: FCA, Freight Forwarder's Dock

RECEIVED
AUG 31 2006
BY: Kat

1000401811

| Item No. | Material No/Item Identifier No / Description | Total Order Quantity | Plant / Requester |
|---|---|---|---|
| 00010 | PR10663099 00010 CANCELLATION CLAIM (LOG#2006173) | 2,562.000 | DAEQ DELPHI D HEADQUARTERS BROWN, W |

9376143 35007761
BROWN, W 765-451-0264 PR484749

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-Aug-2006 | 2,562.000 | 1.00 | 1 | DOL | 2,562.00 |
| Net Line Item Value | | | | USD | 2,562.00 |

| Total net value | USD | 2,562.00 |
|---|---|---|

**Notes:**
0% discount, Payment Terms Net 15th Prox, 3/8/2006 - 130 1/2006 per PH Sew.

Purchasing Contact: Brown, Wendell
Phone: 765-451-0264
Fax: 765-451-0265

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 30-Aug 2006 01:20:12 EST

DELPHI

Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

**Purchase Order**

PO Number: 450349245
Date Issued: 29-Aug-2006
Version
30-Aug-2006 01:20:12 EST

| Item No. | Material No/Item Identifier No / Description | Total Order Quantity | Plant / Requester |
| --- | --- | --- | --- |

**Notes Continued:**

Supplier acknowledges that payment terms are strictly confidential and not be disclosed to any third party whatsoever without the prior written consent of Delphi.

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Send the Invoices to the following address:
Delphi Automotive Systems Singapore PTE Ltd.
Attention: Accounts Payable
501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 65-645-08-544 Fax: 65-645-48-347

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other documents issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measures #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

DELPHI

Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

**Purchase Order**

PO Number
450349245

Date Issued
29-Aug-2006

Version
30-Aug-2006 01:20:12 EST

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requestor |
|---|---|---|---|

**Notes Continued:**

If invoices are required, send the invoices to the following address:

Delphi Automotive Systems Singapore PTE Ltd.
Attention: Accounts Payable
501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 011-65-645-05-544; Telex: OMSPLRS26304

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

THE ISSUANCE OF THIS PURCHASE ORDER IS IN FULL SATISFACTION OF ALL SUPPLIER'S CLAIMS UNDER THE ORIGINAL PURCHASE ORDER NO. OR THE CANCELLATION CLAIM DESCRIBED ABOVE, AND SUPPLIER'S ACCEPTANCE OF PAYMENT RELEASES BUYER FROM ANY AND ALL SUCH CLAIMS.

ALL MATERIAL IN SUPPLIER'S POSSESSION FOR THE PART NUMBER DESCRIBED ABOVE REMAINS THE PROPERTY OF THE SUPPLIER AND SUPPLIER REMAINS FULLY RESPONSIBLE FOR COMPLIANCE WITH ALL APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS AND ORDINANCES REGARDING SUCH MATERIAL, INCLUDING DISPOSAL.

AS PART OF THIS SETTLEMENT, SUPPLIER AGREES 1) NOT TO SELL ANY PARTS OR COMPONENTS MARKED WITH DELPHI - PART NUMBERS OR THAT CONTAIN BUYER NAME OR LOGO OF BUYER UNLESS SUCH PART NUMBER, NAME OR LOGO IS COMPLETELY MUTILATED AND 2) THAT BUYER RETAINS A RIGHT TO AUDIT DURING REASONABLE HOURS, SUPPLIER'S BOOKS AND RECORDS AND INVENTORY CONCERNING SUCH PARTS OR COMPONENTS. SUPPLIER ACKNOWLEDGES THAT IT IS NOT ACQUIRING ANY RIGHTS IN OR TO ANY TRADE NAMES OR TRADEMARKS OF BUYER.

Cost-Quantity on PO/Release

DELPHI

Delphi Electronics and Safety

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

**Purchase Order**

PO Number
450349245

Version
30-Aug-2006 01:20:12 EST

Date Issued
29-Aug-2006

| Item No. | Material No/Item Identifier No / Description | Total Order Quantity | Plant / Requester |
|---|---|---|---|

**Notes Continued:**

The $1.00 unit price does not represent cost, but is a multiplier. Cost is represented by quantity on PO/Release.

PLEASE SUBMIT YOUR FINAL INVOICE TO:
DELPHI ELECTRONICS & SAFETY,
A DIVISION OF DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN: MANUAL RECEIPTS PROCESSING M/I-CTA229
PO BOX 9005
KOKOMO, IN 46904-9005

The action or actions giving rise to the cancellation claim referenced in this purchase order (the .Cancellation Claim.) occurred prior to October 8, 2005, the date on which Delphi Corporation and certain of its U.S. subsidiaries and affiliates (the .Debtors.) filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. Accordingly, such Cancellation Claim constitutes a pre-petition general unsecured nonpriority claim. General unsecured nonpriority claims such as the Cancellation Claim, to the extent allowed, will be addressed pursuant to the terms of a plan of reorganization which is confirmed and consummated in the Debtors chapter 11 cases. Delphi.s process for payment of non-receipted items such as theCancellation Claim (per clause ZPUR0146) requires the supplier to submit an invoice for payment of such items. Until such times Delphi receives and processes the invoice submitted in connection with the Cancellation Claim and this purchase order,Delphi will be unable to validate the Cancellation Claim and, thus, recognize or make a distribution under a plan ofreorganization on account of the Cancellation Claim.