# DELPHI

Delphi Electronics and Safety

Page 1 of 4

**Buyer:**
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTA229
No physical shipment
KOKOMO IN

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

**PO Number:** 450355795
**Version:** 09-Sep-2006 01:28:54 EST
**Date Issued:** 08-Sep-2006

**Delivery date:** 15-SEP-2006

**Vendor No:** 1002297
**DUNS No:** 000987321

NET 15th PROX (Next month)

H000401810

RECEIVED SEP 14 2006 BY: Kat

| | | | | | | |
|---|---|---|---|---|---|---|
| 00010 | PR10676486 00010 | | 374.000 | | DAHQ DELPHI D HEADQUARTERS BROWN, W | |
| | CANCELLATION CLAIM (LOG #2006176) | | | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-SEP-2006 | 374.000 | 1.00 | 1 | DOL | 374.00 |
| | | | | USD | 374.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00020 | PR10676486 00020 | | 1,482.160 | | DAHQ DELPHI D HEADQUARTERS BROWN, W | |
| | CANCELLATION CLAIM (LOG #2006176) | | | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 15-SEP-2006 | 1,482.160 | 1.00 | 1 | DOL | 1,482.16 |
| | | | | USD | 1,482.16 |

| | | | USD | 1,856.16 |
|---|---|---|---|---|

**Purchasing Contact:** Brown, Wendell
**Phone:** 765-451-0264
**Fax:** 765-451-0265

**Contact Address:**
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS-CTLLM
KOKOMO IN 46902

Date and Time Printed: 09-Sep-2006 01:28:54 EST

# DELPHI

Delphi Electronics and Safety

Page 2 of 4

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46901

| PO Number | Date Issued |
|---|---|
| 450355795 | 08-Sep-2006 |
| Version | |
| 09-Sep-2006 01:28:54 EST | |

0% Discount, Payment Terms Net 1 5th Prox. 10/2006-12/31/2006 per FH Sam.

Supplier acknowledges that payment terms are solely confidential and not be disclosed to any third party whatsoever without the prior written consent of Delphi.

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials, as well as environmental, chemical and electromagnetic considerations applicable to the accuracy of manufacture and sale. This relates to both the saleable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or services under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Send the invoices to the following address:
Delphi Automotive Systems Singapore PTE Ltd.
Attention: Accounts Payable
501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 65-643-48-444 Fax: 65-643-48-347

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer unless in the extent that Buyer expressly agrees to accept any such proposals in writing.

# DELPHI

Delphi Electronics and Safety

Page 3 of 4

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

PO Number: 450355795
Date Issued: 08-Sep-2006
Version: 09-Sep-2006 01:28:54 EST

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

If invoices are required, send the invoices to the following address:

Delphi Automotive Systems Singapore PTE Ltd.
Asia/Pacific Accounts Payable
501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 011-65-615-08-544; Telex: DMSPLRS26504

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

THE ISSUANCE OF THIS PURCHASE ORDER IS IN FULL SATISFACTION OF ALL SUPPLIER'S CLAIMS UNDER THE ORIGINAL PURCHASE ORDER NO. OR THE CANCELLATION CLAIM DESCRIBED ABOVE, AND SUPPLIER'S ACCEPTANCE OF PAYMENT RELEASES BUYER FROM ANY AND ALL SUCH CLAIMS.

ALL MATERIAL IN SUPPLIER'S POSSESSION FOR THE PART NUMBER DESCRIBED ABOVE REMAINS THE PROPERTY OF THE SUPPLIER AND SUPPLIER REMAINS FULLY RESPONSIBLE FOR COMPLIANCE WITH ALL APPLICABLE FEDERAL, STATE AND LOCAL LAWS, RULES, REGULATIONS AND ORDINANCES REGARDING SUCH MATERIAL, INCLUDING DISPOSAL.

AS PART OF THIS SETTLEMENT, SUPPLIER AGREES 1) NOT TO SELL ANY PARTS OR COMPONENTS MARKED WITH DELPHI, PART NUMBERS OR THAT CONTAIN BUYER NAME OR LOGO OR BUYER UNLESS SUCH PART NUMBER, NAME OR LOGO IS COMPLETELY MUTILATED AND 2) THAT BUYER RETAINS A RIGHT TO AUDIT DURING REASONABLE HOURS, SUPPLIER'S BOOKS AND RECORDS AND INVENTORY CONCERNING SUCH PARTS OR COMPONENTS. SUPPLIER ACKNOWLEDGES THAT IT IS NOT ACQUIRING ANY RIGHTS IN OR TO ANY TRADE NAMES OR TRADEMARKS OF BUYER.

