UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                                       :
In re                                                  :    Chapter 11
                                                       :
DPH HOLDINGS CORP., et al.,                            :    Case No. 05-44481 (RDD)
                                                       :
        Reorganized Debtors.                           :    (Jointly Administered)
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned states that she is an employee of Clark Hill PLC and that she caused papers to be served as follows:

| | |
|---|---|
| Document Served: | *Response of ATS Automation Tooling Systems Inc., ATS Michigan Sales and Service Inc., ATS Ohio Inc. and ATS Wickel Und Montagetechnik AG to Reorganized Debtors' Forty-Third Omnibus Claims Objection* |
| Method of Service/ Served Upon | By electronic mail (via the ECF System) upon all counsel of record |
| and | |
| Method of Service / Served Upon | By Federal Express upon all parties listed on Exhibit A |
| Date Served: | February 17, 2010 |

CLARK HILL PLC

/s/ *Lauralyn Bell-Guzzo*
Lauralyn Bell-Guzzo
151 S. Old Woodward Ave, Suite 200
Birmingham, MI 48009
lbellguzzo@clarkhill.com
248.988.5872

Dated: February 17, 2010

6315645.1 25743/103154

# EXHIBIT A

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>Southern District of New York<br>The Hon. Charles L. Brieant Jr. Federal<br>Building and Courthouse<br>300 Quarropas Street<br>Courtroom 118<br>White Plains, NY 10601-4140 | DPH Holdings Corp.<br>Attn: President<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| | John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606 |

6315645.1 25743/103154