# EXHIBIT C

EXHIBIT C

2/17/10 12:38 PM  Delphi Administrative Claim Invoices Prior to :: 11/15/2009

Legal Entity: Freudenberg-NOK General Partnership

| Bill To | Credit Terms | Customer Name | Invoice Number | Invoice Date | Due Date | Plant | Lead Center | PO Number | Total Amount | Current | To 15 Days Old | To 30 Days Old | To 45 Days Old | To 60 Days Old | To 75 Days Old | To 90 Days Old | Over 90 Days Old |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3883800 | MNS2 | DELPHI ENERGY & CHASSIS-Troy | 10024522 | 2/23/2009 | 4/1/2009 | 10 | 25 | 05501889993 | $ 648.75 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 648.75 |
| 3883800 | MNS2 | DELPHI ENERGY & CHASSIS-Troy | 41025086 | 7/9/2009 | 9/1/2009 | 41 | 25 | 5502286645 | $ 4,541.25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,541.25 |
| 3883800 | MNS2 | DELPHI ENERGY & CHASSIS-Troy | 41026867 | 8/19/2009 | 10/2/2009 | 41 | 25 | 5502286645 | $ 526.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 526.00 |
| 3886900 | MNS2 | DELPHI 3886900 Saginaw Mich | 13037029 | 10/30/2009 | 12/2/2009 | 13 | 65 | 05502194408 | $ 3,224.20 | $ - | $ - | $ - | $ - | $ - | $ 3,224.20 | $ - | $ - |
| 3886900 | MNS2 | DELPHI 3886900 Saginaw Mich | 40016308 | 5/4/2009 | 7/2/2009 | 40 | 50 | 05501360064 | $ 1,972.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,972.00 |
| 3886901 | MNS2 | DELPHI 3886901 AUBURN HILLS MI | 40020492 | 9/25/2009 | 11/1/2009 | 40 | 50 | Mike Buda | $ 1,479.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,479.00 |
| 3886901 | MNS2 | DELPHI 3886901 AUBURN HILLS MI | 40021291 | 10/20/2009 | 12/2/2009 | 40 | 50 | 5502201631 | $ 783.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 783.00 |
| 3886913 | MNS2 | DELPHI 3886913 RBXX MEXICO | 31013297 | 10/12/2009 | 12/2/2009 | 40 | 0 | 150294 | $ 9,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 9,000.00 |
| | | | | | | | | | $ 22,174.20 | $ - | $ - | $ - | $ - | $ - | $ 3,224.20 | $ - | $ 18,950.00 |