# EXHIBIT D

EXHIBIT D



| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 10/30/09 | 13037029 | MNS2  2N | | |

**SOLD FROM:**
FREUDENBERG-NOK (LOC 13)
Plastics Division
Manchester MFG Plant
50 Ammon Drive
Manchester, NH 03103-3388

**PLEASE REMIT TO:**
FREUDENBERG-NOK
BOX 73229
CHICAGO, IL 60673

Pg: 1

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**BILL TO:**
DELPHI CORP-POST PET
ACCOUNTS PAYABLE
3900 HOLLAND RD
SAGINAW, MI 48601-9494
UNITED STATES

**SHIP TO:**
DELPHI SISTEMASDE ENERGIA SA
AHG LOS PINOS   HU01
VIALIDAD CH-p NO. 8802
31416 CHIHUAHUA
CHIHUAHUA, MXC

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| 0550219408 | 05115146 | 13037029 | 3886900 | 01 | SL17472 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | MANCHESTER, | CTII | 13037029 | 13037029 | 0222 |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|

MADE IN USA/ HEAT TREATED SKIDS                     CTII 800 221 9602 0
                                                     RYDER 2486997621
CONSIGNEE (bol&freight label address
DELPHI AHG-31010-KELLY EL PASO TX
c/o NA NMXD cincinnati - X-DOCK
6380 CENTRE PARK DRIVE
WEST CHESTER. OH 45069
THIRD PARTY BILLING: DELPHI AHG, 31010, CHIHUAHUA, CH
c/o TRENDSET INC, PO BOX 1208, MAULDIN, SC 29662
DEST.  DELPHI-AHG-LOSPINOS
       SAP DOCK   HU01CHI
       CHIHUAHUA, CH MX
       CISCO 31010

1  22229064              130564768000V                  2976    1.0834 EA    3,224.20
   PO: 0550219408        SO: sl17472
                         GMT900
                         DELPHI=22229064
        Authorization Number    Pegged Qty  UM   Date
        ----------------------  ----------  --   ----
        0550219408                 2,976.0  EA   10/27/09

DISCLAIMER OF WARRANTIES: There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. LIMITATION OF LIABILITY: Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



**Freudenberg NOK™**

SOLD FROM:
FREUDENBERG-NOK
1618 LUKKEN IND. DRIVE WEST
LAGRANGE, GA 30240

PLEASE REMIT TO:
FREUDENBERG-NOK
BOX 73229
CHICAGO, IL 60673

Pg: 1

| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 09/25/09 | 40020492 | MNS2    2N | | |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BILL TO:
DELPHI CORPORATION
3000 UNIVERSITY DR
ACCOUNTS PAYABLE
AUBURN HILLS, MI 48326
UNITED STATES

SHIP TO:
DELPHI ENERGY & ENGINE
GENERAL MOTORS CORPORATION
1000 LEXINGTON AVENUE
ROCHESTER, NY 14606
UNITED STATES

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| ATT: MIKE BUDA | | 40020492 | 3886901 | | S4019344 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | LAGRANGE, GA | UPSF | 40020492 | 40020492 | |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 17108935 | 40SR0034-A0 | | 30000 | 0.0493 | EA | 1,479.00 |
| | PO: ATT: MIKE BUDA | SO: S4019344 | | | | | |
| | | SEAL RING | | | | | |
| | | 17108935 DELPHI F204 | | | | | |

ATTENTION MIKE BUDA

```
Non-Taxable:         1,479.00    Currency: USD      Line Total:    1,479.00
    Taxable:             0.00              0.00%    Discount:          0.00
   Tax Date: 09/25/09                                   :              0.00
                                                        :              0.00
                                                        :              0.00
   1    0.00%    2    0.00%    3    0.00%    Total Tax:              0.00
        0.00          0.00          0.00        Total:            1,479.00
        0.00          0.00          0.00
```

**DISCLAIMER OF WARRANTIES:** There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. **LIMITATION OF LIABILITY:** Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 10/20/09 | 40021291 | MNS2  2N | | |

