**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
In re:                                              Chapter 11
                                                    Case No. 05-44481 (rdd)
Delphi Corporation., *et al.*                       Jointly Administered

                        Debtors
-------------------------------------------------x

# CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED FEBRUARY 11, 2010, [DOCKET NO. 19416], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Copies of Certain Agreements Resolving the Remaining Objections of Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Corporation, and Toyota Motor Sales, U.S.A., Inc.**