# EXHIBIT A

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 902453 | **Administrative Expense Claim Form** |
|---|---|

| Debtor against which claim is asserted: | Case Name and Number |
|---|---|
| Delphi Corporation, *et al.* 05-44481<br>Delphi Automotive Systems LLC 05-44640 | In re Delphi Corporation, *et al.* 05-44481<br>Chapter 11, Jointly Administered |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

Name of Creditor
*(the person or other entity to whom the debtor owes money or property)*

Cooper-Standard Automotive FHS Inc.
Name and Address Where Notices Should be Sent

c/o Ralph E. McDowell
Bodman LLP, 1901 St. Antoine, 6th Floor at Ford Field
Detroit, Michigan 48226

Telephone No. (313) 393-7592

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces
☐ amends a previously filed claim, dated _____

1. BASIS FOR CLAIM
   X  Goods sold
   ☐  Services performed
   ☐  Money loaned
   ☐  Personal injury/Wrongful death
   ☐  Taxes
   ☐  Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
     Your social security number _____
     Unpaid compensation for services performed
     from _____ to _____
          (date)              (date)

2. DATE DEBT WAS INCURRED
   Various dates

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 96,363.86
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date
July 14, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*/s/ Ralph E. McDowell*
Ralph E. McDowell, counsel for Cooper-Standard Automotive FHS Inc.

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 902453 | **Administrative Expense Claim Form** | |
|---|---|---|
| **Debtor against which claim is asserted:**<br>Delphi Corporation, *et al.* 05-44481<br>Delphi Automotive Systems LLC 05-44640 | **Case Name and Number**<br>In re Delphi Corporation, *et al.* 05-44481<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(the person or other entity to whom the debtor owes money or property)*<br><br>Cooper-Standard Automotive Inc.<br>Name and Address Where Notices Should be Sent<br><br>c/o Ralph E. McDowell<br>Bodman LLP, 1901 St. Antoine, 6th Floor at Ford Field<br>Detroit, Michigan 48226<br><br>Telephone No. (313) 393-7592 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated _____ | |

1. **BASIS FOR CLAIM**
   - X  Goods sold
   - ☐  Services performed
   - ☐  Money loaned
   - ☐  Personal injury/Wrongful death
   - ☐  Taxes
   - ☐  Other (Describe briefly)

   - ☐  Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐  Wages, salaries, and compensation (Fill out below)
       Your social security number _____
       Unpaid compensation for services performed
       from _____ to _____
              (date)                       (date)

2. DATE DEBT WAS INCURRED
   Various dates

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 53,023.49
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):

6. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>July 14, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*/s/ Ralph E. McDowell*<br>Ralph E. McDowell, counsel for Cooper-Standard Automotive Inc. | |