# EXHIBIT C

EXHIBIT C

**COOPER STANDARD**
CSA AUTOMOTIVE

Delphi / US
Detailed Aging as of 02-01-10

| Invoice Date | Document Number | Customer P.O. | Reference | BOL Number | Open Amount | Due Date | Days Past Due | Customer Number | Ship To Location |
|---|---|---|---|---|---|---|---|---|---|
| 7/21/2006 | 12231325 | PO # 450311063 | TOOL CHARGE | 12231325 | 750.00 | 7/21/2006 | 1291 | | Troy, MI - 1401 |
| 7/21/2006 | 12231325 | PO # 450311063 | TOOL CHARGE | 12231325 | 500.00 | 7/21/2006 | 1291 | | Troy, MI - 1401 |
| 9/19/2006 | 33041498 | | | 33041498 | 249.60 | 11/2/2006 | 1187 | | Lockport, NY - J201 |
| 9/19/2006 | 33041498 | | | 33041498 | 250.80 | 11/2/2006 | 1187 | | Lockport, NY - J201 |
| 10/3/2006 | 15414868 | 550131401 | 25381067 | 157225 | 338.00 | 10/3/2006 | 1217 | | Flint, MI - E101 |
| 10/11/2006 | 39358591 | | 52477279 | 39358591 | 3,094.28 | 12/2/2006 | 1157 | | El Paso, TX - Rio Bravo |
| 2/7/2007 | 33043355 | | | 33043355 | 179.60 | 4/2/2007 | 1036 | | Chihuahua, MEX |
| 2/7/2007 | 33043355 | | | 33043355 | 187.60 | 4/2/2007 | 1036 | | Chihuahua, MEX |
| 3/6/2007 | 33043760 | | | 33043760 | 600.00 | 5/2/2007 | 1006 | | Lockport, NY - J201 |
| 3/6/2007 | 33043760 | | | 33043760 | 600.00 | 5/2/2007 | 1006 | | Lockport, NY - J201 |
| 4/24/2007 | 39360760 | | 52408639 | 39360760 | 2,528.90 | 6/2/2007 | 975 | | El Paso, TX - Rio Bravo |
| 4/24/2007 | 39360760 | | 52409082 | 39360760 | 1,003.20 | 6/2/2007 | 975 | | El Paso, TX - Rio Bravo |
| 4/24/2007 | 39360760 | | 52409083 | 39360760 | 1,026.00 | 6/2/2007 | 975 | | El Paso, TX - Rio Bravo |
| 4/30/2007 | 29075592 | | 25028403 | 29075591 | 1,463.00 | 6/2/2007 | 975 | | Flint, MI - E101 |
| 4/30/2007 | 39360842 | | 25358061 | 39360842 | 8,267.81 | 6/2/2007 | 975 | | Rochester, NY - E401 |
| 4/30/2007 | 39360842 | | 25358062 | 39360842 | 4,955.26 | 6/2/2007 | 975 | | Rochester, NY - E401 |
| 5/7/2007 | 32072453 | | 25028660 | 32072453 | 866.60 | 7/2/2007 | 945 | | Flint, MI - E101 |
| 6/8/2007 | 29076603 | | 25369648 | 29076603 | 1,177.20 | 8/2/2007 | 914 | | El Paso, TX - HT01 |
| 6/29/2007 | 33045310 | 450520812 | | 33045310 | 200.00 | 8/2/2007 | 914 | | Lockport, NY - J201 |
| 7/20/2007 | 33045520 | 450532081 | | 33045520 | 800.00 | 9/2/2007 | 883 | | Lockport, NY - J201 |
| 10/3/2007 | 33046403 | 450578989 | | 33046403 | 600.00 | 12/2/2007 | 792 | | Lockport, NY - J201 |
| 10/3/2007 | 33046403 | 450578989 | | 33046403 | 600.00 | 12/2/2007 | 792 | | Lockport, NY - J201 |
| 12/10/2007 | 33046950 | 0450613592 | | 33046950 | 183.30 | 1/24/2008 | 739 | | El Paso, TX - HT02 |
| 12/20/2007 | 31003196 | 450258288 | | | 950.00 | 2/3/2008 | 729 | | Tooling - PO # 450258288 |
| 12/20/2007 | 56204722 | 0450621094 | 814553 | 56204722 | 250.00 | 2/3/2008 | 729 | | El Paso, TX - HT02 |
| 1/8/2008 | 33047110 | 450637015 | | 33047110 | 400.00 | 2/22/2008 | 710 | | Lockport, NY - J201 |
| 1/10/2008 | 33047134 | 450637015 | | 33047134 | 600.00 | 2/24/2008 | 708 | | Lockport, NY - J201 |
| 1/29/2008 | 39363934 | 0550128170 | 52408639 | 39363934 | 2,839.33 | 3/14/2008 | 689 | | El Paso, TX - Rio Bravo |
| 1/29/2008 | 39363934 | 0550128170 | 52409082 | 39363934 | 1,111.88 | 3/14/2008 | 689 | | El Paso, TX - Rio Bravo |
| 1/29/2008 | 39363934 | 0550128170 | 52409083 | 39363934 | 1,299.52 | 3/14/2008 | 689 | | El Paso, TX - Rio Bravo |
| 1/31/2008 | 54201227 | 550038229 | 25342998 | 54201227 | 2,320.00 | 3/16/2008 | 687 | | Flint, MI - E101 |
| 2/5/2008 | 39364013 | 0550137288 | OC | 39364013 | 2,310.00 | 3/21/2008 | 682 | | El Paso, TX - Rio Bravo |
| 2/22/2008 | 39364239 | 0550128170 | 52408639 | 39364239 | 2,839.33 | 4/7/2008 | 665 | | El Paso, TX - Rio Bravo |
| 2/22/2008 | 39364239 | 0550128170 | 52409082 | 39364239 | 635.36 | 4/7/2008 | 665 | | El Paso, TX - Rio Bravo |
| 2/22/2008 | 39364239 | 0550128170 | 52409083 | 39364239 | 649.76 | 4/7/2008 | 665 | | El Paso, TX - Rio Bravo |
| 2/28/2008 | 58200718 | 0550057886 | 25369647 | 58200718 | 1,350.45 | 4/13/2008 | 659 | | El Paso, TX - HT01 |
| 2/29/2008 | 58200984 | 0550057886 | 25369647 | 58200984 | 1,350.45 | 4/14/2008 | 658 | | El Paso, TX - HT01 |
| 2/29/2008 | 58200984 | 0550057887 | 25369648 | 58200984 | 1,177.20 | 4/14/2008 | 658 | | El Paso, TX - HT01 |
| 3/19/2008 | 19241 | 450674396 | | 19241 | 1,750.00 | 5/2/2008 | 640 | | W Henrietta, NY - 5500 |
| 3/19/2008 | 39364541 | 0550147888 | 28070447 | 39364541 | 2,155.20 | 5/3/2008 | 639 | | Chihuahua - JU01 |
