| | |
|---|---|
| CARSON FISCHER, P.L.C.<br>Counsel for Bing Metals Group, LLC.<br>4111 Andover Road, West-2nd Floor<br>Bloomfield Hills, MI  48302<br>(248) 644-4840<br>Patrick J. Kukla (P60465)<br>Email:  pkukla@carsonfischer.com | Hearing date and Time:  February 25, 2010 at 10:00 a.m.<br>Response Date and Time: February 18, 2010 at 4:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                   :

In re:                                           :         Chapter 11
                                                   :         Case No.: 05-44481 (RDD)
DPH HOLDINGS CORP., *et al.*,      :         (Jointly Administered)
                                                 :
       Reorganized Debtors.          :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that papers were served as follows:

| | | |
|---|---|---|
| 1. | Papers Served: | Response of Bing Metals Group, LLC in Opposition to Reorganized Debtors' Forty-Third Omnibus Objection to Claims [Docket No. 19463] |
| 2. | Served Upon: | Honorable Robert D. Drain<br>US Bankruptcy Court for the Southern District of NY<br>300 Quarropas Street, Courtroom 118<br>White Plains, New York 10601<br><br>DPH Holdings Corp.<br>Attn:  President<br>5725 Delphi Drive<br>Troy, Michigan  48098<br><br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn:  John Butler, Jr., John K. Lyons, Joseph Wharton<br>155 North Wacker Drive<br>Chicago, Illinois  60606 |

3. Date of Service: February 17, 2010

4. Method of Service: Federal Express – Standard Overnight Delivery

     /s/ Patrick J. Kukla