# EXHIBIT A

| United States Bankruptcy Court | Administrative |
|---|---|

**United States Bankruptcy Court**
Southern District of New York

Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

**Administrative Expense Claim Form**

Debtor against which claim is asserted:
Delphi Corporation, *et al.* 05-44481    **Delphi Diesel Systems Corporation, 05-44612**

Case Name and Number
In re Delphi Corporation., *et al.* 05-44481
Delphi Diesel Systems Corp. No. 44612
Chapter 11, Jointly Administered

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*

**Navistar, Inc. (f/k/a International Truck and Engine Corporation)**

Name and Address Where Notices Should be Sent
Attn: Michael McCrory
11 South Meridian
Indianapolis, Indiana 46204-3535
Telephone No.
**(317) 231-7267**

- Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- Check box if you have never received any notices from the bankruptcy court in this case.
- Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim    replaces    amends a previously filed claim, dated: . . . . . . . . .

**1. BASIS FOR CLAIM**
- [X] Goods sold
- Services performed
- Money loaned
- Personal injury/wrongful death
- Taxes
- Other (Describe briefly)

COPY

Retiree benefits as defined in 11 U.S.C. § 1114(a)
Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
    (date)         (date)

**2. DATE DEBT WAS INCURRED**
Various

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $    $36,872.63**
Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim (attach any additional information):**
Post-petition goods and/or services provided to Debtor(s).

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 15 2009
KURTZMANCARSONCONSULTANTS

Date
7/14/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Michael K. McCrory, Attorney-In-Fact    Attorney in Fact

Debtor:       **DELPHI DEISEL SYSTEMS CORPORATION**

Case No.:     **05-44612**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

### <u>NOTICE OF REQUEST</u>

Please direct any and all correspondence, pleadings, notices, and orders related to this Administrative Expense Claim by Navistar, Inc. (f/k/a International Truck and Engine Corporation) to the following:

Michael K. McCrory
Mark Owens
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
<u>mmccrory@btlaw.com</u>
<u>mark.owens@btlaw.com</u>

INDS01 BWEIRHARDEN 1137533v1

Debtor:     **DELPHI DIESEL SYSTEMS CORPORATION**

Case No.:   **05-44612 (Jointly Administered under Case No. 05-44481)**
            **UNITED STATES BANKRUPTCY COURT**
            **SOUTHERN DISTRICT OF NEW YORK**

## ATTACHMENT TO ADMINISTRATIVE EXPENSE CLAIM FORM
## FOR NAVISTAR, INC. (f/k/a INTERNATIONAL TRUCK AND ENGINE
## CORPORATION)

**1.    DESCRIPTION**

In accordance with the Bankruptcy Court's Modification Procedures Order dated June 16, 2009 [Docket No. 17032] (as amended and supplemented by a further order dated June 29, 2009 [Docket No. 17376]) (together, the "Procedures Order"), Navistar, Inc. (f/k/a International Truck and Engine Corporation) ("Navistar") files this Administrative Expense Claim Form (the "Proof of Claim") for certain post-petition goods and/or services provided to Delphi Diesel Systems Corporation ("Delphi" or "Debtor") in the unpaid amount of Thirty Six Thousand Eight Hundred Seventy-Two and 63/100 Dollars ($36,872.63). All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

By filing this Proof of Claim, Navistar does not waive any rights to seek other and further additions to its administrative claim (and related relief from the Bankruptcy Court), including, without limitation, interest, attorney fees, additional fees, costs, expenses, advances, assessments, charges or penalties, and any other amounts which were incurred, accrued, or arose on or after October 8, 2005 (the "Petition Date").

**2.    RESERVATIONS OF RIGHTS AND DEFENSES**

Navistar reserves the right to supplement or amend this Proof of Claim for the purpose of including specific or additional sums for its administrative claim, and to state a total amount that is or would be owed by the Debtor to Navistar as of the effective date of an assumption and/or assignment of any executory contract to which Navistar is a party, any plan of reorganization or liquidation in this case, the date of any distribution or payment with respect to any portion of this claim, or any other appropriate date(s).

Navistar respectfully does not necessarily consent to, and reserves the right to object to, the exercise of jurisdiction by the Bankruptcy Court over any and all aspects of, and/or any proceedings relating to any subject of, this Proof of Claim. Also, without limiting the generality of the foregoing, Navistar respectfully retains and reserves any and all rights it otherwise may have to (a) object and not submit to the jurisdiction of the Bankruptcy Court for any particular purpose, matter, or proceeding, (b) seek entry of final orders in non-core matters only after a *de novo* review by a District Judge, (c) trial by jury on any issue so triable in any contested matter or adversary proceeding arising in or related to the Debtor's bankruptcy case, or (d) request that

the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal. Further, Navistar retains and reserves any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, with respect to the Debtor or its assets in the subject case.

Navistar retains and reserves any and all rights, claims, actions, and remedies it has or may have with respect to all entities other than the Debtor. Without limiting the generality of the foregoing, Navistar reserves the right to seek and obtain payment of any amounts included within the scope of this Proof of Claim for which any entity agrees to pay or otherwise becomes liable in connection with or after a transaction approved by the Bankruptcy Court (including, without limitation, GM Components, Parnassus, and their respective affiliates pursuant to the Master Disposition Agreement and the Modified Plan as such may be further amended, or a Successful Bidder in an alternative transaction).

Further, Navistar reserves the right to amend, supplement, and/or modify this Proof of Claim (and the documents that accompany or support same) from time to time as may be necessary or appropriate to conform to, or to adapt to changes in, facts or law, determinations yet to be made in this bankruptcy case or in other proceedings, or otherwise to further the purposes of filing this Proof of Claim.

INDS01 BWEIRHARDEN 1137551v1