# EXHIBIT C



Diesel Aftermarket

# DEBIT NOTE

FAX: (248)280-8362

| VENDOR: | INTERNATIONAL TRUCK & ENGINE<br>1717 W HARVESTER ROAD<br>WEST CHICAGO IL 60185 | DATE | DEBIT # | EPAR | LOCATION |
|---|---|---|---|---|---|
| | | 05/15/06 | 83-04414 | DB | TROY |

CLAIM:  SHORT SHIPMENT
　　　　PRICING ERROR
　　　　RETURN GOODS　　X
　　　　OTHER

| INVOICE # | PART # | QTY | PRICE CHARGED | | PRICE QUOTED | AMOUNT DUE |
|---|---|---|---|---|---|---|
| MAY CORE RETURN | ZHTP114 | ● | ▬▬▬ | | | 450.00 |

8/06

$3315/65
11+

RECEIVED MAY 2 5 2006

ENTERED MAY 2 6 2006

|  |  |  |  |  |  | 450.00 |
|---|---|---|---|---|---|---|

PLEASE ADDRESS ANY QUESTIONS TO: DONNA BENFIELD
PROCUREMENT DEPARTMENT
(248) 288-2000

| Curr | TOTAL DEBIT |
|---|---|
| $ | 450.00 |

1624 Meijer Drive  Troy, Michigan  48084  USA  Tel: [1] 248.288.2000  Fax: [1] 248.280.8280

Delphi Diesel Systems
Aftermarket Operations
1624 Meijer Drive
P.O. Box 7079
Troy, MI 48007-7079
Telephone: (248) 288-2000

No. P-116393

| OUR REF. NUMBER | INVOICE DATE | INVOICE NUMBER | GROSS AMOUNT | DISCOUNT/ALLOWANCE | NET AMOUNT |
|---|---|---|---|---|---|
| 25183 | | | CHECK NO. | PAGE | 1 |
| International Truck & Engine | | | | | |
| | 8/29/06 | 668948307 | 2,243.79 | .00 | 2,243.79 |
| | 9/01/06 | 673664401 | 1,142.28 | .00 | 1,142.28 |
| | 9/01/06 | 673664402 | 227.89 | .00 | 227.89 |
| | 9/28/06 | 676249802 | 4,607.25 | .00 | 4,607.25 |
| | 9/22/06 | 676249803 | 291.68 | .00 | 291.68 |
| | 9/29/06 | 676249804 | 6,629.74 | .00 | 6,629.74 |
| | 9/29/06 | 677986201 | 619.21 | .00 | 619.21 |
| | 9/22/06 | 678404901 | 28,205.00 | .00 | 28,205.00 |
| | 9/11/06 | 682801201 | 45.64 | .00 | 45.64 |
| | 9/07/06 | 682995001 | 706.51 | .00 | 706.51 |
| | 9/10/06 | 83-04458 | 2,290.00- | .00 | 2,290.00- |
| | | 83-04466 | 6,631.20 | .00 | 6,631.20 |
| | | | Total | | 49,060.19 |

783900926

Delphi Diesel Systems
Aftermarket Operations
1624 Meijer Drive
P.O. Box 7079
Troy, MI 48007-7079
Telephone: (248) 288-2000

Debtor In Possession

Citibank (Delaware) CITICORP
One Penn's Way
New Castle, DE 19720

No. P-116393
82-20/311

FORTY NINE THOUSAND SIXTY U.S. DOLLAR AND 19 CENT

| PAY TO THE ORDER OF | VENDOR NO. | CHECK DATE | CHECK NO. | AMOUNT |
|---|---|---|---|---|
| International Truck & Engine<br>Caller Service 59007<br>Knoxville, TN 37950 | 25183 | 11/02/06 | | **********49,060.19 |

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE



Diesel Aftermarket

# DEBIT NOTE

FAX: (248)280-8362

| VENDOR: | INTERNATIONAL TRUCK & ENG<br>1717 WEST HARVESTER ROAD<br>WEST CHICAGO IL 60185 | DATE | DEBIT # | EPAR | LOCATION |
|---|---|---|---|---|---|
| | | 07/10/08 | 83-04870 | DB | TROY |

CLAIM: SHORT SHIPMENT
PRICING ERROR
RETURN GOODS    X
OTHER

| INVOICE # | PART # | QTY | PRICE CHARGED | PRICE QUOTED | AMOUNT DUE |
|---|---|---|---|---|---|
| CORE RETURN JULY | ZEX636692 | ▓ | ▓ | | 3600.00 |
| | ZEX636692 | | | | 900.00 |
| | ZHTP114 | | | | 150.00 |
| | ZHTP123 | | | | 300.00 |

