BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

Attorneys for Navistar, Inc. (f/k/a International Truck and Engine Corporation)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
    In re                        :        Chapter 11
                                            :
DPH HOLDINGS CORP., *et al.*,    :        Case No. 05-44481 (RDD)
                                            :
        Reorganized Debtors.    :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

    I, Mark R. Owens, hereby certify that I caused a true and correct copy of the *Response of* Navistar, Inc. (f/k/a International Truck and Engine Corporation) *to Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims* to be filed via the Court's ECF System and served this 17th day of February, 2010 upon the parties listed below via Federal Express. Notice of this filing will also be sent to the following parties by operation of the Court's electronic filing system.

| | |
|---|---|
| Honorable Robert D. Drain | Delphi Corporation |
| United States Bankruptcy Judge | Attn: General Counsel |
| U.S. Bankruptcy Court for the S.D. of NY | 5725 Delphi Drive |
| One Bowling Green, Room 610 | Troy, Michigan 48098 |
| New York, New York 10004 | |

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn:  John Wm. Bulter, Jr., John K. Lyons, & Randall G. Reese<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606 | Brian S. Masumoto, Trial Attorney<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2111 |
| Office of the Clerk of the Bankruptcy Court<br>U.S. Bankruptcy Court for the S.D. of New York<br>One Bowling Green<br>New York, NY 10004 | Honorable Charles L. Brieant Jr.<br>Federal Building and Courthouse<br>300 Quarropas Street, Courtroom 118<br>White Plains, New York  10601-4140 |

| | |
|---|---|
| Dated:  February 17, 2010<br>　　　　Indianapolis, Indiana | **BARNES & THORNBURG LLP**<br><br>/s/ Mark R. Owens<br>─────────────────────────────<br>Michael K. McCrory, Esq.<br>Mark R. Owens, Esq. (MO 9742)<br>11 South Meridian Street<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 236-1313<br>Facsimile:  (317) 231-7433<br>Email: mmccrory@btlaw.com<br>　　　　　mowens@btlaw.com<br><br>*Counsel for Navistar, Inc. (f/k/a International Truck and Engine Corporation)* |

INDS01 AHAAS 1184211v1

2