PEPPER HAMILTON LLP
Robert S. Hertzberg (RH 7433)
The New York Times Building, 37th Fl.
620 Eighth Avenue
New York, NY 10018-1405

-and-

Deborah Kovsky-Apap (DK 6147)
PEPPER HAMILTON LLP
Suite 3600
100 Renaissance Center
Detroit, MI 48243-1157
(313) 259-7110
*Attorneys for Plymouth Rubber Company LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

In re:                                            :

DELPHI CORPORATION, et al.,                        :        Chapter 11

                                                  :

            Debtors.                               :        Case No. 05-44481 (RDD)

                                                  :

                                                  :        (Jointly Administered)

-------------------------------------------------------------------- X

### CERTIFICATE OF SERVICE

         I hereby certify that that on the 17th day of February, 2010, I electronically filed the following document:

> *Plymouth Rubber Company, LLC's Response To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit And Opeb Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims*

with the Clerk of the Court in the above-referenced case using the ECF system which sent notification of such filing to the attorneys of record registered to receive notice.

         I further certify that on the 17th day of February, 2010, I caused the document listed above to be served, via Federal Express, on the parties listed below at the addresses indicated.

> Honorable Robert D. Drain, United States Bankruptcy Judge, Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 116, White Plains, New York, NY 10601-4140

#12145871 v1

| DPH Holdings Corp., 5725 Delphi Drive, Troy, MI 48098 (Attn:  President) |
| --- |
| Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Attn:  John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton |

PEPPER HAMILTON LLP

Dated:  February 17, 2010

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (DK 6147)
Suite 3600
100 Renaissance Center
Detroit, MI 48243
(313) 259-7110
kovskyd@pepperlaw.com

- and –

Robert S. Hertzberg (RH 7433)
The New York Times Building, 37th Fl.
620 Eighth Avenue
New York, NY 10018-1405
(212) 808-2700
hertzbergr@pepperlaw.com

*Attorneys for Plymouth Rubber Company, LLC*

#12145871 v1