# EXHIBIT B



|  |  |
|---|---|
| **United States Bankruptcy Court**<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | **Administrative Expense Claim Request** |

| Debtor against which claim is asserted: | Case Name and Number |
|---|---|
| Delphi Corporation, et al. 05-444481<br>Delphi Automotive Systems, LLC, 05-44640 | In re Delphi Corporation., et al. 05-44481 Delphi Automotive<br>Chapter 11, Jointly Administered Systems, LLC 05-44640 |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*
Clarion Corporation of America

**Name and Address Where Notices Should be Sent**
Attn: Joseph Muto
6200 Gateway Drive
Cypress, California 90630
**Telephone No.**
310-217-4275

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly)   See attached.

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
       (date)          (date)

**2. DATE DEBT WAS INCURRED**   See attached.

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 250,919.86**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):
See attached.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>11/4/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Clarion Corporation of America<br>*[signature]*, Atty in Fact    Michael K. McCrory, Esq. Attorney-in-Fact |
|---|---|

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
**NOV 05 2009**
**KURTZMAN CARSON CONSULTANTS**

Debtor:    DELPHI AUTOMOTIVE SYSTEMS LLC
Case No.:  05-44640 (Jointly Administered under Case No. 05-44481)
Court:     UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

## ATTACHMENT TO ADMINISTRATIVE EXPENSE CLAIM FORM FOR CLARION CORPORATION OF AMERICA

1. Description

In accordance with the Bankruptcy Court's Notice of (A) Order Approving Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession and (B) Occurrence of Effective Date (the "Notice of Effective Date") and the First Amended Joint Plan of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (the "Modified Plan"), Clarion Corporation of America ("Clarion") files this Administrative Expense Claim Form evidencing a claim against Delphi Automotive Systems, LLC ("Delphi" or "Debtor") and requesting for payment of the Total Administrative Claim, as defined herein (the "Administrative Claim Request").

Pursuant to Section 9(a) of the Notice of Effective Date, Clarion hereby requests payment of its Administrative Claim in the amount of not less than $250,919.86 (the "Total Administrative Claim"). The Total Administrative Claim includes an amount of $246,281.88 due and owing by the Debtor to Clarion for unpaid goods received by the Debtor from Clarion from June 1, 2009 through October 6, 2009 (the "Post-June 2009 Claim") and an amount of $4,637.98 due and owing by the Debtor to Clarion for unpaid goods received by the Debtor from Clarion from October 2008 through June 1, 2009 (the "Pre-June 2009 Claim"). A summary of the invoices evidencing the Post-June 2009 Claim and the Pre-June 2009 Claim is attached hereto as Exhibit A.

By filing this Administrative Claim Request, Clarion does not waive any rights to seek other and further additions to its administrative claim (and related relief from the Bankruptcy Court), including, without limitation, interest, attorney fees, additional fees, costs, expenses, advances, assessments, charges or penalties, and any other amounts which were incurred, accrued, or arose on or after October 8, 2005 (the "Petition Date"), as of or to and including the Effective Date, and thereafter.

2. Reservations of Rights and Defenses

Clarion reserves the right to supplement or amend this Administrative Claim Request for the purpose of including specific or additional sums for its administrative claim, and to state a total amount that is or would be owed by the Debtor to Clarion as of the effective date of an assumption and/or assignment of any executory contract to which Clarion is a party, any plan of reorganization or liquidation in this case, the date of any distribution or payment with respect to any portion of this claim, or any other appropriate date(s).

Clarion respectfully does not necessarily consent to, and reserves the right to object to, the exercise of jurisdiction by the Bankruptcy Court over any and all aspects of, and/or any proceedings relating to any subject of, this Administrative Claim Request. Also, without limiting the generality of the foregoing, Clarion respectfully retains and reserves any and all rights it otherwise may have to (a) object and not submit to the jurisdiction of the Bankruptcy Court for any particular purpose, matter, or proceeding, (b) seek entry of final orders in non-core matters only after a *de novo* review by a District Judge, (c) trial by jury on any issue so triable in any contested matter or adversary proceeding arising in or related to the Debtor's bankruptcy case, or (d) request that the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal. Further, Clarion retains and reserves any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, with respect to the Debtor or its assets in the subject case.

Clarion retains and reserves any and all rights, claims, actions, and remedies it has or may have with respect to all entities other than the Debtor. Without limiting the generality of the foregoing, Clarion reserves the right to seek and obtain payment of any amounts included within the scope of this Administrative Claim Request for which any entity agrees to pay or otherwise becomes liable in connection with or after a transaction approved by the Bankruptcy Court (including, without limitation, GM Components[1], Parnassus, and their respective affiliates pursuant to the Master Disposition Agreement and the Modified Plan as such may be further amended, or a Successful Bidder in an alternative transaction).

Further, Clarion reserves the right to amend, supplement, and/or modify this Administrative Claim Request (and the documents that accompany or support same) from time to time as may be necessary or appropriate to conform to, or to adapt to changes in, facts or law, determinations yet to be made in this bankruptcy case or in other proceedings, or otherwise to further the purposes of filing this Administrative Claim Request.

INDS01 EBADAWI 1158978v3

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Modification Procedures Order dated June 16, 2009 [Docket No. 17032] (as amended and supplemented by further Orders dated June 29, 2009 [Docket No. 17376], July 17, 2009 [Docket No. 18352], July 21, 2009 [Docket No. 18851] together, the "Procedures Order").

# EXHIBIT A

Delphi Corp.
Account #257415
Administrative Claim

| Invoice # | Doc Type | Invoice Date | Amount |
|---|---|---|---|
| 49234 | RB | 4/2/2009 | 4,637.98 |

Open invoices for goods received by Debtor June 1, 2009 to October 6, 2009

| Invoice # | Doc Type | Invoice Date | Amount |
|---|---|---|---|
| 1699599 | RI | 6/8/2009 | 1,170.40 |
| 1706643 | RI | 6/23/2009 | 354.24 |
| 1720014 | RI | 8/7/2009 | 585.20 |
| 1720015 | RI | 8/7/2009 | 5,852.00 |
| 1734373 | RI | 10/1/2009 | 15,177.60 |
| 1735784 | RI | 10/2/2009 | 14,044.80 |
| 1735785 | RI | 10/2/2009 | 1,136.92 |
| 1735786 | RI | 10/2/2009 | 14,044.80 |
| 1735787 | RI | 10/2/2009 | 14,044.80 |
| 1735788 | RI | 10/2/2009 | 15,177.60 |
| 1736064 | RI | 10/5/2009 | 15,177.60 |
| 1736065 | RI | 10/5/2009 | 15,177.60 |
| 1736066 | RI | 10/5/2009 | 15,177.60 |
| 1736397 | RI | 10/6/2009 | 14,044.80 |
| 1736398 | RI | 10/6/2009 | 15,177.60 |
| 1736399 | RI | 10/6/2009 | 15,177.60 |
| 1736400 | RI | 10/6/2009 | 264.40 |
| 1736720 | RI | 10/7/2009 | 15,177.60 |
| 1736721 | RI | 10/7/2009 | 12,992.72 |
| 1736722 | RI | 10/7/2009 | 15,177.60 |
| 1736723 | RI | 10/7/2009 | 15,177.60 |
| 1736724 | RI | 10/7/2009 | 15,177.60 |
| 1736725 | RI | 10/7/2009 | 528.80 |
| 1736726 | RI | 10/7/2009 | 264.40 |

Total    250,919.86