# EXHIBIT C

 **Clarion Corporation of America**
6200 Gateway Drive
Cypress CA 90630
United States

| Date | Page | Invoice No. |
|---|---|---|
| 06/08/09 | 1 | 1699599 RI |

# Invoice

| Bill To | Account # 257415 |
|---|---|
| DELPHI DELCO ELECTRONICS ***DO NOT MAIL INVOICES/POST PETITION*** 1 CORPORATE CENTRE KOKOMO IN 46902 | |

| Ship To | Account # 456032 |
|---|---|
| DELPHI ELECTRONICS (SUZHOU) CO., LTD. NO. 123 CHANG YANG ST. SUZHOU INDUSTRIAL PARK *****DO NOT MAIL INVOICE************ *****GIVE INVOICE TO CHERYL KEEN****** SUZHOU, JIANGSU 215126 | |

| Customer P.O. # | Clarion Order | B.O. # | Order Date | Ship Date | Ship Via | Terms | Discount Due Date | Net Due Date |
|---|---|---|---|---|---|---|---|---|
| 550136068.SSZVA0906050008 | 1786845 SO | 001 | 06/08/09 | 06/08/09 | | 2ND DAY 2ND MONTH | | 08/02/09 |

| Part Number | Description | Ord | B/O | Ship | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 28064567 | BARE CD MECH – DA5 W/ MP3 | | | | | 1,170.40 |

PLEASE NOTE: No returns are to be made without a Return Authorization number. Unauthorized returns are subject to refusal and return to you at your expense. All returns will be assessed a 15% restocking charge. Invoices reflect prevailing prices at time of shipment. Any claim for incorrect pricing must be made on or before the net due date of the invoice. A minimum monthly delinquent fee of 1.5% may be assessed on invoices 30 or more days past due. The delinquent fee may vary from state to state depending on local regulations in effect at time of assessment. Prepaid freight may be charged back on invoices 30 or more days past due.

**Remit To**
Clarion Corporation of America
P.O. BOX 634116
CINCINNATI OH 45263-4116
United States
(310) 327-9100

| | |
|---|---|
| SUBTOTAL | 1,170.40 |
| TAX | |
| FREIGHT | |
| TOTAL | 1,170.40 |

ORIGINAL

PLEASE REFERENCE YOUR INVOICE NUMBER ON YOUR REMITTANCE

invoice.jsp

☐ WorkSpace: >>Invoice

### HeaderInfo

| Field | Value | Field | Value |
|---|---|---|---|
| Shipment_code: | SSSZVA09060500008 | Invoice_order_code: | SOSZVA09060500007 |
| Owner: | CLARION XIAMEN | Product_owner_name: | Clarion Xiamen |
| Cust_code: | DAT3 | Cust_name: | Delphi Electronics (Suzhou) Co., LTD |
| Loc_code: | SZVAC3 | Loc_name: | 州普洛斯物流□C3□ |
| Invoice_date: | | Shipping_address: | |
| Received_by: | | Shipping_method: | |
| Description: | | | |

### DetailInfo

| Product_name Dlw_pn | Supplier_code | Qty_invoice | Invoice_unit_name | Shipping_code | Bill_lading_code | Receiving_box_code | Contract_code | Billing_code | Cust_re |
|---|---|---|---|---|---|---|---|---|---|
| 收款机CD盒 28064567 | ☐ | | | SSSZVA09060500008 1788845 SO | | Z23460902300077765 | | 00275501 | |





**clarion**  Clarion Corporation of America
6200 Gateway Drive
Cypress CA 90630
United States

| Date | Page | Invoice No. |
|---|---|---|
| 08/07/09 | 1 | 1720014 RI |

# Invoice

**Bill To**  Account # 257415

DELPHI DELCO ELECTRONICS
***DO NOT MAIL INVOICES/POST PETITION***
1 CORPORATE CENTRE
KOKOMO IN 46902

**Ship To**  Account # 156032

DELPHI ELECTRONICS (SUZHOU) CO., LTD.
NO. 123 CHANG YANG ST.
SUZHOU INDUSTRIAL PARK
*****DO NOT MAIL INVOICE**************
*****GIVE INVOICE TO CHERYL KEEN*******
SUZHOU, JIANGSU 215126

| Customer P.O.# | Clarion Order # | B.O.# | Order Date | Ship Date | Ship Via | Terms | Discount Due Date | Net Due Date |
|---|---|---|---|---|---|---|---|---|
| 550136068:SSZVA0908070004 | 1801393 SO | 001 | 08/07/09 | 08/07/09 | | 2ND DAY 2ND MONTH | | 10/02/09 |

| Part Number | Description | Ord | B/O | Ship | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 28064567 | BARE CD MECH – DA5 W/ MP3 | | | | | 585.20 |

PLEASE NOTE: No returns are to be made without a Return Authorization number. Unauthorized returns are subject to refusal and return to you at your expense. All returns will be assessed a 15% restocking charge. Invoices reflect prevailing prices at time of shipment. Any claim for incorrect pricing must be made on or before the net due date of the invoice. A minimum monthly delinquent fee of 1.5% may be assessed on invoices 30 or more days past due. The delinquent fee may vary from state to state depending on local regulations in effect at time of assessment. Prepaid freight may be charged back on invoices 30 or more days past due.

