| System 21 - Several Plants - JCIM | | | SAP - Port Huron - JCIM | | |
|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Amount | Invoice Number | Invoice Date | Amount |
| 460267 | 2008-10-02 | 123.46 | 5400066998 | 06/24/2009 | 160.33 |
| 016156 | 2008-07-07 | 213.56 | 5400074341 | 07/08/2009 | 160.33 |
| 016166 | 2008-07-08 | 213.56 | 5400075895 | 07/13/2009 | 46.08 |
| 016173 | 2008-07-09 | 160.17 | 5400083734 | 07/17/2009 | 160.33 |
| 016174 | 2008-07-09 | 213.56 | 5400090878 | 07/24/2009 | 733.48 |
| 016181 | 2008-07-10 | 213.56 | 5400100188 | 08/11/2009 | 160.33 |
| 016182 | 2008-07-10 | 160.17 | 5400101613 | 08/13/2009 | 135.00 |
| 016201 | 2008-07-11 | 213.56 | 5400104008 | 08/19/2009 | 160.33 |
| 016207 | 2008-07-14 | 160.17 | 5400109404 | 08/25/2009 | 160.33 |
| 016222 | 2008-07-15 | 266.96 | 5400118195 | 09/01/2009 | 298.57 |
| 016234 | 2008-07-16 | 533.91 | 5400119875 | 09/02/2009 | 92.16 |
| 016235 | 2008-07-16 | 320.35 | 5400120706 | 09/04/2009 | 160.33 |
| 016243 | 2008-07-17 | 160.17 | 5400133558 | 09/18/2009 | 160.33 |
| 016244 | 2008-07-17 | 266.96 | 5400153999 | 09/29/2009 | 160.33 |
| 016261 | 2008-07-18 | 160.17 | 5400156326 | 10/02/2009 | 160.33 |
| 016262 | 2008-07-18 | 266.96 | 5400159499 | 10/06/2009 | 160.33 |
| 016274 | 2008-07-21 | 266.96 | | | 3,068.92 |
| 016275 | 2008-07-21 | 106.78 | | | |
| 016296 | 2008-07-22 | 213.56 | | | |
| 016297 | 2008-07-22 | 266.96 | | | |
| 016316 | 2008-07-24 | 53.39 | | | |
| 016317 | 2008-07-24 | 53.39 | | | |
| 016330 | 2008-07-25 | 480.52 | | | |
| 016331 | 2008-07-25 | 587.30 | | | |
| 016345 | 2008-07-30 | 533.91 | | | |
| 016346 | 2008-07-30 | 266.96 | | | |
| 016362 | 2008-07-30 | 320.35 | | | |
| 016363 | 2008-07-30 | 160.17 | | | |
| 016373 | 2008-07-30 | 266.96 | | | |
| 016390 | 2008-07-31 | 266.96 | | | |
| 016391 | 2008-07-31 | 160.17 | | | |
| 016409 | 2008-08-01 | 266.96 | | | |
| 016421 | 2008-08-04 | 160.17 | | | |
| 016422 | 2008-08-04 | 266.96 | | | |
| 016443 | 2008-08-05 | 266.96 | | | |
| 016464 | 2008-08-06 | 427.13 | | | |
| 016477 | 2008-08-07 | 320.35 | | | |
| 016492 | 2008-08-08 | 320.35 | | | |
| 016500 | 2008-08-11 | 320.35 | | | |
| 016513 | 2008-08-12 | 320.35 | | | |
| 016523 | 2008-08-13 | 320.35 | | | |
| 016532 | 2008-08-14 | 320.35 | | | |
| 016542 | 2008-08-15 | 320.35 | | | |
| 016556 | 2008-08-19 | 160.17 | | | |
| 016557 | 2008-08-19 | 373.74 | | | |
| 016564 | 2008-08-19 | 373.74 | | | |
| 016572 | 2008-08-20 | 373.74 | | | |
