UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| DPH HOLDINGS CORP, <u>et al.</u>, | Chapter 11 |
| Reorganized Debtors. | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 17, 2010, I served a true and correct copy of the foregoing **RESPONSE OF JOHNSON CONTROLS, INC. (CLAIM NUMBER 18528) TO REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. §503(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) EQUITY INTERESTS, (E) PREPETITION CLAIMS, (F) INSUFFICIENTLY DOCUMENTED CLAIMS, (G) PENSION, BENEFIT, AND OPEB CLAIMS, (H) WORKERS' COMPENSATION CLAIMS, AND (I) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS** via Overnight Mail to the addresses set forth below:

Honorable Robert D. Drain
United States Bankruptcy Court SDNY
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom 116
White Plains, New York 10601-4140

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
(Att'n: President)

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
(Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton)

Dated: February 17, 2010 By: <u>*/s/ Christopher A. Lynch* __________</u>