# EXHIBIT A

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Expense Claim<br>Form | |
|---|---|---|
| Debtor against which claim is asserted:<br>Delphi Corporation, et al. 05-44481  Delphi Automotive Systems LLC, 05-44640 | Case Name and Number<br>In re Delphi Corporation, et al. 05-44481<br>Delphi Automotive Systems LLC, No. 44640<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor**
(The person or other entity to whom the debtor owes money or property)
**Gibbs Die Casting Corporation**

Name and Address Where Notices Should be Sent
Attn: Eve A. Marsella
3424 Carson Street, Suite 350
Torrance, CA 905035
Telephone No.
(310) 542-0111

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**COPY**
THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:
See Exhibit A

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:

**1. BASIS FOR CLAIM**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly) See Exhibit A

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
(date)         (date)

**2. DATE DEBT WAS INCURRED**
Various - See Exhibit A

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ $91,999.02**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):
Post-petition goods and/or services provided to Debtor.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 7/15/09
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Eve A. Marsella, Attorney-in-Fact*

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
**JUL 15 2009**
KURTZMAN CARSON CONSULTANTS

Processed by: Christine Salamanca

Debtor:     DELPHI AUTOMOTIVE SYSTEMS LLC

Case No.:   05-44640 (Jointly Administered under Case No. 05-44481)
            UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF NEW YORK

### ATTACHMENT TO ADMINISTRATIVE EXPENSE CLAIM FORM
### FOR GIBBS DIE CASTING CORPORATION

1. **DESCRIPTION**

In accordance with the Bankruptcy Court's Modification Procedures Order dated June 16, 2009 [Docket No. 17032] (as amended and supplemented by a further order dated June 29, 2009 [Docket No. 17376]) (together, the "Procedures Order"), Gibbs Die Casting Corporation ("Gibbs") files this Administrative Expense Claim Form (the "Proof of Claim") for certain post-petition goods and/or services provided to Delphi Automotive Systems LLC ("Delphi" or "Debtor") in the unpaid amount of Ninety-One Thousand Nine Hundred Ninety-Nine and 02/100 Dollars ($91,999.02). All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Procedures Order.

A summary of actual and estimated amounts incurred by Debtor and within the scope of Section 503 of the Bankruptcy Code is included in **Exhibit A** which is attached hereto and hereby incorporated by reference.

By filing this Proof of Claim, Gibbs does not waive any rights to seek other and further additions to its administrative claim (and related relief from the Bankruptcy Court), including, without limitation, interest, attorney fees, additional fees, costs, expenses, advances, assessments, charges or penalties, and any other amounts which were incurred, accrued, or arose on or after October 8, 2005 (the "Petition Date").

2. **RESERVATIONS OF RIGHTS AND DEFENSES**

Gibbs reserves the right to supplement or amend this Proof of Claim for the purpose of including specific or additional sums for its administrative claim, and to state a total amount that is or would be owed by the Debtor to Gibbs as of the effective date of an assumption and/or assignment of any executory contract to which Gibbs is a party, any plan of reorganization or liquidation in this case, the date of any distribution or payment with respect to any portion of this claim, or any other appropriate date(s).

Gibbs respectfully does not necessarily consent to, and reserves the right to object to, the exercise of jurisdiction by the Bankruptcy Court over any and all aspects of, and/or any proceedings relating to any subject of, this Proof of Claim. Also, without limiting the generality of the foregoing, Gibbs respectfully retains and reserves any and all rights it otherwise may have to (a) object and not submit to the jurisdiction of the Bankruptcy Court for any particular

purpose, matter, or proceeding, (b) seek entry of final orders in non-core matters only after a *de novo* review by a District Judge, (c) trial by jury on any issue so triable in any contested matter or adversary proceeding arising in or related to the Debtor's bankruptcy case, or (d) request that the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal. Further, Gibbs retains and reserves any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, with respect to the Debtor or its assets in the subject case.

Gibbs retains and reserves any and all rights, claims, actions, and remedies it has or may have with respect to all entities other than the Debtor. Without limiting the generality of the foregoing, Gibbs reserves the right to seek and obtain payment of any amounts included within the scope of this Proof of Claim for which any entity agrees to pay or otherwise becomes liable in connection with or after a transaction approved by the Bankruptcy Court (including, without limitation, GM Components, Parnassus, and their respective affiliates pursuant to the Master Disposition Agreement and the Modified Plan as such may be further amended, or a Successful Bidder in an alternative transaction).

