# EXHIBIT B

# GIBBS DIE CASTING CORPORATION

REMIT TO: 135 S. LaSalle, Dept. 6561
Chicago, IL 60674-6561

TELEPHONE (270) 827-7887
FACSIMILE (270) 827-7886

D-U-N-S NUMBER 04-994-6627

**INVOICE TO:**
DELPHI T, 37040, JUAREZ, CH    DELTMX
C/O DATA 2 LOGISTICS
P.O. BOX 6040
GRAND BLANC MI 48480-6040

**SHIPPED TO:**
DELPHI T - 37040 - EL PASO, TX    DELTMX1
C/O E&C, T&I, S X-DOCK - EL PASO
32 CELERITY WAGON
EL PASO TX 79906

| INVOICE NO. | INVOICE DATE |
|---|---|
| 92529 | 9/12/08 |
| PURCHASE ORDER NO. | |
| 0550197706 | |
| PACKING LIST NO. | SHIP DATE |
| 357566 | 9/12/08 |
| CARRIER | |
| MESILLA VALLEY TRANSPORTATION | |
| F.O.B. PREPAID, 3RD PTY, SE | # CTNS. |
| SUPPLIER NO. | WEIGHT |
| 049946627 | |

**TERMS – NET 30 DAYS**

| DIV. | PART NO. | DESCRIPTION | QTY. SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| MSL | 6570960 | REAR HEAD | | | 13161.26 |

EXEMPT FROM TAX

**TOTAL:** 13161.26

SELLER REPRESENTS THAT WITH RESPECT TO THE ARTICLES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH THE PROVISIONS OF THE FAIR LABOR STANDARD ACT OF 1938, AS AMENDED.

PAGE: 1

# Gibbs
## DIE CASTING CORPORATION
369 COMMUNITY DRIVE HENDERSON, KY 42420
TEL: 270-827-1801 FAX: 270-827-7840
DUNS NUMBER 04-994-6627

**BILL OF LADING - PKG LIST**

**CUSTOMER ORDER**

SID: 357566

92528-92529

PAGE 1

| SHIP TO | SOLD TO |
|---|---|
| DELPHI T - 37040 - EL PASO, TX  DELTMX1<br>C/O E&C, T&I, S X-DOCK - EL PASO<br>32 CELERITY WAGON<br>EL PASO TX 79906 | DELPHI T, 37040, JUAREZ, CH  DELTMX<br>C/O DATA 2 LOGISTICS<br>P.O. BOX 6040<br>GRAND BLANC MI 48480-6040 |

| B.O.L. NO. | M.B.O.L. NO. | SHIP DATE | SUPPLIER NO. | FREIGHT CLASS | A.E.T.C. NO. |
|---|---|---|---|---|---|
| 357566 |  | 9/12/08 | 049946627 |  |  |

| TERMS & CONDITIONS | DOCK CODE | TRAILER NO. | CARRIER | F.O.B. |
|---|---|---|---|---|
| NET 30 DAYS | J701 | 3196 | MESILLA VALLEY TRANSPORTATIO | PREPAID; 3RD PARTY, SEE REMARKS |

| ITEM | PART NO / DESCRIPTION | PO NO / REL NO | RAN NO. | SHIP WGT | CTNS | U/M | EDI CODE | QTY. SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 1 | 6570960<br>REAR HEAD<br>CPT#: 6570960<br>LOT NO.<br>C091009<br>C091104<br>C091103<br>C091102<br>C091101 | 0550197706<br>20080729<br>QTY SHP. |  |  | 5 | EA | CTN25 |  |
| 2 | 6561331<br>REAR HEAD<br>CPT#: 6561331<br>LOT NO.<br>R071204 | 0550151461<br>20080909<br>QTY SHP. |  |  | 1 | EA | TBN79 |  |
| 3 | 6562400<br>REAR CYLINDER<br>CPT#: 6562400<br>LOT NO.<br>C050616 | 0550151461<br>20080909<br>QTY SHP. |  |  | 1 | EA | CTN25 |  |

**INSTRUCTIONS/REMARKS**

* Bill Freight To;
  Delphi T, 37009, Juarez, CH
  Data 2 Logistics
  PO Box 6040
  Grand Blanc, MI 48480-6040
* Wood Packaging Material conforms to international standards
  for phytosanitary measures Publication NO 15.

TOTAL CTNS:       GROSS WEIGHT:            LB    TARE WEIGHT:            LB    NET WEIGHT:            LB

Subject to Section 7 of Conditions, of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

GIBBS DIE CASTING CORP. SHIPPER, PER _____    Signature of Consignor
AGENT, PER _____

# GIBBS DIE CASTING CORPORATION

REMIT TO: 135 S. LaSalle, Dept. 6561
Chicago, IL 60674-6561

TELEPHONE (270) 827-7887
FACSIMILE (270) 827-7886

D-U-N-S NUMBER 04-994-6627

| INVOICE NO. | INVOICE DATE |
|---|---|
| 96145 | 11/25/08 |

| PURCHASE ORDER NO. | |
|---|---|
| 0550151461 | |

**INVOICE TO:**
DELPHI T, 37040, JUAREZ, CH    DELTMX
C/O DATA 2 LOGISTICS
P.O. BOX 6040
GRAND BLANC MI 48480-6040

| PACKING LIST NO. | SHIP DATE |
|---|---|
| 359931 | 11/25/08 |

| CARRIER | |
|---|---|
| POINT | |

**SHIPPED TO:**
DELPHI T - 37040 - EL PASO, TX    DELTMX1
DELPHI EL PASO DROP-LOT
48 WALTER JONES BLVD
EL PASO TX 79906

| F.O.B. | #CTNS. |
|---|---|
| PREPAID, 3RD PTY, SE | |

| SUPPLIER NO. | WEIGHT |
|---|---|
| 049946627 | |

**TERMS – NET 30 DAYS**

| DIV. | PART NO. | DESCRIPTION | QTY. SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| TSL | 6561327 | REAR HEAD | | | 10207.81 |
| TSL | 6562400 | REAR CYLINDER | | | 2115.46 |
| TSL | 6562398 | FRONT CYLINDER | | | 4140.59 |

EXEMPT FROM TAX

**TOTAL:** 16463.86

SELLER REPRESENTS THAT WITH RESPECT TO THE ARTICLES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH
THE PROVISIONS OF THE FAIR LABOR STANDARD ACT OF 1938, AS AMENDED.

