# EXHIBIT 2

COPY

| **United States Bankruptcy Court**<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | **Administrative Claim Request Form** | |
|---|---|---|
| Debtor against which Administrative Claim is asserted:<br>Delphi Corporation, et al. 05-44481 | Case Name and Number<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Claim Request Form is to be used solely in connection with a request for payment of an administrative expense arising after June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property)<br>Fidelity Employer Services Company LLC<br><br>Name and Address Where Notices Should be Sent: Pamela Smith Holleman<br>Sullivan & Worcester LLP<br>One Post Office Square<br>Boston, MA 02109<br>Telephone No.<br>T: 617-338-3800 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your Administrative Claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this Administrative Claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

1. BASIS FOR ADMINISTRATIVE CLAIM
   ☐ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your social security number _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)         (date)

2. DATE DEBT WAS INCURRED  Ongoing

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 833,333.04 plus unliquidated claims as described in the attached addendum.
   ☐ Check this box if Administrative Claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information):
   See attached Addendum to Administrative Claim and Notice of Reservation of Rights by Fidelity Employer Services Company LLC

6. CREDITS AND SETOFFS: The amount of all payments on this Administrative Claim has been credited and deducted for the purpose of making this Administrative Claim request. In filing this Administrative Claim request, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".    Copies will be provided upon request.

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your Administrative Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Claim request.

Date 11/4/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this Administrative Claim (attach copy of power of attorney, if any)
Fidelity Employer Services Company LLC, by its attorneys, Sullivan & Worcester LLP, by Pamela Smith Holleman  *Pamela Smith Holleman* PH 4465

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**

**NOV 05 2009**

**KURTZMAN CARSON CONSULTANTS**

Pamela Smith Holleman (PH 4465)
Patrick P. Dinardo
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
pholleman@sandw.com

*Attorneys for Fidelity Employer Services Company LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### ADDENDUM TO ADMINISTRATIVE CLAIM AND NOTICE OF RESERVATION OF RIGHTS BY FIDELITY EMPLOYER SERVICES COMPANY LLC

Fidelity Employer Services Company LLC ("**FESCO**"), by its attorneys, hereby requests an administrative expense claim and gives notice of its reservation of all rights in respect of an Administrative Services Agreement dated as of May 14, 2004 (the "**Agreement**") that FESCO entered with Delphi Corporation ("**Delphi**", and together with its affiliated debtors, the "**Debtors**"), stating as follows:

1. FESCO and Delphi entered into the Agreement with respect to certain employee benefits, so-called "top hat" and employee welfare benefit plans (the "**Plans**"), as identified in Schedule E to the Agreement. FESCO is experienced in providing the services required under the Agreement.

2. FESCO has provided Delphi with all services required under the Agreement throughout Delphi's bankruptcy proceedings. Pursuant to paragraph 28 of the Plan Modification

Order entered by this Court on July 30, 2009, FESCO understands that the Agreement was assumed under the Debtors' plan of reorganization.

3. FESCO received correspondence in August and September 2009 from the Pension Benefit Guaranty Corporation (the "**PBGC**") stating that two of the Plans included in Schedule E to the Agreement were terminated on or about July 31, 2009,[1] but the PBGC has asked FESCO to continue to supply certain administrative services.

4. Under the Agreement, and consistent with Schedule B thereto, FESCO has the right to certain Administrative Service Fees, including a Termination Fee calculated and depending upon the year of termination of the Agreement (and the Unpaid Balance of the Implementation Fee, as defined in the Agreement). Under the Agreement, FESCO agreed to perform certain implementation services valued at $2.5 Million in starting up its administrative services relating to the Plans, and agreed that Delphi could pay for those services over time under the Agreement. In the event of early termination of the Agreement, however, Delphi agreed to pay the remaining balance of the Implementation Fee in the form of a single Termination Fee. At the present time, if the Agreement were to be terminated as of the date hereof, the Termination Fee would be $833,333.04, as set forth in **Exhibit 1** hereto (in addition to any other fees for services rendered prior to such termination that remain unpaid).

5. Upon inquiry to Debtors as to the status of the Agreement, Debtors advised FESCO that the Agreement was assumed and assigned to a third party. Upon requesting written evidence of said assumption and assessment, Debtors produced to FESCO an unsigned copy of an Assumption and Assignment Agreement with an entity identified as "Company Buyer," *i.e.*,

---

[1] These two plans are the Delphi Retirement Program for Salaried Employees and the Delphi Hourly-Rate Employees' Pension Plan.

