Pamela Smith Holleman (PH 4465)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
pholleman@sandw.com

*Attorneys for Fidelity Employer Services Company LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Pamela Smith Holleman, a partner with the law firm of Sullivan & Worcester LLP, counsel to Fidelity Employer Services Company LLC, hereby certify that on this date I caused the **Response by Fidelity Employer Services Company LLC to Debtors' Forty-Third Omnibus Claims Objection** to be filed and served by overnight mail upon the attached Notice List.

Dated: February 17, 2010            /s/ Pamela Smith Holleman
                                                        Pamela Smith Holleman

{B1050962; 1}

## Notice List

The Chambers of Judge Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom 118
White Plains, NY 10601-4140

John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, Michigan 48098

{B1050962; 1}