## Robin Industries, Inc. - Berlin Division
## Delphi US Accounts Receivable
## Administrative Proof of Claim
## February 16, 2010

| Invoice | Ship Date | Total Value |
|---------|-----------|-------------|
| 50110 | 6/5/2009 | $ 395.64 |
| 50611 | 8/19/2009 | $ 197.40 |
| 50660 | 8/25/2009 | $ 188.81 |
| 50683 | 8/27/2009 | $ 211.08 |
| 50742 | 9/3/2009 | $ 399.98 |
| 50820 | 9/11/2009 | $ 197.40 |
| 50832 | 9/14/2009 | $ 197.40 |
| Total | | $ 1,787.71 |

# Robin Industries, Berlin Division

5200 County Road 120
PO Box 330  Berlin, Oh  44610  330-893-2237  Fax: (330)893-3014

A DIVISION OF ROBIN INDUSTRIES, INC.

SID# (2S)   50110

SOLD TO:
DELPHI PACKARD ETDC
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI  48343-6040

SHIP TO:
DELPHI PACKARD ETDC
RAUL RUBIO (PLANT 5800)
9500 PLAZA CIRCLE - PLANT 5800
EL PASO, TX  79927
DUNS #: 607039732
DOCK:  FV5830

| CUSTOMER ORDER NO. See Line Item Below | DATE 6/5/2009 | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|---|
| DUNS # 151404209 | SALESMAN Norris | TERMS MNS-2 | F.O.B. Berlin, Ohio | DATE SHIPPED 6/5/2009 | SHIPPED VIA FED EX GROUND COLLECT |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,200 | 3327 / 12191564   D3  PO - 550260763  22  LBS EA BOX | GROMMET    REV - D3  2 Ctns. @   600   Pcs ea. on  0  Skid(s) | $0.329700 | Ea | $395.64 |

"NO SOLID WOOD PACKAGING MATERIALS"

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $395.64 |

Gross Wt. -   44

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Berlin Division
P.O. BOX 74325
CLEVELAND, OH 44194-4325

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

```
BGM++50110+9'
DTM+137:200906051406:203'
DTM+11:200906051350:203'
MEA+AAX+G+LBR:44'
MEA+AAX+N+LBR:44'
MEA+AAX+SQ+C62:1200'
RFF+CN:155676660003768'
RFF+MB:50110'
NAD+MI+111848417::16'
NAD+ST+FV58::92'
LOC+11+FV58'
NAD+SU+151404209::16'
NAD+SF+151404209::16'
TOD+++FOB:::ORIGIN'
TDT+12++U++FDEG::182'
EQD+TE+155676660003768'
CPS+1++4'
PAC+0++CTN90'
PCI+16+50110'
LIN+++12191564:IN'
PIA+1+9:RY'
QTY+3:267400:C62'
QTY+12:1200:C62'
NAD+MP+151404209::16'
RFF+ON:550260763'
```

Invoice# 50110

# BILL OF LADING

Pro Number _____

Date:    6/5/2009    Attach Pro Sticker Here

| Shipper | | Consignee | |
|---|---|---|---|
| Name | **Robin Industries Berlin Division** | Name | DELPHI P 60606    EL PASO TX (MWO) |
| Address | 5200 County Road 120 | | C/O MWXD CINCINNATI |
| City/St/Zip | Berlin    OH  44610 | Address | **6380 CENTRE PARK DRIVE** |
| Phone #: | 330 893 2237 | City/St/Zip | **WESTCHESTER, OH 45069** |
| DUNS # | 151404209 | | |

Freight Charge

A DESTINATION LABEL MUST BE
ATTACHED TO EACH PALLET FOR

CISCO CODE:  60858
SAP: FV5830
DELPHI PACKARD ELECTRIC
Store:

_____ Prepaid Collec

_____ Collect

_X_ Third Party Prepaid

Single Shipment? ___ Yes ___ No

Section 7 Signed? ___Yes ___No

Send Freight Bill To

Name    DELPHI P 60606, MEOQUI, CH
TRENDSET INC
Address    PO BOX 1208
City/St/Zip    MAULDIN  SC  29662

