

Delphi Packard Electrical/Electronic Architecture

Page  3  of 6

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

## Requirements Contract

PO Number
550155111

Date Issued
12-Mar-2007

Version
05-Mar-2009  04:51:39  EST

| Item No. | Material No. Description | | | Plant | | | |
|---|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 01-Jan-2007 | 31-Dec-2007 | USD | 1,819.40 | 1,000 | PC | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 1,819.40 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 1,418.70 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00090 | 15465860 | | | FR09 DELPHI P PLANT 9 | | | |
|---|---|---|---|---|---|---|---|
| | GROM TAPE ON | | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 01-Aug-2007 | 31-Dec-2008 | USD | 428.70 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 424.84 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

Notes:
3/4/09: Revision to change prices. IG / RE *********************************
12/18/08: Revision to update 2009 prices IG/RE *********************
11/12/08: Revision to extend pricing thru 12/31/2009 or until further notification due to buyer negotiations. CP/RE

4/23/08: revision to change buyer code from 562 to 544. kh/js/mc

2/26/08 Revision to correct Material Group codes used internal to Delphi. This results in a line item change since this type revision requires deletion of the line item and re-adding as a new line item. th/jm

11/8/07: revision to add 2008 pricing for p/n 15465860. bb/js/mc

11/1/07: UPDATE PRICING FOR PART NUMBER 12191564 EFFECTIVE 5/21/07. kh/mc

10/15/07  PL/KH:  REvision to add P/N 15304792        *****************************************
8/30/07: REVISION TO ADD PART NUMBER 15465860 TO THE SCHEDULE AGREEMENT PER M. BERTLEFF. kh/mc
8/28/07: REVISION TO CHANGE EFFECTIVE DATE FOR 02966377
FROM 8/13/07 TO 8/1/07. kh/mc

# DELPHI

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550155111 | 12-Mar-2007 |
| Version | |
| 05-Mar-2009  04:51:39  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

**Notes Continued:**

8/13/07  pl/kh:  Revision to change pricing for 02966377    *************************************

5/31/07  PL: revision to add 12191566
*************************************

5/18/07:  revision to delete 12045893 - issued to wrong location.
/mc

5/15/07:  revision to add p/n 12045893 per request from mary
kay kollat, pe&l.
/mc

4/23/07  PL: REVISE PAYMENT TERMS TO ZMN2

revision to add p/n 15336702 to SA

REVISION TO ADD PART NUMBERS 02966377 & 12191564

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
******************************************************************************
**************************************************************

*********************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the
salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities,
please contact the appropriate Delphi's Buyer.

*********************************************************

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  5  of  6

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550155111 | 12-Mar-2007 |
| Version | |
| 05-Mar-2009  04:51:39 EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

**Notes Continued:**

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract #  P5020112-IB.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Shipping Instructions / Ship VIA:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 6 of 6

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

## Requirements Contract

PO Number                                    Date Issued
550155111                                    12-Mar-2007
Version
05-Mar-2009  04:51:39 EST

| Item No. | Material No. Description | Plant |
|----------|--------------------------|-------|

Notes Continued:
*********************************************************
*********************************************************

# Robin Industries, Berlin Division

5200 County Road 120
PO Box 330  Berlin, Oh  44610  330-893-2237  Fax: (330)893-3014

A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)          50742

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI PACKARD - WARREN CC | DELPHI PACKARD - WARREN CC |
| DISBURSEMENT ANALYSIS DEPT. | CONSOLIDATION CENTER   DOCK 01 |
| P.O. BOX 436040 | 1265 N RIVER ROAD |
| PONTIAC, MI  48343-6040 | WARREN, OH  44483 |
| | DUNS #: 018414292 |
| | DOCK: FR0901 |

| CUSTOMER ORDER NO. See Line Item Below | DATE 9/3/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|
| DUNS # 151404209 | SALESMAN Norris | TERMS ZMN2 | F.O.B. BERLIN, OH | DATE SHIPPED 9/3/2009 | SHIPPED VIA PJAX-COLLECT |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 700 | 3319 / 12191565      D1 | INSERT                                REV - D1 | $0.571400 | Ea | $399.98 |
| | PO - 550163295 | 1  Ctns. @      700      Pcs ea. on   1   Skid(s) | | | |
| | 22  LBS EA BOX | | | | |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $399.98 |

