## Robin Industries, Inc. - Elasto -Tec Division
## Delphi US Accounts Receivable
## Administrative Proof of Claim
## February 16, 2010

| Invoice | Ship Date | Amount |
|---|---|---|
| 60990 | 11/30/2005 | $ 16,146.65 |
| 74447 | 4/20/2009 | $ 5,219.00 |
| 74508 | 4/27/2009 | $ 9,264.60 |
| 74509 | 4/27/2009 | $ 9,264.60 |
| 74608 | 5/8/2009 | $ 9,742.55 |
| 74649 | 5/13/2009 | $ 9,742.55 |
| 74836 | 6/8/2009 | $ 1,008.90 |
| 74946 | 6/24/2009 | $ 100.00 |
| 75107 | 7/16/2009 | $ 8,734.70 |
| 75319 | 8/11/2009 | $ 217.96 |
| 75328 | 8/12/2009 | $ 3,659.64 |
| 75379 | 8/18/2009 | $ 2,049.32 |
| 75456 | 8/26/2009 | $ 205.57 |
| 75594 | 9/14/2009 | $ 9,693.00 |
| 75834 | 10/2/2009 | $ 40,697.00 |
| 75835 | 10/2/2009 | $ 47,300.00 |
| | TOTAL | $ 173,046.04 |

# Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin    Oh   44610  330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

# INVOICE
### SID#
### (2S)        74946

**SOLD TO:**

DELPHI
RANDY BELL
P.O. BOX 436037 CUBE: 4047E
PONTIAC          MI          48343-6037

**SHIP TO:**

DELPHI PACKARD ELECTRIC
PLANT 13 REC. DOCK
1265  N. RIVER ROAD CISCO # 60013
WARREN     OH          44483

DOCK:              DUNS #:

| CUSTOMER ORDER NO. | Release No. | DATE | | | |
|---|---|---|---|---|---|
| PO - 450898030 | | 6/25/2009 | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 6/24/2009 | UPS CONSIGNEE |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 2,000 | 1275    / 13640462<br>REV - 03   Seal | 0  Ctns.  @    18000   Pcs ea. on    0   Skid(s)<br>Box Type  15x12x8 | $0.05000 | Ea | $100.00 |

SHIP TO:
DELPHI PACKARD ELECTRIC
4551 RESEARCH PARKWAY
WARREN OHIO 44483
ATTN: MICHAEL CONWAY MAIL STA. 97B

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $100.00 |

Gross/Net Wt. -  1.666666666667

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450898030 | 23-Jun-2009 |
| Version | |
| 23-Jun-2009 18:21:46 | |

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

**Deliver to:**

DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

Delivery date: 26-JUN-2009

| Vendor No: | 1015104 |
|---|---|
| DUNS No: | 180618613 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:** FOB- Freight Collect |
|---|

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR15490513 00010 13640462 | 2,000.000 | PR01 DELPHI PACKARD CONWAY, M |

*12·75*

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 26-JUN-2009 | 2,000.000 | 0.05 | 1 | PC | 100.00 |
| Net Line Item Value | | | | USD | 100.00 |

| Total net value | USD | 100.00 |
|---|---|---|

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax: 915-612-4767

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email:gabriela.colorbio@delphi.com

Date and Time Printed: 23-Jun-2009 18:21:46

Ship To: MICHAEL CONWAY-MAIL STA. 978
DELPHI PACKARD  ELECTRIC
4551 RESEARCH PARKWAY
WARREN OH 44483
United States

| Service Type: | GROUND | Shipment Service Charge: | 4.82 |
| Total Packages: | 1 | | |
| Billable Wt.: | 3.0 lb | | |
| Transportation: | Shipper | | |

| Tracking No.: | 1Z4828740340367214 | Package Service Charge: | 4.82 |
| Package Type: | Package | | |
| Weight: | 3.0 lb | UPS Total Charge: | 4.82 |

Ship From: TONY BAHLER
Elasto-Tec
3500 State Route 39
EDEN IN OH 44610

 **Proof of Delivery**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z48287403409672I4 |
| **Service:** | GROUND |
| **Delivered On:** | 06/25/2009 10:00 A.M. |
| **Delivered To:** | WARREN, OH, US |
| **Signed By:** | LIPTAK |

| | |
|---|---|
| **Location:** | FRONT DESK |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  02/05/2010 8:06 A.M.   ET

# Robin Industries, Elasto-Tec

PO Box 287   3500 State Route 39
Berlin     Oh    44610  330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

## INVOICE

SID#

(2S)            75107

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI<br><br>RANDY BELL<br><br>P.O. BOX 436037 CUBE 4047E<br><br>PONTIAC          MI          48343-6037 | DELPHI P CENTEC II<br>DOCK 01 SAP FW97 CISCO 60098<br>BLVD ISIDRO LOPEZ ZERTUCHE #4890<br>SALTILLO-VI  MEXICO          25220<br>9796          DELPHI P - PLANT 97 - CEN<br>DOCK: 01          DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | | |
|---|---|---|---|---|
| PO - 550169426 | | 7/22/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 7/16/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 26,000 | 1232    / 15441311<br>REV - 02   ASM SEAL STRAIN | 26  Ctns.  @     1000    Pcs ea. on    0   Skid(s)<br>Box Type  15x12x8 | $0.33595 | Ea | $8,734.70 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $8,734.70 |

Gross/Net Wt. -          286

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

**Please Send Your Remittances To:**
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**- NOT NEGOTIABLE**

fully filed tariffs in effect on the date of issue of this Bill of Lading,

as noted (contents and condition of contents of package unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this
on of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. it is
property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all
ght Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification tariff if this is a motor carrier
par with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, and the
agreed to by the shipper and accepted for himself and his assigns.

# ROBIN INDUSTRIES
## Elasto-Tec
3500 State Route 39
Berlin Oh 44610

| TO CONSIGNEE: | DELPHI P - 60502 - LAREDO, TX |
| | C/O NA MWXD CINCINNATI -X-DOCK |
| STREET | 6380 CENTRE PARK DRIVE |
| DESTINATION | |

| DESTINATION | | ZIP CODE |
| WEST CHESTER | OH | 45069 |

| CARRIER | ROUTE | DATE | CAR OR VEHICLE INITIALS  NO. |
| Vitran Express | | 7/16/2009 | |

| AGES | * HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | Storn # |
|---|---|---|---|---|---|---|---|---|
| i SKIDS | | 21 CTNS | 15,750 PCS P/N 15423005 | 1216 | 550169425 | 355.00 | 70 | 9796 |
| 0 SKIDS | | 26 CTNS | 26,000 PCS P/N 15441311 | 1232 | 550169426 | 286.00 | 70 | |

| TOTAL: 1  Skids | Notes - DUNS# 180618613 - BILL TO: DELPHI P 60502, SALTILLO, CO, TRENDSET, INC. | TOTAL:  641.00 | WEIGHT |
| | P.O. BOX 1208, MAULDIN,SC 29662 | | |

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 156600 SUB. 9 CLASS 70 15 PCF OR GREATER

BILL OF LADING NUMBER: 75107   75106

| PLACARDS SUPPLIED  ☐ YES  ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONCE PHONE NO. |

| REMIT C.O.D. TO: | | C.O.D. FEE: |
| | COD AMT.$_____ | ☐ Prepaid |
| | | ☐ Collect $ |

* If the shipment moves between two ports by a carrier by
water, the law requires that the bill of lading shall state
whether it is "carrier's or shipper's weight"

** Shipper's imprints in lieu of stamp; not a part of Bill of
Lading approved by the Interstate Commerce Commission

NOTE:  Where the rate is dependant on value, shippers are
required to state specifically in writing the agreed or declared
value of the property

The agreed or declared value of the property is hereby
specifically stated by the shipper to not be exceeding

$_____ per_____

Subject to Section 7 of Conditions of applicable bill of lading,
if this shipment is to be delivered to the consignee without
recourse on the consignor, the consignor shall sign the
following statement:
The carrier shall not make delivery of this shipment
without payment of freight and all other lawful charges

(Signature of Consignor)

| TOTAL CHARGES $ |
| Freight charges are PREPAID ☒  Check box |
| unless marked collect    if Collect |

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable
regulations of the Department of Transportation"

Robin Industries,  Elasto-Tec
3500 State Route 39      Berlin          **Shipper, Per**_____          _____ **Agent, Per**_____

Permanent post office address of shipper        + MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

1

Mark Hall 7-16-09

VITRAN  00328050430  PJAX

FREIGHT COPY

| LINEAR FEET | PALLETS | LOOSE PCS. | TTL HANDLING UNITS |

1 SK

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  2  of  5

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169426
Version
05-Mar-2009  04:51:39  EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | | Plant | | | |
|----------|------------------------|---|---|-------|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|------------|----------|----------|-------|------------|-----|
| 03-Jan-2008 | 31-Dec-2008 | USD | 52.74 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 52.27 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record added*
* * * *Condition record changed*
* * * *Net price changed*

| 00150 | 13572740 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|---|---|-------|---|---|---|
| | LOCK TPA/SEAL    GRN | | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|------------|----------|----------|-------|------------|-----|
| 01-Jan-2008 | 31-Dec-2008 | USD | 297.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 294.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record added*
* * * *Condition record changed*
* * * *Net price changed*

| 00030 | 15359310 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|---|---|-------|---|---|---|
| | ASM SEAL CBL 58W STRAIN RLF COMOLD BLU L | | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|------------|----------|----------|-------|------------|-----|
| 23-May-2007 | 31-Dec-2007 | USD | 498.00 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 498.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 493.52 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record added*
* * * *Condition record changed*
* * * *Net price changed*

| 00020 | 15405100 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|---|---|-------|---|---|---|
| | ASM SEAL CBL 12W STRAIN RLF COMOLD PPL | | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|------------|----------|----------|-------|------------|-----|
| 23-May-2007 | 31-Dec-2007 | USD | 418.00 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 418.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 414.24 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record added*
* * * *Condition record changed*
* * * *Net price changed*

| 00080 | 15441311 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|---|---|-------|---|---|---|
| | ASM SEAL CBL 49W STRAIN RLF COMOLD GRA D | | | | | | |

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  5

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH  44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169426 | 20-Jun-2007 |
| Version | |
| 05-Mar-2009  04:51:39  EST | |

| Item No. | Material No.<br>Description | | | Plant | | |
|---|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 25-Sep-2007 | 31-Dec-2008 | USD | 339.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 335.95 -3.05 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00140 | 15443693 | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|
| | ASM SEAL CBL 42W STRAIN RLF COMOLD GRA L | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2008 | 31-Dec-2008 | USD | 300.60 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 280.60 | 1,000 | PC |

1.738

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

Notes:
3/4/09: Revision to change prices. IG / RE **********************************
12/18/08: Revision to update 2009 prices IG/RE **********************
11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.

IG/SH.

*********************************************************************

11/3/08: Revision to extend pricing thru 12/31/2009 or until further notification due to buyer negotiations.¿ CP/SLK

5/20/08: REVISION TO ADD PART NUMBER 15472362 DUE TO REQUIREMENTS. js/meg.

4/15/08:  revision to delete p/n 12048441.  js/mc

2/15/08: revision to add p/n  13524498. kh/js/mc

# Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin     Oh    44610  330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

## INVOICE
SID#
(2S)

75319

| SOLD TO: | | SHIP TO: |
|---|---|---|
| DELPHI | | DELPHI PACKARD ELECTRIC |
| RANDY BELL | | STORE# FR09,DOCK 01 |
|  | | 1265 NORTH RIVER RD CISCO #60001 |
| P.O. BOX 436037 CUBE 4047E | | WARREN     OH          44483 |
| PONTIAC          MI          48343-6037 | | DOCK:          DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|---|
| PO - 550155113 | | 8/11/2009 | | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 8/11/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 600 | 1053    / 12059485<br>REV - A    GROMMET | 3 Ctns. @    200    Pcs ea. on    0    Skid(s)<br>Box Type  15x12x8 | $0.54490 | Ea | $326.94 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $326.94 |

Gross/Net Wt. -          30

*Paid for 1 cnt. @ 200pc  .54490  (108.98)*

*Balance Due          217.96*

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

HT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE

D, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,

,ly described below, in apparent good order, except as noted (contents and condition of contents of package unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this ... as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is ... agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all ... and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classifications tariff if this is a motor carrier ...

pper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, and the ... id terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM SHIPPER: (ORIGIN) | **ROBIN INDUSTRIES** **Elasto-Tec** 3500 State Route 39 Berlin Oh 44610 | TO CONSIGNEE: | DELPHI STORE# FR09,DOCK 01 |
|---|---|---|---|
| | | STREET | 1265 NORTH RIVER RD CISCO #60001 |
| | | DESTINATION | WARREN       OH       ZIP CODE   44483 |

| DELIVERING CARRIER | ROUTE | DATE | CAR OR VEHICLE INITIALS NO. |
|---|---|---|---|
| Vitran Express | | 8/11/2009 | |

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|---|---|---|
| 0   SKIDS | | 3 CTNS       600 PCS  P/N 12059485      1053      550155113 | | 30.00 | 70 | | |

| TOTAL: | 0 | Skids | Notes - DUNS# 180618613 | | | TOTAL: | 30.00       WEIGHT |

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 156600 SUB. 9 CLASS 70 15 PCF OR GREATER

BILL OF LADING NUMBER:

Vitran    **00351269832**    PJAX

LINEAR FEET    PALLETS    LOOSE PCS.    TTL HANDLING UNITS

---

| PLACARDS SUPPLIED  ☐ YES  ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONCE PHONE NO. |
|---|---|---|

REMIT C.O.D. TO:

COD AMT.$_____

C.O.D. FEE:
☐ Prepaid
☐ Collect $

* If the shipment moves between two ports by a center by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"

** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding

$_____ per_____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

(Signature of Consignor)

TOTAL CHARGES $

Freight charges are PREPAID unless marked collect    ☐ Check box if Collect

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Robin Industries,  Elasto-Tec
3500 State Route 39       Berlin

Shipper, Per _____

Agent, Per _____

Permanent post office address of shipper

+ MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

1

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  2  of  6

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH  44610

## Requirements Contract

PO Number
550155113
Version
05-Mar-2009 04:51:39 EST

Date Issued
12-Mar-2007

| Item No. | Material No. Description | | | Plant | | | |
|---|---|---|---|---|---|---|---|
| | 12052386 | | | | | | |
| | Valid From | Valid To | Currency | | Price | Price Unit | UOM |
| | 22-Jan-2007 | 31-Dec-2007 | USD | | 17.92 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 17.92 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 17.76 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

00090   12052388                        FR09 DELPHI P PLANT 9
1037   SEAL CBL 1W M/P  RED DK

| | Valid From | Valid To | Currency | | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|---|
| | 22-Jan-2007 | 31-Dec-2007 | USD | | 9.35 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 9.35 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 9.27 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

00100   12059485                        FR09 DELPHI P PLANT 9
1053   GROM HARDSHELL

| | Valid From | Valid To | Currency | | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|---|
| | 22-Jan-2007 | 31-Dec-2007 | USD | | 549.85 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 549.85 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 544.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed                        -4.95
*** Net price changed

00040   12066028                        FR09 DELPHI P PLANT 9
1068   SEAL CBL 4W M/P  TAN

| | Valid From | Valid To | Currency | | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|---|
| | 22-Jan-2007 | 31-Dec-2007 | USD | | 163.50 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 163.50 | 1,000 | PC |

# Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin    Oh   44610  330-893-2430

## A DIVISION OF ROBIN INDUSTRIES, INC.

# INVOICE

SID#
(2S)

75328

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI | DELPHI P CENTEC II |
| RANDY BELL | DOCK 01 SAP FW97 CISCO 60098 |
| P.O. BOX 436037 CUBE 4047E | BLVD ISIDRO LOPEZ ZERTUCHE #4890 |
| | SALTILLO-VI  MEXICO          25220 |
| PONTIAC      MI         48343-6037 | 9796    DELPHI P - PLANT 97 - CEN |
| | DOCK: 01       DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | |
|---|---|---|---|
| PO - 550169425 | | 8/13/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 8/12/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 8,250 | 1216    / 15423005  REV - 06   STRAIN RELIEF | 11 Ctns. @   750   Pcs ea. on   1   Skid(s)  Box Type  15x12x8 | $0.41176 | Ea | $3,397.02 |
| 1,000 | 1242    / 15489396  REV - 02   SEAL | 1 Ctns. @   1000   Pcs ea. on   0   Skid(s)  Box Type  15x12x8 | $0.26262 | Ea | $262.62 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $3,659.64 |

