## Robin Industries, Inc. - Fredericksburg Facility
## Administrative Proof of Claim
## February 16, 2010

| Invoice # | Ship Date | | Amount |
|---|---|---|---|
| 34642 | 1/23/2009 | $ | 129.06 |
| 34926 | 3/18/2009 | $ | 129.06 |
| 35643 | 6/23/2009 | $ | 33.60 |
| 36146 | 9/3/2009 | $ | 614.82 |
| | TOTAL | $ | 906.54 |

05/21/2009 14:32 IFAX lc7301@robin-industries.com → Lori Hutchinson  ☑001/002

# Robin Industries, Fredericksburg Facility

PO Box 242 Fredericksbu Oh 44627 330-695-9300
A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**
SID#
(2S)    34642

124378E 3035 1618364

**SOLD TO:**
DELPHI
DISBURSEMENT ANALYSIS DEPARTMENT
P.O. BOX 1550
FLINT    MI    48501-1550

**SHIP TO:**
DELPHI
EL PASO DISTRIBUTION COMPLEX
DELPHI PACKARD ELECTRIC-EPDC DOCK 30
48 WALTER JONES BLVD PLANT #30
EL PASO    TX    79906
5800    MEOQUI
DOCK: 580030    DUNS #: 607039732

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|
| See Line Item Below | 1/23/2009 | | | | |
| DUNS # 805837887 | SALESMAN Norris | TERMS NET 30 | F.O.B. FREDERICKSBURG | DATE SHIPPED 1/23/2009 | SHIPPED VIA UPS Consignee |

| Qty Shipped | Stock Number | Description | | | Unit Price | Unit | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 6469 / 15304926 | GROMMET | REV - B1 | Harm. Code - 4016.995010 | | | |
| 300 | PO - 550260770 | 1 Ctns. @ | 300 | Pcs ea. on  0  Skid(s) | $0.43020 | Ea | $129.06 |
| | | | | Lot Charges | | | $0.00 |
| | | | | Shipping Charges | | | $0.00 |
| | | | | Total U.S. Currency | | | $129.06 |
| | | | | | | Gross Wt. - | 17.715 |
| | | | | | | Net Wt. - | 17.715 |

ENTERED JAN 2 9 2009

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Fredericksburg Facility
P.O. BOX 74315
CLEVELAND, OH 44194-4315

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

02/16/2010 17:44 IFAX 1c730i@robin-industries.com  → Lori Hutchinson  ☒005/005

# DELPHI

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

Delphi Packard Electrical/Electronic Architecture
Page 1 of 3

**Requirements Contract**
PO Number: 5502607770
Date Issued: 15-Dec-2008
Version: 05-Mar-2009 05:28:53 EST

ROBIN INDUSTRIES INC
FREDERICKSBURG FACILITY
P.O. Box 242
FREDERICKSBURG OH 44627

**Deliver to:**
DELPHI P MEOQUI
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Carr. Panamericana Km. 1588 y Calle
33130 MEOQUI-MEOQUI
MEXICO

Vendor No: 1008291
DUNS No: 805837887
**Payment Terms:** ZMN2       **Currency:** USD
Payment settled on 2nd day, 2nd Month
**Incoterms:** FOB- Freight Collect

---

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00020 | 15304926 GROM TAPE ON vendor part number:(15304926) | FV58 Delphi P Meoqui |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Dec-2008 | 31-Dec-2008 | USD | 430.20 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 426.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

| 00030 | 15405830 ASM GROM DOOR CDT | FV58 DELPHI P MEOQUI |

**Purchasing Contact:** Colorbio, Gabriela
Phone: 915-612-4660
Fax: 915-612-4767

**Contact Address:**
Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed: 05-Mar-2009 05:28:53 EST

05/21/2009 14:32 IFAX lc7301@robin-industries.com → Lori Hutchinson ☒002/002

UPS: Tracking Information

Page 1 of 1



☒ Close Window

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 437 8E3 03 5161 836 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/29/2009 9:19 A.M. |
| Delivered To: | EL PASO, TX, US |
| Signed By: | PRECIADO |
| Service: | GROUND |

Tracking results provided by UPS: 05/21/2009 2:11 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒ Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

