GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202
(414) 273-3500
Jennifer B. Herzog (JH-3650)
    (admitted *pro hac vice*)
Timothy F. Nixon (TN-2644)

*Attorneys for City of Oak Creek*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | x |  |
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | x |  |

## PROOF OF SERVICE

STATE OF WISCONSIN    )
                                    )SS
COUNTY OF MILWAUKEE   )

      The undersigned being first duly sworn, deposes and states that on February 17, 2010, she caused a copy of the *Response of City of Oak Creek to Debtors' Forty-Third Omnibus Claims Objection* [Docket No. 19475] to be served upon the parties on the attached service list via First Class U.S. Mail.

                                                      */s/ Mary E. Roufus*
                                                        Mary E. Roufus

Subscribed and sworn to before me
this 17th Day of February, 2010.

      */s/ Jennifer Herzog*
Jennifer Herzog, Notary Public
Milwaukee County, State of Wisconsin
My Commission is Permanent.

4685064_1

## SERVICE LIST

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Att'n: President

The Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr., John K. Lyons and
Joseph N. Wharton

4685064_1