BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

SHIPPER'S NO. 708716

CHARGES NO.

DATE 4/22/2009

BY C. GARNER

CARRIER Innovative Logistics Group

ROUTE

DELIVERING CARRIER

From
ROBIN INDUSTRIES
HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

CONSIGNEE
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE                    MO        63385

At
Final Destination   Wentzville,MO

| NO. PACKAGES | | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE |
|---|---|---|---|---|---|
| 2 SKID | 60 CTN | P/N: 15318041        PO# P8350036 | 5502 | 1664 # | 85 |
| TOTAL SKIDS | 2 | TOTAL WEIGHT | | | |

PLACARDS SUPPLIED   ☐ YES   ☐ NO

CORRECT WEIGHT IS _____ LBS

THIS SHIPMENT IS CORRECTLY DESCRIBED

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

Permanent post-office address of shipper

Shipper, Per _____   Agent, Per _____

x FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

**TO:**  ROBIN INDUSTRIES

HOLMCO IND DIVISION

7227 STATE RTE 515

WINSBURG          OH 44690    US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER    PEDP8360036

ORDER DATE    11-11-08

REF. INQ. NO.      000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|
| 10 | 128 | CTN | US | | |
| | | CARRY OVER: A | | | |
| 15318041 | REV A | | | | |
| | CRG: A 100 | | | | AS RELEASED |
| GROMMET | | | 840.0000/MPC | | PCS |
| ************************* | | | | | |
| 1/1/03 - 12/31/06 @ $840.00 | | | | | |
| REF# 1200130774 | | | | | |
| LEAD-DAYS | STD-PACK | CONTR | COO | | |
| 20 | 25 | CTN | US | | |
| | | CARRY OVER: A | | | |
| 15324192 | REV A | | | | |
| | CRG: A 100 | | | | AS RELEASED |
| REAR CARGO DOOR GROMMET | | | 889.0000/MPC | | PCS |
| DGSS 61848 | | | | | |
| 1/1/03 - 12/31/06 $889.00 | | | | | |
| LEAD-DAYS | STD-PACK | CONTR | COO | | |
| 20 | 100 | CTN | US | | |
| | | CARRY OVER: A | | | |
| 15324194 | REV A | | | | |
| | CRG: A 100 | | | | AS RELEASED |
| REAR CARGO DOOR GROMMET | | | 870.0000/MPC | | PCS |
| DGSS 61848 | | | | | |
| 1/1/03 TO 12/31/06 - $870.00 | | | | | |
| LEAD-DAYS | STD-PACK | CONTR | COO | | |
| 20 | 100 | CTN | US | | |
| | | CARRY OVER: A | | | |

5502

5325

5324

| EFFECTIVE | 12-01-08 | EXPIRATION | 12-31-09 | TAX CODE: 00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DELIVER-TO | STA DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
| GLOBAL | | 80100 | 80100 | | | | | | A |
| PACKAGING | | 02200 | 0223 | | | | | | B |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

**IMPORTANT NOTICE:** UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009



# Robin Industries, Holmco Division
### A DIVISION OF ROBIN INDUSTRIES, INC.
P.O. Box 188    Winesburg, Oh    44690    330-359-5418

SID# (2S)    708717

**SOLD TO:**
GMVM WENTZVILLE ASM
ACCOUNTS PAYABLE
P.O.BOX 431
WARREN, OH  44486

**SHIP TO:**
DELPHI
GMVM WENTZVILLE ASM
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE, MO  63385
TN31B15S
DOCK: WE B21    DUNS #:  101506459

CUSTOMER ORDER NO.
See Line Item Below

DUNS #  101506459

| | | DATE | | |
|---|---|---|---|---|
| SALESMAN | | 4/23/2009 | F.O.B. | DATE SHIPPED |
| Norris | TERMS NET 30 | | WINESBURG | 4/23/2009 |

SHIPPED VIA: Innovative Logistics Grou

ALL CREDIT CLAIMS MUST BE ENTERED
WITHIN 30 DAYS AFTER DATE OF SHIPMENT

| Qty Shipped | Stock Number | Description | REV - A | Unit Price | Unit | Amount |
|---|---|---|---|---|---|---|
| 750 | 5502  ./ 16318041<br>PO - P8360036 | GROMMET<br>30 Ctns. @    25    Pcs ea. on    1  Skid(s) | | $0.84000 | Ea | $630.00 |

| | | |
|---|---|---|
| Lot Charges | | $0.00 |
| Shipping Charges | | $0.00 |
| Total | | $630.00 |

Gross Wt. -    777

BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

**From**

ROBIN INDUSTRIES
HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

**At**

DELPHI
GMMM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE                    MO        63385

Final Destination    Wentzville MO

| NO. PACKAGES | H.U. | | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|

1 SKID  30  CTN     790 PCS    P/N: 15318041    PO#: P8380036

TOTAL SKIDS                              TOTAL WEIGHT

PLACARDS SUPPLIED   ☐ YES  ☐ NO        SHIPPER'S SIGNATURE

THIS SHIPMENT IS CORRECTLY DESCRIBED

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188
Winesburg, Ohio 44690

Permanent post-office address of shipper

**DATE**  4/23/2009

CARRIER  Innovative Logistics Group

DELIVERING CARRIER

CARRIER'S NO.  708717
SHIPPER'S NO.

BY TRUCK ☐  FREIGHT ☐

| ERO # | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE |
|---|---|---|
| 5502 | 777 | 85 |
|  | 777 # |  |

EMERGENCY RESPONSE PHONE NO.

TITLE

C.O.D. SHIPMENT
C.O.D. Amt.  $
Collection Fee.
Total Charges

Shipper, Per                         Agent, Per

[X] FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

| PEDP8360036 |

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:
ROBIN INDUSTRIES
HOLMCO IND DIVISION              PURCHASE ORDER    PEDP8360036
7227 STATE RTE 515
                                ORDER DATE  11-11-08
WINSBURG            OH 44690  US      REF. INQ. NO.    000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

PART NO.    DESCRIPTION / PERCENT    PRICE    QUANTITY  UOM SHIP
   10      128    CTN            US
                  CARRY OVER: A

15318041      REV  A
   CRG: A 100
GROMMET                                840.0000/MPC            AS RELEASED
**********************  5502                                  PCS
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
   LEAD-DAYS  STD-PACK  CONTR              COO
      20        25    CTN                  US
                  CARRY OVER: A

15324192      REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET     5325
DGSS 61848                             889.0000/MPC            AS RELEASED
1/1/03 - 12/31/06 $889.00                                     PCS
   LEAD-DAYS  STD-PACK  CONTR              COO
      20       100    CTN                  US
                  CARRY OVER: A

15324194      REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET     5324
DGSS 61848                             870.0000/MPC            AS RELEASED
1/1/03 TO 12/31/06 - $870.00                                  PCS
   LEAD-DAYS  STD-PACK  CONTR              COO
      20       100    CTN                  US
                  CARRY OVER: A

EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL               80100    80100                                           A
PACKAGING            02200    0223                                            B

                                    T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

# Robin Industries, Holmco Division

A DIVISION OF ROBIN INDUSTRIES, INC.

