[X] FDP9006-0400                    PURCHASE ORDER

CURRENT STATUS PO PRINTED   01/19/09

```
PEDP8360036
```

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES

HOLMCO IND DIVISION                    PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515                     ORDER DATE   11-11-08

WINSBURG         OH 44690    US        REF. INQ. NO.    000

------------------------------------------------------------------
FREIGHT TERM            SHIPPING POINT
FOB-OUR PLANT FREIGHT COLLECT          FREIGHT COLLECT      PAYMENT TERM
                                                          2ND DAY OF 2ND MONTH
------------------------------------------------------------------
TITLE TRANSFER                    SHIPPING INSTRUCTION      BUYER
TITLE TRANSFER OUR PLANT          REFER TO P.O. CLAUSE BELOW  36
------------------------------------------------------------------
PART NO.    10     128  CTN   DESCRIPTION / PERCENT   PRICE       QUANTITY  UOM SHIP
                              CARRY OVER: A       US

  15318041          REV  A
    CRG: A 100
  GROMMET                               5502      840.0000/MPC        AS RELEASED
  ************************                                               PCS
  1/1/03 - 12/31/06 @ $840.00
  REF# 1200130774
    LEAD-DAYS  STD-PACK CONTR                       COO
      20         25    CTN                          US
                       CARRY OVER: A

  15324192          REV  A
    CRG: A 100
  REAR CARGO DOOR GROMMET            5325     889.0000/MPC        AS RELEASED
  DGSS 61848                                                          PCS
  1/1/03 - 12/31/06 $889.00
    LEAD-DAYS  STD-PACK CONTR                       COO
      20        100    CTN                          US
                       CARRY OVER: A

  15324194          REV  A
    CRG: A 100
  REAR CARGO DOOR GROMMET        5324     870.0000/MPC        AS RELEASED
  DGSS 61848                                                          PCS
  1/1/03 TO 12/31/06 - $870.00
    LEAD-DAYS  STD-PACK CONTR                       COO
      20        100    CTN                          US
                       CARRY OVER: A
```

