Robin Mexicana, S. de R.L. de C.V.
Delphi US Accounts Receivable
Administrative Proof of Claim
February 10, 2010

| Invoice | Ship Date | Total Value |
|---------|-----------|------------|
| 9334 | 3/10/2008 | $ 3,806.88 |
| 9585 | 11/13/2008 | $ 1,508.98 |
| 9628 | 11/21/2008 | $ 7,169.65 |
| 9694 | 4/12/2008 | $ 4,023.94 |
| 9729 | 11/12/2008 | $ 3,898.19 |
| 9735 | 12/15/2008 | $ 4,023.94 |
| 9760 | 12/1/2009 | $ 4,023.94 |
| 9937 | 02/17/2009 | $ 413.60 |
| 10001 | 4/3/2009 | $ 119.65 |
| 10198 | 04/16/2009 | $ 95.39 |
| 10301 | 7/5/2009 | $ 93.44 |
| 10302 | 7/5/2009 | $ 105.00 |
| 10539 | 06/26/2009 | $ 93.44 |
| 10587 | 6/7/2009 | $ 95.39 |
| 10626 | 10/7/2009 | $ 1,121.38 |
| 10647 | 07/13/2009 | $ 900.00 |
| 10989 | 08/31/2009 | $ 1,550.00 |
| | Total | $ 33,042.81 |



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No. 09334

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

SOLD TO / VENDIDO A :                          SHIP TO / EMBARCAR A :

| CUSTOMER ORDER No. ORDEN DE COMPRA No. : | | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE | | | |
|---|---|---|---|---|---|
| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
| | | | | | |

| QUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| | DELIVERY DATE 01-OCT-2005 | | | 3,806.86 |

CEDULA DE IDENTIFICACION FISCAL

RME9960271M6

ROBIN MEXICANA S DE RL DE CV

C 485686

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL 15% IVA TOTAL | $3,806.86 |
|---|---|---|
| Three thousand eight hundred six Dollars 00/100 USD | | $0.00 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 9,001 AL 10,000. F. IMP. AGOS/2008  F. CAD. AGOS/2010.  APROBACION DEL SAT NUMERO: 14714007.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008.  LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

# DELPHI

Packard Electric Systems

Page 1 of 3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098
EE.UU.

**Deliver to:**

DELPHI P LINARES
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
AVE. LOS ALAMOS #80
67755 CD. LINARES-PROVILEON

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Purchase Order

PO Number
450783172
Version
26-Sep-2008  04:50:40 EST

Date Issued
25-Sep-2008

Delivery date:  01-OCT-2008

Vendor No:  1014165
DUNS No:  812535193

**Payment Terms:** ZMN2          **Currency:** USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester | | |
|---|---|---|---|---|---|
| 00010 | OVERTIME | 1.000 | FW86 DELPHI P LINARES | | |
| | OVERTIME REQUIRED | | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 01-OCT-2008 | 1.000 | 3,806.88 | 1 | EA | 3,806.88 |
| Net Line Item Value | | | | USD | 3,806.88 |

| **Total net value** | USD | 3,806.88 |
|---|---|---|

Purchasing Contact: Colorbio, Gabriela
Phone:  915-612-4660
Fax:  915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

Date and Time Printed:  26-Sep-2008 04:50:40 EST

2



**ROBIN MEXICANA S. DE R.L. DE C.V.**
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830 Fax : (442) 221-5829

INVOICE No.
FACTURA No. 09585

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A :**
01-305200 DELPHI PACKARD ELECTRIC SYSTEM 3052
TAXID151285238  CP. 48098
DELPHI DRIVE #5725
TROY    MICHIGAN USA

CISCO CODE
60852

**SHIP TO / EMBARCAR A :**
PROL. AVE. LAS AMERICAS KM 1
PANAMERICANA
31200
CHIHUAHUA  CHIHUAHUA MEXICO

| CUSTOMER ORDER No.   P5020116 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT |
|---|---|
| ORDEN DE COMPRA No. : | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA 13/NOV/08 | TERMS CONDICIONES Immediate | SALESPERSON VENDEDOR (A) JOHN NORRIS | INTERCOM F.C.A | DATE SHIP FECHA EMBARQUE 13/NOV/08 | SHIPPED VIA VÍA DE EMBARQUE V1 |
|---|---|---|---|---|---|

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 3000 | 7258    TAXI GROM TAPE ON<br>P.N 12176870    ctns 2    1500 Pcs Each on<br>TARIFF CLASS No    4016.93.01 | 0.1695 | PZA | 508.50 |
| 2000 | 7041    GROM<br>P.N 13512891    ctns 1    2000 Pcs Each on<br>TARIFF CLASS No    4016.93.01 | 0.1139 | PZA | 227.80 |
| 3360 | 7043-A    ASM GROM DOOR CDT<br>P.N 13543950    ctns 48    70 Pcs Each one<br>TARIFF CLASS No    4016.93.01 | 1.3819 | PZA | 4,643.18 |
| 1440 | 7440-A    13574274<br>P.N 13574274    ctns 12    120<br>TARIFF CLASS No    4016.93.01 | 1.0479 | PZA | 1,508.98 |
| 140 | 7059-A    ASM GROM DOOR CDT<br>P.N 13575696    ctns 2    70 pcs. each on<br>TARIFF CLASS No    4016.93.01 | 2.2300 | PZA | 312.20 |

Skids    3    kg
Grossweight 802    kg
Net weight 704    kg

CEDULA DE IDENTIFICACION FISCAL

CLAVE DE CEDULA DE IDENTIFICACION
RME990827LM6
NOMBRE, DENOMINACION O RAZON SOCIAL
ROBIN MEXICANA S DE RL DE
CV

C 485606

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 7,200.66 |
|---|---|---|
| | 15% IVA | 0.00 |
| (SEVEN THOUSAND AND TWO HUNDRED DOLARES 66/100 USD) | TOTAL | 7,200.66 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 9,001
AL 10,000  F. IMP AGOS/2008  F. CAD. AGOS/2010  APROBACION DEL SAT NUMERO: 14714007  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT A PARTIR DEL 19 DE MARZO DEL 2008

# Ryder®

## PROOF OF DELIVERY / PRUEBA DE ENTREGA

| MEXICO WEST OPERATION | USA - EL PASO |
|---|---|
| Ryder de Mexico, S.A. de C.V. | Ryder Integrated Logistics |
| Ave. del Charro #1620-B | 48 Walter Jones Blvd. |
| Col. Magnaplex | El Paso, TX 79906 |
| Cd. Juarez, Chihuahua C.P. 32420 | 915-783-4675 |
| 666-627-1001, 1002 | 915-783-4204 |

Supplier / Proveedor: ROBIN MEXICANA S. DE R.L. DE C.V.

