

# Ryder®

## PROOF OF DELIVERY / PRUEBA DE ENTREGA

| MEXICO WEST OPERATION | USA - EL PASO |
|---|---|
| Ryder de Mexico, S.A. de C.V. | Ryder Integrated Logistics |
| Ave. del Charro #1620-B | 48 Walter Jones Blvd. |
| Col. Magnaplox | El Paso, TX 79906 |
| Cd. Juarez, Chihuahua C.P. 32420 | 915-783-4675 |
| 656-627-1001, 1002 | 915-783-4204 |

Supplier / Provedor        ROBIN MEXICANA S. DE R.L. DE C.V.

Trailer # / Numero de Caja        T- 54   C-  438

Authorization # / No. de Autorizacion        PLACAS - 671 - DZ - 4

Carrier / Transportista        AUTOFLETES CHIHUAHUA

Driver(s) / Chofer(es)        JULIAN MENDOZA

CARTA PORTE        34296

| Packing Slip/Invoice #<br>No. de factura Remision | Qty of skids<br>Cant. de bultos | Qty of boxes<br>Cant. de cajas | Peso neto | Peso Bruto | Received by (driver)<br>Recibido por (operador) | Date<br>Fecha | Destination<br>Destino | Received by (plant)<br>Recibido por (planta) | Date<br>Fecha |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | 11/Dic/08 | 3049 | | |
| 0 | 0 | 0 | 0 | 0 | | 11/Dic/08 | 3099 | | |
| 0 | 0 | 0 | 0 | 0 | | 11/Dic/08 | 3300 | | |
| 9727 | 5 | 66 | 788 | 936 | | 11/Dic/08 | 3700 | | |
| 0 | 0 | 0 | 0 | 0 | | 11/Dic/08 | 3038 | | |
| 9728 | 1 | 6 | 50 | 67 | | 11/Dic/08 | 5000 | | |
| 0 | 0 | 0 | 0 | 0 | | 11/Dic/08 | 3051 | | |
| 9729 | 5 | 87 | 1026 | 1176 | | 11/Dic/08 | 5200 | | |
| 0 | 0 | 0 | 0 | 0 | | 11/Dic/08 | 5300 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 3057 | | |
| 9730 | 1 | 1 | 14 | 28 | | 03/May/85 | 3058 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 5900 | | |
| TOTALES | 12 | 160 | 1878 | 2208 | | | | | |

ROBIN MEXICANA
11 DIC 2008
EMBARCADO

| Delphi Packard Plant 52 - Chihuahua ▼ | | 9729 ▼ | | Todos los Ítems ▼ | | Ningún filt |

| Parte | Contra-Referencia | Estado | Cantidad | Fecha / Hora | ID de Embarque | ETA |
|---|---|---|---|---|---|---|
| | | | | | **Próximo Embarque** | |
| 12110414 | 7166 | 750 6250 / 600 2850 | 1500 | 12/11/08 20:50 | 9729 | 12/15/08 20:50 |
| 12176870 | 7258 | 6000 / 1800 10000 | 3000 | 12/11/08 20:50 | 9729 | 12/15/08 20:50 |
| 13512891 | 7041 | 2000 10000 / 2666 11931 | 8000 | 12/11/08 20:50 | 9729 | 12/15/08 20:50 |
| 13543950 | 7043-A | 5460 / 1428 8000 | 3290 | 12/11/08 20:50 | 9729 | 12/15/08 20:50 |
| 13574274 | 7440-A | 3840 / 1900 7600 | 3720 | 12/11/08 20:50 | 9729 | 12/15/08 20:50 |
| 13575696 | 7059-A | 280 350 / 80 350 | 70 | 12/11/08 20:50 | 9729 | 12/15/08 20:50 |



SALIDA DE TRANSPORTISTA

**A) INFORMACIÓN DEL TRANSPORTISTA**

COMPAÑIA: _A FC_

FECHA _11/XII/08_

CAJA: _438_

TRACTOR: _54_

PLACAS: _671 DZ 4_

SELLO: _~ ~ ~_

OPERADOR: _Julian Mendoza_

CARTA PORTE _34296_

FIRMA

REMISIONES _9727, 9728, 9729, 9730_

TARIMAS _12_

OBSERVACIONES _Entra 11:47   Salida: 14:45_

UNIDAD
Trailer ☑
Otro (especificar) ☐

**B) EVALUACIÓN AL TRANPORTISTA:**

| | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ☒ |
| 2. LIMPIEZA DE LA CAJA | | | ☒ |
| 3. SERVICIO y PRESENTACIÓN (Operador) | | | ☒ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | ☒ **Requeridos por Robin** |

**NC=No conforme, MED=Medio, B=Bien

**C) LAY OUT DE CARGA**

1er. nivel

| | |
|---|---|
| FV57 | FV57 |
| FVS7 | FV57 |
| FVS7 | FVS0 |
| FVS2 | FVS2 |
| FVS2 | FVS2 |
| FVS2 | 3058 |

2do. nivel

α ESTIBA

PROBEN MEXICANA
11 DIC 2008
EMBARCADO

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page   1   of   3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI PLANT CHIHUAHUA I
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Parque Industrial Las Américas,
31200 Col. Panamericana

