

**ROBIN MEXICANA S. DE R.L. DE C.V.**
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No.  **10001**

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

| SOLD TO / VENDIDO A : | | SHIP TO / EMBARCAR A : | |
|---|---|---|---|
| CL-01FX81 DELPHI PACKARD ELECTRIC SYSTEM 81 | CISCO CODE | CALLE ITURBIDE #3970 | |
| TAXID151265238  CP.  48073 | 60848 | LONGORIA | |
| DELPHI DRIVE #5725 | | 88000 | |
| TROY      MICHIGAN  USA | | NUEVO LARED  TAMAULIPA  MEXICO | |

| CUSTOMER ORDER No. ORDEN DE COMPRA No. : | 550169451 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER  DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CRÉDITO DEBERÁN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DÍAS DESPUÉS DEL EMBARQUE |
|---|---|---|

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | F.O.B. | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
|---|---|---|---|---|---|
| 04/MAR/09 | Immediate | JOHN MORRIS | F.O.A | 04/MAR/09 | V1 |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 320 | 7052      GROM TAPE ON | 0.3739 | PZA | 119.65 |
| | P.N 13531159    ctns 1    320 Pcs Each on | | | |
| | TARIFF CLASS No   4016.93.01 | | | |

Skids      1
Grossweight      29 Kg
Net weight      14 Kg    Total pieces shipped 320

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 119.65 |
|---|---|---|
| | 15% IVA | 0.00 |
| (ONE HUNDRED AND NINETEEN DOLARES 65/100 USD) | TOTAL | 119.65 |

ESCUELA DE IDENTIFICACION FISCAL

RFC: C-485666

IMPRESO POR GUTENBERG IMPRESORES Y DISEÑO LUIS VALDES ZALDIVAR R.F.C. VAZL891116-IG4  SAN JUAN DEL RIO QRO.   AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2006.  CART 1 000 FOLIO DEL 10.001 AL 11.000 F IGP MAR 2006  F CAD. MAR 2011.   APROBACION DEL SAT MARZO 10/2006.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT A PARTIR DEL 19 DE MARZO DEL 2006. LA REPRODUCCION NO AUTORIZADA DEL SELLO CONSTITUIRAN UNA VIOLACION A LOS TERMINOS DE LAS DISPOSICIONES FISCALES

# Ryder®

## PROF. Of. DELIBERA / PRUEBA DE ENTREGA

MEXICO EAST OPERATIONS
Ryder de Mexico, S.A. de C.V.
Carretera Piedras Negras K.M. 7.5
Nuevo Laredo Tamulipas CPP.88000
867-71-13-90
666-627-1001, 1002

Suplié / Proveedor: ROBIN MEXICANA S. DE R.L. DE CV.
Trailer # / Numero de Caja: T - 176   C - 3051
Autorización # / No. de Autorización: PLACAS- 724 - AE - 7    HORA: 19:55 pm
Cariar / Transportista: T. VILLAREAL
Driver(s) / Chofer(es): HUMBERTO ESTRADA
CARTA PORTE: 96572    sellos: 0124513-0124514

| Parking Slip/Invoice #  No. de factura Remision | Qty of skids Cant. de bultos | Qty of boxes Cant. de cajas | Peso Neto | Peso Bruto | Received by (driver) Recibido por (operador) | Date Fecha | Destination Destino | Received by (plant) Recibido por (planta) | Date Fecha |
|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | | 04/Mar/09 | FW80 | | |
| 0 | 0 | 0 | 0 | 0 | | 04/Mar/09 | FW99 | | |
| 10001 | 1 | 1 | 14 | 29 | | 04/Mar/09 | FW81 | | |
| 10002 | 0 | 0 | 0 | 0 | | 04/Mar/09 | FW82 | | |
| 10002 | 1 | 9 | 127 | 150 | | 04/Mar/09 | FW86 | | |
| 10003 | 1 | 1 | 10 | 25 | | 04/Mar/09 | FW91 | | |
| 0 | 0 | 0 | 0 | 0 | | 04/Mar/09 | FW92 | | |
| | 3 | 11 | 152 | 203 | | | | | |

ROBIN MEXICANA  EMBARCADO

FACTURA A ANALIZAR: 10001

| REVISION DE ASN |
|---|
| BGM++10001+9' |
| DTM+137:200503042013:203' |
| DTM+11:200503042006:203' |
| MEA+AAX+G+LBR:29' |
| MEA+AAX+N+LBR:14' |
| MEA+AAX+SQ+C62:320' |
| RFF+CN:96572' |
| RFF+MB:10001' |
| NAD+MI+11848417::16' |
| NAD+ST+FW81::92' |
| LOC+11+FW81' |
| NAD+SU+512535193::16' |
| NAD+SF+812535193::16' |
| TOD+++FOB:::ORIGIN' |
| TDT+12++LT++RRDC::182+SB' |
| EQD+TE+96572' |
| CPS+1++4' |
| PAC+1++CTN90' |
| PCI+16+10001' |
| LIN+++13531159:IN' |
| PIA+149:RY' |
| QTY+3:84160:C62' |
| QTY+12:320:C62' |
| NAD+MP+812535193::16' |
| RFF+ON:550169451' |

FECHA DE IMPRESION:    04-Mar-09

## REVISION DE ASN:

| | | |
|---|---|---|
| NUMERO DE FACTURA: | 10001 | |
| AÑO, MES, DIA Y HORA DE ARCHIVO | 200503042013 | |
| AÑO, MES, DIA Y HORA DE GENERACION DE ASN | 200503042006 | |
| GROSS WEIGHT: | 29' | |
| NET WEIGHT: | 14' | |
| CANTIDAD TOTAL EMBARCADA: | 320 | 320 |
| CARTA PORTE: | 96572 | |
| FACTURA: | 10001 | |
| | | |
| ENVIADO A LA PLANTA: | FW81 | |
| ORDENADA POR LA PLANTA | FW81 | |
| | | |
| TERMINOS DE ENTREGA: | ORIGIN | |
| MEDIO DE TRANSPORTE: | RRDC | |
| CARTA PORTE | 96572 | |

| 1 | FACTURA: | 10001 | |
|---|---|---|---|
| | NUMERO DE PARTE EMBARCADO: | 13531159 | 7052 |
| | ULTIMO DIGITO DEL AÑO: | 9 | |
| | CANTIDAD ACUMULADA: | 84160 | |
| | CANTIDAD EMBARCADA: | 320 | |
| | ORDEN DE COMPRA: | 550169451 | 550169451 |



LUGAR DE EXPEDICION: SALTILLO, COAH.

**TRANSPORTES VILLARREAL BERLANGA, S.A. DE C.V.**

SERVICIO PUBLICO FEDERAL DE AUTOTRANSPORTE DE CARGA GENERAL

GUIA 96572

RYCQLD   96572

ORIGEN: QUERETARO   FECHA: 03/Mar/2009   02:30:34 p.m.   DESTINO: VICTORIA-LIN-LDO

REMITENTE: CORDAFLEX / ROBIN   DESTINATARIO: RYDER INTEGRATED LOGISTIC (RYCQLD)

DOMICILIO: SPIVERY DR 13109

SE ENTREGARA EN: LAREDO, TX  CP. 68110

| NUM. | CLASE | QUE DICE QUE CONTIENEN | PESO | VOLUMEN M³ | CONCEPTO | VALOR DECLARADO |
|---|---|---|---|---|---|---|
| 1 | | VIAJE DE QUERETARO/LINARES/LAREDO | 20 TNS | | FLETE | 1,098.00 |

LICENCIA OPERADOR: COAH105169

Sellos Robin
019453
019454

(Un mil noventa y ocho dolares 00/100)

EFECTOS FISCALES AL PAGO

**OBSERVACIONES**

Unidad N°   :   176-3051

Peso        :   20 TNS

Placas      :   72MAZ7

Nom. Operador :   HUMBERTO ESTRADA
                  AGENTE

RECIBI DE CONFORMIDAD

PAGO EN UNA SOLA EXHIBICION

| | | |
|---|---|---|
| SUB-TOTAL | $ | 1,098.00 |
| 15% I.V.A. | $ | |
| I.V.A. RETENIDO 4% | $ | |
| T O T A L | $ | 1,098.00 |

FIRMA DEL DESTINATARIO

## SALIDA DE TRANSPORTISTA

**A) INFORMACIÓN DEL TRANSPORTISTA**

COMPAÑIA: _Transportes villarreal_

FECHA: _07-III-09_

CAJA: _3051_

TRACTOR: _176_

PLACAS: _924 AE7_

SELLO: _0124513 - 0124514_

OPERADOR: _Humberto estrada_

CARTA PORTE: _96572_

FIRMA:

