## Robin Industries, Inc. - Technical Services Division
## Delphi US Accounts Receivable
## Administrative Proof of Claim
## February 16, 2010

| Invoice | Ship Date | Total Value |
|---------|-----------|------------:|
| 3754 | 7/15/2009 | $ 80.00 |
| 3772 | 8/6/2009 | $ 150.00 |
| 3811 | 8/28/2009 | $ 2,400.00 |
| 3812 | 8/28/2009 | $ 400.00 |
| 3830 | 9/17/2009 | $ 1,000.00 |
| 3840 | 9/25/2009 | $ 315.00 |
| 3841 | 9/25/2009 | $ 450.00 |
| 3845 | 9/28/2009 | $ 60.00 |
| 3846 | 9/28/2009 | $ 375.00 |
| 3851 | 9/28/2009 | $ 720.00 |
| 3855 | 10/1/2009 | $ 450.00 |
| 3856 | 10/1/2009 | $ 1,200.00 |
|  | Total | $ 7,600.00 |

## Robin Industries, Inc. - Technical Services Division
## Delphi US Accounts Receivable
## Administrative Proof of Claim
### February 16, 2010

| Invoice | Ship Date | Total Value |
|---------|-----------|------------:|
| 3754 | 7/15/2009 | $ 80.00 |
| 3772 | 8/6/2009 | $ 150.00 |
| 3811 | 8/28/2009 | $ 2,400.00 |
| 3812 | 8/28/2009 | $ 400.00 |
| 3830 | 9/17/2009 | $ 1,000.00 |
| 3840 | 9/25/2009 | $ 315.00 |
| 3841 | 9/25/2009 | $ 450.00 |
| 3845 | 9/28/2009 | $ 60.00 |
| 3846 | 9/28/2009 | $ 375.00 |
| 3851 | 9/28/2009 | $ 720.00 |
| 3855 | 10/1/2009 | $ 450.00 |
| 3856 | 10/1/2009 | $ 1,200.00 |
| | Total | $ **7,600.00** |

## Robin Industries, Inc. - Technical Services Division
## Delphi US Accounts Receivable
## Administrative Proof of Claim
## February 16, 2010

| Invoice | Ship Date | Total Value |
|---|---|---:|
| 3754 | 7/15/2009 | $ 80.00 |
| 3772 | 8/6/2009 | $ 150.00 |
| 3811 | 8/28/2009 | $ 2,400.00 |
| 3812 | 8/28/2009 | $ 400.00 |
| 3830 | 9/17/2009 | $ 1,000.00 |
| 3840 | 9/25/2009 | $ 315.00 |
| 3841 | 9/25/2009 | $ 450.00 |
| 3845 | 9/28/2009 | $ 60.00 |
| 3846 | 9/28/2009 | $ 375.00 |
| 3851 | 9/28/2009 | $ 720.00 |
| 3855 | 10/1/2009 | $ 450.00 |
| 3856 | 10/1/2009 | $ 1,200.00 |
| | Total | $ 7,600.00 |

## Robin Industries, Inc. - Technical Services Division
## Delphi US Accounts Receivable
## Administrative Proof of Claim
### February 16, 2010

| Invoice | Ship Date | | Total Value |
|---|---|---|---|
| 3754 | 7/15/2009 | $ | 80.00 |
| 3772 | 8/6/2009 | $ | 150.00 |
| 3811 | 8/28/2009 | $ | 2,400.00 |
| 3812 | 8/28/2009 | $ | 400.00 |
| 3830 | 9/17/2009 | $ | 1,000.00 |
| 3840 | 9/25/2009 | $ | 315.00 |
| 3841 | 9/25/2009 | $ | 450.00 |
| 3845 | 9/28/2009 | $ | 60.00 |
| 3846 | 9/28/2009 | $ | 375.00 |
| 3851 | 9/28/2009 | $ | 720.00 |
| 3855 | 10/1/2009 | $ | 450.00 |
| 3856 | 10/1/2009 | $ | 1,200.00 |
| | Total | $ | 7,600.00 |

# Robin Industries, Inc. - Technical Services Division
## Delphi US Accounts Receivable
## Administrative Proof of Claim
### February 16, 2010

| Invoice | Ship Date | Total Value |
|---------|-----------|------------:|
| 3754 | 7/15/2009 | $ 80.00 |
| 3772 | 8/6/2009 | $ 150.00 |
| 3811 | 8/28/2009 | $ 2,400.00 |
| 3812 | 8/28/2009 | $ 400.00 |
| 3830 | 9/17/2009 | $ 1,000.00 |
| 3840 | 9/25/2009 | $ 315.00 |
| 3841 | 9/25/2009 | $ 450.00 |
| 3845 | 9/28/2009 | $ 60.00 |
| 3846 | 9/28/2009 | $ 375.00 |
| 3851 | 9/28/2009 | $ 720.00 |
| 3855 | 10/1/2009 | $ 450.00 |
| 3856 | 10/1/2009 | $ 1,200.00 |
| | Total | $ 7,600.00 |

