# DELPHI

Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450930514 | 03-Sep-2009 |
| Version | |
| 04-Sep-2009 06:19:33 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

### Notes Continued:

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

*********************************************

ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

****************************************************************
****************************************************************
****************************************************************
****************************************************************

Shipping Instructions / Ship VIA:
*********************************

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
****************************************************************
****************************************************************

## Robin Development Center

5200 County Road 120  Berlin, Oh  44610   330-893-3501

### A DIVISION OF ROBIN INDUSTRIES, INC.

03851

SOLD TO:
DELPHI
DELPHIP DOCK CC
DELPHI PACKARD OHIO OPERATIONS
P.O. BOX 431
WARREN, OH  44486

SHIP TO:
DELPHI CC
DELPHIP DOCK CC
1265 N. RIVER RD
WARREN, OH  44483
DOCK: 09

| CUSTOMER ORDER NO. 450939169 | | DATE 9/28/2009 | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|---|---|
| OUR ORDER NO. RIX-1589 | SALESMAN Norris | TERMS 2ND DA 2ND MO | F.O.B. | DATE SHIPPED 9/28/2009 | SHIPPED VIA Fed-Ex Collect | | |
| Qty Ordered | Qty Shipped | Stock Number / Description | | Unit Price | Unit | Amount | |
| 100 | 20 | PE196365 - 30 DUROMETER | | $6.0000 | Ea | $120.00 | |
| 100 | 100 | PE196364 - 50 DUROMETER | | $6.0000 | Ea | $600.00 | |
| | | | | | Total | $720.00 | |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Print page | Close



## Summary Results

Select time format 12H

### Delivered

| Tracking no. | Status | Delivery date | Destination | Signature Proof Image |
|---|---|---|---|---|
| 797969545281 | Delivered Signed for by: M.JORDAN Standard Overnight | Sep 30, 2009 10:14 AM | DEARBORN, MI | Yes |
| 796981859501 | Delivered Signed for by: M.JORDAN Standard Overnight | Sep 30, 2009 10:14 AM | DEARBORN, MI | Yes |

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI P GUADALUPE III
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
13701 MINES RD
LAREDO TX 78045

**Purchase Order**

PO Number: 450939169
Version: 22-Sep-2009 05:41:47 EST

Date Issued: 21-Sep-2009

Delivery date: 21-NOV-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2        **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR15833906 00010<br>PE196365 GROM INSERT ACOUSTIC<br>U387/U388<br>CE: JESUS GAVALDON<br>AE: ILTON CALLENEDE<br>*30 Days*<br><br>PLEASE SHIP PARTS TO:<br>LINDA BAO/313-805-8304 PDC 1DC41<br>MAIL DROP 283,<br>20901 OAKWOOD BLVD.<br>DEARBORN, MI 48124 | 100.000 | FW96 DELPHI P GUADALUPE III<br>CALLENEDE, I |

*Rix-1589 Graduate only*

**Purchasing Contact:** Colorbio, Gabriela
Phone: 915-612-4660
Fax: 915-612-4767

**Contact Address:**
Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed: 22-Sep-2009 05:41:47 EST



Delphi Packard Electrical/Electronic Architecture

Page 2 of 3

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Purchase Order**

PO Number: 450939169
Version: 22-Sep-2009 05:41:47 EST

Date Issued: 21-Sep-2009

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| | Delivery Date / Scheduled Quantity | Price | Price Unit  UOM  Value |
| | 21-NOV-2009  100.000 | 6.00 | 1  PC  600.00 |
| | | | USD  600.00 |
| | Net Line Item Value | | |
| 00020 | PR15833904 00010 | 100.000 | FW96 DELPHI P GUADALUPE III |
| | PE196364 GROM INSERT ACOUSTIC | | CALLENEDE, I |
| | U387/U388 | | |
| | CE: JESUS GAVALDON | | |
| | AE: ILTON CALLENEDE | | |

50 Duros

PLEASE SHIP PARTS TO:
LINDA BAO/313-805-8304 PDC 1DC41
MAIL DROP 283,
20901 OAKWOOD BLVD.
DEARBORN, MI 48124

| | | Price | Price Unit  UOM  Value |
|---|---|---|---|
| Delivery Date | Scheduled Quantity | 6.00 | 1  PC  600.00 |
| 21-NOV-2009 | 100.000 | | USD  600.00 |
| Net Line Item Value | | | |

**Total net value**    USD    1,200.00

Notes:

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.



