Janie Yakley

From: TrackingUpdates@fedex.com
Sent: Friday, October 02, 2009 8:27 AM
To: jyakley@robin-industries.com
Subject: FedEx Shipment 307349610002098 Delivered

---

This tracking update has been requested by:

Company Name:         ROBIN TECHNICAL SERVICES
Name:                 Janie Yakley
E-mail:               jyakley@robin-industries.com

---

Our records indicate that the following shipment has been delivered:

Department number:     K.GRZENA
Invoice number:        03856
Purchase order number: 450936197
Reference:             RIX1576
Ship (P/U) date:       Oct 1, 2009
Delivery date:         Oct 2, 2009 8:23 AM
Sign for by:           MIKE
Service type:          FedEx Ground
Packaging type:        Package
Number of pieces:      1
Weight:                5.00 lb.

Tracking number:       307349610002098

Shipper Information                 Recipient Information
Janie Yakley                        DELPHI PACKARD ELEC SYSTEMS
ROBIN TECHNICAL SERVICES            DELPHI CORPORATION
5172 C.R. 120                       4551 RESEARCH PKWY NW
BERLIN                              WARREN
OH                                  OH
US                                  US
44610                               44483

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:26 AM CDT on 10/02/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

10/2/2009

## Robin Development Center

5200 County Road 120  Berlin, Oh  44610   330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03754

SOLD TO:
DELPHI
DELPHI PACKARD ELECTRIC
P.O. BOX 431
WARREN, OH  44486

SHIP TO:
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH  44483
DOCK:

| CUSTOMER ORDER NO. 450906510 | | DATE 7/15/2009 | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | |
|---|---|---|---|---|---|---|---|
| OUR ORDER NO. RIX1544A | | SALESMAN Norris | TERMS MNS2 | F.O.B. | DATE SHIPPED 7/15/2009 | SHIPPED VIA UPS Consignee | |
| Qty Ordered | Qty Shipped | Stock Number / Description | | | Unit Price | Unit | Amount |
| 1,600 | 1,600 | PE182002       03       PRT | | | $0.0500 | Ea | $80.00 |
| | | ATTN: J. DAUGHERTY | | | | Total | $80.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED.  AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

## Purchase Order

PO Number: 450906510
Version
15-Jul-2009 04:47:40 EST

Date Issued: 14-Jul-2009

Delivery date:  13-JUL-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2       **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR15593772 00010 PE182002 03PRT - PARTS | 1,600.000 | FR01 DELPHI PACKARD DAUGHERTY, J |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 13-JUL-2009 | 1,600.000 | 0.05 | 1 | PC | 80.00 |
| Net Line Item Value | | | | USD | 80.00 |

| Total net value | | USD | 80.00 |
|---|---|---|---|

Purchasing Contact: Racz, Paul
Phone: 330-373-7498
Fax:   330-373-7393

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email:paul.j.racz@delphi.com

Date and Time Printed: 15-Jul-2009 04:47:40 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 3

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | **Purchase Order** |
|---|---|
| | PO Number: 450906510<br>Version<br>15-Jul-2009 04:47:40 EST | Date Issued: 14-Jul-2009 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI  48098
ATTENTION: LAURA JAKOB

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 3 of 3

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450906510 | 14-Jul-2009 |
| Version | |
| 15-Jul-2009 04:47:40 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**
FAX: 248-813-1411

*********************************************
*********************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
*********************************************
*********************************************

Shipping Instructions / Ship VIA:
*********************************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*********************************************
*********************************************

# DELPHI

**Janie Yakley**

**From:** Janie Yakley [jyakley@robin-industries.com]
**Sent:** Wednesday, July 15, 2009 7:53 AM
**To:** Jim Daugherty
**Subject:** ASM CONN/CPA PE182002 '03

Jim, good morning. Please find the invoice and bill of lading for the assembly cost of the CPA's. Thank you for expediting this paperwork through accounting.

Have a nice day.

