DELPHI

Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

PO Number
450926091
Version
26-Aug-2009 16:45:02

Date Issued
26-Aug-2009

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

| Total net value | USD | 400.00 |
|---|---|---|

Notes:

Int. 8-955-4662
irma.m.gonzalez@delphi.com

<<Delphi-PO-450926091.pdf>>

****************************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

****************************************************************************************

**Janie Yakley**

**From:** Paula Linkovic [plink@Norris-Sales.com] on behalf of John Norris [jnorris@Norris-Sales.com]
**Sent:** Thursday, August 27, 2009 1:55 PM
**To:** Janie Yakley
**Subject:** FW: Robin Industries Spot Buy 450926091 Notification

Delphi-PO-450926091.pdf

Here is the 50 piece order PO - see shipping location below

(Paula)

John J. Norris
19111 Detroit Road, Suite 202
Rocky River, OH 44116
Phone: 440-333-4030
Fax: 440-333-4281
Cell Phone: 440-725-4356
e-mail: jnorris@norris-sales.com

-----Original Message-----
From: John Norris
Sent: Thursday, August 27, 2009 1:51 PM
To: Paula Linkovic
Subject: Fw: Robin Industries Spot Buy 450926091 Notification

John Norris
Sent via Blackberry
1-440-725-4356

----- Original Message -----
From: Gonzalez, Irma M <irma.m.gonzalez@delphi.com>
To: John Norris; Paula Linkovic
Cc: Colorbio, Gabriela <Gabriela.Colorbio@delphi.com>
Sent: Thu Aug 27 13:43:23 2009
Subject: Robin Industries Spot Buy 450926091 Notification

John,
Please find the spot buy for the 50 pieces of 13773771 (PE192911).
As you know, these parts need to be shipped to the following address

ATTENTION TO: ROSARIO MEDELLIN/JUAN MARTINEZ/ ANGEL DIAZ
DELPHI ECCSA PLANTA XII
AV. MEXICO 300
COL. NIÑOS HEROES
GUADALUPE, N.L., MEXICO
ZIP CODE: 67190
PHONE: +52 (81) 81 57 7199, Px: 7224

Please confirm.

Tks.

Irma Gonzalez M
*PPurchasing
Ph. 915-612-4662
Fx. 915-612-4767

# Robin Development Center

03830

5200 County Road 120 Berlin, Oh 44610 330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

SOLD TO:

DELPHI
DELPHI PACKARD ELECTRIC

P.O. BOX 431
WARREN, OH 44486

SHIP TO:

DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH 44483
DOCK:

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |
|---|---|---|
| 450928699 | 9/17/2009 | |

| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| RIX-1576 | Norris | MNS2 | | 9/17/2009 | Fed-Ex Collect |

| Qty Ordered | Qty Shipped | Stock Number / Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 250 | 250 | PE189875 01 PRT | $4.0000 | Ea | $1,000.00 |
| | | ENGR. KARL GRZENA X 1014 (CSE) | | Total | $1,000.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**Janie Yakley**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, September 22, 2009 8:26 PM |
| **To:** | jyakley@robin-industries.com |
| **Subject:** | FedEx Shipment 307349610001367 Delivered |

---

This tracking update has been requested by:

Company Name: ROBIN TECHNICAL SERVICES
Name: Janie Yakley
E-mail: jyakley@robin-industries.com

---

Our records indicate that the following shipment has been delivered:

Invoice number: 03830
Purchase order number: 450928699
Reference: RIX-1576
Ship (P/U) date: Sep 17, 2009
Delivery date: Sep 18, 2009 8:23 AM
Sign for by: MIKE
Service type: FedEx Ground
Packaging type: Package
Number of pieces: 1
Weight: 5.00 lb.
Tracking number: 307349610001367

| Shipper Information | Recipient Information |
|---|---|
| Janie Yakley | KARL GRZENA |
| ROBIN TECHNICAL SERVICES | DELPHI CORPORATION |
| 5172 C.R. 120 | 4551 RESEARCH PKWY NW |
| BERLIN | WARREN |
| OH | OH |
| US | US |
| 44610 | 44483 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:26 PM CDT on 09/22/2009.
Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.
This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

# Robin Development Center

5200 County Road 120 Berlin, Oh 44610 330-893-3501

A DIVISION OF ROBIN INDUSTRIES, INC.

03829

SOLD TO:

DELPHI
DELPHI PACKARD ELECTRIC

P.O. BOX 431
WARREN, OH 44486

SHIP TO:

DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH 44483

DOCK:

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |
|---|---|---|
| 450928699 | 9/14/2009 | |

| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| RIX-1576 | Norris | MNS2 | | 9/14/2009 | Fed-Ex Collect |

| Qty Ordered | Qty Shipped | Stock Number / Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 500 | 250 | PE189875 01 PRT | $4.0000 | Ea | $1,000.00 |
| | | ENGR. KARL GRZENA X 1014 (CSE) | | Total | $1,000.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

