| | |
|---|---|
| THOMPSON HINE LLP | Hearing Date: March 18, 2010 |
| Lawrence T. Burick, Esq. | 10:00 a.m. |
| Lauren McEvoy, Esq. | (Prevailing Eastern Time) |
| 335 Madison Avenue, 12th Floor | |
| New York, New York 10017-4611 | Response   March 1, 2010 |
| Lauren.McEvoy@thompsonhine.com | Deadline:   4:00 p.m. |
| larry.burick@thompsonhine.com | (Prevailing Eastern Time) |
| 212.344.5680 (telephone) | |
| 212.344.6101 (facsimile) | Deadline to file   March 12, 2010 |
| | Replies Responses 4:00 p.m. |
| | to Objections:   (Prevailing Eastern Time) |
| Special Counsel to Debtors | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors | : | (Jointly administered) |

**NOTICE OF AMENDED SEVENTH INTERIM APPLICATION OF
THOMPSON HINE LLP AS SPECIAL COUNSEL FOR DEBTORS FOR
INTERIM COURT APPROVAL, ALLOWANCE AND PAYMENT OF
COMPENSATION FOR SERVICES RENDERED AND EXPENSES
ADVANCED DURING THE SEVENTH INTERIM PERIOD
(OCTOBER 1, 2007 THROUGH JANUARY 25, 2008)**

**AND**

**APPLICATION OF THOMPSON HINE LLP
AS SPECIAL COUNSEL FOR DEBTORS FOR FINAL COURT APPROVAL
OF PAYMENT OF ALL COMPENSATION FOR SERVICES
RENDERED AND EXPENSES ADVANCED DURING THE
PERIOD FROM OCTOBER 8, 2005 THROUGH JANUARY 25, 2008**

      PLEASE TAKE NOTICE that on February 18, 2010 Thompson Hine LLP, Special Counsel to Debtors for intellectual property matters, filed its amended[1] seventh interim application (the "Amended Seventh Application") seeking entry of an order (a) that allows and approves Debtors' payment to Thompson Hine of 80% of the fees and 100% of the expenses Thompson Hine has invoiced Debtors for post-petition services for the period from October 1, 2007 through January 25, 2008 ("Seventh Application Period") and also allows and approves Debtors' payment to Thompson Hine of the unpaid 20% holdback amount (the "Holdback Amount") with respect to the invoiced fees; and (b) that approves on a final basis 100% of the fees and expenses for the period from October 8, 2005 through January 25, 2008 ("Full Retention Period").

      PLEASE TAKE NOTICE that the hearing on the Final Fee Applications is scheduled for **March 18, 2010 at 10:00 a.m.** (prevailing Eastern Time).

      PLEASE TAKE NOTICE that responses or objections, if any, to any of the Final Fee Applications must (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, and Administrative Procedures, entered January 25, 2010 (Docket

---

[1] Thompson Hine files this amended application solely for the purpose of making clear that it seeks allowance and approval of fees and expenses for the Seventh Application Period (as defined herein) and for final approval of its fees and expenses for the Full Retention Period (as defined herein).

No. 19360) (together with the Supplemental Case Management Order, the "Case Management Orders"); (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended); (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge; and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan  48098 (Attn:  John Brooks, David M. Sherbin, and John D. Sheehan), (ii) counsel to the Recognized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois  60606 (Attn:  John Wm. Butler, Jr.), (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York  10004 (Attn:  Brian S. Masumoto), (iv) counsel for the former Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York  10022 (Attn:  Robert J. Rosenberg and Mark A. Broude), (v) counsel for the agent under the Debtor's former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York  10017 (Attn:  Kenneth S. Ziman), (vi) counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York  10017 (Attn:  Donald S. Bernstein and Brian M. Resnick), (vii) Valerie Venable, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina  28078, and (viii) Thompson Hine LLP, Attn:  Lawrence T. Burick, Esq., P. O. Box 8801, Courthouse Plaza NE, Dayton, OH 45401-8801, in each case so as to be received no later than **4:00 p.m.** (prevailing Eastern time) on **March 1, 2010**.

A reply, if any, to any response or objection to the Amended Seventh Application must be filed no later than **4:00 p.m.** (prevailing Eastern time) on **March 12, 2010**.

      PLEASE NOTE that in accordance with the Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869) (the "Interim Compensation Order"), DPH Holding Corp. and its affiliated reorganized debtors shall be required to serve a notice of hearing on the Final Fee Applications only upon (a) the Notice Parties (as defined in the Interim Compensation Order), (b) parties who have filed a notice of appearance with the Clerk of this Court and requested notice of pleadings in these chapter 11 cases, and (c) Professionals that have filed Final Fee Applications, and no further notice of the hearing on the Final Fee Applications need be provided.

Dated:  February 18, 2010

                    /s/ Lauren McEvoy
                    Lauren McEvoy
                    THOMPSON HINE LLP
                    335 Madison Avenue, 12th Floor
                    New York, New York 10017-4611
                    Lauren.McEvoy@thompsonhine.com
                    212.344.5680 (telephone)
                    212.344.6101 (facsimile)

                    and

                    Lawrence T. Burick
                    THOMPSON HINE LLP
                    2000 Courthouse Plaza N.E.
                    10 West Second Street
                    Dayton, Ohio 45402
                    937.443.6625 (telephone)
                    937.443.6635 (facsimile)
                    larry.burick@thompsonhine.com

                    Attorney for Thompson Hine LLP,
                    Special Counsel to Debtors

603744.1