# EXHIBIT B

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

November 16, 2007

Delphi Technologies, Inc.                           Invoice No. 2240726
Legal Staff-M/C 480-410-202                    Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 10/31/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 22,258.50 |
| Disbursements and Charges | $ | 4,825.50 |
| Total Fees, Disbursements and Charges | $ | 27,084.00 |
| | | |
| **TOTAL DUE FOR THIS INVOICE** | $ | 27,084.00 |

# THOMPSON HINE

Page 2
Our File No. 444859
Delphi Technologies, Inc.

November 16, 2007

Professional services rendered for your account:

## DP-304939 Patent: Disc Brake Rotor
OUR FILE NO. 444859.00105

| | |
|---|---:|
| Fees for Services | 967.50 |
| Disbursements and Charges | 814.50 |
| TOTAL DUE FOR THIS MATTER | 1,782.00 |

## DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)
OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 335.00 |
| Disbursements and Charges | 3.20 |
| TOTAL DUE FOR THIS MATTER | 338.20 |

## DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION
OUR FILE NO. 444859.00159

| | |
|---|---:|
| Fees for Services | 88.00 |
| TOTAL DUE FOR THIS MATTER | 88.00 |

## DP-313441 Patent: SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES
OUR FILE NO. 444859.00186

| | |
|---|---:|
| Fees for Services | 4,179.00 |
| Disbursements and Charges | 1,340.00 |
| TOTAL DUE FOR THIS MATTER | 5,519.00 |

## DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR
OUR FILE NO. 444859.00191

| | |
|---|---:|
| Fees for Services | 399.50 |
| Disbursements and Charges | 810.00 |
| TOTAL DUE FOR THIS MATTER | 1,209.50 |

## DP-312944 PAD WEAR ESTIMATION (DP-312994) and LOW FORCE LEVEL DETECTION (DP-313448)
OUR FILE NO. 444859.00192

| | |
|---|---:|
| Fees for Services | 365.50 |
| TOTAL DUE FOR THIS MATTER | 365.50 |

# THOMPSON HINE

Page 3                                                      November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-312365 ELECTRODES FOR THE DRW PROCESS**
    OUR FILE NO. 444859.00195

| | |
|---|---:|
| Fees for Services | 2,145.00 |
| Disbursements and Charges | 2.50 |
| TOTAL DUE FOR THIS MATTER | 2,147.50 |

**DP-314045: Patent MR MOUNT INTERNAL COIL**
    OUR FILE NO. 444859.00201

| | |
|---|---:|
| Fees for Services | 2,282.50 |
| Disbursements and Charges | 812.80 |
| TOTAL DUE FOR THIS MATTER | 3,095.30 |

**DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3
PHASE MOTORS**
    OUR FILE NO. 444859.00204

| | |
|---|---:|
| Fees for Services | 495.00 |
| TOTAL DUE FOR THIS MATTER | 495.00 |

**Delphi Bankruptcy Matters**
    OUR FILE NO. 444859.00208

| | |
|---|---:|
| Fees for Services | 1,815.00 |
| Disbursements and Charges | 18.20 |
| TOTAL DUE FOR THIS MATTER | 1,833.20 |

**DP-312943: Patent: ELECTRIC CALIPER POSITION CONTROL WITH ADAPTIVE
ESTIMATION**
    OUR FILE NO. 444859.00211

| | |
|---|---:|
| Fees for Services | 1,032.00 |
| Disbursements and Charges | 4.70 |
| TOTAL DUE FOR THIS MATTER | 1,036.70 |

**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**
    OUR FILE NO. 444859.00250

| | |
|---|---:|
| Fees for Services | 1,290.00 |
| Disbursements and Charges | 0.90 |
| TOTAL DUE FOR THIS MATTER | 1,290.90 |

**DP-315813:  Patent:  Controller Single Wire Analog Sensor Input**
    OUR FILE NO. 444859.00253

| | |
|---|---:|
| Fees for Services | 2,752.00 |
| TOTAL DUE FOR THIS MATTER | 2,752.00 |

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**
    OUR FILE NO. 444859.00258

# THOMPSON HINE

Page 4                                                           November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

|  |  |
|---|---:|
| Disbursements and Charges | 790.00 |
| TOTAL DUE FOR THIS MATTER | 790.00 |

**DP-315532 Patent Application: Pressure Sensor Mount**
    OUR FILE NO. 444859.00259

|  |  |
|---|---:|
| Fees for Services | 550.00 |
| Disbursements and Charges | 110.00 |
| TOTAL DUE FOR THIS MATTER | 660.00 |

