December 18, 2007

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

_____

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 11/1/07 – 11/30/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $38,115.00 |
| Disbursements and Charges | $ 3,590.80 |
| Total Fees, Disbursements and Charges invoiced | $41,705.80 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $30,492.00* |
| Disbursements and Charges (100%) | $ 3,590.80 |
| ***Total Fees, Disbursements and Charges due*** | ***$34,082.80*** |

\*    The holdback amount (20% of the professional fees billed for this period) of $7,623.00 will be due
upon Court approval of Thompson Hine's Fee Application.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635                mah  504273.1

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

December 13, 2007

Delphi Technologies, Inc.                Invoice No. 2242716
Legal Staff-M/C 480-410-202              Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/07:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 38,115.00 |
| Disbursements and Charges | $ | 3,590.80 |
| Total Fees, Disbursements and Charges | $ | 41,705.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 41,705.80 |

# THOMPSON HINE

Page 2                                                                      December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

Professional services rendered for your account:

**DP-309223 ANNULAR DEFORMATION RESISTANCE BRAZING/ DIFFUSION WELDING OF TUBULAR COMPONENTS**
    OUR FILE NO. 444859.00073

| | |
|---|---:|
| Fees for Services | 2,365.00 |
| TOTAL DUE FOR THIS MATTER | 2,365.00 |

**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)**
    OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 837.50 |
| TOTAL DUE FOR THIS MATTER | 837.50 |

**DP-311958 PATENT:  PRESSURE LOCKING MASTER CYLINDER ASSEMBLY**
    OUR FILE NO. 444859.00152

| | |
|---|---:|
| Fees for Services | 967.50 |
| Disbursements and Charges | 7.30 |
| TOTAL DUE FOR THIS MATTER | 974.80 |

**DP-312324 PATENT HYDRAULIC VALVE FOR DYNAMIC HANDLING SYSTEM**
    OUR FILE NO. 444859.00157

| | |
|---|---:|
| Fees for Services | 167.50 |
| TOTAL DUE FOR THIS MATTER | 167.50 |

**DP-312251 PATENT:  METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE**
    OUR FILE NO. 444859.00160

| | |
|---|---:|
| Fees for Services | 1,732.50 |
| Disbursements and Charges | 2.50 |
| TOTAL DUE FOR THIS MATTER | 1,735.00 |

**DP-312734 PATENT:  MAGNERIDE WHEEL HOP CONTROL ALGORITHM**
    OUR FILE NO. 444859.00168

| | |
|---|---:|
| Fees for Services | 1,402.50 |
| TOTAL DUE FOR THIS MATTER | 1,402.50 |

**DP-312737 Patent:  CONTROLLED STOP AND HOME POSITION METHOD FOR BALLSCREW**
    OUR FILE NO. 444859.00181

| | |
|---|---:|
| Fees for Services | 198.00 |

# THOMPSON HINE

Page 3                                                                December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

TOTAL DUE FOR THIS MATTER                            198.00

**DP-313090 Patent:  MR DAMPER PISTON CONFIGURATIONS FOR LOW FRICTION FORCE**
OUR FILE NO. 444859.00182

| | |
|---|---:|
| Fees for Services | 2,200.00 |
| Disbursements and Charges | 3.10 |
| TOTAL DUE FOR THIS MATTER | 2,203.10 |

**DP-313441 Patent:  SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES**
OUR FILE NO. 444859.00186

| | |
|---|---:|
| Fees for Services | 118.50 |
| TOTAL DUE FOR THIS MATTER | 118.50 |

**DP-313520 Patent: MICRO-CHANNEL COOLING FLUID CONTAINMENT**
OUR FILE NO. 444859.00189

| | |
|---|---:|
| Disbursements and Charges | 40.00 |
| TOTAL DUE FOR THIS MATTER | 40.00 |

**DP-312944 PAD WEAR ESTIMATION (DP-312994) and LOW FORCE LEVEL DETECTION (DP-313448)**
OUR FILE NO. 444859.00192

| | |
|---|---:|
| Fees for Services | 752.50 |
| Disbursements and Charges | 6.00 |
| TOTAL DUE FOR THIS MATTER | 758.50 |

**DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS**
OUR FILE NO. 444859.00204

| | |
|---|---:|
| Fees for Services | 4,785.00 |
| Disbursements and Charges | 936.70 |
| TOTAL DUE FOR THIS MATTER | 5,721.70 |

**Delphi Bankruptcy Matters**
OUR FILE NO. 444859.00208

| | |
|---|---:|
| Fees for Services | 430.50 |
| Disbursements and Charges | 194.45 |
| TOTAL DUE FOR THIS MATTER | 624.95 |

**DP-312943: Patent: ELECTRIC CALIPER POSITION CONTROL WITH ADAPTIVE ESTIMATION**
OUR FILE NO. 444859.00211

| | |
|---|---:|
| Fees for Services | 494.50 |
| Disbursements and Charges | 816.40 |

THOMPSON
HINE

Page 4                                                                                December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.


