January 24, 2008

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 12/1/07 – 12/31/07 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $20,023.50 |
| Disbursements and Charges | $ 1,913.65 |
| Total Fees, Disbursements and Charges invoiced | $21,937.15 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $16,018.80* |
| Disbursements and Charges (100%) | $ 1,913.65 |
| **Total Fees, Disbursements and Charges due** | ***$17,932.45*** |

\*    The holdback amount (20% of the professional fees billed for this period) of $4,004.70 will be due upon Court approval of Thompson Hine's Fee Application.

**THOMPSON HINE**

ATLANTA　　CINCINNATI　　COLUMBUS　　NEW YORK
BRUSSELS　　CLEVELAND　　DAYTON　　WASHINGTON, D.C.

January 23, 2008

Delphi Technologies, Inc.　　　　　　　　　　Invoice No. 2248233
Legal Staff-M/C 480-410-202　　　　　　　　Our File No. 444859
P.O. Box 5052
Troy, MI 48007-5052

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 12/31/07:*

| | |
|---|---|
| Fees for Professional Services | $ 20,023.50 |
| Disbursements and Charges | $ 1,913.65 |
| Total Fees, Disbursements and Charges | $ 21,937.15 |
| **TOTAL DUE FOR THIS INVOICE** | $ 21,937.15 |

# THOMPSON HINE

Page 2  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

Professional services rendered for your account:

### DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)
OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 335.00 |
| Disbursements and Charges | 0.20 |
| TOTAL DUE FOR THIS MATTER | 335.20 |

### DP-311958 PATENT: PRESSURE LOCKING MASTER CYLINDER ASSEMBLY
OUR FILE NO. 444859.00152

| | |
|---|---:|
| Fees for Services | 172.00 |
| Disbursements and Charges | 6.40 |
| TOTAL DUE FOR THIS MATTER | 178.40 |

### DP-312324 PATENT HYDRAULIC VALVE FOR DYNAMIC HANDLING SYSTEM
OUR FILE NO. 444859.00157

| | |
|---|---:|
| Fees for Services | 1,507.50 |
| TOTAL DUE FOR THIS MATTER | 1,507.50 |

### DP-312251 PATENT: METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE
OUR FILE NO. 444859.00160

| | |
|---|---:|
| Fees for Services | 1,045.00 |
| TOTAL DUE FOR THIS MATTER | 1,045.00 |

### DP-313090 Patent: MR DAMPER PISTON CONFIGURATIONS FOR LOW FRICTION FORCE
OUR FILE NO. 444859.00182

| | |
|---|---:|
| Fees for Services | 1,870.00 |
| Disbursements and Charges | 810.80 |
| TOTAL DUE FOR THIS MATTER | 2,680.80 |

### DP-312365 ELECTRODES FOR THE DRW PROCESS
OUR FILE NO. 444859.00195

| | |
|---|---:|
| Fees for Services | 2,200.00 |
| Disbursements and Charges | 0.90 |
| TOTAL DUE FOR THIS MATTER | 2,200.90 |

### DP-315658: Patent: Configuration Geometry for Deformation Resistance Welding
OUR FILE NO. 444859.00240

| | |
|---|---:|
| Fees for Services | 550.00 |

# THOMPSON HINE

Page 3                                                                            January 23, 2008
Our File No. 444859
Delphi Technologies, Inc.

|  |  |
|---|---|
| Disbursements and Charges | 385.00 |
| TOTAL DUE FOR THIS MATTER | 935.00 |

### DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...
OUR FILE NO. 444859.00242

|  |  |
|---|---|
| Fees for Services | 945.00 |
| TOTAL DUE FOR THIS MATTER | 945.00 |

### DP-315793: Patent: Single Channel Hydraulic Control Unit
OUR FILE NO. 444859.00245

|  |  |
|---|---|
| Fees for Services | 462.00 |
| Disbursements and Charges | 435.35 |
| TOTAL DUE FOR THIS MATTER | 897.35 |

### DP-315897: Patent: Fault-tolerant E/E Architecture for Brake Pedal Emulator
OUR FILE NO. 444859.00251

|  |  |
|---|---|
| Fees for Services | 172.00 |
| TOTAL DUE FOR THIS MATTER | 172.00 |

### DP-315813: Patent: Controller Single Wire Analog Sensor Input
OUR FILE NO. 444859.00253

|  |  |
|---|---|
| Disbursements and Charges | 225.00 |
| TOTAL DUE FOR THIS MATTER | 225.00 |

### DP-315659 Patent: Method for Manufacturing Copper to Copper and Copper to Brass Assemblies
OUR FILE NO. 444859.00270

|  |  |
|---|---|
| Fees for Services | 495.00 |
| Disbursements and Charges | 50.00 |
| TOTAL DUE FOR THIS MATTER | 545.00 |

### DP-317008: Patent: Mr. Damper - Gen 4 Rod Guide Assembly
OUR FILE NO. 444859.00273

|  |  |
|---|---|
| Fees for Services | 5,940.00 |
| TOTAL DUE FOR THIS MATTER | 5,940.00 |

