February 28, 2008

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref:  Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

_____

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 01/01/08 – 01/25/08 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $20,758.50 |
| Disbursements and Charges | $ 2,084.40 |
| Total Fees, Disbursements and Charges invoiced | $22,842.90 |

*Amount due upon receipt of attached invoice (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $16,606.80* |
| Disbursements and Charges (100%) | $ 2,084.40 |
| **Total Fees, Disbursements and Charges due** | **$18,691.20** |

*    The holdback amount (20% of the professional fees billed for this period) of $4,151.70 will be due upon Court approval of Thompson Hine's Fee Application.

Ted.Lienesch@ThompsonHine.com   Phone 937.443.6958   Fax 937.443.6635      mah  517028.1

# THOMPSON HINE

| | | | |
|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

February 26, 2008

Delphi Technologies, Inc.               Invoice No. 2254460
Legal Staff-M/C 480-410-202             Our File No. 444859
P.O. Box 5052
Troy, MI  48007-5052

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/25/08:*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 20,758.50 |
| Disbursements and Charges | $ | 2,084.40 |
| Total Fees, Disbursements and Charges | $ | 22,842.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 22,842.90 |

# Thompson
# Hine

Page 2                                                              February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.


Professional services rendered for your account:


**DP-311073 PATENT A NEW FAMILY OF CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**
OUR FILE NO. 444859.00148

| | |
|---|---:|
| Fees for Services | 540.00 |
| TOTAL DUE FOR THIS MATTER | 540.00 |

**DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM**
OUR FILE NO. 444859.00154

| | |
|---|---:|
| Fees for Services | 2,360.00 |
| TOTAL DUE FOR THIS MATTER | 2,360.00 |

**DP-312324 PATENT HYDRAULIC VALVE FOR DYNAMIC HANDLING SYSTEM**
OUR FILE NO. 444859.00157

| | |
|---|---:|
| Fees for Services | 540.00 |
| TOTAL DUE FOR THIS MATTER | 540.00 |

**DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID
CONFIGURATION**
OUR FILE NO. 444859.00159

| | |
|---|---:|
| Fees for Services | 1,560.00 |
| Disbursements and Charges | 0.30 |
| TOTAL DUE FOR THIS MATTER | 1,560.30 |

**DP-312251 PATENT:  METHOD FOR JOINING FEATURES TO STRUCTURES USING
INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE**
OUR FILE NO. 444859.00160

| | |
|---|---:|
| Fees for Services | 1,416.00 |
| TOTAL DUE FOR THIS MATTER | 1,416.00 |

**DP-312365 ELECTRODES FOR THE DRW PROCESS**
OUR FILE NO. 444859.00195

| | |
|---|---:|
| Fees for Services | 2,448.50 |
| Disbursements and Charges | 810.90 |
| TOTAL DUE FOR THIS MATTER | 3,259.40 |

**DP-313805 Patent ANGULAR RATE SENSOR TO MEASURE WHEEL VELOCITY**
OUR FILE NO. 444859.00200

| | |
|---|---:|
| Fees for Services | 1,128.00 |
| Disbursements and Charges | 6.40 |

# THOMPSON HINE

February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

|  |  |
|---|---|
| TOTAL DUE FOR THIS MATTER | 1,134.40 |

**DP-313740:  Patent:  PIEZO-ELECTRIC FORCE SENSOR**
OUR FILE NO. 444859.00207

| Fees for Services | 352.50 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 352.50 |

**DP-315793: Patent:  Single Channel Hydraulic Control Unit**
OUR FILE NO. 444859.00245

| Fees for Services | 742.50 |
|---|---|
| Disbursements and Charges | 2.30 |
| TOTAL DUE FOR THIS MATTER | 744.80 |

**DP-306837  Patent: Hydraulic Engine Mount With Center- Clamped Decoupler (USSN 10/092320)**
OUR FILE NO. 444859.00264

| Fees for Services | 775.50 |
|---|---|
| Disbursements and Charges | 466.90 |
| TOTAL DUE FOR THIS MATTER | 1,242.40 |

