# EXHIBIT E

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| IN RE: | : Chapter 11 |
| | : |
| DELPHI CORPORATION, *et al.* | : Case No. 05-44481 (RDD) |
| | : |
| Debtors | : (Jointly administered) |

**ORDER APPROVING THE AMENDED SEVENTH APPLICATION OF
THOMPSON HINE LLP AS SPECIAL COUNSEL FOR DEBTORS
FOR INTERIM COURT APPROVAL, ALLOWANCE AND PAYMENT OF
COMPENSATION FOR SERVICES RENDERED AND EXPENSES ADVANCED
FROM OCTOBER 1, 2007 THROUGH JANUARY 25, 2008 AND
FOR FINAL APPROVAL OF FEES AND EXPENSES FOR THE FULL RETENTION
PERIOD FROM OCTOBER 8, 2005 THROUGH JANUARY 25, 2008**

This matter comes before the Court upon the Amended Seventh Application ("Amended Seventh Application") of Thompson Hine LLP ("Thompson Hine") as Special Counsel to Debtors for intellectual property matters, seeking compensation and for reimbursement of expenses for the period from October 1, 2007 through January 25, 2008 (the "Seventh Application Period") and for approval of fees and expenses for the Full Retention Period from October 8, 2005 through January 25, 2008.

This Court having reviewed the Amended Seventh Application; and no objections or comments to the Amended Seventh Application having been filed; and this Court having determined that the legal and factual bases set forth in the Amended Seventh Application establish just cause for the relief granted herein,

THIS COURT HEREBY FINDS THAT:

(1)    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B). Venue of this Chapter 11

case and the Seventh Amended Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and the Local Bankruptcy Rules.

(2) Thompson Hine is a duly appointed professional in the above-captioned Debtors' Chapter 11 cases.

(3) Thompson Hine served the Amended Seventh Application with all exhibits by overnight mail to all Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc. #869). Thompson Hine served a Notice of filing and objection/hearing dates by electronic mail (or by fax when no email address provided) upon all persons on the Master Service List and the 2002 List.

(4) No objections were filed.

(5) Based upon this Court's review of the Application and the schedules attached thereto, the fees and expenses are reasonable, actual and necessary.

IT IS, THEREFORE, ORDERED, that:

1. The Amended Seventh Application is APPROVED AND GRANTED.

2. The fees and reimbursable expenses for the Seventh Application Period are approved and allowed in the following amounts, and Debtors may pay Thompson Hine such amounts to the extent not already paid:

| | | |
|---|---|---|
| Fees (80%) | $ 80,944.40 | |
| Holdback Amount (20%) | $ 20,211.10 | |
| | | $101,155.50 |
| Expenses (100%) | $ 12,414.35 | $ 12,414.35 |
| Total | | $113,569.85 |

3. The fees and reimbursable expenses for the Full Retention Period are hereby approved in the total sum of $798,541.94.

Dated:  New York, New York
        _____, 2010

                                            _____
                                            United States Bankruptcy Judge

603705.1