| | |
|---|---|
| THOMPSON HINE LLP<br>Lawrence T. Burick, Esq.<br>Lauren McEvoy, Esq.<br>335 Madison Avenue, 12th Floor<br>New York, New York 10017-4611<br>Lauren.McEvoy@thompsonhine.com<br>larry.burick@thompsonhine.com<br>212.344.5680 (telephone)<br>212.344.6101 (facsimile)<br><br>Special Counsel to Debtors | Hearing Date:    March 18, 2010<br>                 10:00 a.m.<br>                 (Prevailing Eastern Time)<br><br>Response         March 1, 2010<br>Deadline:        4:00 p.m.<br>                 (Prevailing Eastern Time)<br><br>Deadline to file    March 12, 2010<br>Replies Responses   4:00 p.m.<br>to Objections:      (Prevailing Eastern Time) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors | : | (Jointly administered) |

## CERTIFICATE OF SERVICE

I hereby certify that, on February 18, 2010, I served a copy of the amended seventh interim and final application of Thompson Hine LLP that seeks entry of an order (a) that allows and approves Debtors' payment to Thompson Hine of 80% of the fees and 100% of the expenses Thompson Hine has invoiced Debtors for post-petition services for the period from October 1, 2007 through January 25, 2008 and also allows and approves Debtors' payment to Thompson Hine of the unpaid 20% holdback amount with respect to the invoiced fees; and (b) that approves on a final basis 100% of the fees and expenses for the period from October 8, 2005 through

January 25, 2008 by overnight mail upon the following Notice Parties referenced at Paragraph

2.a of the Order establishing compensation procedures (Doc. #869):

    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    (Attn: David M. Sherbin, Esq., General Counsel)

    Fee Committee Member
    Delphi Corporation
    5725 Delphi Drive
    Troy, MI 48098
    (Attn:  John D. Sheehan, V.P. & Chief Restructuring Officer)

    Fee Committee Member
    GE Plastics, Americas
    9930 Kincey Avenue
    Huntersville, NC. 28078
    (Attn:  Valeria Venable, GE Plastics, Americas Credit Manager)

    Fee Committee
    Legal Cost Control, Inc.
    255 Kings Highway East
    Haddonfield, NJ 08033
    (Attn:  Joe Sykes)

    Counsel to the Debtors
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (Attn:  John Wm. Butler, Jr., Esq.)

    Counsel for the agent under the Debtors' prepetition credit facility
    Simpson Thacher & Bartlett LLP
    425 Lexington Avenue
    New York, New York 10017
    (Attn:  Marissa Wesley, Esq.)

    Counsel for the agent under the Debtors' postpetition credit facility
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, New York 10017
    (Attn: Marlane Melican, Esq.)

Counsel for the Official Committee of Unsecured Creditors ("Committee")
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802
(Attn: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
(Attn: Alicia M. Leonhard, Esq.)

I hereby certify that, on February 18, 2010, the above parties were served a copy of the Notice by overnight mail.

In addition, I further that I served a copy of the Notice by electronic mail (or, alternatively, by regular mail when no email address and/or fax number is provided) upon all persons on the DPH Holdings Corp Master Service List (Master Service List 100119.xls) and the 2002 List (2002 List 100119.xls).

    /s/ Lawrence T. Burick
Lawrence T. Burick
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorney for Thompson Hine LLP,
Special Counsel to Debtors

603771.1

3