MORITT HOCK HAMROFF & HOROWITZ
LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
Leslie Ann Berkoff
lberkoff@moritthock.com

And

HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, OH  4414-2316
(216) 274-2374
Rocco I. Debitetto
ridebitetto@hahnlaw.com

Co-Counsel to Robin Industries Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re:                                                       :        Chapter 11
                                                             :
DPH HOLDINGS CORP., et al.,                                  :        Case No. 05-44481 (RDD)
                                                             :
                              Reorganized Debtors. :        (Jointly Administered)
-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             )    ss.:
COUNTY OF NASSAU             )

   Doreen C. Sarovec, being duly sworn, deposes and says:

   1.  I am not a party to this action, am over 18 years of age, and am employed by Moritt Hock Hamroff & Horowitz LLP, located at 400 Garden City Plaza, Garden City, New York.

   2.  On February 17, 2010 I served a true copy of the each of the following documents: (i) Response of Robin Industries Inc. Holmco Division to DPH Holdings Corp., et al., (the "Reorganized Debtors") Forty-Third Omnibus Objection; (ii) Response of Robin Industries Inc., Elasto Tec Division to the Reorganized Debtors' Forty-Third Omnibus Objection; (iii) Response of Robin Industries Inc., Technical Services Division to the Reorganized Debtors'

Forty-Third Omnibus Objection; (iv) Response of Robin Industries Inc., Berlin Division to the Reorganized Debtors' Forty-Third Omnibus Objection; (v) Response of Robin Industries Inc., Fredericksburg Division to the Reorganized Debtors' Forty-Third Omnibus Objection; and (vi) Response of Robin Mexicana S De RL De CV to the Reorganized Debtors' Forty-Third Omnibus Objection, via Federal Express/Overnight Delivery (Weekday Service) to the address designated by the parties below:


TO    DPH Holdings Corp.
       Attn:  President
       5725 Delphi Drive
       Troy, Michigan 48098

       Counsel to Debtors
       Skadden, Arps, Slate Meagher & Flom, LLP
       Attn:  John Wm. Butler, Jr.
       John K. Lyons
       Joseph N. Wharton
       155 North Wacker Drive
       Chicago, Ill 60606


In addition a Hard Copy was sent to Chambers pursuant to Order regarding the Forty-Third Omnibus Objection

Honorable Judge Drain
US Bankruptcy Court for the
Southern District of New York
300 Quarropas Street, Courtroom 118
White Plains, NY 10601-4140

All parties having filed a Notice of Appearance in the above-captioned cases were served by receiving notice through the Court's electronic filing database.



                                          /s/ Doreen C Sarovec
                                          Doreen C. Sarovec


Sworn to before me this
17th day of February, 2010

/s/ Elizabeth A. Augello
Notary Public, State of New York
No. 01AU6039945
Qualified in Nassau County
Commission Expires 4/10/2010

F:\CLIENT-2\DCS\aos.DOC