MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
Leslie Ann Berkoff
lberkoff@moritthock.com

And

HAHN LOESER & PARKS, LLP
200 Public Square, Suite 2800
Cleveland, OH  4414-2316
(216) 274-2374
Rocco I. Debitetto
ridebitetto@hahnlaw.com

Co-Counsel to Robin Industries Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
|  |  :  |  |
| In re: | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

| STATE OF NEW YORK | ) |  |
|---|---|---|
|  | ) | ss.: |
| COUNTY OF NASSAU | ) |  |

Doreen C. Sarovec, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by Moritt Hock Hamroff & Horowitz LLP, located at 400 Garden City Plaza, Garden City, New York.

2. On February 18, 2010 I served a true copy of the each of the following documents: (i) Response of Robin Industries Inc. Holmco Division to DPH Holdings Corp., et al., (the "Reorganized Debtors") Forty-Third Omnibus Objection; (ii) Response of Robin Industries Inc., Elasto Tec Division to the Reorganized Debtors' Forty-Third Omnibus Objection;

(iii) Response of Robin Industries Inc., Technical Services Division to the Reorganized Debtors' Forty-Third Omnibus Objection; (iv) Response of Robin Industries Inc., Berlin Division to the Reorganized Debtors' Forty-Third Omnibus Objection; (v) Response of Robin Industries Inc., Fredericksburg Division to the Reorganized Debtors' Forty-Third Omnibus Objection; and (vi) Response of Robin Mexicana S De RL De CV to the Reorganized Debtors' Forty-Third Omnibus Objection, via Hand Delivery through Ron's Rapid Messenger Service to the addresses designated by the parties below:

To:   Davis Polk & Wardell
      450 Lexington Avenue
      New York, NY  10017
      Attn: Donald Bernstein
      Brian Resnick

      Office of the US Trustee
      for the Southern District of NY
      33 Whitehall Street, Ste. 2100
      New York, NY 10004
      Attn: Brian Masumoto

/s/ Doreen C Sarovec
Doreen C. Sarovec

Sworn to before me this
18th day of February, 2010

/s/ Elizabeth A. Augello
Notary Public, State of New York
No. 01AU6039945
Qualified in Nassau County
Commission Expires 4/10/2010

F:\Robin Industries\Omnibus Replies\aos ust efile.DOC