ILENE J. FELDMAN, ESQ., LLC
Ilene J. Feldman (IF1045)
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
(203) 254.2277 (phone)
(203) 256.3333 (fax)
collinsfeldman@aol.com


Attorneys for UNION PACIFIC RAILROAD COMPANY


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
                                                        :
         In re                                          :          Chapter 11
                                                        :
DPH HOLDINGS CORP., et al.,                             :          Case No. 05-44481 (RDD)
                                                        :
                   Reorganized Debtors,                 :          (Jointly Administered)
                                                        :
------------------------------------------------------------------------------X

<u>SUPPLEMENTAL CERIFICATE OF SERVICE</u>


         Ilene J. Feldman, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen (18) and reside in Fairfield, Connecticut.

2. On February 17, 2010, I electronically filed **UNION PACIFIC RAILROAD COMPANY'S RESPONSE TO REORGANZIED DEBTORS'  FORTY-THIRD OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. 503(b) AND FED.R.BANKR.P. 3007 TO (1) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) EQUITY INTERESTS, (E) PREPETITION CLAIMS, (F) INSUFFICIENTLY DOCUMENTED CLAIMS, (G) PENSION, BENEFIT, AND OPEB CLAIMS, (H) WORKERS" COMPENSATION CLAIMS, AND (I) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS**  with the Clerk of the Bankruptcy Court using the CM/ECF system.

3. I served a true and  correct copy of the foregoing via the United States Postal Service, First Class Mail on February 17, 2010 on the following CM/ECF participants and non-participants:

               Attn: John Wm. Butler, Jr., Esq. ,John K. Lyons, Esq.
                  Joseph N Wharton, Esq.
               SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
               155 North Wacker Drive
               Chicago, Illinois 60608

> DPH Holdings Corp.
> Attention: President
> 5725 Delphi Drive
> Troy, Michigan 48098

4.    A true and correct copy of the foregoing was sent via overnight mail on February 18, 2010 to:

> Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court for the Southern District of New York
> The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
> 300 Quarropas Street, Courtroom 118
> White Plains, New York 10601-4140

5.    Upon information and belief, on February 18, 2010 by 10:30 a.m. E.S.T., at my direction, Intercept Courier hand-delivered a true and  correct copy of the foregoing upon:

> John Wm. Butler, Jr., Esq.
> John K. Lyons, Esq.
> Joseph N Wharton, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> 155 North Wacker Drive
> Chicago, Illinois 60608

6.    Upon information and belief, on February 18, 2010 by 10:30 a.m. E.S.T., at my direction, Portwood Delivery hand-delivered a true and correct copy of the foregoing upon:

> DPH Holdings Corp.
> Attention: President
> 5725 Delphi Drive
> Troy, Michigan 48098

County of Fairfield        )
                          ) ss.:
State of Connecticut       )

/s/ Ilene J. Feldman_____
Ilene J. Feldman

Sworn to before me this
18th day of February, 2010.

/s/  Jane Fine_____
Notary Public
My Commission Expires: 4/30/2012