February 15, 2010

Honorable Robert D. Drain

United States Bankruptcy Judge

United States Bankruptcy Court

For the Southern District of New York

The Honorable Charles L. Brieant Jr.

Federal Building and Courthouse

300 Quarropas Street

Courtroom 118

White Plains, New York  10601-4140

To Whom It May Concern:

Re:  Notice of Objection to Claim

Forty-Third Omnibus Claims Objection

Case Name and Number:

 In re: Delphi Corporation, et al. 05-44481 (RDD)

 Chapter 11

Claimant Name:  Charlene G. Pronesti

Date Filed:  11/05/09

Claim Number:  19758

Asserted Claim Amount:  0

Basis For Objection:  Prepetition Claims

Treatment of Claim:  Disallow and Expunge

I am writing to you to object to this objection of my claim on the basis that the claim I am filing is a prepetition claim.  My claim is for the time frame of January 1, 2004 through March 31, 2008.  Delphi filed for Bankruptcy on October 5, 2005 and my claim also involves time worked after October 5, 2005.

I worked as a nonexempt salaried employe and worked many hours of overtime to complete job responsibilities and ensure that these responsibilities were accomplished.  It is my understanding that Federal  law and Department of Labor states that if nonexempt employes  work in excess of 8 hours daily, they must be

compensated accordingly.  It is understood that management employes might work some casual time or overtime that would be included in their compensation  for their workweek scheduled and not be compensated for the overtime worked.

I was informed by supervision that all projects would need to be accomplished in an 8-hour schedule and no overtime would be approved.  If the work was not accomplished, then my performance rating would suffer.  I would work the hours necessary to ensure that job assignments were accomplished, but I received no compensation for any additional time that I worked over  an eight-hour work schedule.

Therefore, I am applying for compensation for all overtime hours worked.

Sincerely,


Charlene G. Pronesti

42820 Haven Drive

Elyria, OH  44035

Cc:  DPH Holdings Corp.

    5725 Delphi Drive

    Troy, MI  48098

   Attn:  President


    Counsel to the Reorganized Debtors

    Skadden, Arps, Slate, Meagher & Flom LLP

    155 North Wacker Drive

    Chicago, IL  60606

    ATTN:  John Wm. Butler, Jr.

        John K. Lyons

        Joseph N. Wharton

| Date | In | Out | hours worked | overtime |
|---|---|---|---|---|
| 01-05-04 | 8:39 | 13:27 | 04.0 | |
| | 13:53 | 18:36 | 04.5 | 0.5 |
| 01-06-04 | 08:16 | 18:23 | 09.5 | 1.5 |
| 01-07-04 | 08:27 | 18:58 | 09.5 | 1.5 |
| 01-08-04 | 08:28 | 17:25 | 08.0 | |
| 01-09-04 | 08:29 | 18:42 | 10.0 | 2.0 |
| 01-12-04 | 08:26 | 18:33 | 10.0 | 2.0 |
| 01-13-04 | 08:32 | 18:15 | 09.5 | 1.5 |
| 01-14-04 | 08:30 | 18:29 | 09.0 | 1.0 |
| 01-15-04 | 07:50 | 18:28 | 10.0 | 2.0 |
| 01-16-04 | 08:26 | 18:43 | 10.0 | 2.0 |
| 01-21-04 | 08:31 | 17:57 | 08.0 | |
| | 18:01 | 18:54 | 00.5 | 0.5 |
| 01-23-04 | 08:39 | 18:48 | 09.5 | 1.5 |
| 01-26-04 | 08:39 | 16:46 | 08.0 | |
| 01-27-04 | 08:36 | 18:19 | 09.0 | 1.0 |
| | 18:21 | 18:23 | | |
| 01-28-04 | 08:38 | 18:43 | 09.5 | 1.5 |
| 01-29-04 | 08:37 | 18:50 | 09.5 | 1.0 |
| 01-30-04 | 08:35 | 18:34 | 10.0 | 2.0 |
| TOTALS FOR JANUARY 2004 | | | | 21.5 |
| 02-02-04 | 08:30 | 18:13 | 09.5 | 1.5 |
| 02-03-04 | 08:32 | 18:26 | 09.5 | 1.5 |
| 02-04-04 | 08:38 | 18:50 | 09.5 | 1.5 |
| 02-05-04 | 08:30 | 19:14 | 10.5 | 2.5 |
| 02-06-04 | 08:36 | 19:31 | 10.5 | 2.5 |
| 02-09-04 | 08:35 | 19:06 | 10.0 | 2.0 |

