**EXHIBIT A**

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative Expense Claim Form |
|---|---|
| **Debtor against which claim is asserted:**<br>Delphi Automotive Systems LLC  05-44640 | **Case Name and Number**<br>In re Delphi Corporation., *et al.*  05-44481<br>Chapter 11, Jointly Administered |

COPY

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

Canon U.S.A., Inc.

**Name and Address Where Notices Should be Sent**

Canon U.S.A., Inc.                    Herrick, Feinstein LLP
1 Canon Plaza                          Two Park Avenue
Lake Success, NY 11042                 New York, NY 10016
Attn: Ruth Weinstein                   Attn: Paul Rubin
Tel: 516 328-5121                      212 592-1400 / Fax 212 592-1500
Fax: 516 328-5129

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:**
Canon U.S.A.

Check here if this claim  ☐ replaces
                          ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
      (date)        (date)

**2. DATE DEBT WAS INCURRED**  Various; See Attached Rider

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ 16,874.96
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information): See Attached Rider

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 15 2009
KURTZMAN CARSON CONSULTANTS

Date 7/08/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*[signature]*   SEYMOUR LIEBMAN
                EXECUTIVE VICE PRESIDENT

HF 5175538 v1  05542/0009

## INSTRUCTIONS FOR FILING ADMINISTRATIVE EXPENSE CLAIM FORM

*The instructions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to the general rules.*

| "DEFINITIONS" | | |
|---|---|---|
| **DEBTORS** <br> The person, corporation, or other entity that has filed a bankruptcy case is called the debtor. <br><br> **CREDITOR** <br> A creditor is any person, corporation, or other entity to whom the debtor owes a debt. | **ADMINISTRATIVE EXPENSE CLAIM** <br> Any right to payment constituting a cost or expense of administration of any of the Chapter 11 Cases arising under 11 U.S.C. § 503(b) of the Bankruptcy Code for the period from the commencement of these cases through June 1, 2009, provided however, that you do **not** need to file an Administrative Expense Claim Form for (i) any claim for postpetition goods and services delivered to the Debtors prior to June 1, 2009 that are not yet due and payable pursuant to the applicable contract terms, (ii) employee claims arising prior to June 1, 2009 for wages, salary, and other benefits arising in the ordinary course of business that are not yet due and payable; (iii) any claim for which the party has already properly filed an Administrative Expense Claim Form (as defined in the Modification Procedures Order) (Docket No. 17032) or a proof of claim form with the Court which has not been expunged by order of the Court and provided that such proof of claim clearly and unequivocally sets forth that such claim is made for an administrative expense priority; (iv) any claim for fees and/or reimbursement of expenses by a professional employed in these chapter 11 cases accruing through January 25, 2008, and which are subject to this Court's Interim Compensation Orders (as defined in Modification Procedures Order); or (v) any claim asserted by any Debtor or any direct or indirect subsidiary of any of the Debtors in which the Debtors in the aggregate directly or indirectly own, control or hold with power to vote, 50% or more of the outstanding voting securities of such subsidiary. | **ADMINISTRATIVE BAR DATE** <br> Pursuant to section 10.2 of the Modified Plan and paragraphs 38-39 of the Modification Procedures Order, all requests for payment of an Administrative Claim that has arisen between October 8, 2005 and June 1, 2009 must be filed no later than **July 15, 2009**. |

### Items to be completed in Administrative Expense Claim Form (if not already filled in):

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the Debtors owe money or property, and the Debtors' account number(s), if any. If anyone else has already filed an Administrative Expense Claim Form relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this Administrative Expense Claim Form replaces or changes an Administrative Expense Claim Form that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the Administrative Expense Claim Form is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the Debtors, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the Debtors first owed the debt.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Administrative Claim:**
Fill in the total amount of the entire Claim. If interest or other charges in addition to the principal amount of the Claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Brief Description of Claim:**
Describe the Administrative Expense Claim including, but not limited to, the actual and necessary costs and expenses of operating one or more of the Debtors' Estates or any actual and necessary costs and expenses of operating one or more of the Debtors' businesses.

**6. Credits and Setoffs:**
By signing this Administrative Expense Claim Form, you are stating under oath that in calculating the amount of your Claim you have given the Debtors credit for all payments received from the Debtors.

**7. Supporting Documents:**
You must attach to this Administrative Expense Claim Form copies of documents that show the Debtors owe the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available you must attach an explanation of why they are not available.

**8. Date-Stamped Copy:**
To receive an acknowledgement of the filing of your Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Expense Claim Form.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 357

HF 5175538 v1 05542/0009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
: 
In re:                                  : Chapter 11
:
DELPHI CORPORATION, et al.,             : Case No.: 05-44481 (RDD)
:
:
           Debtor.                      :
---------------------------------------X

### RIDER TO ADMINISTRATIVE EXPENSE CLAIM

1.  Canon U.S.A., Inc. ("Canon" or the "Claimant"), as creditor in the above captioned chapter 11 proceedings, hereby asserts this administrative expense claim (the "Administrative Expense Claim") against debtor Delphi Automotive Systems LLC ("Delphi Automotive" or the "Debtor").

