**EXHIBIT B**

| Sold-To | Invoice# | Tr | PO# | Inv.Date | Due Date | Invoice$ | Ref# |
|---|---|---|---|---|---|---|---|
| AS OF 1/28/10 |
| D56F | R2250754B | P | | 2/2/2006 | 2/2/2006 | -115.65 | |
| D56F | R2250762B | P | | 2/2/2006 | 2/2/2006 | -208.82 | |
| D56F | CK538391-P | P | | 2/15/2006 | 2/15/2006 | -136.69 | |
| D56F | R2250784-P | P | | 2/15/2006 | 2/15/2006 | -225.54 | |
| D56F | R2250767A | P | | 4/17/2006 | 4/17/2006 | -56.12 | |
| D56F | R2250773A | P | | 4/17/2006 | 4/17/2006 | -55.55 | |
| D56F | R2250774A | P | | 4/17/2006 | 4/17/2006 | -65.88 | |
| D56F | R2250779-P | P | | 5/3/2006 | 5/3/2006 | -29.94 | |
| D56F | R2250806-P | P | | 5/8/2006 | 5/8/2006 | -82.16 | |
| D56F | CK90055238 | P | | 5/9/2006 | 5/9/2006 | -264.67 | |
| D56F | R2250764-P | P | | 5/16/2006 | 5/16/2006 | -212.92 | |
| D56F | R2250783-P | P | | 5/16/2006 | 5/16/2006 | -105.04 | |
| D56F | D56G-53659 | P | | 5/19/2006 | 5/19/2006 | -260.67 | |
| D56F | V2266341OV | P | | 5/30/2006 | 5/30/2006 | -80.00 | |
| D56F | R2250783P | P | | 7/10/2006 | 7/10/2006 | -30.63 | |
| D56F | 5205616391 | P | | 8/11/2006 | 8/11/2006 | -20.00 | |
| D56F | D56G/50798 | P | | 8/21/2006 | 8/21/2006 | -166.23 | |
| D56F | D56G/50810 | P | | 8/21/2006 | 8/21/2006 | -54.19 | |
| D56F | S2307807A | P | | 8/30/2006 | 8/30/2006 | -248.37 | |
| D56F | R2507425OV | P | | 9/11/2006 | 9/11/2006 | -198.64 | |
| D56F | S2407991OV | P | | 10/10/2006 | 10/10/2006 | -150.00 | |
| D56F | R2563640OV | P | | 12/20/2006 | 12/20/2006 | -129.79 | |
| D56F | R3096720OV | P | | 3/10/2008 | 3/10/2008 | -11.82 | |
| D56F | R2892599DP | P | | 5/5/2008 | 5/5/2008 | -29.60 | |
| D56F | R2993787 | P | | 5/5/2008 | 5/5/2008 | -14.18 | |
| D56F | R3199586 | P | | 6/9/2008 | 6/9/2008 | -69.40 | |
| D56F | R3199586A | P | | 6/9/2008 | 6/9/2008 | -44.00 | |
| D56F | 900732350 | P | | 6/10/2008 | 6/10/2008 | -7.43 | |
| D56F | R3096705DP | P | | 6/11/2008 | 6/11/2008 | -356.51 | |
| D56F | R3124011DP | P | | 6/11/2008 | 6/11/2008 | -273.07 | |
| D56F | R3160735DP | P | | 6/11/2008 | 6/11/2008 | -297.15 | |
| D56F | R3226448-P | P | | 6/11/2008 | 6/11/2008 | -70.49 | |
| D56F | V3103642DP | P | | 6/11/2008 | 6/11/2008 | -96.37 | |
| D56F | V3206133DP | P | | 6/11/2008 | 6/11/2008 | -96.64 | |
| D56F | V3390879DP | P | | 6/11/2008 | 6/11/2008 | -90.64 | |
| D56F | BALPUR | P | | 6/13/2008 | 6/13/2008 | -26.00 | |
| D56F | R3096691DP | P | | 7/2/2008 | 7/2/2008 | -90.80 | |
| D56F | R3096692DP | P | | 7/2/2008 | 7/2/2008 | -97.91 | |
| D56F | R3123997DP | P | | 7/2/2008 | 7/2/2008 | -86.63 | |
| D56F | R3123998DP | P | | 7/2/2008 | 7/2/2008 | -114.54 | |
| D56F | R3124002DP | P | | 7/2/2008 | 7/2/2008 | -67.21 | |
| D56F | R3160721DP | P | | 7/2/2008 | 7/2/2008 | -90.68 | |
