# EXHIBIT C

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3617672
INVOICE DATE:  04/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      06/19/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F02    DELPHI AUTOMOTIVE SYSTEMS

   12501 E. GRAND RIVER
   BRIGHTON, MI 48116-8333

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 34.20

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI AUTOMOTIVE SYSTEMS | | | | |
| WINTER TEST SITE | | | | |
| HSS STORE SO 6 UX | | | | |
| 12501 E. GRAND RIVER | | | | |
| BRIGHTON, MI 48116 | | | | |
| ATTN:ROBERTA MACKNIESH(S06UX) | | | | |
| | | | | |
| NP7130F    NVH23929    RENTAL 60 MONTHS    PO#: AES29812 | | | | |
| INSTALL DATE: 05/15/2001 | | | | |
| 1/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 03/01/2009 TO 03/31/2009 | 28.00 | 0.000 % | 0.00 | 28.00 |
| | | | | |
| 2/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 02/01/2009 TO 02/28/2009 | 6.20 | 0.000 % | 0.00 | 6.20 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 46108 | 46521 | 413 | 0 | 413 |
| EXCESS METER: | 413*0.015000 | | | | |

SUB TOTAL :      34.20
TAX TOTAL :       0.00
INVOICE TOTAL :  34.20

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3308011
INVOICE DATE:  08/07/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       09/21/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#: 516/328-5412

D56F03    DELPHI STEERING-VHCL PERF CTR
    GM MILFORD PROVING GROUND
    ATTN: JUDY MIOTKE-M/C483-354-111
    3300 GM ROAD
    MILFORD, MI 48380

USER REF NO:
U6YAAE D56F   CD506

INVOICE TOTAL : 139.87

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| GENERAL MOTORS CORPORAITON | | | | |
| GM PROVING GROUND | | | | |
| 3300 GM ROAD | | | | |
| MILFORD, MI 48380 | | | | |
| ATTN:JUDY MIOTKE (S000D) | | | | |
| | | | | |
| NP6230    NGM22581    RENTAL 60 MONTHS   PO#: 450536358 | | | | |
| INSTALL DATE: 02/09/1998 | | | | |
| 1/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 06/01/2008 TO 07/30/2008 | 128.05 | 0.000 % | 0.00 | 128.05 |
| | | | | |
| 2/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 06/01/2008 TO 07/30/2008 | 11.82 | 0.000 % | 0.00 | 11.82 |

| | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | | | | | |
| METER | 53145 | 54389 | 1244 | 0 | 1244 |
| EXCESS METER: | 1244*0.009500 | | | | |

SUB TOTAL :    139.87
TAX TOTAL :      0.00
INVOICE TOTAL :  139.87

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

Page 1

Print Date 01-27-2010 15:41

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3664341
INVOICE DATE:   05/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:       07/19/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F04      DELPHI ENERGY& CHASSIS SYSTEMS

    ATTN: MARIE SACKET/F-14
    2582 E. RIVER RD
    MORAINE, OH 45439

USER REF NO: PR600696 083
U6YAAE D56F   CD506

INVOICE TOTAL : 107.19

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIVISION | | | | |
| | 3100 RESEARCH BOULEVARD | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:HELEN DUCKRO | | | | |
| | | | | | |
| | NP6545   NJF19828   RENTAL 60 MONTHS   PO#: 450611836 | | | | |
| | INSTALL DATE: 09/11/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 04/30/2009 | 78.00 | 0.000 % | 0.00 | 78.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2009 TO 04/30/2009 | 29.19 | 0.000 % | 0.00 | 29.19 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 450063 | 453136 | 3073 | 0 | 3073 |
| EXCESS METER: | 3073*0.009500 | | | | |

SUB TOTAL :       107.19
TAX TOTAL :          0.00
INVOICE TOTAL :    107.19

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

Page 1                                                  Print Date 01-27-2010 15:58

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3664343
INVOICE DATE: 05/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     07/19/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:   516/328-5412

D56F04      DELPHI ENERGY& CHASSIS SYSTEMS

          ATTN: MARIE SACKETT F-14
          2582 E. RIVER RD
          MORAINE, OH 45439

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 88.51

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI CHASSIS SYSTEMS | | | | |
| CHASSIS SYSTEMS TEST CENTER - MAIL CODE R-01 | | | | |
| CONTROLLED BRAKE SYSTEM 3RD FL. | | | | |
| 2582 E. RIVER ROAD | | | | |
| MORAINE, OH 45439 | | | | |
| ATTN:RICHARD J. STEINER | | | | |
| | | | | |
| NP7500    VSG00377    RENTAL 60  MONTHS    PO#: 450611843 | | | | |
| INSTALL DATE: 04/16/2003 | | | | |
| CONTRACT#:  U6Y | | | | |
| 1/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 04/01/2009 TO 04/30/2009 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | |
| CONTRACT#:  U6Y | | | | |
| 2/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 04/01/2009 TO 04/30/2009 | 8.51 | 0.000 % | 0.00 | 8.51 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 299258 | 300154 | 896 | 0 | 896 |
| EXCESS METER: | 896*0.009500 | | | | |

SUB TOTAL :      88.51
TAX TOTAL :       0.00
INVOICE TOTAL :  88.51

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                        Print Date 01-27-2010 15:58

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3199607
INVOICE DATE:  04/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      06/07/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#: 516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

   ATTN: MAJA FLANNERY F-35
   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO: PR024049 001
U6YAAE  D56F  CK506

INVOICE TOTAL : 29.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASISS DIVISION | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:JIM GARDNER | | | | |
| | | | | | |
| | FAXL4000    UYJ25733    RENTAL 60  MONTHS    PO#: DCS87868 | | | | |
| | INSTALL DATE: 10/13/1998 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 29.00 | 0.000 % | 0.00 | 29.00 |

SUB TOTAL :   29.00
TAX TOTAL :    0.00
INVOICE TOTAL :   29.00

Page 1                                          Print Date 01-27-2010 15:49

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3262140
INVOICE DATE: 06/20/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     08/04/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

   ATTN: KEN DEARTH/D-107
   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 80.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS | | | | |
| | PERSONNELL | | | | |
| | 3100 NEEDMORE RD. | | | | |
| | DAYTON, OH 45414 | | | | |
| | ATTN:ANNIE HAWKINS | | | | |
| | | | | | |
| | NP7500   VSG00422   RENTAL 60 MONTHS   PO#: 450447817 | | | | |
| | INSTALL DATE: 05/22/2003 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 05/31/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |

SUB TOTAL :     80.00
TAX TOTAL :      0.00
INVOICE TOTAL :    80.00

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
              PLEASE DISPOSE OF PROPERLY.

Page 1                                          **Print Date 01-27-2010 15:49**

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                                    D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3328283
INVOICE DATE:  08/20/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      10/04/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

    ATTN: PAT REED/MAIL STOP 03-8
    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR600696 012
U6YAAE  D56F   CD506

INVOICE TOTAL : 80.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. GM CORP. | | | | |
| | PERSONNEL DEPARTMENT | | | | |
| | 2525 HOME AVE. | | | | |
| | DAYTON, OH 45417 | | | | |
| | ATTN:JOYCE PAYNE | | | | |
| | | | | | |
| | NP6050    NDK63546    RENTAL 60 MONTHS    PO#: 450487315 | | | | |
| | INSTALL DATE: 11/11/1997 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 07/01/2008 TO 07/31/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |

SUB TOTAL :    80.00
TAX TOTAL :     0.00
INVOICE TOTAL :    80.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                          Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3499555
INVOICE DATE: 01/20/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        03/06/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

USER REF NO: PR024049 001
U6YAAE  D56F   CK506

         ATTN: MAJA FLANNERY F-35
         P.O. BOX 1042
         DAYTON, OH 45401

INVOICE TOTAL : 29.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASISS DIVISION | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:JIM GARDNER | | | | |
| | | | | | |
| | FAXL4000    UYJ25733    RENTAL 60 MONTHS    PO#: DCS87868 | | | | |
| | INSTALL DATE: 10/13/1998 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 12/01/2008  TO  12/31/2008 | 29.00 | 0.000 % | 0.00 | 29.00 |

SUB TOTAL :    29.00
TAX TOTAL :     0.00
INVOICE TOTAL :    29.00

Page 1                                    Print Date 01-27-2010 15:49

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                        D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3560803
INVOICE DATE:  03/12/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      05/11/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 132.59

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CORP. | | | | |
| | BLDG 11 MEZZANINE | | | | |
| | 2701 HOME AVENUE | | | | |
| | DAYTON, OH 45417 | | | | |
| | ATTN:JAY HINEGER | | | | |
| | | | | | |
| | NP7500    VSG00426    RENTAL 60  MONTHS    PO#: DCS97341 | | | | |
| | INSTALL DATE: 06/13/2003 | | | | |
| | CONTRACT#: | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 02/01/2009  TO  03/06/2009 | 95.20 | 0.000 % | 0.00 | 95.20 |
| | | | | | |
| | CONTRACT#: | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 02/01/2009  TO  03/06/2009 | 37.39 | 0.000 % | 0.00 | 37.39 |
| | | | | | |
| | METER      PREV    CURR    TOTAL    ALLOWANCE    BILL.CPY | | | | |
| | METER     258061   261997    3936         0      3936 | | | | |
| | EXCESS METER:   3936*0.009500 | | | | |

SUB TOTAL :       132.59
TAX TOTAL :         0.00
INVOICE TOTAL :   132.59

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
            PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                   **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3587438
INVOICE DATE: 03/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:    05/19/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05       DELPHI AUTOMOTIVE SYSTEMS

        ATTN: PAT REED/03-8
        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR206170 001
U6YAAE  D56F   CK506

INVOICE TOTAL : 70.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS | | | | |
| | 480 N. DIXIE DR. | | | | |
| | VANDALIA, OH 45377 | | | | |
| | ATTN:TOM MCNULY | | | | |
| | LC9000    UFK27852    RENTAL 60 MONTHS    PO#: DCS87853 | | | | |
| | INSTALL DATE: 02/20/1998 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 02/01/2009 TO 02/28/2009 | 70.00 | 0.000 % | 0.00 | 70.00 |

SUB TOTAL :    70.00
TAX TOTAL :    0.00
INVOICE TOTAL :    70.00

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3643407
INVOICE DATE: 05/15/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:    07/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05    DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO:
U6YAAE  D56F   CK506

INVOICE TOTAL : 117.52

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS | | | | |
| | 480 N. DIXIE DR. | | | | |
| | VANDALIA, OH 45377 | | | | |
| | ATTN:TOM MCNULY | | | | |
| | | | | | |
| | LC9000    UFK27852    PO#: 450178021 | | | | |
| 1/ | CUSTOMER PURCHASE CHARGE | | | | |
| | ( 1 ) X ( 117.52 )  117.52 | | 0.000% | 0.00 | 117.52 |
| | | | | | |
| | 2M MEM 9000   00613305 | | | | |
| 2/ | CUSTOMER PURCHASE CHARGE | | | | |
| | ( 1 ) X ( 0.00 )  0.00 | | 0.000% | 0.00 | 0.00 |

SUB TOTAL :    117.52
TAX TOTAL :    0.00
INVOICE TOTAL :    117.52

INVOICE MESSAGE:
TO ISSUE INVOICE FOR RENT TO SALE. ISSUED BY MELANIE X5412.

Page 1                                    Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3663718
INVOICE DATE: 05/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:       07/19/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05       DELPHI AUTOMOTIVE SYSTEMS

USER REF NO:
U6YAAE  D56F   CD506

        P.O. BOX 1042
        DAYTON, OH 45401

INVOICE TOTAL : 427.04

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CORP. | | | | |
| | BLDG 11A MESSANINE | | | | |
| | 2701 HOME AVENUE | | | | |
| | DAYTON, OH 45417 | | | | |
| | ATTN:TOM MCNULTY | | | | |
| | | | | | |
| | NP7500   VSG00435   RENTAL 60 MONTHS   PO#: DCS97340 | | | | |
| | INSTALL DATE: 06/13/2003 | | | | |
| | CONTRACT#: | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 05/13/2009 | 113.60 | 0.000 % | 0.00 | 113.60 |
| | | | | | |
| | CONTRACT#: | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 05/13/2009 | 313.44 | 0.000 % | 0.00 | 313.44 |

| METER | | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|---|
| METER | | 214886 | 247880 | 32994 | 0 | 32994 |
| EXCESS METER: | | 32994*0.009500 | | | | |

SUB TOTAL :       427.04
TAX TOTAL :           0.00
INVOICE TOTAL :   427.04

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
               PLEASE DISPOSE OF PROPERLY.

