STEINBERG SHAPIRO & CLARK
Mark H. Shapiro (MI Bar No. P43134)
24901 Northwestern Hwy., Suite 611
Southfield, Michigan  48075
Telephone:  (248) 352-4700
Email: shapiro@steinbergshapiro.com

*Attorney for Logistic Insight Corporation*

---------------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT     :
SOUTHERN DISTRICT OF NEW YORK      :
                                    :
                                    :
                                    :
In re:                              :
                                    :    Chapter 11
**DELPHI CORPORATION, et al.,**     :
                                    :    Case No. 05-44481
         **Debtors.**               :
                                    :
---------------------------------------------------------------x

# RESPONSE TO REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS CLAIMS OBJECTION TO PROOF OF CLAIM NO. 17307 FILED BY LOGISTICS INSIGHT CORPORATION

Logistics Insight Corporation ("LINC"), by its counsel, Steinberg Shapiro & Clark, files this response to Debtors' Forty-Third Omnibus Claims Objection to Proof of Claim No. 17307 Filed by LINC (the "Objection"), and states as follows:

1.	On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108. This Court has ordered joint administration of these cases.

2.	During the pendency of the Chapter 11 case, Debtors contracted with LINC for LINC to provide shipping and logistical services to the Debtors.

3. On July 6, 2009, LINC filed an Administrative Proof of Claim, denoted as Claim No. 17307, in the amount $57,129.69.

4. Pursuant to the Objections and attached Exhibits, LINC's Proof of Claim was listed on Exhibit B-1, as a "Claim Not Reflected on the Debtor's Books and Records."

5. Pursuant to the Objection, the Debtor objected to LINC's Proof of Claim on the sole grounds that Debtor's books and records do not reflect the existence of the Claim or of the Claimant asserting the Claim.

6. Debtors' contract for shipping and logistical services from LINC was in the ordinary course of business of Debtors and otherwise authorized by 11 U.S.C. § 363 or other sections of the Bankruptcy Code.

7. From March 24, 2008 through May 29, 2009, LINC provided shipping services to the Debtors in the amount for $57,129.69. An itemized list of the invoices for this time period is attached as Exhibit "A."

8. Despite numerous demands, Debtor has failed and/or refused to pay $57,129.69 to LINC for shipping and logistical services contracted by Debtors during the pendency of the Chapter 11.

9. Pursuant to 11 U.S.C. § 507,

>   (a) An entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause.
>
>   (b) After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title [11 USCS § 502(f)], including--
>
>   >   (1) (A) the actual, necessary costs and expenses of preserving the estate.

10. The $57,129.69 owed to LINC by Debtors arose from transactions with the Debtors as debtor-in-possession during the pendency of the Chapter 11 proceedings.

11. Pursuant to *Trustees of Amalgamated Ins. Fund v. McFarlin's, Inc.*, 789 F.2d 98, 101 (2d Cir. N.Y. 1986), an expense is entitled to administrative priority if (i) it arises out of a transaction between the creditor and the debtor in possession, and (ii) the consideration supporting the claimant's right to payment was both supplied to and beneficial to the debtor-in-possession in the operation of the business.

12. LINC's claim for $57,129.69 arises out of shipping services provided directly to the Debtors and said shipping services were beneficial to the Debtors' operation of the business.

13. In accordance with *McFarlin's, Inc., supra,* and 11 U.S.C. § 503(b)(1)(A), LINC is entitled to allowance of an administrative claim in the amount of $57,129.69.

14. Beyond mere denial, Debtors have not presented any evidence to dispute the validity of LINC's Administrative Proof of Claim. As such, the Debtors' objection should be overruled.

WHEREFORE, for the reasons set forth above, Logistics Insight Corporation, by its counsel, Steinberg Shapiro & Clark, requests the Court deny the Debtors' Forty-Third Omnibus Claims Objection to Proof of Claim No. 17307 Filed by Logistics Insight Corporation and allow Logistics Insights Corporation's Administrative Proof of Claim as a administrative claim in the amount of $57,129.69.

        STEINBERG SHAPIRO & CLARK

        /s/ Mark H. Shapiro Michigan Bar No. (P43134)
        Geoffrey T. Pavlic Michigan Bar No. (P53770)
        Attorney for Logistics Insight Corporation
        25929 Telegraph Rd., Suite 203
        Southfield, MI 48033
        (248) 352-4700

