STEINBERG SHAPIRO & CLARK
Mark H. Shapiro (MI Bar No. P43134)
24901 Northwestern Hwy., Suite 611
Southfield, Michigan  48075
Telephone:  (248) 352-4700
Email: shapiro@steinbergshapiro.com

*Attorney for Central Transport International, Inc.*

-------------------------------------------------------------x
UNITED STATES BANKRUPTCY COURT         :
SOUTHERN DISTRICT OF NEW YORK          :
                                       :
                                       :
In re:                                 :
                                       :      Chapter 11
**DELPHI CORPORATION, et al.,**        :
                                       :      Case No. 05-44481
               **Debtors.**            :
                                       :
-------------------------------------------------------------x

### RESPONSE TO REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS CLAIMS OBJECTION TO PROOF OF CLAIM NO. 18667 FILED BY CENTRAL TRANSPORT INTERNATIONAL, INC.

Central Transport International, Inc. ("CTII"), by its counsel, Steinberg Shapiro & Clark, files this response to Debtors' Forty-Third Omnibus Claims Objection to Proof of Claim No. 18667 Filed by CTII (the "Objection"), and states as follows:

1.  On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession under Bankruptcy Code sections 1107(a) and 1108. This Court has ordered joint administration of these cases.

2.  During the pendency of the Chapter 11, Debtors contracted with CTII for CTII to provide shipping and logistical services to the Debtors.

3. Debtors' contract for shipping and logistical services from CTII was in the ordinary course of business of Debtors and otherwise authorized by 11 U.S.C. § 363 or other sections of the Bankruptcy Code.

4. From October 15, 2005 through December 20, 2006, CTII provided shipping services to the Debtors in the amount of $89,972.35. An itemized list of the invoices for this time period is attached as Exhibit "A".

5. During the relevant time periods, Debtors contracted with Data2Logistics to conduct freight bill audit and payment processing for the Debtors.

6. Pursuant to the parties' standard operating procedures, typically within one week of submitting invoices electronically, CTII submitted a hard copy of all invoices to Data2Logistics for audit and processing for payment.

7. Subsequently, in April of 2007, Data2Logisitcs requested and CTII provided a list of all outstanding invoices in electronic spreadsheet format.

8. Upon receipt of the electronic spreadsheet in April of 2007, Data2Logistics affirmatively indicated that the invoices were being processed for payment.

9. Despite numerous demands, Debtors have failed and/or refused to pay $89,972.35 to CTII for shipping and logistical services contracted by Debtors during the pendency of the Chapter 11.

10. Pursuant to 11 U.S.C. § 507,

> (a) An entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause.

> (b) After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title [11 USCS § 502(f)], including--
>
> > (1) (A) the actual, necessary costs and expenses of preserving the estate.

11. The $89,972.35 owed to CTII by Debtors arose from transactions with the Debtors as debtor-in-possession during the pendency of the Chapter 11 proceedings.

12. Pursuant to *Trustees of Amalgamated Ins. Fund v. McFarlin's, Inc.*, 789 F.2d 98, 101 (2d Cir. N.Y. 1986), an expense is entitled to administrative priority if (i) it arises out of a transaction between the creditor and the debtor in possession, and (ii) the consideration supporting the claimant's right to payment was both supplied to and beneficial to the debtor-in-possession in the operation of the business.

13. CTII's claim for $89,972.35 arises out of shipping services provided directly to the Debtors and said shipping services were beneficial to the Debtors' operation of the business.

14. In accordance with *McFarlin's, Inc., supra,* and 11 U.S.C. § 503(b)(1)(A), CTII is entitled to allowance of an administrative claim in the amount of $89,972.35.

15. Beyond mere denial, Debtors have not presented any evidence to dispute the validity of CTII's Administrative Proof of Claim. As such, the Debtors' objection should be overruled.

WHEREFORE, for the reasons set forth above, Central Transport International, Inc., by its counsel, Steinberg Shapiro & Clark, requests the Court deny the Debtors' Forty-Third Omnibus Claims Objection to Proof of Claim No. 18667 Filed by Central Transport International, Inc. and allow Central Transport International, Inc.'s Administrative Proof of Claim as a administrative claim in the amount of $89,972.35.

