Peter Gurfein (PG-5770)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
310-229-1000 (Telephone)
310-229-1001 (Facsimile)
pgurfein@akingump.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                  :
In re:                                            :    Chapter 11
                                                  :
DPH HOLDINGS CORP., et al.,                       :    Case No. 05-44481 (RDD)
                                                  :
                                                  :
                          Debtors.                :    (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )

      REBECCA BARLOON

    1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

    2.    On February 17, 2010 I caused true and correct copies of the Response of Wamco, Inc. to the Forty-Third Omnibus Objection of the Reorganized Debtors to Proofs of Claims (Docket No. 19,464), to be served via UPS overnight mail, postage prepaid, on the parties listed on the annexed Service List A. In addition, a hard copy was hand delivered to the Honorable Judge Robert D. Drain, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 116, White Plains, NY 10601, pursuant to the Claims Objection Procedures Order and the Administrative Claims Objection Procedures Order.

                                                  /s/   Rebecca Barloon
                                                        Rebecca Barloon

Sworn to before me this
18th day of February, 2010
/s/   Jaime Sheldon
Jaime Sheldon
Notary Public, State of New York
No. 01SH6140377
Qualified in New York County
Commission Expires 1-30-2014

## Service List A

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
John Lyons
Joseph N. Wharton
155 North Wacker Drive
Chicago, Illinois 60606