UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05–44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

        I hereby certify that on February 18, 2010, I served a true and correct copy of the foregoing **RESPONSE OF ACCURATE THREADED FASTENER'S INC. TO THE REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION** via Overnight Mail to the addresses set forth below:

    Honorable Robert D. Drain
    United States Bankruptcy Court SDNY
    The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
    300 Quarropas Street, Courtroom 116
    White Plains, New York 10601-4140

    DPH Holdings Corp.
    5725 Delphi Drive
    Troy, Michigan 48098
    Attn: President

    Skadden, Arps, Slate, Meagher & Flom LLP
    155 North Wacker Drive
    Chicago, Illinois 60606
    Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton

Dated: February 18, 2010          By: */s/ Mary Collado*_____