**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Byron C. Starcher, to be admitted, *pro hac vice*, to represent **Akzo Nobel Industrial Coatings Mexico SA de CV** (the "Client"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and the bar of the U.S. District Court for the Northern District of Georgia, it is hereby

**ORDERED**, that Byron C. Starcher, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 18, 2010
      White Plains, New York

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

~Doc# 660696.01~