ILENE J. FELDMAN, ESQ., LLC
Ilene J. Feldman (IF1045)
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
(203) 254.2277 (phone)
(203) 256.3333 (fax)
collinsfeldman@aol.com

Attorneys for UNION PACIFIC RAILROAD COMPANY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
                                                                               :
    In re                                                    :    Chapter 11
                                                                               :
DPH HOLDINGS CORP., et al.,                                                    :    Case No. 05-44481 (RDD)
                                                                               :
    Reorganized Debtors,                                      :    (Jointly Administered)
                                                                               :
-------------------------------------------------------------------------------X

## CORRECTED SUPPLEMENTAL CERIFICATE OF SERVICE

   Ilene J. Feldman, being duly sworn, deposes and says:

1. I am not a party to this action, am over the age of eighteen (18) and reside in Fairfield, Connecticut.

2. On February 17, 2010, I electronically filed **UNION PACIFIC RAILROAD COMPANY'S RESPONSE TO REORGANZIED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. 503(b) AND FED.R.BANKR.P. 3007 TO (1) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) EQUITY INTERESTS, (E) PREPETITION CLAIMS, (F) INSUFFICIENTLY DOCUMENTED CLAIMS, (G) PENSION, BENEFIT, AND OPEB CLAIMS, (H) WORKERS" COMPENSATION CLAIMS, AND (I) TRANSFERRED WORKERS' COMPENSTATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS** with the Clerk of the Bankruptcy Court using the CM/ECF system.

3. I served a true and correct copy of the foregoing via the United States Postal Service, First Class Mail on February 17, 2010 on the following CM/ECF participants and non-participants:

      Attn: John Wm. Butler, Jr., Esq. ,John K. Lyons, Esq.
        Joseph N Wharton, Esq.
      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
      155 North Wacker Drive
      Chicago, Illinois 60608

       DPH Holdings Corp.
       Attention: President
       5725 Delphi Drive
       Troy, Michigan 48098

       SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
       Four Times Square
       New York, New York 10036
       Attn: Kayalyn A. Marafioti, Esq.

4. A true and correct copy of the foregoing was sent via overnight mail on February 17, 2010 to:

       Honorable Robert D. Drain
       United States Bankruptcy Judge
       United States Bankruptcy Court for the Southern District of New York
       The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
       300 Quarropas Street, Courtroom 118
       White Plains, New York 10601-4140

5. Upon information and belief, on February 18, 2010 by 10:30 a.m. E.S.T., at my direction, Intercept Courier hand-delivered a true and correct copy of the foregoing upon:

       John Wm. Butler, Jr., Esq.
       John K. Lyons, Esq.
       Joseph N Wharton, Esq.
       SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
       155 North Wacker Drive
       Chicago, Illinois 60608

6. Upon information and belief, on February 18, 2010 by 10:30 a.m. E.S.T., at my direction, Portwood Delivery hand-delivered a true and correct copy of the foregoing upon:

       DPH Holdings Corp.
       Attention: President
       5725 Delphi Drive
       Troy, Michigan 48098

7. I served a true and correct courtesy copy of the foregoing via the United States Postal Service, First Class Mail on February 18, 2010 on:

       Brian S. Masumoto, Trial Attorney
       Office of the United States Trustee
       33 Whitehall Street, 21st Floor
       New York, NY 10004-2111

County of Fairfield    )
                      ) ss.:
State of Connecticut  )

/s/ Ilene J. Feldman_____
Ilene J. Feldman

Sworn to before me this
18th day of February, 2010.

/s/ Jane Fine_____
Notary Public
My Commission Expires: 4/30/2012