HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, NY 10016
212-592-1400  Telephone
212-592-1500  Facsimile
Paul Rubin
prubin@herrick.com

*Attorneys for Canon U.S.A., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No.  05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

I, Larisa Poretsky, being duly sworn, say:

1. I am not a party to this proceeding, am over 18 years of age and reside at Ardsley, New York.

2. On February 18, 2010, I caused to be served a true and correct copy of the *Response of Canon U.S.A., Inc. to Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expenses (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (Docket No.: 19495)* upon the parties in the service list annexed hereto via Federal Express for overnight delivery for receipt on the next business day.

Date:   New York, New York
        February 19, 2010

                                                         /s/ Larisa Poretsky
                                                          Larisa Poretsky

Sworn to before me this
19th day of February, 2010

*/s/ Seth Kornbluth*
Notary Public, State of New York

HF 5644668v.1 #05542/0009

## **SERVICE LIST**

DPH Holdings Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: President

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn: John K. Lyons
　　　John Wm. Butler, Jr.
　　　Joseph N. Wharton

HF 5644668v.1 #05542/0009