HEARING DATE (For Uncontested Objections): February 25, 2010
HEARING TIME: 10:00 a.m.
OBJECTION DEADLINE: February 18, 2010

**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, New York 10017
rmeth@foxrothschild.com
Richard M. Meth, Esq. (RM7791)(admitted *pro hac vice*)

- and -

**GREENEBAUM DOLL & McDONALD PLLC**
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40402
502-587-3540
502-540-2140
mgs@gdm.com
Michael G. Shaikun, Esq.
C.R. Bowles, Jr., Esq.

Attorneys for Direct Sourcing Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP, *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING RESPONSES OF**
**DIRECT SOURCING SOLUTIONS, INC. TO DEBTORS' FORTY-THIRD**
**OMNIBUS CLAIMS OBJECTION AS TO CLAIM NOS. 18680 AND 20072**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.      I am a paralegal employed by the firm of Fox Rothschild LLP.  My business address is 75 Eisenhower Parkway, Suite 200, Roseland, New Jersey 07068.  Fox Rothschild

RL1 803657v1 02/19/10

LLP is counsel to Direct Sourcing Solutions, Inc. in connection with the above-referenced matter.

2.    On February 18, 2010, I electronically filed the following documents with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served:

    a.    Response Of Direct Sourcing Solutions, Inc. To Debtors' Forty-Third Omnibus Claims Objection As To Claim No. 18680; and

    b.    Response Of Direct Sourcing Solutions, Inc. To Debtors' Forty-Third Omnibus Claims Objection As To Claim No. 20072.

3.    In addition, on that date, I caused copies of the aforementioned documents to be served upon the parties identified on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                              /s/ Marcia L. Steen
                              MARCIA L. STEEN

Dated: February 19, 2010

RL1 803657v1 02/19/10

## SERVICE LIST

**Served Via Email And Overnight Mail On 2/18/2010:**

**Counsel to the Reorganized Debtors:**

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
(Attn:  John Wm. Butler, Jr., John K. Lyons and Joseph N. Wharton)
312-379-0027
Emails: jack.butler@skadden.com; john.lyons@skadden.com; joseph.wharton@skadden.com

**Served Via Overnight Mail On 2/18/2010:**

**The Debtor:**

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
(Attn:  President)
248-813-2000

**The Court:**

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom 116
White Plains, New York 10601-4140
914-390-4060

RL1 803657v1 02/19/10