February 7, 2010

To:

Honorable Judge Drain
Delphi Holdings
Delphi Counsel (Skadden, Arps, etc.)

I fully disagree with the treatment of claim, I hear by expect the terms of your Release of Claims (ROC) contract to be fulfilled per the Modified Plan of Reorganization and Master Disposition Agreement and, I expect the claim to be allowed and paid in full.

I previously provide documentation to the court on my Severance Claims and below is the information filed with the court. Dated 10-30-09, Claim #20054, for Asserted Claim Amount $23,962.50, Basis for Objection - Allowed Severance Claims. Correct Debtor # 05-44481, Allowed Amount $23,962.50, Allowed Nature is Priority.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| 10/30/09 | 20054 | $23,962.50 | Allowed Severance Claims | 05-44481 | $23,962.50 | Priority |

*[signature: Robyn Budd]*

Robyn Budd
8062 Kenyon Dr, S.E.
Warren, Ohio 44484

New Address as of January 2010
2107 Mountain Valley Dr.
Morgantown, WV  26508

*FILED 2010 FEB 17 P 3:17 S.D.N.Y. U.S. BANKRUPTCY COURT*

February 7, 2010

To:

Honorable Judge Drain
Delphi Holdings
Delphi Counsel (Skadden, Arps, etc.)

I fully disagree with the treatment of claim, I hear by expect the terms of your Release of Claims (ROC) contract to be fulfilled per the Modified Plan of Reorganization and Master Disposition Agreement and, I expect the claim to be allowed and paid in full.

I previously provide documentation to the court on my Severance Claims and below is the information filed with the court. Dated 10-30-09, Claim #20054, for Asserted Claim Amount $23,962.50, Basis for Objection - Allowed Severance Claims. Correct Debtor # 05-44481, Allowed Amount $23,962.50, Allowed Nature is Priority.

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim |||
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| 10/30/09 | 20054 | $23,962.50 | Allowed Severance Claims | 05-44481 | $23,962.50 | Priority |

Robyn Budd
8062 Kenyon Dr, S.E.
Warren, Ohio 44484

New Address as of January 2010
2107 Mountain Valley Dr.
Morgantown, WV  26508

2010 FEB 17 P 3: 17
S.D.N.Y.
FILED
U.S. BANKRUPTCY COURT