| 2/16/2010 0:00 | Terms | Amount Remaining | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 days |
|---|---|---|---|---|---|---|---|---|
| Delphi Thermal | 2nd of 2 mths foll | 33,391.37 | 0.00 | 0.00 | 0.00 | 0.00 | 5,403.88 | 27,987.49 |
| Delphi Suzhou China | 2nd of 2 mths foll | 10,161.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,161.42 |
| Total | | 43,552.79 | 0.00 | 0.00 | 0.00 | 0.00 | 5,403.88 | 38,148.91 |

**Total Past Due**

33,391.37
10,161.42

43,552.79

| Customer | Customer No. | B/L# | Invoice No. | Invoice Date | Date Due | Amount Remaining | Current | 1-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 days | Invoice | Payment | Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 10/19/2009 12/17/09 Duplicate pymt for pkg |
| Delphi Thermal | 3611 | | 277155 | 08/31/07 | 11/02/07 | 3,062.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,062.10 | 4,602.10 | 1,540.00 | 08/18/09 | pd on 10/19/09-Applied to this invoice |
| Delphi Thermal | 3611 | | 285879 | 05/06/09 | 07/02/09 | 3,325.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,325.06 | 3,325.06 | | | |
| Delphi Thermal | 3611 | | 286005 | 05/13/09 | 07/02/09 | 2,582.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,582.27 | 2,582.27 | | | |
| Delphi Thermal | 3611 | 76602 | 286217 | 06/03/09 | 08/02/09 | 3,470.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,470.34 | 3,470.34 | | | |
| Delphi Thermal | 3611 | | 60209 | 06/08/09 | 08/02/09 | 5,253.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,253.17 | | | | |
| Delphi Thermal | 3611 | 76684 | 286389 | 06/17/09 | 08/02/09 | 2,231.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,231.71 | 2,231.71 | | | |
| Delphi Thermal | 3611 | 76969 | 287084 | 08/18/09 | 10/02/09 | 2,238.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,238.33 | 4,476.67 | 2,238.34 | 10/02/09 | |
| Delphi Thermal | 3611 | 76974 | 287086 | 08/19/09 | 10/02/09 | 5,824.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,824.51 | 5,824.51 | | | |
| Delphi Thermal | 3611 | 77044 | 287275 | 09/01/09 | 11/02/09 | 1,877.90 | 0.00 | 0.00 | 0.00 | 0.00 | 1,877.90 | 0.00 | 8,660.10 | 6,782.20 | 11/02/09 | |
| Delphi Thermal | 3611 | 77078 | 287366 | 09/10/09 | 11/02/09 | 3,525.98 | 0.00 | 0.00 | 0.00 | 0.00 | 3,525.98 | 0.00 | 3,525.98 | | | |
| | | | | | | 33,391.37 | 0.00 | 0.00 | 0.00 | 0.00 | 5,403.88 | 27,987.49 | 38,698.74 | 10,560.54 | | |

| Customer | Customer No. | Invoice No. | Invoice Date | | Date Due | Amount Remaining | Current | 1-30 days | 31-60 days | 61-90 Days | 91-120 Days | Over 120 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/16/2010 | | | | | | | | | | | | |
| Delphi Suzhou China | 9840 | 284952 | 02/20/09 | I | 05/02/09 | 10,161.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,161.42 |
| | | | | | | 10,161.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,161.42 |