## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Response of Sensus Precision Die Casting, Inc. to the Reorganized Debtors' Forty-Third Omnibus Claims Objection was filed electronically this 19th day of February 2010. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Hard copies of the Response were served on the following persons via Federal Express on the 19th day of February, 2010:

        Honorable Robert D. Drain
        United States Bankruptcy Judge
        United States Bankruptcy Court for the Southern District of New York
        The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
        300 Quarropas Street, Courtroom 118
        White Plains, NY  10601-4140

        DPH Holdings Corp.
        5725 Delphi Drive
        Troy, MI  48098
        Attention:  President

        Skadden, Arps, Slate, Meagher & Flom LLP
        155 North Wacker Drive
        Chicago, IL  60606
        Attention:  John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton

                                  /s/ Robert N. Michaelson
                                  Robert N. Michaelson

PI-2321484 v1