**LINEBARGER GOGGAN**                      Hearing Date: February 25, 2010
**BLAIR & SAMPSON, LLP**               Hearing Time: 10:00 a.m.
Attorneys for Tarrant County
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)
Diane W. Sanders, Esq.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 05-44481-RDD |
| DPH HOLDINGS CORP., et al | § | JOINTLY ADMINISTERED |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | |

### NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTORS' FORTH-THIRD OMNIBUS OBJECTION FILED BY TARRANT COUNTY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

    COMES NOW, **Tarrant County,** by and through its undersigned attorney, and shows the Court as follows:

1. On or about February 18, 2010, Tarrant County filed a Response to Debtors' Forty-third Omnibus Objection.

2. Tarrant County hereby withdraws that Response. The Tarrant County claim referenced in the objection is paid.

                                      Respectfully Submitted,

                                      LINEBARGER GOGGAN
                                      BLAIR & SAMPSON, LLP
                                      P.O. Box 17428
                                      Austin, Texas 78760
                                      (512) 447-6675 (Telephone)
                                      (512) 443-5114 (Facsimile)

1

2

        By:*/s/ Diane W. Sanders*
          Diane W. Sanders
          State Bar No. 16415500

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Withdrawal of Response to Debtors' Forty-third Omnibus Objection to Claims has been served by electronic or U. S. Mail on the parties listed below on the 19th day February, 2010.

**DEBTOR**
Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

**ATTORNEY FOR DEBTOR**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
John K. Lyons and
Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

**TRUSTEE**
Office of the U. S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-11480

*/s/ Diane W. Sanders*
DIANE W. SANDERS