**HOGAN & HARTSON LLP**
Scott A. Golden (SG-6663)
Dena Copulsky Kaufman (DC-9222)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for XM Satellite Radio Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :    Case No. 05-44481 (RDD)
                                                          :    (Jointly Administered)
             Reorganized Debtors.                         :
                                                          :
                                                          :
---------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF CURE CLAIM WITH RESPECT TO ASSUMPTION OF OEM RECEIVER PRODUCTION, MARKETING AND LICENSE AGREEMENT PURSUANT TO FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION

XM Satellite Radio Inc. ("XM"), by and through undersigned counsel, hereby files this notice of withdrawal of the Cure Claim With Respect To Assumption Of OEM Receiver Production, Marketing And License Agreement Pursuant To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession [Docket No. 12539].

Dated:      February 19, 2010
            New York, New York

                              HOGAN & HARTSON LLP

                              By:    /s/ Scott A. Golden
                                     Scott A. Golden (SG-6663)
                                     Dena Copulsky Kaufman (DC-9222)
                                     875 Third Avenue
                                     New York, New York 10022
                                     (212) 918-3000 (telephone)
                                     (212) 918-3100 (facsimile)

                              Attorneys for XM Satellite Radio Inc.

\\\NY - 068843/000022 - 1175419 v1