**HOGAN & HARTSON LLP**
Scott A. Golden (SG-6663)
Dena Copulsky Kaufman (DC-9222)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for XM Satellite Radio Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                : Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,                           : Case No. 05-44481 (RDD)
                                                      : (Jointly Administered)
                        Reorganized Debtors.          :
                                                      :
                                                      :
---------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF OBJECTION OF XM SATELLITE RADIO INC. TO THE NOTICE OF NON-ASSUMPTION OF CONTRACT AND TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF DELPHI CORPORATION AND CERTAIN AFFILIATES, DEBTORS AND DEBTORS-IN-POSSESSION, AS MODIFIED**

XM Satellite Radio Inc. ("XM"), by and through undersigned counsel, hereby files this notice of withdrawal the Objection Of XM Satellite Radio Inc. To The Notice Of Non-Assumption Of Contract And To The First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified [Docket No. 18245].

Dated:   February 19, 2010
         New York, New York

HOGAN & HARTSON LLP

By:   /s/ Scott A. Golden
      Scott A. Golden (SG-6663)
      Dena Copulsky Kaufman (DC-9222)
      875 Third Avenue
      New York, New York 10022
      (212) 918-3000 (telephone)
      (212) 918-3100 (facsimile)

Attorneys for XM Satellite Radio Inc.

\\\NY - 068843/000022 - 1175421 v1