**HOGAN & HARTSON LLP**
Scott A. Golden (SG-6663)
Dena Copulsky Kaufman (DC-9222)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for XM Satellite Radio Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re: : Chapter 11
:
DPH HOLDINGS CORP., et al., : Case No. 05-44481 (RDD)
: (Jointly Administered)
Reorganized Debtors. :
:
:
------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF OBJECTION OF XM SATELLITE RADIO INC. TO DEBTORS' PROPOSED ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS TO PARNASSUS HOLDINGS II, LLC

XM Satellite Radio Inc. ("XM"), by and through undersigned counsel, hereby files this notice of withdrawal of the Objection of XM Satellite Radio Inc. To Debtors' Proposed Assumption And Assignment Of Executory Contracts To Parnassus Holdings II, LLC [Docket No. 18373].

Dated:    February 19, 2010
          New York, New York

HOGAN & HARTSON LLP

By:    /s/ Scott A. Golden
       Scott A. Golden (SG-6663)
       Dena Copulsky Kaufman (DC-9222)
       875 Third Avenue
       New York, New York 10022
       (212) 918-3000 (telephone)
       (212) 918-3100 (facsimile)

Attorneys for XM Satellite Radio Inc.

\\\NY - 068843/000022 - 1175420 v1