**Response Date and Time: February 18, 2010 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date and Time: February 25, 2010 at 10:00 a.m. (prevailing Eastern time)**

**KNAUF SHAW LLP**
Alan J. Knauf, Esq. of Counsel
1125 Crossroads Building
2 State Street
Rochester, New York 14614
(585) 536-8430 (Phone)
(585) 436-4324 (Fax)

**Attorneys for American Recycling & Manufacturing Co., Inc.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) Chapter 11 <br> ) <br> ) Case No. 05-44481 <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |
| DELPHI CORPORATION, <u>et al.</u>, | |
| Debtors. | |

## <u>AMERICAN RECYCLING & MANUFACTURING CO., INC.</u><br><u>RESPONSE TO FORTY-THIRD OMNIBUS CLAIMS OBJECTION</u>

American Recycling & Manufacturing Co., Inc. ("ARM"), a creditor of debtor Delphi

Automotive Systems LLC and/or Delphi Corporation (together the "Debtors"), through its attorneys

KNAUF SHAW LLP, hereby responds to the Forty-Third Omnibus Claims Objection, to the extent

it challenges the Administrative Claim (No. 18605) asserted by ARM. ARM respectfully states as

follows:

1.    On or about October 8, 2005, Debtors filed voluntary petitions for relief under Chapter 11

of the Bankruptcy Code.

2.    On July 14, 2009, ARM filed a Proof of Claim (Claim No. 14526) in the amount of

$21,964.03 for an administrative claim for goods and services that were supplied to Debtors

by the ARM Rochester, New York facility after the bankruptcy filing (the "Administrative

Claim"), which is incorporated by reference.

3.    Since that Proof of Claim was filed, payments have been received for invoices totaling

$1,299.08, as indicated on Exhibit A.

4.    Still, payments have not been made on invoices totaling $19,628.15 that were included in the

Administrative Claim, and are detailed on Exhibit B.

5.    Copies of those unpaid invoices are annexed as Exhibit C.

6.    On or about August 25, 2009, ARM received payment in the amount of $43,171.92 that was not allocated to a particular invoice.

7.    It was not clear what that payment was made for.[1]

8.    However, the present balance due to ARM from Delphi for post-bankruptcy claims is $50,549.61, so even if the $43,171.92 payment was applied to post-bankruptcy unpaid balances, ARM is still owed $7,377.69.

9.    Therefore, ARM should be allowed its Administrative Claim, at least in part, and a proper accounting and allocation of payments should be supplied.

10.    The undersigned has personal knowledge of the above facts, since he is also employed as Vice-President and General Counsel of ARM.

**WHEREFORE,** ARM respectfully requests that this Court deny the Forty-Third Claims Objection as it relates to the claim of ARM, allow ARM's Administrative Claim, at least in part, and grant ARM such other and further relief as may be just and proper.

Dated: February 17, 2010

Alan J. Knauf, Esq.
**KNAUF SHAW LLP**
Attorneys for American Recycling &
  Manufacturing Co., Inc.
1125 Crossroads Building
2 State Street
Rochester, New York 14614
Telephone: (585) 546-8430
Facsimile: (585) 546-4324

---

[1] It is not clear to ARM whether this might also be a payment on the unpaid pre-bankruptcy invoices in the amount of $40,645.16, as set forth on ARM's Amended Proof of Claim (Claim No. 16566).

