**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Leslie A. Berkoff, Esq. for admission to practice *pro hac vice* of Sharyn B. Zuch, Esq. of Wiggin and Dana LLP to represent Genpact International LLC (the "Client"); due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is hereby

ORDERED, that Sharyn B. Zuch, Esq. is permitted to practice *pro hac vice* in connection with the above-captioned bankruptcy cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
February 22, 2010

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

F:\Genpact International\docs\Pro Hac Application - Zuch, Sharyn.DOC