UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., *et al.,* | ) | Case No. 05-44481 |
| | ) | Judge Robert D. Drain |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas P. Sarb, a member in good standing of the bar in the State of Michigan, request admission, **pro hac vice,** before the Honorable Robert D. Drain, to represent Benteler Automotive Corporation, a creditor in the above referenced case.

My address is:  Miller Johnson, 250 Monroe Avenue, NW, Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306

e-mail address is:  ecfSarbT@mjsc.com; telephone number is:  (616) 831-1748

I agree to pay the fee of $25 upon approval of this Court admitting me to practice *pro hac vice*.

Dated: February 22, 2010        /s/ Thomas P. Sarb
                                Thomas P. Sarb (P-27520)

# **ORDER**

**ORDERED,**

That Thomas P. Sarb, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

    New York, New York

                                      UNITED STATES BANKRUPTCY JUDGE