UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., *et al.,*<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481<br>Judge Robert D. Drain<br>(Jointly Administered) |

## PROOF OF SERVICE

       I do hereby swear that on the 22nd day of February, 2010, I served copies of the **Response of Benteler Automotive Corporation to Reorganized Debtors' Forty-Third Omnibus Claims Objection to the Administrative Expense Claim, No. 19127 of Benteler Automotive Corporation** upon the following:

Honorable Robert D. Drain
U.S. Bankruptcy Court
300 Quarropas Street, Courtroom 118
Federal Building and Courthouse
White Plains, NY 10601

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, Michigan 48098

J. Butler
J. Lyons
J. Wharton
Skadden Arps Slate Meagher & Flom, LLP
155 N. Wacker Drive
Chicago, IL 60606

       Service was made via Federal Express.

*/s/ Lisa M. Peterson*
Lisa M. Peterson, Secretary to Thomas P. Sarb
Miller Johnson
Attorneys for Benteler Automotive Corporation
PO Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

GR_DOCS 1568190v1 07927.158