# Exhibit A

| **United States Bankruptcy Court** Southern District of New York Delphi Corporation et al. Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue El Segundo, California 90245 | **Administrative Expense Claim Form** | |
|---|---|---|
| Debtor against which claim is asserted : Delphi Corporation, *et al.* 05-44481 | Case Name and Number In re Delphi Corporation., *et al.* 05-44481 Chapter 11, Jointly Administered | |

**NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.**

| Name of Creditor *(The person or other entity to whom the debtor owes money or property)* Sensata Technologies, Inc. and its predecessors-in-interest and subsidiaries Name and Address Where Notices Should be Sent Carol Carty cc: Richard C. Pedone, Esq. Telephone No. Details attached. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|
| | **THIS SPACE IS FOR COURT USE ONLY** |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

| 1. BASIS FOR CLAIM ☒ Goods sold ☐ Services performed ☐ Money loaned ☐ Personal injury/wrongful death ☐ Taxes ☐ Other (Describe briefly) | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) ☐ Wages, salaries, and compensation (Fill out below) Your social security number _____ Unpaid compensation for services performed from _____ to _____ (date)            (date) |
|---|---|

| 2. DATE DEBT WAS INCURRED Various. See attached. | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ At least $741,560.67. See attached.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):

Post-petition goods delivered by Sensata and predecessors and/or subsidiaries. See attached.

| 6. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this proof of claim, claimant has deducted all amounts that claimant owes to debtor. 7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". 8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | |

## ADDENDUM

I.    NAMES AND ADDRESSES WHERE NOTICES SHOULD BE SENT

Carol Carty
Sensata Technologies, Inc.
U.S. Credit and Collections
529 Pleasant Street, MS B-1
Attleboro, MA 02703
Tel.: (508) 236-3067

With copy to:

Richard C. Pedone
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110
Tel.: (617) 345-1000

II.

Sensata Technologies, Inc., its predecessors-in-interest[1], and its subsidiaries (the "Claimants") assert and reserve all claims, contingent, priority or in the nature of an administrative expense hereby, including, without limitation, rights of indemnity, subrogation, and contribution, against the Debtors. Nothing in this Administrative Expense Claim shall impair or limit the rights of Claimants against any third parties with respect to the claims asserted herein, which such rights Claimants expressly reserve. Each and every document attached to this Administrative Expense Claim as an exhibit is incorporated by reference and made a part of this Administrative Expense Claim as if fully set forth herein. Additional detail is available upon request. The claims asserted by Claimants in this Administrative Expense Claim are cumulative and independent. Nothing in this Administrative Expense Claim is intended to, nor shall it be deemed to be, a waiver of any rights, defenses, or remedies Claimants may possess, including, without limitation, a right to a jury trial on any issue.

Claimants reserve their right to amend this Administrative Expense Claim.

In addition to the preceding, Claimants hereby notice their claim, to the extent required or allowed, for their attorneys' fees and other expenses, which fees continue to accrue.

---

[1]    These predecessors include, without limitation, First Technology Holdings, Inc., Control Devices, Inc. and First Inertia Switch Limited.

