| | |
|---|---|
| **MCGUIREWOODS LLP**<br>Shawn R. Fox, Esq.<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105-0106<br>(212) 548-2100<br>(212) 548-2150 (fax)<br>sfox@mcguirewoods.com | Hearing Date:    February 25, 2010<br>Objection Deadline:    February 23, 2010 5:00p.m. |

and

**FRANTZ WARD LLP**
Matthew H. Matheney, Esq.
Timothy J. Richards, Esq.
2500 Key Center, 127 Public Square
Cleveland, OH  44114-1230
(216) 515-1660
(216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com

*Counsel to YRC Inc., formerly known as Roadway Express, Inc. and USF Holland Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

--------------------------------------------------------X

### YRC INC. FORMERLY KNOWN AS ROADWAY EXPRESS, INC. AND USF HOLLAND INC.'S JOINT RESPONSE TO REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS CLAIMS OBJECTION

YRC Inc., formerly known as Roadway Express, Inc. ("YRC") and USF Holland Inc. (USF Holland), by their undersigned counsel, hereby respond to Reorganized Debtors' Forty-Third Omnibus Claims Objection and state as follows:

1.   On July 2, 2009, YRC timely filed an administrative claim in the amount of $14,152.00 for transportation services provided to the Debtor up to and including June 1, 2009. YRC's administrative claim was assigned claim number 17261.

2.   On November 5, 2009, YRC timely filed an administrative claim in the amount of $6,742.87 for transportation services provided to the Debtor after June 1, 2009. YRC's administrative claim was assigned claim number 19783.

3.   On November 5, 2009, USF Holland timely filed an administrative claim in the amount of $13,423.80 for transportation services provided to the Debtor after June 1, 2009. USF Holland's administrative claim was assigned claim number 19782.

4.   YRC objects to Debtors' request that claim number 17261 be disallowed and expunged as YRC's records reflect that as of February 3, 2010, a balance of $4,220.91 remains due and owing. A copy of YRC's current aging report relating to claim number 17261 is attached hereto as Exhibit A.

5.   YRC objects to Debtors' request that claim number 19783 be disallowed and expunged as YRC's records reflect that as of February 3, 2010, a balance of $5,991.03 remains due and owing. A copy of YRC's current aging report relating to claim number 19783 is attached hereto as Exhibit B.

6.   USF Holland objects to Debtors' request that claim number 19782 be disallowed and expunged as USF Holland's records reflect that as of February 3, 2010, a balance of $1,502.91 remains due and owing. A copy of USF Holland's current aging report relating to claim number 19782 is attached hereto as Exhibit C.

WHEREFORE, USF Holland and YRC request that the Court enter an order sustaining their objections and for such further relief as the Court deems just and equitable.

Dated:  February 22, 2010  
New York, NY

Respectfully submitted,

**MCGUIREWOODS LLP**

S/Shawn R, Fox  
Shawn R. Fox  
1345 Avenue of the Americas  
Seventh Floor  
New York, NY 10105-0106  
(212) 548-2100  
(212) 548-2150 (fax)  
sfox@mcguirewoods.com

and

**FRANTZ WARD LLP**  
Matthew H. Matheney, Esq.  
Timothy J. Richards, Esq.  
2500 Key Center, 127 Public Square  
Cleveland, OH  44114-1230  
(216) 515-1660  
(216) 515-1650 (fax)  
mmatheney@frantzward.com  
trichards@frantzward.com

*Counsel to YRC Inc. and USF Holland Inc.*