**In re: Delphi Corporation**
**Creditor: YRC Inc., fka Roadway Express, Inc.**
**OPEN INVOICES INCLUDED IN ADMIN CLAIM FILED FOR 1/28/08 - 6/1/09 TIME PERIOD**

| SHP ID | NATL | DELIVERY DT | INV AMT | STATUS/ or Balance Due | RESPONSIBLE PARTY |
|---|---|---|---|---|---|
| 851-225882-X | 7230 | 08/25/08 | $ 217.66 | $ 217.66 | Tricon Industries |
| 212-257242-1 | 7230 | 11/03/08 | $ 159.49 | $ 0.63 | Tecnolgia Modificada |
| 557-624435-2 | 7230 | 01/16/09 | $ 162.60 | $ 162.60 | |
| 314-959572-2 | 7230 | 01/21/09 | $ 148.09 | $ 148.09 | |
| 761-061252-7 | 7230 | 02/20/09 | $ 185.54 | $ 185.54 | |
| 141-652476-0 | 7230 | 03/09/09 | $ 87.24 | $ 87.24 | |
| 128-192416-7 | 7230 | 03/10/09 | $ 276.66 | $ 276.66 | GMSPO Schneider |
| 112-910994-4 | 7230 | 03/16/09 | $ 94.67 | $ 94.67 | West Chester PC |
| 228-260777-0 | 7230 | 03/16/09 | $ 87.24 | $ 87.24 | |
| 228-260712-X | 7230 | 03/18/09 | $ 86.93 | $ 86.93 | |
| 630-804863-7 | 7230 | 03/19/09 | $ 179.54 | $ 179.54 | |
| 455-966146-6 | 7230 | 03/20/09 | $ 744.48 | $ 744.48 | |
| 554-056775-7 | 7230 | 03/20/09 | $ 117.20 | $ 117.20 | Cami Automotive |
| 228-260722-0 | 7230 | 03/26/09 | $ 86.69 | $ 86.69 | |
| 554-036698-9 | 7230 | 03/31/09 | $ 90.13 | $ 90.13 | Caterpillar Inc--3PL |
| 228-260037-3 | 7230 | 04/09/09 | $ 88.33 | $ 88.33 | |
| 628-023151-4 | 7230 | 04/17/09 | $ 246.08 | $ 246.08 | ProTrans International--3PL |
| 537-553902-3 | 7230 | 05/12/09 | $ 383.82 | $ 383.82 | |
| 554-036192-9 | 7230 | 05/19/09 | $ 387.94 | $ 387.94 | Caterpillar Inc |
| 554-036193-8 | 7230 | 05/20/09 | $ 254.35 | $ 55.23 | Meridian Automotive |
| 554-036195-6 | 7230 | 05/20/09 | $ 190.10 | $ 190.10 | Caterpillar Inc-3PL |
| 223-725510-6 | 7230 | 05/26/09 | $ 159.60 | $ 159.60 | |
| 354-515302-4 | 7230 | 05/26/09 | $ 144.51 | $ 144.51 | |
| **TOTAL BALANCE OWING:** | | | | **$ 4,220.91** | |