**In re: Delphi Corporation**
**Creditor: YRC Inc., fka Roadway Express, Inc.**
**OPEN INVOICES INCLUDED IN ADMIN CLAIM FILED FOR 6/1/09 - 10/2/09 TIME PERIOD**

| SHIP ID | INV AMT | DELIVERY DATE | STATUS/ or Balance Due | RESPONSIBLE PTY |
|---|---|---|---|---|
| 322-251285-X | $ 28.75 | 6/1/2009 | $ 28.75 | |
| 223-721614-8 | $ 160.45 | 6/5/2009 | $ 160.45 | |
| 851-462776-5 | $ 274.90 | 6/11/2009 | $ 250.04 | Expeditors Intl of Washington |
| 554-072823-8 | $ 123.37 | 6/23/2009 | $ 123.37 | |
| 632-053824-X | $ 427.91 | 7/21/2009 | $ 427.91 | |
| 628-068570-4 | $ 90.67 | 8/4/2009 | $ 90.67 | |
| 240-316358-2 | $ 608.60 | 8/14/2009 | $ 608.60 | |
| 851-591131-9 | $ 139.62 | 8/14/2009 | $ 139.62 | |
| 851-473573-X | $ 231.37 | 8/17/2009 | $ 231.37 | |
| 851-473575-8 | $ 422.02 | 8/17/2009 | $ 434.10 | Buckley Manufacturing Co |
| 532-001867-3 | $ 91.46 | 8/18/2009 | $ 91.46 | |
| 628-006490-0 | $ 184.87 | 8/20/2009 | $ 184.87 | |
| 851-588758-6 | $ 154.96 | 8/24/2009 | $ 154.96 | |
| 851-588767-8 | $ 165.71 | 8/27/2009 | $ 165.71 | |
| 995-039755-X | $ 413.54 | 8/31/2009 | $ 413.54 | |
| 851-532617-3 | $ 621.12 | 9/8/2009 | $ 621.12 | |
| 554-073033-7 | $ 570.22 | 9/8/2009 | $ 570.22 | |
| 961-003604-4 | $ 680.15 | 9/21/2009 | $ 680.15 | |
| 455-030547-0 | $ 164.36 | 9/21/2009 | $ 95.20 | General Motors Service & Parts |
| 995-039781-6 | $ 150.63 | 9/23/2009 | $ 150.63 | |
| 995-039785-2 | $ 131.46 | 9/28/2009 | $ 139.67 | Buckley Manufacturing Co |
| 198-649268-7 | $ 228.62 | 10/1/2009 | $ 228.62 | Protrans International--3PL |
| **TOTAL AMOUNT OWING:** | | | **$ 5,991.03** | |