| Acct | Pro Number | Pickup Date | Amount Due |
|---|---|---|---|
| 198879 | 1290591903 | 20090623 | $ 248.03 |
| 198879 | 1290658575 | 20090710 | $ 507.45 |
| 80307 | 1111660685 | 20090810 | $ 290.16 |
| 80307 | 1601126075 | 20091002 | $ 122.72 |
| 198879 | 1290371674 | 20091005 | $ 334.55 |
| | | | $ 1,502.91 |