Robert V. Sartin, Esq.
Frost Brown Todd LLC
250 W. Main Street, Suite 2800
Lexington, Kentucky 40507
Tel: (859) 231-0000

*Attorney for Toyota Production System
Support Center, Inc. (f/k/a TSSC, Inc.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

### RESPONSE OF TOYOTA PRODUCTION SYSTEM SUPPORT CENTER, INC. (F/K/A TSSC, INC.) TO REORGANIZED DEBTORS' FORTY-THIRD OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. §503(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERENCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) EQUITY INTERESTS, (E) PREPETITION CLAIMS, (F) INSUFFICIENTLY DOCUMENTED CLAIMS, (G) PENSION, BENEFIT, AND OPEB CLAIMS, (H) WORKERS' COMPENSATION CLAIMS, AND (I) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN <u>ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS</u>

Toyota Production System Support Center, Inc. (f/k/a TSSC, Inc.) (the "Claimant"), by and through its undersigned counsel, hereby responds to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented

Claims, (G) Pension, Benefit and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (the "Claim Objection"), and respectfully states as follows:

1. On October 8 and 14, 2005, Delphi Corporation and certain of its affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2. On July 15, 2009, Claimant timely filed an administrative expense claim [Claim No. 18863] in the amount of $23,669.99 (the "Claim") for amounts owing to Claimant for consulting services provided to the Reorganized Debtors post-petition in the ordinary course of business.

3. The Claim was a valid administrative expense claim, timely filed and properly supported by three outstanding invoices issued by Claimant for the amounts owed for the consulting services provided to the Reorganized Debtors. The outstanding invoices were filed as an attachment to the Claim. Copies of the invoices, as well as additional supporting documentation, are attached hereto as Exhibit A.

4. With their Claim Objection, the Reorganized Debtors seek to disallow and expunge the Claim, asserting that the amount due to Claimant is not reflected in the Reorganized Debtors' books and records. Claimant is currently attempting to resolve the Claim Objection through negotiations with the Reorganized Debtors. However, in the event the Claimant is unable to resolve the Claim Objection with the Reorganized Debtors, Claimant asks the Court to enter an order denying the Claim Objection and allowing the Claim.

5. Furthermore, Claimant fully reserves all of its rights to subsequently (i) object to any amendments or additions to the Claim Objection, and (ii) amend and/or supplement this Response to include additional information that may be discovered hereafter.

WHEREFORE, Toyota Production System Support Center, Inc. (f/k/a TSSC, Inc.) respectfully requests that this Court enter an order denying the relief requested in the Claim Objection as to Claim No. 18863, allowing Claim No. 18863 in the amount and priority as filed, and/or granting such other relief as is just and appropriate under the circumstances.

Dated: February 22, 2010

>Respectfully Submitted,
>FROST BROWN TODD LLC
>/s/ Robert V. Sartin
>Robert V. Sartin, Esq.
>250 W. Main Street, Suite 2800
>Lexington, KY 40507
>Tel: (859) 231-0000
>Fax: (859) 231-0011
>E-mail: rsartin@fbtlaw.com
>*Attorney for Toyota Production System Support Center, Inc. (f/k/a TSSC, Inc.)*

## EXHIBIT A

EXHIBIT A

# INVOICE

TSSC, Inc.
Mail Code: TSSC-NA
25 Atlantic Ave
Erlanger, KY 41018-3188

| | |
|---|---|
| Page: | 1 |
| Invoice No: | TSSC-0000001667 |
| Invoice Date: | 03/30/2006 |
| Customer Number: | 10232 |
| Payment Terms: | Upon Recpt |
| Due Date: | 03/30/2006 |

**Bill To:**
Delphi Thermal and Interior
Kenneth E. Hamilton
1401 Crooks Road
MC: 480-009-135
Troy MI 48084
United States

**Please Remit To:**
Main Office
TSSC, Inc.
Mail Code: TSSC-NA
25 Atlantic Ave
Erlanger KY 41018-3188
United States

For billing questions, please call   (859) 372-2513

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | RBBXX | Brian Durfy Training October 25-27, 2005 Juarez, MX PO #460004186 Revenue (6600) Travel (1401.43) Meals (110.52) | | | | |
| 1 | | BRIAN DURFY | October 25-27, 2005 Brian Durfy Training RBBXX Juarez, MX PO#460004186 Revenue (6600) Travel (1401.43) Meals (110.52) | 1.00 | EA | 8,111.9500 | 8,111.95 |

**SUBTOTAL:** 8,111.95

**TOTAL AMOUNT DUE :** 8,111.95

MISC

Original

# INVOICE

TSSC, Inc.
Mail Code: TSSC-NA
25 Atlantic Ave
Erlanger, KY 41018-3188

Page: 1
Invoice No: TSSC-0000001709
Invoice Date: 03/29/2006
Customer Number: 10232
Payment Terms: Upon Recpt
Due Date: 03/29/2006

**Bill To:**
Delphi Thermal and Interior
Kenneth E. Hamilton
1401 Crooks Road
MC: 480-009-135
Troy MI 48084
United States

