Hearing Date and Time: February 25, 2010 at 10:00 a.m., E.T.
                                 Objection Deadline: February 18, 2010 at 4:00 p.m., E.T.

JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver, Ste 777
Troy, Michigan 48084
Telephone: (248) 649-1900
Facsimile: (248) 649-2920
Howard S. Sher (*admitted pro hac vice*)
Alan J. Schwartz (*admitted pro hac vice*)

MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Ste. 900
Washington, DC 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Anthony F. Shelley(*admitted pro hac vice*)
Timothy P. O'Toole(*admitted pro hac vice*)
Michael N. Khalil

Attorneys for Dennis Black, Charles
Cunningham, Kenneth Hollis and
The Delphi Salaried Retiree Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,         :    Case No. 05-44481(RDD)
                                    :
       Reorganized Debtors.         :    (Jointly Administered)
                                    :
------------------------------------x
```

### PROOF OF SERVICE

    I, Teri Breaugh, state that on February 18, 2010, I caused a copy of Objection Of The Salaried Retirees To Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order to be hand delivered on the following:

DPH Holdings Corp.
Attn: David Sherbin
5725 Delphi Drive
Troy, MI 48098

```
Judge Robert D. Drain
300 Quarropas Street
Room 118
White Plains, NY 10601

US Bankruptcy Court
Attn: Clerk of the Court
300 Quarropas Street
White Plains, NY 10601

Alicia M. Leonhard
Office of the US Trustee
33 Whitehall Street, Ste. 2100
New York, NY 10004

Tracy Hope Davis
US Trustee Office
33 Whitehall St.
21st Floor
New York, NY 10004
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: February 18, 2010

                                      /s/ Teri Breaugh
                                  Teri Breaugh
                                  Jacob & Weingarten, P.C.
                                  2301 West Big Beaver Road
                                  Suite 777
                                  Troy, Michigan 48084
                                  howard@jacobweingarten.com