Hearing Date and Time: February 25, 2010 at 10:00 a.m., E.T.
Objection Deadline: February 18, 2010 at 4:00 p.m., E.T.

JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver, Ste 777
Troy, Michigan 48084
Telephone: (248) 649-1900
Facsimile: (248) 649-2920
Howard S. Sher (*admitted pro hac vice*)
Alan J. Schwartz (*admitted pro hac vice*)

MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Ste. 900
Washington, DC 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Anthony F. Shelley(*admitted pro hac vice*)
Timothy P. O'Toole(*admitted pro hac vice*)
Michael N. Khalil

Attorneys for Dennis Black, Charles
Cunningham, Kenneth Hollis and
The Delphi Salaried Retiree Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DPH HOLDINGS CORP., *et al.,*       :    Case No. 05-44481(RDD)
                                    :
        Reorganized Debtors.        :    (Jointly Administered)
                                    :
------------------------------------x

**PROOF OF SERVICE**

    I, Katharine V. Tafuri, state that on February 18, 2010, I caused a copy of Objection Of The Salaried Retirees To Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order to be hand delivered on the following:

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720

Andrew M. Kramer
Jones Day
51 Louisiana Ave NW
Washington DC 20001


    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: February 23, 2010

                                        /s/Katharine V. Tafuri
                                        Katharine V. Tafuri
                                        Miller & Chevalier Chartered
                                        655 15th Street, N.W.
                                        Suite 900
                                        Washington, D.C.  20005-5701