Hearing Date and Time: February 25, 2010 at 10:00 a.m., E.T.
Objection Deadline: February 18, 2010 at 4:00 p.m., E.T.

JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver, Ste 777
Troy, Michigan 48084
Telephone: (248) 649-1900
Facsimile: (248) 649-2920
Howard S. Sher (*admitted pro hac vice*)
Alan J. Schwartz (*admitted pro hac vice*)

MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Ste. 900
Washington, DC 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Anthony F. Shelley(*admitted pro hac vice*)
Timothy P. O'Toole(*admitted pro hac vice*)
Michael N. Khalil

Attorneys for Dennis Black, Charles
Cunningham, Kenneth Hollis and
The Delphi Salaried Retiree Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                    :
In re                               :    Chapter 11
                                    :
DPH HOLDINGS CORP., *et al.*,       :    Case No. 05-44481(RDD)
                                    :
       Reorganized Debtors.         :    (Jointly Administered)
                                    :
------------------------------------x

**PROOF OF SERVICE**

    I, Alan J. Schwartz, state that on February 18, 2010, I did hand deliver a copy of Objection Of The Salaried Retirees To Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order to:

Robert S. Walker, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: February 23, 2010

          /s/ Alan J. Schwartz
Alan J. Schwartz (P38144)
Jacob & Weingarten, P.C.
2301 West Big Beaver Road
Suite 777
Troy, Michigan 48084
alan@jacobweingarten.com