KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9489
Facsimile: (212) 715-8000
Jordan D. Kaye

*Counsel to HP Enterprise Services, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
In re:                                                       :    Chapter 11 Case No.:
                                                             :
DPH HOLDINGS CORP *et al.*,                                  :    Case No. 05-44481 (RDD)
                                                             :
                        Debtors.                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE THAT:

Kramer Levin Naftalis & Frankel LLP, as counsel to **HP Enterprise Services, LLC** files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case can be served upon the undersigned at the following address:

> **Jordan D. Kaye**
> **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
> **1177 Avenue of the Americas**
> **New York, New York 10036**
> **Telephone: (212) 715-9489**
> **Fax: (212) 715-8000**

KL2 2639862.1

**E-mail: jkaye@kramerlevin.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan or reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

Dated:  February 23, 2010

                                                 KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By:      /s/ Jordan Kaye
Jordan D. Kaye
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9489
Fax: (212) 715-8000
E-mail: jkaye@kramerlevin.com

*Counsel to HP Enterprise Services, LLC*

KL2 2639862.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February 2010 I caused a true and correct copy of this Notice of Appearance and Request for Notices and Service of Papers to be served by United States mail upon the parties set forth below:

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Attn: President

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004

Dated: New York, New York
February 23, 2010

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By:  /s/ Jordan Kaye
Jordan D. Kaye
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9489
Fax: (212) 715-8000
E-mail: jkaye@kramerlevin.com

*Counsel to HP Enterprise Services, LLC*

KL2 2639862.1