**Hearing Date: February 25, 2010 at 10:00 a.m.**
**Response Deadline: February 23, 2010 (extended by agreement)**

BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

Peter A. Clark
Telephone: (312) 214-5668
Email: pclark@btlaw.com

Andrew J. Namenye
Telephone: (574) 237-1169
Email: anamenye@btlaw.com

*Attorneys for Continental AG and Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DPH HOLDINGS CORP., <u>et al.</u>, | ) ) | No. 05-44481 (RDD) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

**RESPONSE OF CONTINENTAL AG AND AFFILIATES TO REORGANIZED
DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS**

Continental AG and its affiliates[1] (collectively "Continental"), by and through their undersigned attorneys, hereby file this response (the "Response") to the Reorganized Debtors'

---

[1] These affiliates include, but are not limited to, Continental Automotive GMBH, Continental Automotive Guadalajara Mexico Sa De CV, Continental Automotive Systems Czech Republic SRO, Continental Automotive Systems US, Inc., and Temic Automotive of North America, Inc.

Forty-Third Omnibus Objection to Claims[2]. In support of the Objection, Continental states as follows:

## BACKGROUND

1.  On October 8, 2005, and subsequently October 14, 2005, (collectively, the "Petition Date"), Delphi Corporation and certain of its affiliates (collectively, the "Debtors") (predecessors of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (together with the Debtors, the "Reorganized Debtors")) filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2.  On July 15, 2009, Continental timely filed numerous administrative expense claims (the "First Administrative Expense Claims") for the payment of administrative expenses arising after the Petition Date, but prior to June 1, 2009.

3.  On November 4, 2009, and November 5, 2009, Continental timely filed additional administrative expense claims (the "Second Administrative Expense Claims," together with the First Administrative Expense Claims, the "Claims") for the payment of administrative expenses arising after June 1, 2009.

4.  On January 22, 2010, the Reorganized Debtors objected to the Claims on the basis that the Claims either "assert liabilities and dollar amounts that are not reflected on the Reorganized Debtors' books and records, in most cases because such Administrative Claims have been satisfied in the ordinary course of business," or "are duplicative of other Administrative Claims."

---

[2] Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims.

5. Continental's books and records evidence that some of these claims are still outstanding and have not been paid. The information has been forwarded on to the Reorganized Debtors. Continental and the Reorganized Debtors are reconciling the Claims and require additional time to complete the process.

WHEREFORE, Continental respectfully requests that the Court (i) deny the relief requested in the Reorganized Debtors' Forty-Third Omnibus Objection to Claims as it relates to Continental, and (ii) grant such other and further relief as the Court may deem appropriate under the circumstances.

Dated: February 23, 2010

Respectfully submitted,

**CONTINENTAL AG AND AFFILIATES**

By:   /s/John T. Gregg
        One of their Attorneys

Peter A. Clark
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL  60606-2833
Telephone: (312) 214-5668
Facsimile: (312) 759-5646
pclark@btlaw.com

   - and -

John T. Gregg (Admitted Pro Hac Vice)
BARNES & THORNBURG LLP
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999
jgregg@btlaw.com

   - and -

Andrew J. Namenye
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601
Telephone: (574) 237-1169
Facsimile: (574) 237-1125
anamenye@btlaw.com

*Attorneys for Continental AG
and Affiliates*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Response (the "Response") of Continental AG and its affiliates to Reorganized Debtors' Forty-Third Omnibus Objection to Claims (the "Objection") was electronically filed this 23rd day of February 2010. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A hard copy of the Response was submitted to the Court via Federal Express on the 23rd day of February 2010 at the following address:

> Honorable Robert D. Drain
> United States Bankruptcy Judge
> United States Bankruptcy Court for the Southern District of New York
> The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
> 300 Quarropas Street, Courtroom 116
> White Plains, NY 10601-4140

Hard copies of this Response were served on the following persons via Federal Express on the 23rd day of February, 2010:

> DPH Holdings Corp.
> 5725 Delphi Drive
> Troy, MI 48098
> Attention: President
>
> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 North Wacker Drive
> Chicago, IL 60606
> Attention: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton

/s/John T. Gregg
John T. Gregg

ELDS01 ANAMENYE 243213v1