BARNES & THORNBURG LLP
171 Monroe Avenue, NW
Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

*Attorneys for Continental AG and Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al., | ) | No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance on behalf of Continental AG and Affiliates (collectively, "Continental") in these Chapter 11 cases. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 11 cases be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery,

telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Continental expressly reserves without prejudice.

Dated:  February 23, 2010

                                        BARNES & THORNBURG LLP
                                      Counsel to Continental

                                      By:   /s/John T. Gregg
                                              John T. Gregg
                                      Business Address:
                                      171 Monroe Avenue, NW
                                      Suite 1000
                                      Grand Rapids, Michigan  49503
                                      (616) 742-3930


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance and Demand for Service of Papers* was filed electronically this 23rd day of February, 2010.  Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

                                      /s/John T. Gregg
                                        John T. Gregg

GRDS01 396848v1