Jacob A. Manheimer, Esq. (JM 9540)
Keith J. Cunningham, Esq.
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tele: (207) 791-1100
Fax: (207) 791-1350
Email:  jmanheimer@pierceatwood.com
Email:  kcunningham@pierceatwood.com

*Attorneys for FCI Connectors Hungary GmbH, FCI Korea Ltd. and FCI USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.,* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**<u>CERTIFICATE OF SERVICE</u>**

   Jacob A. Manheimer, being duly sworn, deposes and says:

   I am a partner in the law firm of Pierce Atwood LLP, am over eighteen years of age, and am not a party to or interested in the above-captioned case.

   On February 23, 2010, I caused a copy of the Response of FCI Connectors Hungary GmbH, FCI Korea Ltd. and FCI USA, Inc. to Debtors' Forty-Third Omnibus Objection (Claims Nos. 19720, 19721, 19722 and 19723) (the "Response") to be served by Federal Express Overnight Delivery upon the following:

| | |
|---|---|
| DPH Holdings Corp | Skadden, Arps, Slate, Meagher & Flom LLP |
| 5725 Delphi Drive | 155 North Wacker Drive |
| Troy, Michigan 48098 | Chicago, Illinois 60606 |
| <u>Attn</u>: President | <u>Attn</u>:  John Butler, Esq. |
| |    John K. Lyons, Esq. |
| |    Joseph N. Wharton, Esq. |
| | Attorneys for the Reorganized Debtors |

      Additionally, a hard copy of the Response was sent to Chambers at the following address pursuant to the Order Regarding the Forty-Third Omnibus Objection to Administrative Claims:

      The Hon. Robert D. Drain
      U.S. Bankruptcy Court for the Southern District of New York
      The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
      300 Quarropas Street, Courtroom 118
      White Plains, New York 10601-4140

Dated:   Portland, Maine
          February 23, 2010

                                                  */s/ Jacob A. Manheimer*
                                                  Jacob A. Manheimer, Esq. (JM 9540)