Presentment Date and Time:  March 5, 2010 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline:  March 5, 2010 at 9:00 a.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

NOTICE OF PRESENTMENT OF JOINT STIPULATION AND ORDER
UNDER LOCAL BANKR. R. 2090-1(e) SUBSTITUTING COUNSEL FOR
<u>DELPHI CHINA LLC AND DELPHI TECHNOLOGIES, INC.</u>

PLEASE TAKE NOTICE that on February 23, 2010, DPH Holdings Corp. and

certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the

"Reorganized Debtors") filed a motion  (the "Motion," a copy of which is attached to this notice

as Exhibit A) for entry of the proposed Joint Stipulation And Order Under Local Bankr. R. 2090-1(e) Substituting Counsel For Delphi China LLC And Delphi Technologies, Inc. (the "Joint Stipulation and Order," a copy of which is attached to the Motion as Exhibit 1).

PLEASE TAKE FURTHER NOTICE that objections, if any, to the proposed Joint Stipulation and Order must (a) be made in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. Sections 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered March 17, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered January 25, 2010 (Docket No. 19360) (the "Seventeenth Supplemental Case Management Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5-inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 116, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: John Brooks), (ii) general counsel to Delphi Automotive LLP, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: David M. Sherbin), (iii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North

2

Wacker Drive, Chicago, Illinois 60606-1285 (Att'n: John Wm. Butler, Jr.) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522 (Att'n: Kayalyn A. Marafioti), and (iv) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Brian Matsumoto), in each case so as to be received no later than 9:00 a.m. (prevailing Eastern time) on March 5, 2010 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if timely written objections to the proposed Joint Stipulation and Order are filed, served, and received in accordance with this notice, a hearing to consider approval of the Motion will be held on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that if no written objections to the proposed Joint Stipulation and Order are timely filed, served, and received, the proposed Joint Stipulation and Order will be submitted for signature to the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 116, White Plains, New York 10601-4140, on March 5, 2010 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that only those objections made in writing, in accordance with the Supplemental Case Management Order and the Seventeenth Supplemental Case Management Order, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court, and that if no objections to the Motion are timely filed and served the Bankruptcy Court may enter an order granting the Motion without further notice.

3

Dated:  New York, New York
        February 23, 2010

                                  SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP

By: /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

      - and -

By: /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

# Exhibit A

Presentment Date and Time: March 5, 2010 at 10:00 a.m. (prevailing Eastern time)
Objection Deadline: March 5, 2010 at 9:00 a.m. (prevailing Eastern time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                                :         Chapter 11
:
DPH HOLDINGS CORP., et al.,         :         Case No. 05-44481 (RDD)
:
:         (Jointly Administered)
            Reorganized Debtors.       :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ENTRY OF JOINT STIPULATION AND ORDER
## UNDER LOCAL BANKR. R. 2090-1(e) SUBSTITUTING COUNSEL
## FOR DELPHI CHINA LLC AND DELPHI TECHNOLOGIES, INC.

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), hereby submit this motion (this "Motion") for entry of the proposed Joint Stipulation And Order Under Local Bankr. R. 2090-1(e) Substituting Counsel For Delphi China LLC And Delphi Technologies, Inc. (the "Joint Stipulation and Order," a copy of which is attached to this Motion as Exhibit 1) and respectfully represent as follows:

### Background

1.        On October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2.        Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates ("Skadden, Arps") became attorneys of record to the Debtors, including Delphi China LLC ("Delphi China") and Delphi Technologies, Inc. ("DTI"), pursuant to the interim and final orders authorizing

Skadden, Arps' employment and retention as attorneys to the Debtors, entered October 14, 2005 (Docket No. 274) and November 5, 2005 (Docket No. 876), respectively.

        3.        On January 25, 2008, this Court entered an order confirming the Debtors' first amended joint plan of reorganization (as modified) (the "Plan") (Docket No. 12359).  This Court entered an order approving certain modifications to the confirmed Plan (as modified, the "Modified Plan") on July 30, 2009 (Docket No. 18707).

        4.        On October 6, 2009, the Debtors substantially consummated the Modified Plan, the Effective Date[1] occurred, and the transactions under the Master Disposition Agreement and related agreements closed.  The Reorganized Debtors have emerged from chapter 11 as DPH Holdings and affiliates and remain responsible for the post-Effective Date administration of the chapter 11 cases, including, without limitation, the disposition of certain retained assets and payment of certain retained liabilities as provided for under the Modified Plan, and the eventual closing of the cases.

Relief Requested

        5.        By this Motion, DPH Holdings requests entry of the Joint Stipulation and Order substituting internal counsel to Delphi Automotive LLP for Skadden, Arps as attorneys of record for Delphi China and DTI in their chapter 11 cases.

        6.        Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York provides that "[a]n attorney who has appeared as attorney of record may withdraw or be replaced only by order of the Court for cause shown."  Local Bankr. R. 2090-1(e)

        7.        Here, there is good cause for the relief requested.  In connection with the consummation of the Modified Plan and pursuant to the Master Disposition Agreement, DIP

---

[1]   Capitalized terms used but not defined in this Motion have the meanings ascribed to them in the Modified Plan.

2

Holdco LLP (subsequently renamed Delphi Automotive LLP), as assignee of DIP Holdco 3 LLC, through various subsidiaries and affiliates, acquired substantially all of the Debtors' global core businesses, including the membership interests in Delphi China and the shares of DTI, both of which are Reorganized Debtors.  As a result, DPH Holdings is no longer the owner of Delphi China or DTI, and Delphi Automotive LLP is responsible for the post-Effective Date administration and the eventual closing of the chapter 11 cases of those two companies.

