BOSE MCKINNEY & EVANS LLP
Michael A. Trentadue
Indiana Attorney No. 12037-49
Carina M. de la Torre
Indiana Attorney No. 24849-49
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317)  684-5000
(317)  684-5173 (FAX)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | CASE NO. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |

## NOTICE OF WITHDRAWAL OF APPEARANCES
## OF MICHAEL A. TRENTADUE AND CARINA M. DE LA TORRE
## AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rules 2002 and 9010, Michael A.

Trentadue and Carina M. de la Torre, Bose McKinney & Evans LLP, as counsel for Decatur

Plastic Products, Inc., hereby withdraw their appearances (Docket 9647 and Docket 9649,

respectively) and request to be removed from the Court's mailing matrix and service list for this

case.  Decatur was advised by e-mails dated November 16, 2009, of the undersigneds' intention

to withdraw and a general status report.

This Notice is in respect to Michael A. Trentadue and Carina M. de la Torre, Bose

McKinney & Evans LLP, and is not intended to affect service independently requested by

Decatur or their continued listing in the mailing matrix or service list for this case.

1607894/12212-4

Dated: February 23, 2010, Indianapolis, Indiana

BOSE McKINNEY & EVANS LLP

By:    /s/  *Michael A. Trentadue*
          Michael A. Trentadue
          Indiana Attorney No. 12037-49
          mtrentadue@boselaw.com

          and

          /s/  *Carina M. de la Torre*
          Carina M. de la Torre
          Indiana Attorney No. 24849-49
          cdelatorre@boselaw.com

          111 Monument Circle, Suite 2700
          Indianapolis, IN  46204
          (317)  684-5000
          (317)  684-5173 (FAX)

          Attorneys for Decatur Plastic Products, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2010, a copy of the Notice of Withdrawal of Appearances of Michael A. Trentadue and Carina M. de la Torre and Request for Removal from Court Matrix and Service List was filed electronically and was served electronically through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

          /s/  *Michael A. Trentadue*
          Michael A. Trentadue

1607894/12212-4