# EXHIBIT A

⊞ Chassis Systems Control

🄱 **BOSCH**

**Bosch Corporation**
**Chassis Systems Control Division**
**JC/SNM2 - Kenichi Morita**

# DEBIT NOTE NO:
# [ Invoice sheet ]

70846528

Address : 6-7, Shibuya 3-chome, Shibuya-ku
Tokyo, 150-8360, JAPAN
Tel: +81-(0)3-5485-6962
Fax:: +81-(0)3-5485-4186

To :   Delphi Korea Corporation
       Mr.Hyun-Jun.Lee Purchasing team
       5-30 Bangye-Ri, Munmak-Eup
       Wonju-Si
       Kangwon-Do, 220-800 Korea
       TEL:+82-33-730-2292
       FAX:+82-33-730-2277

Date :   23-Feb-09

| No. | Description | Quantity | Price | Amount |
|---|---|---|---|---|
|  | PO No: DKMAS09011&Jan.23.2009 |  |  |  |
| 01 | Tooling Cost for VI ACU Vinyl Cover | 1 | 2000.00 | 2,000.00 |
|  |  | **Total Amount** |  | **2,000.00 EUR** |

Please transfer to following bank

Deutsche Bank AG, Tokyo Branch
ADDRESS : Sanno Park Tower 2-11-1 Nagatacho, Chiyoda-ku, Tokyo 100-6170
SWIFT CODE : DEUT JPJT
ACCOUNT NO : 521180000
Account Name : Bosch Corpration

Term of payment MNS2 after TTOP
Delivery Term :   Exworks Bosch Tomioka Plant
Shipping mode :   Via DHL (Account Number:966637245)

Fuminori Takahashi
Section Manager
**Bosch Corporation**
Sales Gr.1, Automotive Electronics Sales Dept.
Automotive Electronics Division (JE/SAO1)

🄱 andBOSCH are registered trademarks of Robert Bosch GmbH,Germany.

## Toering, Gordon

| | |
|---|---|
| **From:** | Morita Kenichi (CC/SNI2-JP) [Kenichi.Morita@jp.bosch.com] |
| **Sent:** | Monday, February 23, 2009 2:35 AM |
| **To:** | Lee, Hyun Jun |
| **Cc:** | Hwang Indeuk (CC-OS/RBU1-KR); Lee Seungcheol (HY/MKR1); Pyo, Jong Hoon ; Song Hyukjoon (CC-OS/RBU1-KR); Kwon, Oh Hoon ; Oh, Seong Hwan |
| **Subject:** | RE: For VI vinyl cover samples |
| **Attachments:** | Debit Note.pdf |

Dear Mr.Lee,

Thank you very much for your usual cooperation to Bosch.

My name is Kenichi MORITA, Sales for Occupant Safety at Bosch Japan.

Regarding VI vinyl cover samples delivery, I hope you received them already.

Now I would like to send debit note for tooling cost of vinyl cover as attached.

I look forward to hearing from you soon.

Please don't hesitate to contact me at any time.

Best regards ● Yoroshiku onegai shimasu ● Salutations ● Mit freundlichem Gruss

**Kenichi Morita**

## BOSCH

Bosch Corporation

Sales Gr.2, Sales Dept.1,Sales Division

Chassis Systems Control Division (JC/SNM2)

10F ● 3-6-7 ● Shibuya ● Shibuya-ku ● Tokyo ● 150-8360 ● Japan

Tel. +81(0) 3 5485 6962 ● Fax +81(0) 3 5485 4186 ● Mobile +81(0)80-6790-6704

e-mail: kenichi.morita@jp.bosch.com mailto:kenichi.morita@jp.bosch.com

---

**From:** Lee, Hyun Jun [mailto:Hyun.Jun.Lee@delphi.com]
**Sent:** Friday, January 23, 2009 6:58 PM
**To:** Morita Kenichi (JC/SNM2); Hwang Indeuk (CC-OS/RBU1-KR); Lee Seungcheol (CC/SHY1)
**Cc:** Pyo, Jong Hoon ; Song Hyukjoon (CC-OS/RBU1-KR); Kwon, Oh Hoon ; Oh, Seong Hwan
**Subject:** For VI vinyl cover samples
**Importance:** High

Dear Mr Hwang ,Mr. SCLee and Mr.Morita

1

Attached is PO for VI Vinyl cover samples, please see the attached po sheet.
As you know well, we are out of time for customer schedule, so please speed up your work.

