**MCGUIREWOODS LLP**
Shawn R. Fox, Esq.
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
(212) 548-2100
(212) 548-2150 (fax)
sfox@mcguirewoods.com

and

**FRANTZ WARD LLP**
Matthew H. Matheney, Esq.
Timothy J. Richards, Esq.
2500 Key Center, 127 Public Square
Cleveland, OH  44114-1230
(216) 515-1660
(216) 515-1650 (fax)
jkostelnik@frantzward.com
mmatheney@frantzward.com

*Counsel to YRC Inc., formerly known as Roadway Express, Inc. and USF Holland Inc.*

 UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Joint Response (the "Response") of YRC, Inc., formerly known as Roadway Express, Inc. and USF Holland, Inc. to Reorganized Debtors' Forty-Third Omnibus Objection to Claims was electronically filed the 22nd day of February 2010 at docket no. 19531. Notice of this filing was sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A hard copy of the Response was submitted to the Court via Federal Express on the 23rd day of February 2010 at the following address:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Courtroom 116
White Plains, NY 10601-4140

Hard copies of this Response were served on the following persons via Federal Express on the 23rd day of February, 2010:

DPH Holdings Corp.
5725 Delphi Drive
Troy, MI 48098
Attention: President

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attention: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton

               /s/ James E. Van Horn
               James E. Van Horn

/10741023.1