ARENT FOX LLP
James M. Sullivan
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Counsel for The Timken Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP. et al., | 05-44481 (RDD) |
| Debtors. | Jointly Administered |

------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

    NOVA A. CONSTANTINO, being sworn, deposes and says:

    1.    Deponent is not a party to this action, is over eighteen years of age, and resides in Kings County, New York.

    2.    On February 23, 2010, I served a copy of the *Response of The Timken Company to Debtors' Forty-Third Omnibus Claims Objections* [Docket No. 19552] upon the parties on the attached service list by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

                              */s/ Nova A. Constantino*
                              Nova A. Constantino

Sworn to before me this
23rd day of February, 2010.

    */s/ Susan E. Mackey*
Notary Public, State of New York
Authorized in New York State
Commission Expires 8/7/2010
Registration #01MA6150724

NYC/459885.1

## **SERVICE LIST**

The Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
Courtroom 118
White Plains, NY  10601-4140

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI  48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, Jr.
            John K. Lyons
            Joseph N. Wharton
155 North Wacker Drive
Chicago, IL  60606