Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

Attorneys for Robert Bosch LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
    In re                                   :        Chapter 11
:
DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
:
:        (Jointly Administered)
               Debtors.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 23, 2010 a copy of

**RESPONSE BY ROBERT BOSCH LLC TO THE REORGANIZED DEBTORS'
FORTY-THIRD OMNIBUS CLAIMS OBJECTION
[CLAIM NOS. 18690 AND 18692]**

was served upon the parties listed below electronically and by United States first-class mail:

| | |
|---|---|
| John Wm. Butler, Jr. | DPH Holdings Corp. |
| John K. Lyons | Attn:  President |
| Joseph N. Wharton | 5725 Delphi Drive |
| Skadden, Arps, Slate, Meagher & Flom LLP | Troy, Michigan 48098 |
| 155 North Wacker Drive | |
| Chicago, IL 60606 | |

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for
the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and Courthouse
300 Quarropas Street, Courtroom 116
White Plans, New York 10601-4140


Dated: February 23, 2010

/s/ Gordon J. Toering
Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids Michigan 49503
(616) 752-2185
Attorneys for Robert Bosch LLC

1180968-3