UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :

    In re                                                             :     Chapter 11

                                                                           :

DPH HOLDINGS CORP., et al.,        :     Case No. 05-44481 (RDD)

                                                                           :

                                                                           :     (Jointly Administered)

        Reorganized Debtors.          :

                                                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION PRO HAC VICE

("PRO HAC VICE ORDER")

Upon consideration of the motion (the "Motion"), dated February 23, 2010, of Kayalyn A. Marafioti, a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a partner with Skadden, Arps, Slate, Meagher and Flom LLP, for the admission pro hac vice of each of David M. Sherbin, Sean. P. Corcoran, and Karen J. Craft; and upon all of the proceedings had before the Court; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that each of David M. Sherbin, Sean. P. Corcoran, and Karen J. Craft is permitted to appear pro hac vice as counsel to Delphi Automotive LLP and, upon entry of the proposed Joint Stipulation And Order Under Local Bankr. R. 2090-1(e) Substituting Counsel For Delphi China LLC And Delphi Technologies, Inc., dated February 19, 2010, as counsel to Delphi China LLC and Delphi Technologies, Inc.

Dated: White Plains, New York
February 24, 2010

          /s/Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE