**Hearing Date: February 25, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
  In re                                       :    Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                   :    Case No. 05-44481 (RDD)
                                              :
           Reorganized Debtors.               :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTY-SECOND OMNIBUS HEARING AGENDA

| | |
|---|---|
| Location Of Hearing: | United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 |

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Second Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (2 Matters)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters∗**

    See footnote.

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

    1.  **"Forty-Second Omnibus Claims Objection"** - Reorganized Debtors' Forty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Certain (A) Claims Partially Satisfied By Cure Payments And (II) Disallow And Expunge (A) A Certain Workers' Compensation Claim And (B) Certain Books And Records Claims (Docket No. 19357)

       *Responses filed:*    *Response Of The TT Group To The Reorganized Debtors' Forty-Second Omnibus Claims Objection (Docket No. 19445)*

                *Response, Limited Objection And Reservation Of Rights Of The TT Group To The Reorganized Debtors' Forty-Second Omnibus Claims Objection (Docket No. 19448)*

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Omnibus Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912]; ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No. 6990]; and Furukawa Administrative Expenses Motion [Docket No. 18706]. In addition, the following adversary proceedings have also been withdrawn from the agenda and would need to be re-noticed to be reinstated on a future Proposed Omnibus Hearing Agenda: National Union Fire Insurance Company Of Pittsburgh, Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement; and Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

|  |  |
|---|---|
|  | *Joinder Of TPG Credit Opportunities Fund, LP. And TPG Credit Opportunities Investors, L.P. To The Response Of The TT Group To The Reorganized Debtors' Forty-Second Omnibus Claims Objection (Docket No. 19485)* |
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

2. **"Forty-Third Omnibus Claims Objection"** - Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *Response Of STMicroelectronics, Inc. To Debtors' Forty Third Omnibus Claims Objection (Docket No. 19403)* |
|  | *Response Of Durham Staffing Inc. To The Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance* |

3

*Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19406)*

*Response By Brazeway To Notice Of Objection To Claim By DPH Holdings Corp. (Docket No. 19408)*

*Response Of MGA Research Corporation In Opposition To Reorganized Debtors' Objection To Proof Of Claim Number 18599 Included In Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19417)*

*Response Of Etkin Management LLC, As Agent For 1401 Troy Associates Limited Partnership, In Opposition To Reorganized Debtors' Objection To Proof Of Claim Number 19089 Included In Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19418)*

*Response And Objection Of Ontario Specialty Contracting Inc. To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Claim No. 19873) (Docket No. 19426)*

*Response Of Genpact International LLC To Debtors' Forty Third Omnibus Claims Objection Claim No. 18742 (Docket No. 19427)*

*Response Of Genpact International LLC To Debtors' Forty Third Omnibus Claims Objection Claim No. 18743 (Docket No. 19428)*

*Response Of Genpact International LLC To Debtors' Forty Third Omnibus Claims Objection Claim No. 20052 (Docket No. 19429)*

*Response Of Martinrea International, Inc. To Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19430)*

*Response Of Genpact International LLC To Debtors' Forty Third Omnibus Claims Objection Claim No. 20053 (Docket No. 19431)*

*Calsonic Kansei North America, Inc.'s Response To Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19444)*

*Response Of Con-Way Freight Inc. To Debtors' Objection To Administrative Expense Claim Number 18556 (Docket No. 19446)*

*Response Of Linamar Corporation And Linamar Holdings, Inc. To The Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19450)*

*Response Of The Arnold Center, Inc. To The Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19451)*

*Union Pacific Railroad Company's Response To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. §503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19453)*

*Aramark Uniform & Career Apparel, LLC's Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19454)*

*Response Of Hitachi Chemical (Singapore) Pte. Ltd. To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19455)*

*Response Of ATS Automation Tooling Systems Inc., ATS Michigan Sales And Service Inc, ATS Ohio Inc. And ATS Wickel Und Montagetechnick AG To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19456)*

