**Hearing Date: February 25, 2010**
                                            **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED THIRTIETH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                      300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirtieth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (3 Matters)

    D.    Contested Matters (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **CSX Transportation Motion To Compel** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

        *Objections filed:*    None.

        *Replies filed:*    None.

        *Related filings:*    None.

        *Status:*    *This matter has been adjourned to the March 18, 2010 claims hearing.*

**C.**    **Uncontested, Agreed, Or Settled Matters**

    2.    Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Philip J. Carson (Administrative Expense Claim Number 19551) (Docket No. 19316)

        *Motions filed:*    None.

        *Objections filed:*    None.

        *Replies filed:*    None.

        *Related filings:*    None.

        *Status:*    *The hearing with respect to this matter will be proceeding.*

3.     Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Deborah Chapman (Administrative Expense Claim Number 19284) (Docket No. 19319)

    *Motions filed:*      None.

    *Objections filed:*      None.

    *Replies filed:*      None.

    *Related filings:*      None.

    *Status:*      *The hearing with respect to this matter will be proceeding.*

4.     Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Saundra Hamlin (Administrative Expense Claim Number 19370) (Docket No. 19320)

    *Motions filed:*      None.

    *Objections filed:*      None.

    *Replies filed:*      None.

    *Related filings:*      None.

    *Status:*      *The hearing with respect to this matter will be proceeding.*

**D.**      **Contested Matters**

    None.

Dated: New York, New York
      February 24, 2010

                SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors