**Hearing Date: February 25, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                                          :
             In re                                        :        Chapter 11
                                                          :
DPH HOLDINGS CORP., <u>et al.</u>,                         :        Case No. 05-44481 (RDD)
                                                          :
                                                          :        (Jointly Administered)
                    Reorganized Debtors.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF FORTY-SECOND
OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
TO (I) MODIFY AND ALLOW CERTAIN (A) CLAIMS PARTIALLY SATISFIED BY CURE
PAYMENTS AND (II) DISALLOW AND EXPUNGE (A) A CERTAIN WORKERS'
<u>COMPENSATION CLAIM AND (B) CERTAIN BOOKS AND RECORDS CLAIMS</u>

("REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF
FORTY-SECOND OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors") hereby submit this Omnibus Reply in support of the Reorganized Debtors' Forty-Second Omnibus Objection to various prepetition claims (the "Forty-Second Omnibus Claims Objection" or the "Objection"),[1] and respectfully represent as follows:

1.    The Reorganized Debtors filed the Forty-Second Omnibus Claims Objection on January 22, 2010, seeking entry of an order (a) modifying and allowing certain Claims and (b) disallowing and expunging certain Claims because (i) the Claim was asserted by an individual employee of the Debtors for workers' compensation benefits and was not reflected on the Reorganized Debtors' books and records[2] or (ii) assert liabilities and dollar amounts that are not reflected on the Reorganized Debtors' books and records.

2.    The Reorganized Debtors sent to each claimant whose proof of claim is subject to an objection pursuant to the Forty-Second Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of claim that is subject to an objection and the basis for such objection.  Responses to the Forty-Second Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on February 18, 2010.

3.    As of February 23, 2010 at 6:00 p.m. (prevailing Eastern time), the Reorganized Debtors had received two responses (collectively, the "Responses") to the Forty-Second Omnibus Claims Objection, covering four Claims in the aggregate.  Attached hereto as

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Forty-Second Omnibus Claims Objection.

[2]    Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and records.

Exhibit A is a chart summarizing each of the Responses and listing the four Claims for which a

Response was filed.  Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

to Claims (Docket No. 6089) entered on December 6, 2006 (the "Claims Objection Procedures

Order"), the hearing with respect to each of the four Claims covered by the Responses will be

adjourned to a sufficiency hearing or claims objection hearing, as appropriate, to determine the

disposition of each such Claim.

        4.        Attached hereto as Exhibit B is a revised proposed order (the "Revised

Proposed Order")[3] in respect of the Forty-Second Omnibus Claims Objection which reflects the

adjournment of the hearings on the Claims for which Responses were filed.  Such adjournment

will be without prejudice to the Reorganized Debtors' right to assert that any of such Responses

was untimely or otherwise deficient under the Claims Objection Procedures Order.

        5.        In addition to the Responses, the Reorganized Debtors also received

informal letters, e-mails, and telephone calls from various parties questioning the relief requested

in the Forty-Second Omnibus Claims Objection and seeking to reserve certain of their rights with

respect thereto (the "Informal Responses").  The Reorganized Debtors believe that all the

concerns expressed by the Informal Responses have been adequately resolved.

        6.        Except for those Claims with respect to which the hearings have been

adjourned to future dates, the Reorganized Debtors believe that the Revised Proposed Order

adequately addresses the issues raised by the respondents.  Thus, the Debtors request that the

---

[3]      Attached hereto as Exhibit C is a copy of the Revised Proposed Order marked to show revisions to the form
of proposed order that was submitted with the Forty-Second Omnibus Claims Objection.

Court grant the relief requested by the Reorganized Debtors and enter the Revised Proposed

Order.

        WHEREFORE the Reorganized Debtors respectfully request that this Court (a)

enter the Revised Proposed Order, (b) adjourn the hearing with respect to all Claims for which a

Response was filed pursuant to the Claims Objection Procedures Order, and (c) grant the

Reorganized Debtors such other and further relief as is just.


