JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Lisa G. Laukitis

JONES DAY
51 Louisiana Avenue NW
Washington, D.C.  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
Andrew M. Kramer

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Heather Lennox
Robert S. Walker

Attorneys for General Motors LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
DPH HOLDINGS CORP., *et al.,*                                  :    Case No. 05-44481 (RDD)
                                                               :
                    Reorganized Debtors.                       :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

NYI-4256304v1

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

Denise Hirtzel, being duly sworn, deposes and says:

1. The deponent is employed by Jones Day, 222 East 41st Street, New York, New York 10017, is over 18 years of age and is not a party to the above captioned proceeding.

2. On February 24, 2010, deponent caused to be served a true and correct copy of the following document:

- Reply of General Motors LLC (f/k/a General Motors Company) to Objection to Motion to Enforce Modified Plan and Plan Modification Order (Docket No. 19570)

upon the parties listed on the attached service list by the manner indicated.

/s/ Denise Hirtzel
Denise Hirtzel

Sworn to before me on this
24th day of February, 2010

/s/ Alicia Farrington
Notary Public,

Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2010

- 2 -

NYI-4256304v1

## SERVICE LIST

**Via Email and Overnight Courier**

Jacob & Weingarten, P.C.
Counsel to the Delphi Salaried Retiree Association and the Salaried Employees:
2301 Big Beaver Road, Suite 777
Troy, Michigan 48084
Attn:  Alan J. Schwartz, Esq. and Steven P. Schubiner, Esq.
Email: alan@jacobweingarten.com

Miller & Chevalier Chartered
Counsel to the Delphi Salaried Retiree Association and the Salaried Employees:
655 15th Street, NW, Suite 900
Washington, D.C. 20005
Attn:  Anthony F. Shelley, Esq. and Timothy P. O'Toole, Esq.
Emails: ashelley@milchev.com, totoole@milchev.com

**Via Hand Delivery**

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112
Attn:  Brian Masumoto, Esq.

**Via Email and Hand Delivery**

Skadden Arps Slate Meagher & Flom LLP
Counsel to Reorganized Debtor
4 Times Square
New York, NY  10036
Attn:  Kayalyn A Marafioti
Email: kayalyn.marafioti@skadden.com

Davis Polk & Wardwell LLP
Counsel to Debtor's Postpetition Administrative Agent
450 Lexington Avenue
New York, NY  10017
Attn:  Donald Bernstein and Brian Resnick
Emails: donald.bernstein@dpw.com, brian.resnick@dpw.com

NYI-4256304v1

JPMorgan Chase Bank NA
Postpetition Administrative Agent
270 Park Avenue
New York, NY  10017
Attn:  Richard Duker
Email: richard.duker@jpmorgan.com

JPMorgan Chase Bank NA
Postpetition Administrative Agent
277 Park Ave 8th Fl
New York, NY  10172
Attn:  Susan Atkins and Gianni Russell
Emails: susan.atkins@jpmorgan.com

Fried Frank Harris Shriver & Jacobson
Counsel to Equity Security Holders
One New York Plaza
New York, NY  10004
Attn:  Brad Eric Sheler, Bonnie Steingart, Jennifer L Rodburg and Richard J Slivinski
Emails: brad.scheler@friedfrank.com, bonnie.steingart@friedfrank.com,
Jennifer.rodburg@friedfrank.com, Richard.slivinski@friedfrank.com

**Via Email**

Delphi Automotive LLP; DPH Holdings Corp.
5725 Delphi Drive
Troy, MI  48098
Attn:  Sean Corcoran,  Karen Craft and John Brooks
Emails: sean.p.corcoran@delphi.com, karen.j.craft@delphi.com,
john.brooks@delphi.com

Skadden Arps Slate Meagher & Flom LLP
Counsel to Reorganized Debtor
155 N Wacker Drive
Suite 2700
Chicago, IL  60606-1720
Attn:  John Wm Butler, John Lyons and Ron E Meisler
Emails: jbutler@skadden.com, jlyonsch@skadden.com, rmeisler@skadden.com

McTigue Law Firm
Counsel to Retirees and Proposed Counsel to Official Committee of Retirees
5301 Wisconsin Ave NW, Suite 350
Washington,  DC  20015
Attn:  Cornish F Hitchcock and J. Brian McTigue
Emails: conh@mctiguelaw.com; bmctigue@mctiguelaw.com

- 5 -

Spencer Fane Britt & Browne LLP
Counsel to Retirees and Proposed Counsel to Official Committee of Retirees
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105
Attn:  Daniel D Doyle and Nicholas Franke
Emails: ddoyle@spencerfane.com, nfranke@spencerfane.com

Stahl Cowen Crowley Addis LLC
Counsel to Delphi Retiree Committee
55 West Monroe Street
Suite 1200
Chicago, IL  60603
Attn:  Jon D Cohen and Trent P Cornell
Emails: jcohen@stahlcowen.com, tcornell@stahlcowen.com