Honorable Judge Robert Drain
United States Bankruptcy Court
Southern District of New York
New York, NY 10004

cc: DPH Holdings Corp., Skadden, Arps, Slate, Meagher & Flom LLP
Subject: Delphi Bankruptcy, Administrative Expense Claims-Notice of Objection to Claim, Case No. 05-44481
Date: 12 Feb 2010

Dear Honorable Judge Drain,

I would like to express my objection to the treatment of administrative expense claims to disallow and expunge if the intent is to not pay in full all remaining severance payments. It is my expectation that the court will enforce the terms of the release of claims contract and that it will be fulfilled per the Modified Plan of Reorganization and Master Disposition Agreement. It is my expectation that the claim for severance will be paid in full (in my case through the end of April 2010). Thank you for your consideration in this matter and your support of the small guy in this big corporate disaster.

Best regards,

Scott M. Leach
9037 Orchard View Dr.
Grand Blanc, MI 48439
(810)694-4245