**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
DPH HOLDINGS CORP., et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
               Reorganized Debtors.                         :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

## ORDER ENFORCING MODIFIED PLAN
## AND PLAN MODIFICATION ORDER

Upon the motion of General Motors LLC (f/k/a General Motors Company) to Enforce Modified Plan and Plan Modification Order (Docket No. 19361) (the "Motion"),[1] filed by General Motors LLC f/k/a General Motors Company ("New GM"); and the Court having reviewed the Motion, the objection to the Motion filed by the Salaried Plaintiffs (Docket No. 19492) (the "Objection") and the reply to the Objection filed by New GM (Docket No. 19570) and the exhibits to the foregoing pleadings, and having considered the arguments of counsel at the February 25, 2010 hearing on the Motion (the "Hearing"); the Court finding that (i) there was due and sufficient notice of the Motion and the Hearing, (ii) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and for the reasons set forth on the record at the Hearing, which are incorporated herein by reference

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

COI-1436447v2

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein, and the Objection is OVERRULED.

2. The Salaried Plaintiffs shall immediately cease and desist from any further prosecution of the Michigan Civil Action against New GM, or any similar lawsuit or proceeding in any forum against New GM.  The Salaried Plaintiffs shall immediately dismiss New GM from the Michigan Civil Action.  This dismissal shall be without prejudice to the Salaried Plaintiffs' ability to seek future relief in this Court from the injunction set forth in Section 11.14 of the Modified Plan and paragraph 22 of the Plan Modification Order upon a showing to this Court of new facts and circumstances that would demonstrate that New GM's conduct is not subject to the release and injunction provisions of the Modified Plan and the Plan Modification Order.

3. Any further prosecution of the Michigan Civil Action against New GM, or prosecution of any similar lawsuit or proceeding in any forum against New GM, without the Salaried Plaintiffs first proceeding in this Court under the last sentence of paragraph 2 of this Order, shall constitute contempt of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: March 1, 2010
      White Plains, New York        /s/Robert D. Drain
                                                       UNITED STATES BANKRUPTCY JUDGE