IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                             :

   In re                             :         Chapter 11
                             :

DPH HOLDINGS CORP., et al.,         :         Case No. 05-44481 (RDD)
                             :

        Reorganized Debtors.        :         (Jointly Administered)
                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

     I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

     On February 24, 2010, I caused to be served the documents listed below upon the parties listed on <u>Exhibit A</u> hereto via overnight mail:

1) Reorganized Debtors' Omnibus Reply in Support of Forty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow Certain (A) Claims Partially Satisfied by Cure Payments and (II) Disallow and Expunge (A) a Certain Workers' Compensation Claim and (B) Certain Books and Records Claims ("Reorganized Debtors' Omnibus Reply in Support of Forty-Second Omnibus Claims Objection") (Docket No. 19573)

2) Reorganized Debtors' Omnibus Reply in Support of Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims ("Reorganized Debtors' Omnibus Reply in Support of Forty-Third Omnibus Claims Objection") (Docket No. 19574)

     On February 24, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit B</u> hereto via overnight mail:

3) Reorganized Debtors' Omnibus Reply in Support of Forty-Second Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Modify

and Allow Certain (A) Claims Partially Satisfied by Cure Payments and (II) Disallow and Expunge (A) a Certain Workers' Compensation Claim and (B) Certain Books and Records Claims ("Reorganized Debtors' Omnibus Reply in Support of Forty-Second Omnibus Claims Objection") (Docket No. 19573)

On February 24, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> hereto via overnight mail:

4) Reorganized Debtors' Omnibus Reply in Support of Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims ("Reorganized Debtors' Omnibus Reply in Support of Forty-Third Omnibus Claims Objection") (Docket No. 19574)

Dated: March 1, 2010

                                                  */s/ Darlene Calderon*
                                                  Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of March, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Michelle Cruz*

Commission Expires: *1/2/14*

2

# EXHIBIT A

DPH Holdings Corp.
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell LLP | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Automotive LLP | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Jennifer L Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Reorganized Debtor |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/25/2010 3:58 PM
Response Service List 100224.xls

# EXHIBIT B

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Mandel Katz & Brosnan LLP | Siu Lan Chan Jay Heinrich | The Law Bldg | 210 Rte 303 | Valley Cottage | NY | 10989 |
| Sonnenschein Nath & Rosenthal LLP | Jonathan D Forstat Louis A Curcio | 1221 Avenue of the Americas | | New York | NY | 10020-1089 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/25/2010 3:25 PM
Delphi_42nd Omnibus Objection Replies.xlsx

