COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH 45402
Ronald S. Pretekin (#0018694)

Attorneys for Columbia Industrial Sales, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     :
    In re                                        :    Chapter 11
                                                     :
DPH HOLDINGS CORP., *et al.*                         :    Case No. 05-44481 (RDD)
*fka* Delphi                                         :
                                                     :    (Jointly Administered)
                       Debtors.          :
----------------------------------------------------

### WITHDRAWAL OF OBJECTION OF COLUMBIA INDUSTRIAL SALES, INC. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS

     PLEASE TAKE NOTICE, that Columbia Industrial Sales, Inc., by its undersigned counsel, hereby withdraws its Objection to Debtors' Notice of Cure Amount with Respect to Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business as to Purchase Order D0550060352 in the corrected cure amount of $70.86, filed February 19, 2008 (*Docket No. 12756).*

Dated: March 2, 2010                    Respectfully submitted,

                                          COOLIDGE WALL CO., L.P.A.

                                          */s/ Ronald S. Pretekin*
                                          Ronald S. Pretekin  (OH 0018694)
                                          33 West First Street, Suite 600
                                          Dayton, OH 45402

        Telephone:  937-223-8177
        Facsimile:  937-223-6705
        e-mail:  pretekin@coollaw.com

ATTORNEYS FOR COLUMBIA INDUSTRIAL SALES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2010, a copy of the foregoing ***Withdrawal of Objection*** was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed with the Court's CM/ECF system.

        */s/ Ronald S. Pretekin*
        Ronald S. Pretekin

w:\wdox\client\008134\00151\00384318.doc
3/1/10

2

COOLIDGE WALL CO., L.P.A.