HEARING DATE & TIME:  March 18, 2010 at 10:00 a.m. (prevailing Eastern time)

Michael D. Warner
**WARNER STEVENS, L.L.P.**
301 Commerce Street, Suite 1700
Fort Worth, TX  76102
Telephone:     (817) 810-5250
Facsimile:      (817) 810-5255

Conflicts Counsel For The Official Committee Of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DPH HOLDINGS CORP., *et al* | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUPPLEMENT TO SEVENTH INTERIM AND FINAL FEE APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
WARNER STEVENS, L.L.P., AS CONFLICTS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF NOVEMBER 10, 2005 THROUGH JANUARY 25, 2008**

On December 28, 2009 (the "Filing Date"), Warner Stevens, L.L.P ("Warner Stevens") timely filed and served its *Seventh Interim and Final Fee Application for Compensation and Reimbursement of Expenses of Warner Stevens, L.L.P. as Conflicts Counsel to the Official Committee of Unsecured Creditors for the Period of November 10, 2005 Through January 25, 2008* [Docket No. 19245] (the "Final Fee Application").

Pursuant to the Final Fee Application, Warner Stevens requested, in addition to approving the Professional Fees and Reimbursable Expenses incurred, Court approval and payment of $12,500.00 for fees and expenses incurred in connection with the preparation, filing, and seeking Court approval of the Final Fee Application.

On March 1, 2010, the United States Trustee for Region 2 (the "United States Trustee") filed her *Objection of the United States Trustee to the Final Fee Applications of the Retained Professionals* (the "Objection") and as to the Final Fee Application of Warner Stevens stated:

> The United States Trustee has no objection to the final award of fees and reimbursement of expenses to Warner Stevens. However, the court should not approve any future fees unless Warner Stevens settles a supplemental order approving the additional fees along with contemporaneous time records documenting the request.

IV.G.2.

In response to the Objection, Warner Stevens has attached as Exhibit "A" hereto the contemporaneous time records showing that Warner Stevens has incurred 41.6 hours of professional time or $12,645.00 in preparation of the Final Fee Application. Moreover, Warner Stevens has incurred $485.51 in expenses related to copying and serving the Final Fee Application. Therefore, through the Filing Date, Warner Stevens had already incurred $13,130.51 in professional fees and expenses related to the preparation, filing and serving of the Final Fee Application. Notwithstanding the foregoing, Warner Stevens seeks only $12,500.00 for the preparation of the Final Fee Application through the Filing Date.

In summary, Warner Stevens respectfully requests that, as set forth in more detail in its Final Fee Application, the Court enter its Order granting:

(i) Final Approval of Professional Fees incurred during the Total Compensation Period of $1,393,939.00, which amount includes professional fees incurred during the Seventh Reporting Period of $165,428.00;

(ii) Final Approval of Reimbursable Expenses incurred during the Total Compensation Period of $74,322.44, which amount includes expenses incurred during the Seventh Reporting Period of $14,605.83; and

(iii) Authorization for the Reorganized Debtors to pay to Warner Stevens such Professional Fees and Reimbursable Expenses due and owing in the amount of **$41,385.60**, which amount is comprised of (a) $33,085.60 in holdbacks for the Seventh Reporting Period (as described in paragraph 29

of the Final Fee Application) plus (b) $12,500.00 in fees and expenses incurred in connection with the preparation, filing and seeking Court approval of the Final Fee Application (as detailed in this Supplement) minus (c) $4,200.00 held in Warner Stevens' trust account (as described in paragraph 32 in the Final Fee Application).

Dated: March 2, 2010

        Respectfully submitted,

        **WARNER STEVENS, L.L.P.**

        By:    */s/ MICHAEL D. WARNER*
                Michael D. Warner
        301 Commerce Street, Suite 1700
        Fort Worth, TX  76102
        Telephone:    (817) 810-5250
        Facsimile:    (817) 810-5255

        Conflicts Counsel For The Official Committee Of Unsecured Creditors