# EXHIBIT A

## *Warner Stevens, L.L.P.*
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102

Phone: (817) 810-5250    Fax:(817) 810-5255

March 2, 2010

Delphi Committee

File #:   16216.000
Inv #:    10311

RE:    Conflicts Counsel For the Official Committee

| DATE | NAME | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| Oct-08-09 | KLL | Fee/Employment Applications: Review correspondence regarding final fee application deadlines. | 0.20 | 30.00 |
| Oct-22-09 | RRO | Fee/Employment Applications: Review closing report filed. | 0.20 | 65.00 |
| Nov-09-09 | RRO | Fee/Employment Applications: Telephone conference with M. Riela. | 0.20 | 65.00 |
| Nov-12-09 | RRO | Fee/Employment Applications: Begin drafting final fee application. | 2.20 | 715.00 |
| Nov-16-09 | RRO | Fee/Employment Applications: Continue work on final fee application. | 0.80 | 260.00 |
| Nov-18-09 | JAR | Fee/Employment Applications: Confer with Rachel Obaldo re: final fee application | 0.40 | 220.00 |
|  | RRO | Fee/Employment Applications: Continue work on final fee application. | 2.50 | 812.50 |
| Nov-19-09 | RRO | Fee/Employment Applications: Continue work on final fee application. | 2.10 | 682.50 |
| Nov-20-09 | RRO | Fee/Employment Applications: Continue work on final fee application. | 0.90 | 292.50 |
| Dec-01-09 | KLL | Fee/Employment Applications: Retrieve and | 2.20 | 330.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | review time entries for final fee application; prepare exhibits to be used on same. | | |
| Dec-02-09 | KLL | Fee/Employment Applications: Continue to prepare exhibits for final fee application. | 2.50 | 375.00 |
| Dec-04-09 | KLL | Fee/Employment Applications: Finalize exhibits to be used on final fee application. | 1.20 | 180.00 |
| Dec-10-09 | RRO | Fee/Employment Applications: Continue preparation of final fee application. | 0.50 | 162.50 |
| | KLL | Fee/Employment Applications: review emails on SIMS; email SIMS representative on account information. | 0.30 | 45.00 |
| Dec-15-09 | RRO | Fee/Employment Applications: Continue work on final fee application. | 2.60 | 845.00 |
| Dec-16-09 | RRO | Fee/Employment Applications: Continue preparation of final fee application. | 5.50 | 1,787.50 |
| | KLL | Fee/Employment Applications: Review time entries for changes to be made to fee application; revise exhibits; review guidelines of UST on filing of final fee app. | 1.50 | 225.00 |
| Dec-17-09 | KLL | Fee/Employment Applications: Prepare certification to be attached to the final fee application; retrieve service list on delphi docket website; review local rules on preparation of the Summary page to the final fee application. | 1.50 | 225.00 |
| Dec-18-09 | JAR | Fee/Employment Applications:Review and revise draft of Final Fee App | 2.90 | 1,595.00 |
| | RRO | Fee/Employment Applications: Telephone conference with M. Riela. | 0.20 | 65.00 |
| | RRO | Fee/Employment Applications: Revisions to final fee application. | 0.70 | 227.50 |
| Dec-21-09 | JAR | Fee/Employment Applications: Review and revise draft of Final Fee App | 2.50 | 1,375.00 |
| | RRO | Fee/Employment Applications: Additional revisions to final fee application and conferences re: same. | 1.90 | 617.50 |
| | KLL | Fee/Employment Applications: Continue working on charts for exhibits of final fee application; | 2.20 | 330.00 |

| | | | | |
|---|---|---|---|---|
| | | insert charts to Summary of Final Fee Applications; retrieve additional information for final fee application and insert same; prepare service list for final fee application | | |
| Dec-22-09 | KLL | Fee/Employment Applications: Prepare affidavit of service for filing of Final Fee Application; retrieve additional information and make revisions to final fee application. | 1.50 | 225.00 |
| Dec-23-09 | JAR | Fee/Employment Applications: Confer with Obaldo re exhibits and summaries for Fee App- Final changes | 0.50 | 275.00 |
| Dec-28-09 | RRO | Fee/Employment Applications: Finalize final fee application. Supervise filing and service of the same. Draft cover letter for Court. | 1.90 | 617.50 |
| | | Totals | 41.60 | $12,645.00 |

**DISBURSEMENTS & RETAINERS**

| | | Disbursements | Receipts |
|---|---|---|---|
| Dec-29-09 | Cash expense re Mailout | 485.51 | |
| | Totals | $485.51 | $0.00 |

| | |
|---|---|
| **Net for this Period** | **$13,130.51** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$13,130.51** |