Michael D. Warner
**WARNER STEVENS, L.L.P.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone:    (817) 810-5250
Facsimile:    (817) 810-5255

Conflicts Counsel For The Official Committee Of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DPH HOLDINGS CORP., *et al* | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF TEXAS        )
                      )
COUNTY OF TARRANT     )

Rachel R. Obaldo, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am employed by the law firm of Warner Stevens, L.L.P., 301 Commerce Street, Suite 1700, Fort Worth, Texas 76102.

2.  On March 2, 2010, I caused true and correct copies of the *Supplement to Seventh Interim and Final Fee Application for Compensation and Reimbursement of Expenses of Warner Stevens, L.L.P., as Conflicts Counsel to the*

**[Remainder of Page Intentionally Left Blank]**

*Official Committee of Unsecured Creditors for the Period of November 10, 2005 Through January 25, 2008*, to be served upon the parties on the Exhibit A in the manner indicated thereon.

/s/ Rachel R. Obaldo
Rachel R. Obaldo

Subscribed and sworn to before me on this 2nd day of March, 2010.

Notary Public, State of Texas
My commission expires 4/29/2011

KERRI L. LABRADA
Notary Public
State of Texas
My Commission Expires
April 29, 2011

**EXHIBIT A**

**VIA FED-EX**
Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

John Wm Butler, Esq.
John K Lyons, Esq.
Ron E Meisler, Esq.
Skadden Arps Slate Meagher
& Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Mark Broude, Esq.
Robert Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Donald Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Alicia M. Leonhard, Esq.
Assistant United States Trustee
Eastern District of New York
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201
Email: Alicia.M.Leonhard@usdoj.gov

Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY 10004