**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT A – EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 11256 Date Filed: 07/27/2006 Docketed Total: $2,405,898.43 Filing Creditor Name: CTS CORPORPATION 171 COVINGTON DR BLOOMINGDALE, IL 60108 | BEAR STEARNS INVESTMENT PRODUCTS INC CO JPMORGAN CHASE BANK NA LEGAL DEPT 1 CHASE MANHATTAN PLAZA 26TH FL NEW YORK, NY 10081 | Docketed Total: | | $1,950,968.78 | | Allowed Total: | | $1,854,053.50 |
| | Case Number* 05-44640 | Secured | Priority | Unsecured $1,950,968.78 | Case Number* 05-44640 | Secured | Priority | Unsecured $1,854,053.50 |
| | | | | **$1,950,968.78** | | | | **$1,854,053.50** |
| | Claim Holder Name | | | | | | | |
| | CTS CORPORATION 171 COVINGTON DR BLOOMINGDALE, IL 60108 | Docketed Total: | | $454,929.65 | | Allowed Total: | | $381,361.69 |
| | Case Number* 05-44640 | Secured | Priority $161,144.56 | Unsecured $293,785.09 | Case Number* 05-44640 | Secured | Priority | Unsecured $381,361.69 |
| | | | **$161,144.56** | **$293,785.09** | | | | **$381,361.69** |

\*    See Exhibit F for a listing of debtor entities by case number.

Page 1 of 4

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT A – EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10574<br>Date Filed: 07/25/2006<br>Docketed Total: $5,069,133.35<br>Filing Creditor Name:<br>FURUKAWA ELECTRIC NORTH AMERICA APD INC AND FURUKAWA ELECTRIC COMPANY VARNUM RIDDERING SCHMIDT & HOWLETT LLP<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 | Claim Holder Name<br><br>FURUKAWA ELECTRIC NORTH AMERICA APD INC AND FURUKAWA ELECTRIC COMPANY VARNUM RIDDERING SCHMIDT & HOWLETT LLP<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352<br><br>Case Number*   Secured   Priority   Unsecured   Docketed Total:   $312,926.79<br>05-44640   $312,926.79<br>   $312,926.79 | Case Number*   Secured   Priority   Unsecured   Allowed Total:   $51,358.26<br>05-44640   $51,358.26<br>   $51,358.26 |
| | Claim Holder Name<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Case Number*   Secured   Priority   Unsecured   Docketed Total:   $4,000,000.00<br>05-44640   $4,000,000.00<br>   $4,000,000.00 | Case Number*   Secured   Priority   Unsecured   Allowed Total:   $1,734,007.73<br>05-44640   $1,734,007.73<br>   $1,734,007.73 |
| | Claim Holder Name<br><br>SPCP GROUP LLC<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Case Number*   Secured   Priority   Unsecured   Docketed Total:   $756,206.56<br>05-44640   $756,206.56<br>   $756,206.56 | Case Number*   Secured   Priority   Unsecured   Allowed Total:   $327,817.00<br>05-44640   $327,817.00<br>   $327,817.00 |

\*   See Exhibit F for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT A – EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 11292<br>Date Filed: 07/27/2006<br>Docketed Total: $1,298,844.76<br>Filing Creditor Name:<br>HOOVER PRECISION PRODUCTS INC & SUBSIDIARIES<br>PO BOX 899<br>CUMMING, GA 30028 | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $1,298,844.76 | | Allowed Total: | | $1,229,984.99 |
| | Case Number*<br>05-44481 | Secured | Priority | Unsecured<br>$1,298,844.76 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$1,229,984.99 |
| | | | | $1,298,844.76 | | | | $1,229,984.99 |
| | Claim Holder Name | | | | | | | |
| Claim: 13815<br>Date Filed: 07/31/2006<br>Docketed Total: $223,843.01<br>Filing Creditor Name:<br>MULTEK FLEXIBLE CIRCUITS INC ET AL<br>CURTIS MALLET PREVOST COLT & MOSLE LLP<br>101 PARK AVE<br>NEW YORK, NY 10178-0061 | SPCP GROUP LLC AS ASSIGNEE OF MULTEK FLEXIBLE CIRCUITS INC ET AL<br>SPCP GROUP LLC<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: | | $223,843.01 | | Allowed Total: | | $162,168.60 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$28,136.03 | Unsecured<br>$195,706.98 | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$162,168.60 |
| | | | $28,136.03 | $195,706.98 | | | | $162,168.60 |

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT A – EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | CLAIM AS ALLOWED | |
|---|---|---|---|---|
| Claim: 14141<br>Date Filed: 07/31/2006<br>Docketed Total: $2,565,472.27<br>Filing Creditor Name:<br>SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Claim Holder Name<br>CONTRARIAN FUNDS LLC<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | Docketed Total: $2,492,426.58<br><br>Secured     Priority     Unsecured<br>                         $2,492,426.58<br><u>                                        </u><br>                         **$2,492,426.58** | | Allowed Total: **$2,211,999.33**<br><br>Secured     Priority     Unsecured<br>                                      $24,710.11<br>                                      $2,187,289.22<br><u>                                        </u><br>                                      **$2,211,999.33** |
| | Case Number*<br>05-44640 | | Case Number*<br>05-44507<br>05-44640 | |
| | Claim Holder Name<br>SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | Docketed Total: $73,045.69<br><br>Secured     Priority     Unsecured<br>                $73,045.69<br><u>                                        </u><br>                **$73,045.69** | | Allowed Total: **$0.00**<br><br>Secured     Priority     Unsecured<br>                $0.00     $0.00<br><u>                                        </u><br>                         **$0.00** |
| | Case Number*<br>05-44640 | | Case Number*<br>05-44507<br>05-44640 | |
| Claim: 11443<br>Date Filed: 07/27/2006<br>Docketed Total: $841,669.98<br>Filing Creditor Name:<br>TOWER AUTOMOTIVE INC<br>C/O KIRKLAND & ELLIS LLP<br>200 E RANDOLPH DR<br>CHICAGO, IL 60601 | Claim Holder Name<br>TOWER AUTOMOTIVE INC<br>C/O KIRKLAND & ELLIS LLP<br>200 E RANDOLPH DR<br>CHICAGO, IL 60601 | Docketed Total: $841,669.98<br><br>Secured     Priority     Unsecured<br>$840,595.60     $1,074.38<br><u>                                        </u><br>**$840,595.60     $1,074.38** | | Allowed Total: **$12,319.80**<br><br>Secured     Priority     Unsecured<br>                                      $12,319.80<br><u>                                        </u><br>                                      **$12,319.80** |
| | Case Number*<br>05-44481 | | Case Number*<br>05-44481 | |
| | | | Total Claims To Be Allowed: 6<br>Total Amount As Docketed:     **$12,404,861.80**<br>Total Amount As Allowed:      **$7,965,070.90** | |

\* See Exhibit F for a listing of debtor entities by case number.