**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 10369<br>Date Filed: 07/24/2006<br>Docketed Total: $960.00<br>Filing Creditor Name:<br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262 | Claim Holder Name<br><br>LATIGO MASTER FUND LTD<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022<br><br>Docketed Total:  $320.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                      $320.00<br>                                                        $320.00 | Claim Holder Name<br><br><br><br><br>Allowed Total:  $160.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                      $160.00<br>                                                        $160.00 |
| | Claim Holder Name<br><br>N D K AMERICA INC<br>203 N LASALLE ST STE 2500<br>CHICAGO, IL 60601-1262<br><br>Docketed Total:  $640.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                      $640.00<br>                                                        $640.00 | <br><br><br><br>Allowed Total:  $0.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44567                                      $0.00<br>                                                        $0.00 |
| Claim: 8775<br>Date Filed: 06/30/2006<br>Docketed Total: $112,408.05<br>Filing Creditor Name:<br>SILICON LABORATORIES INC<br>401 B STREET STE 1700<br>SAN DIEGO, CA 92101 | Claim Holder Name<br><br>HAIN CAPITAL HOLDINGS LLC<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070<br><br>Docketed Total:  $102,681.24<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                      $102,681.24<br>                                                        $102,681.24 | Claim Holder Name<br><br><br><br><br>Allowed Total:  $48,710.72<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $48,710.72<br>                                                        $48,710.72 |
| | Claim Holder Name<br><br>SILICON LABORATORIES INC<br>401 B STREET STE 1700<br>SAN DIEGO, CA 92101<br><br>Docketed Total:  $9,726.81<br><br>Case Number*    Secured         Priority    Unsecured<br>05-44481       $9,726.81                 <br>                $9,726.81 | Claim Holder Name<br><br><br><br><br>Allowed Total:  $4,614.28<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                      $4,614.28<br>                                                        $4,614.28 |

\*    See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Forty-Second Omnibus Claims Objection

**EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 13774<br>Date Filed: 07/28/2006<br>Docketed Total: $1,708,509.29<br>Filing Creditor Name:<br>TOKICO USA INC<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC<br>666 THIRD AVE<br>NEW YORK, NY 10017 | Claim Holder Name<br>DEUTSCHE BANK SECURITIES INC<br>60 WALL ST 3RD FL<br>NEW YORK, NY 10005<br><br>Docketed Total: $466.56<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $466.56<br>                                              $466.56 | Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $439.46<br>                                              $439.46<br><br>Allowed Total: $439.46 |
| | Claim Holder Name<br>GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302<br><br>Docketed Total: $1,708,042.73<br><br>Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $1,708,042.73<br>                                              $1,708,042.73 | Case Number*  Secured   Priority   Unsecured<br>05-44640                                   $1,607,831.42<br>                                              $1,607,831.42<br><br>Allowed Total: $1,607,831.42 |
| | | Total Claims To Be Allowed: 3<br>Total Amount As Docketed: $1,821,877.34<br>Total Amount As Allowed: $1,661,755.88 |

\* See Exhibit F for a listing of debtor entities by case number.

Page 2 of 2