**In re DPH Holdings Corp., et al.**                                          **Forty-Second Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT C -- EXHIBIT C CLAIM (WORKERS' COMPENSATION CLAIM)

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RALSON ROBERT<br>J BARTON WARREN ESQ<br>WARREN & SIMPSON P C<br>105 NORTH SIDE SQUARE<br>HUNTSVILLE, AL 35801 | 9163 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$44,500.12<br>$44,500.12 | 07/10/2006 | DELPHI CORPORATION (05-44481) |
| | **Total:   1** | | **$44,500.12** | | |