**EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS)**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FORD MOTOR COMPANY<br>JONATHAN S GREEN<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 38226 | 14517 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FORD MOTOR COMPANY<br>JONATHAN S GREEN<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 38226 | 14525 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH GMBH<br>ATTN JUDITH LOWITZ ADLER<br>C/O ROBERT BOSCH CORPORATION<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 16771 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$1,900,000.00<br>$1,900,000.00 | 01/10/2008 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **3** | | **$1,900,000.00** | | |

\*   "UNL" denotes an unliquidated claim.