**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 8372<br>Date Filed: 06/22/2006<br>Docketed Total: $788,628.25<br>Filing Creditor Name:<br>BI TECHNOLOGIES CORPORATION<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name<br>BI TECHNOLOGIES CORPORATION<br>ROBINSON BRADSHAW & HINSON PA<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640<br>                                  $6,210.00   $0.25<br>Docketed Total:               $6,210.25    $6,210.00   $0.25 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $40,729.76<br>Allowed Total:                       $40,729.76<br>                                     $40,729.76 |
| | Claim Holder Name<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C/O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $359,912.28<br>Docketed Total:       $359,912.28              $359,912.28 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $254,747.14<br>Allowed Total:       $254,747.14<br>                                 $254,747.14 |
| | Claim Holder Name<br>TPG CREDIT OPPORTUNITIES INVESTORS LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $422,505.72<br>Docketed Total:       $422,505.72              $422,505.72 | Case Number*   Secured   Priority   Unsecured<br>05-44640                                  $299,050.59<br>Allowed Total:       $299,050.59<br>                                 $299,050.59 |

\*  See Exhibit F for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 9037<br>Date Filed: 07/05/2006<br>Docketed Total: $1,676,212.31<br>Filing Creditor Name:<br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246 | Claim Holder Name<br><br>TPG CREDIT OPPORTUNITIES FUND LP<br>C/O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>Docketed Total: $920,461.40<br><br>Case Number* 05-44640<br>Secured<br>Priority $21,833.87<br>Unsecured $920,461.40<br>$21,833.87    $920,461.40 | <br><br><br><br><br><br>Allowed Total: $0.00<br><br>Case Number* 05-44640<br>Secured<br>Priority $0.00<br>Unsecured $0.00 |
| | Claim Holder Name<br><br>TT ELECTRONICS OPTEK TECHNOLOGY<br>ROBINSON BRADSHAW & HINSON P A<br>101 N TRYON ST STE 1900<br>CHARLOTTE, NC 28246<br><br>Docketed Total: $755,750.91<br><br>Case Number* 05-44640<br>Secured<br>Priority $21,833.87<br>Unsecured $733,917.04<br>$21,833.87    $733,917.04 | <br><br><br><br><br><br>Allowed Total: $271,776.26<br><br>Case Number* 05-44640<br>Secured<br>Priority<br>Unsecured $271,776.26<br>$271,776.26 |
| | | Total Claims To Be Allowed: 2<br>Total Amount As Docketed: $2,464,840.56<br>Total Amount As Allowed: $866,303.75 |

\* See Exhibit F for a listing of debtor entities by case number.