**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 16255 | Claim Holder Name | |
| Date Filed: 08/24/2006 | | |
| Docketed Total: $1,898,409.80 | INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | |
| Filing Creditor Name: | ROBINSON BRADSHAW & HINSON PA | |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | 101 N TRYON ST STE 1900 | |
| ROBINSON BRADSHAW & HINSON PA | CHARLOTTE, NC 28246 | |
| 101 N TRYON ST STE 1900 | Docketed Total: $77,694.80 | Allowed Total: $76,772.14 |
| CHARLOTTE, NC 28246 | | |
| | Secured | Secured |
| | Priority $77,693.93 | Priority |
| | Unsecured $0.87 | Unsecured $76,772.14 |
| | Case Number* 05-44640 | Case Number* 05-44640 |
| | $77,693.93 | $76,772.14 |
| | $0.87 | $76,772.14 |
| | Claim Holder Name | |
| | TPG CREDIT OPPORTUNITIES FUND LP | |
| | C/O TPG CREDIT MANAGEMENT LP | |
| | 4600 WELLS FARGO CTR | |
| | 90 S SEVENTH ST | |
| | MINNEAPOLIS, MN 55402 | |
| | Docketed Total: $1,820,715.00 | Allowed Total: $1,791,788.26 |
| | Secured | Secured |
| | Priority | Priority |
| | Unsecured $1,820,715.00 | Unsecured $1,791,788.26 |
| | Case Number* 05-44640 | Case Number* 05-44640 |
| | $1,820,715.00 | $1,791,788.26 |

\*    See Exhibit F for a listing of debtor entities by case number.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Second Omnibus Claims Objection**

**EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED)**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 8878 | INTERNATIONAL RESISTIVE | Docketed Total: | | $3,036.28 | | Allowed Total: | | $820.69 |
| Date Filed:  06/30/2006 | COMPANY WIRE & FILM | | | | | | | |
| Docketed Total:  $170,159.62 | TECHNOLOGIES DIVISION | | | | | | | |
| Filing Creditor Name: | ROBINSON BRADSHAW & HINSON | | | | | | | |
| INTERNATIONAL RESISTIVE | P A | | | | | | | |
| COMPANY WIRE & FILM | 101 NORTH TRYON ST STE 1900 | | | | | | | |
| TECHNOLOGIES DIVISION | CHARLOTTE, NC 28246 | | | | | | | |
| ROBINSON BRADSHAW & | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| HINSON P A | Case Number* | | $3,036.28 | | Case Number* | | | $820.69 |
| 101 NORTH TRYON ST STE 1900 | 05-44640 | | | | 05-44640 | | | |
| CHARLOTTE, NC 28246 | | | **$3,036.28** | | | | | **$820.69** |
| | Claim Holder Name | | | | | | | |
| | TPG CREDIT OPPORTUNITIES FUND | Docketed Total: | | $167,123.34 | | Allowed Total: | | $98,788.91 |
| | LP | | | | | | | |
| | C/O TPG CREDIT MANAGEMENT LP | | | | | | | |
| | 4600 WELLS FARGO CTR | | | | | | | |
| | 90 S SEVENTH ST | | | | | | | |
| | MINNEAPOLIS, MN 55402 | | | | | | | |
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| | Case Number* | | | $167,123.34 | Case Number* | | | $98,788.91 |
| | 05-44640 | | | | 05-44640 | | | |
| | | | | **$167,123.34** | | | | **$98,788.91** |
| | | | | | Total Claims To Be Allowed: 2 | | | |
| | | | | | Total Amount As Docketed: | | $2,068,569.42 | |
| | | | | | Total Amount As Allowed: | | $1,968,170.00 | |

*    See Exhibit F for a listing of debtor entities by case number.