In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Forty-Second Omnibus Claims Objection

Exhibit G - Claimants And Related Claims Subject To Forty-Second Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BEAR STEARNS INVESTMENT PRODUCTS INC | 11256 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| BI TECHNOLOGIES CORPORATION | 8372 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CONTRARIAN FUNDS LLC | 14141 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CTS CORPORATION | 11256 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| CTS CORPORPATION | 11256 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| DEUTSCHE BANK SECURITIES INC | 13774 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| FORD MOTOR COMPANY | 14517 | EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS) |
| FORD MOTOR COMPANY | 14525 | EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS) |
| FURUKAWA ELECTRIC NORTH AMERICA APD INC AND FURUKAWA ELECTRIC COMPANY | 10574 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 10574 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| GOLDMAN SACHS CREDIT PARTNERS LP | 13774 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HAIN CAPITAL HOLDINGS LLC | 8775 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| HOOVER PRECISION PRODUCTS INC & SUBSIDIARIES | 11292 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION | 16255 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION | 8878 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| LATIGO MASTER FUND LTD | 10369 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| MULTEK FLEXIBLE CIRCUITS INC ET AL | 13815 | EXHIBIT B -- EXHIBIT B CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| N D K AMERICA INC | 10369 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| RALSON ROBERT | 9163 | EXHIBIT C -- EXHIBIT C CLAIM (WORKERS' COMPENSATION CLAIM) |
| ROBERT BOSCH GMBH | 16771 | EXHIBIT D -- EXHIBIT D CLAIMS (BOOKS AND RECORDS CLAIMS) |
| SILICON LABORATORIES INC | 8775 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| SPCP GROUP LLC | 10574 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 11292 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF MULTEK FLEXIBLE CIRCUITS INC ET AL | 13815 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | 14141 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TOKICO USA INC | 13774 | EXHIBIT B -- EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TOWER AUTOMOTIVE INC | 11443 | EXHIBIT A -- EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TPG CREDIT OPPORTUNITIES FUND LP | 16255 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT OPPORTUNITIES FUND LP | 8372 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TPG CREDIT OPPORTUNITIES FUND LP | 8878 | EXHIBIT E-2 - ADJOURNED EXHIBIT B CLAIMS (CLAIMS TO BE FURTHER MODIFIED) |
| TPG CREDIT OPPORTUNITIES FUND LP | 9037 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TPG CREDIT OPPORTUNITIES INVESTORS LP | 8372 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |
| TT ELECTRONICS OPTEK TECHNOLOGY | 9037 | EXHIBIT E-1 - ADJOURNED EXHIBIT A CLAIMS (PARTIALLY SATISFIED CLAIMS) |