**Mark S. Presnall**
P.O. Box 4
Mt. Meigs, AL 36057
(334) 270-8791



February 11, 2010

Delphi Corporation, et al
C/O Kurtzman Carson Consultants LLC
2335 Alaska Ave.
El Segundo, CA 90245

Dear Gentlemen:

I am writing in response to your letter advising that the Court was attempting to reach a decision releasing certain type of claims toward Delphi and that if I objected that I should express my claims in written form.

I am not an attorney, but I dispute my claim being released, as I timely filed a lawsuit against Delphi and said lawsuit was pending at the time of filing for relief by Delphi. My objection is that Delphi is believed to have had liability insurance in effect at the time of my injury due to defects in their product and that any claims I have would be due to be paid from the insurance company(s) limited only to the policy limitations. By dismissing my claims you are releasing the insurance company from their liability to Delphi and/or to me. The insurance company is not a party that is due to be granted relief in this matter under the current pleading. By releasing this claim the Court would be unjustly releasing the insurance company and thereby unjustly enriching them. In addition, I would be damaged by the failure of them to pay for my injuries and/or damages if a jury of my peers find Delphi to have been liabile.

I have enclosed a copy of my complaint for your review and all I am asking is that I be allowed to move forward in this matter limited to insurance policy benefits-limits only. If you have any questions or would like to schedule an interview, or if you need more information, please call me at (334) 270-8791 or write to me at the above address.

Thank you for your consideration and help in this matter.

Sincerely,


Mark Presnall
Enclosure

**RECEIVED**
FEB 25 2010
KURTZMANCARSONCONSULTANTS

# United States Bankruptcy Court
## Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

# Administrative Expense Claim Form

| | |
|---|---|
| **Debtor against which claim is asserted:** Delphi Corporation, *et al.* 05-44481 | **Case Name and Number** In re Delphi Corporation., *et al.* 05-44481 Chapter 11, Jointly Administered |

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

Mark S. Presnall

**Name and Address Where Notices Should be Sent**

P.O. Box 33
Mt. Meigs, AL 36057

**Telephone No.** 334-207-4964

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☒ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** CV-2008-900105

Check here if this claim ☐ replaces ☒ amends a previously filed claim, dated: 10/15/08

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☒ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly) Battery Blew up in face.

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. DATE DEBT WAS INCURRED** June 9, 2004

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $** 500,479.95
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information): Car would not crank, I raised hood to check status, I had son turn key to start car. The battery exploded in my face, Eyes, Mouth, reduced vision by 40%, had to have medical treatment and I'am still under medical care.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**Date** July 9, 2009

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim** (attach copy of power of attorney, if any)

*Mark S. Presnall*
Mark S. Presnall

# The Law Offices of Philip G. Perkins

601 College Avenue
Jackson, AL 36545

(251) 246-4279
FAX (251) 246-3008

March 5, 2009

Mr. Mark S. Presnall
750 Sprott Drive
Montgomery, AL 36117

*334-207-4964*

---

### STATEMENT FOR PROFESSIONAL SERVICES RENDERED

Re: Presnall vs. Delphi Corporation, et al.
    Clarke County Circuit Court Case No. CV-2008-900105


**Reimbursement** of Court Costs  ------------------------- $479.95




Please make your check payable to:
The Law Offices of Philip G. Perkins



Claim Filed in State for $ 500, 479.95

```
                                                                                    2032
PRESNALL TRUCKING CO  63-1269717
MARK STEPHEN PRESNALL                                                            61-359/621
ROXANNE PRESNALL
168 SATURN DR  PH 251-275-4941                              DATE_____
GROVE HILL, AL 36451
                                                                        $
PAY
TO THE
ORDER OF_____
_____ DOLLARS

First United Security Bank          www.firstusbank.com
Executive Office in Thomasville, Alabama
Thomasville, Alabama 36784
                                                                                    MP
FOR_____
⑈"002032"⑈  ⑆062103592⑆:  01 816 06⑈"
```

I am Mark Presnall. I have lost my trucking company. Above is a copy of my defaulted business.

In 2004, in a nice day in June, an AC Delco battery which was under warranty, blew up in my eyes and my face. By the end of '04, a tumor appeared in the right side of my throat. In '05, we were treating it with antibiotics. By Christmas of that year, I was diagnosed with cancer, a rare form of skin cancer in my tonsils. In '06, I began chemo and radiation. By mid '06, I began my surgeries.

I have lived in Clark County, not at the address you have been sending information to. I am without council, but I do possess the battery as well as the car it happened in. I am now single with a six year old child and a fifteen year old young man. I am currently on SSI disability. I am having to raise my children on $1100 a month. My trucking company was grossing over $100,000 a year with one truck. I am pleading for someone to take interest in this case.    Mark Presnall