**In re DPH Holdings Corp., et al.**

**Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANNETTE M HARTMAN | 19944 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $24,024.00<br><br>$24,024.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| BETH SHUTE | 18076 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,000.00<br><br>$30,000.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| BEVERLY WEBB | 18082 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $38,038.00<br><br>$38,038.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| BOGDAN DAWIDOWICZ | 17258 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $79,695.00<br><br>$79,695.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| BRANNON LANE STANDRIDGE | 17059 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,200.00<br><br>$25,200.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| BRIAN J SHENSTONE | 20040 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $27,230.00<br><br>$27,230.00 | 11/10/2009 | DELPHI CORPORATION (05-44481) |
| BRUCE D NEWTON | 17158 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $59,710.00<br><br>$59,710.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| CAROLYN B MCDONALD | 17051 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $56,250.00<br><br>$56,250.00 | 06/30/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**                                                   **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CATHLEEN CARROLL | 17425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $53,970.00<br><br>$53,970.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| CHARLES E CHILDS | 18116 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,990.00<br><br>$42,990.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| CHU SHIU LEE | 19890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,412.00<br><br>$20,412.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| DANIEL P MCCARTHY | 19615 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,666.67<br><br>$1,666.67 | 10/07/2009 | DELPHI CORPORATION (05-44481) |
| DANIEL P MCCARTHY | 17505 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,355.00<br><br>$61,355.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DARRYL PEGG | 17902 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,462.00<br><br>$42,462.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DARYL HENDERSON | 18111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $50,505.00<br><br>$50,505.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DAVID OPREA | 17643 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $56,460.00<br><br>$56,460.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**                    **Forty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVID PAUL GRUBER | 18070 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $62,315.00<br><br>$62,315.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DAVID S SCHULZ | 18389 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $27,340.00<br><br>$27,340.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DELBERT W LEHMAN | 18104 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,012.00<br><br>$42,012.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DIANE AVRAM | 17807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,290.00<br><br>$40,290.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| DON E BOYD | 17899 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $47,937.50<br><br>$47,937.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DON WOODARD | 17856 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,944.00<br><br>$40,944.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DONALD C JOHNSON | 17571 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,230.00<br><br>$40,230.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DONALD G SMITH | 18285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,000.00<br><br>$2,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**
Pg 4 of 13          **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DONALD G WITZEL | 19311 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$47,940.00<br><br>$47,940.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| EARL THOMAS DICKEY | 16886 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$68,581.50<br><br>$68,581.50 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| ERIN R SHIRLEY | 20026 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$9,277.50<br><br>$9,277.50 | 11/06/2009 | DELPHI CORPORATION (05-44481) |
| FRANKLIN E WEST | 17202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$64,200.00<br><br>$64,200.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| FREDERICK ALEXANDER | 17755 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$68,310.00<br><br>$68,310.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| GARY R GAITHER | 19827 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$33,148.50<br><br>$33,148.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| GERALD J ROWE | 18661 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$44,790.00<br><br>$44,790.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| GREGORY G MAY | 18118 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$38,100.00<br><br>$38,100.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**
**Forty-Third Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAROLD A LIBKA | 17615 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $39,575.00<br><br>$39,575.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| HOWARD EDWIN FULTZ | 17861 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $56,287.50<br><br>$56,287.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JAMES A BRUNER | 18625 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $46,340.00<br><br>$46,340.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JAMES A CAPORINI | 17348 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,540.00<br><br>$42,540.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JAMES ALAN KLENK | 16936 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $50,992.50<br><br>$50,992.50 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JANE M DEIBEL | 18364 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $29,600.00<br><br>$29,600.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JOHN ALAN MACBAIN | 20060 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $41,182.50<br><br>$41,182.50 | 11/02/2009 | DELPHI CORPORATION (05-44481) |
| JOHN BIAFORA | 17237 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $41,002.50<br><br>$41,002.50 | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**
Pg 6 of 13          **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JOHN R BRANTINGHAM | 17256 | Secured:<br>Priority:<br>Administrative: $42,240.00<br>Unsecured:<br>Total: $42,240.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH J FAIR | 17935 | Secured:<br>Priority:<br>Administrative: $32,190.00<br>Unsecured:<br>Total: $32,190.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| KATHLEEN D MURPHY | 17413 | Secured:<br>Priority:<br>Administrative: $36,198.00<br>Unsecured:<br>Total: $36,198.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| KELLY R COLE | 19852 | Secured:<br>Priority:<br>Administrative: $59,000.00<br>Unsecured:<br>Total: $59,000.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| KENNETH J VAN SOLKEMA | 17734 | Secured:<br>Priority:<br>Administrative: $63,455.00<br>Unsecured:<br>Total: $63,455.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| KEVIN J KUHN | 20033 | Secured:<br>Priority:<br>Administrative: $4,911.00<br>Unsecured:<br>Total: $4,911.00 | 11/09/2009 | DELPHI CORPORATION (05-44481) |
| LAURA A KINNEY | 18402 | Secured:<br>Priority:<br>Administrative: $19,820.00<br>Unsecured:<br>Total: $19,820.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE J LUBESKI | 18006 | Secured:<br>Priority:<br>Administrative: $66,780.00<br>Unsecured:<br>Total: $66,780.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**EXHIBIT A - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LORI L HORNER | 20039 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,260.00<br><br>$12,260.00 | 11/10/2009 | DELPHI CORPORATION (05-44481) |
| LORRI M KING | 18107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $19,725.00<br><br>$19,725.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| LYNDA L CHAPMAN | 17992 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $47,790.00<br><br>$47,790.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| LYNN M STREETZ HALLUM | 20024 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,777.50<br><br>$25,777.50 | 11/06/2009 | DELPHI CORPORATION (05-44481) |
| MARC A EGLIN | 17093 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $62,220.00<br><br>$62,220.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| MARIAN HARRY WHITFIELD | 17695 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $45,045.00<br><br>$45,045.00 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| MARK A FINNEGAN | 17552 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $44,000.00<br><br>$44,000.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| MARK BARANSKI | 17003 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $54,042.00<br><br>$54,042.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**                    **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARK D GUDORF | 17582 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $59,220.00<br>$59,220.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| MARK E DRYDEN | 18296 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,780.00<br>$42,780.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARTIN F BERTLEFF | 17239 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $34,986.00<br>$34,986.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MARY JOHANNA KETTERING | 19538 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,050.00<br>$30,050.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| MATTHEW DAVID LAWS | 19977 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,209.00<br>$20,209.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A EAKINS | 17490 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $52,500.00<br>$52,500.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL D CLARK | 17267 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $72,215.00<br>$72,215.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL DENNIS PHALEN | 20068 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,849.74<br>$25,849.74 | 11/02/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**                **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHAEL EUGENE LAWSON | 19864 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,673.00<br>$23,673.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL G KRUMHEUER | 17932 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $50,310.00<br>$50,310.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL H FRONING | 17227 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $65,850.00<br>$65,850.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL L RASPER | 17374 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $42,390.00<br>$42,390.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL M KEARNS | 17358 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $51,600.00<br>$51,600.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL R ABBUHL | 17831 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $47,179.00<br>$47,179.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| NORMA SHAARDA | 18095 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $57,820.00<br>$57,820.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| PAUL E TALLEY | 17280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $56,420.00<br>$56,420.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**                                                        **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PAUL F KRAMER | 19893 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $24,552.50<br><br>$24,552.50 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND A MAGA | 17501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $37,260.00<br><br>$37,260.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND A ZAGGER | 17363 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $26,096.00<br><br>$26,096.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RAYMOND L JOHNSON JR | 18247 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $187,200.00<br><br>$187,200.00 | 07/11/2009 | DELPHI CORPORATION (05-44481) |
| REX A MILNER | 18501 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $51,625.00<br><br>$51,625.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD C WALTON | 20076 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $14,266.00<br><br>$14,266.00 | 11/12/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT D MILOS III | 17541 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $47,950.00<br><br>$47,950.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT E WILLIAMS | 19053 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $35,012.50<br><br>$35,012.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**

