**In re Delphi Corporation, et al.**  **Forty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | | | SURVIVING CLAIM * | | |
|---|---|---|---|---|---|
| Claim: 19821 | Debtor: | DELPHI CORPORATION (05-44481) | Claim: 17163 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 11/03/2009 | Secured: | | Date Filed: 07/01/2009 | Secured: | |
| Creditor's Name: | Priority: | | Creditor's Name: | Priority: | |
| ALBERT ROY CASE | Administrative: | $75,127.50 | ALBERT ROY CASE | Administrative: | $87,860.00 |
| | Unsecured: | | | Unsecured: | |
| | Total: | $75,127.50 | | Total: | $87,860.00 |
| Claim: 19903 | Debtor: | DELPHI CORPORATION (05-44481) | Claim: 18799 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 11/04/2009 | Secured: | | Date Filed: 07/15/2009 | Secured: | |
| Creditor's Name: | Priority: | | Creditor's Name: | Priority: | |
| BASCOM SMITH | Administrative: | $89,760.00 | BASCOM SMITH | Administrative: | $97,920.00 |
| | Unsecured: | | | Unsecured: | |
| | Total: | $89,760.00 | | Total: | $97,920.00 |
| Claim: 20043 | Debtor: | DELPHI CORPORATION (05-44481) | Claim: 17197 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 10/30/2009 | Secured: | | Date Filed: 07/02/2009 | Secured: | |
| Creditor's Name: | Priority: | | Creditor's Name: | Priority: | |
| BLANCHE MARIE WILSON NOACK | Administrative: | $85,996.25 | BLANCHE MARIE WILSON NOACK | Administrative: | $105,380.00 |
| | Unsecured: | | | Unsecured: | |
| | Total: | $85,996.25 | | Total: | $105,380.00 |
| Claim: 20075 | Debtor: | DELPHI CORPORATION (05-44481) | Claim: 18437 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: 11/13/2009 | Secured: | | Date Filed: 07/13/2009 | Secured: | |
| Creditor's Name: | Priority: | | Creditor's Name: | Priority: | |
| BRADFORD S WAGNER | Administrative: | $95,180.00 | BRADFORD S WAGNER | Administrative: | UNL** |
| | Unsecured: | | | Unsecured: | |
| | Total: | $95,180.00 | | Total: | UNL** |

\*   The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 16909 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 16911 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 06/25/2009 | Secured: | Date Filed: 06/25/2009 | Secured: |
| Creditor's Name: | Priority: | Creditor's Name: | Priority: |
| C LEASING COMPANY | Administrative: $171,558.87 | C LEASING COMPANY | Administrative: $171,558.87 |
| 8340 GATEWAY E | Unsecured: | 8340 GATEWAY E | Unsecured: |
| EL PASO, TX 79907 | Total: $171,558.87 | EL PASO, TX 79907 | Total: $171,558.87 |
| Claim: 18806 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 2077 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/09/2009 | Secured: | Date Filed: 11/12/2009 | Secured: |
| Creditor's Name: | Priority: | Creditor's Name: | Priority: |
| CHARLES E GOODWIN | Administrative: $70,050.00 | CHARLES E GOODWIN | Administrative: $70,050.00 |
| | Unsecured: | | Unsecured: |
| | Total: $70,050.00 | | Total: $70,050.00 |
| Claim: 19963 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 16983 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 11/05/2009 | Secured: | Date Filed: 06/29/2009 | Secured: |
| Creditor's Name: | Priority: | Creditor's Name: | Priority: |
| CHARLES LOVEL ADAMS | Administrative: $77,160.00 | CHARLES L ADAMS | Administrative: $77,160.00 |
| | Unsecured: | | Unsecured: |
| | Total: $77,160.00 | | Total: $77,160.00 |
| Claim: 19832 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 18133 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 11/03/2009 | Secured: | Date Filed: 07/09/2009 | Secured: |
| Creditor's Name: | Priority: | Creditor's Name: | Priority: |
| DANA S SEGARS | Administrative: $28,418.00 | DANA S SEGARS | Administrative: $39,890.00 |
| | Unsecured: | | Unsecured: |
| | Total: $28,418.00 | | Total: $39,890.00 |

