05-44481-rdd   Doc 19590-4   Filed 03/04/10   Entered 03/04/10 14:29:22   Exhibit
Pg 1 of 2

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Forty-Third Omnibus Claims Objection

**EXHIBIT D - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BARBARA MCKNIGHT | 17988 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| CEVAHIR MUHSIN<br>WALTHER RATHENAU STR 23<br>AHLEW, 59229<br>GERMANY | 19624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| DIETER HECKL<br>PFARRER LAMPERT SFR 7<br>ADELSHOFEN, 82276<br>GERMANY | 19787 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$11,308.17<br><br>$11,308.17 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| FRANKE GUNTHER<br>RABEMBUHLSTRABE 14<br>WERNBERG KOBLITZ, 92533<br>GERMANY | 19623 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| GULTEN PAPURLU<br>CASTROPER STR 361<br>DATTELN, D 45711<br>GERMANY | 19981 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| HANNELORE NOACK<br>AACHENER STRASSE 699<br>FRECHEN, 50226<br>GERMANY | 19620 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$62,000.00<br><br>$62,000.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| HORST SCHLAPPNER<br>AACHENER STRASSE 699<br>FRECHEN, 50226<br>GERMANY | 19619 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,000.00<br><br>$4,000.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| JULIUS & PHYLLIS GOERBIG<br>4640 LASALLE RD<br>SCOTTVILLE, MI 49454 | 19314 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,297.90<br><br>$2,297.90 | 07/10/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT D - EQUITY INTERESTS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KASIM MELIH HAMUTCU<br>71686 REMSECK PATTONVILLE<br>BOSTON RING 1<br>GERMANY | 19622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| KREBS STEFAN<br>MILHELM BUSCH STR 10<br>UNTERSCHLEIBHEIM, 85716<br>GERMANY | 20012 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$15,799.00<br>$15,799.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| MR DIRK GRUNEWALD<br>AM ALTEN HOF 10<br>OBERURSEL, 61440<br>GERMANY | 19811 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$11,255,751.00<br><br>$11,255,751.00 | 11/03/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **11** | | **$11,351,156.07** | | |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.