**In re DPH Holdings Corp., et al.**                    **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT E - PRE-PETITION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANNIE WILSON | 18972 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AUTOCAM DO BRAZIL USINAGEM LTDA<br>STUART CHENEY<br>4436 BROADMOOR<br>KENTWOOD, MI 49512 | 18342 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$98,547.05<br><br>$98,547.05 | 07/07/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BROWN & JAMES PC<br>ATTN KATHY JOHNSON<br>1010 MARKET ST STE 2000<br>ST LOUIS, MO 63101 | 18058 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,692.70<br><br>$4,692.70 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DAVID L BROOKS<br>12001 W 78TH TER APT C<br>LENEXA, KS 66216 | 17367 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$250,000.00<br><br>$250,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| EXCEL PARTNERSHIP INC<br>20 CARLSON CT STE 100<br>TORONTO, ON M9W 7K6<br>CANADA | 19806 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$6,114.66<br><br>$6,114.66 | 10/13/2009 | DELPHI CORPORATION (05-44481) |
| JACK JENEFSKY BOWMAN SUPPLY CO<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 18497 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$724.33<br><br>$724.33 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JACK JENEFSKY BOWMAN SUPPLY CO<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 18500 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$11,712.06<br><br>$11,712.06 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JACK JENEFSKY BOWMAN SUPPLY CO<br>225 N IRWIN ST<br>PO BOX 1404<br>DAYTON, OH 45401 | 18499 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$411.92<br><br>$411.92 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                           **Forty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - PRE-PETITION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSEPH RENO<br>LAW OFFICE OF BRAD A CHALKER LLC<br>PO BOX 750726<br>DAYTON, OH 45475 | 17520 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,020.87<br><br>$13,020.87 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| MARK S PRESNALL<br>PO BOX 33<br>MT MEIGS, AL 36057 | 18149 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $500,479.95<br><br>$500,479.95 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 19613 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $21,019.24<br><br>$5,731.68<br>$26,750.92 | 09/10/2009 | ASPIRE, INC (05-44618) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 19606 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $21,019.24<br>$5,731.68<br>$26,750.92 | 09/18/2009 | ASPIRE, INC (05-44618) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 19614 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,678.00<br><br><br>$23,678.00 | 09/10/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | 19605 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $23,678.00<br>$23,678.00 | 09/18/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| PRECISION SOUTHEAST INC<br>PO BOX 50610<br>MYRTLE BEACH, SC 29579 | 17721 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $60,558.00<br><br>$60,558.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROBIN STERKEL<br>1426 SIOUX LN<br>BURKBURNETT, TX 76354 | 18255 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                                    **Forty-Third Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - PRE-PETITION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SYLVIA J BLANKENHORN<br>555 N PEARL ST APT A4<br>STOCKTON, IL 61085-1139 | 18246 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| WARREN CITY INCOME TAX DEPT<br>PO BOX 230<br>WARREN, OH 44482 | 19803 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$136,981.75<br><br>$136,981.75 | 10/28/2009 | DELPHI CORPORATION<br>(05-44481) |

|  | Total: | 18 | | $1,184,101.13 | |

---

*        The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

**       "UNL" denotes an unliquidated claim.                                    Page 3 of 3