**In re DPH Holdings Corp., et al.**                                    **Forty-Third Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT F - INSUFFICIENTLY DOCUMENTED CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALLEN J REICHLE | 17596 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ANNIE ARCHER<br>PO BOX 252<br>SOMERSET, NJ 08875 | 16906 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JAMES C WESTON | 17591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL SMITH<br>MICHELLE SMITH JT TEN<br>53430 TUNDRA DR<br>SHELBY TWP, MI 48317-2163 | 17584 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT E DAVIS<br>R E DAVIS<br>3564 HANOVER DR<br>KENT, OH 44240 | 17042 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| STEVE MEYER<br>6960 HEATHERIDGE<br>SAGINAW, MI 48603 | 17379 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TERRY G LAMBERT<br>1955 VAUGHN RD<br>NATIONAL CITY, MI 48748 | 17019 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM D BAUMAN | 19872 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$150,000.00<br><br><br>$150,000.00 | 02/25/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **8** | | **$150,000.00** | | |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.