**EXHIBIT G - PENSION, BENEFIT, AND OPEB CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVID M ANDREWS | 19970 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,400,000.00<br><br>$1,400,000.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ESTHER M MANHECTZ | 18563 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| EVELYN M NELSON | 17694 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| HILLERT PAUL G | 18695 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MARYBETH B MACIAK | 18794 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL R DENNIS | 19313 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| NORMAN G THOMAS | 19607 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 09/21/2009 | DELPHI CORPORATION (05-44481) |
| SANDRA CABINE HELLER | 18312 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$901,954.87<br><br>$901,954.87 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.                                          Page 1 of 2

**EXHIBIT G - PENSION, BENEFIT, AND OPEB CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT ** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THEODORE G KUSTAS | 19320 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,562,932.00<br><br>$1,562,932.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A KUNKA | 19809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$489,552.00<br><br>$489,552.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| Total: | 10 | | $4,354,438.87 | | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.