**EXHIBIT H - WORKERS' COMPENSATION CLAIM**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MATHIS PAUL C | 20074 | Secured: Priority: Administrative: Unsecured: Total: | $428,448.71 $428,448.71 $856,897.42 | 11/16/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **$856,897.42** | | |

\*   The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.