05-44481-rdd    Doc 19590-9    Filed 03/04/10    Entered 03/04/10 14:29:22    Exhibit
Pg 1 of 1

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Forty-Third Omnibus Claims Objection

**EXHIBIT I - TRANSFERRED WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ANGELINA CRUZ | 19540 | Secured:<br>Priority:<br>Administrative: $147,567.50<br>Unsecured:<br>Total: $147,567.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JACQUELINE LEE | 19600 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 09/14/2009 | DELPHI CORPORATION (05-44481) |
| LUTHA MAE STUDIVENT | 18092 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MENORT SIMS | 17141 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD MCMILLON | 19184 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TODD LOSEE | 18275 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

**Total:** 6    **$147,567.50**

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*   "UNL" denotes an unliquidated claim.