**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT J - MODIFIED SEVERANCE CLAIMS**

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 17881 Date Filed: 07/06/2009 Docketed Total: $89,420.00 Filing Creditor Name: JAMES A BABB | Claim Holder Name JAMES A BABB Case Number** 05-44481 | | Docketed Total: $89,420.00 Priority $89,420.00 $89,420.00 | $89,420.00 | Case Number* 05-44481 | | Modified Total: $65,565.00 Priority $65,565.00 $65,565.00 | $65,565.00 |
| Claim: 17657 Date Filed: 07/03/2009 Docketed Total: $107,900.00 Filing Creditor Name: JAMES F DISHER | Claim Holder Name JAMES F DISHER Case Number** 05-44481 | | Docketed Total: $107,900.00 Priority $107,900.00 $107,900.00 | $107,900.00 | Case Number* 05-44481 | | Modified Total: $79,425.00 Priority $79,425.00 $79,425.00 | $79,425.00 |
| Claim: 17066 Date Filed: 06/30/2009 Docketed Total: $124,380.00 Filing Creditor Name: JOHN R DAVIDSON | Claim Holder Name JOHN R DAVIDSON Case Number** 05-44481 | | Docketed Total: $124,380.00 Priority $124,380.00 $124,380.00 | $124,380.00 | Case Number* 05-44481 | | Modified Total: $93,285.00 Priority $93,285.00 $93,285.00 | $93,285.00 |

**Total Claims To Be Modified:** 3
**Total Amount As Docketed:** $321,700.00
**Total Amount As Modified:** $238,275.00

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   See Exhibit M for a listing of debtor entities by case number.