**EXHIBIT L-1 - ADJOURNED SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANDREW C GREGOS | 20017 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$528,443.24<br><br>$528,443.24 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| MARC A EGLIN | 18027 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,000.00<br><br>$2,000.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| Total: | 2 | | $530,443.24 | | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.