**EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AK STEEL CORPORATION<br>ATTN JEFFREY L ZACKERMAN<br>COMMERCIAL AFFAIRS COUNSEL<br>9227 CENTRE POINTE DR<br>WEST CHESTER, OH 45069 | 19099 | Secured:<br>Priority:<br>Administrative: $7,517.35<br>Unsecured:<br>Total: $7,517.35 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AKZO NOBEL COATINGS INC<br>MICHELLE MEISELMAN<br>5555 SPALDING DR<br>NORCROSS, GA 30092 | 18966 | Secured:<br>Priority:<br>Administrative: $63,582.05<br>Unsecured:<br>Total: $63,582.05 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AKZO NOBEL INDUSTRIAL COATINGS MEXICO SA<br>MICHELLE MEISELMAN<br>AKZO NOBEL<br>5555 SPALDING DR<br>NORCROSS, GA 30092 | 18967 | Secured:<br>Priority:<br>Administrative: $11,461.02<br>Unsecured:<br>Total: $11,461.02 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ALEGRE INC<br>WALTER REYNOLDS<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>ONE S MAIN ST STE 1600<br>DAYTON, OH 45402-2028 | 18727 | Secured:<br>Priority:<br>Administrative: $190,941.72<br>Unsecured:<br>Total: $190,941.72 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ALL TOOL SALES INC<br>NATHAN COCO<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE<br>CHICAGO, IL 60606 | 19081 | Secured:<br>Priority:<br>Administrative: $225,218.98<br>Unsecured:<br>Total: $225,218.98 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AMERICAN RECYCLING & MANUFACTURING CO INC A NEW YORK CORPORATION<br>58 MCKEE RD<br>ROCHESTER, NY 14611 | 18605 | Secured:<br>Priority:<br>Administrative: $21,964.03<br>Unsecured:<br>Total: $21,964.03 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ARAMARK UNIFORM & CAREER APPAREL LLC<br>C O SHEILA R SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>PO BOX 1617<br>BOISE, ID 83701 | 19062 | Secured:<br>Priority:<br>Administrative: $221,551.43<br>Unsecured:<br>Total: $221,551.43 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*   "UNL" denotes an unliquidated claim.

## EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ARNOLD CENTER INC<br>SUSAN M COOK AND ADAM D BRUSKI<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | 19768 | Secured:<br>Priority:<br>Administrative: $49,745.41<br>Unsecured:<br>Total: $49,745.41 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ATF INC ACCURATE THREADED FASTENERS<br>ANN E PILLE<br>C O REED SMITH LLP<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 19952 | Secured:<br>Priority:<br>Administrative: $65,009.47<br>Unsecured:<br>Total: $65,009.47 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ATF INC ACCURATE THREADED FASTENERS<br>ANN E PILLE<br>C O REED SMITH LLP<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 18717 | Secured:<br>Priority:<br>Administrative: $123,033.62<br>Unsecured:<br>Total: $123,033.62 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ATF INC ACCURATE THREADED FASTENERS<br>ANN E PILLIE<br>C O REED SMITH LLP<br>10 S WACKER DR STE 4000<br>CHICAGO, IL 60606 | 18524 | Secured:<br>Priority:<br>Administrative: $252,529.50<br>Unsecured:<br>Total: $252,529.50 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ATS AUTOMATION ASIA PTE LTD<br>CARL GALLOWAY<br>ATS AUTOMATION TOOLING SYSTEMS INC<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | 19759 | Secured:<br>Priority:<br>Administrative: $147,558.00<br>Unsecured:<br>Total: $147,558.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ATS AUTOMATION TOOLING SYSTEMS INC<br>CARL GALLOWAY<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | 19763 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ATS AUTOMATION TOOLING SYSTEMS INC<br>CARL GALLOWAY<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | 18684 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ATS MICHIGAN SALES AND SERVICES INC<br>CARL GALLOWAY<br>ATS AUTOMATION TOOLING SYSTEMS INC<br>250 ROYAL OAK RD<br>CAMBRIDGE ONTARIO, N3H 4R6<br>CANADA | 18687 | Secured:<br>Priority:<br>Administrative: $160,664.00<br>Unsecured:<br>Total: $160,664.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ATS MICHIGAN SALES AND SERVICES INC<br>CARL GALLOWAY<br>ATS AUTOMATION TOOLING SYSTEMS INC<br>250 ROYAL OAK RD<br>CAMBRIDGE ONTARIO, N3H 4R6<br>CANADA | 19762 | Secured:<br>Priority:<br>Administrative: $192,040.00<br>Unsecured:<br>Total: $192,040.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ATS OHIO INC<br>ATS AUTOMATION TOOLING SYSTEMS INC<br>CARL GALLOWAY<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | 18685 | Secured:<br>Priority:<br>Administrative: $1,824,613.00<br>Unsecured:<br>Total: $1,824,613.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ATS OHIO INC<br>CARL GALLOWAY<br>250 ROYAL OAK RD<br>CAMBRIDGE, ON N3H 4R6<br>CANADA | 19761 | Secured:<br>Priority:<br>Administrative: $71,847.00<br>Unsecured:<br>Total: $71,847.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ATS WICKEL UND MONTAGETECHNIK AG<br>CARL GALLOWAY<br>ATS AUTOMATION TOOLING SYSTEM INC<br>250 ROYAL OAK RD<br>CAMBRIDGE ONTARIO, N3H 4R6<br>CANADA | 19760 | Secured:<br>Priority:<br>Administrative: $9,836.00<br>Unsecured:<br>Total: $9,836.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ATS WICKEL UND MONTAGETECHNIK AG<br>CARL GALLOWAY<br>ATS AUTOMATION TOOLING SYSTEM INC<br>250 ROYAL OAK RD<br>CAMBRIDGE ONTARIO, N3H 4R6<br>CANADA | 18686 | Secured:<br>Priority:<br>Administrative: $37,375.00<br>Unsecured:<br>Total: $37,375.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

## EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BENTELER AUTOMOTIVE CORPORATION<br>THOMAS P SARB<br>MILLER JOHNSON SNELL & CUMMISKEY PLC<br>250 MONROE AVE NW STE 800<br>GRAND RAPIDS, MI 49503-2250 | 19127 | Secured:<br>Priority:<br>Administrative: $147,051.60<br>Unsecured:<br>Total: $147,051.60 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BING METALS GROUP LLC<br>PATRICK J KUKLA ESQ<br>CARSON FISCHER PLC<br>4111 ANDOVER RD W 2ND FL<br>BLOOMFIELD HILLS, MI 48302 | 19719 | Secured:<br>Priority:<br>Administrative: $148,514.43<br>Unsecured:<br>Total: $148,514.43 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| BING METALS GROUP LLC<br>PATRICK J KUKLA ESQ<br>CARSON FISCHER PLC<br>4111 ANDOVER RD W 2ND FL<br>BLOOMFIELD HILLS, MI 48302 | 19718 | Secured:<br>Priority:<br>Administrative: $148,514.43<br>Unsecured:<br>Total: $148,514.43 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BING METALS GROUP LLC<br>PATRICK J KUKLA ESQ<br>CARSON FISCHER PLC<br>4111 ANDOVER RD W 2ND FL<br>BLOOMFIELD HILLS, MI 48302 | 18797 | Secured:<br>Priority:<br>Administrative: $570,844.47<br>Unsecured:<br>Total: $570,844.47 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BRAZEWAY INC<br>BRUCE N ELLIOT<br>CONLIN MCKENNEY & PHILBRICK PC<br>350 S MAIN ST STE 400<br>ANN ARBOR, MI 48104-2131 | 19063 | Secured:<br>Priority:<br>Administrative: $89,580.02<br>Unsecured:<br>Total: $89,580.02 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CALSONIC KANSEI NORTH AMERICA INC<br>AUSTIN L MCMULLEN<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 DIVISION ST STE 700<br>NASHVILLE, TN 37203 | 18664 | Secured:<br>Priority:<br>Administrative: $364,521.17<br>Unsecured:<br>Total: $364,521.17 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CANON USA INC<br>ATTN RUTH WEINSTEIN<br>1 CANON PLAZA<br>LAKE SUCCESS, NY 11042 | 19165 | Secured:<br>Priority:<br>Administrative: $16,874.96<br>Unsecured:<br>Total: $16,874.96 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CENTRAL TRANSPORT INTERNATIONAL INC<br>GEOFFREY T PAVLIC ESQ<br>STEINBERG SHAPIRO & CLARK<br>24901 NORTHWESTERN HWY STE 611<br>SOUTHFIELD, MI 48075 | 18667 | Secured:<br>Priority:<br>Administrative: $89,972.35<br>Unsecured:<br>Total: $89,972.35 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF OAK CREEK<br>LAWRENCE J HASKIN CITY ATTORNEY<br>7300 S 13TH ST STE 104<br>OAK CREEK, WI 53154 | 19534 | Secured:<br>Priority:<br>Administrative: $149,354.63<br>Unsecured:<br>Total: $149,354.63 | 08/06/2009 | DELPHI CORPORATION (05-44481) |
| CLARION CORPORATION OF AMERICA<br>ATTN JOSEPH MUTO<br>6200 GATEWAY DR<br>CYPRESS, CA 90630 | 20014 | Secured:<br>Priority:<br>Administrative: $250,919.86<br>Unsecured:<br>Total: $250,919.86 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CLARION CORPORATION OF AMERICA<br>ATTN JOSEPH MUTO<br>6200 GATEWAY DR<br>CYPRESS, CA 90630 | 19812 | Secured:<br>Priority:<br>Administrative: $18,682.78<br>Unsecured:<br>Total: $18,682.78 | 10/29/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COMPUTER SCIENCES CORPORATION<br>RAYMOND J URBANIK ESQ<br>MUNSCH HARDT KOPF & HARR PC<br>3800 LINCOLN PLAZA<br>500 N AKARD ST<br>DALLAS, TX 75201-6659 | 19166 | Secured:<br>Priority:<br>Administrative: $31,391,478.00<br>Unsecured:<br>Total: $31,391,478.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CON WAY FREIGHT<br>ATTN LEIGHTON WEHR<br>5555 RUFE SNOW DR STE 5515<br>NORTH RICHLAND HILLS, TX 76180 | 18556 | Secured:<br>Priority:<br>Administrative: $101,602.55<br>Unsecured:<br>Total: $101,602.55 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE GMBH<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | 19092 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

## EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE GMGH<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | 19161 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE GUADALAJARA MEXICO SA DE CV<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19772 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE GUADALAJARA MEXICO SA DE CV<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19731 | Secured:<br>Priority:<br>Administrative: $3,000.00<br>Unsecured:<br>Total: $3,000.00 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS CZECH REPUBLIC SRO<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19776 | Secured:<br>Priority:<br>Administrative: $8,443.13<br>Unsecured:<br>Total: $8,443.13 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19094 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19778 | Secured:<br>Priority:<br>Administrative: $154,438.26<br>Unsecured:<br>Total: $154,438.26 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19773 | Secured:<br>Priority:<br>Administrative: $171,505.92<br>Unsecured:<br>Total: $171,505.92 | 11/05/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19160 | Secured:<br>Priority:<br>Administrative:  $645,428.83<br>Unsecured:<br>Total:  $645,428.83 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19779 | Secured:<br>Priority:<br>Administrative:  $13,729.88<br>Unsecured:<br>Total:  $13,729.88 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19158 | Secured:<br>Priority:<br>Administrative:  $160,767.13<br>Unsecured:<br>Total:  $160,767.13 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19774 | Secured:<br>Priority:<br>Administrative:  $198,292.00<br>Unsecured:<br>Total:  $198,292.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19037 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19159 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19093 | Secured:<br>Priority:<br>Administrative:  UNL<br>Unsecured:<br>Total:  UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

# EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19120 | Secured:<br>Priority:<br>Administrative: $27,527.04<br>Unsecured:<br>Total: $27,527.04 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19780 | Secured:<br>Priority:<br>Administrative: $2,519.00<br>Unsecured:<br>Total: $2,519.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19777 | Secured:<br>Priority:<br>Administrative: $915.00<br>Unsecured:<br>Total: $915.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19775 | Secured:<br>Priority:<br>Administrative: $3,179,381.57<br>Unsecured:<br>Total: $3,179,381.57 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601 | 19097 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| COOPER STANDARD AUTOMOTIVE FHS INC<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19030 | Secured:<br>Priority:<br>Administrative: $96,363.86<br>Unsecured:<br>Total: $96,363.86 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COOPER STANDARD AUTOMOTIVE FHS INC ON BEHALF OF ITSELF AND ITS SUBSIDIARIES<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE ST 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19973 | Secured:<br>Priority:<br>Administrative: $301,253.01<br>Unsecured:<br>Total: $301,253.01 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

# EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COOPER STANDARD AUTOMOTIVE INC<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FLOOR AT FORD FIELD<br>DETROIT, MI 48226 | 19031 | Secured:<br>Priority:<br>Administrative: $53,023.49<br>Unsecured:<br>Total: $53,023.49 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CROWN ENTERPRISES<br>GEOFFREY T PAVLIC ESQ<br>STEINBERG SHAPIRO & CLARK<br>24901 NORTHWESTERN HWY STE 611<br>SOUTHFIELD, MI 48075 | 18668 | Secured:<br>Priority:<br>Administrative: $233,068.00<br>Unsecured:<br>Total: $233,068.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| DIRECT SOURCING SOLUTIONS INC<br>DSSI<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222 | 18680 | Secured:<br>Priority:<br>Administrative: $307,172.08<br>Unsecured:<br>Total: $307,172.08 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| DIRECT SOURCING SOLUTIONS INC DSSI<br>9300 SHELBYVILLE RD STE 402<br>LOUISVILLE, KY 40222 | 20072 | Secured:<br>Priority:<br>Administrative: $1,091,477.04<br>Unsecured:<br>Total: $1,091,477.04 | 10/30/2009 | DELPHI CORPORATION (05-44481) |
| DURHAM STAFFING INC<br>DURHAM FACILITIES MANAGMENT<br>6300 TRANSIT RD<br>DEPEW, NY 14043 | 18393 | Secured:<br>Priority:<br>Administrative: $390,045.23<br>Unsecured:<br>Total: $390,045.23 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ELECTRONIC DATA SYSTEMS AN HP COMPANY<br>KEN HIGMAN<br>HEWLETT PACKARD CO<br>2125 E KATELLA AVE<br>ANAHEIM, CA 92806 | 18544 | Secured:<br>Priority:<br>Administrative: $4,463,147.23<br>Unsecured:<br>Total: $4,463,147.23 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ETKIN MANAGEMENT LLC<br>E TODD SABLE<br>HONIGAN MILLER SCHWARTZ AND COHN LLP<br>2290 FIRST NATIONAL BLDG<br>DETROIT, MI 48226 | 19089 | Secured:<br>Priority:<br>Administrative: $263,342.03<br>Unsecured:<br>Total: $263,342.03 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

## EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FCI CONNECTORS HUNGARY GMBH<br>ATTN KEITH CUNNINGHAM ESQ<br>C O PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101 | 19720 | Secured:<br>Priority:<br>Administrative: $114,330.07<br>Unsecured:<br>Total: $114,330.07 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| FCI CONNECTORS HUNGARY GMBH<br>ATTN KEITH CUNNINGHAM ESQ<br>C O PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101 | 19722 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| FCI KOREA LTD<br>ATTN KEITH CUNNINGHAM ESQ<br>C O PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101 | 19721 | Secured:<br>Priority:<br>Administrative: $11,041.61<br>Unsecured:<br>Total: $11,041.61 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| FCI USA INC<br>KEITH J CUNNINGHAM ESQ<br>PIERCE ATWOOD LLP<br>ONE MONUMENT SQ<br>PORTLAND, ME 04101-1110 | 19723 | Secured:<br>Priority:<br>Administrative: $933,834.06<br>Unsecured:<br>Total: $933,834.06 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| FIDELITY EMPLOYER SERVICES COMPANY LLC<br>PAMELA SMITH HOLLEMAN<br>SULLIVAN & WORCHESTER LLP<br>ONE POST OFFICE SQ<br>BOSTON, MA 02109 | 19764 | Secured:<br>Priority:<br>Administrative: $833,333.04<br>Unsecured:<br>Total: $833,333.04 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| FRAENKISCHE USA LP<br>ATTN SIMONE KRAUS<br>SMITH GAMBRELL & RUSSELL LLP<br>1230 PEACHTREE ST NE STE 3100<br>ATLANTA, GA 30309 | 19155 | Secured:<br>Priority:<br>Administrative: $79,881.28<br>Unsecured:<br>Total: $79,881.28 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| FREUDENBERG NOK GENERAL PARTNERSHIP<br>RALPH E MCDOWELL<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 19035 | Secured:<br>Priority:<br>Administrative: $270,788.27<br>Unsecured:<br>Total: $270,788.27 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FREUDENBERG NOK GENERAL PARTNERSHIP ET AL<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19277 | Secured:<br>Priority:<br>Administrative: $270,788.27<br>Unsecured:<br>Total: $270,788.27 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FREUDENBERG NOK GENERAL PARTNERSHIP ET AL<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 19924 | Secured:<br>Priority:<br>Administrative: $1,250,412.47<br>Unsecured:<br>Total: $1,250,412.47 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FREUDENBERG NOK MECHATRONICS GMBH & CO KG<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19167 | Secured:<br>Priority:<br>Administrative: $11,256.84<br>Unsecured:<br>Total: $11,256.84 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FREUDENBERG NOK MECHATRONICS GMBH&CO KG<br>C O RALPH E MCDOWELL<br>BODMAN LLP<br>6TH FL AT FORD FIELD<br>1901 ST ANTOINE ST<br>DETROIT, MI 48226 | 19923 | Secured:<br>Priority:<br>Administrative: $40,929.90<br>Unsecured:<br>Total: $40,929.90 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GENPACT INTERNATIONAL INC<br>SHARYN B ZUCH<br>WIGGIN AND DANA LLP<br>185 ASYLUM ST<br>HARTFORD, CT 06103 | 18742 | Secured:<br>Priority:<br>Administrative: $6,600,160.00<br>Unsecured:<br>Total: $6,600,160.00 | 07/13/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GENPACT INTERNATIONAL INC<br>SHARYN B ZUCH<br>WIGGIN AND DANA LLP<br>185 ASYLUM ST<br>HARTFORD, CT 06103 | 18743 | Secured:<br>Priority:<br>Administrative: $6,600,160.00<br>Unsecured:<br>Total: $6,600,160.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| GENPACT INTERNATIONAL LLC<br>SHARYN B ZUCH<br>WIGGIN AND DANA LLP<br>185 ASYLUM ST<br>HARTFORD, CT 06103 | 20053 | Secured:<br>Priority:<br>Administrative: $6,831,514.00<br>Unsecured:<br>Total: $6,831,514.00 | 10/30/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GENPACT INTERNATIONAL LLC<br>SHARYN B ZUCH<br>WIGGIN AND DANA LLP<br>185 ASYLUM ST<br>HARTFORD, CT 06103 | 20052 | Secured:<br>Priority:<br>Administrative: $6,831,514.00<br>Unsecured:<br>Total: $6,831,514.00 | 10/30/2009 | DELPHI CORPORATION (05-44481) |
| GIBBS DIE CASTING CORPORATION<br>ATTN EVE A MARSELLA<br>3424 CARSON ST STE 350<br>TORRANCE, CA 90503-5716 | 18997 | Secured:<br>Priority:<br>Administrative: $91,999.02<br>Unsecured:<br>Total: $91,999.02 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HIRSCHMANN CAR COMMUNICATIONS GMBH<br>ATTN MR PETER KAMPS<br>STUTTGARTER STRABE 45 51<br>NECKARTENZLINGEN, 72654<br>GERMANY | 19133 | Secured:<br>Priority:<br>Administrative: $118,139.91<br>Unsecured:<br>Total: $118,139.91 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HITACHI CHEMICAL SINGAPORE PTE LTD<br>ATTN MENACHEM O ZELMANOVITZ ESQ<br>C O MORGAN LEWIS & BOCKIUS LLP<br>101 PARK AVE<br>NEW YORK, NY 10178-0060 | 18622 | Secured:<br>Priority:<br>Administrative: $85,178.50<br>Unsecured:<br>Total: $85,178.50 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL RECTIFIER CORPORATION<br>MALANI CADEMARTORI<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>30 ROCKEFELLER PLZ STE 2400<br>NEW YORK, NY 10112 | 19068 | Secured:<br>Priority:<br>Administrative: $1,148,958.82<br>Unsecured:<br>Total: $1,148,958.82 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| INVAR A DIVISION OF LINAMAR HOLDINGS INC<br>C O SUSAN M COOK<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | 18882 | Secured:<br>Priority:<br>Administrative: $974,810.00<br>Unsecured:<br>Total: $974,810.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC AUTOMOTIVE EXPERIENCE DIVISION AND AFFILIATES<br>C O STEPHEN T BOBO<br>REED SMITH LLP<br>10 S WACKER DR 40TH FL<br>CHICAGO, IL 60606 | 18528 | Secured:<br>Priority:<br>Administrative: $110,189.59<br>Unsecured:<br>Total: $110,189.59 | 07/14/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

## EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LINAMAR CORPORATION AND ITS SUBSIDIARIES AND AFFILIATES SUSAN M COOK AND ADAM D BRUSKI 916 WASHINGTON AVE STE 309 BAY CITY, MI 48708 | 19770 | Secured:<br>Priority:<br>Administrative: $1,602,060.79<br>Unsecured:<br>Total: $1,602,060.79 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| LOGISTICS INSIGHT CORPORATION GEOFFREY T PAVLIC ESQ STEINBERG SHAPIRO & CLARK 24901 NORTHWESTERN HWY STE 611 SOUTHFIELD, MI 48075 | 17307 | Secured:<br>Priority:<br>Administrative: $57,129.69<br>Unsecured:<br>Total: $57,129.69 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARTINREA INTERNATIONAL INC DAVID M EISENBERG ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC 400 GALLERIA OFFICENTRE STE 444 SOUTHFIELD, MI 48034-2162 | 18722 | Secured:<br>Priority:<br>Administrative: $151,288.67<br>Unsecured:<br>Total: $151,288.67 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MARTINREA INTERNATIONAL INC DAVID M EISENBERG ESQ ERMAN TEICHER MILLER ZUCKER & FREEDMAN PC 400 GALLERIA OFFICENTRE STE 444 SOUTHFIELD, MI 48034 | 19714 | Secured:<br>Priority:<br>Administrative: $398,635.42<br>Unsecured:<br>Total: $398,635.42 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| MGA RESEARCH CORPORATION SETH A DRUCKER ESQ HONIGMAN MILLER SCHWARTZ AND COHN LLP 660 WOODWARD AVE STE 2290 DETROIT, MI 48226 | 18599 | Secured:<br>Priority:<br>Administrative: $7,900.00<br>Unsecured:<br>Total: $7,900.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| NAVISTAR INC FKA INTERNATIONAL TRUCK AND ENGINE CORPORATION ATTN MICHAEL MCCROY 11 S MERIDIAN INDIANAPOLIS, IN 46204-3535 | 19147 | Secured:<br>Priority:<br>Administrative: $36,872.63<br>Unsecured:<br>Total: $36,872.63 | 07/15/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| NAVISTAR INC FKA INTERNATIONAL TRUCK AND ENGINE CORPORATION MICHAEL K MCCRORY ESQ BARNES & THORNBURG LLP 11 S MERIDIAN ST INDIANAPOLIS, IN 46204 | 19921 | Secured:<br>Priority:<br>Administrative: $26,638.12<br>Unsecured:<br>Total: $26,638.12 | 11/04/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

\*   "UNL" denotes an unliquidated claim.

# EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ONTARIO SPECIALTY CONTRACTING INC<br>C O 1800 MAIN PLACE TOWER<br>350 MAIN ST<br>BUFFALO, NY 14202 | 19873 | Secured:<br>Priority:<br>Administrative: $288,751.25<br>Unsecured:<br>Total: $288,751.25 | 10/30/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PIONEER NORTH AMERICA INC ON BEHALF OF ITS AFFILIATES PIONEER AUTOMOTIVE TECHNOLOGIES INC AND PIONEER SPEAKERS INC<br>MAX J NEWMAN<br>BUTZEL LONG<br>STONERIDGE W<br>41000 WOODWARD AVE<br>BLOOMFIELD HILLS, MI 48304 | 19090 | Secured:<br>Priority:<br>Administrative: $11,375.67<br>Unsecured:<br>Total: $11,375.67 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PIONEER NORTH AMERICAN INC ON BEHALF OF ITS AFFILIATES PIONEER AUTOMOTIVE TECHNOLOGIES INC AND PIONEER SPEAKERS INC<br>MAX J NEWMAN<br>BUTZEL LONG<br>STONERIDGE WEST<br>41000 WOODWARD AVE<br>BLOOMFIELD HILLS, MI 48304 | 19091 | Secured:<br>Priority:<br>Administrative: $766,514.64<br>Unsecured:<br>Total: $766,514.64 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PLYMOUTH RUBBER COMPANY LLC<br>DEBORAH KOVSKY APAP<br>PEPPER HAMILTON LLP<br>100 RENAISSANCE CTR 36TH FL<br>DETROIT, MI 48243-1157 | 19617 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 10/07/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRICEDEX SOFTWARE INC<br>ATTN MR TJ OREILLY<br>1864 HWY 2 E<br>BOX 458<br>BROCKVILLE, ON K6V 5V6<br>CANADA | 17496 | Secured:<br>Priority:<br>Administrative: $601,638.00<br>Unsecured:<br>Total: $601,638.00 | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| PROFESSIONAL GROUNDS SERVICES LLC<br>23077 GREENFIELD STE 107<br>SOUTHFIELD, MI 48075 | 19149 | Secured:<br>Priority:<br>Administrative: $499.80<br>Unsecured:<br>Total: $499.80 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ROBERT BOSCH LLC<br>ATTN JUDITH LOWITZ ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 18690 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$71,676.37<br><br>$71,676.37 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT BOSCH LLC<br>ATTN JUDITH LOWITZ ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 18692 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$41,132.04<br><br>$41,132.04 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROBIN INDUSTRIES INC BERLIN DIVISION<br>ROBIN INDUSTRIES INC<br>6500 ROCKSIDE RD STE 230<br>INDEPENDENCE, OH 44131 | 19790 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$48,602.87<br><br>$48,602.87 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ROBIN INDUSTRIES INC ELASTO TEC DIVISION<br>ROBIN INDUSTRIES INC<br>6500 ROCKSIDE RD STE 230<br>INDEPENDENCE, OH 44131 | 19791 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$403,464.62<br><br>$403,464.62 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ROBIN INDUSTRIES INC FREDERICKSBURG FACILITY<br>ROBIN INDUSTRIES INC<br>6500 ROCKSIDE RD STE 230<br>INDEPENDENCE, OH 44131 | 19794 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$307,065.84<br><br>$307,065.84 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ROBIN INDUSTRIES INC HOLMCO DIVISION<br>ROBIN INDUSTRIES INC<br>6500 ROCKSIDE RD STE 230<br>INDEPENDENCE, OH 44131 | 19792 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$122,254.38<br><br>$122,254.38 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ROBIN INDUSTRIES INC TECHNICAL SERVICES DIVISION<br>ROBIN INDUSTRIES INC<br>6500 ROCKSIDE RD STE 230<br>INDEPENDENCE, OH 44131 | 19793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$50,470.30<br><br>$50,470.30 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| ROBIN MEXICANA S DE RL DE CV<br>ROBIN INDUSTRIES INC<br>6500 ROCKSIDE RD STE 230<br>INDEPENDENCE, OH 44131 | 19796 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$265,566.57<br><br>$265,566.57 | 11/05/2009 | DELPHI CORPORATION (05-44481) |

