**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT L-3 - ADJOURNED DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 1717<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>BING METALS GROUP LLC<br>PATRICK J KUKLA ESQ<br>CARSON FISCHER PLC<br>4111 ANDOVER RD W 2ND FL<br>BLOOMFIELD HILLS, MI 48302<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $148,514.43<br>Unsecured:<br>Total: $148,514.43 | Claim: 19719<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>BING METALS GROUP LLC<br>PATRICK J KUKLA ESQ<br>CARSON FISCHER PLC<br>4111 ANDOVER RD W 2ND FL<br>BLOOMFIELD HILLS, MI 48302<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $148,514.43<br>Unsecured:<br>Total: $148,514.43 |
| Claim: 1730<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS<br>CZECH REPUBLIC SRO<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,443.13<br>Unsecured:<br>Total: $8,443.13 | Claim: 19776<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS<br>CZECH REPUBLIC SRO<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $8,443.13<br>Unsecured:<br>Total: $8,443.13 |
| Claim: 1729<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $154,438.26<br>Unsecured:<br>Total: $154,438.26 | Claim: 19778<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $154,438.26<br>Unsecured:<br>Total: $154,438.26 |
| Claim: 1734<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $198,292.00<br>Unsecured:<br>Total: $198,292.00 | Claim: 19774<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $198,292.00<br>Unsecured:<br>Total: $198,292.00 |

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

## EXHIBIT L-3 - ADJOURNED DUPLICATE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 1928<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $3,179,381.57<br>Unsecured:<br>Total: $3,179,381.57 | Claim: 19775<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $3,179,381.57<br>Unsecured:<br>Total: $3,179,381.57 |
| Claim: 1932<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $2,519.00<br>Unsecured:<br>Total: $2,519.00 | Claim: 19780<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $2,519.00<br>Unsecured:<br>Total: $2,519.00 |
| Claim: 1927<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $171,505.92<br>Unsecured:<br>Total: $171,505.92 | Claim: 19773<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $171,505.92<br>Unsecured:<br>Total: $171,505.92 |
| Claim: 1936<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $13,729.88<br>Unsecured:<br>Total: $13,729.88 | Claim: 19779<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>CONTINENTAL AUTOMOTIVE SYSTEMS US INC<br>PETER CLARK ESQ<br>BARNES & THORNBURG LLP<br>100 N MICHIGAN ST STE 600<br>SOUTH BEND, IN 46601<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $13,729.88<br>Unsecured:<br>Total: $13,729.88 |

**In re Delphi Corporation, et al.**  
Case No. 05-44481 (RDD)

**Forty-Third Omnibus Claims Objection**

### EXHIBIT L-3 - ADJOURNED DUPLICATE CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim: 19733 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 19777 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 11/04/2009 | Secured: | Date Filed: 11/05/2009 | Secured: |
| Creditor's Name: | Priority: | Creditor's Name: | Priority: |
| CONTINENTAL AUTOMOTIVE SYSTEMS US INC | Administrative: $915.00 | CONTINENTAL AUTOMOTIVE SYSTEMS US INC | Administrative: $915.00 |
| PETER CLARK ESQ | Unsecured: | PETER CLARK ESQ | Unsecured: |
| BARNES & THORNBURG LLP | | BARNES & THORNBURG LLP | |
| 100 N MICHIGAN ST STE 600 | Total: $915.00 | 100 N MICHIGAN ST STE 600 | Total: $915.00 |
| SOUTH BEND, IN 46601 | | SOUTH BEND, IN 46601 | |

**Total Claims To Be Expunged:**  
**Total Asserted Amount To Be Expunged:** $3,877,739.19

Page 3 of 3