**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

**EXHIBIT L-4 - ADJOURNED PRE-PETITION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHARLENE G PRONESTI<br>42820 HAVEN DR<br>ELYRIA, OH 44035-2039 | 19758 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 11/05/2009 | DELPHI CORPORATION<br>(05-44481) |
| WAMCO INC<br>NANCY LOUIE<br>11555 COLEY RIVER CIR<br>FOUNTAIN VALLEY, CA 92708 | 18051 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$52,781.50<br><br>$52,781.50 | 07/09/2009 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$52,781.50** | | |

\*   "UNL" denotes an unliquidated claim.                              Page 1 of 1