**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Third Omnibus Claims Objection**

## EXHIBIT L-5 - ADJOURNED ALLOWED SEVERANCE CLAIM

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 20054 | ROBYN R BUDD | | Docketed Total: | $23,962.50 | | | Allowed Total: | $23,962.50 |
| Date Filed: 10/30/2009 | | | | | | | | |
| Docketed Total: $23,962.50 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Filing Creditor Name: | Case Number** | | $23,962.50 | | Case Number* | | $23,962.50 | |
| ROBYN R BUDD | 05-44481 | | $23,962.50 | | 05-44481 | | $23,962.50 | |
| | | | | | | | | |
| | | | | | Total Claims To Be Allowed: 1 | | | |
| | | | | | Total Amount As Docketed: | | $23,962.50 | |
| | | | | | Total Amount As Allowed: | | $23,962.50 | |

\*   The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*  See Exhibit M for a listing of debtor entities by case number.