In re DPH Holdings Corp., et al.                                    Forty-Third Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit M - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |