COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Columbia Industrial Sales, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------   x
                                                      :
    In re                                         :    Chapter 11
                                                      :
DPH HOLDINGS CORP., *et al.*                          :    Case No. 05-44481 (RDD)
*fka* Delphi                                          :
                                                      :    (Jointly Administered)
                         Debtors.    :
---------------------------------------------------

**WITHDRAWAL OF WITHDRAWAL OF OBJECTION OF COLUMBIA INDUSTRIAL SALES, INC. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION WITH SALE OF STEERING AND HALFSHAFT BUSINESS
(DOCKET #19583)**

Comes now the Columbia Industrial Sales, Inc., by and through counsel, and respectfully requests that its previously filed Withdrawal of Objection of Columbia Industrial Sales, Inc. to Debtors' Notice of Cure Amount with Respect to Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale or Steering and Halfshaft Business [Doc. 19583] filed on 3-2-2010 be withdrawn.

Date:  March 4, 2010                      Respectfully submitted,

                                                      COOLIDGE WALL CO., L.P.A.

                                                        By:  /s/ Ronald S. Pretekin
                                                                Ronald S. Pretekin (OH#18694)
                                                                33 West First Street, Suite 600
                                                                Dayton, OH  45402
                                                      Telephone:  937-223-8177
                                                      Facsimile:  937-223-6705
                                                      e-mail:  pretekin@coollaw.com

                                                  *Attorneys for Columbia Industrial Sales, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2010, a copy of the foregoing ***Withdrawal of Withdrawal of Objection of Columbia Industrial Sales, Inc. to Debtors' Notice of Cure Amount with Respect to Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection with Sale of Steering and Halfshaft Business (Docket 19583)*** was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed with the Court's CM/ECF system.

                                                        */s/ Ronald S. Pretekin*
                                                        Ronald S. Pretekin

w:\wdox\client\008134\00151\00471939.docx

2