COOLIDGE WALL CO., L.P.A.
33 West First Street, Suite 600
Dayton, OH  45402
Ronald S. Pretekin (#0018694)

Attorneys for Columbia Industrial Sales, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- x
                                                     :
   In re                                             :   Chapter 11
                                                     :
DPH HOLDINGS CORP., *et al.*                         :   Case No. 05-44481 (RDD)
*fka* Delphi                                         :
                                                     :   (Jointly Administered)
                    Debtors.                         :
----------------------------------------------------

## WITHDRAWAL OF OBJECTION OF COLUMBIA INDUSTRIAL SALES, INC. TO DEBTORS' NOTICE OF CURE AMOUNT WITH RESPECT TO EXECUTORY CONTRACTS TO BE ASSUMED OR ASSUMED AND ASSIGNED UNDER PLAN OF REORGANIZATION

PLEASE TAKE NOTICE, that Columbia Industrial Sales, Inc., by its undersigned counsel, hereby withdraws its Objection to Debtors' Notice of Cure Amount with Respect to Executory Contracts to be Assumed or Assumed and Assigned under Plan of Reorganization as to Purchase Order D0550060352 ($78.86) (*Docket No. 13079),* filed on March 11, 2008.

Dated:  March 4, 2010            Respectfully submitted,

                                 COOLIDGE WALL CO., L.P.A.

                                  */s/ Ronald S. Pretekin*
                                 Ronald S. Pretekin  (OH 0018694)
                                 33 West First Street, Suite 600
                                 Dayton, OH  45402
                                 Telephone:  937-223-8177
                                 Facsimile:  937-223-6705
                                 e-mail:  pretekin@coollaw.com

COOLIDGE WALL CO., L.P.A.

Pg 2 of 2

ATTORNEYS FOR COLUMBIA INDUSTRIAL SALES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2010, a copy of the foregoing ***Withdrawal of Objection of Columbia Industrial Sales, Inc. to Debtors' Notice of Cure Amount with Respect to Executory Contracts to be Assumed and Assigned under Plan of Reorganization*** was filed electronically with the Clerk of Courts and electronically forwarded to the parties listed with the Court's CM/ECF system.

 */s/ Ronald S. Pretekin*
Ronald S. Pretekin

w:\wdox\client\008134\00151\00471916.doc

2