UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DPH HOLDINGS CORP., et al.,

Debtors.

Chapter 11

Case No. 05-44481 (RDD)

## RESPONSE TO FORTY-FOURTH OMNIBUS CLAIMS OBJECTION

Park Enterprises of Rochester, Inc., by and through its attorneys, Woods Oviatt Gilman LLP, for its Response to the Debtors' Forty-Fourth Omnibus Claims Objection, alleges as follows:

1.    On or about October 8, 2005, Delphi Corporation and other captioned debtors (collectively referred to as "Debtors") filed a petition in bankruptcy under Chapter 11 of the Bankruptcy Code.

2.    Prior to October 8, 2005, Park Enterprises of Rochester, Inc. ("Park") sold certain goods to Delphi Automotive Systems LLC. These goods were never paid for by Debtors.

3.    On or about October 30, 2006, Park filed its Proof of Claim against Delphi Automotive Systems LLC in the amount of $655,686.82 (the "Claim").  Upon information and belief the Claim has been assigned a Claim Number of **16395**.  The Claim is an amendment of one or more previously filed claims, including a claim filed on July 12, 2006 (which, upon information and belief, was assigned a Claim Number of 9647).  The Claim included Park's records reflecting the purchase orders, invoice numbers and amounts due, and is annexed hereto as *Exhibit A*.

4.    On or about February 3, 2010, Debtors filed the Forty-Fourth Omnibus Claims Objection ("Claim Objection").

{1089941:}

5.    In the Claim Objection, the basis stated for the Debtors' objection to the Claim is "Preference-Related Claims" and Bankruptcy Code § 502(d).  The Debtors allege that the Claim is asserted by a claimant who is a defendant in an avoidance action under 11 U.S.C. §§ 542-545, 547-550, or 553 and that the Claim is "potentially" subject to disallowance pursuant to 11 U.S.C. § 502(d).

6.    Other than the general allegation and reference to § 502(d) set forth above, the Debtors provide no specific allegations to support the Claim Objection or as a basis for denial of the Claim.

7.    The Claim is not a claim subject to disallowance under § 502(d).

8.    The Claim cannot be dismissed or disallowed, in whole or in part, until there has been a determination of liability on the part of Park for a preference claim and an opportunity for compliance.

9.    Park is not liable to the Debtors for any preference claims.

10.    Park is not a defendant in any avoidance action under 11 U.S.C. §§ 542-545, 547-550, or 553.

11.    Any payment that may have been received by Park during the preference period was a payment that was authorized and/or ratified pursuant to Park's status as a essential supplier, critical vendor, and/or sole source supplier, under terms of an agreement between Park and the Debtors.

12.    Any payment that may have been received by Park during the preference period was a payment in the ordinary course of the Debtors' business as it was, upon information and belief, a payment made as part of the Debtors' Vendor Rescue Program.

13.    Alternately, and without limiting other potential defenses available to Park in response to any preference claim, any payment that may have been received by Park during the preference period was a payment of a debt incurred in the ordinary course of the Debtors' and Park's business and any such payment was made in the ordinary course of the Debtors' business or according to ordinary business terms, or was a payment in exchange for new value.

14.    In addition, the Claim is not subject to disallowance under § 502(d) or as a consequence of any potential preference claims against Park, as the Claim was previously sold and transferred to Longacre Master Fund, Ltd. on or about October 31, 2006.

15.    The Debtors' unsubstantiated and general allegations are insufficient to provide any basis for a determination that the Claim is subject to disallowance as alleged by the Debtors.

16.    Therefore, Park requests the full amount of the Claim be allowed and that the Debtors' Claim Objection be dismissed.


DATED:        March 3, 2010
              Rochester, New York

                                            _____
                                            John K. McAndrew, Esq.
                                            WOODS OVIATT GILMAN LLP
                                            *Attorneys for Park Enterprises*
                                            *of Rochester, Inc.*
                                            700 Crossroads Building
                                            2 State Street
                                            Rochester, New York 14614
                                            585.987.2800
                                            jmcandrew@woodsoviatt.com


{1089941:}

# EXHIBIT A

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT Southern District of New York | PROOF OF CLAIM |
|---|---|
| | *AMENDED* |

| Name of Debtor | Case Number |
|---|---|
| Delphi Automotive Systems, LLC | 05-44640 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

Park Enterprises of Rochester, Inc.

Name and Address where notices should be sent:

Chamberlain D'Amanda
ATTN: Jerry Greenfield
2 State St., Suite 1600
Rochester, NY 14614

Telephone Number: (585) 232-3730

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☑ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☑ amends a previously filed claim, dated: 7/12/06

*Claim # 9647*

**1. Basis for Claim**
- ☑ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS your #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)        (date)

**2. Date debt was incurred: 2005**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 655,686.82
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

- ☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 655,686.82 _____ _____ 655,686.82
(unsecured)   (secured)   (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED

Date: 10/26/2006

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Hyo-Sik Park, Executive Vice President

