UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

    DPH HOLDINGS CORP., et al.,

                Debtors.

Case No. 05-44481 (RDD)

**AFFIDAVIT OF**
**OF SERVICE**
**BY FEDERAL EXPRESS MAIL**

---

STATE OF NEW YORK)
COUNTY OF MONROE)    ss:

The undersigned being duly sworn, deposes and says:

    1.    Deponent is not a party to this action, is over 18 years of age, and resides in East Bethany, New York.

    2.    That on March 4, 2010 deponent served the annexed Response to Forty-Fourth Omnibus Claims Objection the parties listed in Schedule A by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express.

Penny L. Mase

Sworn to before me this
___ day of March, 2010.

Notary Public

EILEEN A. SOLIMANO
Notary Public, State of New York
Monroe County
My Commission Expires Oct. 31, 20 10

SCHEDULE A

DPH Holdings Corp.
Attention: President
5725 Delphi Drive
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: John Wm. Butler, Jr., Esq.,
John K. Lyons, Esq., Joseph N. Wharton, Esq.
155 North Wacker Drive
Chicago, Illinois 60606

{1090465:}