United States BankRuptcy Court
Southern District of New York

IN RE
LPH Holding Corp, et al.
        Reorganized Debtors

Chapter 11
Case No. 05-44481 (RD)
Jointly Administered

U.S. BANKRUPTCY COURT

Response from Sharyl Yvette Carter.

I, Sharyl Y. Carter reside at 1541 LaSalle Ave #1
Niagara Falls, New York, 14301. My numbers are (716)
282-3624 and (937) 382-8072.

I object to All the Debtors and their affiliates
Debtors Plans, and their objection to all my claims.
I never Received any Severance benefits from the
Debtors, as I am entitle too. I did not sign any
package from the Debtors signing off my Rights, buy
outs, etc. I am an active employee with the
Debtors, but without Health Insurance, I am on
Unemployment whenever that is allowed for
Payments. If these benefits are, or were

Paid, to who them, Not me Sharyl Y. Carter. I
Can not give an amount of the Severance Claims,
and any other amount that the Debtors are aware
that they owe me. That is another reason for
such a large amount I have on my proof of
Claims. The Debtors do owe me an large amount
of money, but the Debtors and their affiliates
Debtors are objecting and Refusing to pay me,
or owe up to any amounts.

Again I Sharyl Y. Carter object to any Plan
of the Debtors - Reorganized Debtors and their
affiliate Debtors. I am responding by the dead-
line of March 11, 2010 at 4:00 pm. See above date.
This objection and I disagree with the forty fifth
Omnibus Claims and any other Plan of the Debtors
and their affiliates Debtors. I also disagree and
object to my claims to be disallowed and
expunged as the Debtors are Requesting.

I ask the Courts to allow all my claims against the Debtors and their affiliates. The Debtors have all documentation, information which Relates to all my claims. I Sharyl Y. Carter listed an amount of $50 million for my claims, since the Debtors first stated I do not have any claims against them, or I didn't give the Debtors any documents evidence, etc. I continue to go with that amount above until the Debtors and their Affilate Debtors, the Courts, and I can work out another amounts. The Debtors and their affiliates Debtors continue to state my claims as Duplicates, and also that the Debtors are not Responsible in owing me Sharyl Y. Carter any amounts, or nor do any amounts show on their book and Records. Again I Request, and Respectfully

ask. the Courts to have all the Debtors and
their affiliates Debtors produce, give up all
any any books and Records, evidence, Notes,
and etc to the Courts and myself, Sharyl
Y Carter. If the Debtors are not liable
for those programs that started under their
Company and Debtors, affiliates Debtors then
who are Responsible. All, each companies,
Debtors are placing the blame on each
other, be denying claims all together. I do
and ask the Courts to allow all my claims
against the Debtors.

I Sharyl Y Carter also disagrees, and object
to the Debtors terminating Health Care Benefits
and life Insurance Benefits, and any other
Benefits from the Debtors. I was under the
understanding that I was Insurance
through the year 2012-march, Not be

terminated in November 2009. The Debtors stated
that old severance plan was terminated at will,
Claims under old severance plan were not en-
forceable. Even if this plan was already decided
in arbitration in Federal Courts?

As for my workers compensation claims the
Debtors and their affiliates Debtors are, or at (1st
first stated I did not have an workers compen-
sation claims, Now its the Debtors placing the
blame on each other. Which means my claims
can be under another case No, Court Room, I
Sharyl Y Carter would like to know what
claims are in certain court rooms, and now.
I hope that all my claims are being
handle correctly, and placed in the correct
Court. As I continue to respond and answer
all of my claims in a timely manner before
the dead line. When I am given the correct
information on time, since I am handling

,

my claims Prove, by myself, I believe. I
Shoryl J. Carter Respectfully, ask the Courts
to allow all my claims, Including my Workers
Compensation Claims. Also Allowing Severance
Claims, as all of my claims should be Alowed.
I ask the Courts to Allow all my claims
against the Debters and their Affiliates
Debters, also in all Exhibits A-G and the
rest of any other exhibits concerning my claims.
I Shoryl J. Carter Request again for the
Debters and their affiliates Debters to produce
and show all records that matches, or show
proof of amounts that is to be given to me.
The Debters do not feel that they owe me
any amounts, denies all my claims I have
against them, the Debtes and their affiliates
Debtes. I ask the Courts again to allow
all my claims and amounts of my claims,
If those amounts are not allowed,
We have to agree on another high amounts,

Sharyl Y. Carter
Case No. 05-44481    7 of 9

All my, Sharyl Y. Carter claims against the Debtors
and their Affiliates Debtors, Delphi Corporation, GM
Components, Holding LLC, General Motors Company,
Motors Liquidation Company, DIP Holdco 3 (which
assigned its rights to DIP Holdco LLP, sub-
sequently renamed Delphi Automotive LLP, a
United Kingdom limited liability partnership)
and others in the Master Disposition Agreement,
as stated by the Debtors, also DPH Holdings
Corp, Reorganized Debtors, and any other of
the Debtors and their affiliates Debtors, should
be allowed by the Courts.
The Debtors and their affiliate Debtors
Plans, are in the best interest of the Debtors,
Not the claimants, or for me Sharyl Y. Carter.
I have no problems with participating in
the meet and confer telephonically on
any of my Sharyl Y. Carter against the Debtors.

