SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO DEBTORS'
OBJECTION TO (A) PROOF OF CLAIM NO. 11892 FILED BY RONALD E. JORGENSEN, (B) PROOF
OF CLAIM NO. 12147 FILED BY PAMELA GELLAR, (C) PROOFS OF CLAIM NOS. 14019, 14020,
14022, 14023, 14024, 14025, AND 14026 FILED BY ATUL PASRICHA, (D) PROOF OF CLAIM NO.
14370 FILED BY WILLIAM P. DOWNEY, (E) ADMINISTRATIVE EXPENSE CLAIM NO. 18265
FILED BY POLYMER CONCENTRATES, INC., (F) ADMINISTRATIVE EXPENSE CLAIM NO.
18422 FILED BY MARYBETH CUNNINGHAM, (G) ADMINISTRATIVE EXPENSE CLAIM NO.
19543 FILED BY JOSE C. ALFARO AND MARTHA ALFARO, AND (H) ADMINISTRATIVE
EXPENSE CLAIM NO. 19545 FILED BY HARRIS COUNTY ET AL.

("NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING AS TO CERTAIN
PROOFS OF CLAIM AND ADMINISTRATIVE EXPENSE CLAIMS")

PLEASE TAKE NOTICE that as set forth on Exhibit A attached hereto, Delphi Corporation and certain of its subsidiaries and affiliates, debtor and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") objected to various proofs of claim and administrative expense claims (the " Claims") filed by certain parties.

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors").

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that on February 18, 2010, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, and

2

19545 (Docket No. 19504) (the "Sufficiency Hearing Notice") scheduling a sufficiency hearing (the "Sufficiency Hearing") scheduled for March 18, 2010, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 to address the legal sufficiency of each of the Claims and whether each Claim states a colorable claim against the asserted Debtor.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order") and the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims entered October 22, 2009 (Docket No. 18998) (the "Administrative Claims Objection Procedures Order"), the Sufficiency Hearing is hereby adjourned without date, subject to the Reorganized Debtors' right to re-notice the claimant and/or assignee, as applicable, in accordance with the procedures set forth in the Claims Objection Procedures Order and the Administrative Claims Objection Procedures Order.

Dated:  New York, New York
        March 8, 2010

                                            SKADDEN, ARPS, SLATE, MEAGHER
                                              & FLOM LLP

By: /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

    - and -

By: /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

# EXHIBIT A

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 9221 | 7/10/2006 | CARBRERA AUDREY AMORT | CARBRERA AUDREY AMORT | $79,362.00 | Twenty-Sixth Omnibus Claims Objection | 2/15/2008 | DELPHI CORPORATION |
| 11892 | 7/28/2006 | JORGENSEN RONALD E | JORGENSEN RONALD E | $82,299.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 12147 | 7/28/2006 | GELLER PAMELA | GELLER PAMELA | $50,000.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI CORPORATION |
| 14019 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI CORPORATION |
| 14020 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 14022 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 14023 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 14024 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI TECHNOLOGIES, INC |
| 14025 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 14026 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | |
| 14370 | 7/31/2006 | WILLIAM P DOWNEY | WILLIAM P DOWNEY | $20,641.44 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 18265 | 7/13/2009 | POLYMER CONCENTRATES INC | POLYMER CONCENTRATES INC | $64,856.00 | Thirty-Seventh Omnibus Claims Objection | 6/22/2009 | DELPHI CORPORATION |
| 18422 | 7/13/2009 | MARYBETH CUNNINGHAM | MARYBETH CUNNINGHAM | $730,843.00 | Thirty-Seventh Omnibus Claims Objection | 8/21/2009 | DELPHI CORPORATION |
| 19543 | 8/10/2009 | JOSE C ALFARO AND MARTHA ALFARO | JOSE C ALFARO AND MARTHA ALFARO | $1,500,000.00 | Thirty-Seventh Omnibus Claims Objection | 10/15/2009 | DELPHI CORPORATION |
| 19545 | 7/20/2009 | HARRIS COUNTY ET AL | HARRIS COUNTY ET AL | $3,199.00 | Thirty-Seventh Omnibus Claims Objection | 10/15/2009 | DELPHI CORPORATION |