UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                                             :        Chapter 11
: 
DPH HOLDINGS CORP., et al.,        :        Case No. 05-44481 (RDD)
: 
                Reorganized Debtors.    :        (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND ORDER UNDER LOCAL
BANKR. R. 2090-1(e)  SUBSTITUTING COUNSEL FOR
DELPHI CHINA LLC  AND DELPHI TECHNOLOGIES, INC.

        DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates (collectively, the "Debtors"), and Delphi Automotive LLP hereby submit this Joint Stipulation And Order Under Local Bankr. R. 2090-1(e) Substituting Counsel For Delphi China LLC And Delphi Technologies, Inc., and agree and state as follows:

        WHEREAS, on October 8 and 14, 2005, the Debtors filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

        WHEREAS, Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates ("Skadden, Arps") became attorneys of record to the Debtors, including Delphi China and DTI, pursuant to the interim and final orders authorizing Skadden, Arps' employment and retentions as attorneys to the Debtors, entered October 14, 2005 (Docket No. 274) and November 5, 2005 (Docket No. 876), respectively.

WHEREAS, on January 25, 2008, this Court entered an order confirming the Debtors' first amended joint plan of reorganization (as modified) (the "Plan") (Docket No. 12359). On July 30, 2009 this Court entered an order approving certain modifications to the confirmed Plan (as modified, the "Modified Plan") (Docket No. 18707).

WHEREAS, on October 6, 2009, the Debtors substantially consummated the Modified Plan, the Effective Date[1] occurred, and the transactions under the Master Disposition Agreement and related agreements closed. The Reorganized Debtors have emerged from chapter 11 as DPH Holdings and affiliates and remain responsible for the post-Effective Date administration of the chapter 11 cases, including, without limitation, the disposition of certain retained assets and payment of certain retained liabilities as provided for under the Modified Plan and the eventual closing of the cases.

WHEREAS, in connection with the consummation of the Modified Plan, DIP Holdco LLP (subsequently renamed Delphi Automotive LLP), as assignee of DIP Holdco 3 LLC, through various subsidiaries and affiliates, acquired substantially all of the Debtors' global core businesses, including the membership interests in Delphi China LLC ("Delphi China) and the shares of Delphi Technologies, Inc. ("DTI"), both of which are Reorganized Debtors. Accordingly, DPH Holding is no longer the owner of Delphi China and DTI, and Delphi Automotive LLP is responsible for the post-Effective Date administration and the eventual closing of the chapter 11 cases of these companies.

---

[1] Capitalized terms used but not defined in this Joint Stipulation and Order have the meanings ascribed to them in the Modified Plan.

THEREFORE, DPH Holdings and Delphi Automotive LLP stipulate and agree as follows:

1. Good cause exists for the substitution of internal counsel to Delphi Automotive LLP for Skadden, Arps as attorneys of record to Delphi China and DTI in their chapter 11 cases.

2. Skadden, Arps hereby withdraw as attorneys of record to Delphi China and DTI.

3. Internal counsel to Delphi Automotive LLP is hereby substituted for Skadden, Arps as attorneys of record to Delphi China and DTI.

4. Pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, all notices that are required to be given and all pleadings and orders that are required to be served in these chapter 11 cases on behalf of Delphi China and DTI, including, without limitation, all other notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affect Delphi China's or DTI's property in their possession, custody, or control or the administration of their chapter 11 cases, shall be given and served by or upon the following:

>David M. Sherbin, Esq.
>Sean P. Corcoran, Esq.
>Karen J. Craft, Esq.
>
>DELPHI AUTOMOTIVE LLP
>5725 Delphi Drive
>Troy, Michigan 48098

3

AGREED TO AND
APPROVED FOR ENTRY

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | DELPHI AUTOMOTIVE LLP |
| By: /s/ John Wm. Butler, Jr.<br>   John Wm. Butler, Jr.<br>   John K. Lyons<br>   Ron E. Meisler<br>155 North Wacker Drive<br>Chicago, Illinois 60606 | By: /s/ David M. Sherbin<br>   David M. Sherbin<br>   Sean P. Corcoran<br>   Karen J. Craft<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
|   - and - | Attorneys for Delphi Automotive LLP<br><br>   -and-<br><br>Substituting Attorneys for Delphi China LLC<br>   and Delphi Technologies, Inc. |
| By: /s/ Kayalyn A. Marafioti<br>   Kayalyn A. Marafioti<br>Four Times Square<br>New York, New York 10036<br><br>Attorneys for DPH Holdings Corp., et al.,<br>   Reorganized Debtors<br><br>  - and -<br><br>Withdrawing Attorneys for Delphi China<br>   LLC and Delphi Technologies, Inc. | |

So Ordered in White Plains, New York, this 8th day of March, 2010.

                                          /s/Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE