UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re: | Chapter 11 Case |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

_____

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I electronically filed a *Response by Marquardt GmbH in Opposition to Reorganized Debtors' Forty-Fourth Omnibus Claims Objection Pursuant to 11 U.S.C. Section 502(a) and (d) and Fed. R. Bankr. P. 3007* with the Court using the CM/ECF system which sent notification of such filing to the following individual:

| | |
|---|---|
| J. Ted Donovan | Douglas P. Bartner |
| David B. Aaronson | Donald F. Baty |
| Anne Marie Aaronson | Douglas P. Baumstein |
| Elizabeth Abdelmasieh | Peter Nils Baylor |
| Marc Abrams | Ronald Scott Beacher |
| Robert H. Adams | W. Robinson Beard |
| Franklin C. Adams | Thomas M. Beeman |
| Jennifer L. Adamy | Christopher Robert Belmonte |
| David J. Adler | Ryan B. Bennett |
| Michael J. Alerding | Neil Matthew Berger |
| Derek P. Alexander | Leslie Ann Berkoff |
| Joseph W. Allen | Richard J. Bernard |
| Christopher A. Andreoff | Jeffrey Bernstein |
| Philip D. Anker | Daniel B. Besikof |
| Joel D. Applebaum | Brendan G. Best |
| Bruce D. Atherton | Brendan G. Best |
| Allison R. Bach | Beth Ann Bivona |
| Stephen M. Bales | Anthony D. Boccanfuso |
| C. David Bargamian | Florence Bonaccorso-Saenz |
| Courtney Engelbrecht Barr | Charles E. Boulbol |
| William J. Barrett | Jordan Brackett |
| David S. Barritt | Eliza K. Bradley |
| | Kate M. Bradley |

| | |
|---|---|
| William M. Braman | Susan M. Cook |
| Wendy D. Brewer | Joseph N. Cordaro |
| Allan S. Brilliant | Trent P. Cornell |
| Lynn M. Brimer | Patrick M. Costello |
| Timothy W. Brink | Thomas W. Cranmer |
| James L. Bromley | David N. Crapo |
| Mark A. Broude | Tyson A. Crist |
| Lee B. Brumitt | Maureen A. Cronin |
| | Michael G. Cruse |
| Adam D. Bruski | Gary H. Cunningham |
| Daniel E. Bruso | Louis A. Curcio |
| Jacob Buchdahl | Vincent D'Agostino |
| Deborah M. Buell | Jeannine D'Amico |
| Martin G. Bunin | Sherri Lynn Dahl |
| Kevin J. Burke | Michael R. Dal Lago |
| Brent Adam Burns | |
| Michael G. Busenkell | Michael S. Davis |
| John Wm. Butler | James J. DeCristofaro |
| Aaron R. Cahn | J. Michael Debbeler |
| Robert A. Calinoff | Robert Dehney |
| Judy B. Calton | Karol K. Denniston |
| Paul W. Carey | Maria J. DiConza |
| Scott Cargill | Gerard DiConza |
| James C. Carignan | John P. Dillman |
| James S. Carr | Gianni Dimos |
| D. Christopher Carson | Karen Dine |
| Michelle Carter | Amish R. Doshi |
| Erin M. Casey | Mary Joanne Dowd |
| Linda J. Casey | Daniel D. Doyle |
| Michael Cassell | David G. Dragich |
| Katherine R. Catanese | David B. Draper |
| Ben T. Caughey | Dennis J. Drebsky |
| George B. Cauthen | Robert W. Dremluk |
| Babette A. Ceccotti | Seth A. Drucker |
| Sarah B. Chapman Carter | David W. Dykhouse |
| Erik G. Chappell | Frank L. Eaton |
| J Eric Charlton | Erica L. Edman |
| Conrad Chiu | Daniel Egan |
| Gloria M. Chon | Gayle Ehrlich |
| David D. Cleary | Robert L. Eisenbach |
| Marvin E. Clements | David M. Eisenberg |
| Tiffany Strelow Cobb | Judith Elkin |
| Theodore A. Cohen | Paige Leigh Ellerman |
| Michael A. Cohen | Bruce N. Elliott |
| Magdeline D. Coleman | Rex H. Elliott |
| Mark B. Conlan | Kristin Elliott |
| Dennis J. Connolly | Alyssa Englund |

