FOX ROTHSCHILD LLP
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ  08401
Michael J. Viscount, Jr., Esquire
Joshua T. Klein, Esquire
(609) 348-4515

    -and-

FOX ROTHSCHILD LLP
100 Park Avenue @ East 40th Street
15th Floor
New York, NY 10017
Fred Stevens, Esquire
(212) 878-7905

Attorneys for M&Q Plastic Products L.P.

---------------------------------------------------------------- x
    In re                                                               :      Chapter 11
                                                                  :
DPH HOLDINGS CORP., et al.,            :      Case No. 05-44481 (RDD)
                                                                   :
                                                                  :      (Jointly Administered)
           Reorganized Debtors.            :
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jo Ann Peterson, am a Legal Administrative Assistant employed by the law firm of Fox Rothschild LLP.  I hereby certify that a true and correct copy of the Response of M&Q Plastic Products L.P. to Forty-Fourth Omnibus Claims Objection of DPH Holdings Corp. was served via UPS overnight on the parties on the attached Service List on March 10, 2010.

                                                       FOX ROTHSCHILD LLP

                                                       By:     /s/   Jo Ann Peterson
                                                                  Jo Ann Peterson

AC1 901003v1 03/10/10

Dated:  March 10, 2010

AC1 901003v1 03/10/10

## SERVICE LIST

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
300 Quarropas Street
Courtroom 118
White Plains, NY  10601-4140

Skadden, Arps, Slate, Meagher & Flom LLP
Attention:  John Wm. Butler, Jr.,
John K. Lyons and Joseph N. Wharton
155 North Wacker Drive
Chicago, IL  60606

Steve Wasserman, Esquire
Brown Rudnick
7 Times Square
New York, NY  10037

M&T Trust Company of Delaware
1220 N. Market Street, Suite 202
Wilmington, DE  19801
Attention:  David Williams

DPH Holdings Corp.
Attention:  President
5725 Delphi Drive
Troy, MI  48098

Goldman Sachs Credit Partners L.P.
One New York Plaza, 49th Floor
New York, NY  10004
Attn:  Christian Von Schimmelmann

M&Q Plastic Products
Attention: Joe Mallozzi
1120 Welsh Road
Suite 170
North Wales, PA  19454