MORGAN, LEWIS & BOCKIUS LLP  
Attorneys for Hitachi Chemical (Singapore) Pte. Ltd.  
101 Park Avenue  
New York, New York  10178  
(212) 309-6000  
Menachem O. Zelmanovitz  
Robert M. Scannell  

Hearing Date: March 18, 2010  
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------x  
                                  :  
                                  :     Chapter 11  

    In re                             :  
                                  :     Case No. 05-44481 (RDD)  
DPH HOLDINGS CORP., et al.,    :  
                                  :     (Jointly Administered)  
                                  :  
    Reorganized Debtors.     :  
------------------------------------------------------x  

## CERTIFICATE OF SERVICE

       I, Robert M. Scannell, do hereby certify that I am, and at all times during the service was, not less than 18 years of age and not a party to the matter concerning which service was made. I further certify that on March 10, 2010, I caused a true and correct copy of the **RESPONSE OF HITACHI CHEMICAL (SINGAPORE) PTE. LTD. TO REORGANIZED DEBTORS' FORTY-FOURTH OBJECTION TO CLAIMS** to be served via e-mail and CM/ECF transmission, and with a hardcopy delivered by Federal Express on:

Joseph N. Wharton  
Skadden, Arps, Slate, Meagher & Flom LLP  
155 North Wacker Drive  
Chicago, Illinois  60606  

John Wm. Butler, Jr.  
Skadden, Arps, Slate, Meagher & Flom LLP  
155 North Wacker Drive  
Chicago, Illinois  60606  

John K. Lyons  
Skadden, Arps, Slate, Meagher & Flom LLP  
155 North Wacker Drive  
Chicago, Illinois  60606  

DB1/64528717.1

      I further certify that on March 10, 2010, I caused the same to be served by facsimile and Federal Express on:

President
DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan  48098

      I further certify that on March 10, 2010, I caused the same to be served upon all interested parties in this action via CM/ECF transmission.

      I further certify that on March 10, 2010 I had a copy delivered to the chambers of The Honorable Robert D. Drain, United States Bankruptcy Judge ,United States Bankruptcy Court Southern District of New York 300 Quarropas Street, Courtroom 118 White Plains, New York  10601-4140.

Dated:  March 10, 2010

                                            /s/ Robert M. Scannell
                                          Robert M. Scannell