Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Summit Polymers, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| DPH HOLDINGS CORP., et al., | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Reorganized Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## **MOTION FOR ADMISSION,** *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

      I, Mary Kay Shaver, a member in good standing of the Bar of the State of Michigan and the United States District Court for the Eastern District of Michigan and the Western District of Michigan, requests admission, *pro hac vice,* before this court, to represent Summit Polymers, Inc. ("Summit Polymers") in the above-captioned jointly administered case, and in any related adversary proceedings.

|  |  |
|---|---|
| My address is: | Varnum LLP |
|  | Bridgewater Place |
|  | P.O. Box 352 |
|  | Grand Rapids, MI  49501-0352 |
| Telephone: | (616) 336-6755 |
| Email Address: | mkshaver@varnumlaw.com |

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice.*

Dated:   March 10, 2010               /s/ Mary Kay Shaver
                                                      Mary Kay Shaver (MI P-60411)
                                                      Varnum LLP
                                                      Bridgewater Place, P.O. Box 352
                                                      Grand Rapids, MI  49501-0352
                                                      (616) 336-6755
                                                      mkshaver@varnumlaw.com

#3292062