UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
| DPH HOLDINGS CORP., et al., | ) ) Case No. 05-44481 (RDD) |
| Reorganized Debtors. | ) ) (Jointly Administered) ) |

### ORDER ADMITTING MARY KAY SHAVER TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that Mary Kay Shaver is admitted to practice, *pro hac vice*, to represent Summit Polymers, Inc. in connection with the above-referenced Chapter 11 case and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated: March _____, 2010
  New York, New York

　　　　　　　　　　　　　　　　　　　　　　Honorable Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court