**Hearing Date and Time:  March 18, 2010 at 10:00 a.m. (prevailing Eastern time)**

WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI  48075
Telephone:  248-784-5131
Facsimile:  248-603-9731
mcruse@wnj.com

Michael G. Cruse
(Admitted *Pro Hac Vice*)

Attorneys for NGK Automotive Ceramics USA, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, I served a copy of:

NGK Automotive Ceramics USA, Inc.'s Response to Reorganized Debtors' Forty-Fourth
Omnibus Objection

on the following parties using the ECF system and via Federal Express at these addresses:

| | |
|---|---|
| Honorable Robert D. Drain | John Wm. Butler, Jr. |
| United States Bankruptcy Judge | John K. Lyons |
| United States Bankruptcy Court for | Joseph N. Wharton |
| the Southern District of New York | Skaden, Arps, Slate & Meagher & |
| The Honorable Charles L. Brieant Jr. | Flom LLP |
| Federal Building & Courthouse | 155 North Wacker Drive |
| 300 Quarropas Street, Courtroom 118 | Chicago, IL  60606 |
| White Plains, NY  10601-4140 | Phone:  312-407-0700 |
| Phone:  914-390-4060 | |

President
DPH Holdings Corp.,
5725 Delphi Drive
Troy, MI  48098
Phone:  248-813-2000



/s/Helga Ziegler
Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for NGK Automotive Ceramics
 USA, Inc.
2000 Town Center, Suite 2700
Southfield, MI  48075-1318
Telephone:  248-784-5131
Fax:  248-603-9731
mcruse@wnj.com

1765374-1

2