**Hearing Date and Time: March 18, 2010 at 10:00 a.m. (prevailing Eastern time)**

WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI  48075
Telephone:  248-784-5131
Facsimile:  248-603-9731
mcruse@wnj.com

Michael G. Cruse
(Admitted *Pro Hac Vice*)

Attorneys for NGK Automotive Ceramics USA, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, I served a copy of:

NGK Automotive Ceramics USA, Inc.'s Second Response to Reorganized Debtors' Forty-Fourth Omnibus Objection

on the following parties using the ECF system and via Federal Express at these addresses:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for<br>  the Southern District of New York<br>The Honorable Charles L. Brieant Jr.<br>  Federal Building & Courthouse<br>300 Quarropas Street, Courtroom 118<br>White Plains, NY  10601-4140<br>Phone:  914-390-4060 | John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Skaden, Arps, Slate & Meagher &<br>  Flom LLP<br>155 North Wacker Drive<br>Chicago, IL  60606<br>Phone:  312-407-0700 |

President
DPH Holdings Corp.,
5725 Delphi Drive
Troy, MI  48098
Phone:  248-813-2000

/s/Helga Ziegler
Helga Ziegler
Legal Assistant to Michael G. Cruse (P38837)
Warner Norcross & Judd LLP
Attorneys for NGK Automotive Ceramics
 USA, Inc.
2000 Town Center, Suite 2700
Southfield, MI  48075-1318
Telephone:  248-784-5131
Fax:  248-603-9731
mcruse@wnj.com

1765532-1