## EXHIBIT A

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582860 | 10/05/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**

39701 4
COMPONENTES MECANICOS

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/05/05 | 582860 | | | | 0550022663 | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | UPRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8105.00R | LOWER HINGE ASSY, BLACK | | 400.00000 | 1.49568 | 598.27 |
| | CUST#: 18113426 | | | EA | EA | |
| | | ORD#: 11819 ITM#: 1REL: 05100300 | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 598.27



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582498 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SHIP TO**
062 4
SST TRUCK COMPANY - GARLAND
4030 FOREST LANE
GARLAND, TX 75042

18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| ITEM | DATE SHIPPED | SHIPPER NO. | PART NO. | SUPPLIER CODE | BLANK CODE | F.O.B | DESCRIPTION | CUSTOMER PO# | FEDEX EXPRESS FREIGHT | CARRIER | CTN. QTY | QTY.SHIPPED | NET 25TH PROX | U.PRICE/U/M | TERMS & CONDITIONS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/04/05 | 582498 | 8085.00E<br>CPT#: 3553479C2 | | | | 2-CUP CUPHOLDER ASSEMBLY BLACK | AD118A<br>ODH#: | | | 11202 ITM#: 1REL: 05101000 | | 176.00000 EA | | 6.30000 EA | 1108.80 |
| 2 | | | 8182.00E<br>CPT#: 3553481C2 | | | | 2-CUPHOLDER ASSY.WING BLK. | AD118A<br>ODH#: | | | 11202 ITM#: 2REL: 05101000 | | 168.00000 EA | | 7.14900 EA | 1201.03 |
| 3 | | | 8308.00E<br>CPT#: 3569581C1 | | | | 2-CUP CUPHOLDER ASSY BLK RHD | AD118A<br>ODH#: | | | 11865 ITM#: 1REL: 05101000 | | 144.00000 EA | | 7.11000 EA | 1023.84 |
| 4 | | | 8084.00E<br>CPT#: 3553480C2 | | | | 1-CUP CUPHOLDER ASSEMBLY BLACK<br>KIT CODE PART CONSISTS OF<br>8084.00 | AD118A<br>ODH#: | | | 11202 ITM#: 3REL: 05090502 | | 8.00000 EA | | 5.67660 EA | 45.41 |

Unpaid Bal 3357.11

3379.08

**CURRENCY:** US DOLLAR

**TOTAL:**

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582499 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330      FAX: 2693249311

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
011 4
BLUE DIAMOND TRUCK,S.DE R.L.DE
C/O GONZALES DE CASTILLA INC.
11929 SARA DRIVE
LAREDO, TX 78045

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CUSTOMER PO# | UNITED PARCEL SERVICE (UPS) | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|
| 10/04/05 | 582499 | | | | AD118A | | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8085.00E | 2-CUP CUPHOLER ASSEMBLY BLACK | | 80.00000 | 6.30000 | 504.00 |
| | CPT#: 3553479C2 | KIT CODE PART CONSISTS OF | | EA | EA | |
| | | PART 8085.00 | | | | |
| | | ORD#: 11864   ITM#:   2REL: 05101000 | | | | |

| | | TOTAL: | 504.00 |

**CURRENCY:** US DOLLAR

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582500 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
183007 4
CAMIONES Y MOTORES INT'L DEMEX
C/O GONZALEZ DE CASTILLA INC
11929 SARA DRIVE
LAREDO, TX 78045

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/04/05 | 582500 | | BLANK CODE | | UNITED PARCEL SERVICE (UPS) | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN.QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 8085.00E<br>CPT#: 3553479C2 | 2-CUP CUPHOLER ASSEMBLY BLACK<br>KIT CODE PART CONSISTS OF<br>PART 8085.00 | AD118A<br>ORD#:    11863    ITM#:    3REL:0510:000 | | 16.00000<br>EA | 6.30000<br>EA | 100.80 |

**CURRENCY:**  US DOLLAR

**TOTAL:**    100.80

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582497 | 10/04/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
002ODW 4
ODW - URBANA
1030 S. EDGEWOOD
URBANA, OH 43078

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE |
|---|---|---|---|---|
| 10/04/05 | 582497 | | | |

| | CARRIER | TERMS & CONDITIONS |
|---|---|---|
| | FEDEX EXPRESS FREIGHT | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 8085.00E | 2-CUP CUPHOLDER ASSEMBLY BLACK | AD118A | | 288.00000 | 6.30000 | 1814.40 |
| | CPT#: 3553479C2 | | ORD#: 11201 ITM#: | REL: 0510 1000 | EA | EA | |
| 2 | 8182.00E | 2-CUPHOLDER ASSY.WING BLK. | AD118A | | 12.00000 | 7.14900 | 85.79 |
| | CPT#: 3553481C2 | | ORD#: 11201 ITM#: | 2REL: 0510 1000 | EA | EA | |
| 3 | 8084.00E | 1-CUP CUPHOLDER ASSEMBLY BLACK | AD118A | | 192.00000 | 6.16000 | 1182.72 |
| | CPT#: 3553480C2 | | ORD#: 11201 ITM#: | 4REL: 0510 1000 | EA | EA | |
| 4 | 8308.00E | 2-CUP CUPHOLDER ASSY BLK RHD | AD118A | | 640.00000 | 7.11000 | 4550.40 |
| | CPT#: 3569561C1 | | ORD#: 11862 ITM#: | 1REL: 0510 1000 | EA | EA | |

**CURRENCY:** US DOLLAR

**TOTAL:** 7633.31



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 580835 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330     FAX: 2693249311

**SHIP TO**
39050 1
DELPHI INTERIOR & LIGHTING SYS
1450 EAST BEECHER STREET
ADRIAN, MI 49221

Summit Plant #1
4750 Executive Drive
Portage, MI 49002
DUNS: 059697201

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMRNT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 580835 | | | THE CONNECTION | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 3446.1AR | | 99 I/P CENTER,M.GRAY 9779 | 0550022703 | | 96.00000 | 4.14000 | 397.44 |
| | CP#: 15048261 | | | ORD#: 11210 ITM#: 1REL:05100300 | | | PC | |
| 2 | 3445.0AR | | I/P RHO, M.GRAY 9779 | 0550022703 | | 96.00000 | 4.14000 | 397.44 |
| | CP#: 15959804 | | | ORD#: 11210 ITM#: 4REL:05100300 | | | PC | |

**CURRENCY:** US DOLLAR

**TOTAL:** 794.88



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 581765 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

**SHIP TO**
18003  6
DORAVILLE PLANT
GM MIDSIZE CAR DIV.
3900 MOTORS INDUSTRIAL WAY
DORAVILLE, GA 30360

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Mt. Sterling, KY
160 Clarence Drive
Mt. Sterling, KY 40353
DUNS: 807594478

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/03/05 | 581765 | | | | INNOVATIVE LOGISTICS | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11797.00R<br>CPT#: 10376459 | PULLEY,RR BRACKET ASM.LH BLACK<br>KIT CODE PART CONSISTS OF<br>11797.00<br>DELPHI P/N #16644837 | 550023018<br>ORD#:  11641  ITM#: 3REL: 05100300 | | 384.00000<br>EA | 2.92100<br>EA | 1121.66 |
| 2 | 11796.00R<br>CPT#: 10376458 | PULLEY,RR BRACKET ASM,BLACK<br>KIT CODE PART CONSISTS OF<br>11796.00<br>DELPHI P/N # 16644838 | 550023018<br>ORD#:  11641  ITM#: 4REL: 05100300 | | 528.00000<br>EA | 2.79000<br>EA | 1473.12 |

**CURRENCY:**  US DOLLAR

**TOTAL:**  2594.78

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582150 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
18003 6
DORAVILLE PLANT
GM MIDSIZE CAR DIV.
3900 MOTORS INDUSTRIAL WAY
DORAVILLE, GA 30360

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/04/05 | 582150 | | | | INNOVATIVE LOGISTICS | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11797.00R  CPT#: 10376459 | PULLEY, RR  BRACKET ASM.LH BLACK  KIT CODE PART CONSISTS OF  11797.00  DELPHI P/N #16644837 | 550023018  ORD#: 11641  ITM#: 3  REL: 051004400 | | 336.00000 EA | 2.92100 EA | 981.46 |
| 2 | 11796.00R  CPT#: 10376458 | PULLEY, RR  BRACKET ASM, BLACK  KIT CODE PART CONSISTS OF  11796.00  DELPHI P/N # 16644838 | 550023018  ORD#: 11641  ITM#: 4  REL: 051004400 | | 432.00000 EA | 2.79000 EA | 1205.28 |

**CURRENCY:** US DOLLAR

**TOTAL:** 2186.74

# Summit Polymers, Inc. Invoice

Page No: 1

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582532 | 10/05/05 |

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
18003 6
DORAVILLE PLANT
GM MIDSIZE CAR DIV.
3900 MOTORS INDUSTRIAL WAY
DORAVILLE, GA 30360

Mt. Sterling, KY
160 Clarence Drive
Mt. Sterling, KY 40353
DUNS: 807594478

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
|---|---|---|
| 10/05/05 | 582532 | |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 11797.00R | | PULLEY, RR BRACKET ASM.LH BLACK | 550023018 | | 288.00000 | 2.92100 | 841.25 |
| | CTN#: 10376459 | | KIT CODE PART CONSISTS OF | ORD#: 11641 ITM#: | REL: 05104500 | EA | EA | |
| | | | 11797.00 | | | | | |
| | | | DELPHI P/N #16644837 | | | | | |
| 2 | 11796.00R | | PULLEY, RR BRACKET ASM,BLACK | 550023018 | | 528.00000 | 2.79000 | 1473.12 |
| | CTN#: 10376458 | | KIT CODE PART CONSISTS OF | ORD#: 11641 ITM#: | REL: 05104500 | EA | EA | |
| | | | 11796.00 | | | | | |
| | | | DELPHI P/N # 16644838 | | | | | |

F.O.B

CARRIER
INNOVATIVE LOGISTICS

TERMS & CONDITIONS
NET 25TH PROX

**CURRENCY:** US DOLLAR

**TOTAL:**    2314.37

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582838 | 10/06/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
18003  6
DORAVILLE PLANT
GM MIDSIZE CAR DIV.
3900 MOTORS INDUSTRIAL WAY
DORAVILLE, GA  30360

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Mt. Sterling, KY
160 Clarence Drive
Mt. Sterling, KY 40353
DUNS: 807594478

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/06/05 | 582838 | | BLANK CODE | INNOVATIVE LOGISTICS | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11797.00R<br>CPT#:  10376459 | PULLEY,RR BRACKET ASM.LH BLACK<br>KIT CODE PART CONSISTS OF<br>11797.00<br>DELPHI P/N #16644837 | 550023018<br>ORD#:  11641  ITM#: 3 | REL: 05100600 | 336.00000<br>EA | 2.92100<br>EA | 981.46 |
| 2 | 11796.00R<br>CPT#:  10376458 | PULLEY,RR BRACKET ASM.BLACK<br>KIT CODE PART CONSISTS OF<br>11796.00<br>DELPHI P/N # 16644838 | 550023018<br>ORD#:  11641  ITM#: 4 | REL: 05100600 | 480.00000<br>EA | 2.79000<br>EA | 1339.20 |

**CURRENCY:**  US DOLLAR

**TOTAL:**   2320.66



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583161 | 10/07/05 |

**REMIT TO**
Mt. Sterling, KY
160 Clarence Drive
Mt. Sterling, KY 40353
DUNS: 807594478

6715 S. Sprinkle Road
Postage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18300
DELPHI INTERIOR & LIGHTING SYS
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
18003  6
DORAVILLE PLANT
GM MIDSIZE CAR DIV.
3900 MOTORS INDUSTRIAL WAY
DORAVILLE, GA 30360

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/07/05 | 583161 | | | INNOVATIVE LOGISTICS | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 11797.00R<br>CPT#: 10376459 | | PULLEY,RR BRACKET ASM.LH BLACK<br>KIT CODE PART CONSISTS OF<br>11797.00<br>DELPHI P/N #16644837 | 550023018<br>ORD#:  11641  ITM#:  3 | REL: 05100700 | 336.00000<br>EA | 2.92100<br>EA | 981.46 |
| 2 | 11796.00R<br>CPT#: 10376458 | | PULLEY,RR BRACKET ASM,BLACK<br>KIT CODE PART CONSISTS OF<br>11796.00<br>DELPHI P/N # 16644838 | 550023018<br>ORD#:  11641  ITM#:  4 | REL: 05100700 | 528.00000<br>EA | 2.79000<br>EA | 1473.12 |

**CURRENCY:**  US DOLLAR

**TOTAL:**  2454.58

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582574 | 10/04/05 |

Summit East
6717 S. Sprinkle Road
Portage, MI 49002
DUNS: 783567894

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
361215 5
DELPHI INTERIOR & LIGHTING
COLUMBUS SOUTH RECEIVING DOCK
200 GEORGESVILLE RD.
COLUMBUS, OH 43228

