**Hearing Date and Time:  March 18, 2010 at 10:00 a.m. (prevailing Eastern time)**

WARNER NORCROSS & JUDD
2000 Town Center, Suite 2700
Southfield, MI  48075
Telephone:  248-784-5131
Facsimile:  248-603-9731
mcruse@wnj.com

Michael G. Cruse
(Admitted *Pro Hac Vice*)

Attorneys for D&S Machine Products, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

## D&S MACHINE PRODUCTS, INC. RESPONSE TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION

D&S Machine Products, Inc. ("**D&S**") by and through its counsel, Warner Norcross & Judd LLP, files this Response to the *Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and (d) and Fed R. Bankr. P. 3007 to (I) Modify and Allow (A) Certain Modified and Allowed Claims, (B) a Partially Satisfied Claim, and (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, and (E) a Duplicate Claim, (III) Object to Certain (A) Preference-Related Claims and (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities* dated February 3, 2010 (the "**44th Omnibus Objection**"), and states as follows:

1.      On October 8 and 14, 2005 (the "**Petition Date**"), Delphi Corporation ("**Delphi**") and certain of its affiliates, including Delphi Automotive Systems LLC ("**Delphi Automotive**") (affiliates, Delphi Automotive and Delphi are collectively referred to herein as "**Debtors**") filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Bankruptcy Code.

2.      On or about July 28, 2006, D&S filed a proof of claim in the Delphi Automotive bankruptcy, Case No. 05-44640 in the total amount of $187,779.14 (the "**Proof of Claim**") which represented the amount of goods sold and delivered to Delphi Automotive.  The Proof of Claim is docketed as Claim Number 12153.

3.      D&S sold its interest in the Proof of Claim to Longacre Master Fund LTD ("**Longacre**").

4.      On or about February 3, 2010, the Debtors filed their 44th Objection seeking to disallow the Proof of Claim on the ground that D&S is a defendant in an avoidance action arising under 11 U.S.C. § 547 and that the Proof of Claim is potentially subject to disallowance pursuant to 11 U.S.C. § 502(d).

5.      D&S objects to the 44th Omnibus Objection because it has a complete defense to any asserted preference liability.

6.      11 U.S.C. § 547(c)(2) bars the Debtors from avoiding any transfers to D&S because all such transfers were in payment of debts incurred by Debtors in the ordinary course of business of Debtors' and D&S, were made in the ordinary course of the Debtors and D&S's business, and were made according to ordinary business terms.  D&S's defense under 11 U.S.C. § 547(c)(2) is supported by the payment history attached as **Exhibit 1**.

7.      D&S also objects to the 44th Omnibus Objection because the Proof of Claim was sold to Longacre and is therefore not subject to disallowance under 11 U.S.C. § 502(d).

2

8.      The Southern District of New York has held that "the plain language of section 502(d) focuses on the claimant as opposed to the claim and leads to the inexorable conclusion that disallowance is a personal disability of a claimant, and not an attribute of the claim." *In re Enron Corp.,* 379 B.R. 425, 443 (S.D.N.Y. 2007).

9.      The *In re Enron Corp.* court stated that "[t]his result comports with one of the main purposes of section 502(d), namely to coerce the return of assets obtained by preferential transfer.  That purpose would not be served if a claim in the hands of a claimant could be disallowed even where that claimant never received the preference to begin with, and as a result, could not be coerced to return it." *Id.*

10.     Here, the Proof of Claim was sold to Longacre, and it is undisputed that Longacre did not receive any preference payments.  Therefore, the Proof of Claim cannot be disallowed under 11 U.S.C. § 502(d).

