Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

Attorneys for PBR Knoxville L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

───────────────────────────────────────────

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
|     Reorganized Debtors. | (Jointly Administered) |

───────────────────────────────────────────

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on March 10, 2010 a copy of

**PBR KNOXVILLE L.L.C.'S RESPONSE TO THE REORGANIZED DEBTORS'**
**FORTY-FOURTH OMNIBUS CLAIMS OBJECTION**
**(Proof of Claim No. 5980)**

was served upon the parties listed below electronically and by overnight courier:

| | |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606 | DPH Holdings Corp.<br>Attn:  President<br>5725 Delphi Drive<br>Troy, Michigan 48098 |

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for
the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and Courthouse
300 Quarropas Street, Courtroom 118
White Plains, New York 10601-4140

and by United States first-class mail:

Special Situations Investing Group Inc.
Attn: Al Dombrowski
c/o Goldman Sachs & Co.
85 Broad Street, 27th Flr.
New York, New York 10004

| | |
|---|---|
| Dated: March 10, 2010 | /s/ Gordon J. Toering |
| | Gordon J. Toering (GT-3738) |
| | (Admitted *Pro Hac Vice*) |
| | Warner Norcross & Judd LLP |
| | 900 Fifth Third Center |
| | 111 Lyon Street, N.W. |
| | Grand Rapids Michigan 49503 |
| | (616) 752-2185 |
| | Attorneys for PBR Knoxville L.L.C. |

1765390