Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

Attorneys for Bosch Chassis Systems Columbia L.L.C.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————————

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

———————————————————————

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on March 10, 2010 a copy of

**BOSCH CHASSIS SYSTEMS COLUMBIA L.L.C. F/K/A/ PBR COLUMBIA L.L.C.'S
RESPONSE TO THE REORGANIZED DEBTORS'
FORTY-FOURTH OMNIBUS OBJECTION
(Proof of Claim No. 6610)**

was served upon the parties listed below electronically and by overnight courier:

John Wm. Butler, Jr.
John K. Lyons
Joseph N. Wharton
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

DPH Holdings Corp.
Attn:  President
5725 Delphi Drive
Troy, Michigan 48098

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for
the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal
Building and Courthouse
300 Quarropas Street, Courtroom 118
White Plains, New York 10601-4140

and by United States first-class mail:

Special Situations Investing Group Inc.
Attn:  Al Dombrowski
c/o Goldman Sachs & Co.
85 Broad Street, 27th Flr.
New York, New York 10004

Dated: March 10, 2010                          /s/ Gordon J. Toering
                                           Gordon J. Toering (GT-3738)
                                           (Admitted *Pro Hac Vice*)
                                           Warner Norcross & Judd LLP
                                           900 Fifth Third Center
                                           111 Lyon Street, N.W.
                                           Grand Rapids Michigan 49503
                                           (616) 752-2185
                                           Attorneys for Bosch Chassis Systems
                                           Columbia L.L.C.

1765476