# DELPHI

Delphi Electronics and Safety

Page 1 of 1

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 S POPLAR ST
KOKOMO IN 46902

PO Number: 450355795
Date Issued: 08-Sep-2006
Version: 09-Sep-2006 01:28:54 EST

Cost-Quantity on PO/Releases

The $1.00 unit price does not represent cost, but is a multiplier. Cost is represented by quantity on PO/Release.

PLEASE SUBMIT YOUR FINAL INVOICE TO:
DELPHI ELECTRONICS & SAFETY,
A DIVISION OF DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN: MANUAL RECEIPTS PROCESSING MS-CTA229
PO BOX 9005
KOKOMO, IN 46904-9005

The action or notices giving rise to the cancellation claims referenced in this purchase order (the "Cancellation Claim") occurred prior to October 8, 2005, the date on which Delphi Corporation and certain of its U.S. subsidiaries and affiliates (the "Debtors") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. Accordingly, such Cancellation Claim constitutes a pre-petition general unsecured nonpriority claim. General unsecured nonpriority claims such as the Cancellation Claim, to the extent allowed, will be addressed pursuant to the terms of a plan of reorganization which is confirmed and consummated in the Debtors chapter 11 cases. Delphi's process for payment of non-receipted items such as the Cancellation Claim (per clause 2(FU60146) requires the supplier to submit an invoice for payment of such items. Until such time as Delphi receives and processes the invoice submitted in connection with the Cancellation Claim and this purchase order, Delphi will be unable to validate the Cancellation Claim and, thus, recognize or make a distribution under a plan of reorganization on account of the Cancellation Claim.

# DELPHI

Delphi Electronics and Safety

Page 1 of 5

**Buyer:**
Delphi Automotive Systems LLC
Delphi Electronics & Safety Div
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS MS-CTAZZ9
No physical shipment
KOKOMO IN

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

**Purchase Order**

PO Number: 4503771173
Date Issued: 11-OCT-2006
Version: 12-Oct-2006 01:20:09 EST

Delivery date: 17-OCT-2006

Vendor No: 1002297
DUNS No: 000987321
Payment Terms: ZP15   Currency: USD
NET 15th PROX (Next month)
Incoterms: FGA- Freight Forwarder's Dock

1000 401812

RECEIVED
OCT 13 2006
BY: Kat

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant / Requester |
|---|---|---|---|
| 00010 | PR10736307 00010 CANCELLATION CLAIM (LOG #2006189) | 2,445.000 | DAHQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-OCT-2006 | 2,445.000 | 1.00 | | DOL | 2,445.00 |
| Net Line Item Value | | | | USD | 2,445.00 |

| 00020 | PR10736307 00020 CANCELLATION CLAIM (LOG #2006190) | 1,177.890 | DAHQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-OCT-2006 | 1,177.890 | 1.00 | | DOL | 1,177.89 |
| Net Line Item Value | | | | USD | 1,177.89 |

Purchasing Contact: Brown, Wendell
Phone: 765-451-0264
Fax: 765-451-0265

Contact Address:
DELPHI ELECTRONICS & SAFETY
ONE CORPORATE CENTER MS:CTLLM
KOKOMO IN 46902

Date and Time Printed: 12-Oct-2006 01:20:09 EST

# DELPHI

Delphi Electronics and Safety

Page 2 of 5

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O M&S TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