**SOLD FROM:** FREUDENBERG-NOK
1618 LUKKEN IND. DRIVE WEST
LAGRANGE, GA 30240

**PLEASE REMIT TO:** FREUDENBERG-NOK
BOX 73229
CHICAGO, IL 60673

Pg: 1

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**BILL TO:**
DELPHI CORPORATION
3000 UNIVERSITY DR
ACCOUNTS PAYABLE
AUBURN HILLS, MI 48326
UNITED STATES

**SHIP TO:**
DELPHI E & C JUAREZ
EPDC JM01 CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
UNITED STATES

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| See Below | | 40021291 | 3886901 | | S4017187 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | LAGRANGE, GA | FEDX1 | 40021291 | 40021291 | |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|

```
<150LBS. FEDEX GROUND COLLECT SCAC CODE: FDEG
>150LBS. CENTRAL TRANSPORT SCAC CODE: CTII

CONSIGNEE (BOL) & FREIGHT LABEL ADDRESS:
DELPHI PT - 35021 KELLY EL PASO TX
c/o NA MWXD CINNCINNATI - X - DOCK
6380 CENTRE PARK DRIVE
WEST CHESTER, OH 45069

BILL TO: DELPHI PT, 35021, JUAREZ, CH
TRENDSET, INC. PO BOX 1208 MAULDIN SC 29662
SEND PACKING LIST AND TRACKING INFO TO: claudia.c.gonzalez@delphi.com

3 28091308          40SR0771-E0                       30000    0.0675 EA    2,025.00
  PO: 0550201631                  SO: S4017187
                                  EXTERNAL O-RING
                                  28091308    DELPHI
         Authorization Number    Pegged Qty  UM   Date
         -------------------     ----------- --   ----
         0550201631                30,000.0 EA   10/20/09

4 28099375          40SR0772-E0                       10000    0.0414 EA      414.00
  PO: 0550201632                  SO: S4017187
                                  INTERNAL O-RING
                                  28099375    DELPHI
         Authorization Number    Pegged Qty  UM   Date
         -------------------     ----------- --   ----
         0550201632                10,000.0 EA   10/20/09
```

DISCLAIMER OF WARRANTIES: There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. LIMITATION OF LIABILITY: Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



| | | | | | PLEASE REMIT TO: | Pg: 2 |
|---|---|---|---|---|---|---|

**SOLD FROM:** FREUDENBERG-NOK, 1618 LUKKEN IND. DRIVE WEST, LAGRANGE, GA 30240

**PLEASE REMIT TO:** FREUDENBERG-NOK, BOX 73229, CHICAGO, IL 60673

| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 10/20/09 | 40021291 | MNS2  2N | | |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**BILL TO:**
DELPHI CORPORATION
3000 UNIVERSITY DR
ACCOUNTS PAYABLE
AUBURN HILLS, MI 48326
UNITED STATES

**SHIP TO:**
DELPHI E & C JUAREZ
EPDC JM01 CISCO 35021
32 CELERITY WAGON
EL PASO, TX 79906
UNITED STATES

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| See Below | | 40021291 | 3886901 | | S4017187 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | LAGRANGE, GA | FEDX1 | 40021291 | 40021291 | |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

```
Non-Taxable:        2,439.00    Currency: USD        Line Total:      2,439.00
    Taxable:            0.00              0.00%       Discount:           0.00
 Tax Date: 10/20/09                                        :              0.00
                                                           :              0.00
                                                           :              0.00
    1    0.00%    2    0.00%    3    0.00%       Total Tax:              0.00
         0.00          0.00          0.00            Total:           2,439.00
         0.00          0.00          0.00
```

**DISCLAIMER OF WARRANTIES:** There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. **LIMITATION OF LIABILITY:** Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