| 3/19/2008 | 39364541 | 0550166713 | 28106107 | 39364541 | 3,602.30 | 5/3/2008 | 639 | | Chihuahua - JU01 |
| 4/29/2008 | 52200235 | 0550147888 | 28070447 | 52200235 | 2,155.20 | 6/13/2008 | 598 | | Chihuahua - JU01 |
| 4/29/2008 | 52200235 | 0550166713 | 28106107 | 52200235 | 4,052.59 | 6/13/2008 | 598 | | Chihuahua - JU01 |
| 4/30/2008 | 52200286 | 0550147888 | 28070447 | 52200286 | 2,801.76 | 6/14/2008 | 597 | | Chihuahua - JU01 |
| 4/30/2008 | 52200286 | 0550166713 | 28106107 | 52200286 | 2,251.44 | 6/14/2008 | 597 | | Chihuahua - JU01 |
| 5/23/2008 | 52200714 | 0550147888 | 28070447 | 52200714 | 2,801.76 | 7/7/2008 | 574 | | Chihuahua - JU01 |
| 5/23/2008 | 52200714 | 0550166713 | 28106107 | 52200714 | 4,502.88 | 7/7/2008 | 574 | | Chihuahua - JU01 |
| 5/30/2008 | 32079292 | 0550218893 | 13631356 | 32079292 | 685.80 | 7/14/2008 | 567 | | Laredo, TX - FW81 |
| 7/10/2008 | 51200831 | 550199224 | 13637575 | 51200831 | 168.00 | 8/24/2008 | 526 | | Laredo, TX - 60502 |
| 7/16/2008 | 51200906 | 550199224 | 13637575 | 51200906 | 333.90 | 8/30/2008 | 520 | | Laredo, TX - 60502 |
| 7/18/2008 | 51200946 | 550218893 | 13631356 | 51200946 | 2,286.00 | 9/1/2008 | 518 | | Laredo, TX - 60502 |
| 7/18/2008 | 51200946 | 550199224 | 13637575 | 51200946 | 667.80 | 9/1/2008 | 518 | | Laredo, TX - 60502 |
| 7/23/2008 | 51201030 | 0550009902 | 25331617 | 51201030 | 538.50 | 9/6/2008 | 513 | | El Paso, TX - HT01 |
| 8/6/2008 | 51201158 | PEDP8570019 | 15451823 | 51201158 | 1,631.00 | 9/20/2008 | 499 | | Enpalme Sonora - 5300 |
| 8/8/2008 | 51201392 | 0550009898 | 25341996 | 51201392 | 728.09 | 9/22/2008 | 497 | | El Paso, TX - HT01 |
| 8/13/2008 | 51201466 | 0550009902 | 25331617 | 51201466 | 538.60 | 9/27/2008 | 492 | | El Paso, TX - HT01 |
| 8/13/2008 | 54900003 | PO# 450613593    254 | OOL    ATP#27-351 | 54900003 | 800.00 | 9/27/2008 | 492 | | El Paso, Tx - DLPHJU |
| 8/25/2008 | 51201700 | 550218893 | 13606747 | 51201700 | 264.75 | 10/9/2008 | 480 | | Laredo, TX - 60502 |
| 9/15/2008 | 51202189 | 550199224 | 13637575 | 51202189 | 333.90 | 11/2/2008 | 456 | | Laredo, TX - 60502 |
| 10/13/2008 | 52202808 | 0550147888 | 28070447 | 52202808 | 1,293.12 | 12/2/2008 | 426 | | Chihuahua - JU01 |
| 10/13/2008 | 52202808 | 0550166713 | 28106107 | 52202808 | 1,350.86 | 12/2/2008 | 426 | | Chihuahua - JU01 |
| 10/21/2008 | 52202889 | 0550166713 | 28106107 | 52202889 | 450.29 | 12/2/2008 | 426 | | Chihuahua - JU01 |
| 10/27/2008 | 51203078 | 550218893 | 13606747 | 51203078 | 353.00 | 12/2/2008 | 426 | | Laredo, TX - 60502 |
| 10/27/2008 | 51203078 | 550218893 | 13631356 | 51203078 | 4,572.00 | 12/2/2008 | 426 | | Laredo, TX - 60502 |
| 11/11/2008 | 52202978 | 0550147888 | 28070447 | 52202978 | 862.08 | 1/2/2009 | 395 | | Chihuahua - JU01 |
| 11/11/2008 | 52202978 | 0550166713 | 28106107 | 52202978 | 2,251.44 | 1/2/2009 | 395 | | Chihuahua - JU01 |
| 11/11/2008 | 52203047 | 0550147888 | 28070447 | 52203047 | 1,293.12 | 1/2/2009 | 395 | | Chihuahua - JU01 |
| 12/12/2008 | 56208731 | | 28163592 | 56208731 | 600.00 | 2/2/2009 | 364 | | Chihuahua, MEX - ECCH1H |
| 12/12/2008 | 56208731 | 550254411 | FREIGHT CHARGE | 56208731 | 179.75 | 2/2/2009 | 364 | | Chihuahua, MEX - ECCH1H |
| 1/26/2009 | 51204412 | 550218893 | 13606747 | 51204412 | 88.25 | 3/2/2009 | 336 | | Laredo, TX - 60502 |
| 2/17/2009 | 52203788 | 450804263 | | 52203788 | 500.00 | 4/2/2009 | 305 | | Lockport, NY - J201 |
| 2/27/2009 | 51203855 | 0550146583 | 16252841 | 51203855 | 714.00 | 4/2/2009 | 305 | | Los Indios, TX - DA31 |
| 2/27/2009 | 51203869 | 0550146583 | 16252841 | 51203869 | 238.00 | 4/2/2009 | 305 | | Los Indios, TX - DA31 |
| 2/27/2009 | 56209251 | 450849313 | 33584 | 56209251 | 243.25 | 4/2/2009 | 305 | | Laredo, TX - HINOJ |

**COOPER STANDARD**
AUTOMOTIVE

Delphi / US
Detailed Aging as of 02-01-10

| Invoice Date | Document Number | Customer P.O. | Reference | BOL Number | Open Amount | Due Date | Days Past Due | Customer Number | Ship To Location |
|---|---|---|---|---|---|---|---|---|---|
| 2/27/2009 | 56209251 | 450849313 | 33698 | 56209251 | 371.28 | 4/2/2009 | 305 | | Laredo, TX - HINOJ |
| 3/25/2009 | 51205401 | 550218893 | 13606747 | 51205401 | 88.25 | 5/2/2009 | 275 | | Laredo, TX - 60502 |
| 4/2/2009 | 58900078 | PO # 450505831    258 | ATP # 45994 | 58900078 | 17,500.00 | 6/2/2009 | 244 | | Tooling - PO # 450505831 |