V25183

00 14500 95

RECEIVED JUL 1 6 2008

CS$ 2898
1445

ENTERED OCT 1 8 2008

4950.00

| | | | | Curr | TOTAL DEBIT |
|---|---|---|---|---|---|
PLEASE ADDRESS ANY QUESTIONS TO: DONNA BENFIELD
PROCUREMENT DEPARTMENT
(248) 288-2000

$ | 4950.00

NO WRITING BELOW THIS LINE

1624 Meijer Drive  Troy, Michigan  48084  USA  Tel: [1] 248.288.2000  Fax: [1] 248.280.8280



Diesel Aftermarket

# DEBIT NOTE

FAX: (248)280-8362

| VENDOR: | INTERNATIONAL TRUCK & ENG<br>1717 WEST HARVESTER ROAD<br>WEST CHICAGO, IL 60185 | DATE | DEBIT # | EPAR | LOCATION |
|---|---|---|---|---|---|
| | | 09/10/08 | 83-04895 | DB | TROY |

CLAIM:  SHORT SHIPMENT
        PRICING ERROR
        RETURN GOODS    X
        OTHER

| INVOICE # | PART # | QTY | PRICE CHARGED | PRICE QUOTED | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | | 1800.00 |
| CORE RETURN | ZEX633089 | | | | 13320.00 |
| SEPTEMBER | ZEX636692 | | | | 540.00 |
| | ZEX636692 | | | | 750.00 |
| | ZHTP114 | | | | 2400.00 |
| | ZHTP123 | | | | |

v 25183
w 1450 9/9
$531223
J 1769

01/09

| | | | | | 18810.00 |
|---|---|---|---|---|---|
| | | | | Curr | TOTAL DEBIT |
| | | | | $ | 18810.00 |



PLEASE ADDRESS ANY QUESTIONS TO: DONNA BENFIELD
PROCUREMENT DEPARTMENT
(248) 288-2000

1624 Meijer Drive  Troy, Michigan  48084  USA  Tel: [1] 248.288.2000  Fax: [1] 248.280.8280



# DEBIT NOTE

Diesel Aftermarket

FAX: (248)280-8362

| VENDOR: | INTERNATIONAL TRUCK & ENG<br>1717 WEST HARVESTER ROAD<br>WEST CHICAGO, IL 60185 | DATE | DEBIT # | EPAR | LOCATION |
|---|---|---|---|---|---|
| | | 11/11/08 | 83-04922 | DB | TROY |

CLAIM:  SHORT SHIPMENT
        PRICING ERROR
        RETURN GOODS      X
        OTHER

| INVOICE # | PART # | QTY | PRICE CHARGED | PRICE QUOTED | AMOUNT DUE |
|---|---|---|---|---|---|
| CORE RETURN | ZEX633089 | ▇ | ▇ | | 540.00 |
| NOVEMBER | ZEX636692 | | | | 3060.00 |
| | ZHTP114 | | | | 150.00 |
| | ZHTP123 | | | | 1800.00 |
| | | | | | 5550.00 |

3/09

| | Curr | TOTAL DEBIT |
|---|---|---|
| PLEASE ADDRESS ANY QUESTIONS TO:  DONNA BENFIELD<br>PROCUREMENT DEPARTMENT<br>(248) 288-2000 | $ | 5550.00 |

1624 Meijer Drive  Troy, Michigan  48084  USA  Tel: [1] 248.288.2000  Fax: [1] 248.280.8280

# INTERNATIONAL TRUCK AND ENGINE CORPORATION

## INVOICE

Page: 1

PO BOX 7079
04200800

Intl West Chgo PDC
1717 W Harvester Road
West Chicago, IL 60185 USA

| Order Date | Ship Date | Invoice Date | Customer Order Number | Ship Number | Invoice No. |
|---|---|---|---|---|---|
| 29-APR-2008 | 29-APR-2008 | 29-APR-2008 | CORE (CREDIT)/DEBIT | 802994903 | 802994903 |
| FOB | | Bill of Lading | Payment Terms | Shipping PDC | Type |
| | | | OPEN ACCOUNT | 781 | COR |