**Remit To**
Clarion Corporation of America
P.O. BOX 634116
CINCINNATI OH 45263-4116
United States
(310) 327-9100

| | |
|---|---|
| SUBTOTAL | 585.20 |
| TAX | |
| FREIGHT | |
| TOTAL | 585.20 |

ORIGINAL

*PLEASE REFERENCE YOUR INVOICE NUMBER ON YOUR REMITTANCE*

invoice.jsp

Page 1 of 1

**WorkSpace: >>Invoice**

**HeaderInfo**

| | | | |
|---|---|---|---|
| Shipment_code: | SSSZVA09080700004 | Invoice_order_code: | SOSZVA09080060013 |
| Owner: | CLARION XIAMEN | Product_owner_name: | Clarion Xiamen |
| Cust_code: | DAI3 | Cust_name: | Delphi Electronics (Suzhou) Co., LTD |
| Loc_code: | SZVAC3 | Loc_name: | 苏州普洛斯物流DC3DE |
| Invoice_date: | | Shipping_address: | |
| Received_by: | | Shipping_method: | |
| Description: | | | |

**DetailInfo**

| Product_name | Dtw_pn | Supplier_code | Qty_invoice | Invoice_unit_name | Shipping_code | Bill_lading_code | Receiving_box_code | Contract_code | Billing_code | Cust_re |
|---|---|---|---|---|---|---|---|---|---|---|
| 收放机CD搜 | 28064567 | | | | SSSZVA09080700004 <br> 1801393 SO | | Z23460902100138349 | | 55864088 | |

 **Clarion Corporation of America**
6200 Gateway Drive
Cypress CA 90630
United States

| Date | Page | Invoice No. |
|---|---|---|
| 08/07/09 | 1 | 1720015 RI |

# Invoice

| Bill To: | Account # 257415 |
|---|---|
| DELPHI DELCO ELECTRONICS ***DO NOT MAIL INVOICES/POST PETITION*** 1 CORPORATE CENTRE KOKOMO IN 46902 | |

| Ship To: | Account # 156032 |
|---|---|
| DELPHI ELECTRONICS (SUZHOU) CO., LTD. NO. 123 CHANG YANG ST. SUZHOU INDUSTRIAL PARK ******DO NOT MAIL INVOICE************ *****GIVE INVOICE TO CHERYL KEEN******* SUZHOU, JIANGSU 215126 | |

| Customer P.O. # | Clarion Order | B.O. # | Order Date | Ship Date | Ship Via | Terms | Discount Due Date | Net Due Date |
|---|---|---|---|---|---|---|---|---|
| 550136068.SSZVA0908070017 | 1801394 SO | 001 | 08/07/09 | 08/07/09 | | 2ND DAY 2ND MONTH | | 10/02/09 |

| Part Number | Description | Quantity Ord | B/O | Ship | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 28064567 | BARE CD MECH – DA5 W/ MP3 | | | | | 5,852.00 |

PLEASE NOTE: No returns are to be made without a Return Authorization number. Unauthorized returns are subject to refusal and return to you at your expense. All returns will be assessed a 15% restocking charge. Invoices reflect prevailing prices at time of shipment. Any claim for incorrect pricing must be made on or before the net due date of the invoice. A minimum monthly delinquent fee of 1.5% may be assessed on invoices 30 or more days past due. The delinquent fee may vary from state to state depending on local regulations in effect at time of assessment. Prepaid freight may be charged back on invoices 30 or more days past due.

**Remit To:**
Clarion Corporation of America
P.O. BOX 634116
CINCINNATI OH 45263-4116
United States
(310) 327-9100

| | |
|---|---|
| SUBTOTAL | 5,852.00 |
| TAX | |
| FREIGHT | |
| TOTAL | 5,852.00 |

**ORIGINAL**

PLEASE REFERENCE YOUR INVOICE NUMBER ON YOUR REMITTANCE

invoice.jsp

Page 1 of 1

☐ WorkSpace: >>Invoice

### HeaderInfo

| | | | |
|---|---|---|---|
| Shipment_code: | SSSZVA09080070017 | Invoice_order_code: | SOSZVA09080070007 |
| Owner: | CLARION XIAMEN | Product_owner_name: | Clarion Xiamen |
| Cust_code: | DAT3 | Cust_name: | Delphi Electronics (Suzhou) Co., LTD |
| Loc_code: | SZVAC3 | Loc_name: | 苏州普洛斯新物流QC3门口 |
| Invoice_date: | | Shipping_address: | |
| Received_by: | | Shipping_method: | |
| Description: | | | |

### DetailInfo

| Product_name | Dtw_pn | Supplier_code | Qty_invoice | Invoice_unit_name | Shipping_code | Bill_lading_code | Receiving_box_code | Contract_code | Billing_code | Cust_re |
|---|---|---|---|---|---|---|---|---|---|---|
| 收放机CD模 | 28064567 | | | | SSSZVA09080070017 | | Z23460902100138349 | | 553064068 | |
| 收放机CD模 | 28064567 | | | | SSSZVA09080070017  1801394 SO | | Z23460902300147251 | | 000095638 | |