| 016583 | 2008-08-21 | 373.74 | | | |
| 016599 | 2008-08-22 | 373.74 | | | |
| 016600 | 2008-08-22 | 160.17 | | | |
| 016608 | 2008-08-25 | 373.74 | | | |
| 016609 | 2008-08-25 | 160.17 | | | |
| 016622 | 2008-08-26 | 373.74 | | | |
| 016623 | 2008-08-26 | 160.17 | | | |
| 016629 | 2008-08-27 | 373.74 | | | |
| 016630 | 2008-08-27 | 160.17 | | | |
| 016644 | 2008-08-28 | 373.74 | | | |
| 016645 | 2008-08-28 | 160.17 | | | |
| 016662 | 2008-09-02 | 373.74 | | | |

| | | |
|---|---|---|
| 016674 | 2008-09-02 | 747.47 |
| 016675 | 2008-09-02 | 160.17 |
| 016696 | 2008-09-03 | 373.74 |
| 016709 | 2008-09-04 | 373.74 |
| 016723 | 2008-09-05 | 373.74 |
| 016735 | 2008-09-08 | 373.74 |
| 016736 | 2008-09-08 | 160.17 |
| 016744 | 2008-09-09 | 213.56 |
| 016745 | 2008-09-09 | 160.17 |
| 016753 | 2008-09-10 | 533.91 |
| 016766 | 2008-09-11 | 373.74 |
| 016780 | 2008-09-12 | 373.74 |
| 016789 | 2008-09-12 | 1,964.71 |
| 016800 | 2008-09-15 | 373.74 |
| 016815 | 2008-09-16 | 373.74 |
| 016816 | 2008-09-16 | 160.17 |
| 016826 | 2008-09-17 | 652.32 |
| 016827 | 2008-09-17 | 373.74 |
| 016839 | 2008-09-18 | 373.74 |
| 016840 | 2008-09-18 | 160.17 |
| 016858 | 2008-09-19 | 373.74 |
| 016859 | 2008-09-19 | 160.17 |
| 016872 | 2008-09-22 | 373.74 |
| 016885 | 2008-09-23 | 373.74 |
| 016897 | 2008-09-24 | 373.74 |
| 016898 | 2008-09-24 | 320.35 |
| 016906 | 2008-09-25 | 373.74 |
| 016918 | 2008-09-26 | 373.74 |
| 016919 | 2008-09-26 | 160.17 |
| 016927 | 2008-09-29 | 373.74 |
| 016928 | 2008-09-29 | 1,308.51 |
| 016942 | 2008-09-30 | 373.74 |
| 016954 | 2008-10-01 | 373.74 |
| 016965 | 2008-10-02 | 2,296.69 |
| 016966 | 2008-10-02 | 373.74 |
| 016987 | 2008-10-03 | 2,952.88 |
| 016988 | 2008-10-03 | 373.74 |
| 016996 | 2008-10-06 | 373.74 |
| 017014 | 2008-10-07 | 373.74 |
| 017028 | 2008-10-08 | 373.74 |
| 017037 | 2008-10-09 | 373.74 |
| 017050 | 2008-10-10 | 373.74 |
| 017066 | 2008-10-13 | 373.74 |
| 017081 | 2008-10-14 | 373.74 |
| 017090 | 2008-10-15 | 373.74 |
| 017111 | 2008-10-16 | 373.74 |
| 017118 | 2008-10-17 | 373.74 |
| 017127 | 2008-10-20 | 373.74 |
| 017142 | 2008-10-21 | 373.74 |
| 017154 | 2008-10-22 | 373.74 |
| 019037 | 2009-06-17 | 1,067.82 |
| 019038 | 2009-06-17 | 1,067.82 |
| 019340 | 2009-07-20 | 4,965.36 |
| 039916 | 2008-09-17 | 46.08 |
| 040093 | 2008-09-24 | 160.33 |
| 040229 | 2008-09-30 | 46.08 |
| 040576 | 2008-10-13 | 160.33 |
| 040778 | 2008-10-20 | 206.41 |
| 041017 | 2008-10-28 | 206.41 |
| | | **48,726.03** |