Further, Gibbs reserves the right to amend, supplement, and/or modify this Proof of Claim (and the documents that accompany or support same) from time to time as may be necessary or appropriate to conform to, or to adapt to changes in, facts or law, determinations yet to be made in this bankruptcy case or in other proceedings, or otherwise to further the purposes of filing this Proof of Claim.

INDS01 BWEIR HARDEN 1137822v2

Debtor: **DELPHI AUTOMOTIVE SYSTEMS LLC**

Case No.: **05-44640**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<u>**NOTICE OF REQUEST**</u>

Please direct any and all correspondence, pleadings, notices, and orders related to this Administrative Expense Claim by Gibbs Die Casting Corporation to the following:

> Michael K. McCrory
> Barnes & Thornburg LLP
> 11 South Meridian Street
> Indianapolis, Indiana 46204
> Telephone: (317) 236-1313
> mmccrory@btlaw.com

> AND

> Eve A. Marsella
> Clarkson Gore & Marsella
> 3424 Carson Street, Suite 350
> Torrance, CA 90503
> Telephone: (310) 542-0111
> emarsella@lawcgm.com

INDS01 BWEIRHARDEN 1137835v1

## Vendor Statement Reconciliation Template

| | |
|---|---|
| Remit Duns or Business Entity #: | 04-994-6827 |
| Vendor Name: | Gibbs Die Casting Corp. |
| Vendor Address: | 369 Community Drive, Henderson, KY 42420 |
| Main AR Contact Name: | Monica Harris |
| Main AR Contact #: | 270-827-7867 |
| Main AR Contact Email Address: | mharris@gnkbcda.com |
| Cure Amount: | |
| Statement Amount: | |



EXHIBIT A

| Invoice # | Invoice Date | Total Invoice Amount | Outstanding Amount | Currency USD/CAD/MXN/EUR | Purchase Order # | Ship Date | Ship To Location | ASN SID/Shipper/Pro Bill/BOL # | Original/Duplicate | Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92529 | 9/12/2008 | 13161.26 | 13161.26 | | 0550197708 | 9/12/2009 | El Paso, TX | 357566 | original | Invoice not processed |
| 96145 | 11/25/2008 | 16463.86 | 16463.86 | | 0550151461 | 11/25/2009 | El Paso, TX | 359931 | original | Invoice not processed |
| 87479 | 5/17/2008 | 4576.18 | 4576.18 | | 450827105 | May-08 | El Paso, TX | n/a | original | Invoice not processed |
| 88906 | 6/1/2008 | 4947.2 | 4947.2 | | 450827105 | Jun-08 | El Paso, TX | n/a | original | Invoice not processed |
| 90326 | 7/31/2008 | 5441.92 | 5441.92 | | 450827105 | Jul-08 | El Paso, TX | n/a | original | Invoice not processed |
| 91972 | 8/31/2008 | 2071.84 | 2071.84 | | 450827105 | Aug-08 | El Paso, TX | n/a | original | Invoice not processed |
| 94260 | 9/1/2008 | 5194.56 | 5194.56 | | n/a | Sep-08 | El Paso, TX | n/a | original | Invoice not processed |
| 95190 | 10/31/2008 | 6998.48 | 6998.48 | | n/a | Oct-08 | El Paso, TX | n/a | original | Invoice not processed |
| 96536 | 11/30/2008 | 3888.68 | 3888.68 | | n/a | Nov-08 | El Paso, TX | n/a | original | Invoice not processed |
| 97139 | 12/31/2008 | 3710.4 | 3710.4 | | n/a | Dec-08 | El Paso, TX | n/a | original | Invoice not processed |
| 98128 | 1/31/2009 | 5349.16 | 5349.16 | | n/a | Jan-09 | El Paso, TX | n/a | original | Invoice not processed |
| 99220 | 2/27/2009 | 4823.52 | 4823.52 | | n/a | Feb-09 | El Paso, TX | n/a | original | Invoice not processed |
| 101223 | 4/20/2009 | 7235.28 | 7235.28 | | n/a | Mar-09 | El Paso, TX | n/a | original | Invoice not processed |
| 101775 | 4/30/2009 | 2535.44 | 2535.44 | | n/a | Apr-09 | El Paso, TX | n/a | original | Invoice not processed |
| 95491 | 12/4/2008 | 2935.38 | 2935.38 | | 4507781983 | 12/4/2008 | West Chester, OH | 360163 | original | Invoice not processed |
| 95017 | 10/30/2008 | 3566.08 | 3566.08 | | 0550207791 | 10/30/2008 | West Chester, OH | 358200 | original | Invoice not processed |
| Total | | 91999.02 | 91999.02 | | | | | | | |