**PAGE:  1**



# Gibbs
## DIE CASTING CORPORATION
369 COMMUNITY DRIVE  HENDERSON, KY 42420
TEL: 270-827-1801  FAX: 270-827-7840
DUNS NUMBER 04-994-6627

**BILL OF LADING — PKG LIST**

SID: 359931

## CUSTOMER ORDER

PAGE 1

96145

| SHIP TO | SOLD TO |
|---|---|
| DELPHI T - 37040 - EL PASO, TX  DELTMX1<br>DELPHI EL PASO DROP-LOT<br>48 WALTER JONES BLVD<br>EL PASO TX 79906 | DELPHI T, 37040, JUAREZ, CH    DELTMX<br>C/O DATA 2 LOGISTICS<br>P.O. BOX 6040<br>GRAND BLANC MI 48480-6040 |

| B.O.L. NO. | M.B.O.L. NO. | SHIP DATE | SUPPLIER NO. | FREIGHT CLASS | A.E.T.C. NO. |
|---|---|---|---|---|---|
| 359931 |  | 11/25/08 | 049946627 |  |  |

| TERMS & CONDITIONS | DOCK CODE | TRAILER NO. | CARRIER | F.O.B. |
|---|---|---|---|---|
| NET 30 DAYS | J701COM | 53742 | POINT | PREPAID; 3RD PARTY, SEE REMARKS |

| ITEM | PART NO / DESCRIPTION | PO NO / REL NO | RAN NO. | SHIP WGT | CTNS | U/M | EDI CODE | QTY. SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 1 | 6561327<br>REAR HEAD<br>CPT#: 6561327<br>   LOT NO.<br>   C112412  ✓<br>   C112405  ✓<br>   C112411  ✓<br>   C112404  ✓<br>   C112406  ✓<br>   C112407  ✓ | 0550151461<br>   20081125<br><br>   QTY SHP. |  |  |  | EA | TBN79 |  |
| 2 | 6562400<br>REAR CYLINDER<br>CPT#: 6562400<br>   LOT NO.<br>   C112002  ✓ | 0550151461<br>   20081125<br><br>   QTY SHP. |  |  |  | EA | TBN79 |  |
| 3 | 6562398<br>FRONT CYLINDER<br>CPT#: 6562398<br>   LOT NO.<br>   C110611  ✓<br>   C110612  ✓ | 0550151461<br>   20081125<br><br>   QTY SHP. |  |  |  | EA | TBN79 |  |

### INSTRUCTIONS/REMARKS
* Bill Freight To;
  Delphi T, 37009, Juarez, CH
  Data 2 Logistics
  PO Box 6040
  Grand Blanc, MI 48480-6040
Continue on next page........

| TOTAL CTNS: | GROSS WEIGHT: | TARE WEIGHT: | NET WEIGHT: |
|---|---|---|---|

Subject to Section 7 of Conditions, of applicable bill of lading, if this shipment is to be delivered to the consignee
without recourse on the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

GIBBS DIE CASTING CORP. SHIPPER, PER _____    Signature of Consignor
                                                        AGENT, PER _____

# BILL OF LADING — PKG LIST



**Gibbs**
**DIE CASTING CORPORATION**
369 COMMUNITY DRIVE  HENDERSON, KY 42420
TEL: 270-827-1801  FAX: 270-827-7840
DUNS NUMBER 04-994-6627

**CUSTOMER ORDER**

SID: 359931

PAGE 2

| SHIP TO | SOLD TO |
|---|---|
| DELPHI T - 37040 - EL PASO, TX  DELTMX1<br>DELPHI EL PASO DROP-LOT<br>48 WALTER JONES BLVD<br>EL PASO TX 79906 | DELPHI T, 37040, JUAREZ, CH    DELTMX<br>C/O DATA 2 LOGISTICS<br>P.O. BOX 6040<br>GRAND BLANC MI 48480-6040 |

| B.O.L. NO. | M.B.O.L. NO. | SHIP DATE | SUPPLIER NO. | FREIGHT CLASS | A.E.T.C. NO. |
|---|---|---|---|---|---|
| 359931 | | 11/25/08 | 049946627 | | |

| TERMS & CONDITIONS | DOCK CODE | TRAILER NO. | CARRIER | F.O.B. |
|---|---|---|---|---|
| NET 30 DAYS | J701COM | 53742 | POINT | PREPAID; 3RD PARTY, SEE REMARKS |

| ITEM | PART NO / DESCRIPTION | PO NO / REL NO | RAN NO. | SHIP WGT | CTNS | U/M | EDI CODE | QTY. SHIPPED |
|---|---|---|---|---|---|---|---|---|
| | * Wood Packaging Material conforms to international standards for phytosanitary measures Publication NO 15. | | | | | | | |

| TOTAL CTNS: | GROSS WEIGHT: | LB | TARE WEIGHT: | LB | NET WEIGHT: | LB |
|---|---|---|---|---|---|---|

Subject to Section 7 of Conditions, of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**GIBBS DIE CASTING CORP. SHIPPER, PER** _[signature]_    Signature of Consignor AGENT, PER _____