New Delphi I, LLC. The text of that agreement does reflect an assumption of certain Plan liabilities, but such assumption excludes other specified items, though there are exceptions to these exclusions to the extent of any obligations or liabilities defined as an Assumed Administrative Liability (and set forth on Schedule 1.1A of a certain Disposition Agreement). FESCO has not seen, and does not have a copy of the Disposition Agreement or Schedule 1.1A thereto.

6. In light of the PBGC's notification that two of the Plans referred to in the Agreement are terminated, and reserving all rights under the Agreement, FESCO hereby respectfully requests an administrative expense claim of not more than $833,333.04 in respect of its Termination Fee, and such other amounts as are warranted for ongoing services under the Agreement, in the event, and if and to the extent, that the liabilities for its Administrative Service Fees (including the Termination Fee) have been assumed by the Debtors but not otherwise assigned *cum onere* to another responsible party.[2]

Dated: November 4, 2009

Respectfully submitted,

FIDELITY EMPLOYER SERVICES
COMPANY LLC

By its attorneys,

/s/ Pamela Smith Holleman
Pamela Smith Holleman (PH 4465)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
Tel: 617-338-2800
Fax: 617-338-2880
pholleman@sandw.com

---

[2] See, e.g., Nostas Assocs. v. Costich (In re Klein Sleep Prods., Inc.), 78 F.3d 18, 25 (2d Cir. 1996) (granting administrative expense priority to claim arising under assumed agreement), superseded by statute on other grounds, 11 U.S.C. § 503(b)(7).

<u>Of Counsel</u>:
Patrick P. Dinardo
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
Tel: 617-338-2800
Fax: 617-338-2880
pdinardo@sandw.com

# Exhibit 1

| Early Termination Fees | | |
|---|---|---|
| Name of Agreement | Date of Early Termination | Early Termination Fee |
| Administrative Services Agreement between Delphi Corporation and Fidelity Employer Services Company, LLC (DB/CISA Services agreement) | November, 2009 | $ 803,571.13 |
| | December, 2009 | $ 773,809.22 |
| | January, 2010 | $ 744,047.31 |
| | February, 2010 | $ 714,285.40 |
| | March, 2010 | $ 684,523.49 |
| | April, 2010 | $ 654,761.58 |
| | May, 2010 | $ 624,999.67 |
| | June, 2010 | $ 595,237.76 |
| | July, 2010 | $ 565,475.85 |
| | August, 2010 | $ 535,713.94 |
| | September, 2010 | $ 505,952.03 |
| | October, 2010 | $ 476,190.12 |
| | November, 2010 | $ 446,428.21 |
| | December, 2010 | $ 416,666.30 |
| | January, 2011 | $ 386,904.39 |
| | February, 2011 | $ 357,142.48 |
| | March, 2011 | $ 327,380.57 |
| | April, 2011 | $ 297,618.66 |
| | May, 2011 | $ 267,856.75 |
| | June, 2011 | $ 238,094.84 |
| | July, 2011 | $ 208,332.93 |
| | August, 2011 | $ 178,571.02 |
| | September, 2011 | $ 148,809.11 |
| | December, 2011 | $ 119,047.20 |
| | October, 2011 | $ 89,285.29 |
| | November, 2011 | $ 59,523.38 |
| | December, 2011 | $ 29,761.47 |
| * This schedule assumes monthly payments of $29,761,91 are received in months preceding termination | | |
| * As of 11/3/09, $833,333.04 was still outstanding. | | |

Pamela Smith Holleman (PH 4465)
Patrick P. Dinardo
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
pholleman@sandw.com

*Attorneys for Fidelity Employer Services Company LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Pamela Smith Holleman, a partner with the law firm of Sullivan & Worcester LLP, counsel to Fidelity Employer Services Company LLC, hereby certify that on this date I caused an **Administrative Claim and Addendum to Administrative Claim and Notice of Reservation of Rights by Fidelity Employer Services Company LLC** to be filed and served by overnight mail upon the attached Notice List.

Dated: November 4, 2009

/s/ Pamela Smith Holleman
Pamela Smith Holleman

## Notice List

Delphi Corporation Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834