COD Amount    $

Consignee Check OK? ___Yes ___No

COD Fee    ___Prepaid ___Collect

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, from the carrier, the property described below, in apparent good order, except as noted (condition or contents of package unknown), marked, consigned and destined as shown, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including all conditions of the Uniform Straight Bill of Lading and the back thereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | Part # | PO # | Weight | Class |
|---|---|---|---|---|---|
| 0 SKIDS | 2  BOXES | 1,200  PCS  P/N 12191564 | ( 3327 ) | 44  LBS | |
| | 22    LBS EA BOX | | PO#   550260763 | | |
| TOTAL | 0  SKIDS | | TOTAL WEIGHT | 44 LBS | |

Shipper    <u>Linda Mendiola</u>

Signature    *Linda Mendiola*

Carrier    ___PJAX_____

Signature    _____

DRIVER SIGNATURE ONLY ACKNOWLEDGES RECEIPT OF GOODS

G E N E R A L    M O T O R S
R E C A D V    M E S S A G E
GOODS RECEIPT

Msg Function: ORIGINAL

Reference No.: 0192027114

Date/Time: 20090615

SHIPPER'S ID:           - 50110

                        - 20090605

BILL OF LADING          - 50110

                        -

                        - 0192027114

                        -

Document Message Name:    GOODS RECEIPT

**********************************************************************************
                Supplier
                    Party Id: 0001006408
                        ASSIGNED BY BUYER OR BUYER'S AGENT
**********************************************************************************
                Ship to
                    Party Id: FV58
                        ASSIGNED BY BUYER OR BUYER'S AGENT

Hierarchical Id No: 1

Hierarchical Parent Id:

Packaging Level, Coded  4
**********************************************************************************

                Buyer's item number  - 12191564
                    Despatch quantity:     1200.00
                    Received quantity:       0.00
Short shipped

 Quantity Difference:  1200.000000000

Customers Reference Number: 0550260763

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of 3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550260763 | 15-Dec-2008 |
| Version | |
| 05-Mar-2009  05:28:53 EST | |

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

**Deliver to:**

DELPHI P MEOQUI
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Carr. Panamericana Km. 1588 y Calle
33130 MEOQUI-MEOQUI
MEXICO

| Vendor No: | 1006408 |
|---|---|
| DUNS No: | 151404209 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:** FOB- Freight Collect |
|---|

*** *Condition record changed*
*** *Text changed*

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 12191564 GROM TAPE ON | FV58 DELPHI P MEOQUI | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Dec-2008 | 31-Dec-2008 | USD | 411.80 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 329.70 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00020 | 12191565 GROM INSERT | FV58 DELPHI P MEOQUI |
|---|---|---|

Purchasing Contact: Colorbio, Gabriela

Phone:  915-612-4660

Fax:  915-612-4767

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

# DELPHI

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550260763 | 15-Dec-2008 |
| Version | |
| 05-Mar-2009 05:28:53 EST | |

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Dec-2008 | 31-Dec-2008 | USD | 768.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 571.40 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00040 | 12191566 | | FV58 DELPHI P MEOQUI | | |
|---|---|---|---|---|---|

GROM TAPE ON

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Dec-2008 | 31-Dec-2008 | USD | 354.20 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 351.01 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00030 | 13530357 | | FV58 DELPHI P MEOQUI | | |
|---|---|---|---|---|---|

SLEV INSULATION BOOT    BLK

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Dec-2008 | 31-Dec-2008 | USD | 71.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 70.36 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

Notes:
*******************************
12/18/08: REVISION TO UPDATE 2009 PRICES IG/RE ***********************
INCLUDE ZPUR0087 OBJECT TEXT ID ST LANGUAGE EN

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page   3   of 3

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550260763 | 15-Dec-2008 |
| Version | |
| 05-Mar-2009  05:28:53  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:
```
*********************
```
This Contract replaces previous contract #  P8360035-R4.
```
*********************
```

```
*******************************************
*******************************************
```
Shipping Instructions / Ship VIA:
```
*****************************
```
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
```
*******************************************
```

```
*******************************************
*******************************************
```
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

```
*******************************************
```
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

```
*******************************************
*******************************************
```