Gross Wt. -          51

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Berlin Division
P.O. BOX 74325
CLEVELAND, OH 44194-4325

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

GENTRAN:Director
50742

```
BGM++50742+9'
DTM+137:200909031625:203'
DTM+11:200909031611:203'
MEA+AAX+G+LBR:51'
MEA+AAX+N+LBR:22'
MEA+AAX+SQ+C62:700'
RFF+CN:00366234540'
RFF+MB:50742'
NAD+MI+111848417::16'
NAD+ST+FR09::92'
LOC+11+FR09'
NAD+SU+151404209::16'
NAD+SF+151404209::16'
TOD+++FOB:::ORIGIN'
TDT+12++LT++PJXI::182'
EQD+TE+00366234540'
CPS+1++4'
PAC+1++CTN90'
PCI+16+50742'
LIN+++12191565:IN'
PIA+1+9:RY'
QTY+3:11200:C62'
QTY+12:700:C62'
NAD+MP+151404209::16'
RFF+ON:550163295'
```

NAME OF CARRIER  PJAX-COLLECT                                                CARRIER'S NO.          SHIPPER'S NO.
                                                                            DATE  9/3/2009          50742 /43

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading, the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM SHIPPER: (ORIGIN) | | TO CONSIGNEE: | DELPHI PACKARD – WARREN CC | |
|---|---|---|---|---|
| ROBIN INDUSTRIES-BERLIN DIVISION 5200 COUNTY RD. 120 • P. O. BOX 330 BERLIN, OHIO 44610 330-893-2237 | | STREET | CONSOLIDATION CENTER  DOCK 01 1265 N RIVER ROAD | |
| | | DESTINATION | WARREN              OH | ZIP CODE 44483 |

| DELIVERING CARRIER | | ROUTE | | CAR OR VEHICLE INITIALS & NO. |
|---|---|---|---|---|

| NO. PACKAGES | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|---|
| 1  SKIDS | | P/N 12191565       INSERT          ( 3313 ) | | | | | |
| | | 1   BOXES @   700 PCS =   700 PCS  PO# 550463395 | | 51 LBS | | | |
| | | 22  LBS EA BOX | | | | | |
| | | | | | | | |
| | | P/N 13530357   INSULATION SLEEVE BOOT   (3313) | | 33 LBS | | | |
| | | 3 BOXES @ 1,500 PCS = 4,500 PCS | | | | | |
| | | 11 LBS EA BOX | | | | | |
| | | P/N 02966377     BOOT RING        (3316) | | | | | |
| | | 4 BOXES @ 800 PCS = 3,200 PCS | | 68 LBS | | | |
| | | 17 LBS EA BOX | | | | | |
| | | P/N 12191566     GROMMET ACOUSTIC   (3320) | | 63 LBS | | | |
| | | 3 BOXES @ 400 PCS = 1,200 PCS | | | | | |
| | | 21 LBS EA BOX | | | | | |
| | | P/N 12191564     GROMMET         (3327) | | | | | |
| | | 1 BOXES @ 600 PCS | | 22 LBS | | | |
| | | 22 LBS EA BOX | | | | | |
| | | P.O. 550155111 | | | | | |
| TOTAL | | 1 SKID                 TOTAL WEIGHT | | 237 LBS | | | |

VITRAN   00366234540   PJAX
FREIGHT COPY

| VITRAN FEET | PALLETS | LOOSE PCS | TTL HANDLING UNITS |
|---|---|---|---|

| PLACARDS SUPPLIED  ☐ YES   ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. |
|---|---|---|

REMIT C.O.D. TO:

COD  AMT. $ _____

C.O.D. FEE:
☐ Prepaid
☐ Collect $

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".
†Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

NOTE: When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ (Signature of Consignor)

TOTAL CHARGES $ _____
Freight charges are PREPAID unless marked collect.
☐ Check box if charges are Collect.