Gross/Net Wt. -          225

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

STRAIGHT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE

classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

..., in apparent good order, except as noted (contents and condition of contents of package unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout ...tion or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It ... in carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subj ... of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classifications tariff if this is a motor carr

...certifies that he is familiar with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, ar ...conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER: | TO CONSIGNEE: | DELPHI P - 60502 - LAREDO, TX |
|---|---|---|
| **ROBIN INDUSTRIES** | | C/O NA MWXD CINCINNATI -X-DOCK |
| **Elasto-Tec** | STREET | |
| **3500 State Route 39** | | 6380 CENTRE PARK DRIVE |
| **Berlin Oh 44610** | DESTINATION | |
| | | WEST CHESTER     OH     4506 ZIP COD |

| DELIVERING CARRIER | ROUTE | DATE | CAR OR VEHICLE INITIALS ,NO. |
|---|---|---|---|
| Vitran Express | | 8/12/2009 | |

| NO. PACKAGES | + HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | Store # |
|---|---|---|---|---|---|---|---|---|---|
| 1 SKIDS | | 1 CTNS | 7,000 PCS | P/N 12040946 | 1013 | 550169423 | 65.00 | 70 | 8796 |
| 0 SKIDS | | 3 CTNS | 4,200 PCS | P/N 15383475 | 1209 | 550169423 | 70.50 | 70 | |
| 0 SKIDS | | 1 CTNS | 10,000 PCS | P/N 13595110 | 1271 | 550169423 | 0.00 | 70 | |
| 0 SKIDS | | 3 CTNS | 21,000 PCS | P/N 12085024 | 1152 | 550169424 | 69.00 | 70 | |
| 1 SKIDS | | 11 CTNS | 8,250 PCS | P/N 15423005 | 1216 | 550169425 | 205.00 | 70 | 9796 |
| 0 SKIDS | | 1 CTNS | 1,000 PCS | P/N 15489396 | 1242 | 550169425 | 20.00 | 70 | |

TOTAL:   2   Skids   Notes :- DUNS# 180618613 - BILL TO: DELPHI P, 60502, ANAHUAC, NL TRENDSET, INC.,   TOTAL:   429.50   Wl
P.O. BOX 1208, MAULDIN, SC 29662

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 156600 SUB. 9 CLASS 70 15 PCF OR GREATER

BILL OF LADING NUMBER:

Pkg Slip   75336   75327   75328

PLACARDS SUPPLIED   ☐ YES   ☐ NO

DRIVER'S SIGNATURE

EMERGENCY RESPONCE PHONE

REMIT C.O.D. TO:

COD   AMT.$

C.O.D. FEE:
☐ Prepaid
☐ Collect  $

* If the shipment moves between two ports bay a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"

** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE: Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property
     The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
     The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

_____
(Signature of Consignor)

TOTAL CHARGES $

Freight charges are PREPAID     ☐ Ch
unless marked collect          ☐ If c

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applic regulations of the Department of Transportation"

Robin Industries,  Elasto-Tec
3500 State Route 39      Berlin      **Shipper, Per**_____     Vitran   2   Sws
                                                                          R Beddard  **Agent, Per** 8/1

Permanent post office address of shipper

+ MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

Vitran   00351269824   PJAX
SHIPPER COPY

| LINEAR FEET | PALLETS | LOOSE PCS | TTL HANDLING UNITS |
|---|---|---|---|

# DELPHI

_____ Delphi Packard Electrical/Electronic Architecture

Page  2  of  6

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169425
Version
05-Mar-2009  04:51:39 EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
| | 23-May-2007 | 31-Dec-2007 | USD | 30.94 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 30.94 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 30.66 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00090 | 13572737 | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|
| | ASM LOCK TPA/SEAL   BLU | | | | | |
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
| | 23-May-2007 | 31-Dec-2007 | USD | 297.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 297.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 294.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00100 | 15326183 | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|
| | SEAL CBL 5W M/P   TAN | | | | | |
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
| | 23-May-2007 | 31-Dec-2007 | USD | 204.99 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 204.99 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 203.15 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00030 | 15359306 | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|
| | ASM SEAL CBL 53W STRAIN RLF COMOLD ORN D | | | | | |
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
| | 23-May-2007 | 31-Dec-2007 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 493.52 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00130 | 15423005 | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|
| | ASM SEAL CBL 73W STRAIN RLF COMOLD GRA L | | | | | |

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  6

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169425
Version
05-Mar-2009  04:51:39  EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | | Plant | | |
|----------|--------------------------|--|--|-------|--|--|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 23-May-2007 | 31-Dec-2007 | USD | 415.50 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 415.50 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 411.76 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

00150    15423006                          FW97 DELPHI P CENTEC II
ASM SEAL CBL 56W STRAIN RLF COMOLD GRA L

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|--|------------|----------|----------|-------|------------|-----|
| | 23-May-2007 | 31-Dec-2007 | USD | 357.50 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 357.50 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 310.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

00040    15430923                          FW97 DELPHI P CENTEC II
ASM SEAL CBL 16W STRAIN RLF COMOLD PNK

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|--|------------|----------|----------|-------|------------|-----|
| | 23-May-2007 | 31-Dec-2007 | USD | 454.45 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 454.45 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 450.36 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

00170    15489396                          FW97 DELPHI P CENTEC II
SEAL CBL 64W   BLU LT

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|--|------------|----------|----------|-------|------------|-----|
| | 23-May-2007 | 31-Dec-2007 | USD | 265.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 265.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 262.62 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

# Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin     Oh    44610  330-893-2430

**A DIVISION OF ROBIN INDUSTRIES, INC.**

## INVOICE

**SID#**

**(2S)**      75379

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI | DELPHI P ELEC. ANAHUAC |
| RANDY BELL | DOCK 01 SAP FW87 CISCO 60687 |
| P.O. BOX 436037CUBE 4047E | CARRETERA A DON MARTIN #200 |
| PONTIAC          MI          48343-6037 | CD. ANAHUA   CENTRO MEXICO       65030 |
|  | 8796                  ANAHUAC - SAP FW87 |
|  | DOCK: 01          DUNS #: 180618613 |

| CUSTOMER ORDER NO. | Release No. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|
| PO - 550169424 |  | 8/19/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 8/18/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 28,000 | 1152     / 12085024<br>REV - D   2 HOLE CABLE SE | 4 Ctns. @   7000   Pcs ea. on   0   Skid(s)<br>Box Type  15x12x8 | $0.03123 | Ea | $874.44 |
| 22,000 | 1174     / 12110269<br>REV - 004  SEAL CONN. | 1 Ctns. @   22000   Pcs ea. on   0   Skid(s)<br>Box Type  15x12x8 | $0.01259 | Ea | $276.98 |
| 17,500 | 1206     / 15404894<br>REV - 001  SEAL | 1 Ctns. @   17500   Pcs ea. on   0   Skid(s)<br>Box Type  15x12x8 | $0.03799 | Ea | $664.83 |
| 3,000 | 1238     / 15485972<br>REV - 01   SEAL | 1 Ctns. @   3000   Pcs ea. on   0   Skid(s)<br>Box Type  15x12x8 | $0.07769 | Ea | $233.07 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $2,049.32 |

Gross/Net Wt. -        128

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
**Robin Industries, Elasto-Tec**
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BILL OF LADING - ORIGINAL - NOT NEGOTIABLE

to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

below, in apparent good order, except as noted (contents and condition of contents of package unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER: | | | TO CONSIGNEE: | DELPHI P - 60502 - LAREDO, TX |
|---|---|---|---|---|
| **ROBIN INDUSTRIES** | | | | C/O NA MWXD CINCINNATI -X-DOCK |
| **Elasto-Tec** | | | STREET | |
| 3500 State Route 39 | | | | 6380 CENTRE PARK DRIVE |
| Berlin Oh 44610 | | | DESTINATION | |
| | | | WEST CHESTER        OH        ZIP CODE 45069 |

| DELIVERING CARRIER | ROUTE | | DATE | CAR OR VEHICLE INITIALS ,NO. |
|---|---|---|---|---|
| Vitran Express | | | 8/18/2009 | |

| NO. PACKAGES | + HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | ERG # | | CLASS OR RATE | WEIGHT (SUBJECT TO CORR.) | Store # |
|---|---|---|---|---|---|---|---|---|
| 1 | SKIDS | 2 CTNS | 14,000 PCS P/N 12040946 | 1013 | 550169423 | 90.00 | 70 | B796 |
| 0 | SKIDS | 3 CTNS | 15,000 PCS P/N 12020220 | 1044 | 550169423 | 45.00 | 70 | |
| 0 | SKIDS | 1 CTNS | 1,400 PCS P/N 12065970 | 1065 | 550169423 | 23.00 | 70 | |
| 0 | SKIDS | 1 CTNS | 6,000 PCS P/N 12129382 | 1138 | 550169423 | 11.00 | 70 | |
| 0 | SKIDS | 27 CTNS | 37,800 PCS P/N 15363475 | 1209 | 550169423 | 634.50 | 70 | |
| 0 | SKIDS | 2 CTNS | 20,000 PCS P/N 13595110 | 1271 | 550169423 | 0.00 | 70 | |
| 0 | SKIDS | 4 CTNS | 28,000 PCS P/N 12085024 | 1152 | 550169423 | 92.00 | 70 | |
| 0 | SKIDS | 1 CTNS | 22,000 PCS P/N 12110269 | 1174 | 550169424 | 11.00 | 70 | |
| 0 | SKIDS | 1 CTNS | 17,500 PCS P/N 15404894 | 1206 | 550169424 | 15.00 | 70 | |
| 0 | SKIDS | 1 CTNS | 3,000 PCS P/N 15485972 | 1238 | 550169424 | 10.00 | 70 | |

| TOTAL: 1  Skids | Notes - DUNS# 180618613 - BILL TO: DELPHI P, 60502, ANAHUAC, NL TRENDSET, INC., P.O. BOX 1208, MAULDIN, SC 29662 | TOTAL:  931.50 | WEIGHT |
|---|---|---|---|

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 156600 SUB. 9 CLASS 70 15 PCF OR GREATER

BILL OF LADING NUMBER:

Pkg Slip  75378   75379

| PLACARDS SUPPLIED | ☐ YES   ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONCE PHONE NO. |
|---|---|---|---|

| REMIT C.O.D. TO: | | COD   AMT.$_____ | C.O.D. FEE: ☐ Prepaid  ☐ Collect $ |
|---|---|---|---|

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight"

** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission

NOTE: Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding

$_____ per _____

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

(Signature of Consignor)

TOTAL CHARGES $_____

Freight charges are PREPAID unless marked collect   ☐ Check box if Collect

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation"

Robin Industries,  Elasto-Tec
3500 State Route 39      Berlin      **Shipper, Per**_____      PJAX   Agent, Per JEM

Permanent post office address of shipper      + MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

8-18-09

00354354581

| SHIPMENT FRT | PALLETS | LOOSE PCS | FT3 HANDLING UNITS |
|---|---|---|---|

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of 5

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

**Deliver to:**

DELPHI P ANAHUAC
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
CARRETERA A DON MARTIN #200 .
65030 CD. ANAHUAC-ZONA CENTRO
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169424 | 20-Jun-2007 |
| Version | |
| 05-Mar-2009  04:51:39 EST | |

| Vendor No: | 1015104 |
|---|---|
| DUNS No: | 180618613 |

| **Payment Terms:** ZMN2 | **Currency:**  USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:**  FOB- Freight Collect | |
|---|---|

\* \* \*  *Condition record changed*
\* \* \*  *Text changed*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00030 | 12066028 | FW87 DELPHI P ANAHUAC |
| | SEAL CBL 4W M/P   TAN | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-May-2007 | 31-Dec-2007 | USD | 163.50 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 163.50 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 162.03 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\* \* \*  *Condition record added*
\* \* \*  *Condition record changed*
\* \* \*  *Net price changed*

| 00050 | 12085024 | FW87 DELPHI P ANAHUAC |
|---|---|---|
| | SEAL CBL 2W M/P ORN LT | |

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax:  915-612-4767

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email:gabriela.colorbio@delphi.com

Date and Time Printed:  05-Mar-2009 04:51:39 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169424 | 20-Jun-2007 |
| Version | |
| 05-Mar-2009  04:51:39  EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

VENDOR PART NUMBER:(12085024)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Dec-2008 | 31-Dec-2008 | USD | 31.51 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 31.23 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00040 | 12110269 | FW87 DELPHI P ANAHUAC |
|---|---|---|

SEAL CONN M/P  BLU

*1174*

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 10-Jun-2008 | 31-Dec-2008 | USD | 12.70 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 12.59 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00010 | 15404894 | FW87 DELPHI P ANAHUAC |
|---|---|---|

SEAL CONN M/P  BLU

*1200*

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-May-2007 | 31-Dec-2007 | USD | 383.32 | 10000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 383.32 | 10000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 37.99 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00020 | 15485972 | FW87 DELPHI P ANAHUAC |
|---|---|---|

SEAL CONN GT  GRN

*1250*

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 23-May-2007 | 31-Dec-2007 | USD | 78.40 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 78.40 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 77.69 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00060 | 15489396 | FW87 DELPHI P ANAHUAC |
|---|---|---|

SEAL CBL 64W   BLU LT

*1242*

# Robin Industries, Elasto-Tec

PO Box 287   3500 State Route 39
Berlin     Oh    44610 330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

## INVOICE

SID#

(2S)            75456

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI<br>RANDY BELL<br>P.O. BOX 436037 CUBE 4047E<br>PONTIAC       MI        48343-8037 | DELPHI P RBE IV<br>DOCK 30 SAP FV33 CISCO 60842<br>AV RAFAEL PEREZ SERNA Y HENRYDUNANT<br>CIUDAD JUAR MEXICO             32320<br>3300 RBE I      JUAREZ - SAP FV33<br>DOCK: 30       DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | | |
|---|---|---|---|---|
| PO - 550265592 | | 8/26/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 8/26/2009 | Fed-Ex Collect |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 2,400 | 1241    /13514507<br>REV - 02AABRACKET | 12 Ctns. @    200   Pcs ea. on   0   Skid(s)<br>Box Type  24x15x8 | $0.51393 | Ea | $1,233.43 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $1,233.43 |

Gross/Net Wt. -        132

<1027.86)

due    205.57

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**IMPORTANT!**
Inclement weather conditions at Memphis hub may cause some service delays and disruptions within the U.S. today. Learn more

## Detailed Results

Printer-Friendly    Get Link    Help

Enter tracking number

| Detailed Results | Notifications | Associated Shipments |

This shipment is part of a multiple-piece shipment

Master tracking no. ⑦     307972510016782     Total pieces     12
                                                Total shipment weight    132.0 lbs/59.9 kg
View all associated shipments

Tracking no.: 307972510016782 (1 of 12)     Select time format: 12H | 24H     E-mail notifications

## Delivered

Initiated    Picked up    In transit    Delivered

Delivered
Signed for by: DKUELL

**Shipment Dates**                                    **Destination**

Ship date ⑦   Aug 26, 2009                          West Chester, OH
Delivery date ⑦   Aug 27, 2009 8:10 AM             Signature Proof of Delivery ⑦

### Shipment Facts                                                        Help

Service type          FedEx Ground-U.S.        Reference          60606
Pieces                1 of 12                  Purchase order     fw33
Weight                11.0 lbs/5.0 kg          number
Total Shipment Weight 132.0 lbs/59.9 kg

### Shipment Travel History                                               Help

Select time zone:  Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Aug 27, 2009 8:10 AM | Delivered | West Chester, OH | |
| Aug 27, 2009 5:59 AM | On FedEx vehicle for delivery | CINCINNATI, OH | |
| Aug 27, 2009 5:04 AM | At local FedEx facility | CINCINNATI, OH | |
| Aug 27, 2009 3:13 AM | Departed FedEx location | GROVE CITY, OH | |
| Aug 27, 2009 2:04 AM | Arrived at FedEx location | GROVE CITY, OH | |
| Aug 26, 2009 9:36 PM | Left FedEx origin facility | NORTH CANTON, OH | |
| Aug 26, 2009 8:05 PM | Arrived at FedEx location | NORTH CANTON, OH | |
| Aug 26, 2009 6:00 PM | Picked up | NORTH CANTON, OH | |
| Aug 26, 2009 11:13 AM | Shipment information sent to FedEx | | |