06/11/2009 14:48 1FAX lc730i@robin-industries.com → Lori Hutchinson ☒001/003

# Robin Industries, Fredericksburg Facility

PO Box 242 Fredericksbu Oh 44627 330-695-9300
A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**
SID# (2S)    34926

**SOLD TO:**
DELPHI
DISBURSEMENT ANALYSIS DEPARTMENT
P.O. BOX 1550
FLINT    MI    48501-1550

**SHIP TO:**
DELPHI
EL PASO DISTRIBUTION COMPLEX
DELPHI PACKARD ELECTRIC-EPDC DOCK 30
48 WALTER JONES BLVD PLANT #30
EL PASO    TX    79906
5800    SAP #: FV58    MEOQUI
DOCK: FV5801    DUNS #: 607039732

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| See Line Item Below | 3/18/2009 | | | |
| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED / SHIPPED VIA |
| 805837887 | Norris | NET 30 | FREDERICKSBURG | 3/18/2009 / PJAX |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1 | 6469 / 15304926 | GROMMET    REV - B1    Harm. Code - 4016.995010 | | | |
| 300 | PO - 550260770 | 1 Ctns. @   300   Pcs ea. on   0   Skid(s) | $0.43020 | Ea | $129.06 |
| | | Lot Charges | | | $0.00 |
| | | Shipping Charges | | | $0.00 |
| | | Total U.S. Currency | | | $129.06 |
| | | Gross Wt. - | | | 17.715 |
| | | Net Wt. - | | | 17.715 |

ENTERED MAR 2 0 2009

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Fredericksburg Facility
P.O. BOX 74315
CLEVELAND, OH 44194-4315

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

02/16/2010 14:54 IFAX lc7301@robin-industries.com → Lori Hutchinson ☒002/005

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

**Requirements Contract**

PO Number 

Date Issued: 15-Dec-2008

Version
05-Mar-2009 05:28:53 EST

ROBIN INDUSTRIES INC
FREDERICKSBURG FACILITY
P.O. Box 242
FREDERICKSBURG OH 44627

**Deliver to:**
DELPHI P MEOQUI
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Carr. Panamericana Km. 1588 y Calle
33130 MEOQUI-MEOQUI
MEXICO

Vendor No: 1008291
DUNS No: 805837887

**Payment Terms:** ZMN2   **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

---

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00020 | 15304926 GROM TAPE ON vendor part number:(15304926) | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Dec-2008 | 31-Dec-2008 | USD | 430.20 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 426.33 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

| 00030 | 15405830 ASM GROM DOOR CDT | FV58 DELPHI P MEOQUI |
|---|---|---|

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax: 915-612-4767

Contact Address:
Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed: 05-Mar-2009 05:28:53 EST

06/11/2009 14:48 IFAX 1c730i@robin-industries.com → Lori Hutchinson ☒002/003

PRODUCT 7200

RapidForms 1-800-257-8354

# STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

| From | ROBIN INDUSTRIES-FREDERICKSBURG FACILITY |
| At | P.O. Box 242 • 300 W. Clay St. Fredericksburg, OH 44627 |

DATE: 3/18/2009
CARRIER: 
BY:
ROUTE: PJAX

SHIPPERS NO.
FOR SHIPPERS NO SEE
CARRIERS NO. AS BELOW
DELIVERING CARRIER

MASTER BILL OF LADING

CISCO CODE: 60606    DELPHI PACKARD ELECTRIC

| CONSIGNEE AND DESTINATION | 48 WALTER JONES BLVD PL    EL PASO    TX    79906 |
| | % MWXD CINCINNATI    6380 CENTRE PARK DRIVE |
| | WESTCHESTER, OH 45069 |

| NO. PACKAGES | KIND | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|---|---|
| 1 | SKIDS | Dock FV5201 | 5200 | INV# 34925 | | 190 | 65 | |
| 6 | SKIDS | Dock FV5801 | 5600 | INV# 34929 | | 17,715 | 65 | |
| 0 | SKIDS | Dock FV5801 | 5600 | INV# 34977 | | 21 | 85 | |
| 1 SKIDS TOTAL | | | | | | TOTAL 218,715 | | |

SEND FREIGHT BILL TO:
RData 2 Logistics
P.O. Box 6040
Grand Blanc, MI 48480-6040

0034858928 4
PJAX SHIPPER COPY

PALLETS   LOOSE PCS   TTL HANDLING UNITS

EMERGENCY RESPONSE PHONE NO.