PO Box 188  Winesburg, Oh  44690  330-359-5418

**SID#** 708718
(2S)

**SOLD TO:**
GMVM WENTZVILLE ASM
ACCOUNTS PAYABLE
P.O.BOX 431
WARREN, OH   44486

**SHIP TO:**
DELPHI
GMVM WENTZVILLE ASM
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE, MO   63385
TN31B16S
DUNS #:  101506459

DOCK: WE B21

| CUSTOMER ORDER NO. | | DUNS # | SALESMAN | DATE | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|
| See Line Item Below | | 101506459 | Norris | 4/23/2009 | NET 30 | WINESBURG | 4/24/2009 | Innovative Logistics Grou |

ALL CREDIT CLAIMS MUST BE ENTERED
WITHIN 30 DAYS AFTER DATE OF SHIPMENT

| Qty Shipped | Stock Number | Description | | REV - A | Unit Price | Unit | Amount |
|---|---|---|---|---|---|---|---|
| 750 | 5502  ./ 16318041  PO - P8360036 | GROMMET 30  Ctns.  @     25     Pcs ea. on   1   Skid(s) | | | $0.84000 | Ea | $630.00 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $630.00 |

Gross Wt. -    777

50\25°

BILL? (2S)    708718

SHIPPER'S NO    708718

DESIGNATE WITH AN (X)
BY TRUCK ☐    FREIGHT ☐

MEMORANDUM

**ROBIN INDUSTRIES**
**HOLROC DIVISION**
P.O. Box 189 • Wooster, Ohio 44691

From

At    DELPHI
GMAN WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE    MO

CONSIGNEE    Final Destination    Wentzville MO    63385
AND
DESTINATION

DATE    4/29/2009

CARRIER    GARDNER
Innovative Logistics Group

| NO PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | WEIGHT (SUBJECT TO CORR) | CLASS OR RATE |
|---|---|---|---|---|---|---|
| 1 SKID 30 CTN | | | PN# 15318041 | PO# P0360035 | 777 # | 65 |
| TOTAL SKIDS | | 750 PCS | | TOTAL NET WEIGHT | 777 # | |

PLACARDS SUPPLIED  ☐ YES  ☐ NO

DRIVERS SIGNATURE

EMERGENCY RESPONSE PHONE NO

SHIPPERS CERTIFICATION

**ROBIN INDUSTRIES**
**HOLROC DIVISION**
P.O. Box 189 • Wooster, Ohio 44691

Permanent post-office address of shipper

CURRENT WEIGHT IS    LBS

THIS SHIPMENT IS CORRECTLY DESCRIBED

Shipper, Per_____    Agent, Per_____

C.O.D. SHIPMENT
C.O.D. Amt
Collection Fee
Total Charges

[X] FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

| PEDP8360036 |

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                  OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01   PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

HOLMCO IND DIVISION                      PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515                       ORDER DATE   11-11-08

WINSBURG            OH 44690   US         REF.INQ. NO.     000

---

FREIGHT TERM                     SHIPPING POINT              PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    FREIGHT COLLECT             2ND DAY OF 2ND MONTH

TITLE TRANSFER                   SHIPPING INSTRUCTION        BUYER
TITLE TRANSFER OUR PLANT         REFER TO P.O. CLAUSE BELOW  36

---

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|
| 10 | 128 | CTN | US | | |
| | | CARRY OVER: A | | | |

15318041      REV A
    CRG: A 100
GROMMET                                      840.0000/MPC           AS RELEASED
*********************          5502                                 PCS
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
    LEAD-DAYS  STD-PACK CONTR                        COO
      20        25    CTN                            US
                      CARRY OVER: A

15324192      REV A
    CRG: A 100
REAR CARGO DOOR GROMMET        5325
DGSS 61848                                   889.0000/MPC           AS RELEASED
1/1/03 - 12/31/06 $889.00                                          PCS
    LEAD-DAYS  STD-PACK CONTR                        COO
      20       100    CTN                            US
                      CARRY OVER: A

15324194      REV A
    CRG: A 100
REAR CARGO DOOR GROMMET
DGSS 61848                     5324          870.0000/MPC           AS RELEASED
1/1/03 TO 12/31/06 - $870.00                                       PCS
    LEAD-DAYS  STD-PACK CONTR                        COO
      20       100    CTN                            US
                      CARRY OVER: A

---

EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL          80100    80100                                                A
PACKAGING                02200    0223                                        B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

# Robin Industries, Holmco Division
A DIVISION OF ROBIN INDUSTRIES, INC.

PO Box 182 · Winesburg, Oh  44690  330-359-5418

SID#
(2S)

708719

**SOLD TO:**

GM FLINT ASM DOCK 12
GM FLINT ASM  DOCK 12
ACCOUNTS PAYABLE
P.O.BOX 431
WARREN, OH  44486

DUNS #: 101506459

**SHIP TO:**

DELPHI
GM FLINT ASM DOCK 12
GM FLINT ASM  DOCK 12
4405 CONTINENTAL DR
FLINT, MI  48507

DOCK: FT 12                        130ADOCB
                                   DUNS #: 101506459

| CUSTOMER ORDER NO. | DUNS # | | SALESMAN | DATE | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|---|---|---|
| See Line Item Below | 101506459 | | Norris | 4/27/2009 | NET 30 | WINESBURG | 4/27/2009 | 'nnovative Logistics Grou |

ALL CREDIT CLAIMS MUST BE ENTERED
WITHIN 30 DAYS AFTER DATE OF SHIPMENT

| Qty Shipped | Stock Number | Description | | Unit Price | Unit | Amount |
|---|---|---|---|---|---|---|
| 750 | 5502  · J 18318041 | GROMMET | REV - A | $0.84000 | Ea | $630.00 |
| | PO - P0360036 | 30 Ctns. @   25   Pcs ea. on   1  Skid(s) | | | | |

| | Lot Charges | $0.00 |
|---|---|---|
| | Shipping Charges | $0.00 |
| | Total | $630.00 |

Gross Wt. -                    777

3750

OF LADING–SHORT FORM–ORIGINAL–NOT NEGOTIABLE

classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

**ROBIN INDUSTRIES**
**HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

| | |
|---|---|
| DATE | SHIPPER'S NO. |
| 4/27/2009 | 708719 |

CARRIER

CONSIGNEE AND DESTINATION

DELPHI
GM FLINT ASM DOCK 12
4405 CONTINENTAL DR
FLINT          MI          48507

Final Destination   Flint MI

BY

CARRIER'S NO.