```
EFFECTIVE    12-01-08   EXPIRATION    12-31-09   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL              80100     80100                                            A
PACKAGING           02200    0223                                             B
```

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgment copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009



obin Industries, Holmco Division

Box 188  Winesburg, Oh  44690  330-359-5418

DIVISION OF ROBIN INDUSTRIES, INC.



SID#

(2S)          708730

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM<br>ACCOUNTS PAYABLE<br>P.O.BOX 431<br>WARREN, OH  44486 | DELPHI<br>GMVM WENTZVILLE ASM<br>GMVM WENTZVILLE ASM<br>1500 E RT A DOCK B21<br>WENTZVILLE, MO  63385<br>TN31B15S<br>DOCK: WE B21    DUNS #: 101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/11/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| NS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/11/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √/ 15318041<br>PO - P8360036 | GROMMET                    REV - A<br>30  Ctns. @      25     Pcs ea. on    1  Skid(s) | $0.84000 | Ea | $630.00 |
| | | Lot Charges | | | $0.00 |
| | | Shipping Charges | | | $0.00 |
| | | Total | | | $630.00 |

Gross Wt. -          777

40-000

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

DELPHI
GMVM WENTZVILLE ASM
WENTZVILLE ASM

## OF LADING–SHORT FORM–ORIGINAL–NOT NEGOTIABLE

the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

DESIGNATE WITH AN (X
BY TRUCK ☐   FREIGHT

below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout
of corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. it is mutually
all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and c
domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a railwater shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrie
reby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are her
shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| From | | DATE |
| At | **ROBIN INDUSTRIES** **HOLMCO DIVISION** P.O. Box 188 • Winesburg, Ohio 44690 | 5/11/2009 |

SHIPPER'S NO. 708730

DELPHI

GMVM WENTZVILLE ASM

1500 E RT A DOCK B21

WENTZVILLE       MO       63385

Final Destination  Wentzville MO

CONSIGNEE AND DESTINATION

CARRIER
BY                     Innovative Logistics Group

CARRIER'S NO.

ROUTE          DELIVERING CARRIER

CAR OR VEHICLE
INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN     750 PCS     P/N: 15318041     PO# P8360036 | 5502 | 777  # | 85 | |
| TOTAL SKIDS | | 1 | TOTAL WEIGHT | 777  # | | |

Subject to Section 7 of Co
applicable bill of lading, if this ship
be delivered to the consigne
recourse on the consignor, the
shall sign the following statemen
    The carrier shall not make d
this shipment without payment
and all other lawful charges.
Per  H. V. M.
        (Signature of Consignor)

If charges are to be prepaid
stamp here "To be Prepaid."

Received $
to apply in prepayment of the ch
the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges
the amount prepaid.)

Charges Advanced:

$

C.O.D. SHIPMENT

C.O.D. Amt.

Collection Fee

Total Charges

PLACARDS SUPPLIED  ☐ YES  ☐ NO

DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly
classified, described, packaged, marked and labeled, and are in proper condition for
transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____     TITLE _____

† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shippers weight".
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding".

THIS SHIPMENT IS CORRECTLY DESCRIBED.

†The fibre boxes used for this shipment conform to the specifications
set forth in the box makers certificate thereon, and all other
requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Per _____        Shipper

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____        Agent, Per _____

Permanent post-office address of shipper

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED   01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES
HOLMCO IND DIVISION
7227 STATE RTE 515
WINSBURG          OH 44690    US

PURCHASE ORDER   PEDP8360036

ORDER DATE   11-11-08

REF. INQ. NO.      000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|
| 10        128    CTN | | US | | |

CARRY OVER: A

15318041    REV  A
CRG: A 100
GROMMET
* * * * * * * * * * * * * * * * * * * * * * *   5502
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774

840.0000/MPC

AS RELEASED
PCS

LEAD-DAYS  STD-PACK CONTR
20          25     CTN

COO
US

CARRY OVER: A

15324192    REV  A
CRG: A 100
REAR CARGO DOOR GROMMET           5325
DGSS 61848
1/1/03 - 12/31/06 $889.00

889.0000/MPC

AS RELEASED
PCS

LEAD-DAYS  STD-PACK CONTR
20          100    CTN

COO
US

CARRY OVER: A

15324194    REV  A
CRG: A 100
REAR CARGO DOOR GROMMET        5324
DGSS 61848
1/1/03 TO 12/31/06 - $870.00

870.0000/MPC

AS RELEASED
PCS

LEAD-DAYS  STD-PACK CONTR
20          100    CTN

COO
US

CARRY OVER: A

| EFFECTIVE  12-01-08  EXPIRATION   12-31-09  TAX CODE: 00 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DELIVER-TO     STA DEPT GEN-LED   ACCT DEPT/POM   W.O.   PROJ DEBIT JOB-NUMBER | | | | | | | | CODE |
| GLOBAL           80100    80100 | | | | | | | | A |
| PACKAGING                  02200    0223 | | | | | | | | B |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE



BUYER

JAN 2 6 2009

ENTERED

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418

A DIVISION OF ROBIN INDUSTRIES, INC.

SID#

(2S)        708731

SHIP TO:

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO  63385 |
| | TN31B15S |
| | DOCK: WE B21   DUNS #: 101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/12/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/12/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √ / 15318041  PO - P8360036 | GROMMET                    REV - A  30  Ctns. @     25   Pcs ea. on   1   Skid(s) | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $630.00 |

Gross Wt. -        777

6 0. 7 5 0

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:

Robin Industries, Holmco Division

P.O. BOX 74310

CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL (NOT NEGOTIABLE)

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☒

From **ROBIN INDUSTRIES**
**HOLMCO DIVISION**
At P.O. Box 188 • Winesburg, Ohio 44690

DATE 5/12/2009
SHIPPERS NO. 708731

CONSIGNEE AND DESTINATION
DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE        MO        63385
Final Destination  Wentzville MO

CARRIER
Innovative Logistics Group
CARRIER'S NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | ERG | WEIGHT (SUBJECT TO Corr.) | CLASS OR RATE | |
|---|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN  750 PCS  P/N: 15318041  PO# F8360035 | | 5502 | 777 # | 85 | |
| TOTAL SKIDS | | 1 | | | | | |
| | | | TOTAL WEIGHT | | 777 # | | |

C.O.D. SHIPMENT
C.O.D. Amt
Collection Fee
Total Charges

IN INDUSTRIES/HOLMCO DIVISION
ox 188 • Winesburg, Ohio 44690

Shipper, Per _____

Agent, Per _____
8063

X FDP0006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

**VENDOR CODE**

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES

HOLMCO IND DIVISION          PURCHASE ORDER  PEDP8360036

7227 STATE RTE 515           ORDER DATE  11-11-08

WINSBURG          OH 44690    US       REF. INQ. NO.     000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | 10 | 128 | CTN | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|---|---|
| | | | CARRY OVER: A | US | | | |

15318041    REV  A
    CRG: A 100
GROMMET                                    840.0000/MPC        AS RELEASED
***********************  5502                               PCS
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
    LEAD-DAYS  STD-PACK CONTR                    COO
     20          25    CTN                        US
                     CARRY OVER: A

15324192    REV  A
    CRG: A 100
REAR CARGO DOOR GROMMET      5325          889.0000/MPC        AS RELEASED
DGSS 61848                                                   PCS
1/1/03 - 12/31/06 $889.00
    LEAD-DAYS  STD-PACK CONTR                    COO
     20         100    CTN                        US
                     CARRY OVER: A

15324194    REV  A
    CRG: A 100
REAR CARGO DOOR GROMMET      5324          870.0000/MPC        AS RELEASED
DGSS 61848                                                   PCS
1/1/03 TO 12/31/06 - $870.00
    LEAD-DAYS  STD-PACK CONTR                    COO
     20         100    CTN                        US
                     CARRY OVER: A

| EFFECTIVE | 12-01-08 | EXPIRATION | 12-31-09 | TAX CODE: 00 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DELIVER-TO | STA DEPT GEN-LED | ACCT DEPT/POM | W.O. | PROJ DEBIT | JOB-NUMBER | CODE | | | | |
| GLOBAL | 80100 | 80100 | | | | A | | | | |
| PACKAGING | | 02200 | 0223 | | | B | | | | |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted.  When requested - acceptance must be executed on acknowledgemen copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, consists the complete and final agreement
between Buyer and Seller and no other agreement to any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer authorized procurement representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431  Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

PAGE 17  OF 35

# Robin Industries, Holmco Division

PO Box 168  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)          708732

**SOLD TO:**

GMVM WENTZVILLE ASM

ACCOUNTS PAYABLE

P.O.BOX 431

WARREN, OH  44486

**SHIP TO:**

DELPHI
GMVM WENTZVILLE ASM
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE, MO   63385
TN31B15S
DOCK: WE B21        DUNS #: 101506459

| CUSTOMER ORDER NO. See Line Item Below | DATE 5/13/2009 | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | | |
|---|---|---|---|---|---|---|---|
| DUNS # 101506459 | SALESMAN Norris | TERMS NET 30 | F.O.B. WINESBURG | DATE SHIPPED 5/13/2009 | SHIPPED VIA Innovative Logistics Grou | | |
| Qty Shipped | Stock Number | | Description | | Unit Price | Unit | Amount |
| 1,500 | 5502  √/ 15318041 PO - P8360036 | | GROMMET                REV - A 60  Ctns. @     25    Pcs ea. on   2  Skid(s) | | $0.84000 | Ea | $1,260.00 |
| | | | | | Lot Charges | | $0.00 |
| | | | | | Shipping Charges | | $0.00 |
| | | | | | Total | | $1,260.00 |

Gross Wt. -        1554

62.25⁵⁰

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

...classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

...tion in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract ...on or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, ...ter all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of ...num Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment ...per hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From At | **ROBIN INDUSTRIES HOLMCO DIVISION** P.O. Box 188 • Winesburg, Ohio 44690 | | DATE 5/13/2009 | | SHIPPER'S NO. 708732 |
|---|---|---|---|---|---|
| | | | **CARRIER** BY | ↓ | CARRIER'S NO. |

CONSIGNEE AND DESTINATION

DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE        MO        63385

Final Destination  Wentzville MO

Innovative Logistics Group