Trailer # / Numero de Caja: T - 40  C - 464

Authorization # / No. de Autorizacion: PLACAS 916 - DZ - 8

Carrier / Transportista: AUTO FLETES CHIHUAHUA

Driver(s) / Chofer(es): MIGUEL MENDOZA

CARTA PORTE: 33626

Received by (plant): 13 NOV 2008

| Packing Slip/Invoice # No. de factura Remision | Qty of skids Cant. de bultos | Qty of boxes Cant. de cajas | Peso neto | Peso Bruto | Received by (driver) Recibido por (operador) | Date Fecha | Destination Destino | Received by (plant) Recibido por (planta) | Date Fecha |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | | 3049 | | |
| 0 | 0 | 0 | 0 | 0 | | 13/Nov/08 | 3099 | | |
| 9580-9581 | 7 | 157 | 1639 | 1863 | | 13/Nov/08 | 3300 | | |
| 9582 | 5 | 76 | 904 | 1064 | | 13/Nov/08 | 3700 | | |
| 9583 | 1 | 10 | 85 | 111 | | 13/Nov/08 | 3038 | | |
| 9584 | 1 | 3 | 26 | 41 | | 13/Nov/08 | 5000 | | |
| 0 | 0 | 0 | 0 | 0 | | 13/Nov/08 | 3051 | | |
| 9585 | 3 | 65 | 704 | 802 | | 13/Nov/08 | 5200 | | |
| 9586 | 3 | 61 | 512 | 600 | | 13/Nov/08 | 5300 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 3057 | | |
| 9587 | 4 | 53 | 781 | 900 | | 03/May/85 | 3058 | | |
| 9589 | 1 | 16 | 236 | 269 | | 03/May/85 | 5900 | | |
| TOTALES | 25 | 425 | 4650 | 5381 | | | | | |

Página 1 de 1

Hewlett Packard Plant 52 - Chihuahua          9585          Todos los ítems    Ningún filtro

Organizar por  Parte

| Parte | Contra-Referencia | Estado | Cantidad | Fecha / Hora | ID de Embarque | ETA | Tipo | Enviado por | Número Línea | Tipo | Cantidad | Pedido Creado por |
|-------|-------------------|--------|----------|--------------|----------------|-----|------|-------------|--------------|------|----------|-------------------|
| | | | | | | Próximo Embarque | | | | | | |
| 12176870 | 7259 | | 3000 | 11/14/08 08:52 | 9585 | 11/18/08 08:52 | Aviso Previo de Embarque | robin.mex | | | | |
| 13512891 | 7041 | | 2000 | 11/14/08 08:52 | 9585 | 11/18/08 08:52 | Aviso Previo de Embarque | robin.mex | | | | |
| 13543950 | 7043-A | | 3360 | 11/14/08 08:52 | 9585 | 11/18/08 08:52 | Aviso Previo de Embarque | robin.mex | | | | |
| 13574274 | 7440-A | | 1440 | 11/14/08 08:52 | 9585 | 11/18/08 08:52 | Aviso Previo de Embarque | robin.mex | | | | |
| 13575696 | 7059-A | | 140 | 11/14/08 08:52 | 9585 | 11/18/08 08:52 | Aviso Previo de Embarque | robin.mex | | | | |



# Qro-Chihuahua-Juarez

AFC
JD7-IVO

13 NOV 2008

| FROM | ARRIVE Time | ARRIVE Date | DEPARTURE Time | DEPARTURE Date |
|---|---|---|---|---|
| QUERETARO — FREUDENBERG | 07:00 | Thursday | 08:00 | Thursday |
| QUERETARO — HALBERG | 09:00 | Thursday | 09:45 | Thursday |
| QUERETARO — PROCOMSA | 10:00 | Thursday | 11:00 | Thursday |
| QUERETARO — ROBM MEX | 12:00 | Thursday | 13:00 | Thursday |
| QUERETARO — VOSCO | 13:30 | Thursday | 14:30 | Thursday |
| CHIHUAHUA — CHIH 1 | 17:00 | Friday | 18:00 | Friday |
| CHIHUAHUA — CHIH BASE | 22:30 | Friday | 02:30 | Monday |
| CD. JUAREZ — RRE VII | 08:00 | Monday | 08:00 | Monday |
| CD. JUAREZ — RRE XXII | 10:00 | Monday | 11:00 | Monday |
| CD. JUAREZ — SEC | 11:30 | Monday | 14:30 | Monday |



**Autofletes Chihuahua, S.A. de C.V.**
www.autofletes.com

REG. PUBLICO No. 151 CONVENIO INDUSTRIAL CHIHUAHUA
CHIHUAHUA, CHIH. MEXICO TEL. (014) 463-2230 463-2230 463-3248
FAX (614) 424-5344 LADA SIN COSTO 01-800-623-4521
R.F.C. AICH-811230-IR4
CONTRIBUYENTE DEL REGIMEN SIMPLIFICADO

| CARTA PORTE |
|---|
| No 38626 |

LUGAR Y FECHA DE EXPEDICION: Chihuahua, Chih.   A  13  de  Noviembre  DE  2008

ORIGEN: Querétaro / Chih. / Juárez

REMITENTE: **V A R I O S**

R.F.C.  **V A R I O S**

DOMICILIO:

SE RECOGERA EN:

DESTINO: Cd. Juárez, Chih.