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 30-Oct-2008 |
| Version | |
| 28-Feb-2009   04:32:58 EST | |

| Vendor No:   1014165 |
|---|
| DUNS No:   812535193 |

| **Payment Terms:** ZMN2 | **Currency:**   USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |

| **Incoterms:**   FOB- Freight Collect |
|---|

**\* \* \*  Text changed**

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00080 | 13574274 | FV52 DELPHI PLANT CHIHUAHUA I |
|  | ASM GROM DOOR CDT | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,047.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
**\* \* \*  Condition record changed**
**\* \* \*  Net price changed**

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Date and Time Printed:  28-Feb-2009 04:32:58 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  2  of 3

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58  EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes:**

2/27/09: TO UPDATE PRICING ON PART NUMBER 13574274.
IG/IR

2/26/09: To add part number 13574274 (7440) for FW52.  ig/ir
12/18/08: Revision to update 2009 prices IG/RE **********************
10/30/08: revision to change buyer code.  ig/ir
10/30/08: TO CHANGE UNIT OF MEASURE ON PART NUMBER 13600872 AND ADJUST PRICING ACCORDINGLY.
IG/IR
*****************************************************************************************
*****************************************************************

*****************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*****************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements .  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*****************************************************************
*****************************************************************
*****************************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  3  of  3

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58  EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This Contract replaces previous contract #  P5020116-R3.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Shipping Instructions / Ship VIA:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier
Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**ROBIN MEXICANA S. DE R.L. DE C.V.**
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques. Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No. 09735

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

---

**SOLD TO / VENDIDO A :**

01-DELPHI PACKARD ELECTRIC SYSTEM 32
TAXID151265038  CP.  48098
DELPHI DRIVE #5723
TROY     MICHIGAN  USA

CISCO CODE
60852

**SHIP TO / EMBARCAR A :**

PROL. AVE. LAS AMERICAS KM 1
PANAMERICANA
31200
CHIHUAHUA   CHIHUAHUA  MEXICO

---

| CUSTOMER ORDER No. | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER  DATE OD SHIPMENT |
|---|---|
| ORDEN DE COMPRA No. :   550247865 | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
|---|---|---|---|---|---|
| 15/DIC/08 | Immediate | JOHN MORRIS | F.C.A | 15/DIC/08 | V1 |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 6000 | 7258       TAXI GROM TAPE ON P.N 12176870    ctns 4    1500 Pcs Each on TARIFF CLASS No    4016.93.01 | 0.1695 | PZA | 1,017.00 |
| 2000 | 7041       GROM P.N 13512891    ctns 1    2000 Pcs Each on TARIFF CLASS No    4016.93.01 | 0.1139 | PZA | 227.80 |
| 2310 | 7043-A     ASM GROM DOOR CDT P.N 13543950    ctns 35    70 Pcs Each on TARIFF CLASS No    4016.93.01 | 1.3819 | PZA | 3,192.19 |
| 3840 | 7440-A 13574274 P.N 13574274    ctns 32    120 TARIFF CLASS No    4016.93.01 | 1.0479 | PZA | 4,023.94 |
| 70 | 7059-A     ASM GROM DOOR CDT P.N 13575696    ctns 1    70 pcs. each on TARIFF CLASS No    4016.93.01 | 2.2300 | PZA | 156.10 |

CEDULA DE IDENTIFICACION FISCAL

RME990032TLM6

ROBIN MEXICANA S DE DE DE
CV.

Skids     4
Grossweight 991      Kg
Net weight  867      Kg

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 8,617.03 |
|---|---|---|
| | 15% IVA | 0.00 |
| (EIGHT THOUSAND AND SIX HUNDRED AND SEVENTEEN DOLARES 03/100 USD) | TOTAL | 8,617.03 |

HS  C 485686

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR. R.F.C. VAZJ-631116-1GA. SAN JUAN DEL RIO, QRO. AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 9,001 AL 10,000.  F IMP AGOS/2006  F CAD. AGOS/2010.  APROBACION DEL SAT NUMERO: 14774007.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT. A PARTIR DEL 19 DE MARZO DEL 2008. LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO CON FORME A LO

**Ryder®**

## PROOF OF DELIVERY / PRUEBA DE ENTREGA

| MEXICO WEST OPERATION | USA - EL PASO |
|---|---|
| Ryder de Mexico. S.A. de C.V. | Ryder Integrated Logistics |
| Ave. del Charro #1620-B | 48 Walter Jones Blvd. |
| Col. Magnaplex | El Paso, TX  79906 |
| Cd. Juarez, Chihuahua C.P. 32420 | 915-783-4675 |
| 656-627-1001, 1002 | 915-783-4204 |

Supplier / Proveedor

Trailer # / Numero de Caja

Authorization # / No. de Autorizacion

Carrier / Transportista

Driver(s) / Chofer(es)

CARTA PORTE

ROBIN MEXICANA S. DE R.L. DE C.V.