REMISIONES: _10,001, 10,002, 10,003_

TARIMAS: _3_

OBSERVACIONES: _Entro = 7:48    Salio = 20:00_

UNIDAD
Trailer ☑
Otro (especificar) ☐

**B) EVALUACIÓN AL TRANPORTISTA:**

| | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA | | | ✓ |
| 2. LIMPIEZA DE LA CAJA | | | ✓ |
| 3. SERVICIO y PRESENTACIÓN (Operador) | | | ✓ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | si | ← **Requeridos por Robin**

**NC=No conforme, MED=Medio, B=Bien

**C) LAY OUT DE CARGA**



1er. nivel

2do. nivel

α ESTIBA

ROBIN MEXICANA
04 MAR 2009
EMBARCADO

FW86  FW81          FW91

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 4

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI P NUEVO LAREDO I
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
CALLE ITURBIDE #6970
88000 NUEVO LAREDO-LONGORIA

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550169451 | 20-Jun-2007 |
| Version | |
| 19-Jan-2009 15:24:35 | |

| | |
|---|---|
| Vendor No: 1014165 | |
| DUNS No: 812535193 | |

| | |
|---|---|
| **Payment Terms:** ZMN2 | **Currency:** USD |

Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00020 | 12110414 GROM TAPE ON T. ON GROMMET | FW81 DELPHI P NUEVO LAREDO I |

***************************
DGSS # 85023
1/1/04 - 12/31/07 $155.00

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-May-2007 | 31-Dec-2007 | USD | 155.00 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 155.00 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 155.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 13511844 GROM DOOR CDT | FW81 DELPHI P NUEVO LAREDO I |

Purchasing Contact: Colorbio, Gabriela

Phone: 915-612-4660

Fax: 915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  2  of  4

| | |
|---|---|
| ROBIN MEXICANA S DE RL DE CV<br>AVE LAS MISIONES #9 PARQUE INDUSTRI<br>76246 EL MARQUES<br>MEXICO | **Requirements Contract**<br><br>PO Number        Date Issued<br>550169451        20-Jun-2007<br>Version<br>19-Jan-2009  15:24:35 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

LIFTGATE GROMMET
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
REF. DGSS# 147317
2006 THRU 2011 - $396.60/MPC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Jun-2007 | 31-Dec-2007 | USD | 396.60 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 396.60 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 396.60 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00040    13531159                    FW81 DELPHI P NUEVO LAREDO I
    GROM TAPE ON

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2007 | 31-Dec-2007 | USD | 373.90 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 373.90 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 373.90 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00050    13664189                    FW81 DELPHI P NUEVO LAREDO I
    GROM TAPE ON
Lead Time: 10

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 17-Nov-2008 | 31-Dec-2009 | USD | 774.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

00030    15480168                    FW81 DELPHI P NUEVO LAREDO I
    GROM SHEET METL
    GROMMET OLD P/N 15436865
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LEAN DGSS# 154750

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Jun-2007 | 31-Dec-2007 | USD | 894.10 | 1,000 | PC |
| 01-Jan-2008 | 31-Dec-2008 | USD | 894.10 | 1,000 | PC |
| 01-Jan-2009 | 31-Dec-2009 | USD | 8,750.00 | 10000 | PC |

This Requirement Contract is for 100% unless otherwise specified.



**ROBIN MEXICANA S. DE R.L. DE C.V.**
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No.  **10198**

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

| SOLD TO / VENDIDO A : | SHIP TO / EMBARCAR A : |
|---|---|
| 01-11010H DELPHI PACKARD ELECTRIC SYSTEMS DJ D    CISCO CODE | YUNGUO ROAD #80 |
| 3101146073V731   CF    2018J | |
| YUNGUO ROAD #80 | 2018J |
| JIADING    SHANGHAI  CHINA | JIADING    SHANGHAI    CHINA |

| CUSTOMER ORDER No. ORDEN DE COMPRA No. :  P.0 4503A0728 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DÍAS DESPUES DEL EMBARQUE | | | |
|---|---|---|---|---|
| **DATE FECHA** | **TERMS CONDICIONES** | **SALESPERSON VENDEDOR (A)** | **INTERCOM** | **DATE SHIP FECHA EMBARQUE** | **SHIPPED VIA VÍA DE EMBARQUE** |
| 16/ABR/09 | Net30 | JOHN MORRIS | F.C.A | 16/ABR/09 | 32 |

| QUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 250 | 7044      GROMMET TAPE ON | 0.3815 | PZA | 95.39 |
| | P.N  13596719    ctns 1      250 Pcs Each on | | | |
| | TARIFF CLASS No    4016.93.01 | | | |

Enviado x DHL

CEDULA DE IDENTIFICACION FISCAL

RME990827LM6

ROBIN MEXICANA 2 DE R.L DE
CV

| | Skids      0 | | | |
|---|---|---|---|---|
| | Grossweight 12 | Kg | | |
| | Net weight  13 | Kg | | |

| CANTIDAD CON LETRA : AMOUNT  FIVE DOLARES 39/100 USD | SUB-TOTAL | 95.39 |
|---|---|---|
| | 15% IVA | 0.00 |
| | TOTAL | 95.39 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.FC. VAZJ-631116-1GA, SAN JUAN DEL RIO, GRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2006.  CANT. 1,000 FOLIO DEL 10,001
AL 11,000. F. IMP. MAR/2009  F. CAD. MAR/2011.  APROBACION DEL SAT NUMERO: 16209098   FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PADRON DE IMPRESORES DEL SAT. A PARTIR DEL 19 DE MARZO DE 2006. LA

**DHL**

Guía Aérea y Terrestre
Shipment Airwaybill

7 07 0154652

## 1 De (Remitente) / From (Sender)

No. de cuenta / Account no.
966 202100

Nombre del remitente / Sender's name
Miguel Garcia

Nombre de la empresa / Company name
Robin Mexicana, S de RL de CV

Dirección / Address
Av. Las Misiones #9
Parque Ind. Bernardo Quintana
El Marqués, Querétaro

Código postal / Postcode
76246

Tel/Fax/Telex especificar uno
Phone/Fax/Telex specify one
442 221 58 30

## 2 Para (Destinatario) / To (Receiver)

Nombre de la empresa / Company name
Delphi Packard Electric System Co., Ltd

Dirección de entrega
Delivery address
60 Yuanguo Road, Anting Jiading
District,
Shanghai.

Código postal / Postcode
201814

País / Country
China.

Persona a contactar / Contact person
Katherine Gu

Tel/Fax/Telex especificar uno
Phone/Fax/Telex specify one
21-5956-8300

## 3 Detalles del envío / Shipment details

### Servicios / Services

- DOCUMENTO / DOCUMENT
- DHL EXPRESS 8:30
- DHL EXPRESS 10:30
- [X] MENSAJERÍA MUNDIAL todos destinables / WORLDWIDE PARCELEXPRESS all destinables
- INTRA EC (en circulación libre) / INTRA EC (in free circulation)
- DOCUMENTO EXPRESS / EXPRESS DOCUMENT
- DOMESTICO / DOMESTIC
- CORREO MUNDIAL / WORLDMAIL
  Correo Aéreo/Factor Impreso Especificar uno
  Airmail/Printed Matter Specify one
- OTRO SERVICIO / OTHER SERVICE ____
  Especificar / Specify

### Descripción completa del contenido
### Full description of contents

[P] Producto local
Local product

250 piezas de hule del numero
de parte 7044.

### Cargos de transporte / Transport charges

Si deja en blanco el remitente paga cargo a transporte
If left blank sender pays Transport Charges
- Remitente / Sender
- Efectivo/Cheque/Tarj. Crédito / Cash/Check/Credit card
  sólo para clientes aprobados
  For approved customers only
- Acuerdo Externo de Cobro / External Billing Agreement
- Modo de Transporte / Transport Collect

Seguro de envío ver reverso
Shipment insurance see reverse
- SI / Yes    Especificar valor seguro del mismo
  Incluir valor give currency

Sólo Embarques de Mensajería Mundial Internacional
Worldwide Parcel Express Shipments Only
Anexe Original y dos copias de la factura comercial
Attach the Original and two copies of a proforma or Commercial invoice
Declared value give currency
N.D.

Remitente VAT/GST Núm. / Sender's VAT/GST No.