# Robin Development Center

5200 County Road 120  Berlin, Oh  44610  330-893-3501

## A DIVISION OF ROBIN INDUSTRIES, INC.

03841

**SOLD TO:**
DELPHI
DELPHI PACKARD ELECTRIC
P.O. BOX 431
WARREN, OH  44486

**SHIP TO:**
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH  44483
DOCK:

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| 450861769 | 9/25/2009 | | | |

| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| RIX-1550 | Norris | MNS2 | | 9/25/2009 | Fed-Ex Collect |

| Qty Ordered | Qty Shipped | Stock Number / Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 715 | 300 | PE180337    01    PRT | $1.5000 | Ea | $450.00 |
| | | ENGR. TERRY GEORGE | Total | | $450.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# Janie Yakley

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, September 28, 2009 4:07 PM
**To:** jyakley@robin-industries.com
**Subject:** FedEx Shipment 307349610001503 Delivered

---

This tracking update has been requested by:

Company Name: ROBIN TECHNICAL SERVICES
Name:        Janie Yakley
E-mail:      jyakley@robin-industries.com

---

Our records indicate that the following shipment has been delivered:

Department number:    Terry George
Invoice number:       03841
Purchase order number: 450861789
Reference:            RIX1550
Ship (P/U) date:      Sep 25, 2009
Delivery date:        Sep 28, 2009 4:03 PM
Sign for by:          JWICKS
Service type:         FedEx Ground
Packaging type:       Package
Number of pieces:     1
Weight:               4.00 lb.
Tracking number: 307349610001503

| Shipper Information | Recipient Information |
|---|---|
| Janie Yakley | DELPHI PACKARD ELEC SYSTEMS |
| ROBIN TECHNICAL SERVICES | DELPHI CORPORATION |
| 5172 C.R. 120 | 4551 RESEARCH PKWY NW |
| BERLIN | WARREN |
| OH | OH |
| US | US |
| 44610 | 44483 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:07 PM CDT on 09/28/2009.
Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 4

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

**Purchase Order**

PO Number: 450861769
Date Issued: 26-Mar-2009
Version: 26-Mar-2009 11:04:28

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

Delivery date: 29-MAY-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR15130280 00010 PE182746 PARTS PE182746 Rev.01 Conn Outer 2W Male MP 280 Co/Molded | 1,000.000 | FR01 DELPHI PACKARD GEORGE, T |

RIX-1556

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

Purchasing Contact: Dancison, Cat
Phone: 330-373-7458
Fax: 330-373-7396

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email: cat.dancison@delphi.com

Date and Time Printed: 26-Mar-2009 11:04:28



Delphi Packard Electrical/Electronic Architecture

Page 4 of 4

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Purchase Order**

PO Number
450861769
Version
26-Mar-2009 11:04:28

Date Issued
26-Mar-2009

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:
*************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228 5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

*************************************
*************************************
*************************************
*************************************
Shipping Instructions / Ship VIA:
*************************************

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*************************************
*************************************



Delphi Packard Electrical/Electronic Architecture

Page 3 of 4

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450861769 | 26-Mar-2009 |
| Version | |
| 26-Mar-2009 11:04:28 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes:
Reorder Quantities. Reference Quotes: GL8PT300, GL8PT289, GL8PT264, GL8PT286