Delphi Packard Electrical/Electronic Architecture

Page 3 of 3

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450939169<br>Version<br>22-Sep-2009 05:41:47 EST | Date Issued<br>21-Sep-2009 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228   5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Shipping Instructions / Ship VIA:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Janie Yakley

**From:** Paula Linkovic [plink@Norris-Sales.com] on behalf of John Norris [jnorris@Norris-Sales.com]
**Sent:** Tuesday, September 22, 2009 10:30 AM
**To:** Janie Yakley; dtheiss@robin-industries.com
**Cc:** Callender, Milton; John Norris
**Subject:** FW: Delphi-SAP PO= 450939169 Vendor= ROBIN INDUSTRIES INC

Janie:

Attached is the PO for the different Durometer Pucks. Please review and advise of any questions or comments. Please note the direct ship instructions to Linda Bao in the body of the PO – Milt do you agree that these should be direct shipped or do they go to Laredo and then Laredo ships to Linda? Milt, do you know who will provide the carrier account # for the shipment of parts? Please advise.

(Paula) for John J. Norris

John J. Norris
19111 Detroit Road, Suite 202
Rocky River, OH 44116
Phone: 440-333-4030
Fax: 440-333-4281
Cell Phone: 440-725-4356
e-mail: jnorris@norris-sales.com

---

**From:** Colorbio, Gabriela [mailto:Gabriela.Colorbio@delphi.com]
**Sent:** Tuesday, September 22, 2009 10:18 AM
**To:** John Norris; Paula Linkovic
**Subject:** FW: Delphi-SAP PO= 450939169 Vendor= ROBIN INDUSTRIES INC

John / Paula,
   Please see attached P.O. for Milton request. I believed you have received this purchase order from Irma, but just to make sure.

Thanks,
**Gaby Colorbio M.**
Chemical Buyer
Delphi Global Supply Management
*E-mail:* gabriela.colorbio@delphi.com
Phone: *915-612-4660*
Fax: *915-612-4767*
*****************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*****************************************USMITRY-MX05*****************************************************

9/22/2009

Thanks,
**Gaby Colorbio M.**
Chemical Buyer
Delphi Global Supply Management
*E-mail:* gabriela.colorbio@delphi.com
Phone: *915-612-4660*
Fax: *915-612-4767*

*********************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribu or copying of this communication is strictly prohibited. If you have received this communication in erroi please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*****************************USMITRY-MX05*******************************************

*********************************************************************
Note:   If the reader of this message is not the intended recipient, or an employee c
*********************************************************************

*********************************************************************
Note:   If the reader of this message is not the intended recipient, or an employee c
*********************************************************************

9/22/2009

Janie Yakley

**From:** Callender, Milton [Milton.Callender@delphi.com]
**Sent:** Tuesday, September 22, 2009 10:41 AM
**To:** John Norris; Janie Yakley; dtheiss@robin-industries.com
**Subject:** RE: Delphi-SAP PO= 450939169 Vendor= ROBIN INDUSTRIES INC

Yes,
The ship to address is correct for Linda Bao.
Since Ford ordered these they should pick up the freight. I will send an e-mail to Ford to ask for their shpping acct #.
I will get back to you on this today.

Milton A. Callender
Field Application Engineer
Delphi Component Systems
5800 Mercury Drive
Dearborn, MI 48126
Mail Code: 481.458.001
Office Tel: (313) 996-1030
Cellular: (313) 919-3701
milton.callender@delphi.com

---

**From:** Paula Linkovic [mailto:plink@Norris-Sales.com] **On Behalf Of** John Norris
**Sent:** Tuesday, September 22, 2009 10:30 AM
**To:** Janie Yakley; dtheiss@robin-industries.com
**Cc:** Callender, Milton; John Norris
**Subject:** FW: Delphi-SAP PO= 450939169 Vendor= ROBIN INDUSTRIES INC

Janie:

Attached is the PO for the different Durometer Pucks. Please review and advise of any questions or comments. Please note the direct ship instructions to Linda Bao in the body of the PO — Milt do you agree that these should be direct shipped or do they go to Laredo and then Laredo ships to Linda? Milt, do you know who will provide the carrier account # for the shipment of parts? Please advise.