Janie

Janie Yakley
Robin Ind Technical Services
Prototype Program Manager
P:330.893.3501  F:330.893.3403
E:jyakley@robin-industries.com

7/15/2009

## Robin Development Center

5200 County Road 120  Berlin, Oh  44610    330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03772

SOLD TO:
DELPHI
DELPHI PACKARD ELECTRIC
P.O. BOX 431
WARREN, OH  44486

SHIP TO:
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH  44483
DOCK:

| CUSTOMER ORDER NO. 450912717 | | DATE 8/6/2009 | | | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|---|---|---|
| OUR ORDER NO. RIX1544 | | SALESMAN Norris | TERMS MNS2 | F.O.B. | DATE SHIPPED 8/6/2009 | SHIPPED VIA UPS Consignee | |
| Qty Ordered | Qty Shipped | Stock Number / Description | | | Unit Price | Unit | Amount |
| 1 | 0 | PE181137 | 03 | SET UP | $150.0000 | Ea | $150.00 |
| 3,000 | 3,000 | PE181137 | 03 | PRT | $3.0000 | Ea | $9,000.00 |
| | | ENGR. J. DAUGHERTY (CSE) | | | | Total | $9,150.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

 **Proof of Delivery**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z5X15920340712840 |
| **Reference Number(s):** | RIX1544, RIX-1547 |
| **Service:** | GROUND |
| **Weight:** | 12.00 Lbs |
| **Shipped/Billed On:** | 08/06/2009 |
| **Delivered On:** | 08/07/2009 10:13 A.M. |
| **Delivered To:** | PLANT 13<br>1265 N RIVER RD NE<br>WARREN, OH, US  44483 |
| **Signed By:** | MCRAE |
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  08/07/2009 12:24 P.M.  ET

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 1 of 3

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

## Purchase Order

PO Number: 450912717
Date Issued: 27-Jul-2009
Version: 28-Jul-2009 05:04:11 EST

Delivery date: 10-AUG-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | | |
|---|---|---|---|---|---|---|
| 00010 | PR15606499 00010 PE181137 03 SETUP | 1.000 | FR01 DELPHI PACKARD DAUGHERTY, J | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 10-AUG-2009 | 1.000 | 150.00 | 1 | EA | 150.00 |
| | Net Line Item Value | | | | USD | 150.00 |

Purchasing Contact: Racz, Paul
Phone: 330-373-7498
Fax: 330-373-7393

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email: paul.j.racz@delphi.com

Date and Time Printed: 28-Jul-2009 05:04:11 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 3

| ROBIN INDUSTRIES INC |
| ROBIN TECHNICAL SERVICE GROUP |
| P.O. Box 449 |
| BERLIN OH 44610 |

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450912717 | 27-Jul-2009 |
| Version | |
| 28-Jul-2009 05:04:11 EST | |

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester | | | |
|---|---|---|---|---|---|---|
| 00020 | PR15606499 00020 PE181137 03PRT - PARTS | 3,000.000 | FR01 DELPHI PACKARD DAUGHERTY, J | | | |
| | Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
| | 10-AUG-2009 | 3,000.000 | 3.00 | 1 | PC | 9,000.00 |
| | Net Line Item Value | | | | USD | 9,000.00 |

| Total net value | USD | 9,150.00 |
|---|---|---|

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



Delphi Packard Electrical/Electronic Architecture

Page 3 of 3

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450912717<br>Version<br>28-Jul-2009 05:04:11 EST | Date Issued<br>27-Jul-2009 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:
*********************************************
*********************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

******************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

*********************************************
*********************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
*********************************************
*********************************************
Shipping Instructions / Ship VIA:
*********************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
*********************************************
*********************************************

# Robin Technical Services

5172 County Road 120  Berlin, Oh  44610   330-893-3501

### A DIVISION OF ROBIN INDUSTRIES, INC.

03811

**SOLD TO:**
DELPHI
DELPHI P GUADALUPE III
DELPHI PACKARD ELECTRIC/ELECTRONIC
5725 DELPHI DRIVE
TROY, MI  48098

**SHIP TO:**
MEXICO EAST OPERATIONS
DELPHI P GUADALUPE III
13701 MINES RD
LAREDO, TX  78045
FW96     DOCK:

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | | | |
|---|---|---|---|---|---|---|
| 450923848 | 8/28/2009 | | | | | |
| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA | |
| RX1588A | Norris | ZMN2 | | 8/28/2009 | Fed-Ex | |
| Qty Ordered | Qty Shipped | Stock Number / Description | | Unit Price | Unit | Amount |
| 300 | 300 | PE192911    01    GROM ASM | | $8.0000 | Ea | $2,400.00 |
| | ATTN: ANGEL DIAZ/GUADALUPE PLANT 915-6127601 | | | Total | | $2,400.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Technical Services
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