**Janie Yakley**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, September 17, 2009 9:00 PM
**To:** jyakley@robin-industries.com
**Subject:** FedEx Shipment 307349610001350 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | ROBIN TECHNICAL SERVICES |
| Name: | Janie Yakley |
| E-mail: | jyakley@robin-industries.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Invoice number: | 03829 |
| Purchase order number: | 450928699 |
| Reference: | RIX-1576 |
| Ship (P/U) date: | Sep 14, 2009 |
| Delivery date: | Sep 15, 2009 4:21 PM |
| Sign for by: | DARTMAN |
| Service type: | FedEx Ground |
| Packaging type: | Package |
| Number of pieces: | 1 |
| Weight: | 5.00 lb. |

Tracking number: 307349610001350

| Shipper Information | Recipient Information |
|---|---|
| Janie Yakley | KARL GRZENA |
| ROBIN TECHNICAL SERVICES | DELPHI CORPORATION |
| 5172 C.R. 120 | 4551 RESEARCH PKWY NW |
| BERLIN | WARREN |
| OH | OH |
| US | US |
| 44610 | 44483 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:59 PM CDT on 09/17/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.



Delphi Packard Electrical/Electronic Architecture

Buyer:
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

## Purchase Order

PO Number
450928699
Version
02-Sep-2009 05:11:16 EST

Date Issued
01-Sep-2009

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

Deliver to:
DELPHI CORPORATION
DELPHI PACKARD ELECTRIC SYSTEMS
4551 RESEARCH PKY
WARREN OH 44483

Delivery date: 11-SEP-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2 **Currency:** USD

Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB- Freight Collect

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00010 | PR15751712 00010<br>PE189875 01PRT - PARTS | 500.000 | FR01 DELPHI PACKARD<br>GRZENA, K |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 11-SEP-2009 | 500.000 | 4.00 | 1 | PC | 2,000.00 |
| Net Line Item Value | | | | USD | 2,000.00 |

| **Total net value** | USD | 2,000.00 |
|---|---|---|

RIX
1576

Purchasing Contact: Racz, Paul
Phone: 330-373-7498
Fax: 330-373-7393

Buyer Email:paul.j.racz@delphi.com

REVIEWED/APPROVED
BY [signature]
DATE 9/2/09

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

56W

250

Date and Time Printed: 02-Sep-2009 05:11:16 EST

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Purchase Order**

PO Number
450928699
Version
02-Sep-2009 05:11:16 EST

Date Issued
01-Sep-2009

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

Notes:
NOTES - GL9PT010

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************
*****************************************************************************************************************
*****************************************************************

*****************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

*****************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*****************************************************************
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
*****************************************************************************************************************
*******************************************************
*******************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:

****************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS

Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

PO Number
450928699

Date Issued
01-Sep-2009

Version
02-Sep-2009 05:11:16 EST

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

Notes Continued:

SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228 5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

*******************************************************
*******************************************************
*******************************************************
*******************************************************

Shipping Instructions / Ship VIA:
**********************************

Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bullentin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.

*******************************************************
*******************************************************

Robin Development Center
5200 County Road 120 Berlin, Oh 44610 330-893-3501
A DIVISION OF ROBIN INDUSTRIES, INC.

03840

SOLD TO:
DELPHI
DELPHI PACKARD ELECTRIC

P.O. BOX 431
WARREN, OH 44486

SHIP TO:
DELPHI PACKARD ELECTRIC
4551 RESEARCH PKY
WARREN, OH 44483
DOCK:

| CUSTOMER ORDER NO. | DATE | ALL CREDIT CLAIMS MUST BE ENTERED WITHIN 30 DAYS AFTER DATE OF SHIPMENT |
|---|---|---|
| 450861769 | 9/25/2009 | |

| OUR ORDER NO. | SALESMAN | TERMS | F.O.B. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|---|
| RIX1556 | Norris | MNS2 | | 9/25/2009 | Fed-Ex Collect |

| Qty Ordered | Qty Shipped | Stock Number / Description | Unit Price | Unit | Amount |
|---|---|---|---|---|---|
| 210 | 210 | PE182746 01 PRT | $1.5000 | Ea | $315.00 |
| | | ENGR. TERRY GEORGE | | Total | $315.00 |

MANUFACTURED IN OHIO USA

Please Send Your Remittances To:
Robin Development Center
P.O. BOX 74325
CLEVELAND, OH 44194

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED. AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

DELPHI Delphi Packard Electrical/Electronic Architecture

**Buyer:**
DELPHI PACKARD ELECTRICAL / ELECTRONIC ARCHITECTURE
5725 DELPHI DRIVE
TROY MI 48098

## Purchase Order

PO Number: 450861769
Date Issued: 26-Mar-2009
Version: 26-Mar-2009 11:04:28

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Deliver to:**
DELPHI PACKARD
OHIO OPERATIONS
PLANT 13 INDIRECT MAT'L DOCK
1265 NORTH RIVER RD.
WARREN OH 44483