**DP-315533  Patent Application: Mr Mount Pressure Sensor Algorithm**
    OUR FILE NO. 444859.00260

|  |  |
|---|---:|
| Fees for Services | 550.00 |
| Disbursements and Charges | 110.00 |
| TOTAL DUE FOR THIS MATTER | 660.00 |

**DP-316493  Patent: Lubricated Piston Ring**
    OUR FILE NO. 444859.00267

|  |  |
|---|---:|
| Fees for Services | 137.50 |
| TOTAL DUE FOR THIS MATTER | 137.50 |

**DP-311609 Patent: Process and Device for Front/Rear Braking Distribution for a Decelerating Vehicle (USSN 11/188924)**
    OUR FILE NO. 444859.00271

|  |  |
|---|---:|
| Fees for Services | 220.00 |
| Disbursements and Charges | 5.60 |
| TOTAL DUE FOR THIS MATTER | 225.60 |

**DP-313194  Patent: Pad Contact Detection Method**
    OUR FILE NO. 444859.00272

|  |  |
|---|---:|
| Fees for Services | 2,557.50 |
| Disbursements and Charges | 3.10 |
| TOTAL DUE FOR THIS MATTER | 2,560.60 |

**Hutz, James, et al. v. Stephanie Gray, et al.**
    OUR FILE NO. 490004.03164

|  |  |
|---|---:|
| Fees for Services | 97.50 |
| TOTAL DUE FOR THIS MATTER | 97.50 |

|  |  |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | $    27,084.00 |

# THOMPSON HINE

Page 5                                                                                    November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-304939 Patent: Disc Brake Rotor**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/01/07 | Review Office action and cited prior art. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| 10/02/07. | Draft amendment and request for continued examination. | | |
| | Victor J. Wasylyna | 4.00 | 860.00 |
| | Fee for Professional Services | | $967.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.50 | 215.00 | 967.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Filing Fees - Payee: U.S. Patent and Trademark Office - fee for filing a request for Continued Examination | 810.00 | |
| Photocopy | 4.50 | |
| Total Disbursements and Charges | | 814.50 |

# THOMPSON HINE

Page 6
Our File No. 444859
Delphi Technologies, Inc.

November 16, 2007

## DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/25/07 | Review Office action, application and cited art. | | |
| | Steven J. Elleman | 1.00 | 335.00 |
| | Fee for Professional Services | | $335.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.00 | 335.00 | 335.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 3.20 | |
| Total Disbursements and Charges | | 3.20 |

# THOMPSON HINE

Page 7                                                                November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC
MULTI-NETWORK ID CONFIGURATION**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/23/07 | Analysis of Office action; analysis of prior art cited in Office action. | | |
| | Chris W. Elswick | 0.40 | 88.00 |
| | Fee for Professional Services | | $88.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 0.40 | 220.00 | 88.00 |

# THOMPSON HINE

November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.


## DP-313441 Patent:  SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/17/07 | Review of claim amendments; attention to filing issues; attention to inventor comments. | | |
| | Megan D. Dortenzo | 0.80 | 316.00 |
| 10/18/07 | Addition of dependent claims and preparation for filing of the Autonomous Field Reprogramming patent application. | | |
| | Joanne E. Clifford | 3.00 | 705.00 |
| 10/18/07 | Attention to correspondence with inventors regarding review of application. | | |
| | Megan D. Dortenzo | 0.30 | 118.50 |
| 10/19/07 | Attention to filing issues and correspondence with inventors. | | |
| | Megan D. Dortenzo | 0.50 | 197.50 |
| 10/19/07 | Edits to Visio drawings for J. Clifford and M. Dortenzo. | | |
| | Douglas J. Gordon | 0.70 | 143.50 |
| 10/22/07 | Final revisions and filing of U.S. patent application for Autonomous Field Reprogramming. | | |
| | Joanne E. Clifford | 3.70 | 869.50 |
| 10/22/07 | Attention to review and revision of application and drawings; attention to filing same. | | |
| | Megan D. Dortenzo | 3.80 | 1,501.00 |
| 10/23/07 | Prepare European Patent Office version of the Autonomous Field Reprogramming patent application. | | |
| | Joanne E. Clifford | 0.70 | 164.50 |
| 10/23/07 | Prepare reporting letter regarding filing application. | | |
| | Megan D. Dortenzo | 0.30 | 118.50 |
| 10/25/07 | Preparation of documents and electronic filing of Assignment with USPTO. | | |
| | Lisa Wascak | 0.50 | 45.00 |
| | Fee for Professional Services | | $4,179.00 |