                          TOTAL DUE FOR THIS MATTER            1,310.90


**DP-315658: Patent: Configuration Geometry for Deformation Resistance Welding**
    OUR FILE NO. 444859.00240
                                    Fees for Services            5,252.50
                          TOTAL DUE FOR THIS MATTER            5,252.50


**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire
Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**
    OUR FILE NO. 444859.00242
                                    Fees for Services            1,554.00
                          TOTAL DUE FOR THIS MATTER            1,554.00


**DP-315793: Patent:  Single Channel Hydraulic Control Unit**
    OUR FILE NO. 444859.00245
                                    Fees for Services            1,953.00
                              Disbursements and Charges            1,042.80
                          TOTAL DUE FOR THIS MATTER            2,995.80


**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**
    OUR FILE NO. 444859.00250
                              Disbursements and Charges              475.90
                          TOTAL DUE FOR THIS MATTER              475.90


**DP-315897:  Patent:  Fault-tolerant E/E Architecture for Brake Pedal Emulator**
    OUR FILE NO. 444859.00251
                                    Fees for Services            1,849.00
                          TOTAL DUE FOR THIS MATTER            1,849.00


**DP-315813:  Patent:  Controller Single Wire Analog Sensor Input**
    OUR FILE NO. 444859.00253
                                    Fees for Services              752.50
                          TOTAL DUE FOR THIS MATTER              752.50


**DP-316905:  Patent:  6.0 mm ABS Pump**
    OUR FILE NO. 444859.00254
                              Disbursements and Charges               50.00
                          TOTAL DUE FOR THIS MATTER               50.00


**DP-310639  Patent: Robust Detection of Strain with Temperature Correction**
    OUR FILE NO. 444859.00269
                                    Fees for Services            1,650.00
                              Disbursements and Charges                2.90
                          TOTAL DUE FOR THIS MATTER            1,652.90

# THOMPSON
# HINE

Page 5                                                                    December 13, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315659  Patent: Method for Manufacturing Copper to Copper and Copper to Brass Assemblies**
OUR FILE NO. 444859.00270

| | | |
|---|---|---|
| Fees for Services | 2,997.50 |
| TOTAL DUE FOR THIS MATTER | 2,997.50 |

**DP-317008: Patent:  Mr. Damper - Gen 4 Rod Guide Assembly**
OUR FILE NO. 444859.00273

| Fees for Services | 1,925.00 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 1,925.00 |

**DP-317007: Patent: Efficient Magnetorheological Solenoids**
OUR FILE NO. 444859.00274

| Fees for Services | 2,145.00 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 2,145.00 |

**DP-313957: Patent: Multi-Disc Brake with Reinforcing Rib (USSN 11/327,850)**
OUR FILE NO. 444859.00275

| Fees for Services | 1,357.50 |
|---|---|
| Disbursements and Charges | 12.75 |
| TOTAL DUE FOR THIS MATTER | 1,370.25 |

**Hutz, James, et al. v. Stephanie Gray, et al.**
OUR FILE NO. 490004.03164

| Fees for Services | 227.50 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 227.50 |

TOTAL DUE FOR THIS INVOICE                    $    41,705.80

THOMPSON
HINE

Page 6                                                                    December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-309223 ANNULAR DEFORMATION RESISTANCE
BRAZING/ DIFFUSION WELDING OF TUBULAR
COMPONENTS**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/27/07 | DP-309223(CIP1); Draft Amendment. | | |
| | Douglas E. Erickson | 5.30 | 1,457.50 |
| 11/28/07 | DP-309223(CIP1); Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 3.30 | 907.50 |
| | Fee for Professional Services | | $2,365.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.60 | 275.00 | 2,365.00 |