### DP-317907: Patent: Efficient Magnetorheological Solenoids
OUR FILE NO. 444859.00274

|  |  |
|---|---|
| Fees for Services | 4,070.00 |
| TOTAL DUE FOR THIS MATTER | 4,070.00 |

### Hutz, James, et al. v. Stephanie Gray, et al.
OUR FILE NO. 490004.03164

|  |  |
|---|---|
| Fees for Services | 260.00 |

# THOMPSON HINE

Page 4  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

        TOTAL DUE FOR THIS MATTER        260.00

        TOTAL DUE FOR THIS INVOICE        $   21,937.15

# THOMPSON HINE

Page 5  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

### DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS USING BRAKE RESPONSE VALVE (BRV)

#### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/07/07 | Continue drafting Amendment. | | |
| | Steven J. Elleman | 1.00 | 335.00 |
| | Fee for Professional Services | | $335.00 |

#### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Steven J. Elleman | 1.00 | 335.00 | 335.00 |

#### Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 0.20 |
| | Total Disbursements and Charges | 0.20 |

# THOMPSON HINE

Page 6  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-311958 PATENT: PRESSURE LOCKING MASTER CYLINDER ASSEMBLY**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/12/07 | Review Advisory action; draft second amendment after final. | | |
| | Victor J. Wasylyna | 0.80 | 172.00 |
| | Fee for Professional Services | | $172.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 0.80 | 215.00 | 172.00 |

### Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 6.40 |
| | Total Disbursements and Charges | 6.40 |

# THOMPSON HINE

Page 7  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

## DP-312324 PATENT HYDRAULIC VALVE FOR DYNAMIC HANDLING SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/18/07 | Review application, Office action and cited references; outline response strategy. | | |
| | Steven J. Elleman | 2.50 | 837.50 |
| 12/31/07 | Continue drafting amendment. | | |
| | Steven J. Elleman | 2.00 | 670.00 |
| | Fee for Professional Services | | $1,507.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Steven J. Elleman | 4.50 | 335.00 | 1,507.50 |

# THOMPSON HINE

Page 8  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

## DP-312251 PATENT: METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/14/07 | DP-312251: Review Advisory action, claims and prior art; email recommendations to Mr. McBain on responding to the Advisory action. | | |
| | Douglas E. Erickson | 3.30 | 907.50 |
| 12/17/07 | DP-312251: Review email from Mr. McBain; attempt to call 5 inventors on the non-elected species; email Mr. McBain on recommendations on getting a Rule 132 Declaration. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| | Fee for Professional Services | | $1,045.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 3.80 | 275.00 | 1,045.00 |

# THOMPSON HINE

Page 9  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-313090 Patent: MR DAMPER PISTON CONFIGURATIONS FOR LOW FRICTION FORCE**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/11/07 | DP-313090: Review Advisory action. | | |
| | Douglas E. Erickson | 0.50 | 137.50 |
| 12/12/07 | DP-313090: Review Advisory action, prior art, and claims; email Mr. McBain our recommendations on how to respond to Advisory action. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| 12/17/07 | DP-313090: Draft Amendment Accompanying RCE; file request for Continued Examination and Amendment Accompanying RCE in USPTO. | | |
| | Douglas E. Erickson | 4.30 | 1,182.50 |
| | Fee for Professional Services | | $1,870.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 6.80 | 275.00 | 1,870.00 |

### Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| 12/22/07 | Filing Fees - Payee: U.S. Patent and Trademark Office - Filing fee for RCE and Amendment | 810.00 |
| | Photocopy | 0.80 |
| | Total Disbursements and Charges | 810.80 |

# THOMPSON HINE

Page 10								January 23, 2008
Our File No. 444859
Delphi Technologies, Inc.

### DP-312365 ELECTRODES FOR THE DRW PROCESS

#### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/18/07 | DP-312365: Review Office action from USPTO; draft Amendment. | | |
| | Douglas E. Erickson | 6.50 | 1,787.50 |
| 12/19/07 | DP-312365: Draft patent application; file final patent application in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 412.50 |
| | Fee for Professional Services | | $2,200.00 |

#### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 8.00 | 275.00 | 2,200.00 |

#### Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 0.90 |
| | Total Disbursements and Charges | 0.90 |

# THOMPSON HINE

Page 11                                                                  January 23, 2008
Our File No. 444859
Delphi Technologies, Inc.

**DP-315658: Patent: Configuration Geometry for Deformation Resistance Welding**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/06/07 | DP-315658: Prepare patent application; email final patent application and formal drawings to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 2.00 | 550.00 |
| | Fee for Professional Services | | $550.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 2.00 | 275.00 | 550.00 |

## Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| 12/12/07 | Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 385.00 |
| | Total Disbursements and Charges | 385.00 |

# THOMPSON HINE

Page 12
Our File No. 444859
Delphi Technologies, Inc.