**DP-311609 Patent: Process and Device for Front/Rear Braking Distribution for a Decelerating Vehicle (USSN 11/188924)**
OUR FILE NO. 444859.00271

| Fees for Services | 1,410.00 |
|---|---|
| Disbursements and Charges | 7.60 |
| TOTAL DUE FOR THIS MATTER | 1,417.60 |

**DP-317008:  Patent:  MR Damper - Gen 4 Rod Guide**
OUR FILE NO. 444859.00273

| Fees for Services | 2,950.00 |
|---|---|
| Disbursements and Charges | 400.00 |
| TOTAL DUE FOR THIS MATTER | 3,350.00 |

**DP-317007: Patent: Efficient Magnetorheological Solenoids**
OUR FILE NO. 444859.00274

| Fees for Services | 3,569.50 |
|---|---|
| Disbursements and Charges | 390.00 |
| TOTAL DUE FOR THIS MATTER | 3,959.50 |

**Hutz, James, et al. v. Stephanie Gray, et al.**
OUR FILE NO. 490004.03164

| Fees for Services | 966.00 |
|---|---|
| TOTAL DUE FOR THIS MATTER | 966.00 |

| TOTAL DUE FOR THIS INVOICE | $ 22,842.90 |
|---|---|

# THOMPSON HINE

Page 4                                                        February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

## DP-311073 PATENT A NEW FAMILY OF
## CONTROLLED BRAKE HYDRAULIC SYSTEMS
## USING BRAKE RESPONSE VALVE (BRV)

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/11/08 | Review advisory action and telephone call to Examiner. | | |
| | Steven J. Elleman | 0.50 | 180.00 |
| 01/14/08 | Review claims and telephone call to Mr. McBain. | | |
| | Steven J. Elleman | 0.50 | 180.00 |
| 01/25/08 | Review revised advisory action and telephone call to Mr. McBain. | | |
| | Steven J. Elleman | 0.50 | 180.00 |
| | Fee for Professional Services | | $540.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.50 | 360.00 | 540.00 |

# THOMPSON HINE

Page 5
Our File No.  444859
Delphi Technologies, Inc.

February 26, 2008

## DP-311939 PATENT:  MAGNETORHEOLOGICAL POWERTRAIN MOUNT SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/08 | DP-311939; Draft amendment. | | |
| | Douglas E. Erickson | 3.50 | 1,032.50 |
| 01/18/08 | DP-311939; Draft amendment; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 4.50 | 1,327.50 |
| | Fee for Professional Services | | $2,360.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.00 | 295.00 | 2,360.00 |

# THOMPSON HINE

Page 6                                                                    February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

## DP-312324 PATENT HYDRAULIC VALVE FOR
## DYNAMIC HANDLING SYSTEM

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/10/08 | Review Office action, analyze cited references and prosecution history to determine recommendations for continued prosecution. | | |
| | Steven J. Elleman | 1.50 | 540.00 |
| | Fee for Professional Services | | $540.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Steven J. Elleman | 1.50 | 360.00 | 540.00 |

# THOMPSON HINE

Our File No.  444859
Delphi Technologies, Inc.

February 26, 2008

## DP-312186 PATENT: BRAKE-BY-WIRE DYNAMIC MULTI-NETWORK ID CONFIGURATION

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/07/08 | Analysis of Office action; analysis of prior art cited in Office action. | | |
| | Chris W. Elswick | 0.30 | 72.00 |
| 01/09/08 | Teleconference with examiner; prepare response to Office action. | | |
| | Chris W. Elswick | 4.80 | 1,152.00 |
| 01/10/08 | Prepare response to Office action. | | |
| | Chris W. Elswick | 1.40 | 336.00 |
| | Fee for Professional Services | | $1,560.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Chris W. Elswick | 6.50 | 240.00 | 1,560.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 0.30 |
| | Total Disbursements and Charges | 0.30 |