| Date | In | Out | hours worked | overtime |
|------|-----|------|------|------|
| 02-10-04 | 08:30 | 18:27 | 09.5 | 1.5 |
| 02-11-04 | 08:19 | 18:10 | 09.5 | 1.5 |
| 02-12-04 | 08:36 | 18:29 | 09.0 | 1.0 |
| 02-13-04 | 08:39 | 16:51 | 08.0 | |
| 02-17-04 | 08:57 | 17:58 | 08.5 | 0.5 |
| 02-18-04 | 08:36 | 18:20 | 09.0 | 1.0 |
| 02-19-04 | 07:59 | 16:45 | 08.5 | 0.5 |
| 02-20-04 | 08:32 | 18:40 | 09.5 | 1.5 |
| 02-23-04 | 08:33 | 17:55 | 08.5 | 0.5 |
| 02-24-04 | 08:38 | 18:21 | 09.0 | 1.0 |
| 02-25-04 | 08:40 | 18:57 | 09.5 | 1.5 |
| 02-26-04 | 08:32 | 17:47 | 08.5 | 0.5 |
| 02-27-04 | 08:39 | 18:48 | 09.5 | 1.5 |
| TOTALS FOR FEBRUARY 2004 | | | | 19.5 |
| 03-01-04 | 08:45 | 17:56 | 08.5 | 0.5 |
| 03-02-04 | 08:32 | 18:35 | 09.5 | 1.5 |
| 03-03-04 | 08:33 | 17:11 | 08.0 | |
| 03-04-04 | 08:34 | 18:26 | 09.0 | 1.0 |
| 03-05-04 | 08:28 | 16:05 | 09.0 | 1.0 |
| 03-08-04 | 08:34 | 16:10 | 09.0 | 1.0 |
| 03-09-04 | 08:41 | 19:04 | 10.0 | 2.0 |
| 03-10-04 | 08:46 | 16:17 | 7.0 | |
| | 16:33 | 18:46 | 2.0 | 1.0 |
| 03-11-04 | 08:34 | 18:34 | 9.5 | 1.5 |
| 03-19-04 | 08:46 | 17:43 | 8.5 | 0.5 |
| 03-22-04 | 08:39 | 18:41 | 9.5 | 1.5 |
| 03-24-04 | 08:47 | 19:22 | 10.0 | 2.0 |
| 03-25-04 | 08:54 | 19:33 | 10.0 | 2.0 |
| 03-26-04 | 08:43 | 19:16 | 10.0 | 2.0 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|------|------|
| 03-29-04 | 08:53 | 18:29 | 09.5 | 1.5 |
| 03-30-04 | 08:45 | 19:16 | 10.0 | 2.0 |
| 03-31-04 | 08:42 | 19:04 | 10.0 | 2.0 |
| TOTALS FOR MARCH 2004 | | | | 23.0 |
| 04-01-04 | 08:51 | 18:56 | 09.5 | 1.5 |
| 04-02-04 | 08:58 | 18:44 | 09.5 | 1.5 |
| 04-05-04 | 08:31 | 18:53 | 09.5 | 1.5 |
| 04-06-04 | 08:38 | 19:11 | 10.0 | 1.5 |
| 04-07-04 | 08:43 | 17:52 | 08.5 | 0.5 |
| 04-08-04 | 08:53 | 18:58 | 09.5 | 1.0 |
| 04-13-04 | 08:36 | 19:36 | 10.0 | 1.5 |
| 04-14-04 | 08:34 | 17:43 | 08.5 | 0.5 |
| 04-15-04 | 08:43 | 06:11 | 09.0 | 0.5 |
| 04-16-04 | 08:33 | 19:02 | 10.0 | 2.0 |
| 04-19-04 | 08:53 | 16:08 | 07.0 | |
| | 16:12 | 17:53 | 01.5 | 0.5 |
| 04-20-04 | 08:33 | 18:55 | 09.5 | 1.5 |
| 04-21-04 | 08:37 | 19:46 | 10.5 | 2.5 |
| 04-28-04 | 08:33 | 17:48 | 08.5 | 0.5 |
| 04-29-04 | 08:45 | 17:15 | 08.0 | |
| 04-30-04 | 07:55 | 18:48 | 10.5 | 2.5 |
| TOTALS FOR APRIL 2004 | | | | 19.0 |
| 05-05-04 | 08:44 | 18:03 | 09.0 | 1.0 |
| 05-06-04 | 08:49 | 18:57 | 09.5 | 1.5 |
| 05-10-04 | 08:30 | 18:25 | 09.5 | 1.5 |
| 05-11-04 | 08:52 | 19:42 | 10.5 | 2.5 |
| 05-12-04 | 08:47 | 19:29 | 10.5 | 2.5 |
| 05-13-04 | 08:46 | 19:26 | 10.0 | 2.0 |
| 05-14-04 | 08:58 | 17:47 | 10.5 | 2.5 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 05-18-04 | 09:02 | 17:48 | 10.5 | 2.5 |
| 05-19-04 | 08:52 | 17:52 | 08.5 | 0.5 |
| 05-20-04 | 08:51 | 18:34 | 09.5 | 1.5 |
| 05-21-04 | 08:56 | 15:17 | 06.0 | |
| | 15:26 | 18:55 | 03.0 | 1.0 |
| 05-24-04 | 08:40 | 13:24 | 04.0 | |
| 05-25-04 | 08:45 | 18:42 | 09.5 | 1.0 |
| 05-26-04 | 08:59 | 18:13 | 09.0 | 1.0 |
| 05-27-04 | 08:52 | 19:21 | 10.0 | 2.0 |
| TOTALS FOR MAY 2004 | | | | 23.0 |
| 06-02-04 | 08:45 | 18:57 | 09.5 | 1.5 |
| 06-03-04 | 08:40 | 18:01 | 09.0 | 1.0 |
| 06-04-04 | 08:51 | 18:46 | 09.5 | 1.5 |
| 06-07-04 | 08:59 | 17:45 | 08.5 | 0.5 |
| 06-08-04 | 08:43 | 17:16 | 08.0 | |
| 06-09-04 | 08:44 | 12:32 | 03.5 | |
| | 13:35 | 18:04 | 04.5 | |
| 06-10-04 | 08:59 | 17:59 | 10.5 | 2.5 |
| 06-14-04 | 07:36 | 16:18 | 08.0 | |
| 06-15-04 | 08:17 | 18:50 | 09.5 | 1.5 |
| 06-16-04 | 08:54 | 18:57 | 09.5 | 1.5 |
| 06-17-04 | 08:50 | 17:10 | 08.0 | |
| 06-18-04 | 07:25 | 17:40 | 09.5 | 1.5 |
| 06-21-04 | 08:57 | 17:24 | 08.0 | |
| 06-22-04 | 08:03 | 17:26 | 08.0 | |
| 06-23-04 | 08:41 | 17:08 | 08.0 | |
| 06-24-04 | 08:42 | 18:14 | 09.0 | 1.0 |
| 06-25-04 | 08:27 | 16:44 | 08.0 | |
| 06-26-04 | 06:11 | 14:56 | 08.0 | |

| Date | In | Out | hours worked | overtime |
|------|------|------|--------------|----------|
| 06-28-04 | 08:13 | 13:46 | 05.0 | |
| 06-29-04 | 07:02 | 15:31 | 08.0 | |
| TOTALS FOR JUNE 2004 | | | | 12.5 |
| 07-01-04 | 07:34 | 16:56 | 08.5 | 0.5 |
| 07-02-04 | 07:55 | 18:44 | 10.0 | 2.0 |
| 07-19-04 | 07:57 | 16:49 | 08.0 | |
| 07-20-04 | 07:58 | 17:17 | 08.5 | 0.5 |
| 07-21-04 | 08:14 | 17:24 | 08.0 | |
| 07-22-04 | 08:30 | 17:26 | 08.0 | |
| 07-23-04 | 08:26 | 17:54 | 08.5 | 0.5 |
| 07-26-04 | 08:59 | 16:00 | 07.0 | |
| 07-27-04 | 08:16 | 17:31 | 08.5 | 0.5 |
| 07-29-04 | 08:32 | 17:26 | 08.0 | |
| 07-30-04 | 09:00 | 16:45 | 07.5 | |
| TOTALS FOR JULY 2004 | | | | 3.5 |
| 08-02-04 | 08:35 | 17:55 | 08.5 | 0.5 |
| 08-03-04 | 08:30 | 19:18 | 10.0 | 2.0 |
| 08-04-04 | 08:23 | 18:48 | 09.5 | 1.5 |
| 08-05-04 | 08:38 | 18:37 | 09.5 | 1.5 |
| 08-06-04 | 08:37 | 18:03 | 09.0 | 1.0 |
| 08-09-04 | 08:42 | 18:47 | 09.5 | 1.5 |
| 08-10-04 | 08:45 | 18:46 | 09.5 | 1.5 |
| 08-11-04 | 08:49 | 18:01 | 09.0 | 1.0 |
| 08-12-04 | 08:49 | 18:13 | 09.0 | 1.0 |
| 08-13-04 | 08:42 | 18:01 | 09.0 | 1.0 |
| 08-17-04 | 08:46 | 17:38 | 08.5 | 0.5 |
| 08-18-04 | 08:45 | 19:01 | 10.0 | 2.0 |
| 08-19-04 | 08:53 | 18:15 | 09.0 | 1.0 |
| 08-23-04 | 08:29 | 18:19 | 09.0 | 1.0 |