2.  **THIS ADMINISTRATIVE EXPENSE CLAIM IS IN ADDITION TO, AND DOES NOT AMEND OR SUPERSEDE ANY OTHER CLAIMS HERETOFORE OR OTHERWISE FILED BY OR ON BEHALF OF THE CLAIMANT OR WHICH WERE OR WHICH MAY BE SCHEDULED BY THE DEBTOR ON THE SCHEDULES OF ASSETS AND LIABILITIES FILED BY OR ON BEHALF OF THE DEBTOR.**

3.  This Administrative Expense Claim is filed in the amount of $16,874.96.

4.  Pursuant to the Notice of Bar Date for filing Proofs of Administrative Expense dated June 16, 2009, the Court set July 15, 2009 as the last date to file an administrative expense claim against the Debtor (the "Administrative Bar Date Notice") for post petition claims against the Debtor which arose subsequent to October 8, 2005 (the "Petition Date") and prior to June 1, 2009.

HF 5173783v.1 #05542/0009

5.   This Administrative Expense Claim reflects the amount owed by the Debtor to Claimant as a result of unpaid invoices for goods purchased and services rendered by the Claimant on behalf of the Debtor subsequent to the Petition Date and prior to June 1, 2009.

6.   Specifically, the Claimant possesses an Administrative Expense for unpaid charges in the amount of $16,874.96 which were incurred subsequent to the Petition Date and prior to June 1, 2009.

7.   A spreadsheet of the charges asserted by Canon is set forth on Schedule "1" annexed hereto.

8.   The documents, agreements, instruments, and other writings upon which this Administrative Expense Claim is based (collectively the "Documents") are voluminous and will be produced upon request.

9.   This Administrative Expense Claim is filed under compulsion of the Administrative Bar Date Notice, and is filed to protect the Claimant from forfeiture of any administrative expense claim.

10.  Further, the Claimant reserves the right to amend and/or supplement this Administrative Expense Claim in any manner and/or to file additional or other proofs of claims for additional or other claims it may have against the Debtor including, but not limited to, an additional request of an administrative expense(s) pursuant to 11 U.S.C. §§ 503 and 507(a)(2) for any additional fees which have accrued since the Petition Date as well as for any damages which might accrue; and also interest, reasonable fees, costs and other expenses allowable under 11 U.S.C. §506(b).

2

11. The filing of this Administrative Expense Claim is not:

(a) a waiver or release of: (1) any right to claim specific assets; (2) any right of setoff, recoupment or counterclaim; (3) any right arising by operation of law or in equity; or (4) the Claimant's rights against any person, entity or property;

(b) a waiver or release of any right or claim of Claimant arising out of, or in respect of, any order entered in this case, or of any other claim, of any nature whatsoever, which the Claimant has against the Debtor, its estate or any other person or entity;

(c) a waiver of a right to move to withdraw the reference, or otherwise to challenge the jurisdiction of this Court, with respect to the subject matter of this Administrative Expense Claim, and any objections or other proceeding commenced in this case against or otherwise involving the Claimant;

(d) an election of any remedy to the exclusion, express or implied, or any other remedy;

(e) a ratification or consent to any obligations or liability based upon or arising out of the indebtedness of the Canon invoices or the transactions evidenced thereby, all of which rights are expressly reserved.

12. All notices in respect of the Claimant's claim are to be sent to:

    Canon U.S.A., Inc.
    1 Canon Plaza
    Lake Success, NY 11042
    Attn.: Ruth Weinstein
    Tel.: 516-328-5121
    Fax: 516-328-5129
    E-mail: rweinstein@cusa.canon.com

3

and with a copy to:

Herrick, Feinstein LLP
Attn.: Paul Rubin
2 Park Avenue
New York, NY 10016

13.  The request for copies of notices to be sent to counsel above shall not be deemed authorization to accept service of process on behalf of Claimant.

14.  Nothing herein is intended to be, nor shall be deemed to be, a waiver of the Claimant's rights and claims against any non-Debtor party.