| D56F | R3160722DP | P | | 7/2/2008 | 7/2/2008 | -108.33 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F | D56G/26449 | P | | 7/7/2008 | 7/7/2008 | -65.00 | |
| D56F | D56G/99696 | P | | 7/7/2008 | 7/7/2008 | -66.80 | |
| D56F | R3096690DP | P | | 7/14/2008 | 7/14/2008 | -183.79 | |
| D56F | R3123996DP | P | | 7/14/2008 | 7/14/2008 | -80.00 | |
| D56F | R3160720DP | P | | 7/14/2008 | 7/14/2008 | -90.21 | |
| D56F | D56G290993 | P | | 9/3/2008 | 9/3/2008 | -70.63 | |
| D56F | D56G575402 | P | | 9/3/2008 | 9/3/2008 | -65.00 | |
| D56F | D56F15 | P | | 9/23/2008 | 9/23/2008 | -141.57 | |
| D56F | R3273784DP | P | | 9/26/2008 | 9/26/2008 | -22.40 | |
| D56F | R3262149DP | P | | 10/7/2008 | 10/7/2008 | -113.02 | |
| D56F | R2601177E | P | | 10/8/2008 | 10/8/2008 | -80.00 | |
| D56F | BALPUR | P | | 10/17/2008 | 10/17/2008 | -57.67 | |
| D56F | R3199576BL | P | | 10/31/2008 | 10/31/2008 | -22.41 | |
| D56F | S3199452 | D | | 11/12/2008 | 11/12/2008 | 30.09 | |
| D56F | BALPUR0204 | P | | 2/5/2009 | 2/5/2009 | -65.68 | |
| D56F | CK761026OV | P | | 5/11/2009 | 5/11/2009 | -117.52 | |
| **D56F Total** | | | | | | -6248.51 | |
| | | | | | | | |
| D56F02 | R2726574-P | P | DCS53030 | 4/6/2007 | 4/6/2007 | -21.00 | |
| D56F02 | R3123980OV | P | DCS53030 | 5/1/2008 | 5/1/2008 | -21.00 | |
| D56F02 | R3617672 | I | AES29812 | 4/20/2009 | 6/19/2009 | 34.20 | |
| **D56F02 Total** | | | | | | -7.80 | |
| | | | | | | | |
| D56F03 | R2542002 | C | PR281302 | 9/26/2006 | 11/10/2006 | -4.87 | |
| D56F03 | R3308011 | I | 450536358 | 8/7/2008 | 9/21/2008 | 139.87 | |
| **D56F03 Total** | | | | | | 135.00 | |
| | | | | | | | |
| D56F04 | R3007817 | C | 450192693 | 11/21/2007 | 1/5/2008 | -8.18 | |
| D56F04 | R3123985UN | D | 450445595 | 5/1/2008 | 5/1/2008 | 20.00 | |
| D56F04 | R3328279OV | P | 450191550 | 12/23/2008 | 12/23/2008 | -53.60 | |
| D56F04 | R3664341 | I | 450611836 | 5/20/2009 | 7/19/2009 | 107.19 | |
| D56F04 | R3664343 | I | 450611843 | 5/20/2009 | 7/19/2009 | 88.51 | |
| **D56F04 Total** | | | | | | 153.92 | |
| | | | | | | | |
| D56F05 | R2352499 | C | DCS96431 | 3/14/2006 | 4/28/2006 | -109.19 | |
| D56F05 | R2542009 | C | DCS69659 | 9/26/2006 | 11/10/2006 | -84.14 | |
| D56F05 | V2738219OV | P | DCS69658 | 1/29/2007 | 1/29/2007 | -65.00 | |
| D56F05 | R2906157 | C | DCS89548 | 8/20/2007 | 10/4/2007 | -11.30 | |
| D56F05 | R2968613 | C | DCS69654 | 10/3/2007 | 11/17/2007 | -16.87 | |
| D56F05 | R3010134 | C | DCS69658 | 11/27/2007 | 1/11/2008 | -11.15 | |
| D56F05 | R3199607 | I | DCS87868 | 4/23/2008 | 6/7/2008 | 29.00 | |
| D56F05 | V3446224 | I | DCS69663 | 4/25/2008 | 6/9/2008 | 66.87 | S3199451 |
| D56F05 | V3446225 | I | DCS69656 | 4/25/2008 | 6/9/2008 | 82.03 | S3199451 |