Page 1                                                          Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3664344
INVOICE DATE: 05/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      07/19/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

    ATTN: PAT REED/MAIL STOP 03-8
    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR600696 012
U6YAAE  D56F   CD506

INVOICE TOTAL : 231.92

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. GM CORP. | | | | |
| | PERSONNEL DEPARTMENT | | | | |
| | 2525 HOME AVE. | | | | |
| | DAYTON, OH 45417 | | | | |
| | ATTN:JOYCE PAYNE | | | | |
| | | | | | |
| | NP6050   NDK63546   RENTAL 60 MONTHS   PO#: 450487315 | | | | |
| | INSTALL DATE: 11/11/1997 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 04/30/2009 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 04/30/2009 | 151.92 | 0.000 % | 0.00 | 151.92 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 1676991 | 1692983 | 15992 | 0 | 15992 |
| EXCESS METER: | 15992*0.009500 | | | | |

SUB TOTAL :      231.92
TAX TOTAL :        0.00
INVOICE TOTAL :  231.92

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

---

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3446224
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     06/09/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#: 516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO: PR023003 067
U6YAAE D56F   CD506

INVOICE TOTAL : 66.87

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI CHASIS DIVISION | | | | |
| SR2000 (R71) | | | | |
| 2000 FORRER BLVD. | | | | |
| DAYTON, OH 45420 | | | | |
| ATTN:KIM LOPEZ | | | | |
| | | | | |
| NP6230   NGM13693   RENTAL 60 MONTHS   PO#: DCS69663 | | | | |
| INSTALL DATE: 07/31/1997 | | | | |
| 1/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 03/01/2008 TO 03/31/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | |
| 2/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 03/01/2008 TO 03/31/2008 | 1.87 | 0.000 % | 0.00 | 1.87 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 528672 | 528869 | 197 | 0 | 197 |
| EXCESS METER: | 197*0.009500 | | | | |

SUB TOTAL :      66.87
TAX TOTAL :       0.00
INVOICE TOTAL :  66.87

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3446225
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      06/09/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO: PR022997 001
U6YAAE  D56F    CD506

INVOICE TOTAL : 82.03

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | 2000 FORRER BLVD | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:LARRY GEE | | | | |
| | | | | | |
| | NP6551    NJE36874    RENTAL 60 MONTHS    PO#: DCS69656 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 3/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 4/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 2.03 | 0.000 % | 0.00 | 2.03 |

```
METER          PREV    CURR     TOTAL       ALLOWANCE    BILL.CPY
METER          1143999 1144213    214             0        214
EXCESS METER:    214*0.009500
```

SUB TOTAL :      82.03
TAX TOTAL :       0.00
INVOICE TOTAL :  82.03

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
     PLEASE DISPOSE OF PROPERLY.

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3446227
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      06/09/2008
REMIT TO:
      CANON U.S.A., INC.
      P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

      P.O. BOX 1042
      DAYTON, OH 45401

USER REF NO: PR023002 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 65.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELCO CHASSIS DIV. OF GM | | | | |
| | FAB DEPT PLNT 12 | | | | |
| | WOODMAN DR | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:RICH KATE /POST R30 | | | | |
| | | | | | |
| | NP6230   NNS04296   RENTAL 60 MONTHS   PO#: DCS69662 | | | | |
| | INSTALL DATE: 05/29/2000 | | | | |
| 7/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |

SUB TOTAL :       65.00
TAX TOTAL :        0.00
INVOICE TOTAL :   65.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                            **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3446228
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:    06/09/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR022995 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 68.95

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | SHOCK MFG | | | | |
| | WOODMAN DR/PLANT 17 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ROBIN | | | | |
| | NP6230    NNS04313    RENTAL 60  MONTHS    PO#: DCS69654 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 8/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| 9/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 3.95 | 0.000 % | 0.00 | 3.95 |

|  | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | | | | | |
| METER | 681012 | 681428 | 416 | 0 | 416 |
| EXCESS METER: | 416*0.009500 | | | | |

SUB TOTAL :    68.95
TAX TOTAL :    0.00
INVOICE TOTAL :    68.95

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

**Page 1**                                    **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3446229
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        06/09/2008
REMIT TO:
        CANON U.S.A., INC.
        P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR022996 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 112.49

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | SHOCK ENG PLNT 17 | | | | |
| | 2ND | | | | |
| | WOODMAN DR/PLANT 17 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:JOHN KESLER | | | | |
| | | | | | |
| | NP6230    NNS04203    RENTAL 60 MONTHS    PO#: DCS69655 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 10/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | | |
| 11/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 47.49 | 0.000 % | 0.00 | 47.49 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 659964 | 664963 | 4999 | 0 | 4999 |
| EXCESS METER: | 4999*0.009500 | | | | |

SUB TOTAL :    112.49
TAX TOTAL :      0.00
INVOICE TOTAL :    112.49

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                    D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3446230
INVOICE DATE:  04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      06/09/2008
REMIT TO:
     CANON U.S.A., INC.
     P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

USER REF NO: PR022998 001
U6YAAE  D56F   CD506

           P.O. BOX 1042
           DAYTON, OH 45401

INVOICE TOTAL : 53.24

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI CHASSIS DIV. OF | | | | |
| WOODMAN DR/PLANT 11 | | | | |
| KETTERING, OH 45420 | | | | |
| ATTN:BRIAN/TIM | | | | |
| | | | | |
| NP6221     NKU12936     RENTAL 60 MONTHS    PO#: DCS69658 | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 12/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 03/01/2008 TO 03/31/2008 | 30.00 | 0.000 % | 0.00 | 30.00 |
| | | | | |
| 13/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 03/01/2008 TO 03/31/2008 | 0.24 | 0.000 % | 0.00 | 0.24 |
| | | | | |
| METER       PREV     CURR     TOTAL     ALLOWANCE     BILL.CPY | | | | |
| METER       113397   113417     20           0           20 | | | | |
| EXCESS METER:    20*0.012000 | | | | |
| | | | | |
| CABINET-2020  00699654    RENTAL 60 MONTHS | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 14/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 03/01/2008 TO 03/31/2008 | 3.00 | 0.000 % | 0.00 | 3.00 |
| | | | | |
| SORTER MS-A1  00699656    RENTAL 60 MONTHS | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 15/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 03/01/2008 TO 03/31/2008 | 10.00 | 0.000 % | 0.00 | 10.00 |
| | | | | |
| ADFD1     ZBL65105    RENTAL 60 MONTHS | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 16/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 03/01/2008 TO 03/31/2008 | 10.00 | 0.000 % | 0.00 | 10.00 |

SUB TOTAL :      53.24
TAX TOTAL :       0.00
INVOICE TOTAL :  53.24

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

**Page 1**                                    **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3446231
INVOICE DATE:  04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      06/09/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05    DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR023011 071
U6YAAE  D56F    CD506

INVOICE TOTAL : 80.86

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | MAIL STOP F-49 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:FRANK PARKS | | | | |
| | | | | | |
| | NP6551    NJE05765    RENTAL 60 MONTHS    PO#: DCS69689 | | | | |
| | INSTALL DATE: 06/12/1998 | | | | |
| 17/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 18/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 0.86 | 0.000 % | 0.00 | 0.86 |

| | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | | | | | |
| METER | 656444 | 656534 | 90 | 0 | 90 |
| EXCESS METER: | 90*0.009500 | | | | |

SUB TOTAL :    80.86
TAX TOTAL :     0.00
INVOICE TOTAL :    80.86

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3446232
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      06/09/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

              P.O. BOX 1042
              DAYTON, OH 45401

USER REF NO: PR023006 003
U6YAAE  D56F   CD506

INVOICE TOTAL : 54.27

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | SECURITY | | | | |
| | 2000 FORRER BLVD. | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:FAYE DURHAM | | | | |
| | | | | | |
| | NP6012   NUC44072   RENTAL 60 MONTHS   PO#: DCS69667 | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 19/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 21.00 | 0.000 % | 0.00 | 21.00 |
| | | | | | |
| 20/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 30.27 | 0.000 % | 0.00 | 30.27 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 239001 | 241163 | 2162 | 0 | 2162 |
| EXCESS METER: | 2162*0.014000 | | | | |

|  | |  | | | |
|---|---|---|---|---|---|
| | CABINET 6012  00580843    RENTAL 60 MONTHS | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 21/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 03/31/2008 | 3.00 | 0.000 % | 0.00 | 3.00 |

SUB TOTAL :     54.27
TAX TOTAL :      0.00
INVOICE TOTAL :  54.27

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                          Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3446233
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     06/09/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05       DELPHI AUTOMOTIVE SYSTEMS

   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO: PR022990 066
U6YAAE  D56F  CD506

INVOICE TOTAL : 65.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | PLANT 17 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:ERNEST | | | | |
| | | | | | |
| | NP6230    NGM12591    RENTAL 60  MONTHS    PO#: DCS69652 | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 22/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |

SUB TOTAL :   65.00
TAX TOTAL :    0.00
INVOICE TOTAL :   65.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
   PLEASE DISPOSE OF PROPERLY.

Page 1

Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3446234
INVOICE DATE: 04/25/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      06/09/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO: PR023009 077
U6YAAE  D56F   CD506

INVOICE TOTAL : 259.55

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIVISION | | | | |
| | REGIONAL PERSONNEL- M/C: F-23 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:AMY MILLER | | | | |
| | | | | | |
| | NP6551    NJE27091    RENTAL 60 MONTHS    PO#: DCS69687 | | | | |
| | INSTALL DATE: 02/25/1999 | | | | |
| 23/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 24/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  03/31/2008 | 179.55 | 0.000 % | 0.00 | 179.55 |

| | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | | | | | |
| METER | 2015200 | 2034100 | 18900 | 0 | 18900 |
| EXCESS METER: | 18900*0.009500 | | | | |

SUB TOTAL :     259.55
TAX TOTAL :       0.00
INVOICE TOTAL :  259.55

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
   PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                                      **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3471985
INVOICE DATE:   05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        07/05/2008
REMIT TO:
      CANON U.S.A., INC.
      P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

      P.O. BOX 1042
      DAYTON, OH 45401

USER REF NO: PR023003 067
U6YAAE  D56F   CD506

INVOICE TOTAL : 73.36

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | SR2000 (R71) | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:KIM LOPEZ | | | | |
| | | | | | |
| | NP6230    NGM13693    RENTAL 60 MONTHS    PO#: DCS69663 | | | | |
| | INSTALL DATE: 07/31/1997 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 8.36 | 0.000 % | 0.00 | 8.36 |

|  | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | | | | | |
| METER | 528869 | 529749 | 880 | 0 | 880 |
| EXCESS METER: | 880*0.009500 | | | | |

SUB TOTAL :        73.36
TAX TOTAL :         0.00
INVOICE TOTAL :    73.36

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
             PLEASE DISPOSE OF PROPERLY.