Date:   February 18, 2010

EXHIBIT A

DPH Holdings, *et al.*
Case No. 05-44481

| ProNum | InvDate | InvoiceNum | Total |
|---|---|---|---|
| PROL-490757 | 3/4/2008 | 501658C | 60.00 |
| PROL-546564 | 12/9/2008 | 546564E | 257.45 |
| LSI-394862 | 12/22/2008 | 394862A | 640.00 |
| CCUA-979436 | 1/5/2009 | 979436C | 184.30 |
| CCUA-979448 | 1/6/2009 | 979448C | 184.30 |
| CCUA-979463 | 1/7/2009 | 979463C | 184.30 |
| CCUA-979479 | 1/8/2009 | 979479A | 154.30 |
| CCUA-979499 | 1/9/2009 | 979499C | 184.30 |
| CCUA-979519 | 1/12/2009 | 979519C | 180.00 |
| CCUA-979551 | 1/13/2009 | 979551C | 150.00 |
| CCUA-979619 | 1/16/2009 | 979619C | 180.00 |
| CCUA-979886 | 1/20/2009 | 979886C | 180.00 |
| CCUA-980213 | 1/21/2009 | 980213C | 180.00 |
| CCUA-980484 | 1/22/2009 | 980484C | 150.00 |
| CCUA-985140 | 3/2/2009 | 985140C | 773.71 |
| LSI-399286 | 3/19/2009 | 399286A | 625.00 |
| PROL-564890 | 4/14/2009 | 564890A | 2,508.30 |
| 1301684 | 4/17/2009 | 1301684C | 564.22 |
| 1301855 | 4/20/2009 | 1301855C | 568.84 |
| 1302059 | 4/21/2009 | 1302059C | 568.84 |
| 1302283 | 4/22/2009 | 1302283C | 568.84 |
| 1302510 | 4/23/2009 | 1302510C | 568.84 |
| 1302675 | 4/24/2009 | 1302675C | 568.84 |
| CCUA-992841 | 4/27/2009 | 992841A | 778.02 |
| 1302872 | 4/27/2009 | 1302872C | 568.84 |
| LSI-403787 | 4/27/2009 | 403787A | 560.00 |
| 1303092 | 4/28/2009 | 1303092C | 568.84 |
| CCUA-993186 | 4/28/2009 | 993186A | 748.02 |
| CCUA-993422 | 4/29/2009 | 993422A | 778.02 |
| 1303324 | 4/29/2009 | 1303324C | 568.84 |
| 1303549 | 4/30/2009 | 1303549C | 568.84 |
| CCUA-993708 | 4/30/2009 | 993708A | 748.02 |
| 1303724 | 5/1/2009 | 1303724C | 568.84 |
| CCUA-993954 | 5/1/2009 | 993954A | 778.02 |
| 1304063 | 5/4/2009 | 1304063C | 1,333.15 |
| CCUA-994051 | 5/4/2009 | 994051A | 778.02 |
| 1303890 | 5/4/2009 | 1303890C | 568.84 |
| 1304062 | 5/5/2009 | 1304062C | 568.84 |
| CCUA-994114 | 5/5/2009 | 994114A | 748.02 |
| 1304192 | 5/6/2009 | 1304192C | 1,333.15 |

Page 1

EXHIBIT A

DPH Holdings, *et al.*
Case No. 05-44481

| ProNum | InvDate | InvoiceNum | Total |
|---|---|---|---|
| CCUA-994154 | 5/6/2009 | 994154A | 778.02 |
| 1304191 | 5/6/2009 | 1304191C | 568.84 |
| 1304327 | 5/7/2009 | 1304327C | 1,333.15 |
| 1304326 | 5/7/2009 | 1304326C | 568.84 |
| CCUA-994188 | 5/7/2009 | 994188A | 785.42 |
| 1304421 | 5/8/2009 | 1304421C | 1,333.15 |
| 1304422 | 5/8/2009 | 1304422C | 568.84 |
| CCUA-994211 | 5/8/2009 | 994211A | 778.02 |
| CCUA-994299 | 5/11/2009 | 994299A | 778.02 |
| 1304517 | 5/11/2009 | 1304517C | 568.84 |
| 1304617 | 5/12/2009 | 1304617C | 1,333.15 |
| CCUA-994353 | 5/12/2009 | 994353A | 748.02 |
| 1304616 | 5/12/2009 | 1304616C | 568.84 |
| 1304731 | 5/13/2009 | 1304731C | 1,333.15 |
| 1304860 | 5/13/2009 | 1304860C | 1,363.15 |
| CCUA-994391 | 5/13/2009 | 994391A | 778.02 |
| 1304730 | 5/13/2009 | 1304730C | 568.84 |
| CCUA-994453 | 5/14/2009 | 994453A | 748.02 |
| 1304861 | 5/14/2009 | 1304861C | 568.84 |
| 1304934 | 5/15/2009 | 1304934C | 1,363.15 |
| 1304933 | 5/15/2009 | 1304933C | 568.84 |
| CCUA-994477 | 5/15/2009 | 994477A | 778.02 |
| PROL-570172 | 5/18/2009 | 570172A | 2,526.74 |
| 1305032 | 5/18/2009 | 1305032C | 568.84 |
| 1305237 | 5/19/2009 | 1305237C | 1,333.15 |
| CCUA-994588 | 5/19/2009 | 994588A | 748.02 |
| PROL-570432 | 5/19/2009 | 570432A | 2,526.74 |
| 1305236 | 5/19/2009 | 1305236C | 568.84 |
| CCUA-994619 | 5/20/2009 | 994619A | 778.02 |
| 1305401 | 5/20/2009 | 1305401C | 568.84 |
| CCUA-994671 | 5/21/2009 | 994671A | 748.02 |
| LSI-406791 | 5/23/2009 | 406791A | 415.00 |
| LSI-403794 | 5/26/2009 | 403794C | 400.00 |
| CCUA-994773 | 5/26/2009 | 994773C | 1,089.40 |
| CCUA-994836 | 5/27/2009 | 994836C | 1,119.40 |
| CCUA-994911 | 5/28/2009 | 994911C | 1,089.40 |
| CCUA-994940 | 5/29/2009 | 994940C | 1,119.40 |
|  |  |  | 57,129.69 |