STEINBERG SHAPIRO & CLARK

/s/ Mark H. Shapiro Michigan Bar No. (P43134)
Geoffrey T. Pavlic Michigan Bar No. (P53770)
Attorney for Central Transport International, Inc.
25929 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700

Date:   February 18, 2010

| ProNum | BillDate | Amount |
|---|---|---|
| 4634808929DB | 10/10/2005 | $81.57 |
| 4532059855DB | 10/10/2005 | $751.72 |
| 4532059848DB | 10/10/2005 | $262.57 |
| 3921523331DB | 10/10/2005 | $163.89 |
| 6413781622DB | 10/11/2005 | $76.46 |
| 4053992500DB | 10/11/2005 | $1,756.80 |
| 7993521671DB | 10/12/2005 | $26.51 |
| 5513737863DB | 10/12/2005 | $5.04 |
| 4532059509DB | 10/12/2005 | $726.03 |
| 4634809026DB | 10/13/2005 | $50.35 |
| 4532059657DB | 10/13/2005 | $626.03 |
| 4532059541DB | 10/13/2005 | $264.74 |
| 7993527306DB | 10/14/2005 | $150.90 |
| 7993527314DB | 10/17/2005 | $64.90 |
| 7803609039DB | 10/17/2005 | $50.18 |
| 4532060200DB | 10/17/2005 | $699.04 |
| 4634733655DB | 10/18/2005 | $42.37 |
| 4531984707DB | 10/19/2005 | $628.06 |
| 4532066363DB | 10/20/2005 | $247.30 |
| 7993522406DB | 10/21/2005 | $50.18 |
| 7993521960DB | 10/21/2005 | $50.18 |
| 7803644523DB | 10/21/2005 | $36.23 |
| 7993521879DB | 10/24/2005 | $50.40 |
| 7993475738DB | 10/24/2005 | $50.40 |
| 7993475464DB | 10/24/2005 | $50.40 |
| 4532066553DB | 10/24/2005 | $624.00 |
| 3524419297DB | 10/24/2005 | $29.96 |
| 3524419289DB | 10/24/2005 | $21.06 |
| 4664194049DB | 10/26/2005 | $42.94 |
| 4634753398DB | 10/26/2005 | $13.61 |
| 4532067130DB | 10/31/2005 | $2,681.70 |
| 1424067757DB | 10/31/2005 | $191.03 |
| 4532067320DB | 11/1/2005 | $764.53 |
| 7993532249DB | 11/2/2005 | $57.56 |
| 7993522414DB | 11/3/2005 | $50.85 |
| 8592356988DB | 11/7/2005 | $94.95 |
| 6413516627DB | 11/7/2005 | $89.67 |
| 2931004639DB | 11/7/2005 | $205.46 |
| 7803649225DB | 11/10/2005 | $142.04 |
| 7803644630DB | 11/10/2005 | $117.73 |
| 4530569392DB | 11/11/2005 | $220.07 |
| 4532055382DB | 11/14/2005 | $177.52 |
| 2937034432DB | 11/15/2005 | $1,435.66 |
| 7993556784DB | 11/18/2005 | $50.18 |
| 7993564622DB | 11/21/2005 | $64.03 |
| 3524422267DB | 11/29/2005 | $82.20 |
| 3524422077DB | 11/29/2005 | $140.32 |
| 3524394995DB | 11/29/2005 | $274.24 |
| 1424067799DB | 11/30/2005 | $63.01 |
| 7803913316DC | 12/1/2005 | $25.00 |
| 7803606175DB | 12/2/2005 | $58.82 |
| 4532076792DB | 12/7/2005 | $41.23 |
| 3524415006DC | 12/9/2005 | $1,573.02 |
| 1424109773DB | 12/12/2005 | $61.75 |
| 7993597184DB | 12/15/2005 | $48.83 |
| 4930912972DB | 12/16/2005 | $41.23 |
| 4532064996DB | 12/16/2005 | $41.23 |
| 7853717949DB | 12/19/2005 | $48.60 |
| 4930914788DB | 12/21/2005 | $240.02 |
| 4634619904DB | 12/22/2005 | $41.64 |
| 4634619888DB | 12/22/2005 | $41.04 |
| 4530462242DB | 12/30/2005 | $43.20 |