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was served by Federal Express to:

Hon. Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Courtroom 116
White Plains, New York 10601

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: John Wm. Butler, Jr., John K. Lyons,
and Joseph N. Wharton
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Dated: February 17, 2010

Alan J. Knauf

# EXHIBIT A

**American Recycling & Manufacturing Co., Inc.**
**Paid Delphi Bankruptcy Administrative Claims**

| Invoice Date | Invoice | Amount | |
|---|---|---|---|
| 10/23/2008 | ROCH-INV-4015561 | $ | 1,036.80 |
| 11/17/2008 | ROCH-INV-4015787 | $ | 255.47 |
| 11/19/2008 | ROCH-INV-4015805 | $ | 254.02 |
| 3/2/2009 | ROCH-INV-4016579 | $ | 129.28 |
| 3/12/2009 | ROCH-INV-4016645 | $ | 136.08 |
| 3/17/2009 | ROCH-INV-4016675 | $ | 145.80 |
| 3/19/2009 | ROCH-INV-4016713 | $ | 233.28 |
| 4/3/2009 | ROCH-INV-4016811 | $ | 145.15 |
| | **TOTAL** | $ | 1,299.08 |

# EXHIBIT B

**American Recycling & Manufacturing Co., Inc.**
**Unpaid Delphi Bankruptcy Administrative Claims**

| Date of Invoice | Invoice No. | Amount |
|---|---|---|
| 12/26/2006 | ROCH-INV-4006683 | $ 2,099.20 |
| 1/16/2007 | ROCH-INV-4007074 | $ 525.00 |
| 1/25/2007 | ROCH-INV-4007214 | $ 525.00 |
| 2/1/2007 | ROCH-INV-4007266 | $ 350.00 |
| 2/1/2007 | ROCH-INV-4007337 | $ 875.00 |
| 2/2/2007 | ROCH-INV-4007346 | $ 350.00 |
| 2/3/2007 | ROCH-INV-4007363 | $ 257.60 |
| 2/9/2007 | ROCH-INV-4007368 | $ 525.00 |
| 2/9/2007 | ROCH-INV-4007397 | $ 257.60 |
| 2/27/2007 | ROCH-INV-4007675 | $ 525.00 |
| 2/27/2007 | ROCH-INV-4007684 | $ 175.00 |
| 2/28/2007 | ROCH-INV-4007723 | $ 1,050.00 |
| 3/1/2007 | ROCH-INV-4007731 | $ 154.56 |
| 3/5/2007 | ROCH-INV-4007744 | $ 154.56 |
| 3/5/2007 | ROCH-INV-4007767 | $ 128.80 |
| 3/6/2007 | ROCH-INV-4007768 | $ 257.60 |
| 3/5/2007 | ROCH-INV-4007769 | $ 128.80 |
| 6/14/2007 | ROCH-INV-4007675 | $ 350.00 |
| 7/11/2007 | ROCH-INV-4009736 | $ 175.00 |
| 9/17/2007 | ROCH-INV-4010854 | $ 875.00 |
| 11/12/2007 | ROCH-INV-4011592 | $ 525.00 |
| 11/14/2007 | ROCH-INV-4011634 | $ 257.60 |
| 11/19/2007 | ROCH-INV-4011657 | $ 680.40 |
| 12/7/2007 | ROCH-INV-4011887 | $ 680.40 |
| 1/10/2008 | ROCH-INV-4012248 | $ 593.57 |
| 2/28/2008 | ROCH-INV-4012909 | $ 133.68 |
| 2/28/2008 | ROCH-INV-4012916 | $ 311.92 |
| 2/28/2008 | ROCH-INV-4012928 | $ 55.70 |
| 3/7/2008 | ROCH-INV-4013023 | $ 128.80 |
| 3/7/2008 | ROCH-INV-4013024 | $ 175.00 |
| 5/1/2008 | ROCH-INV-4013710 | $ 128.80 |
| 5/15/2008 | ROCH-INV-4013949 | $ 108.00 |
| 5/29/2008 | ROCH-INV-4014061 | $ 108.00 |
| 6/5/2008 | ROCH-INV-4014118 | $ 100.00 |
| 6/25/2008 | ROCH-INV-4014359 | $ 453.60 |
| 7/31/2008 | ROCH-INV-4014473 | $ 90.00 |
| 8/18/2008 | ROCH-INV-4014883 | $ 1,575.00 |
| 8/21/2008 | ROCH-INV-4014939 | $ 175.00 |
| 8/21/2008 | ROCH-INV-4014940 | $ 700.00 |
| 8/22/2008 | ROCH-INV-4014947 | $ 175.00 |
| 8/29/2008 | ROCH-INV-4015015 | $ 1,575.00 |
| 9/16/2008 | ROCH-INV-4015159 | $ 654.96 |
| 4/16/2009 | ROCH-INV-4016901 | $ 168.00 |
| 5/26/2009 | ROCH-INV-4017161 | $ 336.00 |
| | **TOTAL** | $ 19,628.15 |