12632208 1

- 2 -

### III.    ATTACHED SCHEDULE

**DELPHI -ADMINISTRATIVE EXPENSE**

Report Date: 07/13/09

| PO Number | Transaction T Number | GL Date | Original | Balance Due | Customer Class | Status | Currency |
|---|---|---|---|---|---|---|---|
| FT CONV TRA | 78577 | 2-Oct-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78578 | 2-Oct-05 | $ 3,024.00 | $ 3,024.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78579 | 2-Oct-05 | $ 6,426.00 | $ 6,426.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78580 | 2-Oct-05 | $ 2,970.00 | $ 2,970.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78614 | 2-Oct-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78615 | 2-Oct-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78616 | 2-Oct-05 | $ 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78617 | 2-Oct-05 | $ 3,024.00 | $ 3,024.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78618 | 2-Oct-05 | $ 1,485.00 | $ 1,485.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78622 | 2-Oct-05 | $ 1,200.00 | $ 1,200.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78688 | 2-Oct-05 | $ 567.50 | $ 567.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 78689 | 2-Oct-05 | $ 1,980.00 | $ 1,980.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78690 | 2-Oct-05 | $ 1,485.00 | $ 1,485.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78691 | 2-Oct-05 | $ 539.00 | $ 539.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78692 | 2-Oct-05 | $ 3,024.00 | $ 3,024.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78693 | 2-Oct-05 | $ 1,485.00 | $ 1,485.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78694 | 2-Oct-05 | $ 3,024.00 | $ 3,024.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78695 | 2-Oct-05 | $ 5,292.00 | $ 5,292.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78696 | 2-Oct-05 | $ 7,546.00 | $ 7,546.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78697 | 2-Oct-05 | $ 1,200.00 | $ 1,200.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78757 | 2-Oct-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78758 | 2-Oct-05 | $ 4,312.00 | $ 4,312.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78759 | 2-Oct-05 | $ 4,536.00 | $ 4,536.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78760 | 2-Oct-05 | $ 7,560.00 | $ 7,560.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78761 | 2-Oct-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78762 | 2-Oct-05 | $ 3,024.00 | $ 3,024.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78763 | 2-Oct-05 | $ 2,610.00 | $ 2,610.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78764 | 2-Oct-05 | $ 5,445.00 | $ 5,445.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78765 | 2-Oct-05 | $ 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78766 | 2-Oct-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78767 | 2-Oct-05 | $ 6,048.00 | $ 6,048.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78808 | 2-Oct-05 | $ 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78809 | 2-Oct-05 | $ 5,390.00 | $ 5,390.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78810 | 2-Oct-05 | $ 1,980.00 | $ 1,980.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78811 | 2-Oct-05 | $ 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78820 | 2-Oct-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78821 | 2-Oct-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78822 | 2-Oct-05 | $ 4,914.00 | $ 4,914.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78823 | 2-Oct-05 | $ 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78824 | 2-Oct-05 | $ 3,234.00 | $ 3,234.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78825 | 2-Oct-05 | $ 1,200.00 | $ 1,200.00 | 100% Invoice | Open | USD |

7/14/2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FT CONV TRA | 78862 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78863 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78864 | 2-Nov-05 | $ 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78865 | 2-Nov-05 | $ 9,828.00 | $ 9,828.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78866 | 2-Nov-05 | $ 4,536.00 | $ 4,536.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78867 | 2-Nov-05 | $ 2,695.00 | $ 2,695.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78883 | 2-Nov-05 | $ 71,957.99 | $ 71,957.99 | 100% Invoice | Open | USD |
| FT CONV TRA | 78900 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78901 | 2-Nov-05 | $ 990.00 | $ 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78902 | 2-Nov-05 | $ 990.00 | $ 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78903 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78905 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78906 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78907 | 2-Nov-05 | $ 3,024.00 | $ 3,024.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78833 | 2-Nov-05 | $ 484.50 | $ 484.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 78965 | 2-Nov-05 | $ 1,512.00 | $ 1,512.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78966 | 2-Nov-05 | $ 567.50 | $ 567.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 78974 | 2-Nov-05 | $ 3,465.00 | $ 3,465.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78968 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78969 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78970 | 2-Nov-05 | $ 1,617.00 | $ 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78971 | 2-Nov-05 | $ 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78972 | 2-Nov-05 | $ 3,024.00 | $ 3,024.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78973 | 2-Nov-05 | $ 14,742.00 | $ 14,742.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78974 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78975 | 2-Nov-05 | $ 2,475.00 | $ 2,475.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78976 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78977 | 2-Nov-05 | $ 10,206.00 | $ 10,206.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78978 | 2-Nov-05 | $ 4,158.00 | $ 4,158.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78979 | 2-Nov-05 | $ 3,234.00 | $ 3,234.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 78980 | 2-Nov-05 | $ 484.50 | $ 484.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79024 | 2-Nov-05 | $ 2,695.00 | $ 2,695.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79025 | 2-Nov-05 | $ 1,980.00 | $ 1,980.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79026 | 2-Nov-05 | $ 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79035 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79036 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79037 | 2-Nov-05 | $ 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79038 | 2-Nov-05 | $ 3,780.00 | $ 3,780.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79039 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79040 | 2-Nov-05 | $ 652.50 | $ 652.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79041 | 2-Nov-05 | $ 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79042 | 2-Nov-05 | $ 4,536.00 | $ 4,536.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79043 | 2-Nov-05 | $ 2,646.00 | $ 2,646.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79044 | 2-Nov-05 | $ 1,617.00 | $ 1,617.00 | 100% Invoice | Open | USD |