**Please Remit To:**
Main Office
TSSC, Inc.
Mail Code: TSSC-NA
25 Atlantic Ave
Erlanger KY 41018-3188
United States

For billing questions, please call    (859) 372-2513

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | Brian Durfy Training at Lockport | | | | |
| | | | 8/15 - 8/19, 2005 | | | | |
| | | | NY/USA | | | | |
| | | | Revenue 10000.00 | | | | |
| | | | Travel 1251.77 | | | | |
| | | | Meals 61.74 | | | | |
| | | | Other 40.00 | | | | |
| 1 | | TRAINING | August 15-19, 2005 | 1.00 | EA | 11,353.5100 | 11,353.51 |

SUBTOTAL: 11,353.51

**TOTAL AMOUNT DUE :** 11,353.51

MISC

Original

# INVOICE

**TSSC, Inc.**
Mail Code: TSSC-NA
25 Atlantic Ave
Erlanger, KY 41018-3188

| | |
|---|---|
| Page: | 1 |
| Invoice No: | TSSC-0000001978 |
| Invoice Date: | 09/27/2006 |
| Customer Number: | 10176 |
| Payment Terms: | Upon Recpt |
| Due Date: | 09/27/2006 |

**Bill To:**
Delphi Electronics & Safety
Tim Martin
One Corporate Center
P.O. Box 9005
Kokomo IN 46904-9005
United States

**Please Remit To:**
Main Office
TSSC, Inc.
Mail Code: TSSC-NA
25 Atlantic Ave
Erlanger KY 41018-3188
United States

For billing questions, please call (859) 372-2513

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | Brian Durfy Training | | | | |
| | | | 8/3/06 | | | | |
| | | | IN/USA | | | | |
| 1 | | TRAINING | August 3, 2006 | 1.00 | EA | 4,204.5300 | 4,204.53 |
| | | **SUBTOTAL:** | | | | | 4,204.53 |
| | | **TOTAL AMOUNT DUE :** | | | | | 4,204.53 |

HISC

Original

Supporting document for TSSC INV #1667

**Brian Durfy**
**Consulting Activity -- Invoice**                                                    3/13/2006

| | 10/25-10/27/05 | | | |
|---|---|---|---|---|
| Consulting Date | | | | |
| Consulting Days | 3 | | | |
| Training Date | | | | |
| Training Days | | | | |
| Delphi Plant | RBXX | | | |
| | | | | |
| Travel Expense: | | | | |
| Flight | $ 671.30 | | | |
| Hotel | 294.82 | | | |
| Rental Car | 240.31 | | | |
| Other | 195.00 | | | |
| Total Travel | 1,401.43 | | | 1,401.43 |
| Meals | 110.52 | | | 110.52 |
| | | | | 1,511.95 |
| | | | | |
| Invoice to Delphi | | | | |
| Travel | $ 1,401.43 | | | 1,401.43 |
| Meals | 110.52 | | | 110.52 |
| Consulting | 6,600.00 | | | 6,600.00 |
| Total | $ 8,111.95 | | | 8,111.95 |

**Brian Durfy**
**Consulting Activity**

| | |
|---|---|
| Consulting Date | 8/15-8/19/05 |
| Consulting Days | 4 |
| Training Date | |
| Training Days | |
| Plant | Lockport |
| | |
| Travel Expense: | |
| Flight | $ 570.30 |
| Hotel | 403.04 |
| Rental Car | 278.43 |
| Total Travel | 1,251.77 |
| Meals | 61.74 |
| Other | 40.00 |
| Expense Total | 1,353.51 |
| | |
| Invoice to Delphi | |
| Consulting | 10,000.00 |
| Travel | $ 1,251.77 |
| Meals | 61.74 |
| Other | 40.00 |
| Total | $ 11,353.51 |

*Supporting document for TSSC Inv #1709*

Monday, February 08, 2010                                                                                                         nsasaki

**Brian Durfy**
**Consulting Activity**

| | |
|---|---:|
| Consulting Date | 8/3/06 |
| Consulting Days | 1 |
| Training Date | |
| Training Days | |
| Travel Time | 0.5 |
| Plant | Kokomo |
| | |
| Travel Expense: | |
|   Flight | $ 667.25 |
|   Hotel | 227.70 |
|   Rental Car | 157.54 |
| Total Travel | 1,052.49 |
|   Meals | 27.04 |
|   Other | - |
| Expense Total | 1,079.53 |
| | |
| Invoice to Project Company | |
|   Consulting | 2,500.00 |
|   Travel Time (50% of daily fee) | 625.00 |
|   Travel | $ 1,052.49 |
|   Meals | 27.04 |
|   Other | - |
| Total | $ 4,204.53 |

*Supporting document for TSSC Inv#1978*

## CERTIFICATE OF SERVICE

I, Robert V. Sartin, hereby certify that the foregoing was sent via overnight courier, and by the Court's ECF system, on February 22, 2010 to the parties listed below.

DPH Holdings Corp.
5725 Delphi Drive
(Attn: President)
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
(Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton)
Chicago, Illinois 60606

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
Courtroom 118
White Plains, New York 10601-4140

/s/ Robert V. Sartin
Robert V. Sartin, Esq.
250 W. Main Street, Suite 2800
Lexington, KY 40507
Tel: (859) 231-0000
Fax: (859) 231-0011
E-mail: rsartin@fbtlaw.com
*Attorney for Toyota Production System Support Center, Inc. (f/k/a TSSC, Inc.)*

LEXLibrary 418375v.1