8. Delphi Automotive LLP has requested that Skadden, Arps withdraw as attorneys of record to Delphi China and DTI and that internal counsel to Delphi Automotive LLP henceforth serve in such capacity.

9. Accordingly, good cause exists for the entry of the Joint Stipulation and Order substituting internal counsel to Delphi Automotive LLP for Skadden, Arps as attorneys of record for Reorganized Debtors Delphi China and DTI.

      Pg 9 of 14

WHEREFORE, the Reorganized Debtors respectfully request that this Court (i) enter the Joint Stipulation and Order and (ii) grant the Reorganized Debtors such other and further relief as is just.

Dated:   New York, New York
         February 23, 2010

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By:  /s/  John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:  /s/  Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

# Exhibit 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                                            :        Chapter 11
:
DPH HOLDINGS CORP., et al.,            :        Case No. 05-44481 (RDD)
:
              Reorganized Debtors.      :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND ORDER UNDER LOCAL
BANKR. R. 2090-1(e)  SUBSTITUTING COUNSEL FOR
DELPHI CHINA LLC  AND DELPHI TECHNOLOGIES, INC.

        DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), and Delphi Automotive LLP hereby submit this Joint Stipulation And Order Under Local Bankr. R. 2090-1(e) Substituting Counsel For Delphi China LLC And Delphi Technologies, Inc., and agree and state as follows:

        WHEREAS, on October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

        WHEREAS, Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates ("Skadden, Arps") became attorneys of record to the Debtors, including Delphi China and DTI, pursuant to the interim and final orders authorizing Skadden, Arps' employment and retentions as attorneys to the Debtors, entered October 14, 2005 (Docket No. 274) and November 5, 2005 (Docket No. 876), respectively.

WHEREAS, on January 25, 2008, this Court entered an order confirming the Debtors' first amended joint plan of reorganization (as modified) (the "Plan") (Docket No. 12359).  On July 30, 2009 this Court entered an order approving certain modifications to the confirmed Plan (as modified, the "Modified Plan") (Docket No. 18707).

WHEREAS, on October 6, 2009, the Debtors substantially consummated the Modified Plan, the Effective Date[2] occurred, and the transactions under the Master Disposition Agreement and related agreements closed. The Reorganized Debtors have emerged from chapter 11 as DPH Holdings and affiliates and remain responsible for the post-Effective Date administration of the chapter 11 cases, including, without limitation, the disposition of certain retained assets and payment of certain retained liabilities as provided for under the Modified Plan and the eventual closing of the cases.

WHEREAS, in connection with the consummation of the Modified Plan, DIP Holdco LLP (subsequently renamed Delphi Automotive LLP), as assignee of DIP Holdco 3 LLC, through various subsidiaries and affiliates, acquired substantially all of the Debtors' global core businesses, including the membership interests in Delphi China LLC ("Delphi China) and the shares of Delphi Technologies, Inc. ("DTI"), both of which are Reorganized Debtors. Accordingly, DPH Holding is no longer the owner of Delphi China and DTI, and Delphi Automotive LLP is responsible for the post-Effective Date administration and the eventual closing of the chapter 11 cases of these companies.

---

[2]  Capitalized terms used but not defined in this Joint Stipulation and Order have the meanings ascribed to them in the Modified Plan.

THEREFORE, DPH Holdings and Delphi Automotive LLP stipulate and agree as follows:

1. Good cause exists for the substitution of internal counsel to Delphi Automotive LLP for Skadden, Arps as attorneys of record to Delphi China and DTI in their chapter 11 cases.

2. Skadden, Arps hereby withdraw as attorneys of record to Delphi China and DTI.

3. Internal counsel to Delphi Automotive LLP is hereby substituted for Skadden, Arps as attorneys of record to Delphi China and DTI.

4. Pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, all notices that are required to be given and all pleadings and orders that are required to be served in these chapter 11 cases on behalf of Delphi China and DTI, including, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affect Delphi China's or DTI's property in their possession, custody, or control or the administration of their chapter 11 cases, shall be given and served by or upon the following:

> David M. Sherbin, Esq.
> Sean P. Corcoran, Esq.
> Karen J. Craft, Esq.
>
> DELPHI AUTOMOTIVE LLP
> 5725 Delphi Drive
> Troy, Michigan 48098

3

AGREED TO AND
APPROVED FOR ENTRY

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | DELPHI AUTOMOTIVE LLP |
|---|---|
| By: /s/ John Wm. Butler, Jr.<br>    John Wm. Butler, Jr.<br>    John K. Lyons<br>    Ron E. Meisler<br>155 North Wacker Drive<br>Chicago, Illinois 60606 | By: /s/ David M. Sherbin<br>    David M. Sherbin<br>    Sean P. Corcoran<br>    Karen J. Craft<br>5725 Delphi Drive<br>Troy, Michigan 48098<br><br>Attorneys for Delphi Automotive LLP<br><br>-and-<br><br>Substituting Attorneys for Delphi China LLC and Delphi Technologies, Inc. |
| - and - | |
| By: /s/ Kayalyn A. Marafioti<br>    Kayalyn A. Marafioti<br>Four Times Square<br>New York, New York 10036<br><br>Attorneys for DPH Holdings Corp., et al., Reorganized Debtors<br><br>- and -<br><br>Withdrawing Attorneys for Delphi China LLC and Delphi Technologies, Inc. | |

So Ordered in White Plains, New York, this ____ day of March, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

4