Due date: 2/5 DKC Arrival

Thank you and best regards

Hyun,Jun

Hyun Jun Lee
Delphi Korea - Munmak
Electrical Buyer
Electronics & Safety
Office: 82-33-730-2292

---

**From:** Hwang Indeuk (CC-OS/RBU1-KR) [mailto:InDeuk.Hwang@kr.bosch.com]
**Sent:** Thursday, January 22, 2009 7:22 PM
**To:** Kwon, Oh Hoon
**Cc:** Pyo, Jong Hoon ; Lee Seungcheol (CC/SHY1); Lee, Hyun Jun; Song Hyukjoon (CC-OS/RBU1-KR)
**Subject:** RE: VI vinyl cover 적용에 대한 PCE 발행건 - Sample 구입 요청 건

안녕하세요.

HMC에서 요청한 샘플 구입 관련하여 아래와 같이 답변 드리오니 참조하시기 바랍니다.

Case 1 : 기존에 제공한 동일한 샘플
  - 요청 수량 : 1000 pcs
  - 가격 : 약 300 Yen / pcs
  - 제공 가능 시점 : PO 발행 후 4주

Case 2 : HMC에서 요청한 Design에 맞는 샘플
  - 요청 수량 : 1000 pcs
  - 가격 : 약 300 Yen / pcs
  - Tooling cost : 2000 Euro
  - 제공 가능 시점 : Design fix 후 5 주

이상입니다.

문의 사항 있으시면 연락 주세요.

황인득

---

**From:** Lee Seungcheol (CC/SHY1)
**Sent:** Thursday, January 22, 2009 6:27 PM
**To:** Lee, Hyun Jun
**Cc:** Hwang Indeuk (CC-OS/RBU1-KR); 권오훈 (oh.hoon.kwon@delphi.com); 표종훈 (jong.hoon.pyo@delphi.com)
**Subject:** RE: VI vinyl cover 적용에 대한 PCE 발행건

2

안녕하세요, 이현준 대리님,

첨부와 같이 VI vinyl cover PCE에 대한 견적을 제출드리오니 참조 바랍니다.

감사합니다.

Best regards,
CC/SHY1 S.C.Lee

---

**From:** Lee, Hyun Jun [mailto:Hyun.Jun.Lee@delphi.com]
**Sent:** Wednesday, December 03, 2008 1:10 PM
**To:** Lee Seungcheol (CC/SHY1)
**Subject:** FW: VI vinyl cover 적용에 대한 PCE 발행건

이승철 과장님

VI/BH PCE를 송부 드리오니 참조하시기 바랍니다. 빠른시일안으로 제출바랍니다.

이현준 배상


Hyun Jun Lee
Delphi Korea - Munmak
Electrical Buyer
Electronics & Safety
Office: 82-33-730-2292

---

**From:** Kwon, Oh Hoon
**Sent:** Wednesday, December 03, 2008 11:40 AM
**To:** Lee, Hyun Jun
**Cc:** Choi, Hong Bae ; Pyo, Jong Hoon ; Lee, Seong Hae ; Shin, Dong Cheol
**Subject:** VI vinyl cover 적용에 대한 PCE 발행건

안녕하세요. 평소 업무 협조 감사드립니다.

HMC의 요청에 따라 PCE 송부 드리오니 빠르고 정확한 회신 요청 드립니다.

요청내용은 HMC내부적으로 cup holder로부터 직접적인 물 유입으로 품질 issue가 발생됨에 따라, VI/BH ACU에 vinyl cover 적용에 대한 내용입니다.
현재 VI/BH ACU 구조상 vinyl cover 를 적용하면 HMC 작업자들의 특성상 2차적인 품질 문제가 발생할 소지가 있는바, 이를 회피할 수 있는 방안으로 검토 요청드립니다.

빠른 회신이 될 수 있도록 협조 부탁 드립니다.

감사합니다.

*Best Regards,*
**Ohhoon Kwon**

3

Application Engineer
Electronics & Safety
Delphi Korea Corp.
Tel: 82-31-899-5449
Fax: 82-31-899-5349
Mobile: 82-18-410-5690

4