*Response Of Freudenberg-NOK General Partnership (And Its Subsidiaries Vibracoustic De Mexico, S.A. De C.V., Freudenberg-NOK, Inc., Freudenberg-NOK De Queretaro, S.A. De C.V., And Freudenberg-NOK De Mexico, S.A. De C.V.) To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests Insufficiently Benefit (E) Prepetition Claims, (F) Documented Claims, (G) Pension Compensation Claims, (II)*

5

*Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19458)*

*Response Of Akzo Nobel Coatings Inc., To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19459)*

*Response Of Akzo Nobel Industrial Coatings Mexico SA De CV, To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19460)*

*Response Of Cooper-Standard Automotive Inc. And Cooper-Standard Automotive FHS Inc. On Behalf Of Themselves And Their Subsidiaries To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests Insufficiently Benefit (E) Prepetition Claims, (F) Documented Claims, (G) Pension Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19462)*

*Response Of Bing Metals Group, LLC In Opposition To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Claim Numbers 18797, 19717, 19718, 19719) (Docket No. 19463)*

*Response Of Wamco, Inc. To The Forty-Third Omnibus Objection Of The Reorganized Debtors To Proof Of Claim (Docket No. 19464)*

*Response Of Navistar Inc. To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19466)*

*Plymouth Rubber Company, LLC's Response To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense, (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit And OPEB Claims, (H) Workers' Compensation Claims, And (I)*

6

*Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19468)*

*Response Of Clarion Corporation Of America To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19469)*

*Response Of Johnson Controls, Inc. (Claim Number 18528) To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19470)*

*Response Of Gibbs Die Casting Corporation To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19472)*

*Response By Fidelity Employer Services Company LLC To Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19473)*

*Response Of City Of Oak Creek To Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19475)*

*Response Of Robin Industries, Inc., Berlin Division To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims [Docket No. 19395] (Docket No. 19476)*

7

*Response Of Robin Industries, Inc., Elasto Tec Division To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims [Docket No. 19395] (Docket No. 19477)*

*Response Of Robin Industries, Inc., Fredericksburg Division To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims [Docket No. 19395] (Docket No. 19478)*

*Response Of Robin Industries, Inc., Holmco Division To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. §503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims [Docket No. 19395] (Docket No. 19480)*

*Response Of Robin Mexicana S De RL De CV To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity*

*Interests, (E) Prepetition Claims, (F) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims [Docket No. 19395] (Docket No. 19481)*

*Response Of Robin Industries, Inc., Technical Services Division To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims [Docket No. 19395] (Docket No. 19482)*

*Letter By Charlene G. Pronesti Re: Forty-Third Omnibus Claims Objection (Docket No. 19491)*

*Response Of Direct Sourcing Solutions, Inc. To Debtors' Forty-Third Omnibus Claims Objection As To Claim No. 18680 (Docket No. 19493)*

*Response Of Direct Sourcing Solutions, Inc. To Debtors' Forty-Third Omnibus Claims Objection As To Claim No. 20072 (Docket No. 19494)*

*Response Of Canon U.S.A., Inc. To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expenses (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19495)*

*Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection To Proof Of Claim No.*

9

*18668 Filed By Crown Enterprises, Inc. (Docket No. 19496)*

*Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection To Proof Of Claim No. 17307 Filed By Logistics Insight Corporation (Docket No. 19497)*

*Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection To Proof Of Claim No. 18667 Filed By Central Transport International, Inc. (Docket No. 19498)*

*Response Of Accurate Threaded Fastener's Inc. To The Reorganized Debtors' Forty-Third Omnibus Objection (Docket No. 19500)*

*Response Of Alegre, Inc. To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19502)*

*Response Of AK Steel Corporation To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19503)*

*Response Of City Of Tarrant County, Texas, To Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (1) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (1) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims (Docket No. 19505)*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And Computer Sciences Corporation Adjourning The Hearing On The*