Dated:   New York, New York
        February 24, 2010

                    SKADDEN, ARPS, SLATE, MEAGHER
                       & FLOM LLP

                    By:  /s/ John Wm. Butler, Jr.
                         John Wm. Butler, Jr.
                         John K. Lyons
                         Ron E. Meisler
                    155 North Wacker Drive
                    Chicago, Illinois 60606

                       - and -

                    By:  /s/ Kayalyn A. Marafioti
                         Kayalyn A. Marafioti
                    Four Times Square
                    New York, New York 10036

                    Attorneys for DPH Holdings Corp., et al.,
                       Reorganized Debtors

# Exhibit A

**Exhibit A**

**In re DPH Holdings Corp., et al., Case No. 05-44481 (RDD)**

*Responses To The Reorganized Debtors' Forty-Second Omnibus Claims Objection (the "Objection")*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | BI Technologies Corporation, International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), International Resistive Company of Texas, LP (aka International Resistive Company Advanced Film Division), and Optek Technology, Inc (Docket No. 19445, 19447) | 8372, 9037, 8878, 16255 | BI Technologies Corporation, International Resistive Company, Inc. (aka International Resistive Company Wire & Film Technologies Division), International Resistive Company of Texas, LP (aka International Resistive Company Advanced Film Division), and Optek Technology, Inc. (collectively, the "TT Group") disagree with the Reorganized Debtors' Objection to modify and allow proofs of claim nos. 8372, 9037, 8878, and 16255.  The TT Group is reconciling the claims and seeks to reserve its rights. | Partially Satisfied Claims and Claims To Be Further Modified | Adjourn |
| 2. | TPG Credit Opportunities Fund, L.P. and TPG Credit Opportunities Investors, L.P. | 8372, 9037, 8878, 16255 | TPG Credit Opportunities Fund, L.P. and TPG Credit Opportunities Investors, L.P. (collectively, "TPG") disagree with the Reorganized Debtors' Objection to modify and allow proofs of claim nos. 8372, 9037, | Partially Satisfied Claims and Claims To Be Further Modified | Adjourn |

---

[1]   This chart reflects all Responses received by the Reorganized Debtors as of February 23, 2010 at 6:00 p.m. (prevailing Eastern time).

[2]   This chart reflects all resolutions or proposals as of February 23, 2010 at 6:00 p.m. (prevailing Eastern time).

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| | (Docket No. 19485) | | 8878, and 16255.  TPG joins the TT Group's response and is reconciling the claims and seeks to reserve its rights. | | |

# Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO
(I) MODIFY AND ALLOW CERTAIN CLAIMS PARTIALLY SATISFIED BY CURE
PAYMENTS AND (II) DISALLOW AND EXPUNGE (A) A CERTAIN WORKERS'
COMPENSATION CLAIM AND (B) CERTAIN BOOKS AND RECORDS CLAIMS

("FORTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Forty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To (I) Modify And Allow Certain Claims Partially Satisfied By Cure

Payments And (II) Disallow And Expunge (A) A Certain Workers' Compensation Claim And (B)

Certain Books And Records Claims (the "Forty-Second Omnibus Claims Objection" or the

"Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the

above-captioned cases (collectively, the "Reorganized Debtors"), dated January 22, 2010; and

upon the record of the hearing held on the Forty-Second Omnibus Claims Objection; and after

due deliberation thereon; and good and sufficient cause appearing therefor,

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Forty-
Second Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C, D, E-1, and E-2 hereto was properly and timely served with a copy of the Forty-Second Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Forty-Second Omnibus Claims Objection, and notice of the deadline for responding to the Forty-Second Omnibus Claims Objection.  No other or further notice of the Forty-Second Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Forty-Second Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Forty-Second Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Forty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A assert liabilities or dollar amounts that have been partially satisfied by Cure Payments made by the Reorganized Debtors.  The Reorganized Debtors propose to modify and allow each such Claim so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records (the "Exhibit A Claims").

---

[2]      Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

D.      The Claims listed on <u>Exhibit B</u> assert liabilities or dollar amounts that have been previously modified by a prior order and have been partially satisfied by Cure Payments made by the Reorganized Debtors.  The Reorganized Debtors propose to further modify and allow each Claim so that the amounts, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records (the "Exhibit B Claims").

E.      The Claim listed on <u>Exhibit C</u> asserts liabilities or dollar amounts for workers' compensation benefits which the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books and records (the "Exhibit C Claim").

F.      The Claims listed on <u>Exhibit D</u> assert liabilities or dollar amounts for which the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books and records (the "Exhibit D Claims").