# EXHIBIT C

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Wamco Inc | Peter Gurfein | 2029 Century Pk E Ste 2400 | Los Angeles | CA | 90067 | |
| Akzo Nobel Coatings Inc | Tift H Shepherd Esq | 5555 Spalding Dr | | Norcross | GA | 30092 | |
| Akzo Nobel Inc | Tift H Shepherd Esq | 5555 Spalding Dr | | Norcross | GA | 30092 | |
| Andrew C Gregos | | 3076 Crescent Dr | | Warren | OH | 44483 | |
| Arent Fox LLP | The Tinken Company | James M Sullivan | 1675 Broadway | New York | NY | 10019 | |
| Barnes & Thornburg LLP | Continental AG and Affiliates | Andrew J Namenye | 600 1st Source Bank Ctr 100 N Michigan | South Bend | IN | 46601 | |
| Barnes & Thornburg LLP | Continental AG and Affiliates | John T Gregg | 171 Monroe Ave NW Ste 1000 | Grand Rapids | MI | 49503 | |
| Barnes & Thornburg LLP | Continental AG and Affiliates | Peter A Clark | 1 N Wacker Dr Ste 4400 | Chicago | IL | 60606-2833 | |
| Barnes & Thornburg LLP | Gibbs Die Casting Corporation | Michael K McCrory Esq Mark R Owens Esq | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Barnes & Thornburg LLP | Hitachi Chemical Singapore Pte Ltd | Michael K McCrory Esq Mark R Owens Esq | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Barnes & Thornburg LLP | Navistar Inc fka International Truck and Engine Corporation | Michael K McCrory Esq Mark R Owens Esq | 11 S Meridian St | Indianapolis | IN | 46204 | |
| Bodman LLP | Cooper Standard Inc & Cooper Standard Automotive FHS Inc | Ralph E McDowell | 1901 St Antoine St 6th Fl at Ford Field | Detroit | MI | 48226 | |
| Bodman LLP | Freudenberg NOK General Partnership and its Subsidiaries | Ralph E McDowell | 1901 St Antoine St 6th Fl at Ford Field | Detroit | MI | 48226 | |
| Bradley Arant Boult Cummings LLP | Calsonic Kansei North America Inc | Austin L McMullen | 1600 Division St Ste 700 | Nashville | TN | 37203 | |
| Butzel Long | Pioneer North America Inc | Robert Sidorsky | 380 Madison Ave | New York | NY | 10017 | |
| Carson Fischer PLC | Bing Metals Group LLC | Patrick J Kukla | 4111 Andover Rd W 2nd Fl | Bloomfield Hills | MI | 48302 | |
| Charlene G Pronesti | | 42820 Haven Dr | | Elyria | OH | 44035 | |
| Clark Hill PLC | ATS Entities | Robert D Gordon Christopher M Cahill | 151 S Old Woodward Ave Ste 3500 | Birmingham | MI | 48009 | |
| Conlin McKenney & Philbrick PC | Brazeway Inc | Bruce N Elliott | 350 South Main Street Ste 400 | Ann Arbor | MI | 48104-2131 | |
| Damon Morey LLP | Durham Staffing Inc | Beth Ann Bivona Esq | The Avant Bldg 200 Delaware Ave Ste 1200 | Buffalo | NY | 14202 | |
| Erman Teicher Miller Zucker & Freedman PC | Martinrea International Inc | David M Eisenberg Esq | 400 Galleria Officentre Ste 444 | Southfield | MI | 48034 | |
| Fox Rothschild LLP | Direct Sourcing Solutions Inc | Richard M Meth Esq | 100 Park Ave 15th Fl | New York | NY | 10017 | |
| Fox Rothschild LLP | Direct Sourcing Solutions Inc | Richard M Meth Esq | 75 Eisenhower Pkwy Ste 201 | Roseland | NJ | 07068 | |
| Frantz Ward LLP | YSR Inc and USF Holland Inc | Matthew Matteney or Timothy Richards | 2500 Key Cntr 127 Public Sq | Cleveland | OH | 44114-1230 | |
| Frost Brown Todd LLC | AK Steel Corporation | Douglas L Lutz Esq | 2200 PNC Center 210 E 5th St | Cincinnati | OH | 45202 | |
| Frost Brown Todd LLC | Toyota Production System Support Cntr Inc | Robert V Sartin | 250 W Main St Ste 2800 | Lexington | KY | 40507 | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 5