**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT E YODER | 20030 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,894.00<br>_____<br>$12,894.00 | 11/09/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT R SAVIERS | 17160 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $55,026.72<br>_____<br>$55,026.72 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT S SCHARNOWSKE | 17378 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $46,655.00<br>_____<br>$46,655.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT W RIMKO | 17381 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $49,134.00<br>_____<br>$49,134.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RODNY ALAN HENDERSON | 20080 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,946.00<br>_____<br>$9,946.00 | 11/12/2009 | DELPHI CORPORATION (05-44481) |
| RONALD E DAUM | 17815 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $52,434.00<br>_____<br>$52,434.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RONALD J GOUBEAUX | 17221 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $62,825.00<br>_____<br>$62,825.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| RONNIE L SAUNDERS | 18745 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $44,643.50<br>_____<br>$44,643.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re DPH Holdings Corp., et al.**    **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROSIE B WILLIAMS | 18106 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$31,668.00<br><br>$31,668.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| ROY W SMITH | 18211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$54,060.00<br><br>$54,060.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| SAMUEL G BURDICK | 17635 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$63,030.00<br><br>$63,030.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN D MANEFF | 18083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$42,810.00<br><br>$42,810.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| THERIAL L ALSUP JR | 19932 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$13,498.00<br><br>$13,498.00 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS C CLAIR | 17405 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$55,522.50<br><br>$55,522.50 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS E POETTINGER | 17353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$48,750.00<br><br>$48,750.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS J DENICHOLAS | 17317 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$40,945.92<br><br>$40,945.92 | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.                    Forty-Third Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT A - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THOMAS L BERGMAN | 17200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $60,515.00<br><br>$60,515.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS MCCRAY | 17403 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $51,590.00<br><br>$51,590.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY E MULLETT | 17560 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $67,650.00<br><br>$67,650.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM A NETHERY | 20065 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,650.00<br><br>$16,650.00 | 11/02/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM C KINCER | 18535 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,830.00<br><br>$40,830.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM DONALD BARTZ | 17148 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,915.00<br><br>$40,915.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM L WATKINS | 17205 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $49,210.00<br><br>$49,210.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |

**Total:**   **103**                    **$4,498,573.55**

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.