\*    The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 17504<br>Date Filed: 07/07/2009<br>Creditor's Name:<br>DANIEL P MCCARTHY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,666.67<br>Unsecured:<br>Total: $1,666.67 | Claim: 19615<br>Date Filed: 10/07/2009<br>Creditor's Name:<br>DANIEL P MCCARTHY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $1,666.67<br>Unsecured:<br>Total: $1,666.67 |
| Claim: 18892<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>DAVID D RUMRILL<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $89,000.00<br>Unsecured:<br>Total: $89,000.00 | Claim: 19851<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>DAVID D RUMRILL<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $89,000.00<br>Unsecured:<br>Total: $89,000.00 |
| Claim: 19879<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>DAVID E GARGIS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $59,967.50<br>Unsecured:<br>Total: $59,967.50 | Claim: 17671<br>Date Filed: 07/03/2009<br>Creditor's Name:<br>DAVID E GARGIS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $72,550.00<br>Unsecured:<br>Total: $72,550.00 |
| Claim: 19855<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>DENISE C OLBRECHT<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $69,541.90<br>Unsecured:<br>Total: $69,541.90 | Claim: 20019<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>DENISE C OLBRECHT<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $69,541.90<br>Unsecured:<br>Total: $69,541.90 |

\*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 17733<br>Date Filed: 07/06/2009<br>Creditor's Name: DONALD C JOHNSON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $43,582.50<br>Unsecured:<br>Total: $43,582.50 | Claim: 17033<br>Date Filed: 06/29/2009<br>Creditor's Name: WILLIAM H JOHNSON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $102,480.00<br>Unsecured:<br>Total: $102,480.00 |
| Claim: 20067<br>Date Filed: 11/02/2009<br>Creditor's Name: DONALD G SMITH<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $27,887.50<br>Unsecured:<br>Total: $27,887.50 | Claim: 17816<br>Date Filed: 07/06/2009<br>Creditor's Name: DONALD G SMITH<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $37,170.00<br>Unsecured:<br>Total: $37,170.00 |
| Claim: 17484<br>Date Filed: 07/07/2009<br>Creditor's Name: DOUGLAS W EDNEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $110,900.00<br>Unsecured:<br>Total: $110,900.00 | Claim: 19883<br>Date Filed: 11/03/2009<br>Creditor's Name: DOUGLAS W EDNEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $110,900.00<br>Unsecured:<br>Total: $110,900.00 |
| Claim: 17905<br>Date Filed: 07/06/2009<br>Creditor's Name: EARL THOMAS DICKEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 16886<br>Date Filed: 06/26/2009<br>Creditor's Name: EARL THOMAS DICKEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $68,581.50<br>Unsecured:<br>Total: $68,581.50 |

\*    The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 16685<br>Date Filed: 06/26/2009<br>Creditor's Name:<br>EARL THOMAS DICKEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $68,581.50<br>Unsecured:<br>Total: $68,581.50 | Claim: 16886<br>Date Filed: 06/26/2009<br>Creditor's Name:<br>EARL THOMAS DICKEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $68,581.50<br>Unsecured:<br>Total: $68,581.50 |
| Claim: 19954<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>EDWARD LEO OWENS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $76,400.00<br>Unsecured:<br>Total: $76,400.00 | Claim: 17275<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>EDWARD L OWENS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $91,680.00<br>Unsecured:<br>Total: $91,680.00 |
| Claim: 19993<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>FRANK APARO<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $119,744.00<br>Unsecured:<br>Total: $119,744.00 | Claim: 17084<br>Date Filed: 06/30/2009<br>Creditor's Name:<br>FRANK APARO<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $138,820.00<br>Unsecured:<br>Total: $138,820.00 |
| Claim: 18030<br>Date Filed: 07/09/2009<br>Creditor's Name:<br>GAYLE INSCHO<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $95,000.00<br>Unsecured:<br>Total: $95,000.00 | Claim: 19899<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>GAYLE INSCHO<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $95,000.00<br>Unsecured:<br>Total: $95,000.00 |