\*     "UNL" denotes an unliquidated claim.

# EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ROCTEL A DIVISION OF LINAMAR HOLDINGS INC<br>C O SUSAN M COOK<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | 18885 | Secured:<br>Priority:<br>Administrative: $3,165,223.55<br>Unsecured:<br>Total: $3,165,223.55 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SENSATA TECHNOLOGIES INC AND ITS PREDECESSORS IN INTEREST AND SUBSIDIARIES<br>ATTN CAROL CARTY<br>SENSATA TECHNOLOGIES INC<br>US CREDIT AND COLLECTIONS<br>529 PLEASANT ST MS B 1<br>ANTTLEBORO, MA 02703 | 18881 | Secured:<br>Priority:<br>Administrative: $741,560.67<br>Unsecured:<br>Total: $741,560.67 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SENSUS PRECISION DIE CASTING INC<br>ATTN GEORGE M CHEEVER<br>C O K&L GATES LLP<br>HENRY W OLIVER BLDG<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | 19802 | Secured:<br>Priority:<br>Administrative: $1,119,135.77<br>Unsecured:<br>Total: $1,119,135.77 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| SENSUS PRECISION DIE CASTING INC<br>ATTN GEORGE M CHEEVER<br>C O K&L GATES LLP<br>HENRY W OLIVER BLDG<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | 19798 | Secured:<br>Priority:<br>Administrative: $1,119,135.77<br>Unsecured:<br>Total: $1,119,135.77 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| SENSUS PRECISION DIE CASTING INC<br>ATTN GEORGE M CHEEVER<br>C O K&L GATES LLP<br>HENRY W OLIVER BLDG<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | 19800 | Secured:<br>Priority:<br>Administrative: $1,119,135.77<br>Unsecured:<br>Total: $1,119,135.77 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| SENSUS PRECISION DIE CASTING INC<br>ATTN GEORGE M CHEEVER<br>C O K&L GATES LLP<br>HENRY W OLIVER BLDG<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | 19801 | Secured:<br>Priority:<br>Administrative: $1,119,135.77<br>Unsecured:<br>Total: $1,119,135.77 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

# EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SENSUS PRECISION DIE CASTING INC<br>ATTN GEORGE M CHEEVER<br>C O K&L GATES LLP<br>HENRY W OLIVER BLDG<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | 19797 | Secured:<br>Priority:<br>Administrative: $1,119,135.77<br>Unsecured:<br>Total: $1,119,135.77 | 11/05/2009 | DELPHI LLC (05-44615) |
| SENSUS PRECISION DIE CASTING INC<br>ATTN GEORGE M CHEEVER<br>C O K&L GATES LLP<br>HENRY W OLIVER BLDG<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 | 19799 | Secured:<br>Priority:<br>Administrative: $1,119,135.77<br>Unsecured:<br>Total: $1,119,135.77 | 11/05/2009 | DELPHI CHINA LLC (05-44577) |
| SENSUS PRECISION DLE CASTING INC<br>ATTN GEORGE M CHEEVER<br>K&L GATES LLP<br>535 SMITHFIELD ST<br>HENRY W OLIVER BLDG<br>PITTSBURGH, PA 15222-2312 | 19104 | Secured:<br>Priority:<br>Administrative: $2,002,908.42<br>Unsecured:<br>Total: $2,002,908.42 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| STMICROELECTRONICS INC FKA SOS THOMPSON MICROELECTRONICS<br>C O RHETT CAMPBELL<br>THOMPSON & KNIGHT LLP<br>333 CLAY ST STE 3300<br>HOUSTON, TX 77002 | 18969 | Secured:<br>Priority:<br>Administrative: $18,935.00<br>Unsecured:<br>Total: $18,935.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TAL PORT INDUSTRIES LLC<br>SETH C LITTLE<br>PO BOX 1970<br>JACKSON, MS 39215-1970 | 19804 | Secured:<br>Priority:<br>Administrative: $89,459.02<br>Unsecured:<br>Total: $89,459.02 | 10/27/2009 | DELPHI CORPORATION (05-44481) |
| TEMIC AUTOMOTIVE OF NORTH AMERICA INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | 19157 | Secured:<br>Priority:<br>Administrative: $42,203.04<br>Unsecured:<br>Total: $42,203.04 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TEMIC AUTOMOTIVE OF NORTH AMERICA INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | 19781 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

## EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| TEMIC AUTOMOTIVE OF NORTH AMERICA INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN STE 600<br>SOUTH BEND, IN 46601 | 19735 | Secured:<br>Priority:<br>Administrative: $379,827.36<br>Unsecured:<br>Total: $379,827.36 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| THE CARQUEST CORPORATION<br>ATTN TODD HACK<br>4721 HARGROVE RD<br>RALEIGH, NC 27616 | 19132 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| THE TIMKEN COMPANY<br>C O JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | 18832 | Secured:<br>Priority:<br>Administrative: $843,522.56<br>Unsecured:<br>Total: $843,522.56 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| THE TIMKEN COMPANY<br>C O JAMES M SULLIVAN<br>ARENT FOX LLP<br>1675 BROADWAY<br>NEW YORK, NY 10019 | 19765 | Secured:<br>Priority:<br>Administrative: $656,034.89<br>Unsecured:<br>Total: $656,034.89 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TOYOTA PRODUCTION SYSTEM SUPPORT CENTER INC FKA TSSC INC<br>ATTN ROBERT V SARTIN<br>FROST BROWN TODD LLC<br>250 W MAIN ST STE 2800<br>LEXINGTON, KY 40507 | 18863 | Secured:<br>Priority:<br>Administrative: $23,669.99<br>Unsecured:<br>Total: $23,669.99 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN MARY ANN KILGORE<br>1400 DOUGLAS ST STOP 1580<br>OMAHA, NE 68179-1580 | 17882 | Secured:<br>Priority:<br>Administrative: $81,842.00<br>Unsecured:<br>Total: $81,842.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| USF HOLLAND INC<br>ATTN MATTHEW MATHENEY<br>C O FRANTZ WARD LLP<br>2500 KEY CTR<br>127 PUBLIC SQ<br>CLEVELAND, OH 44114 | 19782 | Secured:<br>Priority:<br>Administrative: $13,423.80<br>Unsecured:<br>Total: $13,423.80 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

# EXHIBIT L-2 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VEHCOM A DIVISION OF LINAMAR COPORATION<br>C O SUSAN M COOK<br>916 WASHINGTON AVE STE 309<br>BAY CITY, MI 48708 | 18886 | Secured:<br>Priority:<br>Administrative: $1,889,515.70<br>Unsecured:<br>Total: $1,889,515.70 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| YRC INC FORMERLY KNOWN AS ROADWAY EXPRESS INC<br>ATTN JOHN F KOSTELNIK ESQ<br>FRANTZ WARD LLP<br>2500 KEY CENTER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | 17261 | Secured:<br>Priority:<br>Administrative: $14,152.00<br>Unsecured:<br>Total: $14,152.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| YRC INC FORMERLY KNOWN AS ROADWAY EXPRESS INC<br>ATTN MATTHEW MATHENEY<br>C O FRANTZ WARD LLP<br>2500 KEY CENTER<br>127 PUBLIC SQ<br>CLEVELAND, OH 44114 | 19783 | Secured:<br>Priority:<br>Administrative: $6,742.87<br>Unsecured:<br>Total: $6,742.87 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **127** | **$104,081,831.37** | | |

\*    "UNL" denotes an unliquidated claim.