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Invoice # | Part Number | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031782170 | RD 621584846 | E4 | 2 | 5203662360001 | 9/20/2005 | $51.00 | 80861 | D0550070806 | 20861 | 2537337 | 103 |
| 9000031966735 | RD 621584846 | J3 | 2 | 5203769866001 | 5/1/2005 | $93,785.36 | 50105 | D0450144863 | 80981 | PR10230987-0001 | |
| 9000031934235 | RD 621584846 | H2 | 2 | 5203750345001 | 2/25/2005 | $6,692.00 | 79720B | D0450124823 | 54240 | obsolete matl/old | |
| 9000031702654 | RD 621584846 | E4 | 2 | 5203628045001 | 9/14/2005 | $125.23 | 80819 | D0550070807 | 80819 | 25315245 | 240 |
| 9000031702653 | RD 621584846 | E4 | 2 | 5203627980001 | 9/14/2005 | $153.00 | 80822 | D0550054270 | 80822 | 25315245 | 900 |
| 9000031754069 | RD 621584846 | E4 | 2 | 5203642248001 | 9/15/2005 | $62.43 | 80832 | D0550070806 | 80832 | 25315245 | 123 |
| 9000031754057 | RD 621584846 | E4 | 2 | 5203642244001 | 9/15/2005 | $313.08 | 80832 | D0550070807 | 80832 | 25371337 | 600 |
| 9000031754058 | RD 621584846 | E4 | 2 | 5203642244002 | 9/15/2005 | $36.14 | 80833 | D0550070806 | 80833 | 25371333 | 73 |
| 9000031754064 | RD 621584846 | E4 | 2 | 5203642244002 | 9/15/2005 | $68.25 | 80833 | D0550070807 | 80833 | 25371333 | 134 |
| 9000031754063 | RD 621584846 | E4 | 2 | 5203642418001 | 9/16/2005 | $103.84 | 80847 | D0550070806 | 80847 | 25371333 | 199 |
| 9000031754061 | RD 621584846 | E4 | 2 | 5203642416001 | 9/16/2005 | $226.39 | 80847 | D0550070807 | 80847 | 25371337 | 446 |
| 9000031754062 | RD 621584846 | E4 | 2 | 5203642416002 | 9/16/2005 | $9.90 | 80848 | D0550070806 | 80848 | 25371333 | 20 |
| 9000031766546 | RD 621584846 | E4 | 2 | 5203564647001 | 9/19/2005 | $267.68 | 80848 | D0550070807 | 80848 | 25371333 | 51 |
| 9000031782172 | RD 621584846 | E4 | 2 | 5203662416002 | 9/20/2005 | $25.97 | 80854 | D0550054270 | 80854 | 25371333 | 513 |
| 9000031782171 | RD 621584846 | E4 | 2 | 5203662362001 | 9/20/2005 | $306.00 | 80862 | D0550054270 | 80862 | 25315245 | 1800 |
| 9000031795987 | RD 621584846 | E4 | 2 | 5203671453001 | 9/21/2005 | $39.59 | 80879 | D0550054270 | 80879 | 25371337 | 78 |
| 9000031795986 | RD 621584846 | E4 | 2 | 5203671444001 | 9/21/2005 | $525.45 | 80880 | D0550070807 | 80880 | 25315245 | 900 |
| 9000031863563 | RD 621584846 | J3 | 2 | 5203711390001 | 9/27/2005 | $1,327.89 | 20150926 | D0550054723 | 80894 | 6552422 | 1007 |
| 9000031863564 | RD 621584846 | J3 | 2 | 5203711393001 | 9/27/2005 | $1,351.39 | 20150926 | D0550054723 | 80894 | 6552423 | 480 |
| 9000031863565 | RD 621584846 | J3 | 2 | 5203711373001 | 9/27/2005 | $2,016.00 | 10150926 | D0550054395 | 80895 | 6582815 | 480 |
| 9000031863562 | RD 621584846 | E4 | 2 | 5203710971001 | 9/27/2005 | $153.00 | 80896 | D0550054270 | 80896 | 25315245 | 384 |
| 9000031863566 | RD 621584846 | J3 | 2 | 5203711375002 | 9/27/2005 | $4,177.92 | 50150926 | D0550064157 | 80898 | 6562481 | 960 |
| 9000031863570 | RD 621584846 | J3 | 2 | 5203711424001 | 9/27/2005 | $4,718.91 | 40150926 | D0550053441 | 80898 | 6570700 | 864 |
| 9000031863571 | RD 621584846 | J3 | 2 | 5203711424002 | 9/27/2005 | $4,409.28 | 40150926 | D0550055247 | 80899 | 6582676 | 1440 |
| 9000031863568 | RD 621584846 | J3 | 2 | 5203711399001 | 9/27/2005 | $3,014.40 | 40150926 | D0550053442 | 80899 | 6582677 | 2880 |
| 9000031863569 | RD 621584846 | J3 | 2 | 5203711399002 | 9/27/2005 | $3,292.80 | 30150926 | D0550053442 | 80900 | 6562172 | 960 |