If any when I have to appear (Sharyl J. Carter) at an Hearing and if I should have to Rely on any witness that I have listed in my previously deposition, I hope those witnesses can be located to testify on my behalf with all the evidence, notes, grievances, documentation, books and Record that the Debtors and their affiliates Debtors have already in their possessions, that I presented for my claims already. I disagree with the Debtors that a witnesses should be stricken if they're not given a declarants affidavit prior to the Hearing on my behalf. Since I was mislead and misrepresented by several of my ex-Attorneys who handled my claims against the Debtors. If I need to Rely on my witnesses and any information from my depositions, that information, and all should be allowed by the courts, I ask.

Sheryl Y. Carter
Case No DS - 44481
9 of 9

I Sheryl Y. Carter object and disagree with any and all the Debtors and their affiliates Debtors. Plans that they the Debtors may have in this court and any other courts concerning all my claims against the Debtors. I am filing my Reply, Response by the deadline date of March 11, 2010.

Sincerely
Sheryl Y. Carter



ITH

4047100212-032240
2
**14301**

KURTZMAN
CARSON
CONSULTANTS

2335 Alaska Avenue
El Segundo, California 90245

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
|              In re              |   :   | Chapter 11 |

                                          :

DPH HOLDINGS CORP., et al.,               :   Case No. 05-44481 (RDD)

                                          :

        Reorganized Debtors.              :   (Jointly Administered)

                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF OBJECTION TO CLAIM

Sharyl Yvette Carter:

DPH Holdings Corp. and certain of its affiliated reorganized debtors and in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of administrative expense in the Debtors' reorganization cases. Based upon the Reorganized Debtors' review of your proof or proofs of administrative expense, the Reorganized Debtors have determined that one or more of your claims for an administrative expense under 11 U.S.C. § 503(b)(1) (each, an "Administrative Claim") identified in the table below should be (a) disallowed and expunged, (b) modified, or (c) allowed, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (the "Forty-Fifth Omnibus Claims Objection"), dated February 12, 2010, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Forty-Fifth Omnibus Claims Objection is set for hearing on March 18, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140. AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-FIFTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR ADMINISTRATIVE CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON MARCH 11, 2010. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

allowed amounts of each such Administrative Claim will be distributed pursuant to (a)
the terms of the agreement giving rise to such Administrative Claim and (b) the
provisions of the Master Disposition Agreement that provide that such Administrative
Claims are to be paid by and/or are the responsibility of a Company Buyer (as defined in
the Master Disposition Agreement).

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| 07/01/2009 | 17094 | $50,000,000.00 | Books And Records Claims | Disallow And Expunge | |
| 07/07/2009 | 17773 | $0.00 | Books And Records Claims | Disallow And Expunge | |

If you wish to view the complete exhibits to the Forty-Fifth Omnibus Claims Objection, you can
do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Forty-Fifth
Omnibus Claims Objection to your Administrative Claim, please contact the Reorganized Debtors'
counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at
Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n:
John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton). Questions regarding the amount of an
Administrative Claim or the filing of a Claim should be directed to Kurtzman Carson Consultants LLC,
the Debtors' claims and noticing agent, at 1-888-249-2691 or www.dphholdingsdocket.com.
CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO
DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES
FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND
PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE
"CLAIMS OBJECTION PROCEDURES ORDER"), AND THE ORDER PURSUANT TO 11 U.S.C. §§
105(a) AND 503(b) AUTHORIZING DEBTORS TO APPLY CLAIMS OBJECTION PROCEDURES
TO ADDRESS CONTESTED ADMINISTRATIVE EXPENSE CLAIMS, ENTERED OCTOBER 22,
2009 (THE "ADMINISTRATIVE CLAIMS PROCEDURES ORDER"), APPLY TO YOUR PROOFS
OF ADMINISTRATIVE EXPENSE THAT ARE SUBJECT TO THE REORGANIZED DEBTORS'
OBJECTION AS SET FORTH ABOVE. A COPY OF BOTH THE CLAIMS OBJECTION
PROCEDURES ORDER AND THE ADMINISTRATIVE CLAIMS PROCEDURES ORDER IS
INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THOSE
ORDERS BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Fifth Omnibus Claims Objection, you must file a response (the
"Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time)

---

1       Asserted Claim Amounts listed as $0.00 generally reflect that the Administrative Claim amount asserted is
unliquidated.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order. IF NO RESPONSES TO THE FORTY-FIFTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-FIFTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER. Thus, your failure to respond may forever bar you from sustaining an Administrative Claim against the Reorganized Debtors.