| | |
|---|---|
| Michael R. Enright | Celeste R. Gill |
| Richard L. Epling | Joseph M. Gitto jgitto@nixonpeabody.com |
| Margot Erlich | Rozanne M. Giunta |
| Scott L. Esbin | Eduardo J. Glas |
| Michael S. Etkin | Jeffrey R. Gleit |
| Stephen Vincent Falanga | Ronald L. Glick |
| Marc Falcone | Larry Ivan Glick |
| Eugene I. Farber | Dean M. Gloster |
| Kathleen A. Farinas | Matthew Alexander Gold |
| Robert Michael Farquhar | Eric D. Goldberg |
| William L. Farris | Thomas D. Goldberg |
| Bonnie Glantz Fatell | Scott R. Goldberg |
| Oscar B. Fears | Scott A. Golden |
| Benjamin D. Feder | Robert C. Goodrich |
| Robert J. Feinstein | Robert D. Gordon |
| Ilene J. Feldman | Neil Andrew Goteiner |
| Richard L. Ferrell | Gary A. Gotto |
| Charles J. Filardi | Garry M. Graber |
| Eric Fisher | David S. Gragg |
| Elizabeth K. Flaagan | Jeffrey J. Graham |
| Jonathan L. Flaxer | Warren R. Graham |
| Daniel A. Fliman | Jonathan S. Green |
| Paul C. Foley | Wendy B. Green |
| Jonathan D. Forstot | John T. Gregg |
| Mateo Z. Fowler | Lisa S. Gretchko |
| Shawn Randall Fox | David M. Grogan |
| Edward M. Fox | Stephen H. Gross |
| Joseph D. Frank | Stephen B. Grow |
| Mark S. Frankel | Janice Beth Grubin |
| Thomas M. Franklin | Kevin Grzelak |
| Michael Friedman | Peter J. Gurfein |
| Edward A. Friedman | Elizabeth A. Haas |
| Scott J. Friedman | Dennis M. Haley |
| Patricia B. Fugee | Michael Leo Hall |
| Lars H. Fuller | Alan D. Halperin |
| Timothy A. Fusco | William J. Hanlon |
| Thomas M. Gaa | Kristopher M. Hansen |
| James Gadsden | Jill M. Hartley |
| James M. Garner | Brian W. Harvey |
| Victoria D. Garry | Bruce A. Harwood |
| Joanne Gelfand | Lonie A. Hassel |
| Yann Geron | William M. Hawkins |
| Philip J. Giacinti | Nava Hazan |
| Karen Giannelli | Ryan D. Heilman |
| Leo J. Gibson | Ira L. Herman |
| A. Spencer Gilbert | Neil E. Herman |

| | |
|---|---|
| Brian S. Hermann | Seth F. Kornbluth |
| Jennifer B. Herzog | Alan M. Koschik |
| William Heuer | Lawrence J. Kotler |
| Robert M. Hirsh | Deborah Kovsky-Apap |
| Shannon E. Hoff | Stuart A. Krause |
| Marie Polito Hofsdal | Julia S. Kreher |
| Albert L. Hogan | Patrick J. Kukla |
| Michelle R. Holl | Duane Kumagai |
| Evan C. Hollander | David R. Kuney |
| Pamela Smith Holleman | Glenn M. Kurtz |
| John R. Humphrey | Randall D. LaTour |
| John J. Hunter | Robinson B. Lacy |
| Jay W. Hurst | Darryl S. Laddin |
| Donald J. Hutchinson | Ralph L. Landy |
| Roland Hwang | Stuart A. Laven |
| Mark S. Indelicato | James N. Lawlor |
| Michael G. Insalaco | Elena Lazarou |
| Michael J. Jacobs | Harlan Mitchell Lazarus |
| Susan Jennik | Thomas A. Lee |
| Nan E. Joesten | David H. Lee |
| Mary L. Johnson | David S. Lefere |
| Roger G. Jones | Eugene Leff |
| Richard Josephson | |
| John E. Jureller | Harris Donald Leinwand |
| Allen G. Kadish | David E. Lemke |
| Robert G. Kamenec | Joseph H. Lemkin |
| Dana P. Kane | Ira M. Levee |
| Bryan R. Kaplan | Jill Levi |
| Karel S. Karpe | Jonathan Levine |
| Andrew C. Kassner | Kenneth M. Lewis |
| William M. Katich | Kim Martin Lewis |
| Kristi A. Katsma | Barry E. Lichtenberg |
| Patrick J. Keating | Mark S. Lichtenstein |
| Thomas M. Kennedy | David Liebov |
| David Kennedy | Eric Lopez Schnabel |
| Michael P. Kessler | Dennis W. Loughlin |
| Jocelyn Keynes | Daniel A. Lowenthal |
| Jocelyn Keynes | A. Peter Lubitz |
| Ron Kilgard | Donald K. Ludman |
| Tami Hart Kirby | Matthew J. Lund |
| Myron Kirschbaum | Douglas L. Lutz |
| Karen L. Kirshenbaum | Christopher A. Lynch |
| Jeremy C. Kleinman | John H. Maddock |
| Tracy L. Klestadt | Amina Maddox |
| Brandi P. Klineberg | John S. Mairo |
| Howard Koh | Donald W. Mallory |