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|
| 10/04/05 | 582574 | | | | ARNOLD TRANSPORTATION | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 5435.0AP | TENSIONER PIN ASM,NATURAL | 0550023140 | | 576.00000 | .73690 | 424.45 |
| | CPT#: 16637545 | KIT CODE PART CONSITS OF | ORD#:  13460  ITM#: 4 | REL:05092900 | EA | EA | |
| | | 5435.0A | | | | | |

**TOTAL:**  424.45

**CURRENCY:** US DOLLAR

**Page No: 1**

# Summit Polymers, Inc. Invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583251 | 10/07/05 |

Summit East
6717 S. Sprinkle Road
Portage, MI 49002
DUNS: 783567894

**REMIT TO**

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**

361215 5
DELPHI INTERIOR & LIGHTING
COLUMBUS SOUTH RECEIVING DOCK
200 GEORGESVILLE RD.
COLUMBUS, OH 43228

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/06/05 | 583251 | | | | UNITED PARCEL SERVICE (UPS) | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 5432.00P | GEAR DRIVE W/FNT.DRIVE, BLACK | 0550023140 | | 90.00000   EA | 2.54520   EA | 229.07 |
| | CPN#: 16633480 | | ORD#:  13460  ITM#:  1REL: 05106600 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**CURRENCY:** US DOLLAR

**TOTAL:** 229.07



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 581555 | 9/30/05 |

Summit East
6717 S. Sprinkle Road
Portage, MI 49002
DUNS: 783567894

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
361215 5
DELPHI INTERIOR & LIGHTING
COLUMBUS SOUTH RECEIVING DOCK
200 GEORGESVILLE RD.
COLUMBUS, OH 43228

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | BLANK CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/05 | 581555 | | | | | | | UNITED PARCEL SERVICE (UPS) | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 5421.00P | REAR DRUM ASM., BLACK | | 0550023511 | | 36.00000 EA | 2.72570 EA | 98.13 |
| | CTY#: 16619857 | | | ORD#: 13459 ITM#: 1REQ: 05093000 | | | | |

CURRENCY: US DOLLAR

TOTAL: 98.13



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 565074 | 7/19/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
48086 4
TNT
ATTN: ELLA WHITE DOCK TTT
511 BYERS ROAD
MIAMISBURG, OH 45342

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

CARRIER: PENSKE LOGISTICS

TERMS & CONDITIONS: NET 25TH PROX

| DATE SHIPPED | SHIPPER NO. |
|---|---|
| 7/19/05 | 565074 |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11595.0JI CPT#: 15120911 | CLSTR FIN PNL ASM, EBONY KIT CODE PART CONSISTS OF 11595.0J Qty adjusted to Std Pack size | 1BBH000G ORD#: 15697 ITM#: 1REL: 05072500 | | 216.00000 EA | 18.44000 EA | 3983.04 |
| 2 | 11535.0PE CPT#: 15792815 | LHO REG TRM PLT ASM, WALNUT BRL KIT CODE PART CONSISTS OF 11535.0P Qty adjusted to Std Pack size | 1BBH000L ORD#: 15697 ITM#: 2REL: 05072500 | | 216.00000 EA | 25.98000 EA | 5611.68 |
| 3 | 11534.0PE CPT#: 15792819 | CTR REG TRM PLT ASM, WALNUT BRL KIT CODE PART CONSISTS OF 11534.0P Qty adjusted to Std Pack size | 1BBH000N ORD#: 15697 ITM#: 3REL: 05072500 | | 216.00000 EA | 40.20000 EA | 8683.20 |

**CURRENCY:** US DOLLAR

Unpaid Bal $ 5 3 204

**TOTAL:** 18277.92

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582493 | 10/04/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
48086 4
TNT
ATTN: ELLA WHITE DOCK TTT
511 BYERS ROAD
MIAMISBURG, OH 45342

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/04/05 | 582493 | | BLANK CODE | 1BBHOOOL | ROADWAY | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 11535.0PE | LHO REG TRM PLT ASM,WALNUT BRL | ITEM: 05100100 | 36.00000 EA | 25.98000 EA | 935.28 |
| | CPT#: 15792815 | KIT CODE PART CONSISTS OF | ORD#: 15697  ITM#: 2 | | | |
| | | 11535.0P | | | | |
| | | Qty adjusted to Std Pack size | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 935.28



## Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582493 | 10/04/05 |

**REMIT TO**

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**

48086 4
TNT
ATTN: ELLA WHITE DOCK TTT
511 BYERS ROAD
MIAMISBURG, OH 45342

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/04/05 | 582493 | | | ROADWAY | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN.QTY | QTY.SHIPPED | UPRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 11535.0PE | | LHO REG TRM PLT ASM,WALNUT BRL | 1BBH000L | | 36.00000 | 25.98000 | 935.28 |
| | CPT#: 15792815 | | KIT CODE PART CONSISTS OF | ORD#: 15697 ITM#: 2RRL:05100100 | | EA | EA | |
| | | | 11535.0P | | | | | |
| | | | Qty adjusted to Std Pack size | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 935.28

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582509 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
48086  4
TNT
ATTN: ELLA WHITE DOCK TTT
511 BYERS ROAD
MIAMISBURG, OH 45342

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/05 | 582509 | | | | | | | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | GRAND RAPIDS DISTRIBUTION CTR | | CTN.QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11595.0JE<br>CPT#: 15120911 | CLSTR FIN PNL ASM, EBONY<br>KIT CODE PART CONSISTS OF<br>11595.0J<br>Qty adjusted to Std Pack size | 1BBH000G<br>ORD#: 15697  ITM#: 1 | REL: 05100500 | | 108.00000<br>EA | 18.44000<br>EA | 1991.52 |
| 2 | 11535.0PE<br>CPT#: 15792815 | LHO REG TRM PLT ASM, WALNUT BRL<br>KIT CODE PART CONSISTS OF<br>11535.0P<br>Qty adjusted to Std Pack size | 1BBH000L<br>ORD#: 15697  ITM#: 2 | REL: 05100500 | | 84.00000<br>EA | 25.98000<br>EA | 2182.32 |
| 3 | 11534.0PE<br>CPT#: 15792819 | CTR REG TRM PLT ASM, WALNUT BRL<br>KIT CODE PART CONSISTS OF<br>11534.0P<br>Qty adjusted to Std Pack size | 1BBH000N<br>ORD#: 15697  ITM#: 3 | REL: 05100500 | | 96.00000<br>EA | 40.20000<br>EA | 3859.20 |

**CURRENCY:** US DOLLAR

**TOTAL:** 8033.04



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582510 | 10/06/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
48086 4
TNT
ATTN: ELLIA WHITE DOCK TTT
511 BYERS ROAD
MIAMISBURG, OH 45342

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/06/05 | 582510 | | BLANK CODE | PENSKE LOGISTICS | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11595.0JE | CLSTR PIN PNL ASM, EBONY | 1BBH000G | 1REL: 05100600 | 36.00000 | 18.44000 | 663.84 |
| | CPT#: 15120911 | KIT CODE PART CONSISTS OF | ORD#: 15697 ITM#: | | EA | EA | |
| | | 11595.0J | | | | | |
| | | Qty adjusted to Std Pack size | | | | | |
| 2 | 11535.0PE | LHO REG TRM PLT ASM, WALNUT BRL | 1BBH000L | 2REL: 05100600 | 24.00000 | 25.98000 | 623.52 |
| | CPT#: 15792815 | KIT CODE PART CONSISTS OF | ORD#: 15697 ITM#: | | EA | EA | |
| | | 11535.0P | | | | | |
| | | Qty adjusted to Std Pack size | | | | | |
| 3 | 11534.0PE | CTR REG TRM PLT ASM, WALNUT BRL | 1BBH000N | 3REL: 05100600 | 36.00000 | 40.20000 | 1447.20 |
| | CPT#: 15792819 | KIT CODE PART CONSISTS OF | ORD#: 15697 ITM#: | | EA | EA | |
| | | 11534.0P | | | | | |
| | | Qty adjusted to Std Pack size | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 2734.56



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582512 | 10/07/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
48086 4
TNT
ATTN: ELLA WHITE DOCK TTT
511 BYERS ROAD
MIAMISBURG, OH 45342

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/07/05 | 582512 | | | | PENSKE LOGISTICS | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11595.0JE CPT#: 15120911 | CLSTR FIN PNL ASM,EBONY KIT CODE PART CONSISTS OF 11595.0J Qty adjusted to Std Pack size | 1BBH000G ORD#: 15697 ITM#: 1REL: 05100800 | | 36.00000 EA | 18.44000 EA | 663.84 |
| 2 | 11535.0PE CPT#: 15792815 | LHO REG TRM PLT ASM,WALNUT BRL KIT CODE PART CONSISTS OF 11535.0P Qty adjusted to Std Pack size | 1BBH000L ORD#: 15697 ITM#: 2REL: 05100800 | | 48.00000 EA | 25.98000 EA | 1247.04 |
| 3 | 11534.0PE CPT#: 15792819 | CTR REG TRM PLT ASM,WALNUT BRL KIT CODE PART CONSISTS OF 11534.0P Qty adjusted to Std Pack size | 1BBH000N ORD#: 15697 ITM#: 3REL: 05100800 | | 48.00000 EA | 40.20000 EA | 1929.60 |

**CURRENCY:** US DOLLAR

**TOTAL:** 3840.48



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582511 | 10/07/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
48086  4
TNT
ATTN: ELLA WHITE DOCK TTT
511 BYERS ROAD
MIAMISBURG, OH 45342

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | CUSTOMER PO# | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/07/05 | 582511 | | | | | PENSKE LOGISTICS | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 11595.0JE<br>CPT#: 15120911 | CLSTR FIN PNL ASM, EBONY<br>KIT CODE PART CONSISTS OF<br>11595.0J<br>Qty adjusted to Std Pack size | 1BBH000G<br>ORD#:  15697  ITM#:  1KEL.05100700 | 48.00000<br>EA | 18.44000<br>EA | 885.12 |
| 2 | 11535.0PE<br>CPT#: 15792815 | LHO REG TRM PLT ASM, WALNUT BRL<br>KIT CODE PART CONSISTS OF<br>11535.0P<br>Qty adjusted to Std Pack size | 1BBH000L<br>ORD#:  15697  ITM#:  2KEL.05100700 | 48.00000<br>EA | 25.98000<br>EA | 1247.04 |
| 3 | 11534.0PE<br>CPT#: 15792819 | CTR REG TRM PLT ASM, WALNUT BRL<br>KIT CODE PART CONSISTS OF<br>11534.0P<br>Qty adjusted to Std Pack size | 1BBH000N<br>ORD#:  15697  ITM#:  3KEL.05100700 | 48.00000<br>EA | 40.20000<br>EA | 1929.60 |

**TOTAL:**    4061.76

**CURRENCY:**  US DOLLAR

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582469 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 582469 | | BLANK CODE | LOCAL TRUCK FOB MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7681.10E<br>CPT#: 16911086 | LH DUCT EXT ASSY, (CHEVY/OLDS)<br>KIT CODE PART CONSISTS OF<br>7681.10 | 550022661<br>ORD#: 11807  ITM#: 16REL: 05100300 | | 140.00000<br>EA | 1.47750<br>EA | 206.85 |
| 2 | 7860.0NR<br>CPT#: 16898352 | RH S.W.D.(CHEVY),DK.GREY<br>KIT CODE PART CONSISTS OF<br>7860.0N | 0550052768<br>ORD#: 14617  ITM#: 1REL: 05100300 | | 1200.00000<br>EA | .31614<br>EA | 379.37 |
| 3 | 7861.0NR<br>CPT#: 16898349 | LH S.W.D.(CHEVY),DK.GREY<br>KIT CODE PART CONSISTS OF<br>7861.0N | 0550052768<br>ORD#: 14617  ITM#: 2REL: 05100300 | | 1200.00000<br>EA | .31614<br>EA | 379.37 |
| 4 | 7860.0JR<br>CPT#: 16898351 | RH S.W.D.(CHEVY),EBONY<br>KIT CODE PART CONSISTS OF<br>7860.0J | 0550052768<br>ORD#: 14617  ITM#: 3REL: 05100300 | | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 5 | 7865.0NR<br>CPT#: 16898361 | LH S.W.D.(GMC),DK.GREY<br>KIT CODE PART CONSISTS OF<br>7865.0N | 0550052768<br>ORD#: 14617  ITM#: 10REL: 05100300 | | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 6 | 7864.0JR<br>CPT#: 16898363 | RH S.W.D.(GMC),EBONY<br>KIT CODE PART CONSISTS OF<br>7864.0J | 0550052768<br>ORD#: 14617  ITM#: 11REL: 05100300 | | 300.00000<br>EA | .31614<br>EA | 94.84 |

Continued Next Page ...