WHEREFORE, based on the foregoing, D&S respectfully requests that this Court enter an Order denying the relief requested in the 44th Objection, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Date:  March 10, 2010              BY:   /s/Michael G. Cruse
                                         MICHAEL G. CRUSE (P38837)
                                         Attorneys for D&S Machine Products, Inc.
                                         2000 Town Center, Suite 2700
                                         Southfield, MI  48075
                                         Telephone:  248-784-5131
                                         Fax:  248-603-9731
                                         Email:  mcruse@wnj.com

1765309-1

3

# EXHIBIT 1

Billed to Delphi in Flint, MI

## Receipts Listing

Delphi Chassis Division of GM
All Payments

**For Period Starting:** 01/01/2005
**Through Period Ending:** 06/30/2005

| Entry Date | Type | Reference No. | Received From/Invoice | Type & Description | Amount | Amount Applied |
|---|---|---|---|---|---|---|
| 01/06/2005 | A/R - Check | CK#900479434 | Delphi Chassis Division of GM | C- DE0100 | | |
| | | | INV. 0016849 | 11/03/2004 | 1,575.00 | 1,575.00 |
| | | | INV. 0016850 | 11/03/2004 | 516.00 | 516.00 |
| | | | INV. 0016851 | 11/03/2004 | 1,518.00 | 1,518.00 |
| | | | INV. 0016852 | 11/03/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016873 | 11/05/2004 | 7,750.00 | 7,750.00 |
| | | | INV. 0016889 | 11/08/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016701 | 11/09/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016702 | 11/09/2004 | 2,875.00 | 2,875.00 |
| | | | INV. 0016711 | 11/10/2004 | 7,750.00 | 7,750.00 |
| | | | INV. 0016717 | 11/11/2004 | 2,875.00 | 2,875.00 |
| | | | INV. 0016721 | 11/12/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016735 | 11/15/2004 | 7,750.00 | 7,750.00 |
| | | | INV. 0016748 | 11/17/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016749 | 11/17/2004 | 7,750.00 | 7,750.00 |
| | | | INV. 0016779 | 11/22/2004 | 5,750.00 | 5,750.00 |
| | | | INV. 0016780 | 11/22/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016785 | 11/22/2004 | 7,750.00 | 7,750.00 |
| | | | INV. 0016799 | 11/23/2004 | 7,750.00 | 7,750.00 |
| | | | INV. 0016811 | 11/24/2004 | 2,875.00 | 2,875.00 |
| | | | INV. 0016812 | 11/24/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016817 | 11/29/2004 | 3,875.00 | 3,875.00 |
| | | | | | 95,484.00 | 95,484.00 |
| 02/07/2005 | A/R - Check | CK#900484227 | Delphi Chassis Division of GM | C- DE0100 | | |
| | | | INV. 0014212 | 01/02/2004 | 315.00 | 315.00 |
| | | | INV. 0014818 | 03/12/2004 | 1,575.00 | 1,575.00 |
| | | | INV. 0014819 | 03/12/2004 | 711.48 | 711.48 |
| | | | INV. 0016861 | 12/06/2004 | 3,875.00 | 3,875.00 |
| | | | INV. 0016875 | 12/07/2004 | 7,750.00 | 7,750.00 |
| | | | INV. 0016876 | 12/07/2004 | 1,575.00 | 1,575.00 |