**Purchase Order**

PO Number: 450377173
Date Issued: 11-Oct-2006
Version: 12-Oct-2006 01:20:09 EST

| Item No. | Material No/Item Identifier No. Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00030 | PR10736307 00030 CANCELLATION CLAIM (LOG #2006192) | 6,116.000 | DAEQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-OCT-2006 | 6,116.000 | 1.00 | 1 | DOL | 6,116.00 |
| Net Line Item Value | | | | USD | 6,116.00 |

| 00040 | PR10736307 00040 CANCELLATION CLAIM (LOG #2006193) | 6,672.000 | DAEQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-OCT-2006 | 6,672.000 | 1.00 | 1 | DOL | 6,672.00 |
| Net Line Item Value | | | | USD | 6,672.00 |

| 00050 | PR10736307 00050 CANCELLATION CLAIM (LOG #2006194) | 17,819.200 | DAEQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-OCT-2006 | 17,819.200 | 1.00 | 1 | DOL | 17,819.20 |
| Net Line Item Value | | | | USD | 17,819.20 |

| 00060 | PR10736307 00060 CANCELLATION CLAIM (LOG #2006195) | 9,276.600 | DAEQ DELPHI D HEADQUARTERS BROWN, W |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 17-OCT-2006 | 9,276.600 | 1.00 | 1 | DOL | 9,276.60 |
| Net Line Item Value | | | | USD | 9,276.60 |

| Total net value | | USD | 43,506.69 |

Notes:
% Discount, Payment Terms Net 15th Prox, 1/1/2006-12/31/2006 per PH Sew.

Supplier acknowledges that payment terms are strictly confidential and not be disclosed to any third party whatsoever without the prior written consent of Delphi.

IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS

# DELPHI

Delphi Electronics and Safety

Page 3 of 5

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 E POPLAR ST
KOKOMO IN 46902

**Purchase Order**

PO Number: 4503377173
Version: 12-Oct-2006 01:20:09 EST
Date Issued: 11-Oct-2006

Item No.   Material No/Item Identifier No   Total Order Quantity   Plant
           Description                                              Requester

**Notes Continued:**

FOR CONTRACTORS / SUPPLIERS / VENDORS, A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.

Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety compliance on restricted, toxic and hazardous materials as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Send the invoices to the following address:
Delphi Automotive Systems Singapore PTE Ltd.
Attention: Accounts Payable
501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 65-615-06-544  Fax: 65-615-48-347

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other documents issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the Internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

If invoices are required, send the invoices to the following address:

Delphi Automotive Systems Singapore PTE Ltd.
Attention: Accounts Payable

# DELPHI

Delphi Electronics and Safety

Page 4 of 5

| HITACHI CHEMICAL SINGAPORE PTE LTD | Purchase Order |
| --- | --- |
| C/O M3 TECHNOLOGY LLC | |
| 614 E POPLAR ST | PO Number: 150377173 |
| KOKOMO IN 46901 | Date Issued: 11-Oct-2006 |
| | Version: 12-Oct-2006 01:20:09 EST |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| Description | | | Requester |

**Notes Confirmed:**

501 Ang Mo Kio Industrial Park 1
Singapore 569621

Tel: 011-65-645-08-144  Telex: GMSPLR220094

Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

THE ISSUANCE OF THIS PURCHASE ORDER IS IN FULL
SATISFACTION OF ALL SUPPLIER'S CLAIMS UNDER THE
ORIGINAL PURCHASE ORDER NO. OR THE CANCELLATION
CLAIM DESCRIBED ABOVE, AND SUPPLIER'S ACCEPTANCE OF
PAYMENT RELEASES BUYER FROM ANY AND ALL SUCH CLAIMS.

ALL MATERIAL IN SUPPLIER'S POSSESSION FOR THIS PART
NUMBER DESCRIBED ABOVE REMAINS THE PROPERTY OF
THE SUPPLIER AND SUPPLIER REMAINS FULLY RESPONSIBLE
FOR COMPLIANCE WITH ALL APPLICABLE FEDERAL, STATE
AND LOCAL LAWS, RULES, REGULATIONS AND ORDINANCES
REGARDING SUCH MATERIAL, INCLUDING DISPOSAL.

AS PART OF THIS SETTLEMENT, SUPPLIER AGREES 1) NOT TO
SELL ANY PARTS OR COMPONENTS MARKED WITH DELPHI
PART NUMBERS OR THAT CONTAIN BUYER NAME OR LOGO OF
BUYER UNLESS SUCH PART NUMBER, NAME OR LOGO IS
COMPLETELY MUTILATED AND 2) THAT BUYER RETAINS A
RIGHT TO AUDIT DURING REASONABLE HOURS, SUPPLIER'S
BOOKS AND RECORDS AND INVENTORY CONCERNING SUCH PARTS
OR COMPONENTS. SUPPLIER ACKNOWLEDGES THAT IT IS NOT
ACQUIRING ANY RIGHTS IN OR TO ANY TRADE NAMES OR
TRADEMARKS OF BUYER.