**Freudenberg-NOK**
SOLD FROM: Freudenberg-NOK, 47690 East Anchor Court, Plymouth, MI 48170

PLEASE REMIT TO: FREUDENBERG-NOK GEN PRTNSHI, BOX 73229, CHICAGO, IL 60673

Pg: 1

| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 02/23/09 | 10024522 | MNS2  2N | | |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BILL TO:
DELPHI ENERGY & CHASSIS
5820 DELPHI DR.
TROY, MI UNITED STATES 48098

SHIP TO:
DELPHI AHG LOS PINOS CROSS
DOCK    HU01CHI
32 CELERITY WAGON ST
EL PASO, TX UNITED STATES 79906

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| 0550188993 | | 10024522 | 3883800 | | S1019060 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | BRISTOL, NH | UPS1 | 10024522 | SHPD 2/20/09 | |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|

PLEASE NOTE DUNS NUMBER 800002151 ON BOL AND PACKING SLIP
SHIPMENTS UPS GROUND ACCOUNT # 7043533283
ATTN: JUAN SAAVEDRA AND TACHO CHAVEZ

| 4 | 22240206 | 1002424387202 | | 1500 | 0.4325 | EA | 648.75 |

    PO: 0550188993              SO: S1019060
                                WIPER SEAL
       Authorization Number     Pegged Qty  UM  Date
       -----------------------  ----------  --  ----
       0550188993                  1,500.0  EA  02/20/09

Non-Taxable:       648.75    Currency: USD         Line Total:    648.75
    Taxable:         0.00               0.00%      Discount:        0.00
   Tax Date: 02/23/09                                     :         0.00
                                                          :         0.00
                                                          :         0.00
    1      0.00%    2    0.00%    3    0.00%   Total Tax:          0.00
           0.00          0.00          0.00    Total:            648.75
           0.00          0.00          0.00

**DISCLAIMER OF WARRANTIES**: There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. LIMITATION OF LIABILITY: Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



| | | | | | | |
|---|---|---|---|---|---|---|
| **Freudenberg NOK** | **SOLD FROM:** FREUDENBERG-NOK SEALS DIVISION / CLEVELAND ONE NOK DRIVE CLEVELAND, GA 30528 | | **PLEASE REMIT TO:** FREUDENBERG-NOK BOX 73229 CHICAGO, IL 60673 | | | Pg: 1 |

| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. | WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF. |
|---|---|---|---|---|---|
| 07/09/09 | 41025086 | MNS2    2N | | | |

| BILL TO | SHIP TO |
|---|---|
| DELPHI ENERGY & CHASSIS 5820 DELPHI DR. TROY, MI 48098 UNITED STATES | DELPHI AHG-3010-KELLY EL PASO TX C/O NA MWXD CINCINNATI -= X-DOCK 6380 CENTRE PART DRIVE WEST CHESTER, OH 45069 |

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| 550286645 | NGP | 41025086 | 3883800 | | S4116108 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | CLEVELAND, G | fdeg | 41025086 | 41025086 | |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 22240206 PO: 550286645 | 4143872-02 SO: S4116108 WIPER SEAL | | 10500 | 0.4325 | EA | 4,541.25 |

```
Non-Taxable:         4,541.25    Currency: USD        Line Total:      4,541.25
    Taxable:             0.00              0.00%      Discount:            0.00
  Tax Date: 07/09/09                                         :            0.00
                                                             :            0.00
                                                             :            0.00
     1      0.00%    2    0.00%   3    0.00%         Total Tax:           0.00
            0.00          0.00        0.00              Total:        4,541.25
            0.00          0.00        0.00
```

**DISCLAIMER OF WARRANTIES:** There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. **LIMITATION OF LIABILITY:** Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 08/19/09 | 41026867 | MNS2  2N | | |