| 4/13/2009 | 51205778 | 550218893 | 13606747 | 51205778 | 88.25 | 6/2/2009 | 244 | | Laredo, TX - 60502 |
| 4/13/2009 | 51205778 | 550218893 | 13631356 | 51205778 | 1,143.00 | 6/2/2009 | 244 | | Laredo, TX - 60502 |
| 4/27/2009 | 58217178 | 0550057886 | 25369647 | 58217178 | 1,350.45 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/27/2009 | 58217178 | 0550057887 | 25369648 | 58217178 | 1,177.20 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/28/2009 | 52204520 | 0550128060 | 25358060 | 52204520 | 3,822.53 | 6/2/2009 | 244 | | Rochester, NY - E401 |
| 4/28/2009 | 52204520 | 0550128062 | 25358062 | 52204520 | 4,144.32 | 6/2/2009 | 244 | | Rochester, NY - E401 |
| 4/28/2009 | 56209703 | 550254411 | 28163592 | 56209703 | 600.00 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/28/2009 | 58217229 | 0550057886 | 25369647 | 58217229 | 675.23 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/28/2009 | 58217229 | 0550057887 | 25369648 | 58217229 | 121.64 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/29/2009 | 51206115 | 0550009902 | 25331617 | 51206115 | 539.80 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/29/2009 | 56209709 | 0550005022 | 25331616 | 56209709 | 572.20 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/29/2009 | 58217271 | 0550057886 | 25369647 | 58217271 | 1,350.45 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/29/2009 | 58217271 | 0550057887 | 25369648 | 58217271 | 1,177.20 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/30/2009 | 51206157 | 0550009902 | 25331617 | 51206157 | 1,079.60 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 4/30/2009 | 56209717 | 0550005022 | 25331616 | 56209717 | 1,144.40 | 6/2/2009 | 244 | | El Paso, TX - HT01 |
| 5/1/2009 | 51206180 | 550199224 | 13637575 | 51206180 | 333.90 | 7/2/2009 | 214 | | Laredo, TX - 60502 |
| 5/1/2009 | 58217339 | 0550057887 | 25369648 | 58217339 | 1,177.20 | 7/2/2009 | 214 | | El Paso, TX - HT01 |
| 5/6/2009 | 51206235 | 0550009902 | 25331617 | 51206235 | 539.80 | 7/2/2009 | 214 | | Laredo, TX - 60502 |
| 5/11/2009 | 56209797 | 0550005022 | 25331616 | 56209797 | 572.20 | 7/2/2009 | 214 | | El Paso, TX - HT01 |
| 5/26/2009 | 51206611 | 550199224 | 13637575 | 51206611 | 333.90 | 7/2/2009 | 214 | | El Paso, TX - HT01 |
| 5/27/2009 | 52204720 | 0550128169 | 52402883 | 52204720 | 334.97 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/27/2009 | 52204720 | 0550128169 | 52405392 | 52204720 | 111.89 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/27/2009 | 52204720 | 0550128169 | 52414844 | 52204720 | 197.01 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/27/2009 | 52204720 | 0550128169 | 52414845 | 52204720 | 1,147.68 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/27/2009 | 52204720 | 0550279871 | 52494583 | 52204720 | 3,976.56 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/28/2009 | 52204727 | 0550128169 | 52402883 | 52204727 | 334.97 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/28/2009 | 52204727 | 0550128161 | 52403016 | 52204727 | 8,169.12 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/28/2009 | 52204727 | 0550128169 | 52405392 | 52204727 | 111.89 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/28/2009 | 52204727 | 0550128169 | 52414845 | 52204727 | 1,004.22 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/29/2009 | 52204735 | 0550128169 | 52402883 | 52204735 | 382.82 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/29/2009 | 52204735 | 0550128161 | 52403016 | 52204735 | 4,084.56 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/29/2009 | 52204735 | 0550128169 | 52405392 | 52204735 | 111.89 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/29/2009 | 52204735 | 0550128169 | 52414844 | 52204735 | 197.01 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 5/29/2009 | 52204735 | 0550128169 | 52414845 | 52204735 | 1,004.22 | 7/2/2009 | 214 | | Lockport, NY - J201 |