**Billing Address**
783900426
DELPHI DIESEL SY FOR
PO BOX 7079
TROY
MI 48007 UNITED STATES

**Shipping Address**
07815023
DELPHI DIESEL SYSTEMS
1624 MEIJER DR
TROY
MI 48084 UNITED STATES

| Cust. Item | Inv. Itm. | Qty Ord'd | Qty Shp'd | Part Shipped | Description | Base Unit Price | Net Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | COR | CORE SUSPENSE US | | | 1,980.00- |
| | | | | TOTAL CORE (CREDIT)/DEBIT | | | | 1,980.00- |

| Parts Total Amount | Sundry Charges | Sales Tax | Total Invoice Amount |
|---|---|---|---|
| 0.00 | 1,980.00- | 0.00 | 1,980.00- |

2022



Diesel Aftermarket

# DEBIT NOTE

FAX: (248)280-8362

| VENDOR: | International Truck & Engine  1717 W Harvester Road  West Chicago IL 60185 |
|---|---|

| DATE | DEBIT # | EPAR | LOCATION |
|---|---|---|---|
| 01/08/08 | 83-04756 | DB | TROY |

CLAIM:  SHORT SHIPMENT
        PRICING ERROR
        RETURN GOODS    X
        OTHER

| INVOICE # | PART # | QTY | PRICE CHARGED | PRICE QUOTED | AMOUNT DUE |
|---|---|---|---|---|---|
| JANUARY CORE RETURN TO MARSHFIELD CORE CENTER MARSHFIELD MO | ZEX636692  ZHTP114 | | | | 1440.00  150.00 |
| | | | | | 1590.00 |

ENTERED OCT 1 3 2008

| | Curr | TOTAL DEBIT |
|---|---|---|
| | $ | 1590.00 |

PLEASE ADDRESS ANY QUESTIONS TO:   DONNA BENFIELD
                                    PROCUREMENT DEPARTMENT
                                    (248) 288-2000

1624 Meijer Drive  Troy, Michigan  48084  USA  Tel: [1] 248.288.2000  Fax: [1] 248.280.8280

 Diesel Aftermarket

# DEBIT NOTE

FAX: (248)280-8362

| VENDOR: | International Truck & Engine<br>1717 W Harvester Road<br>West Chicago IL 60185 | DATE | DEBIT # | EPAR | LOCATION |
|---|---|---|---|---|---|
| | | 04/04/08 | 83-04816 | DB | TROY |

CLAIM: SHORT SHIPMENT
PRICING ERROR
RETURN GOODS    X
OTHER

| INVOICE # | PART # | QTY | PRICE CHARGED | | PRICE QUOTED | AMOUNT DUE |
|---|---|---|---|---|---|---|
| APRIL | ZEX633089 | ■ | ■ | 1843089C95 | | 540.00 |
| CORE RETURN | ZEX636692 | | | 1846692C2C | | 2340.00 |
| TO MARSHFIELD | | | | | | |
| CORE CENTER | | | | | | |
| MARSHFIELD MO | | | | | | |

1\v\08

2880.00

| | Curr | TOTAL DEBIT |
|---|---|---|
| PLEASE ADDRESS ANY QUESTIONS TO: DONNA BENFIELD<br>PROCUREMENT DEPARTMENT<br>(248) 288-2000 | $ | 2880.00 |



Diesel Aftermarket

# DEBIT NOTE

FAX: (248)280-8362

| VENDOR: | INTERNATIONAL TRUCK & ENG<br>1717 WEST HARVESTER ROAD<br>WEST CHICAGO IL  60185 |
|---|---|

| DATE | DEBIT # | EPAR | LOCATION |
|---|---|---|---|
| 04/06/09 | 83-04985 | DB | TROY |

CLAIM:  SHORT SHIPMENT
PRICING ERROR
RETURN GOODS        X
OTHER

| INVOICE # | PART # | QTY | PRICE CHARGED | PRICE QUOTED | AMOUNT DUE |
|---|---|---|---|---|---|
| CORE RETURN APRIL | ZHTP123 | | | | 1500.00 |

V 25183
60 16500 9/7
$ 547542.
4 81

ENTERED APR 1 3 2009
RECEIVED APR 0 9 2009

1500.00

PLEASE ADDRESS ANY QUESTIONS TO:  DONNA BENFIELD
PROCUREMENT DEPARTMENT
(248) 288-2000

| Curr | TOTAL DEBIT |
|---|---|
| $ | 1500.00 |

1624 Meijer Drive  Troy, Michigan  48084  USA  Tel: [1] 248.288.2000  Fax: [1] 248.280.8280