# Robin Industries, Berlin Division

5200 County Road 120
PO Box 330  Berlin, Oh  44610  330-893-2237  Fax: (330)893-3014

A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)

50611

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI PACKARD ETDC | DELPHI PACKARD ETDC |
| DISBURSEMENT ANALYSIS | RAUL GARZA/CARLOS GIL |
| P.O. BOX 436040 | 9500 PLAZA CIRCLE |
| PONTIAC, MI  48346-6040 | EL PASO, TX  79927 |
| | PARRAL |
| | DOCK: FV5030    DUNS #: 812557320 |

| CUSTOMER ORDER NO. | DATE | | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|
| See Line Item Below | 8/19/2009 | | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 151404209 | Norris | | Berlin,Ohio | 8/19/2009 | FED EX GROUND COLLECT |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,500 | 3318 / 13575692    02 | GROM DOOR CDT                    REV - 02 | $0.263200 | Ea | $394.80 |
| | PO - 550240107 | 2  Ctns. @    750    Pcs ea. on    0   Skid(s) | | | |
| | 27 LBS EA BOX | | | | |

"NO SOLID WOOD PACKAGING MATERIALS"

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $394.80 |

Gross Wt. - 54

3318   5D   8-19

1.9647
2.9654

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Berlin Division
P.O. BOX 74325
CLEVELAND, OH 44194-4325

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

GENTRAN:Director
50611

```
BGM++50611+9'
DTM+137:200908191620:203'
DTM+11:200908191605:203'
MEA+AAX+G+LBR:54'
MEA+AAX+N+LBR:54'
MEA+AAX+SQ+C62:1500'
RFF+CN:155676660009647'
RFF+MB:50611'
NAD+MI+111848417::16'
NAD+ST+FV50::92'
LOC+11+FV50'
NAD+SU+151404209::16'
NAD+SF+151404209::16'
TOD+++FOB::ORIGIN'
TDT+12++U++FDEG::182'
EQD+TE+155676660009647'
CPS+1++4'
PAC+0++CTN90'
PCI+16+50611'
LIN+++13575692:IN'
PIA+1+9:RY'
QTY+3:275500:C62'
QTY+12:1500:C62'
NAD+MP+151404209::16'
RFF+ON:550240107'
```

Invoice# 50611

# BILL OF LADING

Pro Number _____

Date:    8/19/2009

Attach Pro Sticker Here

Shipper

| Name | **Robin Industries Berlin Division** |
| Address | 5200 County Road 120 |
| City/St/Zip | Berlin          OH   44610 |
| Phone #: | 330 893 2237 |
| DUNS # | 151404209 |

Freight Charge

_____ Prepaid Collec

_____ Collect

__X__ Third Party Prepaid

Single Shipment? ___ Yes ___ No

Section 7 Signed? ___Yes ___No

A DESTINATION LABEL MUST BE
ATTACHED TO EACH PALLET FOR

CISCO CODE:   60455
SAP:FV5030
DELPHI PACKARD ELECTRIC
Store:

Consignee

| Name | DELPHI P 60606      EL PASO TX (MWO) |
| | C/O MWXD CINCINNATI |
| | PARRAL |
| Address | **6380 CENTRE PARK DRIVE** |
| City/St/Zip | **WESTCHESTER, OH 45069** |

Send Freight Bill To

| Name | DELPHI P 60606,  PARRAL, CH |
| | TRENDSET INC |
| Address | PO BOX 1208 |
| City/St/Zip | MAULDIN  SC  29662 |

COD Amount          $

Consignee Check OK? ___Yes ___No

COD Fee          ___Prepaid ___Collect

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, from the carrier, the property described below, in apparent good order, except as noted (condition or contents of package unknown), marked, consigned and destined as shown, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including all conditions of the Uniform Straight Bill of Lading and the back thereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | Part # | PO # | | Weight | | Class |
|---|---|---|---|---|---|---|---|---|
| 0 SKIDS | 2 BOXES | 1,500 PCS P/N 13575692 | | ( 3318 ) | | 54 LBS | | |
| | 27 LBS EA BOX | | | | | | | |
| TOTAL | 0 SKIDS | | | PO# 550240107 | | | | |
| | | | | TOTAL WEIGHT | | 54 LBS | | |

| Shipper | Linda Mendiola | Carrier | ___PJAX_____ |
| Signature | *Linda Mendiola* | Signature | _____ |