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation".

ROBIN INDUSTRIES-BERLIN DIVISION
5200 COUNTY RD. • BERLIN, OH 44610
Permanent post office address of shipper

Shipper, Per  9-3-09  Vitran            Agent, Per ____

+ MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

1

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 4

| Buyer: |
| --- |
| DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE<br>5725 DELPHI DRIVE<br>TROY MI 48098 |

## Requirements Contract

| PO Number<br>550163295<br>Version<br>05-Mar-2009 04:51:39 EST | Date Issued<br>11-Apr-2007 |
| --- | --- |

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

Deliver to:
DELPHI P PLANT 9
PACKARD ELECTRIC
OHIO OPERATIONS
NORTH RIVER RD. & LARCHMONT
WARREN OH 44483

| Vendor No: 1006408 |
| --- |
| DUNS No: 151404209 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
| --- | --- |
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:** FOB- Freight Collect |
| --- |

\* \* \* *Condition record changed*
\* \* \* *Text changed*

| Item No. | Material No.<br>Description | Plant | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 00030 | 12034226<br>GROM STRAIN RLF | FR09 DELPHI P PLANT 9 | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 24-Jun-2008 | 31-Dec-2008 | USD | 1,950.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,585.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\* \* \* *Condition record added*
\* \* \* *Condition record changed*
\* \* \* *Net price changed*

| 00010 | 12191565<br>GROM INSERT | FR09 DELPHI P PLANT 9 |
| --- | --- | --- |

| Purchasing Contact: Colorbio, Gabriela | Contact Address: |
| --- | --- |
| Phone: 915-612-4660 | Delphi Packard |
| Fax: 915-612-4767 | 48 Walter Jones Blvd,<br>EL PASO TX 79906-5301 |

Buyer Email: gabriela.colorbio@delphi.com

# DELPHI



Delphi Packard Electrical/Electronic Architecture

Page  2  of  4

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550163295 | 11-Apr-2007 |
| Version | |
| 05-Mar-2009  04:51:39 EST | |

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
| | 25-Mar-2007 | 31-Dec-2007 | USD | 768.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 768.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 571.40 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record added*
\*\*\* *Condition record changed*
\*\*\* *Net price changed*

| 00020 | 15467463 | FR09 DELPHI P PLANT 9 | | | | |
|---|---|---|---|---|---|---|
| | GROM TAPE ON | | | | | |
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
| | 01-Jun-2007 | 31-Dec-2007 | USD | 402.70 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 402.70 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 399.08 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record added*
\*\*\* *Condition record changed*
\*\*\* *Net price changed*

Notes:
3/4/09: Revision to change prices. IG / RE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
12/18/08: Revision to update 2009 prices IG/RE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
11/12/08: Revision to extend pricing thru 12/31/2009 or until further notification due to buyer negotiations. CP/RE

7/9/08: Revision  To correct price on part number 12034226. effective day 6/24/08. gc/ig/meg.

06-24-2008, REVISION To add 12034226 part number for plant 09.

IG/GC/SH.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
4/23/08: revision to change buyer code from 562 to 544. kh/js/mc

6/12/07: REVISION TO ADD P/N 15467463 TO ROBIN BERLIN FR09 LOCATION PER MARTY BERTLEFF BASED ON BUYSHEET REQUIREMENTS.
MJK/MC

# DELPHI

_____

Delphi Packard Electrical/Electronic Architecture

Page   3   of   4

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550163295 | 11-Apr-2007 |
| Version | |
| 05-Mar-2009  04:51:39  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:

5/10/07:  revision to change payment terms to ZMN2 effective5/10/07.kh/mc

*************************************************************************************************

************************************************************************

************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements .  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Buyer proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

************************************************************
************************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