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995- 2010 FedEx

# DELPHI

Delphi Packard Electrical/Electronic Architecture

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

**Deliver to:**

DELPHI P RBE IV
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Av Rafael Perez Serna y HenryDunant
CIUDAD JUAREZ-PARQUE INDUSTRIAL OMEGA
32320
MEXICO

Page   1   of   3

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550265592 | 19-Jan-2009 |
| Version | |
| 05-Mar-2009  05:36:10 EST | |

| Vendor No:   1015104 |
|---|
| DUNS No:   180618613 |

| **Payment Terms:**  ZMN2 | **Currency:**   USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:**   FOB- Freight Collect |
|---|

*** *Condition record changed*
*** *Text changed*

| Item No. | Material No.<br>Description | | Plant | | |
|---|---|---|---|---|---|
| 00010 | 13514507 | | FV33 DELPHI P RBE IV | | |
| | ASM MOUN BRACKET CONN | | | | |
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
| | 01-Dec-2008 | 31-Dec-2008 | USD | 518.60 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 513.93   -4.67 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

**Purchasing Contact:** Colorbio, Gabriela

Phone:  915-612-4660

Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

**Contact Address:**

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

# Robin Industries, Elasto-Tec

PO Box 287 Berlin      O  44610 330-893-2430
## A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**

**SID#**

**(2S)**      75594

**BILL TO:**

DELPHI

MAIL STATION 13C

P.O. BOX 431

WARREN      OHIO      44486

| CUSTOMER ORDER NO. PO # 450718702 | DATE 9/14/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|
| FB ORDER NO. | SALESMAN | TERMS NET IMMEDIATE | F.O.B. OPFC | DATE SHIPPED 9/14/2009 | SHIPPED VIA |

| 0 | 1279 | / 13653490 | | | $9,693.00 |

TOOLING CHARGE

LINE 00030 - PPAP

Attention - G. ROBISON -FRO1

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# ΛDELPHI

*1279*

Packard Electric Systems

Page 1 of 7

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

**Deliver to:**

DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450718702 | 21-May-2008 |
| Version | |
| 22-May-2008  04:39:28 EST | |

| Vendor No: | 1015104 |
|---|---|
| DUNS No: | 180618613 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR12818942 00010 | 1.000 | FR01 DELPHI PACKARD |
| *127A* | TRA 096060 DESIGN; RFQ 028MM005 | | ROBISON, G |

TRA# 096060 GM# I3653490  PE#  ECL = 01  PPAP = Y
DESCRIPTION: SEAL CONN ORN  MY = 09 0
CUSTOMERS: CV
PROCEED WITH: IN-HOUSE PROD TOOL - NEW
MATERIAL: M2296005
MATERIAL DESC: ELAS VMQ ORN
WGT: (KG/100):

REMARKS: FACE SEAL FOR 47 WAY DHD CIRCULAR CONN

1/3 TOOL COST TO BE PAID AFTER TOOL DESIGN IS COMPLETED
1/3 TOOL COST TO BE PAID AFTER TOOL BUILD IS COMPLETED
1/3 TOOL COST TO BE PAID AFTER PPAP

*Inv. 11/20/08*

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 23-JUN-2008 | 1.000 | 9,693.00 | 1 | EA | 9,693.00 |

**Purchasing Contact: Haley, Kim**
Phone:  330-373-7424
Fax:  330-373-7393

Buyer Email:kim.haley@delphi.com

**Contact Address:**

Delphi Packard
1265 North River Road,
WARREN OH 44483

Date and Time Printed:  22-May-2008  04:39:28 EST

REVIEWED BY

DATE  11/14/08

# Robin Industries, Elasto-Tec

PO Box 287  Berlin      O  44610  330-893-2430
A DIVISION OF ROBIN INDUSTRIES, INC.

## INVOICE
### SID#
### (2S)

75834

**BILL TO:**

DELPHI

MAIL STATION 13C

P.O. BOX 431

WARREN      OHIO      44486

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| PO # 450899578 | 10/5/2009 | | | |

| FB ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| | | NET IMMEDIATE | OPFC | 10/5/2009 | |

| 0       1322      / 13707192 | $40,697.00 |
|---|---|

TOOLING CHARGE

LINE ITEM 00010 - BUILD TOOL

Attention - JOHN WICKS FR01

Please Send Your Remittances To:
**Robin Industries, Elasto-Tec**
**P.O. BOX 74310**
**CLEVELAND, OH 44194**

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

1322

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 4

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

**Deliver to:**

DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

## Purchase Order

| PO Number | |
|---|---|
| 450899578 | Date Issued |
| Version | 25-Jun-2009 |
| 13-Jul-2009 16:00:14 | |

Delivery date:  24-AUG-2009

Vendor No:  1015104
DUNS No:  180618613

**Payment Terms:** ZMN2        **Currency:** USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | PR15400887 00030 | 1.000 | FR01 DELPHI PACKARD |
| | Build Tool# 13707192R-A-P002 | | ~~Groubert, B~~  John Wicks |
| | Build Tool# 13707192R-A-P002 | | |
| | Email Invoice: brian.groubert@delphi.com | | |

ET-1322

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 40,967.00 | 1 | EA | 40,967.00 |
| Net Line Item Value | | | | USD | 40,967.00 |

Invoiced 10/5/09

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax:  915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd.
EL PASO TX 79906-5301

REVIEWED BY
L. Board
DATE 7/24/09

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 4

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

PO Number
450899578
Version
13-Jul-2009  16:00:14

Date issued
25-Jun-2009

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00020 | PR15400887 00040 Build Tool #13707206-R-A-P002 | 1.000 | FR01 DELPHI PACKARD Groubert, B |

ET-1323

Build Tool #13707206-R-A-P002
Email Invoice: brian.groubert@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 47,300.00 | 1 | EA | 47,300.00 |
| Net Line Item Value | | | | USD | 47,300.00 |

| 00030 | PR15400887 00050 PPAP Tool# 13707192R-A-P002 | 1.000 | FR01 DELPHI PACKARD Groubert, B |

ET-1322

PPAP Tool# 13707192R-A-P002
Email Invoice: brian.groubert@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 40,967.00 | 1 | EA | 40,967.00 |
| Net Line Item Value | | | | USD | 40,967.00 |

| 00040 | PR15400887 00060 PPAP Tool #13707206-R-A-P002 | 1.000 | FR01 DELPHI PACKARD Groubert, B |

ET-1323

PPAP Tool #13707206-R-A-P002
Email Invoice: brian.groubert@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 47,300.00 | 1 | EA | 47,300.00 |
| Net Line Item Value | | | | USD | 47,300.00 |

| 00050 | PR15400887 00010 Design P/N 13707192 (56W gum cable seal) | 1.000 | FR01 DELPHI PACKARD Groubert, B |

ET-1322

P/N 13707192 (56W gum cable seal)
Design Tool# 13707192R-A-P002 - TRA 100158 - New stand alone tool
128 cavity (2-129)
Quote # 12701-C 2nd ammendment 7-31-08
FR08AR2701_TA013

Robin Contact: Paula Linkovic
Email Invoice: brian.groubert@delphi.com
330.373.3808 M/S 93B

*Invoiced 7/28/09*

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 40,966.00 | 1 | EA | 40,966.00 |
| Net Line Item Value | | | | USD | 40,966.00 |

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  4

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN  OH  44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450899578 | 25-Jun-2009 |
| Version | |
| 13-Jul-2009  16:00:14 | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00060 | PR15400887 00020 | 1.000 | FR01 DELPHI PACKARD |
| | Design 13707206 (73way gum cable seal) | | Groubert, B |
| | P/N 13707206 (73way gum cable seal) | | |

ET-1323

Design Tool #13707206-R-A-P002 - TR 100159 - New stand alone tool
92 cavity (2-93)

Quote # 12702-C

FR08AR2701_TA028

Robin Contact: Paula Linkovic
Email Invoice: brian.groubert@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 47,300.00 | 1 | EA | 47,300.00 |
| Net Line Item Value | | | | USD | 47,300.00 |

| Total net value | USD | 264,800.00 |
|---|---|---|

Notes:
6/26/09:  Added 2 more line items IG/RE
*******************************************************************************************
*******************************************************************************************


***************************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the
salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities,
please contact the appropriate Delphi's Buyer.


***************************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this
contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing
by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  4  of 4

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

| PO Number | Date issued |
|---|---|
| 450899578 | 25-Jun-2009 |
| Version | |
| 13-Jul-2009  16:00:14 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*************************************************************************************************
*********************************************************************************************

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

***********************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

*****************************************************
*****************************************************

****************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
***************************************************
********************************************************

Shipping Instructions / Ship VIA:
*********************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*************************************************
****************************************************

# Robin Industries, Elasto-Tec

PO Box 267 Berlin    O  44610 330-893-2430
A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**

SID#

(2S)    75835



BILL TO:

DELPHI

MAIL STATION 13C

P.O. BOX 431

WARREN    OHIO    44486

| CUSTOMER ORDER NO. | | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|
| PO # 450899578 | | 10/5/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| FB ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| | | NET IMMEDIATE | OPFC | 10/5/2009 | |

| 0 | 1323 | / 13707206 | | | | $47,300.00 |
|---|---|---|---|---|---|---|

TOOLING CHARGE

LINE ITEM 00020 - BUILD TOOL

Attention - JOHN WICK FR01

Please Send Your Remittances To:

**Robin Industries, Elasto-Tec**

P.O. BOX 74310

CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

*1322*

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of 4

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

**Deliver to:**

DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

## Purchase Order

| | |
|---|---|
| PO Number | Date Issued |
| 450899578 | 25-Jun-2009 |
| Version | |
| 13-Jul-2009  16:00:14 | |

Delivery date:  24-AUG-2009

Vendor No:  1015104
DUNS No:    180618613

**Payment Terms:** ZMN2    **Currency:**  USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No   Total Order Quantity | Plant |
|---|---|---|
| | Description | Requester |
| 00010 | PR15400887 00030 | 1.000 | FR01 DELPHI PACKARD |
| | Build Tool# 13707192R-A-P002 | ~~Groubert, B~~  *John Wicks* |
| | Build Tool# 13707192R-A-P002 | |
| | Email invoice: brian.groubert@delphi.com | |

*ET-1322*

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 40,967.00 | 1 | EA | 40,967.00 |
| Net Line Item Value | | | | USD | 40,967.00 |

*Invoiced 10/5/09*

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax:  915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

REVIEWED BY
*L. Board*
DATE  7/24/09

Date and Time Printed:  13-Jul-2009 16:00:14

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 4

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

PO Number
450899578
Version
13-Jul-2009  16:00:14

Date Issued
25-Jun-2009

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |

| 00020 | PR15400887 00040 | 1.000 | FR01 DELPHI PACKARD |

ET-1323  Build Tool #13707206-R-A-P002   Groubert, B
Build Tool #13707206-R-A-P002
Email Invoice: brian.groubert@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 24-AUG-2009 | 1.000 | 47,300.00 | 1 | EA | 47,300.00 |
| Net Line Item Value | | | | USD | 47,300.00 |

| 00030 | PR15400887 00050 | 1.000 | FR01 DELPHI PACKARD |

ET-1322  PPAP Tool# 13707192R-A-P002   Groubert, B
PPAP Tool#13707192R-A-P002
Email Invoice: brian.groubert@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 24-AUG-2009 | 1.000 | 40,967.00 | 1 | EA | 40,967.00 |
| Net Line Item Value | | | | USD | 40,967.00 |

| 00040 | PR15400887 00060 | 1.000 | FR01 DELPHI PACKARD |

ET-1323  PPAP Tool #13707206-R-A-P002   Groubert, B
PPAP Tool #13707206-R-A-P002
Email Invoice: brian.groubert@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 24-AUG-2009 | 1.000 | 47,300.00 | 1 | EA | 47,300.00 |
| Net Line Item Value | | | | USD | 47,300.00 |

| 00050 | PR15400887 00010 | 1.000 | FR01 DELPHI PACKARD |

ET-1322  Design P/N 13707192 (56W gum cable seal)   Groubert, B
P/N 13707192 (56W gum cable seal)
Design Tool# 13707192R-A-P002 - TRA 100158 - New stand alone tool
128 cavity (2-129)
Quote # 12701-C 2nd ammendment 7-31-08
FR08AR2701_TA013

Invoiced 7/28/09

Robin Contact: Paula Linkovic
Email Invoice: brian.groubert@delphi.com
330.373.3808 M/S 93B

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| --- | --- | --- | --- | --- | --- |
| 24-AUG-2009 | 1.000 | 40,966.00 | 1 | EA | 40,966.00 |
| Net Line Item Value | | | | USD | 40,966.00 |

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  4

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450899578 | 25-Jun-2009 |
| Version | |
| 13-Jul-2009  16:00:14 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00060 | PR15400887 00020 | 1.000 | FR01 DELPHI PACKARD |
| | Design 13707206 (73way gum cable seal) | | .Groubert, B |
| | P/N 13707206 (73way gum cable seal) | | |
| | Design Tool #13707206-R-A-P002 - TR 100159 - New stand alone tool | | |
| | 92 cavity (2-93) | | |
| | Quote # 12702-C | | |
| | FR08AR2701_TA028 | | |
| | Robin Contact: Paula Linkovic | | |
| | Email Invoice: brian.groubert@delphi.com | | |

ET-1323

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 24-AUG-2009 | 1.000 | 47,300.00 | 1 | EA | 47,300.00 |
| Net Line Item Value | | | | USD | 47,300.00 |

| Total net value | USD | 264,800.00 |
|---|---|---|

Notes:
6/26/09: Added 2 more line items IG/RE
*****************************************************************************************************
*****************************************************************************************************

**************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.


******************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  4  of 4

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN  OH  44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450899578 | 25-Jun-2009 |
| Version | |
| 13-Jul-2009  16:00:14 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*******************************************************************************************************************
*******************************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

*****************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

**********************************************************
**********************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
*************************************************
Shipping Instructions / Ship VIA:
******************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*******************************************
*****************************************************

# Robin Industries, Elasto-Tec

NO. 60990

PO Box 287  Berlin    Oh   44610  330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC

**SOLD TO:**

DELPHI
RANDY BELL
P.O. BOX 436037 CUBE 4047E
PONTIAC        MI          48343-6037

**SHIP TO:**

DELPHI PACKARD ELECTRIC
DELPHI COMB. WHSES DOCK 30
48 WALTER JONES BLVD.
EL PASO      TX              79906
3900 RBE 1     JUAREZ CISCO 60835
DOCK:  30      DUNS #:

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|
| PO - P4020133 | 12/2/2005 | | | | |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | PAY ON RECEIPT | DPFC | 11/30/2005 | PJAX |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 21,750 | 1216   15423005 REV -  STRAIN RELI | 29 Ctns. @  750   Pcs ea. on  1  Skid(s) Box Type | $0.37534 | Ea | $8,163.65 |
| 24,000 | 1217   15423006 REV -  STRAIN RELI | 24 Ctns. @  1000  Pcs ea. on  0  Skid(s) Box Type | $0.31850 | Ea | $7,644.00 |
| 1,000 | 1232   15441311 REV -  ASM SEAL S | 1 Ctns. @  1000  Pcs ea. on  0  Skid(s) Box Type | $0.33900 | Ea | $339.00 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $16,146.65 |

Gross/Net Wt. -     726

MANUFACTURED IN OHIO USA

**Please Send Your Remittances To:**
Robin Industries,  Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

JAX

CARRIER'S NO.