SIGNATURE                                                          TITLE

PLACARDS SUPPLIED    ☐ YES    ☐ NO        DRIVER'S SIGNATURE

SHIPPER'S CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here. To be Prepaid.

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

The signature here acknowledges only the amount prepaid.

Charges Advanced:
$

C.O.D. SHIPMENT
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

Shipper _____    Agent, Per _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is 'carrier's or shipper's weight'.
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

| The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification. | Per _____ |

ROBIN INDUSTRIES-FREDERICKSBURG FACILITY Shipper, Per _____
P.O. Box 242 • 300 W. Clay St. • Fredericksburg, OH 44627
Permanent post-office address of shipper

06/11/2009 14:48 IFAX lc7301@robin-industries.com → Lori Hutchinson  ☒003/003

PRODUCT 7200

RapidForms 1-800-257-8354

# STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DESIGNATE WITH AN (X)
BY TRUCK ☐  FREIGHT ☐

| From | ROBIN INDUSTRIES-FREDERICKSBURG FACILITY | DATE | SHIPPER'S NO |
| --- | --- | --- | --- |
| At | P.O. Box 242 • 300 W. Clay St. Fredericksburg, OH 44627 ph 4707039732 | 3/18/2009 | PACKING SLIP# 34926 |
| | | CARRIER | CARRIER'S NO |
| | | CARRIER | |
| Consignee and Destination | DELPHI PACKARD ELECTRIC DELPHI CINCINNATI DDC 6320 CENTRE PARK DRIVE WESTCHESTER, OH 45069 DOCK: FV5801    SAP #: FV58 5800    MEOQUI | BY | |
| | CISCO CODE: 60856 | ROUTE PJAX | DELIVERING CARRIER |
| | | CAR OR VEHICLE INITIALS & NO. | |

| NO. PACKAGES | +HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | PKG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0 SKID 1 | | CTN   300 PCS   P/N: 15304926 | PO#: 550260770 | | 5469 | 17,715 # | | Per _____ (Signature of Consignor) |
| TOTAL SKIDS    0 | | FINAL DESTINATION: | | | | TOTAL WEIGHT  17,715 # | | If charges are to be prepaid, write or stamp here, "To be Prepaid". |
| | | DELPHI EL PASO DISTRIBUTION COMPLEX 49 WALTER JONES BLVD PLANT #30 EL PASO, TX    79906 | | | | SEND FREIGHT BILL TO: %Data 2 Logistics PO BOX 6040 Grand Blanc, MI 48480-6040 | | Received $_____ to apply Prepayment of the charges on the property described hereon. |
| | | | | | | | | Agent or Cashier |
| | | | | | | | | Per _____ |
| | | | | | | | | (The signature here acknowledges only the amount prepaid.) |
| | | | | | | | | Charges Advanced: $_____ |

| PLACARDS SUPPLIED ☐ YES ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. | | C.O.D. SHIPMENT |
| --- | --- | --- | --- | --- |
| SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | SIGNATURE | TITLE | | C.O.D. Amt $_____ |
| | | | | Collection Fee $_____ |
| THIS SHIPMENT IS CORRECTLY DESCRIBED. | † If the fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of the Consolidated Freight Classification. | | | Total Charges $_____ |
| CORRECT WEIGHT IS _____ LBS. | | Per _____ | Shipper | |

ROBIN INDUSTRIES-FREDERICKSBURG FACILITY Shipper, Per _____    Agent, Per _____
P. O. Box 242 • 300 W. Clay St. • Fredericksburg, OH 44627

Permanent post-office address of shipper

10/07/2009 13:45 IFAX lc7301@robin-industries.com → Lori Hutchinson ☒001/002

# Robin Industries, Fredericksburg Facility

P.O. Box 242 Fredericksbu Oh 44627 330-695-9300
A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**
SID#
(2S)    35643