Innovative Logistics Group

ROUTE

DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | * HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✔ |
|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN      750 PCS      P/N: 15318041      PO# P8350035 | 5502 | 777   # | 85 | |
| TOTAL SKIDS | 1 | TOTAL WEIGHT | | 777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _Holmco_
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid"

_Collect_

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

| | |
|---|---|
| PLACARDS SUPPLIED   ☐ YES   ☐ NO | DRIVER'S SIGNATURE |
| | EMERGENCY RESPONSE PHONE NO |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

Per _____   Shipper _____

**C.O.D. SHIPMENT**
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____          Agent, Per _____

Permanent post-office address of shipper

_C220_

1

[x] FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

| PEDP8360036 |

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

┌ DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

HOLMCO IND DIVISION                    PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515                     ORDER DATE   11-11-08

└ WINSBURG         OH 44690    US ┘   REF.INQ.NO.    000

---

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

---

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

---

PART NO.                 DESCRIPTION / PERCENT    PRICE        QUANTITY   UOM SHIP
     10        128   CTN                          US
                      CARRY OVER: A

   15318041      REV  A
      CRG: A 100
GROMMET                            5502
*********************            840.0000/MPC              AS RELEASED
1/1/03 - 12/31/06 @ $840.00                                     PCS
REF# 1200130774
   LEAD-DAYS  STD-PACK  CONTR                 COO
      20        25   CTN                      US
                      CARRY OVER: A

   15324192      REV  A
      CRG: A 100
REAR CARGO DOOR GROMMET            5325
DGSS 61848                        889.0000/MPC              AS RELEASED
1/1/03 - 12/31/06 @ $889.00                                     PCS
   LEAD-DAYS  STD-PACK  CONTR                 COO
      20        100  CTN                      US
                      CARRY OVER: A

   15324194      REV  A
      CRG: A 100
REAR CARGO DOOR GROMMET            5324
DGSS 61848                        870.0000/MPC              AS RELEASED
1/1/03 TO 12/31/06 - $870.00                                    PCS
   LEAD-DAYS  STD-PACK  CONTR                 COO
      20        100  CTN                      US
                      CARRY OVER: A

EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL              80100    80100                                            A
PACKAGING                    02200    0223                                    B

                                    T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

---

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT : This order is not binding unto accepted.  When requested - acceptance must be executed on acknowledgment copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE



JAN 2 6 2009

BUYER

# :obin Industries, Holmco Division

Box 188   Winesburg, Oh   44690   330-359-5418
DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)         708720

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH   44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO   63385 |
| | TN31B15S |
| | DOCK: WE B21   DUNS #: 101506459 |

| STOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 4/27/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| NS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 4/27/2009 | nnovative Logistics Grou |

| ty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,500 | 5502  √ / 15318041<br>PO - P8360036 | GROMMET<br>60  Ctns. @     25     Pcs ea. on   2  Skid(s)          REV - A | $0.84000 | Ea | $1,260.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $1,260.00 |

Gross Wt. -      1554

51.750

NUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

IEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**ROBIN INDUSTRIES**
**HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

DATE: 4/27/2009

SHIPPER'S NO: 708720

DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE        MO        63385

Final Destination   Wentzville MO

CARRIER

BY: Innovative Logistics Group

| | | | | | ERG # | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|---|---|
| SKID | 60 | CTN | 1,500 PCS | P/N: 15318041   PO# P6360036 | 5502 | 1554 # | 85 | |
| TOTAL SKIDS | 2 | | | TOTAL WEIGHT | | 1554 # | | |

Per   Holmes
(Signature of Consignor)

Collect

C.O.D. SHIPMENT

Agent, Per   6220

PRODUCTION CONTROL

1

[X] FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED       01/19/09

| PEDP8360036 |

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES

HOLMCO IND DIVISION                    PURCHASE ORDER  PEDP8360036

7227 STATE RTE 515                     ORDER DATE  11-11-08

WINSBURG            OH 44690   US       REF. INQ. NO.   000

-------------------------------------------------------------

FREIGHT TERM                  SHIPPING POINT           PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    FREIGHT COLLECT        2ND DAY OF 2ND MONTH

TITLE TRANSFER              SHIPPING INSTRUCTION        BUYER
TITLE TRANSFER OUR PLANT    REFER TO P.O. CLAUSE BELOW    36

-------------------------------------------------------------

| PART NO. | | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|---|
| 10 | 128 | CTN | US | | | |
| | | | CARRY OVER: A | | | |

15318041     REV  A
   CRG: A 100
GROMMET                                  5502
*************************       840.0000/MPC              AS RELEASED
1/1/03 - 12/31/06 @ $840.00                                  PCS
REF# 1200130774
  LEAD-DAYS  STD-PACK  CONTR           COO
   20        25    CTN                 US
                   CARRY OVER: A

   15324192     REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET        5325
DGSS 61848                          889.0000/MPC              AS RELEASED
1/1/03 - 12/31/06 $889.00                                      PCS
  LEAD-DAYS  STD-PACK  CONTR           COO
   20        100    CTN                US
                   CARRY OVER: A

   15324194     REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET        5324
DGSS 61848                          870.0000/MPC              AS RELEASED
1/1/03 TO 12/31/06 - $870.00                                   PCS
  LEAD-DAYS  STD-PACK  CONTR           COO
   20        100    CTN                US
                   CARRY OVER: A


EFFECTIVE  12-01-08   EXPIRATION  12-31-09   TAX CODE: 00
DELIVER-TO     STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL           80100    80100                                              A
PACKAGING        02200    0223                                               B


                              T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the promises and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.



SID#
(2S)       708721

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO  63385 |
| | TN31B15S |
| | DOCK: WE B21   DUNS #:  101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 4/28/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 4/28/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  15318041  PO - P8360036 | GROMMET          REV - A   30  Ctns. @    25   Pcs ea. on   1   Skid(s) | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $630.00 |

Gross Wt. -        777

52.500

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

BY TRUCK ☐   FREIGHT ☐

Subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if it is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | DATE | SHIPPER'S NO. |
|---|---|---|---|
| From | ROBIN INDUSTRIES HOLMCO DIVISION | 4/28/2009 | 708721 |
| At | P.O. Box 188 • Winesburg, Ohio 44690 | CARRIER ↓ | CARRIER'S NO. |
| | | BY | |
| | | Innovative Logistics Group | |

CONSIGNEE AND DESTINATION

DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE    MO    63385

Final Destination  Wentzville MO

| ROUTE | DELIVERING CARRIER |
|---|---|
| CAR OR VEHICLE INITIALS & NO. | |

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN | 750 PCS | P/N: 15318041 | PO# P8360035 | 5502 | 777  # | 85 | |
| TOTAL SKIDS | | 1 | | | TOTAL WEIGHT | | 777  # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ___TO Wes___
(Signature of Consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