ROUTE | DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✔ | |
|---|---|---|---|---|---|---|---|---|---|
| 2 SKID | 60 | CTN | 1,500 PCS | P/N: 15316041 | PO# P8360036 | 5500 | 1554  # | 85 | |
| TOTAL SKIDS | 2 | | | TOTAL WEIGHT | | | 1554  # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per *Holmes*
(Signature of Consignor)

If charges are to be prepaid, write or stamp here. "To be Prepaid"

Collect

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced
$

| PLACARDS SUPPLIED ☐ YES ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. |
|---|---|---|

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

† If this shipment moves between two parts by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

C.O.D. SHIPMENT
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

Per _____        Shipper

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____        Agent, Per _____
6220

Permanent post-office address of shipper

1

☒ FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

**DELPHI**

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01   PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:    ROBIN INDUSTRIES

HOLMCO IND DIVISION                    PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515                     ORDER DATE   11-11-08

WINSBURG        OH 44690    US         REF.INQ. NO.    000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|
| 10        12S   CTN | | | US | |

CARRY OVER: A

15318041        REV  A
  CRG: A 100                                                           AS RELEASED
GROMMET                                                                PCS
*********************   550²            840.0000/MPC
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
  LEAD-DAYS   STD-PACK CONTR                      COO
   20          25    CTN                          US
                      CARRY OVER: A

15324192        REV  A
  CRG: A 100                                                           AS RELEASED
REAR CARGO DOOR GROMMET        5325                                    PCS
DGSS 61848                              889.0000/MPC
1/1/03 - 12/31/06 $889.00
  LEAD-DAYS   STD-PACK CONTR                      COO
   20         100    CTN                          US
                      CARRY OVER: A

15324194        REV  A
  CRG: A 100                                                           AS RELEASED
REAR CARGO DOOR GROMMET        5324                                    PCS
DGSS 61848                              870.0000/MPC
1/1/03 TO 12/31/06 - $870.00
  LEAD-DAYS   STD-PACK CONTR                      COO
   20         100    CTN                          US
                      CARRY OVER: A

EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO    STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL         80100    80100                                                A
PACKAGING               02200   0223                                         B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgements copy
which must be returned to Buyer.
This order, including the terms and conditions contained herein, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

ENTERED

# Robin Industries, Holmco Division

P.O Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)          708733

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO  63385 |
| WARREN, OH  44486 | TN31B15S |
| | DOCK: WE B21     DUNS #:  101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/14/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/14/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √ / 15318041<br>PO - P8360036 | GROMMET                    REV - A<br>30  Ctns. @     25    Pcs ea. on   1  Skid(s) | $0.84000 | Ea | $630.00 |
| | | Lot Charges | | | $0.00 |
| | | Shipping Charges | | | $0.00 |
| | | Total | | | $630.00 |

Gross Wt. -          777

63.00 0

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Part 3   Pg 12 of 39

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading,   BY TRUCK ☐   FREIGHT ☐

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From | **ROBIN INDUSTRIES** | | DATE | 5/14/2009 | SHIPPERS NO. | 708733 |
| | **HOLMCO DIVISION** | | | | | |
| At | P.O. Box 188 • Winesburg, Ohio 44690 | | **CARRIER** | | CARRIER'S NO. | |
| | | | BY | | | |
| CONSIGNEE AND DESTINATION | DELPHI | | | Innovative Logistics Group | | |
| | GMVM WENTZVILLE ASM | | | | | |
| | 1500 E RT A DOCK B21 | | ROUTE | | DELIVERING CARRIER | |
| | WENTZVILLE          MO          63385 | | | | | |
| | Final Destination   Wentzville MO | | CAR OR VEHICLE INITIALS & NO. | | | |

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN       750 PCS   P/N: 15318041   PO# P8360035 | | 5502 | 777  # | 85 | |
| TOTAL SKIDS | | 1 | TOTAL WEIGHT | | 777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _Ho Muto_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid"

_Collect_

Received $_____
to apply in prepayment of the charges on the property described hereon

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$ _____

| PLACARDS SUPPLIED   ☐ YES   ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. | |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".
‡ Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED. | †The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification. | | |
| CORRECT WEIGHT IS _____ LBS. | | Per _____ | Shipper |

**C.O.D. SHIPMENT**

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690        Shipper, Per _____        Agent, Per _____

8083

Permanent post-office address of shipper

1

PRODUCTION CONTROL

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

# DELPHI

PEDP8360036

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:    ROBIN INDUSTRIES

HOLMCO IND DIVISION                    PURCHASE ORDER   PEDP8360036

7227 STATE RTE 515                     ORDER DATE   11-11-08

WINSURG            OH 44690    US       REF. INQ. NO.    000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|---|
| 10 | 128 | CTN | | | | |
| | | CARRY OVER: A | US | | | |

15318041    REV  A
   CRG: A 100                                                    AS RELEASED
GROMMET                                         840.0000/MPC        PCS
*********************  5502
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
   LEAD-DAYS   STD-PACK CONTR                  COO
      20         25    CTN                      US
                CARRY OVER: A

15324192    REV  A
   CRG: A 100                                                    AS RELEASED
REAR CARGO DOOR GROMMET          5325          889.0000/MPC        PCS
DGSS 61848
1/1/03 - 12/31/06 $889.00
   LEAD-DAYS   STD-PACK CONTR                  COO
      20        100    CTN                      US
                CARRY OVER: A

15324194    REV  A
   CRG: A 100                                                    AS RELEASED
REAR CARGO DOOR GROMMET          5324          870.0000/MPC        PCS
DGSS 61848
1/1/03 TO 12/31/06 - $870.00
   LEAD-DAYS   STD-PACK CONTR                  COO
      20        100    CTN                      US
                CARRY OVER: A

EFFECTIVE    12-01-08    EXPIRATION    12-31-09    TAX CODE: 00
DELIVER-TO        STA DEPT  GEN-LED   ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER   CODE
GLOBAL                      80100     80100                                        A
PACKAGING                             02200   0223                                 B

                                              T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted.  When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained herein, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE:  915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

PAGE 17   OF 35

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)           708734

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO  63385 |
| | TN31B15S |
| | DOCK: WE B21   DUNS #:  101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/15/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/15/2009 | nnovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  √/ 15318041  PO - P8360036 | GROMMET               REV - A  30  Ctns. @     25   Pcs ea. on   1  Skid(s) | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $630.00 |

Gross Wt. -        777

63.750

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

...classifications and lawfully filed tariffs in effect on the date of ... is Bill of Lading.

...in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract
...er corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as
...n for any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of
...assic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
...by certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed
...shipper and accepted for himself and his assigns.

BY TRUCK ☐   FREIGHT ☐

| | | |
|---|---|---|
| From | **ROBIN INDUSTRIES** | DATE 5/15/2009 |
| At | **HOLMCO DIVISION** | SHIPPER'S NO. 708734 |
| | P.O. Box 188 • Winesburg, Ohio 44690 | CARRIER |

| | |
|---|---|
| CONSIGNEE AND DESTINATION | DELPHI |
| | GMVM WENTZVILLE ASM |
| | 1500 E RT A DOCK B21 |
| | WENTZVILLE      MO      63385 |
| | Final Destination  Wentzville MO |

BY Innovative Logistics Group

ROUTE | DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 SKID 30 CTN | | 750 PCS     P/N: 15316041     PO# P8360036 | 5502 | 777   # | 85 | |
| TOTAL SKIDS | 1 | | TOTAL WEIGHT | 777  # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Per HOLMCO
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."  Collect

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $

PLACARDS SUPPLIED   ☐ YES  ☐ NO          DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

C.O.D. SHIPMENT
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS _____ LBS.

If the fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

Per _____          Shipper _____

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____          Agent, Per _____
6220

Permanent post-office address of shipper

1

[X] FDP9006-0400

PURCHASE ORDER
CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN INDUSTRIES
HOLMCO IND DIVISION
7227 STATE RTE 515
WINSBURG          OH 44690    US

PURCHASE ORDER  PEDP8360036
ORDER DATE  11-11-08
REF.INQ. NO.        000

FREIGHT TERM
FOB-OUR PLANT FREIGHT COLLECT

SHIPPING POINT
FREIGHT COLLECT

PAYMENT TERM
2ND DAY OF 2ND MONTH

TITLE TRANSFER
TITLE TRANSFER OUR PLANT

SHIPPING INSTRUCTION
REFER TO P.O. CLAUSE BELOW

BUYER
36

PART NO.        10      128   DESCRIPTION / PERCENT    PRICE       QUANTITY   UOM SHIP
CTN                    US
CARRY OVER: A

15318041      REV  A
CRG: A 100
GROMMET                                5502
**************************              840.0000/MPC
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
LEAD-DAYS  STD-PACK CONTR
20         25    CTN
CARRY OVER: A

AS RELEASED
PCS

COO
US

15324192      REV  A
CRG: A 100
REAR CARGO DOOR GROMMET      5325
DGSS 61848                            889.0000/MPC
1/1/03 - 12/31/06 $889.00
LEAD-DAYS  STD-PACK CONTR
20         100   CTN
CARRY OVER: A

AS RELEASED
PCS

COO
US

15324194      REV  A
CRG: A 100
REAR CARGO DOOR GROMMET      5324