DESTINATARIO: Ryder Capital, S. de R.L. de CV

R.F.C.  RCA - 940729 - 470   C.P. 32420

DOMICILIO: Ave. Del Charro No. 1620-B Col. Magnaplex

SE ENTREGARA EN: Delphi Chih 1 / Juárez RBE 7, Delphi 68/40, SI

VALOR DECLARADO:     CONDICIONES DE PAGO: Flete x cobrar     CUOTA POR TONELADA: Convenio

| BULTOS | | QUE EL REMITENTE DICE CONTIENEN | PESO | VOLUMEN | | CONCEPTO | IMPORTE |
|---|---|---|---|---|---|---|---|
| NUM. | EMBALAJE | | | MTS.3 | PESO ESTIMADO | | |
| 1 | | LOTE DE PRODUCTOS SEGÚN RELACION ANEXA | | | | FLETE | $  1,410. |
| | | | | | | SEGURO | |
| | | 13 NOV 2008 | | | | MANIOBRAS | |
| | | | | | | AUTOPISTAS, LIBRAMIENTOS Y TRANSBORDADORES | |
| | | | | | | OTROS | |
| | | | | | | IMPORTE | $  1,410. |

CANTIDAD CON LETRA: Son Mil Quinientos Sesenta y Cinco Dolares 10/100 USD

| | | |
|---|---|---|
| I.V.A. 15% | $ | 211. |
| SUBTOTAL | $ | 1,621. |
| | | 56 |
| TOTAL | $ | 1,565. |

POR ESTE PAGARE ME(NOS) OBLIGO(AMOS) A PAGAR INCONDICIONALMENTE A LA ORDEN DE AUTOFLETES DE CHIHUAHUA, S.A. DE C.V. EN ESTA CIUDAD EL
LA CANTIDAD DE $
SI ESTE PAGARE NO ES PAGADO A SU VENCIMIENTO, ME OBLIGO A PAGAR INTERESES MORATORIOS A RAZON DEL _____ DESDE LA FECHA DE
VENCIMIENTO HASTA LA FECHA DE SU LIQUIDACION. IMPORTE DE MERCANCIAS Y MANO DE OBRA RECIBIDAS A ENTERA SATISFACCION. CON KILOMETRO 0 AL
LOS TRIBUNALES JUDICIALES QUE ELIJA EL ACREEDOR RENUNCIANDO AL FUERO DE MI DOMICILIO.

FIRMA:

OBSERVACIONES: RUTA: JD 74

OPERADOR: MIGUEL MEND...

CAMION: T 40 C 464

RECIBI DE CONFORMIDAD
FIRMA DEL DESTINATARIO

13 NOV 2008
RECIBIDO

IMPRESION OCTUBRE 2008, VIGENCIA OCTUBRE DEL 2008 A
SEPTIEMBRE DEL 2010. FOLIOS DEL 33001-C AL 35000-C.
NUMERO DE APROBACION DEL SISTEMA DE CONTROL DE
IMPRESORES AUTORIZADOS 16261168 (IO/OCTUBRE/2008)

"Impuesto retenido de conformidad con la ley del Impuesto al Valor Agregado según artículo 32 fracción III de la mencionada ley".
EFECTOS FISCALES AL PAGO    PAGO EN UNA SOLA EXHIBICION

F18-R2-060R

---

*** All times are Displayed in Easte...

**Integrated Logistics**

Carrier Contact

Attn: Arturo Cortez
Phone: 1152656271001
Fax: 6271003

Route # JD74

Equipment:
53 FT STANDARD - N

| SEQ | PID | ID | NAME | ADDRESS | Route # | | Destination | Destination Name | Liaison |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Pick | 812678066 | FREUDENBERG NOK DE MEXICO SA DE CV | Circuito El Marques 114 Parque Ind. El Marques | | | 39001 | DELPHI-PT-SEC | Cesar Gomez |
| 2 | Pick | 672318561 | Halберg Promoцин | Ave de las Fuentes #2 | | | 40932 | DELPHI-S-PLANT 68/40 | Cesar Gomez |
| 3 | Pick | 812545441 | Procesos Combinados SA De CV | Cerro Del Toronja no. 2 CV | | | 60852 | DELPHI-P-CHIHUAHUA | Cesar Gomez |
| 4 | Pick | 812635543 | ROBIN MEXICANA S DE R L DE CV | Av Las Misiones #9 Bernardo | | | 60841 | DELPHI-P-RBE VII | Cesar Gomez |
| 5 | Drop | 812635058 | WOOD-MAXTECH SA DE CV | Av De Las Fuentes | | | | | |
| 6 | Drop | 40652 | CHIHUAHUA | Octavio Paz 117 | | | | | |
| 7 | Drop | 39001 | CHIHUAHUA | | | | | | |
| 8 | Drop | 40932 | | Parque Industrial no 8 S/N | | | | | |
| 9 | Drop | 60852 | | Ave Antonio B-mudez no 1230 | | | | | |

ADDITIONAL INFORMATIC...

Comments:

## SALIDA DE TRANSPORTISTA

### A) INFORMACIÓN DEL TRANSPORTISTA

**COMPAÑIA:** AFC

**FECHA** 13/XI/08

**UNIDAD**
Trailer ☑
Otro (especificar) ☐

**CAJA:** 464
**TRACTOR:** 40
**PLACAS:** 916 028
**SELLO:**
**OPERADOR:** Miguel Mendoza
**CARTA PORTE** 33626

**FIRMA**

9589

**REMISIONES** 9580, 9581, 9582, 9583, 9584, 9585, 9586, 9587
**TARIMAS** 25
**OBSERVACIONES**

Entro 16:05
Salida 16:55

### B) EVALUACIÓN AL TRANPORTISTA:

|  | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ☑ |
| 2. LIMPIEZA DE LA CAJA | | | ☑ |
| 3. SERVICIO y PRESENTACION (Operador) | | | ☑ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | ☑ | **Requeridos por Robin** |

**NC=No conforme, MED=Medio, B=Bien

### C) LAY OUT DE CARGA

1er. nivel

| | |
|---|---|
| | |
| | |
| 5300 | 5300 |
| 3300 | 3300 |
| 3300 | 3300 |
| 3300 | 3300 |
| FU3700 | FU3700 |
| FU3700 | FU3700 |
| 3300 | FU3700 |
| 3800 | 5200 |
| 5200 | 5200 |
| 5900 | 5800 |
| 5800 | 5800 |

2do. nivel

**a ESTIBA**

| | 13 NOV 2008 |
|---|---|
| | |
| | |
| | |
| | 5300 |
| 5000 | |
| 5800 | |
| | |

FDP9006-0400    PURCHASE ORDER CHANGE - EFFECTIVE 01-01-08
VAL102

PEDP5020116 053

# DELPHI

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 812535193-P01 / 812535193-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:  ROBIN MEXICANA, S. DE R.L. DE C.V.