T - 07 - C - 464

PLACAS - 507 - DZ - 8

*AUTOFLETES CHIHUAHUA*

PABLO CADENAS

34504

| Packing Slip/Invoice #  No. de factura Remision | Qty of skids  Cant. de bultos | Qty of boxes  Cant. de cajas | Peso neto | Peso Bruto | Received by (driver)  Recibido por (operador) | Date  Fecha | Destination  Destino | Received by (plant)  Recibido por (planta) | Date  Fecha |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | 15/Dic/08 | 3049 | | |
| 0 | 0 | 0 | 0 | 0 | | 15/Dic/08 | 3099 | | |
| 0 | 0 | 0 | 0 | 0 | | 15/Dic/08 | 3300 | | |
| 0 | 0 | 0 | 0 | 0 | | 15/Dic/08 | 3700 | | |
| 0 | 0 | 0 | 0 | 0 | | 15/Dic/08 | 3038 | | |
| 9734 | 1 | 4 | 33 | 49 | | 15/Dic/08 | 5000 | | |
| 0 | 0 | 0 | 0 | 0 | | 15/Dic/08 | 3051 | | |
| 9735 | 4 | 71 | 867 | 991 | | 15/Dic/08 | 5200 | | |
| 0 | 0 | 0 | 0 | 0 | | 15/Dic/08 | 5300 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 3057 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 3058 | | |
| 9736 | 2 | 32 | 472 | 538 | | 03/May/85 | 5900 | | |
| TOTALES | 7 | 75 | 899 | 1040 | | | | | |

ROBIN MEXICANA

15 DIC 2008

EMBARCADO

| Delphi Packard Plant 52 - Chihuahua ▼ | 9735 ▼ | Todos los ítems ▼ | Ningún filt |

| Parte | Contra-Referencia | Estado | Cantidad | Fecha / Hora | ID de Embarque | Próximo Embarqu ETA |
|---|---|---|---|---|---|---|
| 12176870 | 7258 | | 6000 | 12/15/08 13:31 | 9735 | 12/19/08 13:31 |
| 13512891 | 7041 | | 2000 | 12/15/08 13:31 | 9735 | 12/19/08 13:31 |
| 13543950 | 7043-A | | 2310 | 12/15/08 13:31 | 9735 | 12/19/08 13:31 |
| 13574274 | 7440-A | | 3840 | 12/15/08 13:31 | 9735 | 12/19/08 13:31 |
| 13575696 | 7059-A | | 70 | 12/15/08 13:31 | 9735 | 12/19/08 13:31 |



CARTA PORTE

Nº 34304

Chihuahua, Chih.

Enero

VARIOS

VARIOS

Cd. Juarez Chih.
Ryder Capital, S. de R.L. de CV
RCA - 940729 - 470
Ave. Del Charro No. 1620-B Col. Margaritos
C.P. 32427
Chih. Juarez Rio Bravo 7 y 22

Flete x cobrar

Convenio

LOTE DE PRODUCTOS
SEGUN RELACION ANEXA

Carga 15 Grupo

PABLO CADENAS

TGT C 464

PABLO CADENAS



ROBIN
MEXICANA

15 DIC 2008

EMBARCADO

# SALIDA DE TRANSPORTISTA

## A) INFORMACIÓN DEL TRANSPORTISTA

COMPAÑIA: *AFC*

FECHA: *15/XII/08*

CAJA: *464*

TRACTOR: *7*

PLACAS: *502 DZ8*

SELLO:

OPERADOR: *Pablo Cárdenas*

CARTA PORTE: *34504*

FIRMA:

REMISIONES: *9734, 9735, 9736*

TARIMAS: *7*

OBSERVACIONES: *Entra 11:45  Sale do 13:40*

UNIDAD
Trailer ☑
Otro (especificar) ☐

## B) EVALUACIÓN AL TRANPORTISTA:

| | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ☑ |
| 2. LIMPIEZA DE LA CAJA | | | ☑ |
| 3. SERVICIO y PRESENTACIÓN (Operador) | | | ☑ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | ☑ |

**Requeridos por Robin**

**NC=No conforme, MED=Medio, B=Bien

## C) LAY OUT DE CARGA

1er nivel

| | |
|---|---|
| F v 52 | F v 52 |
| F v 52 | F v 57 |
| F v 59 | F v 59 |
| F v 50 | |

2do. nivel

a ESTIBA

ROBIN MEXICANA
15 DIC 2008
EMBARCADO

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of  2

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI PLANT CHIHUAHUA I
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Parque Industrial Las Américas,
31200 Col. Panamericana

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58 EST | |

Vendor No:  1014165
DUNS No:  812535193

**Payment Terms:**  ZMN2    **Currency:**  USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

---

*** *Text changed*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00080 | 13574274 ASM GROM DOOR CDT | FV52 DELPHI PLANT CHIHUAHUA I |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,047.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record changed*
*** *Net price changed*

---

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax:  915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

Date and Time Printed:  28-Feb-2009  04:32:58 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  2  of  3

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58  EST | |

| Item No. | Material No. Description | Plant |
|---|---|---|

### Notes:

2/27/09: TO UPDATE PRICING ON PART NUMBER 13574274.
IG/IR

2/26/09: To add part number 13574274 (7440) for FW52.  ig/ir
12/18/08: Revision to update 2009 prices IG/RE *******************
10/30/08: revision to change buyer code.  ig/ir
10/30/08: TO CHANGE UNIT OF MEASURE ON PART NUMBER 13600872 AND ADJUST PRICING ACCORDINGLY.
IG/IR
**********************************************************************************

*****************************************************************

*********************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the
salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities,
please contact the appropriate Delphi's Buyer.