Código de sistema armonizado
Harmonized commodity code if applicable

Destinatario VAT/GST No. o EIN/SSN
Receiver's VAT/GST no. or EIN/SSN

### Tipo de exportación / Type of export
- [ ] PERMANENTE / PERMANENT
- [ ] REPARACIÓN/REGRESO / REPAIR/RETURN
- [ ] TEMPORAL / TEMPORARY

Destino aduana/impuesto si deja en blanco destinatario paga aduana/impuesto
Destination duties/taxes if left blank receiver pays duties/taxes
- [ ] Destinatario / Receiver
- [ ] Remitente / Sender
- [ ] Otro / Other

## 5 Firma de exportación y seguro del remitente / Sender's authorization, insurance and signature

Manifiesto(mos) conocer y acepta las bases de contratación inscritas al reverso y no transportar efectivo, valores o bienes peligrosos

Requiero Seguro [SI] [X] (Favor de Marcar)

En caso negativo, acepto la responsabilidad máxima per DHL, de hasta 30 días de salario mínimo del D.F., por daños o extravío de la carga, en los términos de las cláusulas tercera y cuarta del Contrato de Adhesión aprobado por la Procuraduría Federal del Consumidor, inscrita al reverso.

Firma / Signature

Fecha / Date 16.04.09

## 4 Medio y Peso / Means and Weight

No. de piezas / No. of pieces: 1
Peso / Weight: 14.0

Dimensiones cm L x W x H
61 x 38 x 28

Volumen/Peso cargado
Volumetric/Weight charge
13.0

Copia Remitente / Sender's copy

8041 FD
16:36
16/04/09

# CARTA FACTURA
## COMMERCIAL INVOICE

El Marqués, Querétaro, México

| De (Remitente) / From (Shipper) | Para (Destinatario) / To Company |
|---|---|
| Nombre:   MIGUEL GARCIA | Name:   KATHERINE GU |
| Empresa:   ROBIN MEXICANA S DE RL DE CV | Company Name:   DELPHI PACKARD ELECTRIC SYSTEM Co., LTD |
| Dirección:   AV. LAS MISIONES # 9 PARQUE IND. BERNARDO QUINTANA. | Address:   60 YUANGUO ROAD, ANTING JIADING DISTRICT |
| Ciudad  EL   MARQUES, QRO  C.P.   76246   Teléfono   (52)4422215830 | City:   SHANGHAI CHINA Z.C.   201814  PH   (86)2159563300 |

### Descripción detallada del envío

| Cantidad | Descripción | Costo | Moneda |
|---|---|---|---|
| 250 | GROMMETS (PIEZAS DE HULE DE USO AUTOMOTRIZ A 0.38 USD CADA PIEZA) NUMERO DE PARTE 7044 | 95.39 | USD |

### Detailed description of the Shipment

| Unit | Description | Cost | Currency |
|---|---|---|---|
| 280 | GROMMETS (RUBBER AUTOMOTIVE PARTS 0.38 USD EACH) PART NUMBER 7044 | 95.39 | USD |

### Propósito del envío

* Venta                                             [X]
* Regalo no solicitado
* Muestra sin valor comercial
* Muestra mutilada y/o marcadas para no venta
* Promoción
* Análisis
* Retorno al origen por olvido
* Para reparación
* Por sustitución y/o en garantía
* Exhibición / exposición y/o Convención Internacional
* Otros

### Purpose of Shipment

* Sale                                              [X]
* Unsolicited Gift
* Samples without commercial value
* Mutilated or marked samples not for resale
* Promotial Material
* Analysis
* Return to origin (forgotten)
* For repair
* For change in guaranty or defective material
* International Show / convention / exhibition or display
* Others

Valor para fines aduanales       $       1,248.27       M.N.

Value for customs purpose       $       95.39       U.S.D.

Firma del Remitente/Shipper's Signature

¿Requiere Pedimento?       No  Si     Temporal
                            [X]     Definitivo  [X]

DHL AWB:

Bajo protesta de decir verdad declaro que los valores asentados en el presente documento son los que rigen al momento de su exportación y que he leído la parte trasera de esta hoja / I declare that the information stated in this invoice is true and correct.

# DELPHI

SGM258

Packard Electric System

**Buyer:**

DELPHI
Delphi Packard Electric Systems CO China
60 Yuangou Road,
Dazhong Industry Zone, Jiading

201814 SHANGHAI
CHINA

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
72046 EL MARQUES
MEXICO

**Deliver to:**

DELPHI P SHANGHAI EJV - E/EDS
No.60 Yuangou Road, Jiading

201814 SHANGHAI
CHINA

**Invoice to:**

Delphi Packard Electric Systems Co.
, Ltd.
60 Yuangou Road, Jiading

201814 SHANGHAI
CHINA

## Purchase Order

Page  of  3

| PO Number | Date Issued |
|---|---|
| 4300518757 | 14-Apr-2009 |

Version
14-Apr-2009  21:26:39

Delivery date:   18-APR-2009

| Vendor No: | 1014165 |
|---|---|
| DUNS No: | 812535193 |

**Payment Terms:**  ZZZ    **Currency:**  USD

Due 2nd day of the third month

**Incoterms:**  EXW

Buyer Tax id: 310114607307316
Seller Tax id:

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | 13596719 | 250.000 | 1101 DELPHI P SHANGHAI EJV - E/EDS |
| | GROM TAPE ON | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-APR-2009 | 250.000 | 381.54 | 1,000 | PC | 95.39 |
| Net Line Item Value | | | | USD | 95.39 |

| **Total net value** | **USD** | **95.39** |
|---|---|---|

Purchasing Contact: Chen, Jessie
Phone:  862159563300
Fax:  862169573793

Contact Address:

Date and Time Printed:  14-Apr-2009  21:27:110



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No. **10301**

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A :**

D-ALEMAN DELPHI DEUTSCHLAND GMBH        CISCO CODE
CP. 92318
MUNCHENER RING #1
NEUMARKT GERMANY

**SHIP TO / EMBARCAR A :**

DELPHI DEUTSCHLAND GMBH #.
MUNCHENER RING # 1
92318
NEUMARKT  GERMANY

| CUSTOMER ORDER No. | P.04550223282 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER  DATE OD SHIPMENT |
|---|---|---|
| ORDEN DE COMPRA No. : | | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VIA DE EMBARQUE |
|---|---|---|---|---|---|
| 07/MAY/09 | Net30 | JOHN NORRIS | F.C.A | 07/MAY/09 | J2 |

| QUANTITY ANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 160 | 7013    GROMMET | 0.5840 | PZA | 93.44 |
| | P.N: 15496980    ctns 1    160 Pcs Each on | | | |
| | TARIFF CLASS No    4016.93.01 | | | |

CEDULA DE IDENTIFICACION FISCAL
()

RME990627LA16

ROBIN MEXICANA 1 DE RL DE
CV

Skids        0
Grossweight 13      Kg
Net weight 12      Kg

| CANTIDAD CON LETRA | (NOVENTA Y TRES 44/100 USD) | | SUB-TOTAL | 0.00 |
|---|---|---|---|---|
| AMOUNT : | | | 15% IVA | 93.44 |
| | | | TOTAL | 93.44 |

IMPRESO POR GUTENBERG IMPRESORES V/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008  CANT. 1,000 FOLIO DEL 10,001
AL 11,000  F. IMP. MAR/2009.  F. CAD. MAR/2011.  APROBACION DEL SAT NUMERO: 16209098.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL  19 DE MARZO DEL 2008  LA
REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

# Purchase Order

PO number/date
4550228282 / 25 Mar 2009

Please deliver to:
Delphi Deutschland GmbH
Annahme: 7-15/Fr. 7-14 Uhr
Münchener Ring 1

92318 Neumarkt

SEE REVERSE FOR GENERAL DELPHI EUROPE PURCHASING CONDITIONS

Delivery terms : CIF Incl. Verpackung

Payment terms : 2nd day of the following 2nd month                    Curr : USD

| Item | P/N | Description<br>Rev.Level    Valid From | Del. date | Qty | Unit | Unit Price |
|------|-----|------------------|-----------|-----|------|-----------|
| 00010 | 15496980 | LOCK INRCONNECT MIXED  48 BLK | 26.03.2009 | 150,000 | PCD | 58,93 |
|  |  | Your ref. : 15496980 |  |  | per | 100PCD |

Purchasing Department
Herr Rödel
Tel. 09181/310806 Fax 49-9181-310800

Signatures

TOTAL VAT ex.                    88,40

Guía Aérea y Terrestre
**Shipment Airwaybill**

707 0175 4663

ORIGEN/ORIGIN: QRO    DESTINO/DESTINATION: Nue

## 1 Cuenta / Contract

Cuenta no / Account no: 950459108
Nombre del remitente / Sender's name: Miguel García

Nombre de la empresa / Company name:
Rebin Mexicana, S de RL de CV

Dirección / Address:
Av las Misiones #7,
Parque Industrial Bernardo Quintana,
El Marqués, Querétaro.