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 4

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Purchase Order**

PO Number
450861769
Version
26-Mar-2009 11:04:28

Date Issued
26-Mar-2009

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester | | | |
|---|---|---|---|---|---|---|
| 00020 | PR15130280 00020 | 1,000.000 | FR01 DELPHI PACKARD | | | |
| | PE184690 PARTS | | GEORGE, T | | | |
| | PE184690 Rev.01 Conn Outer 2W Male MP 280 Co/Molded | | | | | |
| | Delivery Date   Scheduled Quantity | | Price | Price Unit | UOM | Value |
| | 29-MAY-2009   1,000.000 | | 1.50 | 1 | PC | 1,500.00 |
| | Net Line Item Value | | | | USD | 1,500.00 |
| 00030 | PR15130280 00030 | 1,000.000 | FR01 DELPHI PACKARD | | | |
| | PE183778 PARTS | | GEORGE, T | | | |
| | PE183778 Rev.01 TPA - Comolded with seal | | | | | |
| | Delivery Date   Scheduled Quantity | | Price | Price Unit | UOM | Value |
| | 29-MAY-2009   1,000.000 | | 1.50 | 1 | PC | 1,500.00 |
| | Net Line Item Value | | | | USD | 1,500.00 |
| 00040 | PR15130280 00040 | 2,000.000 | FR01 DELPHI PACKARD | | | |
| | PE180337 PARTS | | GEORGE, T | | | |
| | PE180337 Rev.01 TPA Comolded with seal | | | | | |
| | Delivery Date   Scheduled Quantity | | Price | Price Unit | UOM | Value |
| | 29-MAY-2009   2,000.000 | | 1.50 | 1 | PC | 3,000.00 |
| | Net Line Item Value | | | | USD | 3,000.00 |
| 00050 | PR15130280 00050 | 1,000.000 | FR01 DELPHI PACKARD | | | |
| | PE180352 PARTS | | GEORGE, T | | | |
| | PE180352 Rev.01 Assembly comolded conn & seal. | | | | | |
| | Delivery Date   Scheduled Quantity | | Price | Price Unit | UOM | Value |
| | 29-MAY-2009   1,000.000 | | 1.50 | 1 | PC | 1,500.00 |
| | Net Line Item Value | | | | USD | 1,500.00 |
| 00060 | PR15130280 00060 | 1,000.000 | FR01 DELPHI PACKARD | | | |
| | PE183848 PARTS | | GEORGE, T | | | |
| | PE183848 Rev.01 Assembly comolded conn & seal | | | | | |
| | Delivery Date   Scheduled Quantity | | Price | Price Unit | UOM | Value |
| | 29-MAY-2009   1,000.000 | | 1.50 | 1 | PC | 1,500.00 |
| | Net Line Item Value | | | | USD | 1,500.00 |

| Total net value | | USD | 10,500.00 |
|---|---|---|---|

## Robin Development Center

5200 County Road 120  Berlin, Oh  44610   330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03845

SOLD TO:
DELPHI
DELPHI PACKARD ELECTRIC
P.O. BOX 431
WARREN, OH  44486

SHIP TO:
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH  44483
DOCK:

| CUSTOMER ORDER NO. 450930513 | | DATE 9/28/2009 | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|---|---|
| OUR ORDER NO. RIX-1556 | SALESMAN Norris | TERMS MNS2 | F.O.B. | DATE SHIPPED 9/28/2009 | SHIPPED VIA Fed-Ex Collect | |
| Qty Ordered | Qty Shipped | Stock Number / Description | | Unit Price | Unit | Amount |
| 1,000 | 40 | PE182746    01    PRT | | $1.5000 | Ea | $60.00 |
| | | | | | Total | $60.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

## Janie Yakley

| | |
|---|---|
| From: | TrackingUpdates@FEDEX.COM |
| Sent: | Tuesday, September 29, 2009 4:20 PM |
| To: | jyakley@robin-industries.com |
| Subject: | FedEx Shipment 307349610001985 Delivered |

This tracking update has been requested by:

Company Name: ROBIN TECHNICAL SERVICES
Name:         Janie Yakley
E-mail:       jyakley@robin-industries.com

Our records indicate that the following shipment has been delivered:

Department number:     TERRY GEORGE
Invoice number:        03845
Purchase order number: 450930513
Reference:             RIX1556
Ship (P/U) date:       Sep 28, 2009
Delivery date:         Sep 29, 2009 4:17 PM
Sign for by:           CCOPE
Service type:          FedEx Ground
Packaging type:        Package
Number of pieces:      1
Weight:                4.00 lb.
Tracking number: 307349610001985

| Shipper Information | Recipient Information |
|---|---|
| Janie Yakley | DELPHI PACKARD ELEC SYSTEMS |
| ROBIN TECHNICAL SERVICES | DELPHI CORPORATION |
| 5172 C.R. 120 | 4551 RESEARCH PKWY NW |
| BERLIN | WARREN |
| OH | OH |
| US | US |
| 44610 | 44483 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:20 PM CDT on 09/29/2009.
Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI CORPORATION
DELPHI PACKARD ELECTRIC SYSTEMS
4551 RESEARCH PKY
WARREN OH 44483