(Paula) for John J. Norris

John J. Norris
19111 Detroit Road, Suite 202
Rocky River, OH 44116
Phone: 440-333-4030
Fax: 440-333-4281
Cell Phone: 440-725-4356
e-mail: jnorris@norris-sales.com

---

**From:** Colorbio, Gabriela [mailto:Gabriela.Colorbio@delphi.com]
**Sent:** Tuesday, September 22, 2009 10:18 AM
**To:** John Norris; Paula Linkovic
**Subject:** FW: Delphi-SAP PO= 450939169 Vendor= ROBIN INDUSTRIES INC

John / Paula,
   Please see attached P.O. for Milton request. I believed you have received this purchase order from Irma, but just to make sure.

9/22/2009

# Robin Development Center

5200 County Road 120  Berlin, Oh  44610  330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03855

**SOLD TO:**
DELPHI
DELPHI PACKARD ELECTRIC
P.O. BOX 431
WARREN, OH  44486

**SHIP TO:**
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH  44483
DOCK:

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| 450861769 | 10/1/2009 | | | |
| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
| RIX-1553 | Norris | MNS2 | | 10/1/2009 | Fed-Ex Collect |

| Qty Ordered | Qty Shipped | Stock Number / Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 300 | 300 | PE183778    01    PRT | $1.5000 | Ea | $450.00 |
| | | ATTN; TERRY GEORGE (CSE) | Total | | $450.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

Janie Yakley

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, October 02, 2009 8:27 AM
**To:** jyakley@robin-industries.com
**Subject:** FedEx Shipment 307349610002104 Delivered

This tracking update has been requested by:

Company Name:       ROBIN TECHNICAL SERVICES
Name:               Janie Yakley
E-mail:             jyakley@robin-industries.com

Our records indicate that the following shipment has been delivered:

Department number:
Invoice number:         TERRY GEORGE
Purchase order number:  03855
Reference:              450861769
Ship (P/U) date:        RIX1553
Delivery date:          Oct 1, 2009
Sign for by:            Oct 2, 2009 8:23 AM
Service type:           MIKE
Packaging type:         FedEx Ground
Number of pieces:       Package
Weight:                 1
                        4.00 lb.

Tracking number:        307349610002104

Shipper Information                 Recipient Information
Janie Yakley                        DELPHI PACKARD ELEC SYSTEMS
ROBIN TECHNICAL SERVICES            DELPHI CORPORATION
5172 C.R. 120                       4551 RESEARCH PKWY NW
BERLIN                              WARREN
OH                                  OH
US                                  US
44610                               44483

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:27 AM CDT on 10/02/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

10/2/2009

Thank you for your business.

10/2/2009

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 4

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450861769 | 26-Mar-2009 |
| Version | |
| 26-Mar-2009 11:04:28 | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00020 | PR15130280 00020  *R/X-1557* <br> PE184690 PARTS <br> PE184690 Rev.01 Conn Outer 2W Male MP 280 Co/Molded | 1,000.000 | FR01 DELPHI PACKARD <br> GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Item No. | Description | Qty | Plant |
|---|---|---|---|
| 00030 | PR15130280 00030  *R/X-1553* <br> PE183778 PARTS <br> PE183778 Rev.01 TPA - Comolded with seal | 1,000.000 | FR01 DELPHI PACKARD <br> GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Item No. | Description | Qty | Plant |
|---|---|---|---|
| 00040 | PR15130280 00040  *R/X-1550* <br> PE180337 PARTS <br> PE180337 Rev.01 TPA Comolded with seal | 2,000.000 | FR01 DELPHI PACKARD <br> GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 2,000.000 | 1.50 | 1 | PC | 3,000.00 |
| Net Line Item Value | | | | USD | 3,000.00 |

| Item No. | Description | Qty | Plant |
|---|---|---|---|
| 00050 | PR15130280 00050  *R/X-1549* <br> PE180352 PARTS <br> PE180352 Rev.01 Assembly comolded conn & seal. | 1,000.000 | FR01 DELPHI PACKARD <br> GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Item No. | Description | Qty | Plant |
|---|---|---|---|
| 00060 | PR15130280 00060  *R/X-1554* <br> PE183848 PARTS <br> PE183848 Rev.01 Assembly comolded conn & seal | 1,000.000 | FR01 DELPHI PACKARD <br> GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Total net value | | USD | 10,500.00 |
|---|---|---|---|