# DELPHI

Delphi Packard Electrical/Electronic Architecture

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

Page 1 of 3

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450923848 | 21-Aug-2009 |
| Version | |
| 22-Aug-2009 04:02:24 EST | |

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI P GUADALUPE III
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
13701 MINES RD
LAREDO TX 78045

Delivery date:  28-AUG-2009

Vendor No: 1005480
DUNS No:   847544020

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR15693613 00010 PE192911 GROMMET | 300.000 | FW96 DELPHI P GUADALUPE III CALLENDER, M |

300 prototypes pieces of part number PE192911 (13773771).

CE: NORA ZEPEDA
AE: JANET AMES
SHIP PARTS ATTENTION ANGEL DIAZ/GUADALUPE PLANT 915-612-7601

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 28-AUG-2009 | 300.000 | 8.00 | 1 | PC | 2,400.00 |

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax:   915-612-4767

Contact Address:
Delphi Packard
48 Walter Jones Blvd,
EL PASO TX 79906-5301

Buyer Email:gabriela.colorbio@delphi.com

Date and Time Printed:  22-Aug-2009 04:02:24 EST

# DELPHI

Delphi Packard Electrical/Electronic Architecture

Page 2 of 3

| ROBIN INDUSTRIES INC<br>ROBIN TECHNICAL SERVICE GROUP<br>P.O. Box 449<br>BERLIN OH 44610 | **Purchase Order** | |
|---|---|---|
| | PO Number<br>450923848<br>Version<br>22-Aug-2009 04:02:24 EST | Date Issued<br>21-Aug-2009 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester | | |
|---|---|---|---|---|---|
| | Net Line Item Value | | | USD | 2,400.00 |
| **Total net value** | | | | USD | 2,400.00 |

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 _____Delphi Packard Electrical/Electronic Architecture

Page 3 of 3

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Purchase Order**

| PO Number | Date Issued |
|---|---|
| 450923848 | 21-Aug-2009 |
| Version | |
| 22-Aug-2009 04:02:24 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

Notes Continued:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228  5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Shipping Instructions / Ship VIA:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Janie Yakley**

| | |
|---|---|
| **From:** | Paula Linkovic [plink@Norris-Sales.com] on behalf of John Norris [jnorris@Norris-Sales.com] |
| **Sent:** | Friday, August 28, 2009 11:23 AM |
| **To:** | Callender, Milton; Yabur, Pedro; Zepeda, Nora |
| **Cc:** | John Norris; Janie Yakley |
| **Subject:** | FW: FedEx MPS Shipment Notification (PE192911/ 13773771) RIX 1588A REF: 300 Piece Order to Laredo |

Below are the tracking numbers for the 300 piece order going to Laredo FEDX ground:

```
Tracking number:         307349610001206 (10 of 12)
Tracking number:         307349610001213 (11 of 12)
Tracking number:         307349610001220 (12 of 12)
Master tracking number:  307349610001114 (1 of 12)
Tracking number:         307349610001121 (2 of 12)
Tracking number:         307349610001138 (3 of 12)
Tracking number:         307349610001145 (4 of 12)
Tracking number:         307349610001152 (5 of 12)
Tracking number:         307349610001169 (6 of 12)
Tracking number:         307349610001176 (7 of 12)
Tracking number:         307349610001183 (8 of 12)
Tracking number:         307349610001190 (9 of 12)
```

(Paula) for John J. Norris
John J. Norris
19111 Detroit Road, Suite 202
Rocky River, OH  44116
Phone: 440-333-4030
Fax: 440-333-4281
Cell Phone: 440-725-4356
e-mail: jnorris@norris-sales.com

---

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Friday, August 28, 2009 10:58 AM
**To:** Paula Linkovic
**Subject:** FedEx MPS Shipment Notification

---

This tracking update has been requested by:

8/28/2009

Company Name:          ROBIN TECHNICAL SERVICES
Name:                  Janie Yakley
E-mail:                jyakley@robin-industries.com

---

Janie Yakley of ROBIN TECHNICAL SERVICES sent Angel Diaz/Guadalupe Plt of delphi packard electric 12 FedEx Ground package(s).

This shipment is scheduled to be sent on 08/28/2009.