Delivery date: 29-MAY-2009

Vendor No: 1005480
DUNS No: 847544020

**Payment Terms:** ZMN2 **Currency:** USD
Payment settled on 2nd day, 2nd Month

**Incoterms:** FOB-Freight Collect

| Item No. | Material No/Item Identifier No / Description | Total Order Quantity | Plant / Requester |
|---|---|---|---|
| 00010 | PR15130280 00010<br>PE182746 PARTS<br>PE182746 Rev.01 Conn Outer 2W Male MP 280 Co/Molded | 1,000.000 | FR01 DELPHI PACKARD<br>GEORGE, T |

RIX-1556

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

Purchasing Contact: Dancison, Cat
Phone: 330-373-7458
Fax: 330-373-7396

Contact Address:
Delphi Packard
1265 North River Road,
WARREN OH 44483

Buyer Email: cat.dancison@delphi.com

Date and Time Printed: 26-Mar-2009 11:04:28

DELPHI

Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

**Purchase Order**

PO Number
450861769
Version
26-Mar-2009 11:04:28

Date Issued
26-Mar-2009

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

Notes Continued:
****************************************
ALL NAFTA RELATED DOCUMENTS AND MANUFACUTURER'S AFFIDAVITS
SHOULD BE SENT TO
DELPHI CORPORATION
M/C 480-410-228 5825 DELPHI DRIVE
TROY, MI 48098
ATTENTION: LAURA JAKOB
FAX: 248-813-1411

**********************************************************
**********************************************************
**********************************************************
**********************************************************
Shipping Instructions / Ship VIA:
***********************************
Suppliers are required to ship via Delphi Packard certified carriers as directed by procurement. All routing instructions can be viewed on the Covisint Supplier Portal Web Site under Supplier Bulletin #10029 or by calling the Delphi Packard Logistics Department at 915-612-4908.
**********************************************************
**********************************************************



ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

PO Number
450861769
Version
26-Mar-2009 11:04:28

Date Issued
26-Mar-2009

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

Notes:

Reorder Quantities. Reference Quotes: GL8PT300, GL8PT289, GL8PT264, GL8PT286

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

******************************************************************************************************

********************************************************************

********************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

********************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
********************************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

**********************************************************************************************************************

**********************************************************

**********************************************************
NAFTA & MANUFACTURER'S AFFIDAVIT DOCUMENTS:



Delphi Packard Electrical/Electronic Architecture

ROBIN INDUSTRIES INC
ROBIN TECHNICAL SERVICE GROUP
P.O. Box 449
BERLIN OH 44610

## Purchase Order

PO Number
450861769
Version
26-Mar-2009 11:04:28

Date Issued
26-Mar-2009

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00020 | PR15130280 00020<br>PE184690 PARTS<br>PE184690 Rev.01 Conn Outer 2W Male MP 280 Co/Molded | 1,000.000 | FR01 DELPHI PACKARD<br>GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00030 | PR15130280 00030<br>PE183778 PARTS<br>PE183778 Rev.01 TPA - Comolded with seal | 1,000.000 | FR01 DELPHI PACKARD<br>GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00040 | PR15130280 00040<br>PE180337 PARTS<br>PE180337 Rev.01 TPA Comolded with seal | 2,000.000 | FR01 DELPHI PACKARD<br>GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 2,000.000 | 1.50 | 1 | PC | 3,000.00 |
| Net Line Item Value | | | | USD | 3,000.00 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00050 | PR15130280 00050<br>PE180352 PARTS<br>PE180352 Rev.01 Assembly comolded conn & seal. | 1,000.000 | FR01 DELPHI PACKARD<br>GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|
| 00060 | PR15130280 00060<br>PE183848 PARTS<br>PE183848 Rev.01 Assembly comolded conn & seal | 1,000.000 | FR01 DELPHI PACKARD<br>GEORGE, T |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 29-MAY-2009 | 1,000.000 | 1.50 | 1 | PC | 1,500.00 |
| Net Line Item Value | | | | USD | 1,500.00 |

| Total net value | USD | 10,500.00 |
|---|---|---|

**Janie Yakley**

**From:** TrackingUpdates@fedex.com
**Sent:** Monday, September 28, 2009 4:08 PM
**To:** jyakley@robin-industries.com
**Subject:** FedEx Shipment 307349610001770 Delivered

---

This tracking update has been requested by:

Company Name: ROBIN TECHNICAL SERVICES
Name: Janie Yakley
E-mail: jyakley@robin-industries.com

---

Our records indicate that the following shipment has been delivered:

Department number: ATTN; TERRY GEORGE
Invoice number: 03840
Purchase order number: 450861769
Reference: RIX1556
Ship (P/U) date: Sep 25, 2009
Delivery date: Sep 28, 2009 4:03 PM
Sign for by: JWICKS
Service type: FedEx Ground
Packaging type: Package
Number of pieces: 1
Weight: 14.00 lb.

Tracking number: 307349610001770

| Shipper Information | Recipient Information |
|---|---|
| Janie Yakley | DELPHI PACKARD ELEC SYSTEMS |
| ROBIN TECHNICAL SERVICES | DELPHI CORPORATION |
| 5172 C.R. 120 | 4551 RESEARCH PKWY NW |
| BERLIN | WARREN |
| OH | OH |
| US | US |
| 44610 | 44483 |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:07 PM CDT on 09/28/2009.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.