# THOMPSON HINE

Page 9                                                                November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 5.70 | 395.00 | 2,251.50 |
| Joanne E. Clifford | 7.40 | 235.00 | 1,739.00 |
| Douglas J. Gordon | 0.70 | 205.00 | 143.50 |
| Lisa Wascak | 0.50 | 90.00 | 45.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for new non-provisional patent application | 1,340.00 |
| Total Disbursements and Charges | 1,340.00 |

THOMPSON
HINE

Page 10                                                          November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-313406 TECHNIQUE TO IMPROVE ELECTRONIC COMMUNICATION OF A PWM CONTROLLED ELECTRONIC MOTOR

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/16/07 | Draft supplemental response. | | |
| | Adam G. Pugh | 1.20 | 222.00 |
| 10/17/07 | Review and revise supplemental response in connection with RCE. | | |
| | Michael J. Nieberding | 0.50 | 177.50 |
| | Fee for Professional Services | | $399.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Michael J. Nieberding | 0.50 | 355.00 | 177.50 |
| Adam G. Pugh | 1.20 | 185.00 | 222.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent & Trademark Office - Filing of Request for Continued Examination | 810.00 |
| Total Disbursements and Charges | 810.00 |

# THOMPSON
## HINE

Page 11                                                          November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312944 PAD WEAR ESTIMATION (DP-312994) and
LOW FORCE LEVEL DETECTION (DP-313448)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/01/07 | Review Office action and cited prior art. | | |
| | Victor J. Wasylyna | 1.70 | 365.50 |
| | Fee for Professional Services | | $365.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.70 | 215.00 | 365.50 |

# THOMPSON HINE

Page 12                                            November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312365 ELECTRODES FOR THE DRW PROCESS**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/12/07 | DP-312365; Draft Amendment. | | |
| | Douglas E. Erickson | 2.50 | 687.50 |
| 10/15/07 | DP-312365; Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 5.30 | 1,457.50 |
| | Fee for Professional Services | | $2,145.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.80 | 275.00 | 2,145.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 2.50 | |
| Total Disbursements and Charges | | 2.50 |

# THOMPSON HINE

Page 13                                                                    November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-314045: Patent MR MOUNT INTERNAL COIL

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/12/07 | DP-314045; Review Examiner's reasons in the Advisory Action for rejecting our arguments in previously filed Amendment After Final; emailed Mr. McBain with recommendations on how to proceed. | | |
| | Douglas E. Erickson | 4.30 | 1,182.50 |
| 10/15/07 | DP-314045; Draft Amendment to accompany an RCE. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| 10/18/07 | DP-314045; Draft Amendment to accompany RCE. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| 10/19/07 | DP-314045; Prepare RCE and Amendment; final RCE and Amendment filed in PTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $2,282.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.30 | 275.00 | 2,282.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Fiilng fee for RCE and Amendment | 810.00 | |
| Photocopy | 2.80 | |
| Total Disbursements and Charges | | 812.80 |

# THOMPSON HINE

November 16, 2007

## DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 10/17/07 | DP-314410; Telephone discussion with Patent Examiner at request of Delphi. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 10/22/07 | DP-314410; Checking USPTO website to see if Examiner has acted on our amendment After Final before November 4th or we may want to file an RCE to get it entered. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| 10/29/07 | DP-314410; Checked PAIR on PTO website for Advisory Action; telephone discussion with patent examiner; emailed Delphi status of application and recommended course of action. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $495.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 1.80 | 275.00 | 495.00 |

# THOMPSON HINE

Page 15                                                                November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.


**Delphi Bankruptcy Matters**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/02/07 | Review fee committee response to 5th application; email to T. Matz. | | |
| | Lawrence T. Burick | 0.40 | 140.00 |
| 10/23/07 | Review 5th Interim Order/ Professional fees. | | |
| | Lawrence T. Burick | 0.10 | 35.00 |
| 10/24/07 | Review and revise 6th Fee Application. | | |
| | Lawrence T. Burick | 1.00 | 350.00 |
| 10/31/07 | Review and revise 6th Fee Application. | | |
| | Lawrence T. Burick | 0.30 | 105.00 |
| 10/31/07 | Prepare 6th Fee Application Statement. | | |
| | Theodore D. Lienesch | 3.00 | 1,185.00 |
| | Fee for Professional Services | | $1,815.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Lawrence T. Burick | 1.80 | 350.00 | 630.00 |
| Theodore D. Lienesch | 3.00 | 395.00 | 1,185.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 18.20 |
| Total Disbursements and Charges | 18.20 |