# THOMPSON HINE

December 13, 2007

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/06/07 | Review Office action and begin drafting Amendment. | | |
| | Steven J. Elleman | 1.00 | 335.00 |
| 11/07/07 | Review cited art and Office action; prepare draft Amendment. | | |
| | Steven J. Elleman | 1.50 | 502.50 |
| | Fee for Professional Services | | $837.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 2.50 | 335.00 | 837.50 |


# THOMPSON HINE

Page 8
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

## DP-311958 PATENT:  PRESSURE LOCKING MASTER CYLINDER ASSEMBLY

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/07/07 | Review Office action and cited prior art. | | |
| | Victor J. Wasylyna | 1.00 | 215.00 |
| 11/08/07 | Review Office action and cited prior art; telephone conference with Examiner Burch; draft amendment after final. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| | Fee for Professional Services | | $967.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.50 | 215.00 | 967.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 7.30 |
| Total Disbursements and Charges | 7.30 |

# THOMPSON HINE

Page 9
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

## DP-312324 PATENT HYDRAULIC VALVE FOR DYNAMIC HANDLING SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/30/07 | Review application, Office action and cited references. | | |
| | Steven J. Elleman | 0.50 | 167.50 |
| | Fee for Professional Services | | $167.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 0.50 | 335.00 | 167.50 |

THOMPSON
HINE

Page 10                                                        December 13, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-312251 PATENT:  METHOD FOR JOINING
FEATURES TO STRUCTURES USING
INTERFERENCE RESISTANCE WELDING AND DRW
COMPONENTS SHAPE**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 11/06/07 | DP-312251; Draft Amendment. | | |
| | Douglas E. Erickson | 6.00 | 1,650.00 |
| 11/07/07 | DP-312251; Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 0.30 | 82.50 |
| | Fee for Professional Services | | $1,732.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 6.30 | 275.00 | 1,732.50 |

## Disbursements and Charges

| Description | Amount | |
|---|---|---|
| Photocopy | 2.50 | |
| Total Disbursements and Charges | | 2.50 |

# THOMPSON HINE

Page 11
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

## DP-312734 PATENT:  MAGNERIDE WHEEL HOP
CONTROL ALGORITHM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/12/07 | DP-312734; Draft recommended response to EP examination as requested by Delphi today wherein EP response is due by November 16th. | | |
| | Douglas E. Erickson | 3.80 | 1,045.00 |
| 11/13/07 | DP-312734; Draft recommended response to EP examination; final response emailed to Delphi for Delphi to send to foreign agent for foreign agent to use in responding to the European Patent Office. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| | Fee for Professional Services | | $1,402.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 5.10 | 275.00 | 1,402.50 |

# THOMPSON HINE

Page 12                                                      December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-312737 Patent:  CONTROLLED STOP AND HOME POSITION METHOD FOR BALLSCREW

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/12/07 | Prepare response to restriction requirement. | | |
| | Chris W. Elswick | 0.90 | 198.00 |
| | Fee for Professional Services | | $198.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 0.90 | 220.00 | 198.00 |

# THOMPSON HINE

Page 13                                                                December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-313090 Patent: MR DAMPER PISTON
## CONFIGURATIONS FOR LOW FRICTION FORCE

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/07 | DP-313090; Draft Amendment. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| 11/05/07 | DP-313090; Draft Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| | Fee for Professional Services | | $2,200.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.00 | 275.00 | 2,200.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.10 |
| Total Disbursements and Charges | 3.10 |

# THOMPSON HINE

Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

## DP-313441 Patent: SYSTEM FOR CONTROLLED CORRUPTION J-1850 AUTOMOTIVE SERIAL COMMUNICATION BUSSES

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/29/07 | Review filing receipt and prepare reporting letter to client regarding same. | | |
| | Megan D. Dortenzo | 0.30 | 118.50 |
| | Fee for Professional Services | | $118.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Megan D. Dortenzo | 0.30 | 395.00 | 118.50 |

# THOMPSON HINE

December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-313520 Patent: MICRO-CHANNEL COOLING
FLUID CONTAINMENT**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |       | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for recordation of new assignment | 40.00 |
| Total Disbursements and Charges | 40.00 |

# THOMPSON HINE

Page 16
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

## DP-312944 PAD WEAR ESTIMATION (DP-312994) and LOW FORCE LEVEL DETECTION (DP-313448)

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/07 | Draft response to Office action. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| | Fee for Professional Services | | $752.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 3.50 | 215.00 | 752.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 6.00 | |
| Total Disbursements and Charges | | 6.00 |