January 23, 2008

**DP-315651 combined with DP-315652: Patent: Using Lateral Forces From Estimation of Tire Lateral Forces and Vehicle Parameters Tire Sensors/Using Vertical Forces from...**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/03/07 | Revise simulation result figures for formal drawings. | | |
| | David R. Jaglowski | 1.50 | 315.00 |
| 12/04/07 | Add simulation figures for additional scenarios regarding method of estimating tire forces from measurements of tire lateral forces; revise application specification; complete revisions to simulation result figures; draft correspondence to Dr. Hac. | | |
| | David R. Jaglowski | 2.00 | 420.00 |
| 12/07/07 | Review comments and corrections received from Mr. Hac; revise application specification and claims regarding optional measurement of steering angle in method of predicting tire forces; draft correspondence to Mr. Hac regarding approval of revisions; mail application to Ms. Train. | | |
| | David R. Jaglowski | 1.00 | 210.00 |
| | Fee for Professional Services | | $945.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| David R. Jaglowski | 4.50 | 210.00 | 945.00 |

# THOMPSON HINE

Page 13  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-315793: Patent: Single Channel Hydraulic Control Unit**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/28/07 | Teleconference with Office of Initial Patent Examination regarding drawing requirements and Figure 5A; begin draft of response to notice. | | |
| | David R. Jaglowski | 2.20 | 462.00 |
| | Fee for Professional Services | | $462.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| David R. Jaglowski | 2.20 | 210.00 | 462.00 |

## Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| 12/12/07 | Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Drafting services for formal patent drawings DP-315793 | 435.00 |
| | Telephone | 0.35 |
| | Total Disbursements and Charges | 435.35 |

# THOMPSON HINE

Page 14  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-315897: Patent: Fault-tolerant E/E Architecture for Brake Pedal Emulator**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/10/07 | Telephone conference with Mr. Disser; revise application. | | |
| | Victor J. Wasylyna | 0.80 | 172.00 |
| | Fee for Professional Services | | $172.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 0.80 | 215.00 | 172.00 |

# THOMPSON HINE

Page 15  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-315813: Patent: Controller Single Wire Analog Sensor Input**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|      | Fee for Professional Services |   | $0.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/12/07 | Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 225.00 |
|      | Total Disbursements and Charges | 225.00 |

# THOMPSON HINE

Page 16  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-315659 Patent: Method for Manufacturing Copper to Copper and Copper to Brass Assemblies**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/06/07 | DP-315659: Prepare patent application. | | |
| | Douglas E. Erickson | 0.80 | 220.00 |
| 12/07/07 | DP-315659: Prepare patent application; file final patent application and formal drawings in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 275.00 |
| | Fee for Professional Services | | $495.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 1.80 | 275.00 | 495.00 |

## Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| 12/12/07 | Certified Document - Payee: Dave Kaesemeyer dba DAKATEC Patent Drafting Formal Patent Drawings | 50.00 |
| | Total Disbursements and Charges | 50.00 |

# THOMPSON HINE

Page 17  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-317008: Patent: Mr. Damper - Gen 4 Rod Guide Assembly**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/12/07 | DP-317008: Draft application. | | |
| | Douglas E. Erickson | 1.80 | 495.00 |
| 12/13/07 | DP-317008: Draft patent application. | | |
| | Douglas E. Erickson | 6.00 | 1,650.00 |
| 12/19/07 | DP-317008: Draft patent application. | | |
| | Douglas E. Erickson | 4.00 | 1,100.00 |
| 12/20/07 | DP-317008: Draft patent application. | | |
| | Douglas E. Erickson | 8.00 | 2,200.00 |
| 12/21/07 | DP-317008: Draft patent application including finishing hand drawing several detailed figures for the drawings. | | |
| | Douglas E. Erickson | 1.80 | 495.00 |
| | Fee for Professional Services | | $5,940.00 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 21.60 | 275.00 | 5,940.00 |

05-44481-rdd    Doc 19486-5    Filed 02/18/10    Entered 02/18/10 10:55:06    Exhibit B
(Part 3 of 4)    Pg 19 of 20

**THOMPSON HINE**

Page 18  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**DP-317007: Patent: Efficient Magnetorheological Solenoids**

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/10/07 | DP-317007: Draft patent application. | | |
| | Douglas E. Erickson | 7.80 | 2,145.00 |
| 12/11/07 | DP-317007: Draft patent application. | | |
| | Douglas E. Erickson | 7.00 | 1,925.00 |
| | Fee for Professional Services | | $4,070.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Douglas E. Erickson | 14.80 | 275.00 | 4,070.00 |

# THOMPSON HINE

Page 19  
Our File No. 444859  
Delphi Technologies, Inc.

January 23, 2008

**Hutz, James, et al. v. Stephanie Gray, et al.**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/03/07 | Correspondence with P. Tottis regarding status of bankruptcy claim filed by Hutz. | | |
| | Scott A. King | 0.10 | 32.50 |
| 12/27/07 | Correspondence and telephone conference with Lisa Diaz regarding background of dispute with Hutz and Gray, issues with Reliance Insurance and attempts to resolve bankruptcy claims; review standard release language from Delphi; telephone calls to J. Pfau and to G. Rossi regarding potential settlement. | | |
| | Scott A. King | 0.70 | 227.50 |
| | Fee for Professional Services | | $260.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Scott A. King | 0.80 | 325.00 | 260.00 |