# THOMPSON HINE

Page 8                                                                          February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

## DP-312251 PATENT:  METHOD FOR JOINING FEATURES TO STRUCTURES USING INTERFERENCE RESISTANCE WELDING AND DRW COMPONENTS SHAPE

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/02/08 | DP-312251; Review file; telephone conversations with Delphi on how to respond to advisory action from USPTO. | | |
| | Douglas E. Erickson | 0.50 | 147.50 |
| 01/03/08 | DP-312251; Review file; telephone discussion with Mr. Pawlak concerning a Rule 132 Declaration; prepare materials to send to Mr. Pawlak. | | |
| | Douglas E. Erickson | 2.00 | 590.00 |
| 01/04/08 | DP-312251; Prepare materials and explanation summary for Mr. Hays and Mr. Pawlak of Delphi to review and advise if Rule 132 Declaration is possible to respond to advisory action from patent examiner; email with materials and explanation summary sent to Mr. Hays and Mr. Pawlak. | | |
| | Douglas E. Erickson | 1.30 | 383.50 |
| 01/11/08 | DP-312251; Draft email to Mr. Hays concerning his meeting with an engineering professor for a possible Rule 132 Declaration. | | |
| | Douglas E. Erickson | 0.50 | 147.50 |
| 01/16/08 | DP-312251; Draft recommendations on responding to advisory action and emailed them to Mr. McBain. | | |
| | Douglas E. Erickson | 0.50 | 147.50 |
| | Fee for Professional Services | | $1,416.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 4.80 | 295.00 | 1,416.00 |

# THOMPSON HINE

Page 9                                                                                    February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

## DP-312365 ELECTRODES FOR THE DRW PROCESS

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/07/08 | DP-312365; Review advisory action and file; formulate recommended course of action; email Mr. Griffin at Delphi describing recommended course of action. | | |
| | Douglas E. Erickson | 3.00 | 885.00 |
| 01/09/08 | DP-312365; Draft Amendment for RCE. | | |
| | Douglas E. Erickson | 4.30 | 1,268.50 |
| 01/10/08 | DP-312365; Prepare Amendment Accompanying RCE; RCE and Amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.00 | 295.00 |
| | Fee for Professional Services | | $2,448.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 8.30 | 295.00 | 2,448.50 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| 01/11/08 | Filing Fees - Payee: U.S. Patent and Trademark Office - Filing Request for Continued Examination | 810.00 | |
| | Photocopy | 0.90 | |
| | Total Disbursements and Charges | | 810.90 |

# THOMPSON HINE

Page 10                                                                February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

## DP-313805 Patent ANGULAR RATE SENSOR TO MEASURE WHEEL VELOCITY

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/18/08 | Review Office action and cited prior art. | | |
| | Victor J. Wasylyna | 0.80 | 188.00 |
| 01/23/08 | Review Office action and cited prior art; draft amendment in response to Office action. | | |
| | Victor J. Wasylyna | 4.00 | 940.00 |
| | Fee for Professional Services | | $1,128.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 4.80 | 235.00 | 1,128.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|---|
| | Photocopy | 6.40 | |
| | Total Disbursements and Charges | | 6.40 |

# THOMPSON HINE

Page 11                                                                February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

**DP-313740:  Patent:  PIEZO-ELECTRIC FORCE SENSOR**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/24/08 | Review Office action and cited prior art; draft response to Office action. | | |
| | Victor J. Wasylyna | 1.50 | 352.50 |
| | Fee for Professional Services | | $352.50 |

## Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 1.50 | 235.00 | 352.50 |

THOMPSON
HINE

Page 12                                                        February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