| Date | In | Out | hours worked | overtime |
|------|------|------|------|------|
| 08-24-04 | 08:36 | 11:54 | 03.0 | |
| | 13:23 | 18:48 | 05.0 | |
| 08-25-04 | 08:40 | 18:35 | 09.5 | 1.5 |
| 08-26-04 | 07:42 | 18:47 | 09.5 | 1.5 |
| 08-27-04 | 08:47 | 17:23 | 08.0 | |
| 08-30-04 | 08:42 | 18:25 | 09.5 | 1.5 |
| 08-31-04 | 08:44 | 18:21 | 09.0 | 1.0 |
| TOTALS FOR AUGUST 2004 | | | | 22.5 |
| 09-02-04 | 08:36 | 18:21 | 09.0 | 1.0 |
| 09-03-04 | 08:51 | 12:57 | 04.0 | |
| | 13:40 | 18:08 | 06.0 | 2.0 |
| 09-10-04 | 08:42 | 18:28 | 09.0 | 1.0 |
| 09-13-04 | 08:54 | 18:07 | 09.0 | 1.0 |
| 09-14-04 | 08:57 | 19:01 | 10.0 | 2.0 |
| 09-15-04 | 08:41 | 18:57 | 09.5 | 1.5 |
| 09-16-04 | 09:05 | 13:20 | 04.0 | |
| 09-17-04 | 09:01 | 17:40 | 08.0 | |
| 09-20-04 | 09:02 | 18:15 | 09.0 | 1.0 |
| 09-21-04 | 08:58 | 10:19 | 01.0 | |
| | 10:25 | 16:59 | 07.0 | |
| 09-22-04 | 09:05 | 15:25 | 06.0 | |
| 09-23-04 | 07:14 | 17:21 | 09.0 | 1.0 |
| 09-27-04 | 08:35 | 14:28 | 06.0 | |
| | 14:32 | 17:18 | 02.0 | |
| 09-28-04 | 08:15 | 15:27 | 07.0 | |
| 09-28-04 | 15:54 | 20:00 | 04.0 | 3.0 |
| 09-29-04 | 08:57 | 17:00 | 08.0 | |
| 09-30-04 | 08:59 | 16:31 | 07.5 | |
| TOTALS FOR SEPTEMBER 2004 | | | | 13.5 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 10-01-04 | 08:31 | 16:00 | 07.0 | |
| 10-04-04 | 08:50 | 18:23 | 09.0 | 1.0 |
| 10-05-04 | 08:53 | 16:56 | 08.0 | |
| 10-06-04 | 08:58 | 19:04 | 10.0 | 2.0 |
| 10-07-04 | 09:05 | 17:48 | 08.5 | 0.5 |
| 10-08-04 | 09:09 | 18:44 | 09.5 | 1.5 |
| 10-12-04 | 08:51 | 17:10 | 08.0 | |
| 10-13-04 | 09:04 | 17:43 | 08.5 | 0.5 |
| 10-14-04 | 09:00 | 18:36 | 09.5 | 1.5 |
| 10-15-04 | 08:38 | 11:32 | 02.5 | |
|  | 11:36 | 18:21 | 06.0 | 0.5 |
| 10-18-04 | 08:58 | 17:40 | 08.0 | |
| 10-19-04 | 09:12 | 14:14 | 06.0 | |
| 10-20-04 | 08:59 | 18:57 | 09.5 | 1.5 |
| 10-21-04 | 08:51 | 18:57 | 09.5 | 1.5 |
| 10-22-04 | 09:05 | 19:05 | 10.0 | 2.0 |
| 10-25-04 | 11:47 | 16:08 | 04.0 | |
| 10-27-04 | 08:29 | 18:01 | 09.0 | 1.0 |
| 10-28-04 | 08:58 | 17:32 | 08.5 | 0.5 |
| 10-29-04 | 08:58 | 15:46 | 06.5 | |
| TOTALS FOR OCTOBER 2004 | | | | 14.5 |
| 11-01-04 | 08:54 | 18:26 | 09.0 | 1.0 |
| 11-03-04 | 09:06 | 18:05 | 09.0 | 1.0 |
| 11-04-04 | 08:52 | 17:41 | 08.0 | |
| 11-05-04 | 08:35 | 18:36 | 09.5 | 1.5 |
| 11-08-04 | 09:00 | 17:58 | 08.5 | 0.5 |
| 11-09-04 | 08:46 | 19:15 | 10.0 | 2.0 |
| 11-10-04 | 08:52 | 17:18 | 08.0 | |
| 11-11-04 | 08:52 | 17:18 | 08.0 | |

| Date | In | Out | hours worked | overtime |
|---|---|---|---|---|
| 11-12-04 | 09:11 | 18:44 | 09.5 | 1.5 |
| 11-16-04 | 09:02 | 18:24 | 09.0 | 1.0 |
| 11-17-04 | 08:53 | 18:55 | 09.5 | 1.5 |
| 11-18-04 | 09:00 | 19:57 | 10.5 | 2.5 |
| 11-22-04 | 08:59 | 19:39 | 10.5 | 2.5 |
| 11-29-04 | 08:51 | 18:44 | 09.5 | 1.5 |
| 11-30-04 | 08:52 | 19:04 | 10.0 | 2.0 |
| TOTALS FOR NOVEMBER 2004 | | | | 18.5 |
| 12-02-04 | 09:20 | 19:02 | 09.0 | 1.0 |
| 12-03-04 | 08:57 | 17:43 | 08.5 | 0.5 |
| 12-06-04 | 08:59 | 18:22 | 09.0 | 1.0 |
| 12-07-04 | 09:04 | 19:16 | 10.0 | 2.0 |
| 12-08-04 | 08:54 | 13:23 | 04.0 | |
| 12-08-04 | 14:07 | 16:59 | 02.5 | |
| 12-08-04 | 17:07 | 19:19 | 02.0 | 0.5 |
| 12-14-04 | 08:33 | 18:05 | 09.5 | 1.5 |
| 12-15-04 | 09:04 | 11:13 | 02.0 | |
| | 13:08 | 21:45 | 07.5 | 2.5 |
| TOTALS  FOR DECEMBER 2004 | | | | 9.0 |
| 01-03-05 | 07:14 | 17:32 | 10.0 | 2.0 |
| 01-04-05 | 07:15 | 20:11 | 12.5 | 4.5 |
| 01-05-05 | 08:53 | 18:35 | 09.5 | 1.5 |
| 01-06-05 | 09:04 | 18:44 | 09.5 | 1.5 |
| 01-07-05 | 09:15 | 15:57 | 06.0 | |
| 01-07-05 | 16:28 | 19:02 | 02.5 | 0.5 |
| 01-10-05 | 07:48 | 16:57 | 08.5 | 0.5 |
| 01-11-05 | 08:37 | 08:52 | 09.0 | 1.0 |
| 01-11-05 | 09:02 | 18:11 | | |