4

## SCHEDULE "1"

HF 5173783v.1 #05542/0009

| AS OF 6/4/09 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sold-To | Invoice# | Tr | PO# | Inv.Date | Due Date | Invoice$ | Ref# |
| D56F | R2250754B | P | | 2/2/2006 | 2/2/2006 | -115.65 | |
| D56F | R2250762B | P | | 2/2/2006 | 2/2/2006 | -208.82 | |
| D56F | CK538391-P | P | | 2/15/2006 | 2/15/2006 | -136.69 | |
| D56F | R2250784-P | P | | 2/15/2006 | 2/15/2006 | -225.54 | |
| D56F | R2250767A | P | | 4/17/2006 | 4/17/2006 | -56.12 | |
| D56F | R2250773A | P | | 4/17/2006 | 4/17/2006 | -55.55 | |
| D56F | R2250774A | P | | 4/17/2006 | 4/17/2006 | -65.88 | |
| D56F | R2250779-P | P | | 5/3/2006 | 5/3/2006 | -29.94 | |
| D56F | R2250806-P | P | | 5/8/2006 | 5/8/2006 | -82.16 | |
| D56F | CK90055238 | P | | 5/9/2006 | 5/9/2006 | -264.67 | |
| D56F | R2250764-P | P | | 5/16/2006 | 5/16/2006 | -212.92 | |
| D56F | R2250783-P | P | | 5/16/2006 | 5/16/2006 | -105.04 | |
| D56F | D56G-53659 | P | | 5/19/2006 | 5/19/2006 | -260.67 | |
| D56F | V2266341OV | P | | 5/30/2006 | 5/30/2006 | -80.00 | |
| D56F | R2250783P | P | | 7/10/2006 | 7/10/2006 | -30.63 | |
| D56F | 5205616391 | P | | 8/11/2006 | 8/11/2006 | -20.00 | |
| D56F | D56G/50798 | P | | 8/21/2006 | 8/21/2006 | -166.23 | |
| D56F | D56G/50810 | P | | 8/21/2006 | 8/21/2006 | -54.19 | |
| D56F | S2307807A | P | | 8/30/2006 | 8/30/2006 | -248.37 | |
| D56F | R2507425OV | P | | 9/11/2006 | 9/11/2006 | -198.64 | |
| D56F | S2407991OV | P | | 10/10/2006 | 10/10/2006 | -150.00 | |
| D56F | R2563640OV | P | | 12/20/2006 | 12/20/2006 | -129.79 | |
| D56F | R3096720OV | P | | 3/10/2008 | 3/10/2008 | -11.82 | |
| D56F | R2892599DP | P | | 5/5/2008 | 5/5/2008 | -29.60 | |
| D56F | R2993787 | P | | 5/5/2008 | 5/5/2008 | -14.18 | |
| D56F | R3199586 | P | | 6/9/2008 | 6/9/2008 | -69.40 | |
| D56F | R3199586A | P | | 6/9/2008 | 6/9/2008 | -44.00 | |
| D56F | 900732350 | P | | 6/10/2008 | 6/10/2008 | -7.43 | |
| D56F | R3096705DP | P | | 6/11/2008 | 6/11/2008 | -356.51 | |
| D56F | R3124011DP | P | | 6/11/2008 | 6/11/2008 | -273.07 | |
| D56F | R3160735DP | P | | 6/11/2008 | 6/11/2008 | -297.15 | |
| D56F | R3226448-P | P | | 6/11/2008 | 6/11/2008 | -70.49 | |
| D56F | V3103642DP | P | | 6/11/2008 | 6/11/2008 | -96.37 | |
| D56F | V3206133DP | P | | 6/11/2008 | 6/11/2008 | -96.64 | |
| D56F | V3390879DP | P | | 6/11/2008 | 6/11/2008 | -90.64 | |
| D56F | BALPUR | P | | 6/13/2008 | 6/13/2008 | -26.00 | |
| D56F | R3096691DP | P | | 7/2/2008 | 7/2/2008 | -90.80 | |
| D56F | R3096692DP | P | | 7/2/2008 | 7/2/2008 | -97.91 | |
| D56F | R3123997DP | P | | 7/2/2008 | 7/2/2008 | -86.63 | |
| D56F | R3123998DP | P | | 7/2/2008 | 7/2/2008 | -114.54 | |
| D56F | R3124002DP | P | | 7/2/2008 | 7/2/2008 | -67.21 | |
| D56F | R3160721DP | P | | 7/2/2008 | 7/2/2008 | -90.68 | |
| D56F | R3160722DP | P | | 7/2/2008 | 7/2/2008 | -108.33 | |
| D56F | D56G/26449 | P | | 7/7/2008 | 7/7/2008 | -65.00 | |
| D56F | D56G/99696 | P | | 7/7/2008 | 7/7/2008 | -66.80 | |
| D56F | R3096690DP | P | | 7/14/2008 | 7/14/2008 | -183.79 | |
| D56F | R3123996DP | P | | 7/14/2008 | 7/14/2008 | -80.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F | R3160720DP | P | | 7/14/2008 | 7/14/2008 | -90.21 | |
| D56F | D56G290993 | P | | 9/3/2008 | 9/3/2008 | -70.63 | |
| D56F | D56G575402 | P | | 9/3/2008 | 9/3/2008 | -65.00 | |
| D56F | D56F15 | P | | 9/23/2008 | 9/23/2008 | -141.57 | |
| D56F | R3273784DP | P | | 9/26/2008 | 9/26/2008 | -22.40 | |
| D56F | R3262149DP | P | | 10/7/2008 | 10/7/2008 | -113.02 | |
| D56F | R2601177E | P | | 10/8/2008 | 10/8/2008 | -80.00 | |
| D56F | BALPUR | P | | 10/17/2008 | 10/17/2008 | -57.67 | |