| D56F05 | V3446227 | I | DCS69662 | 4/25/2008 | 6/9/2008 | 65.00 | S3199451 |
| D56F05 | V3446228 | I | DCS69654 | 4/25/2008 | 6/9/2008 | 68.95 | S3199451 |
| D56F05 | V3446229 | I | DCS69655 | 4/25/2008 | 6/9/2008 | 112.49 | S3199451 |
| D56F05 | V3446230 | I | DCS69658 | 4/25/2008 | 6/9/2008 | 53.24 | S3199451 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F05 | V3446231 | I | DCS69689 | 4/25/2008 | 6/9/2008 | 80.86 | S3199451 |
| D56F05 | V3446232 | I | DCS69667 | 4/25/2008 | 6/9/2008 | 54.27 | S3199451 |
| D56F05 | V3446233 | I | DCS69652 | 4/25/2008 | 6/9/2008 | 65.00 | S3199451 |
| D56F05 | V3446234 | I | DCS69687 | 4/25/2008 | 6/9/2008 | 259.55 | S3199451 |
| D56F05 | V3471985 | I | DCS69663 | 5/21/2008 | 7/5/2008 | 73.36 | S3226102 |
| D56F05 | V3471986 | I | DCS69656 | 5/21/2008 | 7/5/2008 | 87.36 | S3226102 |
| D56F05 | V3471988 | I | DCS69662 | 5/21/2008 | 7/5/2008 | 307.37 | S3226102 |
| D56F05 | V3471989 | I | DCS69654 | 5/21/2008 | 7/5/2008 | 70.46 | S3226102 |
| D56F05 | V3471990 | I | DCS69655 | 5/21/2008 | 7/5/2008 | 100.65 | S3226102 |
| D56F05 | V3471991 | I | DCS69658 | 5/21/2008 | 7/5/2008 | 53.19 | S3226102 |
| D56F05 | V3471992 | I | DCS69689 | 5/21/2008 | 7/5/2008 | 86.60 | S3226102 |
| D56F05 | V3471993 | I | DCS69667 | 5/21/2008 | 7/5/2008 | 25.61 | S3226102 |
| D56F05 | V3471994 | I | DCS69652 | 5/21/2008 | 7/5/2008 | 72.90 | S3226102 |
| D56F05 | V3471995 | I | DCS69687 | 5/21/2008 | 7/5/2008 | 162.16 | S3226102 |
| D56F05 | R3262140 | I | 450447817 | 6/20/2008 | 8/4/2008 | 80.00 | |
| D56F05 | V3510688 | I | DCS69687 | 6/23/2008 | 8/7/2008 | 365.22 | S3261537 |
| D56F05 | V3510689 | I | DCS69663 | 6/23/2008 | 8/7/2008 | 77.26 | S3261537 |
| D56F05 | V3510690 | I | DCS69655 | 6/23/2008 | 8/7/2008 | 114.53 | S3261537 |
| D56F05 | V3510691 | I | DCS69654 | 6/23/2008 | 8/7/2008 | 101.67 | S3261537 |
| D56F05 | V3510692 | I | DCS69656 | 6/23/2008 | 8/7/2008 | 260.39 | S3261537 |
| D56F05 | V3510693 | I | DCS69662 | 6/23/2008 | 8/7/2008 | 143.13 | S3261537 |
| D56F05 | V3510694 | I | DCS69652 | 6/23/2008 | 8/7/2008 | 76.05 | S3261537 |
| D56F05 | V3510695 | I | DCS69658 | 6/23/2008 | 8/7/2008 | 62.60 | S3261537 |
| D56F05 | V3510696 | I | DCS69689 | 6/23/2008 | 8/7/2008 | 189.35 | S3261537 |
| D56F05 | V3510697 | I | DCS69667 | 6/23/2008 | 8/7/2008 | 43.65 | S3261537 |
| D56F05 | V3553591 | I | DCS69659 | 7/24/2008 | 9/7/2008 | 22.08 | S3285723 |
| D56F05 | R3328283 | I | 450487315 | 8/20/2008 | 10/4/2008 | 80.00 | |
| D56F05 | V3594501 | I | DCS69659 | 8/21/2008 | 10/5/2008 | 22.00 | S3326223 |
| D56F05 | V3628200 | I | DCS69659 | 9/23/2008 | 11/7/2008 | 22.00 | S3360827 |
| D56F05 | V3674593 | I | DCS69659 | 10/24/2008 | 12/8/2008 | 22.00 | S3382758 |
| D56F05 | R3361049OV | P | DCS87868 | 11/3/2008 | 11/3/2008 | -10.36 | |