**Page 1**

Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3471986
INVOICE DATE:  05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      07/05/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

            P.O. BOX 1042
            DAYTON, OH 45401

USER REF NO: PR022997 001
U6YAAE  D56F  CD506

INVOICE TOTAL : 87.36

| INVOICE /<br>ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION<br>DELPHI CHASSIS DIV. OF<br>2000 FORRER BLVD<br>DAYTON, OH 45420<br>ATTN:LARRY GEE | | | | |
| | NP6551    NJE36874    RENTAL 60 MONTHS    PO#: DCS69656<br>INSTALL DATE: 05/31/2000 | | | | |
| 3/ | CUSTOMER PERIOD CHARGE<br>USAGE DATES: 04/01/2008 TO 04/30/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |
| 4/ | CUSTOMER METER USAGE CHARGE<br>USAGE DATES: 04/01/2008 TO 04/30/2008 | 7.36 | 0.000 % | 0.00 | 7.36 |

```
METER         PREV    CURR    TOTAL     ALLOWANCE   BILL.CPY
METER       1144213  1144988    775          0        775
EXCESS METER:    775*0.009500
```

SUB TOTAL :      87.36
TAX TOTAL :       0.00
INVOICE TOTAL :  87.36

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1

Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3471988
INVOICE DATE:  05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      07/05/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05    DELPHI AUTOMOTIVE SYSTEMS

USER REF NO: PR023002 001
U6YAAE  D56F   CD506

P.O. BOX 1042
DAYTON, OH 45401

INVOICE TOTAL : 307.37

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELCO CHASSIS DIV. OF GM | | | | |
| | FAB DEPT PLNT 12 | | | | |
| | WOODMAN DR | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:RICH KATE /POST R30 | | | | |
| | NP6230    NNS04296    RENTAL 60 MONTHS    PO#: DCS69662 | | | | |
| | INSTALL DATE: 05/29/2000 | | | | |
| 7/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| 8/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 04/30/2008 | 242.37 | 0.000 % | 0.00 | 242.37 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 808555 | 834068 | 25513 | 0 | 25513 |
| EXCESS METER: | 25513*0.009500 | | | | |

SUB TOTAL :    307.37
TAX TOTAL :    0.00
INVOICE TOTAL :    307.37

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
PLEASE DISPOSE OF PROPERLY.

Page 1                    Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3471989
INVOICE DATE: 05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     07/05/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022995 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 70.46

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI CHASSIS DIV. OF | | | | |
| SHOCK MFG | | | | |
| WOODMAN DR/PLANT 17 | | | | |
| KETTERING, OH 45420 | | | | |
| ATTN:ROBIN | | | | |
| | | | | |
| NP6230    NNS04313    RENTAL 60 MONTHS   PO#: DCS69654 | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 9/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 04/01/2008 TO 04/30/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | |
| 10/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 04/01/2008 TO 04/30/2008 | 5.46 | 0.000 % | 0.00 | 5.46 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 681428 | 682003 | 575 | 0 | 575 |
| EXCESS METER: | 575*0.009500 | | | | |

SUB TOTAL :      70.46
TAX TOTAL :       0.00
INVOICE TOTAL :  70.46

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                          Print Date 01-27-2010 15:49

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3471990
INVOICE DATE: 05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     07/05/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022996 001
U6YAAE  D56F  CD506

INVOICE TOTAL : 100.65

| INVOICE /<br>ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION<br>DELPHI CHASSIS DIV. OF<br>SHOCK ENG PLNT 17<br>2ND<br>WOODMAN DR/PLANT 17<br>KETTERING, OH 45420<br>ATTN:JOHN KESLER | | | | |
| NP6230    NNS04203    RENTAL 60 MONTHS    PO#: DCS69655<br>INSTALL DATE: 05/31/2000 | | | | |
| 11/ CUSTOMER PERIOD CHARGE<br>USAGE DATES: 04/01/2008 TO 04/30/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| 12/ CUSTOMER METER USAGE CHARGE<br>USAGE DATES: 04/01/2008 TO 04/30/2008 | 35.65 | 0.000 % | 0.00 | 35.65 |

```
METER       PREV     CURR     TOTAL      ALLOWANCE     BILL.CPY
METER       664963   668716   3753             0        3753
EXCESS METER:     3753*0.009500
```

    SUB TOTAL :   100.65
    TAX TOTAL :     0.00
    INVOICE TOTAL :   100.65

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3471991
INVOICE DATE:   05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        07/05/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#: 516/328-5412

D56F05    DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022998 001
U6YAAE D56F   CD506

INVOICE TOTAL : 53.19

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI CHASSIS DIV. OF | | | | |
| WOODMAN DR/PLANT 11 | | | | |
| KETTERING, OH 45420 | | | | |
| ATTN:BRIAN/TIM | | | | |
| | | | | |
| NP6221    NKU12936    RENTAL 60 MONTHS    PO#: DCS69658 | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 13/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 04/01/2008 TO 04/30/2008 | 30.00 | 0.000 % | 0.00 | 30.00 |
| | | | | |
| 14/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 04/01/2008 TO 04/30/2008 | 0.19 | 0.000 % | 0.00 | 0.19 |
| | | | | |
| METER    PREV    CURR    TOTAL    ALLOWANCE    BILL.CPY | | | | |
| METER    113417    113433    16    0    16 | | | | |
| EXCESS METER:    16*0.012000 | | | | |
| | | | | |
| CABINET-2020   00699654    RENTAL 60 MONTHS | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 15/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 04/01/2008 TO 04/30/2008 | 3.00 | 0.000 % | 0.00 | 3.00 |
| | | | | |
| SORTER MS-A1   00699656    RENTAL 60 MONTHS | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 16/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 04/01/2008 TO 04/30/2008 | 10.00 | 0.000 % | 0.00 | 10.00 |
| | | | | |
| ADFD1    ZBL65105    RENTAL 60 MONTHS | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 17/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 04/01/2008 TO 04/30/2008 | 10.00 | 0.000 % | 0.00 | 10.00 |

    SUB TOTAL :    53.19
    TAX TOTAL :    0.00
    INVOICE TOTAL :    53.19

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3471992
INVOICE DATE:  05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      07/05/2008
REMIT TO:
     CANON U.S.A., INC.
     P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05    DELPHI AUTOMOTIVE SYSTEMS

          P.O. BOX 1042
          DAYTON, OH 45401

USER REF NO: PR023011 071
U6YAAE  D56F   CD506

INVOICE TOTAL : 86.60

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | MAIL STOP F-49 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:FRANK PARKS | | | | |
| | | | | | |
| | NP6551   NJE05765   RENTAL 60 MONTHS   PO#: DCS69689 | | | | |
| | INSTALL DATE: 06/12/1998 | | | | |
| 18/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 19/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 6.60 | 0.000 % | 0.00 | 6.60 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 656534 | 657229 | 695 | 0 | 695 |
| EXCESS METER: | 695*0.009500 | | | | |

SUB TOTAL :        86.60
TAX TOTAL :         0.00
INVOICE TOTAL :    86.60

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

Page 1                                          Print Date 01-27-2010 15:49



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3471993
INVOICE DATE: 05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       07/05/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR023006 003
U6YAAE  D56F   CD506

INVOICE TOTAL : 25.61

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | SECURITY | | | | |
| | 2000 FORRER BLVD. | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:FAYE DURHAM | | | | |
| | | | | | |
| | NP6012    NUC44072    RENTAL 60 MONTHS    PO#: DCS69667 | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 20/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 21.00 | 0.000 % | 0.00 | 21.00 |
| | | | | | |
| 21/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 1.61 | 0.000 % | 0.00 | 1.61 |
| | | | | | |
| | METER        PREV    CURR    TOTAL    ALLOWANCE    BILL.CPY | | | | |
| | METER        241163   241278    115          0         115 | | | | |
| | EXCESS METER:    115*0.014000 | | | | |
| | | | | | |
| | CABINET 6012   00580843    RENTAL 60  MONTHS | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 22/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 3.00 | 0.000 % | 0.00 | 3.00 |

SUB TOTAL :        25.61
TAX TOTAL :         0.00
INVOICE TOTAL :    25.61

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
              PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                    **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3471994
INVOICE DATE: 05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      07/05/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO: PR022990 066
U6YAAE  D56F   CD506

INVOICE TOTAL : 72.90

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | PLANT 17 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:ERNEST | | | | |
| | | | | | |
| | NP6230    NGM12591    RENTAL 60 MONTHS  PO#: DCS69652 | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 23/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 04/30/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | | |
| 24/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 04/30/2008 | 7.90 | 0.000 % | 0.00 | 7.90 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 207133 | 207965 | 832 | 0 | 832 |
| EXCESS METER: | 832*0.009500 | | | | |

SUB TOTAL :      72.90
TAX TOTAL :       0.00
INVOICE TOTAL :  72.90

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
PLEASE DISPOSE OF PROPERLY.



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V347199S
INVOICE DATE: 05/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:    07/05/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05    DELPHI AUTOMOTIVE SYSTEMS

P.O. BOX 1042
DAYTON, OH 45401

USER REF NO: PR023009 077
U6YAAE  D56F   CD506

INVOICE TOTAL : 162.16

| INVOICE /<br>ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION<br>DELPHI CHASSIS DIVISION<br>REGIONAL PERSONNEL- M/C: F-23<br>2000 FORRER BLVD.<br>DAYTON, OH 45420<br>ATTN:AMY MILLER | | | | |
| | NP6551    NJE27091    RENTAL 60 MONTHS    PO#: DCS69687<br>INSTALL DATE: 02/25/1999 | | | | |
| 25/ | CUSTOMER PERIOD CHARGE<br>USAGE DATES: 04/01/2008 TO 04/30/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |
| 26/ | CUSTOMER METER USAGE CHARGE<br>USAGE DATES: 04/01/2008 TO 04/30/2008 | 82.16 | 0.000 % | 0.00 | 82.16 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 2034100 | 2042748 | 8648 | 0 | 8648 |
| EXCESS METER: | 8648*0.009500 | | | | |

SUB TOTAL :     162.16
TAX TOTAL :       0.00
INVOICE TOTAL :   162.16

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                    **Print Date 01-27-2010 15:49**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3510688
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        08/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR023009 077
U6YAAE  D56F   CD506

INVOICE TOTAL : 365.22

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIVISION | | | | |
| | REGIONAL PERSONNEL- M/C: F-23 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:AMY MILLER | | | | |
| | | | | | |
| | NP6551    NJE27091    RENTAL 60 MONTHS    PO#: DCS69687 | | | | |
| | INSTALL DATE: 02/25/1999 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO  06/05/2008 | 93.60 | 0.000 % | 0.00 | 93.60 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO  06/05/2008 | 271.62 | 0.000 % | 0.00 | 271.62 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 2042748 | 2071340 | 28592 | 0 | 28592 |
| EXCESS METER: | 28592*0.009500 | | | | |

SUB TOTAL :        365.22
TAX TOTAL :            0.00
INVOICE TOTAL :    365.22

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                                    **Print Date 01-27-2010 15:49**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3510689
INVOICE DATE:  06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      08/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR023003 067
U6YAAE  D56F   CD506

INVOICE TOTAL : 77.26

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | SR2000 (R71) | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:KIM LOPEZ | | | | |
| | | | | | |
| | NP6230    NGM13693    RENTAL 60 MONTHS    PO#: DCS69663 | | | | |
| | INSTALL DATE: 07/31/1997 | | | | |
| 3/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 76.05 | 0.000 % | 0.00 | 76.05 |
| | | | | | |
| 4/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 1.21 | 0.000 % | 0.00 | 1.21 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 529749 | 529876 | 127 | 0 | 127 |
| EXCESS METER: | 127*0.009500 | | | | |

SUB TOTAL :    77.26
TAX TOTAL :     0.00
INVOICE TOTAL :  77.26

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**                                    **Print Date 01-27-2010 15:49**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3510690
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:    08/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR022996 001
U6YAAE D56F   CD506

INVOICE TOTAL : 114.53

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | SHOCK ENG PLNT 17 | | | | |
| | 2ND | | | | |
| | WOODMAN DR/PLANT 17 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:JOHN KESLER | | | | |
| | | | | | |
| | NP6230    NNS04203    RENTAL 60 MONTHS   PO#: DCS69655 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 5/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 76.05 | 0.000 % | 0.00 | 76.05 |
| | | | | | |
| 6/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 38.48 | 0.000 % | 0.00 | 38.48 |
| | | | | | |
| | METER     PREV   CURR   TOTAL   ALLOWANCE   BILL.CPY | | | | |
| | METER    668716  672767   4051          0     4051 | | | | |
| | EXCESS METER:   4051*0.009500 | | | | |

SUB TOTAL :     114.53
TAX TOTAL :       0.00
INVOICE TOTAL :   114.53

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

Page 1                                           Print Date 01-27-2010 15:49



## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3510691
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     08/07/2008
REMIT TO:
     CANON U.S.A., INC.
     P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

         P.O. BOX 1042
         DAYTON, OH 45401

USER REF NO: PR022995 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 101.67