| 4934001301DB | 1/3/2006 | $48.60 |
| 7993566270DB | 1/4/2006 | $291.17 |
| 4934006870B | 1/5/2006 | $161.15 |
| 7853681087DB | 1/9/2006 | $48.60 |
| 4934006969DB | 1/12/2006 | $160.96 |
| 3561835909DB | 1/12/2006 | $48.60 |
| 7993592466DB | 1/13/2006 | $48.60 |
| 4637430275DB | 1/13/2006 | $41.04 |
| 4530568535DB | 1/13/2006 | $41.04 |
| 5343451929DB | 1/17/2006 | $43.20 |
| 4532113314DB | 1/19/2006 | $43.20 |
| 1462403079DB | 1/23/2006 | $105.97 |
| 4864533089DC | 1/27/2006 | $12.24 |
| 7853695228DB | 1/31/2006 | $48.60 |
| 4530578112DB | 1/31/2006 | $43.20 |
| 7853694429DB | 2/1/2006 | $48.60 |
| 7803924222DB | 2/1/2006 | $141.63 |
| 7803915204DB | 2/2/2006 | $88.84 |
| 4532095644DB | 2/8/2006 | $41.23 |
| 4530578435DB | 2/14/2006 | $41.23 |
| 1462411924DB | 2/14/2006 | $48.83 |
| 4532064913DB | 2/15/2006 | $169.13 |
| 7803914421DB | 2/17/2006 | $142.29 |
| 9171995695DB | 2/20/2006 | $58.34 |
| 4532099810DB | 2/21/2006 | $43.40 |
| 4532073286DB | 2/23/2006 | $74.28 |
| 1323704525DB | 2/23/2006 | $50.81 |
| 4532094662DB | 2/24/2006 | $43.40 |
| 4934083143DB | 2/28/2006 | $108.17 |
| 7803914694DB | 3/1/2006 | $48.83 |
| 1460404194DB | 3/2/2006 | $49.14 |
| 9992270668DB | 3/3/2006 | $41.23 |
| 4864675344DB | 3/6/2006 | $48.60 |
| 4934083705DB | 3/7/2006 | $48.60 |
| 5513934205DB | 3/8/2006 | $7.56 |
| 4532127314DB | 3/8/2006 | $698.88 |
| 4703902822DB | 3/9/2006 | $49.44 |
| 4635026075DB | 3/10/2006 | $48.60 |
| 4532100964DB | 3/14/2006 | $43.40 |
| 4361572536DB | 3/14/2006 | $43.40 |
| 4532128205DB | 3/15/2006 | $599.04 |
| 4532128403DB | 3/16/2006 | $624.00 |
| 4532101616DB | 3/16/2006 | $43.40 |
| 4532128635DB | 3/17/2006 | $618.80 |
| 4532143246DB | 3/23/2006 | $624.00 |
| 0550347484DB | 3/23/2006 | $36.59 |
| 4532142891DB | 3/24/2006 | $624.00 |
| 4532152627DB | 3/27/2006 | $624.00 |
| 7804078960DB | 3/28/2006 | $285.04 |
| 4532153906DB | 3/29/2006 | $624.00 |
| 4532155356DB | 3/30/2006 | $624.00 |
| 7804078630DB | 3/31/2006 | $200.78 |
| 7804078556DB | 3/31/2006 | $240.93 |
| 4532155539DB | 3/31/2006 | $624.00 |
| 7853757507DC | 4/3/2006 | $1,573.14 |
| 4532153625DB | 4/3/2006 | $724.00 |
| 1462425569DC | 4/4/2006 | $43.60 |
| 7853760980DB | 4/5/2006 | $49.05 |
| 3173859675DB | 4/5/2006 | $2,855.85 |
| 4532148401DB | 4/6/2006 | $312.00 |
| 1424184362DB | 4/6/2006 | $122.92 |
| 7853779634DB | 4/7/2006 | $49.05 |
| 7853770369DB | 4/7/2006 | $49.05 |
| 4532148211DB | 4/7/2006 | $661.60 |
| 4532149391DB | 4/10/2006 | $618.80 |
| 4532100634DB | 4/11/2006 | $43.60 |
| 4532131167DC | 4/17/2006 | $16.33 |
| 7993684685 | 4/20/2006 | $74.65 |
| 4532148393DB | 4/20/2006 | $49.28 |
| 7804011490DB | 4/24/2006 | $247.62 |
| 3725191101DB | 4/26/2006 | $85.18 |
| 4532151967DB | 4/27/2006 | $43.80 |
| 4532147874DB | 4/27/2006 | $43.80 |