# EXHIBIT C

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY    14611**

| Invoice | ROCH-INV-4006683 |
|---------|------------------|
| Date | 12/12/2006 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY    14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY    14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|--------------------|-------------|----------------|-----------------|---------------|---------------|------------|
| 450357759 | A101-ROCH | | | Net 10 | 12/11/2006 | 6,941 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---------|---------|-----|-------------|-------------|----------|-----------|-----------|
| 660.00000 | 40.00000 | 0.00000 | ROCH-102910 | PARAGON EDGE 3 WRAP | $0.00000 | $52.48000 | $2,099.20 |

| | |
|-------|-----------|
| Subtotal | $2,099.20 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $2,099.20 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY  14611**

| Invoice | ROCH-INV-4007074 |
|---|---|
| Date | 1/16/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450394533 | A101-ROCH | | | Net 10 | 12/27/2006 | 7,775 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 90.00000 | 30.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $525.00 |

| | |
|---|---|
| Subtotal | $525.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $525.00 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007214 |
|---------|------------------|
| Date | 1/25/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY    14606-2810

**Ship To:**

SHADEL COMPANY, INC
233 LAGRANGE AVENUE
ROCHESTER NY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450430265 | A101-ROCH | | | Net 10 | 1/17/2007 | 8,118 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 60.00000 | 30.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $525.00 |

| | |
|---|---|
| Subtotal | $525.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $525.00 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007266 |
|---------|------------------|
| Date | 2/1/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|--------------------|-------------|---|----------------|-----------------|---------------|---------------|------------|
| 450394533 | A101-ROCH | | | | Net 10 | 12/27/2006 | 7,775 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---------|---------|-----|-------------|-------------|----------|------------|-----------|
| 90.00000 | 10.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $175.00 |
| 80.00000 | 10.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $175.00 |

| | |
|---|---|
| Subtotal | $350.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $350.00 |

\*\*\*H I S T O R I C A L \*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007337 |
|---|---|
| Date | 2/1/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450394533 | A101-ROCH | | | Net 10 | 12/27/2006 | 7,775 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 90.00000 | 50.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $875.00 |

| | |
|---|---|
| Subtotal | $875.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $875.00 |

***H I S T O R I C A L***

**American Recycling and Manufacturing**
58 MCKEE ROAD
ROCHESTER NY   14611

| Invoice | ROCH-INV-4007346 |
|---------|------------------|
| Date | 2/2/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 74 / 75
ROCHESTER NY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|--------------------|-------------|----------------|-----------------|---------------|---------------|------------|
| 450441269 | A101-ROCH | | | Net 10 | 1/30/2007 | 8,351 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---------|---------|-----|-------------|-------------|----------|------------|-----------|
| 40.00000 | 20.00000 | 0.00000 | ROCH-C4840-2 | 48*40 MDF PALLET | $0.00000 | $17.50000 | $350.00 |

| | |
|---|---|
| Subtotal | $350.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $350.00 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007363 |
|---|---|
| Date | 2/3/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450405310 | A101-ROCH | | | Net 10 | 1/9/2007 | 8,087 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 20.00000 | 20.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $257.60 |

FOR COOPERSVILLE

| | |
|---|---|
| Subtotal | $257.60 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $257.60 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007368 |
|---|---|
| Date | 2/9/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450438547 | A101-ROCH | | | Net 10 | 1/26/2007 | 8,311 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 60.00000 | 30.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $525.00 |

| | |
|---|---|
| Subtotal | $525.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $525.00 |