7/14/2009

Page 3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FT CONV TRA | 79045 | 2-Nov-05 | $ 484.50 | $ 484.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79064 | 2-Nov-05 | $ 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79081 | 2-Nov-05 | $ 1,980.00 | $ 1,980.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79082 | 2-Nov-05 | $ 990.00 | $ 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79083 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79084 | 2-Nov-05 | $ 7,560.00 | $ 7,560.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79085 | 2-Nov-05 | $ 1,980.00 | $ 1,980.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79086 | 2-Nov-05 | $ 6,426.00 | $ 6,426.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79087 | 2-Nov-05 | $ 4,158.00 | $ 4,158.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79088 | 2-Nov-05 | $ 1,078.00 | $ 1,078.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79113 | 2-Nov-05 | $ 1,512.00 | $ 1,512.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79114 | 2-Nov-05 | $ 2,268.00 | $ 2,268.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79115 | 2-Nov-05 | $ 2,475.00 | $ 2,475.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79117 | 2-Nov-05 | $ 3,780.00 | $ 3,780.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79118 | 2-Nov-05 | $ 3,402.00 | $ 3,402.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79119 | 2-Nov-05 | $ 2,156.00 | $ 2,156.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79120 | 2-Nov-05 | $ 1,453.50 | $ 1,453.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79158 | 2-Nov-05 | $ 1,485.00 | $ 1,485.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79159 | 2-Nov-05 | $ 990.00 | $ 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79160 | 2-Nov-05 | $ 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79161 | 2-Nov-05 | $ 13,230.00 | $ 13,230.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79162 | 2-Nov-05 | $ 2,156.00 | $ 2,156.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79217 | 2-Nov-05 | $ 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79218 | 2-Nov-05 | $ 8,316.00 | $ 8,316.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79219 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79220 | 2-Nov-05 | $ 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79221 | 2-Nov-05 | $ 5,292.00 | $ 5,292.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79222 | 2-Nov-05 | $ 6,804.00 | $ 6,804.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79223 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79224 | 2-Nov-05 | $ 1,617.00 | $ 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79250 | 2-Nov-05 | $ 2,695.00 | $ 2,695.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79251 | 2-Nov-05 | $ 1,980.00 | $ 1,980.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79263 | 2-Nov-05 | $ 567.50 | $ 567.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79264 | 2-Nov-05 | $ 1,512.00 | $ 1,299.20 | 86% Invoice | Open | USD |
| FT CONV TRA | 79265 | 2-Nov-05 | $ 5,292.00 | $ 5,292.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79266 | 2-Nov-05 | $ 4,455.00 | $ 4,455.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79267 | 2-Nov-05 | $ 3,780.00 | $ 3,780.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79268 | 2-Nov-05 | $ 1,512.00 | $ 1,512.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79269 | 2-Nov-05 | $ 2,695.00 | $ 2,695.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79270 | 2-Nov-05 | $ 1,453.50 | $ 1,453.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79302 | 2-Nov-05 | $ 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79303 | 2-Nov-05 | $ 990.00 | $ 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79304 | 2-Nov-05 | $ 539.00 | $ 539.00 | 100% Invoice | Open | USD |