05-44481-rdd    Doc 19571    Filed 02/24/10    Entered 02/24/10 11:57:17    Main Document
Pg 11 of 15

*Reorganized Debtors' Forty-Third Omnibus Claims Objection With Respect To Proof Of Administrative Expense Number 19166 (Docket No. 19511)*

*Letter By Marc A. Eglin Re: Objection To Forty-Third Omnibus Claims Objection, Et Al. (Docket No. 19512)*

*Letter By Robyn Bud Re: Response To Debtors' Forty-Third Omnibus Objection (Docket No. 19514)*

*Response Of Sensus Precision Die Casting, Inc. To The Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19515)*

*American Recycling & Manufacturing Co., Inc., Response To Forty-Third Omnibus Claims Objection (Docket No. 19522)*

*Letter By Andrew C. Gregos Re: Objection To Delphi's Motion To Expunge Claim (Docket No. 19523)*

*Response Of Benteler Automotive Corporation To Reorganized Debtors' Forty-Third Omnibus Claims Objection To The Administrative Expense Claim, No 19127 Of Benteler Automotive Corporation (Docket No. 19526)*

*Response Of Sensata Technologies, Inc. To Reorganized Debtors' Forty-Third Omnibus Objection To Claims  (Docket No. 19529)*

*YRC Inc. Formerly Known As Roadway Express, Inc. And USF Holland Inc.'s Joint Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19531)*

*Response Of Toyota Production System Support Center, Inc. (F/K/A TSSC, Inc.) To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19532)*

*Limited Response Of Fraenkische USA LP To Debtors' Forty-Third Claims Objection (Docket No. 19534)*

*Response Of HP Enterprise Services, LLC To The Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19538)*

*Response Of Continental AG And Affiliates To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19539)*

*Response Of Hirschmann Car Communications GmbH To The Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19541)*

*Response Of FCI Connectors Hungary GmbH, FCI Korea Ltd. And FCI USA, Inc. To Debtors' Forty-Third Omnibus Objection [Claim Nos. 19720, 19721, 19722 And 19723] (Docket No. 19544)*

*Response Of International Rectifier Corporation To The Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19548)*

*Response By All Tool Sales, Inc. To Reorganized Debtors Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19549)*

12

*Response By Robert Bosch LLC To The Reorganized Debtors' Forty-Third Omnibus Claims Objection [Claim Nos. 18690 and 18692] (Docket No. 19550)*

*Pioneer North America, Inc.'s Response To Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19551)*

*The Timken Company's Omnibus Response To Notice Of Objections To Claim (Docket No. 19552)*

*Letter by Charlene G. Pronesti re: Forty-Third Omnibus Claims Objection (Docket No. 19556)*

*The CARQUEST Corporation's Response To The Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19557)*

*Pricedex Software Inc.'s Response To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expenses (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative*

|   |   |
|---|---|
|   | *Expense Severance Claims [Docket No. 19356] (undocketed)* |
|   | *Letter By Babs Hardy, President Of Tal-Port, LLC, Re: Reorganized Debtors' Forty-Third Omnibus Claims Objection (undocketed)* |
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *Notice of Withdrawal of Response to Debtors' Forty-Third Omnibus Objection Filed by Tarrant County (Docket No. 19516)* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed.  With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) and the Administrative Claims Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998).* |

**D.    Contested Matters**

3. **"General Motors LLC Motion to Enforce Modified Plan"** - Notice Of Hearing On Motion Of General Motors LLC (f/k/a/ General Motors Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19361)

   | | |
   |---|---|
   | *Responses filed:* | *Objection Of The Salaried Retirees To Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19492)* |
   | *Reply filed:* | *None.* |
   | *Related filings:* | *Amended Notice Of Hearing On Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19369)* |
   | *Status:* | *The hearing with respect to this matter will be proceeding.* |

14

**E.      Adversary Proceedings**

None.

Dated:  New York, New York
        February 24, 2010

                          SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

15