G.      <u>Exhibit F</u> hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on <u>Exhibits A</u> and <u>B</u>.  <u>Exhibit G</u> sets forth each of the Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E-1</u>, and <u>E-2</u> in alphabetical order by Claimant and cross-references each such Claim by (i) proof of claim number and (ii) basis of objection.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each Exhibit A Claim listed on <u>Exhibit A</u> hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of <u>Exhibit A</u> and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit A Claims are deemed overruled.

2.      Each Exhibit B Claim listed on Exhibit B hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of Exhibit B and all responses filed by Claimants to prior omnibus claims objections with respect to such Exhibit B Claims are deemed overruled.

3.      The Exhibit C Claim listed on Exhibit C hereto is hereby disallowed and expunged in its entirety.

4.      Each Exhibit D Claim listed on Exhibit D hereto is hereby disallowed and expunged in its entirety.

5.      With respect to each Claim for which a Response to the Fortieth Omnibus Claims Objection has been filed and served, as listed on Exhibits E-1 and E-2, and which Response has not been resolved by the parties, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Reorganized Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Reorganized Debtors' right to assert that any such Response was untimely or otherwise deficient under the Claims Objection Procedures Order.

6.      Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Forty-Second Omnibus Claims Objection except as such claims may have been settled and allowed.

7.      This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Forty-Second Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

4

8.      Each of the objections by the Reorganized Debtors to each Claim addressed in the Forty-Second Omnibus Claims Objection and attached hereto as <u>Exhibits</u> <u>A</u>, <u>B</u>, <u>C</u>, and <u>D</u> constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014. This order shall be deemed a separate order with respect to each Claim that is the subject of the Forty-Second Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

9.      Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Claims Objection Procedures Order.

Dated: New York, New York
          February ___, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11256<br>Date Filed:   07/27/2006<br>Docketed Total:    $2,405,898.43<br>Filing Creditor Name:<br>  CTS CORPORATION<br>  171 COVINGTON DR<br>  BLOOMINGDALE, IL 60108 | Claim Holder Name<br><br>BEAR STEARNS INVESTMENT PRODUCTS INC<br>CO JPMORGAN CHASE BANK NA LEGAL DEPT<br>1 CHASE MANHATTAN PLAZA 26TH FL<br>NEW YORK, NY 10081 | |

**Claim as Docketed (first holder):** Docketed Total: $1,950,968.78

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,950,968.78 |
| | | | **$1,950,968.78** |

**Claim as Allowed (first holder):** Allowed Total: $1,854,053.50

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,854,053.50 |
| | | | **$1,854,053.50** |

Claim Holder Name

CTS CORPORATION
171 COVINGTON DR
BLOOMINGDALE, IL 60108

**Claim as Docketed (second holder):** Docketed Total: $454,929.65

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $161,144.56 | $293,785.09 |
| | | **$161,144.56** | **$293,785.09** |

**Claim as Allowed (second holder):** Allowed Total: $381,361.69

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $381,361.69 |
| | | | **$381,361.69** |

*       See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Second Omnibus Claims Objection

**EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10574<br>Date Filed: 07/25/2006<br>Docketed Total: $5,069,133.35<br>Filing Creditor Name:<br>FURUKAWA ELECTRIC NORTH<br>AMERICA APD INC AND<br>FURUKAWA ELECTRIC<br>COMPANY<br>VARNUM RIDDERING<br>SCHMIDT & HOWLETT LLP<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 | Claim Holder Name<br><br>FURUKAWA ELECTRIC NORTH AMERICA APD INC AND FURUKAWA ELECTRIC COMPANY VARNUM RIDDERING SCHMIDT & HOWLETT LLP PO BOX 352 GRAND RAPIDS, MI 49501-0352     Docketed Total: **$312,926.79** | Allowed Total: **$51,358.26** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | $312,926.79 | | | 05-44640 | | | $51,358.26 |
| | **$312,926.79** | | | | | | **$51,358.26** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| | Claim Holder Name<br><br>GOLDMAN SACHS CREDIT PARTNERS LP C/O GOLDMAN SACHS & CO 30 HUDSON 17TH FL JERSEY CITY, NJ 07302     Docketed Total: **$4,000,000.00** | Allowed Total: **$1,734,007.73** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $4,000,000.00 | 05-44640 | | | $1,734,007.73 |
| | | | **$4,000,000.00** | | | | **$1,734,007.73** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| | Claim Holder Name<br><br>SPCP GROUP LLC 2 GREENWICH PLZ 1ST FL GREENWICH, CT 06830     Docketed Total: **$756,206.56** | Allowed Total: **$327,817.00** |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $756,206.56 | 05-44640 | | | $327,817.00 |
| | | | **$756,206.56** | | | | **$327,817.00** |