2/25/2010 3:33 PM
Delphi_43rd Omnibus Objection Replies.xlsx

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Fulbright & Jaworkski LLP | Hirschmann Car Comm GmbH | David Rosenzweig or Mark Haut | 666 Fifth Ave | New York | NY | 10103 | |
| Godfrey & Kahn SC | City of Oak Creek | Jennifer B Herzog Timothy F Nixon | 780 N Water St | Milwaukee | WI | 53202 | |
| Greenebaum Doll & McDonald PLLC | Direct Sourcing Solutions Inc | Michael G Shaikun C R Bowles Jr | 3500 National City Tower 101 S Fifth St | Louisville | KY | 40402 | |
| Hahn Loeser & Parks LLP | Robin Industries Inc Berlin Division | Rocco I Debitetto | 200 Public Sq Ste 2800 | Cleveland | OH | 44114 | |
| Hahn Loeser & Parks LLP | Robin Industries Inc Elasto Tec Division | Rocco I Debitetto | 200 Public Sq Ste 2800 | Cleveland | OH | 44114 | |
| Hahn Loeser & Parks LLP | Robin Industries Inc Fredricksburg Division | Rocco I Debitetto | 200 Public Sq Ste 2800 | Cleveland | OH | 44114 | |
| Hahn Loeser & Parks LLP | Robin Industries Inc Holmco Division | Rocco I Debitetto | 200 Public Sq Ste 2800 | Cleveland | OH | 44114 | |
| Hahn Loeser & Parks LLP | Robin Industries Inc Technical Services Division | Rocco I Debitetto | 200 Public Sq Ste 2800 | Cleveland | OH | 44114 | |
| Hahn Loeser & Parks LLP | Robin Mexicana S de RL de CV | Rocco I Debitetto | 200 Public Sq Ste 2800 | Cleveland | OH | 44114 | |
| Hawley Troxell Ennis & Hawley LLP | Aramark Uniform & Career Apparel LLC | Sheila R Schwager | 877 Main St Ste 1000 PO Box 1617 | Boise | ID | 83701-1617 | |
| Herrick Feinstein LLP | Paul Rubin | 2 Park Ave | | New York | NY | 10016 | |
| Honigman Miller Schwartz & Cohn LLP | Counsel For Etkin Management LLC As Agent For 1401 Tory Associates Limited Partnership | E Todd Sable Seth A Drucker | 2290 First National Bldg 660 Woodward Ave | Detroit | MI | 48226-3506 | |
| Honigman Miller Schwartz & Cohn LLP | MGA Research Corporation | E Todd Sable Seth A Drucker | 2290 First National Bldg 660 Woodward Ave | Detroit | MI | 48226-3506 | |
| Ilene J Feldman Esq | Union Pacific Railroad Company | 325 Reef Rd Ste 105 | PO Box 1639 | Fairfield | CT | 06825 | |
| Jacob & Weingarten PC | Dennis Black Charles Cunningham Kenneth Hollis and the Delphi Salaried Retiree Association | Howard Sher or Alan Schwartz | 2301 W Big Beaver Ste 77 | Troy | MI | 48084 | |
| Jones Day | General Motors LLC | Andrew M Kramer | 51 Louisiana Ave NW | Washington | DC | 20001 | |
| Jones Day | General Motors LLC | Heather Lennox or Robert S Walker | North Point 901 Lakeside Ave | Cleveland | OH | 44114 | |
| Jones Day | General Motors LLC | Lisa G Laukitis | 222 E 41st St | New York | NY | 10017 | |
| K & L Gates LLP | Sensus Precision Die Casting Inc | G M Cheeve | Henry W Oliver Bldg 535 Smithfield St | Pittsburgh | PA | 15222-2312 | |
| K & L Gates LLP | Sensus Precision Die Casting Inc | Robert N Michaelson | 599 Lexington Ave | New York | NY | 10022-6030 | |
| Klestadt & Winters LLP | Ontario Specialty Contracting Inc | John E Jureller Jr | 292 Madison Avenue 17th Fl | New York | NY | 10017 | |
| Knauf Shaw LLP | American Recycling & Manufacturing Co Inc | Alan Knauff Esq of Counsel | 1125 N Crossroads Bldg 2 State St | Rochester | NY | 14614 | |
| Kramer Levin Naftalis & Frankel LLP | HP Enterprise Svcs LLC | Jordan D Kaye | 1177 Avenue of Americas | New York | NY | 10036 | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 5