\*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

Forty-Third Omnibus Claims Objection

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 19995 <br> Date Filed: 11/04/2009 <br> Creditor's Name: <br> GREG MCKELVEY | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $107,060.00 <br> Unsecured: <br> Total: $107,060.00 | Claim: 18001 <br> Date Filed: 07/09/2009 <br> Creditor's Name: <br> GREG S MCKELVEY | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $107,060.00 <br> Unsecured: <br> Total: $107,060.00 |
| Claim: 17322 <br> Date Filed: 07/06/2009 <br> Creditor's Name: <br> JACKIE R STOVER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $120,320.00 <br> Unsecured: <br> Total: $120,320.00 | Claim: 19955 <br> Date Filed: 11/05/2009 <br> Creditor's Name: <br> JACKIE R STOVER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $120,320.00 <br> Unsecured: <br> Total: $120,320.00 |
| Claim: 20056 <br> Date Filed: 11/02/2009 <br> Creditor's Name: <br> JAMES A BABB | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $65,565.00 <br> Unsecured: <br> Total: $65,565.00 | Claim: 17881 <br> Date Filed: 07/06/2009 <br> Creditor's Name: <br> JAMES A BABB | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $89,420.00 <br> Unsecured: <br> Total: $89,420.00 |
| Claim: 19848 <br> Date Filed: 11/03/2009 <br> Creditor's Name: <br> JAMES F DISHER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $79,425.00 <br> Unsecured: <br> Total: $79,425.00 | Claim: 17657 <br> Date Filed: 07/03/2009 <br> Creditor's Name: <br> JAMES F DISHER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $107,900.00 <br> Unsecured: <br> Total: $107,900.00 |

\*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19869<br>Date Filed: 11/03/2009<br>Creditor's Name: JOANNE GENSEL<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $26,167.50<br>Unsecured:<br>Total: $26,167.50 | Claim: 18373<br>Date Filed: 07/13/2009<br>Creditor's Name: JOANNE GENSEL<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $36,890.00<br>Unsecured:<br>Total: $36,890.00 |
| Claim: 18308<br>Date Filed: 07/13/2009<br>Creditor's Name: JOHN BLANKENSHIP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $91,520.00<br>Unsecured:<br>Total: $91,520.00 | Claim: 17067<br>Date Filed: 06/30/2009<br>Creditor's Name: JOHN BLANKENSHIP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $89,520.00<br>Unsecured:<br>Total: $89,520.00 |
| Claim: 19822<br>Date Filed: 11/03/2009<br>Creditor's Name: JOHN P BLANKENSHIP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $78,330.00<br>Unsecured:<br>Total: $78,330.00 | Claim: 17067<br>Date Filed: 06/30/2009<br>Creditor's Name: JOHN BLANKENSHIP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $89,520.00<br>Unsecured:<br>Total: $89,520.00 |
| Claim: 19854<br>Date Filed: 11/03/2009<br>Creditor's Name: JOHN R DAVIDSON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $93,285.00<br>Unsecured:<br>Total: $93,285.00 | Claim: 17066<br>Date Filed: 06/30/2009<br>Creditor's Name: JOHN R DAVIDSON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $124,380.00<br>Unsecured:<br>Total: $124,380.00 |

\*    The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

Page 7 of 17

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 19988 <br> Date Filed: 11/05/2009 <br> Creditor's Name: <br> JULIE ANN MCNEESE | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $111,260.00 <br> Unsecured: <br> Total: $111,260.00 | Claim: 17757 <br> Date Filed: 07/06/2009 <br> Creditor's Name: <br> JULIE MCNEESE | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $111,260.00 <br> Unsecured: <br> Total: $111,260.00 |
| Claim: 20027 <br> Date Filed: 11/06/2009 <br> Creditor's Name: <br> LARRY V TURNER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $25,260.00 <br> Unsecured: <br> Total: $25,260.00 | Claim: 18109 <br> Date Filed: 07/09/2009 <br> Creditor's Name: <br> LARRY V TURNER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $39,890.00 <br> Unsecured: <br> Total: $39,890.00 |
| Claim: 19992 <br> Date Filed: 11/05/2009 <br> Creditor's Name: <br> LAURA E MILLER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $76,650.00 <br> Unsecured: <br> Total: $76,650.00 | Claim: 17073 <br> Date Filed: 06/30/2009 <br> Creditor's Name: <br> LAURA E MILLER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $87,200.00 <br> Unsecured: <br> Total: $87,200.00 |
| Claim: 19813 <br> Date Filed: 10/30/2009 <br> Creditor's Name: <br> MARCIA JONES | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $84,740.00 <br> Unsecured: <br> Total: $84,740.00 | Claim: 20010 <br> Date Filed: 11/04/2009 <br> Creditor's Name: <br> MARCIA JONES | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $84,740.00 <br> Unsecured: <br> Total: $84,740.00 |

\*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Forty-Third Omnibus Claims Objection