| 9000031838861 | RD 621584846 | J3 | 2 | 5203885622001 | 9/23/2005 | $3,369.60 | 30150926 | D0550053443 | 80900 | 6562173 | 960 |
| 9000031863561 | RD 621584846 | E4 | 2 | 5203710969001 | 9/27/2005 | $313.08 | 80901 | D0550070807 | 80901 | 25371333 | 600 |
| 9000031879437 | RD 621584846 | J3 | 2 | 5203720782001 | 9/28/2005 | $378.31 | 50150927 | D0550053441 | 80904 | 25371333 | 725 |
| 9000031879443 | RD 621584846 | J3 | 2 | 5203720782001 | 9/28/2005 | $3,145.94 | 10150927 | D0550053441 | 80905 | 6570700 | 576 |
| 9000031879444 | RD 621584846 | J3 | 2 | 5203720782002 | 9/28/2005 | $6,266.88 | 10150927 | D0550064157 | 80905 | 6562481 | 1440 |
| 9000031879438 | RD 621584846 | J3 | 2 | 5203720104001 | 9/28/2005 | $3,292.80 | 40150927 | D0550053442 | 80906 | 6582172 | 960 |
| 9000031879439 | RD 621584846 | J3 | 2 | 5203720104002 | 9/28/2005 | $3,369.60 | 40150927 | D0550053443 | 80906 | 6562173 | 960 |
| 9000031879442 | RD 621584846 | J3 | 2 | 5203720112001 | 9/28/2005 | $3,014.40 | 20150927 | D0550055251 | 80907 | 6582677 | 2880 |
| 9000031879440 | RD 621584846 | J3 | 2 | 5203720106001 | 9/28/2005 | $16,419.45 | 50150927 | D0550055251 | 80908 | 6582677 | 5265 |
| 9000031879441 | RD 621584846 | J3 | 2 | 5203720108001 | 9/28/2005 | $1,351.39 | 50150927 | D0550054730 | 80909 | 6552423 | 480 |
| 9000031896645 | RD 621584846 | J3 | 2 | 5203720110001 | 9/28/2005 | $8,232.00 | 70150927 | D0550053442 | 80913 | 6562172 | 2400 |
| 9000031896646 | RD 621584846 | J3 | 2 | 5203728793001 | 9/29/2005 | $4,718.91 | 30150928 | D0550053441 | 80919 | 6570700 | 864 |
| 9000031896647 | RD 621584846 | J3 | 2 | 5203728760002 | 9/29/2005 | $8,355.84 | 30150928 | D0550064157 | 80919 | 6562481 | 1920 |
| 9000031896650 | RD 621584846 | J3 | 2 | 5203728761001 | 9/29/2005 | $3,014.40 | 40150928 | D0550055251 | 80920 | 6582677 | 2880 |
| 9000031896649 | RD 621584846 | J3 | 2 | 5203728763003 | 9/29/2005 | $2,008.80 | 50150928 | D0550054010 | 80921 | 6562176 | 480 |
| 9000031896648 | RD 621584846 | J3 | 2 | 5203728763002 | 9/29/2005 | $3,369.60 | 50150928 | D0550053443 | 80921 | 6562173 | 960 |
| 9000031896651 | RD 621584846 | J3 | 2 | 5203728763001 | 9/30/2005 | $8,232.00 | 50150928 | D0550053442 | 80921 | 6562172 | 2400 |
| 9000031896644 | RD 621584846 | J3 | 2 | 5203727707002 | 9/30/2005 | $1,331.23 | 20150928 | D0550054730 | 80922 | 6552423 | 480 |
| 9000031921760 | RD 621584846 | J3 | 2 | 5203728759001 | 9/29/2005 | $2,050.56 | 10150928 | D0550054391 | 80923 | 6582816 | 384 |
| 9000031921759 | RD 621584846 | J3 | 2 | 5203727707002 | 9/30/2005 | $2,016.00 | 10150929 | D0550054395 | 80924 | 6582815 | 384 |
| 9000031921761 | RD 621584846 | J3 | 2 | 5203737711001 | 9/30/2005 | $2,123.52 | 50150929 | D0550053443 | 80924 | 6562173 | 2400 |
| 9000031921762 | RD 621584846 | J3 | 2 | 5203737708001 | 9/29/2005 | $1,331.23 | 50150929 | D0550053442 | 80924 | 6582814 | 384 |
| 9000031921758 | RD 621584846 | E4 | 2 | 5203726970001 | 9/30/2005 | $153.00 | 80929 | D0550054270 | 80929 | 25315245 | 900 |
| 9000031921762 | RD 621584846 | J3 | 2 | 5203737389001 | 9/29/2005 | $185.13 | 50150929 | D0550054270 | 80930 | 6552423 | 1089 |
| 9000031896640 | RD 621584846 | E4 | 2 | 5203728923001 | 9/29/2005 | $57.85 | 80931 | D0550070806 | 80931 | 25371333 | 114 |
| 9000031896642 | RD 621584846 | E4 | 2 | 5203728924001 | 9/29/2005 | $271.46 | 80932 | D0550070807 | 80932 | 25371333 | 533 |