Dated:  New York, New York
         February 12, 2010

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

     In re                      :     Chapter 11

                             :

DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 (RDD)

                             :

                             :     (Jointly Administered)

        Reorganized Debtors.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION PURSUANT TO
11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN
ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS
CLAIMS, (C) DUPLICATE CLAIMS, (D) PENSION AND BENEFIT CLAIMS, AND (E)
TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW
CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW
CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS

("FORTY-FIFTH OMNIBUS CLAIMS OBJECTION")

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                  :

In re                    :    Chapter 11

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)

            Debtors.    :    (Jointly Administered)
                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

### ("CLAIM OBJECTION PROCEDURES ORDER")

Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated

October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the objections to the Motion and the record of the hearing held on the

Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                              :         Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :         Case No. 05-44481 (RDD)
                                          :
                    Debtors.    :         (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


### ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 503(b) AUTHORIZING DEBTORS TO APPLY CLAIMS OBJECTION PROCEDURES TO ADDRESS CONTESTED ADMINISTRATIVE EXPENSE CLAIMS

("ORDER AUTHORIZING USE OF ADMINISTRATIVE CLAIM OBJECTION PROCEDURES")

Upon the motion (the "Motion"), dated July 31, 2009, of Delphi Corporation (now

known as DPH Holdings Corp.) and certain of its subsidiaries and affiliates, former debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Reorganized Debtors"), for

entry of an order authorizing the Reorganized Debtors to apply the claims objection procedures

set forth in the Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And Procedures

Governing Hearings Regarding Disallowance Or Estimation Of Claims on December 6, 2006

(the "Claim Objection Procedures Order") (Docket No. 6089) to contested administrative

expense claims; and upon the record of the August 20, 2009 hearing held on the Motion; and

counsel for the Reorganized Debtors having represented that GM Components[1] and DIP Holdco

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Honorable Robert D. Drain_
Street, Apt. No.; _United States Bankruptcy Ct. - Southern District_
or PO Box No. _One Bowling Green_
City, State, ZIP+4 _New York, New York 10004_

PS Form 3800, August 2006          See Reverse for Instructions

7008 3230 0000 5110 0309
7008 3230 0000 5110 0309

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Robert D. Drain
United States Bankruptcy Ct - S
One Bowling Green 610
New York, New York
10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   Southern District
   of New York

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7008 3230 0000 5110 1559

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Honorable Charles L. Brieant Jr.
Street, Apt. No.: Federal Building + Courthouse
or PO Box No.: 300 Quarropas St. 4th Rm 18
City, State, ZIP+4: White Plains, New York 10601-4140

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Honorable Charles L. Brieant Jr.
Federal Building Courthouse
300 Quarropas St. 4th Rm 18
White Plains, New York
10601-4140

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**2. Article Number**
*(Transfer from service label)*

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To Honorable Robert D. Drain
Street, Apt. No.; or PO Box No. United States Bankruptcy Ct Southern District NY 300 Quarropas St. Ct. Rm. 118
City, State, ZIP+4 White Plains, New York 10601-4140

PS Form 3800, August 2006    See Reverse for Instructions

CERTIFIED MAIL™
7008 1830 0002 1390 9757

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Robert D. Drain
United States Bankruptcy Court for Southern District of New York
300 Quarropas Street, Ct Rm 118
White Plains, New York 10601-4140

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 1830 0002 1390 9771
7008 1830 0002 1390 9771

Sent To: Skadden, Arps, Slate, Meagher & Flom
Attn: John Butler Jr / John Lyons / Ron Meisler
Street, Apt. No.; or PO Box No. 155 North Wacker Drive
City, State, ZIP+4 Chicago, Illinois 60606

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Butler Jr / John Lyons / Ron Meisler
155 North Wacker Drive
Chicago, Illinois 60606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**U.S. Postal Service**

## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 3230 0000 5110 1542

Sent To *DPH Holding Corp.*
*Attn: President*
Street, Apt. No.; or PO Box No. *5725 Delphi Drive*
City, State, ZIP+4 *Troy Michigan 48098*

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

*DPH Holding Corp*
*Attn: President*
*5725 Delphi Drive*
*Troy Michigan 48098*

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature**

X ☐ Agent
☐ Addressee

**B. Received by (*Printed Name*)** | **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

**4. Restricted Delivery? (*Extra Fee*)** ☐ Yes

**2. Article Number**
*(Transfer from service label)*

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540