Richard Mancino
Jacob A. Manheimer
Kayalyn A. Marafioti
Wendy G. Marcari
Alan E. Marder
Andrew L. Margulis
Kenneth S. Marks
Ilan Markus
John J. Marquess
Madison L. Martin
Richard Gary Mason
Victor J. Mastromarco
Deborah A. Mattison
Kristin B. Mayhew
Alan S. Maza

Jil Mazer-Marino
Daniel P. Mazo
Aaron G. McCollough
Michael K. McCrory
Robert F. McDonough
Ralph E. McDowell
Douglas J. McGill
Frank McGinn
Scott S. McKessy
Terence McLaughlin
Michelle McMahon
Greta A. McMorris
Austin L. McMullen
Patrick E. Mears
Derek F. Meek
Barbara S. Mehlsack
Timothy Mehok
Richard G. Menaker
Marc B. Merklin
Richard M. Meth
G. Christopher Meyer
Sally Meyer
Merle C. Meyers
Robert N. Michaelson
Kathleen M. Miller
Brian Parker Miller
W. Timothy Miller
Angela Z. Miller
Alan K. Mills
Robert K. Minkoff
Benjamin Mintz

Joseph Thomas Moldovan
James P. Moloy
Michael C. Moody
Audrey E. Moog
Brian F. Moore
James O. Moore
Brett S. Moore
Gene T. Moore
Thomas R. Morris
Sarah E. Morrison
Whitney L. Mosby
Eric T. Moser
Alisa Mumola
Jill L. Murch
James P. Murphy
Shannon Lowry Nagle
Stephen M. Nagle
Jennifer L. Nassiri
Bruce S. Nathan
David Neier
Melissa Z. Neier
Michael R. Nestor
Marie L. Nienhuis
Timothy F. Nixon
Richard P. Norton
Kasey C. Nye
Michael P. O'Connor
Michael O'Hayer
Michael B. O'Neal
Judy A. O'Neill
Martin P. Ochs
Sean A. Okeefe
Patrick J. Orr
Norman D. Orr
Lawrence E. Oscar
Karen Ostad
Mark Russell Owens
Isaac M. Pachulski
Nicholas R. Pagliari
Charles Palella
Ingrid S. Palermo
Sapna W. Palla
George Panters
Charles N. Panzer
Lenard M. Parkins
Richard J. Parks