# Summit Polymers, Inc. Invoice

Page No: 2

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582469 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/05 | 582469 | | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | 7864.0NR<br>CPT#: 16898364 | RH S.W.D. (GMC),DK.GREY<br>KIT CODE PART CONSISTS OF<br>7864.ON | 0550052768<br>ORD#:  14617  ITM#: 12REL: 05100300 | | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 8 | 7861.0DR<br>CPT#: 16898348 | LH S.W.D.(CHEVY),EBONY<br>KIT CODE PART CONSISTS OF<br>7861.OJ | 0550052768<br>ORD#:  14617  ITM#:  4REL: 05100400 | | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 9 | 7865.0JR<br>CPT#: 16898360 | LH S.W.D.(GMC),EBONY<br>KIT CODE PART CONSISTS OF<br>7865.OJ | 0550052768<br>ORD#:  14617  ITM#:  9REL: 05100500 | | 300.00000<br>EA | .31614<br>EA | 94.84 |

Unpaid Bal  1327.79

**CURRENCY:** US DOLLAR

**TOTAL:** 1534.63

# Summit Polymers, Inc. Invoice

**Page No: 1**

| | |
|---|---|
| INVOICE NO. | INVOICE DATE |
| 582674 | 10/03/05 |

**REMIT TO**
Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA, H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/03/05 | 582674 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 7681.10E | LH DUCT EXT ASSY, (CHEVY/OLDS) | | 980.00000 | 1.47750 | 1447.95 |
| | CPT#: 16911086 | KIT CODE PART CONSISTS OF | ORD#: 11807  ITM#: 16  REL: 05100400 | EA | EA | |
| | | 7681.10 | | | | |
| 2 | 11600.0JR | LH DEMISTER,EBONY | | 153.00000 | .74500 | 113.99 |
| | CPT#: 16687326 | KIT CODE PART CONSISTS OF | ORD#: 12117  ITM#: 17  REL: 05100400 | EA | EA | |
| | | 11600.0J | | | | |
| 3 | 11536.0JE | RHO REG TRM FLT ASM,EBONY | | 32.00000 | 9.30000 | 297.60 |
| | CPT#: 16687330 | KIT CODE PART CONSISTS OF | ORD#: 12117  ITM#: 19  REL: 05100400 | EA | EA | |
| | | 11536.0J | | | | |
| 4 | 7860.0NR | RH S.W.D.(CHEVY),DK.GREY | | 900.00000 | .31614 | 284.53 |
| | CPT#: 16898352 | KIT CODE PART CONSISTS OF | ORD#: 14617  ITM#: 1  REL: 05100400 | EA | EA | |
| | | 7860.0N | | | | |
| 5 | 7861.0NR | LH S.W.D.(CHEVY),DK.GREY | | 900.00000 | .31614 | 284.53 |
| | CPT#: 16898349 | KIT CODE PART CONSISTS OF | ORD#: 14617  ITM#: 2  REL: 05100400 | EA | EA | |
| | | 7861.0N | | | | |
| 6 | 7860.0JR | RH S.W.D.(CHEVY),EBONY | | 600.00000 | .31614 | 189.68 |
| | CPT#: 16898351 | KIT CODE PART CONSISTS OF | ORD#: 14617  ITM#: 3  REL: 05100400 | EA | EA | |
| | | 7860.0J | | | | |

Continued Next Page ...

# Summit Polymers, Inc. Invoice

**Page No: 2**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582674 | 10/03/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DDNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/03/05 | 582674 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | 7861.0JR<br>CPT#: 16998348 | LH S.W.D. (CHEVY),EBONY<br>KIT CODE PART CONSISTS OF<br>7861.0J | 0550052768<br>ORD#: 14617 ITM#: 4 | REL: 05100401 | 600.00000<br>EA | .31614<br>EA | 189.68 |
| 8 | 7865.0NR<br>CPT#: 16998361 | LH S.W.D. (GMC),DK.GREY<br>KIT CODE PART CONSISTS OF<br>7865.0N | 0550052768<br>ORD#: 14617 ITM#: 10 | REL: 05100400 | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 9 | 7864.0JR<br>CPT#: 16998353 | RH S.W.D. (GMC),EBONY<br>KIT CODE PART CONSISTS OF<br>7864.0J | 0550052768<br>ORD#: 14617 ITM#: 11 | REL: 05100400 | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 10 | 7864.0NR<br>CPT#: 16998364 | RH S.W.D. (GMC),DK.GREY<br>KIT CODE PART CONSISTS OF<br>7864.0N | 0550052768<br>ORD#: 14617 ITM#: 12 | REL: 05100400 | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 11 | 11601.0JR<br>CPT#: 16887327 | RH DEMISTER,EBONY<br>KIT CODE PART CONSISTS OF<br>11601.0J | 0550024064<br>ORD#: 12117 ITM#: 18 | REL: 05101000 | 153.00000<br>EA | .74500<br>EA | 113.99 |
| 12 | 7865.0JR<br>CPT#: 16998360 | LH S.W.D. (GMC),EBONY<br>KIT CODE PART CONSISTS OF | 0550052768<br>ORD#: 14617 ITM#: 9 | REL: 05100600 | 300.00000<br>EA | .31614<br>EA | 94.84 |

Continued Next Page . . .

# Summit Polymers, Inc. Invoice

**Page No: 3**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582674 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 582674 | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 7865.0J | | | | | | | |

TOTAL: *Wingtoock Jack, 1327.75*

**CURRENCY:** US DOLLAR

3301.31

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582992 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DDNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/05/05 | 582992 | | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7681.10E  CPT#: 16911086 | LH DUCT EXT ASSY, (CHEVY/OLDS)  KIT CODE PART CONSISTS OF  7681.10 | 550022661  ORD#: 11807  ITM#: 16  REL: 05100600 | | 322.00000  EA | 1.47750  EA | 475.78 |
| 2 | 7860.0NR  CPT#: 16898352 | RH S.W.D. (CHEVY),DK.GREY  KIT CODE PART CONSISTS OF  7860.0N | 0550052768  ORD#: 14617  ITM#: 1  REL: 05100600 | | 300.00000  EA | .31614  EA | 94.84 |
| 3 | 7861.0NR  CPT#: 16898349 | LH S.W.D. (CHEVY),DK.GREY  KIT CODE PART CONSISTS OF  7861.0N | 0550052768  ORD#: 14617  ITM#: 2  REL: 05100600 | | 300.00000  EA | .31614  EA | 94.84 |
| 4 | 7864.0NR  CPT#: 16898364 | RH S.W.D. (GMC),DK.GREY  KIT CODE PART CONSISTS OF  7864.0N | 0550052768  ORD#: 14617  ITM#: 12  REL: 05100600 | | 300.00000  EA | .31614  EA | 94.84 |
| 5 | 7865.0JR  CPT#: 16898360 | LH S.W.D. (GMC),EBONY  KIT CODE PART CONSISTS OF  7865.0J | 0550052768  ORD#: 14617  ITM#: 9  REL: 05101100 | | 300.00000  EA | .31614  EA | 94.84 |

**CURRENCY:** US DOLLAR

**TOTAL:** 855.12

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582987 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H,
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/04/05 | 582987 | | | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE5/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7677.00E  CPT#: 16825880 | LH DUCT EXT ASSY, (GMC) BLACK | 0550022661  ORD#: 11807  ITM#: 6REL: 05100500 | | 336.00000  EA | 1.65580  EA | 556.35 |
| 2 | 7661.10E  CPT#: 16911086 | LH DUCT EXT ASSY, (CHEVY/OLDS)  KIT CODE PART CONSISTS OF  7681.10 | 550022661  ORD#: 11807  ITM#: 16REL: 05100501 | | 1162.00000  EA | 1.47750  EA | 1716.86 |
| 3 | 11600.0JR  CPT#: 16887326 | LH DEMISTER, EBONY  KIT CODE PART CONSISTS OF  11600.0J | 0550024064  ORD#: 12117  ITM#: 17REL: 05100500 | | 153.00000  EA | .74500  EA | 113.99 |
| 4 | 7860.0NR  CPT#: 16899352 | RH S.W.D. (CHEVY), DK.GREY  KIT CODE PART CONSISTS OF  7860.0N | 0550052768  ORD#: 14617  ITM#: 1REL: 05100500 | | 600.00000  EA | .31614  EA | 189.68 |
| 5 | 7861.0NR  CPT#: 16898349 | LH S.W.D. (CHEVY), DK.GREY  KIT CODE PART CONSISTS OF  7861.0N | 0550052768  ORD#: 14617  ITM#: 2REL: 05100500 | | 600.00000  EA | .31614  EA | 189.68 |
| 6 | 7864.0JR  CPT#: 16898363 | RH S.W.D. (GMC), EBONY  KIT CODE PART CONSISTS OF  7864.0J | 0550052768  ORD#: 14617  ITM#: 11REL: 05100500 | | 300.00000  EA | .31614  EA | 94.84 |

**Continued Next Page ...**



# Summit Polymers, Inc. Invoice

**Page No: 2**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582987 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/04/05 | 582987 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN QTY | QTY SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | 7864.0NR<br>CPT#: 16898364 | RH S.W.D. (GNC).DK.GREY<br>KIT CODE PART CONSISTS OF<br>7864.0N | 0550052768<br>ORD#: 14617  ITM#: 12REL: 05100500 | | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 8 | 7865.0JR<br>CPT#: 16898360 | LH S.W.D. (GNC).EBONY<br>KIT CODE PART CONSISTS OF<br>7865.0J | 0550052768<br>ORD#: 14617  ITM#: 9REL: 05101000 | | 300.00000<br>EA | .31614<br>EA | 94.84 |
| 9 | 7865.0NR<br>CPT#: 16898361 | LH S.W.D. (GNC).DK.GREY<br>KIT CODE PART CONSISTS OF<br>7865.0N | 0550052768<br>ORD#: 14617  ITM#: 10REL: 05100600 | | 300.00000<br>EA | .31614<br>EA | 94.84 |

Unpaid Bal. $ 758.12

**CURRENCY:** US DOLLAR

**TOTAL:** 3145.92

# Summit Polymers, Inc. Invoice

Page No: 1

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

| | INVOICE NO. | INVOICE DATE |
|---|---|---|
| | 582991 | 10/05/05 |

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/05/05 | 582991 | | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 7677.00E CPT#: 16825880 | | LH DUCT EXT ASSY, (GMC)BLACK | 0550022661 ORD#: 11807 ITM#: 5REL: 05106600 | | 140.00000 EA | 1.65560 EA | 231.81 |
| 2 | 7863.0NR CPT#: 16898354 | | LH S.W.D. (OLDS), DK.GREY KIT CODE PART CONSISTS OF 7863.0N | 0550052768 ORD#: 14617 ITM#: 5REL: 0510.300 | | 300.00000 EA | .42453 EA | 127.36 |
| 3 | 7862.0NR CPT#: 16898357 | | RH S.W.D. (OLDS), DK.GREY KIT CODE PART CONSISTS OF 7862.0N | 0550052768 ORD#: 14617 ITM#: 7REL: 05100500 | | 300.00000 EA | .42453 EA | 127.36 |

CURRENCY: US DOLLAR

TOTAL: 486.53

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583087 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/05 | 583087 | | | | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 7677.00E CPT#: 16825880 | | LH DUCT EXT ASSY, (GMC)BLACK | 0550022661 ORD#: 11807  ITM#: 6 REL: 05100501 | | 644.00000 EA | 1.65580 EA | 1066.34 |
| 2 | 7865.0NR CPT#: 16898361 | | LH S.W.D. (GMC),DK.GREY KIT CODE PART CONSISTS OF 7865.0N | 0550052768 ORD#: 14617  ITM#: 10 REL: 05100601 | | 300.00000 EA | .31614 EA | 94.84 |

Leopard Jsl, FCH 84

**CURRENCY:**  US DOLLAR

**TOTAL:**  1161.18

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583507 | 10/06/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | | F.O.B | | |
|---|---|---|---|---|---|---|---|
| 10/06/05 | 583507 | | | | LOCAL TRUCK FOR MEXICO DEL. | | |