pg 1

# Receipts Listing

**For Period Starting:** 01/01/2005
**Through Period Ending:** 06/30/2005

Delphi Chassis Division of GM
All Payments

| Entry Type | Reference No. | Description Received From/Invoice | Reference Received From/Invoice | Posted (mm/dd) | Applied credit | Applied debit | Applied Total |
|---|---|---|---|---|---|---|---|
| | | INV. | 0016888 | 12/09/2004 | 7,750.00 | | 7,750.00 |
| | | INV. | 0016921 | 12/13/2004 | 7,750.00 | | 7,750.00 |
| | | INV. | 0016925 | 12/15/2004 | 3,875.00 | | 3,875.00 |
| | | INV. | 0016933 | 12/15/2004 | 3,875.00 | | 3,875.00 |
| | | INV. | 0016949 | 12/16/2004 | 3,875.00 | | 3,875.00 |
| | | INV. | 0016955 | 12/17/2004 | 3,875.00 | | 3,875.00 |
| | | INV. | 0016970 | 12/21/2004 | 7,750.00 | | 7,750.00 |
| | | INV. | 0016986 | 12/22/2004 | 3,875.00 | | 3,875.00 |
| | | INV. | 0016988 | 12/22/2004 | 3,875.00 | | 3,875.00 |
| | | | | | 62,301.48 | | 62,301.48 |
| | Delphi Chassis Division of GM | C- DE0100 | | | | | |
| | | INV. | 0017019 | 01/06/2005 | 8,235.00 | | 8,235.00 |
| | | INV. | 0017026 | 01/06/2005 | 516.00 | | 516.00 |
| | | INV. | 0017027 | 01/08/2005 | 1,260.00 | | 1,260.00 |
| | | | | | 10,011.00 | | 10,011.00 |
| 03/08/2005 | A/R - Check | CK#9004888860 | | | | | |
| | | | | **TOTALS:** | 167,796.48 | 0.00 | 167,796.48 |

(Pd with other location)

pg 2

*Billed to Delphi in Dayton, OH*

# Receipts Listing

**For Period Starting:** 01/01/2005
**Through Period Ending:** 06/30/2005

**Delphi Chassis Division of GM**
**All Payments**

| Date | Type | Reference No. | Customer ID / Received From | Invoice No. | Type Code | Receipt Date | Amount | Applied Amount |
|---|---|---|---|---|---|---|---|---|
| 03/08/2005 | A/R - Check | CK#900488860 | Delphi Chassis Division of GM | | C- DE0300 | | | |
| | | | | INV. 0017041 | | 01/10/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017050 | | 01/10/2005 | 8,235.00 | 8,235.00 |
| | | | | INV. 0017061 | | 01/11/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017065 | | 01/12/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017070 | | 01/13/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017076 | | 01/14/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017087 | | 01/17/2005 | 8,235.00 | 8,235.00 |
| | | | | INV. 0017096 | | 01/20/2005 | 12,352.50 | 12,352.50 |
| | | | | INV. 0017111 | | 01/21/2005 | 3,162.50 | 3,162.50 |
| | | | | INV. 0017112 | | 01/21/2005 | 12,352.50 | 12,352.50 |
| | | | | INV. 0017123 | | 01/25/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017130 | | 01/25/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017141 | | 01/27/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017141 | | 01/27/2005 | 10.00 | 10.00 |
| | | | | | | | 77,287.50 | 77,287.50 |
| 04/08/2005 | A/R - Check | CK#90049 3470 | Delphi Chassis Division of GM | | C- DE0300 | | | |
| | | | | INV. 0017169 | | 01/31/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017179 | | 02/03/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017198 | | 02/07/2005 | 8,235.00 | 8,235.00 |
| | | | | INV. 0017209 | | 02/07/2005 | 8,235.00 | 8,235.00 |
| | | | | INV. 0017212 | | 02/08/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017213 | | 02/08/2005 | 516.00 | 516.00 |
| | | | | INV. 0017214 | | 02/08/2005 | 1,890.00 | 1,890.00 |
| | | | | INV. 0017222 | | 02/09/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017230 | | 02/10/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017237 | | 02/11/2005 | 8,235.00 | 8,235.00 |
| | | | | INV. 0017248 | | 02/14/2005 | 4,117.50 | 4,117.50 |
| | | | | INV. 0017259 | | 02/16/2005 | 8,235.00 | 8,235.00 |
| | | | | INV. 0017274 | | 02/16/2005 | 4,117.50 | 4,117.50 |