Cost-Quantity on PO/Release

The SLCO unit price does not represent cost, but is a multiplier. Cost is represented by quantity on PO/Release.

PLEASE SUBMIT YOUR FINAL INVOICE TO:
DELPHI ELECTRONICS & SAFETY.

# DELPHI

HITACHI CHEMICAL SINGAPORE PTE LTD
C/O MS TECHNOLOGY LLC
614 S POPLAR ST
KOKOMO IN 46902

**Purchase Order**

PO Number: 450377173
Date Issued: 11-Oct-2006
Version: 12-Oct-2006 01:20:09 EST

Item No. Material No. Item Identifier No. Total Order Quantity Plant Requester
Description

Notes Continued:
A DIVISION OF DELPHI AUTOMOTIVE SYSTEMS LLC
ATTN: MANUAL RECEIPTS PROCESSING MS-CTA229
PO BOX 9005
KOKOMO, IN 46904-9005

The action or actions giving rise to the cancellation claim referenced in this purchase order (the "Cancellation Claim") occurred prior to October 8, 2005, the date on which Delphi Corporation and certain of its U.S. subsidiaries and affiliates (the "Debtors") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code. Accordingly, such Cancellation Claim constitutes a pre-petition general unsecured nonpriority claim. General unsecured nonpriority claims such as the Cancellation Claim, to the extent allowed, will be addressed pursuant to the terms of a plan of reorganization which is all treated and consummated in the Debtors' chapter 11 cases. Delphi's process for payment of non-excepted items such as the Cancellation Claim (per clause ZPUR0146) requires the supplier to submit an invoice for payment of such items. Unless such items Delphi receives and processes the invoice submitted in connection with the Cancellation Claim and this purchase order Delphi will be unable to validate the Cancellation Claim and, thus, recognize or make a distribution under a plan of reorganization on account of the Cancellation Claim.

# Hitachi Chemical

● Hitachi Chemical (Singapore) Pte. Ltd.

Loyang Plant (Head Office): 3Z, Loyang Way Singapore 508730
Tel: 6542 8511 Fax: 6542 8581

Bedok Plant: 20, Bedok South Road Singapore 469277
Tel: 6541 8511 Fax: 6542 8381

Website: http://www.hitachihcs.com.sg
Co. Reg No.: 197201515R

GST Reg No: M3-8814585-4

## INVOICE

CUST: 2GHX
PAGE: 1

ACCOUNTS OF
DELPHI-O CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 9005
KOKOMO INDIANA 46904-9005, USA

FROM LOYANG
ATTN TO

LORINA/SALLY
MS NANCY TAY
(MGA SIN)

INVOICE NO:      1000349101
DATE             2006.03.28
PAYMENT TERMS    30 DAYS
DELIVERY TERMS   FOB SINGAPORE
CURRENCY         USD
FROM S'PORE TO   USA
CARRIER/VESSEL
LEAVING DATE
ARRIVING DATE
VENDOR CODE
UEN NO           197201515R
PRODUCT OF SINGAPORE

CONSIGNED TO

AGENT / WAREHOUSE

| DESCRIPTION - BARE RIGID PRINTED CIRCUITS MULTI LAYER | P/O # JOB # | QTY (PCS) | U/PRC | AMOUNT (USD) |
|---|---|---|---|---|
| DELPHI CANCELLATION CLAIM# | | | | |
| 12223212 | 450231798 | 1 SET | | 20846.25 |
| 12201969 | 450231798 | 1 SET | | 552.00 |
| 9388509 | 450231798 | 1 SET | | 25092.00 |
| | TOTAL : | | | 46 490.25 |

SHIPPING MARK      REMARKS: Our Products are free from banned substances

SHIPPING DUNS #
595414186
SALES & MARKETING 15/03/05
FM-SM-014
REV D
PLEASE ACKNOWLEDGE UPON RECEIVED

SP TAN (SNR MANAGER)

Authorised Signatory

# Hitachi Chemical

Hitachi Chemical (Singapore) Pte. Ltd.