**SOLD FROM:** FREUDENBERG-NOK / SEALS DIVISION / CLEVELAND / ONE NOK DRIVE / CLEVELAND, GA 30528

**PLEASE REMIT TO:** FREUDENBERG-NOK / BOX 73229 / CHICAGO, IL 60673

Pg: 1

**BILL TO:** DELPHI ENERGY & CHASSIS / 5820 DELPHI DR. / TROY, MI 48098 / UNITED STATES

**SHIP TO:** DELPHI AHG-3010-KELLY EL PASO TX C/O NA MWXD / CINCINNATI -= X-DOCK / 6380 CENTRE PART DRIVE / WEST CHESTER, OH 45069

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| 550286645 | NGP | 41026867 | 3883800 | | S4116108 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | CLEVELAND, G | fedx | 41026867 | 41026867 | |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|

Dunns: 199632803

| 2 | 26005161 | 4132370-04 | | 2000 | 0.263 | EA | 526.00 |

PO: 550286645    SO: S4116108
DELPHI POWER STEERING
SEAL 26005161

---

Non-Taxable:       526.00    Currency: USD         Line Total:    526.00
    Taxable:         0.00              0.00%       Discount:        0.00
    Tax Date: 08/19/09                             :                0.00
                                                   :                0.00
                                                   :                0.00
    1    0.00%    2    0.00%    3    0.00%    Total Tax:           0.00
         0.00         0.00         0.00       Total:             526.00
         0.00         0.00         0.00

**DISCLAIMER OF WARRANTIES:** There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. **LIMITATION OF LIABILITY:** Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE



| INVOICE DATE | INVOICE NO. | TERMS | PROV. SALES TAX | DUNS NO. |
|---|---|---|---|---|
| 10/12/09 | 31013297 | MNS2    2N | | |

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**BILL TO:**
DELPHI T
PO BOX 6040
C/O DATA 2 LOGISTICS
37040, JUAREZ, CHIH
GRAND BLANC, MI 48480-6040

**SHIP TO:**
DELPHI T
37040, JUAREZ, CHIH
C/O DATA 2 LOGISTICS
PO BOX 6040
GRAND BLANC, MI 48480-6040

| CUSTOMER'S PURCHASE ORDER | SUPPLIER CODE | ASN ID | CUSTOMER CODE | SALES | OUR ORDER NO. |
|---|---|---|---|---|---|
| 150294 | | 31013297 | 3886913 | | S3112680 |

| STATUS | F.O.B. | SHIP VIA | PACKING LIST NO. | BILL OF LADING | GEOGRAPHIC CODE |
|---|---|---|---|---|---|
| | FINDLAY, OHI | | 31013297 | 31013297 | 0222 |

| ITEM | CUSTOMER PART NO./REF. | OUR PART NO. | FORMULA | QUANTITY | PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | PO: 150294 | 6572060  TOOLING  SO: S3112680  Item Not In Inventory | | 1 | 9000.00 | EA | 9,000.00 |

```
Non-Taxable:         9,000.00    Currency: USD        Line Total:        9,000.00
   Taxable:              0.00              0.00%      Discount:              0.00
Tax Date: 10/12/09                                    :                      0.00
                                                      :                      0.00
                                                      :                      0.00
  1    0.00%    2    0.00%    3    0.00%   Total Tax:                      0.00
         0.00          0.00          0.00   Total:                      9,000.00
         0.00          0.00          0.00
```

DISCLAIMER OF WARRANTIES: There are no warranties which extend beyond the description on the face hereof. Unless endorsed hereon in writing all other warranties or guarantees, whether express or implied, including, but not limited to, warranties of merchantability or fitness for a particular purpose, are without authority from Freudenberg-NOK General Partnership and are hereby disclaimed by it. LIMITATION OF LIABILITY: Freudenberg-NOK General Partnership guarantees that any product of its manufacture, which upon examination is found by a Freudenberg-NOK General Partnership representative to be defective either in workmanship or material whereby it is not suitable under proper usage and service for the purpose for which designed, will be replaced free of charge including transportation charges but excluding the cost of installation. This shall be the maximum liability of Freudenberg-NOK General Partnership for all claims whether in tort, contract or otherwise.

ORIGINAL INVOICE