| 6/1/2009 | 52204749 | 0550128169 | 52402883 | 52204749 | 334.97 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/1/2009 | 52204749 | 0550128169 | 52405392 | 52204749 | 111.89 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/1/2009 | 52204749 | 0550128169 | 52414844 | 52204749 | 197.01 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/1/2009 | 52204749 | 0550128169 | 52414845 | 52204749 | 1,147.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/1/2009 | 52204749 | 0550279871 | 52494583 | 52204749 | 3,976.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/2/2009 | 52204737 | 0550137288 | 52403010 | 52204737 | 761.32 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204737 | 0550137288 | 52403022 | 52204737 | 198.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204738 | 0550128159 | 52486957 | 52204738 | 41.54 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204759 | 0550128169 | 52402883 | 52204759 | 765.65 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/2/2009 | 52204759 | 0550128161 | 52403016 | 52204759 | 4,084.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/2/2009 | 52204759 | 0550128169 | 52414845 | 52204759 | 2,295.36 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/2/2009 | 52204759 | 0550279871 | 52494223 | 52204759 | 4,001.83 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/2/2009 | 52204760 | 0550128158 | 52484739 | 52204760 | 362.47 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204761 | 0550137288 | 52403010 | 52204761 | 1,141.98 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204761 | 0550137288 | 52403022 | 52204761 | 1,980.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204761 | 0550137288 | 52406330 | 52204761 | 1,306.50 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204761 | 0550137288 | 52411394 | 52204761 | 969.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/2/2009 | 52204761 | 0550137288 | 52412622 | 52204761 | 780.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/3/2009 | 52204769 | 0550128169 | 52402883 | 52204769 | 382.82 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/3/2009 | 52204769 | 0550128161 | 52403016 | 52204769 | 4,084.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/3/2009 | 52204769 | 0550128169 | 52414845 | 52204769 | 1,147.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/4/2009 | 52204777 | 0550128169 | 52402883 | 52204777 | 382.82 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/4/2009 | 52204777 | 0550128161 | 52403016 | 52204777 | 4,084.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/4/2009 | 52204777 | 0550128169 | 52414845 | 52204777 | 1,147.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/4/2009 | 52204777 | 0550279871 | 52481835 | 52204777 | 1,274.84 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/4/2009 | 52204777 | 0550279871 | 52494583 | 52204777 | 3,976.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/4/2009 | 52204778 | 0550137288 | 52403010 | 52204778 | 2,093.63 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/4/2009 | 52204778 | 0550137288 | 52403022 | 52204778 | 1,485.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/4/2009 | 52204778 | 0550137288 | 52406330 | 52204778 | 603.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/4/2009 | 52204778 | 0550137288 | 52411394 | 52204778 | 765.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/4/2009 | 52204778 | 0550137288 | 52412622 | 52204778 | 585.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/4/2009 | 52204782 | 0550128159 | 52486957 | 52204782 | 145.39 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/5/2009 | 52204786 | 0550128169 | 52402883 | 52204786 | 382.82 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/5/2009 | 52204786 | 0550128161 | 52403016 | 52204786 | 4,084.56 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/5/2009 | 52204786 | 0550128169 | 52414845 | 52204786 | 1,147.68 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/8/2009 | 52204794 | 0550128169 | 52402883 | 52204794 | 382.82 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/8/2009 | 52204794 | 0550128161 | 52403016 | 52204794 | 4,084.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |

**COOPER STANDARD AUTOMOTIVE**

Delphi / US
Detailed Aging as of 02-01-10

| Invoice Date | Document Number | Customer P.O. | Reference | BOL Number | Open Amount | Due Date | Days Past Due | Customer Number | Ship To Location |
|---|---|---|---|---|---|---|---|---|---|