DRIVER SIGNATURE ONLY ACKNOWLEDGES RECEIPT OF GOODS

G E N E R A L     M O T O R S
R E C A D V     M E S S A G E
GOODS RECEIPT                              Msg Function: ORIGINAL

Reference No.: 0192373052

Date/Time: 20090828

SHIPPER'S ID:                  – 50611

                               – 20090819

BILL OF LADING                 – 50611

                               –

                               – 0192373052

                               –

Document Message Name:         GOODS RECEIPT

**********************************************************************************
          Supplier
              Party Id: 0001006408
                        ASSIGNED BY BUYER OR BUYER'S AGENT
**********************************************************************************
          Ship to
              Party Id: FV50
                        ASSIGNED BY BUYER OR BUYER'S AGENT

Hierarchical Id No: 1

Hierarchical Parent Id:

Packaging Level, Coded  4
**********************************************************************************

          Buyer's item number  – 13575692
              Despatch quantity:      750.00
              Received quantity:      750.00
Short shipped

  Quantity Difference:    0.000000000

Customers Reference Number: 0550240107

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550240107 | 20-Aug-2008 |
| Version | |
| 30-Mar-2009  05:46:18 EST | |

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

**Deliver to:**
DELPHI P PARRAL
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Predio Santo Tomás s/n, Anillo Peri
32800 CHIHUAHUA-HIDALGO DEL PARRAL,
MEXICO

| Vendor No: | 1006408 |
|---|---|
| DUNS No: | 151404209 |

| Payment Terms: ZMN2 | Currency: USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

**Incoterms:**  FOB- Freight Collect

```
* * * Condition record changed
* * * Text changed
```

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 13575692 | FV50 DELPHI P PARRAL | | | | |
| | GROM TAPE ON | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 26-Mar-2009 | USD | 265.60 | 1,000 | PC |
| 27-Mar-2009 | 31-Dec-2009 | USD | 263.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
```
* * * Condition record added
* * * Condition record changed
* * * Net price changed
```

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax:  915-612-4767

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed:  30-Mar-2009 05:46:18 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page   2  of  3

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550240107 | 20-Aug-2008 |
| Version | |
| 30-Mar-2009  05:46:18  EST | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes:**

03/27/2009: TO CHANGE PRICING ON PART 13575692   IG/JAP

01/14/09: TO EXTEND UNTIL 2009 THE S.A. AND 13575692 PART NUMBER PER PLANT REQUEST.   IG/JAP

11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.
IG/SH.
*************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
*************************************************************
Shipping Instructions / Ship VIA:
*************************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*************************************************************

*************************************************************************************
*********************************

*************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of 3

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550240107 | 20-Aug-2008 |
| Version | |
| 30-Mar-2009  05:46:18  EST | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

---

**Notes Continued:**

by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements .  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract #  P5020112-R2.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Robin Industries, Berlin Division

5200 County Road 120
PO Box 330   Berlin, Oh   44610   330-893-2237   Fax: (330)893-3014

A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)          50660

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI PACKARD ELECTRIC SYSTEMS<br>DISBURSEMENT ANALYSIS DEPT.<br><br>P.O. BOX 436040<br><br>PONTIAC, MI  48343-6040 | DELPHI PACKARD ELECTRIC SYSTEMS<br>COMBINED WHSES<br>9500 PLAZA CIRCLE - PLANT 3300 JUAREZ<br>EL PASO, TX  79927<br><br>DUNS #: 607039732<br>DOCK: FV3330 |

| CUSTOMER ORDER NO. | DATE | | |
|---|---|---|---|
| See Line Item Below | 8/25/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 151404209 | Norris | ZMN2 | BERLIN, OH | 8/25/2009 | PJAX-Third Party Prepaid |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,575 | 3302 / 13515632    01AA<br>PO - 550265577<br>19  LBS EA BOX | GROMMET                     REV - 01AA<br>7  Ctns. @    225   Pcs ea. on   0   Skid(s) | $0.419590 | Ea | $660.85 |

"NO SOLID WOOD PACKAGING MATERIALS"