************************************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098

# DELPHI

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550163295 | 11-Apr-2007 |
| Version | |
| 05-Mar-2009  04:51:39 EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:

ATTENTION: LAURA JAKOB
FAX: 248-813-1411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Shipping Instructions / Ship VIA:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier
Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Robin Industries, Berlin Division

5200 County Road 120
PO Box 330  Berlin, Oh  44610  330-893-2237 Fax: (330)893-3014

A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)

50820

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI PACKARD ETDC | DELPHI PACKARD ETDC |
| DISBURSEMENT ANALYSIS | RAUL GARZA/CARLOS GIL |
| P.O. BOX 436040 | 9500 PLAZA CIRCLE |
| PONTIAC, MI  48346-6040 | EL PASO, TX  79927 |
|  | PARRAL    DUNS #: 812557320 |
|  | DOCK: FV5030 |

| CUSTOMER ORDER NO. | DATE | | | | |
|---|---|---|---|---|---|
| See Line Item Below | 9/11/2009 | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
| 151404209 | Norris | | Berlin,Ohio | 9/11/2009 | FED EX GROUND COLLECT |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,500 | 3318 / 13575692    02 | GROM DOOR CDT          REV - 02 | $0.263200 | Ea | $394.80 |
|  | PO - 550240107 | 2  Ctns. @    750    Pcs ea. on    0   Skid(s) | | | |
|  | 27  LBS EA BOX | | | | |

"NO SOLID WOOD PACKAGING MATERIALS"

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $394.80 |

Gross Wt. -    54

3318    50    9-11

1. 11794

2. 11800

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Berlin Division
P.O. Box 74325
CLEVELAND, OH 44194-4325

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

GENTRAN:Director
50820

```
BGM++50820+9'
DTM+137:200909111556:203'
DTM+11:200909111540:203'
MEA+AAX+G+LBR:54'
MEA+AAX+N+LBR:54'
MEA+AAX+SQ+C62:1500'
RFF+CN:155676660011794'
RFF+MB:50820'
NAD+MI+111848417::16'
NAD+ST+FV50::92'
LOC+11+FV50'
NAD+SU+151404209::16'
NAD+SF+151404209::16'
TOD++FOB:::ORIGIN'
TDT+12++U++FDEG::182'
EQD+TE+155676660011794'
CPS+1++4'
PAC+0++CTN90'
PCI+16+50820'
LIN+++13575692:IN'
PIA+1+9:RY'
QTY+3:297250:C62'
QTY+12:1500:C62'
NAD+MP+151404209::16'
RFF+ON:550240107'
```

Invoice# 50820

# BILL OF LADING

Pro Number _____

Date:    9/11/2009                    Attach Pro Sticker Here

| | Shipper | | Consignee |
|---|---|---|---|
| Name | **Robin Industries Berlin Division** | Name | DELPHI P 60606    EL PASO TX (MWO) |
| Address | 5200 County Road 120 | | C/O MWXD CINCINNATI |
| City/St/Zip | Berlin                OH   44610 | | PARRAL |
| Phone #: | 330 893 2237 | Address | **6380 CENTRE PARK DRIVE** |
| DUNS # | 151404209 | City/St/Zip | **WESTCHESTER, OH 45069** |

Freight Charge

A DESTINATION LABEL MUST BE
ATTACHED TO EACH PALLET FOR

CISCO CODE:   60455
SAP:FV5030
DELPHI PACKARD ELECTRIC
Store:

_____ Prepaid Collec

_____ Collect

__X__ Third Party Prepaid

Single Shipment? ____ Yes ____ No

Section 7 Signed? ____Yes ____No

Send Freight Bill To

| | |
|---|---|
| Name | DELPHI P 60606, PARRRAL, CH |
| | TRENDSET INC |
| Address | PO BOX 1208 |
| City/St/Zip | MAULDIN  SC  29662 |