DATE 11/30/05

SHIPPER'S NO.

the classification and lawful filed tariffs in effect on the date of issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor motor shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**FROM SHIPPER:**
(ORIGIN)

ELASTO-TEC
3500 SR 39
BERLIN, OHIO 44610

**TO CONSIGNEE:** DELPHI P, 60606, EL PASO, TX
C/O CINCINNATI DDCZ PJAX

STREET

DESTINATION 2789 EAST CRESCENTVILLE RD
WESTCHESTER, OHIO   45069
ZIP CODE

DELIVERING CARRIER   PJAX   12263436 3

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHARGES (FOR CARRIER USE ONLY) |
|---|---|---|---|---|
| 1SKID | 29 BOXES – P/N 15423005 STORE# 3900 RRE 1 JUAREZ | 726# | | ✓ |
| | 24 BOXES – P/N 15423006 | | | |
| | 1 BOX – P/N 15441311 | | | |
| 1 SKID | 45 BOXES – P/N 13514507 STORE# 3300 RRE 4 JUAREZ | 270# | | |
| 2 SKIDS | 99 BOXES     TOTALS | 996# | | |
| | | | | |
| | DUNS 098903867 PKG SLIP 60990 60986 | | | |

REMIT XXXXXXXXXX DELPHI P, 60606, EL PASO, TX
C/O DATA 2 LOGISTICS, P.O. BOX 9115
NORWOOD, MA 02362

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

†Shipper's imprints in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

COD   AMT. $

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Shipper, Per

C.O.D. FEE:
☐ Prepaid
☐ Collect   $

TOTAL
CHARGES $

Freight charges are PREPAID unless marked collect.
☐ Check here if charges are Collect

*This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

ELASTO-TEC
P.O. BOX 287, BERLIN, OHIO 44610

Permanent post-office address of shipper



Delphi Manifest

# Robin Industries, Elasto-Tec

PO Box 287 Berlin    Oh   44610 330-893-2430
**A DIVISION OF ROBIN INDUSTRIES, INC.**

## INVOICE
### SID#
### (2S)      60990

**SOLD TO:**

DELPHI

RANDY BELL

P.O. BOX 436037 CUBE 4047E

PONTIAC        MI        48343-6037

**SHIP TO:**

DELPHI PACKARD ELECTRIC

DELPHI COMB. WHSES DOCK 30

48 WALTER JONES BLVD.

EL PASO            TX        79906

Store Number  3900 RBE 1

Store Name    JUAREZ CISCO 60835 - SAP F

| CUSTOMER ORDER NO. PO - P4020133 Release | DATE 7/9/2007 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|
| ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
| 180618613 | Norris | PAY ON RECEIPT | OPFC | 11/30/2005 | PJAX |

| Qty Shipped | Stock Number | Description |
|---|---|---|
| 21,750 | 1216   15423005<br>REV        06 | STRAIN RELIEF<br>29 Ctns. @    750    Pcs ea. on  1  Skid(s)<br>Box Type |
| 24,000 | 1217   15423006<br>REV        06 | STRAIN RELIEF<br>24 Ctns. @   1000    Pcs ea. on  0  Skid(s)<br>Box Type |
| 1,000 | 1232   15441311<br>REV        02 | ASM SEAL STRAIN RELIEF<br>1 Ctns. @   1000    Pcs ea. on  0  Skid(s)<br>Box Type |

PRO # -                                                          Gross/Net Wt. -        726

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

PACKING SLIP

DP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 09-09-05
ALL02

# ƆELPHI

PEDP4020133 010

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

VENDOR CODE                                          OH 44483

DUNS: 180618613-P01 / 180618613-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:    ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39                PURCHASE ORDER    PEDP4020133 010

BERLIN            OH 44610    US    ORDER DATE    10-04-04

REF. INQ. NO.

PRICES IN USD            EXPIRATION  12-31-05
FREIGHT TERM                          REVISION DATE 09-21-05
FOB-OUR PLANT FREIGHT COLLECT        SHIPPING POINT    PAYMENT TERM
                        FREIGHT COLLECT    IMMEDIATE ON RECEIPT
TITLE TRANSFER
TITLE TRANSFER OUR PLANT        SHIPPING INSTRUCTION        BUYER
                        REFER TO P.O. CLAUSE BELOW        02

1210    REVISIONS TO PART
        15416611            CHARGE % A 100                PRICE/UOM
LEAD-DAYS  STD-PACK CONTR  ALT-UOM   CONV-FACTOR              442.5000/MPC
15      3000   CTN                    COO         433.6500/MPC
    REVISE PRICE FROM                 US
        TO                           442.5000/MPC
                                     433.6500/MPC.

1230    REVISIONS TO PART
        15417077            CHARGE % A 100                PRICE/UOM
LEAD-DAYS  STD-PACK CONTR  ALT-UOM   CONV-FACTOR              433.6500/MPC
15      1000   CTN                    COO
    REVISE PRICE FROM                 US
        TO                           442.5000/MPC
                                     433.6500/MPC.

1216    REVISIONS TO PART
        15423005            CHARGE % A 100                PRICE/UOM
LEAD-DAYS  STD-PACK CONTR  ALT-UOM   CONV-FACTOR              375.3400/MPC
15      750    CTN                    COO
    REVISE PRICE FROM                 US
        TO                           383.0000/MPC
                                     375.3400/MPC.

1217    REVISIONS TO PART
        15423006            CHARGE % A 100                PRICE/UOM
LEAD-DAYS  STD-PACK CONTR  ALT-UOM   CONV-FACTOR              318.5000/MPC
15      1000   CTN                    COO
    REVISE PRICE FROM                 US
        TO                           325.0000/MPC
                                     318.5000/MPC.

        REVISIONS TO PART
        15428653            CHARGE % A 100                PRICE/UOM
                                     363.3193/MPC

DELIVER-TO      STA DEPT  GEN-LED   ACCT DEPT/POM   W.O.   PROJ DEBIT JOB-NUMBER   CODE
GLOBAL                    80100     80100                                        A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be returned on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained herein, becomes the complete and final agreement
between Buyer and Seller and no other agreement or any any modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

JOSEPH A SIMON
PHONE 330 373-7424                        BUYER

SIDNEY JOHNSON

PAGE 21 OF 26

DP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 09-09-05
ALL02

**ƎELPHI**

| PEDP4020133 010 |
| --- |

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN
OH 44483

VENDOR CODE

DUNS: 180618613-P01 / 180618613-C01

TO:   ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39

BERLIN          OH 44610     US

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

PURCHASE ORDER    PEDP4020133 010

ORDER DATE    10-04-04

REF. INQ. NO.

PRICES IN USD
FREIGHT TERM              EXPIRATION  12-31-05        REVISION DATE 09-21-05
FOB-OUR PLANT FREIGHT COLLECT          SHIPPING POINT       PAYMENT TERM
                              FREIGHT COLLECT        IMMEDIATE ON RECEIPT
TITLE TRANSFER                                      BUYER
TITLE TRANSFER OUR PLANT        SHIPPING INSTRUCTION          02
                              REFER TO P.O. CLAUSE BELOW

1210   REVISIONS TO PART
        15416611                                              PRICE/UOM
LEAD-DAYS  STD-PACK CONTR   CHARGE % A 100                     433.6500/MPC
15       3000    CTN    ALT-UOM  CONV-FACTOR    COO
    REVISE PRICE FROM                           US
        TO                               442.5000/MPC
                                         433.6500/MPC.

1230   REVISIONS TO PART
        15417077                                              PRICE/UOM
LEAD-DAYS  STD-PACK CONTR   CHARGE % A 100                     433.6500/MPC
15       1000    CTN    ALT-UOM  CONV-FACTOR    COO
    REVISE PRICE FROM                           US
        TO                               442.5000/MPC
                                         433.6500/MPC.

1216   REVISIONS TO PART
        15423005                                              PRICE/UOM
LEAD-DAYS  STD-PACK CONTR   CHARGE % A 100                     375.3400/MPC
15        750    CTN    ALT-UOM  CONV-FACTOR    COO
    REVISE PRICE FROM                           US
        TO                               383.0000/MPC
                                         375.3400/MPC.

1217   REVISIONS TO PART
        15423006                                              PRICE/UOM
LEAD-DAYS  STD-PACK CONTR   CHARGE % A 100                     318.5000/MPC
15       1000    CTN    ALT-UOM  CONV-FACTOR    COO
    REVISE PRICE FROM                           US
        TO                               325.0000/MPC
                                         318.5000/MPC.

    REVISIONS TO PART
        15428653          CHARGE % A 100                       PRICE/UOM
                                                              363.3193/MPC

DELIVER-TO     STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL          80100   80100                                              A

                                         T-98000623
NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8278-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on additional papers only.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement is in any way involving any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

JOSEPH A SIMON
PHONE330 373-7424                            BUYER

SIDNEY JOHNSON

FDP9006-0400    PURCHASE ORDER CHANGE ~ EFFECTIVE 01-01-05
VALL02

# DELPHI

PEDP4020133 004

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

VENDOR CODE                                                    OH  44483

DUNS: 180618613-P01 / 180618613-C01

TO:     ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39

BERLIN            OH 44610    US

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

PURCHASE ORDER    PEDP4020133 004

ORDER DATE        10-04-04

REF. INQ. NO.

PRICES IN USD
FREIGHT TERM            EXPIRATION  12-31-05        REVISION DATE 02-03-05
FOB-OUR PLANT FREIGHT COLLECT          SHIPPING POINT      PAYMENT TERM
                                       FREIGHT COLLECT     2ND DAY OF 2ND MONTH
        TITLE TRANSFER
TITLE TRANSFER OUR PLANT                SHIPPING INSTRUCTION
                                       REFER TO P.O. CLAUSE BELOW      .      BUYER
                                                                               02

1232    REVISION TO UPDATE PRICING OF P/N
        15441311.
        //MEC FOR JOSEPH SIMON

        REVISIONS TO PART
            15441311
        LEAD-DAYS  STD-PACK CONTR     CHARGE % A 100                    PRICE/UOM
        10         1000      CTN      ALT-UOM  CONV-FACTOR   COO         339.0000/MPC
        REVISE PRICE FROM                                   US
               TO                                      1125.2000/MPC
        LINE ITEM DESCRIPTION REVISION FOLLOWS:         339.0000/MPC.
        CO MOLD SEAL.
        DGSS # 59741
        10/1/02  - 12/31/03 $1843.00
        1/1/04   - 12/31/04 $1160.00
        1/1/05   - 12/31/05 $1125.20
        1/1/06   - 12/31/06 $1091.40
        PRICE WILL DROP AFTER 85,000 PIECES;
        EXCEEDED AMOUNT IN 2004.

DELIVER-TO      STA DEPT GEN-LED   ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL                   80100     80100                                        A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7          T-98000623
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When returning - acceptance must be executed on acknowledgment copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

JOSEPH A SIMON
PHONE 330  373-7424

PAGE   2  OF  3       SIDNEY JOHNSON                    BUYER

x FDP9006-0400
VALL02        PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05

# DELPHI

PEDP4020133 004

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

**VENDOR CODE**
                                                      OH 44483

DUNS: 180618613-P01 / 180618613-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39            PURCHASE ORDER    PEDP4020133 004

BERLIN            OH 44610    US            ORDER DATE    10-04-04

PRICES IN USD                                REF.INQ. NO.
        FREIGHT TERM       EXPIRATION 12-31-05
FOB-OUR PLANT FREIGHT COLLECT                REVISION DATE 02-03-05
                            SHIPPING POINT        PAYMENT TERM
        TITLE TRANSFER      FREIGHT COLLECT    2ND DAY OF 2ND MONTH
TITLE TRANSFER OUR PLANT
                            SHIPPING INSTRUCTION
                          REFER TO P.O. CLAUSE BELOW      .    BUYER
                                                              02

1232      REVISION TO UPDATE PRICING OF P/N
          15441311.
          //MEC FOR JOSEPH SIMON

          REVISIONS TO PART
            15441311
LEAD-DAYS  STD-PACK CONTR   CHARGE & A 100
    10        1000  CTN     ALT-UOM  CONV-FACTOR    COO      PRICE/UOM
                                                   US       339.0000/MPC
          REVISE PRICE FROM                        1125.2000/MPC
            TO                                      339.0000/MPC.
          LINE ITEM DESCRIPTION REVISION FOLLOWS:
CO MOLD SEAL
          DGSS # 59741
          10/1/02 - 12/31/03 $1843.00
          1/1/04  - 12/31/04 $1160.00
          1/1/05  - 12/31/05 $1125.20
          1/1/06  - 12/31/06 $1091.40
          PRICE WILL DROP AFTER 85,000 PIECES;
          EXCEEDED AMOUNT IN 2004.


DELIVER-TO       STA DEPT GEN-LED   ACCT DEPT/POM  W.O.   PROJ DEBIT JOB-NUMBER   CODE
GLOBAL               80100    80100                                                A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

T-98000623

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

JOSEPH A SIMON
PHONE 330 373-7424
                                                              BUYER
PAGE  2  OF  3        SIDNEY JOHNSON

OP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 09-09-05
ALL02

# ƎLPHI

PEDP4020133 010

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

VENDOR CODE

OH 44483

DUNS:  180618613-P01 / 180618613-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:    ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39                                     PURCHASE ORDER    PEDP4020133 010

BERLIN                    OH 44610    US               ORDER DATE    10-04-04

PRICES IN USD                  EXPIRATION  12-31-05        REF. INQ. NO.
FREIGHT TERM                                          REVISION DATE 09-21-05
FOB-OUR PLANT FREIGHT COLLECT              SHIPPING POINT   PAYMENT TERM
                                      FREIGHT COLLECT    IMMEDIATE ON RECEIPT
TITLE TRANSFER                                         *
TITLE TRANSFER OUR PLANT             SHIPPING INSTRUCTION              BUYER
                              REFER TO P.O. CLAUSE BELOW              02

1210    REVISIONS TO PART
          15416611
LEAD-DAYS   STD-PACK CONTR   CHARGE % A 100                    PRICE/UOM
  15        3000     CTN     ALT-UOM  CONV-FACTOR   COO         433.6500/MPC
     REVISE PRICE FROM                              US
            TO                                 442.5000/MPC
                                               433.6500/MPC.

1230    REVISIONS TO PART
          15417077
LEAD-DAYS   STD-PACK CONTR   CHARGE % A 100                    PRICE/UOM
  15        1000     CTN     ALT-UOM  CONV-FACTOR   COO         433.6500/MPC
     REVISE PRICE FROM                              US
            TO                                 442.5000/MPC
                                               433.6500/MPC.

1216    REVISIONS TO PART
          15423005
LEAD-DAYS   STD-PACK CONTR   CHARGE % A 100                    PRICE/UOM
  15         750     CTN     ALT-UOM  CONV-FACTOR   COO         375.3400/MPC
     REVISE PRICE FROM                              US
            TO                                 383.0000/MPC
                                               375.3400/MPC.

1217    REVISIONS TO PART
          15423006
LEAD-DAYS   STD-PACK CONTR   CHARGE % A 100                    PRICE/UOM
  15        1000     CTN     ALT-UOM  CONV-FACTOR   COO         318.5000/MPC
     REVISE PRICE FROM                              US
            TO                            325.0000/MPC
                                          318.5000/MPC.

     REVISIONS TO PART
          15428653           CHARGE % A 100                    PRICE/UOM
                                                              363.3193/MPC

DELIVER-TO        STA DEPT GEN-LED  ACCT DEPT/POM   W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL                    80100     80100                                        A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 2-0001-8279-7
                                                                  T-98000623
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is see background and acceptad. When requested - acceptance shall be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and condition contained within, contains the complete and final agreement
between Buyer and Seller and no other agreements or any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

JOSEPH A SIMON
PHONE330 373-7424                          BUYER

                 SIDNEY JOHNSON

OP9006-0400
ALL02     PURCHASE ORDER CHANGE - EFFECTIVE 09-09-05

# >ELPHI

PEDP4020133 010

PURCHASE ORDER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

VENDOR CODE

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN
OH 44483

DUNS: 180618613-P01 / 180618613-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39

BERLIN         OH 44610   US

PURCHASE ORDER    PEDP4020133 010

ORDER DATE    10-04-04

REF. INQ. NO.