**SOLD TO:**
DELPHI
DISBURSEMENT ANALYSIS DEPARTMENT
P.O. BOX 1550
FLINT    MI    48501-1550

**SHIP TO:**
DELPHI
PLANT 80
DELPHI PACKARD ELECTRIC IPDC-DOCK 80
9440 BALL STREET PLANT 80
SAN ANTONIO    TX    78217
9196    SAP #: FW92    ECCSA 8, VICTORIA 2
DOCK: FW9201    DUNS #: 609623566

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 6/23/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 805837887 | Norris | NET 30 | FREDERICKSBURG | 6/23/2009 | Fed-Ex |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1 | 6472A / 13725764 | Grom Asm w/o tu    REV - 01AB  Harm. Code - 4016996000 | | | |
| 10 | PO - 550272720 | 0 Ctns. @    40   Pcs ea. on   0   Skid(s) | $3.36000 | Ea | $33.60 |

FREIGHT EXPIDITED PER:ROD GONZALEZ ON ACCT#128309020
SHIP TO: RODRIGO GONZALEZ
48674 WATERFORD RD.
MACOMB,MI 48044

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total U.S. Currency | $33.60 |
| Gross Wt. - | 7.25 |
| Net Wt. - | 7.25 |

ENTERED JUN 2 9 2009

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Fredericksburg Facility
P.O. BOX 74315
CLEVELAND, OH 44194-4315

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

02/16/2010 17:44 IFAX lc730i@robin-industries.com → Lori Hutchinson ☒004/005

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL/ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

**Requirements Contract**

PO Number: 5502727120
Date Issued: 06-Mar-2009

07-Mar-2009 04:39:43 EST

ROBIN INDUSTRIES INC
FREDERICKSBURG FACILITY
P.O. Box 242
FREDERICKSBURG OH 44627

**Deliver to:**
DELPHI P VICTORIA II
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
BLVD ADOLFO LOPEZ MATEOS #805
87020 CD. VICTORIA-LAS ADELITAS
MEXICO

6472A

Vendor No: 1008291
DUNS No: 805837887

Payment Terms: ZMN2     Currency: USD
Payment settled on 2nd day, 2nd Month

Incoterms: FOB- Freight Collect

| Item No. | Material No. Description | Plant FW92 |
|---|---|---|
| 00010 | 13725764 ASM GROM | DELPHI P VICTORIA II |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Mar-2009 | 31-Dec-2009 | USD | 3,360.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

L.G.

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax: 915-612-4767

Contact Address:
Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed: 07-Mar-2009 04:39:43 EST

10/07/2009 13:45 IFAX lc730i@robin-industries.com → Lori Hutchinson ☒002/002

**FedEx US Airbill** — FedEx Tracking Number 8610 1879 0194

**1 From**
Date: 10-23-09
Sender's FedEx Account Number: 2067-8751-1
Sender's Name: Cathy Fraser
Phone: (330) 665-9300
Company: ROBIN INDUSTRIES
Address: 300 W CLAY ST
City: FREDERICKSBURG    State: OH    ZIP: 44627

**2 Your Internal Billing Reference:** 35643 Unit 64

**3 To**
Recipient's Name: Rodrigo Gonzalez
Phone: 586-575-1637
Company: 
Recipient's Address: 48674 Waterford Dr
Address: 
City: Macomb    State: MI    ZIP: 48044

**4a Express Package Service**
- FedEx Priority Overnight ☒
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other ☒

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods? No ☒

**7 Payment** Bill to: Third Party ☒
FedEx Acct No.: 2830-9020
Total Packages: 1    Total Weight: 2    Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature ☒

0355754544

519

**Robin Industries, Fredericksburg Facility**
PO Box 242 Fredericksbu Oh 44627 330-695-9300
A DIVISION OF ROBIN INDUSTRIES, INC.