___Collect___

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:
$ _____

PLACARDS SUPPLIED   ☐ YES  ☐ NO

DRIVER'S SIGNATURE _____

EMERGENCY RESPONSE PHONE NO. _____

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

†The filled-in boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

Per _____

| | C.O.D. SHIPMENT |
|---|---|
| C.O.D. Amt | |
| Collection Fee | |
| Total Charges | |

Shipper _____

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____   Agent, Per _____   8083

Permanent post-office address of shipper

[X] FDP9006-0400

PURCHASE ORDER
CURRENT STATUS PO PRINTED   01/19/09

PEDP8360036

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01   PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES
HOLMCO IND DIVISION
7227 STATE RTE 515

WINSBURG          OH 44690   US

PURCHASE ORDER   PEDP8360036

ORDER DATE   11-11-08

REF. INQ. NO.   000

FREIGHT TERM
FOB-OUR PLANT FREIGHT COLLECT

SHIPPING POINT
FREIGHT COLLECT

PAYMENT TERM
2ND DAY OF 2ND MONTH

TITLE TRANSFER
TITLE TRANSFER OUR PLANT

SHIPPING INSTRUCTION
REFER TO P.O. CLAUSE BELOW

BUYER
36

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|
| 10 | 128 | CTN | | | |
| | | CARRY OVER: A | US | | |

15318041     REV  A
CRG: A 100
GROMMET
********************   5502
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
LEAD-DAYS  STD-PACK  CONTR
20         128      CTN
CARRY OVER: A

840.0000/MPC                    AS RELEASED
                                   PCS

COO
US

15324192     REV  A
CRG: A 100
REAR CARGO DOOR GROMMET
DGSS 61848         5325
1/1/03 - 12/31/06 $889.00
LEAD-DAYS  STD-PACK  CONTR
20         100      CTN
CARRY OVER: A

889.0000/MPC                    AS RELEASED
                                   PCS

COO
US

15324194     REV  A
CRG: A 100
REAR CARGO DOOR GROMMET
DGSS 61848         5324
1/1/03 TO 12/31/06 - $870.00
LEAD-DAYS  STD-PACK  CONTR
20         100      CTN
CARRY OVER: A

870.0000/MPC                    AS RELEASED
                                   PCS

COO
US

| EFFECTIVE | 12-01-08 | EXPIRATION | 12-31-09 | TAX CODE: 00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DELIVER-TO | STA DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
| GLOBAL | | 80100 | 80100 | | | | | | A |
| PACKAGING | | | 02200 | 0223 | | | | | B |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding and accepted.  When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained which, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of all actions and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

# Robin Industries, Holmco Division

P.O. Box 188  Winesburg, Oh  44690  330-369-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)        708722

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM<br><br>ACCOUNTS PAYABLE<br><br>P.O.BOX 431<br><br>WARREN, OH  44486 | DELPHI<br>GMVM WENTZVILLE ASM<br>GMVM WENTZVILLE ASM<br>1500 E RT A DOCK B21<br>WENTZVILLE, MO  63385<br>            TN31B15S<br>DOCK: WE B21    DUNS #:  101506459 |

| CUSTOMER ORDER NO.<br>See Line Item Below | DATE<br>4/29/2009 | ALL CREDIT CLAIMS MUST BE ENTERED<br>WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| DUNS #<br>101506459 | SALESMAN<br>Norris | TERMS<br>NET 30 | F.O.B.<br>WINESBURG | DATE SHIPPED<br>4/29/2009 | SHIPPED VIA<br>Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √/ 15318041<br>PO - P8360036 | GROMMET          REV - A<br>30  Ctns. @      25    Pcs ea. on   1  Skid(s) | $0.84000 | Ea | $630.00 |
|  |  |  | Lot Charges |  | $0.00 |
|  |  |  | Shipping Charges |  | $0.00 |
|  |  |  | Total |  | $630.00 |

Gross Wt. -        777

53,250

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment, hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed the shipper and accepted for himself and his assigns.

| From | **ROBIN INDUSTRIES** | DATE | SHIPPER'S NO. |
|---|---|---|---|
| At | **HOLMCO DIVISION** P.O. Box 188 • Winesburg, Ohio 44690 | 4/29/2009 | 708722 |

CARRIER

BY

CARRIER'S NO.

| CONSIGNEE AND DESTINATION | DELPHI GMVM WENTZVILLE ASM 1500 E RT A DOCK B21 WENTZVILLE    MO         83385 Final Destination   Wentzville MO |
|---|---|

ROUTE

Innovative Logistics Group

DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 SKID 30 CTN | | 750 PCS    P/N: 15318041    PO# P8360036 | 5502 | 777    # | 85 | |
| TOTAL SKIDS | | 1                              TOTAL WEIGHT | | 777  # | | |
| | | | | | | |
| | | | | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per    *Holmco*
(Signature of Consignor)

If charges are to be prepaid, write or stamp here. (To be Prepaid)

*Collect*

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$

| PLACARDS SUPPLIED | ☐ YES  ☐ NO | DRIVER'S SIGNATURE | | EMERGENCY RESPONSE PHONE NO. | |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____    TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
‡ Shipper — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED:

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.     Per _____     Shipper _____

| C.O.D. SHIPMENT | |
|---|---|
| C.O.D. Amt | |
| Collection Fee | |
| Total Charges | |

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____    Agent, Per _____

Permanent post-office address of shipper

1

6220

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01   PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

HOLMCO IND DIVISION                    PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515                     ORDER DATE    11-11-08

WINSBURG            OH 44690   US       REF. INQ. NO.    000

FREIGHT TERM                    SHIPPING POINT              PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    FREIGHT COLLECT         2ND DAY OF 2ND MONTH

TITLE TRANSFER                  SHIPPING INSTRUCTION       BUYER
TITLE TRANSFER OUR PLANT         REFER TO P.O. CLAUSE BELOW   36

PART NO.                  DESCRIPTION / PERCENT   PRICE        QUANTITY   UOM SHIP
10          128    CTN                           US
CARRY OVER: A

15318041       REV   A
CRG: A 100
GROMMET                              *5502*         840.0000/MPC              AS RELEASED
************************                                                      PCS
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
LEAD-DAYS  STD-PACK  CONTR                        COO
20        25     CTN                          US
CARRY OVER: A

15324192       REV   A
CRG: A 100
REAR CARGO DOOR GROMMET          *5325*          889.0000/MPC              AS RELEASED
DGSS 61646                                                                  PCS
1/1/03 - 12/31/06 $889.00
LEAD-DAYS  STD-PACK  CONTR                        COO
20        100    CTN                          US
CARRY OVER: A

15324194       REV   A
CRG: A 100
REAR CARGO DOOR GROMMET          *5324*          870.0000/MPC              AS RELEASED
DGSS 61848                                                                  PCS
1/1/03 TO 12/31/06 - $870.00
LEAD-DAYS  STD-PACK  CONTR                        COO
20        100    CTN                          US
CARRY OVER: A

EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.   PROJ DEBIT JOB-NUMBER  CODE
GLOBAL              80100    80100                                            A
PACKAGING          02200    0223                                             B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted.  When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

PAGE 17  OF35



# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418

A DIVISION OF ROBIN INDUSTRIES, INC.