DGSS 61848                            870.0000/MPC
1/1/03 to 12/31/06 - $870.00
LEAD-DAYS  STD-PACK CONTR
20         100   CTN
CARRY OVER: A

AS RELEASED
PCS

COO
US

EFFECTIVE   12-01-08   EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL          80100      80100                                              A
PACKAGING              02200   0223                                          B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431  Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

RECEIVED
JAN 2 6 2009

ENTERED

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418

A DIVISION OF ROBIN INDUSTRIES, INC.



SID#

(2S)         708735

| SOLD TO: | SHIP TO: |
|---|---|
| GM FLINT ASM  DOCK 12 | DELPHI |
| | GM FLINT ASM DOCK 12 |
| ACCOUNTS PAYABLE | GM FLINT ASM  DOCK 12 |
| | 4405 CONTINENTAL DR |
| P.O. BOX 431 | FLINT, MI  48507 |
| | |
| WARREN, OH  44486 | 130ADOCB |
| | DUNS #:  101506459 |
| | DOCK: FT 12 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/18/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/18/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | | Unit Price | Unit | Amount |
|---|---|---|---|---|---|---|
| 750 | 5502  / 15318041  PO - P8360036 | GROMMET    REV - A  30  Ctns. @    25    Pcs ea. on    1   Skid(s) | | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | | $0.00 |
| | | | Shipping Charges | | | $0.00 |
| | | | Total | | | $630.00 |

Gross Wt. -       777

4500



MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

ADING SHORT FORM–ORIGINAL–NOT NEGOTIABLE   Pg 18 of 39

DESIGNATE WITH AN (X)

BY TRUCK ☐   FREIGHT ☐

_ariations and lawfully filed tariffs in effect on the date of issue of this Bill of Lading._
_...on, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract_
_...or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as_
_...all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of_
_...e Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment._
_...er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed_
_...o by the shipper and accepted for himself and his assigns._

| From · | **ROBIN INDUSTRIES** | DATE | | SHIPPER'S NO. |
|---|---|---|---|---|
| | **HOLMCO DIVISION** | 5/18/2009 | | 708735 |
| At | P.O. Box 188 • Winesburg, Ohio 44690 | | | |

| | | **CARRIER** | CARRIER'S NO. |
|---|---|---|---|
| | DELPHI | BY | |
| | GM FLINT ASM DOCK 12 | *Innovative Logistics Group* | |
| CONSIGNEE AND DESTINATION | 4405 CONTINENTAL DR | | |
| | FLINT      MI           48507 | ROUTE | DELIVERING CARRIER |
| | Final Destination   Flint MI | CAR OR VEHICLE INITIALS & NO. | |

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | |
|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN    750 PCS    P/N: 15318041    PO# P8360035 | 6500 | 777   # | 85 | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| TOTAL SKIDS | | 1 | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | TOTAL WEIGHT | 777 # | | Per ___Holmco___ |
| | | | | | | (Signature of Consignor) |
| | | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | | ___Collect___ |
| | | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | | Agent or Cashier |
| PLACARDS SUPPLIED   ☐ YES  ☐ NO | | DRIVER'S SIGNATURE | | EMERGENCY RESPONSE PHONE NO. | | Per _____ |
| | | | | | | (The signature here acknowledges only the amount prepaid.) |
| | | | | | | Charges Advanced: |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

† If this shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.    †The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.    Per _____    Shipper _____

| | C.O.D. SHIPMENT |
|---|---|
| | C.O.D. Amt _____ |
| | Collection Fee _____ |
| | Total Charges _____ |

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690    Shipper, Per _____    Agent, Per _____

Permanent post-office address of shipper

1

X FDP9006-0400                        PURCHASE ORDER
                    CURRENT STATUS PO PRINTED    01/19/09        ┌─────────────────┐
                                                                 │ PEDP8360036     │
                                                                 └─────────────────┘
# DELPHI
                                                                 PURCHASE ORDER NUMBER MUST APPEAR ON
                                                                 ALL INVOICES, PACKING SLIPS, BILLS OF
                                                                 LADING, AND RELATED DOCUMENTS.

                                        DELIVER TO: GLOBAL RECEIVIN
                                        RECEIPT BY ASN
                                        WARREN
          VENDOR CODE                                         OH 44483

       DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418   PLEASE ENTER OUR ORDER/REVISION AS LISTED
                                                                 HEREON, SUBJECT TO TERMS AND CONDITIONS
  TO:     ROBIN INDUSTRIES                                       CONTAINED WITHIN.
          HOLMCO IND DIVISION
          7227 STATE RTE 515             PURCHASE ORDER   PEDP8360036
                                         ORDER DATE    11-11-08
       WINSBURG        OH 44690    US     REF. INQ. NO.       000

       FREIGHT TERM            SHIPPING POINT         PAYMENT TERM
  FOB-OUR PLANT FREIGHT COLLECT    FREIGHT COLLECT    2ND DAY OF 2ND MONTH

       TITLE TRANSFER         SHIPPING INSTRUCTION         BUYER
  TITLE TRANSFER OUR PLANT   REFER TO P.O. CLAUSE BELOW      36

  PART NO.          DESCRIPTION / PERCENT       PRICE      QUANTITY  UOM SHIP
  10        128   CTN                 US
                  CARRY OVER: A

  15318041    REV  A
     CRG: A 100                                                      AS RELEASED
  GROMMET                                                            PCS
  *************************** 5502        840.0000/MPC
  1/1/03 - 12/31/06 @ $840.00
  REF# 1200130774
     LEAD-DAYS  STD-PACK CONTR              COO
        20        25    CTN                 US
                  CARRY OVER: A

  15324192    REV  A
     CRG: A 100                          5325                        AS RELEASED
  REAR CARGO DOOR GROMMET                                            PCS
  DGSS 61848                             889.0000/MPC
  1/1/03 - 12/31/06 $889.00
     LEAD-DAYS  STD-PACK CONTR              COO
        20        100   CTN                 US
                  CARRY OVER: A

  15324194    REV  A
     CRG: A 100          5324                                        AS RELEASED
  REAR CARGO DOOR GROMMET                                            PCS
  DGSS 61848                             870.0000/MPC
  1/1/03 TO 12/31/06 - $870.00
     LEAD-DAYS  STD-PACK CONTR              COO
        20        100   CTN                 US
                  CARRY OVER: A


  EFFECTIVE   12-01-08   EXPIRATION    12-31-09   TAX CODE: 00
  DELIVER-TO       STA DEPT GEN-LED  ACCT DEPT/POM W.O.  PROJ DEBIT JOB-NUMBER  CODE
  GLOBAL              80100          80100                                       A
  PACKAGING                         02200   0223                                 A
                                                                                 B

                                                T-98000623

  NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
  NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

  ┌──────────────────────────────────────────────┐
  │ IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A   │    Delphi Automotive Systems LLC
  │ FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS│      c/o Delphi Packard
  │ ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR │    P.O. Box 431   Warren, Ohio 44486
  │ MATERIAL OR SERVICES SUPPLIED.                               │
  ├──────────────────────────────────────────────┤
  │ IMPORTANT: This order is not binding until accepted. ...      │    GABRIELA COLORBIO
  │ ...                                                           │    PHONE: 915 612-4660
  └──────────────────────────────────────────────┘
                                                                     TROY ZERBE



# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)        708736

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| | GMVM WENTZVILLE ASM |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| | 1500 E RT A DOCK B21 |
| P.O.BOX 431 | WENTZVILLE, MO  63385 |
| | TN31B15S |
| WARREN, OH  44486 | DOCK: WE B21    DUNS #: 101506459 |

| CUSTOMER ORDER NO. | DATE | | |
|---|---|---|---|
| See Line Item Below | 5/18/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/18/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | | Unit Price | Unit | Amount |
|---|---|---|---|---|---|---|
| 750 | 5502  √/ 15318041  PO - P8360036 | GROMMET              REV - A  30 Ctns. @    25    Pcs ea. on  1  Skid(s) | | $0.84000 | Ea | $630.00 |
| | | | Lot Charges | | | $0.00 |
| | | | Shipping Charges | | | $0.00 |
| | | | Total | | | $630.00 |

Gross Wt. -        777

64,500

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BY TRUCK ☐   FREIGHT ☐

...bject to the classifications and lawfully filed tariffs in effect on the date of ... described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From | **ROBIN INDUSTRIES** | DATE | 5/18/2009 | SHIPPER'S NO. | 708736 |
| At | **HOLMCO DIVISION** | | | | |
| | P.O. Box 188 • Winesburg, Ohio 44690 | | | | |

CARRIER

BY   Innovative Logistics Group

| CONSIGNEE AND DESTINATION | DELPHI |
| | GMVM WENTZVILLE ASM |
| | 1500 E RT A DOCK B21 |
| | WENTZVILLE      MO      63385 |
| | Final Destination  Wentzville, MO |

ROUTE

DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 1 SKID | 39 CTN | 750 PCS   P/N: 15318041   PO# P8360036 | 5502 | 777 # | 85 | |
| TOTAL SKIDS | 1 | | TOTAL WEIGHT | 777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Per _Holmco_
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid".
Collect

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $

| PLACARDS SUPPLIED  ☐ YES  ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. | |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

C.O.D. SHIPMENT

C.O.D. Amt _____

Collection Fee _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.
†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.

Per _____   Shipper _____

Total Charges _____

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____          Agent, Per _____

8083

Permanent post-office address of shipper

1



SOLD TO   SHIP TO   SHIPPED TO   DATE   FACTORY ORDER NO.   F.AX/DEPT.   RELEASE NO.   BOX NO.   CUSTOMER ORDER NO.   BOL OR RECEIPT NO.   CUSTOMER PART NUMBER OR TRADE   CTN   SPECIAL   POSTAGE   WEIGHT   ZONE   DATE MANIFESTED   SUPERVISOR   TARE WT. OF PALLETS INC. IN SHIPPING WT.   PRODUCTION CONTROL

X FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED     01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                      OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES

HOLMCO IND DIVISION

7227 STATE RTE 515

PURCHASE ORDER   PEDP8360036

ORDER DATE  11-11-08

WINSBURG              OH 44690    US          REF. INQ. NO.        000