PURCHASE ORDER    PEDP5020116 053

AV LAS MISIONES #9, IND BERNAR          ORDER DATE 10-13-05

EL MARQUES, QUERETARO    MX MX 76246  MX          REF. INQ. NO.

PRICES IN USD              EXPIRATION  12-31-08          REVISION DATE 01-08-08
      FREIGHT TERM                        SHIPPING POINT          PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT          N/A                    2ND DAY OF 2ND MONTH

      TITLE TRANSFER                SHIPPING INSTRUCTION          BUYER
TITLE TRANSFER OUR PLANT          REFER TO P.O. CLAUSE BELOW          02

```
:
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:
*****************************************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACTURER'S AFFIDAVITS
SHOULD BE SENT TO:
      DELPHI CORPORATION
      M/C 480-410-228 5825 DELPHI DRIVE
      TROY, MI 48098
      ATTN: LAURA JAKOB
:
      FAX: 248-813-1411

SHIPPING INSTRUCTIONS / SHIP VIA:
*****************************************************************
SUPPLIERS ARE REQUIRED TO SHIP VIA DELPHI PACKARD CERTIFIED CARRIERS AS
DIRECTED BY PROCUREMENT.  ALL ROUTING INSTRUCTIONS CAN BE VIEWED ON THE
COVISINT SUPPLIER PORTAL WEB SITE UNDER SUPPLIER BULLETIN #10029 OR BY
CALLING THE DELPHI PACKARD LOGISTICS DEPARTMENT AT 915-612-4908.
*****************************************************************

THIS REQUIREMENTS CONTRACT IS FOR 100% UNLESS OTHERWISE SPECIFIED.
*****************************************************************

UPDATE PRICING AND LEAD DAYS FOR P/N
13574274.
KH/JS/MC
```

REVISIONS TO PART                                        PRICE/UOM
      13574274          CHARGE % A 100                1047.9000/MPC

DELIVER-TO      STA DEPT GEN-LED  ACCT DEPT/POM  W.O.  PROJ DEBIT JOB-NUMBER  CODE
GLOBAL                80100      80100                                        A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS: AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS  PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted.  When requested - acceptance must be executed on acknowledged copy
which must be returned to Buyer.
This order, including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representatives.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

KIMBERLY G HALEY
PHONE 330 373-7424                        BUYER

TROY ZERBE

PAGE  2  OF 4

FDP9006-0400   PURCHASE ORDER CHANGE - EFFECTIVE 01-01-08
VAL102

PEDP5020116 053

PURCHASE ORDER NUMBER MUST APPEAR ON
ALL INVOICES, PACKING SLIPS, BILLS OF
LADING, AND RELATED DOCUMENTS.

# DELPHI

DELIVER TO:  GLOBAL RECEIVIN
RECEIPT BY ASN
WARREN                    OH 44483

VENDOR CODE

DUNS: 812535193-P01 / 812535193-C01

PLEASE ENTER OUR ORDER/REVISION AS LISTED
HEREON, SUBJECT TO TERMS AND CONDITIONS
CONTAINED WITHIN.

TO:   ROBIN MEXICANA, S. DE R.L. DE C.V.

PURCHASE ORDER   PEDP5020116 053

AV LAS MISIONES #9, IND BERNAR

ORDER DATE  10-13-05

EL MARQUES, QUERETARO    MX MX 76246  MX

REF. INQ. NO.

PRICES IN USD                EXPIRATION  12-31-08          REVISION DATE 01-08-08
       FREIGHT TERM                 SHIPPING POINT              PAYMENT TERM
FOB-OUR PLANT FREIGHT COLLECT            N/A              2ND DAY OF 2ND MONTH

       TITLE TRANSFER               SHIPPING INSTRUCTION              BUYER
TITLE TRANSFER OUR PLANT       REFER TO P.O. CLAUSE BELOW              02

LEAD-DAYS   STD-PACK CONTR  ALT-UOM  CONV-FACTOR   COO
   28        100    CTN                            MX
       REVISE PRICE FROM                        1040.0000/MPC
          TO                                    1047.9000/MPC.

DELIVER-TO        STA DEPT GEN-LED   ACCT DEPT/POM  W.O.   PROJ DEBIT JOB-NUMBER   CODE
GLOBAL                   80100        80100                                        A

T-98000623

NO SALES OR USE TAX. EXEMPT PER PERMITS:  AZ 07-379796-T, MS 902, OH T-98000623, TX 3-0001-8279-7
NO CHANGE OR DEVIATION FROM PRINTS, SPECIFICATIONS, OR MATERIALS PERMITTED WITHOUT BUYER APPROVAL.

IMPORTANT NOTICE: UNLESS YOU NOTIFY THE BUYER AND OBTAIN A
FORMAL REVISION FROM HIM PRIOR TO SHIPMENT, THE PRICES ON THIS
ORDER ARE THE MAXIMUMS THAT WILL BE PAID AGAINST INVOICES FOR
MATERIAL OR SERVICES SUPPLIED.

IMPORTANT: This order is not binding until accepted. When requested - acceptance must be executed on acknowledgement copy
which must be returned to Buyer
This order including the terms and conditions contained within, contains the complete and final agreement
between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be
binding upon Buyer unless made in writing and signed by Buyers authorized representative.

Delphi Automotive Systems LLC
c/o Delphi Packard
P.O. Box 431   Warren, Ohio 44486

KIMBERLY G HALEY
PHONE 330  373-7424                    BUYER

TROY ZERBE

PAGE   3   OF 4



ROBIN MEXICANA S. DE R.L. DE C.V
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Oro.
Tel : (442) 221-5830   Fax : (442) 221-5829

INVOICE No.
FACTURA No. 09628

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A .**

CL-01FM00 DELPHI PACKARD ELECTRIC SYSTEM 01FM   DISCO CODE
TAXID151265238  CP.  48098                       6061I
DELPHI DRIVE #5725
TROY     MICHIGAN  USA