*********************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this
contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing
by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this
contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific
Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and
understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of
the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and
Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract
(including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by
Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference
the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

**********************************************************************************
*****************************************************************
*****************************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

# DELPHI

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

PO Number

550247865

Version

28-Feb-2009  04:32:58  EST

Date Issued

20-Oct-2008

| Item No. | Material No. Description | Plant |
|---|---|---|

Notes Continued:

```
*************************************
```
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

```
***************************************************
***************************************************
```

```
********************
```
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
```
********************
```
This Contract replaces previous contract #  P5020116-R3.
```
********************
```

```
***************************************************
***************************************************
```
Shipping Instructions / Ship VIA:
```
***************************************************
```
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier
Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
```
***************************************************
```



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No.  09760

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A :**

| | |
|---|---|
| GL-30FV52 DELPHI PACKARD ELECTRIC SYSTEM 52 | CISCO CODE |
| TAXID151265238 CP. 48098 | 60852 |
| DELPHI DRIVE #5725 | |
| TROY    MICHIGAN  USA | |

**SHIP TO / EMBARCAR A :**

FROL. AVE. LAS AMERICAS KM 1
PANAMERICANA
31200
CHIHUAHUA    CHIHUAHUA  MEXICO

| CUSTOMER ORDER No.  550247865 ORDEN DE COMPRA No. : | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |
|---|---|

| DATE FECHA 12/ENE/09 | TERMS CONDICIONES Immediate | SALESPERSON VENDEDOR (A) JOHN NORRIS | INTERCOM F.C.A | DATE SHIP FECHA EMBARQUE 12/ENE/09 | SHIPPED VIA VÍA DE EMBARQUE V1 |
|---|---|---|---|---|---|

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | | | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|---|---|
| 210 | 7043-A    ASM GROM DOOR CDT P.N 13543950    ctns 3    70 Pcs Each one TARIFF CLASS No    4016.93.01 | | | 1.3819 | PZA | 290.20 |
| 3840 | 7440-A    13574274 P.N 13574274    ctns 32    120 TARIFF CLASS No    4016.93.01 | | | 1.0479 | PZA | 4,023.94 |

Cédula de Identificación Fiscal
CLAVE DE REGISTRO DE CONTRIBUYENTE
RME990827LM6
ROBIN MEXICANA S DE RL DE CV

|  | Skids    3 |
|---|---|
| | Grossweight 572    Kg |
| | Net weight 490    Kg |

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 4,314.14 |
|---|---|---|
| | 15% IVA | 0.00 |
| (FOUR THOUSAND AND THREE HUNDRED AND FOURTEEN DOLARES 14/100 USD) | TOTAL | 4,314.14 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.   AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 9,001
AL 10,000  F. IMP. AGOS/2008  F. CAD. AGOS/2010.  APROBACION DEL SAT NUMERO  14714007  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT...

# Ryder®

## PROOF OF DELIVERY / PRUEBA DE ENTREGA

MEXICO WEST OPERATIC
Ryder de Mexico, S.A. de C.V.
Avo. del Charro #1620-B
Col. Magnaplex
Cd. Juarez, Chihuahua C.  3420
656-627-1001, 1002

USA - EL PASO
Ryder Integrated Logistcs
48 Walter Jones Blvd.
El Paso, TX 79906
915-783-4675
915-783-4704

Supplier / Proveedor: ROBIN MEXICANA S. DE R.L. DE C.V.
Trailer # / Numero de Caja: T-43   C-471
Authorization # / No. de Autorizacion: PLACAS 867- DZ-3
Carrier / Transportista: *AUTOFLETES CHIHUAHUA*
Driver(s) / Chofer(es): GILBERTO VAZQUEZ
CARTA PORTE: 34901