Código postal / Postcode: 76246
Tel/Fax/Telex specify one: 9142 147 6002

Piezas / Pcs: 2
Kilos: 25.0
Gramos: 0

Dimensiones cm L x W x H: 60 x 39 x 19

VOLUMEN / PESO CARGADO / VOLUMETRIC/CHARGED WEIGHT: 18.0

## 2 Para (Destinatario) / To (Receiver)

Nombre de la empresa / Company name:
Delphi Deutschland GmbH

Dirección de entrega / Delivery address:
Münchener Ring 1
Neumarkt

Código postal / Postcode: 92318
País / Country: Germany

Persona a contactar / Contact person: Christine Bogner
Phone/Fax/Telex specify one: 91 8131 0 802

## Detalles del envío / Shipment details

### Servicios / Services
- [ ] DOCUMENTO / DOCUMENT
- [ ] DHL EXPRESS 9:30
- [ ] DHL EXPRESS 10:30
- [x] MENSAJERIA MUNDIAL / WORLDWIDE PARCEL EXPRESS
- [ ] INTRA EC (en circulación libre)
- [ ] DOCUMENTO EXPRESS / EXPRESS DOCUMENT
- [ ] DOMESTICO / DOMESTIC
- [ ] CORREO MUNDIAL / WORLDMAIL
- [ ] OTRO SERVICIO / OTHER SERVICE

### Cargos de transporte / Transport charges
- [ ] Remitente / Sender
- [ ] Efectivo/Cheque/Tarj. Crédito
- [ ] Acuerdo Externo de Cobro
- [ ] Modo de Transporte Cobrado
- [ ] Seguro de envío
- [ ] Sí

Descripción completa del contenido / Full description of contents: P
Producto local / Local product

Piezas de hule para uso automotriz.

Remitente VAT/GST No.: N.V.O.
Destinatario VAT/GST no. o EIN/SSN:

Tipo de exportación / Type of export:
[ ] PERMANENTE / PERMANENT
[ ] REPARACIÓN/REGRESO / REPAIR/RETURN
[ ] TEMPORAL / TEMPORARY

## 3 Firma / Signature

Fecha / Date: 07/05/09

ORIGEN: 804170
18:10
07/05/09



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No.    **10302**

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

SOLD TO / VENDIDO A :

CL-ALEMAN DELPHI DEUTSCHLAND GMBH
CP. 92318
MUNCHENER RING #1
NEUMARKT GERMANY

CTOCO CODE

SHIP TO / EMBARCAR A :

DELPHI DEUTSCHLAND GMBH H.
MUNCHENER RING # 1
92318
NEUMARKT  GERMANY

| CUSTOMER ORDER No. ORDEN DE COMPRA No. :  P.O 4550229020 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER  DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |
|---|---|

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
|---|---|---|---|---|---|
| 07/MAY/09 | Net30 | JOHN NORRIS | F.C.A | 07/MAY/09 | J2 |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|---|
| 750 | 7398      GROM P.N  15305365       ctns 1       750 Pcs Each on TARIFF CLASS No     4016.93.01 | | 0.1400 | PZA | 105.00 |

Skids      0
Grossweight 12        Kg
Net weight 11         Kg

| CANTIDAD CON LETRA ( ONE HUNDRED AND FIVE DOLARES 00/100 USD) AMOUNT : | SUB-TOTAL | 105.00 |
|---|---|---|
| | 15% IVA | 0.00 |
| | TOTAL | 105.00 |

CEDULA DE IDENTIFICACION FISCAL
0

RMI990827LA16
ROBIN MEXICANA S DE RL DE C.V.

C 485686

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 10,001 AL 11,000.  F. IMP. MAR/2008.  F. CAD. MAR/2011.  APROBACION DEL SAT NUMERO  10209098.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT  A PARTIR DEL 19 DE MARZO DEL 2008. LA

DELPHI

# Purchase Order

**PO number/date**
4550229320 / 05 May 2009

**Please deliver to:**
Delphi Deutschland GmbH
Annahme: 7-15/Fr. 7-14 Uhr
Münchener Ring 1

92318 Neumarkt

SEE REVERSE FOR GENERAL DELPHI EUROPE PURCHASING CONDITIONS

Delivery terms : CIF Incl. Verpackung

Payment terms : 2nd day of the following 2nd month

Curr : USD

| Item | P/N | Description Rev.Level    Valid From | Del. date | Qty | Unit | Unit Price |
|------|-----|-------------------------------------|-----------|-----|------|------------|
| 00010 | 15305365 | GROM SHEET MTL TAPE ON | 07.05.2009 | 750,000 | PCD | 14,80 per 100PCD |

| | | | Signatures | TOTAL VAT ex. | 111,00 |
|--|--|--|--|--|--|

**Purchasing Department**
Herr Rödel
Tel. 09181/310806 Fax 49-9181-310800

i.A. Wexler

_DHL_

Guía Aérea y Terrestre
Shipment Airwaybill

**707 0015 4663**

ORIGEN/ORIGIN: QRO   DESTINO/DESTINATION: Nue

## 1 De/Remitente / From (Sender)

Cuenta no. / Account no.
**9507 59108**

Nombre del remitente / Sender's name
**Miguel Garcia**

Referencia del remitente doce caracteres serán mostrados en la factura.
Senders reference first twelve characters will be shown on invoice

Nombre de la empresa / Company name
**Robin Mexicana, S de RL de CV**

Dirección / Address
**Av. las Misiones #9,**
**Parque Industrial Bernardo Quintana,**
**El Marqués, Querétaro.**

Código postal / Postcode
**76246**

Tel/Fax/Telex specify one
Phone/Fax/Telex specify one
**01442 147 GG 02**

## 2 Para (Destinatario) / To (Receiver)

Nombre de la empresa / Company name
**Delphi Deutschland GmbH**

Dirección de entrega   DHL no puede entregar en Apartado Postal
Delivery address   DHL cannot deliver to a PO Box
**Münchener Ring 1**
**Neumarkt**

Código postal / Postcode
**92318**

País / Country
**Germany**

Persona a contactar / Contact person
**Christine Bogner**

Tel/Fax/Telex specify one
Phone/Fax/Telex specify one
**91 81 310 962**

## 3 Firma de autorización / Sender's authorization, acceptance and signature

Más/Aceta(amos) conocer y acepta(r) las bases de contratación inscritas al reverso y no transaccionar efectivo, valores o bienes peligrosos.

Require Seguro [S] [X] (Favor de Marcar)

En caso negativo, acepto la responsabilidad máxima para DHL de hasta 30 días de salario mínimo del D.F., por cuanto a extravío de mi envío, en los términos de las cláusulas tercera y cuarta del Contrato de Adhesión aprobado por la Procuraduría Federal del Consumidor, inscrita al reverso.

Firma / Signature

Fecha / Date **07 / 05 / 09**

## Detalles del envío / Shipment details

No todas las condiciones de pago y servicios están disponibles en todos los países
Not all payment and service options are available in all countries

### Servicios / Services
- [ ] DOCUMENTO / DOCUMENT
- [ ] DHL EXPRESS 9:00
- [ ] DHL EXPRESS 10:30
- [X] MENSAJERÍA MUNDIAL todos declarables
      WORLDWIDE PARCEL EXPRESS all declarables
- [ ] INTRA EC (en circulación libre)
      INTRA EC (in free circulation)
- [ ] DOCUMENTO EXPRESS
      EXPRESS DOCUMENT
- [ ] DOMÉSTICO / DOMESTIC
- [ ] CORREO MUNDIAL / WORLDMAIL
      Correo Aéreo/Factor Impreso Especificar uno
      Airmail/Printed Matter Specify one
- [ ] OTRO SERVICIO
      OTHER SERVICE                Especificar / Specify

### Cargos de transporte / Transport charges
Si deja en blanco el remitente paga cargo a transporte
If blank sender pays Transport Charges
- [ ] Remitente / Sender

- [ ] Efectivo/Cheque/Tarj., Crédito
      Cash/Check/Credit card
      sólo para clientes autorizados
      For approved customers only
- [ ] Acuerdo Externo de Cobro
      External Billing Agreement
- [ ] Modo de Transporte
      Transport Collect

Seguro de envío ver reverso
Shipment Insurance see reverse
- [X] Sí
      Yes
      Especificar valor seguro del mercado
      insured value give currency

Descripción completa del contenido
Full description of contents
**P** Producto local
Local product

**Piezas de hule para uso automotriz.**

Sólo Embarques de Mensajería Mundial
International Worldwide Parcel Express Shipments Only
Anexo Original y dos copias de la factura comercial
Attach the Original and two copies of a proforma or Commercial Invoice
Valor comercial uno de moneda
Declared value give currency
**N.V.D.**

Remitente VAT/GST No. / Sender's VAT/GST No.