## Purchase Order

PO Number: 450930513
Date Issued: 03-Sep-2009
Version: 04-Sep-2009 06:19:33 EST

Delivery date: 30-SEP-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| | Description | | Requester |
|---|---|---|---|
| 00010 | PR15754198 00010 | 1,000.000 | FR01 DELPHI PACKARD |
| | PE182746 01PRT - PARTS | | GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 30-SEP-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

**Total net value**                                USD        1,500.00

*RK-1552*

Purchasing Contact: Racz, Paul
Phone: 330-373-7498
Fax:   330-373-7393

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email: paul.j.racz@delphi.com

Date and Time Printed: 04-Sep-2009 06:19:33 EST



Delphi Packard Electrical/Electronic Architecture

Page 2 of 3

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450930513<br>Version<br>04-Sep-2009 06:19:33 EST | Date Issued<br>03-Sep-2009 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

Notes:
NOTES.GL8PT300

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 3 of 3

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

PO Number
450930513
Version
04-Sep-2009 06:19:33 EST

Date Issued
03-Sep-2009

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

****************************************
****************************************
****************************************
****************************************

Shipping Instructions / Ship VIA:
****************************************

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
****************************************
****************************************

## Robin Development Center

5200 County Road 120  Berlin, Oh  44610    330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03846

SOLD TO:
DELPHI
DELPHI PACKARD ELECTRIC
P.O. BOX 431
WARREN, OH  44486

SHIP TO:
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH  44483
DOCK:

| CUSTOMER ORDER NO. | | DATE | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|---|---|
| 450930514 | | 9/28/2009 | | | | | |
| OUR ORDER NO. | SALESMAN | TERMS | | F.O.B. | DATE SHIPPED | SHIPPED VIA | |
| RIX-1557 | Norris | MNS2 | | | 9/28/2009 | Fed-Ex Collect | |
| Qty Ordered | Qty Shipped | Stock Number / Description | | | Unit Price | Unit | Amount |
| 1,000 | 250 | PE184690 | 01 | PRT | $1.5000 | Ea | $375.00 |
| | | ENGR. TERRY GEORGE | | | | Total | $375.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Janie Yakley

From: TrackingUpdates@fedex.com
Sent: Tuesday, September 29, 2009 4:20 PM
To: jyakley@robin-industries.com
Subject: FedEx Shipment 307349610001992 Delivered

This tracking update has been requested by:

Company Name: ROBIN TECHNICAL SERVICES
Name: Janie Yakley
E-mail: jyakley@robin-industries.com

Our records indicate that the following shipment has been delivered:

Department number: TERRY GEORGE
Invoice number: 03846
Purchase order number: 450930514
Reference: RIX1557
Ship (P/U) date: Sep 28, 2009
Delivery date: Sep 29, 2009 4:17 PM
Sign for by: CCOPE
Service type: FedEx Ground
Packaging type: Package
Number of pieces: 1
Weight: 16.00 lb.
Tracking number: 307349610001992

| Shipper Information | Recipient Information |
|---|---|
| Janie Yakley | DELPHI PACKARD ELEC SYSTEMS |
| ROBIN TECHNICAL SERVICES | DELPHI CORPORATION |
| 5172 C.R. 120 | 4551 RESEARCH PKWY NW |
| BERLIN | WARREN |
| OH | OH |
| US | US |
| 44610 | 44483 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:20 PM CDT on 09/29/2009.
Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

1

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI CORPORATION
DELPHI PACKARD ELECTRIC SYSTEMS
4551 RESEARCH PKY
WARREN OH 44483

**Purchase Order**

PO Number: 450930514
Version: 04-Sep-2009 06:19:33 EST
Date Issued: 03-Sep-2009

Delivery date: 30-SEP-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2      **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | | |
|---|---|---|---|---|---|---|
| 00010 | PR15754199 00010 PE184690 01PRT - PARTS | 1,000.000 | FR01 DELPHI PACKARD GEORGE, T | | | |
| | Delivery Date    Scheduled Quantity | | Price | Price Unit  UOM | | Value |
| | 30-SEP-2009         1,000.000 | | 1.50 | 1   PC | | 1,500.00 |
| | Net Line Item Value | | | | USD | 1,500.00 |

**Total net value**                                                         USD         1,500.00

Purchasing Contact: Racz, Paul
Phone: 330-373-7498
Fax:  330-373-7393

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email: paul.j.racz@delphi.com

Date and Time Printed: 04-Sep-2009 06:19:33 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 3

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | **Purchase Order** |
|---|---|
| | PO Number: 450930514    Date Issued: 03-Sep-2009<br>Version: 04-Sep-2009 06:19:33 EST |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes:**
NOTES . GL8PT300

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*