Delphi Packard Electrical/Electronic Architecture

| ROBIN INDUSTRIES INC |
| --- |
| ROBIN TECHNICAL SERVICE GROUP |
| P.O. Box 449 |
| BERLIN OH 44610 |

## Purchase Order

| PO Number | Date Issued |
| --- | --- |
| 450861769 | 26-Mar-2009 |
| Version | |
| 26-Mar-2009 11:04:28 | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
| --- | --- | --- | --- |
| | Description | | Requester |

Notes:
Reorder Quantities. Reference Quotes: GL8PT300, GL8PT289, GL8PT264, GL8PT286

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:



Delphi Packard Electrical/Electronic Architecture

Page 4 of 4

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | Purchase Order | |
|---|---|---|
| | PO Number<br>450861769<br>Version<br>26-Mar-2009 11:04:28 | Date Issued<br>26-Mar-2009 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

Notes Continued:
**************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411
**************************************
**************************************
**************************************
**************************************

Shipping Instructions / Ship VIA:
**************************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
**************************************



Delphi Packard Electrical/Electronic Architecture

Page 1 of 4

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

**Purchase Order**

PO Number: 450861769
Version: 26-Mar-2009 11:04:28
Date Issued: 26-Mar-2009

Delivery date: 29-MAY-2009

Vendor No: 1005480
DUNS No: 847544020
Payment Terms: ZMN2   Currency: USD
Payment settled on 2nd day, 2nd Month
Incoterms: FOB-Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR15130280 00010<br>PE182746 PARTS<br>PE182746 Rev.01 Conn Outer 2W Male MP 280 Co/Molded | 1,000.000 | FR01 DELPHI PACKARD<br>GEORGE, T |

EX-1556

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

Purchasing Contact: Dancison, Cat
Phone: 330-373-7458
Fax: 330-373-7396

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email: cat.dancison@delphi.com

Date and Time Printed: 26-Mar-2009 11:04:28

# Robin Development Center

5200 County Road 120  Berlin, Oh  44610   330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03856

**SOLD TO:**
DELPHI
DELPHI PACKARD ELECTRIC
P.O. BOX 431
WARREN, OH  44486

**SHIP TO:**
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH  44483
DOCK:

| CUSTOMER ORDER NO. | DATE | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|---|
| 450936197 | 10/1/2009 | | | | |
| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
| RIX-1576 | Norris | MNS2 | | 10/1/2009 | Fed-Ex Collect |

| Qty Ordered | Qty Shipped | Stock Number / Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 300 | 300 | PE189875     01     PRT | $4.0000 | Ea | $1,200.00 |
| | | ATTN; KARL GRZENA (CSE) | Total | | $1,200.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC
ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI CORPORATION
DELPHI PACKARD ELECTRIC SYSTEMS
4551 RESEARCH PKY
WARREN OH 44483

## Purchase Order

PO Number: 450936197
Date Issued: 15-Sep-2009
Version: 16-Sep-2009 05:16:30 EST

Delivery date: 21-SEP-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | | | |
|---|---|---|---|---|---|---|---|
| 00010 | PR15828748 00010 PE189875 01PRT - PARTS | 300.000 | FR01 DELPHI PACKARD GRZENA, K | | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | | Value |
| | 21-SEP-2009 | 300.000 | 4.00 | 1 | PC | | 1,200.00 |
| | Net Line Item Value | | | | USD | | 1,200.00 |
| **Total net value** | | | | | **USD** | | **1,200.00** |

*RIX-1526  56W*

Purchasing Contact: Racz, Paul
Phone: 330-373-7498
Fax: 330-373-7393

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email: paul.j.racz@delphi.com

Date and Time Printed: 16-Sep-2009 05:16:30 EST



Delphi Packard Electrical/Electronic Architecture

Page 2 of 3

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

PO Number
450936197
Version
16-Sep-2009  05:16:30 EST

Date Issued
15-Sep-2009

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 3 of 3

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450936197<br>Version<br>16-Sep-2009 05:16:30 EST | Date Issued<br>15-Sep-2009 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

FAX: 248-813-1411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Shipping Instructions / Ship VIA:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*