Reference information includes:

Department number:      CISCO CODE #60896
Invoice number:         03811
Purchase order number:  450923848
Reference:              RX-1588A

Tracking number:        307349610001206 (10 of 12)

Tracking number:        307349610001213 (11 of 12)

Tracking number:        307349610001220 (12 of 12)

Master tracking number: 307349610001114 (1 of 12)

Tracking number:        307349610001121 (2 of 12)

Tracking number:        307349610001138 (3 of 12)

Tracking number:        307349610001145 (4 of 12)

Tracking number:        307349610001152 (5 of 12)

Tracking number:        307349610001169 (6 of 12)

Tracking number:        307349610001176 (7 of 12)

Tracking number:        307349610001183 (8 of 12)

Tracking number:        307349610001190 (9 of 12)

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.
Learn more about new ways to track with FedEx.
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/28/2009

# Robin Development Center

5200 County Road 120  Berlin, Oh  44610   330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03812

| SOLD TO: | SHIP TO: |
|---|---|
| DELPHI<br>DELPHI GUADALUPE III PACKARD ELECTRIC<br>ACCTS PAYABLE<br>5725 DELPHI DRIVE<br>TROY, MI  48098 | MEXICO EAST OPERATIONS<br>DELPHI GUADALUPE III PACKARD ELECTRIC<br>AVE.MEXICO #300 COL.NINOS HEROES<br>GUADALUPE N.L., MX  67190<br>FW96        DOCK: |

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT | | |
|---|---|---|---|---|
| 450926091 | 8/28/2009 | | | |
| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED / SHIPPED VIA |
| RX-1588A | Norris | ZMN2 | | 8/28/2009   UPS Red Consignee |

| Qty Ordered | Qty Shipped | Stock Number / Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 50 | 50 | 13773771    01    GROM TAPE ON | $8.0000 | Ea | $400.00 |
| | | PROTOTYPE PIECES OF PE192911 | Total | | $400.00 |
| | | ATTN: ROSARIO MEDELLIN/JUAN MARTINEZ/ANGEL DIAZ -DELPHI ECCSA PLANTA XII | | | |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**Janie Yakley**

From: Paula Linkovic [plink@Norris-Sales.com]
Sent: Friday, August 28, 2009 10:34 AM
To: Janie Yakley
Subject: FW: FedEx MPS Shipment Notification

See below

Paula

---

From: TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
Sent: Friday, August 28, 2009 10:23 AM
To: Paula Linkovic
Subject: FedEx MPS Shipment Notification

This tracking update has been requested by:

Company Name:     ROBIN TECHNICAL SERVICES
Name:             Janie Yakley
E-mail:           jyakley@robin-industries.com

Janie Yakley of ROBIN TECHNICAL SERVICES sent Angel Diaz/Rosario Medellin of Delphi ECCSA Planta XII 2 FedEx International Priority package(s).

This shipment is scheduled to be sent on 08/28/2009.

Reference information includes:

Invoice number:           03812
Purchase order number:    450926091
Reference:                RIX1588A

Master tracking number:   797887460220 (1 of 2)

Tracking number:          796899960297 (2 of 2)

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.
Learn more about new ways to track with FedEx.
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/28/2009

# DELPHI

Delphi Packard Electrical/Electronic Architecture

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

Page 1 of 2

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450926091 | 26-Aug-2009 |
| Version | |
| 26-Aug-2009 16:45:02 | |

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI P GUADALUPE III
PACKARD ELECTRIC
MEXICO EAST OPERATIONS
AVE. MEXICO #300 ESQ. ANTONIO LEON
67190 CD. GUADALUPE-NI OS HEROES
MEXICO

Delivery date: 26-AUG-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2    **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | 13773771<br>GROM TAPE ON<br>50 prototypes pieces of PE192911 (13773771) part number.<br>**************************************************** | 50.000 | FW96 DELPHI P GUADALUPE III |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 26-AUG-2009 | 50.000 | 8,000.00 | 1,000 | PC | 400.00 |
| Net Line Item Value | | | | USD | 400.00 |

\*\*\* Text changed

Purchasing Contact: Colorbio, Gabriela
Phone: 915-612-4660
Fax: 915-612-4767

Contact Address:
Delphi Packard
48 Walter Jones Blvd.
EL PASO TX 79906-5301

Buyer Email: gabriela.colorbio@delphi.com

Date and Time Printed: 26-Aug-2009 16:45:02