# THOMPSON HINE

Page 16                                                                 November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-312943: Patent: ELECTRIC CALIPER POSITION
CONTROL WITH ADAPTIVE ESTIMATION**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/10/07 | Review Office action and cited prior art. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 10/23/07 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 3.30 | 709.50 |
| | Fee for Professional Services | | $1,032.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.80 | 215.00 | 1,032.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 4.70 |
| Total Disbursements and Charges | 4.70 |

## THOMPSON
## HINE

Page 17                                                          November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-315892: Patent: MTB Suspended Fist/Housing Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/24/07 | Review disclosure of corresponding European patent application. | | |
| | Victor J. Wasylyna | 3.00 | 645.00 |
| 10/31/07 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 3.00 | 645.00 |
| | Fee for Professional Services | | $1,290.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.00 | 215.00 | 1,290.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 0.90 | |
| Total Disbursements and Charges | | 0.90 |

# THOMPSON HINE

Page 18
Our File No. 444859
Delphi Technologies, Inc.

November 16, 2007

**DP-315813: Patent: Controller Single Wire Analog Sensor Input**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/25/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 4.50 | 967.50 |
| 10/26/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.80 | 602.00 |
| 10/29/07 | Draft patent application. | | |
| | Victor J. Wasylyna | 5.50 | 1,182.50 |
| | Fee for Professional Services | | $2,752.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 12.80 | 215.00 | 2,752.00 |

# THOMPSON HINE

Page 19
Our File No.  444859
Delphi Technologies, Inc.

November 16, 2007

**DP-312978 (USSN 11/249,709)  Patent Application: Brake Pad**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |  | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for Request for Continued Examination for application no. 11,249,609 | 790.00 |
| Total Disbursements and Charges | 790.00 |

# THOMPSON HINE

Page 20                                                                    November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.


**DP-315532 Patent Application: Pressure Sensor Mount**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/03/07 | DP-315532; Prepare application. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 10/04/07 | DP-315532; Prepare application; final application and formal drawings and IDS information emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $550.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.00 | 275.00 | 550.00 |


### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting A4 Size Formal Patent Drawings | 110.00 |
| Total Disbursements and Charges | 110.00 |

# THOMPSON HINE

Our File No. 444859
Delphi Technologies, Inc.

## DP-315533  Patent Application: Mr Mount Pressure Sensor Algorithm

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/03/07 | DP-315533; Prepare application. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 10/04/07 | DP-315533; Prepare application; final application and formal drawings and IDS information emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $550.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 2.00 | 275.00 | 550.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting A4 Size- Formal Patent Drawings | 110.00 |
| Total Disbursements and Charges | 110.00 |

# THOMPSON HINE

Page 22                                                         November 16, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-316493  Patent: Lubricated Piston Ring**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/03/07 | DP-316493; Prepare provisional application; final provisional application emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $137.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.50 | 275.00 | 137.50 |

# THOMPSON
# HINE

Page 23                                                              November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-311609 Patent: Process and Device for Front/Rear
Braking Distribution for a Decelerating Vehicle (USSN
11/188924)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/05/07 | DP-311609; Review outside patent application received from Delphi in preparation to draft an amendment in response to a Patent Office action. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| | Fee for Professional Services | | $220.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 0.80 | 275.00 | 220.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 5.60 | |
| Total Disbursements and Charges | | 5.60 |

# THOMPSON HINE

Page 24
Our File No.  444859
Delphi Technologies, Inc.

November 16, 2007

**DP-313194  Patent: Pad Contact Detection Method**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 10/29/07 | DP-313194; Draft Amendment after reviewing the patent application which was written by another law firm and which involves a complicated mathematical tool called the Mahalanobis Taguchi System. | | |
| | Douglas E. Erickson | 3.50 | 962.50 |
| 10/30/07 | DP-313194; Draft Amendment. | | |
| | Douglas E. Erickson | 5.80 | 1,595.00 |
| | Fee for Professional Services | | $2,557.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 9.30 | 275.00 | 2,557.50 |

## Disbursements and Charges

| Description | Amount |
|---|---|
| Photocopy | 3.10 |
| Total Disbursements and Charges | 3.10 |

# THOMPSON
## HINE

Page 25                                                   November 16, 2007
Our File No.  444859
Delphi Technologies, Inc.


**Hutz, James, et al. v. Stephanie Gray, et al.**

---

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/18/07 | Correspondence with P. Tottis regarding status of bankruptcy objection to Hutz claim. | | |
| | Scott A. King | 0.20 | 65.00 |
| 10/19/07 | Correspondence with P. Tottis regarding contacts with Reliance Insurance Company. | | |
| | Scott A. King | 0.10 | 32.50 |
| | Fee for Professional Services | | $97.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.30 | 325.00 | 97.50 |