# THOMPSON HINE

Page 17                                                                                December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

## DP-314410:  Patent:  FOUR QUADRANT PULSE WIDTH MODULATION CONTROL OF 3 PHASE MOTORS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/05/07 | DP-314410; Review Advisory Action in complicated motor control application wherein Examiner explains why claim 1 is not patentable. | | |
| | Douglas E. Erickson | 2.50 | 687.50 |
| 11/06/07 | DP-314410; Telephone discussion with inventor. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 11/09/07 | DP-314410; Meet with inventor at Delphi on how to respond to Advisory Action. | | |
| | Douglas E. Erickson | 2.50 | 687.50 |
| 11/12/07 | DP-314410; Draft Rule 132 Declaration for inventor Bob Disser. | | |
| | Douglas E. Erickson | 4.30 | 1,182.50 |
| 11/13/07 | DP-314410; Inventor called to discuss proposed Rule 132 Declaration. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 11/14/07 | DP-314410; Review and revise 8-page Rule 132 Declaration including inventor's new material for this complex motor control patent application. | | |
| | Douglas E. Erickson | 2.30 | 632.50 |
| 11/19/07 | DP-314410; Review and revise latest additions to the Rule 132 Declaration received today from Mr. Disser. | | |
| | Douglas E. Erickson | 1.30 | 357.50 |
| 11/20/07 | DP-314410; Draft amendment. | | |
| | Douglas E. Erickson | 2.50 | 687.50 |
| 11/26/07 | DP-314410; Draft 16-page Amendment Accompanying RCE (including 8 pages of remarks); final RCE, Amendment, and Rule 132 Declaration filed in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $4,785.00 |

# THOMPSON HINE

Page 18
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 17.40 | 275.00 | 4,785.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for RCE ($810) and one month late fee ($120) | 930.00 |
| Photocopy | 6.70 |
| Total Disbursements and Charges | 936.70 |

# Thompson Hine

Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

**Delphi Bankruptcy Matters**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/07 | Prepare Sixth Fee Application. | | |
| | Theodore D. Lienesch | 0.30 | 118.50 |
| 11/14/07 | Review Fee Application Notice and related exhibits. | | |
| | Benjamin D. Feder | 0.60 | 312.00 |
| | Fee for Professional Services | | $430.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Theodore D. Lienesch | 0.30 | 395.00 | 118.50 |
| Benjamin D. Feder | 0.60 | 520.00 | 312.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 155.90 | |
| Facsimile Charges | 38.55 | |
| Total Disbursements and Charges | | 194.45 |

# THOMPSON HINE

Page 20                                                        December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.

**DP-312943: Patent: ELECTRIC CALIPER POSITION
CONTROL WITH ADAPTIVE ESTIMATION**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/26/07 | Review advisory action. | | |
| | Victor J. Wasylyna | 0.80 | 172.00 |
| 11/29/07 | Review advisory action; draft request for continued examination. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| | Fee for Professional Services | | $494.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 2.30 | 215.00 | 494.50 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Fee for filing Request for Continued Examination | 810.00 | |
| Photocopy | 6.40 | |
| Total Disbursements and Charges | | 816.40 |

# THOMPSON HINE

Our File No.  444859
Delphi Technologies, Inc.

December 13, 2007

## DP-315658: Patent: Configuration Geometry for Deformation Resistance Welding

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/07/07 | DP-315658; Draft application. | | |
| | Douglas E. Erickson | 4.80 | 1,320.00 |
| 11/08/07 | DP-315658; Draft application. | | |
| | Douglas E. Erickson | 6.50 | 1,787.50 |
| 11/09/07 | DP-315658; Draft application. | | |
| | Douglas E. Erickson | 3.50 | 962.50 |
| 11/16/07 | DP-315658; Draft patent application. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| 11/20/07 | DP-315658; Draft patent application. | | |
| | Douglas E. Erickson | 2.30 | 632.50 |
| | Fee for Professional Services | | $5,252.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 19.10 | 275.00 | 5,252.50 |