**DP-315793: Patent:  Single Channel Hydraulic Control
Unit**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/04/08 | Teleconference with Office of Initial Patent Examination; prepare drawing amendments including new and replacement drawing sheets; prepare response to notice to file corrected application papers. | | |
| | David R. Jaglowski | 3.00 | 675.00 |
| 01/08/08 | Revise drawing amendments; prepare amendments to the specification and revised response to notice to file corrected application papers; file corrected application papers. | | |
| | David R. Jaglowski | 0.30 | 67.50 |
| | Fee for Professional Services | | $742.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| David R. Jaglowski | 3.30 | 225.00 | 742.50 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 2.30 | |
| | Total Disbursements and Charges | | 2.30 |

# THOMPSON HINE

Page 13                                                                                            February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

### DP-306837  Patent: Hydraulic Engine Mount With Center-Clamped Decoupler (USSN 10/092320)

#### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/09/08 | Review final Office action. | | |
| | Victor J. Wasylyna | 0.50 | 117.50 |
| 01/15/08 | Draft amendment in response to Office action. | | |
| | Victor J. Wasylyna | 2.80 | 658.00 |
| | Fee for Professional Services | | $775.50 |

#### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Victor J. Wasylyna | 3.30 | 235.00 | 775.50 |

#### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/08 | Filing Fees - Payee: U.S. Patent and Trademark Office - Fee for Petition for two-month extension of time | 460.00 |
| | Photocopy | 6.90 |
| | Total Disbursements and Charges | 466.90 |

# THOMPSON HINE

Page 14
Our File No. 444859
Delphi Technologies, Inc.

February 26, 2008

**DP-311609 Patent: Process and Device for Front/Rear
Braking Distribution for a Decelerating Vehicle (USSN
11/188924)**

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 01/23/08 | Review Office action and cited prior art; draft response to Office action. | | |
| | Victor J. Wasylyna | 2.50 | 587.50 |
| 01/24/08 | Draft amendment in response to Office action. | | |
| | Victor J. Wasylyna | 3.50 | 822.50 |
| | Fee for Professional Services | | $1,410.00 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|---|---|---|---|
| Victor J. Wasylyna | 6.00 | 235.00 | 1,410.00 |

## Disbursements and Charges

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 7.60 |
| | Total Disbursements and Charges | 7.60 |

# THOMPSON HINE

Page 15                                                                 February 26, 2008
Our File No. 444859
Delphi Technologies, Inc.

**DP-317008: Patent:  MR Damper - Gen 4 Rod Guide**

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/09/08 | DP-317008; Review inventor comments on draft patent application; prepare suggested revisions to patent application and email them to inventor; request formal drawings from outside draftsman; revise patent application. | | |
| | Douglas E. Erickson | 3.30 | 973.50 |
| 01/10/08 | DP-317008; Review request by Delphi for international version of patent application and formal drawings; obtain international version of formal drawings from outside draftsman; prepare international version of patent application; email international versions of patent application and formal drawings to Delphi. | | |
| | Douglas E. Erickson | 1.80 | 531.00 |
| 01/10/08 | DP-317008; Review formal drawings; request corrections to formal drawings from outside draftsman; prepare patent application; email patent application formal drawings and IDS reference information to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 2.00 | 590.00 |
| 01/14/08 | DP-317008; Review design modifications inventor would like made to the previously-approved patent application; request new formal drawings to reflect the design modifications; review updated formal drawings; email updated drawings to inventor for review. | | |
| | Douglas E. Erickson | 1.30 | 383.50 |
| 01/15/08 | DP-317008; Review another request from the inventor for another design change to the formal drawings; request such design modification from the outside draftsman. Review latest formal drawings and request changes thereto. Review latest updated formal drawings and emailed them to inventor for approval. | | |
| | Douglas E. Erickson | 1.10 | 324.50 |
| 01/16/08 | DP-317008; Request international formal drawings from outside draftsman; review international formal drawings; email updated U.S and EP formal drawings to Delphi. | | |
| | Douglas E. Erickson | 0.50 | 147.50 |
| | Fee for Professional Services | | $2,950.00 |

# THOMPSON HINE

Page 16                                                          February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 10.00 | 295.00 | 2,950.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 01/16/08 | Legal Records Services - Payee: Dave Kaesemeyer Formal Patent Drawings | 275.00 |
| 01/23/08 | Legal Records Services - Payee: Dave Kaesemeyer revisions to previously finished drawings | 125.00 |
| | Total Disbursements and Charges | 400.00 |

THOMPSON
HINE

Our File No.  444859
Delphi Technologies, Inc.