| Date | In | Out | hours worked | overtime |
|------|------|------|------|------|
| 01-12-05 | 09:04 | 17:48 | 08.5 | 0.5 |
| 01-13-05 | 08:35 | 18:26 | 09.5 | 1.5 |
| 01-14-05 | 08:56 | 17:53 | 08.5 | 0.5 |
| 01-18-05 | 09:09 | 17:36 | 08.0 | |
| 01-19-05 | 08:48 | 18:32 | 09.5 | 1.5 |
| 01-20-05 | 07:54 | 18:54 | 09.5 | 1.5 |
| 01-21-05 | 08:31 | 19:04 | 10.0 | 2.0 |
| 01-24-05 | 08:43 | 18:17 | 08.5 | 0.5 |
| 01-25-05 | 08:40 | 18:10 | 08.5 | 0.5 |
| 01-26-05 | 09:00 | 19:29 | 09.5 | 1.5 |
| 01-27-05 | 08:47 | 18:04 | 08.5 | 0.5 |
| 01-28-05 | 08:34 | 18:32 | 09.5 | 1.5 |
| 01-31-05 | 08:56 | 18:23 | 08.5 | 0.5 |
| TOTALS FOR JANUARY 2005 | | | | 24.0 |
| 02-01-05 | 08:46 | 17:45 | 08.0 | |
| 02-02-05 | 08:39 | 17:44 | 08.0 | |
| 02-03-05 | 08:09 | 17:31 | 08.5 | |
| 02-04-05 | 09:00 | 18:21 | 08.5 | |
| 02-07-05 | 08:56 | 18:02 | 08.5 | |
| 02-08-05 | 08:45 | 16:18 | 07.0 | |
| 02-10-05 | 10:09 | 18:39 | 08.0 | |
| 02-11-05 | 09:00 | 16:51 | 07.5 | |
| 02-11-05 | 17:08 | 18:28 | 01.0 | |
| 02-14-05 | 09:00 | 13:00 | 07.5 | |
| 02-14-05 | 14:24 | 17:37 | 04.0 | |
| 02-15-05 | 08:46 | 17:34 | 03.5 | |
| 02-16-05 | 08:46 | 13:45 | 04.5 | |
| 02-17-05 | 08:40 | 18:59 | 09.0 | |
| 02-18-05 | 08:51 | 16:30 | 07.0 | |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 02-21-05 | 08:58 | 18:43 | 09.0 | 1.0 |
| 02-22-05 | 08:52 | 19:05 | 09.5 | 1.5 |
| 02-23-05 | 08:50 | 19:39 | 10.0 | 2.0 |
| 02-24-05 | 09:00 | 19:23 | 09.5 | 1.5 |
| 02-25-05 | 08:38 | 18:07 | 08.5 | 0.5 |
| 02-28-05 | 08:36 | 17:20 | 08.0 | |
| TOTALS FOR FEBRUARY 2005 | | | | 6.5 |
| 03-01-05 | 08:57 | 18:36 | 09.0 | 1.0 |
| 03-02-05 | 07:32 | 16:30 | 08.0 | |
| 03-03-05 | 07:48 | 17:00 | 08.5 | 0.5 |
| 03-03-05 | 17:05 | 17:12 | | |
| 03-04-05 | 08:42 | 18:40 | 09.0 | 1.0 |
| 03-07-05 | 08:24 | 17:23 | 08.0 | |
| 03-08-05 | 08:40 | 18:15 | 08.5 | 0.5 |
| 03-09-05 | 08:25 | 18:42 | 09.5 | 1.5 |
| 03-10-05 | 09:09 | 18:33 | 08.5 | 0.5 |
| 03-11-05 | 08:52 | 17:48 | 08.0 | |
| 03-14-05 | 08:59 | 18:18 | 08.5 | 0.5 |
| 03-15-05 | 08:40 | 12:57 | 04.0 | |
| 03-15-05 | 13:35 | 18:55 | 05.0 | 1.0 |
| 03-16-05 | 09:08 | 19:31 | 09.5 | 1.5 |
| 03-17-05 | 08:45 | 18:29 | 09.0 | 1.0 |
| 03-18-05 | 08:53 | 18:55 | 09.0 | 1.0 |
| 03-21-05 | 08:44 | 19:34 | 10.0 | 2.0 |
| 03-22-05 | 09:04 | 18:21 | 08.5 | 0.5 |
| 03-23-05 | 09:02 | 18:31 | 09.0 | |
| 03-24-05 | 08:40 | 16:42 | 07.0 | |
| 03-29-05 | 08:56 | 19:42 | 10.0 | 2.0 |
| 03-30-05 | 08:43 | | | |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| TOTALS FOR MARCH 2005 | | | | 14.5 |
| 04-07-06 | 08:30 | 18:15 | 09.0 | 1.0 |
| 04-10-06 | 08:36 | 17:52 | 08.0 | |
| 04-11-06 | 08:55 | 18:34 | 09.0 | 1.0 |
| 04-12-06 | 09:09 | 18:18 | 08.5 | 0.5 |
| 04-13-06 | 09:00 | 18:01 | 08.5 | 0.5 |
| 04-18-06 | 08:17 | 17:50 | 08.5 | 0.5 |
| 04-19-06 | 08:39 | 17:43 | 08.0 | |
| 04-20-06 | 08:04 | 16:50 | 08.0 | |
| 04-21-06 | 08:39 | 17:26 | 08.0 | |
| 04-24-06 | 08:47 | 17:53 | 08.0 | |
| 04-25-06 | 08:56 | 17:41 | 08.0 | |
| 04-26-06 | 09:06 | 17:47 | 08.0 | |
| 04-27-06 | 08:38 | 18:01 | 08.5 | 0.5 |
| 04-28-06 | 08:50 | 14:06 | 05.0 | |
| 04-28-06 | 14:33 | 18:25 | 03.5 | 0.5 |
| TOTALS FOR APRIL 2006 | | | | 4.5 |
| 05-01-06 | 08:02 | 16:40 | 08.0 | |
| 05-02-06 | 08:41 | 17:57 | 08.0 | |
| 05-03-06 | 08:47 | 18:37 | 09.0 | 1.0 |
| 05-04-06 | 09:04 | 17:49 | 08.0 | |
| 05-05-06 | 09:03 | 18:33 | 09.0 | |
| 05-08-06 | 09:19 | 16:46 | 07.0 | |
| 05-09-06 | 09:01 | 17:27 | 08.0 | |
| 05-10-06 | 08:06 | 17:01 | 08.0 | |
| 05-11-06 | 08:40 | 18:22 | 08.5 | 0.5 |
| 05-12-06 | 09:00 | 19:19 | 09.5 | 1.5 |
| 05-17-06 | 08:51 | 13:57 | 05.0 | |
| 05-17-06 | 14:00 | 18:57 | 05.0 | 2.0 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 05-17-06 | 19:03 | 19:08 | | |
| 05-18-06 | 09:00 | 19:03 | 09.5 | 1.5 |
| 05-19-06 | 08:47 | 19:14 | 09.5 | 1.5 |
| 05-22-06 | 09:03 | 18:50 | 09.0 | 1.0 |
| 05-23-06 | 08:47 | 18:12 | 08.5 | 0.5 |
| 05-24-06 | 09:17 | 18:04 | 08.0 | |
| 05-25-06 | 09:07 | 18:56 | 08.5 | 0.5 |
| 05-26-06 | 09:03 | 17:14 | 08.0 | |
| 05-31-06 | 08:36 | 18:02 | 09.0 | 0.5 |
| TOTALS FOR MAY 2006 | | | | 11.5 |
| 06-01-06 | 08:53 | 17:52 | 08.0 | |
| 06-02-06 | 08:18 | 17:48 | 08.5 | 0.5 |
| 06-05-06 | 08:51 | 17:47 | 08.0 | |
| 06-06-06 | 08:42 | 17:53 | 08.0 | |
| 06-07-06 | 08:37 | 18:55 | 09.0 | 1.0 |
| 06-08-06 | 09:03 | 18:58 | 09.0 | 1.0 |
| 06-09-06 | 08:47 | 18:43 | 09.0 | 1.0 |
| 06-12-06 | 09:05 | 17:43 | 09.0 | 1.0 |
| 06-12-06 | 17:43 | 18:38 | | |
| 06-13-06 | 08:34 | 18:04 | 09.0 | 1.0 |
| 06-14-06 | 12:34 | 17:40 | 05.0 | |
| 06-15-06 | 11:02 | 18:55 | 07.0 | |
| 06-16-06 | 08:32 | 14:24 | 05.5 | |
| 06-19-06 | 09:05 | 13:55 | 05.0 | 1.0 |
| 06-19-06 | 14:26 | 18:41 | 04.0 | |
| 06-20-06 | 08:45 | 19:00 | 09.5 | 1.5 |
| 06-22-06 | 09:07 | 18:59 | 09.0 | 1.0 |
| 06-23-06 | 08:55 | 18:25 | 08.5 | 0.5 |
| 06-26-06 | 08:38 | 12:48 | 04.0 | |