| D56F | R3199576BL | P | | 10/31/2008 | 10/31/2008 | -22.41 | |
| D56F | S3199452 | D | | 11/12/2008 | 11/12/2008 | 30.09 | |
| D56F | BALPUR0204 | P | | 2/5/2009 | 2/5/2009 | -65.68 | |
| D56F | BKTR 04/02 | P | | 4/2/2009 | 4/2/2009 | -1469.93 | |
| D56F | CK761026OV | P | | 5/11/2009 | 5/11/2009 | -117.52 | |
| D56F Total | | | | | | $ (7,718.44) | |
| | | | | | | | |
| D56F02 | R2726574-P | P | DCS53030 | 4/6/2007 | 4/6/2007 | -21.00 | |
| D56F02 | R3123980OV | P | DCS53030 | 5/1/2008 | 5/1/2008 | -21.00 | |
| D56F02 | R3499540 | I | AES03205 | 1/20/2009 | 3/6/2009 | 28.63 | |
| D56F02 | R3499541 | I | AES29812 | 1/20/2009 | 3/6/2009 | 28.27 | |
| D56F02 | R3499542 | I | AES29812 | 1/20/2009 | 3/6/2009 | 30.87 | |
| D56F02 | R3499543 | I | AES29812 | 1/20/2009 | 3/6/2009 | 34.86 | |
| D56F02 | R3499544 | I | DCS39792 | 1/20/2009 | 3/6/2009 | 50.00 | |
| D56F02 | R3547046 | I | AES03205 | 2/20/2009 | 4/6/2009 | 28.53 | |
| D56F02 | R3547047 | I | AES29812 | 2/20/2009 | 4/6/2009 | 31.30 | |
| D56F02 | R3547048 | I | AES29812 | 2/20/2009 | 4/6/2009 | 32.22 | |
| D56F02 | R3547049 | I | DCS39792 | 2/20/2009 | 4/6/2009 | 50.00 | |
| D56F02 | R3617670 | I | AES03205 | 4/20/2009 | 6/19/2009 | 28.98 | |
| D56F02 | R3617671 | I | AES29812 | 4/20/2009 | 6/19/2009 | 36.84 | |
| D56F02 | R3617672 | I | AES29812 | 4/20/2009 | 6/19/2009 | 34.20 | |
| D56F02 | R3617673 | I | DCS39792 | 4/20/2009 | 6/19/2009 | 50.00 | |
| D56F02 | R3664336 | I | AES03205 | 5/20/2009 | 7/19/2009 | 30.65 | |
| D56F02 | R3664337 | I | AES29812 | 5/20/2009 | 7/19/2009 | 28.00 | |
| D56F02 | R3664338 | I | AES29812 | 5/20/2009 | 7/19/2009 | 37.65 | |
| D56F02 | R3664339 | I | DCS39792 | 5/20/2009 | 7/19/2009 | 50.00 | |
| D56F02 Total | | | | | | $ 569.00 | |
| | | | | | | | |
| D56F03 | R2542002 | C | PR281302 | 9/26/2006 | 11/10/2006 | -4.87 | |
| D56F03 | R3308011 | I | 450536358 | 8/7/2008 | 9/21/2008 | 139.87 | |
| D56F03 Total | | | | | | $ 135.00 | |
| | | | | | | | |
| D56F04 | R3007817 | C | 450192693 | 11/21/2007 | 1/5/2008 | -8.18 | |
| D56F04 | R3123985UN | D | 450445595 | 5/1/2008 | 5/1/2008 | 20.00 | |
| D56F04 | R3328279OV | P | 450191550 | 12/23/2008 | 12/23/2008 | -53.60 | |
| D56F04 | R3547050 | I | 450611840 | 2/20/2009 | 4/6/2009 | 70.00 | |
| D56F04 | R3547051 | I | 450611840 | 2/20/2009 | 4/6/2009 | 80.00 | |
| D56F04 | R3547052 | I | 450611836 | 2/20/2009 | 4/6/2009 | 105.99 | |
| D56F04 | R3547053 | I | 450449441 | 2/20/2009 | 4/6/2009 | 65.00 | |
| D56F04 | R3547054 | I | 450611843 | 2/20/2009 | 4/6/2009 | 80.00 | |
| D56F04 | R3587433 | I | 450611840 | 3/20/2009 | 5/19/2009 | 100.49 | |
| D56F04 | R3587434 | I | 450611836 | 3/20/2009 | 5/19/2009 | 94.72 | |
| D56F04 | R3587435 | I | 450449441 | 3/20/2009 | 5/19/2009 | 93.54 | |
| D56F04 | R3587436 | I | 450611843 | 3/20/2009 | 5/19/2009 | 160.09 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F04 | R3664340 | I | 450611840 | 5/20/2009 | 7/19/2009 | 87.82 | |
| D56F04 | R3664341 | I | 450611836 | 5/20/2009 | 7/19/2009 | 107.19 | |
| D56F04 | R3664342 | I | 450449441 | 5/20/2009 | 7/19/2009 | 72.13 | |
| D56F04 | R3664343 | I | 450611843 | 5/20/2009 | 7/19/2009 | 88.51 | |
| D56F04 Total | | | | | | $ 1,163.70 | |
| | | | | | | | |
| D56F05 | R2352499 | C | DCS96431 | 3/14/2006 | 4/28/2006 | -109.19 | |
| D56F05 | R2542009 | C | DCS69659 | 9/26/2006 | 11/10/2006 | -84.14 | |
| D56F05 | V2738219OV | P | DCS69658 | 1/29/2007 | 1/29/2007 | -65.00 | |
| D56F05 | R2906157 | C | DCS89548 | 8/20/2007 | 10/4/2007 | -11.30 | |
| D56F05 | R2968613 | C | DCS69654 | 10/3/2007 | 11/17/2007 | -16.87 | |
| D56F05 | R3010134 | C | DCS69658 | 11/27/2007 | 1/11/2008 | -11.15 | |