| D56F05 | V3711320 | I | DCS69659 | 11/24/2008 | 1/8/2009 | 22.00 | S3432111 |
| D56F05 | V3742114 | I | DCS69659 | 12/23/2008 | 2/6/2009 | 27.57 | S3470785 |
| D56F05 | R3455126 | C | 450487315 | 12/30/2008 | 2/13/2009 | -402.60 | |
| D56F05 | R3499555 | I | DCS87868 | 1/20/2009 | 3/6/2009 | 29.00 | |
| D56F05 | V3785422 | I | DCS69659 | 1/28/2009 | 3/14/2009 | 31.74 | S3496601 |
| D56F05 | V3828748 | I | DCS69659 | 2/26/2009 | 4/12/2009 | 22.00 | S3546824 |
| D56F05 | R3560803 | I | DCS97341 | 3/12/2009 | 5/11/2009 | 132.59 | |
| D56F05 | R3587438 | I | DCS87853 | 3/20/2009 | 5/19/2009 | 70.00 | |
| D56F05 | V3858053 | I | DCS69659 | 3/24/2009 | 5/23/2009 | 22.00 | S3585764 |
| D56F05 | V3890351 | I | DCS69659 | 4/21/2009 | 6/20/2009 | 22.00 | S3614384 |
| D56F05 | R3643407 | I | 450178021 | 5/15/2009 | 7/14/2009 | 117.52 | |
| D56F05 | R3663718 | I | DCS97340 | 5/20/2009 | 7/19/2009 | 427.04 | |
| D56F05 | R3664344 | I | 450487315 | 5/20/2009 | 7/19/2009 | 231.92 | |
| D56F05 Total | | | | | | 4103.62 | |
| | | | | | | | |
| D56F06 | R2899145 | I | FDS75426 | 7/24/2007 | 9/7/2007 | 150.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F06 | R2899146 | I | FDS75426 | 7/24/2007 | 9/7/2007 | 150.00 | |
| D56F06 | R3096718 | I | FDS75426 | 1/23/2008 | 3/8/2008 | 150.00 | |
| D56F06 | R3096719 | I | FDS75426 | 1/23/2008 | 3/8/2008 | 150.00 | |
| D56F06 | R3199615 | I | FDS75426 | 4/23/2008 | 6/7/2008 | 150.00 | |
| D56F06 | R3199616 | I | FDS75426 | 4/23/2008 | 6/7/2008 | 150.00 | |
| D56F06 | R3300997 | I | FDS75426 | 7/23/2008 | 9/6/2008 | 150.00 | |
| D56F06 | R3300998 | I | FDS75426 | 7/23/2008 | 9/6/2008 | 150.00 | |
| D56F06 | R3397894 | I | FDS75426 | 10/22/2008 | 12/6/2008 | 150.00 | |
| D56F06 | R3397895 | I | FDS75426 | 10/22/2008 | 12/6/2008 | 150.00 | |
| D56F06 | V3674594 | I | TCB03969 | 10/24/2008 | 12/8/2008 | 272.97 | S3397845 |
| D56F06 | V3674595 | I | TCB03969 | 10/24/2008 | 12/8/2008 | 406.99 | S3397845 |
| D56F06 | V3674596 | I | TCB03969 | 10/24/2008 | 12/8/2008 | 304.74 | S3397845 |
| D56F06 | V3674597 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 278.67 | S3397845 |
| D56F06 | V3674598 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 257.24 | S3397845 |
| D56F06 | V3674599 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 312.49 | S3397845 |
| D56F06 | V3674600 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 274.03 | S3397845 |
| D56F06 | V3674601 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 318.06 | S3397845 |
| D56F06 | V3674602 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 241.03 | S3397845 |
| D56F06 | V3674603 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 401.87 | S3397845 |
| D56F06 | V3674604 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 270.02 | S3397845 |