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | SHOCK MFG | | | | |
| | WOODMAN DR/PLANT 17 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ROBIN | | | | |
| | | | | | |
| | NP6230    NNS04313    RENTAL 60 MONTHS   PO#: DCS69654 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 7/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO  06/05/2008 | 76.05 | 0.000 % | 0.00 | 76.05 |
| | | | | | |
| 8/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO  06/05/2008 | 25.62 | 0.000 % | 0.00 | 25.62 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 682003 | 684700 | 2697 | 0 | 2697 |
| EXCESS METER: | 2697*0.009500 | | | | |

SUB TOTAL :      101.67
TAX TOTAL :        0.00
INVOICE TOTAL :  101.67

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                         **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3510692
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      08/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022997 001
U6YAAE D56F   CD506

INVOICE TOTAL : 260.39

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | 2000 FORRER BLVD | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:LARRY GEE | | | | |
| | | | | | |
| | NP6551    NJE36874    RENTAL 60 MONTHS    PO#: DCS69656 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 9/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO  06/05/2008 | 93.60 | 0.000 % | 0.00 | 93.60 |
| | | | | | |
| 10/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO  06/05/2008 | 166.79 | 0.000 % | 0.00 | 166.79 |
| | | | | | |
| | METER      PREV      CURR      TOTAL      ALLOWANCE      BILL.CPY | | | | |
| | METER    1144988   1162545   17557              0          17557 | | | | |
| | EXCESS METER:    17557*0.009500 | | | | |

SUB TOTAL :     260.39
TAX TOTAL :       0.00
INVOICE TOTAL :  260.39

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                    **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3510693
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     08/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

            P.O. BOX 1042
            DAYTON, OH 45401

USER REF NO: PR023002 001
U6YAAE D56F   CD506

INVOICE TOTAL : 143.13

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELCO CHASSIS DIV. OF GM | | | | |
| | FAB DEPT PLNT 12 | | | | |
| | WOODMAN DR | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:RICH KATE /POST R30 | | | | |
| | | | | | |
| | NP6230   NNS04296   RENTAL 60 MONTHS   PO#: DCS69662 | | | | |
| | INSTALL DATE: 05/29/2000 | | | | |
| 11/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 76.05 | 0.000 % | 0.00 | 76.05 |
| | | | | | |
| 12/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 67.08 | 0.000 % | 0.00 | 67.08 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 834068 | 841129 | 7061 | 0 | 7061 |
| EXCESS METER: | 7061*0.009500 | | | | |

SUB TOTAL :      143.13
TAX TOTAL :        0.00
INVOICE TOTAL :  143.13

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3510694
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     08/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR022990 066
U6YAAE  D56F   CD506

INVOICE TOTAL : 76.05

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | PLANT 17 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:ERNEST | | | | |
| | | | | | |
| | NP6230   NGM12591   RENTAL 60 MONTHS   PO#: DCS69652 | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 13/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 76.05 | 0.000 % | 0.00 | 76.05 |
| | | | | | |
| 14/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 207965 | 207965 | 0 | 0 | 0 |

SUB TOTAL :   76.05
TAX TOTAL :    0.00
INVOICE TOTAL :   76.05

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

**Page 1**                                          **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3510695
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     08/07/2008
REMIT TO:
        CANON U.S.A., INC.
        P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:   516/328-5412

D56F05     DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR022998 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 62.60

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:BRIAN/TIM | | | | |
| | | | | | |
| | NP6221    NKU12936    RENTAL 60 MONTHS    PO#: DCS69658 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 15/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 35.10 | 0.000 % | 0.00 | 35.10 |
| | | | | | |
| 16/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 0.59 | 0.000 % | 0.00 | 0.59 |
| | | | | | |
| | METER       PREV      CURR      TOTAL      ALLOWANCE    BILL.CPY | | | | |
| | METER      113433    113482      49            0          49 | | | | |
| | EXCESS METER:    49*0.012000 | | | | |
| | | | | | |
| | CABINET-2020  00699654    RENTAL 60 MONTHS | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 17/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 3.51 | 0.000 % | 0.00 | 3.51 |
| | | | | | |
| | SORTER MS-A1  00699656    RENTAL 60 MONTHS | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 18/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 11.70 | 0.000 % | 0.00 | 11.70 |
| | | | | | |
| | ADFD1      ZBL65105    RENTAL 60 MONTHS | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 19/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 11.70 | 0.000 % | 0.00 | 11.70 |

SUB TOTAL :       62.60
TAX TOTAL :        0.00
INVOICE TOTAL :   62.60

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                          **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3510696
INVOICE DATE:  06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       08/07/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

   P.O. BOX 1042
   DAYTON, OH 45401

USER REF NO: PR023011 071
U6YAAE  D56F   CD506

INVOICE TOTAL : 189.35

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | MAIL STOP F-49 | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:FRANK PARKS | | | | |
| | NP6551   NJE05765   RENTAL 60 MONTHS   PO#: DCS69689 | | | | |
| | INSTALL DATE: 06/12/1998 | | | | |
| 20/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 93.60 | 0.000 % | 0.00 | 93.60 |
| 21/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 95.75 | 0.000 % | 0.00 | 95.75 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 657229 | 667308 | 10079 | 0 | 10079 |
| EXCESS METER: | 10079*0.009500 | | | | |

SUB TOTAL :      189.35
TAX TOTAL :        0.00
INVOICE TOTAL :      189.35

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
     PLEASE DISPOSE OF PROPERLY.

**Page 1**                                    **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3510697
INVOICE DATE: 06/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       08/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

USER REF NO: PR023006 003
U6YAAE D56F   CD506

        P.O. BOX 1042
        DAYTON, OH 45401

INVOICE TOTAL : 43.65

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | SECURITY | | | | |
| | 2000 FORRER BLVD. | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:FAYE DURHAM | | | | |
| | | | | | |
| | NP6012    NUC44072    RENTAL 60 MONTHS    PO#: DCS69667 | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 22/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 24.57 | 0.000 % | 0.00 | 24.57 |
| 23/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 15.57 | 0.000 % | 0.00 | 15.57 |
| | METER        PREV    CURR    TOTAL    ALLOWANCE    BILL.CPY | | | | |
| | METER        241278  242390  1112           0           1112 | | | | |
| | EXCESS METER:    1112*0.014000 | | | | |
| | | | | | |
| | CABINET 6012  00580843    RENTAL 60 MONTHS | | | | |
| | INSTALL DATE: 06/24/1997 | | | | |
| 24/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 05/01/2008 TO 06/05/2008 | 3.51 | 0.000 % | 0.00 | 3.51 |

SUB TOTAL :      43.65
TAX TOTAL :       0.00
INVOICE TOTAL :      43.65

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

**Page 1**                                              **Print Date 01-27-2010 15:49**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3553591
INVOICE DATE: 07/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     09/07/2008
REMIT TO:
      CANON U.S.A., INC.
      P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05       DELPHI AUTOMOTIVE SYSTEMS

         P.O. BOX 1042
         DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 22.08

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130   NVF13666   RENTAL 60 MONTHS   PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 06/30/2008 | 22.00 | 0.000 % | 0.00 | 22.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 06/30/2008 | 0.08 | 0.000 % | 0.00 | 0.08 |

METER
METER          PREV     CURR    TOTAL      ALLOWANCE    BILL.CPY
               46846    46851      5            0           5
EXCESS METER:   5*0.015000

SUB TOTAL :      22.08
TAX TOTAL :       0.00
INVOICE TOTAL :  22.08

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                    Print Date 01-27-2010 15:49



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3594501
INVOICE DATE:  08/21/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      10/05/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130    NVF13666    RENTAL 60 MONTHS    PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 07/01/2008 TO 07/31/2008 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL :        22.00
TAX TOTAL :         0.00
INVOICE TOTAL :    22.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

Page 1                                              Print Date 01-27-2010 15:49

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                              D56F05



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3628200
INVOICE DATE: 09/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      11/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE D56F  CD506

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130    NVF13666    RENTAL 60 MONTHS    PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 08/01/2008 TO 08/31/2008 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL :      22.00
TAX TOTAL :       0.00
INVOICE TOTAL :  22.00

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                    **Print Date 01-27-2010 15:49**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3674593
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130    NVF13666    RENTAL 60  MONTHS    PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 09/01/2008  TO  09/30/2008 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL :   22.00
TAX TOTAL :    0.00
INVOICE TOTAL :   22.00

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3711320
INVOICE DATE:  11/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      01/08/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

        P.O. BOX 1042
        DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130   NVF13666   RENTAL 60 MONTHS   PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 10/31/2008 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL : 22.00
TAX TOTAL : 0.00
INVOICE TOTAL : 22.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

Page 1                                                    Print Date 01-27-2010 15:49



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3742114
INVOICE DATE: 12/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      02/06/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE D56F   CD506

INVOICE TOTAL : 27.57

| INVOICE /<br>ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI CHASSIS DIV. OF | | | | |
| METROLOGY LAB | | | | |
| WOODMAN DR/PLANT 11 | | | | |
| KETTERING, OH 45420 | | | | |
| ATTN:ALAN WOLF | | | | |
| | | | | |
| NP7130    NVF13666    RENTAL 60  MONTHS    PO#: DCS69659 | | | | |
| INSTALL DATE: 05/31/2000 | | | | |
| 1/ CUSTOMER PERIOD CHARGE | | | | |
|    USAGE DATES: 11/01/2008  TO  11/30/2008 | 22.00 | 0.000 % | 0.00 | 22.00 |
| | | | | |
| 2/ CUSTOMER METER USAGE CHARGE | | | | |
|    USAGE DATES: 07/01/2008  TO  11/30/2008 | 5.57 | 0.000 % | 0.00 | 5.57 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 46851 | 47222 | 371 | 0 | 371 |
| EXCESS METER: | 371*0.015000 | | | | |

SUB TOTAL :        27.57
TAX TOTAL :         0.00
INVOICE TOTAL :    27.57

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
      PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                      **Print Date 01-27-2010 15:49**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3785422
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     03/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05      DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F  CD506

INVOICE TOTAL : 31.74

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130    NVF13666    RENTAL 60 MONTHS    PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 12/01/2008 TO 12/31/2008 | 22.00 | 0.000 % | 0.00 | 22.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 12/01/2008 TO 12/31/2008 | 9.74 | 0.000 % | 0.00 | 9.74 |

```
METER          PREV     CURR     TOTAL     ALLOWANCE     BILL.CPY
METER          47222    47871    649             0        649
EXCESS METER:  649*0.015000
```

SUB TOTAL :    31.74
TAX TOTAL :     0.00
INVOICE TOTAL :    31.74

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**

**Print Date 01-27-2010 15:49**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3828748
INVOICE DATE: 02/26/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     04/12/2009
REMIT TO:
          CANON U.S.A., INC.
          P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

          P.O. BOX 1042
          DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F   CD506

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130   NVF13666   RENTAL 60 MONTHS   PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 01/31/2009 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL :      22.00
TAX TOTAL :       0.00
INVOICE TOTAL :  22.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                          Print Date 01-27-2010 15:49



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3858053
INVOICE DATE: 03/24/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:        05/23/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

USER REF NO: PR022999 001
U6YAAE  D56F    CD506

    P.O. BOX 1042
    DAYTON, OH 45401

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130    NVF13666    RENTAL 60 MONTHS    PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 02/01/2009 TO 02/28/2009 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL :    22.00
TAX TOTAL :    0.00
INVOICE TOTAL :    22.00

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

Page 1

Print Date 01-27-2010 15:49



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3890351
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:       06/20/2009
REMIT TO:
        CANON U.S.A., INC.
        P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

            P.O. BOX 1042
            DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F  CD506

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION DELPHI CHASSIS DIV. OF METROLOGY LAB WOODMAN DR/PLANT 11 KETTERING, OH 45420 ATTN:ALAN WOLF | | | | |
| | NP7130    NVF13666    RENTAL 60 MONTHS    PO#: DCS69659 INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE USAGE DATES: 03/01/2009 TO 03/31/2009 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL :      22.00
TAX TOTAL :       0.00
INVOICE TOTAL :  22.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
              PLEASE DISPOSE OF PROPERLY.