| 4532147833DB | 5/1/2006 | $44.20 |
| 4934211702DB | 5/3/2006 | $227.25 |
| 4532163608DB | 5/3/2006 | $44.20 |
| 7993710506DB | 5/4/2006 | $72.42 |
| 3725252846DB | 5/5/2006 | $85.96 |
| 1462447746DB | 5/8/2006 | $49.73 |
| 7804041513DB | 5/9/2006 | $401.71 |
| 4635144027DB | 5/10/2006 | $44.40 |
| 6053052917DB | 5/11/2006 | $84.95 |
| 4703872926DB | 5/11/2006 | $84.84 |
| 4635062393DB | 5/11/2006 | $137.69 |
| 5343525144DB | 5/12/2006 | $44.20 |
| 4934200903DB | 5/12/2006 | $49.95 |
| 3725180542DB | 5/12/2006 | $85.33 |
| 3524356721DB | 5/12/2006 | $60.38 |
| 4532148526DB | 5/17/2006 | $50.18 |
| 4532172823DB | 5/18/2006 | $410.63 |
| 7804089595DB | 5/19/2006 | $379.06 |
| 4934219648DB | 5/22/2006 | $44.60 |
| 4532174548DB | 5/22/2006 | $53.39 |
| 7804121299DB | 5/24/2006 | $254.68 |
| 4532174639DB | 5/24/2006 | $330.19 |
| 4532194983DB | 5/26/2006 | $50.18 |
| 4532166692DB | 5/26/2006 | $44.60 |
| 4934228276DB | 5/30/2006 | $44.60 |
| 4532158293DB | 5/30/2006 | $44.60 |
| 7993706801DB | 6/1/2006 | $61.21 |
| 7853804721DB | 6/1/2006 | $42.37 |
| 7804121380DB | 6/1/2006 | $254.68 |
| 7804121323DB | 6/1/2006 | $54.91 |
| 4934219994DB | 6/1/2006 | $44.60 |
| 4934229001DB | 6/2/2006 | $44.60 |
| 4934219721DB | 6/2/2006 | $42.37 |
| 1424186938DB | 6/2/2006 | $42.37 |
| 7804121489DB | 6/5/2006 | $254.68 |
| 7804121265DB | 6/5/2006 | $254.68 |
| 7804089702DB | 6/5/2006 | $254.68 |
| 4934227823DB | 6/5/2006 | $44.60 |
| 4532184844DB | 6/7/2006 | $43.44 |
| 2533105434DB | 6/7/2006 | $105.99 |
| 1424154555DB | 6/7/2006 | $50.18 |
| 1424190203DB | 6/12/2006 | $63.35 |
| 7804032330DB | 6/14/2006 | $71.74 |
| 4934227948DB | 6/14/2006 | $42.37 |
| 1462476372DB | 6/14/2006 | $44.40 |
| 7804032074DB | 6/15/2006 | $160.81 |
| 4934254603DB | 6/15/2006 | $78.15 |
| 7853756459DB | 6/19/2006 | $42.18 |
| 7853756418DB | 6/19/2006 | $42.18 |
| 4532189603DB | 6/20/2006 | $49.33 |
| 7804032470DB | 6/21/2006 | $201.83 |
| 7804032462DB | 6/21/2006 | $201.83 |
| 7804032405DB | 6/21/2006 | $201.83 |
| 7804032397DB | 6/21/2006 | $201.83 |
| 7804032322DB | 6/21/2006 | $201.83 |
| 1462467165DB | 6/23/2006 | $44.60 |
| 4532265585DB | 6/26/2006 | $44.60 |
| 4532264836DB | 6/26/2006 | $44.60 |
| 4934276051DB | 6/27/2006 | $99.97 |
| 4532188480DB | 6/27/2006 | $44.60 |
| 4635209861DB | 6/28/2006 | $53.39 |
| 4532266864DB | 6/28/2006 | $44.60 |
| 4532188464DB | 6/29/2006 | $44.60 |
| 9992403921 | 6/30/2006 | $506.85 |
| 4635193826DB | 7/3/2006 | $50.18 |
| 4532274298DB | 7/5/2006 | $44.60 |
| 1424190997DB | 7/5/2006 | $144.59 |
| 1323748589DB | 7/11/2006 | $3,213.61 |
| 4532273068DB | 7/12/2006 | $50.18 |
| 4703872918DB | 7/13/2006 | $50.18 |
| 4934286274DB | 7/17/2006 | $167.09 |
| 4934266896DB | 7/20/2006 | $47.71 |