*** H I S T O R I C A L ***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007397 |
|---------|------------------|
| Date | 2/9/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|--------------------|-------------|----------------|-----------------|---------------|---------------|------------|
| 450441183 | A101-ROCH | | | Net 10 | 2/9/2007 | 8,495 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---------|---------|-----|-------------|-------------|----------|------------|------------|
| 20.00000 | 20.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $257.60 |

| | |
|---|---|
| Subtotal | $257.60 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $257.60 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY  14611**

| Invoice | ROCH-INV-4007675 |
|---------|------------------|
| Date | 2/27/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

SHADEL COMPANY, INC
233 LAGRANGE AVENUE
ROCHESTER NY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450456997 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 2/27/2007 | 8,744 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 40.00000 | 30.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $525.00 |

| | |
|---|---|
| Subtotal | $525.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $525.00 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007684 |
|---|---|
| Date | 2/27/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

SHADEL COMPANY, INC
233 LAGRANGE AVENUE
ROCHESTER NY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req. Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450456997 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 2/27/2007 | 8,744 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 40.00000 | 10.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $175.00 |

| | |
|---|---|
| Subtotal | $175.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $175.00 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
58 MCKEE ROAD
ROCHESTER NY  14611

| Invoice | ROCH-INV-4007723 |
|---------|------------------|
| Date | 2/28/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

SHADEL COMPANY, INC
233 LAGRANGE AVENUE
ROCHESTER NY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450458814 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 2/28/2007 | 8,775 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 60.00000 | 60.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $1,050.00 |

| | |
|---|---|
| Subtotal | $1,050.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $1,050.00 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007731 |
|---|---|
| Date | 3/1/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Sales Person ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450456705 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 3/6/2007 | 8,829 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 12.00000 | 12.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $154.56 |

| | |
|---|---|
| Subtotal | $154.56 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $154.56 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007744 |
|---|---|
| Date | 3/5/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450459612 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 3/1/2007 | 8,791 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 12.00000 | 12.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $154.56 |

| | |
|---|---|
| Subtotal | $154.56 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $154.56 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007767 |
|---------|------------------|
| Date | 3/5/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450461245 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 3/5/2007 | 8,834 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 10.00000 | 10.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $128.80 |

| | |
|---|---|
| Subtotal | $128.80 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $128.80 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY  14611**

| Invoice | ROCH-INV-4007768 |
|---|---|
| Date | 3/6/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450405310 | A101-ROCH | | | Net 10 | 3/6/2007 | 8,088 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 20.00000 | 20.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $257.60 |

| | |
|---|---|
| Subtotal | $257.60 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $257.60 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4007769 |
|---|---|
| Date | 3/5/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450456705 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 3/5/2007 | 8,828 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 10.00000 | 10.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $128.80 |

| | |
|---|---|
| Subtotal | $128.80 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $128.80 |

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

***HISTORICAL***

| Invoice | ROCH-INV-4009031 |
|---|---|
| Date | 6/14/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Sales Person ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450502917 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 6/14/2007 | 9,777 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 280.00000 | 20.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $350.00 |

| | |
|---|---|
| Subtotal | $350.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $350.00 |

***H I S T O R I C A L***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4009736 |
|---|---|
| Date | 7/11/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450524858 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 7/11/2007 | 10,307 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 10.00000 | 10.00000 | 0.00000 | ROCH-C4840-2 | 48*40 MDF PALLET | $0.00000 | $17.50000 | $175.00 |

| | |
|---|---|
| Subtotal | $175.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $175.00 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4010854 |
|---------|------------------|
| Date | 9/17/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
SHADEL COMPANY, INC
233 LAGRANGE AVENUE
ROCHESTER NY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450573763 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 9/13/2007 | 11,391 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 50.00000 | 50.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $875.00 |

| | |
|---|---|
| Subtotal | $875.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $875.00 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY  14611**

| Invoice | ROCH-INV-4011592 |
|---------|------------------|
| Date    | 11/12/2007       |
| Page    | 1                |