7/14/2009

Sensata Technologies Confidential

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FT CONV TRA | 79305 | 2-Nov-05 | $ 756.00 | $ 756.00 | 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79306 | 2-Nov-05 | $ 5,670.00 | $ 5,670.00 | 5,670.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79307 | 2-Nov-05 | $ 3,402.00 | $ 3,402.00 | 3,402.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79308 | 2-Nov-05 | $ 1,617.00 | $ 1,617.00 | 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79309 | 2-Nov-05 | $ 969.00 | $ 969.00 | 969.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79317 | 2-Nov-05 | $ 378.00 | $ 378.00 | 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79337 | 2-Nov-05 | $ 990.00 | $ 990.00 | 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79338 | 2-Nov-05 | $ 990.00 | $ 990.00 | 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79339 | 2-Nov-05 | $ 756.00 | $ 756.00 | 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79340 | 2-Nov-05 | $ 652.50 | $ 652.50 | 652.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79341 | 2-Nov-05 | $ 5,292.00 | $ 5,292.00 | 5,292.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79342 | 2-Nov-05 | $ 2,646.00 | $ 2,646.00 | 2,646.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79343 | 2-Nov-05 | $ 2,156.00 | $ 2,156.00 | 2,156.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79344 | 2-Nov-05 | $ 1,200.00 | $ 1,200.00 | 1,200.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79345 | 2-Nov-05 | $ 484.50 | $ 484.50 | 484.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79387 | 2-Nov-05 | $ 4,158.00 | $ 4,158.00 | 4,158.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79388 | 2-Nov-05 | $ 567.50 | $ 567.50 | 567.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79389 | 2-Nov-05 | $ 3,960.00 | $ 3,960.00 | 3,960.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79390 | 2-Nov-05 | $ 495.00 | $ 495.00 | 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79391 | 2-Nov-05 | $ 495.00 | $ 495.00 | 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79392 | 2-Nov-05 | $ 495.00 | $ 495.00 | 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79393 | 2-Nov-05 | $ 1,617.00 | $ 1,617.00 | 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79394 | 2-Nov-05 | $ 9,450.00 | $ 9,450.00 | 9,450.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79395 | 2-Nov-05 | $ 756.00 | $ 756.00 | 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79396 | 2-Nov-05 | $ 1,980.00 | $ 1,980.00 | 1,980.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79397 | 2-Nov-05 | $ 484.50 | $ 484.50 | 484.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79398 | 2-Nov-05 | $ 21,168.00 | $ 21,168.00 | 21,168.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79399 | 2-Nov-05 | $ 12,096.00 | $ 12,096.00 | 12,096.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79400 | 2-Nov-05 | $ 539.00 | $ 539.00 | 539.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79463 | 2-Nov-05 | $ 495.00 | $ 495.00 | 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79464 | 2-Nov-05 | $ 1,890.00 | $ 1,890.00 | 1,890.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79465 | 2-Nov-05 | $ 378.00 | $ 378.00 | 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79466 | 2-Nov-05 | $ 2,156.00 | $ 2,156.00 | 2,156.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79471 | 2-Nov-05 | $ 2,695.00 | $ 2,695.00 | 2,695.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79503 | 2-Nov-05 | $ 495.00 | $ 495.00 | 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79504 | 2-Nov-05 | $ 1,890.00 | $ 1,890.00 | 1,890.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79505 | 2-Nov-05 | $ 756.00 | $ 756.00 | 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79506 | 2-Nov-05 | $ 2,156.00 | $ 2,156.00 | 2,156.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79507 | 2-Nov-05 | $ 484.50 | $ 484.50 | 484.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79530 | 2-Nov-05 | $ 495.00 | $ 495.00 | 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79531 | 2-Nov-05 | $ 495.00 | $ 495.00 | 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79532 | 2-Nov-05 | $ 4,158.00 | $ 4,158.00 | 4,158.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79533 | 2-Nov-05 | $ 15,120.00 | $ 15,120.00 | 15,120.00 | 100% Invoice | Open | USD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FT CONV TRA | 79534 | 2-Nov-05 | 5,445.00 | $ 5,445.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79537 | 2-Nov-05 | 2,695.00 | $ 2,695.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79538 | 2-Nov-05 | 484.50 | $ 484.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79553 | 2-Nov-05 | 567.50 | $ 567.50 | 100% Invoice | Open | USD |
| FT CONV TRA | 79554 | 2-Nov-05 | 990.00 | $ 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79555 | 2-Nov-05 | 7,938.00 | $ 7,938.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79556 | 2-Nov-05 | 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79557 | 2-Nov-05 | 7,938.00 | $ 7,938.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79558 | 2-Nov-05 | 539.00 | $ 539.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79559 | 2-Nov-05 | 969.00 | $ 969.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79586 | 2-Nov-05 | 2,695.00 | $ 2,695.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79612 | 2-Nov-05 | 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79613 | 2-Nov-05 | 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79614 | 2-Nov-05 | 1,078.00 | $ 1,078.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79615 | 2-Nov-05 | 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79616 | 2-Nov-05 | 1,512.00 | $ 1,512.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79617 | 2-Nov-05 | 3,234.00 | $ 3,234.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79678 | 2-Nov-05 | 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79679 | 2-Nov-05 | 990.00 | $ 990.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79680 | 2-Nov-05 | 1,617.00 | $ 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79702 | 2-Nov-05 | 2,646.00 | $ 2,646.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79703 | 2-Nov-05 | 2,970.00 | $ 2,970.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79704 | 2-Nov-05 | 1,617.00 | $ 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79706 | 2-Nov-05 | 1,134.00 | $ 1,134.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79714 | 2-Nov-05 | 1,485.00 | $ 1,485.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79715 | 2-Nov-05 | 495.00 | $ 495.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79719 | 2-Nov-05 | 6,048.00 | $ 6,048.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79720 | 2-Nov-05 | 2,268.00 | $ 2,268.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79721 | 2-Nov-05 | 1,617.00 | $ 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79722 | 2-Nov-05 | 1,200.00 | $ 1,200.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79743 | 2-Nov-05 | 1,512.00 | $ 1,512.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79757 | 2-Nov-05 | 1,485.00 | $ 1,485.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79758 | 2-Nov-05 | 1,485.00 | $ 1,485.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79759 | 2-Nov-05 | 539.00 | $ 539.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79760 | 2-Nov-05 | 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79761 | 2-Nov-05 | 9,450.00 | $ 9,450.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79762 | 2-Nov-05 | 378.00 | $ 378.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79763 | 2-Nov-05 | 3,465.00 | $ 3,465.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79764 | 2-Nov-05 | 6,048.00 | $ 6,048.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79765 | 2-Nov-05 | 1,890.00 | $ 1,890.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79766 | 2-Nov-05 | 1,617.00 | $ 1,617.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79790 | 2-Nov-05 | 1,890.00 | $ 1,890.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79910 | 2-Dec-05 | 6,048.00 | $ 6,048.00 | 100% Invoice | Open | USD |