\*    See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Second Omnibus Claims Objection

EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 11292<br>Date Filed: 07/27/2006<br>Docketed Total: $1,298,844.76<br>Filing Creditor Name:<br>HOOVER PRECISION<br>PRODUCTS INC &<br>SUBSIDIARIES<br>PO BOX 899<br>CUMMING, GA 30028 | Claim Holder Name<br><br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830<br><br>Docketed Total: $1,298,844.76 | Allowed Total: $1,229,984.99 |
| | **Case Number\*** / Secured / Priority / Unsecured<br>05-44481 — — $1,298,844.76<br>**$1,298,844.76** | **Case Number\*** / Secured / Priority / Unsecured<br>05-44640 — — $1,229,984.99<br>**$1,229,984.99** |
| Claim: 13815<br>Date Filed: 07/31/2006<br>Docketed Total: $223,843.01<br>Filing Creditor Name:<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>CURTIS MALLET PREVOST COLT & MOSLE LLP<br>101 PARK AVE<br>NEW YORK, NY 10178-0061 | Claim Holder Name<br><br>SPCP GROUP LLC AS ASSIGNEE OF MULTEK FLEXIBLE CIRCUITS INC ET AL<br>SPCP GROUP LLC<br>TWO GREENWICH PLZ 1ST FL GREENWICH, CT 06830<br><br>Docketed Total: $223,843.01 | Allowed Total: $162,168.60 |
| | **Case Number\*** / Secured / Priority / Unsecured<br>05-44640 — $28,136.03 $195,706.98<br>**$28,136.03** **$195,706.98** | **Case Number\*** / Secured / Priority / Unsecured<br>05-44640 — — $162,168.60<br>**$162,168.60** |

\*     See Exhibit F for a listing of debtor entities by case number.

Page 3 of 4

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Second Omnibus Claims Objection

**EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 14141
Date Filed:   07/31/2006
Docketed Total:   $2,565,472.27
Filing Creditor Name:
  SPCP GROUP LLC AS ASSIGNEE
  OF PARKER HANNIFIN
  CORPORATION
  TWO GREENWICH PLZ 1ST FL
  GREENWICH, CT 06830

**CLAIM AS DOCKETED**

Claim Holder Name

CONTRARIAN FUNDS LLC     Docketed Total:     $2,492,426.58
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,492,426.58 |
| | | | **$2,492,426.58** |

**CLAIM AS ALLOWED**

Allowed Total:     $2,211,999.33

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $24,710.11 |
| 05-44640 | | | $2,187,289.22 |
| | | | **$2,211,999.33** |

---

**CLAIM AS DOCKETED**

Claim Holder Name

SPCP GROUP LLC AS ASSIGNEE OF     Docketed Total:     $73,045.69
PARKER HANNIFIN CORPORATION
TWO GREENWICH PLZ 1ST FL
GREENWICH, CT 06830

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $73,045.69 | |
| | | **$73,045.69** | |

**CLAIM AS ALLOWED**

Allowed Total:     $0.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $0.00 |
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

---

**CLAIM TO BE ALLOWED**

Claim: 11443
Date Filed:   07/27/2006
Docketed Total:   $841,669.98
Filing Creditor Name:
  TOWER AUTOMOTIVE INC
  C/O KIRKLAND & ELLIS LLP
  200 E RANDOLPH DR
  CHICAGO, IL 60601

**CLAIM AS DOCKETED**

Claim Holder Name

TOWER AUTOMOTIVE INC     Docketed Total:     $841,669.98
C/O KIRKLAND & ELLIS LLP
200 E RANDOLPH DR
CHICAGO, IL 60601

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | $840,595.60 | $1,074.38 | |
| | **$840,595.60** | **$1,074.38** | |

**CLAIM AS ALLOWED**

Allowed Total:     $12,319.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44481 | | | $12,319.80 |
| | | | **$12,319.80** |