2/25/2010 3:33 PM
Delphi_43rd Omnibus Objection Replies.xlsx

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Lambert Leser Isackson Cook & Giunta PC | Arnold Center Inc | Susan M Cook Adam D Bruski | 309 Davidson Bldg 916 Washington Ave | Bay City | MI | 48708 | |
| Lambert Leser Isackson Cook & Giunta PC | Linamar Corporation Linamar Holdings Inc | Susan M Cook Adam D Bruski | 309 Davidson Bldg 916 Washington Ave | Bay City | MI | 48708 | |
| Linebarger Goggan Blair & Sampson LLP | Tarrant County | Diane W Sanders | PO Box 17428 | Austin | TX | 78760 | |
| Linebarger Goggan Blair & Sampson LLP | Tarrant County Texas | Lori Robertson Esq Diane W Sanders | PO Box 17428 | Austin | TX | 78760 | |
| Lowenstein Sandler PC | The CARQUEST Corporation | Bruce S Nathan or David M Banker | 1251 Avenue of Americas 18th Fl | New York | NY | 10020 | |
| Marc A Eglin | | 68 O Brien Dr | | Lockport | NY | 14094 | |
| McDermott Will & Emery LLP | All Tool Sales Inc | Gary O Ravert | 340 Madison Ave | New York | NY | 10173-1922 | |
| McDermott Will & Emery LLP | All Tool Sales Inc | Nathan F Coco | 227 W Madison St | Chicago | IL | 60606 | |
| McGuirewoods LLP | YSR Inc and USF Holland Inc | Shawn R Fox | 1345 Avenue of Americas 7th Fl | New York | NY | 10105-0106 | |
| Miller & Chevalier Chartered | Dennis Black Charles Cunningham Kenneth Hollis and the Delphi Salaried Retiree Association | A Shelley or T O Toole or M Khalil | 655 15th St NW Ste 900 | Washington | DC | 20005 | |
| Miller Johnson | Benteler Automotive Corp | Thomas P Sarb | 250 Monroe Ave NW Ste 800 PO Box 306 | Grand Rapids | MI | 49501-0306 | |
| Morgan Lewis & Bockius LLP | Hitachi Chemical Singapore Pte Ltd | Menachem O Zelmanovitz Robert M Scannell | 101 Park Ave | New York | NY | 10178 | |
| Moritt Hock Hamroff & Horowitz LLP | Genpact International LLC | Leslie A Berkoff | 400 Garden City Plz | Garden City | NY | 11530 | |
| Moritt Hock Hamroff & Horowitz LLP | Robin Industries Inc Berlin Division | Leslie A Berkoff | 400 Garden City Plz | Garden City | NY | 11530 | |
| Moritt Hock Hamroff & Horowitz LLP | Robin Industries Inc Elasto Tec Division | Leslie A Berkoff | 400 Garden City Plz | Garden City | NY | 11530 | |
| Moritt Hock Hamroff & Horowitz LLP | Robin Industries Inc Fredricksburg Division | Leslie A Berkoff | 400 Garden City Plz | Garden City | NY | 11530 | |
| Moritt Hock Hamroff & Horowitz LLP | Robin Industries Inc Holmco Division | Leslie A Berkoff | 400 Garden City Plz | Garden City | NY | 11530 | |
| Moritt Hock Hamroff & Horowitz LLP | Robin Industries Inc Technical Services Division | Leslie A Berkoff | 400 Garden City Plz | Garden City | NY | 11530 | |
| Moritt Hock Hamroff & Horowitz LLP | Robin Mexicana S de RL de CV | Leslie A Berkoff | 400 Garden City Plz | Garden City | NY | 11530 | |
| Munsch Hardt Kopf & Harr PC | Computer Sciences Corp | R Urbanik J Ong or D Rukavina | 3800 Lincoln Plaza 500 N Akard St | Dallas | TX | 75201 | |
| Nelson Mullins Riley & Scarborough LLP | Akzo Nobel Coatings Inc | Richard B Herzog Jr Byron C Starcher | 201 17th St NW Ste 201 | Atlanta | GA | 30363 | |
| Nelson Mullins Riley & Scarborough LLP | Akzo Nobel Industrial Coatings Mexico SA de CV | Byron C Starcher | 201 17th St NW Ste 201 | Atlanta | GA | 30363 | |
| Nixon Peabody LLP | Sensata Technologies Inc and its subsidiaries | David H Lee Esq | 437 Madison Ave | New York | NY | 10022-7039 | |
| Nixon Peabody LLP | Sensata Technologies Inc and its subsidiaries | Richard Perdone or Lesley Varghese | 100 Summer St | Boston | MA | 02110 | |
| Nowell Amoroso Klein Bierman PA | Con way Freight Inc | Rick A Steinberg Esq | 155 Polifly Road | Hackensack | NJ | 07601 | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 5