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 19958<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>MARK D GRIM | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $51,854.00<br>Unsecured:<br>Total: $51,854.00 | Claim: 20009<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>MARK D GRIM | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $51,854.00<br>Unsecured:<br>Total: $51,854.00 |
| Claim: 16856<br>Date Filed: 06/26/2009<br>Creditor's Name:<br>MARK E THORNBURG | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $68,255.00<br>Unsecured:<br>Total: $68,255.00 | Claim: 16978<br>Date Filed: 06/29/2009<br>Creditor's Name:<br>MARK E THORNBURG | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $68,255.00<br>Unsecured:<br>Total: $68,255.00 |
| Claim: 18415<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>MARK E THORNBURG | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $64,240.00<br>Unsecured:<br>Total: $64,240.00 | Claim: 16978<br>Date Filed: 06/29/2009<br>Creditor's Name:<br>MARK E THORNBURG | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $68,255.00<br>Unsecured:<br>Total: $68,255.00 |
| Claim: 19980<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>MARK T TRELOAR | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $56,397.50<br>Unsecured:<br>Total: $56,397.50 | Claim: 17065<br>Date Filed: 06/30/2009<br>Creditor's Name:<br>MARK T TRELOAR | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $66,350.00<br>Unsecured:<br>Total: $66,350.00 |

\*    The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 17486<br>Date Filed: 07/07/2009<br>Creditor's Name:<br>MARTHA R NOWELL | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $85,220.00<br>Unsecured:<br>Total: $85,220.00 | Claim: 17216<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>MARTHA R NOWELL | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $83,220.00<br>Unsecured:<br>Total: $83,220.00 |
| Claim: 19975<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>MARTHA R NOWELL | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $79,752.50<br>Unsecured:<br>Total: $79,752.50 | Claim: 17216<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>MARTHA R NOWELL | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $83,220.00<br>Unsecured:<br>Total: $83,220.00 |
| Claim: 19925<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>MARY ELIZABETH HENDRICKS | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $31,160.00<br>Unsecured:<br>Total: $31,160.00 | Claim: 18576<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>MARY ELIZABETH HENDRICKS | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $48,740.00<br>Unsecured:<br>Total: $48,740.00 |
| Claim: 17268<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>MARY JOHANNA KETTERING | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $30,050.00<br>Unsecured:<br>Total: $30,050.00 | Claim: 19538<br>Date Filed: 07/01/2009<br>Creditor's Name:<br>MARY JOHANNA KETTERING | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $30,050.00<br>Unsecured:<br>Total: $30,050.00 |

\*    The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
Case No. 05-44481 (RDD)

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 19918 <br> Date Filed: 11/04/2009 <br> Creditor's Name: <br> MICHAEL J NORTON | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $30,260.00 <br> Unsecured: <br> Total: $30,260.00 | Claim: 18249 <br> Date Filed: 07/13/2009 <br> Creditor's Name: <br> MICHAEL J NORTON | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $44,390.00 <br> Unsecured: <br> Total: $44,390.00 |
| Claim: 17640 <br> Date Filed: 07/03/2009 <br> Creditor's Name: <br> MICHAEL L RASPER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $45,922.50 <br> Unsecured: <br> Total: $45,922.50 | Claim: 17374 <br> Date Filed: 07/06/2009 <br> Creditor's Name: <br> MICHAEL L RASPER | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $42,390.00 <br> Unsecured: <br> Total: $42,390.00 |
| Claim: 18276 <br> Date Filed: 07/13/2009 <br> Creditor's Name: <br> MICHAEL R ABBUHL | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $51,468.00 <br> Unsecured: <br> Total: $51,468.00 | Claim: 17831 <br> Date Filed: 07/06/2009 <br> Creditor's Name: <br> MICHAEL R ABBUHL | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $47,179.00 <br> Unsecured: <br> Total: $47,179.00 |
| Claim: 19990 <br> Date Filed: 11/05/2009 <br> Creditor's Name: <br> MICHEAL B HEATH | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $83,527.50 <br> Unsecured: <br> Total: $83,527.50 | Claim: 18227 <br> Date Filed: 07/10/2009 <br> Creditor's Name: <br> MICHAEL B HEATH | Debtor: DELPHI CORPORATION (05-44481) <br> Secured: <br> Priority: <br> Administrative: $97,460.00 <br> Unsecured: <br> Total: $97,460.00 |