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Invoice # | Part Number | Quantity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 900000321772 | RD 621584846 | J3 | 2 | 5203744099001 | 10/1/2005 | $4,409.28 | 10150930 | D050055245 | 80933 | 6582676 | 1440 |
| 900000321773 | RD 621584846 | J3 | 2 | 5203744099002 | 10/1/2005 | $18,028.80 | 10150930 | D050055251 | 80933 | 6582677 | 5760 |
| 900000321771 | RD 621584846 | J3 | 2 | 5203744097001 | 10/1/2005 | $1,331.23 | 20150930 | D050054730 | 80935 | 6552423 | 480 |
| 900000321770 | RD 621584846 | J3 | 2 | 5203744097002 | 10/1/2005 | $3,935.66 | 20150930 | D050054730 | 80935 | 6552422 | 1440 |
| 900000334239 | RD 621584846 | J3 | 2 | 5203751127001 | 10/3/2005 | $2,916.90 | 30150930 | D050054395 | 80936 | 6582815 | 384 |
| 900000334237 | RD 621584846 | J3 | 2 | 5203751127002 | 10/3/2005 | $2,050.56 | 30150930 | D050054043 | 80936 | 6582816 | 384 |
| 900000334238 | RD 621584846 | J3 | 2 | 5203751127002 | 10/3/2005 | $4,247.04 | 30150930 | D050050391 | 80936 | 6582814 | 768 |
| 900000321768 | RD 621584846 | J3 | 2 | 5203744096001 | 10/1/2005 | $4,939.20 | 40150930 | D050055442 | 80937 | 6562172 | 1440 |
| 900000321769 | RD 621584846 | J3 | 2 | 5203744096002 | 10/1/2005 | $5,054.40 | 40150930 | D050055443 | 80937 | 6582173 | 1440 |
| 900000966724 | RD 621584846 | J3 | 2 | 5203763343001 | 9/30/2005 | $12,914.73 | 9030 | D050141985 | 80944 | steel surcharge | |
| 900000950446 | RD 621584846 | J3 | 2 | 5203763342001 | 9/30/2005 | $51,601.88 | 80945 | D050141983 | 80945 | steel surcharge | |
| 900000950447 | RD 621584846 | J3 | 2 | 5203757468001 | 10/4/2005 | $4,177.92 | 10151003 | D050064157 | 80946 | 6582481 | 960 |
| 900000950448 | RD 621584846 | E4 | 2 | 5203757470001 | 10/4/2005 | $1,311.89 | 20151003 | D050054723 | 80947 | 6552422 | 480 |
| 900000950449 | RD 621584846 | E4 | 2 | 5203757470002 | 10/4/2005 | $1,331.23 | 20151003 | D050054730 | 80947 | 6552423 | 480 |
| 900000950450 | RD 621584846 | J3 | 2 | 5203757470001 | 10/4/2005 | $9,014.40 | 30151003 | D050055251 | 80948 | 6582677 | 2880 |
| 900000950451 | RD 621584846 | E4 | 2 | 5203757756001 | 10/4/2005 | $3,292.80 | 30151003 | D050053443 | 80949 | 6582173 | 960 |
| 900000950454 | RD 621584846 | J3 | 2 | 5203757756002 | 10/4/2005 | $3,369.60 | 40151003 | D050053442 | 80949 | 6582173 | 960 |
| 900000950452 | RD 621584846 | J3 | 2 | 5203757758001 | 10/4/2005 | $2,016.00 | 50151003 | D050055043 | 80950 | 6582815 | 384 |
| 900000950453 | RD 621584846 | J3 | 2 | 5203757758002 | 10/4/2005 | $2,050.56 | 50151003 | D050054395 | 80950 | 6582816 | 384 |
| 900000950455 | RD 621584846 | J3 | 2 | 5203757758001 | 10/4/2005 | $2,123.52 | 50151003 | D050054043 | 80950 | 6582814 | 384 |
| 900000334224 | RD 621584846 | E4 | 2 | 5203749965001 | 10/4/2005 | $4,870.80 | 80962 | D050142461 | 80862 | PR10218735 0001 | 540 |
| 900000334233 | RD 621584846 | E4 | 2 | 5203749942001 | 10/3/2005 | $153.00 | 80958 | D050055470 | 80956 | 25315245 | 900 |
| 900000966725 | RD 621584846 | E4 | 2 | 5203766334001 | 10/3/2005 | $342.82 | 80957 | D050070807 | 80957 | 25371333 | 657 |
| 900000966726 | RD 621584846 | J3 | 2 | 5203766334002 | 10/5/2005 | $2,662.46 | 10151004 | D050054730 | 80959 | 6552422 | 480 |
| 900000966727 | RD 621584846 | J3 | 2 | 5203766338001 | 10/5/2005 | $1,311.89 | 10151004 | D050054723 | 80959 | 6552423 | 960 |
| 900000966729 | RD 621584846 | J3 | 2 | 5203766339001 | 10/5/2005 | $4,718.91 | 10151004 | D050055441 | 80963 | 6670700 | 864 |
| 900000966728 | RD 621584846 | J3 | 2 | 5203766338003 | 10/5/2005 | $5,134.08 | 20151004 | D050066048 | 80963 | 6570424 | 960 |
| 900000966731 | RD 621584846 | J3 | 2 | 5203766338002 | 10/5/2005 | $6,266.88 | 20151004 | D050054157 | 80964 | 6582481 | 1440 |
| 900000966732 | RD 621584846 | J3 | 2 | 5203766733001 | 10/5/2005 | $2,016.00 | 30151004 | D050054395 | 80964 | 6582815 | 384 |
| 900000966730 | RD 621584846 | J3 | 2 | 5203766733002 | 10/5/2005 | $2,123.52 | 30151004 | D050055391 | 80964 | 6582814 | 384 |