| | |
|---|---|
| Tiiara N.A. Patton | Robert B. Rubin |
| Susan P. Persichilli | Ira Rubin |
| Geoffrey J. Peters | Maura I. Russell |
| Ronald R. Peterson | Lyle D. Russell |
| Robert A. Peurach | E. Todd Sable |
| Ed Phillips | Chester B. Salomon |
| Christine A.M. Pierpont | Brian D. Salwowski |
| Shone Pierre | Diane W. Sanders |
| Oscar N. Pinkas | William A. Sankbeil |
| Leslie A. Plaskon | Thomas P. Sarb |
| Constantine Pourakis | Robert V. Sartin |
| Mark T. Power | William F. Savino |
| Susan Power-Johnston | Robert Scannell |
| Ronald S. Pretekin | Louis A. Scarcella |
| Susan Przekop-Shaw | Thomas J. Schank |
| Dennis E. Quaid | Ilan D. Scharf |
| Amanda Raboy | Michael L. Schein |
| Paul A. Rachmuth | James R. Scheuerle |
| Thomas B. Radom | Andrew W. Schilling |
| John J. Rapisardi | William H. Schorling |
| Dennis Jay Raterink | Christopher P. Schueller |
| Gary Ravert | Sheila R. Schwager |
| Eric T. Ray | Andrea B. Schwartz |
| Jo Christine Reed | Matthew L. Schwartz |
| Steven J. Reisman | Bryan I. Schwartz |
| Susan Fuhrer Reiter | Lon J. Seidman |
| Walter Reynolds | Howard Seife |
| Kenneth A. Reynolds | Jay Selanders |
| Kenneth A. Reynolds | Mark A. Shaiken |
| Jeffrey N. Rich | Mark H. Shapiro |
| Marc E. Richards | Mary Kay Shaver |
| Tracy E. Richardson | Brian L. Shaw |
| Paul J. Ricotta | Andrea Sheehan |
| Craig Philip Rieders | Howard S. Sher |
| Sandra A. Riemer | Andrew Howard Sherman |
| Marianne Goldstein Robbins | Mark Sherrill |
| Matthew R. Robbins | Stephen J. Shimshak |
| Elizabeth A. Roberge | J. Christopher Shore |
| Ronald L. Rose | Robert J. Sidman |
| Scott D. Rosen | Robert Sidorsky |
| Heath D. Rosenblat | Glenn E. Siegel |
| Paul M. Rosenblatt | John D. Silk |
| Jeffrey A. Rosenthal | Paul N. Silverstein |
| David A. Rosenzweig | Wendy M. Simkulak |
| David S. Rosner | Sam O. Simmerman |
| David E. Roth | John A. Simon |

Rebecca H. Simoni
Joseph E. Simpson
Thomas R. Slome
Richard G. Smolev
Jesse L. Snyder
Marc P. Solomon
Sean C. Southard
Paul H. Spaeth
Robyn J. Spalter
Sarah F. Sparrow
Douglas E. Spelfogel
Michael A. Spero
Byron C. Starcher
Catherine Steege
Matthew B. Stein
Rick A. Steinberg
Bonnie Steingart
Andrew W. Stern
Malani Sternstein
Jason V. Stitt
Alexander Stotland
Brent C. Strickland
Harvey A. Strickon
Joseph G. Strines
James M. Sullivan
Michelle T. Sutter
Charles C. Swanekamp
Marc N. Swanson
Paul Sweeney
Dona Szak
Robert Szwajkos
Douglas T. Tabachnik
Jeffrey L. Tanenbaum
Roger L. Tarbutton
Samuel Jason Teele
Jay Teitelbaum
Richard S. Toder
Gordon J. Toering
Albert Togut
Sheldon S. Toll
Martin B. Tucker

Debra S. Turetsky
Ann Marie Uetz
Raymond J. Urbanik
Robert Usadi
Nina M. Varughese
Shmuel Vasser
Lori V. Vaughan
Frank F. Velocci
James J. Vincequerra
Gary Vist
Joseph J. Vitale
Sean M. Walsh
Arthur T. Walsh
Michael D. Warner
W. Clark Watson
Robert K. Weiler
William P. Weintraub
Allison H. Weiss
Jay Welford
Robert J. Welhoelter
Elizabeth Weller
David A. Wender
Michael R. Wernette
Robert A White
Amy Williams-Derry
Stephen F. Willig
Eric R. Wilson
Eric D. Winston
Jeffrey C. Wisler
Douglas Wolfe
Craig A. Wolfe
Robert D. Wolford
Kelly A. Woodruff
Zhiyuan Xu
David Farrington Yates
Stephen L. Yonaty
German Yusufov

Helen A. Zamboni
Menachem O. Zelmanovitz
Peter Alan Zisser

And I hereby certify that I have mailed, via overnight delivery using UPS Next Day Air, copies of the *Response* to the following individuals:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for the<br>  Southern District of New York<br>300 Quarropas Street, Courtroom 118<br>White Plains, New York 10601-4140 | Alicia M. Leonhard<br>Tracy Hope Davis<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: President | John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Joseph N. Wharton, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606 |

      /s/ *Teresa M. Ayers*
    Teresa M. Ayers