**TERMS & CONDITIONS:** NET 25TH PROX

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CARRIER CTN. QTY | QTY. SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 7860.0NR | | RH S.W.D. (CHEVY),DK.GREY | 0550052768 | 1REL: 05100601 | 900.0000 | .31614 | 284.53 |
| | CPT#: 16898352 | | KIT CODE PART CONSISTS OF | ORD#: 14617  ITM#: | | EA | EA | |
| | | | 7860.0N | | | | | |
| 2 | 7861.0NR | | LH S.W.D. (CHEVY),DK.GREY | 0550052768 | 2REL: 05100601 | 900.0000 | .31614 | 284.53 |
| | CPT#: 16898349 | | KIT CODE PART CONSISTS OF | ORD#: 14617  ITM#: | | EA | EA | |
| | | | 7861.0N | | | | | |
| 3 | 7860.0JR | | RH S.W.D. (CHEVY),EBONY | 0550052768 | 3REL: 05100600 | 300.0000 | .31614 | 94.84 |
| | CPT#: 16898351 | | KIT CODE PART CONSISTS OF | ORD#: 14617  ITM#: | | EA | EA | |
| | | | 7860.0J | | | | | |
| 4 | 7861.0JR | | LH S.W.D. (CHEVY),EBONY | 0550052768 | 4REL: 05100600 | 300.0000 | .31614 | 94.84 |
| | CPT#: 16898348 | | KIT CODE PART CONSISTS OF | ORD#: 14617  ITM#: | | EA | EA | |
| | | | 7861.0J | | | | | |
| 5 | 7681.10E | | LH DUCT EXT ASSY, (CHEVY/OLDS) | 550022661 | 16REL: 05100404 | 84.00000 | 1.47750 | 124.11 |
| | CPT#: 16911086 | | KIT CODE PART CONSISTS OF | ORD#: 11807  ITM#: | | EA | EA | |
| | | | 7681.10 | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 882.85



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583635 | 10/06/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4
COMPONENTES MECANICOS
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783566546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | LOCAL TRUCK FOR MEXICO DEL. | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|
| 10/06/05 | 583635 | | | | | | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7865.0JR<br>CP#: 16898360 | LH S.W.D. (GMC) EBONY<br>KIT CODE PART CONSISTS OF<br>7865.0J | 0550052768<br>ORD#: 14617  ITM#: 9 REL#: 05101200 | | 279.00000<br>EA | .31614<br>EA | 88.20 |
| 2 | 7681.10E<br>CP#: 16911086 | LH DUCT EXT ASSY, (CHEVY/OLDS)<br>KIT CODE PART CONSISTS OF<br>7681.10 | 550022661<br>ORD#: 11807  ITM#: 16 REL#: 05100503 | | 196.00000<br>EA | 1.47750<br>EA | 289.59 |



Peyford Bal.  # $57.20

**CURRENCY:** US DOLLAR

**TOTAL:** 377.79

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583513 | 10/07/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 269324930     FAX: 2693249311

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701   4
COMPONENTES MECANICOS
DE MATAMOROS, PINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/07/05 | 583513 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7677.00E | LH DUCT EXT ASSY, (GMC)BLACK | 0550022661 | | 770.00000 | 1.65580 | 1274.97 |
| | CPT#: 16825880 | | ORD#:  11807  ITM#:  6REQ: 05100700 | | EA | EA | |
| 2 | 7681.10R | LH DUCT EXT ASSY, (CHEVY/OLDS) | 550022661 | | 182.00000 | 1.47750 | 268.91 |
| | CPT#: 16911086 | KIT CODE PART CONSISTS OF | ORD#:  11807  ITM#:  1QREQ: 05100700 | | EA | EA | |
| | | 7681.10 | | | | | |
| 3 | 7860.0UR | RH S.W.D. (CHEVY), EBONY | 0550052768 | | 300.00000 | .31614 | 94.84 |
| | CPT#: 16898351 | KIT CODE PART CONSISTS OF | ORD#:  14617  ITM#:  3REQ: 05100700 | | EA | EA | |
| | | 7860.0J | | | | | |
| 4 | 7861.0UR | LH S.W.D (CHEVY), EBONY | 0550052768 | | 300.00000 | .31614 | 94.84 |
| | CPT#: 16898348 | KIT CODE PART CONSISTS OF | ORD#:  14617  ITM#:  4REQ: 05100700 | | EA | EA | |
| | | 7861.0J | | | | | |

**CURRENCY:**  US DOLLAR

**TOTAL:**  1733.56





# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582338 | 9/30/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DDNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS – CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
|---|---|---|
| 9/30/05 | 582338 | |

| F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|
| BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>QTY#: 16824540 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631  ITM#: 1  REL: 05091001 | | 768.00000<br>EA | .45125<br>EA | 346.56 |
| 2 | 11476.0AR<br>QTY#: 16898138 | SHROUD-LWR WHEEL ASSY, EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709  ITM#: 6  REL: 05092603 | | 204.00000<br>EA | 1.73600<br>EA | 354.14 |
| 3 | 12130.0CR<br>QTY#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095  ITM#: 1  REL: 05092613 | | 48.00000<br>EA | 2.55000<br>EA | 122.40 |

**TOTAL:** 823.10

**CURRENCY:** US DOLLAR

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582375 | 10/01/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DDNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/01/05 | 582375 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631  ITM#: 1REL: 0510:0300 | | 2880.0000<br>EA | .45125<br>EA | 1299.60 |

**CURRENCY:** US DOLLAR

**TOTAL:** 1299.60

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582378 | 10/01/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS – CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**TERMS & CONDITIONS**
NET 25TH PROX

**CARRIER**
LOCAL TRUCK FOR MEXICO DEL.

| DATE SHIPPED | SHIPPER NO. | PART NO. | SUPPLIER CODE | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/05 | 582378 | | | | | | | | | |
| ITEM | | | | | | | | | | |
| 1 | | 7688.0DR | | | LOWER SHROUD, EBONY | 0550063411 | | 1248.00000 | .45125 | 563.16 |
| | | CPT#: 16824540 | | | KIT CODE PART CONSISTS OF | ORD#: 15631  ITM#: 1REL: 05100301 | | EA | EA | |
| | | | | | 7688.0D | | | | | |
| 2 | | 12136.0AR | | | STRNG WHL SHRD, BASE, EBONY | 0550071585 | | 2100.00000 | .72000 | 1512.00 |
| | | CPT#: 16910898 | | | KIT CODE PART CONSISTS OF | ORD#: 16095  ITM#: 4REL: 05092610 | | EA | EA | |
| | | | | | 12136.0A | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 2075.16





# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582356 | 10/01/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | BLANK CODE | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/05 | 582356 | | | | | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | | DESCRIPTION | CUSTOMER PO# | | CTN.QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CFT#: 16824540 | | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: | DEL: 05093002 | | 1920.00000 EA | .45125 EA | 866.40 |
| 2 | 12130.0DR<br>CFT#: 16911090 | | LH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12130.0D | 0550071585<br>ORD#: 16095 ITM#: | DEL: 05092607 | | 456.00000 EA | 2.55000 EA | 1162.80 |
| 3 | 12136.0AR<br>CFT#: 16910898 | | STRNG WHL SHRD,BASE,EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#: 16099 ITM#: | DEL: 05092900 | | 750.00000 EA | .72000 EA | 540.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 2569.20

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582379 | 10/02/05 |

**REMIT TO**

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**

39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/02/05 | 582379 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: 1 REL: 05109302 | | 960.00000<br>EA | .45125<br>EA | 433.20 |
| 2 | 12136.0AR<br>CPT#: 16910898 | STRNG WHL SHRD, BASE,EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#: 16095 ITM#: 4 REL: 05092611 | | 275.00000<br>EA | .72000<br>EA | 198.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 631.20

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| **582380** | **10/02/05** |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DDNS: 783568546

**REMIT TO**  6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CUSTOMER PO# | CARRIER | CTN. QTY | QTY. SHIPPED | TERMS & CONDITIONS | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/05 | 582380 | | | | 0550063411 | LOCAL TRUCK FOR MEXICO DEL. | | | NET 25TH PROX | | |

| ITEM | PART NO. | | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR | | LOWER SHROUD, EBONY | 0550063411 | | 1152.00000 | .45125 | 519.84 |
| | CPT#: 16824540 | | KIT CODE PART CONSISTS OF | ORD#: 15631  ITM#: 05104302 | LINE#: 05104302 | EA | EA | |
| | | | 7688.0D | | | | | |

**CURRENCY:**  US DOLLAR

**TOTAL:**  519.84

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582531 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/03/05 | 582531 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631  ITM#: 1REQ: 05092612 | | 1920.00000<br>EA | .45125<br>EA | 866.40 |
| 2 | 8861.0DR<br>CPT#: 16869406 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>8861.0D | 0550063649<br>ORD#: 15633  ITM#: 4REQ: 05100300 | | 84.00000<br>EA | 1.68400<br>EA | 141.46 |

**CURRENCY:** US DOLLAR

**TOTAL:** 1007.86



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582578 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 582578 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#:  15631  ITM#: 05092613 | 1REL: | 1248.00000<br>EA | .45125<br>EA | 563.16 |
| 2 | 7688.0GR<br>CPT#: 16868716 | LOWER SHROUD,VY.DK.NEUTRAL<br>KIT CODE PART CONSISTS OF<br>7688.0G | 0550063649<br>ORD#:  15633  ITM#: 05092601 | 3REL: | 192.00000<br>EA | .41515<br>EA | 79.71 |
| 3 | 12130.0CR<br>CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#:  16095  ITM#: 05092614 | 1REL: | 120.00000<br>EA | 2.55000<br>EA | 306.00 |
| 4 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#:  16095  ITM#: 05092609 | 2REL: | 120.00000<br>EA | 2.56000<br>EA | 307.20 |
| 5 | 11488.0AR<br>CPT#: 16898139 | SNAP CAP SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>11488.0A | 0550063363<br>ORD#:  15709  ITM#: 05091200 | 13REL: | 500.00000<br>EA | .32010<br>EA | 160.05 |

**CURRENCY:** US DOLLAR

**TOTAL:** 1416.12

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582627 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/03/05 | 582627 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CP#: 16824540 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: | REL: 05092614 | 960.00000<br>EA | .45125<br>EA | 433.20 |

**CURRENCY:** US DOLLAR

**TOTAL:** 433.20

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582682 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/03/05 | 582682 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR | LOWER SHROUD,EBONY | 0550063411 | | 960.00000 | .45125 | 433.20 |
| | CPT#: 16824540 | KIT CODE PART CONSISTS OF | ORD#: 15631 ITM#: 1REL: 05100303 | | EA | EA | |
| | | 7688.0D | | | | | |
| 2 | 12130.0CR | LH BEZEL W/SWTCH,GUN METAL | 0550071585 | | 240.00000 | 2.55000 | 612.00 |
| | CPT#: 16900504 | KIT CODE PART CONSISTS OF | ORD#: 16095 ITM#: 1REL: 05092615 | | EA | EA | |
| | | 12130.0C | | | | | |
| 3 | 12132.0CR | RH BEZEL BLANK,GUN METAL | 0550071585 | | 240.00000 | 2.56000 | 614.40 |
| | CPT#: 16900503 | KIT CODE PART CONSISTS OF | ORD#: 16095 ITM#: 2REL: 05092610 | | EA | EA | |
| | | 12132.0C | | | | | |

**TOTAL:** 1659.60

**CURRENCY:** US DOLLAR



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582720 | 10/04/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| ITEM | DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | PART NO. | DESCRIPTION | F.O.B / BLANK CODE | CUSTOMER PO# | CARRIER / LOCAL TRUCK FOR MEXICO DEL. | CTN.QTY | QTY.SHIPPED | TERMS & CONDITIONS / NET 25TH PROX / UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 10/03/05 | 582720 |  |  |  |  |  |  |  |  |  |  |
| 1 |  |  |  | 7688.0DR  CPT#: 16824540 | LOWER SHROUD,EBONY  KIT CODE PART CONSISTS OF  7688.0D | | 0550063411  ORD#: 15631  ITM#: | 1REL: 05100304 | | 2400.00000  EA | .45125  EA | 1083.00 |
| 2 |  |  |  | 7688.0ER  CPT#: 16868713 | LOWER SHROUD,MD.DK.PEWTER  KIT CODE PART CONSISTS OF  7688.0E | | 0550063649  ORD#: 15633  ITM#: | 1REL: 05092604 | | 288.00000  EA | .41515  EA | 119.56 |
| 3 |  |  |  | 12130.0CR  CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL  KIT CODE PART CONSISTS OF  12130.0C | | 0550071585  ORD#: 16095  ITM#: | 1REL: 05092616 | | 720.00000  EA | 2.55000  EA | 1836.00 |
| 4 |  |  |  | 12132.0CR  CPT#: 16900503 | RH BEZEL BLANK,GUN METAL  KIT CODE PART CONSISTS OF  12132.0C | | 0550071585  ORD#: 16095  ITM#: | 2REL: 05092611 | | 216.00000  EA | 2.56000  EA | 552.96 |
| 5 |  |  |  | 12131.0CR  CPT#: 16900502 | RH BEZEL W/SWTCH,GUN METAL  KIT CODE PART CONSISTS OF  12131.0C | | 0550071585  ORD#: 16095  ITM#: | 3REL: 05092606 | | 672.00000  EA | 2.55000  EA | 1713.60 |