*(B) with other location)*

# Receipts Listing

**For Period Starting:** 01/01/2005
**Through Period Ending:** 06/30/2005

Delphi Chassis Division of GM
All Payments

| Entry/Pmt | Type | Reference/No. | Customer/Reveived From/Invoice | Received | Payment/Type/Code | Received Credit | Amount Applied |
|---|---|---|---|---|---|---|---|
| 05/04/2005 | A/R - Check | CK#900497960 | Delphi Chassis Division of GM | C- DE0300 | | | |
| | | | INV. 0017364 | 02/28/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017373 | 03/02/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017379 | 03/03/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017416 | 03/08/2005 | | 269.50 | 269.50 |
| | | | INV. 0017417 | 03/08/2005 | | 516.00 | 516.00 |
| | | | INV. 0017418 | 03/08/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017419 | 03/08/2005 | | 1,575.00 | 1,575.00 |
| | | | INV. 0017427 | 03/09/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017444 | 03/14/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017451 | 03/14/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017462 | 03/15/2005 | | 3,162.50 | 3,162.50 |
| | | | INV. 0017464 | 03/16/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017465 | 03/16/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017478 | 03/18/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017484 | 03/18/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017517 | 03/21/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017525 | 03/23/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017532 | 03/23/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017540 | 03/24/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017545 | 03/25/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017282 | 02/17/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017288 | 02/18/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017299 | 02/21/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017307 | 02/22/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017332 | 02/24/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017348 | 02/25/2005 | | 8,235.00 | 8,235.00 |
| | | | INV. 0017356 | 02/28/2005 | | 4,117.50 | 4,117.50 |
| | | | INV. 0017356 | 02/28/2005 | | 12.50 | 12.50 |
| | | | | | | 105,356.00 | 105,356.00 |

# Receipts Listing

**Delphi Chassis Division of GM**
**All Payments**

**For Period Starting:** 01/01/2005
**Through Period Ending:** 06/30/2005

| Entry Date | Transaction Type | Reference No. | Customer / Received From / Invoice | Received From / Invoice | Response Type / Period Code | Credit | Discount | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/06/2005 | A/R - Check | CK#900502581 | Delphi Chassis Division of GM | | C- DE0300 | | | |
| | | | INV. 0017569 | 03/30/2005 | | 16,470.00 | | 16,470.00 |
| | | | INV. 0017569 | 03/30/2005 | | 13.00 | | 13.00 |
| | | | | | | 112,591.00 | | 112,591.00 |
| | | | INV. 0017609 | 04/04/2005 | | 8,235.00 | | 8,235.00 |
| | | | INV. 0017623 | 04/06/2005 | | 8,235.00 | | 8,235.00 |
| | | | INV. 0017624 | 04/06/2005 | | 516.00 | | 516.00 |
| | | | INV. 0017625 | 04/06/2005 | | 945.00 | | 945.00 |
| | | | INV. 0017635 | 04/06/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017636 | 04/06/2005 | | 3,162.50 | | 3,162.50 |
| | | | INV. 0017653 | 04/08/2005 | | 8,235.00 | | 8,235.00 |
| | | | INV. 0017673 | 04/12/2005 | | 8,235.00 | | 8,235.00 |
| | | | INV. 0017688 | 04/13/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017703 | 04/15/2005 | | 8,235.00 | | 8,235.00 |
| | | | INV. 0017713 | 04/20/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017722 | 04/20/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017730 | 04/20/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017735 | 04/21/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017740 | 04/25/2005 | | 8,235.00 | | 8,235.00 |
| | | | INV. 0017763 | 04/26/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017766 | 04/27/2005 | | 8,235.00 | | 8,235.00 |
| | | | INV. 0017779 | 04/29/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017787 | 04/29/2005 | | 4,117.50 | | 4,117.50 |
| | | | INV. 0017787 | 04/29/2005 | | 11.50 | | 11.50 |
| | | | | | | 99,337.50 | | 99,337.50 |
| | | | | | **TOTALS:** | 394,572.00 | 0.00 | 394,572.00 |