## INVOICE

CUST: 2GH0X
PAGE: 1

ACCOUNTS OF
DELPHI-D CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 9005
KOKOMO INDIANA 46904-9005, USA

FROM LOYANG
ATTN TO

Pel Ling
MS NANCY TAY
(MGA SIN)

CONSIGNED TO

INVOICE NO: 1000401807
DATE: 2006.12.27
PAYMENT TERMS: 30 DAYS
DELIVERY TERMS: FOB SINGAPORE
CURRENCY: USD
FROM S'PORE TO: USA
CARRIER/VESSEL:
LEAVING DATE:
ARRIVING DATE:
VENDOR CODE: -
TRADER CODE: 11515720000M
PRODUCT OF SINGAPORE

AGENT / WAREHOUSE

| REF # | DESCRIPTION - BARE RIGID PRINTED CIRCUITS MULTI LAYER | P/O # | JOB # | QTY(PCS) | U/PRC (USD) | AMOUNT |
|---|---|---|---|---|---|---|
| | CANCELLATION CALIMS FOR : | | | | | |
| 1 | 9361763 | 450399230 | PR10829880 00010 | 1 | 40.00 | 40.00 |
| 2 | 9385838 | 450399230 | PR10829880 00020 | 1 | 1008.00 | 1008.00 |
| 3 | 9387821 | 450399230 | PR10829880 00030 | 1 | 3811.20 | 3811.20 |
| 4 | 12239346 | 450399230 | PR10829880 00040 | 1 | 384.00 | 384.00 |
| 5 | 16244762 | 450399230 | PR10829880 00050 | 1 | 1800.00 | 1800.00 |
| 6 | 21002461 | 450399230 | PR10829880 00060 | 1 | 1689.60 | 1689.60 |
| 7 | 28001858 | 450399230 | PR10829880 00070 | 1 | 3919.20 | 3919.20 |
| | | | TOTAL : | 7 | | 12 652.00 |

SHIPPING MARK

REMARKS : Our Products are free from banned substances

SHIPPING DUNS #
595414186
SALES & MARKETING 15/03/05
FM-SM-014
REV 0
PLEASE ACKNOWLEDGE UPON RECEIVED

Authorised Signatory

# Hitachi Chemical

Hitachi Chemical (Singapore) Pte. Ltd.

# INVOICE

CUST: 2GMXX
PAGE: 1

ACCOUNTS OF
DELPHI-D CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 9005
KOKOMO INDIANA 46904-9005, USA

FROM LOYANG
ATTN TO

Pei Ling
MS NANCY TAY
(NGA SIN)

CONSIGNED TO

INVOICE NO: 1000401811
DATE: 2006.12.27
PAYMENT TERMS: 30 DAYS
DELIVERY TERMS: FOB SINGAPORE
CURRENCY: USD
FROM SPORE TO: USA
CARRIER/VESSEL:
LEAVING DATE:
ARRIVING DATE:
VENDOR CODE:
TRADER CODE: 11515720000M
PRODUCT OF SINGAPORE

AGENT / WAREHOUSE

| REF # | DESCRIPTION - BARE RIGID PRINTED CIRCUITS MULTI LAYER | P/O # | JOB # | QTY(PCS) | U/PRC (USD) | AMOUNT |
|---|---|---|---|---|---|---|
|  | CANCELLATION CALIMS FOR : |  |  |  |  |  |
| 1 | 9378143 | 450349245 | PR10663099 00010 | 1 | 2562.00 | 2562.00 |
|  |  |  | TOTAL : | 1 |  | 2 562.00 |

SHIPPING MARK

REMARKS : Our Products are free from banned substances

SHIPPING DUNS #
595414186
SALES & MARKETING 15/03/05
PH-SM-014
REV D

Authorised Signatory

# Hitachi Chemical

Hitachi Chemical (Singapore) Pte. Ltd.