| 6/8/2009 | 52204794 | 0550128169 | 52414845 | 52204794 | 1,147.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/8/2009 | 52204794 | 0550234480 | 52458579 | 52204794 | 105.15 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/9/2009 | 52204802 | 0550128161 | 52403016 | 52204802 | 8,169.12 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/9/2009 | 52204802 | 0550279871 | 52494583 | 52204802 | 3,976.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/9/2009 | 52204804 | 0550137288 | 52403010 | 52204804 | 1,903.30 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/9/2009 | 52204804 | 0550137288 | 52403022 | 52204804 | 1,980.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/9/2009 | 52204804 | 0550137288 | 52411394 | 52204804 | 1,020.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/9/2009 | 52204804 | 0550137288 | 52412622 | 52204804 | 780.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/9/2009 | 52204805 | 0550128159 | 52486957 | 52204805 | 311.55 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/10/2009 | 52204809 | 0550128169 | 52402883 | 52204809 | 430.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/10/2009 | 52204809 | 0550128169 | 52414845 | 52204809 | 1,147.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/10/2009 | 52204809 | 0550234480 | 52458579 | 52204809 | 52.58 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/10/2009 | 52204809 | 0550279871 | 52481835 | 52204809 | 318.71 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/11/2009 | 52204821 | 0550128169 | 52402883 | 52204821 | 382.82 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/11/2009 | 52204821 | 0550128161 | 52403016 | 52204821 | 4,084.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/11/2009 | 52204821 | 0550128169 | 52414845 | 52204821 | 1,147.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/11/2009 | 52204821 | 0550234480 | 52458579 | 52204821 | 52.58 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/11/2009 | 52204823 | 0550137288 | 52403010 | 52204823 | 951.65 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/11/2009 | 52204823 | 0550137288 | 52403022 | 52204823 | 1,485.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/11/2009 | 52204823 | 0550137288 | 52411394 | 52204823 | 765.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/11/2009 | 52204823 | 0550137288 | 52412622 | 52204823 | 585.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/12/2009 | 52204831 | 0550128169 | 52402883 | 52204831 | 382.82 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/12/2009 | 52204831 | 0550128169 | 52414845 | 52204831 | 1,147.68 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/12/2009 | 52204831 | 0550234480 | 52458579 | 52204831 | 262.88 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/12/2009 | 52204831 | 0550279871 | 52494223 | 52204831 | 4,001.83 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/12/2009 | 52204831 | 0550279871 | 52494583 | 52204831 | 3,976.56 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/15/2009 | 52204840 | 0550128169 | 52402883 | 52204840 | 574.24 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/15/2009 | 52204840 | 0550128169 | 52414845 | 52204840 | 1,864.98 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/15/2009 | 52204840 | 0550279871 | 52494223 | 52204840 | 1,000.46 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/16/2009 | 52204850 | 0550128169 | 52402883 | 52204850 | 287.12 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/16/2009 | 52204850 | 0550128169 | 52414845 | 52204850 | 860.76 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/16/2009 | 52204852 | 0550137288 | 52403010 | 52204852 | 2,283.96 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/16/2009 | 52204852 | 0550137288 | 52403022 | 52204852 | 2,574.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/16/2009 | 52204852 | 0550137288 | 52406330 | 52204852 | 100.50 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/16/2009 | 52204852 | 0550137288 | 52411394 | 52204852 | 1,326.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/16/2009 | 52204852 | 0550137288 | 52412622 | 52204852 | 1,014.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/17/2009 | 51207158 | 550199224 | 13637575 | 51207158 | 333.90 | 8/2/2009 | 183 | | Laredo, TX - 60502 |