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $660.85 |

Gross Wt. -    133

MANUFACTURED IN OHIO USA

**Please Send Your Remittances To:**
Robin Industries, Berlin Division
P.O. BOX 74325
CLEVELAND, OH 44194-4325

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# DELPHI

_____ Delphi Packard Electrical/Electronic Architecture

Page  1  of  4

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098

---

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550265577 | 19-Jan-2009 |

Version
05-Mar-2009 05:28:53 EST

---

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

---

**Deliver to:**

DELPHI P RBE IV
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Av Rafael Perez Serna y HenryDunant
CIUDAD JUAREZ-PARQUE INDUSTRIAL OMEGA
32320
MEXICO

---

| Vendor No: | 1006408 |
|---|---|
| DUNS No: | 151404209 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

**Incoterms:**  FOB- Freight Collect

---

\* \* \* _Condition record changed_
\* \* \* _Text changed_

| Item No. | Material No.<br>Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00030 | 5297887<br>LOCK INSERT    BLK | FV33 DELPHI P RBE IV | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 20-Feb-2009 | 31-Dec-2009 | USD | 475.68 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\* \* \* _Condition record added_
\* \* \* _Condition record changed_
\* \* \* _Net price changed_

| 00010 | 13515632<br>SWCH KEYCAP    BLK | FV33 DELPHI P RBE IV |
|---|---|---|

---

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax:  915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

Date and Time Printed:  05-Mar-2009 05:28:53 EST



Delphi Packard Electrical/Electronic Architecture

Page    2    of    4

| ROBIN INDUSTRIES INC | Requirements Contract |
|---|---|
| BERLIN DIV | |
| P.O. Box 330 | |
| BERLIN OH 44610 | |

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550265577 | 19-Jan-2009 |
| Version | |
| 05-Mar-2009 05:28:53 EST | |

| Item No. | Material No. | | | | Plant | | |
|---|---|---|---|---|---|---|---|
| | Description | | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Dec-2008 | 31-Dec-2008 | USD | 423.40 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 419.59 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00020 | 15490951 | | | FV33 DELPHI P RBE IV | | |
|---|---|---|---|---|---|---|
| | GROM DOOR CDT | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Dec-2008 | 31-Dec-2008 | USD | 776.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 769.02 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

Notes:
3/4/09: Revision to change prices. IG / RE ********************************
TO ADD PART NUMBER 05297887.
ig/sh.
*********************************************************************

***********************************************************************************************
*********************************************************************

*********************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*********************************************************************

# DELPHI

_____ Delphi Packard Electrical/Electronic Architecture

Page   3   of   4

| | |
|---|---|
| ROBIN INDUSTRIES INC<br>BERLIN DIV<br>P.O. Box 330<br>BERLIN OH  44610 | **Requirements Contract** |
| | PO Number                              Date Issued<br>550265577                             19-Jan-2009<br>Version<br>05-Mar-2009  05:28:53  EST |

| Item No.    Material No.<br>                Description | Plant |
|---|---|

**Notes Continued:**

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

************************************************************************************************************************
*************************************************************
*************************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

*******************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

*******************************************
This Contract replaces previous contract #  P8360035-R5.
*******************************************

*******************************************
*******************************************
Shipping Instructions / Ship VIA:
*******************************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*******************************************

# DELPHI

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN  OH  44610

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550265577 | 19-Jan-2009 |
| Version | |
| 05-Mar-2009  05:28:53  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Robin Industries, Berlin Division

5200 County Road 120
PO Box 330  Berlin, Oh  44610  330-893-2237  Fax: (330)893-3014

**A DIVISION OF ROBIN INDUSTRIES, INC.**

SID# (2S)    50683

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI PACKARD - WARREN CC | DELPHI PACKARD - WARREN CC |
| DISBURSEMENT ANALYSIS DEPT. | CONSOLIDATION CENTER  DOCK 01 |
| P.O. BOX 436040 | 1265 N RIVER ROAD |
| PONTIAC, MI  48343-6040 | WARREN, OH  44483 |
| | DUNS #: 018414292 |
| | DOCK: FR0901 |