COD Amount            $

Consignee Check OK? ____Yes _____No

COD Fee            ____Prepaid ____Collect

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, from the carrier, the property described below, in apparent good order, except as noted (condition or contents of package unknown), marked, consigned and destined as shown, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including all conditions of the Uniform Straight Bill of Lading and the back thereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | Part # | PO # | Weight | Class |
|---|---|---|---|---|---|---|
| 0 SKIDS | 2 BOXES | 1,500 PCS | P/N 13575692 | ( 3318 ) | 54 LBS | |
| | 27 LBS EA BOX | | | PO# 550240107 | | |
| TOTAL | 0 SKIDS | | | TOTAL WEIGHT | 54 LBS | |

Shipper    Linda Mendiola                    Carrier ___PJAX_____

Signature    *Linda Mendiola*                    Signature _____

DRIVER SIGNATURE ONLY ACKNOWLEDGES RECEIPT OF GOODS

GENTRAN:Director for Windows

GENERAL   MOTORS
RECADV   MESSAGE
GOODS RECEIPT                          Msg Function: ORIGINAL

Reference No.: 0192510170

Date/Time: 20090922

SHIPPER'S ID:              - 50820

                          - 20090911

BILL OF LADING            - 50820

                          -

                          - 0192510170

                          -

Document Message Name:     GOODS RECEIPT

*************************************************************************
              Supplier

                  Party Id: 0001006408

                      ASSIGNED BY BUYER OR BUYER'S AGENT

*************************************************************************
              Ship to

                  Party Id: FV50

                      ASSIGNED BY BUYER OR BUYER'S AGENT

Hierarchical Id No: 1

Hierarchical Parent Id:

Packaging Level, Coded  4

*************************************************************************


              Buyer's item number  - 13575692

                  Despatch quantity:      1500.00

                  Received quantity:       750.00

Short shipped

  Quantity Difference:   750.000000000


Tue Sep 22 07:52:55 2009

Customers Reference Number: 0550240107

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

**Deliver to:**

DELPHI P PARRAL
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Predio Santo Tomás s/n, Anillo Peri
32800 CHIHUAHUA-HIDALGO DEL PARRAL,
MEXICO

## Requirements Contract

| PO Number | |
|---|---|
| 550240107 | Date Issued |
| Version | 20-Aug-2008 |
| 30-Mar-2009  05:46:18 EST | |

| Vendor No: | 1006408 |
|---|---|
| DUNS No: | 151404209 |

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

```
* * * Condition record changed
* * * Text changed
```

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| 00010 | 13575692 GROM TAPE ON | | | FV50 DELPHI P PARRAL | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 26-Mar-2009 | USD | 265.60 | 1,000 | PC |
| 27-Mar-2009 | 31-Dec-2009 | USD | 263.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
```
* * * Condition record added
* * * Condition record changed
* * * Net price changed
```

**Purchasing Contact:** Colorbio, Gabriela
Phone: 915-612-4660
Fax:  915-612-4767

**Contact Address:**

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed:  30-Mar-2009 05:46:18 EST

# DELPHI

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550240107 | 20-Aug-2008 |
| Version | |
| 30-Mar-2009   05:46:18   EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes:

03/27/2009: TO CHANGE PRICING ON PART 13575692   IG/JAP

01/14/09: TO EXTEND UNTIL 2009 THE S.A. AND 13575692 PART NUMBER PER PLANT REQUEST.   IG/JAP

11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.
IG/SH.
*****************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
***********************
*****************************************************************

Shipping Instructions / Ship VIA:
*************************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*****************************************************************

*****************************************************************
*****************************************************************

************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  3

| | |
|---|---|
| ROBIN INDUSTRIES INC<br>BERLIN DIV<br>P.O. Box 330<br>BERLIN OH 44610 | **Requirements Contract**<br><br>PO Number              Date Issued<br>550240107              20-Aug-2008<br>Version<br>30-Mar-2009  05:46:18  EST |

| Item No.   Material No.<br>Description | Plant |
|---|---|

**Notes Continued:**

by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*************************************************************************************************************************************
*********************************************************************************
***********************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

**********************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

*********************************************************
***********************************************************
This Contract replaces previous contract #  P5020112-R2.
**********************