PRICES IN USD
FREIGHT TERM
FOB-OUR PLANT FREIGHT COLLECT

EXPIRATION  12-31-05

SHIPPING POINT
FREIGHT COLLECT

REVISION DATE 09-21-05
PAYMENT TERM
IMMEDIATE ON RECEIPT

TITLE TRANSFER
TITLE TRANSFER OUR PLANT

SHIPPING INSTRUCTION
REFER TO P.O. CLAUSE BELOW

BUYER
02

**1210**    REVISIONS TO PART
15416611
LEAD-DAYS  STD-PACK CONTR    CHARGE % A 100
15     3000    CTN    ALT-UOM  CONV-FACTOR
REVISE PRICE FROM
TO

PRICE/UOM
433.6500/MPC

COO
US

442.5000/MPC
433.6500/MPC.

**1330**    REVISIONS TO PART
15417077
LEAD-DAYS  STD-PACK CONTR    CHARGE % A 100
15     1000    CTN    ALT-UOM  CONV-FACTOR
REVISE PRICE FROM
TO

PRICE/UOM
433.6500/MPC

COO
US

442.5000/MPC
433.6500/MPC.

**1216**    REVISIONS TO PART
15423005
LEAD-DAYS  STD-PACK CONTR    CHARGE % A 100
15     750    CTN    ALT-UOM  CONV-FACTOR
REVISE PRICE FROM
TO

PRICE/UOM
375.3400/MPC

COO
US

383.0000/MPC
375.3400/MPC.

**1217**    REVISIONS TO PART
15423006
LEAD-DAYS  STD-PACK CONTR    CHARGE % A 100
15     1000    CTN    ALT-UOM  CONV-FACTOR
REVISE PRICE FROM
TO

PRICE/UOM
318.5000/MPC

COO
US

325.0000/MPC
318.5000/MPC.

REVISIONS TO PART
15428653

CHARGE % A 100

PRICE/UOM
363.3193/MPC

DELIVER-TO    STA DEPT  GEN-LED   ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL            80100    80100                              A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

T-98000623

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When received - acceptance must be returned on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained herein, contains the complete and final agreement
between Buyer and Seller and no other agreement to any kind anywhere and of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

JOSEPH A SIMON
PHONE330 373-7424

BUYER

SIDNEY JOHNSON

[X] FDP9008-0490
VALL02    PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05

# DELPHI

PEDP4020133 004

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

OH 44483

VENDOR CODE

DUNS: 180618613-P01 / 180618613-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:    ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39

BERLIN                OH 44610      US

PRICES IN USD

FREIGHT TERM          EXPIRATION  12-31-05
FOB-OUR PLANT FREIGHT COLLECT
                                    SHIPPING POINT
TITLE TRANSFER              FREIGHT COLLECT
TITLE TRANSFER OUR PLANT
                                    SHIPPING INSTRUCTION
                                    REFER TO P.O. CLAUSE BELOW

PURCHASE ORDER    PEDP4020133 004

ORDER DATE        10-04-04

REF. INQ. NO.

REVISION DATE 02-03-05
PAYMENT TERM
2ND DAY OF 2ND MONTH

BUYER
02

1232    REVISION TO UPDATE PRICING OF P/N
15441311.
//MEC FOR JOSEPH SIMON

REVISIONS TO PART
15441311
LEAD-DAYS   STD-PACK CONTR    CHARGE % A 100                    PRICE/UOM
10          1000     CTN      ALT-UOM  CONV-FACTOR    COO      339.0000/MPC
REVISE PRICE FROM                          US
TO                               1125.2000/MPC
LINE ITEM DESCRIPTION REVISION FOLLOWS:    339.0000/MPC.
CO MOLD SEAL
DGSS # 55741
10/1/02 - 12/31/03 $1843.00
1/1/04  - 12/31/04 $1160.00
1/1/05  - 12/31/05 $1125.20
1/1/06  - 12/31/06 $1091.40
PRICE WILL DROP AFTER 85,000 PIECES;
EXCEEDED AMOUNT IN 2004.

DELIVER-TO        STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL            80100    80100                                                A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.    T-98000623

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

JOSEPH A SIMON
PHONE:330 373-7424

BUYER

PAGE  2  OF  3        SIDNEY JOHNSON

[X] FDP9006-0400
VALL02    PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05

# DELPHI

PEDP4020133 004

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

VENDOR CODE

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

OH 44483

DUNS: 180618613-P01 / 180618613-C01

TO:    ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39

BERLIN            OH 44610    US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER    PEDP4020133 004

ORDER DATE        10-04-04

REF. INQ. NO.

PRICES IN USD
        FREIGHT TERM            EXPIRATION  12-31-05
FOB-OUR PLANT FREIGHT COLLECT
        TITLE TRANSFER
TITLE TRANSFER OUR PLANT

        SHIPPING POINT        REVISION DATE 02-03-05
        FREIGHT COLLECT        PAYMENT TERM
                    2ND DAY OF 2ND MONTH

        SHIPPING INSTRUCTION
        REFER TO P.O. CLAUSE BELOW        BUYER
                            02

1232    REVISION TO UPDATE PRICING OF P/N
        15441311.
        //MEC FOR JOSEPH SIMON

        REVISIONS TO PART
            15441311
        LEAD-DAYS  STD-PACK CONTR    CHARGE % A 100
            10        1000  CTN    ALT-UOM  CONV-FACTOR
        REVISE PRICE FROM
                TO
        LINE ITEM DESCRIPTION REVISION FOLLOWS:
        CO MOLD SEAL
        DGSS # 59741
        10/1/02 - 12/31/03  $1843.00
        1/1/04  - 12/31/04  $1160.00
        1/1/05  - 12/31/05  $1125.20
        1/1/06  - 12/31/06  $1091.40
        PRICE WILL DROP AFTER 85,000 PIECES;
        EXCEEDED AMOUNT IN 2004.

                            PRICE/UOM
                            339.0000/MPC

                COO
                US
                1125.2000/MPC
                339.0000/MPC.

DELIVER-TO    STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL              80100    80100                              A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7    T-98000623
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

JOSEPH A SIMON
PHONE 330 373-7424
                            BUYER

            SIDNEY JOHNSON

OP9006-0400
ALL02    PURCHASE ORDER CHANGE ~ EFFECTIVE 09-09-05

# ⊃ELPHI

PEDP4020133 010

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

VENDOR CODE

OH 44483

TO:

┌ DUNS: 180618613-P01 / 180618613-C01

ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39

└ BERLIN           OH 44610    US ┘

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

PURCHASE ORDER    PEDP4020133 010

ORDER DATE    10-04-04

REF. INQ. NO.

PRICES IN USD
FREIGHT TERM
FOB-OUR PLANT FREIGHT COLLECT
TITLE TRANSFER
TITLE TRANSFER OUR PLANT

EXPIRATION  12-31-05
SHIPPING POINT
FREIGHT COLLECT

SHIPPING INSTRUCTION
REFER TO P.O. CLAUSE BELOW

REVISION DATE 09-21-05
PAYMENT TERM
IMMEDIATE ON RECEIPT

BUYER
02

1210

REVISIONS TO PART
15416611
LEAD-DAYS   STD-PACK CONTR
15        3000     CTN
REVISE PRICE FROM
TO

CHARGE % A 100
ALT-UOM   CONV-FACTOR        COO
US
442.5000/MPC
433.6500/MPC.

PRICE/UOM
433.6500/MPC

1230

REVISIONS TO PART
15417077
LEAD-DAYS   STD-PACK CONTR
15        1000     CTN
REVISE PRICE FROM
TO

CHARGE % A 100
ALT-UOM   CONV-FACTOR        COO
US
442.5000/MPC
433.6500/MPC.

PRICE/UOM
433.6500/MPC

1216

REVISIONS TO PART
15423005
LEAD-DAYS   STD-PACK CONTR
15        750      CTN
REVISE PRICE FROM
TO

CHARGE % A 100
ALT-UOM   CONV-FACTOR        COO
US
383.0000/MPC
375.3400/MPC.

PRICE/UOM
375.3400/MPC

1217

REVISIONS TO PART
15423006
LEAD-DAYS   STD-PACK CONTR
15        1000     CTN
REVISE PRICE FROM
TO

CHARGE % A 100
ALT-UOM   CONV-FACTOR        COO
US
325.0000/MPC
318.5000/MPC.

PRICE/UOM
318.5000/MPC

REVISIONS TO PART
15428653

CHARGE % A 100

PRICE/UOM
363.3193/MPC

DELIVER-TO
GLOBAL

STA DEPT  GEN-LED   ACCT DEPT/POM   W.O.   PROJ DEBIT JOB-NUMBER   CODE
80100     80100                                                    A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

T-98000623

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be indicated on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement to any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

JOSEPH A SIMON
PHONE 330 373-7424

SIDNEY JOHNSON

BUYER

PAGE 21 OF 26

DP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 09-09-05
.ALL02

# ƆELPHI

PEDP4020133 010

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

OH 44483

VENDOR CODE

DUNS: 180618613-P01 / 180618613-C01

TO:     ROBIN INDUSTRIES

ELASTO-TEC DIVISION

3500 STATE RTE 39

BERLIN          OH 44610     US

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

PURCHASE ORDER      PEDP4020133 010

ORDER DATE          10-04-04

REF. INQ. NO.

PRICES IN USD
FREIGHT TERM                    EXPIRATION  12-31-05
FOB-OUR PLANT FREIGHT COLLECT                      SHIPPING POINT      REVISION DATE 09-21-05
                                FREIGHT COLLECT      PAYMENT TERM
        TITLE TRANSFER                              IMMEDIATE ON RECEIPT
TITLE TRANSFER OUR PLANT              SHIPPING INSTRUCTION        BUYER
                            REFER TO P.O. CLAUSE BELOW          02

**1210**  REVISIONS TO PART
          15416611
          LEAD-DAYS   STD-PACK CONTR        CHARGE % A 100                    PRICE/UOM
          15          3000     CTN          ALT-UOM   CONV-FACTOR            433.6500/MPC
          REVISE PRICE FROM                          COO
          TO                                         US
                                                        442.5000/MPC
                                                        433.6500/MPC.

**1230**  REVISIONS TO PART
          15417077
          LEAD-DAYS   STD-PACK CONTR        CHARGE % A 100                    PRICE/UOM
          15          1000     CTN          ALT-UOM   CONV-FACTOR            433.6500/MPC
          REVISE PRICE FROM                          COO
          TO                                         US
                                                        442.5000/MPC
                                                        433.6500/MPC.

**1216**  REVISIONS TO PART
          15423005
          LEAD-DAYS   STD-PACK CONTR        CHARGE % A 100                    PRICE/UOM
          15          750      CTN          ALT-UOM   CONV-FACTOR            375.3400/MPC
          REVISE PRICE FROM                          COO
          TO                                         US
                                                        383.0000/MPC
                                                        375.3400/MPC.

**1217**  REVISIONS TO PART
          15423006
          LEAD-DAYS   STD-PACK CONTR        CHARGE % A 100                    PRICE/UOM
          15          1000     CTN          ALT-UOM   CONV-FACTOR            318.5000/MPC
          REVISE PRICE FROM                          COO
          TO                                         US
                                                        325.0000/MPC
                                                        318.5000/MPC.

          REVISIONS TO PART
          15428653
                                           CHARGE % A 100                    PRICE/UOM
                                                                            363.3193/MPC

DELIVER-TO
GLOBAL        STA DEPT  GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
                        80100    80100                                       A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

T-98000623

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not placing and accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to buyer.
This order, including the terms and conditions contained above, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

JOSEPH A SIMON
PHONE330 373-7424                              BUYER

FDP9006-0400
VALL02          PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05

# DELPHI

PEDP4020133 004

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

VENDOR CODE                                    OH 44483

DUNS: 180618613-P01 / 180618613-C01

TO:    ROBIN INDUSTRIES                        PLEASE ENTER OUR ORDER/REVISION AS LISTED
                                               HEREON, SUBJECT TO TERMS AND CONDITIONS
       ELASTO-TEC DIVISION                     CONTAINED WITHIN.

       3500 STATE RTE 39           PURCHASE ORDER     PEDP4020133 004

       BERLIN          OH 44610    US      ORDER DATE     10-04-04
                                           REF.INQ. NO.
PRICES IN USD
      FREIGHT TERM          EXPIRATION  12-31-05
FOB-OUR PLANT FREIGHT COLLECT          SHIPPING POINT   REVISION DATE 02-03-05
      TITLE TRANSFER                   FREIGHT COLLECT   PAYMENT TERM
TITLE TRANSFER OUR PLANT                              2ND DAY OF 2ND MONTH
                                       SHIPPING INSTRUCTION
                                       REFER TO P.O. CLAUSE BELOW          BUYER
                                                                           02

1232   REVISION TO UPDATE PRICING OF P/N
       15441311
       //MBC FOR JOSEPH SIMON

       REVISIONS TO PART
         15441311
LEAD-DAYS  STD-PACK CONTR    CHARGE % A 100                     PRICE/UOM
   10         1000  CTN      ALT-UOM  CONV-FACTOR   COO          339.0000/MPC
       REVISE PRICE FROM                           US
            TO                              1125.2000/MPC
       LINE ITEM DESCRIPTION REVISION FOLLOWS:     339.0000/MPC.
       CO MOLD SEAL
       DGSS # 59741
       10/1/02 - 12/31/03 $1843.00
       1/1/04 - 12/31/04 $1160.00
       1/1/05 - 12/31/05 $1125.20
       1/1/06 - 12/31/06 $1091.40
       PRICE WILL DROP AFTER 85,000 PIECES;
       EXCEEDED AMOUNT IN 2004.

DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL            80100    80100                                              A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000625, TX 3-0001-8279-7      T-98000623
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.                          Delphi Automotive Systems LLC
                                                        c/o Delphi Packard
IMPORTANT: This order is not binding until accepted. When received,          P.O. Box 431   Warren, Ohio 44486
seller shall be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement to any kind excluding any of said terms and conditions will be
binding upon Buyer unless same in writing and signed by Buyer's authorized representative.

                                                        JOSEPH A SIMON
                                              PHONE 330 373-7424
                                                                          BUYER
           PAGE  2  OF  3                      SIDNEY JOHNSON

X FDP5005-0400
VALL02    PURCHASE ORDER CHANGE - EFFECTIVE 01-01-05

# DELPHI

PEDP4020133 004

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN

VENDOR CODE                                        OH 44483

DUNS: 180618613-P01 / 180618613-C01

TO:    ROBIN INDUSTRIES                    PLEASE ENTER OUR ORDER/REVISION AS LISTED
                                           HEREON, SUBJECT TO TERMS AND CONDITIONS
       ELASTO-TEC DIVISION                 CONTAINED WITHIN.

       3500 STATE RTE 39              PURCHASE ORDER    PEDP4020133 004

       BERLIN            OH 44610    US    ORDER DATE    10-04-04

PRICES IN USD              EXPIRATION  12-31-05    REF. INQ. NO.
        FREIGHT TERM
FOB-OUR PLANT FREIGHT COLLECT        SHIPPING POINT    REVISION DATE 02-03-05
                                     FREIGHT COLLECT
        TITLE TRANSFER                                 2ND DAY OF 2ND MONTH    PAYMENT TERM
TITLE TRANSFER OUR PLANT
                                   SHIPPING INSTRUCTION
                                   REFER TO P.O. CLAUSE BELOW        BUYER
                                                                      02

1232    REVISION TO UPDATE PRICING OF P/N
        15441311.
        //MBC FOR JOSEPH SIMON

        REVISIONS TO PART
             15441311
        LEAD-DAYS  STD-PACK CONTR    CHARGE % A 100                    PRICE/UOM
        10        1000      CTN    ALT-UOM  CONV-FACTOR    COO         339.0000/MPC
        REVISE PRICE FROM                                  US
              TO                                        1125.2000/MPC
        LINE ITEM DESCRIPTION REVISION FOLLOWS:          339.0000/MPC.
        CO MOLD SEAL
        DGSS # 59741
        10/1/02 - 12/31/03  $1843.00
        1/1/04 - 12/31/04  $1160.00
        1/1/05 - 12/31/05  $1125.20
        1/1/06 - 12/31/06  $1091.40
        PRICE WILL DROP AFTER 85,000 PIECES;
        EXCEEDED AMOUNT IN 2004.