**INVOICE**
SID#
(2S)    36146

SOLD TO:
DELPHI
DISBURSEMENT ANALYSIS DEPARTMENT
P.O. BOX 1550
FLINT    MI    48501-1550

SHIP TO:
DELPHI
PLANT 80
DELPHI PACKARD ELECTRIC IPDC-DOCK 80
9440 BALL STREET PLANT 80
SAN ANTONIO    TX    78217
6296    SAP #: FW62    FRESNILLO 1
DOCK: FW6201    DUNS #: 609623566

| CUSTOMER ORDER NO. See Line Item Below | DATE 9/10/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|
| DUNS # 805837887 | SALESMAN Norris | TERMS NET 30 | F.O.B. FREDERICKSBURG | DATE SHIPPED 9/3/2009 | SHIPPED VIA Fed-Ex |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1 | 6446 / 12146808 | Boot    REV - 06AH    Harm. Code - | | | |
| 4,000 ~~1,000~~ | PO - 550169429 | 4 Ctns. @  1000  Pcs ea. on  0  Skid(s) | $0.20494 | Ea | $819.76 |
| | | Lot Charges | | | $0.00 |
| | | Shipping Charges | | | $0.00 |
| | | Total U.S. Currency | | | $819.76 |
| | | Gross Wt. - | | | 86 |
| | | Net Wt. - | | | 86 |

ENTERED SEP 1 0 2009

PAID NOV 17 2009
204.94
Net due    $614.82

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Fredericksburg Facility
P.O. BOX 74315
CLEVELAND, OH 44194-4315

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

02/16/2010 14:54 IFAX lc7301@robin-industries.com → Lori Hutchinson ☐003/005

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 4

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

**Requirements Contract**

PO Number: 550169429
Version: 05-Mar-2009 04:51:39 EST
Date Issued: 20-Jun-2007

ROBIN INDUSTRIES INC
FREDERICKSBURG FACILITY
P.O. Box 242
FREDERICKSBURG OH 44627

**Deliver to:**
DELPHI P FRESNILLO I
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
CALLE DEL PARQUE #139
99080 FRESNILLO-ESPARZA
MEXICO

c G

Vendor No: 1008291
DUNS No: 805837887

**Payment Terms:** ZMN2     **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

\*\*\* Condition record changed
\*\*\* Text changed

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|
| 00020 | 12146808 SLEV BATT TERM BOOT    BLK | | | FW62 DELPHI P FRESNILLO I | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 31-May-2007 | 31-Dec-2007 | USD | 206.80 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 206.80 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 204.94 | 1,000 | PC |

6446

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

| 00010 | 12177032 ASM GROM DOOR CDT | FW62 DELPHI P FRESNILLO I |
|---|---|---|

**Purchasing Contact:** Colorbio, Gabriela
Phone: 915-612-4660
Fax: 915-612-4767

**Contact Address:**
Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed: 05-Mar-2009 04:51:39 EST

02/16/2010 14:54 IFAX lc7301@robin-industries.com → Lori Hutchinson ☒004/005

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 4

| ROBIN INDUSTRIES INC<br>FREDERICKSBURG FACILITY<br>P.O. Box 242<br>FREDERICKSBURG OH 44627 | **Requirements Contract** |
|---|---|
| | PO Number: 550169429     Date Issued: 20-Jun-2007 |
| | Version: 05-Mar-2009 04:51:39 EST |

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 31-May-2007 | 31-Dec-2007 | USD | 767.00 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 767.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 760.10 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* Condition record added
\*\*\* Condition record changed
\*\*\* Net price changed

**Notes:**
3/4/09: Revision to change prices. IG / RE *******************************
2/19/09: revision TO EXTEND PRICING on p/n 12177032. ig/ir
2/18/09: REVISION TO EXTEND PRICE ON PART 12146808. IG/MEG.

11-25-2008: CHANGE FROM BUYER 562 TO BUYER 544.
IG/SH.
*************************************************************

11-17-2008: To change pricing on 13574270 and 13574271 part numbers. IG/SH.
*************************************************************

7/25/07: revision to add p/n's 13574270 & 13574271.kh/mc
*************************************************************