SID#

(2S)          708723

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O. BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO  63385 |
| | TN31B15S |
| | DOCK: WE B21    DUNS #:  101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 4/30/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 4/30/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √ 15318041  PO - P8360036 | GROMMET                    REV - A  30  Ctns. @    25    Pcs ea. on    1   Skid(s) | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $630.00 |

Gross Wt. -          777

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:

Robin Industries, Holmco Division

P.O. BOX 74310

CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| | | | BY TRUCK ☐ | FREIGHT ☐ |
|---|---|---|---|---|

property described below, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading...

| From | ROBIN INDUSTRIES | DATE | SHIPPER'S NO. |
|---|---|---|---|
| | HOLMCO DIVISION | 4/30/2009 | 708723 |
| At | P.O. Box 188 • Winesburg, Ohio 44690 | CARRIER | CARRIER'S NO. |

BY

Innovative Logistics Group

| CONSIGNEE AND DESTINATION | DELPHI | ROUTE | DELIVERING CARRIER |
|---|---|---|---|
| | GMVM WENTZVILLE ASM | | |
| | 1500 E RT A DOCK B21 | CAR OR VEHICLE INITIALS & NO. | |
| | WENTZVILLE      MO      63385 | | |
| | Final Destination   Wentzville MO | | |

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN    750 PCS    P/N: 15318041    PO# P8360036 | 5500 | 777    # | 85 | |
| TOTAL SKIDS | | 1 | TOTAL WEIGHT | 777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per Holmco
(Signature of Consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

Collect

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Per _____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

| PLACARDS SUPPLIED | ☐ YES | ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. |
|---|---|---|---|---|

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers' weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

| THIS SHIPMENT IS CORRECTLY DESCRIBED. | | C.O.D. SHIPMENT |
|---|---|---|
| | †The fibre boxes used for this shipment conform to the specifications | C.O.D. Amt |
| CORRECT WEIGHT IS _____ LBS. | set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification. | Collection Fee |
| | Per _____ Shipper _____ | Total Charges |

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____

Agent, Per _____
8083

Permanent post-office address of shipper

1

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09



PEDP8360036

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES
HOLMCO IND DIVISION
7227 STATE RTE 515
WINSBURG        OH 44690  US

PURCHASE ORDER  PEDP8360036

ORDER DATE  11-11-08

REF. INQ. NO.      000

```
-------------------------------------------------------------------
    FREIGHT TERM                SHIPPING POINT        PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT    FREIGHT COLLECT    2ND DAY OF 2ND MONTH
    TITLE TRANSFER              SHIPPING INSTRUCTION       BUYER
TITLE TRANSFER OUR PLANT      REFER TO P.O. CLAUSE BELOW      36
-------------------------------------------------------------------
PART NO.      DESCRIPTION / PERCENT    PRICE    QUANTITY  UOM SHIP
   10      128    CTN                US
                 CARRY OVER: A

   15318041    REV  A
      CRG: A 100
   GROMMET
***********************  5502        840.0000/MPC          AS RELEASED
1/1/03 - 12/31/06 @ $840.00                                    PCS
REF# 1200130774
   LEAD-DAYS  STD-PACK CONTR                    COO
      20        25    CTN                       US
                 CARRY OVER: A

   15324192    REV  A
      CRG: A 100
   REAR CARGO DOOR GROMMET     5325
   DGSS 61848                          889.0000/MPC          AS RELEASED
1/1/03 - 12/31/06 @889.00                                      PCS
   LEAD-DAYS  STD-PACK CONTR                    COO
      20       100    CTN                       US
                 CARRY OVER: A

   15324194    REV  A
      CRG: A 100
   REAR CARGO DOOR GROMMET   5324
   DGSS 61848                          870.0000/MPC          AS RELEASED
1/1/03 TO 12/31/06 - $870.00                                   PCS
   LEAD-DAYS  STD-PACK CONTR                    COO
      20       100    CTN                       US
                 CARRY OVER: A


EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO       STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL               80100    80100                                             A
PACKAGING           02200     0223                                             B
```

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-378798-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - addenda must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of all terms and conditions will be
binding upon Seller unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)            708724

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO  63385 |
| | TN31B15S |
| | DOCK: WE B21    DUNS #:  101506459 |

| CUSTOMER ORDER NO. See Line Item Below | DATE 5/1/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| DUNS # 101506459 | SALESMAN Norris | TERMS NET 30 | F.O.B. WINESBURG | DATE SHIPPED 5/1/2009 | SHIPPED VIA Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  1/ 15318041 PO - P8360036 | GROMMET                      REV - A 30 Ctns. @    25    Pcs ea. on    1   Skid(s) | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $630.00 |

Gross Wt. -        777

*54.750*

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BY TRUCK ☐   FREIGHT ☐

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From | **ROBIN INDUSTRIES** | DATE | 5/1/2009 | SHIPPER'S NO. 708724 |
|---|---|---|---|---|
| At | **HOLMCO DIVISION** P.O. Box 188 • Winesburg, Ohio 44690 | CARRIER | | CARRIER'S NO. |

CONSIGNEE AND DESTINATION

DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE        MO        63385

Final Destination   Wentzville MO

BY

ROUTE   Innovative Logistics Group

DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ENG | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 SKID 30 CTN | | 750 PCS    P/N: 15318041       PO# P8360036 | 5502 | 777 # | 85 | |
| TOTAL SKIDS | 1 | TOTAL WEIGHT | | 777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _Holmco_
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid"

Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Carrier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

PLACARDS SUPPLIED   ☐ YES   ☐ NO

DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____        TITLE _____

* If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

$ _____

**C.O.D. SHIPMENT**

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.        Per _____        Shipper _____

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____

Agent, Per _____

6 220

Permanent post-office address of shipper

1

| | | | CUSTOMER PART NUMBER OR TRAD | SPECIAL | | | | POSTAGE | DATE MANIFEST'D |
|---|---|---|---|---|---|---|---|---|---|
| | | BAL OR ON RECEIPT NO. | CUSTOMER ORDER NO. | BOX NO. | | | | | |
| | | | RELEASED NO. | | | | WEIGHT | SUPERVISOR |
| SHIPPED | SHIP TO | SOLD TO | FACTORY ORDER NO. | F.M.WGFT. | | | ZONE | TAREWT. OF PALLETS INCL. IN SHIPPING WT. |