```
FREIGHT TERM                        SHIPPING POINT         PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT       FREIGHT COLLECT        2ND DAY OF 2ND MONTH

      TITLE TRANSFER              SHIPPING INSTRUCTION        BUYER
TITLE TRANSFER OUR PLANT         REFER TO P.O. CLAUSE BELOW     36

PART NO.        10      128   DESCRIPTION / PERCENT   PRICE       QUANTITY   UOM SHIP
                              CTN                     US
                              CARRY OVER: A

   15318041      REV  A
     CRG: A 100
   GROMMET                                                              AS RELEASED
   ***********************     5502       840.0000/MPC                  PCS
   1/1/03 - 12/31/06 @ $840.00
   REF# 1200130774
     LEAD-DAYS  STD-PACK CONTR                          COO
        20        25     CTN                            US
                         CARRY OVER: A

   15324192      REV  A
     CRG: A 100
   REAR CARGO DOOR GROMMET         5325                                 AS RELEASED
   DGSS 61848                                889.0000/MPC               PCS
   1/1/03 - 12/31/06 $889.00
     LEAD-DAYS  STD-PACK CONTR                          COO
        20       100     CTN                            US
                         CARRY OVER: A

   15324194      REV  A
     CRG: A 100
   REAR CARGO DOOR GROMMET        5324                                  AS RELEASED
   DGSS 61848                                870.0000/MPC               PCS
   1/1/03 TO 12/31/06 - $870.00
     LEAD-DAYS  STD-PACK CONTR                          COO
        20       100     CTN                            US
                         CARRY OVER: A
```