**SHIP TO / EMBARCAR A :**

MINES ROAD #13701

78045
LAREDO    TEXAS    USA

| CUSTOMER ORDER No. | 550169450 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER  DATE OD SHIPMENT |
|---|---|---|
| ORDEN DE COMPRA No. : | | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
|---|---|---|---|---|---|
| 21/NOV/08 | Immediate | JOHN NORRIS | F.C.A | 21/NOV/08 | J2 |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 1920 | 7440-A     13574274 | 1.0479 | PZA | 2,011.97 |
|  | P.N 13574274     ctns 16     120 |  |  |  |
|  | TARIFF CLASS No     4016.93.01 |  |  |  |
| 3300 | 7053     GROMMET DOOR CDT | 0.8495 | PZA | 2,803.35 |
|  | P.N 13575694     ctns 22     150 Pcs Each on |  |  |  |
|  | TARIFF CLASS No     4016.93.01 |  |  |  |
| 1960 | 7048     GROM DOOR CDT | 0.4439 | PZA | 870.04 |
|  | P.N 13599526     ctns 7     280 Pcs each on |  |  |  |
|  | TARIFF CLASS No     4016.93.01 |  |  |  |
| 2080 | 7042     GROMM | 0.7136 | PZA | 1,484.29 |
|  | P.N 15488735     ctns 16     130 PCS. EACH ON |  |  |  |
|  | TARIFF CLASS No     4016.93.01 |  |  |  |

CEDULA DE IDENTIFICACION FISCAL

CLAVE DEL REG. FED. DE CONTRIBUYENTE

RME990827LM6

ROBIN MEXICANA S. DE R.L. DE
C.V

Skids     4
Grossweight 974     Kg
Net weight 845     Kg

| CANTIDAD CON LETRA : AMOUNT : | | |
|---|---|---|
|  | SUB-TOTAL | 7,169.65 |
|  | 15% IVA | 0.00 |
| (SEVEN THOUSAND AND ONE HUNDRED AND SIXTY NINE DOLARES 65/100 USD) | TOTAL | 7,169.65 |

C 485686
QRO-55 EO 29761
Serie Libro (A-V)

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631115-1GA, SAN JUAN DEL RIO, QRO.   AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 9,001
AL 10,000. F.IMP. AGOS/2008. F. CAD. AGOS/2010.  APROBACION DEL SAT NUMERO: 14714007.  FECHA EN QUE SE INCLUYO  LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008. LA
REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.



# Ryder®

## PROF. Of. DELIBERA / PRUEBA DE ENTREGA

MEXICO EAST OPERATIONS
Ryder de Mexico, S.A. de C.V.
Carretera Piedras Negras K.M. 7.5
Nuevo Laredo Tamaulipas CPP.88000
867-71-13-90
656-627-1001, 1002

Supliré / Proveedor: ROBIN MEXICANA S. DE R.L. DE CV.
Trailer # / Numero de Caja: T - 02    C - 3058
Autorización # / No. de Autorización: PLACAS  070  DK 6
Cariar / Transportista: ACCION
Driver(s) / Chofer(es): RAUL SEGOBIA

CARTA PORTE

13920  sellos          0124450-0124453

Received by (driver) / Recibido por (operador): [signature]

Received by (plant) / Recibido por (planta): [ROBIN MEXICANA stamp / EMBARCADO  2 1 NOV 2008]

| Parking Slip/Invoice #<br>No. de factura Remision | Qty of skids<br>Cant. de bultos | Qty of boxes<br>Cant. de cajas | Peso Neto | Peso Bruto | Date<br>Fecha | Destination<br>Destino | Date<br>Fecha |
|---|---|---|---|---|---|---|---|
| 9628 | 4 | 61 | 845 | 974 | 21/Nov/08 | F W 80 | |
| 0 | 0 | 0 | 0 | 0 | 21/Nov/08 | F W 99 | |
| 9629 | 1 | 9 | 126 | 154 | 21/Nov/08 | F W 81 | |
| 0 | 0 | 0 | 0 | 0 | 21/Nov/08 | F W 82 | |
| 9630 | 6 | 120 | 1,634 | 1,840 | 21/Nov/08 | F W 86 | |
| 0 | 0 | 0 | 0 | 0 | 21/Nov/08 | FW91 | |
| 9631 | 1 | 6 | 91 | 109 | 21/Nov/08 | F W 92 | |
| | 12 | 196 | 2,696 | 3,076 | | | |

◄4

| Parte | Contra-Referencia | Estado | | Cantidad | Fecha / Hora | Próximo Embarque | | |
|-------|-------------------|--------|---|----------|--------------|---------|-----|---|
| | | | | | | ID de Embarque | ETA | |
| 13574274 | 7440-A | 15240 | | 1920 | 11/22/08 00:53 | 9628 | N/A | Aviso P |
| | | 25000    55000 | | | | | | |
| 13575694 | 7053 | 1050 | | 3300 | 11/22/08 00:53 | 9628 | N/A | Aviso P |
| | | 25000    56000 | | | | | | |
| 13599526 | 7048 NO HAY PO | 0      1360 | | 1960 | 11/22/08 00:53 | 9628 | N/A | Aviso P |
| | | 3500 3500 | | | | | | |
| 15488735 | 7042 | 3900 | | 2080 | 11/22/08 00:53 | 9628 | N/A | Aviso P |
| | | 20000    47000 | | | | | | |

Delphi Packard - Laredo DC          9628          Todos los ítems     Ningún fil



## SALIDA DE TRANSPORTISTA

**A) INFORMACIÓN DEL TRANSPORTISTA**

| | |
|---|---|
| COMPAÑIA: | *ACCION* |
| FECHA | 21/IX/08 |
| CAJA: | 3058 |
| TRACTOR: | 02 |
| PLACAS: | 070 DKG |
| SELLO: | 0174050-0114453 |
| OPERADOR: | Raul Segura |
| CARTA PORTE | 13920 |
| FIRMA | Raul Segura |

UNIDAD

Otro (espec) ___ EUROBIN MEXICANA

21 NOV 2008

EMBARCADO

| | |
|---|---|
| REMISIONES | 9628 - 9629 - 9630 - 9631 |
| TARIMAS | 17 |
| OBSERVACIONES | Entro 17:35 / 18:25 |

**B) EVALUACIÓN AL TRANSPORTISTA:**

| | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ✓ |
| 2. LIMPIEZA DE LA CAJA | | | ✓ |
| 3. SERVICIO y PRESENTACIÓN (Operador) | | | ✓ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | ✓ | ← Requeridos por Robin |

**NC=No conforme, MED=Medio, B=Bien

**C) LAY OUT DE CARGA**

1er. nivel | 2do. nivel | a ESTIBA

1er. nivel:
- FW80
- FW80  FW80
- FW80  FW81
- FW86  FW86
- FW86  FW86
- FW86  FW86
- FW92

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of  4

### Buyer:

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

### Deliver to:

DELPHI P LAREDO DC
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
13701 MINES RD
LAREDO  TX  78045
EE.UU.