| Packing Slip/Invoice # No. de factura Remision | Qty of skids Cant. de bultos | Qty of boxes Cant. de cajas | Peso neto | Peso Bruto | Received by (driver) Recibido por (operador) | Date Fecha | Destination Destino | Received by (plant) Recibido por (planta) | Date Fecha |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | 12/Ene/09 | FV3030 | | |
| 0 | 0 | 0 | 0 | 0 | | 12/Ene/09 | 3099 | | |
| 0 | 0 | 0 | 0 | 0 | | 12/Ene/09 | 3300 | | |
| 0 | 0 | 0 | 0 | 0 | | 12/Ene/09 | 3700 | | |
| 9757 | 1 | 13 | 111 | 140 | | 12/Ene/09 | 3038 | | |
| 9758 | 1 | 4 | 38 | 54 | | 12/Ene/09 | FV5030 | | |
| 9759 | 1 | 2 | 23 | 37 | | 12/Ene/09 | 3051 | | |
| 9760 | 3 | 35 | 490 | 572 | | 12/Ene/09 | FV5200 | | |
| 0 | 0 | 0 | 0 | 0 | | 12/Ene/09 | 5300 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 3057 | | |
| 9761 | 1 | 16 | 236 | 269 | | 03/May/85 | 3058 | | |
| 0 | 0 | 0 | 0 | 0 | | 03/May/85 | 5900 | | |
| TOTALES | 7 | 70 | 897 | 1073 | | | | | |

ROBIN MEXICANA
12 ENE 2009
EMBARCADO

| Delphi Packard Plant 52 - Chihuahua ▼ | 9760 ▼ | Todos los items ▼ | Ningún filt |

| Parte | Contra-Referencia | Estado | Cantidad | Fecha / Hora | ID de Embarque | Próximo Embarqu ETA |
|---|---|---|---|---|---|---|
| 13543950 | 7043-A | | 210 | 01/13/09 08:35 | 9760 | 01/17/09 08:35 |
| 13574274 | 7440-A | | 3840 | 01/13/09 08:35 | 9760 | 01/17/09 08:35 |



**AFC**

Autofletes Chihuahua,
S.A. de C.V.
www.autofletes.com

CARTA PORTE

Nº 34901

LUGAR Y FECHA DE EXPEDICION   Chihuahua, Chih.   12   DE   Enero   DE   2009

ORIGEN: Toluca / Qro. / Guadalajara / Chih / Juarez

REMITENTE:   V A R I O S

R.F.C.   V A R I O S

DOMICILIO:

SE RECOGERA EN:   N-D

DESTINO:   Cd. Juarez, Chih.

DESTINATARIO:   Ryder Capital, S. de R.L. de CV

R.F.C.   RCA - 940729 - 470   C.P. 32420

DOMICILIO:   Ave. Del Charro No. 1620-B Col. Magnaplex
Chih / Juárez Rio Bravo 7 y 22

SE ENTREGARA EN:

VALOR DECLARADO:   CONDICIONES DE PAGO:   Flete x cobrar   CUOTA POR TONELADA   Convenio

| BULTOS | | QUE EL REMITENTE DICE CONTIENEN | PESO | VOLUMEN | | CONCEPTO | IMPORTE |
|---|---|---|---|---|---|---|---|
| NUM. | EMBALAJE | | | MTS.³ | PESO ESTIMADO | FLETE | $ 2,370.00 |
| 1 | | LOTE DE PRODUCTOS SEGÚN RELACION ANEXA | | | | SEGURO | |
| | | | | | | MANIOBRAS | |
| | | | | | | OTROS | |

ROBIN MEXICANA   12 ENE 2009   EMBARCADO

HITCH... 12 ENE 2009 DEPARTMENTO DE TR...

CANTIDAD CON LETRA   Son Dos Mil Seiscientos Treinta Dólares 70/100 EU\$

| CONCEPTO | IMPORTE |
|---|---|
| IMPORTE | $ 2,370.00 |
| IVA 15% | $ 355.50 |
| SUBTOTAL | $ 2,725.50 |
| RET.IVA 4% | $ 94.80 |
| TOTAL | $ 2,630.70 |

POR ESTE PAGARE ME(NOS) OBLIGO(AMOS) A PAGAR INCONDICIONALMENTE A LA ORDEN DE AUTOFLETES CHIHUAHUA, S.A. DE C.V. EN ESTA CIUDAD EL
LA CANTIDAD DE \$
SI ESTE PAGARE NO ES PAGADO A SU VENCIMIENTO, ME OBLIGO A PAGAR INTERESES MORATORIOS A RAZON DE ____ % MENSUAL, DESDE LA FECHA DEL
VENCIMIENTO HASTA LA FECHA DE SU LIQUIDACION, IMPORTE DE MERCANCIAS Y MANO DE OBRA RECIBIDAS A MI (NUESTRA) ENTERA SATISFACCION Y ME SOMETO A
LOS TRIBUNALES JUDICIALES QUE ELIJA EL ACREEDOR RENUNCIANDO AL FUERO DE MI DOMICILIO.