Código del sistema armonizado
Harmonized commodity code if applicable

Destinatario VAT/GST No. ó EIN/SSN
Receiver's VAT/GST no. or EIN/SSN

Tipo de exportación
Type of export
- [X] PERMANENTE
      PERMANENT
- [ ] REPARAR/REGRESO
      REPAIR/RETURN
- [ ] TEMPORAL
      TEMPORARY

Destino aduana/impuestos si deja en blanco destinatario paga aduana/impuesto
Destination duties/taxes if left blank receiver pays duties/taxes
- [ ] Destinatario
      Receiver
- [ ] Remitente
      Sender
- [ ] Otro
      Other

## 4 Sólo uso de DHL / For DHL use only

No. de piezas
No. of pieces
**2**

Kilos
Kg
**25**

Gramos
Gr.
**0**

Dimensiones cm L x W x H
Dimensions cm L x W x H
**60 x 39 x 19**

VOLUMEN PESO CARGADO
VOLUMETRIC CHARGE/WEIGHT
**19.0**

CÓDIGOS
CODES

CARGOS / CHARGES
Servicios / Services

[signature/marks]

Flete/Freight

Seguro / Insurance

Otro/VAT / Other/VAT

TOTAL

TRANSPORT COLLECT/CASH/etc

DETALLES DE PAGO Cheque/Tarjeta No.
PAYMENT DETAILS Cheque/Card no.

RECOGIDO/POR/PICKED UP BY
**BO41 F.O.**
**18.10**

Tiempo
Time
**18.10**

Fecha
Date
**07/05/09**

_Copia Remitente / Sender's copy_



**ROBIN MEXICANA S. DE R.L. DE C.V.**
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830 Fax : (442) 221-5829

INVOICE No.
FACTURA No.  10539

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

**SOLD TO / VENDIDO A :**

EL-ALEAN (ELPHI DEUTSCHLAND GMBH
UF. 92518
MÜNCHENER RING #1
NEUMARK) GERMANY

**SHIP TO / EMBARCAR A :**

CISCO CODE

DELPHI DEUTSCHLAND GMBH K.
MÜNCHENER RING # 1
92518
NEUMARKT  GERMANY

| CUSTOMER ORDER No.   P.O 4550230374 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT |
| ORDEN DE COMPRA No. : | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUÉS DEL EMBARQUE |

| DATE FECHA 26/JUN/09 | TERMS CONDICIONES Net30 | SALESPERSON VENDEDOR (A) JOHN NORRIS | INTERCOM F.C.A | DATE SHIP FECHA EMBARQUE 26/JUN/09 | SHIPPED VIA VÍA DE EMBARQUE 02 |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| 160 | 7015     GROMMET | 0.5840 | PZA | 93.44 |
|  | P.N   15496980     cins 1     160 Pcs Each on |  |  |  |
|  | TARIFF CLASS No   4016.93.01 |  |  |  |

Skids     0
Grossweight 13      Kg
Net weight  12      Kg

| CANTIDAD CON LETRA / AMOUNT : | SUB-TOTAL | 93.44 |
| | 15% IVA | 0.00 |
| (NINETY THREE DOLARES 44/100 USD) | TOTAL | 93.44 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL-10,001 AL 11,000  F IMP MAR/2009  F. CAD. MAR/2011   APROBACION DEL SAT NUMERO: 16209098.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008. LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

CEDULA DE IDENTIFICACIÓN FISCAL

RME990827LM6

ROBIN MEXICANA S. DE RL DE CV

C 485686

**DHL**

Guía Aérea y Terrestre
(No negociable)
Shipment Airwaybill
(Non negociable)

707 0154700

ORIGEN/ORIGIN: QRO    DESTINO/DESTINATION: NUE

### 1 De (Remitente) / From (Sender)

Cuenta no. / Account no.
950075710B

Nombre del remitente / Sender's name
Mauri Garcia

Referencia del remitente doce caracteres serán mostrados en la factura
Sender's reference first twelve characters will be shown on invoice

Nombre de la empresa / Company name
Robin Mexicana, S de RL de CV

Dirección / Address
Av. de las Misiones #9,
Parque Industrial Bernardo Quintana,
El Marques, Queretaro

Código postal / Postcode
76246

Tel/Fax/Telex especificar uno
Phone/Fax/Telex specify one
01492 2215830

### 2 Para (Destinatario) / To (Receiver)

Delphi Deutschland GmbH

Dirección de entrega    DHL no puede entregar en Apartado Postal
Delivery address    DHL cannot deliver to a PO Box
Münchener Ring 1
Neumarkt

Código postal / Postcode
92318

País / Country
Germany

Persona a contactar / Contact person
Harald Blank

Tel/Fax/Telex especificar uno
Phone/Fax/Telex specify one
91 81 310 802

### Firma de autorización y seguro del remitente / Sender's authorization, insurance and signature

Manifiesto(amos) conocer y aceptar las bases de contratación inscritas al reverso y no transportar
en el D.F., por daños o extravío de mi envío, en los términos de las cláusulas tercera y cuarta del
Contrato de Adhesión aprobado por la Procuraduría Federal del Consumidor, inscrita al reverso.

Requiere Seguro SI [X]    (Favor de Marcar)

En caso negativo, acepto la responsabilidad máxima para DHL de hasta 30 días de salario mínimo
Firma / Signature

Fecha / Date  26 / 06 / 09

### Detalles del envío / Shipment details

No todas las condiciones de pago y servicios están disponibles en todos los países
Not all payment and service options are available in all countries

**Servicios / Services**
- DOCUMENTO / DOCUMENT
- DHL EXPRESS 8:30
- DHL EXPRESS 10:30
- [X] MENSAJERIA MUNDIAL todos declarables
  WORLDWIDE PARCEL EXPRESS all declarables
- DOCUMENTO EXPRESS
  EXPRESS DOCUMENT
- DOMESTICO / DOMESTIC
- CORREO MUNDIAL / WORLDMAIL
  Correo Aéreo/Factor Impreso Especificar uno
  Airmail/Printed Matter Specify one
- OTRO SERVICIO
  OTHER SERVICE    Especificar / Specify

**Cargos de transporte / Transport charges**
Si deja en blanco el remitente paga carga o
transporte:
If left blank sender pays Transport Charges
- Remitente / Sender
- Efectivo/Cheque/Tarj. Crédito
  Cash/Check/Credit card
  sólo para clientes aprobados
  For approved customers only
- Acuerdo Externo de Cobro
  External Billing Agreement
- Modo de Transporte
  Transport Collect

**Seguro de envío ver reverso**
Shipment insurance see reverse
- Si / Yes    Especificar valor seguro dar moneda
  Insured value give currency

### Descripción completa del contenido
### Full description of contents

[P] Producto local
Local product

Piezas de hule para uso
automotriz, 7013
Factura 10539

Sólo Embarques de Mensajería Mundial
International Worldwide Parcel Express Shipments Only
Anexar Original y dos copias de la factura comercial
Attach the Original and two copies of a proforma or Commercial invoice
Valor comercial tipo de moneda
Declared value give currency

Remitente VAT/GST Núm. / Sender's VAT/GST No.