# THOMPSON HINE

Page 22
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

**DP-315651 combined with DP-315652: Patent: Using
Lateral Forces From Estimation of Tire Lateral Forces and
Vehicle Parameters Tire Sensors/Using Vertical Forces
from...**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/15/07 | Review inventor's changes and comments to draft specification; revise patent specification and claims. | | |
| | David R. Jaglowski | 5.20 | 1,092.00 |
| 11/16/07 | Teleconference with Mr. Hac regarding method of estimating tire forces and patentability of aspect predicting tire normal forces, revise application claims. | | |
| | David R. Jaglowski | 2.20 | 462.00 |
| | Fee for Professional Services | | $1,554.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 7.40 | 210.00 | 1,554.00 |

# THOMPSON HINE

Page 23                                                                    December 13, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/07/07 | Teleconference with Mr. Reuter regarding drawings of hydraulic block, additional disclosure regarding HCU assembly and ball bearing based pump mechanism; revise specification for ball bearing based device; revise application claims. | | |
| | David R. Jaglowski | 2.50 | 525.00 |
| 11/08/07 | Teleconference with Messrs. Reuter and Borgemenke regarding outstanding questions for specification and claims, testing data pertaining to ball bearing based pump device. | | |
| | David R. Jaglowski | 1.00 | 210.00 |
| 11/09/07 | Revise specification to include testing data regarding wobble plate based and ball bearing based devices; prepare annotated copies of new figures for draftsman and inventors' final review. | | |
| | David R. Jaglowski | 2.00 | 420.00 |
| 11/12/07 | Teleconference with Mr. Reuter regarding claims and revisions to drawings, comments concerning specification; draft additional disclosure regarding durability testing, performance and efficiency results for ball bearing vs. wobble plate based embodiments; annotate testing figures and revised solid model drawings from inventors for draftsman. | | |
| | David R. Jaglowski | 2.30 | 483.00 |
| 11/14/07 | Review and correct draftsman's drawings; prepare additional independent claims and complete summary/abstract. | | |
| | David R. Jaglowski | 1.50 | 315.00 |
| | Fee for Professional Services | | $1,953.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 9.30 | 210.00 | 1,953.00 |

THOMPSON
HINE

Page 24                                                December 13, 2007
Our File No. 444859
Delphi Technologies, Inc.


### Disbursements and Charges

| Description | Amount |
|---|---|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for new utility application | 1,030.00 |
| Photocopy | 12.80 |
| Total Disbursements and Charges | 1,042.80 |

# THOMPSON HINE

Page 25
Our File No.  444859
Delphi Technologies, Inc.

December 13, 2007

**DP-315892:  Patent:  MTB Suspended Fist/Housing Design**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Filing Fees - Payee: U.S. Patent and Trademark Office - Fee for Request for two-month Extension of Time to file response to non-final Office  Action | 460.00 | |
| Photocopy | 15.90 | |
| Total Disbursements and Charges | | 475.90 |

# THOMPSON HINE

Page 26
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

**DP-315897: Patent: Fault-tolerant E/E Architecture for
Brake Pedal Emulator**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/12/07 | Review application; telephone conference with Mr. Disser. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| 11/13/07 | Revise application. | | |
| | Victor J. Wasylyna | 1.50 | 322.50 |
| 11/14/07 | Revise patent application. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| 11/19/07 | Telephone conference with Mr. Disser. | | |
| | Victor J. Wasylyna | 1.80 | 387.00 |
| 11/26/07 | Review DP-314588 for possible additional disclosure to be incorporated into draft patent application. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| 11/30/07 | Telephone conference with Mr. Disser; revise application. | | |
| | Victor J. Wasylyna | 0.80 | 172.00 |
| | Fee for Professional Services | | $1,849.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 8.60 | 215.00 | 1,849.00 |

# Thompson Hine

Our File No.  444859                                              December 13, 2007
Delphi Technologies, Inc.

**DP-315813:  Patent:  Controller Single Wire Analog Sensor Input**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/12/07 | Review and revise patent application; telephone conference with Mr. Disser. | | |
| | Victor J. Wasylyna | 3.00 | 645.00 |
| 11/16/07 | Review and revise formal drawings; review final draft of application. | | |
| | Victor J. Wasylyna | 0.50 | 107.50 |
| | Fee for Professional Services | | $752.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 3.50 | 215.00 | 752.50 |

# THOMPSON HINE

Page 28
Our File No.  444859
Delphi Technologies, Inc.