February 26, 2008

## DP-317007: Patent: Efficient Magnetorheological Solenoids

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/02/08 | DP-317007; Revise patent application based on initial review of inventors. | | |
| | Douglas E. Erickson | 1.50 | 442.50 |
| 01/03/08 | DP-317007; Revise patent application, which includes two embodiments and six hand drawn figures. | | |
| | Douglas E. Erickson | 5.50 | 1,622.50 |
| 01/09/08 | DP-317007; Request formal drawings from outside draftsman. | | |
| | Douglas E. Erickson | 0.30 | 88.50 |
| 01/10/08 | DP-317007; Review formal drawings; request corrections to formal drawings; review revised formal drawings; review inventor's comments to my answers to his questions and revise the patent application accordingly; final patent application and formal drawings emailed to Delphi for Delphi to file in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 442.50 |
| 01/10/08 | DP-317007; Draft detailed email answering questions of inventors regarding latest draft patent application. | | |
| | Douglas E. Erickson | 1.00 | 295.00 |
| 01/11/08 | DP-317007; Prepare international patent application and obtain international formal drawings and email same to Delphi as requested by Delphi. | | |
| | Douglas E. Erickson | 2.30 | 678.50 |
| | Fee for Professional Services | | $3,569.50 |

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 12.10 | 295.00 | 3,569.50 |

# THOMPSON HINE

Page 18
Our File No.  444859
Delphi Technologies, Inc.

February 26, 2008

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 01/16/08 | Legal Records Services - Payee: Dave Kaesemeyer Formal Patent Drawings | 390.00 |
| | Total Disbursements and Charges | 390.00 |

# THOMPSON HINE

Page 19                                                          February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

**Hutz, James, et al. v. Stephanie Gray, et al.**

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/02/08 | Telephone conference with J. Pfau's office on settlement. | | |
| | Scott A. King | 0.10 | 34.50 |
| 01/03/08 | Telephone conferences with J. Pfau and with G. Rossi regarding potential settlement of claims by Hutz and by Gray. | | |
| | Scott A. King | 0.40 | 138.00 |
| 01/04/08 | Telephone conference with G. Rossi regarding potential settlement. | | |
| | Scott A. King | 0.20 | 69.00 |
| 01/10/08 | Telephone conference with G. Rossi regarding settlement. | | |
| | Scott A. King | 0.20 | 69.00 |
| 01/11/08 | Telephone conferences with G. Rossi regarding settlement demand by James Hutz. | | |
| | Scott A. King | 0.20 | 69.00 |
| 01/14/08 | Telephone conferences with L. Diaz and with G. Rossi regarding settlement negotiations. | | |
| | Scott A. King | 0.50 | 172.50 |
| 01/15/08 | Correspondence and telephone conference with L. Diaz regarding settlement of claims with J. Hutz. | | |
| | Scott A. King | 0.40 | 138.00 |
| 01/16/08 | Telephone conference with L. Diaz regarding settlement of Hutz claim; modify release. | | |
| | Scott A. King | 0.40 | 138.00 |
| 01/21/08 | Correspondence with L. Diaz on settlement. | | |
| | Scott A. King | 0.10 | 34.50 |
| 01/23/08 | Review proposed revision to release; correspondence with L. Diaz on response to proposed revisions. | | |
| | Scott A. King | 0.30 | 103.50 |
| | Fee for Professional Services | | $966.00 |

# THOMPSON
## HINE

Page 20                                                                                  February 26, 2008
Our File No.  444859
Delphi Technologies, Inc.

### Summary of Fees for this Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Scott A. King | 2.80 | 345.00 | 966.00 |