| Date | In | Out | hours worked | overtime |
|------|------|------|------|------|
| 06-27-06 | 09:08 | 18:56 | 09.0 | 1.0 |
| 06-28-06 | 07:04 | 11:18 | 04.0 | |
| 06-28-06 | 12:51 | 18:03 | 05.0 | 1.0 |
| 06-29-06 | 07:58 | 17:28 | 08.5 | 0.5 |
| 06-30-06 | 08:25 | 19:35 | 10.5 | 2.5 |
| TOTALS FOR JUNE 2006 | | | | 14.5 |
| 07-17-06 | 08:31 | 18:30 | 09.5 | 1.5 |
| 07-18-06 | 08:48 | 19:42 | 10.0 | 2.0 |
| 07-19-06 | 09:21 | 18:33 | 08.5 | 0.5 |
| 07-20-06 | 08:58 | 19:28 | 09.5 | 1.5 |
| 07-21-06 | 09:14 | 19:57 | 09.5 | 1.5 |
| 07-24-06 | 09:17 | 18:58 | 08.5 | |
| 07-25-06 | 09:09 | 20:31 | 10.5 | 2.5 |
| 07-26-06 | 09:16 | 19:21 | 09.0 | 1.0 |
| 07-27-06 | 09:36 | 20:02 | 09.5 | 1.5 |
| 07-28-06 | 09:20 | 10:15 | 00.5 | |
| 07-28-06 | 11:04 | 18:01 | 07.0 | |
| 07-31-06 | 08:40 | 14:49 | 05.5 | |
| TOTALS FOR JULY 2006 | | | | 12.0 |
| 08-01-06 | 08:36 | 19:02 | 09.5 | 1.5 |
| 08-02-06 | 08:41 | 19:01 | 09.5 | 1.5 |
| 08-04-06 | 09:04 | 18:53 | 09.0 | 1.0 |
| 08-07-06 | 09:08 | 19:25 | 09.0 | 1.0 |
| 08-08-06 | 08:42 | 18:53 | 09.0 | 1.0 |
| 08-09-06 | 09:02 | 19:02 | 09.5 | 1.5 |
| 08-10-06 | 09:06 | 19:34 | 09.5 | 1.5 |
| 08-17-06 | 08:30 | 19:39 | 10.5 | 2.5 |
| 08-18-06 | 08:39 | 08:53 | | |
| 08-18-06 | 08:55 | 19:03 | 09.5 | 1.5 |

| Date | In | Out | hours worked | overtime |
|------|------|------|------|------|
| 08-19-06 | 10:38 | 14:51 | 04.0 | |
| 08-22-06 | 07:38 | 17:11 | 08.5 | 0.5 |
| 08-23-06 | 08:13 | 18:22 | 09.0 | 1.0 |
| 08-24-06 | 08:31 | 17:41 | 08.5 | 0.5 |
| 08-25-06 | 08:45 | 17:58 | 08.5 | |
| 08-28-06 | 07:25 | 12:15 | 03.5 | |
| 08-29-06 | 07:37 | 16:47 | 08.0 | |
| 08-30-06 | 08:09 | 18:07 | 09.0 | 1.0 |
| 08-31-06 | 08:32 | 17:34 | 08.0 | |
| TOTALS FOR AUGUST 2006 | | | | 16.0 |
| 09-01-06 | 08:33 | 20:08 | 11.0 | 3.0 |
| 09-05-06 | 07:43 | 17:35 | 09.0 | 1.0 |
| 09-06-06 | 08:19 | 13:56 | 05.0 | |
| 09-07-06 | 09:01 | 17:35 | 08.0 | |
| 09-08-06 | 08:44 | 20:18 | 10.5 | 2.5 |
| 09-11-06 | 08:38 | 17:56 | 08.0 | |
| 09-12-06 | 09:03 | 17:47 | 08.0 | |
| 09-13-06 | 09:07 | 18:26 | 08.5 | 0.5 |
| 09-14-06 | 08:27 | 14:47 | | |
| 09-14-06 | 14:51 | 17:38 | 08.5 | 0.5 |
| 09-18-06 | 09:01 | 17:57 | 08.0 | |
| 09-19-06 | 09:03 | 17:50 | 08.0 | |
| 09-20-06 | 09:06 | 18:35 | 09.0 | 1.0 |
| 09-21-06 | 08:42 | 17:53 | 08.0 | |
| 09-22-06 | 09:15 | 10:46 | 08.0 | |
| 09-22-06 | 10:49 | 19:29 | 08.0 | |
| 09-25-06 | 08:35 | 17:43 | 08.0 | |
| 09-26-06 | 08:33 | 13:02 | 04.5 | |
| 09-27-06 | 07:33 | 18:03 | 10.0 | 2.0 |