| D56F05 | R3199607 | I | DCS87868 | 4/23/2008 | 6/7/2008 | 29.00 | |
| D56F05 | V3446224 | I | DCS69663 | 4/25/2008 | 6/9/2008 | 66.87 | S3199451 |
| D56F05 | V3446225 | I | DCS69656 | 4/25/2008 | 6/9/2008 | 82.03 | S3199451 |
| D56F05 | V3446226 | I | DCS69659 | 4/25/2008 | 6/9/2008 | 22.48 | S3199451 |
| D56F05 | V3446227 | I | DCS69662 | 4/25/2008 | 6/9/2008 | 65.00 | S3199451 |
| D56F05 | V3446228 | I | DCS69654 | 4/25/2008 | 6/9/2008 | 68.95 | S3199451 |
| D56F05 | V3446229 | I | DCS69655 | 4/25/2008 | 6/9/2008 | 112.49 | S3199451 |
| D56F05 | V3446230 | I | DCS69658 | 4/25/2008 | 6/9/2008 | 53.24 | S3199451 |
| D56F05 | V3446231 | I | DCS69689 | 4/25/2008 | 6/9/2008 | 80.86 | S3199451 |
| D56F05 | V3446232 | I | DCS69667 | 4/25/2008 | 6/9/2008 | 54.27 | S3199451 |
| D56F05 | V3446233 | I | DCS69652 | 4/25/2008 | 6/9/2008 | 65.00 | S3199451 |
| D56F05 | V3446234 | I | DCS69687 | 4/25/2008 | 6/9/2008 | 259.55 | S3199451 |
| D56F05 | V3471985 | I | DCS69663 | 5/21/2008 | 7/5/2008 | 73.36 | S3226102 |
| D56F05 | V3471986 | I | DCS69656 | 5/21/2008 | 7/5/2008 | 87.36 | S3226102 |
| D56F05 | V3471987 | I | DCS69659 | 5/21/2008 | 7/5/2008 | 22.81 | S3226102 |
| D56F05 | V3471988 | I | DCS69662 | 5/21/2008 | 7/5/2008 | 307.37 | S3226102 |
| D56F05 | V3471989 | I | DCS69654 | 5/21/2008 | 7/5/2008 | 70.46 | S3226102 |
| D56F05 | V3471990 | I | DCS69655 | 5/21/2008 | 7/5/2008 | 100.65 | S3226102 |
| D56F05 | V3471991 | I | DCS69658 | 5/21/2008 | 7/5/2008 | 53.19 | S3226102 |
| D56F05 | V3471992 | I | DCS69689 | 5/21/2008 | 7/5/2008 | 86.60 | S3226102 |
| D56F05 | V3471993 | I | DCS69667 | 5/21/2008 | 7/5/2008 | 25.61 | S3226102 |
| D56F05 | V3471994 | I | DCS69652 | 5/21/2008 | 7/5/2008 | 72.90 | S3226102 |
| D56F05 | V3471995 | I | DCS69687 | 5/21/2008 | 7/5/2008 | 162.16 | S3226102 |
| D56F05 | R3262140 | I | 450447817 | 6/20/2008 | 8/4/2008 | 80.00 | |
| D56F05 | V3510688 | I | DCS69687 | 6/23/2008 | 8/7/2008 | 365.22 | S3261537 |
| D56F05 | V3510689 | I | DCS69663 | 6/23/2008 | 8/7/2008 | 77.26 | S3261537 |
| D56F05 | V3510690 | I | DCS69655 | 6/23/2008 | 8/7/2008 | 114.53 | S3261537 |
| D56F05 | V3510691 | I | DCS69654 | 6/23/2008 | 8/7/2008 | 101.67 | S3261537 |
| D56F05 | V3510692 | I | DCS69656 | 6/23/2008 | 8/7/2008 | 260.39 | S3261537 |
| D56F05 | V3510693 | I | DCS69662 | 6/23/2008 | 8/7/2008 | 143.13 | S3261537 |
| D56F05 | V3510694 | I | DCS69652 | 6/23/2008 | 8/7/2008 | 76.05 | S3261537 |
| D56F05 | V3510695 | I | DCS69658 | 6/23/2008 | 8/7/2008 | 62.60 | S3261537 |
| D56F05 | V3510696 | I | DCS69689 | 6/23/2008 | 8/7/2008 | 189.35 | S3261537 |
| D56F05 | V3510697 | I | DCS69667 | 6/23/2008 | 8/7/2008 | 43.65 | S3261537 |
| D56F05 | V3510698 | I | DCS69659 | 6/23/2008 | 8/7/2008 | 23.41 | S3261537 |
| D56F05 | V3553591 | I | DCS69659 | 7/24/2008 | 9/7/2008 | 22.08 | S3285723 |
| D56F05 | R3328283 | I | 450487315 | 8/20/2008 | 10/4/2008 | 80.00 | |
| D56F05 | V3594501 | I | DCS69659 | 8/21/2008 | 10/5/2008 | 22.00 | S3326223 |
| D56F05 | R3345232 | I | DCS69986 | 9/16/2008 | 10/31/2008 | 399.71 | |
| D56F05 | V3628200 | I | DCS69659 | 9/23/2008 | 11/7/2008 | 22.00 | S3360827 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F05 | V3674593 | I | DCS69659 | 10/24/2008 | 12/8/2008 | 22.00 | S3382758 |
| D56F05 | R3361049OV | P | DCS87868 | 11/3/2008 | 11/3/2008 | -10.36 | |
| D56F05 | V3711320 | I | DCS69659 | 11/24/2008 | 1/8/2009 | 22.00 | S3432111 |
| D56F05 | V3742114 | I | DCS69659 | 12/23/2008 | 2/6/2009 | 27.57 | S3470785 |
| D56F05 | R3455126 | C | 450487315 | 12/30/2008 | 2/13/2009 | -402.60 | |
| D56F05 | R3499555 | I | DCS87868 | 1/20/2009 | 3/6/2009 | 29.00 | |
| D56F05 | V3785422 | I | DCS69659 | 1/28/2009 | 3/14/2009 | 31.74 | S3496601 |