| D56F06 | V3674605 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 266.05 | S3397845 |
| D56F06 | V3674606 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 240.78 | S3397845 |
| D56F06 | V3674607 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 375.44 | S3397845 |
| D56F06 | V3674608 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 245.80 | S3397845 |
| D56F06 | V3674609 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 240.00 | S3397845 |
| D56F06 | V3674610 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 253.41 | S3397845 |
| D56F06 | V3674611 | I | RA7000-26084-02 | 10/24/2008 | 12/8/2008 | 240.00 | S3397845 |
| D56F06 | R3443383 | I | FDS75426 | 12/3/2008 | 1/17/2009 | 91.50 | |
| D56F06 | R3443384 | I | FDS75426 | 12/3/2008 | 1/17/2009 | 91.50 | |
| D56F06 | V3786127 | C | TCB03969 | 1/28/2009 | 3/14/2009 | -32.33 | S3519779 |
| D56F06 | V3786128 | C | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | -41.35 | S3519779 |
| D56F06 | V3786129 | C | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | -31.18 | S3519779 |
| D56F06 | V3786130 | C | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | -41.38 | S3519779 |
| D56F06 | V3786131 | I | TCB03969 | 1/28/2009 | 3/14/2009 | 162.56 | S3519779 |
| D56F06 | V3786132 | C | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | -38.40 | S3519779 |
| D56F06 | V3786133 | C | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | -25.80 | S3519779 |
| D56F06 | V3786134 | C | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | -17.09 | S3519779 |
| D56F06 | V3786135 | C | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | -41.60 | S3519779 |
| D56F06 | V3786136 | I | TCB03969 | 1/28/2009 | 3/14/2009 | 304.86 | S3519779 |
| D56F06 | V3786137 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 270.50 | S3519779 |
| D56F06 | V3786138 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 274.49 | S3519779 |
| D56F06 | V3786139 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 373.17 | S3519779 |
| D56F06 | V3786140 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 268.07 | S3519779 |
| D56F06 | V3786141 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 327.59 | S3519779 |
| D56F06 | V3786142 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 243.71 | S3519779 |
| D56F06 | V3786143 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 240.00 | S3519779 |
| D56F06 | V3786144 | I | RA7000-26084-02 | 1/28/2009 | 3/14/2009 | 245.42 | S3519779 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| D56F06 | V3892078 | I | TCB03969 | 4/21/2009 | 6/20/2009 | 2792.56 | S3614385 |