Page 1                                                          Print Date 01-27-2010 15:49

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                                       D56F05



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3936152
INVOICE DATE: 05/22/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      07/21/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F05        DELPHI AUTOMOTIVE SYSTEMS

    P.O. BOX 1042
    DAYTON, OH 45401

USER REF NO: PR022999 001
U6YAAE  D56F    CD506

INVOICE TOTAL : 22.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIV. OF | | | | |
| | METROLOGY LAB | | | | |
| | WOODMAN DR/PLANT 11 | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:ALAN WOLF | | | | |
| | | | | | |
| | NP7130    NVF13666    RENTAL 60 MONTHS    PO#: DCS69659 | | | | |
| | INSTALL DATE: 05/31/2000 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009  TO  04/30/2009 | 22.00 | 0.000 % | 0.00 | 22.00 |

SUB TOTAL :  22.00
TAX TOTAL :   0.00
INVOICE TOTAL :  22.00

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

---

        **Print Date 01~27-2010 15:49**

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F05

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R2899145
INVOICE DATE: 07/24/2007
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        09/07/2007
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F  CK506

INVOICE TOTAL :  150.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR SYSTEMS | | | | |
| | 1401 CROOKS RD. | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS58509    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 08/08/2001 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2007  TO  06/30/2007 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :    150.00
TAX TOTAL :    0.00
INVOICE TOTAL :    150.00

Print Date 01-27-2010 15:50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R2899146
INVOICE DATE: 07/24/2007
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        09/07/2007
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

        1401 CROOKS
        TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F  CK506

INVOICE TOTAL : 150.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI SAFETY & INTERIOR | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS74277    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 05/03/2002 | | | | |
| | CONTRACT#:   U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2007  TO  06/30/2007 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :     150.00
TAX TOTAL :       0.00
INVOICE TOTAL :     150.00

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3096718
INVOICE DATE: 01/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        03/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

1401 CROOKS
TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F  CK506

INVOICE TOTAL : 150.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR SYSTEMS | | | | |
| | 1401 CROOKS RD. | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS58509    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 08/08/2001 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2007 TO 12/31/2007 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :      150.00
TAX TOTAL :          0.00
INVOICE TOTAL :   150.00

Page 1                                                        Print Date 01-27-2010 15:50

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3096719
INVOICE DATE: 01/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       03/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F  CK506

INVOICE TOTAL : 150.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI SAFETY & INTERIOR | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS74277    RENTAL 60 MONTHS   PO#: FDS75426 | | | | |
| | INSTALL DATE: 05/03/2002 | | | | |
| | CONTRACT#:   U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2007 TO 12/31/2007 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :       150.00
TAX TOTAL :           0.00
INVOICE TOTAL :   150.00

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3199615
INVOICE DATE: 04/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:         06/07/2008
REMIT TO:
      CANON U.S.A., INC.
      P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

USER REF NO: DWB00275
U6YAAE  D56F  CK506

              1401 CROOKS
              TROY, MI 48084

INVOICE TOTAL : 150.00

| INVOICE /<br>ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION<br>DELPHI INTERIOR SYSTEMS<br>1401 CROOKS RD.<br>TROY, MI 48084<br>ATTN:ROBEN RICHARDSON | | | | |
| | LC9000L    UYS58509    RENTAL 60  MONTHS    PO#: FDS75426<br>INSTALL DATE: 08/08/2001<br>CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE<br>USAGE DATES: 01/01/2008  TO  03/31/2008 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL : 150.00
TAX TOTAL : 0.00
INVOICE TOTAL : 150.00

Page 1

Print Date 01-27-2010 15:50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06



## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3199616
INVOICE DATE: 04/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       06/07/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F   CK506

INVOICE TOTAL : 150.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI SAFETY & INTERIOR | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS74277    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 05/03/2002 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2008  TO  03/31/2008 | 150.00 | 0.000 % | 0.00 | 150.00 |

                SUB TOTAL :      150.00
                TAX TOTAL :        0.00
          INVOICE TOTAL :      150.00

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3300997
INVOICE DATE: 07/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      09/06/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

              1401 CROOKS
              TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F   CK506

INVOICE TOTAL : 150.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR SYSTEMS | | | | |
| | 1401 CROOKS RD. | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS58509    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 08/08/2001 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 06/30/2008 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :     150.00
TAX TOTAL :       0.00
INVOICE TOTAL :  150.00

Page 1                                        Print Date 01-27-2010 15:50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3300998
INVOICE DATE: 07/23/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      09/06/2008
REMIT TO:
　　CANON U.S.A., INC.
　　P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

　　1401 CROOKS
　　TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F   CK506

INVOICE TOTAL : 150.00

| INVOICE /  ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI SAFETY & INTERIOR | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS74277    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 05/03/2002 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2008  TO  06/30/2008 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :    150.00
TAX TOTAL :      0.00
INVOICE TOTAL :    150.00

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3397894
INVOICE DATE:  10/22/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/06/2008
REMIT TO:
     CANON U.S.A., INC.
     P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

            1401 CROOKS
            TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F  CK506

INVOICE TOTAL : 150.00

| INVOICE /<br>ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION<br>DELPHI INTERIOR SYSTEMS<br>1401 CROOKS RD.<br>TROY, MI 48084<br>ATTN:ROBEN RICHARDSON | | | | |
| | LC9000L    UYS58509    RENTAL 60 MONTHS    PO#: FDS75426<br>INSTALL DATE: 08/08/2001<br>CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE<br>USAGE DATES: 07/01/2008 TO 09/30/2008 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :      150.00
TAX TOTAL :       0.00
INVOICE TOTAL :  150.00

Page 1                                                  Print Date 01-27-2010 15:50



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3397895
INVOICE DATE:  10/22/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/06/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06    DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F   CK506

INVOICE TOTAL : 150.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI SAFETY & INTERIOR | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS74277    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 05/03/2002 | | | | |
| | CONTRACT#:  U6Y | | | | |
| I/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 07/01/2008 TO 09/30/2008 | 150.00 | 0.000 % | 0.00 | 150.00 |

SUB TOTAL :   150.00
TAX TOTAL :     0.00
INVOICE TOTAL :   150.00

Page 1                                          Print Date 01-27-2010 15:50

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3443383
INVOICE DATE: 12/03/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      01/17/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

        1401 CROOKS
        TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F   CK506

INVOICE TOTAL : 91.50

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR SYSTEMS | | | | |
| | 1401 CROOKS RD. | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS58509    RENTAL 60 MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 08/08/2001 | | | | |
| | CONTRACT#: | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 11/25/2008 | 91.50 | 0.000 % | 0.00 | 91.50 |

SUB TOTAL :    91.50
TAX TOTAL :     0.00
INVOICE TOTAL :   91.50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3443384
INVOICE DATE: 12/03/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        01/17/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: DWB00275
U6YAAE  D56F   CK506

INVOICE TOTAL : 91.50

| INVOICE /<br>ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI SAFETY & INTERIOR | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | LC9000L    UYS74277    RENTAL 60  MONTHS    PO#: FDS75426 | | | | |
| | INSTALL DATE: 05/03/2002 | | | | |
| | CONTRACT#: | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008  TO  11/25/2008 | 91.50 | 0.000 % | 0.00 | 91.50 |

SUB TOTAL :  91.50
TAX TOTAL :  0.00
INVOICE TOTAL :  91.50

Page 1                                                                Print Date 01-27-2010 15:50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674594
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

              1401 CROOKS
              TROY, MI 48084

USER REF NO:
U6YAAE  D56F  CD506

INVOICE TOTAL : 272.97

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | RA7000260840220000000000000 | | | | |
| | ICS | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE44850   RENTAL 60 MONTHS   PO#: TCB03969 | | | | |
| | INSTALL DATE: 03/01/2002 | | | | |
| | 1/ CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| | 2/ CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 32.97 | 0.000 % | 0.00 | 32.97 |

```
METER       PREV     CURR     TOTAL     ALLOWANCE     BILL.CPY
METER       414247   417717   3470              0      3470
EXCESS METER:    3470*0.009500
```

SUB TOTAL :      272.97
TAX TOTAL :        0.00
INVOICE TOTAL :  272.97

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

---

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674595
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06       DELPHI INTERIOR SYSTEMS

             1401 CROOKS
             TROY, MI 48084

USER REF NO:
U6YAAE D56F  CD506

INVOICE TOTAL : 406.99

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | RA700026084022000000000000 | | | | |
| | ETS | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE44872   RENTAL 60 MONTHS   PO#: TCB03969 | | | | |
| | INSTALL DATE: 03/01/2002 | | | | |
| 3/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 4/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 166.99 | 0.000 % | 0.00 | 166.99 |

```
METER        PREV      CURR     TOTAL     ALLOWANCE     BILL.CPY
METER        374830    392408   17578         0         . 17578
EXCESS METER:    17578*0.009500
```

SUB TOTAL :   406.99
TAX TOTAL :     0.00
INVOICE TOTAL :   406.99

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674596
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO:
U6YAAE D56F  CD506

INVOICE TOTAL : 304.74

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | RA700026084022000000000000 | | | | |
| | PURCHASING | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE44873   RENTAL 60 MONTHS   PO#: TCB03969 | | | | |
| | INSTALL DATE: 03/01/2002 | | | | |
| 5/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 6/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 64.74 | 0.000 % | 0.00 | 64.74 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 832290 | 839105 | 6815 | 0 | 6815 |
| EXCESS METER: | 6815*0.009500 | | | | |

SUB TOTAL :      304.74
TAX TOTAL :        0.00
INVOICE TOTAL :  304.74

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
   PLEASE DISPOSE OF PROPERLY.



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674597
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     12/08/2008
REMIT TO:
      CANON U.S.A., INC.
      P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

      1401 CROOKS
      TROY, MI 48084

USER REF NO: TCB03969
U6YAAE D56F   CD506

INVOICE TOTAL : 278.67

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR | | | | |
| | SECRETARY POOLE | | | | |
| | ICS | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE05271   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 7/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008  TO  12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 8/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008  TO  09/30/2008 | 38.67 | 0.000 % | 0.00 | 38.67 |

```
      METER        PREV      CURR    TOTAL      ALLOWANCE    BILL.CPY
      METER       948345    952416    4071            0        4071
      EXCESS METER:    4071*0.009500
```

SUB TOTAL :   278.67
TAX TOTAL :     0.00
INVOICE TOTAL :   278.67

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
      PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                        **Print Date 01-27-2010 15:50**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674598
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 257.24

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR | | | | |
| | HALLWAY | | | | |
| | THERMAL LAB | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE06094   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 9/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 10/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 17.24 | 0.000 % | 0.00 | 17.24 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 423392 | 425207 | 1815 | 0 | 1815 |
| EXCESS METER: | 1815*0.009500 | | | | |

SUB TOTAL :   257.24
TAX TOTAL :   0.00
INVOICE TOTAL :   257.24

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**        **Print Date 01-27-2010 15:50**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3674599
INVOICE DATE:  10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 312.49

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR | | | | |
| | DOOR SYSTEM | | | | |
| | ICS | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE06100   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 11/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 12/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 72.49 | 0.000 % | 0.00 | 72.49 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 792528 | 800159 | 7631 | 0 | 7631 |
| EXCESS METER: | 7631*0.009500 | | | | |

SUB TOTAL :      312.49
TAX TOTAL :          0.00
INVOICE TOTAL :  312.49

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

Page 1                                                    Print Date 01-27-2010 15:50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                                        D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3674600
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:       12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06       DELPHI INTERIOR SYSTEMS

        1401 CROOKS
        TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 274.03

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | ADG | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551    NJE06103    RENTAL 60 MONTHS    PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 13/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 14/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 34.03 | 0.000 % | 0.00 | 34.03 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 413427 | 417009 | 3582 | 0 | 3582 |
| EXCESS METER: | 3582*0.009500 | | | | |

SUB TOTAL :    274.03
TAX TOTAL :    0.00
INVOICE TOTAL :    274.03

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                        **Print Date 01-27-2010 15:50**

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED
                                                        D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3674601
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

        1401 CROOKS
        TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 318.06

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | ADG | | | | |
| | PERSONNEL | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE06105   RENTAL 60  MONTHS  PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 15/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008  TO  12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 16/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008  TO  09/30/2008 | 78.06 | 0.000 % | 0.00 | 78.06 |

|  | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | | | | | |
| METER | 503541 | 511758 | 8217 | 0 | 8217 |
| EXCESS METER: | 8217*0.009500 | | | | |