Exhibit B-1

| Account | Date | Amount |
|---|---|---|
| 4532214781 | 7/24/2006 | $763.26 |
| 4532213338DB | 7/24/2006 | $44.60 |
| 4934295648DB | 7/25/2006 | $42.37 |
| 4532280808DB | 7/25/2006 | $55.04 |
| 4532214922 | 7/25/2006 | $801.42 |
| 4344786778 | 7/25/2006 | $869.10 |
| 3524445607 | 7/25/2006 | $687.11 |
| 4938066318DB | 7/26/2006 | $45.71 |
| 164116810 | 7/26/2006 | $600.92 |
| 7853786910 | 7/31/2006 | $550.85 |
| 4344793790DB | 8/1/2006 | $202.76 |
| 4532207850DB | 8/3/2006 | $44.60 |
| 4532184570DB | 8/4/2006 | $50.18 |
| 4865731344DB | 8/7/2006 | $179.85 |
| 4532175016DB | 8/7/2006 | $20.64 |
| 3173850716DB | 8/8/2006 | $12.95 |
| 4428867228DB | 8/9/2006 | $25.00 |
| 7804121638DB | 8/10/2006 | $256.57 |
| 4703992880DB | 8/11/2006 | $320.13 |
| 4532219343DB | 8/14/2006 | $44.80 |
| 1473163433DB | 8/14/2006 | $75.73 |
| 7993829652DB | 8/15/2006 | $50.40 |
| 7804121588DB | 8/17/2006 | $101.80 |
| 4532327617DB | 8/21/2006 | $45.00 |
| 0164133849DB | 8/21/2006 | $176.03 |
| 4934311957DB | 8/22/2006 | $42.75 |
| 4532342061DB | 8/22/2006 | $468.97 |
| 7993828829DB | 8/23/2006 | $50.63 |
| 7854025524DB | 8/23/2006 | $424.94 |
| 7993750874DB | 8/28/2006 | $50.63 |
| 4345258439DB | 8/28/2006 | $108.13 |
| 1462517209DB | 8/29/2006 | $45.00 |
| 7804475430DB | 8/30/2006 | $349.40 |
| 4532354090DB | 8/30/2006 | $45.00 |
| 2934905840DB | 8/30/2006 | $1,393.31 |
| 4532341220DB | 8/31/2006 | $45.00 |
| 3524571766DB | 8/31/2006 | $50.63 |
| 2934917282DB | 8/31/2006 | $84.49 |
| 4934350484DB | 9/1/2006 | $42.75 |
| 7993974110DB | 9/5/2006 | $50.63 |
| 2934906228DB | 9/7/2006 | $1,518.69 |
| 7993974474DB | 9/12/2006 | $50.40 |
| 7993974391DB | 9/12/2006 | $50.40 |
| 4345169008 | 9/12/2006 | $578.32 |
| 2934930137DB | 9/14/2006 | $1,367.91 |
| 1424256335DB | 9/15/2006 | $136.74 |
| 1424256343DB | 9/18/2006 | $172.54 |
| 7994022695DB | 9/19/2006 | $50.18 |
| 2934917308DB | 9/19/2006 | $194.12 |
| 1424256467DB | 9/19/2006 | $50.18 |
| 7994032074 | 9/20/2006 | $100.13 |
| 9203035516DB | 9/21/2006 | $128.63 |
| 4532358430DB | 9/22/2006 | $44.60 |
| 4532358265DB | 9/22/2006 | $44.60 |
| 4532352177DB | 9/25/2006 | $44.40 |
| 7804030797DB | 9/26/2006 | $99.45 |
| 4637888498DB | 9/27/2006 | $44.40 |
| 4637813546DB | 9/27/2006 | $44.40 |
| 4532358893DC | 9/27/2006 | $2,302.02 |
| 3725551478DB | 9/29/2006 | $49.95 |
| 4934365474DB | 10/2/2006 | $41.80 |
| 4704011169DB | 10/2/2006 | $33.20 |
| 4637813918DB | 10/2/2006 | $44.00 |
| 4637813819DB | 10/2/2006 | $44.00 |
| 1582427524DB | 10/2/2006 | $1,059.00 |
| 7911573260DB | 10/3/2006 | $148.70 |
| 7804030540DC | 10/3/2006 | $135.26 |
| 4934349346DB | 10/3/2006 | $52.34 |
| 4704021473DB | 10/3/2006 | $33.20 |
| 7822421170DB | 10/4/2006 | $277.98 |
| 4704020103DB | 10/4/2006 | $33.20 |
| 4532375947DB | 10/4/2006 | $2,141.89 |
| 5203971793DB | 10/5/2006 | $267.80 |