**Bill To:** .

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|
| 450611042 | A101-ROCH | | M. DOTTERWEICH | | Net 10 | 11/12/2007 | 12,196 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 80.00000 | 30.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $525.00 |

| | | |
|---|---|---|
| Subtotal | | $525.00 |
| Misc | | $0.00 |
| Tax | | $0.00 |
| Freight | | $0.00 |
| Trade Discount | | $0.00 |
| Total | | $525.00 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4011634 |
|---|---|
| Date | 11/14/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | SalesPerson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450616053 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 11/19/2007 | 12,267 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 30.00000 | 20.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $257.60 |

| | |
|---|---|
| Subtotal | $257.60 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $257.60 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4011657 |
|---|---|
| Date | 11/19/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

WHYCO FINISHING TECH
670 WATERBURY ROAD
THOMASTON CT   06787

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450582491 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 11/19/2007 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 2,800.00000 | 4,200.00000 | 0.00000 | ROCH-F700 | WHITE / BLUE TRAY | $0.00000 | $0.16200 | $680.40 |

THIRD PARTY FREIGHT
DELPHI PT58001, ROCHESTER NY
C/O DATA 2 LOGISTICS
P.O. BOX 6040

| | |
|---|---|
| Subtotal | $680.40 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $680.40 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4011887 |
|---|---|
| Date | 12/7/2007 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

WHYCO FINISHING TECH
670 WATERBURY ROAD
THOMASTON CT   06787

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450582491 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 9/15/2008 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 7,000.00000 | 4,200.00000 | 0.00000 | ROCH-F700 | WHITE / BLUE TRAY | $0.00000 | $0.16200 | $680.40 |

THIRD PARTY FREIGHT
DELPHI PT58001, ROCHESTER NY
C/O DATA 2 LOGISTICS
P.O. BOX 6040

| | |
|---|---|
| Subtotal | $680.40 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $680.40 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4012248 |
|---|---|
| Date | 1/10/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

WHYCO FINISHING TECH
670 WATERBURY ROAD
THOMASTON CT   06787

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450582491 | A101-ROCH. | M. DOTTERWEICH | | Net 10 | 1/10/2008 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 10,664.00000 | 3,664.00000 | 0.00000 | ROCH-F700 | WHITE / BLUE TRAY | $0.00000 | $0.16200 | $593.57 |

THIRD PARTY FREIGHT
DELPHI PT58001, ROCHESTER NY
C/O DATA 2 LOGISTICS
P.O. BOX 6040

| Subtotal | $593.57 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $593.57 |

\* \* \* H I S T O R I C A L \* \* \*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4012909 |
|---|---|
| Date | 2/28/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450582491 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 9/15/2008 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 4,308 | 12 | 3,506 | ROCH-PR11368612 | CPS-537 INJECTOR TOTES W/INSERTS | $0.00 | $11.14 | $133.68 |

| | |
|---|---|
| Subtotal | $133.68 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $133.68 |

***HISTORICAL***

| Invoice | ROCH-INV-4012916 |
|---------|------------------|
| Date | 2/28/2008 |
| Page | 1 |

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY  14611**

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY  14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY  14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450582491 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 9/15/2008 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 4,308 | 28 | 3,478 | ROCH-PR11368612 | CPS-537 INJECTOR TOTES W/INSERTS | $0.00 | $11.14 | $311.92 |

| | |
|---|---|
| Subtotal | $311.92 |
| Misc. | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $311.92 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4012928 |
|---------|------------------|
| Date | 2/28/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|--------------------|-------------|----------------|-----------------|---------------|---------------|------------|
| 450582491 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 9/15/2008 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---------|---------|------|-------------|-------------|----------|-----------|-----------|
| 4,308 | 5 | 3,473 | ROCH-PR11368612 | CPS-537 INJECTOR TOTES W/INSERTS | $0.00 | $11.14 | $55.70 |

| | |
|---|---|
| Subtotal | $55.70 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $55.70 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4013023 |
|---|---|
| Date | 3/7/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450670980 | A101-ROCH | | | Net 10 | 2/26/2008 | 13,503 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 10.00000 | 10.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $128.80 |

| | |
|---|---|
| Subtotal | $128.80 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $128.80 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4013024 |
|---|---|
| Date | 3/7/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY    14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 56
ROCHESTER NY