7/14/2009

| Item | Document | Date | Amount | Amount | Terms | Status | Currency |
|---|---|---|---|---|---|---|---|
| FT CONV TRA | 79911 | 2-Dec-05 | 2,268.00 | $ 2,268.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79921 | 2-Dec-05 | 2,268.00 | $ 2,268.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79928 | 2-Dec-05 | 4,536.00 | $ 4,536.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79943 | 2-Dec-05 | 756.00 | $ 756.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79958 | 2-Dec-05 | 2,846.00 | $ 2,846.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79985 | 2-Dec-05 | 2,268.00 | $ 2,268.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79986 | 2-Dec-05 | 2,268.00 | $ 2,268.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79994 | 2-Dec-05 | 4,158.00 | $ 4,158.00 | 100% Invoice | Open | USD |
| FT CONV TRA | 79995 | 2-Dec-05 | 2,268.00 | $ 2,268.00 | 100% Invoice | Open | USD |
| 550170037 TRADE | 3077375 | 19-Jun-08 | 1,512.00 | $ 1,512.00 | 100% Invoice | Open | USD |
| P7420035 TRADE | 3195914 | 3-Oct-08 | 585.00 | $ 585.00 | 100% Invoice | Open | USD |
| P5420028 TRADE | 3203230 | 9-Oct-08 | 1,702.50 | $ 1,702.50 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3314891 | 19-Feb-09 | 1,383.75 | $ 1,383.75 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3316962 | 23-Feb-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3316960 | 23-Feb-09 | 619.85 | $ 619.85 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3316961 | 23-Feb-09 | 1,845.00 | $ 1,845.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3318022 | 24-Feb-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3319172 | 25-Feb-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3319173 | 25-Feb-09 | 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3320252 | 26-Feb-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3321173 | 27-Feb-09 | 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3321174 | 27-Feb-09 | 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3324628 | 4-Mar-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3324933 | 4-Mar-09 | 2,228.00 | $ 2,228.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3324630 | 4-Mar-09 | 2,306.25 | $ 2,306.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3325630 | 5-Mar-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3325631 | 5-Mar-09 | 1,383.75 | $ 1,383.75 | 100% Invoice | Open | USD |
| P8420028 TRADE | 3331162 | 12-Mar-09 | 3,341.52 | $ 3,341.52 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3335185 | 18-Mar-09 | 2,228.00 | $ 2,228.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3337449 | 20-Mar-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3337175 | 20-Mar-09 | 922.50 | $ 922.50 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3337450 | 20-Mar-09 | 3,690.00 | $ 3,690.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3340853 | 25-Mar-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3341909 | 26-Mar-09 | 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3343381 | 27-Mar-09 | 1,114.00 | $ 1,114.00 | 100% Invoice | Open | USD |
| P5420028 TRADE | 3346683 | 1-Apr-09 | 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| P5420028 TRADE | 3346684 | 1-Apr-09 | 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3346682 | 1-Apr-09 | 619.85 | $ 619.85 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3346863 | 1-Apr-09 | 1,114.00 | $ 1,114.00 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3352046 | 8-Apr-09 | 922.50 | $ 922.50 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3352047 | 8-Apr-09 | 1,114.00 | $ 1,114.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3352250 | 8-Apr-09 | 5,073.75 | $ 5,073.75 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3355437 | 14-Apr-09 | 1,114.00 | $ 1,114.00 | 100% Invoice | Open | USD |