---

**Total Claims To Be Allowed: 6**

**Total Amount As Docketed:**     $12,404,861.80

**Total Amount As Allowed:**     $7,965,070.90

\*     See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**Row 1 — Claim: 10369**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10369<br>Date Filed: 07/24/2006<br>Docketed Total: $960.00<br>Filing Creditor Name:<br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | Claim Holder Name<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total: $320.00 | Allowed Total: $160.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $320.00 | 05-44567 | | | $160.00 |
| | | | **$320.00** | | | | **$160.00** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| | Claim Holder Name<br><br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262<br><br>Docketed Total: $640.00 | Allowed Total: $0.00 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $640.00 | 05-44567 | | | $0.00 |
| | | | **$640.00** | | | | **$0.00** |

**Row 2 — Claim: 8775**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 8775<br>Date Filed: 06/30/2006<br>Docketed Total: $112,408.05<br>Filing Creditor Name:<br>SILICON LABORATORIES INC<br>401 B STREET STE 1700<br>SAN DIEGO, CA 92101 | Claim Holder Name<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total: $102,681.24 | Allowed Total: $48,710.72 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | | $102,681.24 | 05-44640 | | | $48,710.72 |
| | | | **$102,681.24** | | | | **$48,710.72** |

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| | Claim Holder Name<br><br>SILICON LABORATORIES INC<br>401 B STREET STE 1700<br>SAN DIEGO, CA 92101<br><br>Docketed Total: $9,726.81 | Allowed Total: $4,614.28 |

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | $9,726.81 | | | 05-44640 | | | $4,614.28 |
| | **$9,726.81** | | | | | | **$4,614.28** |

\*    See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19573    Filed 02/24/10    Entered 02/24/10 15:32:32    Main Document
Pg 19 of 34

Forty-Second Omnibus Claims Objection

**EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 13774<br>Date Filed: 07/28/2006<br>Docketed Total: $1,708,509.29<br>Filing Creditor Name:<br>TOKICO USA INC<br>MINTZ LEVIN COHN FERRIS<br>GLOVSKY AND POPEO PC<br>666 THIRD AVE<br>NEW YORK, NY 10017 | Claim Holder Name<br><br>DEUTSCHE BANK SECURITIES INC<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005 | Docketed Total: | | $466.56 | | Allowed Total: | | $439.46 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$466.56 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$439.46 |
| | | | | $466.56 | | | | $439.46 |
| | Claim Holder Name<br><br>GOLDMAN SACHS CREDIT<br>PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | Docketed Total: | | $1,708,042.73 | | Allowed Total: | | $1,607,831.42 |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,708,042.73 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,607,831.42 |
| | | | | $1,708,042.73 | | | | $1,607,831.42 |

Total Claims To Be Allowed: 3

Total Amount As Docketed:    $1,821,877.34

Total Amount As Allowed:    $1,661,755.88

\*    See Exhibit F for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**                    **Forty-Second Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C -- EXHIBIT C CLAIM (WORKERS' COMPENSATION CLAIM)

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RALSON ROBERT<br>J BARTON WARREN ESQ<br>WARREN & SIMPSON P C<br>105 NORTH SIDE SQUARE<br>HUNTSVILLE, AL 35801 | 9163 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$44,500.12<br>$44,500.12 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| | **Total:** | **1** | **$44,500.12** | | |

In re DPH Holdings Corp., et al.                                    Forty-Second Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FORD MOTOR COMPANY JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 38226 | 14517 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FORD MOTOR COMPANY JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 38226 | 14525 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH GMBH ATTN JUDITH LOWITZ ADLER C/O ROBERT BOSCH CORPORATION 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 16771 | Secured: Priority: Administrative: Unsecured: Total: | $1,900,000.00 $1,900,000.00 | 01/10/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
|  | **Total:** **3** | **$1,900,000.00** | | | |

* "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Second Omnibus Claims Objection

**EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 8372<br>Date Filed: 06/22/2006<br>Docketed Total: $788,628.25<br>Filing Creditor Name:<br>BI TECHNOLOGIES CORPORATION<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | **Claim Holder Name**<br><br>BI TECHNOLOGIES CORPORATION<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Docketed Total: | | **$6,210.25** | | | Allowed Total: | **$40,729.76** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | $6,210.00 | $0.25 | 05-44640 | | | $40,729.76 |
| | | | **$6,210.00** | **$0.25** | | | | **$40,729.76** |
| | **Claim Holder Name**<br><br>TPG CREDIT OPPORTUNITIES FUND LP<br>C/O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | **$359,912.28** | | | Allowed Total: | **$254,747.14** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $359,912.28 | 05-44640 | | | $254,747.14 |
| | | | | **$359,912.28** | | | | **$254,747.14** |
| | **Claim Holder Name**<br><br>TPG CREDIT OPPORTUNITIES INVESTORS LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Docketed Total: | | **$422,505.72** | | | Allowed Total: | **$299,050.59** |
| | **Case Number\*** | Secured | Priority | Unsecured | **Case Number\*** | Secured | Priority | Unsecured |
| | 05-44640 | | | $422,505.72 | 05-44640 | | | $299,050.59 |
| | | | | **$422,505.72** | | | | **$299,050.59** |

\*    See Exhibit F for a listing of debtor entities by case number.

**EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9037<br>Date Filed: 07/05/2006<br>Docketed Total: $1,676,212.31<br>Filing Creditor Name:<br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name<br><br>TPG CREDIT OPPORTUNITIES FUND LP<br>C/O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402      Docketed Total: **$920,461.40** | Allowed Total: **$0.00** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $920,461.40 |
| | | | **$920,461.40** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $0.00 |
| | | | **$0.00** |

| | Claim Holder Name<br><br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246      Docketed Total: **$755,750.91** | Allowed Total: **$271,776.26** |
|---|---|---|

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $21,833.87 | $733,917.04 |
| | | **$21,833.87** | **$733,917.04** |

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $271,776.26 |
| | | | **$271,776.26** |

**Total Claims To Be Allowed: 2**

**Total Amount As Docketed:** $2,464,840.56

**Total Amount As Allowed:** $866,303.75

---

\*     See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Second Omnibus Claims Objection

**EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|

**CLAIM TO BE ALLOWED**

Claim: 16255

Date Filed: 08/24/2006

Docketed Total:    $1,898,409.80

Filing Creditor Name:

INTERNATIONAL RESISTIVE
COMPANY ADVANCED FILM
DIVISION
ROBINSON BRADSHAW &
HINSON PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

**CLAIM AS DOCKETED**

Claim Holder Name

INTERNATIONAL RESISTIVE      Docketed Total:      **$77,694.80**
COMPANY ADVANCED FILM
DIVISION
ROBINSON BRADSHAW & HINSON
PA
101 N TRYON ST STE 1900
CHARLOTTE, NC 28246

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $77,693.93 | $0.87 |
| | | **$77,693.93** | **$0.87** |

Claim Holder Name

TPG CREDIT OPPORTUNITIES FUND      Docketed Total:      **$1,820,715.00**
LP
C/O TPG CREDIT MANAGEMENT LP
4600 WELLS FARGO CTR
90 S SEVENTH ST
MINNEAPOLIS, MN 55402

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,820,715.00 |
| | | | **$1,820,715.00** |

**CLAIM AS ALLOWED**

Allowed Total:      **$76,772.14**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $76,772.14 |
| | | | **$76,772.14** |

Allowed Total:      **$1,791,788.26**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,791,788.26 |
| | | | **$1,791,788.26** |

*      See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19573    Filed 02/24/10    Entered 02/24/10 15:32:32    Main Document
Pg 25 of 34

Forty-Second Omnibus Claims Objection

**EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 8878<br>Date Filed: 06/30/2006<br>Docketed Total: $170,159.62<br>Filing Creditor Name:<br>  INTERNATIONAL RESISTIVE<br>  COMPANY WIRE & FILM<br>  TECHNOLOGIES DIVISION<br>  ROBINSON BRADSHAW &<br>  HINSON P A<br>  101 NORTH TRYON STE 1900<br>  CHARLOTTE, NC 28246 | Claim Holder Name<br><br>INTERNATIONAL RESISTIVE    Docketed Total:    $3,036.28<br>COMPANY WIRE & FILM<br>TECHNOLOGIES DIVISION<br>ROBINSON BRADSHAW & HINSON<br>P A<br>101 NORTH TRYON STE 1900<br>CHARLOTTE, NC 28246 | Allowed Total:    $820.69 |