2/25/2010 3:33 PM
Delphi_43rd Omnibus Objection Replies.xlsx

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Pepper Hamilton LLP | Plymouth Rubber Company LLC | Deborah Kovsky Apap | Ste 3600 100 Renaissance Ctr | Detroit | MI | 48243-1157 | |
| Pepper Hamilton LLP | Plymouth Rubber Company LLC | Robert S Hertzberg | NY Times Bldg 620 Eighth Ave  37th Fl | New York | NY | 10018-1405 | |
| Pierce Atwood LLP | FCI Connectors Hungary GmbH FCI Korea Ltd and FCI USA Inc | Jacob Manheimer or Keith Cunningham | 1 Monument Square | Portland | ME | 04101 | |
| Porter Wright Morris & Arthur LLP | Alegre Inc | Tami Hart Kirby Walter Reynolds | One S Main St Ste 1600 | Dayton | OH | 45402-2028 | |
| Pricedex Software Inc | TJ O Reilly | 1864 Hwy 2 E | Box 458 | Brockville | ON | K6V 5V6 | Canada |
| Reed Smith LLP | Accurate Thread Fasteners Inc fka ATF Inc | Debra Turetsky | 599 Lexington Ave 22nd Fl | New York | NY | 10022 | |
| Reed Smith LLP | Accurate Thread Fasteners Inc fka ATF Inc | Stephen T Bobo Ann E Pille | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | |
| Reed Smith LLP | Johnson Controls Inc | Christopher A Lynch | 599 Lexington Ave | New York | NY | 10022 | |
| Reed Smith LLP | Johnson Controls Inc | Stephen T Bobo | 10 S Wacker Dr 40th Fl | Chicago | IL | 60606 | |
| Robin Industries Inc Berlin Division | Attn Greg Malfarina | 6500 Rockside Rd Ste 230 | | Independence | OH | 44114 | |
| Robin Industries Inc Elasto Tec Division | Attn Greg Malfarina | 6500 Rockside Rd Ste 230 | | Independence | OH | 44114 | |
| Robin Industries Inc Fredricksburg Division | Attn Greg Malfarina | 6500 Rockside Rd Ste 230 | | Independence | OH | 44114 | |
| Robin Industries Inc Holmco Division | Attn Greg Malfarina | 6500 Rockside Rd Ste 230 | | Independence | OH | 44114 | |
| Robin Industries Inc Technical Services Division | Attn Greg Malfarina | 6500 Rockside Rd Ste 230 | | Independence | OH | 44114 | |
| Robin Mexicana S de RL de CV | Attn Greg Malfarina | 6500 Rockside Rd Ste 230 | | Independence | OH | 44114 | |
| Robyn Bud | | 2107 Mountain Valley Dr | | Morgantown | WV | 26508 | |
| Sheppard Mullin Richter & Hampton LLP | International Rectifier Corp | Malani Cademartori or Blanka Wolfe | 30 Rockefeller Plaza 24th Fl | New York | NY | 10112 | |
| Sheppard Mullin Richter & Hampton LLP | International Rectifier Corp | Theresa Bangert | 333 S Hope St 43rd Fl | Los Angeles | CA | 90071 | |
| Smith Gambrell & Russell LLP | Fraenkische USA LP | Mark D Wessel | 250 Park Ave Ste 1900 | New York | NY | 10177 | |
| Smith Gambrell & Russell LLP | Fraenkische USA LP | Nicholas J Roecker | 1230 Peachtree St NE Ste 3100 Promenade II | Atlanta | GA | 30309 | |
| Steinberg Shapiro & Clark | As Counsel for Central Transport International Inc | Mark H Shapiro Geoffrey T Pavlic | 25929 Telegraph Rd Ste 203 | Southfield | MI | 48033 | |
| Steinberg Shapiro & Clark | Central Transport International Inc | Mark H Shapiro Geoffrey T Pavlic | 24901 Northwestern Hwy Ste 611 | Southfield | MI | 48075 | |
| Steinberg Shapiro & Clark | Central Transport International Inc | Mark H Shapiro Geoffrey T Pavlic | 25929 Telegraph Rd Ste 203 | Southfield | MI | 48033 | |
| Steinberg Shapiro & Clark | Crown Enterprises Inc | Mark H Shapiro Geoffrey T Pavlic | 24901 Northwestern Hwy Ste 611 | Southfield | MI | 48075 | |
| Steinberg Shapiro & Clark | Logistic Insight Corporation | Mark H Shapiro Geoffrey T Pavlic | 24901 Northwestern Hwy Ste 611 | Southfield | MI | 48075 | |
| Steinberg Shapiro & Clark | Logistic Insight Corporation | Mark H Shapiro Geoffrey T Pavlic | 25929 Telegraph Rd Ste 203 | Southfield | MI | 48033 | |
| Sullivan & Worcester LLP | Fidelity Employer Services Company LLC | Pamela Smith Holleman Patrick P Dinardo Christopher M Gosselin | One Post Office Sq | Boston | MA | 02109 | |
| Tal Port Industries | Babs Hardy President | PO Box 1970 | | Jacksonville | MS | 39215-1970 | |
| Thompson & Knight LLP | STMicroelectronics Inc | Ira L Herman | 919 3rd Ave | New York | NY | 10022 | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 5

2/25/2010 3:33 PM
Delphi_43rd Omnibus Objection Replies.xlsx

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Robert Bosch LLC | Gordon J Toering | 900 Fifth Third Ctr 111 Lyon St NW | Grand Rapids | MI | 49503-2487 | |
| Wiggin & Dana LLP | Genpact International LLC | Sharyn B Zuch | 185 Asylum St | Hartford | CT | 06103 | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 5 of 5

2/25/2010 3:33 PM
Delphi_43rd Omnibus Objection Replies.xlsx