\*   The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19310<br>Date Filed: 07/01/2009<br>Creditor's Name:<br>NORMA SHAARDA | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $61,950.00<br>Unsecured:<br>Total: $61,950.00 | Claim: 18095<br>Date Filed: 07/09/2009<br>Creditor's Name:<br>NORMA SHAARDA | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $57,820.00<br>Unsecured:<br>Total: $57,820.00 |
| Claim: 19621<br>Date Filed: 10/30/2009<br>Creditor's Name:<br>ONTARIO SPECIALTY CONTRACTING INC<br>ATTN MATTHEW BECK<br>C O 1800 MAIN PL TOWER<br>350 MAIN ST<br>BUFFALO, NY 14202 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $288,751.25<br>Unsecured:<br>Total: $288,751.25 | Claim: 19873<br>Date Filed: 10/30/2009<br>Creditor's Name:<br>ONTARIO SPECIALTY CONTRACTING INC<br>C O 1800 MAIN PLACE TOWER<br>350 MAIN ST<br>BUFFALO, NY 14202 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: $288,751.25<br>Unsecured:<br>Total: $288,751.25 |
| Claim: 19842<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>PATRICK L BACHELDER | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $45,025.00<br>Unsecured:<br>Total: $45,025.00 | Claim: 18264<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>PATRICK L BACHELDER | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $54,030.00<br>Unsecured:<br>Total: $54,030.00 |
| Claim: 19891<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>PAUL D MCCOLLOM | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $52,580.00<br>Unsecured:<br>Total: $52,580.00 | Claim: 18168<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>PAUL D MCCOLLOM | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $62,700.00<br>Unsecured:<br>Total: $62,700.00 |

\*   The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19908<br>Date Filed: 11/04/2009<br>Creditor's Name: PHILIP C WATKINS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $92,240.00<br>Unsecured:<br>Total: $92,240.00 | Claim: 17630<br>Date Filed: 07/03/2009<br>Creditor's Name: PHILIP C WATKINS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $90,240.00<br>Unsecured:<br>Total: $90,240.00 |
| Claim: 19933<br>Date Filed: 11/04/2009<br>Creditor's Name: REBECCA T KAPP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $55,000.00<br>Unsecured:<br>Total: $55,000.00 | Claim: 17910<br>Date Filed: 07/06/2009<br>Creditor's Name: REBECCA T KAPP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $60,000.00<br>Unsecured:<br>Total: $60,000.00 |
| Claim: 18193<br>Date Filed: 07/10/2009<br>Creditor's Name: RICHARD B BISHOP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $87,360.00<br>Unsecured:<br>Total: $87,360.00 | Claim: 20057<br>Date Filed: 11/02/2009<br>Creditor's Name: RICHARD B BISHOP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $87,360.00<br>Unsecured:<br>Total: $87,360.00 |
| Claim: 19843<br>Date Filed: 11/03/2009<br>Creditor's Name: RICKY O MCNALLEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $81,235.00<br>Unsecured:<br>Total: $81,235.00 | Claim: 18282<br>Date Filed: 07/13/2009<br>Creditor's Name: RICKY OWENS MCNALLEY<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $90,620.00<br>Unsecured:<br>Total: $90,620.00 |

\*    The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Forty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19989<br>Date Filed: 11/05/2009<br>Creditor's Name: ROBERT LYNN MIMS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $64,460.00<br>Unsecured:<br>Total: $64,460.00 | Claim: 17847<br>Date Filed: 07/06/2009<br>Creditor's Name: ROBERT LYNN MIMS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $72,320.00<br>Unsecured:<br>Total: $72,320.00 |
| Claim: 19934<br>Date Filed: 11/04/2009<br>Creditor's Name: ROBERT R VOLTENBURG<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $55,310.00<br>Unsecured:<br>Total: $55,310.00 | Claim: 20036<br>Date Filed: 11/04/2009<br>Creditor's Name: ROBERT R VOLTENBURG<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $55,310.00<br>Unsecured:<br>Total: $55,310.00 |
| Claim: 20042<br>Date Filed: 10/30/2009<br>Creditor's Name: ROGER K MATHIS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $70,155.00<br>Unsecured:<br>Total: $70,155.00 | Claim: 17428<br>Date Filed: 07/06/2009<br>Creditor's Name: ROGER K MATHIS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19847<br>Date Filed: 11/03/2009<br>Creditor's Name: SAMUEL C BLANKENSHIP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $80,450.00<br>Unsecured:<br>Total: $80,450.00 | Claim: 18225<br>Date Filed: 07/10/2009<br>Creditor's Name: SAMUEL C BLANKENSHIP<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $98,540.00<br>Unsecured:<br>Total: $98,540.00 |