| 900000966733 | RD 621584846 | J3 | 2 | 5203766674001 | 10/5/2005 | $5,879.04 | 40151004 | D050055247 | 80966 | 6582676 | 1920 |
| 900005480272 | RD 621584846 | J3 | 2 | 5203766674002 | 10/5/2005 | $3,014.40 | 40151004 | D050055251 | 80966 | 6582677 | 2880 |
| 900005016202 | RD 621584846 | J3 | 2 | 5203668690001 | 4/28/2004 | $4,737.60 | 60140427 | D050053442 | 54250 | 6560172 | 1440 |
| 900000318649 | RD 621584846 | J3 | 4 | ADMDISCTS1005 | 10/17/2005 | ($3,854.22) | DISCTS1005 | | | | |
| 900000318650 | RD 621584846 | J3 | 4 | CSR5203698650001 | 9/25/2005 | $24.53 | 40150801 | D050054723 | | price adj | 5203698650001 |
| 900000318651 | RD 621584846 | J3 | 4 | CSR5203698650002 | 9/25/2005 | $24.53 | 20150802 | D050054723 | | price adj | 5203698650002 |
| 900000318652 | RD 621584846 | J3 | 4 | CSR5203698650003 | 9/25/2005 | $24.53 | 20150803 | D050054723 | | price adj | 5203698650003 |
| 900000318653 | RD 621584846 | J3 | 4 | CSR5203698650004 | 9/25/2005 | $24.53 | 20150806 | D050054723 | | price adj | 5203698650004 |
| 900000318654 | RD 621584846 | J3 | 4 | CSR5203698650005 | 9/25/2005 | $24.53 | 10150808 | D050054723 | | price adj | 5203698650005 |
| 900000318655 | RD 621584846 | J3 | 4 | CSR5203698650006 | 9/25/2005 | $49.06 | 20150809 | D050054723 | | price adj | 5203698650006 |
| 900000318656 | RD 621584846 | J3 | 4 | CSR5203698650007 | 9/25/2005 | $49.06 | 20150810 | D050054723 | | price adj | 5203698650007 |
| 900000318657 | RD 621584846 | J3 | 4 | CSR5203698650008 | 9/25/2005 | $24.53 | 20150811 | D050054723 | | price adj | 5203698650008 |
| 900000318658 | RD 621584846 | J3 | 4 | CSR5203698650010 | 9/25/2005 | $49.06 | 40150812 | D050054723 | | price adj | 5203698650009 |
| 900000318659 | RD 621584846 | J3 | 4 | CSR5203698650011 | 9/25/2005 | $24.53 | 20150815 | D050054723 | | price adj | 5203698650010 |
| 900000318660 | RD 621584846 | J3 | 4 | CSR5203698650012 | 9/25/2005 | $24.53 | 30150815 | D050054723 | | price adj | 5203698650011 |
| 900000318661 | RD 621584846 | J3 | 4 | CSR5203698650013 | 9/25/2005 | $24.53 | 20150816 | D050054723 | | price adj | 5203698650012 |
| 900000318662 | RD 621584846 | J3 | 4 | CSR5203698650014 | 9/25/2005 | $24.53 | 40150817 | D050054723 | | price adj | 5203698650013 |
| 900000318663 | RD 621584846 | J3 | 4 | CSR5203698650015 | 9/25/2005 | $24.53 | 20150818 | D050054723 | | price adj | 5203698650014 |
| 900000318664 | RD 621584846 | J3 | 4 | CSR5203698650016 | 9/25/2005 | $24.53 | 20150822 | D050054723 | | price adj | 5203698650015 |
| 900000318665 | RD 621584846 | J3 | 4 | CSR5203698650017 | 9/25/2005 | $24.53 | 10150823 | D050054723 | | price adj | 5203698650016 |
| 900000318666 | RD 621584846 | J3 | 4 | CSR5203698650018 | 9/25/2005 | $24.53 | 10150824 | D050054723 | | price adj | 5203698650017 |
| 900000318667 | RD 621584846 | J3 | 4 | CSR5203698650019 | 9/25/2005 | $24.53 | 10150825 | D050054723 | | price adj | 5203698650018 |
| 900000318668 | RD 621584846 | J3 | 4 | CSR5203698650020 | 9/25/2005 | $24.53 | 20150828 | D050054723 | | price adj | 5203698650019 |
| 900000318669 | RD 621584846 | J3 | 4 | CSR5203698650021 | 9/25/2005 | $24.53 | 20150829 | D050054723 | | price adj | 5203698650020 |
| 900000318670 | RD 621584846 | J3 | 4 | CSR5203698650022 | 9/25/2005 | $24.53 | 40150831 | D050054723 | | price adj | 5203698650021 |
| 900000318671 | RD 621584846 | J3 | 4 | CSR5203698650023 | 9/25/2005 | $24.53 | 20150901 | D050054723 | | price adj | 5203698650022 |
| 900000318672 | RD 621584846 | J3 | 4 | CSR5203698650024 | 9/25/2005 | $24.53 | 20150902 | D050054723 | | price adj | 5203698650023 |
| 900000318673 | RD 621584846 | J3 | 4 | CSR5203698650025 | 9/25/2005 | $24.53 | 20150903 | D050054723 | | price adj | 5203698650024 |
| 900000318674 | RD 621584846 | J3 | 4 | CSR5203698650026 | 9/25/2005 | $24.53 | 20150907 | D050054723 | | price adj | 5203698650025 |
| | RD 621584846 | J3 | 4 | | 9/25/2005 | $24.53 | 20150908 | D050054723 | | price adj | 5203698650026 |