**CURRENCY:** US DOLLAR

**TOTAL:** 5305.12

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582725 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/04/05 | 582725 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.ODR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: 1REL: 05100305 | | 480.00000<br>EA | .45125<br>EA | 216.60 |
| 2 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#: 16095 ITM#: 2REL: 05100200 | | 168.00000<br>EA | 2.56000<br>EA | 430.08 |

| | | |
|---|---|---|
| | **TOTAL:** | **646.68** |

**CURRENCY:** US DOLLAR



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583016 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B. | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/04/05 | 583016 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: 1REL: 05100400 | | 1056.00000<br>EA | .45125<br>EA | 476.52 |
| 2 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709 ITM#: 6REL: 05100202 | | 360.00000<br>EA | 1.73600<br>EA | 624.96 |
| 3 | 7688.0FR<br>CPT#: 16868714 | LOWER SHROUD,MD.NEUTRAL II<br>KIT CODE PART CONSISTS OF<br>7688.0F | 0550063649<br>ORD#: 15633 ITM#: 2REL: 05100200 | | 192.00000<br>EA | .41515<br>EA | 79.71 |
| 4 | 12136.0AR<br>CPT#: 16910898 | STRNG WHL SHRD,BASE,EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#: 16095 ITM#: 4REL: 05100200 | | 250.00000<br>EA | .72000<br>EA | 180.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 1361.19



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582980 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/04/05 | 582980 | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 4526.0D CFT#: 16758645 | | SHROUD,BUICK,MED,NEUTRAL II KIT CODE PART CONSISTS OF 4526.0D | 0550063378 ORD#: 15710 ITM#: 3REL: 05100201 | | 112.00000 EA | .64100 EA | 71.79 |
| 2 | 7688.0DR CFT#: 16824540 | | LOWER SHROUD,EBONY KIT CODE PART CONSISTS OF 7688.0D | 0550063411 ORD#: 15631 ITM#: 1REL: 05100201 | | 2784.00000 EA | .45125 EA | 1256.28 |

**CURRENCY:** US DOLLAR

**TOTAL:** 1328.07

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582954 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| ITEM | DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| | 10/04/05 | 582954 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/C/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 4526.0D CPT#: 16758645 | SHROUD,BUICK,MED,NEUTRAL II KIT CODE PART CONSISTS OF 4526.0D | 0550063378 ORD#: 15710 ITM#: 3REL: 05100200 | | 196.00000 EA | .64100 EA | 125.64 |
| 2 | 7688.0DR CPT#: 16824540 | LOWER SHROUD,EBONY KIT CODE PART CONSISTS OF 7688.0D | 0550063411 ORD#: 15631 ITM#: 1REL: 05100200 | | 3840.00000 EA | .45125 EA | 1732.80 |
| 3 | 10774.00R CPT#: 16899287 | AIR BAG CONTAINER,GMT257,BLACK KIT CODE PART CONSISTS OF 10774.00 | 0550063378 ORD#: 15710 ITM#: 5REL: 05100202 | | 140.00000 EA | 2.48000 EA | 347.20 |
| 4 | 11486.0DR CPT#: 16898132 | CTR TRM BZL ASSY,HARVEST BURL KIT CODE PART CONSISTS OF 11786.0D | 0550063363 ORD#: 15709 ITM#: 1REL: 05100200 | | 144.00000 EA | 2.31830 EA | 333.84 |
| 5 | 11476.0AR CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY KIT CODE PART CONSISTS OF 11476.0A | 0550063363 ORD#: 15709 ITM#: 6REL: 05100201 | | 336.00000 EA | 1.73600 EA | 583.30 |
| 6 | 11479.0BR CPT#: 16898140 | LH TRM BZL W/O R.C.,BR.STN.STL KIT CODE PART CONSISTS OF 11479.0B | 0550063363 ORD#: 15709 ITM#: 7REL: 05100201 | | 360.00000 EA | 2.59960 EA | 935.86 |

Continued Next Page ...

# Summit Polymers, Inc. Invoice

Page No: 2

Matancros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582954 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/04/05 | 582954 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | 11478.0DR<br>CPT#:  16898142 | RH TRM BZL W/O R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>11478.0B | 0550063363<br>ORD#:   15709  ITM#: | 9REL: 05100201 | 360.00000<br>EA | 2.59960<br>EA | 935.86 |
| 8 | 12131.0DR<br>CPT#:  16911088 | RH BEZEL W/SWTCH.DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12131.0D | 0550071585<br>ORD#:   16095  ITM#: | 7REL: 05100202 | 120.00000<br>EA | 2.55000<br>EA | 306.00 |

**TOTAL:** 5300.50

**CURRENCY:** US DOLLAR

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| **583154** | **10/05/05** |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**

39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|
| 10/05/05 | 583154 | | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: 1REL: 05100202 | 1920.00000<br>EA | .45125<br>EA | 866.40 |
| 2 | 12130.0CR<br>CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095 ITM#: 1REL: 05100202 | 360.00000<br>EA | 2.55000<br>EA | 918.00 |
| 3 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#: 16095 ITM#: 2REL: 05100203 | 192.00000<br>EA | 2.56000<br>EA | 491.52 |
| 4 | 12136.0AR<br>CPT#: 16910898 | STRNG WHL SHRD, BASE,EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#: 16095 ITM#: 4REL: 05100201 | 1000.00000<br>EA | .72000<br>EA | 720.00 |

**CURRENCY:**  US DOLLAR

**TOTAL:**  2995.92



# Summit Polymers, Inc. Invoice

**Page No: 1**

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583207 | 10/05/05 |

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|
| 10/05/05 | 583207 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER, SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: 1REL: 05100203 | | 3840.00000<br>EA | .45125<br>EA | 1732.80 |
| 2 | 11486.0BR<br>CPT#: 16898141 | CTR TRM BZL ASSY, BRSH.STN.STL<br>KIT CODE PART CONSISTS OF<br>11486.0B | 0550063363<br>ORD#: 15709 ITM#: 8REL: 05100102 | | 576.00000<br>EA | 2.31830<br>EA | 1335.34 |
| 3 | 12136.0AR<br>CPT#: 16910898 | STRNG WHL SHRD, BASE, EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#: 16095 ITM#: 4REL: 05100202 | | 750.00000<br>EA | .72000<br>EA | 540.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 3608.14



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583254 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|
| 10/05/05 | 583254 | | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY-SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631  ITM#: 1 | REL: 05100204 | 1920.00000<br>EA | .45125<br>EA | 866.40 |
| 2 | 11486.0BR<br>CPT#: 16898141 | CTR TRM BZL ASSY,EMSH.STN.STL<br>KIT CODE PART CONSISTS OF<br>11486.0B | 0550063363<br>ORD#: 15709  ITM#: 8 | REL: 05100200 | 576.00000<br>EA | 2.31830<br>EA | 1335.34 |
| 3 | 12130.0CR<br>CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095  ITM#: 1 | REL: 05100203 | 72.00000<br>EA | 2.55000<br>EA | 183.60 |

**CURRENCY:** US DOLLAR

**TOTAL:** 2385.34

# Summit Polymers, Inc. Invoice

Page No: 1

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330     FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583335 | 10/05/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/05/05 | 583335 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631  ITM#: 1 | REL: 05100500 | 2880.00000<br>EA | .45125<br>EA | 1299.60 |
| 2 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709  ITM#: 6 | REL: 05100207 | 240.00000<br>EA | 1.73600<br>EA | 416.64 |
| 3 | 12130.0CR<br>CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095  ITM#: 1 | REL: 05100206 | 360.00000<br>EA | 2.55000<br>EA | 918.00 |
| 4 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#: 16095  ITM#: 2 | REL: 05100206 | 360.00000<br>EA | 2.56000<br>EA | 921.60 |
| 5 | 12131.0CR<br>CPT#: 16900502 | RH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12131.0C | 0550071585<br>ORD#: 16095  ITM#: 3 | REL: 05100200 | 360.00000<br>EA | 2.55000<br>EA | 918.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 4473.84





# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| **583464** | **10/06/05** |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE |
|---|---|---|
| 10/06/05 | 583464 | |

| CARRIER | F.O.B | TERMS & CONDITIONS |
|---|---|---|
| LOCAL TRUCK FOR MEXICO DEL. | BLANK CODE | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: 1 REL: 05100600 | | 2880.00000<br>EA | .45125<br>EA | 1299.60 |
| 2 | 10774.00R<br>CPT#: 16899287 | AIR BAG CONTAINER, GMT257, BLACK<br>KIT CODE PART CONSISTS OF<br>10774.00 | 0550063378<br>ORD#: 15710 ITM#: 5 REL: 05100203 | | 280.00000<br>EA | 2.48000<br>EA | 694.40 |
| 3 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY, EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709 ITM#: 6 REL: 05100208 | | 240.00000<br>EA | 1.73600<br>EA | 416.64 |
| 4 | 12136.0AR<br>CPT#: 16910898 | STRNG WHL SHRD, BASE, EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#: 16095 ITM#: 4 REL: 05100203 | | 1250.00000<br>EA | .72000<br>EA | 900.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 3310.64

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| **583530** | **10/06/05** |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|
| 10/06/05 | 583530 | | | | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | | | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631  ITM#: 1 | REL: 05100601 | 1536.0000<br>EA | .45125<br>EA | 693.12 |
| 2 | 4526.0D<br>CPT#: 16758645 | | | SHROUD,BUICK,MED.NEUTRAL II<br>KIT CODE PART CONSISTS OF<br>4526.0D | 0550063378<br>ORD#: 15710  ITM#: 3 | REL: 05100400 | 56.0000<br>EA | .64100<br>EA | 35.90 |
| 3 | 10774.00R<br>CPT#: 16899287 | | | AIR BAG CONTAINER,GMT257,BLACK<br>KIT CODE PART CONSISTS OF<br>10774.00 | 0550063378<br>ORD#: 15710  ITM#: 5 | REL: 05100204 | 140.0000<br>EA | 2.48000<br>EA | 347.20 |
| 4 | 11476.0AR<br>CPT#: 16898138 | | | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709  ITM#: 6 | REL: 05100209 | 180.0000<br>EA | 1.73600<br>EA | 312.48 |
| 5 | 11486.0BR<br>CPT#: 16898141 | | | CTR TRM BZL ASSY,BRSH.STN.STL<br>KIT CODE PART CONSISTS OF<br>11486.0B | 0550063363<br>ORD#: 15709  ITM#: 8 | REL: 05100201 | 144.0000<br>EA | 2.31830<br>EA | 333.84 |
| 6 | 12130.0DR<br>CPT#: 16911090 | | | LH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12130.0D | 0550071585<br>ORD#: 16095  ITM#: 5 | REL: 05100201 | 480.0000<br>EA | 2.55000<br>EA | 1224.00 |

**Continued Next Page . . .**

# Summit Polymers, Inc. Invoice

Page No: 2

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583530 | 10/06/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**

39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|
| 10/06/05 | 583530 | | | | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY-SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 12131.0DR | | | RH BEZEL W/SWTCH,DK.SATIN NICK | 0550071585 | | 360.00000 | 2.55000 | 918.00 |
| | CPT#: 16911088 | | | KIT CODE PART CONSISTS OF | ORD#: 16095 ITM#: 7REL: 05100204 | | EA | EA | |
| | | | | 12131.0D | | | | | |
| 8 | 12136.0AR | | | STRNG WHL SHRD,BASE,EBONY | 0550071585 | | 500.00000 | .72000 | 360.00 |
| | CPT#: 16910898 | | | KIT CODE PART CONSISTS OF | ORD#: 16095 ITM#: 4REL: 05100204 | | EA | EA | |
| | | | | 12136.0A | | | | | |

**TOTAL:**                4224.54

**CURRENCY:** US DOLLAR



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583632 | 10/06/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**CARRIER**
LOCAL TRUCK FOR MEXICO DEL.