Loyang Plant: 32, Loyang Way, Singapore 508730
(Head Office)  Tel: 6542 8911  Fax: 6542 8961

Bedok Plant: 10, Bedok South Road, Singapore 469277
Tel: 6541 8911  Fax: 6542 8361
Website: https://www.hitachics.com.sg
Co. Reg No.: 197201518R

GST Reg No.: M2-8714888-8

## INVOICE

CUST: XGHKX
PAGE: 1

ACCOUNTS OF
DELPHI-D CORPORATION
ACCOUNTS PAYABLE
P.O. BOX 9005
KOKOMO INDIANA 46904-9005, USA

FROM LOYANG   Pei Ling
ATTN TO       MS NANCY TAY
              (MGA SIN)

CONSIGNED TO

INVOICE NO:       1000401810
DATE:             2006.12.27
PAYMENT TERMS:    30 DAYS
DELIVERY TERMS:   FOB SINGAPORE
CURRENCY:         USD
FROM S'PORE TO:   USA
CARRIER/VESSEL:
LEAVING DATE:
ARRIVING DATE:
VENDOR CODE:
TRADER CODE:      11515720000M
PRODUCT OF SINGAPORE

AGENT / WAREHOUSE

| REF # | DESCRIPTION - BARE RIGID PRINTED CIRCUITS MULTI LAYER | P/O # | JOB # | QTY(PCS) | U/PRC (USD) | AMOUNT |
|---|---|---|---|---|---|---|
|  | CANCELLATION CALIMS FOR: |  |  |  |  |  |
| 1 | 12229897 | 450355795 | PR10676486 00010 | 1 | 374.00 | 374.00 |
| 2 | 28022355 | 450355795 | PR10676486 00020 | 1 | 1482.16 | 1482.16 |
|  |  |  | TOTAL: | 2 |  | 1 856.16 |

SHIPPING MARK    REMARKS: Our Products are free from banned substances

Authorised Signatory

SHIPPING DUNS #
595414186
SALES & MARKETING 15/03/05
FM-SM-014
REV D
PLEASE ACKNOWLEDGE UPON RECEIVED

# Hitachi Chemical

Hitachi Chemical (Singapore) Pte. Ltd.

Loyang Plant : 52, Loyang Way, Singapore 508780  
(Head Office)   Tel : 6543 6511   Fax : 6542 8361

Bedok Plant : 20, Bedok SouthRoad Singapore 469277  
Tel : 6241 0511   Fax : 6542 8361  
Website : http://www.hitachics.com.sg  
Co. Reg No.: 197801515R

GST Reg No : M9-0071-600-4

## INVOICE

CUST : 2GHXX  
PAGE : 1

ACCOUNTS OF  
DELPHI-D CORPORATION  
ACCOUNTS PAYABLE  
P.O. BOX 9005  
KOKOMO INDIANA 46904-9005, USA

FROM LOYANG  Pei Ling
ATTN TO   MS NANCY TAY
          (MGA SIN)

CONSIGNED TO

INVOICE NO:   1000401812
DATE          2006.12.27
PAYMENT TERMS 30 DAYS
DELIVERY TERMS FOB SINGAPORE
CURRENCY       USD
FROM S'PORE TO USA
CARRIER/VESSEL
LEAVING DATE
ARRIVING DATE
VENDOR CODE
TRADER CODE    11515720000M
PRODUCT OF SINGAPORE

AGENT / WAREHOUSE

| REF # | DESCRIPTION - BARE RIGID PRINTED CIRCUITS MULTI LAYER | P/O # | JOB # | QTY(PCS) | U/PRC (USD) | AMOUNT |
|---|---|---|---|---|---|---|
| | CANCELLATION CALIMS FOR : | | | | | |
| 1 | 9379177 | 450377173 | PR10736307 00010 | 1 | 2445.00 | 2445.00 |
| 2 | 12232445 | 450377173 | PR10736307 00020 | 1 | 1177.89 | 1177.89 |
| 3 | 12238052 | 450377173 | PR10736307 00030 | 1 | 6116.00 | 6116.00 |
| 4 | 21000379 | 450377173 | PR10736307 00040 | 1 | 6672.00 | 6672.00 |
| 5 | 28001960 | 450377173 | PR10736307 00050 | 1 | 17819.20 | 17819.20 |
| 6 | 28018076 | 450377173 | PR10736307 00060 | 1 | 9276.60 | 9276.60 |

TOTAL :  6     43 506.69

SHIPPING MARK    REMARKS : Our Products are free from banned substances

Authorised Signatory

SHIPING DUNS #  
595414196  
SALES & MARKETING 15/03/05  
FM-SM-014  
REV D  
PLEASE ACKNOWLEDGE UPON RECEIVED