| 6/17/2009 | 52204857 | 0550128169 | 52402883 | 52204857 | 382.82 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/17/2009 | 52204857 | 0550128169 | 52414845 | 52204857 | 1,147.68 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/17/2009 | 52204857 | 0550279871 | 52494583 | 52204857 | 3,976.56 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/18/2009 | 52204867 | 0550128169 | 52402883 | 52204867 | 382.82 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/18/2009 | 52204867 | 0550128169 | 52414845 | 52204867 | 1,004.22 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/18/2009 | 52204867 | 0550279871 | 52494223 | 52204867 | 1,500.69 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/19/2009 | 52204871 | 0550234480 | 52458579 | 52204871 | 262.88 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/23/2009 | 52204887 | 0550279871 | 52494223 | 52204887 | 1,333.94 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/23/2009 | 52204889 | 0550137288 | 52403010 | 52204889 | 3,045.28 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/23/2009 | 52204889 | 0550137288 | 52403022 | 52204889 | 2,673.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/23/2009 | 52204889 | 0550137288 | 52411394 | 52204889 | 1,377.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/23/2009 | 52204889 | 0550137288 | 52412622 | 52204889 | 1,053.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/25/2009 | 52204903 | 0550279871 | 52494223 | 52204903 | 4,001.83 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/25/2009 | 52204904 | 0550137288 | 52403010 | 52204904 | 570.99 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/25/2009 | 52204904 | 0550137288 | 52403022 | 52204904 | 1,089.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/25/2009 | 52204904 | 0550137288 | 52411394 | 52204904 | 510.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/25/2009 | 52204904 | 0550137288 | 52412622 | 52204904 | 390.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/25/2009 | 52204906 | 0550128158 | 52484739 | 52204906 | 383.80 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/25/2009 | 52204906 | 0550128159 | 52486385 | 52204906 | 44.50 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/26/2009 | 52204916 | 0550234480 | 52458579 | 52204916 | 262.88 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/30/2009 | 52204926 | 0550137288 | 52403010 | 52204926 | 2,474.29 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/30/2009 | 52204926 | 0550137288 | 52403022 | 52204926 | 1,386.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/30/2009 | 52204926 | 0550137288 | 52406330 | 52204926 | 603.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/30/2009 | 52204926 | 0550137288 | 52411394 | 52204926 | 714.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/30/2009 | 52204926 | 0550137288 | 52412622 | 52204926 | 546.00 | 8/2/2009 | 183 | | El Paso, TX - J701 |
| 6/30/2009 | 52204928 | 0550128169 | 52414845 | 52204928 | 143.46 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 6/30/2009 | 52204928 | 0550279871 | 52494223 | 52204928 | 4,001.83 | 8/2/2009 | 183 | | Lockport, NY - J201 |
| 7/2/2009 | 52204948 | 0550137288 | 52403010 | 52204948 | 3,235.61 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/2/2009 | 52204948 | 0550137288 | 52403022 | 52204948 | 2,970.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/2/2009 | 52204948 | 0550137288 | 52411394 | 52204948 | 1,530.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/2/2009 | 52204948 | 0550137288 | 52412622 | 52204948 | 1,248.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/6/2009 | 52204966 | 0550234480 | 52458579 | 52204966 | 210.30 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/7/2009 | 52204975 | 0550128169 | 52402883 | 52204975 | 239.27 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/7/2009 | 52204975 | 0550128169 | 52414845 | 52204975 | 573.84 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/7/2009 | 52204977 | 0550137288 | 52403010 | 52204977 | 761.32 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/7/2009 | 52204977 | 0550137288 | 52403022 | 52204977 | 990.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/7/2009 | 52204977 | 0550137288 | 52411394 | 52204977 | 459.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |



**Delphi / US**
**Detailed Aging as of 02-01-10**

| Invoice Date | Document Number | Customer P.O. | Reference | BOL Number | Open Amount | Due Date | Days Past Due | Customer Number | Ship To Location |
|---|---|---|---|---|---|---|---|---|---|