| CUSTOMER ORDER NO. See Line Item Below | DATE 8/27/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| DUNS # 151404209 | SALESMAN Norris | TERMS ZMN2 | F.O.B. BERLIN, OH | DATE SHIPPED 8/27/2009 | SHIPPED VIA PJAX-COLLECT |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 6,000 | 3313 / 13530357  01 | Insulation Sleeve Boot            REV - 01 | $0.070360 | Ea | $422.16 |
| | PO - 550155111 | 4 Ctns. @      1500    Pcs ea. on    1   Skid(s) | | | |
| | 11 LBS EA BOX | | | | |
| 13,600 | 3316 / 02966377  D7 | BOOT RING                          REV - D7 | $0.257200 | Ea | $3,497.92 |
| | PO - 550155111 | 17 Ctns. @      800    Pcs ea. on    0   Skid(s) | | | |
| | 17 LBS EA BOX | | | | |
| 1,000 | 3317 / 15465860  03AA | GROMMET                           REV - 03AA | $0.424840 | Ea | $424.84 |
| | PO - 550155111 | 2 Ctns. @      500    Pcs ea. on    0   Skid(s) | | | |
| | 27 LBS EA BOX | | | | |
| 4,800 | 3327 / 12191564  D3 | GROMMET                           REV - D3 | $0.329700 | Ea | $1,582.56 |
| | PO - 550155111 | 8 Ctns. @      600    Pcs ea. on    0   Skid(s) | | | |
| | 22 LBS EA BOX | | | | |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $5,927.48 |

Gross Wt. -    592

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Berlin Division
P.O. BOX 74325
CLEVELAND, OH 44194-4325

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

GENTRAN:Director
50683

```
BGM++50683+9'
DTM+137:200908271551:203'
DTM+11:200908271535:203'
MEA+AAX+G+LBR:592'
MEA+AAX+N+LBR:563'
MEA+AAX+SQ+C62:25400'
RFF+CN:00371117433'
RFF+MB:50683'
NAD+MI+111848417::16'
NAD+ST+FR09::92'
LOC+11+FR09'
NAD+SU+151404209::16'
NAD+SF+151404209::16'
TOD+++FOB:::ORIGIN'
TDT+12++LT++PJXI::182'
EQD+TE+00371117433'
CPS+1++4'
PAC+1++CTN90'
PCI+16+50683'
LIN+++13530357:IN'
PIA+1+9:RY'
QTY+3:100500:C62'
QTY+12:6000:C62'
NAD+MP+151404209::16'
RFF+ON:550155111'
CPS+2++4'
PAC+0++CTN90'
PCI+16+50683'
LIN+++02966377:IN'
PIA+1+9:RY'
QTY+3:205600:C62'
QTY+12:13600:C62'
NAD+MP+151404209::16'
RFF+ON:550155111'
CPS+3++4'
PAC+0++CTN90'
PCI+16+50683'
LIN+++15465860:IN'
PIA+1+9:RY'
QTY+3:79000:C62'
QTY+12:1000:C62'
NAD+MP+151404209::16'
RFF+ON:550155111'
CPS+4++4'
PAC+0++CTN90'
PCI+16+50683'
LIN+++12191564:IN'
PIA+1+9:RY'
QTY+3:108000:C62'
QTY+12:4800:C62'
NAD+MP+151404209::16'
RFF+ON:550155111'
```

STRAIGHT BILL OF LADING–SHORT FORM–ORIGINAL-NOT NEGOTIABLE   Pg 25 of 27

| NAME OF CARRIER | | CARRIER'S NO. | DATE | SHIPPER'S NO. |
|---|---|---|---|---|
| PJAX-COLLECT | | | 8/27/2009 | 50683 |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**FROM SHIPPER:**
(ORIGIN)