# Robin Industries, Berlin Division

5200 County Road 120
PO Box 330   Berlin, Oh   44610   330-893-2237  Fax: (330)893-3014

A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)        50832

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI PACKARD ETDC<br><br>DISBURSEMENT ANALYSIS<br><br>P.O. BOX 436040<br><br>PONTIAC, MI  48346-6040 | DELPHI PACKARD ETDC<br>RAUL GARZA/CARLOS GIL<br>9500 PLAZA CIRCLE<br>EL PASO, TX  79927<br><br>PARRAL<br>DOCK: FV5030          DUNS #: 812557320 |

| CUSTOMER ORDER NO.<br>See Line Item Below | DATE<br>9/14/2009 | ALL CREDIT CLAIMS MUST BE ENTERED<br>WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| DUNS #<br>151404209 | SALESMAN<br>Norris | TERMS | F.O.B.<br>Berlin,Ohio | DATE SHIPPED<br>9/14/2009 | SHIPPED VIA<br>FED EX GROUND COLLECT |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,500 | 3318 / 13575692      02<br>PO - 550240107<br>27  LBS EA BOX | GROM DOOR CDT              REV - 02<br>2  Ctns.  @      750    Pcs ea. on    0  Skid(s) | $0.263200 | Ea | $394.80 |

"NO SOLID WOOD PACKAGING MATERIALS"

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $394.80 |

Gross Wt. -        54

3318      50      9-14
1.11947
2      954

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Berlin Division
P.O. BOX 74325
CLEVELAND, OH 44194-4325

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

GENTRAN:Director
50832

```
BGM++50832+9'
DTM+137:200909141609:203'
DTM+11:200909141600:203'
MEA+AAX+G+LBR:54'
MEA+AAX+N+LBR:54'
MEA+AAX+SQ+C62:1500'
RFF+CN:155676660011947'
RFF+MB:50832'
NAD+MI+111848417::16'
NAD+ST+FV50::92'
LOC+11+FV50'
NAD+SU+151404209::16'
NAD+SF+151404209::16'
TOD+++FOB:::ORIGIN'
TDT+12++U++FDEG::182'
EQD+TE+155676660011947'
CPS+1++4'
PAC+0++CTN90'
PCI+16+50832'
LIN+++13575692:IN'
PIA+1+9:RY'
QTY+3:298750:C62'
QTY+12:1500:C62'
NAD+MP+151404209::16'
RFF+ON:550240107'
```

Invoice# 50832

# BILL OF LADING

Pro Number _____

Date:      9/14/2009                    Attach Pro Sticker Here

| Shipper | | |
|---|---|---|
| Name | **Robin Industries Berlin Division** | |
| Address | 5200 County Road 120 | |
| City/St/Zip | Berlin          OH    44610 | |
| Phone #: | 330 893 2237 | |
| DUNS # | 151404209 | |

Freight Charge

_____ Prepaid Collec

_____ Collect

_X_ Third Party Prepaid

Single Shipment? ___ Yes ___ No

Section 7 Signed? ___Yes ___No

A DESTINATION LABEL MUST BE
ATTACHED TO EACH PALLET FOR

CISCO CODE:   60455
SAP:FV5030
DELPHI PACKARD ELECTRIC
Store:

| Consignee | |
|---|---|
| Name | DELPHI P 60606    EL PASO TX (MWO) |
| | C/O MWXD CINCINNATI |
| | PARRAL |
| Address | **6380 CENTRE PARK DRIVE** |
| City/St/Zip | **WESTCHESTER, OH 45069** |

Send Freight Bill To

| Name | DELPHI P 60606,  PARRAL, CH |
| | TRENDSET INC |
| Address | PO BOX 1208 |
| City/St/Zip | MAULDIN  SC  29662 |