DELIVER-TO    STA DEPT  GEN-LED   ACCT DEPT/POM   W.O.   PROJ DEBIT JOB-NUMBER   CODE
GLOBAL                 80100      80100                                          A

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7    T-98000623
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

JOSEPH A SIMON
PHONE 330 373-7424                    BUYER

PAGE   2  OF  3          SIDNEY JOHNSON

# Robin Industries, Elasto-Tec

PO Box 287  Berlin    O  44610  330-893-2430

## A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**

SID#

(2S)        74447

BILL TO:

DELPHI

MAIL STATION 13C

P.O. BOX 431

WARREN        OHIO        44486

| CUSTOMER ORDER NO. | | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|
| PO #  450731115 | | 4/22/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| FB ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| | | NET IMMEDIATE | OPFC | 4/20/2009 | |

| 0      1290 | / 13697123 | | | | $5,219.00 |

TOOLING CHARGE -

LINE ITEM 00230 - BUILD

Attention - G. ROBINSON FR01

Please Send Your Remittances To:

**Robin Industries, Elasto-Tec**

P.O. BOX 74310

CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# DELPHI

Packard Electric Systems

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450731115 | 16-Jun-2008 |
| Version | |
| 17-Jun-2008  04:30:55  EST | |

| Item No. | Material No/Item Identifier No   Description | Total Order Quantity | Plant   Requester |
|---|---|---|---|

WGT: (KG/100):

REMARKS: 23 WAY F THICK WALL CABLE

1/3 TOOL COST TO BE PAID AFTER TOOL DESIGN IS COMPLETED
1/3 TOOL COST TO BE PAID AFTER TOOL BUILD IS COMPLETED
1/3 TOOL COST TO BE PAID AFTER PPAP

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 23-JUN-2008 | 1.000 | 5,219.00 | 1 | EA | 5,219.00 |
| Net Line Item Value | | | | USD | 5,219.00 |

| 00200 | PR12819741 00200 | 1.000 | FR01 DELPHI PACKARD |
|---|---|---|---|
| | TRA 095704 BUILD; RFQ 028MM05 | | ROBISON, G |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 22-SEP-2008 | 1.000 | 5,219.00 | 1 | EA | 5,219.00 |
| Net Line Item Value | | | | USD | 5,219.00 |

| 00210 | PR12819741 00210 | 1.000 | FR01 DELPHI PACKARD |
|---|---|---|---|
| | TRA 095704 PPAP; RFQ 028MM05 | | ROBISON, G |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 06-OCT-2008 | 1.000 | 5,219.00 | 1 | EA | 5,219.00 |
| Net Line Item Value | | | | USD | 5,219.00 |

| 00220 | PR12819741 00220 | 1.000 | FR01 DELPHI PACKARD |
|---|---|---|---|
| | TRA 095707 DESIGN; RFQ 028MM05 | | ROBISON, G |

TRA# 095707 GM# 13697123  PE#  ECL = 01  PPAP = Y
DESCRIPTION: SEAL CBL/CONN   MY = 09 0
CUSTOMERS: CV
PROCEED WITH: PURCHASED PROD TOOL - ADDL PART NO
MATERIAL: M2296005
MATERIAL DESC: ELAS VMQ ORN
WGT: (KG/100):

*1290*   *Inv. 3/5/09*

REMARKS: 29 WAY F THIN WALL CABLE

1/3 TOOL COST TO BE PAID AFTER TOOL DESIGN IS COMPLETED
1/3 TOOL COST TO BE PAID AFTER TOOL BUILD IS COMPLETED
1/3 TOOL COST TO BE PAID AFTER PPAP

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 23-JUN-2008 | 1.000 | 5,219.00 | 1 | EA | 5,219.00 |
| Net Line Item Value | | | | USD | 5,219.00 |

*PCL...*

**ROBIN INDUSTRIES INC**
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

Date Issued
16-Jun-2008

PO Number
450731115
Version
17-Jun-2008 04:30:55 EST

*Inv. 4/24/09*

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | |
|---|---|---|---|---|---|
| | | 1.000 | FR01 DELPHI PACKARD ROBISON, G | | Value |
| | | Price | Price Unit UOM | | 5,219.00 |
| 00230 | PR12819741 00230 | | 1 EA | | 5,219.00 |
| | TRA 095707 BUILD; RFQ 028MM05 | | USD | | |
| | Delivery Date    Scheduled Quantity | 5,219.00 | | | |
| | 22-SEP-2008          1.000 | | | | |
| | Net Line Item Value | | | | |
| | | 1.000 | FR01 DELPHI PACKARD ROBISON, G | | Value |
| | | Price | Price Unit UOM | | 5,219.00 |
| 00240 | PR12819741 00240 | | 1 EA | | 5,219.00 |
| | TRA 095707 PPAP; RFQ 028MM05 | | USD | | |
| | Delivery Date    Scheduled Quantity | 5,219.00 | | | |
| | 06-OCT-2008          1.000 | | | | |
| | Net Line Item Value | | | | |
| | | 1.000 | FR01 DELPHI PACKARD ROBISON, G | | |
| 00250 | PR12819741 00250 | | | | |
| | TRA 095708 DESIGN; RFQ 028MM05 | | | | |
| | TRA# 095708 GM# 13697443   PE#   ECL=01  PPAP=Y | | | | |
| | TRA# 095708 GM# 13697443   MY=09 0 | | | | |
| | DESCRIPTION: SEAL CBL/CONN | | | | |
| | CUSTOMERS: CV | | | | |
| | PROCEED WITH: PURCHASED PROD TOOL - ADDL PART NO | | | | |
| | MATERIAL: M2296005 | | | | |
| | MATERIAL DESC: ELAS VMQ ORN | | | | |
| | WGT: (KG/100): | | | | |
| | REMARKS: 29 WAY F THICK WALL CABLE | | | | Value |
| | 1/3 TOOL COST TO BE PAID AFTER TOOL DESIGN IS COMPLETED | | | | 5,219.00 |
| | 1/3 TOOL COST TO BE PAID AFTER TOOL BUILD IS COMPLETED | Price | Price Unit UOM | | 5,219.00 |
| | 1/3 TOOL COST TO BE PAID AFTER PPAP | | 1 EA | | |
| | Delivery Date    Scheduled Quantity | 5,219.00 | USD | | |
| | 23-JUN-2008          1.000 | | | | |
| | Net Line Item Value | | | | |
| | | 1.000 | FR01 DELPHI PACKARD ROBISON, G | | Value |
| | | Price | Price Unit UOM | | 5,219.00 |
| 00260 | PR12819741 00260 | | 1 EA | | 5,219.00 |
| | TRA 095708 BUILD; RFQ 028MM05 | | USD | | |
| | Delivery Date    Scheduled Quantity | 5,219.00 | | | |
| | 22-SEP-2008          1.000 | | | | |
| | Net Line Item Value | | | | |
| | | 1.000 | FR01 DELPHI PACKARD ROBISON, G | | Value |
| | | Price | Price Unit UOM | | 5,219.00 |
| 00270 | PR12819741 00270 | | 1 EA | | 5,219.00 |
| | TRA 095708 PPAP; RFQ 028MM05 | | USD | | |
| | Delivery Date    Scheduled Quantity | 5,219.00 | | | |
| | 06-OCT-2008          1.000 | | | | |
| | Net Line Item Value | | | | |

*1292*

# Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin    Oh    44610  330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

# INVOICE

## SID#

(2S)

**74508**

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI | DELPHI P CENTEC II |
| RANDY BELL | DOCK 01 SAP FW97 CISCO 60098 |
| P.O. BOX 436037 CUBE 4047E | BLVD ISIDRO LOPEZ ZERTUCHE #4890 |
| PONTIAC    MI    48343-6037 | SALTILLO-VI  MEXICO    25220 |
| | 9796    DELPHI P - PLANT 97 - CEN |
| | DOCK: 01    DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | | |
|---|---|---|---|---|
| PO - 550169425 | | 4/30/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 4/28/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 22,500 | 1216  / 15423005 REV - 06  STRAIN RELIEF | 30  Ctns.  @    750    Pcs ea. on    1    Skid(s) Box Type  15x12x8 | $0.41176 | Ea | $9,264.60 |

| | | |
|---|---|---|
| | Lot Charges | $0.00 |
| | Shipping Charges | $0.00 |
| | Total | $9,264.60 |
| | Gross/Net Wt. - | 490 |

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BILL OF LADING - ORIGINAL - NOT NEGOTIABLE

, Subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
, described below, in apparent good order, except as noted (contents and condition of contents of package unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this
s meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is
agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all
ms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier

shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, and the
said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM SHIPPER (ORIGIN) | **ROBIN INDUSTRIES**<br>**Elasto-Tec**<br>3500 State Route 39<br>Berlin Oh 44610 | TO CONSIGNEE | DELPHI P - 60502 - LAREDO, TX<br>C/O NA MWXD CINCINNATI -X-DOCK |
|---|---|---|---|
| | | STREET | 6380 CENTRE PARK DRIVE |
| | | DESTINATION | WEST CHESTER      OH      ZIP CODE 45069 |

| DELIVERING CARRIER | ROUTE | DATE | CAR OR VEHICLE INITIALS NO. |
|---|---|---|---|
| Vitran Express | | 4/28/2009 | |

| NO. PACKAGES | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | Store # |
|---|---|---|---|---|---|---|---|---|
| 1 | SKIDS | 1 CTNS | 7,000 PCS P/N 12040946 | 1013 | 550169423 | 65.00 | 70 | |
| 0 | SKIDS | 1 CTNS | 7,000 PCS P/N 12084415 | 1106 | 550169423 | 25.00 | 70 | 8796 |
| 0 | SKIDS | 4 CTNS | 5,600 PCS P/N 15326183 | 1175 | 550169423 | 92.00 | 70 | |
| 0 | SKIDS | 3 CTNS | 4,200 PCS P/N 12066028 | 1068 | 550169424 | 72.00 | 70 | |
| 0 | SKIDS | 2 CTNS | 6,000 PCS P/N 15485972 | 1238 | 550169424 | 20.00 | 70 | |
| 0 | SKIDS | 2 CTNS | 2,000 PCS P/N 15489396 | 1242 | 550169424 | 40.00 | 70 | |
| 1 | SKIDS | 30 CTNS | 22,500 PCS P/N 15423005 | 1216 | 550169425 | 490.00 | 70 | 9796 |
| 1 | SKIDS | 30 CTNS | 22,500 PCS P/N 15423005 | 1216 | 550169425 | 490.00 | 70 | |

TOTAL:    3    Skids    Notes - DUNS# 180618613 - BILL TO: DELPHI P, 60502, ANAHUAC, NL TRENDSET, INC.,    TOTAL:    1,294.00    WEIGHT
P.O. BOX 1208, MAULDIN, SC 29662

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 156600 SUB. 9 CLASS 70 15 PCF OR GREATER

Pkg Ship 74506   74507   74508   74509

BILL OF LADING NUMBER:

PLACARDS SUPPLIED        YES        NO        DRIVER'S SIGNATURE        EMERGENCY RESPONCE PHONE NO

| REMIT C.O.D. TO: | *Vitran* 00302114889 PIAX SHIPPER COPY | COD AMT $_____ | C.O.D. FEE:<br>Prepaid<br>Collect $ |
|---|---|---|---|

| | | | TOTAL CHARGES $ |
|---|---|---|---|

If the shipment moves between two ports by a carrier by
ater, the law requires that the bill of lading shall state
whether it is "carrier's or shipper's weight"

* Shipper's imprints in lieu of stamp; not a part of Bill of
ading approved by the Interstate Commerce Commission

† NOTE: Where the rate is dependant on value, shippers are
required to state specifically in writing the agreed or declared
value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to not be exceeding

$_____ per _____

Subject to Section 7 of Conditions of applicable bill of lading,
if this shipment is to be delivered to the consignee without
recourse on the consignor, the consignor shall sign the
following statement:
The carrier shall not make delivery of this shipment
without payment of freight and all other lawful charges

_____
(Signature of Consignor)

Freight charges are PREPAID ___ Check box
unless marked collect ___ if Collect

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable
regulations of the Department of Transportation"

Robin Industries,  Elasto-Tec
3500 State Route 39        Berlin        Shipper, Per_____        Agent, Per_____

Permanent post office address of shipper        + MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

1

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 6

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169425
Version
05-Mar-2009 04:51:39 EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 23-May-2007 | 31-Dec-2007 | USD | 30.94 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 30.94 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 30.66 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00090 | 13572737 | | | | | |
|---|---|---|---|---|---|---|
| | ASM LOCK TPA/SEAL    BLU | | FW97 DELPHI P CENTEC II | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 23-May-2007 | 31-Dec-2007 | USD | 297.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 297.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 294.33 | 1,000 | PC |

*265*

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00100 | 15326183 | | | | | |
|---|---|---|---|---|---|---|
| | SEAL CBL 5W M/P    TAN | | FW97 DELPHI P CENTEC II | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 23-May-2007 | 31-Dec-2007 | USD | 204.99 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 204.99 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 203.15 | 1,000 | PC |

*115*

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00030 | 15359306 | | | | | |
|---|---|---|---|---|---|---|
| | ASM SEAL CBL 53W STRAIN RLF COMOLD ORN D | | FW97 DELPHI P CENTEC II | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 23-May-2007 | 31-Dec-2007 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 493.52 | 1,000 | PC |

*1194*    *-4.48*

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00130 | 15423005 | | | | | |
|---|---|---|---|---|---|---|
| | ASM SEAL CBL 73W STRAIN RLF COMOLD GRA L | | FW97 DELPHI P CENTEC II | | | |

*1266*

# DELPHI

Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169425
Version
05-Mar-2009 04:51:39 EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | | Plant | | | |
|---|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 23-May-2007 | 31-Dec-2007 | USD | 415.50 | 1,000 | PC | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 415.50 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 411.76  -3.74 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00150 | 15423006 | | | | | | |
|---|---|---|---|---|---|---|---|
| | ASM SEAL CBL 56W STRAIN RLF COMOLD GRA L | | | FW97 DELPHI P CENTEC II | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 23-May-2007 | 31-Dec-2007 | USD | 357.50 327.50 | 1,000 | PC | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 357.50 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 310.00  -17.50 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00040 | 15430923 | | | | | | |
|---|---|---|---|---|---|---|---|
| | ASM SEAL CBL 16W STRAIN RLF COMOLD PNK | | | FW97 DELPHI P CENTEC II | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 23-May-2007 | 31-Dec-2007 | USD | 454.45 | 1,000 | PC | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 454.45 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 450.36  -4.09 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00170 | 15489396 | | | | | | |
|---|---|---|---|---|---|---|---|
| | SEAL CBL 64W    BLU LT | | | FW97 DELPHI P CENTEC II | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 23-May-2007 | 31-Dec-2007 | USD | 265.00 | 1,000 | PC | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 265.00 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 262.62 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

## Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin    Oh   44610 330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**
**SID#**
**(2S)**



74509

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI | DELPHI P CENTEC II |
| RANDY BELL | DOCK 01 SAP FW97 CISCO 60098 |
| P.O. BOX 436037 CUBE 4047E | BLVD ISIDRO LOPEZ ZERTUCHE #4890 |
| | SALTILLO-VI  MEXICO          25220 |
| PONTIAC          MI          48343-6037 | 9796        DELPHI P - PLANT 97 - CEN |
| | DOCK: 01        DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|
| PO - 550169425 | | 4/30/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 4/28/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 22,500 | 1216   / 15423005<br>REV - 06   STRAIN RELIEF | 30 Ctns. @   750   Pcs ea. on   1   Skid(s)<br>Box Type  15x12x8 | $0.41176 | Ea | $9,264.60 |

| | | |
|---|---|---|
| Lot Charges | | $0.00 |
| Shipping Charges | | $0.00 |
| Total | | $9,264.60 |