*************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the sulable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

```
Invoice: 36143      Date: 09/03/2009    SHIPPING:            Invoice: 36144      Date: 09/03/2009    SHIPPING:        0.00
Customer: 60838     Wgt: 15.0 LBS       SPECIAL:     0.00    Customer: 60852     Wgt: 17.0 LBS       SPECIAL:         0.00
Dept: 6383          COD:          0.00  HANDLING:    0.00    Dept: 4128R         COD:          0.00  HANDLING:        0.00
PO Number: FV38     DV:           0.00  TOTAL:       0.00    PO Number: FV52     DV:           0.00  TOTAL:           0.00
              Svcs: GND Collect                                              Svcs: GND Collect
              TRCK: 322739560013067                                          TRCK: 322739560013074

Invoice: 36145      Date: 09/03/2009    SHIPPING:    0.00    Invoice: 36146      Date: 09/03/2009    SHIPPING:        0.00
Customer: 60895     Wgt: 22.0 LBS       SPECIAL:     0.00    Customer: 60860     Wgt: 22.0 LBS       SPECIAL:         0.00
Dept: 6450          COD:          0.00  HANDLING:    0.00    Dept: 6446          COD:          0.00  HANDLING:        0.00
PO Number: FV59     DV:           0.00  TOTAL:       0.00    PO Number: FW62     DV:           0.00  TOTAL:           0.00
              Svcs: GND Collect                                              Svcs: GND Collect
              TRCK: 322739560013081                                          TRCK: 322739560013098

Invoice: 36146      Date: 09/03/2009    SHIPPING:    0.00    Invoice: 36146      Date: 09/03/2009    SHIPPING:        0.00
Customer: 60860     Wgt: 22.0 LBS       SPECIAL:     0.00    Customer: 60860     Wgt: 22.0 LBS       SPECIAL:         0.00
Dept: 6446          COD:          0.00  HANDLING:    0.00    Dept: 6446          COD:          0.00  HANDLING:        0.00
PO Number: FW62     DV:           0.00  TOTAL:       0.00    PO Number: FW62     DV:           0.00  TOTAL:           0.00
              Svcs: GND Collect                                              Svcs: GND Collect
              TRCK: 322739560013104                                          TRCK: 322739560013111

Invoice: 36146      Date: 09/03/2009    SHIPPING:    0.00    Invoice: 36147      Date: 09/03/2009    SHIPPING:        0.00
Customer: 60860     Wgt: 22.0 LBS       SPECIAL:     0.00    Customer: 60861     Wgt: 30.0 LBS       SPECIAL:         0.00
Dept: 6446          COD:          0.00  HANDLING:    0.00    Dept: 6456A         COD:          0.00  HANDLING:        0.00
PO Number: FW62     DV:           0.00  TOTAL:       0.00    PO Number: FW63     DV:           0.00  TOTAL:           0.00
              Svcs: GND Collect                                              Svcs: GND Collect
              TRCK: 322739560013128                                          TRCK: 322739560013135

Invoice: 36147      Date: 09/03/2009    SHIPPING:    0.00    Invoice: 36147      Date: 09/03/2009    SHIPPING:        0.00
Customer: 60861     Wgt: 30.0 LBS       SPECIAL:     0.00    Customer: 60861     Wgt: 30.0 LBS       SPECIAL:         0.00
Dept: 6456A         COD:          0.00  HANDLING:    0.00    Dept: 6456A         COD:          0.00  HANDLING:        0.00
PO Number: FW63     DV:           0.00  TOTAL:       0.00    PO Number: FW63     DV:           0.00  TOTAL:           0.00
              Svcs: GND Collect                                              Svcs: GND Collect
              TRCK: 322739560013142                                          TRCK: 322739560013159

Invoice: 36147      Date: 09/03/2009    SHIPPING:    0.00    Invoice: 36147      Date: 09/03/2009    SHIPPING:        0.00
Customer: 60861     Wgt: 30.0 LBS       SPECIAL:     0.00    Customer: 60861     Wgt: 30.0 LBS       SPECIAL:         0.00
Dept: 6456A         COD:          0.00  HANDLING:    0.00    Dept: 6456A         COD:          0.00  HANDLING:        0.00
PO Number: FW63     DV:           0.00  TOTAL:       0.00    PO Number: FW63     DV:           0.00  TOTAL:           0.00
              Svcs: GND Collect                                              Svcs: GND Collect
              TRCK: 322739560013166                                          TRCK: 322739560013173

                         Invoice: 36148      Date: 09/03/2009    SHIPPING:
                         Customer: 60848     Wgt: 16.0 LBS       SPECIAL:     0.00
                         Dept: 6469          COD:          0.00  HANDLING:    0.00
                         PO Number: FW81     DV:           0.00  TOTAL:       0.00
                                       Svcs: GND Collect
                                       TRCK: 322739560013180
```