DATE

SAME AS SHIP TO UNLESS NOTED

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418    PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES

HOLMCO IND DIVISION                    PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515                     ORDER DATE   11-11-08

WINSBURG           OH 44690    US        REF. INQ. NO.       000

FREIGHT TERM                    SHIPPING POINT              PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT          FREIGHT COLLECT      2ND DAY OF 2ND MONTH

TITLE TRANSFER                    SHIPPING INSTRUCTION         BUYER
TITLE TRANSFER OUR PLANT              REFER TO P.O. CLAUSE BELOW      36

| PART NO. | 10 | 128 CTN | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|---|
| | | | CARRY OVER: A | US | | |

15318041        REV  A
   CRG: A 100
GROMMET                            *5502*
* * * * * * * * * * * * * * * * * * *              840.0000/MPC              AS RELEASED
1/1/03 - 12/31/06 @ $840.00                                              PCS
REF# 1200130774
   LEAD-DAYS  STD-PACK CONTR                COO
     20        25    CTN                    US
                    CARRY OVER: A

   15324192        REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET              *5325*
DGSS 61848                                    889.0000/MPC              AS RELEASED
1/1/03 - 12/31/06 $889.00                                              PCS
   LEAD-DAYS  STD-PACK CONTR                COO
     20       100    CTN                    US
                    CARRY OVER: A

   15324194        REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET              *5324*
DGSS 61848                                    870.0000/MPC              AS RELEASED
1/1/03 TO 12/31/06 - $870.00                                          PCS
   LEAD-DAYS  STD-PACK CONTR                COO
     20       100    CTN                    US
                    CARRY OVER: A

EFFECTIVE    12-01-08    EXPIRATION    12-31-09    TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL          80100      80100                                              A
PACKAGING              02200    0223                                          B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.
IMPORTANT: This order is for handling until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431    Warren, Ohio 44486

GABRIELA COLORBIO
PHONE:  915 612-4660              BUYER

TROY ZERBE

JAN 2 6 2009

# Robin Industries, Holmco Division

PO·Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#

(2S)          708725

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | 1500 E RT A DOCK B21 |
| WARREN, OH  44486 | WENTZVILLE, MO  63385 |
| | TN31B15S |
| | DOCK: WE B21     DUNS #: 101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/4/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/4/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √/ 15318041 | GROMMET                    REV - A | $0.84000 | Ea | $630.00 |
| | PO - P8360036 | 30  Ctns. @    25    Pcs ea. on    1  Skid(s) | | | |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $630.00 |

Gross Wt. -          777

55.50 0

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

*below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment, if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.*

| From | ROBIN INDUSTRIES | | DATE | | SHIPPER'S NO. |
| | HOLMCO DIVISION | | 5/4/2009 | | 780725 |
| At | P.O. Box 188 • Winesburg, Ohio 44690 | | | | |

CONSIGNEE AND DESTINATION

DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE        MO        63385
Final Destination   Wentzville MO

CARRIER: Innovative Logistics Group
BY

| CARRIER'S NO. | |
| ROUTE | DELIVERING CARRIER |
| CAR OR VEHICLE INITIALS & NO. | |

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | BRG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN | 750 PCS | P/N: 15316041 | PO# P8560035 | 5502 | 777 # | 85 | |
| TOTAL SKIDS | | 1 | | TOTAL WEIGHT | | | 777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _Robinson_
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."
Collect

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid).

Charges Advanced:
$ _____

| PLACARDS SUPPLIED | ☐ YES ☐ NO | DRIVER'S SIGNATURE | | EMERGENCY RESPONSE PHONE NO. |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____      TITLE _____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".*
† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.      Per _____      Shipper

C.O.D. SHIPMENT
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____

☞ Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

Permanent post-office address of shipper

2



SHIP TO     SHIPPED

[X] FDP9006-0400                    PURCHASE ORDER
                    CURRENT STATUS PO PRINTED    01/19/09

| PEDP8360036 |

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

                              DELIVER TO:  GLOBAL RECEIVIN
                              RECEIPT BY ASN
        VENDOR CODE           WARREN                    OH 44483

        DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418    PLEASE ENTER OUR ORDER/REVISION AS LISTED
                                                                   HEREON, SUBJECT TO TERMS AND CONDITIONS
TO:     ROBIN INDUSTRIES                                           CONTAINED WITHIN.

        HOLMCO IND DIVISION                        PURCHASE ORDER   PEDP8360036

        7227 STATE RTE 515                         ORDER DATE    11-11-08

        WINSBURG          OH 44690    US          REF. INQ. NO.      000

------------------------------------------------------------------------
FREIGHT TERM                    SHIPPING POINT
FOB-OUR PLANT FREIGHT COLLECT           FREIGHT COLLECT       PAYMENT TERM
                                                          2ND DAY OF 2ND MONTH
       TITLE TRANSFER                 SHIPPING INSTRUCTION        BUYER
TITLE TRANSFER OUR PLANT           REFER TO P.O. CLAUSE BELOW       36
------------------------------------------------------------------------
   PART NO.                  DESCRIPTION / PERCENT     PRICE    QUANTITY   UOM SHIP
       10        128    CTN                      US
                         CARRY OVER: A

   15318041        REV  A
       CRG: A 100                                                 AS RELEASED
   GROMMET                                                          PCS
   * * * * * * * * * * * * * * * * * * * * *  5502    840.0000/MPC
   1/1/03 - 12/31/06 @ $840.00
   REF# 1200130774
       LEAD-DAYS  STD-PACK CONTR              COO
          20        25     CTN                US
                         CARRY OVER: A

   15324192        REV  A
       CRG: A 100
   REAR CARGO DOOR GROMMET          5325                           AS RELEASED
   DGSS 61848                                     889.0000/MPC       PCS
   1/1/03 - 12/31/06 $889.00
       LEAD-DAYS  STD-PACK CONTR              COO
          20       100     CTN                US
                         CARRY OVER: A

   15324194        REV  A
       CRG: A 100
   REAR CARGO DOOR GROMMET          5324                           AS RELEASED
   DGSS 61848                                     870.0000/MPC       PCS
   1/1/03 TO 12/31/06 - $870.00
       LEAD-DAYS  STD-PACK CONTR              COO
          20       100     CTN                US
                         CARRY OVER: A


   EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
   DELIVER-TO        STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
   GLOBAL               80100   80100                                              A
   PACKAGING                    02200   0223                                       E

                                   T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS     Delphi Automotive Systems LLC
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR              c/o Delphi Packard
MATERIAL OR SERVICES SUPPLIED.                                    P.O. Box 431   Warren, Ohio 44486