```
EFFECTIVE   12-01-08   EXPIRATION    12-31-09   TAX CODE: 00
DELIVER-TO     STA DEPT GEN-LED   ACCT DEPT/POM  W.O.   PROJ DEBIT JOB-NUMBER  CODE
GLOBAL          90100      80100                                               A
PACKAGING                  02200    0223                                       B
```

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

JAN 2 6 2009

ENTERED

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#
(2S)          708737

SOLD TO:

GMVM WENTZVILLE ASM

ACCOUNTS PAYABLE

P.O.BOX 431

WARREN, OH  44486

SHIP TO:

DELPHI
GMVM WENTZVILLE ASM
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE, MO  63385
                     TN31B15S
DOCK: WE B21        DUNS #: 101506459

| CUSTOMER ORDER NO. See Line Item Below | DATE 5/19/2009 | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|
| DUNS # 101506459 | SALESMAN Norris | TERMS NET 30 | F.O.B. WINESBURG | DATE SHIPPED 5/19/2009 | SHIPPED VIA Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,500 | 5502  15318041 PO - P8360036 | GROMMET                    REV - A 60  Ctns. @     25    Pcs ea. on    2  Skid(s) | $0.84000 | Ea | $1,260.00 |
| | | | Lot Charges | | $0.00 |
| | | | Shipping Charges | | $0.00 |
| | | | Total | | $1,260.00 |

Gross Wt. -        1554

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

UNIFORM STRAIGHT BILL OF LADING—ORIGINAL—NOT NEGOTIABLE

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading,

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | |
|---|---|
| DESIGNATE WITH AN (X) | |
| BY TRUCK ☐ | FREIGHT ☐ |
| SHIPPER'S NO. | |
| | 788737 |
| CARRIERS NO. | |

DATE 8/19/2009

CARRIER
Innovative Logistics Group

ROUTE                          DELIVERING CARRIER

From: ROBIN INDUSTRIES
HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

At

CONSIGNEE AND DESTINATION:
DELPHI
GMWM WENTZVILLE ASM
1500 E R T A DOCK B21
WENTZVILLE MO    63385

| NO. PACKAGES | HM | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | EHG # | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CK. |
|---|---|---|---|---|---|---|---|
| | | Final Destination: | Wentzville MO | | | | |
| 2 SKID | CTN | 1,900 PCS | P/N: 16318041  PC#: P8360056 | 5500 | 1554  # | 85 | ✓ |
| TOTAL SKIDS | 2 | | TOTAL WEIGHT | | 1554 # | | |

CORRECT WEIGHT IS _____ LBS.

THIS SHIPMENT IS CORRECTLY DESCRIBED.

☐ YES   ☐ NO

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprint in lieu of stamp: not a part of bill of lading approved by the Interstate Commerce Commission.
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____.

(The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.)

PLACARDS SUPPLIED    ☐ YES    ☐ NO

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

OTHER'S SIGNATURE

SIGNATURE    TITLE

EMERGENCY RESPONSE PHONE NO.

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

C.O.D. SHIPMENT
C.O.D. Amt. $
Collection Fee. $
Total Charges. $

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

Permanent post-office address of shipper

Shipper, Per _____    Agent, Per _____

X FDP0006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

PEDP8360036

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES

HOLMCO IND DIVISION

7227 STATE RTE 515

WINSBURG            OH 44690    US

PURCHASE ORDER  PEDP8360036

ORDER DATE  11-11-08

REF.INQ. NO.      000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |
| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|
| 10 | 128 | CTN | US | | |
| | | CARRY OVER: A | | | |

15318041        REV  A
CRG: A 100
GROMMET
*************************  5502        840.0000/MPC
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
LEAD-DAYS  STD-PACK CONTR
20        25    CTN
CARRY OVER: A

AS RELEASED
PCS

COO
US

15324192        REV  A
CRG: A 100
REAR CARGO DOOR GROMMET
DGSS 61848          5325        889.0000/MPC
1/1/03 - 12/31/06 $889.00
LEAD-DAYS  STD-PACK CONTR
20        100    CTN
CARRY OVER: A

AS RELEASED
PCS

COO
US

15324194        REV  A
CRG: A 100
REAR CARGO DOOR GROMMET
DGSS 61848          5324        870.0000/MPC
1/1/03 TO 12/31/06 - $870.00
LEAD-DAYS  STD-PACK CONTR
20        100    CTN
CARRY OVER: A

AS RELEASED
PCS

COO
US

| EFFECTIVE | 12-01-08 | EXPIRATION | 12-31-09 | TAX CODE: 00 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DELIVER-TO | STA DEPT | GEN-LED | ACCT | DEPT/POM | W.O. | PROJ DEBIT | JOB-NUMBER | CODE | |
| GLOBAL | | 80100 | 80100 | | | | | A | |
| PACKAGING | | 02200 | 0223 | | | | | B | |

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.
IMPORTANT: This order is not binding until accepted.  When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, determine the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyer's authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE

BUYER

JAN 2 6 2009

ENTERED

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.



SID#
(2S)        708738

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
|  | WENTZVILLE, MO  63385 |
|  | TN31B15S |
|  | DOCK: WE B21    DUNS #: 101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/20/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/20/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 750 | 5502  15318041  PO - P8360036 | GROMMET                           REV - A  30  Ctns.  @    25    Pcs ea. on   1  Skid(s) | $0.84000 | Ea | $630.00 |

| | |
|---|---|
| Lot Charges | $0.00 |
| Shipping Charges | $0.00 |
| Total | $630.00 |

Gross Wt. -        777

66.750

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS
AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

BY TRUCK ☐    FREIGHT ☐

...IVE⁵, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

...operly described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract ...aking any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as ...a carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of ...form Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this a motor carrier shipment. ...er hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed ...he shipper and accepted for himself and his assigns.

| | |
|---|---|
| **ROBIN INDUSTRIES**<br>**HOLMCO DIVISION**<br>P.O. Box 188 • Winesburg, Ohio 44690 | DATE  5/20/2009    SHIPPER'S NO.  708738 |

DELPHI

GMVM WENTZVILLE ASM

1500 E RT A DOCK B21

WENTZVILLE        MO        63385

Final Destination  Wentzville MO

CARRIER

BY    Innovative Logistics Group

CARRIER'S NO.

ROUTE        DELIVERING CARRIER

CAR OR VEHICLE

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✔ |
|---|---|---|---|---|---|---|
| 1 SKID | 30 | CTN    750 PCS    P/N: 16318041    PO# P8350036 | 6502 | 777    # | 85 | |
| TOTAL SKIDS | | 4 | | TOTAL WEIGHT    777 # | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

Per __Holmco__
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

__Collect__

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

Charges Advanced:

$_____

ACARDS SUPPLIED    ☐ YES ☐ NO        DRIVER'S SIGNATURE        EMERGENCY RESPONSE PHONE NO.

...PERS CERTIFICATION: This is to certify that the above-named materials are properly ...ed, described, packaged, marked and labeled, and are in proper condition for ...ortation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____    TITLE _____

... a shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight". ...pper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission. ...Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. ...greed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.        †The fibre boxes used for this shipment conform to the specifications set forth in the box maker certificate thereon, and all other requirements of the Consolidated Freight Classification.

...RECT WEIGHT IS _____ LBS.

Per _____        Shipper

**C.O.D. SHIPMENT**

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

...OBIN INDUSTRIES/HOLMCO DIVISION
.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____        Agent, Per _____

8283

manent post-office address of shipper

1

PRODUCTION CONTROL

[X] FDP9006-0400

PURCHASE ORDER
CURRENT STATUS PO PRINTED   01/19/09

PEDP8360036

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO: GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES
     HOLMCO IND DIVISION
     7227 STATE RTE 515
     WINSBURG        OH 44690    US

PURCHASE ORDER   PEDP8360036
ORDER DATE   11-11-08
REF.INQ. NO.   000

| FREIGHT TERM | SHIPPING POINT | PAYMENT TERM |
|---|---|---|
| FOB-OUR PLANT FREIGHT COLLECT | FREIGHT COLLECT | 2ND DAY OF 2ND MONTH |

| TITLE TRANSFER | SHIPPING INSTRUCTION | BUYER |
|---|---|---|
| TITLE TRANSFER OUR PLANT | REFER TO P.O. CLAUSE BELOW | 36 |

| PART NO. | | DESCRIPTION / PERCENT | PRICE | QUANTITY | UOM SHIP |
|---|---|---|---|---|---|
| 10 | 128 | CTN | US | | |
| | | CARRY OVER: A | | | |

15318041    REV  A
   CRG: A 100
GROMMET
**********************   *5502*
1/1/03 - 12/31/06 @ $840.00          840.0000/MPC          AS RELEASED
REF# 1200130774                                            PCS
   LEAD-DAYS  STD-PACK CONTR                COO
   20         25       CTN                  US
                CARRY OVER: A

15324192    REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET   *5325*
DGSS 61848
1/1/03 - 12/31/06 $889.00             889.0000/MPC          AS RELEASED
   LEAD-DAYS  STD-PACK CONTR                COO             PCS
   20         100      CTN                  US
                CARRY OVER: A

15324194    REV  A
   CRG: A 100
REAR CARGO DOOR GROMMET   *5324*
DGSS 61848
1/1/03 to 12/31/06 - $870.00          870.0000/MPC          AS RELEASED
   LEAD-DAYS  STD-PACK CONTR                COO             PCS
   20         100      CTN                  US
                CARRY OVER: A

EFFECTIVE  12-01-08  EXPIRATION   12-31-09   TAX CODE: 00
DELIVER-TO     STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL            80100          80100                                        A
PACKAGING                        02200   0223                                B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, constitute the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE



JAN 2 6 2009

# Robin Industries, Holmco Division

PO Box 188  Winesburg, Oh  44690  330-359-5418
A DIVISION OF ROBIN INDUSTRIES, INC.

SID#

(2S)      708739

| SOLD TO: | SHIP TO: |
|---|---|
| GMVM WENTZVILLE ASM | DELPHI |
| ACCOUNTS PAYABLE | GMVM WENTZVILLE ASM |