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169450 | 20-Jun-2007 |
| Version | |
| 07-Apr-2009  04:45:13 EST | |

| Vendor No:  1014165 |
|---|
| DUNS No:  812535193 |

| **Payment Terms:**  ZMN2 | **Currency:**   USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:**   FOB- Freight Collect |
|---|

* * *  *Text changed*

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00260 | 13574274 | | FW80 DELPHI P OUTSIDE SALES | | | |
| | ASM GROM DOOR CDT | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 10-Apr-2008 | 13-Apr-2008 | USD | 1,205.60 | 1,000 | PC |
| | *14-Apr-2008 | 31-Dec-2008 | USD | 1,047.90 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 1,047.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * *  *Condition record changed*
* * *  *Net price changed*

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax: 915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 8

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**
DELPHI P LAREDO DC
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
13701 MINES RD
LAREDO TX 78045
EE.UU.

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169450 | 20-Jun-2007 |
| Version | |
| 19-Jan-2009 15:23:45 | |

Vendor No:  1014165
DUNS No:  812535193

**Payment Terms:** ZMN2    **Currency:** USD

Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00320 | 12084632 SLEV IGN BOOT    BLK | FW80 DELPHI P OUTSIDE SALES | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 16-Dec-2008 | 31-Dec-2009 | USD | 90.63 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00020 | 12110414 GROM TAPE ON T.ON GROMMET | FW80 DELPHI P OUTSIDE SALES | | | | |
|---|---|---|---|---|---|---|

************************
DGSS # 85023

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Date and Time Printed:  19-Jan-2009 15:23:45

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  8

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169450 | 20-Jun-2007 |
| Version | |
| 19-Jan-2009  15:23:45 | |

| Item No. | Material No. Description | | Plant | | | |
|---|---|---|---|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 03-Dec-2008 | 31-Dec-2009 | USD | 497.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00010    13531159                              FW80 DELPHI P OUTSIDE SALES
         GROM TAPE ON
         GROMMET TAPE
         *****************************
         REF: DGSS# 151309; 025AP08J
         2006 THRU 2009 - $373.90/MPC

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 18-Jun-2007 | 31-Dec-2007 | USD | 373.90 | 1,000 | PC |
| | 01-Jan-2008 | 19-Mar-2008 | USD | 373.90 | 1,000 | PC |
| | 27-Jun-2008 | 31-Dec-2008 | USD | 373.90 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 373.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00050    13543950                              FW80 DELPHI P OUTSIDE SALES
         ASM GROM DOOR CDT
         GROMMET ASSEMBLY
         *****************************
         REF: DGSS# 152509

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 18-Jun-2007 | 31-Dec-2007 | USD | 1,381.90 | 1,000 | PC |
| | 01-Jan-2008 | 31-Dec-2008 | USD | 1,381.90 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 1,381.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00260    13574274                              FW80 DELPHI P OUTSIDE SALES
         ASM GROM DOOR CDT
         Leadtime: 10  Std. Pack: 300

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 10-Apr-2008 | 13-Apr-2008 | USD | 1,205.60 | 1,000 | PC |
| | 14-Apr-2008 | 31-Dec-2008 | USD | 1,047.90 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 1,047.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00060    13575694                              FW80 DELPHI P OUTSIDE SALES
         GROM DOOR CDT
         GROMMET DOOR CDT
         *****************************

# DELPHI

Delphi Packard Electrical/Electronic Architecture

| ROBIN MEXICANA S DE RL DE CV<br>AVE LAS MISIONES #9 PARQUE INDUSTRI<br>76246 EL MARQUES<br>MEXICO | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550169450<br>Version<br>19-Jan-2009  15:23:45 | Date Issued<br>20-Jun-2007 |

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Jun-2007 | 31-Dec-2007 | USD | 849.50 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 849.50 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 849.50 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00250    13581954                          FW80 DELPHI P OUTSIDE SALES
         GROM TAPE ON
         Leadtime: 15   Std. Pack: 350
         Vendor # 7069

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 20-Mar-2008 | 31-Dec-2008 | USD | 397.60 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 397.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00220    13589633                          FW80 DELPHI P OUTSIDE SALES
         ASM GROM DOOR CDT
         ***************************************
         2007 THRU 2008 - $1266.70/MPC
         REF: 026MM068  DGSS# 159392

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 16-Jul-2007 | 07-Oct-2007 | USD | 1,266.70 | 1,000 | PC |
| 08-Oct-2007 | 14-Jan-2008 | USD | 1,314.30 | 1,000 | PC |
| 15-Jan-2008 | 31-Dec-2008 | USD | 1,327.20 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,327.20 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00300    13599526                          FW80 DELPHI P OUTSIDE SALES
         GROM DOOR CDT

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 25-Nov-2008 | 31-Dec-2009 | USD | 443.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00280    13600872                          FW80 DELPHI P OUTSIDE SALES
         GROM TAPE ON
         13600872
         Leadtime: 10    Std. Pack: 200

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 16-Apr-2008 | 31-Dec-2008 | USD | 250.10 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 250.10 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00070    15336109                          FW80 DELPHI P OUTSIDE SALES
         GROM TAPE ON

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  5  of  8

| ROBIN MEXICANA S DE RL DE CV<br>AVE LAS MISIONES #9 PARQUE INDUSTRI<br>76246 EL MARQUES<br>MEXICO | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550169450 | Date Issued<br>20-Jun-2007 |
| | Version<br>05-Mar-2009  05:07:37  EST | |

| Item No. | Material No.<br>Description | | | Plant | | |
|---|---|---|---|---|---|---|
| | 13600872 | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 16-Apr-2008 | 31-Dec-2008 | USD | 250.10 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 247.85 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00070 | 15336109  70US | | | FW80 DELPHI P OUTSIDE SALES | | |
|---|---|---|---|---|---|---|
| | GROM TAPE ON | | | | | |
| | 15336109 | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Jun-2007 | 31-Dec-2007 | USD | 187.10 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 187.10 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 185.42 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed

| 00040 | 15488735  89042 | | | FW80 DELPHI P OUTSIDE SALES | | |
|---|---|---|---|---|---|---|
| | GROM TAPE ON | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Jun-2007 | 31-Dec-2007 | USD | 713.60 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 713.60 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 710.03 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * Condition record added
* * * Condition record changed
* * * Net price changed