FIRMA

OBSERVACIONES

RECIBI DE CONFORMIDAD
FIRMA DEL DESTINATARIO

OPERADOR   GILBERTO VAZQUEZ   CAMION   T 43 C 471

IMPRESION   NOVIEMBRE 2005  VIGENCIA: NOVIEMBRE DEL
2009  A OCTUBRE  DEL 2010  FOLIOS: DEL  34001-C  AL  35000-C
NUMERO  DE  APROBACION DEL SISTEMA DE CONTROL DE
IMPRESORES AUTORIZADOS   45407507   10/NOVIEMBRE/2008

"Impuesto retenido de conformidad con la ley del impuesto al Valor Agregado según artículo 32 fracción III de la mencionada ley".
EFECTOS FISCALES AL PAGO   PAGO EN UNA SOLA EXHIBICION

F18-R2-060506

---

**Ryder**
Integrated Logistics

Carrier Contact
Arturo Cortez
ne: 1152656271001
x: 6271003

Route #   JD73   Versi   0

Equipment:
53 FT. STANDARD - MX

*** All times are Displayed in Eastern ***

ADDITIONAL INFORMATION

| Destination | SEQ | P/D | ID | NAME | ADDRESS | Destination Name | Liaison |
|---|---|---|---|---|---|---|---|
| 44032 | 1 | Pick | 821567815 | HITCHINER SA DE CV | CRUCE DE CARRETERAS MARQUESA-TENANGO, | DELPHI - S - PLANT 68/40 | Cesar Gomez |
| 60853 | 2 | Pick | 812535193 | ROBIN MEXICANA S. DE R.L. DE C.V. | AV LAS MISIONES #9 IND BERNARDO | DELPHI - P - EMPALME | Cesar Gomez |
| 60852 | 3 | Pick | 812846938 | WOCO-TECH SA DE CV | AV DE LAS FUENTES 19 | DELPHI - P - CHIHUAHUA | Cesar Gomez |
| 35021 | 4 | Pick | 812600554 | TROQUELADORA, BATESVILLE DE MEXICO S. DE R.L.C.V. | LaNoria No 106 Parque Ind. | DELPHI - PT - SEC | Cesar Gomez |
| 34065 | 5 | Pick | 811027873 | S&Z ROLMEX | Adolph B. Horn Jr. # 2001 | DELPHI - PT - CHIHUAHUA, CHASIS PLT. 58 | Cesar Gomez |
| | 6 | Pick | 824445290 | SUMIDA DE MEXICO SA DE CV | PARQUE INDUSTRIAL, TECNOLOGICO CAMINO AL | | Cesar Gomez |
| 31010 | 7 | Drop | 31010 | DELPHI - AHG - LOS PINOS | VIALIDAD CH-P NO. 8802 | DELPHI - AHG - LOS PINOS | Cesar Gomez |
| | 8 | Drop | 60852 | DELPHI - P - CHIHUAHUA | PROLONGACION Av. DE LAS AMERICAS | | Cesar Gomez |
| | 9 | Drop | 34065 | DELPHI - PT - CHIHUAHUA, CHASIS PLT. 58 | Ave Industrias 1909 | | Cesar Gomez |
| | 10 | Drop | 60841 | DELPHI - P - RBE VII | AVENIDA PRINCIPAL, S/N | | Cesar Gomez |
| | 11 | Drop | 44032 | DELPHI - S - PLANT 68/40 | Parque Industrial Rio Bravo S/N | | Cesar Gomez |

Comments:

Route Detail Report

## SALIDA DE TRANSPORTISTA

### A) INFORMACIÓN DEL TRANSPORTISTA

| | | |
|---|---|---|
| COMPAÑIA: | *HFC* | |
| FECHA | *12/1/09* | |
| CAJA: | *471* | |
| TRACTOR: | *43* | |
| PLACAS: | *869 DZ 3* | |
| SELLO: | | |
| OPERADOR: | *Gilberto Vazquez* | |
| CARTA PORTE | *34901* | |
| FIRMA | *Gilberto Vargas* | |

**UNIDAD**
Trailer ☑
Otro (especificar) ☐

REMISIONES *9757, 9758, 9759, 9760, 9761*
TARIMAS *7*
OBSERVACIONES *12:40*    *14:55*

### B) EVALUACION AL TRANPORTISTA:

| | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ▨ |
| 2. LIMPIEZA DE LA CAJA | | | ▨ |
| 3. SERVICIO y PRESENTACION (Operador) | | | ▨ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | ▨ **Requeridos por Robin** |

**NC=No conforme, MED=Medio, B=Bien

### C) LAY OUT DE CARGA

*1er. nivel*

| | |
|---|---|
| 5800 | FV52 |
| FV52 | S800 |
| FV52 | FV50 |
| 5100 | |
| | |
| | |
| | |
| | |
| | |
| | |

*2do. nivel*

α ESTIBA

ROBIN MEXICANA
1 2 ENE 2009
EMBARCADO

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of  3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI PLANT CHIHUAHUA I
PACKARD ELECTRIC
MEXICO WEST OPERATIONS
Parque Industrial Las Américas,
31200 Col. Panamericana

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58 EST | |

| Vendor No:  1014165 |
|---|
| DUNS No:  812535193 |

| **Payment Terms:** ZMN2 | **Currency:** USD |
|---|---|
| Payment settled on 2nd day, 2nd Month | |
| **Incoterms:** FOB- Freight Collect | |