Código de sistema armonizado
Harmonized commodity code if applicable

Destinatario VAT/GST No. o BIN/SSN
Receiver's VAT/GST no. or BIN/SSN

**Tipo de exportación**
**Type of export**
- [X] PERMANENTE
  PERMANENT
- REPARA/REGRESO
  REPAIR/RETURN
- TEMPORAL
  TEMPORARY

Destino aduana/impuesto si deja en blanco destinatario paga aduana/impuesto
Destination duties/taxes if left blank receiver pays duties/taxes
- Destinatario
  Receiver
- Remitente
  Sender
- Otro
  Other

### 4 Medidas y peso

No. de piezas
No. of pieces  1

Kilos
Kg.  13

Gramos
Gr.  0

Dimensiones cm L x W x H
60 x 38 x 28

VOLUMEN/PESO CARGADO
VOLUMETRIC WEIGHT/WEIGHT  13.0

Copia Remitente / Sender's copy

B041F.O.
17.20
26/06/09

DELPHI

# Purchase Order Amendment

Robin-Mexicana
AV Las Misiones No. 9 Parque
Industrial
Bernardo Quintana,El Marques
76246 Queretaro, Mexico
MEXIKO

| |
|---|
| PO number/date |
| 4550230374 / 22 Jun 2009 |
| Contact person / Telephone |

Please deliver to:
Delphi Deutschland GmbH
Annahme: 7-15/Fr. 7-14 Uhr
Münchener Ring 1

92318 Neumarkt

Amendment Date : 02 Jul 2009 12:59

Your vendor number : 812535193
Y/ Telephone : +52 442 2215830
Y/ offer:    dated

## GENERAL TERMS AND CONDITIONS

1. ACCEPTANCE

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Customer Specific Requirements are
incorporated in, and a part of, this contract and each purchase order, release, requisition, work order,
shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether
expressed in written form or by electronic data interchange, relating to the goods and/or services to be
provided by Seller pursuant to this contract (such documents are collectively referred to as this Contract). A
copy of Buyer's General Terms and Conditions and Customer Specific Requirements are available upon written
request to Buyer or via the internet at Delphi's website, www.delphi.com. Seller acknowledges and agrees that it
has read and understands Buyer's General Terms and Conditions and Customer Specific Requirements. If Seller
accepts this Contract in writing or commences any of the work or services which are the subject of this
Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and
Customer Specific Requirements in their entirety without modification. Any additions to, changes in,
modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Customer
Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that
Buyer expressly agrees to accept any such proposals in writing.

Directions to find Delphi's General Terms and Conditions on the Internet:
1) Go to Delphi's internet web site www.delphi.com
2) Click on Suppliers
3) Click on Delphi Supplier Community Portal
4) Click on General Terms and Conditions
5) Click on your preferred Language version of the General Terms and Conditions

Directions to find Delphi's Customer Specific Requirements on the Internet:
1) Go to Delphi's internet web site www.delphi.com
2) Click on Suppliers
3) Click on Delphi Supplier Community Portal
4) Click on Supplier Standards
5) Click on Delphi Customer Specific Requirements

| Purchasing Department | Signatures |
|---|---|
| Herr Rödel | |
| Tel. 09181/310806 Fax 49-9181-310800 | |

DELPHI DEUTSCHLAND GMBH

Postanschrift:          Hausanschrift:       Telefon:    (0202) 291-0        Sitz der Gesellschaft:        Geschäftsführung: Michael Gassen (Vorsitzender),
D-42367 Wuppertal       Delphiplatz 1        Telefax:    (0202) 291-2777     Wuppertal                                   Peter Gajewski, Diedrich von Bent,
                        D-42119 Wuppertal    Internet:   www.delphi.com       Registergericht AG Wuppertal                Bernd Wegescheide
                                                                              HRB 2254                      Aufsichtsrat: Dr. Rainer Hemmeling (Vorsitzender)



Page: 2 / 2

## Purchase Order Amendment

| PO number/date |
|---|
| 4550230374 / 22 Jun 2009 |

**Please deliver to:**
Delphi Deutschland GmbH
Annahme: 7-15/Fr. 7-14 Uhr
Münchener Ring 1

92318 Neumarkt

SEE REVERSE FOR GENERAL DELPHI EUROPE PURCHASING CONDITIONS

Delivery terms : CIF Incl. Verpackung

Payment terms : 2nd day of the following 2nd month                    Curr : USD

| Item | P/N | Description Rev.Level    Valid From | Del. date | Qty | Unit | Unit Price |
|---|---|---|---|---|---|---|
| 00010 | 15496980 | LOCK INRCONNECT MIXED   48 BLK | 23.06.2009 | 160,000 | PCD | 58,40 |
|  |  | Your ref. : 15496980 * PO quantity changed * |  |  | per | 100PCD |

| Purchasing Department | Signatures |
|---|---|
| Herr Rödel Tel. 09181/310806 Fax 49-9181-310800 | i.A. |

DELPHI DEUTSCHLAND GMBH

Postanschrift:        Hausanschrift:        Telefon:   (0202) 291-0        Sitz der Gesellschaft        Geschäftsführung: Michael Gassen (Vorsitzender),
D-42357 Wuppertal     Delphiplatz 1         Telefax:   (0202) 291-2777     Wuppertal                     Peter Gajewski, Diedrich von Behr,
                      D-42119 Wuppertal     Internet:  www.delphi.com       Registergericht AG Wuppertal  Bernd Wegescheide
                                                                            HRB 2264                       Aufsichtsrat: Dr. Rainer Hemeling (Vorsitzender),



**ROBIN MEXICANA'S DE R.L DE C.V.**
Av. Las Misiones No. 9
Parque ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No.   10557

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

SOLD TO / VENDIDO A :

SHIP TO / EMBARCAR A :

| CUSTOMER ORDER No. | ORDEN DE COMPRA No. : | | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT |
|---|---|---|---|
| | | | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VIA DE EMBARQUE |
|---|---|---|---|---|---|---|
| | | | | F.O.B | 06/JUL/09 | |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| | GROMET Infl. OU P.N  13596719   cina 1     250 Pcs Each ca INFEE CLASS M.   4013.90.01 | 0.3815 | PZA | 95.39 |

Skids      0
gross weight 15        kg
Net weight  12        kg

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 95.39 |
|---|---|---|
| NINETY FIVE DOLARES 39/100 USD | 15% IVA | 0.00 |
| | TOTAL | 95.39 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 10,001 AL 11,000. F IMP MAR/2009. F CAD. MAR/2011. "APROBACION DEL SAT NUMERO  10209099.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT. A PARTIR DEL 19 DE MARZO DEL 2008. LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

**DHL**

Guía Aérea y Terrestre
Shipment Airwaybill

707 0015 4685

ORIGEN/ORIGIN: QRO   DESTINO/DESTINATION: SHA

**1 De (Remitente) / From (Sender)**

Cuenta no / Account no: 966202100
Nombre del remitente / Sender's name: Miguel Garcia

Nombre de la empresa / Company name: Robin Mexicana, S de RL de CV

Dirección / Address: Av de las Misiones #9
Parque Ind. Bernardo Quintana
El Marqués, Querétaro

Código postal / Postcode: 76246
Tel/Fax/Telex especifique uno / Phone/Fax/Telex specify one: (442) 221 58 30

**2 Para (Destinatario) / To (Receiver)**

Nombre de la empresa / Company name: Delphi Packard Electric System Co. Ltd

Dirección de entrega / Delivery: 60 Yuanguo Road, Anting Jiading District Shanghai

Código postal / Postcode: 201814
País / Country: China

Persona a contactar / Contact person: Katherine Gu
Tel/Fax/Telex especifique uno / Phone/Fax/Telex specify one: 21-5956-3300

**3 Para la autorización y seguro del remitente / Sender's authorization, insurance and signature**

Requiere Seguro -SI NO (Favor de Marcar)

Firma / Signature: [signature]
Fecha / Date: 07/07/09

**Detalles del envío / Shipment details**

**Servicios / Services**
- ☐ DOCUMENTO / DOCUMENT
- ☐ DHL EXPRESS 9:30
- ☐ DHL EXPRESS 10:30
- ☐ MENSAJERIA MUNDIAL todos declarables / WORLDWIDE PARCEL EXPRESS all declarables
- ☒ INTRA EC (en circulación libre) / INTRA EC (in free circulation)
- ☐ DOCUMENTO EXPRESS / EXPRESS DOCUMENT
- ☐ DOMESTICO / DOMESTIC
- ☐ CORREO MUNDIAL / WORLDMAIL
  Correo Aéreo/Papel Impreso Especificar uno / Airmail/Printed Matter Specify one
- ☐ OTRO SERVICIO / OTHER SERVICE
  Especificar / Specify