December 13, 2007

### DP-316005:  Patent:  6.0 mm ABS Pump

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|  | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Legal Records Services - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Drafting services for formal patent drawings - DP-316005 | 50.00 |
| Total Disbursements and Charges | 50.00 |

# THOMPSON HINE

Page 29
Our File No.  444859
Delphi Technologies, Inc.

December 13, 2007

**DP-310639  Patent: Robust Detection of Strain with Temperature Correction**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/07 | DP-310639; Draft Amendment After Final. | | |
| | Douglas E. Erickson | 5.50 | 1,512.50 |
| 11/02/07 | DP-310639; Prepare Amendment; final Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $1,650.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 6.00 | 275.00 | 1,650.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 2.90 |
| Total Disbursements and Charges | 2.90 |

# THOMPSON HINE

Page 30                                                            December 13, 2007
Our File No.  444859
Delphi Technologies, Inc.

**DP-315659  Patent: Method for Manufacturing Copper to
Copper and Copper to Brass Assemblies**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/14/07 | DP-315659; Draft application. | | |
| | Douglas E. Erickson | 2.80 | 770.00 |
| 11/21/07 | DP-315659; Draft patent application. | | |
| | Douglas E. Erickson | 5.80 | 1,595.00 |
| 11/26/07 | DP-315659; Draft patent application. | | |
| | Douglas E. Erickson | 2.30 | 632.50 |
| | Fee for Professional Services | | $2,997.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 10.90 | 275.00 | 2,997.50 |

# THOMPSON HINE

Page 31                                                                 December 13, 2007
Our File No.  444859
Delphi Technologies, Inc.

## DP-317008: Patent:  Mr. Damper - Gen 4 Rod Guide Assembly

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/07 | DP-317008; Review invention disclosure's patentability and possible claim coverage in view of 3 prior art patent documents as requested by Delphi. | | |
| | Douglas E. Erickson | 2.50 | 687.50 |
| 11/02/07 | DP-317008; Review invention disclosure's patentability in view of 3 prior art patent documents (one in French); telephone conference with inventor; review claims of 1 of the prior art patents to see if Delphi is already protected; email conclusions to Delphi. | | |
| | Douglas E. Erickson | 3.50 | 962.50 |
| 11/05/07 | DP-317008; Review invention disclosure in view of an additional EP patent document ( in French); report conclusions to Delphi on patentability and claim coverage. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $1,925.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.00 | 275.00 | 1,925.00 |

# THOMPSON HINE

Page 32
Our File No. 444859
Delphi Technologies, Inc.

December 13, 2007

**DP-317007: Patent: Efficient Magnetorheological Solenoids**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/30/07 | DP-317007; Draft application. | | |
| | Douglas E. Erickson | 7.80 | 2,145.00 |
| | Fee for Professional Services | | $2,145.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.80 | 275.00 | 2,145.00 |

# THOMPSON HINE

Page 33
Our File No.  444859
Delphi Technologies, Inc.

December 13, 2007

**DP-313957: Patent: Multi-Disc Brake with Reinforcing Rib
(USSN 11/327,850)**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/06/07 | Review and docket Office action regarding USSN 11/327,850. | | |
| | Julie Waggoner | 0.50 | 67.50 |
| 11/12/07 | Review application as filed; review Office action and cited prior art. | | |
| | Victor J. Wasylyna | 2.50 | 537.50 |
| 11/13/07 | Telephone conference with Mr. Valvano; draft response to Office action. | | |
| | Victor J. Wasylyna | 3.50 | 752.50 |
| | Fee for Professional Services | | $1,357.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 6.00 | 215.00 | 1,290.00 |
| Julie Waggoner | 0.50 | 135.00 | 67.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 4.70 | |
| Telephone | 8.05 | |
| Total Disbursements and Charges | | 12.75 |

# THOMPSON HINE

Page 34
Our File No.  444859
Delphi Technologies, Inc.

December 13, 2007

**Hutz, James, et al. v. Stephanie Gray, et al.**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/07 | Telephone conference with J. Pfau regarding status of insurance coverage and bankruptcy claims; correspondence with P. Tottis regarding contact with attorney Pfau. | | |
| | Scott A. King | 0.30 | 97.50 |
| 11/19/07 | Telephone conference with G. Rossi regarding Delphi insurance policy; prepare summary of conversation for P. Tottis. | | |
| | Scott A. King | 0.40 | 130.00 |
| | Fee for Professional Services | | $227.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 0.70 | 325.00 | 227.50 |