| Date | In | Out | hours worked | overtime |
|---|---|---|---|---|
| 09-28-06 | 08:53 | 19:39 | 10.0 | 2.0 |
| 09-29-06 | 09:23 | 19:02 | 09.0 | 1.0 |
| TOTALS FOR SEPTEMBER 2006 | | | | 13.5 |
| 10-02-06 | 08:56 | 17:47 | 08.0 | |
| 10-03-06 | 08:38 | 14:37 | 05.5 | |
| 10-04-06 | 09:14 | 18:03 | 08.0 | |
| 10-05-06 | 09:07 | 19:00 | 09.5 | 1.5 |
| 10-06-06 | 08:17 | 12:29 | 04.0 | |
| 10-09-06 | 09:11 | 19:55 | 10.0 | 2.0 |
| 10-10-06 | 09:09 | 18:07 | 08.0 | |
| 10-11-06 | 09:09 | 20:05 | 10.0 | 2.0 |
| 10-12-06 | 09:08 | 19:59 | 10.0 | 2.0 |
| 10-13-06 | 08:51 | 19:01 | 09.5 | 1.5 |
| 10-16-06 | 09:11 | 18:01 | 08.0 | |
| 10-17-06 | 07:38 | 07:45 | 07.0 | |
| 10-17-06 | 07:48 | 15:10 | | |
| 10-17-06 | 15:10 | 15:16 | | |
| 10-18-06 | 09:02 | 20:42 | 11.0 | 2.0 |
| 10-18-06 | 20:48 | 20:53 | | |
| 10-19-06 | 08:47 | 17:35 | 08.0 | |
| 10-20-06 | 08:44 | 20:55 | 11.0 | 3.0 |
| 10-23-06 | 09:07 | 20:18 | 10.5 | 2.5 |
| 10-23-06 | 20:45 | 20:52 | | |
| 10-24-06 | 09:10 | 20:35 | 10.5 | 2.5 |
| 10-25-06 | 09:29 | 21:01 | 11.0 | 3.0 |
| 10-26-06 | 09:17 | 19:01 | 09.0 | 1.0 |
| 10-27-06 | 08:44 | 20:26 | 10.5 | 2.5 |
| 10-30-06 | 08:40 | 17:27 | 08.0 | |
| 10-31-06 | 09:00 | 20:24 | 10.5 | 2.5 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| TOTALS FOR OCTOBER 2006 | | | | 28.0 |
| 11-01-06 | 09:04 | 21:14 | 11.5 | 3.5 |
| 11-02-06 | 09:06 | 20:08 | 10.5 | 2.5 |
| 11-03-06 | 09:08 | 20:49 | 10.5 | 2.5 |
| 11-06-06 | 08:39 | 20:40 | 10.5 | 2.5 |
| 11-08-06 | 09:18 | 20:46 | 10.5 | 2.5 |
| 11-09-06 | 09:12 | 13:52 | 04.5 | |
| 11-10-06 | 08:57 | 21:38 | 11.5 | 3.5 |
| 11-14-06 | 09:31 | 16:35 | 07.0 | |
| 11-14-06 | 17:35 | 20:15 | 02.5 | 1.5 |
| 11-15-06 | 08:50 | 13:51 | 04.5 | |
| 11-15-06 | 15:00 | 20:39 | 05.5 | 2.0 |
| 11-16-06 | 09:15 | 22:31 | 12.5 | 4.5 |
| 11-28-06 | 08:36 | 17:50 | 08.0 | |
| 11-29-06 | 08:21 | 18:31 | 09.5 | 1.5 |
| 11-30-06 | 08:50 | 19:57 | 10.0 | 2.0 |
| TOTALS FOR NOVEMBER 2006 | | | | 28.5 |
| 12-04-06 | 08:55 | 19:53 | 10.0 | 2.0 |
| 12-05-06 | 09:22 | 19:58 | 10.5 | 2.5 |
| 12-06-06 | 08:47 | 20:35 | 11.0 | 3.0 |
| 12-07-06 | 09:08 | 21:18 | 11.0 | 3.0 |
| 12-11-06 | 09:07 | 20:49 | 10.5 | 2.5 |
| 12-12-06 | 07:38 | 21:31 | 14.0 | 6.0 |
| 12-14-06 | 15:48 | 18:23 | 02.0 | |
| TOTALS FOR DECEMBER 2006 | | | | 19.0 |
| 01-02-07 | 08:38 | 17:57 | 08.0 | |
| 01-03-07 | 09:12 | 19:32 | 09.5 | 1.5 |
| 01-04-07 | 08:48 | 19:25 | 10.0 | 2.0 |
| 01-05-07 | 09:07 | 19:19 | 09.0 | 1.0 |