| D56F05 | R3547056 | I | 450487315 | 2/20/2009 | 4/6/2009 | 80.00 | |
| D56F05 | R3547057 | I | DCS93851 | 2/20/2009 | 4/6/2009 | 65.00 | |
| D56F05 | R3547060 | I | DCS88120 | 2/20/2009 | 4/6/2009 | 20.00 | |
| D56F05 | R3547062 | I | 450446137 | 2/20/2009 | 4/6/2009 | 80.00 | |
| D56F05 | V3828748 | I | DCS69659 | 2/26/2009 | 4/12/2009 | 22.00 | S3546824 |
| D56F05 | R3560803 | I | DCS97341 | 3/12/2009 | 5/11/2009 | 132.59 | |
| D56F05 | R3574359 | I | 450446137 | 3/18/2009 | 5/17/2009 | 121.13 | |
| D56F05 | R3576145 | I | DCS92267 | 3/19/2009 | 5/18/2009 | 98.56 | |
| D56F05 | R3576146 | I | DCS93851 | 3/19/2009 | 5/18/2009 | 93.48 | |
| D56F05 | R3587437 | I | 450487315 | 3/20/2009 | 5/19/2009 | 80.00 | |
| D56F05 | R3587438 | I | DCS87853 | 3/20/2009 | 5/19/2009 | 70.00 | |
| D56F05 | R3587439 | I | DCS88120 | 3/20/2009 | 5/19/2009 | 20.00 | |
| D56F05 | R3587440 | I | DCS97340 | 3/20/2009 | 5/19/2009 | 80.00 | |
| D56F05 | V3858053 | I | DCS69659 | 3/24/2009 | 5/23/2009 | 22.00 | S3585764 |
| D56F05 | V3890351 | I | DCS69659 | 4/21/2009 | 6/20/2009 | 22.00 | S3614384 |
| D56F05 | R3643407 | I | 450178021 | 5/15/2009 | 7/14/2009 | 117.52 | |
| D56F05 | R3663718 | I | DCS97340 | 5/20/2009 | 7/19/2009 | 427.04 | |
| D56F05 | R3664344 | I | 450487315 | 5/20/2009 | 7/19/2009 | 231.92 | |
| D56F05 | V3936152 | I | DCS69659 | 5/22/2009 | 7/21/2009 | 22.00 | S3663952 |
| **D56F05 Total** | | | | | | **$ 5,332.20** | |
| | | | | | | | |
| D56F06 | R2899145 | I | FDS75426 | 7/24/2007 | 9/7/2007 | 150.00 | |
| D56F06 | R2899146 | I | FDS75426 | 7/24/2007 | 9/7/2007 | 150.00 | |
| D56F06 | R3096718 | I | FDS75426 | 1/23/2008 | 3/8/2008 | 150.00 | |
| D56F06 | R3096719 | I | FDS75426 | 1/23/2008 | 3/8/2008 | 150.00 | |
| D56F06 | R3199615 | I | FDS75426 | 4/23/2008 | 6/7/2008 | 150.00 | |
| D56F06 | R3199616 | I | FDS75426 | 4/23/2008 | 6/7/2008 | 150.00 | |
| D56F06 | R3300997 | I | FDS75426 | 7/23/2008 | 9/6/2008 | 150.00 | |
| D56F06 | R3300998 | I | FDS75426 | 7/23/2008 | 9/6/2008 | 150.00 | |
| D56F06 | R3397894 | I | FDS75426 | 10/22/2008 | 12/6/2008 | 150.00 | |
| D56F06 | R3397895 | I | FDS75426 | 10/22/2008 | 12/6/2008 | 150.00 | |
| D56F06 | V3674594 | I | TCB03969 | 10/24/2008 | 12/8/2008 | 272.97 | S3397845 |
| D56F06 | V3674595 | I | TCB03969 | 10/24/2008 | 12/8/2008 | 406.99 | S3397845 |
| D56F06 | V3674596 | I | TCB03969 | 10/24/2008 | 12/8/2008 | 304.74 | S3397845 |
| D56F06 | V3674597 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 278.67 | S3397845 |
| D56F06 | V3674598 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 257.24 | S3397845 |
| D56F06 | V3674599 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 312.49 | S3397845 |
| D56F06 | V3674600 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 274.03 | S3397845 |
| D56F06 | V3674601 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 318.06 | S3397845 |
| D56F06 | V3674602 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 241.03 | S3397845 |
| D56F06 | V3674603 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 401.87 | S3397845 |
| D56F06 | V3674604 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 270.02 | S3397845 |
| D56F06 | V3674605 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 266.05 | S3397845 |
| D56F06 | V3674606 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 240.78 | S3397845 |
| D56F06 | V3674607 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 375.44 | S3397845 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F06 | V3674608 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 245.80 | S3397845 |
| D56F06 | V3674609 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 240.00 | S3397845 |