| D56F06 | V3892079 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892080 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892081 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 339.91 | S3614385 |
| D56F06 | V3892082 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892083 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892084 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892085 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| D56F06 | V3892086 | I | RA7000-26084-02 | 4/21/2009 | 6/20/2009 | 240.00 | S3614385 |
| **D56F06 Total** | | | | | | 14136.30 | |
| | | | | | | | |
| D56F07 | R2507424E | P | SMS74840 | 10/8/2008 | 10/8/2008 | -80.00 | |
| **D56F07 Total** | | | | | | -80.00 | |
| | | | | | | | |
| D56F08 | R3499560 | I | LPS32531 | 1/20/2009 | 3/6/2009 | 88.44 | |
| D56F08 | R3547064 | I | LPS32531 | 2/20/2009 | 4/6/2009 | 81.49 | |
| D56F08 | R3587441 | I | LPS32531 | 3/20/2009 | 5/19/2009 | 87.65 | |
| D56F08 | R3617682 | I | LPS32531 | 4/20/2009 | 6/19/2009 | 80.00 | |
| D56F08 | R3664346 | I | LPS32531 | 5/20/2009 | 7/19/2009 | 86.75 | |
| **D56F08 Total** | | | | | | 424.33 | |
| | | | | | | | |
| D56F11 | R2325037 | C | SAS57386 | 2/16/2006 | 4/2/2006 | -28.70 | |
| D56F11 | R2796404 | C | 450450773 | 4/30/2007 | 6/14/2007 | -15.33 | |
| D56F11 | R2970365 | C | 450553473 | 10/16/2007 | 11/30/2007 | -41.33 | |
| D56F11 | R2970404 | C | 450553473 | 10/16/2007 | 11/30/2007 | -53.37 | |
| D56F11 | R2970920 | C | 450553473 | 10/16/2007 | 11/30/2007 | -1.25 | |
| D56F11 | R2972559 | C | 450553473 | 10/16/2007 | 11/30/2007 | -64.99 | |
| D56F11 | R3082937 | C | 450553473 | 2/15/2008 | 3/31/2008 | -86.82 | |
| D56F11 | R3198514 | C | 450553473 | 5/1/2008 | 6/15/2008 | -129.76 | |
| D56F11 | R3250792 | C | 450553473 | 7/10/2008 | 8/24/2008 | -197.60 | |
| **D56F11 Total** | | | | | | -619.15 | |
| | | | | | | | |
| D56F13 | R3332392 | C | 450566115 | 9/15/2008 | 10/30/2008 | -4.86 | |
| D56F13 | R3499561-P | P | 450566115 | 3/2/2009 | 3/2/2009 | -11.46 | |
| D56F13 | R3499562-P | P | 450566115 | 3/2/2009 | 3/2/2009 | -78.29 | |
| D56F13 | R3617683 | I | 450566115 | 4/20/2009 | 6/19/2009 | 65.00 | |
| D56F13 | R3635638 | C | 450566115 | 5/8/2009 | 7/7/2009 | -11.50 | |
| D56F13 | R3664347 | I | 450566115 | 5/20/2009 | 7/19/2009 | 85.54 | |
| **D56F13 Total** | | | | | | 44.43 | |
| | | | | | | | |
| D56F14 | R3410808 | I | 450270776 | 11/17/2008 | 1/1/2009 | 103.37 | |
| D56F14 | R3472443 | I | 450190078 | 12/22/2008 | 2/5/2009 | 74.38 | |
| D56F14 | R3499565 | I | 450190078 | 1/20/2009 | 3/6/2009 | 78.62 | |
| **D56F14 Total** | | | | | | 256.37 | |
| | | | | | | | |
| D56F15 | R3309748 | I | DCS89548 | 8/29/2008 | 10/13/2008 | 276.77 | |
| D56F15 | R3309753 | I | 450192696 | 8/29/2008 | 10/13/2008 | 263.90 | |

| D56F15 Total | 540.67 |
|---|---|
| Grand Total | 12819.63 |