SUB TOTAL :      318.06
TAX TOTAL :        0.00
INVOICE TOTAL :   318.06

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
            PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                    **Print Date 01-27-2010 15:50**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674602
INVOICE DATE:  10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06       DELPHI INTERIOR SYSTEMS

             1401 CROOKS
             TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 241.03

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | EXEC ROW | | | | |
| | MAN ENG | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE06113   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 17/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 18/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 1.03 | 0.000 % | 0.00 | 1.03 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 677552 | 677660 | 108 | 0 | 108 |
| EXCESS METER: | 108*0.009500 | | | | |

SUB TOTAL :     241.03
TAX TOTAL :       0.00
INVOICE TOTAL :  241.03

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                      D56F06



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:  V3674603
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:    12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06     DELPHI INTERIOR SYSTEMS

      1401 CROOKS
      TROY, MI 48084

USER REF NO: TCB03969
U6YAAE D56F  CD506

INVOICE TOTAL : 401.87

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | SALES & MARKETING | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551  NJE10127  RENTAL 60 MONTHS  PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 06/01/1998 | | | | |
| 19/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 20/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 161.87 | 0.000 % | 0.00 | 161.87 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 1333842 | 1350881 | 17039 | 0 | 17039 |
| EXCESS METER: | 17039*0.009500 | | | | |

SUB TOTAL :    401.87
TAX TOTAL :    0.00
INVOICE TOTAL :    401.87

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674604
INVOICE DATE:  10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06     DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 270.02

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR | | | | |
| | DOOR SYSTEM | | | | |
| | ADG | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE06642   RENTAL 60  MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 06/01/1998 | | | | |
| 21/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 22/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 30.02 | 0.000 % | 0.00 | 30.02 |

| METER | | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|---|
| METER | | 772932 | 776092 | 3160 | 0 | 3160 |
| EXCESS METER: | 3160*0.009500 | | | | | |

SUB TOTAL :     270.02
TAX TOTAL :       0.00
INVOICE TOTAL :  270.02

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

Page 1                                          Print Date 01-27-2010 15:50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674605
INVOICE DATE:  10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:    12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 266.05

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR | | | | |
| | ADG MEDIA CENTER | | | | |
| | COCKPITS | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE06738   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 06/01/1998 | | | | |
| 23/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 24/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 26.05 | 0.000 % | 0.00 | 26.05 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 235125 | 237867 | 2742 | 0 | 2742 |
| EXCESS METER: | 2742*0.009500 | | | | |

SUB TOTAL :   266.05
TAX TOTAL :     0.00
INVOICE TOTAL :   266.05

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                          **Print Date 01-27-2010 15:50**

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                                          D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674606
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06    DELPHI INTERIOR SYSTEMS

          1401 CROOKS
          TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CO506

INVOICE TOTAL : 240.78

| INVOICE /<br>ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION<br>GENERAL MOTORS CORP<br>DELPHI INTERIOR & LIGHT<br>EDS<br>1401 CROOKS<br>TROY, MI 48084<br>ATTN:ROBEN RICHARDSON EDS DEPT | | | | |
| NP6551   NJE17465   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000<br>INSTALL DATE: 12/14/1998 | | | | |
| 25/ CUSTOMER PERIOD CHARGE<br>USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 26/ CUSTOMER METER USAGE CHARGE<br>USAGE DATES: 06/01/2008 TO 09/30/2008 | 0.78 | 0.000 % | 0.00 | 0.78 |

```
METER          PREV     CURR    TOTAL     ALLOWANCE    BILL.CPY
METER        280104   280186      82             0          82
EXCESS METER:    82*0.009500
```

SUB TOTAL :     240.78
TAX TOTAL :       0.00
INVOICE TOTAL :  240.78

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

**Page 1**                                              **Print Date 01-27-2010 15:50**

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                        D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3674607
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06    DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 375.44

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | QUALITY | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBIN RICHARDSON QUALITY | | | | |
| | NP6551   NJE17323   RENTAL 60  MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 27/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008  TO  12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 28/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008  TO  09/30/2008 | 135.44 | 0.000 % | 0.00 | 135.44 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 639044 | 653301 | 14257 | 0 | 14257 |
| EXCESS METER: | 14257*0.009500 | | | | |

SUB TOTAL :      375.44
TAX TOTAL :        0.00
INVOICE TOTAL :  375.44

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                                    Print Date 01-27-2010 15:50



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674608
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     12/08/2008
REMIT TO:
     CANON U.S.A., INC.
     P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06     DELPHI INTERIOR SYSTEMS

         1401 CROOKS
         TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 245.80

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | PERSONNEL | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBIN RICHARDSON HR DEPT | | | | |
| | | | | | |
| | NP6551    NJE17445    RENTAL 60 MONTHS    PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 29/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008  TO  12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 30/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008  TO  09/30/2008 | 5.80 | 0.000 % | 0.00 | 5.80 |

```
METER           PREV     CURR    TOTAL      ALLOWANCE    BILL.CPY
METER          633663   634274    611            0          611
EXCESS METER:    611*0.009500
```

                                              SUB TOTAL :    245.80
                                              TAX TOTAL :      0.00
                                          INVOICE TOTAL :    245.80

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                    D56F06



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674609
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

              1401 CROOKS
              TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F  CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | HUMAN FACTORS | | | | |
| | 1401 CROOKS ROAD | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON OFF SERV | | | | |
| | | | | | |
| | NP6551   NJE17452   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 31/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 32/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 04/01/2008 TO 09/30/2008 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 441555 | 441555 | 0 | 0 | 0 |

SUB TOTAL :        240.00
TAX TOTAL :          0.00
INVOICE TOTAL :    240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

**Page 1**                                          **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674610
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 253.41

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | SHIPPING | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBEN RICHARDSON IS&S | | | | |
| | | | | | |
| | NP6551   NJE17506   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 33/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008  TO  12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 34/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008  TO  09/30/2008 | 13.41 | 0.000 % | 0.00 | 13.41 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 610938 | 612350 | 1412 | 0 | 1412 |
| EXCESS METER: | 1412*0.009500 | | | | |

SUB TOTAL :    253.41
TAX TOTAL :      0.00
INVOICE TOTAL :  253.41

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**

**Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3674611
INVOICE DATE: 10/24/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      12/08/2008
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

        1401 CROOKS
        TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F  CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | GEN MANAGER | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBEN RICHARDSON EXEC OFF | | | | |
| | NP6551   NJE17529   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 35/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 36/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 06/01/2008 TO 09/30/2008 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 288514 | 288514 | 0 | 0 | 0 |

SUB TOTAL :      240.00
TAX TOTAL :        0.00
INVOICE TOTAL :    240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                              **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3786131
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      03/14/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 162.56

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | RA700026084022000000000000 | | | | |
| | PURCHASING | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE44873    RENTAL 60 MONTHS    PO#: TCB03969 | | | | |
| | INSTALL DATE: 03/01/2002 | | | | |
| 9/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 12/16/2008 TO 12/31/2008 | -41.60 | 0.000 % | 0.00 | -41.60 |
| | | | | | |
| 10/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/16/2008 | 204.16 | 0.000 % | 0.00 | 204.16 |

```
METER          PREV      CURR     TOTAL     ALLOWANCE    BILL.CPY
METER         839105    860595    21490          0        21490
EXCESS METER:    21490*0.009500
```

SUB TOTAL :    162.56
TAX TOTAL :      0.00
INVOICE TOTAL :    162.56

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
   PLEASE DISPOSE OF PROPERLY.

---

Page 1                                        Print Date 01-27-2010 15:50

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3786136
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        03/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 304.86

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | RA700026084022000000000000 | | | | |
| | ETS | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE44872   RENTAL 60 MONTHS   PO#: TCB03969 | | | | |
| | INSTALL DATE: 03/01/2002 | | | | |
| 19/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 20/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 64.86 | 0.000 % | 0.00 | 64.86 |

|  | METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|---|
| | METER | 392408 | 399235 | 6827 | 0 | 6827 |
| | EXCESS METER: | 6827*0.009500 | | | | |

SUB TOTAL :        304.86
TAX TOTAL :          0.00
INVOICE TOTAL :   304.86

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

**Page 1**                                                                 **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3786137
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      03/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 270.50

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION | | | | |
| DELPHI | | | | |
| ADG | | | | |
| 1401 CROOKS | | | | |
| TROY, MI 48084 | | | | |
| ATTN:ROBEN RICHARDSON | | | | |
| | | | | |
| NP6551    NJE06103    RENTAL 60 MONTHS    PO#: RA7000-26084-02200000-000 | | | | |
| INSTALL DATE: 03/25/1998 | | | | |
| 21/ CUSTOMER PERIOD CHARGE | | | | |
| USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | |
| 22/ CUSTOMER METER USAGE CHARGE | | | | |
| USAGE DATES: 10/01/2008 TO 12/31/2008 | 30.50 | 0.000 % | 0.00 | 30.50 |

```
METER          PREV      CURR      TOTAL      ALLOWANCE      BILL.CPY
METER          417009    420219    3210                0      3210
EXCESS METER:   3210*0.009500
```

SUB TOTAL :      270.50
TAX TOTAL :        0.00
INVOICE TOTAL :  270.50

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                                      **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3786138
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:    03/14/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06    DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 274.49

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | ADG | | | | |
| | PERSONNEL | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE06105   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 23/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 24/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 34.49 | 0.000 % | 0.00 | 34.49 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 511758 | 515389 | 3631 | 0 | 3631 |
| EXCESS METER: | 3631*0.009500 | | | | |

SUB TOTAL :    274.49
TAX TOTAL :    0.00
INVOICE TOTAL :    274.49

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
   PLEASE DISPOSE OF PROPERLY.

**Page 1**    **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3786139
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:   03/14/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 373.17

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | SALES & MARKETING | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551    NJE10127    RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 06/01/1998 | | | | |
| 25/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 26/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 133.17 | 0.000 % | 0.00 | 133.17 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 1350881 | 1364899 | 14018 | 0 | 14018 |
| EXCESS METER: | 14018*0.009500 | | | | |

SUB TOTAL :      373.17
TAX TOTAL :        0.00
INVOICE TOTAL :      373.17

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
            PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3786140
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      03/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

            1401 CROOKS
            TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 268.07

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR | | | | |
| | DOOR SYSTEM | | | | |
| | ADG | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | NP6551   NJE06642   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 06/01/1998 | | | | |
| 27/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 28/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 28.07 | 0.000 % | 0.00 | 28.07 |

| METER | | | | | |
|---|---|---|---|---|---|
| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
| | 776092 | 779047 | 2955 | 0 | 2955 |
| EXCESS METER: | 2955*0.009500 | | | | |

SUB TOTAL :     268.07
TAX TOTAL :       0.00
INVOICE TOTAL :   268.07

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3786141
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        03/14/2009
REMIT TO:
        CANON U.S.A., INC.
        P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

        1401 CROOKS
        TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 327.59

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | QUALITY | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBIN RICHARDSON QUALITY | | | | |
| | | | | | |
| | NP6551   NJE17323    RENTAL 60  MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 29/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009  TO  03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 30/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008  TO  12/31/2008 | 87.59 | 0.000 % | 0.00 | 87.59 |

```
METER           PREV      CURR     TOTAL     ALLOWANCE    BILL.CPY
METER          653301    662521     9220            0        9220
EXCESS METER:     9220*0.009500
```

SUB TOTAL :        327.59
TAX TOTAL :          0.00
INVOICE TOTAL :        327.59

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
        PLEASE DISPOSE OF PROPERLY.