| 4345090220DB | 10/5/2006 | $2,726.74 |
| 3035431192DC | 10/5/2006 | $49.50 |
| 7994030375DB | 10/6/2006 | $60.59 |
| 2934930806DB | 10/6/2006 | $197.32 |
| 6414135547DB | 10/9/2006 | $287.18 |
| 4637868482DB | 10/9/2006 | $43.80 |
| 2825547906DC | 10/9/2006 | $1,757.99 |
| 4704043386DB | 10/10/2006 | $48.11 |
| 4345090287DB | 10/10/2006 | $406.91 |
| 9203035912DB | 10/11/2006 | $203.36 |
| 4532368116DB | 10/11/2006 | $64.83 |
| 7804030664DC | 10/13/2006 | $76.33 |
| 7804030631DB | 10/13/2006 | $132.91 |
| 4934424735DC | 10/13/2006 | $5.28 |
| 4345090386DB | 10/16/2006 | $2,712.09 |
| 1424311379DB | 10/17/2006 | $46.36 |
| 7804477469DB | 10/18/2006 | $49.05 |
| 5514128120DB | 10/19/2006 | $191.56 |
| 7804030862DB | 10/20/2006 | $50.18 |
| 4934931077DB | 10/20/2006 | $43.25 |
| 7804030656DB | 10/23/2006 | $177.44 |
| 7804030649DB | 10/23/2006 | $177.44 |
| 4532381283DC | 10/23/2006 | $2,219.77 |
| 4345213020DC | 10/23/2006 | $29.16 |
| 4953088085DB | 10/24/2006 | $48.80 |
| 4773800315DC | 10/24/2006 | $9.92 |
| 1424311650DD | 10/31/2006 | $133.04 |
| 1323896487DB | 10/31/2006 | $3,080.28 |
| 4934411435DB | 11/1/2006 | $15.63 |
| 4428935462DB | 11/3/2006 | $218.49 |
| 5051767144DB | 11/6/2006 | $54.04 |
| 4532649689DC | 11/6/2006 | $288.87 |
| 2935011218DB | 11/7/2006 | $16.50 |
| 7804765475DB | 11/8/2006 | $41.61 |
| 5343779097DC | 11/8/2006 | $42.28 |
| 5052142594DB | 11/8/2006 | $239.42 |
| 5051767565DB | 11/8/2006 | $62.16 |
| 4866596241DB | 11/8/2006 | $16.47 |
| 4665504782DB | 11/8/2006 | $6.26 |
| 4532563484DB | 11/8/2006 | $82.88 |
| 5051767672DB | 11/9/2006 | $62.16 |
| 4934631016DB | 11/9/2006 | $53.59 |
| 4934631180DB | 11/10/2006 | $9.82 |
| 7804738555DB | 11/14/2006 | $195.58 |
| 4934408084DB | 11/14/2006 | $115.17 |
| 7804748760DB | 11/15/2006 | $195.58 |
| 4866475515DB | 11/15/2006 | $10.01 |
| 4532623114DB | 11/21/2006 | $40.08 |
| 4345489216DB | 11/21/2006 | $2,737.38 |
| 7804031621DB | 11/22/2006 | $111.61 |
| 1462660538DB | 11/22/2006 | $155.90 |
| 7804758306DB | 11/27/2006 | $56.15 |
| 3562102903DB | 11/27/2006 | $107.33 |
| 7804765863DC | 11/28/2006 | $2,382.23 |
| 7804695672DB | 11/28/2006 | $35.32 |
| 7804695664DB | 11/28/2006 | $38.43 |
| 7804743217DB | 11/29/2006 | $51.54 |
| 7804590717DB | 11/30/2006 | $76.87 |
| 4934928248RC | 12/1/2006 | $334.13 |
| 4866770408RC | 12/1/2006 | $214.07 |
| 4345473962BB | 12/1/2006 | $29.15 |
| 4773890308DB | 12/6/2006 | $6.37 |
| 7854225322DC | 12/7/2006 | $22.60 |
| 4934927489DD | 12/7/2006 | $173.39 |
| 3562102960DB | 12/11/2006 | $109.58 |
| 4532620011DB | 12/13/2006 | $5.21 |
| 4866742944DC | 12/14/2006 | $9.24 |
| 7804758629DB | 12/18/2006 | $35.67 |
| 5052163988DB | 12/19/2006 | $219.42 |
| 4652776219DB | 12/19/2006 | $42.49 |
| 6022925212DC | 12/20/2006 | $21.57 |
| 4866876510DB | 12/20/2006 | $6.50 |
| | | $89,972.35 |

Exhibit B-2