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450678019 | A101-ROCH | | | Net 10 | 3/10/2008 | 13,644 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 20.00000 | 10.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $175.00 |

| | |
|---|---|
| Subtotal | $175.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $175.00 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4013710 |
|---|---|
| Date | 5/1/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450705626 | A101-ROCH | | | Net 10 | 4/29/2008 | 14,335 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 10.00000 | 10.00000 | 0.00000 | ROCH-CPS-826 | DELPHI PALLET 32 * 38 | $0.00000 | $12.88000 | $128.80 |

| | |
|---|---|
| Subtotal | $128.80 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $128.80 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY  14611**

| Invoice | ROCH-INV-4013949 |
|---|---|
| Date | 5/15/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY  14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY    14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450716905 | A101-ROCH | | | Net 10 | 12/31/2008 | 14,650 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 9,500 | 1,080 | 8,420 | ROCH-DENSO | DENSO TRAY & LID SEPARATION | $0.00 | $0.10 | $108.00 |

| | |
|---|---|
| Subtotal | $108.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $108.00 |

***H I S T O R I C A L***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4014061 |
|---------|------------------|
| Date | 5/29/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DENSO MFG
2406 DENSO DRIVE
ATHENS TN   37303

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450716905 | A101-ROCH | | | Net 10 | 5/15/2008 | 14,614 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 1,080 | 1,080 | 0 | ROCH-TOTES | DENSO TOTES | $0.00 | $0.10 | $108.00 |

THIRD PARTY FREIGHT
DELPHI PT58001, ROCHESTER NY
C/O DATA 2 LOGISTICS
P.O. BOX 6040

| | |
|---|---|
| Subtotal | $108.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $108.00 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4014118 |
|---------|------------------|
| Date | 6/5/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req. Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450716905 | A101-ROCH | | | Net 10 | 6/2/2008 | 14,795 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1,000 | 1,000 | 0 | ROCH-DENSOTOPS | DENSO TOP TRAYS | $0.00 | $0.10 | $100.00 |

ATTN. BOB HOMIER
647-7058

| | |
|---|---|
| Subtotal | $100.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $100.00 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4014359 |
|---|---|
| Date | 6/25/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450716905 | A101-ROCH | | | Net 10 | 12/31/2008 | 14,650 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 10,500 | 4,536 | 163 | ROCH-DENSO | DENSO TRAY & LID SEPARATION | $0.00 | $0.10 | $453.60 |

| | |
|---|---|
| Subtotal | $453.60 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $453.60 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4014473 |
|---|---|
| Date | 7/31/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
DOCK 87/88/89
ROCHESTER NY   14606

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450582491 | A101-ROCH | M. DOTTERWEICH | | Net 10 | 9/15/2008 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 2,403 | 375 | 0 | ROCH-DENSO | DENSO TRAYS AND LIDS WASHED | $0.00 | $0.24 | $90.00 |

| | |
|---|---|
| Subtotal | $90.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $90.00 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY  14611**

| Invoice | ROCH-INV-4014883 |
|---|---|
| Date | 8/18/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY  14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY  14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450750076 | A101-ROCH | | | Net 10 | 8/11/2008 | 15,473 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 100.00000 | 90.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $1,575.00 |

| | |
|---|---|
| Subtotal | $1,575.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $1,575.00 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4014939 |
|---|---|
| Date | 8/21/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450750076 | A101-ROCH | | | Net 10 | 8/11/2008 | 15,473 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 100.00000 | 10.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $175.00 |

| | |
|---|---|
| Subtotal | $175.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $175.00 |