7/14/2009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 550155256 TRADE | 3357522 | 16-Apr-09 | $ 922.50 | $ 922.50 | 100% Invoice | Open | USD |
| P8420028 TRADE | 3358717 | 17-Apr-09 | $ 2,784.60 | $ 2,784.60 | 100% Invoice | Open | USD |
| P8420028 TRADE | 3358733 | 17-Apr-09 | $ 2,784.60 | $ 2,784.60 | 100% Invoice | Open | USD |
| 550280427 TRADE | 3361669 | 21-Apr-09 | $ 2,691.00 | $ 2,691.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3362518 | 22-Apr-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3363593 | 23-Apr-09 | $ 3,228.75 | $ 3,228.75 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3365883 | 27-Apr-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3365874 | 27-Apr-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3365882 | 27-Apr-09 | $ 922.50 | $ 922.50 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3365884 | 28-Apr-09 | $ 1,114.00 | $ 1,114.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3367030 | 28-Apr-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3367029 | 28-Apr-09 | $ 619.85 | $ 619.85 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3367031 | 28-Apr-09 | $ 1,114.00 | $ 1,114.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3368227 | 29-Apr-09 | $ 2,767.50 | $ 2,767.50 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3368328 | 29-Apr-09 | $ 5,073.75 | $ 5,073.75 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3370068 | 1-May-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3370829 | 4-May-09 | $ 2,306.25 | $ 2,306.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3371856 | 5-May-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3374139 | 7-May-09 | $ 1,670.76 | $ 1,670.76 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3374143 | 7-May-09 | $ 2,227.68 | $ 2,227.68 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3373943 | 7-May-09 | $ 2,306.25 | $ 2,306.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3375139 | 8-May-09 | $ 922.50 | $ 922.50 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3376174 | 11-May-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550280427 TRADE | 3379106 | 13-May-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3379146 | 13-May-09 | $ 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550280427 TRADE | 3379104 | 13-May-09 | $ 619.85 | $ 619.85 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3379107 | 13-May-09 | $ 1,383.75 | $ 1,383.75 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3379105 | 13-May-09 | $ 3,228.75 | $ 3,228.75 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3380053 | 14-May-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3380054 | 14-May-09 | $ 1,671.00 | $ 1,671.00 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3381289 | 15-May-09 | $ 1,113.84 | $ 1,113.84 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3381179 | 15-May-09 | $ 1,845.00 | $ 1,845.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3382976 | 18-May-09 | $ 3,228.75 | $ 3,228.75 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3384182 | 19-May-09 | $ 557.00 | $ 557.00 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3384183 | 19-May-09 | $ 1,383.75 | $ 1,383.75 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3385408 | 20-May-09 | $ 1,350.00 | $ 1,350.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3386540 | 21-May-09 | $ 922.50 | $ 922.50 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3386541 | 21-May-09 | $ 1,670.76 | $ 1,670.76 | 100% Invoice | Open | USD |
| P8420028 TRADE | 3387631 | 22-May-09 | $ 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3387929 | 22-May-09 | $ 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3390080 | 26-May-09 | $ 1,113.84 | $ 1,113.84 | 100% Invoice | Open | USD |
| 550244608 TRADE | 3390078 | 26-May-09 | $ 1,671.00 | $ 1,671.00 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3391648 | 27-May-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 550280427 TRADE | 3391646 | 27-May-09 | $ 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3391650 | 27-May-09 | $ 1,670.76 | $ 1,670.76 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3392538 | 28-May-09 | $ 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 550155256 TRADE | 3391649 | 28-May-09 | $ 1,383.75 | $ 1,383.75 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3392537 | 28-May-09 | $ 2,767.50 | $ 2,767.50 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3393660 | 29-May-09 | $ 461.25 | $ 461.25 | 100% Invoice | Open | USD |
| 550260786 TRADE | 3393816 | 29-May-09 | $ 556.92 | $ 556.92 | 100% Invoice | Open | USD |
| 450886576 TRADE | 3393740 | 29-May-09 | $ 619.85 | $ 619.85 | 100% Invoice | Open | USD |
| 550260785 TRADE | 3395151 | 1-Jun-09 | $ 1,845.00 | $ 1,845.00 | 100% Invoice | Open | USD |

$ [REDACTED]