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | $3,036.28 | | | 05-44640 | | | $820.69 |
| | | | **$3,036.28** | | | | | | **$820.69** |

| | Claim Holder Name<br><br>TPG CREDIT OPPORTUNITIES FUND    Docketed Total:    $167,123.34<br>LP<br>C/O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | Allowed Total:    $98,788.91 |
|---|---|---|

| | Case Number* | Secured | Priority | Unsecured | | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|
| | 05-44640 | | | $167,123.34 | | 05-44640 | | | $98,788.91 |
| | | | | **$167,123.34** | | | | | **$98,788.91** |

**Total Claims To Be Allowed: 2**

**Total Amount As Docketed:    $2,068,569.42**

**Total Amount As Allowed:    $1,968,170.00**

*    See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.                                    Forty-Second Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

Exhibit G - Claimants And Related Claims Subject To Forty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BEAR STEARNS INVESTMENT PRODUCTS INC | 11256 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BI TECHNOLOGIES CORPORATION | 8372 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 14141 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CTS CORPORATION | 11256 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CTS CORPORPATION | 11256 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEUTSCHE BANK SECURITIES INC | 13774 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FORD MOTOR COMPANY | 14517 | EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS) |
| FORD MOTOR COMPANY | 14525 | EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS) |
| FURUKAWA ELECTRIC NORTH AMERICA APD INC AND FURUKAWA ELECTRIC COMPANY | 10574 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 10574 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 13774 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 8775 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HOOVER PRECISION PRODUCTS INC & SUBSIDIARIES | 11292 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | 16255 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION | 8878 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LATIGO MASTER FUND LTD | 10369 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MULTEK FLEXIBLE CIRCUITS INC ET AL | 13815 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| N D K AMERICA INC | 10369 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RALSON ROBERT | 9163 | EXHIBIT C -- EXHIBIT C CLAIM (WORKERS' COMPENSATION CLAIM) |
| ROBERT BOSCH GMBH | 16771 | EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS) |
| SILICON LABORATORIES INC | 8775 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC | 10574 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11292 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF MULTEK FLEXIBLE CIRCUITS INC ET AL | 13815 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOKICO USA INC | 13774 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOWER AUTOMOTIVE INC | 11443 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TPG CREDIT OPPORTUNITIES FUND LP | 16255 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT OPPORTUNITIES FUND LP | 8372 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TPG CREDIT OPPORTUNITIES FUND LP | 8878 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT OPPORTUNITIES FUND LP | 9037 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | 8372 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TT ELECTRONICS OPTEK TECHNOLOGY | 9037 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |

# Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :
                 In re                    :       Chapter 11
                             :
DPH HOLDINGS CORP., et al.,    :       Case No. 05-44481 (RDD)
                             :
                           :       (Jointly Administered)
               Reorganized     :
Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 TO
(I) MODIFY AND ALLOW CERTAIN CLAIMS PARTIALLY SATISFIED BY CURE
PAYMENTS AND (II) DISALLOW AND EXPUNGE (A) A CERTAIN WORKERS'
COMPENSATION CLAIM AND (B) CERTAIN BOOKS AND RECORDS CLAIMS

("FORTY-SECOND OMNIBUS CLAIMS OBJECTION ORDER")

            Upon the Forty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To (I) Modify And Allow Certain Claims Partially Satisfied By Cure

Payments And (II) Disallow And Expunge (A) A Certain Workers' Compensation Claim And (B)

Certain Books And Records Claims (the "Forty-Second Omnibus Claims Objection" or the

"Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the

above-captioned cases (collectively, the "Reorganized Debtors"), dated January 22, 2010; and

upon the record of the hearing held on the Forty-Second Omnibus Claims Objection; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Forty-Second Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

        A.     Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C, D, E-1, and E-2 hereto was properly and timely served with a copy of the Forty-Second Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Forty-Second Omnibus Claims Objection, and notice of the deadline for responding to the Forty-Second Omnibus Claims Objection.  No other or further notice of the Forty-Second Omnibus Claims Objection is necessary.