\*　　The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*　　"UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1996<br>Date Filed: 11/05/2009<br>Creditor's Name: STEPHEN L DOWNS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $86,480.00<br>Unsecured:<br>Total: $86,480.00 | Claim: 17983<br>Date Filed: 07/09/2009<br>Creditor's Name: STEPHEN L DOWNS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $92,240.00<br>Unsecured:<br>Total: $92,240.00 |
| Claim: 20046<br>Date Filed: 10/30/2009<br>Creditor's Name: STEVE SLOAN<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $110,832.00<br>Unsecured:<br>Total: $110,832.00 | Claim: 17805<br>Date Filed: 07/08/2009<br>Creditor's Name: STEVE R SLOAN<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $126,380.00<br>Unsecured:<br>Total: $126,380.00 |
| Claim: 19820<br>Date Filed: 11/03/2009<br>Creditor's Name: STEVEN DANIEL GREENLEE<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $79,350.00<br>Unsecured:<br>Total: $79,350.00 | Claim: 18266<br>Date Filed: 07/13/2009<br>Creditor's Name: STEVEN D GREENLEE<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $82,800.00<br>Unsecured:<br>Total: $82,800.00 |
| Claim: 20045<br>Date Filed: 10/30/2009<br>Creditor's Name: THOMAS JASON PARKER<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $75,495.00<br>Unsecured:<br>Total: $75,495.00 | Claim: 18122<br>Date Filed: 07/09/2009<br>Creditor's Name: THOMAS JASON PARKER<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $88,280.00<br>Unsecured:<br>Total: $88,280.00 |

\*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19849<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>TIM MATSOS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $83,960.00<br>Unsecured:<br>Total: $83,960.00 | Claim: 18214<br>Date Filed: 07/10/2009<br>Creditor's Name:<br>TIM A MATSOS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $83,960.00<br>Unsecured:<br>Total: $83,960.00 |
| Claim: 19850<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>TONY MORGAN<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $96,658.00<br>Unsecured:<br>Total: $96,658.00 | Claim: 17513<br>Date Filed: 07/07/2009<br>Creditor's Name:<br>TONY MORGAN<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $100,860.00<br>Unsecured:<br>Total: $100,860.00 |
| Claim: 17853<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>WILLIAM DAVID ADDISON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $84,740.00<br>Unsecured:<br>Total: $84,740.00 | Claim: 19991<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>WILLIAM DAVID ADDISON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $84,740.00<br>Unsecured:<br>Total: $84,740.00 |
| Claim: 19814<br>Date Filed: 11/02/2009<br>Creditor's Name:<br>WILLIAM H BRINKMAN<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $85,445.00<br>Unsecured:<br>Total: $85,445.00 | Claim: 20011<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>WILLIAM H BRINKMAN<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $85,445.00<br>Unsecured:<br>Total: $85,445.00 |

\*     The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 17463<br>Date Filed: 07/07/2009<br>Creditor's Name: WILLIAM H DAHLEM<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $135,420.00<br>Unsecured:<br>Total: $135,420.00 | Claim: 20028<br>Date Filed: 11/06/2009<br>Creditor's Name: WILLIAM H DAHLEM<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $135,420.00<br>Unsecured:<br>Total: $135,420.00 |
| Claim: 17832<br>Date Filed: 07/06/2009<br>Creditor's Name: WILLIAM H JOHNSON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $104,480.00<br>Unsecured:<br>Total: $104,480.00 | Claim: 19881<br>Date Filed: 11/03/2009<br>Creditor's Name: WILLIAM H JOHNSON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $104,480.00<br>Unsecured:<br>Total: $104,480.00 |
| Claim: 20001<br>Date Filed: 11/02/2009<br>Creditor's Name: WILLIAM J BYERS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $104,100.00<br>Unsecured:<br>Total: $104,100.00 | Claim: 17082<br>Date Filed: 06/30/2009<br>Creditor's Name: WLLIAM J BYERS<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $104,100.00<br>Unsecured:<br>Total: $104,100.00 |
| Claim: 19833<br>Date Filed: 11/03/2009<br>Creditor's Name: WILLIAM L MACNAUGHTON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $37,700.00<br>Unsecured:<br>Total: $37,700.00 | Claim: 18204<br>Date Filed: 07/10/2009<br>Creditor's Name: WILLIAM L MACNAUGHTON<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

**Total Claims To Be Expunged:** $5,212,387.94
**Total Asserted Amount To Be Expunged:** 68

\*   The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.