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Invoice # | Part Number | Quantity | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000031818675 | RD 621584846 | J3 | 4 | 1CSR5203698650027 | 9/25/2005 | $24.53 | 50150909 | DO550054723 | | | price adj. | 5203698650027 |
| 9000031818676 | RD 621584846 | J3 | 4 | 1CSR5203698650028 | 9/25/2005 | $24.53 | 40150912 | DO550054723 | | | price adj. | 5203698650028 |
| 9000031818677 | RD 621584846 | J3 | 4 | 1CSR5203698650029 | 9/25/2005 | $24.53 | 10150913 | DO550054723 | | | price adj. | 5203698650029 |
| 9000031818678 | RD 621584846 | J3 | 4 | 1CSR5203698650030 | 9/25/2005 | $24.53 | 10150914 | DO550054723 | | | price adj. | 5203698650030 |
| 9000031818679 | RD 621584846 | J3 | 4 | 1CSR5203698650031 | 9/25/2005 | $24.53 | 30150916 | DO550054723 | | | price adj. | 5203698650031 |
| 9000031818680 | RD 621584846 | J3 | 4 | 1CSR5203698650032 | 9/25/2005 | $24.53 | 20150919 | DO550054723 | | | price adj. | 5203698650032 |
| 9000031818681 | RD 621584846 | J3 | 4 | 1CSR5203698650033 | 9/25/2005 | $24.53 | 20150920 | DO550054723 | | | price adj. | 5203698650033 |
| 9000031818682 | RD 621584846 | J3 | 4 | 1CSR5203698652001 | 9/25/2005 | $27.50 | 10150808 | DO550054730 | | | price adj. | 5203698652001 |
| 9000031818683 | RD 621584846 | J3 | 4 | 1CSR5203698652002 | 9/25/2005 | $27.50 | 20150809 | DO550054730 | | | price adj. | 5203698652002 |
| 9000031818684 | RD 621584846 | J3 | 4 | 1CSR5203698652003 | 9/25/2005 | $55.00 | 20150810 | DO550054730 | | | price adj. | 5203698652003 |
| 9000031818685 | RD 621584846 | J3 | 4 | 1CSR5203698652004 | 9/25/2005 | $27.50 | 20150811 | DO550054730 | | | price adj. | 5203698652004 |
| 9000031818686 | RD 621584846 | J3 | 4 | 1CSR5203698652005 | 9/25/2005 | $27.50 | 40150812 | DO550054730 | | | price adj. | 5203698652005 |
| 9000031818687 | RD 621584846 | J3 | 4 | 1CSR5203698652006 | 9/25/2005 | $27.50 | 10150823 | DO550054730 | | | price adj. | 5203698652006 |
| 9000031818688 | RD 621584846 | J3 | 4 | 1CSR5203698652007 | 9/25/2005 | $55.00 | 10150825 | DO550054730 | | | price adj. | 5203698652007 |
| 9000031818689 | RD 621584846 | J3 | 4 | 1CSR5203698652008 | 9/25/2005 | $27.50 | 20150828 | DO550054730 | | | price adj. | 5203698652008 |
| 9000031818690 | RD 621584846 | J3 | 4 | 1CSR5203698652009 | 9/25/2005 | $27.50 | 20150829 | DO550054730 | | | price adj. | 5203698652009 |
| 9000031818691 | RD 621584846 | J3 | 4 | 1CSR5203698652010 | 9/25/2005 | $27.50 | 20150830 | DO550054730 | | | price adj. | 5203698652010 |
| 9000031818692 | RD 621584846 | J3 | 4 | 1CSR5203698652011 | 9/25/2005 | $27.50 | 50150831 | DO550054730 | | | price adj. | 5203698652011 |
| 9000031818693 | RD 621584846 | J3 | 4 | 1CSR5203698652012 | 9/25/2005 | $27.50 | 40150831 | DO550054730 | | | price adj. | 5203698652012 |
| 9000031818694 | RD 621584846 | J3 | 4 | 1CSR5203698652013 | 9/25/2005 | $27.50 | 50150906 | DO550054730 | | | price adj. | 5203698652013 |
| 9000031818695 | RD 621584846 | J3 | 4 | 1CSR5203698652014 | 9/25/2005 | $55.00 | 30150907 | DO550054730 | | | price adj. | 5203698652014 |
| 9000031818696 | RD 621584846 | J3 | 4 | 1CSR5203698652015 | 9/25/2005 | $27.50 | 50150909 | DO550054730 | | | price adj. | 5203698652015 |
| 9000031818697 | RD 621584846 | J3 | 4 | 1CSR5203698652016 | 9/25/2005 | $55.00 | 10150914 | DO550054730 | | | price adj. | 5203698652016 |
| 9000031818698 | RD 621584846 | J3 | 4 | 1CSR5203698652017 | 9/25/2005 | $27.50 | 10150915 | DO550054730 | | | price adj. | 5203698652017 |
| 9000031818700 | RD 621584846 | J3 | 4 | 1CSR5203698652018 | 9/25/2005 | $27.50 | 30150916 | DO550054730 | | | price adj. | 5203698652018 |
| 9000031818701 | RD 621584846 | J3 | 4 | 1CSR5203698652019 | 9/25/2005 | $27.50 | 30150918 | DO550054730 | | | price adj. | 5203698652019 |
| 9000031818702 | RD 621584846 | J3 | 4 | 1CSR5203698652020 | 9/25/2005 | $27.50 | 20150819 | DO550054730 | | | price adj. | 5203698652020 |
| 9000032842880 | RD 621584846 | J3 | 4 | 1CSR5204303928001 | 10/7/2005 | $9.06 | 40150831 | DO550054723 | | | price adj. | 5204303928001 |