**TERMS & CONDITIONS**
NET 25TH PROX

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B |
|---|---|---|---|---|
| 10/06/05 | 583632 | | | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#:  15631  ITM#: | 1REL: 05100602 | 2880.00000<br>EA | .45125<br>EA | 1299.60 |
| 2 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#:  15709  ITM#: | 6REL: 05100210 | 360.00000<br>EA | 1.73600<br>EA | 624.96 |
| 3 | 12136.0AR<br>CPT#: 16910898 | STRNG WHL SHRD, BASE, EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#:  16095  ITM#: | 4REL: 05100205 | 1000.00000<br>EA | .72000<br>EA | 720.00 |
| 4 | 12131.0DR<br>CPT#: 16911088 | RH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12131.0D | 0550071585<br>ORD#:  16095  ITM#: | 7REL: 05100206 | 240.00000<br>EA | 2.55000<br>EA | 612.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 3256.56

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583646 | 10/06/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330      FAX: 2693249311

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/06/05 | 583646 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 ITM#: 1RED. 05100602 | | 2400.0000<br>EA | .45125<br>EA | 1083.00 |
| 2 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709 ITM#: 6RED. 05100211 | | 360.0000<br>EA | 1.73600<br>EA | 624.96 |

**TOTAL:** 1707.96

**CURRENCY:** US DOLLAR





Page No: 1

## Summit Polymers, Inc. Invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583896 | 10/07/05 |

**REMIT TO**
6715 S. Sprinkle Road
Postage MI 49002
PHONE: 2693249330    FAX: 2693249311

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DDNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/07/05 | 583896 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 12136.0AR CPT#: 16910898 | STRNG WHL, SHRD, BASE, EBONY KIT CODE PART CONSISTS OF 12136.0A | 0550071585 ORD#: 16095 ITM#: 4 REQ: 05100206 | | 1050.00000 EA | .72000 EA | 756.00 |
| 2 | 10774.00R CPT#: 16899287 | AIR BAG CONTAINER, GMT257, BLACK KIT CODE PART CONSISTS OF 10774.00 | 0550063378 ORD#: 15710 ITM#: 5 REQ: 05100206 | | 56.00000 EA | 2.48000 EA | 138.88 |
| 3 | 7688.0FR CPT#: 16868714 | LOWER SHROUD, MD. NEUTRAL II KIT CODE PART CONSISTS OF 7688.0F | 0550063649 ORD#: 15633 ITM#: 2 REQ: 05100204 | | 288.00000 EA | .41515 EA | 119.56 |
| 4 | 7688.0DR CPT#: 16824540 | LOWER SHROUD, EBONY KIT CODE PART CONSISTS OF 7688.0D | 0550063411 ORD#: 15631 ITM#: 1 REQ: 05100205 | | 1920.00000 EA | .45125 EA | 866.40 |

**CURRENCY:** US DOLLAR

**TOTAL:** 1880.84

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583675 | 10/06/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/06/05 | 583675 | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CARRIER | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR<br>CPT#: 16824540 | | | LOWER SHROUD,EBONY<br>KIT CODE PART CONSISTS OF<br>7688.0D | 0550063411<br>ORD#: 15631 | ITM#: 05100603 | 1REQ. | 672.00000<br>EA | .45125<br>EA | 303.24 |
| 2 | 7688.0ER<br>CPT#: 16868713 | | | LOWER SHROUD,MD.DK.PEWTER<br>KIT CODE PART CONSISTS OF<br>7688.0E | 0550063649<br>ORD#: 15633 | ITM#: 05100300 | 1REQ. | 192.00000<br>EA | .41515<br>EA | 79.71 |
| 3 | 7688.0FR<br>CPT#: 16868714 | | | LOWER SHROUD,MD.NEUTRAL II<br>KIT CODE PART CONSISTS OF<br>7688.0F | 0550063649<br>ORD#: 15633 | ITM#: 05100202 | 2REQ. | 96.00000<br>EA | .41515<br>EA | 39.85 |
| 4 | 7688.0GR<br>CPT#: 16868716 | | | LOWER SHROUD,VY.DK.NEUTRAL<br>KIT CODE PART CONSISTS OF<br>7688.0G | 0550063649<br>ORD#: 15633 | ITM#: 05100202 | 3REQ. | 288.00000<br>EA | .41515<br>EA | 119.56 |
| 5 | 11486.0DR<br>CPT#: 16898132 | | | CTR TRM BZL ASSY,HARVEST BURL<br>KIT CODE PART CONSISTS OF<br>11786.0D | 0550063363<br>ORD#: 15709 | ITM#: 05100202 | 1REQ. | 288.00000<br>EA | 2.31830<br>EA | 667.67 |
| 6 | 11476.0CR<br>CPT#: 16898171 | | | SHROUD-LWR WHEEL ASSY,V.D.CASH<br>KIT CODE PART CONSISTS OF<br>11476.0C | 0550063363<br>ORD#: 15709 | ITM#: 05092901 | 12REQ. | 120.00000<br>EA | 1.73600<br>EA | 208.32 |

**Continued Next Page ...**

# Summit Polymers, Inc. Invoice

Page No: 2

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583675 | 10/06/05 |

**REMIT TO**

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**

39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS | | |
|---|---|---|---|---|---|---|---|---|
| 10/06/05 | 583675 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX | | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY. SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | 12130.0CR<br>CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095  ITM#: 1REL: 05100207 | | 240.00000<br>EA | 2.55000<br>EA | 612.00 |
| 8 | 12131.0BR<br>CPT#: 16911091 | RH BEZEL W/SWTCH,VORTEX GREY<br>KIT CODE PART CONSISTS OF<br>12131.0B | 0550071585<br>ORD#: 16095  ITM#: 10REL: 05100300 | | 120.00000<br>EA | 2.55000<br>EA | 306.00 |

**TOTAL:** 2336.35

**CURRENCY:** US DOLLAR

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583681 | 10/07/05 |

**Matamoros Plant**
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO** 18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO** 39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/07/05 | 583681 | | | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 7688.0DR  CPT#: 16824540 | | LOWER SHROUD,EBONY  KIT CODE PART CONSISTS OF  7688.0D | 0550061411  ORD#: 15631  ITM#: 1REL: 05100604 | | 960.00000  EA | .45125  EA | 433.20 |
| 2 | 7688.0ER  CPT#: 16868713 | | LOWER SHROUD,MD.DK.PEWTER  KIT CODE PART CONSISTS OF  7688.0E | 0550063649  ORD#: 15633  ITM#: 1REL: 05100400 | | 192.00000  EA | .41515  EA | 79.71 |
| 3 | 7688.0FR  CPT#: 16868714 | | LOWER SHROUD,MD.NEUTRAL II  KIT CODE PART CONSISTS OF  7688.0F | 0550063649  ORD#: 15633  ITM#: 2REL: 05100203 | | 96.00000  EA | .41515  EA | 39.85 |
| 4 | 7688.0GR  CPT#: 16868716 | | LOWER SHROUD,VY.DK.NEUTRAL  KIT CODE PART CONSISTS OF  7688.0G | 0550063649  ORD#: 15633  ITM#: 3REL: 05100300 | | 96.00000  EA | .41515  EA | 39.85 |
| 5 | 11486.0DR  CPT#: 16898132 | | CTR TRM BZL ASSY,HARVEST BURL  KIT CODE PART CONSISTS OF  11786.0D | 0550063363  ORD#: 15709  ITM#: 1REL: 05100203 | | 288.00000  EA | 2.31830  EA | 667.67 |
| 6 | 11476.0CR  CPT#: 16898171 | | SHROUD-LWR WHEEL ASSY,V.D.CASH  KIT CODE PART CONSISTS OF  11476.0C | 0550063363  ORD#: 15709  ITM#: 12REL: 05100200 | | 60.00000  EA | 1.73600  EA | 104.16 |

**Continued Next Page ...**

# Summit Polymers, Inc. Invoice

Page No: 2

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583681 | 10/07/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| ITEM | DATE SHIPPED | SHIPPER NO. | PART NO. | SUPPLIER CODE | BLANK CODE | DESCRIPTION | F.O.B. | CUSTOMER PO# | CTN. QTY | CARRIER | QTY. SHIPPED | U.PRICE/U/M | TERMS & CONDITIONS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/07/05 | 583681 | | | | | | | | LOCAL TRUCK FOR MEXICO DEL. | | | NET 25TH PROX | |
| 7 | | | 12130.0CR  16900504 CPT#: | | | LH BEZEL W/SWTCH,GUN METAL KIT CODE PART CONSISTS OF 12130.0C | | 0550071585 ORD#:  16095  ITM#: | | 1REL: 05100208 | 240.00000  EA | 2.55000  EA | | 612.00 |
| 8 | | | 12131.0CR  16900502 CPT#: | | | RH BEZEL W/SWTCH,GUN METAL KIT CODE PART CONSISTS OF 12131.0C | | 0550071585 ORD#:  16095  ITM#: | | 3REL: 05100201 | 240.00000  EA | 2.55000  EA | | 612.00 |
| 9 | | | 12130.0DR  16911090 CPT#: | | | LH BEZEL W/SWTCH,DK.SATIN NICK KIT CODE PART CONSISTS OF 12130.0D | | 0550071585 ORD#:  16095  ITM#: | | 5REL: 05100203 | 240.00000  EA | 2.55000  EA | | 612.00 |
| 10 | | | 12131.0DR  16911088 CPT#: | | | RH BEZEL W/SWTCH,DK.SATIN NICK KIT CODE PART CONSISTS OF 12131.0D | | 0550071585 ORD#:  16095  ITM#: | | 7REL: 05100207 | 120.00000  EA | 2.55000  EA | | 306.00 |
| 11 | | | 12130.0BR  16911093 CPT#: | | | LH BEZEL W/SWTCH,VORTEX GREY KIT CODE PART CONSISTS OF 12130.0B | | 0550071585 ORD#:  16095  ITM#: | | 8REL: 05100400 | 240.00000  EA | 2.55000  EA | | 612.00 |
| 12 | | | 12131.0BR  16911091 CPT#: | | | RH BEZEL W/SWTCH,VORTEX GREY KIT CODE PART CONSISTS OF 12131.0B | | 0550071585 ORD#:  16095  ITM#: | | 10REL: 05100400 | 120.00000  EA | 2.55000  EA | | 306.00 |

Continued Next Page . . .

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

## Summit Polymers, Inc. Invoice

Page No: 3

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583681 | 10/07/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/07/05 | 583681 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 12131.0B | | | | | | |

**TOTAL:** 4424.44

**CURRENCY:** US DOLLAR

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582341 | 9/30/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/30/05 | 582341 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0ER<br>CPT#: 16868713 | LOWER SHROUD,MD.DK.PEWTER<br>KIT CODE PART CONSISTS OF<br>7688.0E | 0550063649<br>ORD#: 15633 ITM#: 1REQ.: 05092603 | | 672.00000<br>EA | .41515<br>EA | 278.98 |
| 2 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709 ITM#: 6REQ.: 05092700 | | 276.00000<br>EA | 1.73600<br>EA | 479.14 |
| 3 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#: 16095 ITM#: 2REQ.: 05092607 | | 72.00000<br>EA | 2.56000<br>EA | 184.32 |
| 4 | 12130.0DR<br>CPT#: 16911090 | LH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12130.0D | 0550071585<br>ORD#: 16095 ITM#: 5REQ.: 05092606 | | 96.00000<br>EA | 2.55000<br>EA | 244.80 |
| 5 | 12131.0DR<br>CPT#: 16911088 | RH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12131.0D | 0550071585<br>ORD#: 16095 ITM#: 7REQ.: 05092605 | | 264.00000<br>EA | 2.55000<br>EA | 673.20 |
| 6 | 12136.0AR<br>CPT#: 16910898 | STRNG WHL SHRD,BASE,EBONY<br>KIT CODE PART CONSISTS OF<br>12136.0A | 0550071585<br>ORD#: 16095 ITM#: 4REQ.: 05092608 | | 200.00000<br>EA | .72000<br>EA | 144.00 |

Continued Next Page ...

# Summit Polymers, Inc. Invoice

Page No: 2

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582341 | 9/30/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 9/30/05 | 582341 | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 2004.44



# Summit Polymers, Inc. Invoice

Page No: 1

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582468 | 10/03/05 |

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 582468 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 8861.0DR<br>CPT#: 16869406 | LOWER SHROUD, EBONY<br>KIT CODE PART CONSISTS OF<br>8861.0D | 0550063649<br>ORD#:  15633  ITM#: 4 | REQ: 05093000 | 21.00000<br>EA | 1.68400<br>EA | 35.36 |
| 2 | 10774.00R<br>CPT#: 16899287 | AIR BAG CONTAINER, GMT257, BLACK<br>KIT CODE PART CONSISTS OF<br>10774.00 | 0550063378<br>ORD#:  15710  ITM#: 5 | REQ: 05092607 | 28.00000<br>EA | 2.48000<br>EA | 69.44 |
| 3 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#:  16095  ITM#: 2 | REQ: 05092608 | 216.00000<br>EA | 2.56000<br>EA | 552.96 |

**CURRENCY:** US DOLLAR

**TOTAL:** 657.76

**Summit Polymers, Inc. Invoice**

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583020 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330   FAX: 2693249311

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/04/05 | 583020 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7688.0ER CPT#: 16868713 | LOWER SHROUD,MD.DK.PEWTER KIT CODE PART CONSISTS OF 7688.0H | 0550063649 ORD#: 15633 ITM#: 1REL: 05100200 | | 192.00000 EA | .41515 EA | 79.71 |
| 2 | 7688.0FR CPT#: 16868714 | LOWER SHROUD,MD.NEUTRAL II KIT CODE PART CONSISTS OF 7688.0F | 0550063649 ORD#: 15633 ITM#: 2REL: 05100201 | | 384.00000 EA | .41515 EA | 159.42 |
| 3 | 7688.0GR CPT#: 16868716 | LOWER SHROUD,VT.DK.NEUTRAL KIT CODE PART CONSISTS OF 7688.0G | 0550063649 ORD#: 15633 ITM#: 3REL: 05100200 | | 192.00000 EA | .41515 EA | 79.71 |
| 4 | 11486.0DR CPT#: 16898132 | CTR TRM BZL ASSY,HARVEST BURL KIT CODE PART CONSISTS OF 11786.0D | 0550063363 ORD#: 15709 ITM#: 1REL: 05100201 | | 288.00000 EA | 2.31830 EA | 667.67 |
| 5 | 11478.0DR CPT#: 16898133 | RH TRM BZL W/O R.C.,HRVST BURL KIT CODE PART CONSISTS OF 11478.0D | 0550063363 ORD#: 15709 ITM#: 2REL: 05100200 | | 180.00000 EA | 2.59960 EA | 467.93 |
| 6 | 11479.0DR CPT#: 16898134 | LH TRM BZL W/O R.C.,HRVST BURL KIT CODE PART CONSISTS OF 11479.0D | 0550063363 ORD#: 15709 ITM#: 3REL: 05092003 | | 180.00000 EA | 2.59960 EA | 467.93 |

Continued Next Page ...