| 7/7/2009 | 52204977 | 0550137288 | 52412622 | 52204977 | 312.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/8/2009 | 52204951 | 0550137288 | 52411394 | 52204951 | 204.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/8/2009 | 52204981 | 0550128169 | 52402883 | 52204981 | 191.41 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/8/2009 | 52204981 | 0550128161 | 52403016 | 52204981 | 4,084.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/8/2009 | 52204981 | 0550128169 | 52414845 | 52204981 | 717.30 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/9/2009 | 52204990 | 0550128169 | 52402883 | 52204990 | 191.41 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/9/2009 | 52204990 | 0550128169 | 52405392 | 52204990 | 111.89 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/9/2009 | 52204990 | 0550128169 | 52414844 | 52204990 | 197.01 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/9/2009 | 52204990 | 0550128169 | 52414845 | 52204990 | 573.84 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/9/2009 | 52204992 | 0550137288 | 52403010 | 52204992 | 761.32 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/9/2009 | 52204992 | 0550137288 | 52403022 | 52204992 | 1,485.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/9/2009 | 52204992 | 0550137288 | 52411394 | 52204992 | 510.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/9/2009 | 52204992 | 0550137288 | 52412622 | 52204992 | 429.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/10/2009 | 52204997 | 0550128169 | 52402883 | 52204997 | 239.27 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/10/2009 | 52204997 | 0550128161 | 52403016 | 52204997 | 4,084.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/10/2009 | 52204997 | 0550128169 | 52414845 | 52204997 | 573.84 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/13/2009 | 52205006 | 0550128169 | 52402883 | 52205006 | 191.41 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/13/2009 | 52205006 | 0550128169 | 52414845 | 52205006 | 717.30 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/13/2009 | 52205006 | 0550128161 | 52494553 | 52205006 | 2,990.52 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/14/2009 | 52205018 | 0550128169 | 52402883 | 52205018 | 382.82 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/14/2009 | 52205018 | 0550128161 | 52403016 | 52205018 | 4,084.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/14/2009 | 52205018 | 0550128169 | 52414845 | 52205018 | 1,004.22 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/14/2009 | 52205019 | 0550128158 | 52484739 | 52205019 | 362.47 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/14/2009 | 52205020 | 0550137288 | 52403010 | 52205020 | 1,712.97 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/14/2009 | 52205020 | 0550137288 | 52403022 | 52205020 | 1,683.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/14/2009 | 52205020 | 0550137288 | 52411394 | 52205020 | 663.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/14/2009 | 52205020 | 0550137288 | 52412622 | 52205020 | 663.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/14/2009 | 52205024 | 0550128169 | 52402883 | 52205024 | 382.82 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/14/2009 | 52205024 | 0550128169 | 52414845 | 52205024 | 1,147.68 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/15/2009 | 52205025 | 0550128159 | 52484168 | 52205025 | 478.64 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/15/2009 | 52205027 | 0550128169 | 52402883 | 52205027 | 334.97 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/15/2009 | 52205027 | 0550128169 | 52414845 | 52205027 | 1,147.68 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/15/2009 | 52205027 | 0550279871 | 52494583 | 52205027 | 3,976.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/16/2009 | 52205049 | 0550128169 | 52402883 | 52205049 | 239.27 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/16/2009 | 52205049 | 0550128161 | 52403016 | 52205049 | 4,084.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/16/2009 | 52205049 | 0550128169 | 52414845 | 52205049 | 430.38 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/16/2009 | 52205051 | 0550137288 | 52403010 | 52205051 | 2,474.29 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/16/2009 | 52205051 | 0550137288 | 52403022 | 52205051 | 2,673.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/16/2009 | 52205051 | 0550137288 | 52411394 | 52205051 | 1,326.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/16/2009 | 52205051 | 0550137288 | 52412622 | 52205051 | 1,014.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/17/2009 | 52205060 | 0550128169 | 52402883 | 52205060 | 334.97 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/17/2009 | 52205060 | 0550128169 | 52414845 | 52205060 | 1,147.68 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/20/2009 | 52205071 | 0550128169 | 52402883 | 52205071 | 382.82 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/20/2009 | 52205071 | 0550128161 | 52403016 | 52205071 | 4,084.