ROBIN INDUSTRIES-BERLIN DIVISION
5200 COUNTY RD. 120 • P. O. BOX 330
BERLIN, OHIO 44610
330-893-2237

**TO CONSIGNEE:** DELPHI PACKARD – WARREN CC
STREET   CONSOLIDATION CENTER  DOCK 01
1265 N RIVER ROAD
DESTINATION  WARREN        OH        ZIP CODE 44483

| DELIVERING CARRIER | ROUTE | CAR OR VEHICLE INITIALS & NO. |
|---|---|---|

| NO. PACKAGES | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|---|
| 1 SKIDS | | P/N 13530357   Insulation Sleeve Bo  ( 3313 ) | | | | | |
| | | 4 BOXES @  1,500 PCS=  6,000 PCS PO# 550155111 | | 73 LBS | | | |
| | | 11 LBS EA BOX | | | | | |
| 0 SKIDS | | P/N 02966377   BOOT RING   ( 3316 ) | | | | | |
| | | 17 BOXES @  800 PCS=  13,600 PCS PO# 550155111 | | 289 LBS | | | |
| | | 17 LBS EA BOX | | | | | |
| 0 SKIDS | | P/N 15465366   GROMMET   ( 3317 ) | | | | | |
| | | 2 BOXES @  500 PCS=  1,000 PCS PO# 550155111 | | 54 LBS | | | |
| | | 27 LBS EA BOX | | | | | |
| 0 SKIDS | | P/N 12191564   GROMMET   ( 3327 ) | | | | | |
| | | 8 BOXES @  600 PCS=  4,800 PCS PO# 550155111 | | 176 LBS | | | |
| | | 22 LBS EA BOX | | | | | |
| TOTAL | 1 SKIDS | TOTAL WEIGHT | | 592 LBS | | | |

00371117433

PLACARDS SUPPLIED ☐ YES ☐ NO   DRIVER'S SIGNATURE   EMERGENCY RESPONSE PHONE NO.

REMIT C.O.D. TO:

COD AMT. $   C.O.D. FEE: ☐ Prepaid ☐ Collect $

TOTAL CHARGES $   Freight charges are PREPAID unless marked collect. ☐   Check box if charges are Collect. ☒

ROBIN INDUSTRIES-BERLIN DIVISION
5200 COUNTY RD. • BERLIN, OH 44610

Shipper, Per _____   Agent, Per _____   8-27-09

+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 6

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

---

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

**Deliver to:**

DELPHI P PLANT 9
PACKARD ELECTRIC
OHIO OPERATIONS
NORTH RIVER RD. & LARCHMONT
WARREN OH 44483

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550155111 | 12-Mar-2007 |
| Version | |
| 05-Mar-2009 04:51:39 EST | |

| Vendor No: | 1006408 |
|---|---|
| DUNS No: | 151404209 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

**Incoterms:** FOB- Freight Collect

```
*** Condition record changed
*** Text changed
```

| Item No. | Material No. Description | | Plant |
|---|---|---|---|
| 00040 | 2966377 | | FR09 DELPHI P PLANT 9 |
| | SLEV IGN BOOT | BLK | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2007 | 31-Jul-2007 | USD | 336.40 | 1,000 | PC |
| 01-Aug-2007 | 31-Dec-2007 | USD | 303.90 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 303.90 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 257.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
```
*** Condition record added
*** Condition record changed
*** Net price changed
```

| 00050 | 12191564 | | FR09 DELPHI P PLANT 9 |
|---|---|---|---|
| | FROM TAPE ON | | |

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax: 915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Date and Time Printed: 05-Mar-2009 04:51:39 EST

# DELPHI
Delphi Packard Electrical/Electronic Architecture

Page  2  of  6

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550155111 | 12-Mar-2007 |
| Version | |
| 05-Mar-2009  04:51:39  EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2007 | 20-May-2007 | USD | 438.80 | 1,000 | PC |
| 21-May-2007 | 31-Dec-2008 | USD | 411.80 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 329.70 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

00080  12191566                          FR09 DELPHI P PLANT 9
GROM TAPE ON

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 30-May-2007 | 31-Dec-2007 | USD | 354.20 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 354.20 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 351.01 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

00030  13530357                          FR09 DELPHI P PLANT 9
SLEV INSULATION BOOT    BLK

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 06-Mar-2007 | 31-Dec-2007 | USD | 71.00 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 71.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 70.36 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

00110  15304792                          FR09 DELPHI P PLANT 9
GROM TAPE ON

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2008 | 31-Dec-2008 | USD | 1,765.40 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,749.51 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

00060  15336702                          FR09 DELPHI P PLANT 9
ASM GROM TAPE ON