COD Amount          $

Consignee Check OK? ___ Yes ___ No

COD Fee                ___Prepaid ___Collect

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, from the carrier, the property described below, in apparent good order, except as noted (condition or contents of package unknown), marked, consigned and destined as shown, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including all conditions of the Uniform Straight Bill of Lading and the back thereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | Part # | PO # | Weight | Class |
|---|---|---|---|---|---|
| 0 SKIDS | 2  BOXES     1,500  PCS  P/N  13575692 | | ( 3318 ) | 54  LBS | |
| | 27   LBS EA BOX | | PO# 550240107 | | |
| TOTAL | 0  SKIDS | | TOTAL WEIGHT | 54  LBS | |

| Shipper | Linda Mendiola | Carrier | ___PJAX_____ |
|---|---|---|---|
| Signature | *Linda Mendiola* | Signature | _____ |

DRIVER SIGNATURE ONLY ACKNOWLEDGES RECEIPT OF GOODS

G E N E R A L    M O T O R S
R E C A D V    M E S S A G E
GOODS RECEIPT

Msg Function: ORIGINAL

Reference No.: 0192520938

Date/Time: 20090923

SHIPPER'S ID:              - 50832

                          - 20090914

BILL OF LADING            - 50832

                          -

                          - 0192520938

                          -

Document Message Name:    GOODS RECEIPT

*************************************************************************************
              Supplier
                  Party Id: 0001006408
                          ASSIGNED BY BUYER OR BUYER'S AGENT
*************************************************************************************
              Ship to
                  Party Id: FV50
                          ASSIGNED BY BUYER OR BUYER'S AGENT

Hierarchical Id No: 1

Hierarchical Parent Id:

Packaging Level, Coded  4
*************************************************************************************

              Buyer's item number  - 13575692

                  Despatch quantity:     1500.00
                  Received quantity:      750.00
Short shipped

  Quantity Difference:   750.000000000

Customers Reference Number: 0550240107

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page   1   of   3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN  OH  44610

**Deliver to:**
DELPHI P PARRAL
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Predio Santo Tomás s/n, Anillo Peri
32800 CHIHUAHUA-HIDALGO DEL PARRAL,
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550240107 | 20-Aug-2008 |
| Version | |
| 30-Mar-2009  05:46:18 EST | |

Vendor No:  1006408
DUNS No:   151404209

**Payment Terms:** ZMN2          **Currency:**  USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

* * * *Condition record changed*
* * * *Text changed*

| Item No. | Material No. Description | Plant | | | |
|---|---|---|---|---|---|
| 00010 | 13575692 | FV50 DELPHI P PARRAL | | | |
| | GROM TAPE ON | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 26-Mar-2009 | USD | 265.60 | 1,000 | PC |
| 27-Mar-2009 | 31-Dec-2009 | USD | 263.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record added*
* * * *Condition record changed*
* * * *Net price changed*

Purchasing Contact: Colorbio, Gabriela
Phone:  915-612-4660
Fax:  915-612-4767

Contact Address:
Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email:gabriela.colorbio@delphi.com

Date and Time Printed:  30-Mar-2009 05:46:18 EST

# DELPHI

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH  44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550240107 | 20-Aug-2008 |
| Version | |
| 30-Mar-2009  05:46:18  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

**Notes:**

03/27/2009: TO CHANGE PRICING ON PART 13575692   IG/JAP

01/14/09: TO EXTEND UNTIL 2009 THE S.A. AND 13575692 PART NUMBER PER PLANT REQUEST.    IG/JAP

11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.
IG/SH.
*************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
*************************************************
*************************************************

Shipping Instructions / Ship VIA:
*************************************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*************************************************
*************************************************

*************************************************
*************************************************

*************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing

# DELPHI

ROBIN INDUSTRIES INC
BERLIN DIV
P.O. Box 330
BERLIN OH 44610

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550240107 | 20-Aug-2008 |
| Version | |
| 30-Mar-2009  05:46:18  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes Continued:

by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements .  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

************************************************************************************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

************************************************************************************************************************
*****************************************************************
***************************************************

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

***************************************************

ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

***************************************************************
***************************************************

This Contract replaces previous contract #  P5020112-R2.
***********************