Gross/Net Wt. -        490

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

STRAIGHT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of package unknown), marked, consigned and declared as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination  It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time  interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this  is a rail-water shipment, or (2) in the applicable motor carrier classifications tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM SHIPPER (ORIGIN) | | | | TO CONSIGNEE | DELPHI P - 60502 - LAREDO, TX C/O NA MWXD CINCINNATI -X-DOCK | | |
|---|---|---|---|---|---|---|---|
| | **ROBIN INDUSTRIES** | | | STREET | | | |
| | **Elasto-Tec** | | | | **6380 CENTRE PARK DRIVE** | | |
| | 3500 State Route 39 | | | DESTINATION | | | ZIP CODE |
| | Berlin Oh 44610 | | | | WEST CHESTER | OH | 45069 |

| DELIVERING CARRIER | ROUTE | | | | DATE | CAR OR VEHICLE INITIALS NO. | |
|---|---|---|---|---|---|---|---|
| Vitran Express | | | | | 4/28/2009 | | |

| NO. | | KIND OF PACKAGE, | | | ERG | *WEIGHT | CLASS | |
|---|---|---|---|---|---|---|---|---|
| PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | e | (SUBJECT TO CORR.) | OR RATE | Store # |
| 1 | SKIDS | 1 CTNS | 7,000 PCS P/N 12040946 | 1013 | 550169423 | 65.00 | 70 | 8796 |
| 0 | SKIDS | 1 CTNS | 7,000 PCS P/N 12084415 | 1105 | 550169423 | 25.00 | 70 | |
| 0 | SKIDS | 4 CTNS | 5,600 PCS P/N 15326183 | 1175 | 550169423 | 92.00 | 70 | |
| 0 | SKIDS | 3 CTNS | 4,200 PCS P/N 12066028 | 1068 | 550169424 | 72.00 | 70 | |
| 0 | SKIDS | 2 CTNS | 6,000 PCS P/N 15485972 | 1238 | 550169424 | 20.00 | 70 | |
| 0 | SKIDS | 2 CTNS | 2,000 PCS P/N 15489396 | 1242 | 550169424 | 40.00 | 70 | |
| 1 | SKIDS | 30 CTNS | 22,500 PCS P/N 15423005 | 1216 | 550169425 | 490.00 | 70 | 9796 |
| 1 | SKIDS | 30 CTNS | 22,500 PCS P/N 15423005 | 1216 | 550169425 | 490.00 | 70 | |

TOTAL:  **3**  Skids  Notes - DUNS# 180618613 - BILL TO: DELPHI P, 60502, ANAHUAC, NL TRENDSET, INC., P.O. BOX 1208, MAULDIN, SC 29662

TOTAL: 1,294.00  WEIGHT

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 156600 SUB. 9 CLASS 70 15 PCF OR GREATER

BILL OF LADING NUMBER:

Pkg Slp  74.506  74.507  74.508  74.509

PLACARDS SUPPLIED      YES      NO

DRIVER'S SIGNATURE          EMERGENCY RESPONCE PHONE NO

REMIT C.O.D. TO:   *Vitran*   00302114889   PIAX   COD  AMT $

C.O.D. FEE:
Prepaid
Collect $

* If the shipment moves between two ports bay a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight"

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property
The agreed or declared value of the property is hereby specifically stated by this shipper to not be exceeding

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

TOTAL CHARGES $

** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission

$_____per_____

[Signature of Consignor]

Freight charges are PREPAID   Check box
unless marked collect   if Collect

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation"

Robin Industries,  Elasto-Tec
3500 State Route 39        Berlin

Shipper, Per_____        Agent, Per_____

Permanent post office address of shipper        + MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

1

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 6

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169425 | 20-Jun-2007 |
| Version | |
| 05-Mar-2009 04:51:39 EST | |

| Item No. | Material No.<br>Description | | | Plant | | | |
|---|---|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 23-May-2007 | 31-Dec-2007 | USD | 30.94 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 30.94 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 30.66 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

00090    13572737                    FW97 DELPHI P CENTEC II
ASM LOCK TPA/SEAL    BLU

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 23-May-2007 | 31-Dec-2007 | USD | 297.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 297.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 294.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

00100    15326183                    FW97 DELPHI P CENTEC II
SEAL CBL 5W M/P   TAN

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 23-May-2007 | 31-Dec-2007 | USD | 204.99 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 204.99 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 203.15 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

00030    15359306                    FW97 DELPHI P CENTEC II
ASM SEAL CBL 53W STRAIN RLF COMOLD ORN D

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 23-May-2007 | 31-Dec-2007 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 493.52 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

00130    15423005                    FW97 DELPHI P CENTEC II
ASM SEAL CBL 73W STRAIN RLF COMOLD GRA L

# DELPHI

| ROBIN INDUSTRIES INC |
| --- |
| ELASTO TEC DIV |
| P.O. Box 287 |
| BERLIN OH 44610 |

## Requirements Contract

| PO Number | Date Issued |
| --- | --- |
| 550169425 | 20-Jun-2007 |
| Version | |
| 05-Mar-2009  04:51:39  EST | |

| Item No. | Material No.<br>Description | | | Plant | | |
| --- | --- | --- | --- | --- | --- | --- |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- | --- |
| | 23-May-2007 | 31-Dec-2007 | USD | 415.50 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 415.50 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 411.76 −3.74 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00150 | 15423006 | | | FW97 DELPHI P CENTEC II | | |
| --- | --- | --- | --- | --- | --- | --- |
| | ASM SEAL CBL 56W STRAIN RLF COMOLD GRA L | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- | --- |
| | 23-May-2007 | 31-Dec-2007 | USD | 357.50 \327.50 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 357.50 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 310.00 −17.50 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00040 | 15430923 | | | FW97 DELPHI P CENTEC II | | |
| --- | --- | --- | --- | --- | --- | --- |
| | ASM SEAL CBL 16W STRAIN RLF COMOLD PNK | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- | --- |
| | 23-May-2007 | 31-Dec-2007 | USD | 454.45 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 454.45 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 450.36 −4.09 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

| 00170 | 15489396 | | | FW97 DELPHI P CENTEC II | | |
| --- | --- | --- | --- | --- | --- | --- |
| | SEAL CBL 64W BLU LT | | | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- | --- |
| | 23-May-2007 | 31-Dec-2007 | USD | 265.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 265.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 262.62 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

# DELPHI

Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169426 | 20-Jun-2007 |
| Version | |
| 05-Mar-2009  04:51:39 EST | |

| Item No. | Material No. Description | | | | Plant | | |
|---|---|---|---|---|---|---|---|
| | **Valid From** | **Valid To** | **Currency** | | **Price** | **Price Unit** | **UOM** |
| | 03-Jan-2008 | 31-Dec-2008 | USD | | 52.74 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 52.27 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00150 | 13572740 | | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|---|
| | LOCK TPA/SEAL   GRN | | | | | | |
| | **Valid From** | **Valid To** | **Currency** | | **Price** | **Price Unit** | **UOM** |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 297.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 294.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00030 | 15359310 | | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|---|
| | ASM SEAL CBL 58W STRAIN RLF COMOLD BLU L | | | | | | |
| | **Valid From** | **Valid To** | **Currency** | | **Price** | **Price Unit** | **UOM** |
| | 23-May-2007 | 31-Dec-2007 | USD | | 498.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 498.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 493.52 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00020 | 15405100 | | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|---|
| | ASM SEAL CBL 12W STRAIN RLF COMOLD PPL | | | | | | |
| | **Valid From** | **Valid To** | **Currency** | | **Price** | **Price Unit** | **UOM** |
| | 23-May-2007 | 31-Dec-2007 | USD | | 418.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 418.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 414.24 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00080 | 15441311 | | | | FW97 DELPHI P CENTEC II | | |
|---|---|---|---|---|---|---|---|
| | ASM SEAL CBL 49W STRAIN RLF COMOLD GRA D | | | | | | |

# DELPHI 

Delphi Packard Electrical/Electronic Architecture

Page  3  of 5

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169426
Version
05-Mar-2009  04:51:39  EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | | | Plant | | |
|---|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | | Price | Price Unit | UOM |
| | 25-Sep-2007 | 31-Dec-2008 | USD | | 339.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 335.95 -3.05 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00140 | 15443693 | | | | | | |
|---|---|---|---|---|---|---|---|
| | ASM SEAL CBL 42W STRAIN RLF COMOLD GRA L | | | | FW97 DELPHI P CENTEC II | | |
| | Valid From | Valid To | Currency | | Price | Price Unit | UOM |
| | 01-Jan-2008 | 31-Dec-2008 | USD | | 300.60 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | | 280.60 | 1,000 | PC |

1228

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

Notes:
3/4/09:  Revision to change prices.  IG / RE ********************************
12/18/08: Revision to update 2009 prices IG/RE ***********************
11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.

IG/SH.

**************************************************************

11/3/08: Revision to extend pricing thru 12/31/2009 or until further notification due to buyer negotiations.¿ CP/SLK

5/20/08: REVISION TO ADD PART NUMBER 15472362 DUE TO REQUIREMENTS.  js/meg.

4/15/08: revision to delete p/n 12048441.  js/mc

2/15/08: revision to add p/n  13524498. kb/js/mc

# Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin    Oh    44610 330-893-2430

**A DIVISION OF ROBIN INDUSTRIES, INC.**

**INVOICE**
**SID#**
**(2S)**

**74608**

| SOLD TO: | SHIP TO: |
|----------|----------|
| DELPHI<br><br>RANDY BELL<br><br>P.O. BOX 436037 CUBE 4047E<br><br>PONTIAC    MI    48343-6037 | DELPHI P CENTEC II<br>DOCK 01 SAP FW97 CISCO 60098<br>BLVD ISIDRO LOPEZ ZERTUCHE #4890<br>SALTILLO-VI  MEXICO    25220<br>9796    DELPHI P - PLANT 97 - CEN<br>DOCK: 01    DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|
| PO - 550169426 | | 5/14/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 5/8/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 29,000 | 1232    / 15441311<br>REV - 02   ASM SEAL STRAIN | 29  Ctns. @    1000    Pcs ea. on    1    Skid(s)<br>Box Type  15x12x8 | $0.33595 | Ea | $9,742.55 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $9,742.55 |

Gross/Net Wt. -    359

**MANUFACTURED IN OHIO USA**

**SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"**

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**STRAIGHT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail-or-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM SHIPPER: (ORIGIN) | **ROBIN INDUSTRIES** | TO CONSIGNEE: | DELPHI P - 60502 - LAREDO, TX | | |
|---|---|---|---|---|---|
| | **Elasto-Tec** | | C/O NA MWXD CINCINNATI -X-DOCK | | |
| | 3500 State Route 39 | STREET | | | |
| | Berlin Oh 44610 | | 6380 CENTRE PARK DRIVE | | |
| | | DESTINATION | | | ZIP CODE |
| | | | WEST CHESTER | OH | 45069 |

| DELIVERING CARRIER | ROUTE | | DATE | CAR OR VEHICLE INITIALS .NO. | |
|---|---|---|---|---|---|
| Vitran Express | | | 5/8/2009 | | |

| NO. PACKAGES | HM | KIND OF PACKAGE DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | Store # |
|---|---|---|---|---|---|---|---|
| 1  SKIDS | | 29 CTNS    29,000 PCS P/N 16441311    1232 | 550169426 | | 359.00 | 70 | 9796 |

| TOTAL: | 1 | Skids | Notes - DUNS# 160618613 - BILL TO: DELPHI P 60502, SALTILLO, CO, TRENDSET, INC. P.O. BOX 1208, MAULDIN,SC 29662 | TOTAL: | 359.00 | WEIGHT |
|---|---|---|---|---|---|---|

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 156600 SUB. 9 CLASS 70 15 PCF OR GREATER

Pkg. Slip 74608

BILL OF LADING NUMBER:

| PLACARDS SUPPLIED | YES | NO | DRIVER'S SIGNATURE | EMERGENCY RESPONCE PHONE NO. |
|---|---|---|---|---|

| REMIT C.O.D. TO: | | COD  AMT.$ | C.O.D. FEE: |
|---|---|---|---|
| | | | Prepaid |
| | | | Collect $ |

| * If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight" | NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges | TOTAL CHARGES $ |
|---|---|---|---|
| ** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission | $_____ per _____ | (Signature of Consignor) | Freight charges are PREPAID [X] Check box unless marked collect  if Collect |

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation"

| Robin Industries, Elasto-Tec | | | Shipper, Per_____ | Agent, Per_____ |
|---|---|---|---|---|
| 3500 State Route 39 | Berlin | | | |

Permanent post office address of shipper          + MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

1

00302114905   PSAK

PSAK
5-8-09

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 5

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169426
Date Issued
20-Jun-2007
Version
05-Mar-2009  04:51:39 EST

| Item No. | Material No. Description | | | | Plant | | |
|---|---|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 03-Jan-2008 | 31-Dec-2008 | USD | 52.74 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 52.27 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

00150    13572740                              FW97 DELPHI P CENTEC II
LOCK TPA/SEAL    GRN
*1268*

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Jan-2008 | 31-Dec-2008 | USD | 297.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 294.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

00030    15359310                              FW97 DELPHI P CENTEC II
ASM SEAL CBL 58W STRAIN RLF COMOLD BLU L
*1146*

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 23-May-2007 | 31-Dec-2007 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 498.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 493.52 -4.48 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

00020    15405100                              FW97 DELPHI P CENTEC II
ASM SEAL CBL 12W STRAIN RLF COMOLD PPL
*1305*

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 23-May-2007 | 31-Dec-2007 | USD | 418.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 418.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 414.24 -3.76 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed

00080    15441311                              FW97 DELPHI P CENTEC II
ASM SEAL CBL 49W STRAIN RLF COMOLD GRA D
*1232*



DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of 5

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

**Requirements Contract**

PO Number
550169426
Version
05-Mar-2009  04:51:39  EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 25-Sep-2007 | 31-Dec-2008 | USD | 339.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 335.95 -3.05 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00140 | 15443693 | | | | | |
|---|---|---|---|---|---|---|
| | ASM SEAL CBL 42W STRAIN RLF COMOLD GRA L | | FW97 DELPHI P CENTEC II | | | |

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Jan-2008 | 31-Dec-2008 | USD | 300.60 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 280.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

Notes:

3/4/09:  Revision to change prices.  IG / RE ***************************
12/18/08: Revision to update 2009 prices IG/RE **********************
11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.

IG/SH.

***********************************************************

11/3/08: Revision to extend pricing thru 12/31/2009 or until further notification due to buyer negotiations. CP/SLK

5/20/08: REVISION TO ADD PART NUMBER 15472362 DUE TO REQUIREMENTS. js/meg.