                                               GABRIELA COLORBIO
                                               PHONE:  915 612-4660
                                                    TROY ZERBE               JAN 2 6 2009

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)         708726

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO   63385 |
| | TN31B15S |
| | DOCK: WE B21    DUNS #:  101506459 |

| CUSTOMER ORDER NO. See Line Item Below | DATE 5/4/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |
|---|---|---|

| DUNS # 101506459 | SALESMAN Norris | TERMS NET 30 | F.O.B. WINESBURG | DATE SHIPPED 5/5/2009 | SHIPPED VIA nnovative Logistics Grou |
|---|---|---|---|---|---|

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  1/ 15318041  PO - P8360036 | GROMMET<br>30  Ctns. @     25     Pcs ea. on    1   Skid(s)    REV - A | $0.84000 | Ea | $630.00 |
| | | Lot Charges | | | $0.00 |
| | | Shipping Charges | | | $0.00 |
| | | Total | | | $630.00 |

Gross Wt. -          777

5L.250

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**SHIPPING ORDER**    must be legibly filed in, in indelible Pencil, or in Carbon, and retained by the Agent.    SHIP TO:

Subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Shipping Order.

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☒

| From | ROBIN INDUSTRIES HOLMCO DIVISION | | DATE | 5/5/2009 | SHIPPER'S NO. | 708726 |
| At | P.O. Box 188 • Winesburg, Ohio 44690 | | | | | |

CONSIGNEE AND DESTINATION

DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE          MO          63385

Final Destination  Wentzville MO

CARRIER          Innovative Logistics Group

CARRIER'S NO.

ROUTE          DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE |
|---|---|---|---|---|---|
| 1 SKID | 30 CTN | 750 PCS   P/N: 15318041   PO# P6350036 | 6502 | 777 # | 65 |
| TOTAL SKIDS | 4 | | | | |
| | | TOTAL WEIGHT | | 777 # | |

Tuesday

PLACARDS SUPPLIED   ☐ YES   ☐ NO          DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".
Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

SIGNATURE          TITLE

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690          Shipper, Per _____

Permanent post-office address of shipper

Subject to Section 7 of Conditions applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per __HOLMCO__ (Signature of Consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

__Collect__

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$_____

**C.O.D. SHIPMENT**
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

831- 875- 32-2

2

X FDP9006-0400

PURCHASE ORDER
CURRENT STATUS PO PRINTED   01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01   PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

HOLMCO IND DIVISION

7227 STATE RTE 515

WINSBURG        OH 44690   US

PURCHASE ORDER   PEDP8360036

ORDER DATE   11-11-08

REF. INQ. NO.        000

FREIGHT TERM
FOB-OUR PLANT FREIGHT COLLECT

SHIPPING POINT
FREIGHT COLLECT

PAYMENT TERM
2ND DAY OF 2ND MONTH

TITLE TRANSFER
TITLE TRANSFER OUR PLANT

SHIPPING INSTRUCTION
REFER TO P.O. CLAUSE BELOW

BUYER
36

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|
| 10 | 128 | CTN                    US | | | |
| | | CARRY OVER: A | | | |

15318041      REV  A
CRG: A 100
GROMMET                                    5502
**************************
1/1/03 - 12/31/06 @ $5840.00
REF# 1200130774
LEAD-DAYS  STD-PACK CONTR
20         25      CTN
CARRY OVER: A

840.0000/MPC

AS RELEASED
PCS

COO
US

15324192      REV  A
CRG: A 100
REAR CARGO DOOR GROMMET          5325
DGSS 6184B
1/1/03 - 12/31/06 $889.00
LEAD-DAYS  STD-PACK CONTR
20         100     CTN
CARRY OVER: A

889.0000/MPC

AS RELEASED
PCS

COO
US

15324194      REV  A
CRG: A 100
REAR CARGO DOOR GROMMET          5324
DGSS 6184B
1/1/03 TO 12/31/06 - $870.00
LEAD-DAYS  STD-PACK CONTR
20         100     CTN
CARRY OVER: A

870.0000/MPC

AS RELEASED
PCS

COO
US

| EFFECTIVE | 12-01-08 | EXPIRATION | 12-31-09 | TAX CODE: 00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DELIVER-TO | STA | DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ | DEBIT | JOB-NUMBER | CODE |
| GLOBAL | | 80100 | | 80100 | | | | | | A |
| PACKAGING | | | 02200 | 0223 | | | | | | B |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, constitutes the complete and final agreement
between Buyer and Seller and no other agreements in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660
BUYER

TROY ZERBE



JAN 2 6 2009

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.



SID#
(2S)          708727

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
|  | GMVM WENTZVILLE ASM |
| P.O. BOX 431 | 1500 E RT A DOCK B21 |
|  | WENTZVILLE, MO  63385 |
| WARREN, OH  44486 | TN31B15S |
|  | DOCK: WE B21     DUNS #: 101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/6/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/6/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,500 | 5502  √/ 15318041 | GROMMET                REV - A | $0.84000 | Ea | $1,260.00 |
|  | PO - P8360036 | 60  Ctns. @      25    Pcs ea. on   2  Skid(s) |  |  |  |
|  |  |  | Lot Charges |  | $0.00 |
|  |  |  | Shipping Charges |  | $0.00 |
|  |  |  | Total |  | $1,260.00 |

Gross Wt. -      1554

57,750

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

GHT BILL OF LADING–SHORT FORM–ORIGINAL–NOT NEGOTIABLE

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

O, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading,
rery described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contrac
ving any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, a
ch carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions o
r Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment
shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed
to by the shipper and accepted for himself and his assigns.

| From At | ROBIN INDUSTRIES HOLMCO DIVISION P.O. Box 188 • Winesburg, Ohio 44690 | | DATE 5/6/2009 | | SHIPPER'S NO. 708727 |
|---|---|---|---|---|---|

| CONSIGNEE AND DESTINATION | DELPHI GMVM WENTZVILLE ASM 1500 E RT A DOCK B21 WENTZVILLE      MO      63385 Final Destination   Wentzville MO |
|---|---|

CARRIER
BY
Innovative Logistics Group

CARRIER'S NO.