| P.O.BOX 431 | GMVM WENTZVILLE ASM |
| WARREN, OH  44486 | 1500 E RT A DOCK B21 |
| | WENTZVILLE, MO  63385 |
| | TN31B15S |
| | DOCK: WE B21    DUNS #:  101506459 |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED |
|---|---|---|
| See Line Item Below | 5/21/2009 | WITHIN 30 DAYS AFTER DATE OF SHIPMENT |

| DUNS # | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| 101506459 | Norris | NET 30 | WINESBURG | 5/21/2009 | Innovative Logistics Grou |

| Qty Shipped | Stock Number | Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 1,500 | 5502  I/ 15318041<br>PO - P8360036 | GROMMET                REV - A<br>60  Ctns. @    25    Pcs ea. on    2   Skid(s) | $0.84000 | Ea | $1,260.00 |
| | | Lot Charges | | | $0.00 |
| | | Shipping Charges | | | $0.00 |
| | | Total | | | $1,260.00 |

Gross Wt. -      1554

68,250

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Industries, Holmco Division
P.O. BOX 74310
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

DESIGNATE WITH AN (X)

BY TRUCK ☐    FREIGHT ☐

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| From | **ROBIN INDUSTRIES HOLMCO DIVISION** | DATE 5/21/2009 |
| At | P.O. Box 188 • Winesburg, Ohio 44690 | SHIPPER'S NO. 708739 |

CARRIER

BY    Innovative Logistics Group

CARRIER'S NO.

CONSIGNEE AND DESTINATION

DELPHI
GMVM WENTZVILLE ASM
1500 E RT A DOCK B21
WENTZVILLE        MO        63385

Final Destination  Wentzville MO

ROUTE

DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | + HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|---|
| 2 SKID 60 | | CTN    1,500 PCS    P/N: 15318041    PO# P6350035 | 5502 | 1554    # | 65 | |
| TOTAL SKIDS | | 2                                    TOTAL WEIGHT | | 1554 # | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per *HolmCo*
(Signature of Consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

*Collect*

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per _____

(The signature here acknowledges only the amount prepaid.)

| | | |
|---|---|---|
| PLACARDS SUPPLIED    ☐ YES    ☐ NO | DRIVER'S SIGNATURE | EMERGENCY RESPONSE PHONE NO. |

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____ TITLE _____

**C.O.D. SHIPMENT**

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

THIS SHIPMENT IS CORRECTLY DESCRIBED.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

CORRECT WEIGHT IS _____ LBS.        Per _____        Shipper

**ROBIN INDUSTRIES/HOLMCO DIVISION**
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____        Agent, Per _____
*B200*

Permanent post-office address of shipper

1

| DATE MANIFESTED | | FREIGHT VIA WEIGHT | AMOUNT | CR | DIST. | ACCT. | DEPT. | CD. |
|---|---|---|---|---|---|---|---|---|
| | | INSURANCE | | | | | | MAN. SEQ. NO. |
| | | SALES ADJ. | | | | | | |

☒ FDP9006-0400

PURCHASE ORDER

CURRENT STATUS PO PRINTED    01/19/09

┌─────────────────────────┐
│  PEDP8360036            │
└─────────────────────────┘

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 101506459-P01 / 101506459-C01  PHONE 330-359-5418

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN INDUSTRIES

HOLMCO IND DIVISION

7227 STATE RTE 515

WINSBURG        OH 44690    US

PURCHASE ORDER    PEDP8360036

ORDER DATE    11-11-08

REF. INQ. NO.        000

FREIGHT TERM                    SHIPPING POINT                PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT        FREIGHT COLLECT            2ND DAY OF 2ND MONTH

TITLE TRANSFER                SHIPPING INSTRUCTION                BUYER
TITLE TRANSFER OUR PLANT        REFER TO P.O. CLAUSE BELOW            36

PART NO.        10        128    CTN            DESCRIPTION / PERCENT        PRICE        QUANTITY    UOM SHIP
                                    CARRY OVER: A            US

15318041        REV  A                                                AS RELEASED
   CRG: A 100                                                         PCS
GROMMET
* * * * * * * * * * * * * * * * * * * * * * * *   550²        840.0000/MPC
1/1/03 - 12/31/06 @ $840.00
REF# 1200130774
   LEAD-DAYS    STD-PACK CONTR                COO
     20        25    CTN                US
                CARRY OVER: A

15324192        REV  A                                                AS RELEASED
   CRG: A 100                          5325                           PCS
REAR CARGO DOOR GROMMET                        889.0000/MPC
DGSS 61848
1/1/03 - 12/31/06 $889.00
   LEAD-DAYS    STD-PACK CONTR                COO
     20        100    CTN                US
                CARRY OVER: A

15324194        REV  A                                                AS RELEASED
   CRG: A 100                          5324                           PCS
REAR CARGO DOOR GROMMET                        870.0000/MPC
DGSS 61848
1/1/03 TO 12/31/06 - $870.00
   LEAD-DAYS    STD-PACK CONTR                COO
     20        100    CTN                US
                CARRY OVER: A


EFFECTIVE    12-01-08    EXPIRATION    12-31-09    TAX CODE: 00
DELIVER-TO        STA DEPT GEN-LED    ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER    CODE
GLOBAL            80100        80100                                    A
PACKAGING            02200    0223                                    B

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgment copy
which must be returned to buyer.
This order, including the terms and conditions overleaf, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

GABRIELA COLORBIO
PHONE: 915 612-4660

TROY ZERBE





JAN 2 6 2009



**ROBIN**
**HOLMCO DIVISION**
P.O. BOX 188
WINESBURG, OHIO 44690
(330) 359-5418

INVOICE
NO. **91401**

## A DIVISION OF ROBIN INDUSTRIES, INC.

| SOLD TO: | SHIP TO: |
|---|---|
| DUNS NUMBER 101505459    CISCO CODE 60686 | DELPHI |
| DELPHI | DELPHI PACKARD ELECTRIC SYSTEMS |
| P.O. BOX 436040 | 3252-G KILLAM BLVD. |
| PONTIAC        MI        48343 | LINARES, MI        TX        78045 |
| | DOCK: 04    Store FW86    Cisco Code 60686 |
| | Notes: |

| CUSTOMER ORDER NO. | DATE | TERMS | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |
|---|---|---|---|
| FOR P.O. SEE LINE ITEM BELOW: 101505459 | 5/2/2009 | 2ND DAY OF 2ND | |

| | SALESMAN | F.O.B. | DATE SHIP | SHIPPED VIA |
|---|---|---|---|---|
| | Morris | WINESBURG | 5/2/2009 | PJAY |

| QUANTITY SHIPPED | STOCK NUMBER - DESCRIPTION | | UNIT PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| 1,500 | 5142    P/N: 12092425    PO#560169444 | GROMMET | $0.1192 | Ea | $178.80 |
| | 2    CTNS. @    750 PCS. EA. OF    0 SKIDS | | | | |
| 13,200 | 5448    P/N: 16365711    PO#560169444 | Grommet | $0.3626 | Ea | $4,665.66 |
| | 88    CTNS. @    150 PCS. EA. OF    6 SKIDS | | | | |
| 7,920 | 5456-A  P/N: 13549066    PO#560169444 | Grommet | $0.8600 | Ea | $6,969.40 |
| | 88    CTNS. @    20 PCS. EA. OF    6 SKIDS | | | | |

LOT CHARGES        $0.00
SHIPPING CHARGES        $0.00
TOTAL        $11,800.06

Gross Wt. -    4400

*(handwritten)* PO 504316b
$6,758.40
still
owe

*(stamped)* ENTERED

MANUFACTURED IN OHIO U.S

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

OFFICE COPY

DESIGNATE WITH AN (X)
BY TRUCK ☐   FREIGHT ☐

*(fine print preamble, largely illegible)* RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From | ROBIN INDUSTRIES   ROBIN INDUSTRIES   MASTER BILL OF LADING | DATE | SHIPPER'S NO. |
|---|---|---|---|
| At | HOLMCO DIVISION | 8/2/2009 | FOR SHIPPERS NO. SEE |
| | P.O. Box 188 • Winesburg, Ohio 44690 | | INV# ROWS BELOW |

CISCO CODE: 60886   DELPHI PACKARD ELECTRIC
9440 Ball Street
San Antonio, Texas 78217

CARRIER   PJAX
BY
CARRIER'S NO.

CONSIGNEE AND DESTINATION
c/oNA MWXD Cincinnati-X-Dock 6380 Centre Park Drive
WESTCHESTER, OH 45069

ROUTE
DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | ERG # | WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | ✓ | |
|---|---|---|---|---|---|---|---|
| 12 SKIDS | | 189 CTN   Dock: 01   FW55   INV# 94401 | | 4400 | 55 | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| 12 SKIDS | | TOTAL | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | TOTAL: | 4400 | | | Per ___Holmco___ (Signature of Consignor) |
| | | | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | | | Collect |

00355712514   PJAX   SHIPPER COPY

LINEAL FEET | PALLETS | LOOSE PCS | TTL HANDLING UNITS

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

PLACARDS SUPPLIED   ☐ YES  ☐ NO   |   DRIVER'S SIGNATURE

Per _____
(The signature here acknowledges only the amount prepaid.)

EMERGENCY RESPONSE PHONE NO.   |   Charges Advanced:

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

$ _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

C.O.D. SHIPMENT
C.O.D. Amt _____

THIS SHIPMENT IS CORRECTLY DESCRIBED

CORRECT WEIGHT IS _____ LBS.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

Per _____   Shipper _____

Collection Fee _____
Total Charges _____

ROBIN INDUSTRIES/HOLMCO DIVISION
P.O. Box 188 • Winesburg, Ohio 44690

Shipper, Per _____   Agent, Per _____

Permanent post-office address of shipper

1

| Shipper | Patty Frazier | Carrier | PJAX |
|---|---|---|---|
| Signature | Patty Frazier | Signature | |

DRIVER SIGNATURE ONLY ACKNOWLEDGES RECIEPT OF GOODS

# DELPHI

Packard Electric Systems

Page 1 of 4

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

**Deliver to:**
DELPHI P LINARES
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
AVE. LOS ALAMOS #80
67755 CD. LINARES-PROVILEON
MEXICO

ROBIN INDUSTRIES INC
HOLMCO INDUSTRIES DIV
P.O. Box 188
WINESBURG OH 44690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169444 | 20-Jun-2007 |
| Version | |
| 28-Jun-2007 04:49:19 EST | |

Vendor No: 1008294
DUNS No: 101506459

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00030 | 12092425 | FW86 DELPHI P LINARES |
| | GROM TAPE ON | |
| | 5142 | |
| | T. ON GROMMET | |
| | ************************* 5142 | |
| | DGSS# 144918; EMAC | |
| | 9/1/05 - 12/31/09 $135.00 | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08-May-2007 | 31-Dec-2007 | USD | 135.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 13519066 | FW86 DELPHI P LINARES |
|---|---|---|
| | ASM GROM DOOR CDT | |
| | GROMMET/RETAINER | |
| | ******************** | |
| | LEAN DGSS# 154749 | |

EXPEDED

Purchasing Contact: Haley, Kim
Phone: 330-373-7424
Fax: 330-373-7393

Buyer Email:kim.haley@delphi.com

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

JUN 2 9 2007