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No. 09694

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A :**

CL-39FV92 DELPHI PACKARD ELECTRIC SYSTEM 32    CISCO CODE      60852
TAXID151265233B  CP.  48093
DELPHI DRIVE #5725
TROY       MICHIGAN  USA

**SHIP TO / EMBARCAR A :**

PROL. AVE. LAS AMERICAS NM 1
PANAMERICANA
31200
CHIHUAHUA  CHIHUAHUA  MEXICO

| CUSTOMER ORDER No. ORDEN DE COMPRA No. : | 5502478G5 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
|---|---|---|---|---|---|
| 04/DIC/08 | immediate | JOHN NORRIS | F.C.A | 04/DIC/08 | V1 |

| QUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 750. | 7166        GROMMET P.N  12110414    ctns 1      750 Pcs Each On TARIFF CLASS No   4016.93.01 | 0.1550 | PZA | 116.25 |
| 3000 | 7258        TAXI GROM TAPE ON P.N  12176870    ctns 2     1500 Pcs Each on TARIFF CLASS No   4016.93.01 | 0.1695 | PZA | 508.50 |
| 2000 | 7041        GROM P.N  13512891    ctns 1     2000 Pcs Each on TARIFF CLASS No   4016.93.01 | 0.1139 | PZA | 227.80 |
| 2590 | 7043-A       ASM GROM DOOR CDT P.N  13543950    ctns 37     70 Pcs Each one TARIFF CLASS No   4016.93.01 | 1.3819 | PZA | 3,579.12 |
| 3840 | 7440-A    13574274 P.N  13574274    ctns 32     120 TARIFF CLASS No   4016.93.01 | 1.0479 | PZA | 4,023.94 |
| 70 | 7059-A       ASM GROM DOOR CDT P.N  13575696    ctns 1     70 pcs. each on TARIFF CLASS No   4016.93.01 | 2.2300 | PZA | 156.10 |

CEDULA DE IDENTIFICACION FISCAL

RME9908271A16

ROBIN MEXICANA S DE RL DE CV

C 485686

Skids     4
Grossweight 1.014    Kg
Net weight  887    Kg

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 8,611.71 |
|---|---|---|
| | 15% IVA | 0.00 |
| (EIGHT THOUSAND AND SIX HUNDRED AND ELEVEN DOLARES 71/100 USD) | TOTAL | 8,611.71 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DE 2008.  CANT. 1,000 FOLIO DEL 9,001 AL 10,000  F. IMP. AGOS/2008 , F. CAD. AGOS/2010.  APROBACION DEL SAT NUMERO: 14714007  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DE 2008

# Ryder ®

## PROOF OF DELIVERY / PRUEBA DE ENTREGA

**MEXICO WEST OPERATIONS**
Ryder de Mexico, S.A. de C.V.
Ave. del Charro #1620-B
Col. Magnaplex
Cd. Juarez, Chihuahua C.P. 32420
656-627-1001, 1002

**USA - EL PASO**
Ryder Integrated Logistics
48 Walter Jones Blvd.
El Paso, TX 79906
915-783-4675
915-783-4204

Supplier / Proveedor: ROBIN MEXICANA S. DE R.L. DE C.V.
Trailer # / Numero de Caja: T- 55  C- 473
Authorization # / No. de Autorizacion: PLACAS- 069-DZ-8
Carrier / Transportista: AFC
Driver(s) / Chofer(es): JESUS MANUEL TORRES
CARTA PORTE: 34126

Stamp: 04 DIC 2003

| Packing Slip/Invoice # No. de factura Remision | Qty of skids Cant. de bultos | Qty of boxes Cant. de cajas | Peso neto | Peso Bruto | Received by (driver) Recibido por (operador) | Date Fecha | Destination Destino | Received by (plant) Recibido por (planta) | Date Fecha |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | 04/Dic/08 | 3049 | | |
| 0 | 0 | 0 | 0 | 0 | | 04/Dic/08 | 3099 | | |
| 0 | 0 | 0 | 0 | 0 | | 04/Dic/08 | 3300 | | |
| 9691 | 3 | 36 | 430 | 514 | | 04/Dic/08 | 3700 | | |
| 0 | 0 | 0 | 0 | 0 | | 04/Dic/08 | 3038 | | |
| 9692 | 1 | 7 | 60 | 78 | | 04/Dic/08 | 5000 | | |
| 9693 | 1 | 8 | 117 | 140 | | 04/Dic/08 | 3051 | | |
| 9694 | 4 | 74 | 887 | 1014 | | 04/Dic/08 | 5200 | | |
| 9695 | 1 | 2 | 23 | 38 | | 04/Dic/08 | 5300 | | |
| 0 | 0 | 0 | 0 | 0 | | 04/Dic/08 | 3057 | | |
| 9696 | 3 | 35 | 504 | 586 | | 03/May/85 | 3058 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 5900 | | |
| TOTALES | 13 | 162 | 2020 | 2369 | | | | | |

Printing

| Parte | Contra-Referencia | Estado | | Cantidad | Fecha / Hora | ID de Embarque | ETA |
|-------|-------------------|--------|--|----------|--------------|----------------|-----|

Delphi Packard Plant 52 - Chihuahua          9694          Todos los ítems    Ningún filt

Próximo Embarqu

| Parte | Contra-Referencia | Estado | Cantidad | Fecha / Hora | ID de Embarque | ETA |
|-------|-------------------|--------|----------|--------------|----------------|-----|
| 12110414 | 7166 | 1500 / 600 / 2350 | 750 | 12/04/08 13:47 | 9694 | 12/08/08 13:47 |
| 12176870 | 7258 | 6000 / 1800 / 10000 | 3000 | 12/04/08 13:47 | 9694 | 12/08/08 13:47 |
| 13512891 | 7041 | 6000 / 2152 / 9462 | 2000 | 12/04/08 13:47 | 9694 | 12/08/08 13:47 |
| 13543950 | 7043-A | 6160 / 1420 / 6000 | 2590 | 12/04/08 13:47 | 9694 | 12/08/08 13:47 |
| 13574274 | 7440-A | 3840 / 1900 / 7600 | 3840 | 12/04/08 13:47 | 9694 | 12/08/08 13:47 |
| 13575696 | 7059-A | 280 / 80 / 350 | 70 | 12/04/08 13:47 | 9694 | 12/08/08 13:47 |