* * * *Text changed*

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00080 | 13574274 | FV52 DELPHI PLANT CHIHUAHUA I |
| | ASM GROM DOOR CDT | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,047.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
* * * *Condition record changed*
* * * *Net price changed*

Purchasing Contact: Colorbio, Gabriela

Phone:  915-612-4660

Fax:  915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

**Contact Address:**

Delphi Packard
48 Walter Jones Blvd,
EL PASO  TX  79906-5301

Date and Time Printed:  28-Feb-2009  04:32:58 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  2  of 3

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550247865 | 20-Oct-2008 |
| Version | |
| 28-Feb-2009  04:32:58  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

Notes:

2/27/09: TO UPDATE PRICING ON PART NUMBER 13574274.
IG/IR

2/26/09: To add part number 13574274 (7440) for FW52.  ig/ir
12/18/08: Revision to update 2009 prices IG/RE ***********************
10/30/08: revision to change buyer code.  ig/ir
10/30/08: TO CHANGE UNIT OF MEASURE ON PART NUMBER 13600872 AND ADJUST PRICING ACCORDINGLY.
IG/IR
*******************************************************************************
*************************************************************

*************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements .  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*************************************************************
*************************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:



Delphi Packard Electrical/Electronic Architecture

Page  3  of  3

| | |
|---|---|
| ROBIN MEXICANA S DE RL DE CV<br>AVE LAS MISIONES #9 PARQUE INDUSTRI<br>76246 EL MARQUES<br>MEXICO | **Requirements Contract**<br><br>PO Number               Date Issued<br>550247865              20-Oct-2008<br>Version<br>28-Feb-2009  04:32:58  EST |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

```
***********************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

***********************************************************
***********************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
This Contract replaces previous contract #  P5020116-R3.
********************

***********************************************************
***********************************************************
Shipping Instructions / Ship VIA:
***********************************************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier
Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
***********************************************************
```



**ROBIN MEXICANA S. DE R.L. DE C.V.**
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No. 09937

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A :**
CL-01FW% DELPHI PACKARD ELECTRIC SYSTEM %
TAXID151285238  DP.  48098
DELPHI DRIVE #5725
TROY    MICHIGAN  USA

CISCO CODE
60898

**SHIP TO / EMBARCAR A :**
AV. MEXICO #500
NIÑOS HEROES
67190
CD GUADALUP        MEXICO

| CUSTOMER ORDER No.   550169456 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER  DATE OD SHIPMENT |
|---|---|
| ORDEN DE COMPRA No. : | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA 17/FEB/09 | TERMS CONDICIONES Immediate | SALESPERSON VENDEDOR (A) JOHN MORRIS | INTERCOM F.C.A | DATE SHIP FECHA EMBARQUE 17/FEB/09 | SHIPPED VIA VÍA DE EMBARQUE V1 |
|---|---|---|---|---|---|

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 800 | 7094     GROM TAPE ON    P.N  1359262     ctns     C-24    TARIFF CLASS No  4016.93.01 | 0.5170 | PZA | 413.60 |

Skids      1
Grossweight 54      Kg
Net weight  51      Kg

CEDULA DE IDENTIFICACION FISCAL

RME990827LM6

ROBIN MEXICANA S DE RL DE
CV

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 413.60 |
|---|---|---|
| | 15% IVA | 0.00 |
| (FOUR HUNDRED AND THIRTEEN DOLARES 60/100 USD) | TOTAL | 413.60 |

C 485686

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-63111G-1GA, SAN JUAN DEL RIO, QRO    AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 9,001 AL 10,000  F. IMP. AGOS/2008. F. CAD. AGOS/2010.  APROBACION DEL SAT NUMERO: 14714007   FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008. LA REPRODUCCIONNO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.



# Ryder®

## PROF. Of. DELIBERA / PRUEBA DE ENTREGA

**MEXICO EAST OPERATIONS**
Ryder de Mexico, S.A. de C.V.
Carretera Piedras Negras K.M. 7.5
Nuevo Laredo Tamaulipas CPP.88000
867-71-13-90
656-627-1001, 1002

| | |
|---|---|
| Supliré / Proveedor | ROBIN MEXICANA S. DE R.L. DE CV. |
| Trailer # / Número de Caja | T- 24  C- 126 |
| Autorización # / No. de Autorización | PLACAS- 448 DY 7 |
| Cariar / Transportista | COLUNGA |
| Driver(s) / Chofer(es) | MOISES GARCIA |

**CARTA PORTE**     36964

| Parking Slip/Invoice #<br>No. de factura Remision | Qty of skids<br>Cant. de bultos | Qty of boxes<br>Cant. de cajas | Peso Neto | Peso Bruto | Received by (driver)<br>Recibido por (operador) | Date<br>Fecha | Destination<br>Destino | Received by (plant)<br>Recibido por (planta) | Date<br>Fecha |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | 17/Feb/09 | FW61 | | |
| 9936 | 1 | 6 | 79 | 99 | | 17/Feb/09 | FW62 | | |
| 0 | 0 | 0 | 0 | 0 | | 17/Feb/09 | FW63 | | |
| 0 | 0 | 0 | 0 | 0 | | 17/Feb/09 | FW84 | | |
| 9937 | 1 | 4 | 51 | 68 | | 17/Feb/09 | F W 96 | | |
| | | | | | | | | | |
| | 2 | 10 | 130 | 166 | | | | | |