**Cargos de transporte / Transport charges**
Si deja en blanco el remitente paga cargo a transporte / If left blank sender pays Transport Charges
- ☐ Remitente / Sender
- ☐ Electivo/Cheque/Tar) Crédito / Cash/Check/Credit card
  sólo para clientes aprobados / For approved customers only
- ☐ Acuerdo Externo de Cobro / External Billing Agreement
- ☐ Modo de Transporte / Transport Collect
- Seguro de envío ver reverso / Shipment insurance see reverse
  ☐ Si  ☐ Yes

**Descripción completa del contenido / Full description of contents**
Producto local / Local product: P
250 piezas de hule del número de parte 7044

Sólo embarques de Mensajería Mundial / International Worldwide Parcel Express Shipments Only
Anexe Original y dos copias de la factura comercial / Attach the Original and two copies of a proforma or Commercial invoice

Valor comercial tipo de moneda / Declared value give currency: [blank]

Remitente VAT/GST Núm. / Sender's VAT No.:

Código de sistema armonizado / Harmonized commodity code if applicable:
Destinatario VAT/GST no. o EIN/SSN / Receiver's VAT/GST no. or EIN/SSN:

**Tipo de exportación / Type of export**
- ☐ PERMANENTE / PERMANENT
- ☐ REPARAR/REGRESO / REPAIR/RETURN
- ☐ TEMPORAL / TEMPORARY

Destino aduana/impuesto si deja en blanco destinatario paga aduana/impuesto / Destination duties/taxes if left blank receiver pays duties/taxes
- ☐ Destinatario / Receiver
- ☐ Remitente / Sender
- ☐ Otro / Other

**Copia remitente / Sender's copy**

No. de piezas / No of pieces: 1
Peso: 12
Dimensiones cm L x W x H: 29 x 60 x 38
V.4.0

Tipo / Type: 114/C
12:55
07-07-09

# DELPHI    SGM258

Packard Electric System

Page  1  of  2

**Buyer:**

DELPHI
Delphi Packard Electric Systems CO China
60  Yuanguo Road,
Dazhong Industry Zone, Jiading

201814 SHANGHAI
CHINA

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI P SHANGHAI EJV - E/EDS
No. 60, Yuanguo Road, Jiading

201814 SHANGHAI
CHINA

**Invoice to:**

Delphi Packard Electric Systems Co.
, Ltd.
60  Yuanguo Road, Jiading

201814 SHANGHAI
CHINA

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450699794 | 26-Jun-2009 |
| Version | |
| 26-Jun-2009  00.50.00 | |

Delivery date:  08-JUL-2009

| | |
|---|---|
| Vendor No:  1014165 | |
| DUNS No:  812535193 | |
| **Payment Terms:**  Z23 | **Currency:**  USD |
| Due 2nd day of the third month | |
| **Incoterms:**  EXW | |

Buyer Tax id: 310114607307316
Seller Tax id:

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant Requester | | | | |
|---|---|---|---|---|---|---|---|
| | | 250.000 | 1101 DELPHI P SHANGHAI EJV - E/EDS | | | | |
| 00010 | 13596719 | | | | | | |
| | GROM TAPE ON | Price | Price Unit | UOM | | | Value |
| | Delivery Date | Scheduled Quantity | | | | | 95.39 |
| | 08-JUL-2009 | 250.000 | 381.54 | 1.000 | PC | | 95.39 |
| | | | | | USD | | |
| | Net Line Item Value | | | | | | |

| **Total net value** | USD | 95.39 |
|---|---|---|

Purchasing Contact: Wu, Justin
Phone:  862159563300
Fax:  862169573731

Contact Address:

Date and Time Printed:



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830  Fax : (442) 221-5829

INVOICE No.
FACTURA No.    **10626**

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

---

**SOLD TO / VENDIDO A :**

GL-01FN06 DELPHI PACKARD ELECTRIC SYSTEM 86
TAXID151265238  CP.  48098
DELPHI DRIVE #5725
TROY    MICHIGAN  USA

CISCO CODE
60886

**SHIP TO / EMBARCAR A :**

AV. LOS ALAMOS #60
PROVILEON
67755
LINARES    NUEVO LEO  MEXICO

---

| CUSTOMER ORDER No.    P.O 450895105 | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT |
|---|---|
| ORDEN DE COMPRA No. : | TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE |

| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
|---|---|---|---|---|---|
| 10/JUL/09 | Net30 | JOHN HARRIS | F.C.A | 10/JUL/09 | U1 |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|---|
| 260 | 7091        GROM TAPE ON | | 4.3130 | PZA | 1,121.38 |
| | P.N    13614171    ctns 2    130 | | | | |
| | TARIFF CLASS No    4016.93.01 | | | | |

Skids    0
Grossweight 22    Kg
Net weight 21    Kg

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL | 1,121.38 |
|---|---|---|
| | 15% IVA | 0.00 |
| (ONE THOUSAND AND ONE HUNDRED AND TWENTY ONE DOLARES 38/100 USD | TOTAL | 1,121.38 |

SAT
CEDULA DE IDENTIFICACIÓN FISCAL
0
RME990827LA16
ROBIN MEXICANA S DE R L DE
CV
CLIC C-485686
QRO-31/03/1994
16909098FAX1

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008.  CANT. 1,000 FOLIO DEL 10,001
AL 11,000  F. IMP. MAR/2009  F. CAD. MAR/2011.  APROBACION DEL SAT NUMERO: 16209098.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008  LA
REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UNION Y/O UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES

**Ryder**

## PROF. Of. DELIBERA / PRUEBA DE ENTREGA

**MEXICO EAST OPERATIONS**
Ryder de Mexico, S.A. de C.V.
Carretera Piedras Negras K.M. 7.5
Nuevo Laredo Tamaulipas CPP.88000
867-71-13-90
656-627-1001, 1002

Suplié / Proveedor   ROBIN MEXICANA S. DE R.L. DE CV.

Trailer # / Numero de Caja

Autorización # / No. de Autorización    XGL - 5471

Cariar / Transportista    DEIFHI

Driver(s) / Chofer(es)    Alvaro Rodriguez

HORA:

CARTA PORTE

| Parking Slip/Invoice # | Qty of skids | Qty of boxes | Peso Neto | Peso Bruto | Recibido por (operador) | Date | Destination | Received by (plant) | Date |
|---|---|---|---|---|---|---|---|---|---|
| No. de factura Remision | Cant. de bultos | Cant. de cajas | Peso Neto | Peso Bruto | Recibido por (operador) | Fecha | Destino | Recibido por (planta) | Fecha |
| 0 | 0 | 0 | 0 | 0 | | 10/Jul/09 | FW80 | | |
| 0 | 0 | 0 | 0 | 0 | | 10/Jul/09 | FW99 | | |
| 0 | 0 | 0 | 0 | 0 | | 10/Jul/09 | FW81 | | |
| 0 | 0 | 0 | 0 | 0 | | 10/Jul/09 | FW82 | | |
| 10625 | 1 | 2 | 21 | 36 | | 10/Jul/09 | FW86 | | |
| 0 | 0 | 0 | 0 | 0 | | 10/Jul/09 | FW91 | | |
| 0 | 0 | 0 | 0 | 0 | | 10/Jul/09 | FW92 | | |
| | | | | | | | | | |
| | 1 | 2 | 21 | 36 | | | | | |

UG MEXICANA

SALIDA DE TRANSPORTISTA

## A) INFORMACION DEL TRANSPORTISTA

COMPAÑIA: *Delphi*
FECHA: *10-07-09*

UNIDAD

Trailer ☐

CAJA: *N.A*
TRACTOR: *N.A*

Otro (especificar) ✓

PLACAS: *XCL 5471*
SELLO:

*CTA:*

OPERADOR: *Alvaro rodriguez*
CARTA PORTE:

FIRMA

REMISIONES: *10626*
TARIMAS: *1*
OBSERVACIONES

*entra: 21:25*
*Salida 21:30*

## B) EVALUACION AL TRANPORTISTA:

|  | NC | MED | B |
|---|---|---|---|
| 1. CONDICIONES DEL PISO DE LA CAJA |  |  | ✓ |
| 2. LIMPIEZA DE LA CAJA |  |  | ✓ |
| 3. SERVICIO y PRESENTACION (Operador) |  |  | ✓ |
| 4. CUENTA CON TOPES DE HULE EN LA CAJA | no | | si | — Requeridos por Robin |

**NC=No conforme, MED=Medio, B=Bien

## C) LAY OUT DE CARGA

*1er. nivel*

*FW 06*

*2do. nivel*

*a ESTIBA*

INSTITUTO FEDERAL ELECTORAL
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
VERGARA
RODRIGUEZ
ALVARO
EDAD 47
SEXO H
DOMICILIO
AND LOS RAMONES 802
COL RODRIGO GOMEZ 67710
LINARES ,N.L.
FOLIO 0000034521297   AÑO DE REGISTRO 1991 00
CLAVE DE ELECTOR  VRRDAL60012419H400
ESTADO 19   DISTRITO
MUNICIPIO 034   LOCALIDAD 0001   SECCION 0661

# DELPHI 

Delphi Packard Electrical/Electronic Architecture

Page  1  of  3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098
EE.UU.