| Date | In | Out | hours worked | overtime |
|------|-----|------|-------------|----------|
| 01-29-07 | 09:09 | 17:41 | 08.0 | |
| 01-30-07 | 09:17 | 18:23 | 08.0 | |
| 01-31-07 | 09:37 | 16:39 | 06.5 | |
| 01-31-07 | 17:35 | 18:57 | 01.5 | |
| TOTALS FOR JANUARY 2007 | | | | 4.5 |
| 02-01-07 | 10:32 | 18:59 | 08.0 | |
| 02-02-07 | 09:11 | 19:04 | 09.0 | 1.0 |
| 02-05-07 | 09:28 | 19:00 | 09.0 | 1.0 |
| 02-26-07 | 09:15 | 19:10 | 09.0 | 1.0 |
| 02-27-07 | 08:56 | 16:59 | 08.0 | |
| 02-28-07 | 09:15 | 20:03 | 10.0 | 2.0 |
| TOTALS FOR FEBRUARY 2007 | | | | 5.0 |
| 03-01-07 | 09:30 | 19:47 | 09.5 | 1.5 |
| 03-02-07 | 09:19 | 17:33 | 08.0 | |
| 03-05-07 | 09:30 | 17:58 | 08.0 | |
| 03-06-07 | 09:04 | 19:06 | 09.5 | 1.5 |
| 03-07-07 | 09:39 | 20:15 | 09.5 | 1.5 |
| 03-08-07 | 07:39 | 20:23 | 12.0 | 4.0 |
| 03-09-07 | 08:43 | 20:06 | 10.5 | 2.5 |
| 03-12-07 | 09:17 | 18:18 | 08.0 | |
| 03-13-07 | 09:06 | 18:29 | 09.0 | 1.0 |
| 03-14-07 | 09:16 | 18:39 | 08.5 | 0.5 |
| 03-15-07 | 09:01 | 19:05 | 09.5 | 1.5 |
| 03-19-07 | 09:38 | 18:55 | 08.0 | |
| 03-20-07 | 09:30 | 19:04 | 09.0 | 1.0 |
| 03-21-07 | 09:39 | 19:33 | 09.0 | 1.0 |
| 03-22-07 | 09:36 | 18:11 | 08.0 | |
| 03-23-07 | 09:08 | 18:40 | 08.5 | |
| 03-26-07 | 08:19 | 17:10 | 08.0 | |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 03-27-07 | 08:33 | 13:03 | 04.5 | |
| 03-27-07 | 14:13 | 17:11 | 03.0 | |
| 03-27-07 | 17:45 | 17:54 | | |
| 03-28-07 | 08:44 | 13:21 | 04.0 | |
| 03-28-07 | 14:06 | 17:56 | 03.5 | |
| 03-29-07 | 08:29 | 18:44 | 09.5 | 1.5 |
| 03-30-07 | 09:11 | 18:53 | 08.5 | |
| TOTALS FOR MARCH 2007 | | | | 17.5 |
| 04-02-07 | 08:56 | 19:10 | 09.5 | 1.5 |
| 04-03-07 | 09:07 | 18:55 | 08.5 | 0.5 |
| 04-04-07 | 08:59 | 19:42 | 10.0 | 2.0 |
| 04-05-07 | 09:12 | 14:36 | 05.0 | |
| 04-10-07 | 08:52 | 19:22 | 09.5 | 1.5 |
| 04-11-07 | 08:32 | 19:19 | 10.0 | 2.0 |
| 04-12-07 | 08:57 | 19:23 | 09.5 | 1.5 |
| 04-13-07 | 09:17 | 18:02 | 08.0 | |
| 04-16-07 | 09:17 | 18:47 | 08.5 | 0.5 |
| 04-17-07 | 08:59 | 17:07 | 08.0 | |
| 04-18-07 | 09:08 | 17:31 | 08.0 | |
| 04-20-07 | 09:09 | 19:23 | 09.0 | 1.0 |
| 04-23-07 | 08:21 | 17:21 | 08.0 | |
| 04-24-07 | 08:44 | 18:52 | 09.0 | 1.0 |
| 04-25-07 | 09:31 | 18:48 | 08.5 | 0.5 |
| 04-26-07 | 09:11 | 13:59 | | |
| 04-26-07 | 14:00 | 19:04 | 09.0 | 1.0 |
| 04-27-07 | 09:17 | 19:19 | 09.0 | 1.0 |
| 04-30-07 | 09:14 | 19:03 | 09.0 | 1.0 |
| 04-30-07 | 19:04 | 19:07 | | |
| TOTALS FOR APRIL 2007 | | | | 15.0 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 05-01-07 | 09:16 | 14:28 | 06.0 | |
| 05-02-07 | 09:05 | 20:19 | 10.5 | |
| 05-03-07 | 09:13 | 15:49 | 06.0 | |
| 05-03-07 | 15:53 | 17:17 | 01.0 | |
| 05-04-07 | 09:14 | 17:28 | 08.0 | |
| 05-07-07 | 09:08 | 19:09 | 09.5 | |
| 05-08-07 | 09:22 | 17:48 | 08.0 | |
| 05-09-07 | 08:58 | 19:23 | 09.5 | 1.5 |
| 05-10-07 | 09:11 | 19:51 | 09.5 | 1.5 |
| 05-11-07 | 09:00 | 19:49 | 10.0 | 2.0 |
| 05-14-07 | 08:56 | 14:11 | 05.0 | |
| 05-16-07 | 09:16 | 18:23 | 08.0 | |
| 05-17-07 | 08:57 | 07:02 | 09.5 | 1.5 |
| 05-18-07 | 09:02 | 19:45 | 10.0 | 2.0 |
| 05-21-07 | 09:21 | 19:32 | 09.5 | |
| 05-22-07 | 09:07 | 19:02 | 09.5 | |
| 05-23-07 | 09:17 | 09:43 | 09.5 | 1.5 |
| 05-23-07 | 09:48 | 19:55 | | |
| 05-24-07 | 09:21 | 16:54 | 06.0 | |
| 05-24-07 | 17:22 | 20:00 | 02.5 | 0.5 |
| 05-25-07 | 09:14 | 16:58 | 07.0 | |
| 05-25-07 | 17:17 | 17:33 | | |
| 05-29-07 | 09:02 | 11:33 | 02.5 | |
| 05-29-07 | 12:17 | 18:04 | 05.5 | |
| 05-30-07 | 08:36 | 18:14 | 08.0 | |
| 05-31-07 | 08:51 | 18:58 | 09.5 | 0.5 |
| TOTALS FOR MAY 2007 | | | | 11.0 |
| 06-01-07 | 09:07 | 11:46 | 02.5 | |
| 06-01-07 | 12:47 | 14:14 | 01.0 | |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 06-01-07 | 14:24 | 17:38 | 03.0 | |
| 06-04-07 | 08:26 | 14:23 | 06.0 | |
| 06-04-07 | 15:43 | 18:48 | 02.0 | |
| 06-05-07 | 08:34 | 19:43 | 10.5 | 2.5 |
| 06-07-07 | 08:40 | 19:43 | 10.5 | 2.5 |
| 06-08-07 | 09:09 | 19:33 | 09.5 | 1.5 |
| 06-11-07 | 09:00 | 20:06 | 10.5 | 2.5 |
| 06-12-07 | 08:50 | 19:03 | 09.5 | 1.5 |
| 06-13-07 | 09:22 | 19:03 | 09.0 | 1.0 |
| 06-14-07 | 09:11 | 16:56 | 07.0 | |
| 06-14-07 | 17:12 | 19:26 | 02.0 | |
| 06-15-07 | 09:15 | 11:59 | 02.5 | |
| 06-15-07 | 12:57 | 17:28 | 04.5 | |
| TOTALS FOR JUNE 2007 | | | | 11.5 |
| 08-08-07 | 08:54 | 14:42 | 05.5 | |
| 08-08-07 | 16:42 | 19:51 | 03.0 | 0.5 |
| 08-09-07 | 09:35 | 13:23 | 03.5 | |
| 08-09-07 | 13:27 | 19:57 | 07.0 | 2.5 |
| 08-10-07 | 09:12 | 20:13 | 10.0 | 2.0 |
| 08-13-07 | 08:49 | 19:56 | 10.0 | |
| 08-15-07 | 08:35 | 14:35 | 06.0 | |
| 08-16-07 | 08:57 | 20:11 | 10.5 | 2.5 |
| 08-17-07 | 09:07 | 14:21 | 10.0 | 2.0 |
| 08-17-07 | 14:24 | 20:23 | | |
| 08-21-07 | 09:21 | 18:35 | 08.5 | 0.5 |
| 08-22-07 | 08:33 | 17:50 | 08.5 | 0.5 |
| 08-23-07 | 09:13 | 20:17 | 10.0 | 2.0 |
| 08-24-07 | 09:10 | 20:02 | 10.0 | 2.0 |
| 08-27-07 | 09:17 | 20:31 | 10.5 | 2.5 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|------|------|
| 08-30-07 | 09:16 | 20:07 | 10.0 | 2.0 |
| 08-31-07 | 09:12 | 21:07 | 11.0 | 3.0 |
| TOTALS FOR AUGUST 2007 | | | | 22.0 |
| 09-06-07 | 09:20 | 20:47 | 10.5 | 2.5 |
| 09-07-07 | 09:18 | 20:14 | 10.0 | 2.0 |
| 09-10-07 | 09:25 | 19:31 | 09.5 | 1.5 |
| 09-11-07 | 09:16 | 19:30 | 09.5 | 1.5 |
| 09-12-07 | 08:37 | 18:50 | 08.5 | 0.5 |
| 09-13-07 | 08:53 | 20:28 | 10.5 | 2.5 |
| 09-14-07 | 09:17 | 13:34 | 04.0 | |
| 09-17-07 | 08:44 | 20:28 | 10.5 | 2.5 |
| 09-18-07 | 09:30 | 20:22 | 10.5 | 2.5 |
| 09-19-07 | 08:59 | 20:02 | 10.5 | 2.5 |
| 09-20-07 | 08:37 | 11:54 | 02.5 | |
| 09-20-07 | 12:42 | 20:32 | 07.5 | |
| 09-21-07 | 09:31 | 19:02 | 09.5 | 1.5 |
| 09-24-07 | 09:03 | 19:03 | 09.5 | 1.5 |
| 09-25-07 | 09:28 | 15:23 | 06.0 | |
| 09-26-07 | 10:07 | 19:25 | 08.0 | |
| TOTALS FOR SEPTEMBER 2007 | | | | 21.0 |
| 10-01-07 | 09:22 | 17:56 | 08.0 | |
| 10-02-07 | 09:23 | 11:13 | | |
| 10-02-07 | 11:21 | 18:13 | 08.0 | |
| 10-03-07 | 09:04 | 20:40 | 10.5 | 2.5 |
| 10-08-07 | 09:18 | 19:23 | 09.0 | |
| 10-09-07 | 08:55 | 20:26 | 09.5 | 1.5 |
| 10-10-07 | 09:21 | 20:31 | 10.5 | 2.5 |
| 10-11-07 | 09:40 | 20:19 | 09.5 | 1.5 |
| 10-12-07 | 09:15 | 19:49 | 09.5 | 1.5 |