| D56F06 | V3674610 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 253.41 | S3397845 |
| D56F06 | V3674611 | I | RA7000-2608 | 10/24/2008 | 12/8/2008 | 240.00 | S3397845 |
| D56F06 | R3443383 | I | FDS75426 | 12/3/2008 | 1/17/2009 | 91.50 | |
| D56F06 | R3443384 | I | FDS75426 | 12/3/2008 | 1/17/2009 | 91.50 | |
| D56F06 | V3786127 | C | TCB03969 | 1/28/2009 | 3/14/2009 | -32.33 | S3519779 |
| D56F06 | V3786128 | C | RA7000-2608 | 1/28/2009 | 3/14/2009 | -41.35 | S3519779 |
| D56F06 | V3786129 | C | RA7000-2608 | 1/28/2009 | 3/14/2009 | -31.18 | S3519779 |
| D56F06 | V3786130 | C | RA7000-2608 | 1/28/2009 | 3/14/2009 | -41.38 | S3519779 |
| D56F06 | V3786131 | I | TCB03969 | 1/28/2009 | 3/14/2009 | 162.56 | S3519779 |
| D56F06 | V3786132 | C | RA7000-2608 | 1/28/2009 | 3/14/2009 | -38.40 | S3519779 |
| D56F06 | V3786133 | C | RA7000-2608 | 1/28/2009 | 3/14/2009 | -25.80 | S3519779 |
| D56F06 | V3786134 | C | RA7000-2608 | 1/28/2009 | 3/14/2009 | -17.09 | S3519779 |
| D56F06 | V3786135 | C | RA7000-2608 | 1/28/2009 | 3/14/2009 | -41.60 | S3519779 |
| D56F06 | V3786136 | I | TCB03969 | 1/28/2009 | 3/14/2009 | 304.86 | S3519779 |
| D56F06 | V3786137 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 270.50 | S3519779 |
| D56F06 | V3786138 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 274.49 | S3519779 |
| D56F06 | V3786139 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 373.17 | S3519779 |
| D56F06 | V3786140 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 268.07 | S3519779 |
| D56F06 | V3786141 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 327.59 | S3519779 |
| D56F06 | V3786142 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 243.71 | S3519779 |
| D56F06 | V3786143 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 240.00 | S3519779 |
| D56F06 | V3786144 | I | RA7000-2608 | 1/28/2009 | 3/14/2009 | 245.42 | S3519779 |
| D56F06 | V3892078 | I | TCB03969 | 4/21/2009 | 6/20/2009 | 2792.56 | S3614385 |
| D56F06 | V3892079 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892080 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892081 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 339.91 | S3614385 |
| D56F06 | V3892082 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892083 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892084 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892085 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892086 | I | RA7000-2608 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| **D56F06 Total** | | | | | | $ 14,136.30 | |
| | | | | | | | |
| D56F07 | R2507424E | P | SMS74840 | 10/8/2008 | 10/8/2008 | -80.00 | |
| **D56F07 Total** | | | | | | -80.00 | |
| | | | | | | | |
| D56F08 | R3499560 | I | LPS32531 | 1/20/2009 | 3/6/2009 | 88.44 | |
| D56F08 | R3547064 | I | LPS32531 | 2/20/2009 | 4/6/2009 | 81.49 | |
| D56F08 | R3587441 | I | LPS32531 | 3/20/2009 | 5/19/2009 | 87.65 | |
| D56F08 | R3617682 | I | LPS32531 | 4/20/2009 | 6/19/2009 | 80.00 | |
| D56F08 | R3664346 | I | LPS32531 | 5/20/2009 | 7/19/2009 | 86.75 | |
| **D56F08 Total** | | | | | | $ 424.33 | |
| | | | | | | | |
| D56F11 | R2325037 | C | SAS57386 | 2/16/2006 | 4/2/2006 | -28.70 | |
| D56F11 | R2796404 | C | 450450773 | 4/30/2007 | 6/14/2007 | -15.33 | |
| D56F11 | R2970365 | C | 450553473 | 10/16/2007 | 11/30/2007 | -41.33 | |
| D56F11 | R2970404 | C | 450553473 | 10/16/2007 | 11/30/2007 | -53.37 | |
| D56F11 | R2970920 | C | 450553473 | 10/16/2007 | 11/30/2007 | -1.25 | |
| D56F11 | R2972559 | C | 450553473 | 10/16/2007 | 11/30/2007 | -64.99 | |
| D56F11 | R3082937 | C | 450553473 | 2/15/2008 | 3/31/2008 | -86.82 | |