Print Date 01-27-2010 15:50

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3786142
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      03/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06       DELPHI INTERIOR SYSTEMS

            1401 CROOKS
            TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 243.71

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | PERSONNEL | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBIN RICHARDSON HR DEPT | | | | |
| | | | | | |
| | NP6551   NJE17445   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 31/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 32/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 3.71 | 0.000 % | 0.00 | 3.71 |

```
METER        PREV     CURR    TOTAL    ALLOWANCE   BILL.CPY
METER       634274   634665    391          0        391
EXCESS METER:    391*0.009500
```

SUB TOTAL :      243.71
TAX TOTAL :        0.00
INVOICE TOTAL :  243.71

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

**Page 1**                                              **Print Date 01-27-2010 15:50**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3786143
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      03/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

    1401 CROOKS
    TROY, MI 48084

USER REF NO: TC.B03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | HUMAN FACTORS | | | | |
| | 1401 CROOKS ROAD | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON OFF SERV | | | | |
| | | | | | |
| | NP6551    NJE17452    RENTAL 60 MONTHS    PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 33/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |

SUB TOTAL :   240.00
TAX TOTAL :     0.00
INVOICE TOTAL :   240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

Page 1                                    Print Date 01-27-2010 15:50

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3786144
INVOICE DATE: 01/28/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     03/14/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06       DELPHI INTERIOR SYSTEMS

             1401 CROOKS
             TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 245.42

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | SHIPPING | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBEN RICHARDSON IS&S | | | | |
| | | | | | |
| | NP6551   NJE17506   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 34/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 35/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 12/31/2008 | 5.42 | 0.000 % | 0.00 | 5.42 |

```
METER         PREV     CURR    TOTAL    ALLOWANCE    BILL.CPY
METER        612350   612920    570             0        570
EXCESS METER:   570*0.009500
```

SUB TOTAL :       245.42
TAX TOTAL :         0.00
INVOICE TOTAL :   245.42

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

**Page 1**                                          **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3892078
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     06/20/2009
REMIT TO:
     CANON U.S.A., INC.
     P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

USER REF NO:
U6YAAE  D56F   CD506

          1401 CROOKS
          TROY, MI 48084

INVOICE TOTAL : 2,792.56

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | RA70002608402200000000000 | | | | |
| | ETS | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | | | | | |
| | NP6551   NJE44872   RENTAL 60 MONTHS   PO#: TCB03969 | | | | |
| | INSTALL DATE: 03/01/2002 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 2,552.56 | 0.000 % | 0.00 | 2,552.56 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 399235 | 667925 | 268690 | 0 | 268690 |
| EXCESS METER: | 268690*0.009500 | | | | |

SUB TOTAL :   2,792.56
TAX TOTAL :   0.00
INVOICE TOTAL :   2,792.56

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

**Page 1**                                        **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3892079
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     06/20/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

            1401 CROOKS
            TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION DELPHI ADG 1401 CROOKS TROY, MI 48084 ATTN:ROBEN RICHARDSON | | | | |
| | NP6551   NJE06103   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 INSTALL DATE: 03/25/1998 | | | | |
| 3/ | CUSTOMER PERIOD CHARGE USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |

SUB TOTAL :     240.00
TAX TOTAL :       0.00
INVOICE TOTAL :  240.00

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

---

Page 1                                          Print Date 01-27-2010 15:50



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3892080
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      06/20/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | ADG | | | | |
| | PERSONNEL | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | NP6551    NJE06105    RENTAL 60 MONTHS    PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 03/25/1998 | | | | |
| 4/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009  TO  06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 5/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009  TO  03/31/2009 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 515389 | 515389 | 0 | 0 | 0 |

   SUB TOTAL :      240.00
   TAX TOTAL :        0.00
   INVOICE TOTAL :  240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
      PLEASE DISPOSE OF PROPERLY.

Page 1                                                          Print Date 01-27-2010 15:50

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3892081
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      06/20/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 339.91

| INVOICE /<br>ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX<br>RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION<br>DELPHI<br>SALES & MARKETING<br>1401 CROOKS<br>TROY, MI 48084<br>ATTN:ROBEN RICHARDSON | | | | |
| | NP6551   NJE10127   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000<br>INSTALL DATE: 06/01/1998 | | | | |
| 6/ | CUSTOMER PERIOD CHARGE<br>USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 7/ | CUSTOMER METER USAGE CHARGE<br>USAGE DATES: 01/01/2009 TO 03/31/2009 | 99.91 | 0.000 % | 0.00 | 99.91 |

```
METER      PREV     CURR    TOTAL    ALLOWANCE    BILL.CPY
METER      1364899  1375416  10517          0     10517
EXCESS METER:   10517*0.009500
```

SUB TOTAL :      339.91
TAX TOTAL :        0.00
INVOICE TOTAL :   339.91

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
     PLEASE DISPOSE OF PROPERLY.

**Page 1**                                          **Print Date 01-27-2010 15:50**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    V3892082
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      06/20/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

        1401 CROOKS
        TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F  CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI INTERIOR | | | | |
| | DOOR SYSTEM | | | | |
| | ADG | | | | |
| | 1401 CROOKS | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON | | | | |
| | NP6551   NJE06642   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 06/01/1998 | | | | |
| 8/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 9/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 779047 | 779047 | 0 | 0 | 0 |

SUB TOTAL :      240.00
TAX TOTAL :        0.00
INVOICE TOTAL :    240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

**Page 1**

**Print Date 01-27-2010 15:50**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3892083
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     06/20/2009
REMIT TO:
  CANON U.S.A., INC.
  P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

            1401 CROOKS
            TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | QUALITY | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBIN RICHARDSON QUALITY | | | | |
| | | | | | |
| | NP6551   NJE17323   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 10/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| | | | | | |
| 11/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 662521 | 662521 | 0 | 0 | 0 |

SUB TOTAL :   240.00
TAX TOTAL :     0.00
INVOICE TOTAL :   240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

**Page 1**                                      **Print Date 01-27-2010 15:50**

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F06



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3892084
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     06/20/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F06        DELPHI INTERIOR SYSTEMS

              1401 CROOKS
              TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | PERSONNEL | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBIN RICHARDSON HR DEPT | | | | |
| | NP6551   NJE17445   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 12/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 13/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 634665 | 634665 | 0 | 0 | 0 |

SUB TOTAL :      240.00
TAX TOTAL :        0.00
INVOICE TOTAL :  240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

---

Page 1                                                    Print Date 01-27-2010 15:50



## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3892085
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     06/20/2009
REMIT TO:
        CANON U.S.A., INC.
        P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

USER REF NO: TCB03969
U6YAAE  D56F   CD506

        1401 CROOKS
        TROY, MI 48084

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | HUMAN FACTORS | | | | |
| | 1401 CROOKS ROAD | | | | |
| | TROY, MI 48084 | | | | |
| | ATTN:ROBEN RICHARDSON OFF SERV | | | | |
| | | | | | |
| | NP6551    NJE17452    RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 14/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |

SUB TOTAL :    240.00
TAX TOTAL :      0.00
INVOICE TOTAL :    240.00

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                     D56F06

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   V3892086
INVOICE DATE: 04/21/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     06/20/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F06      DELPHI INTERIOR SYSTEMS

   1401 CROOKS
   TROY, MI 48084

USER REF NO: TCB03969
U6YAAE  D56F   CD506

INVOICE TOTAL : 240.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | GENERAL MOTORS CORP | | | | |
| | DELPHI INTERIOR & LIGHT | | | | |
| | SHIPPING | | | | |
| | 6600 E 12 MILE RD | | | | |
| | WARREN, MI 48090 | | | | |
| | ATTN:ROBEN RICHARDSON IS&S | | | | |
| | NP6551   NJE17506   RENTAL 60 MONTHS   PO#: RA7000-26084-02200000-000 | | | | |
| | INSTALL DATE: 12/15/1998 | | | | |
| 15/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 06/30/2009 | 240.00 | 0.000 % | 0.00 | 240.00 |
| 16/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 03/31/2009 | 0.00 | 0.000 % | 0.00 | 0.00 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 612920 | 612920 | 0 | 0 | 0 |

SUB TOTAL :      240.00
TAX TOTAL :        0.00
INVOICE TOTAL :   240.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
     PLEASE DISPOSE OF PROPERLY.

**Page 1**                                             **Print Date 01-27-2010 15:50**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3499560
INVOICE DATE: 01/20/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     03/06/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F08      DELPHI AUTOMOTIVE SYSTEMS

   200 UPPER MOUTAIN ROAD
   LOCKPORT, NY 14094

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 88.44

| INVOICE / ITEM NO. DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|
| INSTALL LOCATION DELPHI AUTOMOTIVE SYSTEMS GENERAL MOTORS CORPORATION 200 UPPER MOUNTAIN ROAD LOCKPORT, NY 14094 ATTN:COLLEEN R JOHNSON | | | | |
| NP6551   NJE33221   RENTAL 60 MONTHS   PO#: LPS32531 INSTALL DATE: 12/30/1999 | | | | |
| 1/ CUSTOMER PERIOD CHARGE USAGE DATES: 12/01/2008 TO 12/31/2008 | 80.00 | 0.000 % | 0.00 | 80.00 |
| 2/ CUSTOMER METER USAGE CHARGE USAGE DATES: 11/01/2008 TO 12/31/2008 | 8.44 | 0.000 % | 0.00 | 8.44 |

```
METER        PREV      CURR      TOTAL      ALLOWANCE      BILL.CPY
METER        924269    925157    888               0       888
EXCESS METER:  888*0.009500
```

SUB TOTAL :   88.44
TAX TOTAL :    0.00
INVOICE TOTAL :   88.44

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
      PLEASE DISPOSE OF PROPERLY.

**Page 1**

**Print Date 01-27-2010 15:51**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:    R3547064
INVOICE DATE: 02/20/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:        04/06/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F08        DELPHI AUTOMOTIVE SYSTEMS

    200 UPPER MOUTAIN ROAD
    LOCKPORT, NY 14094

USER REF NO:
U6YAAE  D56F    CD506

INVOICE TOTAL : 81.49

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI AUTOMOTIVE SYSTEMS | | | | |
| | GENERAL MOTORS CORPORATION | | | | |
| | 200 UPPER MOUNTAIN ROAD | | | | |
| | LOCKPORT, NY 14094 | | | | |
| | ATTN:COLLEEN R JOHNSON | | | | |
| | | | | | |
| | NP6551    NJE33221    RENTAL 60 MONTHS    PO#: LPS32531 | | | | |
| | INSTALL DATE: 12/30/1999 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 01/31/2009 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 01/01/2009 TO 01/31/2009 | 1.49 | 0.000 % | 0.00 | 1.49 |

```
METER            PREV      CURR     TOTAL     ALLOWANCE    BILL.CPY
METER            925157    925314    157              0       157
EXCESS METER:    157*0.009500
```

SUB TOTAL :    81.49
TAX TOTAL :     0.00
INVOICE TOTAL :    81.49

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                                    **Print Date 01-27-2010 15:51**



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3587441
INVOICE DATE: 03/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:    05/19/2009
REMIT TO:
     CANON U.S.A., INC.
     P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F08      DELPHI AUTOMOTIVE SYSTEMS

         200 UPPER MOUTAIN ROAD
         LOCKPORT, NY 14094

USER REF NO:
U6YAAE  D56F    CD506

INVOICE TOTAL : 87.65

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI AUTOMOTIVE SYSTEMS | | | | |
| | GENERAL MOTORS CORPORATION | | | | |
| | 200 UPPER MOUNTAIN ROAD | | | | |
| | LOCKPORT, NY 14094 | | | | |
| | ATTN:COLLEEN R JOHNSON | | | | |
| | | | | | |
| | NP6551    NJE33221    RENTAL 60 MONTHS    PO#: LPS32531 | | | | |
| | INSTALL DATE: 12/30/1999 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 02/01/2009 TO 02/28/2009 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 02/01/2009 TO 02/28/2009 | 7.65 | 0.000 % | 0.00 | 7.65 |

METER          PREV      CURR      TOTAL      ALLOWANCE    BILL.CPY
METER         925314    926119      805            0         805
EXCESS METER:   805*0.009500

                                          SUB TOTAL :    87.65
                                          TAX TOTAL :     0.00
                                       INVOICE TOTAL :    87.65

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
           PLEASE DISPOSE OF PROPERLY.