***H I S T O R I C A L***

American Recycling and Manufacturing
58 MCKEE ROAD
ROCHESTER NY   14611

| Invoice | ROCH-INV-4014940 |
|---|---|
| Date | 8/21/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450751463 | A101-ROCH | | | Net 10 | 8/14/2008 | 15,619 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 270.00000 | 40.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $700.00 |

| | |
|---|---|
| Subtotal | $700.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $700.00 |

\*\*\*H I S T O R I C A L\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4014947 |
|---|---|
| Date | 8/22/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No |
|---|---|---|---|---|---|---|
| 450751463 | A101-ROCH | | | Net 10 | 8/14/2008 | 15,619 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 270.00000 | 10.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | $0.00000 | $17.50000 | $175.00 |

| | |
|---|---|
| Subtotal | $175.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $175.00 |

***H I S T O R I C A L***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4015015 |
|---|---|
| Date | 8/29/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|
| 450751463 | A101-ROCH | | | | Net 10 | 8/14/2008 | 15,619 |

| Ordered | Shipped | B/O | Item Number | Description | | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 270.00000 | 90.00000 | 0.00000 | ROCH-C3304-2 | 48 * 45 PALLET | | $0.00000 | $17.50000 | $1,575.00 |

| | |
|---|---|
| Subtotal | $1,575.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $1,575.00 |

***HISTORICAL***

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4015159 |
|---|---|
| Date | 9/16/2008 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

WHYCO FINISHING TECH
670 WATERBURY ROAD
THOMASTON CT   06787

| Purchase Order No. | Customer ID | | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|---|
| 450582491 | A101-ROCH | | M. DOTTERWEICH | | Net 10 | 9/16/2008 | 11,756 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 27,880.00000 | 1,466.00000 | 7.00000 | ROCH-CPS785 | WHITE TRAY | $0.00000 | $0.16200 | $237.49 |
| 27,000.00000 | 57.00000 | 2.00000 | ROCH-CPS914 | GRAY TRAY | $0.00000 | $0.16200 | $9.23 |
| 13,184.00000 | 2,520.00000 | 0.00000 | ROCH-F700 | WHITE / BLUE TRAY | $0.00000 | $0.16200 | $408.24 |

| | |
|---|---|
| Subtotal | $654.96 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $654.96 |

\*\*\*H I S T O R I C A L\*\*\*

American Recycling and Manufacturing
58 MCKEE ROAD
ROCHESTER NY   14611

| Invoice | ROCH-INV-4016901 |
|---|---|
| Date | 4/16/2009 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450869475 | A101-ROCH | | | Net 10 | 4/16/2009 | 17,970 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 2,000.00000 | 2,000.00000 | 0.00000 | ROCH-127733 | 9" * 12"  VCI SHEET | $0.00000 | $0.08400 | $168.00 |

| | |
|---|---|
| Subtotal | $168.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $168.00 |

\*\*\*HISTORICAL\*\*\*

**American Recycling and Manufacturing**
**58 MCKEE ROAD**
**ROCHESTER NY   14611**

| Invoice | ROCH-INV-4017161 |
|---|---|
| Date | 5/26/2009 |
| Page | 1 |

**Bill To:**

DELPHI AUTOMOTIVE
1000 LEXINGTON AVENUE
ROCHESTER NY   14606-2810

**Ship To:**

HP NEUN
75 N. MAIN STREET
FAIRPORT NY   14450

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| 450884936 | A101-ROCH | | | Net 10 | 5/22/2009 | 18,252 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 4,000.00000 | 4,000.00000 | 0.00000 | ROCH-127733 | 9" * 12"  VCI SHEET | $0.00000 | $0.08400 | $336.00 |

| | |
|---|---|
| Subtotal | $336.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $336.00 |