        B.     This Court has jurisdiction over the Forty-Second Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Forty-Second Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Forty-Second Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

        C.     The Claims listed on Exhibit A assert liabilities or dollar amounts that have been partially satisfied by Cure Payments made by the Reorganized Debtors.  The Reorganized Debtors propose to modify and allow each such Claim so that the amount, class, and the Debtor against which each such Claim is proposed to be allowed matches the Reorganized Debtors' books and records (the "Exhibit A Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2     DeltaView comparison of pcdocs://chisr01a/703985/7 and pcdocs://chisr01a/703985/8. Performed on 2/24/2010.

D.      The Claims listed on Exhibit B assert liabilities or dollar amounts that have

been previously modified by a prior order and have been partially satisfied by Cure Payments

made by the Reorganized Debtors.  The Reorganized Debtors propose to further modify and allow

each Claim so that the amounts, class, and the Debtor against which each such Claim is proposed

to be allowed matches the Reorganized Debtors' books and records (the "Exhibit B Claims").

E.      The Claim listed on Exhibit C asserts liabilities or dollar amounts for

workers' compensation benefits which the Debtors are not liable and that are not owing pursuant

the Reorganized Debtors' books and records (the "Exhibit C Claim").

F.      The Claims listed on Exhibit D assert liabilities or dollar amounts for which

the Debtors are not liable and that are not owing pursuant the Reorganized Debtors' books and

records (the "Exhibit D Claims").

G.      Exhibit EF hereto sets forth the formal name of the Debtor entity and its

associated bankruptcy case number referenced on Exhibits A and B.  Exhibit FG sets forth each of

the Claims referenced on Exhibits A, B, C, D, E-1, and DE-2 in alphabetical order by Claimant and

cross-references each such Claim by (i) proof of claim number and (ii) basis of objection.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Each Exhibit A Claim listed on Exhibit A hereto is hereby modified and

allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column

of Exhibit A and all responses filed by Claimants to prior omnibus claims objections with respect

to such Exhibit A Claims are deemed overruled.

2.      Each Exhibit B Claim listed on Exhibit B hereto is hereby modified and

allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column

3       DeltaView comparison of pcdocs://chisr01a/703985/7 and pcdocs://chisr01a/703985/8.
Performed on 2/24/2010.

of Exhibit B and all responses filed by Claimants to prior omnibus claims objections with respect

to such Exhibit B Claims are deemed overruled.

3.    The Exhibit C Claim listed on Exhibit C hereto is hereby disallowed and

expunged in its entirety.

4.    Each Exhibit D Claim listed on Exhibit D hereto is hereby disallowed and

expunged in its entirety.

5.    With respect to each Claim for which a Response to the Fortieth Omnibus

Claims Objection has been filed and served, as listed on Exhibits E-1 and E-2, and which Response

has not been resolved by the parties, the hearing regarding the objection to such Claims shall be

adjourned to a future date to be noticed by the Reorganized Debtors consistent with and subject to

the Claims Objection Procedures Order; provided, however, that such adjournment shall be

without prejudice to the Reorganized Debtors' right to assert that any such Response was untimely

or otherwise deficient under the Claims Objection Procedures Order.

6.    5. Entry of this order is without prejudice to the Reorganized Debtors' rights

to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further

object to Claims that are the subject of the Forty-Second Omnibus Claims Objection except as

such claims may have been settled and allowed.

7.    6. This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Forty-Second Omnibus Claims Objection to hear and determine

all matters arising from the implementation of this order.

8.    7. Each of the objections by the Reorganized Debtors to each Claim

addressed in the Forty-Second Omnibus Claims Objection and attached hereto as Exhibits A, B, C,

and D constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This

order shall be deemed a separate order with respect to each Claim that is the subject of the

Forty-Second Omnibus Claims Objection.  Any stay of this order shall apply only to the contested

matter which involves such Claim and shall not act to stay the applicability or finality of this order

with respect to the other contested matters covered hereby.

        9.      8. Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.


Dated: New York, New York
        February ___, 2010



                    _____
                      UNITED STATES BANKRUPTCY JUDGE

Document comparison done by DeltaView on Wednesday, February 24, 2010 1:19:01 PM

| Input: | |
|---|---|
| Document 1 | pcdocs://chisr01a/703985/7 |
| Document 2 | pcdocs://chisr01a/703985/8 |
| Rendering set | Option 3a strikethrough double score no moves |

| Legend: |
|---|
| Insertion |
| Deletion |
| <Moved from> |
| >Moved to < |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 8 |
| Deletions | 7 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 15 |