| 9000032842881 | RD 621584846 | J3 | 4 | 1CSR5204303928002 | 10/7/2005 | $9.06 | 50150901 | DO550054723 | | | price adj. | 5204303928002 |
| 9000032842882 | RD 621584846 | J3 | 4 | 1CSR5204303928003 | 10/7/2005 | $9.06 | 50150901 | DO550054723 | | | price adj. | 5204303928003 |
| 9000032842883 | RD 621584846 | J3 | 4 | 1CSR5204303928004 | 10/7/2005 | $9.06 | 50150904 | DO550054723 | | | price adj. | 5204303928004 |
| 9000032842884 | RD 621584846 | J3 | 4 | 1CSR5204303928005 | 10/7/2005 | $9.06 | 50150906 | DO550054723 | | | price adj. | 5204303928005 |
| 9000032842885 | RD 621584846 | J3 | 4 | 1CSR5204303928006 | 10/7/2005 | $9.06 | 50150907 | DO550054723 | | | price adj. | 5204303928006 |
| 9000032842886 | RD 621584846 | J3 | 4 | 1CSR5204303928007 | 10/7/2005 | $9.06 | 50150909 | DO550054723 | | | price adj. | 5204303928007 |
| 9000032842887 | RD 621584846 | J3 | 4 | 1CSR5204303928008 | 10/7/2005 | $9.06 | 50150913 | DO550054723 | | | price adj. | 5204303928008 |
| 9000032842888 | RD 621584846 | J3 | 4 | 1CSR5204303928009 | 10/7/2005 | $9.06 | 50150913 | DO550054723 | | | price adj. | 5204303928009 |
| 9000032842889 | RD 621584846 | J3 | 4 | 1CSR5204303928010 | 10/7/2005 | $9.06 | 10150913 | DO550054723 | | | price adj. | 5204303928010 |
| 9000032842890 | RD 621584846 | J3 | 4 | 1CSR5204303928011 | 10/7/2005 | $9.06 | 10150914 | DO550054723 | | | price adj. | 5204303928011 |
| 9000032842891 | RD 621584846 | J3 | 4 | 1CSR5204303928012 | 10/7/2005 | $9.06 | 30150916 | DO550054723 | | | price adj. | 5204303928012 |
| 9000032842892 | RD 621584846 | J3 | 4 | 1CSR5204303928013 | 10/7/2005 | $9.06 | 50150919 | DO550054723 | | | price adj. | 5204303928013 |
| 9000032842893 | RD 621584846 | J3 | 4 | 1CSR5204303928014 | 10/7/2005 | $9.06 | 50150920 | DO550054723 | | | price adj. | 5204303928014 |
| 9000032842894 | RD 621584846 | J3 | 4 | 1CSR5204303928015 | 10/7/2005 | $9.06 | 50150921 | DO550054723 | | | price adj. | 5204303928015 |
| 9000032842895 | RD 621584846 | J3 | 4 | 1CSR5204303928016 | 10/7/2005 | $9.06 | 50150922 | DO550054723 | | | price adj. | 5204303928016 |
| 9000032842896 | RD 621584846 | J3 | 4 | 1CSR5204303928017 | 10/7/2005 | $9.06 | 50150923 | DO550054723 | | | price adj. | 5204303928017 |
| 9000032842897 | RD 621584846 | J3 | 4 | 1CSR5204303929001 | 10/7/2005 | $18.05 | 50150926 | DO550054730 | | | price adj. | 5204303929001 |
| 9000032842898 | RD 621584846 | J3 | 4 | 1CSR5204303929002 | 10/7/2005 | $9.03 | 50150831 | DO550054730 | | | price adj. | 5204303929002 |
| 9000032842899 | RD 621584846 | J3 | 4 | 1CSR5204303929003 | 10/7/2005 | $9.03 | 40150831 | DO550054730 | | | price adj. | 5204303929003 |
| 9000032842900 | RD 621584846 | J3 | 4 | 1CSR5204303929004 | 10/7/2005 | $9.03 | 50150901 | DO550054730 | | | price adj. | 5204303929004 |
| 9000032842901 | RD 621584846 | J3 | 4 | 1CSR5204303929005 | 10/7/2005 | $9.03 | 50150906 | DO550054730 | | | price adj. | 5204303929005 |
| 9000032842902 | RD 621584846 | J3 | 4 | 1CSR5204303929006 | 10/7/2005 | $18.05 | 50150909 | DO550054730 | | | price adj. | 5204303929006 |
| 9000032842903 | RD 621584846 | J3 | 4 | 1CSR5204303929007 | 10/7/2005 | $9.03 | 50150909 | DO550054730 | | | price adj. | 5204303929007 |
| 9000032842904 | RD 621584846 | J3 | 4 | 1CSR5204303929008 | 10/7/2005 | $18.05 | 10150913 | DO550054730 | | | price adj. | 5204303929008 |
| 9000032842905 | RD 621584846 | J3 | 4 | 1CSR5204303929009 | 10/7/2005 | $9.03 | 10150914 | DO550054730 | | | price adj. | 5204303929009 |
| 9000032842906 | RD 621584846 | J3 | 4 | 1CSR5204303929010 | 10/7/2005 | $9.03 | 30150916 | DO550054730 | | | price adj. | 5204303929010 |
| 9000032842907 | RD 621584846 | J3 | 4 | 1CSR5204303929011 | 10/7/2005 | $9.03 | 50150921 | DO550054730 | | | price adj. | 5204303929011 |
| 9000032842909 | RD 621584846 | J3 | 4 | 1CSR5204303929012 | 10/7/2005 | $9.03 | 50150921 | DO550054730 | | | price adj. | 5204303929012 |
| 9000032842910 | RD 621584846 | J3 | 4 | 1CSR5204303929013 | 10/7/2005 | $18.05 | 50150923 | DO550054730 | | | price adj. | 5204303929013 |
| 9000032842911 | RD 621584846 | J3 | 4 | 1CSR5204303929015 | 10/7/2005 | $9.03 | 50150926 | DO550054730 | | | price adj. | 5204303929015 |