# Summit Polymers, Inc. Invoice

Page No: 2

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583020 | 10/04/05 |

**Matamoros Plant**
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| | DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|
| | 10/04/05 | 583020 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | 11482.0DR<br>CPT#: 16898135 | RH TRM BZL W/R.C.,HRVST BURL<br>KIT CODE PART CONSISTS OF<br>11482.0D | 0550063363<br>ORD#: 15709 ITM#: 4 REL: 05100100 | | 180.00000<br>EA | 2.35710<br>EA | 424.28 |
| 8 | 11483.0DR<br>CPT#: 16898136 | LH TRM BZL W/R.C.,HARVEST BURL<br>KIT CODE PART CONSISTS OF<br>11483.0D | 0550063363<br>ORD#: 15709 ITM#: 5 REL: 05092600 | | 180.00000<br>EA | 2.35710<br>EA | 424.28 |
| 9 | 11479.0BR<br>CPT#: 16898140 | LH TRM BZL W/O R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>11479.0B | 0550063363<br>ORD#: 15709 ITM#: 7 REL: 05100202 | | 270.00000<br>EA | 2.59960<br>EA | 701.89 |
| 10 | 11478.0BR<br>CPT#: 16898142 | RH TRM BZL W/O R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>11478.0B | 0550063363<br>ORD#: 15709 ITM#: 9 REL: 05100202 | | 270.00000<br>EA | 2.59960<br>EA | 701.89 |
| 11 | 11482.0BR<br>CPT#: 16898164 | RH TRM BZL W/R.C.,BR.STN.STL<br>KIT COD BPART CONSISTS OF<br>11482.0B | 0550063363<br>ORD#: 15709 ITM#: 10 REL: 05100100 | | 270.00000<br>EA | 2.35710<br>EA | 636.42 |
| 12 | 11483.0BR<br>CPT#: 16898165 | LH TRM BZL W/R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF | 0550063363<br>ORD#: 15709 ITM#: 11 REL: 05100100 | | 270.00000<br>EA | 2.35710<br>EA | 636.42 |

Continued Next Page . . .



# Summit Polymers, Inc. Invoice

Page No: 3

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583020 | 10/04/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|
| 10/04/05 | 583020 | | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | 11483.0B | | | | | |
| 13 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709 ITM#: 6REL: 05100203 | | 180.00000<br>EA | 1.73600<br>EA | 312.48 |
| 14 | 11476.0CR<br>CPT#: 16898171 | SHROUD-LWR WHEEL ASSY,V.D.CASH<br>KIT CODE PART CONSISTS OF<br>11476.0C | 0550063363<br>ORD#: 15709 ITM#: 12REL: 05092900 | | 60.00000<br>EA | 1.73600<br>EA | 104.16 |
| 15 | 12130.0CR<br>CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095 ITM#: 1REL: 05100200 | | 240.00000<br>EA | 2.55000<br>EA | 612.00 |
| 16 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#: 16095 ITM#: 2REL: 05100201 | | 240.00000<br>EA | 2.56000<br>EA | 614.40 |

**CURRENCY:** US DOLLAR

**TOTAL:** 7090.59

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583302 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Postage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/05/05 | 583302 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 4526.0D  CPT#: 16758645 | SHROUD,BUICK,MED.NEUTRAL.II KIT CODE PART CONSISTS OF 4526.0D | 0550063378  ORD#:  15710  ITM#: | 3REL: 05100203 | 140.00000  EA | .64100  EA | 89.74 |
| 2 | 7688.0GR  CPT#: 16868716 | LOWER SHROUD,VY.DK.NEUTRAL KIT CODE PART CONSISTS OF 7688.0G | 0550063649  ORD#:  15633  ITM#: | 3REL: 05100201 | 192.00000  EA | .41515  EA | 79.71 |
| 3 | 11476.0AR  CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY KIT CODE PART CONSISTS OF 11476.0A | 0550063363  ORD#:  15709  ITM#: | 6REL: 05100206 | 300.00000  EA | 1.73600  EA | 520.80 |
| 4 | 11482.0BR  CPT#: 16898164 | RH TRM BZL W/R.C.,BR.STN.STL KIT COD EPART CONSISTS OF 11482.0B | 0550063363  ORD#:  15709  ITM#: | 10REL: 05100101 | 270.00000  EA | 2.35710  EA | 636.42 |
| 5 | 11483.0BR  CPT#: 16898165 | LH TRM BZL W/R.C.,BR.STN.STL KIT CODE PART CONSISTS OF 11483.0B | 0550063363  ORD#:  15709  ITM#: | 11REL: 05100101 | 270.00000  EA | 2.35710  EA | 636.42 |
| 6 | 12130.0CR  CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL KIT CODE PART CONSISTS OF 12130.0C | 0550071585  ORD#:  16095  ITM#: | 1REL: 05100205 | 480.00000  EA | 2.55000  EA | 1224.00 |

**Continued Next Page ...**

## Summit Polymers, Inc. Invoice

Page No: 2

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583302 | 10/05/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|
| 10/05/05 | 583302 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 7 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK, GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 05500071585<br>ORD#: 16095 ITM#: 2REL: 05100205 | | 480.00000<br>EA | 2.56000<br>EA | 1228.80 |

CURRENCY: US DOLLAR

TOTAL: 4415.89

# Summit Polymers, Inc. Invoice

Summit East
6717 S. Sprinkle Road
Portage, MI 49002
DUNS: 783567894

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 581616 | 9/29/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249930    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
DARYl 5
DELPHI E & S RIMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS,TX, 78567

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 9/29/05 | 581616 | | BLANK CODE | 0550071566 | PJAX | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CTN. QTY | QTY. SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 7695.1CE | UPPER DOOR ASM, NEW AMERICAN WA | | 432.00000 | 9.21000 | 3978.72 |
| | CPT#: 28025158 | KIT CODE PART CONSISTS OF | | EA | EA | |
| | | 7695.1C | | | | |

ORD#: 16048  ITM#:  LREL: 05092801

**CURRENCY:** US DOLLAR

**TOTAL:** 3978.72

**SPI**

Summit East
6717 S. Sprinkle Road
Portage, MI 49002
DUNS: 783567894

## Summit Polymers, Inc. Invoice

**REMIT TO** 6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO** DARY1 5
DELPHI E & S RIMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS,TX, 78567

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 581946 | 9/30/05 |

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/05 | 581946 | | BLANK CODE | | | | PJAX | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7695.1CE | UPPER DOOR ASM,NEW AMERICAN WA. | 0550071566 | | 432.00000 | 9.21000 | 3978.72 |
| | CPT#: 28025158 | KIT CODE PART CONSISTS OF | ORD#: 16048 ITM#: | IREL: 05092802 | EA | EA | |
| | | 7695.1C | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 3978.72

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582357 | 10/03/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
DARYL 5
DELPHI E & S RIMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX, 78567

Summit East
6717 S. Sprinkle Road
Portage, MI 49002
DUNS: 783567894

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 582357 | | | | NET 25TH PROX |

| ITEM | PART NO. | BLANK CODE | DESCRIPTION | CUSTOMER PO# | FVAX | CTN. QTY | QTY. SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7695.1CE | | UPPER DOOR ASM.NEW AMERICAN NA | 0550071566 | | | 432.00000 | 9.21000 | 3978.72 |
| | CPT#: 28025158 | | KIT CODE PART CONSISTS OF | ORD#:  16048  ITM#: | | 1REL: 05100300 | EA | EA | |
| | | | 7695.1C | | | | | | |

**CURRENCY:**  US DOLLAR

**TOTAL:**  3978.72

# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582837 | 10/04/05 |

Summit East
6717 S. Sprinkle Road
Portage, MI 49002
DUNS: 783567894

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
DARY1 5
DELPHI E & S RIMIR
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX, 78567

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|
| 10/04/05 | 582837 | | | BLANK CODE | | PJAX | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 7695.1CH | UPPER DOOR ASM,NEW AMERICAN WA | 0550071566 | REL: 05100301 | 432.00000 | 9.21000 | 3978.72 |
| | CPT#: 28025158 | KIT CODE PART CONSISTS OF | ORD#:  16048  ITM#: | | EA | EA | |
| | | 7695.1C | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:**    3978.72

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| **582840** | **10/04/05** |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/04/05 | 582840 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN.QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 10774.00R<br>CPN#: 16899287 | AIR BAG CONTAINER,CMT257, BLACK<br>KIT CODE PART CONSISTS OF<br>10774.00 | 0550063378<br>ORD#:  15710  ITM#:  5REL: 05100200 | | 168.00000<br>EA | 2.48000<br>EA | 416.64 |
| 2 | 11486.0BR<br>CPN#: 16898141 | CTR TRM BZL ASSY,BRSH.STN.STL<br>KIT CODE PART CONSISTS OF<br>11486.0B | 0550063363<br>ORD#:  15709  ITM#:  8REL: 05100100 | | 432.00000<br>EA | 2.31830<br>EA | 1001.51 |
| 3 | 11488.0CR<br>CPN#: 16900697 | SNAP CAP SHROUD,VY.DK.CASHMERE<br>KIT CODE PART CONSISTS OF<br>11488.0C | 0550063725<br>ORD#:  15640  ITM#:  1REL: 05092800 | | 500.00000<br>EA | .33000<br>EA | 165.00 |
| 4 | 12131.0DR<br>CPN#: 16911088 | RH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12131.0D | 0550071585<br>ORD#:  16095  ITM#:  7REL: 05100200 | | 360.00000<br>EA | 2.55000<br>EA | 918.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 2501.15



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582917 | 10/04/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|---|
| 10/04/05 | 582917 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 10774.00R<br>CPT#: 16892287 | AIR BAG CONTAINER, GMT257, BLACK<br>KIT CODE PART CONSISTS OF<br>10774.00 | 0550063378<br>ORD#: 15710  ITM#: 5 | REL: 05100201 | 140.00000<br>EA | 2.48000<br>EA | 347.20 |
| 2 | 11476.0AR<br>CPT#: 16898138 | SHROUD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709  ITM#: 6 | REL: 05100200 | 360.00000<br>EA | 1.73600<br>EA | 624.96 |
| 3 | 11486.0BR<br>CPT#: 16898141 | CTR TRM BZL ASSY,BRSH.STN.STL<br>KIT CODE PART CONSISTS OF<br>11486.0B | 0550063363<br>ORD#: 15709  ITM#: 8 | REL: 05100101 | 288.00000<br>EA | 2.31830<br>EA | 667.67 |
| 4 | 11478.0BR<br>CPT#: 16898142 | RH TRM BZL W/O R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>11478.0B | 0550063363<br>ORD#: 15709  ITM#: 9 | REL: 05100200 | 180.00000<br>EA | 2.59960<br>EA | 467.93 |
| 5 | 11479.0BR<br>CPT#: 16898140 | LH TRM BZL W/O R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>11479.0B | 0550063363<br>ORD#: 15709  ITM#: 7 | REL: 05100200 | 180.00000<br>EA | 2.59960<br>EA | 467.93 |
| 6 | 12131.0DR<br>CPT#: 16911088 | RH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12131.0D | 0550071585<br>ORD#: 16095  ITM#: 7 | REL: 05109201 | 360.00000<br>EA | 2.55000<br>EA | 918.00 |

**Continued Next Page ...**

# Summit Polymers, Inc. Invoice

Page No: 2

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582917 | 10/04/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|
| | | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |
| 10/04/05 | 582917 | | | | | | | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