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/20/2009 | 52205071 | 0550128169 | 52414845 | 52205071 | 1,004.22 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/20/2009 | 52205071 | 0550279871 | 52494583 | 52205071 | 3,976.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/21/2009 | 52205089 | 0550128169 | 52402883 | 52205089 | 669.94 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/21/2009 | 52205089 | 0550128161 | 52403016 | 52205089 | 4,084.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/21/2009 | 52205089 | 0550128169 | 52414845 | 52205089 | 2,008.44 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/21/2009 | 52205091 | 0550137288 | 52403010 | 52205091 | 1,141.98 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/21/2009 | 52205091 | 0550137288 | 52403022 | 52205091 | 1,089.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/21/2009 | 52205091 | 0550137288 | 52411394 | 52205091 | 561.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/21/2009 | 52205091 | 0550137288 | 52412622 | 52205091 | 468.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/22/2009 | 52205100 | 0550128169 | 52402883 | 52205100 | 334.97 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/22/2009 | 52205100 | 0550128169 | 52414845 | 52205100 | 1,004.22 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/23/2009 | 52205116 | 0550128169 | 52402883 | 52205116 | 334.97 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/23/2009 | 52205116 | 0550128169 | 52414845 | 52205116 | 1,004.22 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/23/2009 | 52205116 | 0550279871 | 52494583 | 52205116 | 3,976.56 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/23/2009 | 52205118 | 0550137288 | 52403010 | 52205118 | 3,045.28 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/23/2009 | 52205118 | 0550137288 | 52403022 | 52205118 | 3,168.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/23/2009 | 52205118 | 0550137288 | 52411394 | 52205118 | 1,581.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/23/2009 | 52205118 | 0550137288 | 52412622 | 52205118 | 1,209.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/23/2009 | 52205122 | 0550128159 | 52484168 | 52205122 | 494.08 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/24/2009 | 52205130 | 0550128169 | 52402883 | 52205130 | 334.97 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/24/2009 | 52205130 | 0550128169 | 52414845 | 52205130 | 1,004.22 | 9/2/2009 | 152 | | Lockport, NY - J201 |
| 7/28/2009 | 52205149 | 0550137288 | 52403010 | 52205149 | 1,712.97 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/28/2009 | 52205149 | 0550137288 | 52403022 | 52205149 | 1,683.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/28/2009 | 52205149 | 0550137288 | 52411394 | 52205149 | 867.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/28/2009 | 52205149 | 0550137288 | 52412622 | 52205149 | 663.00 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/28/2009 | 52205151 | 0550128159 | 52484168 | 52205151 | 231.60 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/31/2009 | 52204991 | 0550279869 | 52487433 | 52204991 | 339.22 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/31/2009 | 52205002 | 0550279869 | 52487434 | 52205002 | 527.04 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/31/2009 | 52205050 | 0550279869 | 52487433 | 52205050 | 183.18 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/31/2009 | 52205090 | 0550279869 | 52487433 | 52205090 | 203.53 | 9/2/2009 | 152 | | El Paso, TX - J701 |

**Delphi / US**
**Detailed Aging as of 02-01-10**

| Invoice Date | Document Number | Customer P.O. | Reference | BOL Number | Open Amount | Due Date | Days Past Due | Customer Number | Ship To Location |
|---|---|---|---|---|---|---|---|---|---|
| 7/31/2009 | 52205090 | 0550279869 | 52487434 | 52205090 | 173.92 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/31/2009 | 52205148 | 0550128158 | 52484739 | 52205148 | 21.32 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/31/2009 | 52205148 | 0550279869 | 52487433 | 52205148 | 976.95 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| 7/31/2009 | 52205148 | 0550279869 | 52487434 | 52205148 | 527.04 | 9/2/2009 | 152 | | El Paso, TX - J701 |
| | | | Total | | $413,966.29 | | | | |