4/15/08:  revision to delete p/n 12048441.  js/mc

2/15/08: revision to add p/n  13524498. kh/js/mc

# Robin Industries, Elasto-Tec

PO Box 287   3500 State Route 39
Berlin    Oh    44610  330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

## INVOICE
### SID#
### (2S)



74649

| SOLD TO: | | SHIP TO: | |
|---|---|---|---|
| DELPHI | | DELPHI P CENTEC II | |
| RANDY BELL | | DOCK 01 SAP FW97 CISCO 60098 | |
| P.O. BOX 436037 CUBE 4047E | | BLVD ISIDRO LOPEZ ZERTUCHE #4890 | |
| PONTIAC      MI      48343-6037 | | SALTILLO-VI  MEXICO      25220 | |
| | | 9796      DELPHI P - PLANT 97 - CEN | |
| | | DOCK: 01      DUNS #: | |

| CUSTOMER ORDER NO. | Release No. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|
| PO - 550169426 | | 5/14/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | Norris | NET 30 DAYS | OPFC | 5/13/2009 | Vitran Express |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 29,000 | 1232    / 15441311<br>REV - 02   ASM SEAL STRAIN | 29  Ctns. @   1000   Pcs ea. on   0   Skid(s)<br>Box Type  15x12x8 | $0.33595 | Ea | $9,742.55 |

| | | |
|---|---|---|
| Lot Charges | | $0.00 |
| Shipping Charges | | $0.00 |
| Total | | $9,742.55 |

Gross/Net Wt. -    319

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**STRAIGHT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,

the property described below, in apparent good order, except as noted (contents and condition of contents of package unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party to any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Classification in effect on the date hereof, if this is a rail-or-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| FROM SHIPPER: (ORIGIN) | **ROBIN INDUSTRIES** Elasto-Tec 3500 State Route 39 Berlin Oh 44610 | TO CONSIGNEE: | DELPHI P - 60502 - LAREDO, TX C/O NA MWXD CINCINNATI -X-DOCK | | |
|---|---|---|---|---|---|
| | | STREET | 6380 CENTRE PARK DRIVE | | |
| | | DESTINATION | WEST CHESTER | OH | ZIP CODE 45069 |

| DELIVERING CARRIER Vitran Express | | ROUTE | | | DATE 5/13/2009 | | CAR OR VEHICLE INITIALS .NO. | | |
|---|---|---|---|---|---|---|---|---|---|
| NO. PACKAGES | ✦ HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | ERG # | WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | | Store # |
| 1 | SKIDS | 44 CTNS | 33,000 PCS P/N 15423005 | 1216 | 550169425 | 700.00 | 70 | | 6796 |
| 1 | SKIDS | 13 CTNS | 9,750 PCS P/N 15423005 | 1216 | 550169425 | 235.00 | 70 | | |
| 0 | SKIDS | 29 CTNS | 29,000 PCS P/N 15441311 | 1232 | 550169426 | 319.00 | 70 | | |

| TOTAL: | 2 | Skids | Notes - DUNS# 100616513 - BILL TO: DELPHI P 60502, SALTILLO, CO, TRENDSET, INC. P.O. BOX 1208, MAULDIN,SC 29662 | TOTAL: | 1,254.00 | WEIGHT |
|---|---|---|---|---|---|---|

PLASTIC OR RUBBER PART. O/T EXPANDED ITEM 155600 SUB. 9 CLASS 70 15 PCF OR GREATER

BILL OF LADING NUMBER:
Pkg Slips 74647  74648  74649

| PLACARDS SUPPLIED | YES | NO | DRIVER'S SIGNATURE | EMERGENCY RESPONCE PHONE NO. |
|---|---|---|---|---|

| REMIT C.O.D. TO: | | COD AMT.$ _____ | C.O.D. FEE: ☐ Prepaid ☐ Collect $ |
|---|---|---|---|

| * If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight" | NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: | TOTAL CHARGES $ |
|---|---|---|---|
| ** Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission | The amount or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____ | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. _____ (Signature of Consignee) | Freight charges are PREPAID unless marked collect ☑ Check box if Collect |

"This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation"

Robin Industries, Elasto-Tec
3500 State Route 39        Berlin        Shipper, Per _____        PJAN        Agent, Per _____

Permanent post office address of shipper        + MARK WITH AN "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS

1

S.1304

.00302114913        PJAN

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 5

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Requirements Contract

PO Number
550169426
Version
05-Mar-2009  04:51:39  EST

Date Issued
20-Jun-2007

| Item No. | Material No. Description | | | Plant | | | |
|----------|------------------------|--|--|-------|--|--|--|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 03-Jan-2008 | 31-Dec-2008 | USD | 52.74 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 52.27 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00150 | 13572740 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|--|--|-------------------------|--|--|--|
| | LOCK TPA/SEAL   GRN | | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 297.00 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 294.33 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00030 | 15359310 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|--|--|-------------------------|--|--|--|
| | ASM SEAL CBL 58W STRAIN RLF COMOLD BLU L | | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 23-May-2007 | 31-Dec-2007 | USD | 498.00 | 1,000 | PC | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 498.00 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 493.52 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00020 | 15405100 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|--|--|-------------------------|--|--|--|
| | ASM SEAL CBL 12W STRAIN RLF COMOLD PPL | | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM | |
| | 23-May-2007 | 31-Dec-2007 | USD | 418.00 | 1,000 | PC | |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 418.00 | 1,000 | PC | |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 414.24 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

| 00080 | 15441311 | | | FW97 DELPHI P CENTEC II | | | |
|-------|----------|--|--|-------------------------|--|--|--|
| | ASM SEAL CBL 49W STRAIN RLF COMOLD GRA D | | | | | | |

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  5

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN  OH  44610

## Requirements Contract

PO Number
550169426

Date Issued
20-Jun-2007

Version
05-Mar-2009  04:51:39  EST

| Item No. | Material No. Description | | | | | |
|---|---|---|---|---|---|---|
| | **Plant** | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 25-Sep-2007 | 31-Dec-2008 | USD | 339.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 335.95 -3.05 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record added*
* * * *Condition record changed*
* * * *Net price changed*

| | | | | | | |
|---|---|---|---|---|---|---|
| 00140 | 15443693 | | | | | |
| | ASM SEAL CBL 42W STRAIN RLF COMOLD GRA L | | | FW97 DELPHI P CENTEC II | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| 1.38 | 01-Jan-2008 | 31-Dec-2008 | USD | 300.60 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 280.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record added*
* * * *Condition record changed*
* * * *Net price changed*

Notes:
3/4/09: Revision to change prices. IG / RE *****************************
12/18/08: Revision to update 2009 prices IG/RE *********************
11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.

IG/SH.

*********************************************************

11/3/08: Revision to extend pricing thru 12/31/2009 or until further notification due to buyer negotiations.¿ CP/SLK

5/20/08: REVISION TO ADD PART NUMBER 15472362 DUE TO REQUIREMENTS. js/mcg.

4/15/08:  revision to delete p/n 12048441.  js/mc

2/15/08: revision to add p/n  13524498.  kh/js/mc

# Robin Industries, Elasto-Tec

PO Box 287  3500 State Route 39
Berlin    Oh    44610  330-893-2430

A DIVISION OF ROBIN INDUSTRIES, INC.

## INVOICE
### SID#
### (2S)

74836

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI | DELPHI PACKARD ELECTRIC |
| RANDY BELL | PLANT 13 REC. DOCK |
| P.O. BOX 436037 CUBE: 4047E | 1265 N. RIVER ROAD CISCO # 60013 |
| | WARREN    OH               44483 |
| PONTIAC    MI          48343-6037 | DOCK:              DUNS #: |

| CUSTOMER ORDER NO. | Release No. | DATE | | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|---|---|
| PO - 450890299 | | 6/10/2009 | | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 180618613 | | NET 30 DAYS | OPFC | 6/9/2009 | |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 900 | 1279    / 13653490 REV - 01AACONN. SEAL | Ctns. @        Pcs ea. on   0   Skid(s) Box Type | $0.27900 | Ea | $251.10 |
| 900 | 1280    / 13653488 REV -    CABLE SEAL | Ctns. @        Pcs ea. on   0   Skid(s) Box Type | $0.42100 | Ea | $378.90 |
| 900 | 1281    / 13687779 REV - 01ABCABLE SEAL | Ctns. @        Pcs ea. on   0   Skid(s) Box Type | $0.42100 | Ea | $378.90 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $1,008.90 |

Gross/Net Wt. -

MANUFACTURED IN OHIO USA

SOLID WOOD PACKAGING MATERIALS IN
THIS SHIPMENT COMPLY WITH ISPM15"

Please Send Your Remittances To:
Robin Industries, Elasto-Tec
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

*Blasto-Tec*

*Quality Assurance Work Request*

| | |
|---|---|
| *Date Initiated:* 06/08/09 | *Requested  Finish Date :* 06/08/09 |
| *Initated By:* Butch Miller | *Date Parts were molded:* n/a |
| *Purchase Order No:* 450890299 | *ET Part No:* 1279, 1280, 1281 |
| *Compound No:* n/a | *Lot No:* n/a |
| *Customer :* Delphi | *Customer Part No:* 13653490, 13653488, 13687779 |

*Next Operation ( If Applicable )*

☐ *Dimensions*    ☐ *Slit*    ☐ *Wash*    ☐ *Talc*    [X] *Other:* Invoice

*Operator / Date*        *Operator / Date*    *Operator / Date*    *Operator / Date*    *Operator / Date*

☐ *Postcure*    *Time:_____  Temp:_____*

*Operator / Date*

*Parts to be sent to customer:*    ☐ *Yes*    ☐ *No*    *Amount:_____*
*Parts to be sent* ☐ *With dimensions*    ☐ *Without dimension*

*Number of cavities:* _____    *Numbered from* _____    _____
*Number of spares:* _____    *Numbered from* _____    _____

*Description of project :* _____ 900 pcs of part # 1279, 1280, 1281

Per PO, Email invoice to glenn.robison@delphi.com

*Material spec. or type:* _____

*Other departments or personnel involved:* _____

*Completed by:* _____    *Date:* _____

*Special Instructions for order entry:*
*Send parts to:* parts were shipped to Norris Sales    *Price:*  $1,008.90 Total   *M/Lot/Each*
*Address:* _____    *Tooling:* n/a
*Ship Via:* n/a
_____    ☐ *Next day*  ☐ *Second day*  ☐ *Ground*
*Customer Account#*
*Shipping charges to be charged to Customer:*    *Yes / No*
*Sent By* ꞓꞷꞷꞷꞷ ꞷꞷꞷꞷꞷ    *Date Sent:* 6/9/09

QF 164 ( 9/28/07)

chel
ChB
6-9-09

Date : ___6/8/2009___

**To:** Norris Sales Associates,Inc

19111 Detroit Road/Suite 202

Rocky River ,Ohio  44116

**Attention:** John Norris

| Item | Qty. | | Cost |
|------|------|---|------|
| ET-1279-01 | 500 pcs | Delphi # 13653490 | PO # 450890299 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Must Ship By:** ___6/8/2009___

**Package weight:** _____

**Ship VIA:** UPS Ground

Thank You,

Butch Miller

Process Technician

Date : 6/8/2009

To: Norris Sales Associates,Inc

19111 Detroit Road/Suite 202

Rocky River ,Ohio  44116

Attention: John Norris

| Item | Qty. | | Cost |
|------|------|--|------|
| ET-1280-01 | 500 pcs | Delphi # 13653488 | Po #450890299 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Must Ship By: _____ 6/8/2009 _____

Package weight: _____

Ship VIA: UPS Ground

Thank You,

Butch Miller

Process Technician

Master Rec

Date :          6/8/2009

To: Norris Sales Associates,Inc
19111 Detroit Road/Suite 202
Rocky River ,Ohio  44116

Attention: John Norris

| Item | Qty. | | Cost |
|------|------|--|------|
| ET-1281-01 | 500 pcs | Delphi # 13687779 | PO #450890299 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Must Ship By: _____ 4/28/2009
Package weight: _____

Ship VIA: UPS Ground

Thank You,
Butch Miller
Process Technician

Norris Shipper 1281 060809 xls

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 4

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

**Deliver to:**
DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450890299 | 04-Jun-2009 |
| Version | |
| 05-Jun-2009 05:21:05 EST | |

Delivery date:  01-JUN-2009

| Vendor No: | 1015104 |
|---|---|
| DUNS No: | 180618613 |

**Payment Terms:** ZMN2          **Currency:**  USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | PR15398895 00010 | 900.000 | FR01 DELPHI PACKARD |
| | 13653488 / MALE CABLE SEAL | | Robison, G |
| | Parts are not PPAP'd. Parts needed for validation | | |
| | testing and assembly line debug. | | |

ET-1280

Robin Contact: Lisa Board

Email Invoice: glenn.robison@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 01-JUN-2009 | 900.000 | 421.00 | 1,000 | EA | 378.90 |

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

REVIEWED BY
G. Board
DATE 6/5/09

ET-1279
ET-1280
ET-1281

Date and Time Printed:  05-Jun-2009 05:21:05 EST

# DELPHI 

Delphi Packard Electrical/Electronic Architecture

Page  2  of  4

---

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450890299 | 04-Jun-2009 |
| Version | |
| 05-Jun-2009  05:21:05  EST | |

---

| Item No. | Material No/Item Identifier No   Total Order Quantity | Plant |
|---|---|---|
| | Description | Requester |

| | Net Line Item Value | | USD | 378.90 |

00020    PR15398895 00020          900.000    FR01 DELPHI PACKARD
         13653490 / FACE SEAL                Robison, G
ET-1725  Parts are not PPAP'd.  Parts needed for validation
         testing and assembly line debug.

Email Invoice: glenn.robison@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 01-JUN-2009 | 900.000 | 279.00 | 1,000 | EA | 251.10 |
| Net Line Item Value | | | USD | | 251.10 |

00030    PR15398895 00030          900.000    FR01 DELPHI PACKARD
         13687779 / FEMALE CABLE SEAL        Robison, G
ET-1781  Parts are not PPAP'd.  Parts needed for validation
         testing and assembly line debug.

Email Invoice: glenn.robison@delphi.com

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 01-JUN-2009 | 900.000 | 421.00 | 1,000 | EA | 378.90 |
| Net Line Item Value | | | USD | | 378.90 |

---

| Total net value | USD | 1,008.90 |
|---|---|---|

---

Notes:

```
*******************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*******************
*******************************************************************************************************
*******************************************************************************

*****************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the
salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities,
please contact the appropriate Delphi's Buyer.
```

# DELPHI _____

Delphi Packard Electrical/Electronic Architecture

Page  3  of  4

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH  44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450890299 | 04-Jun-2009 |
| Version | |
| 05-Jun-2009  05:21:05  EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:

***********************************************

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

***************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

**********************************************************************************************************
***********************************************************

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

***************************************

ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

*****************************************************
****************************************************
****************************************************

Shipping Instructions / Ship VIA:
***********************************

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.

# DELPHI

ROBIN INDUSTRIES INC
ELASTO TEC DIV
P.O. Box 287
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450890299 | 04-Jun-2009 |
| Version | |
| 05-Jun-2009  05:21:05  EST | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

Notes Continued:
*****************************************************
*****************************************************

Ship To: JOHN NORRIS
NORRIS SALES ASSOCIATES
SUITE 202
19111 DETROIT ROAD
ROCKY RIVER OH 44116-1740
United States

THIS SHIPMENT WAS AGGREGATED

Ship From: TONY BAHLER
Elasto-Tec
3500 State Route 39
BERLIN OH 44610

| | | |
|---|---|---|
| Service Type: | GROUND | |
| Total Packages: | 3 | |
| Billable Wt.: | 27.0 lb | |
| Transportation: | Shipper | |
| | | Shipment Service Charge: 18.08 |

| | | |
|---|---|---|
| Tracking No.: | 1Z4828740340200738 | |
| Package Type: | Package | |
| Weight: | 12.0 lb | |
| | | Package Service Charge: 6.63 |

| | | |
|---|---|---|
| Tracking No.: | 1Z4828740340540322 | |
| Package Type: | Package | |
| Weight: | 12.0 lb | |
| Package Ref No.1: | ET-1281 | |
| | | Package Service Charge: 6.63 |



**United States**                                          Log-in    Search         Submit Query

My UPS    Shipping    Tracking    Freight    Locations    Support    Business Solutions

Tracking

Track Shipments
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
   â
  SMS Tracking
  Track with Quantum View
  Access Flex Global View
  Integrate Tracking Tools
  Void a Shipment â

Search Support

Enter a keyword:



UPS on the Go
Available on
BlackBerry
App World
Download now â

UPS CampusShip

Empower your workforce.
Enable shipping from multiple
locations. Maintain central
control.
  View Demo

## Track Shipments

| Track Packages & Freight | Quantum View | Flex Global View |

**Tracking Detail**                                    Print ▫ Help

**Your package has been delivered. To view Proof of Delivery, please select the link.**

Tracking Number:      1Z4628740340200738
Status:               Delivered ▫ Proof of Delivery ▫
Delivered On:         06/09/2009 12:31 P.M.
Signed By:            LINKOVIC
Location:             OFFICE
Delivered To:         ROCKY RIVER, OH, US
Type:                 Package
Service:              GROUND

> **Need to send e-mail notifications?**
>
> Use UPS Quantum View Notify® to send delivery or exception notifications.
>
> E-mail Notifications

To view additional tracking information, please log in    to My UPS.

▣ Show Package Progress

NOTICE: UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Previous

| Getting Started | Subscribe to E-mail | ups.com | Support | Other Sites |
|---|---|---|---|---|
| How To Register for My UPS | Your E-mail Address | Register | E-mail UPS | UPS Supply Chain Solutions |
| How To Open an Account | | Log in â | Contact UPS | UPS Express Critical |
| How To Ship | | Shipping | Fuel Surcharge | UPS Capital |
| How To Track | View Examples | Tracking | Privacy Policy | UPS Mail Innovations |
| Deliveries/UPS InfoNotice | | Freight | Website Terms of Use | Customer Solutions |
| | | Locations | Trademarks | UPS Logistics Technologies |
| Industry Solutions | | Support | UPS Tariff/Terms and Conditions | UPS Pressroom |
| Healthcare | | Business Solutions | of Service | UPS Investor Relations |
| High Tech | | Site Guide | | More... |
| More... | | | About UPS | |
| | | UPS Global | | Highlights |
| | | | UPS Careers | |

Copyright © 1994-2010 United Parcel Service of America, Inc. All rights reserved.