ROUTE                    DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | + | * | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ENG | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✔ |
|---|---|---|---|---|---|---|---|
| 2 SKID | 60 | CTN | 1,500 PCS    P/N: 15316041    PO#: P8360036 | 5500 | 1554   # | 85 | |
| TOTAL SKIDS | 2 | | TOTAL WEIGHT | | 1554  # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____HOLMES____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."
COLLECT

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier _____

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

| PLACARDS SUPPLIED    ☐ YES  ☐ NO | DRIVER'S SIGNATURE |
|---|---|

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____      TITLE _____      $_____

If this shipment moves between two ports by a carrier by water, the law requires that this bill of lading shall state whether it is "carrier's or shipper's weight".
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.      Per _____      Shipper

C.O.D. SHIPMENT
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____      Agent, Per _____

Permanent post-office address of shipper

6220

1

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

# DELPHI

PEDP8360036

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01   PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

HOLMCO IND DIVISION              PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515               ORDER DATE  11-11-08

WINSBURG           OH 44690   US      REF. INQ. NO.    000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
| 10 | 128 | CTN | US | | |
| | | CARRY OVER: A | | | |

15316041        REV  A
CRG: A 100
GROMMET                            5502          840.0000/MPC        AS RELEASED
* * * * * * * * * * * * * * * * * * *                                     PCS
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
LEAD-DAYS  STD-PACK CONTR                      COO
20         25     CTN                          US
CARRY OVER: A

15324192        REV  A
CRG: A 100
REAR CARGO DOOR GROMMET           5325          889.0000/MPC        AS RELEASED
DGSS 61846                                                              PCS
1/1/03 - 12/31/06 $889.00
LEAD-DAYS  STD-PACK CONTR                      COO
20         100    CTN                          US
CARRY OVER: A

15324194        REV  A
CRG: A 100
REAR CARGO DOOR GROMMET           5324          870.0000/MPC        AS RELEASED
DGSS 61846                                                              PCS
1/1/03 TO 12/31/06 $870.00
LEAD-DAYS  STD-PACK CONTR                      COO
20         100    CTN                          US
CARRY OVER: A

| EFFECTIVE | 12-01-08 | EXPIRATION | 12-31-09 | TAX CODE: 00 | | | | | | |
| DELIVER-TO | STA | DEPT GEN-LBD | ACCT | DEPT/POM | W.O. | PROJ DEBIT | JOB-NUMBER | CODE |
| GLOBAL | | 80100 | 80100 | | | | | A |
| PACKAGING | | | 02200 | 0223 | | | | B |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, constitutes the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431  Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

BUYER

TROY ZERBE



RECEIVED
JAN 2 6 2009

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.



SID#
(2S)            708728

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO   63385 |
| | TN31B15S |
| | DOCK: WE B21    DUNS #:  101506459 |

| CUSTOMER ORDER NO. See Line Item Below | DATE 5/6/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |
|---|---|---|

| DUNS # 101506459 | SALESMAN Norris | TERMS NET 30 | F.O.B. WINESBURG | DATE SHIPPED 5/7/2009 | SHIPPED VIA Innovative Logistics Grou |
|---|---|---|---|---|---|

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  ι/ 15318041   PO - P8360036 | GROMMET                    REV - A   30  Ctns. @     25    Pcs ea. on   1   Skid(s) | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $630.00 |

Gross Wt. -        777

$58,500

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROBIN INDUSTRIES
HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

DATE: 6/7/2009
SHIPPER'S NO.: 708728

CARRIER: Innovative Logistics Group

CONSIGNEE AND DESTINATION:
DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE    MO    63385
Final Destination  Wentzville MO

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN   750 PCS   P/N: 15318041   PO# P8360036 | 5500 | 777 # | 85 | |
| TOTAL SKIDS | 1 | TOTAL WEIGHT | | 777 # | | |

PLACARDS SUPPLIED  ☐ YES  ☐ NO

EMERGENCY RESPONSE PHONE NO.

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per
Agent, Per

Permanent post-office address of shipper

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING SLIPS, BILLS OF LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

TO:
ROBIN INDUSTRIES
HOLMCO IND DIVISION
7227 STATE RTE 515
WINSBURG        OH 44690   US

PLEASE ENTER OUR ORDER/REVISION AS LISTED HEREON, SUBJECT TO TERMS AND CONDITIONS CONTAINED WITHIN.

PURCHASE ORDER  PEDP8360036
ORDER DATE  11-11-08
REF.INQ.NO.        000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|
| 10     128    CTN | US | | | |
| | CARRY OVER: A | | | |

15318041    REV  A
   CRG: A 100
GROMMET
************************   5502
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
   LEAD-DAYS  STD-PACK CONTR
   20          25    CTN
              CARRY OVER: A

840.0000/MPC              AS RELEASED
                               PCS

COO
US

15324192    REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET    5325
DGSS 61848
1/1/03 - 12/31/06 $889.00
   LEAD-DAYS  STD-PACK CONTR
   20         100    CTN
              CARRY OVER: A

889.0000/MPC              AS RELEASED
                               PCS

COO
US

15324194    REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET    5324
DGSS 61848
1/1/03 TO 12/31/06 - $870.00
   LEAD-DAYS  STD-PACK CONTR
   20         100    CTN
              CARRY OVER: A

870.0000/MPC              AS RELEASED
                               PCS

COO
US

EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL          80100     80100                                                A
PACKAGING                 02200    0223                                        B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy which must be returned to Buyer. This order, including the terms and conditions contained herein, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE





# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.



SID#
(2S)        708729

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| | GMVM WENTZVILLE ASM |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| | 1500 E RT A DOCK B21 |
| P.O.BOX 431 | WENTZVILLE, MO  63385 |
| | TN31B15S |
| WARREN, OH  44486 | DOCK: WE B21    DUNS #:  101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/8/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/8/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √/ 15318041  PO - P9360036 | GROMMET                    REV - A  30  Ctns. @    25    Pcs ea. on    1   Skid(s) | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $630.00 |

Gross Wt. -        777

59.250

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BY TRUCK ☐    FREIGHT ☐

...er to all classifications and lawfully filed terms in effect on the date of issue of this Bill of Lading.

...ng described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract ...ng any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as ... carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the ... Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment. ...shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed ... to by the shipper and accepted for himself and his assigns.

| From At | ROBIN INDUSTRIES HOLMCO DIVISION P.O. Box 188 • Winesburg, Ohio 44690 | DATE 5/8/2009 | SHIPPER'S NO. 708729 |
|---|---|---|---|

DELPHI

CARRIER    Innovative Logistics Group

BY ↓    CARRIER'S NO.

| CONSIGNEE AND DESTINATION | GMVM WENTZVILLE ASM 1500 E RT A DOCK B21 WENTZVILLE    MO    63385 | ROUTE | DELIVERING CARRIER |
|---|---|---|---|

Final Destination   Wentzville, MO

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | * HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN    750 PCS    P/N: 15318041    PO#: P8360036 | | 5502 | 777 # | 85 | |
| TOTAL SKIDS | | 1 | TOTAL WEIGHT | | 777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _Holmco_
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

_Collect_

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

PLACARDS SUPPLIED    ☐ YES    ☐ NO    DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO _____    Charges Advanced:

$ _____

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____    TITLE _____

C.O.D. SHIPMENT

C.O.D. Amt _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." † Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission. Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Collection Fee _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.    Per _____    Shipper

Total Charges _____

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____    Agent, Per _____

8083

Permanent post-office address of shipper