Date and Time Printed: 28-Jun-2007 04:49:19 EST

# DELPHI

_____ Packard Electric Systems

Page  2  of  4

ROBIN INDUSTRIES INC
HOLMCO INDUSTRIES DIV
P.O. Box 188
WINESBURG OH 44690

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169444 | 20-Jun-2007 |
| Version | |
| 28-Jun-2007  04:49:19  EST | |

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 08-May-2007 | 31-Dec-2007 | USD | 895.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00050 | 13525128 | | FW86 DELPHI P LINARES |
|---|---|---|---|

ASM GROM DOOR CDT
GROMMET ASM
*****************************
REF DGSS# 139696

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 08-May-2007 | 31-Dec-2007 | USD | 962.80 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00060 | 15355543 | | FW86 DELPHI P LINARES |
|---|---|---|---|

GROM DOOR CDT
GROMMET - REAR DOOR
DGSS 61848
1/1/03 - 12/31/06 $410.70

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 08-May-2007 | 31-Dec-2007 | USD | 410.70 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00010 | 15393711 | | FW86 DELPHI P LINARES |
|---|---|---|---|

GROM DOOR CDT
GROMMET REAR DOOR
DGSS # 61848
1/1/03 - 12/31/04 $358.00
1/1/05 - 12/31/05 $347.26
DGSS# 148754
1/1/06 - 12/31/06 $355.75

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 08-May-2007 | 31-Dec-2007 | USD | 355.75 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 15419454 | | FW86 DELPHI P LINARES |
|---|---|---|---|

ASM GROM DOOR CDT
GROMMET/RETAINER
DGSS # 84717
1/1/04 - 12/31/07 $765.00
DGSS# 148754
1/1/06 - 12/31/06  $806.30/MPC

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 08-May-2007 | 31-Dec-2007 | USD | 806.30 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.





# ROBIN
## HOLMCO DIVISION

P.O. BOX 188
WINESBURG, OHIO 44690
(330) 359-5418

INVOICE
NO. 91831

## A DIVISION OF ROBIN INDUSTRIES, INC.

**SOLD TO:**
DUNS NUMBE  101506458    CISCO CODE 50356
DELPHI

P.O. BOX 406040
PONTIAC              MI        48343-6040

**SHIP TO:**
DELPHI
DELPHI PACKARD ELECTRIC SYSTEMS
48 WALTER JONES BLVD./ EPDC-DOCK 35
EL PASO (MWO)        TX        79906

DOCK: 30    Store: FV58    Cisc Code 50356

| CUSTOMER ORDER NO. | DATE | TERMS | Notes: |
|---|---|---|---|
| FOR P.O.  SEE LINE ITEM  BELOW: | 8/24/2009 | 2ND DAY OF 2ND | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |
| 101506458 | | | |

| | SALESMAN | F.O.B. | DATE SHIP | SHIPPED VIA |
|---|---|---|---|---|
| | ROBIN | WINESBURG | 3/24/2009 | Fed Ex. Ground |

| QUANTITY SHIPPED | STOCK NUMBER - DESCRIPTION | UNIT PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| 200 | 5460    P/N: 15356214    PO#550294268    GROMMET | $0.6283 | EA | $125.66 |
| | 2    CTNS. @    100 PCS. EA. ON    0    SKIDS | | | |
| | LOT CHARGES | | | $0.00 |
| | SHIPPING CHARGES | | | $0.00 |
| | TOTAL | | | $125.66 |
| | Gross Wt. | | | |

po 62.73
62.93
still
owe

OFFICE COPY

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

063309151090   115877240

1 GROUND END OF DAY          08/24/2009   FSM2361   Page   1

| Shipment I | TRACKING # | ACT W | SVC C | NET | COMPANY | ADDRESS 1 | CITY | ST ZIP |
|---|---|---|---|---|---|---|---|---|
| 91829 | 298626860006025 | 24.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91829 | 298626860006032 | 24.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91830 | 298626860006001 | 19.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91830 | 298626860006018 | 19.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91831 | 298626860005981 | 22.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91831 | 298626860005998 | 22.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91832 | 298626860005967 | 28.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91832 | 298626860005974 | 28.0 | RG | 0.00 | DELPHI P 60606 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91833 | 298626860005943 | 18.0 | RG | 0.00 | DELPHI P60502 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91833 | 298626860005950 | 27.0 | RG | 0.00 | DELPHI P60502 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91837 | 298626860005912 | 35.0 | RG | 0.00 | DELPHI P60502 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91837 | 298626860005929 | 35.0 | RG | 0.00 | DELPHI P60502 | 6380 CENTR | WEST CHEST | OH 45069 |
| 91837 | 298626860005936 | 19.0 | RG | 0.00 | DELPHI P60502 | 6380 CENTR | WEST CHEST | OH 45069 |

GRAND TOTALS
PACKAGE COUNT                    13
TOTAL WEIGHT (OF LBS)      320.0LBS
TOTAL WEIGHT (OF KGS)       0.0KGS
COURTESY GROSS CHG            0.00
CSY  DECL VAL SCHG            0.00
CSY FUEL SURCHARGE            0.00
COURTESY SPECIAL FEES         0.00
COURTESY DISCOUNT             0.00
COURTESY NET CHARGE           0.00

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60852 Wgt: 19.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV52     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860006001

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60852 Wgt: 19.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV52     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860006018

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60455 Wgt: 24.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV50     COD:          0.00
                    DV:         176.00 TOTAL:               0.00

Svcs: GND Collect DV
TRCK: 298626860006025

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60455 Wgt: 24.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV50     COD:          0.00
                    DV:         176.00 TOTAL:               0.00

Svcs: GND Collect DV
TRCK: 298626860006032

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60895 Wgt: 28.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV59     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860005974

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60895 Wgt: 28.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV59     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860005967

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60848 Wgt: 18.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FW81     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860005943

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60848 Wgt: 27.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FW81     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860005950

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60850 Wgt: 22.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV50     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860005981

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60850 Wgt: 22.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FV50     COD:          0.00
                    DV:           0.00 TOTAL:               0.00

Svcs: GND Collect
TRCK: 298626860005998

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60895 Wgt: 35.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FW96     COD:          0.00
                    DV:         160.00 TOTAL:               0.00

Svcs: GND Collect DV
TRCK: 298626860005912

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60895 Wgt: 35.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FW96     COD:          0.00
                    DV:         160.00 TOTAL:               0.00

Svcs: GND Collect DV
TRCK: 298626860005929

Invoice:            Date: 08/24/2009          SHIPPING:     0.00
Custome: CISCO# 60895 Wgt: 19.0 LBS           SPECIAL:      0.00
Dept:                                         HANDLING:     0.00
PO Number: FW96     COD:          0.00
                    DV:         110.00 TOTAL:               0.00

Svcs: GND Collect DV
TRCK: 298626860005936

FedEx Ground Pickup Manifest
Shipper #: 2986252

HOLMCO INDUSTRIES
7223 STATE ROUTE 515
+115877240
WINESBURG, OH 44690

08/21/2009

Page:  1

-----------------------------------------------------------------------------------------------

1.  THE LIABILITY OF FEDEX GROUND IS LIMITED TO THE SUM OF $100.00 PER PACKAGE, UNLESS A HIGHER VALUE IS DECLARED BY A
    SHIPPER AND AN ADDITIONAL CHARGE IS PAID AT THE RATE SET FORTH IN THE CURRENT FEDEX GROUND RATE SCHEDULE AND TARIFF
    PER EACH $100.00 OF ADDITIONAL VALUE, OR FRACTION THEREOF. CLAIMS NOT MADE TO FEDEX GROUND WITHIN 9 MONTHS OF THE
    SCHEDULED DELIVERY DATE ARE WAIVED.
2.  THE ENTRY OF A C.O.D. AMOUNT IS NOT A DECLARATION OF VALUE.

3.  IN NO EVENT SHALL FEDEX GROUND BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING,
    WITHOUT LIMITATION, LOSS OF PROFITS OR INCOME, WHETHER OR NOT FEDEX GROUND HAD KNOWLEDGE THAT SUCH DAMAGES
    MIGHT BE INCURRED.

| This section to be completed by Driver |
|---|
| Total Ground Pkgs:  10 | Core Zone:  410 |
| Total Air Pkgs: | Pickup Time:  1030 |
| Driver Number:  5456 |
| Driver Signature: |

| This section to be completed for spotted trailers |
|---|
| Shipper load? | Trailer #: |

| | Ground | GNT |
|---|---|---|
| Preprinted Bar Codes | | |
| Used: | 0 | 0 |
| Voids: | 0 | 0 |
| Total Packages: | 10 | 0 |
| Total International Packages: | 0 | |

Pickup #:089
FSM2361

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of 2

### Buyer:

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098

ROBIN INDUSTRIES INC
HOLMCO INDUSTRIES DIV
P.O. Box 188
WINESBURG  OH  44690

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550264298 | 14-Jan-2009 |
| Version | |
| 05-Mar-2009  05:28:53 EST | |

### Deliver to:

DELPHI P MEOQUI
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Carr. Panamericana Km. 1588 y Calle
33130 MEOQUI-MEOQUI
MEXICO

| Vendor No: | 1008294 |
|---|---|
| DUNS No: | 101506459 |

| Payment Terms: | ZMN2 | Currency: | USD |
|---|---|---|---|
| Payment settled on 2nd day, 2nd Month | | | |

| Incoterms: | FOB- Freight Collect |
|---|---|

*** *Condition record changed*
*** *Text changed*

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00010 | 15359214 | 5958 | FV58 DELPHI P MEOQUI | | | |
| | GROM TAPE ON | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Dec-2008 | 31-Dec-2008 | USD | 634.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 628.29 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

Purchasing Contact: Colorbio, Gabriela

Phone:  915-612-4660

Fax:  915-612-4767

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO  TX  79906-5301

MAR 3 0 2009

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed:  05-Mar-2009  05:28:53 EST