## SALIDA DE TRANSPORTISTA

### A) INFORMACIÓN DEL TRANSPORTISTA

COMPAÑIA: *AFC*
FECHA: *04/XII/08*

CAJA: *473*
TRACTOR: *sc*
PLACAS: *069-DZ 8*
SELLO: *- -*
OPERADOR: *Jesus Torres*
CARTA PORTE: *34126*

FIRMA:

**UNIDAD**
Trailer ☑
Otro (especificar) ☐

REMISIONES: *9691, 9692 9693, 9694, 9695, 9696*
TARIMAS: *13*
OBSERVACIONES:
*Entra - 12:35 hrs*
*Salida.*

### B) EVALUACIÓN AL TRANSPORTISTA:

| | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ☒ |
| 2. LIMPIEZA DE LA CAJA | | | ☒ |
| 3. SERVICIO y PRESENTACIÓN (Operador) | | | ☒ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | ☒ |

*Requeridos por Robin*

**NC=No conforme, MED=Medio, B=Bien

### C) LAY OUT DE CARGA



1er. nivel

| 3+00 | 3+00 |
|---|---|
| 3+00 | S300 |
| F15030 | S10030 |
| FUSC | FUSC |
| FUS2 | FUSC |
| S800 | S800 |
| S800 | |

2do. nivel

a ESTIBA

04 DIC 2003
EMBARCADO

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page   1  of  3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI PLANT CHIHUAHUA I
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Parque Industrial Las Américas,
31200 Col. Panamericana

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58 EST | |

| Vendor No:  1014165 |
|---|
| DUNS No:   812535193 |

| **Payment Terms:** ZMN2 | **Currency:**  USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:**  FOB- Freight Collect |
|---|

*** *Text changed*

| Item No. | Material No.<br>Description | | Plant | | | |
|---|---|---|---|---|---|---|
| 00080 | 13574274<br>ASM GROM DOOR CDT | | FV52 DELPHI PLANT CHIHUAHUA I | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,047.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record changed*
*** *Net price changed*

Purchasing Contact: Colorbio, Gabriela

Phone:  915-612-4660

Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

Date and Time Printed:  28-Feb-2009  04:32:58 EST

# DELPHI

_____

Delphi Packard Electrical/Electronic Architecture

Page   2   of   3

---

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58  EST | |

---

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

---

Notes:

2/27/09: TO UPDATE PRICING ON PART NUMBER 13574274.
IG/IR

2/26/09: To add part number 13574274 (7440) for FW52.  ig/ir
12/18/08: Revision to update 2009 prices IG/RE ********************
10/30/08: revision to change buyer code.  ig/ir
10/30/08: TO CHANGE UNIT OF MEASURE ON PART NUMBER 13600872 AND ADJUST PRICING ACCORDINGLY.
IG/IR
*******************************************************************************************************
*************************************************************************************


***********************************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the
salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities,
please contact the appropriate Delphi's Buyer.


***********************************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this
contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing
by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this
contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific
Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and
understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of
the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and
Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract
(including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by
Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
***********************************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference
the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

***********************************************************************************
***********************************************************************************
***********************************************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  3

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| | |
|---|---|
| P.O. Number | Date Issued |
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58  EST | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

Notes Continued:

```
**********************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

******************************************************
******************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
This Contract replaces previous contract #  P5020116-R3.
*********************

******************************************************
Shipping Instructions / Ship VIA:
```

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.

```
******************************************************
```



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No. 09729

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A :**

DELPHI-PACKARD ELECTRIC SYSTEM S/
TAXID151265238  CP. 48098
DELPHI DRIVE #5725
TROY      MICHIGAN USA

CISCO CODE
60852

**SHIP TO / EMBARCAR A :**

FROL. AVE. LAS AMERICAS KM 1
PANAMERICANA
31200
CHIHUAHUA   CHIHUAHUA  MEXICO

| CUSTOMER ORDER No. ORDEN DE COMPRA No. : | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |
|---|---|
| 550247865 | |

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
|---|---|---|---|---|---|
| 11/DIC/08 | Immediate | JOHN NORRIS | F.C.A | 11/DIC/08 | V1 |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 1500 | 7166         GROMMET  P.N  12110414    ctns 2     750 Pcs Each On  TARIFF CLASS No.    4016.93.01 | 0.1550 | PZA | 232.50 |
| 3000 | 7258     TAXI GROM TAPE ON  P.N  12176870    ctns 2   1500 Pcs Each on  TARIFF CLASS No.    4016.93.01 | 0.1695 | PZA | 508.50 |
| 8000 | 7041     GROM  P.N  13512891    ctns 4   2000 Pcs Each on  TARIFF CLASS No    4016.93.01 | 0.1139 | PZA | 911.20 |
| 3290 | 7045-A     ASM GROM DOOR CDT  P.N  13543950    ctns 47    70 Pcs Each one  TARIFF CLASS No    4016.93.01 | 1.3819 | PZA | 4,546.45 |
| 3720 | 7440-A     13574274  P.N  13574274    ctns 31     120  TARIFF CLASS No    4016.93.01 | 1.0479 | PZA | 3,898.19 |
| 70 | 7059-A     ASM GROM DOOR CDT  P.N  13575996    ctns 1    70 pcs. each on  TARIFF CLASS No    4016.93.01 | 2.2300 | PZA | 156.10 |

CEDULA DE IDENTIFICACION FISCAL

RME990827LA16

ROBIN MEXICANA S DE RL DE
C.V.

Skids    5
Grossweight 1,176    Kg
Net weight  1,026    Kg

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 10,252.94 |
|---|---|---|
| | 15% IVA | 0.00 |
| (TEN THOUSAND AND TWO HUNDRED AND FIFTY TWO DOLARES 94/100 USD) | TOTAL | 10,252.94 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.   AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 9,001
AL 10,000. F. IMP AGOS/2008. F. CAD. AGOS/2010.  APROBACION DEL SAT NUMERO: 14714007.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008. LA
REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.