# SALIDA DE TRANSPORTISTA

## A) INFORMACIÓN DEL TRANSPORTISTA

COMPAÑIA: *COLUNGA*
FECHA: *17/II/09*

CAJA: *126*
TRACTOR: *24*
PLACAS: *448DY2*
SELLO:
OPERADOR: *Moises Garcia*
CARTA PORTE: *36964*

FIRMA:

REMISIONES: *9936, 9937*
TARIMAS: *2*
OBSERVACIONES: *Entro  13:50*  *Salida  15:52*

UNIDAD
Trailer ☑
Otro (especificar) ☐

## B) EVALUACIÓN AL TRANPORTISTA:

|  | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ✓ |
| 2. LIMPIEZA DE LA CAJA | | | ✓ |
| 3. SERVICIO y PRESENTACION (Operador) | | | ✓ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | ✓ | *Requeridos por Robin* |

**NC=No conforme, MED=Medio,  B=Bien

## C) LAY OUT DE CARGA

*1er. nivel* — FW 62  FW 96

*2do. nivel* — a ESTIBA

■ROBIN
MEXICANA
17 FEB 2003
EMBARCADO

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of  7

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI P GUADALUPE III
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
AVE. MEXICO #300 ESQ. ANTONIO LEON
67190 CD. GUADALUPE-NIÑOS HEROES

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169456 | 20-Jun-2007 |
| Version | |
| 08-Apr-2009  17:43:24 | |

Vendor No:  1014165
DUNS No:   812535193

**Payment Terms:** ZMN2      **Currency:**  USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|

| 00020 | 12110414 | FW96 DELPHI P GUADALUPE III |

GROM TAPE ON
T. ON GROMMET
**************************
DGSS # 85023
1/1/04 - 12/31/07 $155.00

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Jun-2007 | 31-Dec-2007 | USD | 155.00 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 155.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 153.61 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 12146753 | FW96 DELPHI P GUADALUPE III |

GROM TAPE ON

Purchasing Contact: Colorbio, Gabriela

Phone:  915-612-4660

Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

# ƆELPHI

Delphi Packard Electrical/Electronic Architecture

```
ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO
```

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550169456 | 20-Jun-2007 |
| Version | |
| 08-Apr-2009  17:43:24 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 31-Dec-2009 | USD | 492.73 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00060  13531159                              FW96 DELPHI P GUADALUPE III
          GROM TAPE ON
          *******************************
          REF. DGSS# 151309; 025AP081
          2006 THRU 2009 - $373.90/MPC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 16-Jul-2007 | 31-Dec-2007 | USD | 373.90 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 373.90 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 370.53 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00180  13543948                              FW96 DELPHI P GUADALUPE III
          GROM TAPE ON
          7058

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jan-2009 | 31-Dec-2009 | USD | 1,526.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00070  13581954                              FW96 DELPHI P GUADALUPE III
          GROM TAPE ON
          Leadtime: 10    Std. Pack:  350

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 08-Nov-2007 | 31-Dec-2008 | USD | 397.60 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 394.02 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00080  13592555                              FW96 DELPHI P GUADALUPE III
          GROM TAPE ON
          Leadtime: 15    Std. Pack: 500

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 04-Dec-2007 | 31-Dec-2008 | USD | 389.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 389.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00100  13592662                              FW96 DELPHI P GUADALUPE III
          GROM TAPE ON

# DELPHI

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550169456 | 20-Jun-2007 |
| Version | |
| 08-Apr-2009  17:43:24 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 14-Aug-2008 | 31-Dec-2008 | USD | 517.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 517.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00170    13599526                                    FW96 DELPHI P GUADALUPE III
         GROM DOOR CDT

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Jan-2009 | 31-Dec-2009 | USD | 439.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00190    13647576                                    FW96 DELPHI P GUADALUPE III
         GROM DOOR CDT UNIV
         7082

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Jan-2009 | 31-Dec-2009 | USD | 769.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00200    13672980                                    FW96 DELPHI P GUADALUPE III
         GROM CBL
         7083

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 01-Jan-2009 | 31-Dec-2009 | USD | 910.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00110    13697732                                    FW96 DELPHI P GUADALUPE III
         GROM TAPE ON

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 14-Aug-2008 | 31-Dec-2008 | USD | 319.00 | 1,000 | PC |
| | 01-Jan-2009 | 31-Dec-2009 | USD | 319.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00050    15326214                                    FW96 DELPHI P GUADALUPE III
         GROM DOOR CDT
         VENDOR PART NUMBER:(7379)
         GROM DOOR
         ****************************
         DGSS # 85023
         1/1/04 - 12/31/07 $345.00

| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|---|
| | 18-Jun-2007 | 31-Dec-2007 | USD | 345.00 | 1,000 | PC |