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450895105 | 16-Jun-2009 |
| Version | |
| 16-Jun-2009  15:59:49 | |

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**
DELPHI P LINARES
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
AVE. LOS ALAMOS #80
67755 CD. LINARES-PROVILEON

Delivery date:  19-JUN-2009

Vendor No:  1014165
DUNS No:  812535193

**Payment Terms:** ZMN2      **Currency:** USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | 13614171 | 19,288.000 | FW86 DELPHI P LINARES |
| | GROM TAPE ON | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 19-JUN-2009 | 19,288.000 | 4,313.00 | 1,000 | PC | 83,189.14 |
| Net Line Item Value | | | | USD | 83,189.14 |

| **Total net value** | **USD** | **83,189.14** |
|---|---|---|

Purchasing Contact: Colorbio, Gabriela
Phone:  915-612-4660
Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO  TX  79906-5301

Date and Time Printed:  16-Jun-2009 15:59:49

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  2  of  3

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Purchase Order

| | |
|---|---|
| PO Number | Date Issued |
| 450895105 | 16-Jun-2009 |
| Version | |
| 16-Jun-2009  15:59:49 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the saliable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 3 of 3

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450895105 | 16-Jun-2009 |
| Version | |
| 16-Jun-2009 15:59:49 | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|

**Notes Continued:**

DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION:  LAURA JAKOB
FAX: 248-813-1411

```
*******************************************************
*******************************************************
*******************************************************
```

Shipping Instructions / Ship VIA:
```
*******************************************************
```
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement.  All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
```
*******************************************************
```



ROBIN MEXICANA S. DE R.L. DE C.V.
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel: (442) 221-5830  Fax: (442) 221-5829

INVOICE No.   10647
FACTURA No.

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

SOLD TO / VENDIDO A :

SHIP TO / EMBARCAR A :

| CUSTOMER ORDER No. ORDEN DE COMPRA No. : | | | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE | | |
|---|---|---|---|---|---|
| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VÍA DE EMBARQUE |
| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
| | | | | | $900.00 |
| | | | | | $900.00 |

| CANTIDAD CON LETRA : AMOUNT : | SUB-TOTAL 15% IVA TOTAL | $900.00 $0.00 $900.00 |
|---|---|---|

CEDULA DE IDENTIFICACION FISCAL

RME990827LM6

ROBIN MEXICANA S DE RL DE CV.

C-405686

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.  AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008  CANT 1,000 FOLIO DEL 10,001
AL 11,000  F IMP MAR/2009  F CAD. MAR/2011.  APROBACION DEL SAT NUMERO: 16205099  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008  LA
REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page  1  of  3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI P LINARES
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
AVE. LOS ALAMOS #80
67755 CD. LINARES-PROVILEON

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450904656 | 09-Jul-2009 |
| Version | |
| 09-Jul-2009  16:30:42 | |

Delivery date:   09-JUL-2009

Vendor No:  1014165
DUNS No:   812535193

**Payment Terms:** ZMN2        **Currency:**  USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | OVERTIME | 1.000 | FW86 DELPHI P LINARES |

OVERTIME REQUIRED
For 12 hours that would net 750 parts p/n 13614171 (grommet)
for an additional cost of $900.00

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 09-JUL-2009 | 1.000 | 900.00 | 1 | EA | 900.00 |
| Net Line Item Value | | | | USD | 900.00 |

Purchasing Contact: Colorbio, Gabriela

Phone:  915-612-4660

Fax:  915-612-4767

Buyer Email: gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

Date and Time Printed:  09-Jul-2009 16:30:42



**ROBIN MEXICANA S. DE R.L. DE C.V.**
Av. Las Misiones No. 9
Parque Ind. Bernardo Quintana
C.P. 76246 El Marques, Qro.
Tel : (442) 221-5830 Fax : (442) 221-5829

INVOICE No.
FACTURA No.    10949

EFECTOS FISCALES AL PAGO

EXPEDIDA EN :

SOLD TO / VENDIDO A :                              SHIP TO / EMBARCAR A :

| CUSTOMER ORDER No. ORDEN DE COMPRA No. : | ALL CREDIT CLAIMS MUST BE ENTERED 30 DAYS AFTER  DATE OD SHIPMENT TODAS LAS RECLAMACIONES DE CREDITO DEBERAN SER NOTIFICADAS DENTRO DE LOS SIGUIENTES 30 DIAS DESPUES DEL EMBARQUE | | | |
|---|---|---|---|---|
| DATE FECHA | TERMS CONDICIONES | SALESPERSON VENDEDOR (A) | INTERCOM | DATE SHIP FECHA EMBARQUE | SHIPPED VIA VIA DE EMBARQUE |

| CUANTITY CANTIDAD | STOCK NUMBER-DESCRIPCION NUMERO DE PARTE-DESCRIPCION | UNIT PRICE PRECIO UNITARIO | UNIT UNIDAD | AMOUNT MONTO |
|---|---|---|---|---|
| | | | | $1,550.00 |

CEDULA DE IDENTIFICACION FISCAL

RME990827LM6

ROBIN MEXICANA S DE RL DE
CV

C 485686
QRO-31/03/1999-T
(Material XX)

| CANTIDAD CON LETRA : AMOUNT : | | SUB-TOTAL | $1,550.00 |
|---|---|---|---|
| One Thousand Five Hundred Fifty Dollars 00/100 USD | | 15% IVA | $0.00 |
| | | TOTAL | $1,550.00 |

IMPRESO POR GUTENBERG IMPRESORES Y/O JESUS LUIS VALDES ZALDIVAR, R.F.C. VAZJ-631116-1GA, SAN JUAN DEL RIO, QRO.    AUTORIZADO POR LA SHCP CON FECHA DEL 19 DE MARZO DEL 2008    CANT. 1,000 FOLIO DEL 10,001 AL 11,000  F. IMP. MAR/2009  F. CAD. MAR/2011.  "APROBACION DEL SAT NUMERO: 16209098.  FECHA EN QUE SE INCLUYO LA AUTORIZACION EN PAGINA DE INTERNET DEL SAT: A PARTIR DEL 19 DE MARZO DEL 2008. LA REPRODUCCION NO AUTORIZADA DE ESTE COMPROBANTE CONSTITUYE UN DELITO EN LOS TERMINOS DE LAS DISPOSICIONES FISCALES.

# DELPHI

*Habra correcciones.*
*20/08/2009*

Delphi Packard Electrical/Electronic Architecture

Page  1  of  3

**Buyer:**

DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY  MI  48098
EE.UU.

ROBIN MEXICANA S DE RL DE CV
AVE LAS MISIONES #9 PARQUE INDUSTRI
76246 EL MARQUES
MEXICO

**Deliver to:**

DELPHI P LINARES
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
AVE. LOS ALAMOS #80
67755 CD. LINARES-PROVILEON

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450921245 | 17-Aug-2009 |
| Version | |
| 18-Aug-2009  10:42:15 | |

Delivery date:  31-AUG-2009

Vendor No:  1014165
DUNS No:   812535193

**Payment Terms:** ZMN2      **Currency:**  USD

Payment settled on 2nd day, 2nd Month

**Incoterms:**  FOB- Freight Collect

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester | | | |
|---|---|---|---|---|---|---|
| 00010 | OVERTIME | 1.000 | FW86 DELPHI P LINARES | | | |
| | OVERTIME REQUIRED | | | | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 31-AUG-2009 | 1.000 | 1,550.00 | 1 | EA | 1,550.00 |
| Net Line Item Value | | | | USD | 1,550.00 |

| **Total net value** | **USD** | **1,550.00** |
|---|---|---|

*Part number  13596319  (7094)*

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax:  915-612-4767

Buyer Email:gabriela.colorbio@delphi.com

Contact Address:

Delphi Packard
48 Walter Jones Blvd,
EL PASO TX  79906-5301

Date and Time Printed:  18-Aug-2009 10:42:15