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|
| 10-15-07 | 09:13 | 16:43 | 07.0 | |
| 10-16-07 | 09:27 | 20:15 | 10.0 | 2.0 |
| 10-18-07 | 09:14 | 18:17 | 08.0 | |
| 10-19-07 | 08:40 | 17:03 | 08.0 | |
| 10-22-07 | 09:10 | 18:59 | 08.5 | |
| 10-23-07 | 09:24 | 14:21 | 06.0 | |
| 10-24-07 | 09:21 | 19:48 | 09.5 | |
| 10-25-07 | 09:18 | 20:27 | 10.0 | 2.0 |
| 10-26-07 | 09:25 | 18:30 | 08.5 | 0.5 |
| 10-29-07 | 09:34 | 20:26 | 10.0 | 2.0 |
| 10-30-07 | 09:20 | 19:49 | 09.5 | 1.5 |
| 10-31-07 | 09:20 | 14:03 | 04.5 | |
| TOTALS FOR OCTOBER 2007 | | | | 17.5 |
| 11-01-07 | 09:13 | 20:53 | 10.5 | 2.5 |
| 11-02-07 | 09:11 | 20:10 | 10.0 | 2.0 |
| 11-05-07 | 09:21 | 20:11 | 10.0 | 2.0 |
| 11-06-07 | 08:44 | 20:04 | 10.5 | 2.5 |
| 11-07-07 | 09:19 | 20:25 | 10.0 | 2.0 |
| 11-08-07 | 09:07 | 19:25 | 09.5 | 1.5 |
| 11-09-07 | 09:36 | 21:09 | 11.0 | 3.0 |
| 11-12-07 | 09:12 | 20:35 | 10.0 | 2.0 |
| 11-13-07 | 09:31 | 13:11 | 03.5 | |
| 11-13-07 | 13:39 | 21:02 | 06.0 | 1.5 |
| 11-14-07 | 09:35 | 16:49 | 07.0 | |
| 11-15-07 | 09:23 | 19:08 | 09.0 | |
| 11-19-07 | 09:09 | 14:23 | 05.0 | |
| 11-20-07 | 08:52 | 20:57 | 10.5 | 2.5 |
| 11-26-07 | 09:32 | 18:23 | 08.0 | |
| 11-27-07 | 09:24 | 18:50 | 08.5 | 0.5 |

| Date | In | Out | hours worked | overtime |
|------|------|------|------|------|
| 11-28-07 | 09:18 | 17:00 | 09.5 | |
| 11-28-07 | 17:17 | 19:41 | 09.5 | |
| 11-29-07 | 09:22 | 20:50 | 10.5 | 2.5 |
| 11-30-07 | 09:13 | 21:03 | 11.0 | 3.0 |
| TOTALS FOR NOVEMBER 2007 | | | | 27.5 |
| 12-03-07 | 09:38 | 17:07 | 07.0 | |
| 12-03-07 | 17:30 | 21:10 | 03.5 | 2.5 |
| 12-04-07 | 09:29 | 19:25 | 09.0 | 1.0 |
| 12-05-07 | 08:59 | 17:09 | 07.5 | |
| 12-05-07 | 17:28 | 19:02 | 01.5 | 1.0 |
| 12-06-07 | 09:24 | 19:53 | 09.5 | 1.5 |
| 12-07-07 | 09:31 | 16:51 | 06.0 | |
| 12-07-07 | 17:18 | 20:28 | 03.0 | 1.0 |
| 12-10-07 | 09:19 | 22:53 | 12.5 | 4.5 |
| TOTALS FOR DECEMBER 2007 | | | | 11.5 |
| 01-02-08 | 08:37 | 19:00 | 09.5 | 1.5 |
| 01-04-08 | 08:48 | 16:48 | 08.0 | |
| 01-07-08 | 13:18 | 19:50 | 07.5 | |
| 01-08-08 | 09:09 | 12:03 | 03.0 | |
| 01-09-08 | 09:14 | 18:38 | 08.5 | 0.5 |
| 01-10-08 | 08:54 | 18:41 | 09.0 | 1.0 |
| 01-11-08 | 08:59 | 19:54 | 10.0 | 2.0 |
| 01-14-08 | 08:35 | 18:19 | 09.0 | 1.0 |
| 01-15-08 | 08:56 | 14:13 | 05.0 | |
| TOTALS FOR  JANUARY 2008 | | | | 6.0 |
| GRAND TOTAL OF OVERTIME = | | | | 562.5 |

562.5 x $30.35  =  $17,073.53

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|

| Date | In | Out | hours worked | overtime |
|------|----|----|--------------|----------|

| Date | In | Out | hours worked | overtime |
|------|----|----|--------------|----------|

| Date | In | Out | hours worked | overtime |
|------|----|----|--------------|----------|

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|

| Date | In | Out | hours worked | overtime |
|------|----|-----|--------------|----------|

| Date | In | Out | hours worked | overtime |
|------|-----|-----|--------------|----------|