| D56F11 | R3198514 | C | 450553473 | 5/1/2008 | 6/15/2008 | -129.76 | |
|---|---|---|---|---|---|---|---|
| D56F11 | R3250792 | C | 450553473 | 7/10/2008 | 8/24/2008 | -197.60 | |
| D56F11 Total | | | | | | $ (619.15) | |
| | | | | | | | |
| D56F13 | R3332392 | C | 450566115 | 9/15/2008 | 10/30/2008 | -4.86 | |
| D56F13 | R3432508 | I | 450566115 | 11/20/2008 | 1/4/2009 | 65.00 | |
| D56F13 | R3432509 | I | 450566115 | 11/20/2008 | 1/4/2009 | 65.00 | |
| D56F13 | R3432510 | I | 450566115 | 11/20/2008 | 1/4/2009 | 240.00 | |
| D56F13 | R3432511 | I | 450566115 | 11/20/2008 | 1/4/2009 | 80.00 | |
| D56F13 | R3472439 | I | 450566115 | 12/22/2008 | 2/5/2009 | 68.32 | |
| D56F13 | R3499561 | I | 450566115 | 1/20/2009 | 3/6/2009 | 76.46 | |
| D56F13 | R3499563 | I | 450566115 | 1/20/2009 | 3/6/2009 | 247.13 | |
| D56F13 | R3499564 | I | 450566115 | 1/20/2009 | 3/6/2009 | 88.10 | |
| D56F13 | R3547065 | I | 450566115 | 2/20/2009 | 4/6/2009 | 65.05 | |
| D56F13 | R3547066 | I | 450566115 | 2/20/2009 | 4/6/2009 | 87.89 | |
| D56F13 | R3547067 | I | 450566115 | 2/20/2009 | 4/6/2009 | 321.87 | |
| D56F13 | R3547068 | I | 450566115 | 2/20/2009 | 4/6/2009 | 101.00 | |
| D56F13 | R3499561-P | P | 450566115 | 3/2/2009 | 3/2/2009 | -11.46 | |
| D56F13 | R3499562-P | P | 450566115 | 3/2/2009 | 3/2/2009 | -78.29 | |
| D56F13 | R3499564-P | P | 450566115 | 3/2/2009 | 3/2/2009 | -8.10 | |
| D56F13 | R3587442 | I | 450566115 | 3/20/2009 | 5/19/2009 | 65.00 | |
| D56F13 | R3587443 | I | 450566115 | 3/20/2009 | 5/19/2009 | 70.20 | |
| D56F13 | R3587444 | I | 450566115 | 3/20/2009 | 5/19/2009 | 316.45 | |
| D56F13 | R3587445 | I | 450566115 | 3/20/2009 | 5/19/2009 | 97.44 | |
| D56F13 | R3617683 | I | 450566115 | 4/20/2009 | 6/19/2009 | 65.00 | |
| D56F13 | R3635638 | C | 450566115 | 5/8/2009 | 7/7/2009 | -11.50 | |
| D56F13 | R3664347 | I | 450566115 | 5/20/2009 | 7/19/2009 | 85.54 | |
| D56F13 | R3664348 | I | 450566115 | 5/20/2009 | 7/19/2009 | 396.97 | |
| D56F13 | R3664349 | I | 450566115 | 5/20/2009 | 7/19/2009 | 97.92 | |
| D56F13 Total | | | | | | $ 2,586.13 | |
| | | | | | | | |
| D56F14 | R3410808 | I | 450270776 | 11/17/2008 | 1/1/2009 | 103.37 | |
| D56F14 | R3472443 | I | 450190078 | 12/22/2008 | 2/5/2009 | 74.38 | |
| D56F14 | R3499565 | I | 450190078 | 1/20/2009 | 3/6/2009 | 78.62 | |
| D56F14 | R3547069 | I | 450190078 | 2/20/2009 | 4/6/2009 | 65.00 | |
| D56F14 | R3576147 | I | 450190078 | 3/19/2009 | 5/18/2009 | 83.85 | |
| D56F14 Total | | | | | | $ 405.22 | |
| | | | | | | | |
| D56F15 | R3309748 | I | DCS89548 | 8/29/2008 | 10/13/2008 | 276.77 | |
| D56F15 | R3309753 | I | 450192696 | 8/29/2008 | 10/13/2008 | 263.90 | |
| | | | | | Total: | $ 16,874.96 | |