Page 1                                    Print Date 01-27-2010 15:51



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3617682
INVOICE DATE: 04/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     06/19/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F08      DELPHI AUTOMOTIVE SYSTEMS

            200 UPPER MOUTAIN ROAD
            LOCKPORT, NY 14094

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 80.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI AUTOMOTIVE SYSTEMS | | | | |
| | GENERAL MOTORS CORPORATION | | | | |
| | 200 UPPER MOUNTAIN ROAD | | | | |
| | LOCKPORT, NY 14094 | | | | |
| | ATTN:COLLEEN R JOHNSON | | | | |
| | | | | | |
| | NP6551   NJE33221   RENTAL 60 MONTHS   PO#: LPS32531 | | | | |
| | INSTALL DATE: 12/30/1999 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2009 TO 03/31/2009 | 80.00 | 0.000 % | 0.00 | 80.00 |

                                        SUB TOTAL :      80.00
                                        TAX TOTAL :       0.00
                                        INVOICE TOTAL :  80.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3664346
INVOICE DATE: 05/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     07/19/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:   516/328-5412

D56F08      DELPHI AUTOMOTIVE SYSTEMS

        200 UPPER MOUTAIN ROAD
        LOCKPORT, NY 14094

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 86.75

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI AUTOMOTIVE SYSTEMS | | | | |
| | GENERAL MOTORS CORPORATION | | | | |
| | 200 UPPER MOUNTAIN ROAD | | | | |
| | LOCKPORT, NY 14094 | | | | |
| | ATTN:COLLEEN R JOHNSON | | | | |
| | | | | | |
| | NP6551  NJE33221  RENTAL 60 MONTHS  PO#: LPS32531 | | | | |
| | INSTALL DATE: 12/30/1999 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 04/30/2009 | 80.00 | 0.000 % | 0.00 | 80.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2009 TO 03/31/2009 | 6.75 | 0.000 % | 0.00 | 6.75 |

```
METER         PREV      CURR      TOTAL      ALLOWANCE     BILL.CPY
METER         926119    926829    710              0        710
EXCESS METER:   710*0.009500
```

SUB TOTAL :      86.75
TAX TOTAL :       0.00
INVOICE TOTAL :  86.75

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

---

**Page 1**                                          **Print Date 01-27-2010 15:51**



## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3617683
INVOICE DATE: 04/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:      06/19/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F13      DELPHI INTERIOR & LIGHTING

    ATTN: S & I VANDALIA PLANT
    P.O. BOX 5051 - MC# 146
    VANDALIA, OH 45377

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 65.00

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI S& I VANDALIA PLANT | | | | |
| | BLDG 48 RECEIVING | | | | |
| | PC&L | | | | |
| | 250 NORTHWOODS BLVD | | | | |
| | VANDALIA, OH 45377 | | | | |
| | ATTN:MICHELLE GIBLIN | | | | |
| | | | | | |
| | NP6035F   VQG02599   RENTAL 60  MONTHS   PO#: 450566115 | | | | |
| | INSTALL DATE: 09/04/2003 | | | | |
| | CONTRACT#:   U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2009  TO  03/31/2009 | 65.00 | 0.000 % | 0.00 | 65.00 |

SUB TOTAL :    65.00
TAX TOTAL :     0.00
INVOICE TOTAL :    65.00

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

Page 1                                                    Print Date 01-27-2010 15:53

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F13



# INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3664347
INVOICE DATE: 05/20/2009
PAYMENT TERM: NET 60 DAYS
DUE DATE:     07/19/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:  516/328-5412

D56F13        DELPHI INTERIOR & LIGHTING

   P.O. BOX 5051 - MC# 146
   VANDALIA, OH 45377

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 85.54

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI | | | | |
| | BLDG 48 RECEIVING | | | | |
| | PLT SECURITY | | | | |
| | 250 NORTHWOODS BLVD. | | | | |
| | VANDALIA, OH 45377 | | | | |
| | ATTN:MICHELLE GIBLIN | | | | |
| | | | | | |
| | NP6035F    VQG02726    RENTAL 60 MONTHS   PO#: 450566115 | | | | |
| | INSTALL DATE: 12/23/2003 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 04/01/2009 TO 04/30/2009 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | | |
| | CONTRACT#:  U6Y | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2009 TO 04/30/2009 | 20.54 | 0.000 % | 0.00 | 20.54 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 80055 | 82217 | 2162 | 0 | 2162 |
| EXCESS METER: | 2162*0.009500 | | | | |

SUB TOTAL :    85.54
TAX TOTAL :     0.00
INVOICE TOTAL :    85.54

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
    PLEASE DISPOSE OF PROPERLY.

---

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED

D56F13

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3410808
INVOICE DATE: 11/17/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     01/01/2009
REMIT TO:
    CANON U.S.A., INC.
    P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F14       DELPHI ENERGY & CHASSIS
             DIVISION
             2000 FORRER BLVD
             DAYTON, OH 45420

USER REF NO:
U6YAAE  D56F   CD506

INVOICE TOTAL : 103.37

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI AUTOMOTIVE | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:AUDREY MCCOY | | | | |
| | | | | | |
| | NP6230   NNS07159   RENTAL 60 MONTHS   PO#: 450270776 | | | | |
| | INSTALL DATE: 01/14/2003 | | | | |
| | CONTRACT#: | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 10/01/2008 TO 11/10/2008 | 86.45 | 0.000 % | 0.00 | 86.45 |
| | | | | | |
| | CONTRACT#: | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 07/01/2008 TO 11/10/2008 | 16.92 | 0.000 % | 0.00 | 16.92 |

METER       PREV     CURR    TOTAL    ALLOWANCE    BILL.CPY
METER      185520   187301   1781            0        1781
EXCESS METER:   1781*0.009500

SUB TOTAL :       103.37
TAX TOTAL :         0.00
INVOICE TOTAL :   103.37

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
          PLEASE DISPOSE OF PROPERLY.

Page 1                                          Print Date 01-27-2010 15:54

PLEASE INCLUDE INVOICE# ON REMITTANCE
-DUPLICATE-PRINTED                                              D56F14

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3472443
INVOICE DATE: 12/22/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      02/05/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F14        DELPHI ENERGY & CHASSIS
         DIVISION
         ATTN: HEIDI KWATER/ 1-24
         2000 FORRER BLVD
         DAYTON, OH 45420

USER REF NO: PR 59952
U6YAAE D56F   CD506

INVOICE TOTAL : 74.38

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIVISION | | | | |
| | GENERAL MOTORS CORPORATION | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:HEIDI KWATER | | | | |
| | | | | | |
| | NP6230    NNS06184    RENTAL 60  MONTHS    PO#: 450190078 | | | | |
| | INSTALL DATE: 10/17/2001 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 11/01/2008 TO  11/30/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 11/01/2008 TO  11/30/2008 | 9.38 | 0.000 % | 0.00 | 9.38 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 316345 | 317332 | 987 | 0 | 987 |
| EXCESS METER: | 987*0.009500 | | | | |

SUB TOTAL :   74.38
TAX TOTAL :    0.00
INVOICE TOTAL :   74.38

NOTICE :  **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
         PLEASE DISPOSE OF PROPERLY.

---

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3499565
INVOICE DATE: 01/20/2009
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     03/06/2009
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F14      DELPHI ENERGY & CHASSIS
      DIVISION
      ATTN: HEIDI KWATER/ 1-24
      2000 FORRER BLVD
      DAYTON, OH 45420

USER REF NO: PR 59952
U6YAAE D56F  CD506

INVOICE TOTAL : 78.62

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASSIS DIVISION | | | | |
| | GENERAL MOTORS CORPORATION | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:HEIDI KWATER | | | | |
| | | | | | |
| | NP6230    NNS06184    RENTAL 60  MONTHS    PO#: 450190078 | | | | |
| | INSTALL DATE: 10/17/2001 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 12/01/2008 TO 12/31/2008 | 65.00 | 0.000 % | 0.00 | 65.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 12/01/2008 TO 12/31/2008 | 13.62 | 0.000 % | 0.00 | 13.62 |

METER            PREV      CURR      TOTAL        ALLOWANCE      BILL.CPY
METER            317332    318766    1434                0        1434
EXCESS METER:    1434*0.009500

SUB TOTAL :      78.62
TAX TOTAL :       0.00
INVOICE TOTAL :  78.62

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
       PLEASE DISPOSE OF PROPERLY.

**Page 1**                                          **Print Date 01-27-2010 15:54**

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3309748
INVOICE DATE:  08/29/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:     10/13/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP: MELANIE LEONARD
PHONE#:  516/328-5412

D56F15     DELPHI ENERGY & CHASSIS
   ACQUISITION PROCESS ANALYST
   ATTN: JACK ZELLERS/RICK STEINER
   2582 EAST RIVER ROAD
   MORAINE, OH 45439

USER REF NO: PR600696 068
U6YAAE  D56F   CD506

INVOICE TOTAL : 276.77

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CORPORATION M/S: C-81 | | | | |
| | KETTERING ADMINISTRATION BUILDING | | | | |
| | VEHICLE TEST AREA | | | | |
| | 2000 FORRER BLVD. | | | | |
| | KETTERING, OH 45420 | | | | |
| | ATTN:JULIE HATTON-DENNIS | | | | |
| | | | | | |
| | NP6230    NGM16045    RENTAL 60 MONTHS   PO#: DCS89548 | | | | |
| | INSTALL DATE: 08/21/1997 | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 06/30/2008 | 260.00 | 0.000 % | 0.00 | 260.00 |
| | | | | | |
| 2/ | CUSTOMER METER USAGE CHARGE | | | | |
| | USAGE DATES: 03/01/2008 TO 06/30/2008 | 16.77 | 0.000 % | 0.00 | 16.77 |

| METER | PREV | CURR | TOTAL | ALLOWANCE | BILL.CPY |
|---|---|---|---|---|---|
| METER | 214423 | 216188 | 1765 | 0 | 1765 |
| EXCESS METER: | 1765*0.009500 | | | | |

SUB TOTAL :    276.77
TAX TOTAL :      0.00
INVOICE TOTAL :   276.77

INVOICE MESSAGE:
TO REISSUE INV# 3290993, 3262382, 3226448 & 3199696 ONTO CORRECT
SOLD TO CODE.
ISSUED BY MELANIE X5412.

NOTICE : **:RE:VERMONT LABEL LAW:THE PRODUCT SHIPPED CONTAINS MERCURY
      PLEASE DISPOSE OF PROPERLY.

# Canon

## INVOICE

CANON U.S.A., INC.
NATIONAL ACCOUNT DIVISION
ONE CANON PLAZA
LAKE SUCCESS, NY 11042

INVOICE NO:   R3309753
INVOICE DATE: 08/29/2008
PAYMENT TERM: NET 45 DAYS (LB)
DUE DATE:      10/13/2008
REMIT TO:
   CANON U.S.A., INC.
   P.O. 3839 BOSTON, MA 02241-3839
BILL REP:  MELANIE LEONARD
PHONE#:   516/328-5412

D56F15       DELPHI ENERGY & CHASSIS
   ACQUISITION PROCESS ANALYST
   ATTN: JACK ZELLERS/RICK STEINER
   2582 EAST RIVER ROAD
   MORAINE, OH 45439

USER REF NO: PR600818 011
U6YAAE  D56F  CK506

INVOICE TOTAL : 263.90

| INVOICE / ITEM NO. | DESCRIPTION OF CHARGE | CHARGE | TAX RATE(%) | TAX | TOTAL |
|---|---|---|---|---|---|
| | INSTALL LOCATION | | | | |
| | DELPHI CHASIS DIVISION | | | | |
| | 2000 FORRER BLVD. | | | | |
| | DAYTON, OH 45420 | | | | |
| | ATTN:DARRELL LEWIS | | | | |
| | | | | | |
| | LC9000S    UYG39425    RENTAL 60  MONTHS    PO#: 450192696 | | | | |
| | INSTALL DATE: 09/08/1999 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 1/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  07/02/2008 | 203.00 | 0.000 % | 0.00 | 203.00 |
| | | | | | |
| | 4M MEM 9000   MACH-UYG39425   /LC9000S  RENTAL 60  MONTHS | | | | |
| | INSTALL DATE: 09/08/1999 | | | | |
| | CONTRACT#:  U6Y | | | | |
| 2/ | CUSTOMER PERIOD CHARGE | | | | |
| | USAGE DATES: 03/01/2008  TO  07/02/2008 | 60.90 | 0.000 % | 0.00 | 60.90 |

SUB TOTAL :        263.90
TAX TOTAL :          0.00
INVOICE TOTAL :   263.90

INVOICE MESSAGE:
TO REISSUE INV# 3275402, 3262383, 3226449 & 3199697 ONTO CORRECT
SOLD TO CODE.
ISSUED BY MELANIE X5412.

**Page 1**                                                    **Print Date 01-27-2010 15:54**