| Process # | DUNS # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Bill Of Lading | Purchase Order # | Invoice # | Part Number | Quantity | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9000032842912 | RD 621584846 | J3 | 4 | 1CSR520430392916 | 10/7/2005 | $9.03 | 50150827 | D0550054730 | | | price adj | 520430392916 |
| 9000032842913 | RD 621584846 | J3 | 4 | 1CSR520430392917 | 10/7/2005 | $9.03 | 50150828 | D0550054730 | | | price adj | 520430392917 |
| 9000032842914 | RD 621584846 | J3 | 4 | 1CSR520430392918 | 10/7/2005 | $9.03 | 50150829 | D0550054730 | | | price adj | 520430392918 |
| 9000032842915 | RD 621584846 | J3 | 4 | 1CSR520430395001 | 10/7/2005 | $73.30 | 50150930 | D0550054723 | | | price adj | 520430395001 |
| 9000032842916 | RD 621584846 | J3 | 4 | 1CSR520430395002 | 10/7/2005 | $24.43 | 20151003 | D0550054723 | | | price adj | 520430395002 |
| 9000032842917 | RD 621584846 | J3 | 4 | 1CSR520430395003 | 10/7/2005 | $24.43 | 10151004 | D0550054723 | | | price adj | 520430395003 |
| 9000032842918 | RD 621584846 | J3 | 4 | 1CSR520430395004 | 10/7/2005 | $24.43 | 20151005 | D0550054723 | | | price adj | 520430395004 |
| 9000032842919 | RD 621584846 | J3 | 4 | 1CSR520430395005 | 10/7/2005 | $24.43 | 20151006 | D0550054723 | | | price adj | 520430395005 |
| 9000032842945 | RD 621584846 | J3 | 4 | 1CSR520430396001 | 10/7/2005 | $27.41 | 20150830 | D0550054730 | | | price adj | 520430396001 |
| 9000032842946 | RD 621584846 | J3 | 4 | 1CSR520430396002 | 10/7/2005 | $27.41 | 20151003 | D0550054730 | | | price adj | 520430396002 |
| 9000032842947 | RD 621584846 | J3 | 4 | 1CSR520430396003 | 10/7/2005 | $54.82 | 10151004 | D0550054730 | | | price adj | 520430396003 |
| 9000032842948 | RD 621584846 | J3 | 4 | 1CSR520430396004 | 10/7/2005 | $54.82 | 20151005 | D0550054730 | | | price adj | 520430396004 |
| 9000035484795 | RD 621584846 | J3 | 4 | 1CSR520607322101 | 10/7/2005 | $403.20 | 60140427 | D0550053442 | | | price adj | 520607322101 |
| 9000031966734 | RD 621584846 | J3 | 2 | 52037674901 | 10/5/2005 | $3,292.80 | 50151004 | D0550053442 | 80967 | 6562172 | 960 | |
| 9000031979968 | RD 621584846 | J3 | 2 | 52037743898002 | 10/6/2005 | $2,016.00 | 10151005 | D0550054395 | 80970 | 6582815 | 384 | |
| 9000031979967 | RD 621584846 | J3 | 2 | 52037743898001 | 10/6/2005 | $2,016.00 | 10151005 | D0550054395 | 80970 | 6582814 | 384 | |
| 9000031979966 | RD 621584846 | J3 | 2 | 52037743885001 | 10/6/2005 | $2,123.52 | 10151005 | D0550054391 | 80971 | 6552422 | 480 | |
| 9000031979964 | RD 621584846 | J3 | 2 | 52037743885002 | 10/6/2005 | $1,311.89 | 20151005 | D0550054723 | 80971 | 6570700 | 576 | |
| 9000031979965 | RD 621584846 | J3 | 2 | 52037743772001 | 10/6/2005 | $3,145.94 | 30151005 | D0550053441 | 80972 | 6570700 | 576 | |
| 9000031979962 | RD 621584846 | J3 | 2 | 52037743772002 | 10/6/2005 | $8,355.84 | 30151005 | D0550064157 | 80972 | 6562481 | 1920 | |
| 9000031979963 | RD 621584846 | J3 | 2 | 52037743868001 | 10/6/2005 | $2,939.52 | 40151005 | D0550055247 | 80973 | 6582676 | 960 | |
| 9000031966720 | RD 621584846 | J3 | 2 | 52037743868002 | 10/6/2005 | $9,014.40 | 40151005 | D0550055251 | 80973 | 6582677 | 2880 | |
| 9000031966722 | RD 621584846 | E4 | 2 | 52037637890001 | 10/5/2005 | $120.53 | 80975 | D0550054270 | 80975 | 25315245 | 709 | |
| 9000031966721 | RD 621584846 | E4 | 2 | 52037637892001 | 10/5/2005 | $88.74 | 80976 | D0550054270 | 80976 | 25315245 | 522 | |
| 9000032001920 | RD 621584846 | E4 | 2 | 52037637891001 | 10/5/2005 | $451.36 | 80980 | D0550070807 | 80980 | 25371333 | 865 | |
| 9000032001919 | RD 621584846 | J3 | 2 | 52037382441002 | 10/7/2005 | $2,016.00 | 10151006 | D0550054395 | 80982 | 6582815 | 384 | |
| 9000032001918 | RD 621584846 | J3 | 2 | 52037382441001 | 10/7/2005 | $2,123.52 | 10151006 | D0550054391 | 80982 | 6582814 | 384 | |
| 9000032001915 | RD 621584846 | J3 | 2 | 52037382437001 | 10/7/2005 | $1,311.89 | 20151006 | D0550054723 | 80983 | 6552422 | 480 | |
| 9000032001916 | RD 621584846 | J3 | 2 | 52037382437002 | 10/7/2005 | $2,662.46 | 20151006 | D0550054723 | 80983 | 6552423 | 960 | |
| 9000032001921 | RD 621584846 | J3 | 2 | 52037382423001 | 10/7/2005 | $4,718.91 | 30151006 | D0550064157 | 80984 | 6570700 | 864 | |
| 9000032001913 | RD 621584846 | J3 | 2 | 52037382423002 | 10/7/2005 | $8,355.84 | 30151006 | D0550064157 | 80984 | 6562481 | 1920 | |
| 9000032001914 | RD 621584846 | J3 | 2 | 52037382454001 | 10/7/2005 | $6,585.60 | 40151006 | D0550053442 | 80985 | 6562172 | 1920 | |
| 9000031979961 | RD 621584846 | J3 | 2 | 52037382454002 | 10/7/2005 | $6,000.00 | 40151006 | D0550055247 | 80987 | 6582676 | 960 | |
| 9000032001912 | RD 621584846 | J3 | 2 | 52037382420002 | 10/7/2005 | $9,014.40 | 50151006 | D0550055251 | 80987 | 6582677 | 2880 | |
| 9000032761585 | RD 621584846 | J3 | 2 | 52037534400001 | 10/6/2005 | $517.63 | | 80988 D0550070807 | 80988 | 25371333 | 992 | |
| 9000032761578 | RD 621584846 | J2 | 2 | 52037634546001 | 10/7/2005 | $507.19 | | 81004 D0550070807 | 81004 | 25371333 | 972 | |
| 9000032772870 | RD 621584846 | J3 | 2 | 520426897001 | 9/1/2005 | $43,764.27 | 82178 | D0450188356 | 82178 | PR10289411 | 1 | |
| | | | | 520427003201 | 3/30/2005 | $6,000.00 | 82207 | D0450125070 | 82207 | 6571154 | 60 | |
| | | | | 520427903201 | 7/18/2006 | $625.00 | 82208 | D0450126070 | 82208 | 52414101 | 25 | |
| 9000031934236 | RD 621584846 | J3 | 2 | 52037483214001 | 8/19/2005 | $12,000.00 | R. Hasely | DY381879 | 806690 | PR020516001 | 1 | |
| 9000031879435 | RD 621584846 | J3 | 2 | 52037200121001 | 7/11/2005 | $37,900.75 | | 80871 D0450139350 | 808710 PR10222655 0010 | PR10222655 0010 | 1 | |
| | RD 621584846 | J3 | 2 | 52037200121001 | 9/28/2005 | $2,123.52 | 60150027 | D0550054391 | 809100 | 6582814 | 384 | |
| | | | | | 9/13/2005 | ($3,083.80) | | | unapplied cash | | | |
| 9000030090635 | RD 621584846 | J3 | 2 | 520444903001 | 9/30/2005 | $6,683.56 | USD | D0450176162 | 82192 | PR10273694 | 1 | |
| 9000030090634 | RD 621584846 | J3 | 2 | 520444902001 | 9/30/2005 | $17,429.27 | USD | D0450176164 | 82193 | PR10274086 | 1 | |
| | | | | | | $655,686.82 | | | | | | |