TOTAL: 3493.69

**CURRENCY:** US DOLLAR

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
| --- | --- |
| 583053 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | | CARRIER | | TERMS & CONDITIONS | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/05/05 | 583053 | | BLANK CODE | | LOCAL TRUCK FOR MEXICO DEL. | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 11478.0DR<br>CPF#: 16898133 | RH TRM BZL W/O R.C.,HRVST BURL<br>KIT CODE PART CONSISTS OF<br>11478.0D | 0550063363<br>ORD#: 15709 ITM#: 2 | REQ: 05100201 | 180.00000<br>EA | 2.59960<br>EA | 467.93 |
| 2 | 11479.0DR<br>CPF#: 16898134 | LH TRM BZL W/O R.C.,HRVST BURL<br>KIT CODE PART CONSISTS OF<br>11479.0D | 0550063363<br>ORD#: 15709 ITM#: 3 | REQ: 05092004 | 180.00000<br>EA | 2.59960<br>EA | 467.93 |
| 3 | 12132.0CR<br>CPF#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#: 16095 ITM#: 2 | REQ: 05100202 | 240.00000<br>EA | 2.56000<br>EA | 614.40 |
| 4 | 12130.0CR<br>CPF#: 16900504 | LH BZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095 ITM#: 1 | REQ: 05100201 | 240.00000<br>EA | 2.55000<br>EA | 612.00 |

**CURRENCY:** US DOLLAR

**TOTAL:** 2162.26



**Summit Polymers, Inc. Invoice**

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583295 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DDNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | | | F.O.B | | | CARRIER | | | TERMS & CONDITIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/05 | 583295 | | | | BLANK CODE | | | LOCAL TRUCK FOR MEXICO DEL. | | | NET 25TH PROX | |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN.QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 4526.0D<br>CPT#: 16758645 | SHROD,BUICK,MED NEUTRAL II<br>KIT CODE PART CONSISTS OF<br>4526.0D | 0550063378<br>ORD#: 15710  ITM#: 3 | KIT#: 05100202 | 112.0000<br>EA | .64100<br>EA | 71.79 |
| 2 | 11476.0AR<br>CPT#: 16898138 | SHROD-LWR WHEEL ASSY,EBONY<br>KIT CODE PART CONSISTS OF<br>11476.0A | 0550063363<br>ORD#: 15709  ITM#: 6 | KIT#: 05100205 | 192.0000<br>EA | 1.73600<br>EA | 333.31 |
| 3 | 12130.0CR<br>CPT#: 16900504 | LH BEZEL W/SWTCH,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12130.0C | 0550071585<br>ORD#: 16095  ITM#: 1 | KIT#: 05100204 | 360.0000<br>EA | 2.55000<br>EA | 918.00 |
| 4 | 12132.0CR<br>CPT#: 16900503 | RH BEZEL BLANK,GUN METAL<br>KIT CODE PART CONSISTS OF<br>12132.0C | 0550071585<br>ORD#: 16095  ITM#: 2 | KIT#: 05100204 | 480.0000<br>EA | 2.56000<br>EA | 1228.80 |
| 5 | 12130.0DR<br>CPT#: 16911090 | LH BEZEL W/SWTCH,DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12130.0D | 0550071585<br>ORD#: 16095  ITM#: 5 | KIT#: 05100200 | 240.0000<br>EA | 2.55000<br>EA | 612.00 |
| 6 | 12131.0DR<br>CPT#: 16911088 | RH BEZEL W/SWTCH.DK.SATIN NICK<br>KIT CODE PART CONSISTS OF<br>12131.0D | 0550071585<br>ORD#: 16095  ITM#: 7 | KIT#: 05100203 | 120.0000<br>EA | 2.55000<br>EA | 306.00 |

Continued Next Page ...

# Summit Polymers, Inc. Invoice

**Page No: 2**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583295 | 10/05/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CUSTOMER PO# | CARRIER | CTN. QTY | QTY.SHIPPED | TERMS & CONDITIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/05 | 583295 | | | | | LOCAL TRUCK FOR MEXICO DEL. | | | NET 25TH PROX | | |

| ITEM | PART NO. | DESCRIPTION | | | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|

**CURRENCY:** US DOLLAR

**TOTAL:** 3469.90



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583550 | 10/06/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**CARRIER**
LOCAL TRUCK FOR MEXICO DEL.

**TERMS & CONDITIONS**
NET 25TH PROX

| ITEM | DATE SHIPPED | SHIPPER NO. | PART NO. | SUPPLIER CODE | BLANK CODE | F.O.B | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY SHIPPED | U.PRICE/U.M | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/06/05 | 583550 | 11479.0BR | | | | LH TRM BZL W/O R.C.,BR.STN.STL | 0550063363 | | 270.00000 | 2.59960 | 701.89 |
| | | | CPT#: 16898140 | | | | KIT CODE PART CONSISTS OF | ORD#: 15709 | ITM#: 7 REQ: 05100203 | EA | EA | |
| | | | | | | | 11479.0B | | | | | |
| 2 | | | 11478.0BR | | | | RH TRM BZL W/O R.C.,BR.STN.STL | 0550063363 | | 270.00000 | 2.59960 | 701.89 |
| | | | CPT#: 16898142 | | | | KIT CODE PART CONSISTS OF | ORD#: 15709 | ITM#: 9 REQ: 05100203 | EA | EA | |
| | | | | | | | 11478.0B | | | | | |
| 3 | | | 11483.0BR | | | | LH TRM BZL W/R.C.,BR.STN.STL | 0550063363 | | 450.00000 | 2.35710 | 1060.70 |
| | | | CPT#: 16898165 | | | | KIT CODE PART CONSISTS OF | ORD#: 15709 | ITM#: 11 REQ: 05100200 | EA | EA | |
| | | | | | | | 11483.0B | | | | | |
| 4 | | | 12130.0DR | | | | LH BEZEL W/SWTCH,DK.SATIN NICK | 0550071585 | | 240.00000 | 2.55000 | 612.00 |
| | | | CPT#: 16911090 | | | | KIT CODE PART CONSISTS OF | ORD#: 16095 | ITM#: 5 REQ: 05100202 | EA | EA | |
| | | | | | | | 12130.0D | | | | | |
| 5 | | | 12131.0DR | | | | RH BEZEL W/SWTCH,DK.SATIN NICK | 0550071585 | | 240.00000 | 2.55000 | 612.00 |
| | | | CPT#: 16911088 | | | | KIT CODE PART CONSISTS OF | ORD#: 16095 | ITM#: 7 REQ: 05100205 | EA | EA | |
| | | | | | | | 12131.0D | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 3688.48

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 583919 | 10/07/05 |



**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/07/05 | 583919 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 12131.0CR CPT#: 16900502 | RH BEZEL W/SWTCH,GUN METAL KIT CODE PART CONSISTS OF 12131.0C | 0550071585 ORD#: 16095 ITM#: 3 REL: 05100202 | | 432.00000 EA | 2.55000 EA | 1101.60 |
| 2 | 12131.0DR CPT#: 16911088 | RH BEZEL W/SWTCH,DK.SATIN NICK KIT CODE PART CONSISTS OF 12131.0D | 0550071585 ORD#: 16095 ITM#: 7 REL: 05100208 | | 240.00000 EA | 2.55000 EA | 612.00 |
| 3 | 12136.0AR CPT#: 16910898 | STRNG WHL SHRD,BASE,EBONY KIT CODE PART CONSISTS OF 12136.0A | 0550071585 ORD#: 16095 ITM#: 4 REL: 05100207 | | 2050.00000 EA | .72000 EA | 1476.00 |
| 4 | 12131.0BR CPT#: 16911091 | RH BEZEL W/SWTCH,VORTEX GREY KIT CODE PART CONSISTS OF 12131.0B | 0550071585 ORD#: 16095 ITM#: 10 REL: 05104401 | | 336.00000 EA | 2.55000 EA | 856.80 |

TOTAL: 4046.40

CURRENCY:    US DOLLAR



# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| **582470** | **10/03/05** |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249111

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 582470 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 12047.0AR | LH BEZEL (CHEVY), EBONY | 0550076577 | | 60.00000 | 1.07000 | 64.20 |
| | CPT#: 28037987 | KIT CODE PART CONSISTS OF | ORD#: 16731  ITM#: 2  REL: 05092802 | | EA | EA | |
| | | PART 12047.0A | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 64.20

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 582675 | 10/03/05 |

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2691249330    FAX: 2691249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/03/05 | 582675 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 12099.0AR | BACK SHRD,UP-LVL,EBONY KIT CODE PART CONSISTS OF PART 12099.0A | 0550076577 | | 56.00000 EA | .70000 EA | 39.20 |
| | CPT#: 28037994 | | ORD#: 16731 ITM#: 6 REL: 0510 0300 | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 39.20



## Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 588080 | 10/26/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CUSTOMER PO# | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/26/05 | 588080 | | BLANK CODE | 0550076577 | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CTN.QTY | QTY SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 12047.0AR | LH BEZEL (CHEVY), EBONY | 2REL: 0510.100 | 180.00000 EA | 1.07000 EA | 192.60 |
| | CPT#: 28037987 | KIT CODE PART CONSISTS OF | ORD#: 16731 ITM#: 2 | | | |
| | | PART 12047.0A | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 192.60

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 585160 | 10/13/05 |

**Matamoros Plant**
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|
| 10/13/05 | 585160 | | BLANK CODE | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | UPRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11482.1BR | RH TRM BZL W/R.C.,BR.STN.STL | 0550079766 | | 90.0000 | 2.47000 | 222.30 |
| | CTN#: 28035005 | KIT CODE PART CONSISTS OF | ORD#: 17085  ITM#: | REL#: 05102600 | EA | EA | |
| | | PART 11482.1B | | | | | |

**CURRENCY:** US DOLLAR

**TOTAL:** 222.30

# Summit Polymers, Inc. Invoice

Page No: 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 585176 | 10/13/05 |

**REMIT TO**
6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SHIP TO**
39701 4A
COMPONENTES MECANICOS - CMM2
DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

**SOLD TO**
18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | F.O.B | BLANK CODE | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/13/05 | 585176 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/E/UM | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11486.1BR<br>CPT#: 28035001 | CTR TRM BZL ASSY,BRSH.STN.STL<br>KIT CODE PART CONSISTS OF<br>PART 11486.1B | 0550079766<br>ORD#: 17085  ITM#: 7REL: 05101900 | | 144.00000<br>EA | 2.39000<br>EA | 344.16 |
| 2 | 11483.1BR<br>CPT#: 28035004 | LH TRM BZL W/R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>PART 11483.1B | 0550079766<br>ORD#: 17085  ITM#: 10REL: 05102000 | | 180.00000<br>EA | 2.47000<br>EA | 444.60 |
| 3 | 11482.1BR<br>CPT#: 28035005 | RH TRM BZL W/R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>PART 11482.1B | 0550079766<br>ORD#: 17085  ITM#: 9REL: 05102100 | | 180.00000<br>EA | 2.47000<br>EA | 444.60 |

**CURRENCY:** US DOLLAR

**TOTAL:** 1233.36



# Summit Polymers, Inc. Invoice

**Page No: 1**

| INVOICE NO. | INVOICE DATE |
|---|---|
| 585161 | 10/13/05 |

**REMIT TO**

Matamoros Plant
5845 East 14th Street
Brownsville, TX 78521
DUNS: 783568546

6715 S. Sprinkle Road
Portage MI 49002
PHONE: 2693249330    FAX: 2693249311

**SOLD TO**

18301
DELPHI INTERIOR & LIGHTING
DISBURSEMENT ANALYSIS DEPT.
P.O. BOX 436040
PONTIAC, MI 48383-6040

**SHIP TO**

39701 4A
COMPONENTES MECANICOS - CMM2

DE MATAMOROS, FINSA H.
MATAMOROS TAMAULIPAS, MEXICO

| DATE SHIPPED | SHIPPER NO. | SUPPLIER CODE | BLANK CODE | F.O.B | CARRIER | TERMS & CONDITIONS |
|---|---|---|---|---|---|---|
| 10/13/05 | 585161 | | | | LOCAL TRUCK FOR MEXICO DEL. | NET 25TH PROX |

| ITEM | PART NO. | DESCRIPTION | CUSTOMER PO# | CTN. QTY | QTY.SHIPPED | U.PRICE/U/M | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 11482.1BR<br>CPT#:  28035005 | RH TRM BZL W/R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>PART 11482.1B | 0550079766<br>ORD#:  17085  ITM#: 9 | REL: 05101900 | 270.00000<br>EA | 2.47000<br>EA | 666.90 |
| 2 | 11483.1BR<br>CPT#:  28035004 | LH TRM BZL W/R.C.,BR.STN.STL<br>KIT CODE PART CONSISTS OF<br>PART 11483.1B | 0550079766<br>ORD#:  17085  ITM#: 10 | REL: 05101800 | 270.00000<br>EA | 2.47000<br>EA | 666.90 |

**CURRENCY:**   US DOLLAR

**TOTAL:**   1333.80